UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Jointly Administered |
| Debtors. | |
| _____ / | |

## NOTICE OF WITHDRAWAL AS COUNSEL
## FOR FALCON FARMS, INC.

**PLEASE TAKE NOTICE** that the law firm of HUNTON & WILLIAMS LLP hereby advises the Court and all interested parties that it is withdrawing as counsel for Falcon Farms, Inc. ("Falcon Farms") in the above-captioned matter. Falcon Farms has additional counsel representing its interests; namely, the law firm of Todtman, Nachamie, Spizz & Johns, P.C. in New York, New York. Accordingly, Hunton & Williams LLP respectfully requests to be removed from the Court's Special Mailing Matrix. All notices to Falcon Farms should be sent to:

> **Alex Spizz, Esq.**
> Todtman, Nachamie, Spizz & Johns, P.C.
> *Attorneys for Falcon Farms, Inc.*
> 425 Park Avenue
> New York, NY 10022

as referenced in his Notice of Appearance and Demand for Service of Papers filed with this Court on March 10, 2005.

Respectfully submitted,

**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue - Suite 2500
Miami, FL  33131
Tel: (305) 810-2500
Fax: (305) 810-2460

By:_____
Kevin M. Eckhardt
Florida Bar No. 412902

## CERTIFICATE OF SERVICE AND CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I FURTHER CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail this **9th day of August, 2005**, on all parties on the attached service list.

_____
Kevin M. Eckhardt

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | David J. Baker<br>Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 | Unites States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 |
| Joseph D. Frank<br>Micah R. Krohn<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60610 | Howard B. Levi<br>Steven B. Feigenbaum<br>Levi Lubarsky & Feigenbaum LLP<br>845 Third Avenue, 21st Floor<br>New York, NY 10022 | Adam L. Rosen, Esq.<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard, Suite 901<br>Uniondale, NY 11553 |
| Omer Kuebel, III, Esq.<br>C. Davin Boldissar, Esq.<br>Locke Liddell & Sapp LLP<br>601 Poydras Street, Suite 2400<br>New Orleans, LA 70130-6036 | David L. Pollack, Esq.<br>Jeffrey Meyers, Esq. / Dean C. Waldt, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 | Janice Stanton<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT 06830 |
| David W. Dykhouse<br>Michael Handler<br>Patterson, Belknap & Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Neal D. Colton<br>David J. Liebman<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | James S. Carr, Esq.<br>Robert I. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Patrick L. Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan, Suite 1800<br>San Antonio, TX 78205 | Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 | Paul Traub, Esq.<br>Wendy Marcari, Esq.<br>Traub, Bonacquist & Fox LLP<br>655 Third Avenue - 21st Floor<br>New York, NY 10017 |
| Leggett R. Bradford, Esq.<br>Allman Spry Leggett & Crumpler, P.A.<br>380 Knollwood Street - Suite 700<br>Winston-Salem, NC 27113-5129 | W. Clark Watson<br>Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham, Alabama 35203-4644 | Laurence May, Esq.<br>Rick A. Steinberg, Esq.<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022-1906 |
| Richard G. Smolev<br>Keith R. Murphy<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | Richard W. Ward<br>2527 Fairmount St.<br>Dallas, TX 75201 | Dennis F. Dunne, Esq.<br>Matthew S Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Jeffrey C. Regan, Esq.<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202 | David J. Cook, Esq.<br>Cook, Perkiss & Lew<br>P.O. Box 270<br>San Francisco, CA 94104-0270 | Dreyer's Grand Ice Cream<br>5929 College Avenue<br>Oakland, CA 94618<br>ATTN: SHANE WEITZEL |

Marc P. Solomon
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

James C. Carignan, Esq./Linda J. Casey
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709

Deirdre A. Martini, Esq.
United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Richard C. Morrisey, Esq.
Trial Attorney
Office of United States Trustee
33 Whitehall Street., Suite 2100
New York, NY 10004

Laurence B. Appel
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Office of New York State Attorney General
Eliot Spitzer
120 Broadway
New York City, NY 10271

R2 Investments, LDC
c/o Amalgamated Gadget, LP
Attn: Dave Gillespie
301 Commerce Street, Suite 3200
Fort Worth, TX 76102

Deutsche Bank Trust Company American
Attn: S. Berg
60 Wall Street
New York, NY 10005-2858

New Plan Excel Realty Trust, Inc.
420 Lexington Ave
New York, NY 10170

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit Three Lakes Drive
Northfield, IL 60093

Pepsico & Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024

OCM Oppurtinities Fund, V, LP
c/o Oaktree Capital Management, LLC
Attn: Alan S. Adler
Los Angeles, CA 90071

Capital Research and Management Co.
Attention: Ellen Carr, Abner D. Goldstine
American Funds
333 South Hope Street
Los Angeles, CA 90071

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Dan Fiorella, Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169

FTI Consulting
Attn: Michael Eisenband
3 Times Square
11th Floor
New York, NY 10036

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

The Blackstone Group L.P.
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

Pitney Hardin LLP
Attn: Scott A. Zuber, Peter A. Forgosh
200 Campus Drive
Florham Park, NJ 07932-0950

Erman Teicher Miller Zucker & Freedman P.C.
Attn: Earle L. Erman, Esq.
400 Galleria Officentre, Suite 444
Southfield, MI 48034

Manier & Herod
Attn: Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219-2494

Pitney Hardin LLP
Attn: Conrad K. Chiu, Esq.
7 Times Square
New York, NY 10036

Ice Miller
Attn: Henry A. Efroymson, Mark A Bongdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsht and Tunnell
Attn: Robert Dehney, Eric D. Schwartz
1201 N. Market Street
Wilmington, DE 19899-1347

| | | |
|---|---|---|
| Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Fred B. Ringel, Esq.<br>1345 Avenue of the Americas<br>New York, NY 10105 | Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>Attn: Lee Champion, Esq.<br>1111 Bay Avenue, 3rd Floor<br>Post Office Box 1199<br>Columbus, GA 31902-1199 | Smith, Katzenstein & Furlow<br>Attn: Kathleen M. Miller, Esq.<br>800 Delaware Aveue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 |
| Airgas, Inc.<br>Attn: Mr. David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675 | Hogan & Hartson, LLP<br>Attn: Ira S. Greene, Esq.<br>875 Third Avenue<br>New York, NY 100022 | Discover Financial Services<br>Attn: Frank Vydra, Esq.<br>2500 Lake Cook Road<br>Riverwoods, NY 10006 |
| Neiman Ginsburg & Mairanz PC<br>Attn: Gary Ginsburg<br>39 Broadway, 25th Floor<br>New York, NY 10006 | Arnall Golden Gregory LLP<br>Attn: Darryl Laddin, J. Hayden Kepner, James Smith<br>171 W. 17th Street, NW, Suite 2100<br>Atlanta, GA 30363 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0661 |
| Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>1100 North market St., Rodney Square North<br>Wilmington, DE 19890 | Wyatt, Tarrant & Combs, LLP<br>Attn: John P. Brice<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507-1746 | Katten Muchin Zavis Rosenman<br>Attn: Thomas J. Leanse, Dustin P. Branch<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012 |
| Greenberg Traurig, LLP<br>Attn: Richard Steven Miller<br>200 Park Avenue<br>New York, NY 10166 | Greenberg Traurig, LLP<br>Attn: mark D. Bloom<br>1221 Brickell Avenue<br>Miami, Florida 33131 | Grueneberg Law Group, LLC<br>Attn: Rudi R. Grueneberg, Esq.<br>704 East Main Street, Building E<br>Moorestown, New Jersey 08057 |
| Boult, Cumming, Conners & Berry PLC<br>Attn: Austin L. McMullen<br>Roundabout Plaza<br>1600 Division Street, Suite 700<br>Nashville, TN 37203 | Coca-Cola Enterprise Inc.<br>c/o Miller & Martin PLLC<br>Attn: Shelly D. Rucker<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289 | Kantrow, Spaht, Weaver & Blitzer<br>Attn: David S. Rubin<br>PO Box 2997<br>Baton Rouge, LA 70821-2997 |
| Young Williams, P.A.<br>Attn: David S. Rubin<br>PO Box 23059<br>Jackson, MS 39225-3059 | Podvey, Sachs, Meanor, Catenacci, Hildner & Cocoziello<br>Attn: Robert K. Scheinbaum<br>One Riverfront Plaza<br>Newark, NJ 07102 | BellSouth<br>Attn: Reginald A. Greene<br>675 West Peachtree St., NE, Suite 4300<br>Atlanta, GA 30375 |
| Drinker Biddle & Reath LLP<br>Attn: Andrew J. Flame<br>1100 North Market St., Suite 1000<br>Wilmington, DE 19801 | Lowenestein Sandler PC<br>Attn: Bruce S. Nathan, Anusia L. Gayer<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020 | Morrison & Foerster LLP<br>Attn: Jason C. DiBattista<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>Attn: Nicholas Griffiths<br>4 World Financial Center<br>New York, NY 10080 | Macco & Stem, LLP<br>Attn: Richard L. Stem<br>135 Pinelawn Road, Suite 120<br>South Mielville, NY 11747 | ~~Held & Israel~~<br>~~Attn: Edwin W. Held~~<br>~~1301 Riverplace Blvd., Suite 3700~~<br>1601 Dodge St.<br>~~Omaha, NE 68102~~ |

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Avenue, Suite 2418
New York, NY 10118

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11749

Lathrop & Gage LC
Attn: Stephen B. Sutton
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108

Roetzel & Andress
Attn: Diana M. Thimmig
1375 East Ninth St.
One Cleveland Center, 9th Floor
Cleveland, OH 44115

Milling Benson Woodward LLP
Attn: David Conroy
909 Poydras St., Suite 2300
New Orleans, LA 70112-1010

Wheelis & Rozanksi
Attn: Stephen D. Wheelis
POB 13199
Alexandria, LA 71315-3199

Porzio, Bromberg & newman PC
Attn: Warren J. Martin, Brett S. Moore
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Stutsman & Thames
Attn: Nina M. LaFleur
121 W. Forsyth St., Suite 600
Jacksonville, FL 32202

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Carolyn Hochstadter Dicker
260 South Broad Street
Philadelphia, PA 19102-5003

Herrick, Feinstein LLP
Attn: Paul Rubin
2 Park Avenue
New York, NY 10016

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David M. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Anderson Kill & Olick, PC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Suite 2000
Staunton, VA 24401

Bear Steams Investment Products Inc.
Attn: Noah Charney
383 Madison Ave.
New York, NY 10179

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Avenue
New York, NY 10022

40/86 Advisors, Inc.
Attn: Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Pepe & Hazard LLP
Attn: Charles J. Filardi
30 Jelliff lane
Southport, CT 06890-1436

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Suite 500
West Palm Beach, FL 33401

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Moore & Van Allen PLLC
Attn: David B. Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Lowenstein Sandler PC
Attn: Sharon L. Levine, Esq.
65 Livingston Ave.
Roseland, NJ 07068

Mateer &Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Avenue
New York, NY 10019

McCarter & English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Wormser, Kiely, Galef & Jacobs LLP
Attn: Janice B. Grubin, Gary R. Von Stange
825 Third Avenue
New York, NY 10022

Macey Wilensky Cohen Wittner & Kessler LLP
Attn: Louis G. McBryan
600 Marquis Tow Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Avenue, 8th Floor
New York, NY 10016

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Bradley Arant Rose & White LLP
Attn: Danielle K. Greco, John Whittingtin, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35222

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Johnson, Hearn, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Avenue, 26th Floor
New York, NY 10167

Smith Hulsey & Busey
Attn: James H. Post
225 Water Street, Suite 1800
Jacksonville, FL 32202

Mimms Enterprises, Inc.
Attn: Thomas B. Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

FagelHaber LLC
Attn: Clinton P. Hansen, Dennis E. Quaid
55 East Monroe, 40th Fl.
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscill aGrannis
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660

Ronald Horowitz
14 Tindall Road
Tindall Professional Plaza
Middletown, NJ 07748

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Rusell W. Mills, Krista P. Bates
15303 Dallas Parkway, Suite 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Glenn M. Reisman
Tow Corporate Drive, Suite 648
Shelton, CT 06484-0861

Marrero Land and Improvement Association, ltd.
Attn: Vincent A. Vastola
5201 Westbank Expressway, Suite 400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V. Kindt
250 East Fifth Street, Suite 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc.
Attn: M. Eric Newberg
5501 Fulton Industrial
Atlanta, GA 30336

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1300 Huntington Center
41 South High St.
Columbus, OH 43215-6197

Liebman, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street
Green Bay, WI 54305-3200

Richard Blackstone Webber, II PA
Attn: Richard Blackstone Webber II
320 Maitland Avenue
Altamonte Springs, FL 32701

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G. Finkelstein
400 South El Camino Real, Suite 700
San Mateo, CA 94402

Buckeye Capital Partners, LP
Attn: Philip Brown
230 Park Avenue, Suite 1540
New York, NY 10169

FPL Law Department
Attn: Rachel S. Budke
700 Universe Blvd.
Juno Beach, FL 33408

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Avenue
Tampa, FL 33601

Elena P. Lazarou, Esq.
599 Lexington Avenue, 27th Floor
New York, NY 10022

Frank J. Wright, Esq.
600 Signature Place
14775 Preston Road
Dallas, TX 75254

James J. Niemeier, Esq.
McGrath, North, Mullin & Kratz, PC
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE 68102

Chris Lenhart, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498

Paul H. Deutch, Esq.
Jenkins & Gilchrist Parker Chapin, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Janice L. Duban, Esq.
DLA Piper Rudnick Gray Cary LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Paul Steven Singerman, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131-5308

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Morris, James, Hitchens & Williams LLP
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

Richard Morrissey, Esquire
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10005

Derek F. Meek, Esq.
Robert B. Rubin, Esq.
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Sabrina L. Streusand, Esq.
Hughes & Luce, LLP
111 Congress Avenue
Suite 900
Austin, TX 78701

Neal M. Rosenbloom, Esq.
Finkel, Goldstein, Rosenbloom, Nash, LLP
26 Broadway, Suite 711
New York, NY 10004

Marc L. Hamroff, Esq.
400 Garden City Plaza
Garden City, NY 11530

Daniel J. Carrigan, Esq.
DLA Piper Rudnick Gray Cary LLP
1775 Wiehle Avenue
Suite 400
Reston, Virginia 20190

Arthur J. Spector, Esq.
Grace E. Robson, Esq.
Berger Singerman, P.A.
350 E. Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301

Lowndes, Drosdick, Doster, Kantor and Reed, PA
Attn: Zachary J. Bancroft
450 S. Orange Avenue, Suite 800
Orlando, FL 32801

Begnaud & Marshall LLP
Attn: Darrel Begnaud
250 N. Milledge Avenue
Athens, Georgia 30603

D.J. Baker, Esquire
Alexandra Margolis, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Richard Whitney Ward, Esq.
2527 Fairmount Street
Dallas, TX 75024

Jeffrey S. Margolin, Esq.
Hughes, Hubbard & reed
1 Battery Plaza
New York, NY 10004

Shawn Randall Fox, Esq.
McGuire Woods, LLP
1345 Avenue of the Americas
New York, NY 10128

Mark J. Friedman, Esq.
Susan S. Maher, Esq.
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Paul S. Magy, Esq.
Terrance A. Hiller, Jr., Esq.
Matthew E. Thompson, Esq.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Michigan 48075

Wendy D. Brewer
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204