UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter   11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING COMPLAINT TO DETERMINE DISCHARGEABILITY

The Court finds that the Complaint to Determine Dischargeability filed by Michael O. Massey on behalf of Amanda Ingle on August 8, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Complaint to Determine Dischargeability filed by Michael O. Massey on behalf of Amanda Ingle on August 8, 2005 is stricken without prejudice to being refiled electronically as an adversary proceeding accompanied by the filing fee, summons and have a properly styled case caption.

DATED August 9, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael O. Massey, 4421 NW Blitchton Rd., PMB 417, Ocala, FL 34482
Leanne McKnight Prendergast, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32202