[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO APPEAR PRO HAC VICE

This case came on for consideration upon the Court's own motion. On July 25, 2005, Tina M. Talarchyk filed a Motion to Appear Pro Hac Vice without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Appear Pro Hac Vice is stricken from the record.

Dated August 9, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Attorneys for Debtor
US Trustee
Attorneys for Unsecured Creditors Committee
Tina M. Talarchyk, 200 S. Biscayne Blvd., #3400, Miami, FL 33131