UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:05-bk-03817-JAF

In re:

WINN-DIXIE STORES, INC. et al.

Debtor.

---

## SECOND AMENDED NOTICE OF EVIDENTIARY HEARING ON CITY OF PLAQUEMINE'S MOTION FOR MODIFICATION OF SECURITY DEPOSIT FOR UTILITY SERVICE (TO CHANGE DATE ONLY)

You will please take notice that an evidentiary hearing on the City of Plaquemine's Motion for Modification of Security Deposit for Utility Service will be held on **September 1, 2005** at 1:00PM in Room 4D, United States Courthouse, 300 North Hogan Street, 4th Floor, Jacksonville, Florida.

Exhibits. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

Appearances. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

*APPROPRIATE ATTIRE. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.*

Continuance. The hearing may be continued upon announcement made in open court without further notice.

Proper Identification. Please be advised that until further notice from the Court, security personnel will require that you present photo identification to gain entrance into the United States Courthouse.

Please be governed accordingly.

I certify that a copy of the foregoing has been furnished electronically to Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLC, 1 Chase Manhattan Plaza, New York, New York 10005; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 9th day of August, 2005

PINKSTON & PINKSTON, P.A.

David J. Pinkston
Florida Bar No. 0985619
Gina M. Schlegel
Florida Bar No. 0195804
Post Office Box 4608
Jacksonville, Florida 32201
904/389-5880/FAX 904/389-9957
Attorneys for City of Plaquemine