UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about August 9, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 9, 2005

Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241449-12<br>ABERDEEN EXAMINER<br>ATTN PHYLLIS ZETTLER, BUS MGR<br>PO BOX 279<br>ABERDEEN, MS 39730 | CREDITOR ID: 411031-97<br>ABERDEEN EXAMINER<br>ATTN: CHARLOTTE WOLFE, GEN MGR<br>PO BOX 279<br>ABERDEEN MS 39730 | CREDITOR ID: 243252-12<br>BELL COMPANY INC<br>ATTN SHARON HEADLEY OR NEIL H BELL<br>106 MORROW AVENUE<br>PO BOX 92<br>TRUSSVILLE, AL 35173 |
| CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 263800-12<br>UNITED MAIL SERVICES<br>ATTN: SHEILA SANDE, VP<br>PO BOX 23104<br>5605 CRAWFORD ST<br>HARAHAN, LA 70183-0104 | |

      Total:   5

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 2911    Filed 08/09/05    Page 4 of 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1
Docket No.: 2804

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ABERDEEN EXAMINER | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| ABERDEEN EXAMINER<br>ATTN PHYLLIS ZETTLER, BUS MGR<br>PO BOX 279<br>ABERDEEN, MS 39730 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: 662 678 1658 | Phone: |
| Account No.: 241449 | Account No.: 408404 |
| ABERDEEN EXAMINER<br>ATTN: CHARLOTTE WOLFE, GEN MGR<br>PO BOX 279<br>ABERDEEN MS 39730 | |
| Phone: | |
| Account No.: 411031 | |

Claim No.: 3060                                       Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/27/2005                          Transfer Amount: $1,589.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/09/2005                                      /s/ Logan & Company, Inc.
                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 9, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 2808

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BELL COMPANY INC | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| BELL COMPANY INC<br>ATTN SHARON HEADLEY OR NEIL H BELL<br>106 MORROW AVENUE<br>PO BOX 92<br>TRUSSVILLE, AL 35173 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: | Phone: |
| Account No.: 243252 | Account No.: 408404 |

Claim No.: 834                                    Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/25/2005                      Transfer Amount: $10,551.39

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/09/2005                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 9, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

         Docket No.: 2809

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| UNITED MAIL SERVICES | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| UNITED MAIL SERVICES | FAIR HARBOR CAPITAL LLC |
|---|---|
| ATTN: SHEILA SANDE, VP | ATTN FRED GLASS |
| PO BOX 23104 | 875 AVENUE OF THE AMERICAS STE 2305 |
| 5605 CRAWFORD ST | NEW YORK NY 10001 |
| HARAHAN, LA 70183-0104 | |

Phone:                                                                                          Phone:
Account No.: 263800                                                            Account No.: 408404

Claim No.: 33149                                                    Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 04/07/2005                               Transfer Amount: $1,563.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/09/2005                                                              /s/ Logan & Company, Inc.
                                                                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 9, 2005.