UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 05-03817-3F1

WINN-DIXIE STORES, INC.
    Debtor.

NOTICE OF WITHDRAWAL OF
NOTICE OF APPEARANCE FILED ON BEHALF OF
CREDITOR MARIA CHIANTI BURCH

Clive N. Morgan, attorney for creditor, Maria Chianti Burch, hereby withdraws his Notice of Appearance in this bankruptcy. The undersigned requests that he be removed from the mailing matrix for all actions in this bankruptcy.

CLIVE N. MORGAN, P.A.

/s/ Clive N. Morgan
Clive n. Morgan
Florida Bar No. 357855
6712 Atlantic Boulevard
Jacksonville, Florida 32211
(904) 727-9300
Attorney for Creditor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished by United States Mail or electronic mail, this 10th day of August, 2005, to

D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

United States Trustee
135 W Central Blvd., Suite 620
Orlando, FL 32801

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Official Committee of Unsecured Creditors
c/o John B. Macdonald
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

/s/ Clive N. Morgan