UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, Inc., et al. ) | |
| ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

    I, Charles Gibbs, hereby certify that on August 10, 2005, I caused to be served the *Motion to Extend Time and Grant Leave to File an Objection to Cure Amount Provided in Debtors' Motion for Order (A) Authorizing The Sale of Assets Free and Clear Of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (docket no. 2851) upon the following parties via first class mail:

    David J. Baker, Esq.
    Skadden Arps Slate Meagher & Flom, LLP
    Four Times Square
    New York, NY 10036

    Cynthia C. Jackson
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, FL 32201

    Dennis F. Dunne
    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, NY 10005

    John B. Macdonald
    Akerman Senterfitt
    50 North Laura Street, Suite 2500
    Jacksonville, FL 32202

Dated: August 10, 2005

    /s/ Charles L. Gibbs II

-1-

Charles L. Gibbs II
Fla. Bar No. 0736651
MCGUIREWOODS LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207
cgibbs@mcguirewoods.com

Counsel to Heritage SBE, LLC

\\COM\531359.1