UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, Inc., et al. ) | |
| ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

I, Charles Gibbs, hereby certify that on August 10, 2005, I caused to be served the *Limited Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief* (docket no. 2852) upon the following parties via first class mail:

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Dated: August 10, 2005

/s/ Charles L. Gibbs II
Charles L. Gibbs II

-1-

Fla. Bar No. 0736651
MCGUIREWOODS LLP
Bank of America Tower
50 North Laura Street
Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207
cgibbs@mcguirewoods.com

Counsel to Heritage SBE, LLC

\\COM\531361.1