UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | *Chapter 11* |
| Debtors. | Jointly Administered |
_____/

## ORDER GRANTING MOTION TO APPOINT FEE EXAMINER

These cases came before the Court for hearing on August 4, 2005, upon the Motion of Wachovia Bank, National Association, in its capacity as agent for itself and certain other post-petition lenders (the "Agent") of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, as debtors and debtors-in-possession (the "Debtors"), for entry of an Order pursuant to 11 U.S.C. § 105(a) appointing an independent fee examiner to review and report on all fee applications filed by the professionals retained in the Debtors' cases (the "Motion"). Counsel for the Agent amended the Motion at the hearing to no longer request a continuance of the hearings on the various interim and final fee applications also set for hearing on August 4, 2005. The Court has reviewed the Motion and considered the representations of counsel. Without objection by the United States Trustee, the Debtors, the Official Committee of Unsecured Creditors (the "Creditors' Committee") or any other interested parties, and after due deliberation, the Court has determined that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED that:

The Motion, as amended in open court, is granted, and a fee examiner shall be selected by the Debtors in consultation with the Creditors' Committee, the Agent, and the United States Trustee and thereafter appointed on specific terms that will be set forth in a subsequent order to be entered by the Court.

Dated this _10_ day of August, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.