UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------------- x
:
In re :
:
: Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., et al., :
: Chapter 11
Debtors. :
: Jointly Administered
:
:
----------------------------------------------------------------x

**AMENDED NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Discover Financial Services, Inc., a party-in-interest, hereby appears in the above-captioned case under Chapter 11 of the United States Code ("Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109 (b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned Chapter 11 case and any other case(s) consolidated herewith, be given to and served upon:

Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
Attn: Ira S. Greene
Dena Copulsky Kaufman
Brian J. Grieco
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
isgreene@hhlaw.com
dckaufman@hhlaw.com
bjgrieco@hhlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application,

proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the Debtor, the aforementioned party-in-interest or any property or proceeds in which the Debtor may claim an interest.  <u>Please add the attorney of record to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that, this Amended Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

Dated: New York, New York
August 10, 2005

          **HOGAN & HARTSON L.L.P.**
          Attorneys For Discover Financial Services, Inc.

          By: <u>/s/ Dena Copulsky Kaufman</u>
              Ira S. Greene
              Dena Copulsky Kaufman
              Brian J. Grieco
              875 Third Avenue
              New York, NY 10022
              Telephone:  (212) 918-3000
              Facsimile:  (212) 918-3100

To: All Parties on Attached Service List:

SERVICE LIST

David J. Baker, Esq.
Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Elena L. Escamilla, Esq.
United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esq.
Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Frank Vydra, Esq.
Discover Financial Services
2500 Lake Cook Road
Riverwoods, IL 60015