UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| WINN-DIXIE STORES, INC., et al. | ) Case No. 05-3817-3F1 |
| | ) |
| Debtors. | ) Jointly Administered |

**VERIFIED STATEMENT OF KILPATRICK STOCKTON LLP PURSUANT
TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Kilpatrick Stockton LLP (the "Firm") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019").

1. The Firm represents the parties listed below in connection with such parties' interests in the above-styled bankruptcy cases (the "Cases") of WINN-DIXIE STORES, INC. and its affiliated debtor entities (collectively, the "Debtors"):

> Peace River Citrus Products, Inc. ("PRCP")
> 582 Beachland Boulevard, Suite 300
> Vero Beach, FL 32963
>
> Flowers Foods, Inc. ("FFI")
> 1919 Flowers Circle
> Thomasville, GA 31757
>
> S. Stephen Selig, III ("Selig")
> Selig Enterprises, Inc.
> 1100 Spring Street, NW, Suite 550
> Atlanta, GA 30367
>
> Financial Supermarkets, Inc. ("FSI")
> 383 Clarkesville Street
> P.O. Box 1900
> Cornelia, GA 30531

Bi-Lo, LLC ("Bi-Lo")
208 Bi-Lo Blvd.
Greenville, SC 29607

Southern Family Markets, LLC ("SFM")
7 Corporate Drive
Keene, New Hampshire 03431

2.  The Firm was engaged to represent PRCP on or about February 22, 2005, in connection with the Cases. PRCP is a supplier of frozen orange juice concentrate to the Debtors. It holds a prepetition claim of $292,678.40 for the sale of product to the Debtors during February 2005. PRCP made a reclamation demand with respect to $227,281.63 of such sales and claims administrative expense priority with respect to that amount. There is no instrument, within the meaning of Rule 2019, whereby the Firm is empowered to act on behalf of PRCP.

3.  The Firm was engaged to represent FFI on or about February 21, 2005, in connection with the Cases. FFI supplies product on a scan-based trading basis to one or more of the Debtors. The Firm has represented FFI in the Cases in connection with this relationship. To the Firm's knowledge, FFI holds a prepetition claim against the Debtors in the amount of $219.81. There is no instrument, within the meaning of Rule 2019, whereby the Firm is empowered to act on behalf of FFI

4.  The Firm was engaged to represent Selig on or about July 25, 2005, in connection with the Cases, after Selig learned that a hearing was scheduled for July 28, 2005, on the Debtors' application to assume and assign to Y. M. Lee, Inc. a lease of property in Decatur, Georgia owned by Selig (the "Premises"). Issues exist about, among other things, whether any of the Debtors constitute the tenant of the Premises and whether there is any prepetition debt owed to Selig in connection with the lease. There is no instrument, within the meaning of Rule 2019, whereby the Firm is empowered to act on behalf of Selig.

5. The Firm was engaged to represent FSI on or about July 28, 2005, in connection with the Cases. FSI is a party to an executory contract with one or more of the Debtors. Whether or not FSI has prepetition claims against any of the Debtors is presently unknown. There is no instrument, within the meaning of Rule 2019, whereby the Firm is empowered to act on behalf of FSI.

6. The Firm was engaged to represent Bi-Lo on or about May 15, 2005, in connection with Bi-Lo's interest in acquiring certain of the Debtors' stores. To the Firm's knowledge, Bi-Lo does not hold any prepetition debt owed by the Debtors. There is no instrument, within the meaning of Rule 2019, whereby the Firm is empowered to act on behalf of Bi-Lo.

7. The Firm was engaged to represent SFM on or about May 15, 2005, in connection with SFM's interest in acquiring certain of the Debtors' stores. To the Firm's knowledge, SFM does not hold any prepetition debt owed by the Debtors. There is no instrument, within the meaning of Rule 2019, whereby the Firm is empowered to act on behalf of SFM.

8. The Firm does not own, and has not sold or disposed of, any claim against any of the Debtors or any equity security interest in any of the Debtors.

9. This verified statement was prepared by the Firm for informational purposes only and has not been prepared or approved by the clients the Firm represents. Accordingly, nothing contained in this statement shall be admissible in any proceeding against any of the Firm's clients for any purpose whatsoever.

10. The undersigned believes and affirms that that the foregoing information regarding the representation of the clients by the Firm is true and correct to best of his knowledge, information, and belief.

DATED: August 10, 2005

Respectfully submitted,

Sworn to and subscribed before me this 10 day of August 2005.

*Todd Vaughan*
Notary Public State of Georgia
Commission Expires: 1-29-08

*Alfred S. Lurey*
Alfred S. Lurey
Georgia Bar No. 461500

KILPATRICK STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6360 (tel)
(404) 541-3286 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I am over the age of 18 and that on August 10, 2005, I served, via electronic mail, true and correct copies of the **Verified Statement of Kilpatrick Stockton LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure** upon the parties listed on the Exhibit "A" attached hereto.

DATED: August 10, 2005                KILPATRICK STOCKTON LLP

*Rose Cherry*
Rose Cherry
Financial Paralegal
1100 Peachtree Street, N.E., Suite 2800
Atlanta, GA 30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)

ATLLIB01 2062249.1

## EXHIBIT "A"

D. Jan Baker
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036
**djbaker@skadden.com**

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
**aravin@skadden.com**

Winn-Dixie Stores, Inc.
Attn:  Lawrence B. Appel
5050 Edgewood Court
Jacksonville, FL  32254-3699
**LarryAppel@winn-dixie.com**

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303
**sborders@kslaw.com**

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
**cjackson@smithhulsey.com**

Office of the United States Trustee
Suite 620
135 W. Central Boulevard
Orlando, FL  32801
**USTP.Region21.OR.ECF@usdoj.gov**

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
**ddunne@milbank.com**

James H. Post
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
**jpost@smithhulsey.com**

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
**busey@smithhulsey.com**

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL  32806
**elena.l.escamilla@usdoj.gov**

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL  32202
**john.macdonald@akerman.com**

Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL  32202
**patrick.patangan@akerman.com**

ATLLIB01 2062249.1