[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING CREDITOR'S MOTION TO EXTEND CLAIMS BAR DATE

This case came on for consideration upon the Court's own motion. On August 2, 2005, Edward Rowan, using his login and password filed a Creditor's Motion to Extend Claims Bar Date on behalf of Jennifer Johnson without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Creditor's Motion to Extend Claim Bar Date is stricken from the record.

Dated August 10, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Attorneys for Debtor