# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon the Amended Motion of Paul M. Rosenblatt, a non-resident of Florida and counsel for Southern Family Markets Acquisition LLC, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

DATED August 8, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Attorneys for Debtor
Attorneys for Unsecured Creditors Committee
US Trustee
Paul M. Rosenblatt, Suite 2800, 1100 Peachtree St., Atlanta, GA 30309

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Aug 08, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 6

The following entities were served by first class mail on Aug 10, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
             Jacksonville, FL 32202-3646
aty         Paul M Rosenblatt,    Kilpatrick Stockton LLP,    1100 Peachtree Street Northeast,    Suite 2800,
             Atlanta, GA  30309-4530

The following entities were served by electronic transmission on Aug 08, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Aug 08 2005 23:47:24     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2005**                    **Signature:** *Joseph Speetjens*