UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____

Case No.: 3:05-bk-03817-JAF
Chapter 11

Jointly Administered

**DESIGNATION OF LOCAL ATTORNEY AND CONSENT
TO ACT PURSUANT TO LOCAL RULE 2090-1(C)**

I, Alex Spizz, of the law firm of Todtman, Nachamie, Spizz & Johns, P.C., attorneys for Falcon Farms, Inc., a creditor in these proceedings, represent that I am a member in good standing of the United States District Courts for the Southern and Eastern Districts of New York, hereby designate as local attorney for Falcon Farms, Inc. in the above-styled cases:

>Joel S. Fass, Esq.
>Colodny, Fass, Talenfeld, Karlinsky & Abate, P.A.
>2000 W. Commercial Blvd.
>Suite 232
>Ft. Lauderdale, Fl 33309
>Tel. (954) 492-4010
>Fax. (954) 492-1144

This 2nd day of August 2005

>Todtman, Nachamie Spizz & Johns, P.C.


>By: s/ Alex Spizz
>Alex Spizz, Esq.
>New York Bar No.: 5508
>425 Park Avenue
>New York, New York 10022
>Tel. (212) 754-9400
>Fax. (212) 754-6262

202617 v1

## **CONSENT TO ACT**

I, Joel Fass, hereby consent to act as local counsel of record for creditor Falcon Farms, Inc.

Dated this 3rd day of August 2005

        Colodny, Fass, Talenfeld, Karlinsky & Abate, P.A.

        By: s/ Joel S. Fass
        Joel S. Fass, Esq.
        Florida Bar No.: 213233
        2000 W. Commercial Blvd.
        Suite 232
        Ft. Lauderdale, Fl 33309
        Tel. (954) 492-4010
        Fax. (954) 492-1144

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 8, 2005, I caused to be served true and correct copies of the foregoing DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2090-1(C) upon the parties listed on the attached service list at the address set forth therein by causing the same to be deposited in the United States Mail with sufficient first class postage affixed thereon to ensure delivery.

Dated: August 8, 2005

                                               Respectfully submitted,

                                               s/ Alex Spizz
                                               Alex Spizz, Esq.
                                               New York Bar No. 5508
                                               Todtman, Nachamie, Spizz & Johns, P.C.
                                               Attorneys for Falcon Farms, Inc.
                                               425 Park Avenue
                                               New York, NY 10022
                                               (212) 754-9400

## **SERVICE LIST**

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Attorney for Debtor
4 Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
Attorney for Debtor
225 Water Street
Suite 1800
Jacksonville, FL 32201

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
Attorney for Official Committee of Unsecured Creditors
1 Chase Manhattan Plaza
New York, NY 10005

United States Trustee-JAX
135 W. Central Boulevard
Suite 620
Orlando, FL 32801

202617 v1