**Exhibit B**

VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

ELIOT PROPERTIES
5025 WINTERS CHAPEL RD
C/O M & P SHOPPING CTR
ATLANTA GA 30360 1700

VICTORY VIDALIA, INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

PINETREE PARTNERS, LTD.
113 BASCOM COURT
SUITE A
COLUMBUS GA 31909 8562

GENTILLY SQUARE, LLC
PO BOX 204227
C/O HULL/STOREY DEVELOPMENT
AUGUSTA GA 30917 4227

TOWER CENTER ASSOCIATES, LTD.
4415 FIFTH AVENUE
PITTSBURG PA 15213

PERIMETER PLACE ASSOCIATES, L.P.
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533 0269

MODERN WOODEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND IL 61201

PARK SLOPE DEVELOPMENT CORPORATION
369 LEXINGTON AVENUE
ATTN: LENARD THYLAN, PRES.
NEW YORK NY 11017

MR. FRED D. BENTLEY, SR.
241 WASHINGTON AVENUE
PO BOX 968
MARIETTA GA 30060

LPI WAYCROSS, INC.
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

COLONIAL PROPERTIES REALTY, LP
950 MARKET PROMENADE AVENUE
SUITE 2200
LAKE MARY FL 32746

CYPRESS RUN, LLC
C/O GAME PROPERTIES CORP
470 BILTMORE WAY SUITE 100
CORAL GABLES FL 33134

LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER FL 33458

CHAPEL TRAIL ASSOCIATES, LTD.
21011 JOHNSON ST
SUITE 101
PEMBROKE PINES FL 33029

STILES WEST ASSOCIATES, LTD.
300 SE 2ND ST
FT LAUDERDALE FL 33301

WOLFCHASE ASS,LLC, NORTH PALM,LLC, CEG
NORTH PALM
C/O STRATEGIC REALTY SERVICES
901 NORTHPOINT PARKWAY SUITE 2
WEST PALM BEACH FL 33407

HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD
PALM BEACH FL 33410

DRINKARD DEVELOPMENT, INC
PO BOX 996
CULLMAN AL 35056 0996

NEWTON DEVELOPMENT, INC.
250 WASHINGTON STREET
PRATTVILLE AL 36067

MR HUGH M TARBUTTON
KAOLIN PLAZA MGMENT ACCT
P O BOX 269
SANDERSVILLE GA 31082

AMERICAN COMMERCIAL REALTY CORP.
RE: ROEBUCK MARKETPLACE
4400 PGA BLVD. SUITE# 305
PALM BEACH GARDENS FL 33410

DEERFOOT MARKETPLACE, LLC
6 OFFICE PARK CIRCLE
SUITE 100
BIRINGHAM AL 35223

DEVELOPERS DIVERSIFIED OF ALABAMA, INC.
3300 ENTERPRISE PARKWAY
P. O. BOX 228042
BEACHWOOD OH 44122

PALISADES INVESTORS, LLC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

TROY MARKETPLACE LLC
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE SUITE 101
DEERFIELD BEACH FL 33441

L. J. MELODY & COMPANY
1707 ARLINGTON BLVD
EL CERRITO CA 94530

IPF-CAPITOL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT COR
2727 PACES FERRY ROAD SUITE 1-
ATLANTA GA 30339

ALVIN B. CHAN LAMILY, L.P
3206 JACKSON ST
SAN FRANCISCO CA 94118

F&M DEVELOPMENT, LTD
2600 E SOUTH BLVD
SUITE 230
MONTGOMERY AL 36116

FAIRFIELD PARTNERS LIMITED PARTNERSHIP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY  AL  36123 5021

RANDY ROARK
PO BOX 1149
MONTGOMERY  AL  36101 1149

SPILLER INVESTMENTS, INC.
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY  AL  36117

VESTAVIA HILLS 99-AL, LLC
5850 FAYETTEVILLE ROAD, STE 20
DURHAM  NC  27713

BIRMINGHAM REALTY COMPANY
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM  AL  35242 4202

PASCAGOULA PROPERTIES, LTD
P.O. BOX 680176
ATTN: LEASING DEPT
PRATTVILLE AL  36068

BIRMINGHAM REALTY COMPANY
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM  AL  35242 4202

JACK FIORELLA III
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM  AL  35242

ADAM-DIX PROPERTIES CORP.
MS. MILDRED GRAY
9118 TINGLE CUT OFF ROAD
DORA, AL    35062

59 WEST PARTNERS, LTD.
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE  AL  36068

BIRMINGHAM REALTY COMPANY
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM  AL  35242 4202

BERGERON WD PALMETTO, LLC
19612 SOUTHWEST 69TH PLACE
C/O BERGERON PROPERTIES &
FORT LAUDERDALE FL 33332

PRESTON OIL COMPANY, L.P.
1717 WOODSTEAD COURT
THE WOODLANDS  TX  77380 0077

ALLARD L.L.C.
695 CENTRAL AVENUE
#207
ST PETERSBURG  FL  33701

WATKINS INVESTMENTS
751 CHAMPAGNE ROAD
INCLAN VILLAGE  NV  89451

WD TAMPA TRUST
C/O PARAGON AFFILIATES, INC.
ONE PARAGON DRIVE  SUITE 145
MONTVALE  NJ  07645

TATONE PROPERTIES FLORIDA, INC.
100 WALLACE AVE SUITE 111
SARASOTA  FL  34237

CLARA BOLDOG
C/O DEBOER INTERNATIONAL INC.
3705 TAMPA RD, UNIT 1-A
OLDSMAR  FL  34677

RETAIL ASSET MANAGEMENT
P O BOX 5666
CLEARWATER  FL  33758 5666

WEBBER COMMERCIAL PROPERTIES, LLC
C/O PROFESSIONAL REALTY CONSUL
2503 DEL PRADO BOULEVARD
CAPE CORAL  FL  33904

WESLEY CHAPEL, LTD
1733 WEST FLETCHER AVENUE
ATTN ACCOUNTING DEPT
TAMPA FL  33612

BENDERSON DEVELOPMENT CO., INC.
8441 COOPER CREEK BLVD.
UNIVERSITY PARK  FL  34201

USRP I, LLC
4350 EAST WEST HIGHWAY, SUITE
BETHESDA  MD  20814

THE ROSEMYR CORPORATION AND WILLIAM
L. STARK, SR.
PO BOX 108
HENDERSON  NC  27536 0108

WD DEVELOPMENT, LLC
C/O BARNETT PROPERTIES LLC
1775 GRAHAM AVE SUITE 201
HENDERSON  NC  27536

SHANNON VILLAGE SHOPPING CENTER, INC.
C/OJOHN D. ROCK
114 CAROL CIRCLE PO BOX 676
LOUISBURG  NC  27549

DANIEL G. KAMIN
PO BOX 10234
PITTSBURG  PA  15232 0234

HAROLD G. BAGWELL
PO BOX 1700
GARNER  NC  27529

F.R.O., L.L.C. VII
C/OJAMESM HASTINS CPA
305 PIPING ROCK DR
SILVER SPRINGS  MD  20905

CAMERON SANFORD COMPANY, LLC
PO BOX 31827
RALEIGH  NC  27622 1827

LOUIS L.ROSE, JR &IVON D.ROHRER
JR.,S.R.E.CHAR,INC
PO BOX 35349
C/ODEVELOPMENT MANAGEMENT INC
CHARLOTTE  NC  28235 5349

CLIFFDALE CORNER, INC.
C/O RIDDLE COMMERCIAL PROPERTI
238 NORTH MCPHERSON CHURCH ROA
FAYETTEVILLE  NC  28303

PONDEROSA CENTER, INC .
PO BOX 53729
FAYETTEVILLE  NC  28305

CEDAR CREEK CROSSING ASSOCIATES, LLC
C/O PERRIE C/O WHEELER REAL ESTA
PO BOX 3578
NORFOLK  VA  23514

PARK PLAZA, LLC
C/O REYNOLDS PROPERIES INC
147 BROWN RIVER ROAD
LEXINGTON  SC  29072

KNIGHTDALE CROSSING, LLC
C/O MARK PROPERTIES INC MGMT
26 PARK PLACE WEST
MORRISTOWN  NJ  07960

DIM VASTGOED, N.V.
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
FT LAUDERDALE  FL  33394

GREENWOOD COMMONS ASSOCIATES
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH  NC  27609

GENOA ASSOCIATES, LLC
POST OFFICE BOX 919
GOLDSBORO  NC  27533

CLUB BOULEVARD INVESTORS L.P.
C/O HARBOR GROUP MGMT CO
999 WATERSIDE DRIVE, SUITE 2300
NORFOLK  VA  23501

CLAYTON CROSSINGS, LLC
C/O COMMERCIAL PROPERTIES,INC
1648F NORTH MARKET DRIVE
RALEIGH  NC  27609

BLANCHARD AND CALHOUN REAL EST
P O BOX 1808
AUGUSTA  GA  30903 1808

SOUTH WIN LIMITED PARTNERSHIP
2743 PERIMETER PARKWAY
BLDG 100 SUITE 370
AUGUSTA  GA  30909

EIG GORDON VILLAGE, LLC
C/O EQUITY INVESTMENT GROUP
111 E WAYNE ST  STE 500
FT WAYNE  IN  46804

NORTHSIDE DEVELOPMENT GROUP
C/O BLANCHARD & CALHOUN COMMER
2743 PERIMETER PARKWAY
AUGUSTA  GA  30909 1808

CHARLES A. WILKINS
PO BOX 34127
CHARLOTTE  NC  28234

PALMETTO PLACE, LLC
PO BOX 125
HONEA PATH  SC  29654

TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON  SC  29697 1023

AUGUSTA EXCHANGE,LLC
P O BO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK  NY  11042 0020

HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY  SC  29641

BAKER AND BAKER
PO BOX 12397
COLUMBIA  SC  29211 2397

BLAKE P. GARRETT, JR AND GEORGE B.
NALLEY, JR.
PO BOX 1929
EASLEY  SC  29641 1929

APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC
PO BOX 36799
CHARLOTTE  NC  28236 6799

GREER PLAZA, INC.
1175 N E 125TH ST
SUITE 102
NORTH MIAMI  FL  33161

GREENVILLE GROCERY LLC
C/OJP METZ CO, INC ATTN:DANIEL M
1990 M STREET, N.W. STE 650
WASHINGTON  DC  20036

DIXIELAND SC, LLC
235 MOORE STREET
HACKENSACK  NJ  07601

GLIMCHER PROPERTIES LIMITED
PARTNERSHIP
NEWBERRY SQUARE SHOPPING CENTE
150 EAST GAY STREET
COLUMBUS  OH  43215

RIVER OAKS PARTNERSHIP
C/OHUGHES REAL ESTATE INC
P O BOX 2567
GREENSVILLE  SC  29602

USPG PORTFOLIO TWO, LLC
C/O USPG MANAGEMENT, LLC
10 WEST BROAD STREET, SUITE 16
COLUMBUS  OH  43215

MONARCH DEVELOPMENT LLC
230 SEVEN FARMS DR
SUITE 200
CHARLESTON, SC 29492

GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC. STE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA  TN  37421

FOOTHILLS PARTNERSHIP
P.O BOX 3305
GREENVILLE  SC  29602

WINDSOR PLACE
PO BOX 125
HONEA PATH  SC  29654 0125

WD WESTMINSTER SC LLC
C\O I REISS & SON
200 EAST 61ST STREET-STE 29F
NEW YORK  NY  10021

TOWN 'N COUNTRY REALTY OF EASLEY, INC.
PO BOX 1929
EASLEY  SC  29641 1929

OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD  SC  29648 1095

MORRO PALMS SHOPPING CENTER
C/O MRS. MONA GELLER, TRUSTEE
2938 DIVISADERO STREET
SAN FRANSICO  CA  94123

SHARRON BLACKWELL
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE  SC  29603

L.W. SMITH, JR. TRUST
301 PARK LAKE ROAD
COLUMBIA  SC  29223

MCDUFFIE SQUARE, LP
PO BOX 204227
AUGUSTA  GA  30917 4227

PICKENS-NALLY, L.P.
P.O BOX 1929
EASLEY  SC  29641

DEVELOPERS DIVERSIFIED REALTY
3300 ENTERPRISE PRKWAY
PO BOX 228042
BEACHWOOD  OH  44122

IVEY ELECTRIC COMPANY
PO BOX 211
SPARTANBURG  SC  29304

CEDAR SPRINGS CENTER ASSOCIATES
PO BOX 3524
SPARTANBURG  SC  29304 3524

STOCKMAN AND NALLEY PARTNERSHIP
1142 REYNOLDS AVE
GREENWOOD  SC  29649

FRANK BOREN
9169 GREAT BLUE HERON LANE
BLAINE  WA  98250

12TH STREET & WASHINGTON
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE  AZ  85258

SOUTHWAY INVESTORS
718 E. FREDERICK STREET
GAFFNEY  SC  29340

ARROWHEAD NET LEASE, LP
C/O CARDINAL CAPITAL PARTNERS,
8214 WESTCHESTER DR, 9TH FL
DALLAS  TX  75225

FURY'S FERRY LIMITED PARTNERS
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA  GA  30917

PHIL DRAKE AND SUSAN DRAKE
106 PALMER STREET
FRANKLIN  NC  28734

WESTSIDE CITY, INC
PO BOX 2567
GREENVILLE  SC  29602 2567

WESTLAND PLAZA ASSOCIATES, LP
C/O STIRLING PROPERTIES
P O BOX 11407
BIRMINGHAM  AL  35246 0787

H.C. PLUNKETT
P O BOX 5306
JACKSON  MS  39296 5306

NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON  MS  39216 5763

CPM ASSOCIATES, L.P.
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA  GA  30339

H C PLUNKETT
C/O BATESVILLE SECURITY BANK
TMAS 7300228 P O BOX 690
BATESVILLE  MS  38606

ECKSTEIN PROPERTIES LLC
60 BROAD STREET
SUITE 3503
NEW YORK  NY  10004

PASS CHRISTIAN VILLAGE
P O BOX 1260
RIDGELAND  MS  39158

EDENS & AVANT PROPERTIES LP
PO BOX 528
C/O MAGEE SHOPPING CENTER
COLUMBIA  SC  29202

MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH SUITE 210
JACKSON MS 39211

JWV (LA), L.L.C.
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE AL 36616 0146

NEW IBERIA INVESTORS, LLC
PO BOX 4767
COLUMBUS GA 31904

METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE, ONTARIO
M9C 2A8

EBR PARTNERSHIP
7732 GOODWOOD BLVD STE V
BATON ROUGE LA 70806

MYSTIC, L.L.C.
P.O. BOX 100
PLATTENVILLE LA 70393

LYNN KIRK MANAGEMENT
LYNN KIRK MGMT
24 E COTA STREET
SANTA BARBARA CA 93101

TUNICA VILLAGE PARTNERSHIP
C/O BARBARA KIZER
ACADIAN MANAGEMENT
MADISONVILLE LA 70447

BUNKIE INVESTMENT COMPANY, INC.
3621 RIDGELAKE DR STE 203
METAIRIE LA 70002 1739

SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE OH 43537

J.B. LEVERT LAND COMPANY, INC.
PO BOX 518
METAIRE LA 70004 0518

HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648 0681

FRED CHIKOVSKY
C/O P.S. FRANKLIN, LTD.
1720 HARRISON STREET
HOLLYWOOD, FL 33020

THE BROOKWOOD PARTNERSHIP
C/O STIRLING PROPERTIES, INC.
109 NORTHPARK BLV., SUITE 300
COVINGTON, LA 70433

IPF/HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT COR
PACES WEST BUILDING ONE
ATLANTA GA 30339

ASHY-BROWN GONZALES
C/O GMAC COMMERICAL MORTGAGE
PO BOX 740988
ATLANTA GA 30374 0988

SG PARTNERSHIP
PO BOX 704
MARKSVILLE LA 71351

SOUTHMARK PROPERTIES, L.L.C.
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

LPI MILLEDGEVILLE, INC.
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

HOMEWOOD ASSOCIATES, INC.
2595 ATLANTA HWY
ATHENS GA 30606 1232

WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD N W
ATLANTA GA 30309 2335

NEW PLAN REALTY TRUST
1120 AVENUE OF THE AMERICAS
NEW YORK NY 10036

N.K.C. PROPERTIES
P O BOX 4479
DALTON GA 30719

WTH II, LLC
C/O TWSPC
P.O. BOX 1983
ATHENS, GA 30603

CROSSROADS CENTER, LTD
2200 WOODCREST PL STE 210
BIRMINGHAM AL 35209

BRONZE CENTERS, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E PIEDMONT RD SUITE 300
MARIETTA GA 30066

BONNER'S POINT, LLC
PO BOX 8860
MOBILE AL 36689

PREMIER PROPERTIES & FS ALABAMA LTD
PTNRSH
PO BOX 905128
CHARLOTTE NC 28290 5128

E. LEE BARRAN, JAY BARRAN & JOHN &
MARY EYSTER
PO BOX 1663
DECATUR AL 35602 1663

E & A SOUTHEAST LIMITED PARTNERSHIP
E & A SOUTHEAST LIMITED PARTNE
PO BOX 528
COLUMBIA SC 29202

KILEEN MARKETPLACE, LLC
110 WEST TENNESSEE ST
FLORENCE  AL  35631

GRE PROPERTIES, LLC
ATTN: NORMA JEANE G RAYBURN
3 CONFEDERATE POINT
SPANISH FORT  AL  36527

NP OF TENNESSEE LP
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK  NY  10036

SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE WOODLANDS  TX  77387

LA GRANGE MARKETPLACE LLC
C/O REGENCY CENTERS
121 WEST FORSYTH STREET, STE 2
JACKSONVILLE  FL  32202

B.V. BELK, JR.
SUITE #207
4508 E INDEPENCE BLVD
CHARLOTTE  NC  28205

BLAINE LAKE, LLC
C/O LAMAR ASSET MGMT
365 SOUTH STREET
MORRISTOWN  NJ  07960

CITY VIEW,LLC
P.O. BOX 78145
CHARLOTTE  NC  28271 7026

WAREHOUSES,INC;ASSOC
INVESTMENTS;VICTOR B. JOHN
P.O. BOX 1608
C/O VILLAGE SQUARE
COLUMBIA  SC  29202 0528

SOUTHGATE PLAZA ASSOCIATES,LLC
26 PARK PLACE WEST - 2ND FLOOR
MORRISTOWN  NJ  07960

PRIMAX PROPERTIES LLC
1115 EAST MOREHEAD STREET
CHARLOTTE  NC  28204 2857

GLENWOOD MIDWAY COMPANY,LLC
16740 BIRKDALE COMMONS PARKWAY
SUITE 306
HUNTERSVILLE  NC  28078

BROAD STREET STATION SHOPPING
CENTER,LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE  NC  28236 6799

MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH POINT  NC  27260

LEATHERMAN ASSOCIATES
706 B JAKE BLVD WEST
SALISBURY  NC  28147

ROBERT H. PALMER,JR.
PO BOX 3146
JOHNSON CITY  TN  37602

JOHN H.O. LAGATTA
50 WEST LIBERTY STREET
STE 1080
RENO  NV  89501

ALVIN LAPIDUS & LOIS LAPIDUS,LLC
ATTN PAYMENT PROCESSING DEPT
PO BOX 331409
MIAMI  FL  33233 1409

THE FIRST REPUBLIC CORPORATION OF
AMERICA
302 5TH AVE
NEW YORK  NY  10001 3604

AL DAN PENSION INVESTMENTS - I
C/O WEISS
469 7TH AVE SUITE 1300
NEW YORK  NY  10018 7603

BELMONT/CENTERMARK, LP
C/O CHILDRESS KLEIN PROPERTIES
301 S COLLEGE ST. SUITE 2800
CHARLOTTE  NC  28202

WCL FIVE,LLC
P O BOX 601698
CHARLOTTE  NC  28260 1698

THE VILLAGE MARKETPLACE OF HAW
RIVER,INC.
HAW RIVER INC
614 N MAIN ST
SALISBURY  NC  28144 1507

GEORGE B. NALLEY,JR.
PO BOX 1929
C/O GBN PROPERTIES #1
EASLEY  SC  29641 1929

NEWTON ASSOCIATES
C/ORICHARD G HOEFLING
7421 CARMEL EXECUTIVE PK STE 214
CHARLOTTE  NC  28226

CALDWELL REALTY & INVESTMENT CO.
ATTN: CAROL GRAGG
PO BOX 740
LENOIR  NC  28645

RIAL CORPORATION
319 SOUTH MAPLE AVE
C/O WILLIAM C STILLWAGON
GREENSBURG  PA  15601 3218

IRT PARTNERS LP
P O BOX 101384
ATLANTA  GA  30392 1384

INDEPENDENCE CROSSING,LLC
699 BROAD STREET, SUITE 400
AUGUSTA,  GA  30901

SADDLE FUND I LIMITED PARTNERSHIP
ATTN ANGELA C. PIGG
4362 ASBURY CHURCH RD
LINCOLNTON  NC  28092

PMT PARTNERS V, LLC
C/O BELL MOORE GROUP INC
5200 PARK ROAD SUITE 120
CHARLOTTE NC 28209

BILL AGAPION
625 S ELM ST
GREENSBORO NC 27406 1327

HERITAGE SPE LLC
GROUP #60
P O BOX 5-497
WOBURN MA 01815

POTTER SQUARE ASSOCIATES LIMITED
PARTNERSHIP
C/O PROPERTY CONCEPTS
545 WATERGATE COURT
ROSWELL GA 30076 3239

RAPPAPORT MANAGEMENT CO
8405 GREENSBORO DRIVE
SUITE 830
MCLEAN VA 22102 5118

EBINPORT ASSOCIATES
PO BOX 4452
ROCK HILL SC 29732 6452

EGUITY ASSOCIATES
PO BOX 4452
ROCK HILL SC 29732 6452

MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL SC 29732 4452

LUCY COMPANY OF SOUTH CAROLINA
PO BOX 11312
C/O GRUBB & ELLIS WILSON/KIBLER
COLUMBIA SC 29211

ROBERT H. PALMER,JR.
PO BOX 3146
JOHNSON CITY TN 37602

LENOIR PARTNERS LLC
545 WATERGATE CT
ROSWELL GA 30076 3239

DAY PROPERTIES,LLC
119 SANDWEDGE ROAD
WILKESBORO NC 28697

SCP WINTER GARDEN FL, LLC
1300 POST OAK BLVD
SUITE 2000
HOUSTON TX 77056

CMC REAL ESTATE PROGRAM 1988-1, LT
PO BOX 8649
ANN ARBOR MI 48106 8649

THE OAKS SHOPPING CENTER, INC.
806 E 25TH ST
SANFORD FL 32771 4548

MT. DORA MARKETPLACE, LTD.
6353 W. ROGERS CIRCLE
SUITE 1
BOCA RATON FL 33487 2757

SOUTHECHASE INVESTERS,LLC
C/O BERWIND PROPERTY GROUP, LT
770 TOWNSHIP LINE ROAD, SUITE
YARDLEY PA 19067

LAKE HOWELL PLAZA PARTNERSHIP
3930 FULTON DR NW
STE 206
CANTON OH 44718 3040

ORLANDO 99-FL, LLC
2800 W. MARCH LANE SUITE 360
STOCKTON CA 95219

SANDEFUR INVESTMENTS,INC.
806 EAST 25TH STREET
SANDFORD FL 32771

GREAT OAK, LLC
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD W
JACKSONVILLE FL 32217

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY
PO BOX 97
COCOA FL 32923 0097

BELLOTTO PROPERTIES,LLC
2200 FAIRMOUNT AVENUE
ATTN AL BELLOTTO
LAKELAND FL 33803

MARKETPLACE PORT ST. LUCIE LIMITED
PTNSHP
CORPORATE CENTER WEST
433 SOUTH MAIN STREET STE 300
WEST HARTFORD CT 06110

SAMUEL C. ROPER, JR.
1209 CHICHESTER ST
ORLANDO FL 32803

DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA WA 98513

SNODGRASS HEIRS

ALTAMONTE S.S.G.,INC.
6220 S. ORANGE BLOSSOM TRAIL,
SUITE 163
ORLANDO FL 32809

EQUITY ONE(HUNTER'S CREEK) INC.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

E&A SOUTHEAST LP
PO BOX 528
C/O VILLAGE SQUARE
COLUMBIA SC 29202 0528

THE CIRIGNANO FAMILY LTD PARTNERSHIP
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON MS 39216 5763

JACKSON-I55, LLC
P O BOX 78
JACKSON MS 39205

JAMIL G. NASSAR MD TRUSTEE
27030 PACIFIC TERRANCE DRIVE
MISSION VIEJO CA 92692

ARTESIA MEDICAL DEVELOPMENT CO.
0

C. & A. LTD., L.C.
11690 GROOMS RD
CINCINNATI OH 45242

INDIAN CREEK CROSSING E & A LLC
P O BOX 528
COLUMBIA SC 29202

WEST RIDGE, LLC
5269 BUFORD HWY
ATLANTA GA 30340

SOUTH ROCKDALE SHOPPING CENTER
4200 NORTHSIDE PARKWAY
BUILDING 10 SUITE 101
ATLANTA GA. 30327 3052

WILMINGTON TRUST COMPANY, WILLIAM
JADE, ET AL.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO IL 60606

SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO IL 60606

MCDONOUGH MARKETPLACE PARTNERS
BOX 1149
MONTGOMERY AL 36101 1149

E & A SOUTHEAST LIMITED PARTNERSHIP
PO BOX 528
C/O PLANTATION POINT SHOPPING
COLUMBIA SC 29202

CHESTER DIX NEWMAN CORP
P.O. BOX 40
WESTBURY NY 11590

ALBION PACIFIC PROP RESOURCES
215 WEST SIXTH STREET
SUITE 1400
LOS ANGELES CA 90014

CC REALTY INTERMEDIATE FUND I, LTD
3101 TOWERCREEK PKWY, SUITE 20
ATLANTA GA 30339

JLR/JAB & TOWN CENTER SHOPPES, LTD.
LOCKBOX# 065-004
PO BOX 028568
MIAMI FL 33102 8568

SR JLB JAB LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI FL 33102 8568

DANIEL G. KAMIN
P.O. BOX 10234
PITTSBURGH PA 15232

VILLA RICA RETAIL PROPERTIES, LLC
PO BOX 324
VILLA RICA GA 30180

COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE
SUITE 900
ORLANDO FL 32803

COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE
SUITE 900
ORLANDO FL 32801

BARRETT CROSSING SHOPPING CENTER, LLC
85-A MILL STREET
SUITE 100
ROSWELL GA 30075

EDENS & AVANT FINANCING II LTD
PARTNERSHIP
P.O. BOX 528
COLUMBIA SC 29202

WENDY D. SAUPE
C/O COLLIERS CAUBLE ATTN JEAN
1349 W PEACHTREE STREET NE
ATLANTA GA 30309 2956

BT MARIETTA, LLC
C/O BET INVESTMENTS MANAGING A
2600 PHILMONT AVENUE
HUNTINGDON VALLEY PA 19006

BARRY F. O'NEILL
1355 TERRELL MILL ROAD, BLDG 1
MARIETTA GA 30067

DPG FIVE FORKS VILLAGE LLC
DEPT 162403 JD1300
PO BOX 951701
CLEVELAND OH 44193

SALEM CROSSING SHOPPING CENTER, LLC
5871 GLENRIDGE DRIVE
C/O SPECTRUM REALTY ADVISORS INC
ATLANTA GA 30328

P & W STONEBRIDGE, L.L.C.
C\O WESTSIDE MGT GROUP LLC
3060 PEACHTREE RD NW
ATLANTA GA 30305

MALCOLM ROSENBERG-SEE CORR FILE
840 UNION STREET
SALEM  VA  24153 5121


ALS-TELFAIR-PERLIS, L.L.P.
P.O. BOX 1097
CORDELE  GA  31010

A.A.C., INC.
PO BOX 16087
SAVANNAH  GA  31406

DANIEL G. KAMIN
PO BOX 10234
PITTSBURG  PA  15232 0234


CAMERON SANFORD COMPANY, LLC
PO BOX 31827
RALEIGH  NC  27622 1827

CLIFFDALE CORNER, INC.
C/O RIDDLE COMMERCIAL PROPERTI
238 NORTH MCPHERSON CHURCH ROA
FAYETTEVILLE  NC  28303

CEDAR CREEK CROSSING ASSOCIATES,  LLC
C/O PERRIE WHEELER REAL ESTATE
PO BOX 3578
NORFOLK  VA  23514


DIM VASTGOED, N.V.
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
FT LAUDERDALE  FL  33394

GENOA ASSOCIATES, LLC
POST OFFICE BOX 919
GOLDSBORO  NC  27533

GOLDSBORO ASSOC.
1410 VALLEY ROAD
WAYNE  NJ  07470


APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC
PO BOX 36799
CHARLOTTE  NC  28236 6799

WESTSIDE CITY, INC
PO BOX 2567
GREENVILLE  SC  29602 2567

NORTH SHORE CROSSINGS, LLC
GREAT SOUTH MANAGEMENT, LLC
217 JAMESTOWN PARK RD. SUITE #
BRENTWOOD  TN  37027


B.V. BELK, JR.
SUITE #207
4508 E INDEPENCE BLVD
CHARLOTTE  NC  28205

JOHN H.O. LAGATTA
50 WEST LIBERTY STREET
STE 1080
RENO  NV  89501

SADDLE FUND I LIMITED PARTNERSHIP
ATTN ANGELA C. PIGG
4362 ASBURY CHURCH RD
LINCOLNTON  NC  28092


E & A SOUTHEAST LIMITED PARTNERSHIP
PO BOX 528
C/O PLANTATION POINT SHOPPING
COLUMBIA  SC  29202

BANK OF AMERICA, N.A.,AS TRUSTEE W/
BETTY HOLLAND
(SOUTH) AS AGENT C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA  GA  30326

NEW PLAN EXCEL REALTY TRUST, INC.
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK  NY  10036