# Exhibit B

VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS  GA  31904

ELIOT PROPERTIES
5025 WINTERS CHAPEL RD
C/O M & P SHOPPING CTR
ATLANTA  GA  30360 1700

VICTORY VIDALIA, INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS  GA  31904

PINETREE PARTNERS, LTD.
113 BASCOM COURT
SUITE A
COLUMBUS  GA  31909 8562

GENTILLY SQUARE, LLC
PO BOX 204227
C/O HULL/STOREY DEVELOPMENT
AUGUSTA  GA  30917 4227

TOWER CENTER ASSOCIATES, LTD.
4415 FIFTH AVENUE
PITTSBURG  PA  15213

PERIMETER PLACE ASSOCIATES, L.P.
1201 NORTH PETERSON AVENUE
DOUGLAS  GA  31533 0269

MODERN WOODEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND  IL  61201

PARK SLOPE DEVELOPMENT CORPORATION
369 LEXINGTON AVENUE
ATTN: LENARD THYLAN, PRES.
NEW YORK  NY  11017

MR. FRED D. BENTLEY, SR.
241 WASHINGTON AVENUE
PO BOX 968
MARIETTA  GA  30060

LPI WAYCROSS, INC.
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW  GA  30260

COLONIAL PROPERTIES REALTY, LP
950 MARKET PROMENADE AVENUE
SUITE 2200
LAKE MARY  FL  32746

CYPRESS RUN, LLC
C/O GAME PROPERTIES CORP
470 BILTMORE WAY  SUITE 100
CORAL GABLES  FL  33134

LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER  FL  33458

CHAPEL TRAIL ASSOCIATES, LTD.
21011 JOHNSON ST
SUITE 101
PEMBROKE PINES  FL  33029

STILES WEST ASSOCIATES, LTD.
300 SE 2ND ST
FT LAUDERDALE  FL  33301

WOLFCHASE ASS,LLC, NORTH PALM,LLC, CEG NORTH PALM
C/O STRATEGIC REALTY SERVICES
901 NORTHPOINT PARKWAY SUITE 2
WEST PALM BEACH  FL  33407

HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD
PALM BEACH  FL  33410

DRINKARD DEVELOPMENT, INC
PO BOX 996
CULLMAN  AL  35056 0996

NEWTON DEVELOPMENT, INC.
250 WASHINGTON STREET
PRATTVILLE  AL  36067

MR HUGH M TARBUTTON
KAOLIN PLAZA MGMENT ACCT
P O BOX 269
SANDERSVILLE  GA  31082

AMERICAN COMMERCIAL REALTY CORP.
RE: ROEBUCK MARKETPLACE
4400 PGA BLVD. SUITE# 305
PALM BEACH GARDENS  FL  33410

DEERFOOT MARKETPLACE, LLC
6 OFFICE PARK CIRCLE
SUITE 100
BIRINGHAM  AL  35223

DEVELOPERS DIVERSIFIED OF ALABAMA, INC.
3300 ENTERPRISE PARKWAY
P. O. BOX 228042
BEACHWOOD  OH  44122

PALISADES INVESTORS, LLC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS  GA  31904

TROY MARKETPLACE LLC
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE SUITE 101
DEERFIELD BEACH  FL  33441

L. J. MELODY & COMPANY
1707 ARLINGTON BLVD
EL CERRITO  CA  94530

IPF-CAPITOL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT COR
2727 PACES FERRY ROAD SUITE 1-
ATLANTA  GA  30339

ALVIN B. CHAN LAMILY, L.P
3206 JACKSON ST
SAN FRANCISCO  CA  94118

F&M DEVELOPMENT, LTD
2600 E SOUTH BLVD
SUITE 230
MONTGOMERY  AL  36116

| | | |
|---|---|---|
| FAIRFIELD PARTNERS LIMITED PARTNERSHIP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY  AL  36123 5021 | RANDY ROARK<br>PO BOX 1149<br>MONTGOMERY  AL  36101 1149 | SPILLER INVESTMENTS, INC.<br>C/O THE TROTMAN CO INC<br>2525 BELL ROAD<br>MONTGOMERY AL 36117 |
| VESTAVIA HILLS 99-AL, LLC<br>5850 FAYETTEVILLE ROAD, STE 20<br>DURHAM  NC  27713 | BIRMINGHAM REALTY COMPANY<br>ACCOUNTING DEPT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM  AL  35242 4202 | PASCAGOULA PROPERTIES, LTD<br>P.O. BOX 680176<br>ATTN: LEASING DEPT<br>PRATTVILLE AL 36068 |
| BIRMINGHAM REALTY COMPANY<br>ACCOUNTING DEPT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM  AL  35242 4202 | JACK FIORELLA III<br>3800 CORPORATE WOODS DRIVE<br>SUITE 100<br>BIRMINGHAM  AL  35242 | ADAM-DIX PROPERTIES CORP.<br>MS. MILDRED GRAY<br>9118 TINGLE CUT OFF ROAD<br>DORA, AL    35062 |
| 59 WEST PARTNERS, LTD.<br>P.O. BOX 680176<br>ATTN: LEASE DEPT.<br>PRATTVILLE  AL  36068 | BIRMINGHAM REALTY COMPANY<br>ACCOUNTING DEPT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM  AL  35242 4202 | BERGERON WD PALMETTO, LLC<br>19612 SOUTHWEST 69TH PLACE<br>C/O BERGERON PROPERTIES &<br>FORT LAUDERDALE FL 33332 |
| PRESTON OIL COMPANY, L.P.<br>1717 WOODSTEAD COURT<br>THE WOODLANDS  TX  77380 0077 | ALLARD L.L.C.<br>695 CENTRAL AVENUE<br>#207<br>ST PETERSBURG  FL  33701 | WATKINS INVESTMENTS<br>751 CHAMPAGNE ROAD<br>INCLAN VILLAGE NV 89451 |
| WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE  NJ  07645 | TATONE PROPERTIES FLORIDA, INC.<br>100 WALLACE AVE SUITE 111<br>SARASOTA  FL  34237 | CLARA BOLDOG<br>C/O DEBOER INTERNATIONAL INC.<br>3705 TAMPA RD, UNIT 1-A<br>OLDSMAR FL 34677 |
| RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER  FL  33758 5666 | WEBBER COMMERCIAL PROPERTIES, LLC<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL  FL  33904 | WESLEY CHAPEL, LTD<br>1733 WEST FLETCHER AVENUE<br>ATTN ACCOUNTING DEPT<br>TAMPA FL 33612 |
| BENDERSON DEVELOPMENT CO., INC.<br>8441 COOPER CREEK BLVD.<br>UNIVERSITY PARK  FL  34201 | USRP I, LLC<br>4350 EAST WEST HIGHWAY, SUITE<br>BETHESDA  MD  20814 | THE ROSEMYR CORPORATION AND WILLIAM<br>L. STARK, SR.<br>PO BOX 108<br>HENDERSON NC 27536 0108 |
| WD DEVELOPMENT, LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVE SUITE 201<br>HENDERSON  NC  27536 | SHANNON VILLAGE SHOPPING CENTER, INC.<br>C/OJOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG  NC  27549 | DANIEL G. KAMIN<br>PO BOX 10234<br>PITTSBURG PA 15232 0234 |
| HAROLD G. BAGWELL<br>PO BOX 1700<br>GARNER  NC  27529 | F.R.O., L.L.C. VII<br>C/OJAMESM HASTINS CPA<br>305 PIPING ROCK DR<br>SILVER SPRINGS  MD  20905 | CAMERON SANFORD COMPANY, LLC<br>PO BOX 31827<br>RALEIGH NC 27622 1827 |

| | | |
|---|---|---|
| LOUIS L.ROSE, JR &IVON D.ROHRER JR.,S.R.E.CHAR,INC<br>PO BOX 35349<br>C/ODEVELOPMENT MANAGEMENT INC<br>CHARLOTTE  NC  28235 5349 | CLIFFDALE CORNER, INC.<br>C/O RIDDLE COMMERCIAL PROPERTI<br>238 NORTH MCPHERSON CHURCH ROA<br>FAYETTEVILLE  NC  28303 | PONDEROSA CENTER, INC .<br>PO BOX 53729<br>FAYETTEVILLE  NC  28305 |
| CEDAR CREEK CROSSING ASSOCIATES,  LLC<br>C/O PERRIE C/O WHEELER REAL ESTA<br>PO BOX 3578<br>NORFOLK  VA  23514 | PARK PLAZA, LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON  SC  29072 | KNIGHTDALE CROSSING, LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN  NJ  07960 |
| DIM VASTGOED, N.V.<br>DIM VASTGOED NV<br>C/O DBR ASSET MANAGEMENT INC<br>FT LAUDERDALE  FL  33394 | GREENWOOD COMMONS ASSOCIATES<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH  NC  27609 | GENOA ASSOCIATES, LLC<br>POST OFFICE BOX 919<br>GOLDSBORO  NC  27533 |
| CLUB BOULEVARD INVESTORS L.P.<br>C/O HARBOR GROUP MGMT CO<br>999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK  VA  23501 | CLAYTON CROSSINGS, LLC<br>C/O COMMERCIAL PROPERTIES,INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH  NC  27609 | BLANCHARD AND CALHOUN REAL EST<br>P O BOX 1808<br>AUGUSTA  GA  30903 1808 |
| SOUTH WIN LIMITED PARTNERSHIP<br>2743 PERIMETER PARKWAY<br>BLDG 100 SUITE 370<br>AUGUSTA  GA  30909 | EIG GORDON VILLAGE, LLC<br>C/O EQUITY INVESTMENT GROUP<br>111 E WAYNE ST  STE 500<br>FT WAYNE  IN  46804 | NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMER<br>2743 PERIMETER PARKWAY<br>AUGUSTA  GA  30909 1808 |
| CHARLES A. WILKINS<br>PO BOX 34127<br>CHARLOTTE  NC  28234 | PALMETTO PLACE, LLC<br>PO BOX 125<br>HONEA PATH  SC  29654 | TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON  SC  29697 1023 |
| AUGUSTA EXCHANGE,LLC<br>P O BO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK  NY  11042 0020 | HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY  SC  29641 | BAKER AND BAKER<br>PO BOX 12397<br>COLUMBIA  SC  29211 2397 |
| BLAKE P. GARRETT, JR AND GEORGE B. NALLEY, JR.<br>PO BOX 1929<br>EASLEY  SC  29641 1929 | APPLEWOOD SHOPPING CENTER<br>C/O COLLETT & ASSOCIATES INC<br>PO BOX 36799<br>CHARLOTTE  NC  28236 6799 | GREER PLAZA, INC.<br>1175 N E 125TH ST<br>SUITE 102<br>NORTH MIAMI  FL  33161 |
| GREENVILLE GROCERY LLC<br>C/OJP METZ CO, INC ATTN:DANIEL M<br>1990 M STREET, N.W. STE 650<br>WASHINGTON  DC  20036 | DIXIELAND SC, LLC<br>235 MOORE STREET<br>HACKENSACK  NJ  07601 | GLIMCHER PROPERTIES LIMITED PARTNERSHIP<br>NEWBERRY SQUARE SHOPPING CENTE<br>150 EAST GAY STREET<br>COLUMBUS  OH  43215 |
| RIVER OAKS PARTNERSHIP<br>C/OHUGHES REAL ESTATE INC<br>P O BOX 2567<br>GREENSVILLE  SC  29602 | USPG PORTFOLIO TWO, LLC<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS  OH  43215 | MONARCH DEVELOPMENT LLC<br>230 SEVEN FARMS DR<br>SUITE 200<br>CHARLESTON, SC 29492 |

GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC. STE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA  TN  37421

FOOTHILLS PARTNERSHIP
P.O BOX 3305
GREENVILLE  SC  29602

WINDSOR PLACE
PO BOX 125
HONEA PATH  SC  29654 0125

WD WESTMINSTER SC LLC
C\O I REISS & SON
200 EAST 61ST STREET-STE 29F
NEW YORK  NY  10021

TOWN 'N COUNTRY REALTY OF EASLEY, INC.
PO BOX 1929
EASLEY  SC  29641 1929

OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD  SC  29648 1095

MORRO PALMS SHOPPING CENTER
C/O MRS. MONA GELLER, TRUSTEE
2938 DIVISADERO STREET
SAN FRANSICO  CA  94123

SHARRON BLACKWELL
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE  SC  29603

L.W. SMITH, JR. TRUST
301 PARK LAKE ROAD
COLUMBIA  SC  29223

MCDUFFIE SQUARE, LP
PO BOX 204227
AUGUSTA  GA  30917 4227

PICKENS-NALLY, L.P.
P.O BOX 1929
EASLEY  SC  29641

DEVELOPERS DIVERSIFIED REALTY
3300 ENTERPRISE PRKWAY
PO BOX 228042
BEACHWOOD  OH  44122

IVEY ELECTRIC COMPANY
PO BOX 211
SPARTANBURG  SC  29304

CEDAR SPRINGS CENTER ASSOCIATES
PO BOX 3524
SPARTANBURG  SC  29304 3524

STOCKMAN AND NALLEY PARTNERSHIP
1142 REYNOLDS AVE
GREENWOOD  SC  29649

FRANK BOREN
9169 GREAT BLUE HERON LANE
BLAINE  WA  98250

12TH STREET & WASHINGTON
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE  AZ  85258

SOUTHWAY INVESTORS
718 E. FREDERICK STREET
GAFFNEY  SC  29340

ARROWHEAD NET LEASE, LP
C/O CARDINAL CAPITAL PARTNERS,
8214 WESTCHESTER DR, 9TH FL
DALLAS  TX  75225

FURY'S FERRY LIMITED PARTNERS
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA  GA  30917

PHIL DRAKE AND SUSAN DRAKE
106 PALMER STREET
FRANKLIN  NC  28734

WESTSIDE CITY, INC
PO BOX 2567
GREENVILLE  SC  29602 2567

WESTLAND PLAZA ASSOCIATES, LP
C/O STIRLING PROPERTIES
P O BOX 11407
BIRMINGHAM  AL  35246 0787

H.C. PLUNKETT
P O BOX 5306
JACKSON  MS  39296 5306

NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON  MS  39216 5763

CPM ASSOCIATES, L.P.
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA  GA  30339

H C PLUNKETT
C/O BATESVILLE SECURITY BANK
TMAS 7300228 P O BOX 690
BATESVILLE  MS  38606

ECKSTEIN PROPERTIES LLC
60 BROAD STREET
SUITE 3503
NEW YORK  NY  10004

PASS CHRISTIAN VILLAGE
P O BOX 1260
RIDGELAND  MS  39158

EDENS & AVANT PROPERTIES LP
PO BOX 528
C/O MAGEE SHOPPING CENTER
COLUMBIA  SC  29202

MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH SUITE 210
JACKSON  MS  39211

JWV (LA), L.L.C.
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE  AL  36616 0146

NEW IBERIA INVESTORS, LLC
PO BOX 4767
COLUMBUS  GA  31904

METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE, ONTARIO
M9C 2A8

EBR PARTNERSHIP
7732 GOODWOOD BLVD  STE V
BATON ROUGE  LA  70806

MYSTIC, L.L.C.
P.O. BOX 100
PLATTENVILLE  LA  70393

LYNN KIRK MANAGEMENT
LYNN KIRK MGMT
24 E COTA STREET
SANTA BARBARA  CA  93101

TUNICA VILLAGE PARTNERSHIP
C/O BARBARA KIZER
ACADIAN MANAGEMENT
MADISONVILLE  LA  70447

BUNKIE INVESTMENT COMPANY, INC.
3621 RIDGELAKE DR  STE 203
METAIRIE  LA  70002 1739

SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE  OH  43537

J.B. LEVERT LAND COMPANY, INC.
PO BOX 518
METAIRE  LA  70004 0518

HASCO PROPERTIES
PO BOX 681
MC COMB  MS  39648 0681

FRED CHIKOVSKY
C/O P.S. FRANKLIN, LTD.
1720 HARRISON STREET
HOLLYWOOD, FL    33020

THE BROOKWOOD PARTNERSHIP
C/O STIRLING PROPERTIES, INC.
109 NORTHPARK BLV., SUITE 300
COVINGTON,  LA  70433

IPF/HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT COR
PACES WEST BUILDING ONE
ATLANTA  GA  30339

ASHY-BROWN GONZALES
C/O GMAC COMMERICAL MORTGAGE
PO BOX 740988
ATLANTA  GA  30374 0988

SG PARTNERSHIP
PO BOX 704
MARKSVILLE  LA  71351

SOUTHMARK PROPERTIES, L.L.C.
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM  AL  35216

LPI MILLEDGEVILLE, INC.
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

HOMEWOOD ASSOCIATES, INC.
2595 ATLANTA HWY
ATHENS  GA  30606 1232

WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD N W
ATLANTA  GA  30309 2335

NEW PLAN REALTY TRUST
1120 AVENUE OF THE AMERICAS
NEW YORK  NY  10036

N.K.C. PROPERTIES
P O BOX 4479
DALTON  GA  30719

WTH II, LLC
C/O TWSPC
P.O. BOX 1983
ATHENS, GA 30603

CROSSROADS CENTER, LTD
2200 WOODCREST PL STE 210
BIRMINGHAM  AL  35209

BRONZE CENTERS, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E PIEDMONT RD SUITE 300
MARIETTA  GA  30066

BONNER'S POINT, LLC
PO BOX 8860
MOBILE  AL  36689

PREMIER PROPERTIES & FS ALABAMA LTD PTNRSH
PO BOX 905128
CHARLOTTE  NC  28290 5128

E. LEE BARRAN, JAY BARRAN & JOHN & MARY EYSTER
PO BOX 1663
DECATUR  AL  35602 1663

E & A SOUTHEAST LIMITED PARTNERSHIP
E & A SOUTHEAST LIMITED PARTNE
PO BOX 528
COLUMBIA  SC  29202

KILEEN MARKETPLACE, LLC
110 WEST TENNESSEE ST
FLORENCE  AL  35631

GRE PROPERTIES, LLC
ATTN: NORMA JEANE G RAYBURN
3 CONFEDERATE POINT
SPANISH FORT  AL  36527

NP OF TENNESSEE LP
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK  NY  10036

SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE WOODLANDS  TX  77387

LA GRANGE MARKETPLACE LLC
C/O REGENCY CENTERS
121 WEST FORSYTH STREET, STE 2
JACKSONVILLE  FL  32202

B.V. BELK, JR.
SUITE #207
4508 E INDEPENCE BLVD
CHARLOTTE  NC  28205

BLAINE LAKE, LLC
C/O LAMAR ASSET MGMT
365 SOUTH STREET
MORRISTOWN  NJ  07960

CITY VIEW,LLC
P.O. BOX 78145
CHARLOTTE  NC  28271 7026

WAREHOUSES,INC;ASSOC
INVESTMENTS;VICTOR B. JOHN
P.O. BOX 1608
C/O VILLAGE SQUARE
COLUMBIA  SC  29202 0528

SOUTHGATE PLAZA ASSOCIATES,LLC
26 PARK PLACE WEST - 2ND FLOOR
MORRISTOWN  NJ  07960

PRIMAX PROPERTIES LLC
1115 EAST MOREHEAD STREET
CHARLOTTE  NC  28204 2857

GLENWOOD MIDWAY COMPANY,LLC
16740 BIRKDALE COMMONS PARKWAY
SUITE 306
HUNTERSVILLE  NC  28078

BROAD STREET STATION SHOPPING
CENTER,LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE  NC  28236 6799

MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH POINT  NC  27260

LEATHERMAN ASSOCIATES
706 B JAKE BLVD WEST
SALISBURY  NC  28147

ROBERT H. PALMER,JR.
PO BOX 3146
JOHNSON CITY  TN  37602

JOHN H.O. LAGATTA
50 WEST LIBERTY STREET
STE 1080
RENO  NV  89501

ALVIN LAPIDUS & LOIS LAPIDUS,LLC
ATTN PAYMENT PROCESSING DEPT
PO BOX 331409
MIAMI  FL  33233 1409

THE FIRST REPUBLIC CORPORATION OF
AMERICA
302 5TH AVE
NEW YORK  NY  10001 3604

AL DAN PENSION INVESTMENTS - I
C/O WEISS
469 7TH AVE SUITE 1300
NEW YORK  NY  10018 7603

BELMONT/CENTERMARK, LP
C/O CHILDRESS KLEIN PROPERTIES
301 S COLLEGE ST. SUITE 2800
CHARLOTTE  NC  28202

WCL FIVE,LLC
P O BOX 601698
CHARLOTTE  NC  28260 1698

THE VILLAGE MARKETPLACE OF HAW
RIVER,INC.
HAW RIVER INC
614 N MAIN ST
SALISBURY  NC  28144 1507

GEORGE B. NALLEY,JR.
PO BOX 1929
C/O GBN PROPERTIES #1
EASLEY  SC  29641 1929

NEWTON ASSOCIATES
C/ORICHARD G HOEFLING
7421 CARMEL EXECUTIVE PK STE 214
CHARLOTTE  NC  28226

CALDWELL REALTY & INVESTMENT CO.
ATTN: CAROL GRAGG
PO BOX 740
LENOIR  NC  28645

RIAL CORPORATION
319 SOUTH MAPLE AVE
C/O WILLIAM C STILLWAGON
GREENSBURG  PA  15601 3218

IRT PARTNERS LP
P O BOX 101384
ATLANTA  GA  30392 1384

INDEPENDENCE CROSSING,LLC
699 BROAD STREET, SUITE 400
AUGUSTA,  GA  30901

SADDLE FUND I LIMITED PARTNERSHIP
ATTN ANGELA C. PIGG
4362 ASBURY CHURCH RD
LINCOLNTON  NC  28092

| | | |
|---|---|---|
| PMT PARTNERS V, LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD SUITE 120<br>CHARLOTTE NC 28209 | BILL AGAPION<br>625 S ELM ST<br>GREENSBORO NC 27406 1327 | HERITAGE SPE LLC<br>GROUP #60<br>P O BOX 5-497<br>WOBURN MA 01815 |
| POTTER SQUARE ASSOCIATES LIMITED PARTNERSHIP<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL GA 30076 3239 | RAPPAPORT MANAGEMENT CO<br>8405 GREENSBORO DRIVE<br>SUITE 830<br>MCLEAN VA 22102 5118 | EBINPORT ASSOCIATES<br>PO BOX 4452<br>ROCK HILL SC 29732 6452 |
| EGUITY ASSOCIATES<br>PO BOX 4452<br>ROCK HILL SC 29732 6452 | MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL SC 29732 4452 | LUCY COMPANY OF SOUTH CAROLINA<br>PO BOX 11312<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>COLUMBIA SC 29211 |
| ROBERT H. PALMER, JR.<br>PO BOX 3146<br>JOHNSON CITY TN 37602 | LENOIR PARTNERS LLC<br>545 WATERGATE CT<br>ROSWELL GA 30076 3239 | DAY PROPERTIES, LLC<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697 |
| SCP WINTER GARDEN FL, LLC<br>1300 POST OAK BLVD<br>SUITE 2000<br>HOUSTON TX 77056 | CMC REAL ESTATE PROGRAM 1988-1, LT<br>PO BOX 8649<br>ANN ARBOR MI 48106 8649 | THE OAKS SHOPPING CENTER, INC.<br>806 E 25TH ST<br>SANFORD FL 32771 4548 |
| MT. DORA MARKETPLACE, LTD.<br>6353 W. ROGERS CIRCLE<br>SUITE 1<br>BOCA RATON FL 33487 2757 | SOUTHECHASE INVESTERS, LLC<br>C/O BERWIND PROPERTY GROUP, LT<br>770 TOWNSHIP LINE ROAD, SUITE<br>YARDLEY PA 19067 | LAKE HOWELL PLAZA PARTNERSHIP<br>3930 FULTON DR NW<br>STE 206<br>CANTON OH 44718 3040 |
| ORLANDO 99-FL, LLC<br>2800 W. MARCH LANE SUITE 360<br>STOCKTON CA 95219 | SANDEFUR INVESTMENTS, INC.<br>806 EAST 25TH STREET<br>SANDFORD FL 32771 | GREAT OAK, LLC<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD W<br>JACKSONVILLE FL 32217 |
| THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY<br>PO BOX 97<br>COCOA FL 32923 0097 | BELLOTTO PROPERTIES, LLC<br>2200 FAIRMOUNT AVENUE<br>ATTN AL BELLOTTO<br>LAKELAND FL 33803 | MARKETPLACE PORT ST. LUCIE LIMITED PTNSHP<br>CORPORATE CENTER WEST<br>433 SOUTH MAIN STREET STE 300<br>WEST HARTFORD CT 06110 |
| SAMUEL C. ROPER, JR.<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 | DAUKSCH FAMILY PARTNERSHIP<br>10732 TODT KARLE ROAD SE<br>OLYMPIA WA 98513 | SNODGRASS HEIRS |
| ALTAMONTE S.S.G., INC.<br>6220 S. ORANGE BLOSSOM TRAIL,<br>SUITE 163<br>ORLANDO FL 32809 | EQUITY ONE(HUNTER'S CREEK) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | E&A SOUTHEAST LP<br>PO BOX 528<br>C/O VILLAGE SQUARE<br>COLUMBIA SC 29202 0528 |

| | | |
|---|---|---|
| THE CIRIGNANO FAMILY LTD PARTNERSHIP<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>JACKSON MS 39216 5763 | JACKSON-I55, LLC<br>P O BOX 78<br>JACKSON MS 39205 |
| JAMIL G. NASSAR MD TRUSTEE<br>27030 PACIFIC TERRANCE DRIVE<br>MISSION VIEJO CA 92692 | ARTESIA MEDICAL DEVELOPMENT CO.<br>0 | C. & A. LTD., L.C.<br>11690 GROOMS RD<br>CINCINNATI OH 45242 |
| INDIAN CREEK CROSSING E & A LLC<br>P O BOX 528<br>COLUMBIA SC 29202 | WEST RIDGE, LLC<br>5269 BUFORD HWY<br>ATLANTA GA 30340 | SOUTH ROCKDALE SHOPPING CENTER<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 SUITE 101<br>ATLANTA GA. 30327 3052 |
| WILMINGTON TRUST COMPANY, WILLIAM JADE, ET AL.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE. 6<br>CHICAGO IL 60606 | SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE. 6<br>CHICAGO IL 60606 | MCDONOUGH MARKETPLACE PARTNERS<br>BOX 1149<br>MONTGOMERY AL 36101 1149 |
| E & A SOUTHEAST LIMITED PARTNERSHIP<br>PO BOX 528<br>C/O PLANTATION POINT SHOPPING<br>COLUMBIA SC 29202 | CHESTER DIX NEWMAN CORP<br>P.O. BOX 40<br>WESTBURY NY 11590 | ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET<br>SUITE 1400<br>LOS ANGELES CA 90014 |
| CC REALTY INTERMEDIATE FUND I, LTD<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 | JLR/JAB & TOWN CENTER SHOPPES, LTD.<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI FL 33102 8568 | SR JLB JAB LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI FL 33102 8568 |
| DANIEL G. KAMIN<br>P.O. BOX 10234<br>PITTSBURGH PA 15232 | VILLA RICA RETAIL PROPERTIES, LLC<br>PO BOX 324<br>VILLA RICA GA 30180 | COMMERCIAL NET LEASE REALTY, INC.<br>450 S. ORANGE AVENUE<br>SUITE 900<br>ORLANDO FL 32803 |
| COMMERCIAL NET LEASE REALTY, INC.<br>450 S. ORANGE AVENUE<br>SUITE 900<br>ORLANDO FL 32801 | BARRETT CROSSING SHOPPING CENTER, LLC<br>85-A MILL STREET<br>SUITE 100<br>ROSWELL GA 30075 | EDENS & AVANT FINANCING II LTD PARTNERSHIP<br>P.O. BOX 528<br>COLUMBIA SC 29202 |
| WENDY D. SAUPE<br>C/O COLLIERS CAUBLE ATTN JEAN<br>1349 W PEACHTREE STREET NE<br>ATLANTA GA 30309 2956 | BT MARIETTA, LLC<br>C/O BET INVESTMENTS MANAGING A<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY PA 19006 | BARRY F. O'NEILL<br>1355 TERRELL MILL ROAD, BLDG 1<br>MARIETTA GA 30067 |
| DPG FIVE FORKS VILLAGE LLC<br>DEPT 162403 JD1300<br>PO BOX 951701<br>CLEVELAND OH 44193 | SALEM CROSSING SHOPPING CENTER, LLC<br>5871 GLENRIDGE DRIVE<br>C/O SPECTRUM REALTY ADVISORS INC<br>ATLANTA GA 30328 | P & W STONEBRIDGE, L.L.C.<br>C\O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305 |

MALCOLM ROSENBERG-SEE CORR FILE
840 UNION STREET
SALEM  VA  24153 5121

ALS-TELFAIR-PERLIS, L.L.P.
P.O. BOX 1097
CORDELE  GA  31010

A.A.C., INC.
PO BOX 16087
SAVANNAH  GA  31406

DANIEL G. KAMIN
PO BOX 10234
PITTSBURG  PA  15232 0234

CAMERON SANFORD COMPANY, LLC
PO BOX 31827
RALEIGH  NC  27622 1827

CLIFFDALE CORNER, INC.
C/O RIDDLE COMMERCIAL PROPERTI
238 NORTH MCPHERSON CHURCH ROA
FAYETTEVILLE  NC  28303

CEDAR CREEK CROSSING ASSOCIATES, LLC
C/O PERRIE WHEELER REAL ESTATE
PO BOX 3578
NORFOLK  VA  23514

DIM VASTGOED, N.V.
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
FT LAUDERDALE  FL  33394

GENOA ASSOCIATES, LLC
POST OFFICE BOX 919
GOLDSBORO  NC  27533

GOLDSBORO ASSOC.
1410 VALLEY ROAD
WAYNE  NJ  07470

APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC
PO BOX 36799
CHARLOTTE  NC  28236 6799

WESTSIDE CITY, INC
PO BOX 2567
GREENVILLE  SC  29602 2567

NORTH SHORE CROSSINGS, LLC
GREAT SOUTH MANAGEMENT, LLC
217 JAMESTOWN PARK RD. SUITE #
BRENTWOOD  TN  37027

B.V. BELK, JR.
SUITE #207
4508 E INDEPENCE BLVD
CHARLOTTE  NC  28205

JOHN H.O. LAGATTA
50 WEST LIBERTY STREET
STE 1080
RENO  NV  89501

SADDLE FUND I LIMITED PARTNERSHIP
ATTN ANGELA C. PIGG
4362 ASBURY CHURCH RD
LINCOLNTON  NC  28092

E & A SOUTHEAST LIMITED PARTNERSHIP
PO BOX 528
C/O PLANTATION POINT SHOPPING
COLUMBIA  SC  29202

BANK OF AMERICA, N.A.,AS TRUSTEE W/
BETTY HOLLAND
(SOUTH) AS AGENT C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA  GA  30326

NEW PLAN EXCEL REALTY TRUST, INC.
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK  NY  10036