UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

---------------------------------------------------x
In re:                                             Chapter 11
                                    :
Winn-Dixie, Stores, Inc., et al.                   Case No. 05-03817-3F1
                                    :              Jointly Administered
                    Debtor.
---------------------------------------------------x              Claim No. 976


**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO FRBP RULE 3001(e) (2)**

1.  TO:         FALCON FARMS, INC. ("Transferor")
                2330 NW 82nd Avenue
                Miami, Florida  33122
                Telephone:       (305) 477 8088
                Facsimile:       (305) 477-5965
                Attention:       Jairo Rengifo and/or Maria Carbonari
                E-Mail:          jrengifo@falconfarms.com

2.     Please take notice of the transfer of $2,166,255.45 of your claim evidenced by the referenced Proof of Claim, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

                CREDIT SUISSE ("Transferee")
                11 Madison Avenue, 5th Floor
                New York, New York  10010
                Attention:       Wendy Beer
                Telephone:       (212) 538-5385
                Facsimile:       (212) 538-8119
                E-Mail:          wendy.beer@csfb.com

F:\esbin\Agr-Trade Claims\3001\238-463 Falcon (Winn Dixie) 3001.doc

3.  No action is required if you do not object to the transfer of the Transferred Claim as described above.  However, **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- - **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

>Special Deputy Clerk
>United States Courthouse
>300 North Hogan Street
>Suite 3-350
>Jacksonville, Florida 32202

- - **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- - Refer to **INTERNAL CONTROL NO. \_\_\_\_** in your objection.

4.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

_____

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **FALCON FARMS, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CREDIT SUISSE** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Winn-Dixie Procurement, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re: Winn-Dixie, Stores, Inc., et al., Chapter 11 Case No. 05-03817-3F1 (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"), in the amount of $2,166,255.45 (the "Claim"), including the Proof of Claim filed by Assignor in the Bankruptcy Case, which Proof of Claim has been assigned claim no. 976.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25TH day of July, 2005

| FALCON FARMS, INC. | CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
|---|---|
| By:_____<br>Name:_____<br>Title: JAIRO RENGIFO<br>PRESIDENT | By:_____<br>  Name:<br>  Title:<br><br>By:_____<br>  Name:<br>  Title: |

F:\ESBIN\AGR-TRADE CLAIMS\238-463 FALCON (WINN DIXIE) EXC.DOC

- 12 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **FALCON FARMS, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CREDIT SUISSE** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Winn-Dixie Procurement, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie, Stores, Inc., et al.,* Chapter 11 Case No. 05-03817-3F1 (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"), in the amount of $2,166,255.45 (the "Claim"), including the Proof of Claim filed by Assignor in the Bankruptcy Case, which Proof of Claim has been assigned claim no. 976.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25TH day of July, 2005

| FALCON FARMS, INC. | CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
|---|---|
| By:_____ <br> Name: <br> Title: | By:_____ <br> Name: Wendy Beer <br> Title: Director <br> By:_____ <br> Name: <br> Title: Robert Healey <br> Director |

F:\ESBIN\AGR-TRADE CLAIMS\238-463 FALCON (WINN DIXIE) EXC.DOC

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF
FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Winn-Dixie, Stores, Inc., et al. | Case No. 05-03817-3F1 |
| | (Jointly Administered) |
| Debtor. | |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e) (2)

Scott L. Esbin, Esq.

**ESBIN & ALTER, LLP**
ATTORNEYS AT LAW
497 SOUTH MAIN STREET
NEW CITY, NEW YORK 10956
(845) 634-7909