[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO APPEAR PRO HAC VICE

This case came on for consideration upon the Court's own motion. On July 25, 2005, Tina M. Talarchyk filed a Motion to Appear Pro Hac Vice without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Appear Pro Hac Vice is stricken from the record.

Dated August 9, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Attorneys for Debtor
US Trustee
Attorneys for Unsecured Creditors Committee
Tina M. Talarchyk, 200 S. Biscayne Blvd., #3400, Miami, FL 33131

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Aug 09, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 6

The following entities were served by first class mail on Aug 11, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
             New York, NY 10005-1401
aty        +John B. Macdonald,    Akerman Senterfitt,    50 North Laura Street,    Suite 2500,
             Jacksonville, FL 32202-3646
aty        +Tina M Talarchyk,    Duane Morris LLP,    200 South Biscayne Boulevard,    Suite 3400,
             Miami, FL 33131-5323

The following entities were served by electronic transmission on Aug 10, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Aug 10 2005 01:52:23     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2005**                    **Signature:** *Joseph Speetjens*