UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER DENYING RELIEF FROM STAY

This case is before the Court upon the Motion to Lift Stay filed by David Timmons (the "Movant") on May 19, 2005 (Doc. No. 1350). Based upon the failure of the Movant to appear in support of the motion, the Court considers the motion to have been abandoned. Accordingly, it is

ORDERED:

The motion is denied.

Dated this 11 day of August, 2005, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

00504584