UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC.                                   Chapter 11
        Debtor.
_____/

### CASSELSQUARE, LLC'S APPLICATION
### FOR PAYMENT OF ADMINISTRATIVE EXPENSE

        CASSELSQUARE, LLC hereby makes this application for the payment of expenses related to the administration of the estate in these proceedings.

        CASSELSQUARE, LLC requests payment of administrative expenses allowable under 11 USC §503(b)(1)(A) and administrative rent for the use of the property located at 944 East State Road 436, Casselberry, FL 32730 ("Property"). Pursuant to the lease under which the Debtor leased the Property, as additional rent, the Debtor was responsible for property taxes. The estimated amount of the tax assessment for the period from the petition date (2/21/2005) to the date of the rejection (05/19/05) is $6,585.13. CASSELSQUARE, LLC requests payment of the post petition taxes owed for the period that the Debtor was in possession of the Property.

        WHEREFORE, CASSELSQUARE, LLC requests that this Court, after notice and any requested hearing, allow as administrative expenses in these proceedings the additional post petition rent for taxes assessed on the Property for the period from date of the petition to the date of the rejection of the lease.

        I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's CM/ECF electronic mail system and by regular U.S. Mail this 12th day of August 2005 to all parties on the attached service list.

                                        RICE PUGATCH ROBINSON & SCHILLER, P.A.
                                        Attorneys for Casselsquare, LLC
                                        101 NE Third Ave., Suite 1800
                                        Fort Lauderdale, FL 33301
                                        Telephone:      (954) 462-8000
                                        Facsimile:      (954) 462-4300

                                        By: ___/s/  Kenneth B. Robinson_____
                                             Kenneth B. Robinson
                                             Florida Bar No.: 559474
                                             Lisa M. Schiller
                                             Florida Bar No.: 984426
                                             Craig A. Pugatch
                                             Florida Bar No.:  653381

**Adam Ravin**
Attorney for Winn-Dixie Stores, Inc.
Skadden Arps Slate Meagher & Fbm, LLP
Four Times Square
New York, NY 10036

**James H. Post**
Attorney for Winn-Dixie Stores, Inc.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Cynthia C. Jackson**
Attorney for Winn-Dixie Stores, Inc.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**Patrick P. Patangan**
Attorney for Unsecured Creditors Committee
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

**John B. Macdonald**
Attorney for Unsecured Creditors Committee
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**Dennis F. Dunne**
Attorney for Unsecured Creditors Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Elena L Escamilla**
U.S. Trustee
135 W Central Blvd., Ste 620
Orlando, FL 32806

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys at Law
(954)462-8000