# **AMENDMENT TO PURCHASE AND SALE AGREEMENT**

**THIS AMENDMENT TO PURCHASE AND SALE AGREEMENT** (the "Amendment") is entered into as of August ___, 2005 (the "Effective Date") by and between **WINN-DIXIE STORES, INC.**, a Florida corporation (hereinafter "Seller"), and **ECKERD CORPORATION**, a Delaware corporation (hereinafter "Buyer").

**RECITALS:**

A.  Seller and Buyer entered into that certain Purchase and Sale Agreement (the "Agreement") on July 19, 2005, with regard to the sale and purchase of pharmacies business located within Seller's supermarket locations as identified on Schedule 1 of the Agreement (the "Property").

B.  Seller and Buyer wish to amend the Agreement as hereinafter provided.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and in the Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer agree as follows:

1.  Capitalized terms not defined in this Amendment will have the same meanings given to them in the Agreement.

2.  Schedule 1 of the Agreement is hereby modified to include the following pharmacy ("Pharmacy Number 2732"):

| Store No. | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| 2732 | 929 Joe Frank Harris Pkwy | Cartersville | GA | 31020 |

3.  Buyer and Seller have agreed that the Records for Pharmacy Number 2732 shall be valued at One Hundred Forty Thousand Dollars ($140,000.00). Accordingly, that portion of the Purchase Price identified in paragraph 3a. of the Agreement shall be adjusted to include the transfer of the Records associated with Pharmacy Number 2732 from Two Million Seven Hundred Three Thousand Dollars ($2,703,000.00) to Two Million Eight Hundred Forty-Three Thousand Dollars ($2,843,000.00).

4.  Exhibit B of the Agreement is hereby modified to include the following estimated amounts for Pharmacy Number 2732:

| Store | Address | City | ZIP | ST | Closing Inventory | RX Weekly Average |
|---|---|---|---|---|---|---|
| 2732 | 929 Joe Frank Harris Pkwy | Cartersville | 31020 | GA | $106,106 | 536 |

5.  Neither party has any knowledge of any default of any covenants of the Agreement and the Agreement is unmodified, except as expressly set forth in this Amendment. This Amendment may be executed in counterpart each of which, when so executed, will be deemed an original. Any signature delivered by facsimile will be deemed to be an original signature.

**SELLER:**

**WINN-DIXIE STORES, INC.**,
a Florida corporation

By: _____
Name: _____
Title: _____

**BUYER**:

**ECKERD CORPORATION,**
a Delaware corporation

By: _____
Name: _____
Title: _____

SGRJAX\72681.2