# **AMENDMENT TO PURCHASE AND SALE AGREEMENT**

**THIS AMENDMENT TO PURCHASE AND SALE AGREEMENT** (the "Amendment") is entered into as of August ___, 2005 (the "Effective Date") by and between **WINN-DIXIE STORES, INC.**, a Florida corporation (hereinafter "Seller"), and **THE KROGER CO.,** on behalf of itself and Kroger Limited Partnership I, a corporation of the State of Ohio (hereinafter "Buyer").

### RECITALS:

A.   Seller and Buyer entered into that certain Purchase and Sale Agreement on July 19, 2005, as amended by that Amendment to Purchase and Sale Agreement dated August _____, 2005 (collectively, the "Agreement") with regard to the sale and purchase of pharmacies business located within Seller's supermarket locations as identified on Exhibit A of the Agreement (the "Property").

B.   Seller and Buyer wish to amend the Agreement as hereinafter provided.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and in the Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer agree as follows:

1.   Capitalized terms not defined in this Amendment will have the same meanings given to them in the Agreement.

2.   Exhibit A of the Agreement is hereby modified to include the following pharmacy into the description of Pharmacies ("Pharmacy Number 2078"):

| Store | Address | City | ZIP | ST | Closing Inventory | RX Weekly Average |
|---|---|---|---|---|---|---|
| 2708 | 2350 Spring Rd., #200 | Smyrna | 30080 | GA | $79,120 | 207 |

3.   Buyer and Seller have agreed that the Records for Pharmacy Number 2078 shall be valued at Forty Thousand Dollars ($40,000.00).  Accordingly, that portion of the Purchase Price identified in paragraph 3a. of the Agreement shall be adjusted to include the transfer of the Records associated with Pharmacy Number 2078 from One Million Four Hundred Seventy Thousand Dollars ($1,470,000.00) to One Million Five Hundred Ten Thousand Dollars ($1,510,000.00).

4.   Neither party has any knowledge of any default of any covenants of the Agreement and the Agreement is unmodified, except as expressly set forth in this Amendment.  This Amendment may be executed in counterpart each of which, when so executed, will be deemed an original.  Any signature delivered by facsimile will be deemed to be an original signature.

**SELLER:**                                                                   **BUYER:**

**WINN-DIXIE STORES, INC.**,                                 **THE KROGER CO.,** on behalf of itself
a Florida corporation                                                   and Kroger Limited Partnership I,
                                                                                      a corporation of the State of Ohio

By: _____              By: _____
Name: _____              Name: _____
Title: _____              Title: _____

SGRJAX\72656.2