# Exhibit A



A - 3270

File Edit Transfer Appearance Communication Assist Window Help

PrtScrn Copy Paste Send Recv Display Color Map Record Stop Play Quit Clipbrd Index

A211M1 RENT PAYMENT HISTORY NEXT SCREEN

LEASE NUMBER 01 0018 0001 PAYMENT TYPE: CAM COMMON AREA MAINT

| A\P VENDOR | TYPE PAYMENT | AMOUNT PAID | PAID DATE |
|---|---|---|---|
| 161617 PENMAN PLAZA ASSOCIATES | CAM MANUAL | 12,133.26 | 11-23-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 1-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 2-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 3-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 4-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 5-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 6-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 7-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 8-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 9-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 10-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 11-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 12-01-04 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 1-01-05 |

NET ACCRUED RENT: NET PREPAID RENT:

PRESS ENTER FOR MORE TRANSACTIONS

F1-HELP F4-Notes F2-EXPENSE ENTER-More F8-FORWARD F7-BACKWARDS F3-MENU

MA a 03/049

A - 3270

File Edit Transfer Appearance Communication Assist Window Help

PrtScrn Copy Paste Send Recv Display Color Map Record Stop Play Quit Clipbrd Index

A211M1 RENT PAYMENT HISTORY NEXT SCREEN

LEASE NUMBER 01 0018 0001 PAYMENT TYPE: CAM COMMON AREA MAINT

| A\P VENDOR | TYPE PAYMENT | AMOUNT PAID | PAID DATE |
|---|---|---|---|
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 2-01-05 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 3-01-05 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 4-01-05 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 5-01-05 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 6-01-05 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 7-01-05 |
| 161617 PENMAN PLAZA ASSOCIATES | CAM RECURRING | 3,445.48 | 8-01-05 |

NET ACCRUED RENT: NET PREPAID RENT:

LAST TRANSACTION SHOWN

F1-HELP F4-Notes F2-EXPENSE ENTER-More F8-FORWARD F7-BACKWARDS F3-MENU

MA a 03/049

A - 3270

File Edit Transfer Appearance Communication Assist Window Help

PrtScrn Copy Paste Send Recv Display Color Map Record Stop Play Quit Clipbrd Index

A211M1 RENT PAYMENT HISTORY NEXT SCREEN

LEASE NUMBER 01 0018 0001 PAYMENT TYPE: JOU JOURNAL ENTRIES

| A\P VENDOR | TYPE PAYMENT | AMOUNT PAID | PAID DATE |
|---|---|---|---|
| | CAM MANUAL | 150.00 | 5-18-05 |
| | CAM MANUAL | 150.00 | 5-19-05 |
| | CAM MANUAL | 12,866.73 | 5-26-05 |
| | INSURANCE | 49,731.71 | 5-26-05 |
| | INSURANCE | 3.00 | 6-29-05 |
| | REAL ESTATE TAX | 41,305.76 | 5-26-05 |

NET ACCRUED RENT: NET PREPAID RENT:

LAST TRANSACTION SHOWN

F1-HELP F4-Notes F2-EXPENSE ENTER-More F8-FORWARD F7-BACKWARDS F3-MENU

MA a 03/049

