UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Chapter 11
Case No. 3-05-bk-3817-JAF

WINN-DIXIE STORES, INC., et al.,

Debtors.
_______________________________________/

**WEBBER'S SUPPLEMENT TO ITS JOINDER OF WEBBER COMMERCIAL PROPERTIES, LLC TO LIMITED OPPOSITION OF ALLIED CAPITAL CORPORATION AND OTHERS TO THE DEBTORS' AMENDED MOTION FOR AN ORDER (A) AUTHORIZING THE DEBTORS TO RETAIN LIQUIDATING AGENT AND APPROVING AGENCY AGREEMENT, (B) AUTHORIZING THE DEBTORS TO SELL MERCHANDISE FREE AND CLEAR OF LIENS THROUGH STORE CLOSING SALES OF STORE 740 IN ACCORDANCE WITH ATTACHED GUIDELINES AND (C) GRANTING RELATED RELIEF [Dkt No. 2503]**

Webber Commercial Properties, LLC ("Landlord"), by and through its undersigned counsel, landlord to the Debtors in a market at 18011 South Tamiami Trail, Fort Myers, Lee County, Florida (the "San Carlos Store 740"), supplements its limited opposition of Allied Capital Corporation ("Allied") and others to the Debtors' Amended Motion for an Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales in Accordance with Attached Guidelines and (C) Granting Related Relief, dated July 15, 2005, and says:

1. Pursuant to the lease for the San Carlos Store 740, Landlord is entitled to ownership of all "permanent structural improvements" made by the Tenant, pursuant to

Paragraph 14 of Lease dated September 20, 1996. In the Landlord's objection to the Debtors' cure, this issue was timely preserved as a reference to "non-monetary obligations" of the Debtors to Landlord. In an abundance of caution, Webber joins in the opposition by Allied and asks the Court to clarify that such permanent structural improvements made by Winn-Dixie are not to be sold or transferred pursuant to the liquidation authority sought by the Debtors. Attached hereto as **Exhibit "A"** is a list of certain of such permanent structural improvements for reference. It should be noted that this list may not include all such improvements, but Webber will coordinate with the Debtors about other improvements if they are to be place for sale in this case, and requests notice and an opportunity to respond if other fixtures are to be sold from this store, number 740.

**WHEREFORE**, Webber Commercial Properties, LLC prays the Court to direct the Debtors or their liquidating agent to refrain from any sale of permanent structural improvements on the San Carlos Property (store 740) identified herein, and for such other and further relief as may be just and proper

Dated: August 12, 2005.

/s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
(813) 223-7474
Attorneys for Webber Commercial Properties, LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Supplement to Joinder of Webber Commercial Properties, LLC to Limited Opposition of Allied Capital Corporation and Others to the Debtors' Amended Motion for an Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens Through Store Closing Sales of Store 740 in Accordance with Attached Guidelines and (C) Granting Related Relief was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 12th day of August, 2005:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

/s/ William Knight Zewadski
Attorney

1287843