**DESCRIPTION OF ATTACHED PERMANENT STRUCTURAL IMPROVEMENTS**
**OF WINN DIXIE STORE No. 740, SAN CARLOS, FLORIDA**

Bakery cabinets – removable with attached prep sink in backroom attached

Prep sinks attached to back wall in deli

Sink in deli area

Prep sinks attached, attached air duct

Attached built-in cooler walk-in back room

Attached built-in cooler walk-in for back room

Attached counter top work area

Overhead doors at receiving dock, attached

Walk in coolers & freezers in back

Freezer area doors

Refrigeration coolers in back wall adjacent to loading ramp

Air conditioning systems on roof

EXHIBIT "A"