**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No: 05-03817-JAF |
| WINN-DIXIE STORES, INC., <u>et al</u>. ) | |
| ) | *Chapter 11* |
| Debtors. ) | |
| ) | Jointly Administered |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUST FOR SERVICE**

PLEASE TAKE NOTICE that JEM Investments, Ltd. ("Creditor"), an interested party in the above-referenced case, by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, that the undersigned be added to the Local Rule 1007-2 Parties in Interest List, and that copies of all notices, pleadings, motions, and related filings in these cases be given and served upon the undersigned at the following address and telephone number:

Paige A. Greenlee, Esquire
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, Florida 33601
(813) 221-3900 Telephone
(813) 221-2900 – Facsimile
pgreenlee@hwhlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleadings, or request,

whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Creditor's (i) right to have final order in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is not intended, and shall not be deemed, to be a consent by Creditor to jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case or otherwise involving Creditor.

Dated: August 12, 2005

/s/ Paige A. Greenlee
Paige A. Greenlee
Florida Bar No: 635928
Hill, Ward & Henderson, P.A.
P.O. Box 2231
Tampa, FL 33601
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for JEM Investments, Ltd.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and copy of the foregoing Verified Statement of Multiple Representation has been provided by ☒ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 12th day of August, 2005 to:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attorney for Debtor

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Attorney for Debtor

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
Attorney for Debtor

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
Attorney for Debtor

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Elena L Escamilla
135 W Central Blvd., Ste 620
Orlando, FL 32806
Attorney for U.S. Trustee

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorney for Unsecured Creditors Committee

John B. Macdonal**d**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
Attorney for Unsecured Creditors Committee

Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Attorney for Unsecured Creditors Committee

            /s/ Paige A. Greenlee

G:\WLS\GRECO - JEM Investments\Winn Dixie\Pleadings\Notice of appearance.doc