IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC, et al., | ) | Case No. 3-05-bk-3817 |
| | ) | |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW John J. Cruciani of Blackwell Sanders Peper Martin, LLP, and enters his appearance as attorney for Creditor, Vertis, Inc.  Further, pursuant to Rule 2002 of the Bankruptcy Code, counsel requests that all notices in the above-captioned bankruptcy proceeding be served on him and the creditor as follows:

>John J. Cruciani
>Blackwell Sanders Peper Martin, LLP
>4801 Main Street, Ste. 1000
>Kansas City, MO  64112
>jcruciani@blackwellsanders.com

>Luke Brandonisio
>Corporate Director of Credit
>Vertis, Inc.
>250 West Pratt Street
>P. O. Box 17102
>Baltimore, MD  21297
>LBrandonisio@VertisInc.com

Dated this 12th day of August 2005.

>s/ John J. Cruciani
>John J. Cruciani
>KS #16883, MO #43073
>Blackwell Sanders Peper Martin LLP
>4801 Main Street, Suite 1000
>Kansas City, MO  64112
>Tel:	816-983-8197
>Fax:	816-983-8080
>Email:  jcruciani@blackwellsanders.com
>Attorney for Vertis, Inc.

KC-1301260-2

## CERTIFICATE OF SERVICE

I herby certify that on this 12th day of August 2005, a true and correct copy of the above and foregoing was served by the method or methods specified below:

   **X**   by **electronically** filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

\_\_\_\_\_ via **U.S. mail**, first class, postage prepaid and properly addressed to the parties and/or counsel, who do not receive notice electronically via CM/ECF, as set forth below.

\_\_\_\_\_ by **hand-delivery** to the parties set forth below or on the attached.

\_\_\_\_\_ via **overnight courier service** in a sealed prepaid envelope.

\_\_\_\_\_ via **facsimile** to the parties at the fax number set forth below or on the attached.

Dated: August 12, 2005.


                                       s/ John J. Cruciani
                                       Attorney