UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                              Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.                     *Chapter 11*

Debtors.                                            Jointly Administered

_____/

## ORDER GRANTING MOTION TO APPOINT FEE EXAMINER

These cases came before the Court for hearing on August 4, 2005, upon the

Motion of Wachovia Bank, National Association, in its capacity as agent for itself and

certain other post-petition lenders (the "Agent") of Winn-Dixie Stores, Inc. and certain of

its subsidiaries and affiliates, as debtors and debtors-in-possession (the "Debtors"), for

entry of an Order pursuant to 11 U.S.C. § 105(a) appointing an independent fee examiner

to review and report on all fee applications filed by the professionals retained in the

Debtors' cases (the "Motion").  Counsel for the Agent amended the Motion at the hearing

to no longer request a continuance of the hearings on the various interim and final fee

applications also set for hearing on August 4, 2005.  The Court has reviewed the Motion

and considered the representations of counsel.  Without objection by the United States

Trustee, the Debtors, the Official Committee of Unsecured Creditors (the "Creditors'

Committee") or any other interested parties, and after due deliberation, the Court has

determined that good cause exists to grant the relief and that granting the relief is in the

best interest of these estates and creditors.  Accordingly, it is

ORDERED that:

The Motion, as amended in open court, is granted, and a fee examiner shall be selected by the Debtors in consultation with the Creditors' Committee, the Agent, and the United States Trustee and thereafter appointed on specific terms that will be set forth in a subsequent order to be entered by the Court.

Dated this *10* day of August, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes          Page 1 of 1                    Date Rcvd: Aug 10, 2005
Case: 05-03817               Form ID: pdfdoc        Total Served: 1
```

```
The following entities were served by first class mail on Aug 12, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
```

```
The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2005**                    **Signature:**    *Joseph Speetjens*