UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
|  ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Notice of Filing and Hearing regarding Pharmaceutical Sale to Wal-Mart Stores, Inc. (Docket No. 2969), (ii) Notice of Filing and Hearing regarding Pharmaceutical Sale to Eckerd Corporation (Docket No. 2970), (iii) Notice of Filing and Hearing regarding Pharmaceutical Sale to Fred's Stores of Tennessee, Inc. (Docket No. 2971), and (iv) Notice of Filing and Hearing regarding Pharmaceutical Sale to The Kroger Company (Docket No. 2972) was furnished by mail and/or electronically on August 12, 2005 to those parties on the attached Master Service List.

Dated: August 15, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>       D. J. Baker <br>       Sally McDonald Henry <br>       Rosalie Gray | By   *s/ Cynthia C. Jackson*  <br>       Stephen D. Busey <br>       James H. Post <br>       Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425