**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO: 05-BK-3817-3F1**

**IN RE:**

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

# ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Bill Horton, as Administrator of the Estate of Clara Horton, Deceased on August 12, 2005 , the Court finds:

1. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014. Movant is required to serve the Debtor, Attorney for Debtor, United States Trustee and the Creditor's Committee.

The Court abates the hearing of this motion until service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

**DATED August 15, 2005**, at Jacksonville, Florida.

**Jerry A. Funk**
**United States Bankruptcy Judge**

Copies to:
Bill Horton, P.O. Box 942, Munfordville, KY 42765
Debtor
Attorney for Debtor
US Trustee
Creditor's Committee

**Winn-Dixie Stores, Inc., Debtor**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Attorney for Debtor**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Dennis F. Dunne , Counsel for Unsecured Creditors Committee**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**John B. Macdonald, Counsel for Unsecured Creditors Committee**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202