UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

STIPULATION AND WAIVER REGARDING TIME
REQUIREMENTS ON MOTION FOR RELIEF FROM STAY
FILED BY THE DANNON COMPANY, INC.

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and

affiliates (collectively, the "Debtors"), and The Dannon Company, Inc. (collectively, the

"Movant") stipulate and agree to waive the time requirements under Section 362 of the

Bankruptcy Code for hearing the Motion for Relief from Stay filed by the Movant (the

"Motion") (Docket No. 2564). The parties also stipulate and agree to (i) the scheduling

of the Motion for final hearing on September 26, 2005 and (ii) the continuation of

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

the automatic stay in effect pending the conclusion of such hearing and determination of

the Motion under § 362(d).

Dated: August _15_, 2005

HELD & ISRAEL                                          SMITH HULSEY & BUSEY

By _____                              By ___s/ James H. Post_____
    Edwin W. Held, Jr.                                       James H. Post
    Adam N. Frisch
                                                      Florida Bar Number 175460
Florida Bar Number 162574                             225 Water Street, Suite 1800
Florida Bar Number 635308                             Jacksonville, Florida 32202
1301 Riverplace Boulevard, Suite 1916                 (904) 359-7700
Jacksonville, Florida 32207                           (904) 359-7708 (facsimile)
(904) 398-7038                                        jpost@smithhulsey.com
(904) 398-4283 (facsimile)
eheld@hilawfirm.com                                          -and-

        -and-                                         SKADDEN, ARPS, SLATE, MEAGHER
                                                      & FLOM LLP
KELLEY DRYE & WARREN LLP                              D. J. Baker
James S. Carr                                         Sally McDonald Henry
Debra SuDock                                          Rosalie Gray
101 Park Avenue                                       Four Times Square
New York, New York 10178                              New York, New York 10036
(212) 808-7800                                        (212) 735-3000
(212) 808-7897 (facsimile)                            (212) 735-2000 (facsimile)
Jcarr@kelleydrye.com                                  rgray@skadden.com

Attorneys for the Dannon Company, Inc.                Attorneys for the Debtors

504527

2