**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING AND HEARING**

1. Pursuant to the Amended Motion for Order (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are unable to Sell, and (IV) Granting Related Relief, filed with the Court on August 1, 2005 (the "Motion") (Docket No. 2707), Winn-Dixie, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of their intent to enter into the attached agreement with, and to assume and assign the Debtors' lease of store number 20 located in Gainesville, Florida to The Yeon Sung YIM Family Partnership, LLP for $60,000.00 (the "Sale").

**Notice of Hearing**

2. A hearing to approve the Sale is scheduled for **August 26, 2005 at 9:30 a.m. E.T.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202. The deadline for filing objections is August 22, 2005.

Dated:  August 15, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*       D. J. Baker     Sally McDonald Henry     Rosalie Gray | By   *s/ Cynthia C. Jackson*       Stephen D. Busey     James H. Post     Cynthia C. Jackson (FBN 498882) |
| Four Times Square     New York, New York 10036     (212) 735-3000     (917) 777-2150 (facsimile)     djbaker@skadden.com | 225 Water Street, Suite 1800     Jacksonville, Florida  32202     (904) 359-7700     (904) 359-7708 (facsimile)     cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00505024.DOC