**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SEVENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR**
**APPROVAL OF RETENTION AND COMPENSATION OF**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the seventh time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professionals:

| | |
|---|---|
| Davidson, Meaux, Sonnier & McElligott<br>810 South Buchanan Street<br>Lafayette, LA 70501 | General liability and<br>auto litigation counsel |
| Fine and Block<br>Paran Place, Suite 106<br>2060 Mt. Paran Road, N.W.<br>Atlanta, Georgia 30327 | Alcohol regulatory<br>compliance counsel |
| Barnes, Broom, Dallas & McLeod, PLLC<br>5 River Bend Place, Suite A<br>Flowood, MS 39232-7618 | Alcohol regulatory<br>compliance counsel |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

| | |
|---|---|
| William T. Cheek, Esq.<br>Suite 1600, Nashville City Center<br>511 Union Street<br>Nashville, TN 37219 | Alcohol regulatory<br>compliance counsel |
| James B. Pittman, Jr., P.C.<br>1703 Main Street<br>P.O. Box 2525<br>Daphine, AL 36526 | Alcohol regulatory<br>compliance counsel |
| Rutledge, Ecenia, Purnell & Hoffman, PA<br>215 South Monroe Street<br>Suite 420<br>Tallahassee, FL 32301 | Alcohol regulatory<br>compliance counsel |
| Jonathan Franklin, PA<br>9100 South Dadeland Boulevard<br>Penthouse One, Suite 1702<br>Miami, FL 33156 | Personal injury<br>defense litigation counsel |
| Max J. Derbes, Inc.<br>5440 Mounes Street, Suite 100<br>New Orleans, LA 70123 | Real estate broker |
| Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611-7603 | Insurance litigation counsel |

Dated:  August 15, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Steven B. Eichel | By    *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>     Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**CERTIFICATE OF SERVICE OF SEVENTH SUPPLEMENT TO EXHIBIT A OF THE
MOTION FOR APPROVAL OF RETENTION AND COMPENSATION
OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

This is to certify that on August 15, 2005, I caused to be served a copy of this Seventh Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Committee, and counsel to the DIP Lender by sending the same via electronic mail to the persons identified below:

>Kenneth C. Meeker
>Assistant U.S. Trustee
>Office of the United States Trustee
>135 West Central Boulevard, Room 620
>Orlando, Florida  32801
>Phone:  407-648-6301
>Fax:  407-648-6323
>ken.meeker@usdoj.gov
>
>Elena L. Escamilla
>135 Central Blvd. Suite 620
>Orlando FL 32801
>Phone: 407-648-6465
>Fax: 407-648-6323
>Elena.L.Escamilla@usdoj.gov
>
>Otterbourg, Steindler, Houston & Rosen, P.C.
>Attn: Jonathan N. Helfat
>230 Park Avenue, 29th Floor
>New York, NY  10169
>Phone: 212-661-9100
>Fax: 212-682-6104
>Jhelfat@oshr.com

        Milbank, Tweed, Hadley & McCloy LLP
        Attn: Dennis Dunne
        1 Chase Manhattan Plaza
        New York, NY 10005
        Phone: 212-530-5000
        Fax: 212-530SMITH HULSEY & BUSEY
        Ddunne@milbank.com

Dated:  August 15, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Rosalie Walker Gray*<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |