# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES
OF ORDINARY COURSE PROFESSIONALS INCLUDED IN THE
SEVENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE
ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain

and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] completed

Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires

are attached hereto as the exhibit indicated next to the name of such Ordinary Course

Professional):

1.      Davidson, Meaux, Sonnier & McElligott (Exhibit A)

2.      Max J. Derbes, Inc. (Exhibit B)

3.      Rutledge, Ecenia, Purnell & Hoffman, P.A. (Exhibit C)

4.      Fine and Block (Exhibit D)

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

5.      James B. Pittman, Jr., P.C. (Exhibit E)

6.      Barnes, Broom, Dallas & McLeod, PLLC (Exhibit F)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender.  Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated:  August 15, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By    _s/ D. J. Baker_____
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Steven B. Eichel

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By    _s/ Cynthia C. Jackson_____
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson,
        Florida Bar Number 498882

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Attorneys for Debtors

**<u>Exhibit A</u>**

## RETENTION QUESTIONNAIRE

### TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

### DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Davin J. Caloben_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:
   _Davidson Meaux Sonnier and McElligott_
   _810 South Buchanan Street_
   _Lafayette, LA. 70501_

2. Date of retention: _8/1/65_

Questionnaire of:  DAVIDSON MELTON
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

LEGAL

4. Brief description of services to be provided:

PREPARATION AND TRIAL OF CASES
IN LITIGATION

5. Arrangements for compensation (hourly, contingent, etc.)

HOURLY

6. Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$125.00/HR

7. Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ N/A

Date claim arose: _____

Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: _____

Amount of Claim: $ _____

Date claim arose: _____

Source of claim: _____

-2-

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: _____ N/A _____

    No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or
    professional employee of the firm:

    Name: _____ N/A _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with
    respect to the matters on which the firm is to be employed, except as disclosed below.
    (Provide nature and brief description of any such adverse interest.)

    _____ N/A _____

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _8/2/05_

Name: _DAVID J. CALOGERO_
Title: _ATTORNEY_
Company: _DAVIDSON MEAUX_
Address: _810 S. BUCHANAN_
_LAFAYETTE, LA. 70501_
Telephone: _337-237-7660_
Facsimile: _337-237-3676_

**Exhibit B**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, __David B. Quinn__ , PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

     __Max J. Derbes, Inc.__

     __5440 Mounes Street, Ste 100__

     __New Orleans, LA  70123__

     _____

2.   Date of retention:   ___3/22/04___

3.     Type of services provided (accounting, legal, etc.):

    . Real Estate Brokerage

4.     Brief description of services to be provided:

    Marketing of 600 Edwards Avenue property to find a suitable

    purchaser

5.     Arrangements for compensation (hourly, contingent, etc.)

    Commission of 3.5% of sale price

6.     Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    N/A

7.     Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ __Unknown / contingent__

    Date claim arose: __Continuing contingency under exclusive listing agreement__

    Source of claim: __Listing Agreement__

8.     Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: __N/A__

    Status: __N/A__

    Amount of Claim: $ __N/A__

    Date claim arose: __N/A__

    Source of claim: __N/A__

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: ___N/A_____

    No. of shares: ___N/A_____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: ___N/A_____

    Status: ___N/A_____

    Kind of shares: ___N/A_____

    No. of shares: ___N/A_____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    ___Right to broker commissions fees under exclusive listing agreement___

    ___for 600 Edwards Avenue._____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: ___August 11, 2005___

Name: __David B. Quinn__
Title: __Vice President__
Company: __Max J. Derbes, Inc.__
Address: __5440 Mounes St., Ste 100__
__New Orleans, LA 70123__
Telephone: __504/733-5981__
Facsimile: __504/733-5518__

**Exhibit C**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, **Harold F. X. Purnell**, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    **Rutledge, Ecenia, Purnell & Hoffman, P. A.**

    **215 S. Monroe Street, Suite 420**

    **P. O. Box 551 (32302-0551)**

    **Tallahassee, Florida 32301-1841**

2.  Date of retention:    **Upon Court Approval**

3.  Type of services provided (accounting, legal, etc.):

    **Legal**

4.  Brief description of services to be provided:

    **Handling the transfers of and related legal issues concerning Debtor's**

    **Florida alcoholic beverage licenses**

5.  Arrangements for compensation (hourly, contingent, etc.)

    **Hourly**

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    **$285**

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ **N/A**

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: **N/A**

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares: **0** _____

    No. of shares: **0** _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: **N/A** _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    **N/A**
    _____
    _____
    _____
    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: **August 10, 2005** _____

Name: Harold F. X. Purnell

Title: _____

Company: Rutledge, Ecenia, Purnell & Hoffman

Address: P. O. Box 551

Tallahassee, FL 32302-0551

Telephone: (850) 681-6788

Facsimile: (850) 681-6515

**Exhibit D**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>Michael Sard</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.　Name and address of firm:

　　Fine and Block

　　2060 Mt. Paran Road, Suite 106

　　Atlanta, GA 30327


2.　Date of retention:　　August 4, 2005

3.  Type of services provided (accounting, legal, etc.):

    Legal

4.  Brief description of services to be provided:

    Attorneys - alcohol and regulatory compliance in Georgia

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly: $260/hr-Michael Sard, Esq.; $200/hr-Kevin Leff, Esq.

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was
    employed pre-petition):

    N/A

7.  Pre-petition claims against any of the Debtors held by the firm:  N/A

    Amount of claim: $

    Date claim arose:

    Source of claim:

8.  Pre-petition claims against any of the Debtors held individually by any member,
    associate, or professional employee of the firm:  N/A

    Name:

    Status:

    Amount of Claim: $

    Date claim arose:

    Source of claim:

9. Stock of any of the Debtors currently held by the firm: N/A

   Kind of shares: _____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: N/A

   Name: _____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.) N/A

   _____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: August 8, 2005

Name: Michael Sard
Title: Attorney
Company: Fine and Block
Address: 2060 Mt. Paran Rd., Ste. 106
   Atlanta, GA 30327
Telephone: 404-261-6800
Facsimile: 404-261-6960

**Exhibit E**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 05-03817**

## RETENTION QUESTIONNAIRE

## TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

## DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, James B. Pittman,, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

James B. Pittman, Jr., P.C.

Post Office Box 2525

809C Daphne Avenue

Daphne, AL 36526

2.   Date of retention:   August 10, 2005

3.  Type of services provided (accounting, legal, etc.):

    legal services

4.  Brief description of services to be provided:

    I would be assisting with the process of transferring existing

    beer and wine sale licenses from Winn-Dixie to the purchaser(s)

    for all Alabama transfers.

5.  Arrangements for compensation (hourly, contingent, etc.)

    hourly

6.  Average hourly rate (if applicable):  $225.00
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition): Not applicable

7.  Pre-petition claims against any of the Debtors held by the firm:  Not applicable

    Amount of claim: $_____

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:  Not applicable

    Name: _____

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

-2-

9. Stock of any of the Debtors currently held by the firm:      None

   Kind of shares: _____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:   None

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    None _____

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:   August 10, 2005

Name:   James B. Pittman, Jr.
Title:   President
Company: James B. Pittman, Jr., P.C.
Address: P.O. Box 2525
         Daphne, AL   36526
Telephone:(251) 626-7704
Facsimile: (251) 626-8202

TOTAL P.05

**Exhibit F**

## RETENTION QUESTIONNAIRE

# TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

## DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, **T. Walton Dallas** PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.  Name and address of firm:

    **BARNES, BROOM, DALLAS and McLEOD, PLLC**

    **5 River Bend Place, Suite A**

    **Flowood, Mississippi 39232-7618**

2.  Date of retention: **August 9, 2005**

3.  Type of services provided (accounting, legal, etc.):

    <u>Legal</u>

4.  Brief description of services to be provided:

    <u>Assistance with beer and light wine licensing.</u>

5.  Arrangements for compensation (hourly, contingent, etc.)

    <u>hourly</u>

6.  Average hourly rate (if applicable):  $270
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    <u>N/A</u>

7.  Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim:  $ <u>N/A</u>

    Date claim arose: _____

    Source of claim: _____

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: <u>N/A</u>

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

-2-

9.  Stock of any of the Debtors currently held by the firm:

    Kind of shares:  __N/A__

    No. of shares:  _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:  __N/A__

    Status:  _____

    Kind of shares:  _____

    No. of shares:  _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    __None__

    _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  _August 9 2005_

Name: T. Walton Dallas
Title: __Attorney at Law__
Company: __Barnes, Broom, Dallas__ and McLeod, PLLC
Address: __5 River Bend Place,__ Suite A
 __Flowood, Mississippi 39232__-7618
Telephone: __(601) 981-6336__
Facsimile: __(601) 981-7075__

-3-