UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11
WINN-DIXIE STORES, INC., et. al.,

      Debtors.                       Jointly Administered

---

LIMITED OBJECTION TO
DEBTORS' MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS AND EXEMPT FROM
TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Bennett V. York, by and through his undersigned counsel, objects to the Debtors' Motion and states as follows:

1. This objection is in the nature of a cure objection.

2. Bennett V. York is the Landlord pursuant to a lease agreement identified by the Debtors as Store No. 1323.

3. Store No. 1323 is a Targeted Store as referred to in Exhibit "A" attached to the Debtors' Motion. Exhibit "F" of the Debtors' Motion schedules the Cure Amount for Store No. 1323 in the amount of $5,813.91. Said Landlord objects to the Cure Amount set forth in Exhibit "F". As of the petition date, Bennett V. York is owed $21,826.00 for 2004 real estate taxes, approximately $3,000.00 for accrued real estate taxes from January 1, 2005 until the petition date, and approximately $7,000.00 for accrued CAM charges from August 1, 2004 until the

petition date. Subsequent to the petition date, said Landlord is owed approximately $9,700.00 for accrued real estate taxes and approximately $5,300.00 for accrued CAM charges, both of which continue to accrue, and for other monetary sums, including rent, that have accrued, or will accrue, and which may not have, as of this date, been billed or reconciled, plus reasonable attorney's fees.

4. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 16 day of August, 2005.

HELD & ISRAEL

By: *[signature]*

Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile


and

Marcus M. Wilson
Mississippi Bar #7308
Charles F.F. Barbour
Mississippi Bar #99520
BENNETT LOTTERHOS SULSER & WILSON, P.A.
188 East Capitol St., Suite 1400
Post Office Box 98
Jackson, Mississippi 39205-0098