UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY

The Court finds that the Amended Complaint to Determine Dischargeability filed by Michael O. Massey on behalf of Amanda Ingle on August 15, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Amended Complaint to Determine Dischargeability filed by Michael O. Massey on behalf of Amanda Ingle on August 15, 2005 is stricken without prejudice to being refiled electronically as an adversary proceeding accompanied by the filing fee, summons and have a properly styled case caption.

**DATED** August 16, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael O. Massey, 4421 NW Blitchton Rd., PMB 417, Ocala, FL 34482
Leanne McKnight Prendergast, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32202
Adam Ravin, Four Times Square, New York, NY 10036
US Trustee
Dennis Dunne, One Chase Manhattan Plaza, New York, NY 10005
Jeanine A. Ullo, 135 W. Central Blvd., Ste 1100, Orlando, FL 32801