UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.          Jointly Administered

_____

FIRST AMENDED VERIFIED STATEMENT OF
REPRESENTATION OF MORE THAN ONE CREDITOR
AND FIRST SUPPLEMENT TO VERIFIED STATEMENT
OF REPRESENTATION OF MORE THAN ONE CREDITOR
BY HELD & ISRAEL

    Comes now the law firm of Held & Israel, through one of its
Members, pursuant to Federal Rule of Bankruptcy Procedure
2019(a), and files this First Amendment and Supplement to
Verified Statement of Representation of more than one creditor,
and states as follows:

    1.   Held & Israel filed its Verified Statement of
Representation of More than One Creditor on May 16, 2005, Docket
Number 1215, which is incorporated herein by reference.

    2.   The Verified Statement of Representation of More than
One Creditor filed on May 16, 2005 contains a misnomer with
respect to paragraphs 7-12 and 19 wherein it set forth the
creditor and party in interest as the "lessee." This Amendment
and First Supplement to Verified Statement hereby cures said

misnomer by deleting "lessee" and including in its place and stead "lessor."

3.    Held & Israel was retained after commencement of these Cases to represent the following creditors:

> Southland-Mansfield W.D. Delaware Business Trust
> ("Southland Mansfield Trust");
> c/o Thomas C. Wolford, Esquire
> 2 North LaSalle Street, Suite 2200
> Chicago, Illinois 60602

> Wilmington Trust Co. as Trustee of
> Southland-Anderson W.D. Delaware
> Business Trust ("Southland Anderson Trust");
> c/o Thomas C. Wolford, Esquire
> 2 North LaSalle Street, Suite 2200
> Chicago, Illinois 60602

> Southland-Crystal River W.D. Delaware Business Trust
> ("Southland Crystal River Trust");
> c/o Thomas C. Wolford, Esquire
> 2 North LaSalle Street, Suite 2200
> Chicago, Illinois 60602

> William J. Wade and Wilmington Trust
> Co. as Co-Trustees of Southland-
> Jonesboro W.D. Delaware Business
> Trust ("Southland Jonesboro Trust");
> c/o Thomas C. Wolford, Esquire
> 2 North LaSalle Street, Suite 2200
> Chicago, Illinois 60602

> Wilmington Trust Co. as
> Trustee of Southland-Summerville
> W.D. Delaware Business Trust
> ("Southland Summerville Trust");
> c/o Thomas C. Wolford, Esquire
> 2 North LaSalle Street, Suite 2200
> Chicago, Illinois 60602

William J. Wade and Wilmington Trust
Co. as Co-Trustees of Southland-
Conyers W.D. Delaware Business
Trust ("Southland Conyers Trust");
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


Southland-Waco W.D. Delaware
Business Trust ("Southland Waco Trust");
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


Southland-Arlington W.D. Delaware Business Trust
("Southland Arlington Trust");
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


William J. Wade and Wilmington Trust
Co. as Co-Trustees of Southland
River Ridge W.D. Delaware Business
Trust ("Southland River Ridge Trust");
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


Wilmington Trust Co. as Trustee of Southland
Birmingham W.D. Delaware Business Trust
("Southland Birmingham Trust");
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


William J. Wade and Wilmington Trust Co. as Co-
Trustees of Southland-Amite W.D.
Delaware Business Trust ("Southland Amite Trust");
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602

William J. Wade and Wilmington Trust Co. as Co-
Trustees of Southland-Powder Springs
W.D. Delaware Business Trust
("Southland Powder Springs Trust"); and
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


Southland-Ponciana W.D. Delaware
Business Trust ("Southland Ponciana Trust")
c/o Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602


P.C. Woo, Inc., d/b/a Mega Toys ("P.C. Woo")
905 E. 2nd Street
Los Angeles, California   90012


Ivey Electric Company ("Ivey")
P.O. Box 211
Spartanburg, South Carolina   29304


Linpro Investments, Inc. ("Linpro")
4823 Sherbrooke Street West, Suite 235
West Mount, Quebec   H3Z1G7


Chapin Development Company ("Chapin")
c/o William Booth, Esquire
Booth Law Firm, LLC
3231 Sunset Blvd., Suite A
West Columbia, South Carolina 29169


South Carolina Electric & Gas ("SCE&G")
c/o SCANA Legal Dept.
SCANA Services Corp.
Mail Code 130
Columbia, South Carolina 29218

Scana Energy Marketing, Inc. ("Scana")
c/o SCANA Legal Dept.
SCANA Services Corp.
Mail Code 130
Columbia, South Carolina 29218

Public Service of North Carolina ("Public Service")
c/o SCANA Legal Dept.
SCANA Services Corp.
Mail Code 130
Columbia, South Carolina 29218

The Prudential Company of America ("Prudential")
c/o James N. Marinello, Esquire
8 Campus Drive, Arbor Circle South, 4th Floor
Parsippany, New Jersey  07054

Capstone Advisors, Inc. ("Capstone")
c/o Ira Schwartz
11682 El Camino Real, Suite 300
San Diego, California  92130

Developers Diversified Realty
Corporation ("Developers")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York  10178

Weingarten Realty Investors ("Weingarten")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York  10178

WRI Texla, LLC ("WRI")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York  10178

Curry Ford, LP ("Curry")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York  10178


Palm Springs Mile Associates, Ltd. ("Palm Springs")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York  10178


Krusch Properties, LLC ("Krusch")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York  10178


ALG Limited Partnership ("ALG")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Villa Rica Retail Property, LLC ("Villa Rica")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Bank of America, N.A. ("Bank of America")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Southbrook Partners, LLC ("Southbrook")
2830 Cahaba Road
Birmingham, Alabama 35223

Foley Partners, LLC ("Foley")
2830 Cahaba Road
Birmingham, Alabama 35223


Wolfchase Associates, LLC ("Wolfchase")
2830 Cahaba Road
Birmingham, Alabama 35223


Shades Creek Partners ("Shades")
2830 Cahaba Road
Birmingham, Alabama 35223


Amanda English ("English")
c/o Kimberly Held Israel, Esquire
Held & Israel
1301 Riverplace Boulevard, Suite 1916
Jacksonville, Florida 32207


E&A Financing II, LP ("E&A Financing")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


E&A Southeast, LP ("E&A Southeast")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


E&A Acquisition, LP ("E&A Acquisition")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305

E&A Acquisition Two, LP ("E&A Acquisition Two")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305

Indian Creek Crossing, LLC ("Indian Creek")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Pomenade Mall, LLC ("Pomenade")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Shields Plaza, Inc. ("Shields")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Woodbury Plaza, LLC ("Woodbury")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia  30305


Regency Centers, L.P. ("Regency Centers")
c/o Angela A. Retterbush, Senior Paralegal
121 W. Forsyth Street, Suite 200
Jacksonville, Florida 32202


FW NC-Shoppes at Kildaire, LLC ("Shoppes at Kildaire")
c/o Angela A. Retterbush, Senior Paralegal
121 W. Forsyth Street, Suite 200
Jacksonville, Florida 32202


MCW-RC FL Shoppes at 104, LLC ("Shoppes at 104")
c/o Angela A. Retterbush, Senior Paralegal
121 W. Forsyth Street, Suite 200
Jacksonville, Florida 32202

MCW-RC FL-Highlands, LLC ("Highlands")
c/o Angela A. Retterbush, Senior Paralegal
121 W. Forsyth Street, Suite 200
Jacksonville, Florida 32202


MCW-RC-GA- Howell Mill Village, LLC ("Howell Mill")
c/o Angela A. Retterbush, Senior Paralegal
121 W. Forsyth Street, Suite 200
Jacksonville, Florida 32202


MCW-RC-GA-Peachtree Parkway Plaza, LLC
("Peachtree Parkway")
c/o Angela A. Retterbush, Senior Paralegal
121 W. Forsyth Street, Suite 200
Jacksonville, Florida 32202


Florida Dickens Associates, Ltd. ("Dickens")
Post Office Box 5005
Rancho Mirage, California 92270


Christina Gagnon ("Gagnon")
640 Seabrook Cove Road
Jacksonville, Florida 32211


American Pride Seafood ("American Pride")
c/o Carol A. Entelisano, Esquire
Post Office Box 3206
Tuscaloosa, Alabama 35403-3206


The Dannon Company, Inc. ("Dannon")
c/o Debra SuDock, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178


Lea & Perrins, Inc. ("Lea & Perrins")
c/o Debra SuDock, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178

Gerber Products Company ("Gerber")
c/o Debra SuDock, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178


Novartis Consumer Health, Inc. ("Novartis")
c/o Debra SuDock, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178


The Ronald Benderson 1995 Trust and
the Benderson 85-1 Trust, together known
as Buffalo-Marine Associates ("Benderson Trust")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178


Halpren Enterprises, Inc. ("Halpren")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia   30305


Telfair-Perlis, LLP ("Telfair")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia   30305

Perlis-Ellin, LLC ("Perlis")
c/o Mark A. Kelley, Esquire
Kitchens, Kelley, Gaynes, P.C.
11 Piedmont Center, Suite 900
Atlanta, Georgia   30305

Chester Dix Newman Corp. ("Chester Dix")
c/o Diana M. Thimmig, Esquire
1375 East Ninth Street
One Cleveland Center, Tenth Floor
Cleveland, Ohio   44114

Winn-Dixie Tampa Trust ("Tampa Trust")
c/o Jeffrey Sponder, Esquire
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962


Alvin and Lois Lapidus, LLC ("Lapidus")
c/o Alvin M. Lapidus, Esq.
Suite 212, Hilton Plaza
1726 Reisterstown Road
Baltimore, Maryland 21208


SFB, LLC ("SFB")
c/o Amy Pritchard Williams, Esquire
214 North Tryon Street, 47th Floor
Charlotte, North Carolina 28202


Valrico Partners, LP ("Valrico")
c/o Retail Asset Management, Inc.
Post Office Box 5666
Clearwater, Florida 33758-5666


River Oaks Partnership ("River Oaks")
c/o Hughes Real Estate
Post Office Box 2567
Greenville, South Carolina 29602


Westside City, Inc. ("Westside")
c/o Hughes Real Estate
Post Office Box 2567
Greenville, South Carolina 29602


Southmark Properties, LLC ("Southmark")
c/o Marjorie O. Dabbs, Esquire
100 Centerview Drive, Suite 180
Birmingham, Alabama 35216

GRE Properties, LLC ("GRE")
c/o Norma Jeane Rayburn
3 Confederate Pointe
Spanish Fort, Alabama 36527

Lehmberg Crossing, LLC ("Lehmberg")
c/o Paul Strempel, Jr.
3 Riverchase Office Plaza, Suite 102
Birmingham, Alabama 35244


Catamount Rockingham, LLC ("Catamount Rockingham")
c/o C. Daniel Motsinger, Esquire
Krieg DeValut, LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204-2079


Catamount Atlanta, LLC ("Catamount Atlanta")
c/o C. Daniel Motsinger, Esquire
Krieg DeValut, LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204-2079


Catamount LS-KY, LLC ("Catamount LS-KY")
c/o C. Daniel Motsinger, Esquire
Krieg DeValut, LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204-2079


Windsor Station, LLC ("Windsor")
c/o James E. Bird, Esquire
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112-1802


Langston Place ("Langston")
c/o Thomas Langston
308 Shirbey Avenue
Honea Path, South Carolina 29654


Waynesville Shopping Center, LLC ("Waynesville")
c/o Jean Boyles, Esquire
Two Hanover Square, Suite 2200
Raleigh, North Carolina 27601

Four Florida Shopping Center Properties, LP ("Four Florida")
c/o Robert L. LeHane, Esquire
Kelly Drye & Warren, LLP
101 Park Avenue
New York, New York 10178

Belford L. Drew ("Drew")
c/o Kimberly Held Israel, Esquire
Held & Israel
1301 Riverplace Boulevard, Suite 1916
Jacksonville, Florida 32207

Estate of Matthew Perret ("Perret")
c/o Kimberly Held Israel, Esquire
Held & Israel
1301 Riverplace Boulevard, Suite 1916
Jacksonville, Florida 32207

Bennett V. York ("York")
c/o Jan Hammond, Esquire
112 Sheffield Loop, Suite D-1
Hattiesburg, Mississippi 39402

The Market at Byram, LLC ("Byram")
c/o Jan Hammond, Esquire
112 Sheffield Loop, Suite D-1
Hattiesburg, Mississippi 39402

4. Southland Mansfield Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

5. Southland Anderson Trust is a creditor and party in interest herein as the owner and lessor of non-residential real

property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

6. Southland Crystal River Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

7. Southland Jonesboro Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

8. Southland Summerville Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

9. Southland Conyers Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

10. Southland Waco Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

11. Southland Arlington Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

12. Southland River Ridge Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

13. Southland Birmingham Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

14. Southland Amite Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the

indebtedness that is due and owing is in the process of being determined.

15. Southland Powder Springs Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

16. Southland Ponciana Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

17. P.C. Woo is a trade creditor and party in interest herein and it is owed an approximate amount of $151,000.00.

18. Ivey is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $61,000.00.

19. Linpro is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $29,000.00.

20. Chapin is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to

a jointly administered debtor and the indebtedness that is due
and owing is approximately $58,000.00

21. SCE&G is a utilities provider to the Debtors and
party in interest herein as the owner and lessor of non-
residential real property leased to a jointly administered
debtor and the indebtedness that is due and owing is in the
process of being determined.

22. Scana is a utilities provider to the Debtors and
party in interest herein as the owner and lessor of non-
residential real property leased to a jointly administered
debtor and the indebtedness that is due and owing is in the
process of being determined.

23. Public Service is a utilities provider to the Debtors
and party in interest herein as the owner and lessor of non-
residential real property leased to a jointly administered
debtor and the indebtedness that is due and owing is in the
process of being determined.

24. Prudential is a creditor and party in interest herein
as the owner and lessor of non-residential real property leased
to a jointly administered debtor and the indebtedness that is
due and owing is in the process of being determined.

25. Capstone is a creditor and party in interest herein as
the owner and lessor of non-residential real property leased to

a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

26. Developers is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

27. Weingarten is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

28. WRI is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

29. Curry is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

30. Palm Springs is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

31. Krusch is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to

18

a jointly administered debtor and the indebtedness that is due
and owing is in the process of being determined.

32. ALG is a creditor and party in interest herein as the
owner and lessor of non-residential real property leased to a
jointly administered debtor and the indebtedness that is due and
owing is in the process of being determined.

33. Villa Rica is a creditor and party in interest herein
as the owner and lessor of non-residential real property leased
to a jointly administered debtor and the indebtedness that is
due and owing is in the process of being determined.

34. Bank of America is a creditor and party in interest
herein as the owner and lessor of non-residential real property
leased to a jointly administered debtor and the indebtedness
that is due and owing is in the process of being determined.

35. Southbrook is a creditor and party in interest herein
as the owner and lessor of non-residential real property leased
to a jointly administered debtor and the indebtedness that is
due and owing is in the process of being determined.

36. Foley is a creditor and party in interest herein as
the owner and lessor of non-residential real property leased to
a jointly administered debtor and the indebtedness that is due
and owing is in the process of being determined.

37. Wolfchase is a creditor and party in interest herein
as the owner and lessor of non-residential real property leased

19

to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

38. Shades is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

39. English is a personal injury claimant and party in interest herein and is owed an approximate amount of $35,000.00.

40. E&A Financing is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

41. E&A Southeast is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

42. E&A Acquisition is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

43. E&A Acquisition Two is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the

indebtedness that is due and owing is in the process of being determined.

44. Indian Creek is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

45. Pomenade is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

46. Shields is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

47. Woodbury is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

48. Regency Centers is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $28,000.00.

49. Shoppes at Kildaire is a creditor and party in interest herein as the owner and lessor of non-residential real

21

property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

50. Shoppes at 104 is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $30,000.00.

51. Highlands is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $41,000.00.

52. Howell Mill is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $20,500.00.

53. Peachtree Parkway is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $121,000.00.

54. Dickens is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is approximately $93,000.00.

22

55. Gagnon is a personal injury claimant, and party in interest herein, and is owed an approximate amount of $150,000.00.

56. American Pride is a trade creditor and party in interest herein, and the indebtedness that is due and owing is in the process of being determined.

57. Dannon is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

58. Lea & Perrins is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

59. Gerber is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

60. Novartis is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

61. Benderson Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property

leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

62. Halpren is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

63. Telfair is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

64. Perlis is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

65. Chester Dix is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

66. Tampa Trust is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

67. Lapidus is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to

a jointly administered debtor and the indebtedness that is due
and owing is approximately $36,000.00.

68. SFB is a creditor and party in interest herein as the
owner and lessor of non-residential real property leased to a
jointly administered debtor and the indebtedness that is due and
owing is in the process of being determined.

69. Valrico is a creditor and party in interest herein as
the owner and lessor of non-residential real property leased to
a jointly administered debtor and the indebtedness that is due
and owing is approximately $2,100.00.

70. River Oaks is a creditor and party in interest herein
as the owner and lessor of non-residential real property leased
to a jointly administered debtor and the indebtedness that is
due and owing is approximately $8,500.00

71. Westside is a creditor and party in interest herein as
the owner and lessor of non-residential real property leased to
a jointly administered debtor and the indebtedness that is due
and owing is approximately $3,000.00.

72. Southmark is a creditor and party in interest herein
as the owner and lessor of non-residential real property leased
to a jointly administered debtor and the indebtedness that is
due and owing is approximately $59,000.00.

73. GRE is a creditor and party in interest herein as the
owner and lessor of non-residential real property leased to a

jointly administered debtor and the indebtedness that is due and owing is approximately $22,000.00.

74. Lehmberg is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

75. Catamount Rockingham is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

76. Catamount Atlanta is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

77. Catamount LS-KY is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

78. Windsor is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

79.  Langston is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

80.  Waynesville is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

81.  Four Florida is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered debtor and the indebtedness that is due and owing is in the process of being determined.

82.  Drew is a personal injury claimant and party in interest herein, and the indebtedness that is due and owing is in the process of being determined.

83.  Perret is a personal injury claimant and party in interest herein, and the indebtedness that is due and owing is in the process of being determined.

84.  York is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

85.  Byram is a creditor and party in interest herein as the owner and lessor of non-residential real property leased to

27

a jointly administered Debtor and the indebtedness that is due and owing is in the process of being determined.

86.  Held & Israel does not hold any claim against, or own any interest in, the Debtors herein, nor has it at any time held any such claim or owned any such interest.

**DECLARATION UNDER PENALTY OF PERJURY**

I, Edwin W. Held, Jr., on behalf of Held & Israel, do hereby declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

DATED this _16_ day of August, 2005.

HELD & ISRAEL

By: _____

Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida  32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile