UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                        Chapter 11
            Debtors.                          )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order Granting Motion to Appoint Fee Examiner (Docket No. 2933) was furnished by mail and/or electronically to those parties on the attached Master Service List on August 10, 2005 and/or August 16, 2005.

Dated: August 16, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425