Clerk of the bankrupt court

300 North Hogan st.
Jacksonsille florida  32202

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
AUG - 5 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dear Sirs:

I m enclosing the letter that I received some time ago. and a list

of the deductions that the court hasdeducted from the amount received

from Win Dixte as my part of the rent  from the store in Kingston Geo.

```
For the month of march o5       ------  $ 4331.81
"""" """ """" """" April  05        ------$ 4331.81
"""""""""""" for the month of May 05  ---$ 4331.81
""""""""""""" For the month of June 05   $ 4331.81
"""""""""""   For the month of JULY 05   $ 4331.81
"""""""""""   For the month of August 05$ 4331.81
and for the month of sep, 05  Not due   $4331.81
             Making a total to date $ #),#@#.))    -
                                                   - $ 30,323.00
```

I hope that the bankrupt court will feel oblicated to refund

this ammount to me.         *Walter Beil*

Yours  Truly   Walter Beil

247 Ocean View  New Purt  Beach  Cal.

Ph  949-548-2407

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc. et al.,<br>Debtors. | Chapter 11<br>Case No. 05-03817-3F1<br>Jointly Administered |

### NOTICE OF APPROVAL UNDER 11 U.S.C. § 328(a) OF RETENTION TERMS FOR (A) THE BLACKSTONE GROUP, L.P. AS FINANCIAL ADVISORS TO THE DEBTORS, (B) XROADS SOLUTIONS GROUP, LLC AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS TO THE DEBTORS, (C) HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL AS FINANCIAL ADVISOR TO THE CREDITORS COMMITTEE, AND (D) ALVAREZ & MARSAL, LLC AS OPERATIONS AND REAL ESTATE ADVISOR TO THE CREDITORS COMMITTEE

PLEASE TAKE NOTICE THAT:

1. The United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") has entered separate orders, dated June 3, 2005, respectively authorizing, subject to notice as outlined in paragraph 3 below, retentions under 11 U.S.C. § 328(a) of The Blackstone Group, L.P. ("Blackstone") as financial advisors to the Debtors, XRoads Solutions Group, LLC ("XRoads") as financial and operations restructuring consultants to the Debtors, Houlihan Lokey Howard & Zukin Capital ("Houlihan") as financial advisors to the Creditors Committee, and Alvarez & Marsal, LLC ("Alvarez") as operations and real estate advisors to the Creditors Committee (the "Retention Orders").

2. As such retentions are being approved under 11 U.S.C. § 328(a), Blackstone, XRoads, Houlihan, and Alvarez will be entitled to be compensated in accordance with the terms and conditions of their respective engagements unless "such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions." Notwithstanding the foregoing, the Retention Orders preserve the United States Trustee's right to object to interim or final fee applications of Blackstone, XRoads, Houlihan, and Alvarez on all grounds, including the reasonableness standard provided for under 11 U.S.C. §330.

3. Under the Retention Orders, the Bankruptcy Court has provided an opportunity for creditors to review and object to the terms and conditions of any of the retentions of each of Blackstone, XRoads, Houlihan, and Alvarez. Creditors who did not previously receive notice of the applications seeking authority to retain each of such firms (the "Creditors Not Previously Noticed") and who wish to object to the terms and conditions of retention must file an objection within thirty (30) days of the date of this Notice. Any such objections must be (a) filed with the Clerk of the Bankruptcy Court in accordance with the Bankruptcy Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) served on the counsel listed below and Blackstone, XRoads, Houlihan, or Alvarez, as applicable, so as to be actually received on August 10, 2005. The Bankruptcy Court will consider any objections filed and served on or before August 10, 2005 by any Creditor Not Previously Noticed at the omnibus hearing scheduled for August 18, 2005, at 1:00 p.m Eastern Time. The Retention Orders will be deemed final as to (a) all Creditors Not Previously Noticed who do not file and serve an objection on or before August 10, 2005 and (b) all parties in interest who previously received notice of the applications but failed to file an objection by the previously applicable objection deadline.

4. **Blackstone.** Pursuant to the Retention Order and the underlying engagement documents relating to Blackstone (the "Blackstone Documents"), the terms and conditions of Blackstone's engagement on behalf of the Debtors include the following:

- Monthly Fee: Blackstone will receive a monthly fee (the "Blackstone Monthly Fee") of $167,000.

- Expenses: Blackstone will be reimbursed for reasonable out-of-pocket expenses, including certain fees and expenses of counsel.

- Restructuring Fee: Upon consummation of a successful "Restructuring," as defined in the Blackstone Documents, Blackstone will receive an additional fee of $4,000,000 (the "Blackstone Restructuring Fee"). Any Blackstone Monthly Fees paid after the first twelve monthly fees will be credited against the Blackstone Restructuring Fee.

- Transaction Fee: Upon the consummation of certain "Transactions," as defined in the Blackstone Documents, relating to (a) retail grocery stores, (b) dairy operations, and (c) bottled beverage operations, Blackstone will receive an additional fee (the "Blackstone Transaction Fee") of 4% of the first $25 million of proceeds, plus 3% of the amount of proceeds between $25 million and $50 million, plus 2% of the amount of proceeds between $50 million and $100 million plus 1% of the amount of proceeds over $100 million. The minimum Blackstone Transaction Fee for each of the groups listed in (a) through (c) above will be $1 million, provided that only one minimum Blackstone Transaction Fee will be earned with respect to each such group and there will be no other minimums on Blackstone Transaction Fees. Notwithstanding anything to the contrary in the foregoing, Blackstone will only be entitled to a Blackstone Transaction Fee relating to stores sold in the enterprise phase of the Debtors' sale process if the winning bidder is a party identified on Exhibit B to Blackstone's revised engagement letter. Paragraph 9 of the Retention Order relating to Blackstone also provides for the sharing of transaction fees related to stores sold during the enterprise phase between Blackstone, DJM Asset Management, and The Food Partners, LLC. In the event that substantially all of the Debtors' operations are sold to a third party purchaser, Blackstone will earn the greater of the Blackstone Transaction Fee or its Blackstone Restructuring Fee but will not earn both fees, provided that if such a sale is primarily developed by the Debtors' board of directors and results in a full recovery in cash to the Debtors' unsecured creditors, Blackstone will earn the Blackstone Restructuring Fee and not the Blackstone Transaction Fee.

- Indemnification: The Debtors will indemnify Blackstone and related parties from and against any losses, claims, damages, expenses, and liabilities related to the Debtors' engagement of Blackstone as set forth in the Blackstone Documents.

5. **XRoads.** Pursuant to the Retention Order and the underlying engagement documents relating to XRoads (the "XRoads Documents"), the terms and conditions of XRoad's engagement on behalf of the Debtors include the following:

- Monthly Fee and Hourly Fees: XRoads will receive a minimum monthly fee (the "XRoads Monthly Fee") of $200,000. However, if XRoads' time spent performing services totals more than 400 hours in any month, the Debtors will pay XRoads for such additional hours at the rate of $400 per hour (the "Hourly Fees"). Notwithstanding the foregoing, the Debtors will also pay XRoads a rate of $400 per hour for certain discrete lease renegotiation services, but will defer payment of $200 per hour for such work until XRoads and the Debtors agree that payment of the

deferred amount or some portion thereof is warranted. In XRoads final fee application, XRoads will waive recovery of 10% of its Hourly Fees up to a maximum of $1.5 million (the "XRoads Fee Waiver") provided however that in the event any objections to XRoads' fee applications are filed and granted, any reductions to XRoads fees or expenses will first be offset against the XRoads Fee Waiver.

- Admin Fees: XRoads' administrative non-professional services performed in connection with XRoads' engagement by the Debtors will be charged at rates of $85-$160 per hour (the "Admin Fees") and will not be applied to the monthly 400 hour threshold for payment of Hourly Fees.

- Expenses: XRoads will be reimbursed for expenses reasonably incurred in connection with its engagement by the Debtors, including certain fees and expenses of counsel.

- Performance Fee: The Debtors will pay XRoads a performance fee (the "XRoads Performance Fee") of $1,500,000 upon consummation of a "Qualifying Transaction," as defined in the XRoads Documents. At the discretion of the Debtors' Board of Directors upon consideration of specified factors, and subject to court approval after notice and a hearing and the right of any party in interest to object on any ground including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, the XRoads Performance Fee may be increased, provided that the maximum XRoads Performance Fee payable will not exceed $5,000,000. If the XRoads Performance Fee awarded is $3 million or more, XRoads will be paid the XRoads Performance Fee in the following manner: (a) 50% in cash upon consummation of a Qualifying Transaction and (b) 50% payable over five years with fully amortized quarterly payments bearing interest at the applicable 5-year treasury rate.

6. Houlihan. Pursuant to the Retention Order and the underlying engagement documents relating to Houlihan (the "Houlihan Documents"), the terms and conditions of Houlihan's engagement on behalf of the Creditors Committee include the following:

- Monthly Fee: Houlihan will receive a monthly fee (the "Houlihan Monthly Fee") of $100,000, payable in advance.

- Expenses: Houlihan will be reimbursed for reasonable out-of-pocket expenses reasonably incurred in connection with its engagement by the Creditors Committee, including certain fees and expenses of counsel.

- Distribution Fee: Houlihan will receive an additional fee equal to 0.75% of the aggregate value received by the non-priority unsecured creditors of the Debtors (the "Houlihan Distribution Fee"). Any Houlihan Monthly Fees paid after the twelfth Houlihan Monthly Fee will be credited against the Houlihan Distribution Fee. The Houlihan Distribution Fee shall be paid in the same consideration received by the Debtors' non-priority unsecured creditors; provided, however, that the Creditors Committee may determine, in its sole discretion, that the Houlihan Distribution Fee be paid in cash at a value to be determined by Houlihan and the Creditors Committee, and provided further, that in the event a plan of reorganization is consummated that provides that all of the Debtors' non-priority unsecured creditors are paid in full in cash, then the maximum Houlihan Distribution Fee shall be $3,750,000, which shall be paid in cash and, in such eventuality, such Houlihan Distribution Fee shall not be reduced by the crediting of any Houlihan Monthly Fees.

- Indemnification: The Debtors will indemnify Houlihan and related parties from and against any losses, claims, damages, expenses, and liabilities arising out of or related to the Creditors Committee's engagement of Houlihan as set forth in the Houlihan Documents.

7. Alvarez. Pursuant to the Retention Order and the underlying engagement documents relating to Alvarez (the "Alvarez Documents"), the terms and conditions of Alvarez's engagement on behalf of the Creditors Committee include the following:

- Monthly Fee: Alvarez will receive a monthly fee (the "Alvarez Monthly Fee") of $100,000, payable in advance.

- Expenses: Alvarez will be reimbursed for reasonable out-of-pocket expenses reasonably incurred in connection with its engagement by the Creditors Committee, including certain fees and expenses of counsel.

- Restructuring Fee: Alvarez will receive an additional fee equal to 0.25% of the recovery received by the Debtors' non-priority unsecured creditors upon consummation of a plan of reorganization (the "Alvarez Restructuring Fee"). Any Alvarez Monthly Fees paid after the twelfth Alvarez Monthly Fee will be credited against the Alvarez Restructuring Fee. The Alvarez Restructuring Fee shall be payable in cash or reorganization securities, at the discretion of the Creditors Committee, and provided further, that in the event a plan of reorganization is consummated that provides that all of the Debtors' non-priority unsecured creditors are paid in full in cash, then the maximum Alvarez Restructuring Fee shall be $1,250,000, which shall be paid in cash and, in such eventuality, such Alvarez Restructuring Fee shall not be reduced by the crediting of any Alvarez Monthly Fees.

- Indemnification: The Debtors will indemnify Alvarez and related parties from and against any losses, claims, damages, expenses, and liabilities arising out of or related to the Creditors Committee's engagement of Alvarez as set forth in the Alvarez Documents

8. The descriptions contained herein of terms and conditions for which approval is sought pursuant to 11 U.S.C. § 328(a) are for summary purposes only and do not impact upon the rights of the Debtors, the Creditors Committee, Blackstone, XRoads, Houlihan, Alvarez, or any other party. Copies of the Blackstone Documents, XRoads Documents, Houlihan Documents, and Alvarez Documents may be reviewed at www.loganandco.com, in the Winn-Dixie section, under the tab entitled 328 Retention Documents; or upon written request to Ms. Luisa Bonachea, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, Telephone: 212-735-4065, E-mail: lbonache@skadden.com.

Dated: July 8, 2005

Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D. J. Baker, Four Times Square, New York, New York 10036-6522, Co- Counsel for Debtors
Smith Hulsey & Busey, Attn: Stephen D. Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Co-Counsel for Debtors
Milbank, Tweed, Hadley & McCloy LLP, Attn: Dennis Dunne, One Chase Manhattan Plaza, New York, New York 10005, Co-Counsel for Committee
Akerman Senterfitt, Attn: John B. MacDonald, 50 North Laura Street, Suite 2500, Jacksonville, Florida, Co-Counsel to Committee