United States Bankruptcy Court
For the District of Middle Florida

| | |
|---|---|
| WINN-DIXIE STORES, INC | } Chapter 11 |
| | } |
| | } Claim No. 9708 |
| | } Claim No. 9709 |
| | } |
| | } Case No.05-03817 |
| | } |
| Debtor | } **Amount $348,877.04** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**LN PIEDMONT VILLAGE LLC**
**4475 RIVER GREEN PKWY, SUITE 100**
**DULUTH, GA 30096**

The transfer of your claim as shown above in the amount of **$348,877.04** has been transferred to:

> Liquidity Solutions, Inc.
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

> By:/s/ Jeffrey Caress
> Liquidity Solutions, Inc.
> (201) 968-0001

474747

**Transfer Notice**

LN Piedmont Village LLC ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, Inc. (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the amount of $348,877.04 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case Nos. 05-3817 and 05-3837.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2005.

WITNESS:
LN Piedmont Village, LLC                    LIQUIDITY SOLUTIONS, INC.


By: _____                By: _____
(Signature)                                 (Signature)

LEE NAJJAR - PRESIDENT                       JEFFREY CARESS
(Print Name and Title)                       (Print Name and Title)