UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                           CASE NO.: 3-05-BK-3817 (JAF)

WINN-DIXIE STORES, INC., et.al.,

    Debtor.
_____/

## NOTICE OF CHANGE OF ADDRESS

Bradley S. Shraiberg, Esq. hereby gives notice of his new address, effective immediately, and requests that all future pleadings, notices, and any other mailings relating to this case be forwarded to:

<u>Mailing Address:</u>
Bradley S. Shraiberg, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was sent via U.S. Mail, upon all parties set forth on the attached service list this _17th_ day of August, 2005.

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for EIG
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-961-1830
Facsimile: 561-961-1831

By:_____/s/ Bradley S. Shraiberg_____
    Bradley S. Shraiberg, Esq.
    Fla. Bar No.: 121622
    bshraiberg@kpkb.com

SERVICE LIST

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie W. Gray, Esq.
Eric M. Davis, Esq.
Skadden, Arps, Slate,
Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Stephen D. Busey, Esq.
James H. Post, Esq.
Cynthia C. Jackson, Esq.
Eric N. McKay, Esq.
Smith, Hulsey & Busey
225 Water Street, #1800
Jacksonville, Fl 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esq. &
Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

{W:\Bankrupt\5514\0001/M0250270 v.1; 8/16/2005 03:49 PM}    2