UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.**:** 3-05-bk-03817-JAF
                                                         Chapter 11
                                                         JOINTLY ADMINISTERED

                    Debtor(s).

_____/

**UNITED STATES TRUSTEE'S APPOINTMENT
AND NOTICE OF APPOINTMENT OF
<u>EQUITY SECURITY HOLDERS COMMITTEE</u>**

        Pursuant to 11 U.S.C. § 1102(a), the United States Trustee appoints the following members to serve on the equity security holders committee:

                 Brandes Investment Partners, L.P.
                 Profit Sharing Plan
                 c/o Mr. Greg Rippel
                 11988 El Camino Real, Ste. 500
                 San Diego, CA 92130
                 Telephone No.: (858) 523-3433
                 Facsimile No.: (858) 755-0916
                 E-Mail: greg.rippel@brandes.com

                 Mr. Houston N. Maddox
                 2910 Park Avenue
                 Wilmington, NC 28403
                 Telephone No.:  (910) 762-5151
                 Facsimile No.:   (910) 452-0246 (office depot)
                 E-Mail: None

                 Mr. Poul Madsen
                 16108 6th St E.
                 Reddington Beach, FL 33708
                 Telephone No.:  (727) 391-7396
                 Facsimile No.: None
                 E-mail: Jews2222@verizon.net

Mr. Michael Nakonechny
114 S. Pine St.,
Elverson, PA 19520
Telephone No.:  (610) 286-0889
Facsimile No.:   (610) 286-5996
E-mail: None

Mr. Kenneth M. Thomas
1017 Topsail Dr.,
Vallejo, CA 94591
Telephone No.:  (707) 553-9817
Facsimile No.: (707) 553-9817
E-mail: Thomasrltr@sbcglobal.net

Dated:    August 17, 2005

Felicia S. Turner
United States Trustee, Region 21


/s/   Elena L. Escamilla
Elena L. Escamilla, Trial Attorney
Florida Bar No. 898414
135 W. Central Blvd., Room 620
Orlando, FL 32801
Telephone No.: 407-648-6465
Facsimile No.:  407-648-6323


**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or by first class postage prepaid or electronically to: the above-named Equity Committee Members and to the individuals listed on the August 4, 2005 master service list on this the 17th day of August 2005.


/s/   Elena L. Escamilla
Elena L. Escamilla, Trial Attorney