Michael S. Kogan
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Creditor,
Ronald A. Katz Technology Licensing, L.P.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| In re | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND INCLUSION IN MASTER MAILING LIST

**PLEASE TAKE NOTICE** that Ronald A. Katz Technology Licensing, L.P. ("RAKTL"), a creditor herein, requests pursuant to Rules 1009(a), 2002(a), (b) and (g), and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342(a) and (c) of the United Bankruptcy Code, that all notices, papers and pleadings served or required to be served in this case, be given to and served upon:

Michael S. Kogan
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, California 90212
Telephone: (310) 273-6333
Facsimile: (310) 859-2325
E-Mail: mkogan@ecjlaw.com

**PLEASE TAKE FURTHER NOTICE** that – pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure – RAKTL requests that it be served with copies of all amendments to the Schedules and Statement of Financial Affairs, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not

only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint, or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED: July 27, 2005

MICHAEL S. KOGAN
ERVIN, COHEN & JESSUP LLP

By: _____
Michael S. Kogan
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
(310) 273-6333

Attorneys for Creditor Ronald A. Katz
Technology Licensing, L.P.

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )  ss:
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On July 29, 2005, I served the document described as

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS
AND INCLUSION IN MASTER MAILING LIST**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY NEXT-DAY DELIVERY: Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 1901 Avenue of the Stars, Los Angeles, California 90067.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed below and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on July 29, 2005 at Beverly Hills, California.

*/s/ Linda Fraser*
LINDA FRASER

Ervin, Cohen & Jessup LLP

IDOCS:916.133:513166.1

## SERVICE LIST

| | |
|---|---|
| **CO-ATTORNEYS FOR DEBTORS** | **CO-ATTORNEYS FOR DEBTORS** |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM | SMITH HULSEY & BUSEY |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036-6522 | Jacksonville, Florida 32202 |

Ervin, Cohen
& Jessup LLP

IDOCS:916.133:513166.1

-2-