UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

------------------------------------------------------------X

In re                                                                In Proceedings For A
                                                                     Reorganization Under
    **WINN-DIXIE STORES, INC., ET AL**                Chapter 11
    Winn-Dixie Raleigh, Inc.                            Case No.: 3:05-03817-JAF

                            Debtors.

------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

              Amroc Investments, LLC
              535 Madison Avenue, 15th Floor
              New York, New York 10022
              Attention: David S. Leinwand, Esq.

A transfer in the amount of **$26,932.16** from:

              Durham Coca Cola Bottling Co. (Transferor)
              3214 Hillsborough Road
              Durham, NC 27705
              Attention:  Ileana Correa

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                   Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                   Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**DURHAM COCA COLA BOTTLING CO**, a(n) **Delaware Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC,** a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$26,932.16** (proof of claim amount, defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at **Case No. 05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___8___ day of ___August___, 2005.

_Durham Coca-Cola Bottling_
(Company Name)

WITNESS _[signature]_  
(Signature)

_Ray Meacham_  
(Signature of Corporate Officer)

_Jeana Correa, Credit & Collection Mngr_  
(Print Name and Title of Witness)

_Rony Meacham, VP Finance_  
(Print Name and Title of Corporate Officer)

**EXHIBIT "A"**