UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

_____X

In re

      **WINN-DIXIE STORES, INC., ET AL**
          Winn-Dixie Raleigh, Inc.

                Debtors.

_____X

In Proceedings For A
Reorganization Under
Chapter 11
Case No.: 3:05-03817-JAF

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$6,392.81** from:

    Pontotoc Electric Power Association (Transferor)
    PO Box Drawer 718
    Pontotoc, MS 38863
    Attention:  Mr. Chuck Howell

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                              Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                    Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

**PONTOTOC ELECTRIC POWER ASSOC**, a(n) **Mississippi Corporation**, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell, transfer and assign unto **AMROC INVESTMENTS, LLC**, a New York limited liability company, its successors and assigns ("Assignee") all rights, title and interest in and to the claim(s) of Assignor in the principal amount of **$6,392.81** (proof of claim amount, defined as the "Claim") against **WINN-DIXIE STORES, INC.** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Middle District of Florida, or any other court with jurisdiction over the Proceedings (the "Court"). Administered at **Case No. 05-03817** (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

Both the Assignee and Assignor agree that this transaction must be funded within 7 days of the signature execution of this document by the Assignor or this agreement will be deemed null and void.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the __28th__ day of ____July____, 2005.

|  |  |
|---|---|
|  | Pontotoc Electric Power Association |
|  | (Company Name) |
| WITNESS _/s/ Wanda M. Davis_ | _/s/ Lawrence C. Howell, Jr._ |
| (Signature) | (Signature of Corporate Officer) |
| Wanda M. Davis, Notary Public | Lawrence C. Howell, Jr., General Manager |
| (Print Name and Title of Witness) | (Print Name and Title of Corporate Officer) |

**My Commission Expires
July 23, 2006**

EXHIBIT "A"