**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: | Case No.: 05-03817-3F1 |
| **WINN-DIXIE STORES, INC.,** | Chapter 11 |
| Debtor. | Jointly Administered |
| _____/ | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Appoint Fee Examiner (Docket No. 2933) was furnished by United States mail on the 15th day of August 2005 to the following parties who filed fee applications but who are not on the Master Service List:

KPMG LLP
c/o R. Travis Storey
One Independent Drive, Suite 2700
Jacksonville, FL 32202

Kirschner & Legler, P.A.
c/o Kenneth M. Kirschner, Esq.
300A Wharfside Way
Jacksonville, FL 32207

PricewaterhouseCoopers LLP
c/o Elizabeth Dantin
P.O. Box 65640
Charlotte, NC 28265-0640

Togut, Segal & Segal LLP
c/o Neil Berger, Esq.
One Penn Plaza, Suite 3335
New York, NY 10119

Smith, Gambrell & Russell, LLP
c/o Douglas G. Stanford, Esq.
Bank of America Tower
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202

Alvarez & Marsal, LLC
c/o Martha E. M. Kopacz
600 Lexington Avenue, Sixth Floor
New York, NY 10022

Houlihan Lokey Howard &
 Zukin Capital
c/o David R. Hilty
245 Park Avenue, 20th Floor
New York, NY 10167

Carlton Fields, P.A.
c/o James D. Silver, Esq.
100 SE 2nd Street, Suite 4000
Miami, FL 33131

| | |
|---|---|
| Mohsin N. Khambati, Esq. | Deloitte Consulting LLP |
| McDermott Will & Emery LLP | c/o Anthony D. Forcum, Principal |
| 227 W. Monroe Street, Suite 5400 | 6363 N. State Highway 161, Suite 800 |
| Chicago, IL 60606 | Irving, TX 75038-2279 |
| Attorney for Bain & Company | |

DATED: August 17, 2005

                                        ROGERS TOWERS, P.A.

                                        By: /s/ Betsy C. Cox
                                              Betsy C. Cox
                                        Florida Bar No. 307033
                                        1301 Riverplace Blvd., Suite 1500
                                        Jacksonville, Florida 32207
                                        (904) 398-3911 (telephone)
                                        (904) 396-0663 (facsimile)
                                        bcox@rtlaw.com (email)

                                           - and -

                                        OTTERBOURG, STEINDLER,
                                          HOUSTON & ROSEN, P.C.
                                        Jonathan N. Helfat (JNH9484)
                                        230 Park Avenue, 29th Floor
                                        New York, NY 10169
                                        (212) 661-9100 (telephone)
                                        (212) 682-6104 (facsimile)
                                        jhelfat@oshr.com (email)

                                        ATTORNEYS FOR WACHOVIA
                                        BANK, NATIONAL ASSOCIATION,
                                        IN ITS CAPACITY AS AGENT FOR
                                        ITSELF AND CERTAIN OTHER
                                        POST-PETITION LENDERS