UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARING**
**TO BE HELD ON AUGUST 18, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on August 18, 2005 at 1:00 p.m. (ET):

A. **Uncontested Matters**

1. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for Resolving Requests for Additional Assurances (Docket No. 23)*

   This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the remaining objecting utilities identified below.

   Objection Deadline:   Expired.

   Remaining Objections:   Florida Power Corporation (Docket No. 260).

   Status:   The Debtors and Florida Power Corporation have agreed to continue their objection to October 7, 2005.

2. *Motion to Reject Executory Contracts Effective as of August 18, 2005 (Docket No. 2647)*

   Objection Deadline:   August 11, 2005

   Objections:   No objections have been filed.

   Status:   The Debtors will proceed with the Motion.

3.  *United States' Motion to Extend Claims Bar Date (Docket No. 2530)*

Objection Deadline:     August 11, 2005

Objections:             No objections have been filed.

Status:                 The Debtors are informed that the movant will proceed with the Motion.

4.  *Motion for Order (A) Authorizing the Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 1963)*

Objection Deadline:     None.

Objections:             No objections have been filed.

Status:                 The Debtors will proceed with the Motion as to the following Purchasers:

   (a) Wal-Mart Stores, Inc. (Docket No. 2969);
   (b) Eckerd Corporation (Docket No. 2970);
   (c) Fred's Stores of Tennessee, Inc. (Docket No. 2971); and
   (d) The Kroger Company (Docket No. 2972).

5.  *Motion by Heritage Mint, Ltd. To Shorten Time for Debtor to Assume or Reject an Executory Contract (Docket No. 1481)*

Objection Deadline:     Expired.

Objections:             Debtors (Docket No. 2042).

Status:                 Heritage and the Debtors have reached an agreement resolving this matter. The Debtors have filed a motion pursuant to Rule 9019 to approve the compromise (Docket No. 2759). In the absence of objection, the Debtors will submit an order approving the compromise motion upon expiration of the objection period (August 24).

6. *Forida Tax Collectors' Motion to Extend Claims Bar Date (Docket No. 3026)*

Objection Deadline:   None.

Objections:   No objections have been filed.

Status:   The Debtors are informed that the movant will proceed with the Motion.

**B.   Contested Matters**

1. *Motion of Penman Plaza Associates, Ltd. To Compel Assumption or Rejection of Unexpired Lease (Docket No. 1790)*

Objection Deadline:   August 11, 2005.

Objections:   Debtors (Docket No. 2974)

Status:   The Debtors are informed that movant will proceed with the Motion.

2. *Motion for Determination of Old Dixie Produce and Packaging, Inc.'s Claim Under the Perishable Agricultural Commodities Act (Docket. No. 2046)*

Objection Deadline:   August 11, 2005.

Objections:   Old Dixie (Docket No. 2919)

Status:   The Debtors will proceed with the Motion.

> 3. *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No.1961)*

| | |
|---|---|
| Objection Deadline: | None. |
| Objections: | (a) Bank of America, N.A., Store Number 2732 (Docket No. 2197 and 2505); and |
| | (b) E & A Southeast II, L.P., Store Number 2708 (Docket No. 2203 and 2506). |
| Status: | The Debtors will withdraw the Motion as to the sale of Store Numbers 2732 and 2708 to Supervalu (Notice of Filing, Docket No. 2313). |

Dated: August 17, 2005.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   s/ D. J. Baker<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   s/ Cynthia C. Jackson<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson<br>    F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Attorneys for Debtors | Attorneys for Debtors |

00504402.2