UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,         )          Case No. 05-03817-3F1
                                                           Chapter 11
         Debtors.                              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Notice of Hearing on Motion for an Order Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreement, (B) to Sell Furniture, Fixtures, Equipment and Related Assets Free and Clear of Liens and Exempt from Stamp or Similar Taxes and (C) Granting Related Relief (Docket No. 3022) was furnished by mail and/or electronically on August 16, 2005 to those parties on the attached Master Service List.

Dated:  August 17, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>       Stephen D. Busey<br>       James H. Post<br>       Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425