# Winn Dixie Bankruptcy: List of Participating Florida Tax Collectors
## Exhibit A

Ken Burton
Manatee County Tax Collector
819 301 Blvd. W.
Bradenton, FL 34205

John Clark
Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715

Cathy Curtis
Lee County Tax Collector
P.O. Box 850
Fort Myers, FL 33902

Bob Davis
St. Lucie County Tax Collector
2300 Virginia Ave.
Fort Pierce, FL 34982

Judith Fink
Broward County Tax Collector
115 S. Andrews Ave., Room 218
Fort Lauderdale, FL 33301

Barbara Ford-Coates
Sarasota County Tax Collector
101 S. Washington Blvd.
Sarasota, FL 34236-6993

Von Fraser
Alachua County Tax Collector
12 S.E. 1st St.
Gainesville, FL 32601

Patsy Heffner
Osceola County Tax Collector
360 N. Beaumont Ave.
Kissimmee, FL 34741

Mike Hogan
Duval County Tax Collector
231 E. Forsyth St., Room 100
Jacksonville, FL 32210

Barney Kane
Volusia County Tax Collector
123 W. Indiana Ave., Room 103
DeLand, FL 32720

Diane Nelson
Pinellas County Tax Collector
P.O. Box 1729
Clearwater, FL 33757-1729

Rod Northcutt
Brevard County Tax Collector
400 South Street, 6th Floor
Titusville, FL 32780

Mike Olson
Pasco County Tax Collector
P.O. Box 276
Dade City, FL 33526-0276

Ray Valdes
Seminole County Tax Collector
P.O. Box 630
Sanford, FL 32772-0630

Janice A. Warren
Citrus County Tax Collector
210 N. Apopka Ave., Ste. 100
Inverness, FL 34450

Earl Wood
Orange County Tax Collector
200 S. Orange Ave., Suite 1500
Orlando, FL 32801

Doug Belden
Hillsborough County Tax Collector
601 E. Kennedy Blvd., 14th Floor
Tampa, FL 33602

Bob McKee
Lake County Tax Collector
P.O. Box 327
Tavares, FL 32778-0327

Guy Carlton
Collier County Tax Collector
Courthouse Bldg. C-1, Room 310
3301 E. Tamiami Trail
Naples, FL 34112-4997