# Winn Dixie Bankruptcy: Supplemental List of Florida Tax Collectors
## Exhibit B

George Albright
Marion County Tax Collector
503 SE 25th Ave.
Ocala, FL 34471

Peggy Brannon
Bay County Tax Collector
P.O. Box 2285
Panama City, FL 32402

Ronnie Brannon
Columbia County Tax Collector
135 NE Hernando Ave., Ste. 125
Lake City, FL 32055

Sherry Brown
Jackson County Tax Collector
P.O. Box 697
Marianna, FL 32447

Charles Bryan
Highlands County Tax Collector
540 S. Commerce Ave.
Sebring, FL 33870-3867

George Burnham
Suwannee County Tax Collector
215 Pine Ave. S.W.
Live Oak, FL 32064

Linda Fugate
Levy County Tax Collector
P.O. Drawer 250
Bronson, FL 32621

Francis Ginn
Madison County Tax Collector
112 E. Pinckney St., Room 102
Madison, FL 32340

Peggy Hampton
Hendry County Tax Collector
P.O. Box 1780
LaBelle, FL 33975

Gene Harvey
Baker County Tax Collector
32 N. 5th St.
Macclenny, FL 32063

Danise Henriquez
Monroe County Tax Collector
1200 Truman Ave., Ste. 101
Key West, FL 33040

Kathryn Hill
Desoto County Tax Collector
P.O. Box 729
Arcadia, FL 34265

Janet Holley
Escambia County Tax Collector
P.O. Box 1312
Pensacola, FL 32591-1312

Dennis Hollingsworth
St. Johns County Tax Collector
P.O. Box 9001
St. Augustine, FL 32085

Lois Howell-Hunter
Jefferson County Tax Collector
170 N. Jefferson St.
Monticello, FL 32344

Chris Hughes
Okaloosa County Tax Collector
151-C Eglin Pkwy NE
Fort Walton Beach, FL 32548

Suzanne Johnston
Flagler County Tax Collector
200 E. Moody Blvd.
Bunnell, FL 32110

Ken Mahaffey
Putnam County Tax Collector
P.O. Box 1339
Palatka, FL 32178-1339

Doris Maloy
Leon County Tax Collector
P.O. Box 1835
Tallahassee, FL 32302-1835

Robert McClure
Santa Rosa County Tax Collector
6495 Caroline St.
Milton, FL 32570

Gwendolyn Miller
Nassau County Tax Collector
P.O. Box 708
Fernandina Beach, FL 32034

Cheryll Olah
Wakulla County Tax Collector
P.O. Box 280
Crawfordville, FL 32326-0280

Larry O'Steen
Martin County Tax Collector
P.O. Box 9013
Stuart, FL 34995

Teila Pearson
Bradford County Tax Collector
P.O. Box 969
Starke, FL 32091

Vickie Potts
Charlotte County Tax Collector
16317 Limerick Ave.
Port Charlotte, FL 33954

Charles Sembler
Indian River County Tax Collector
P.O. Box 1509
Vero Beach, FL 32961-1509

Juanita Sikes
Hernando County Tax Collector
20 N. Main St., Room 112
Brooksville, FL 34601

Rhonda Skipper
Walton County Tax Collector
49 N. 6th Street
DeFuniak Springs, FL 32433

Celeste Smith
Okeechobee County Tax Collector
307 N.W. 5th Ave., Suite B
Okeechobee, FL 34972-2571

Zerelda Smith
Hardee County Tax Collector
P.O. Box 445
Wauchula, FL 33873

Dale Summerford
Gadsden County Tax Collector
P.O. Box 817
Quincy, FL 32353-0817

Tom Swain
Sumter County Tax Collector
209 N. Florida St., Suite 1
Bushnell, FL 33513

Jack Tedder
Taylor County Tax Collector
P.O. Box 30
Perry, FL 32348

Joe Tedder
Polk County Tax Collector
P.O. Box 1189
Bartow, FL 33831-1189

Jimmy Weeks
Clay County Tax Collector
P.O. Box 218
Green Cove Springs, FL 32043

Ian Yorty
Miami-Dade County Tax Collector
140 W. Flagler St., 14th Floor
Miami, FL 33130