UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

In re: Winn-Dixie Procurement,
Inc - Trade Claims

Debtor.

Chapter 11
Case Nos. 05-03817

Claim No. 7935

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   **CG ROXANE**                                                     ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   1210 So State HWY 395

   OLANCHA, CA 93549

2. Please take notice of the transfer of $ __220,561.50__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $220,561.50 to:**
   **Madison Investment Trust - Series 3**                           ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave. Suite 120**

   **Overland Park, KS        66202**

   No action is required if you do not object to the transfer of you claim.

   _Sally Meyer_
   Sally Meyer
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Florida Middle Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

*CG Roxane LLC* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Procurement, Inc - Trade Claims in the Florida Middle Bankruptcy Court , The case entitled In re Winn-Dixie Procurement, Inc - Trade Claims, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the __08/12/05__

[NAME OF CLAIMANT] _CG Roxane LLC_

By: ___[signature]___
(Signature of Claimant)

Print Name: __Patrice Marqueet__

__CG Roxane LLC__
(Address)

__PO Drawer A Olancha CA 93549__
(Address)

__680 207 700__
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 101947367

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC
By: ___Sally Meyer___
(signature)

_____
(print name)

08-18-05A09:32 RCVD