

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

| CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC. | Prior Pros |
|---|---|
| Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker | AOCNFN |

Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)

Objection to Motion filed by Florida Power Corporation (260)

*cont'd to Oct. 7 @ 10:30 a.m.*

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR
FLORIDA POWER:

RULING: