UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER UNDER 11 U.S.C. § 365(A) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS EFFECTIVE AS OF AUGUST 18, 2005**

These cases came before the Court for hearing on August 18, 2005, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of the executory contracts listed on Exhibit A (collectively, the "Contracts") effective as of August 18, 2005 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and the Contracts are deemed rejected, effective as of August 18, 2005.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within 30 days after the date of entry of this Order.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order. Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ___ day of August, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

# EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections pursuant to this Order apply only to the Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Information Resources, Inc.<br>150 North Clinton Street<br>Chicago, IL 60661<br>Attn: Robin Bergman,<br>General Counsel | Winn-Dixie Stores, Inc. | Apollo Store Level Space Allocation and Assortment System Agreement dated October 20, 2004 |
| Panasonic Communications & Systems Company<br>Panasonic Leasing Program Administration Center<br>P.O. Box 7023<br>Troy, MI 48007-7023 | Winn-Dixie Raleigh, Inc., f/k/a Winn-Dixie Charlotte, Inc. | Master Lease dated December 23, 1999 and Schedules thereunder:<br><br>STORE MODEL SERIALNUMBER<br>1003    8001    8CMEAD01759<br>1004    8001    8HMETD01455<br>1007    7713    KJMKG312771<br>1009    8001    8DMETA01046<br>1010    8001    8GMETC01292<br>1016    7713    KJMKG312761<br>1018    7713    IJMKG311805<br>1020    8001    8BMEAD01675<br>1022    7713    JJMKG312486<br>1023    8001    7KMEAB01380<br>1034    7713    KJMKG312734<br>1036    7713    IJMKG311688<br>1043    7713    IJMKG311877<br>1049    8001    8KMETE01508<br>1055    8001    8DMETA01089<br>1057    7713    KJMKG312736<br>1076    8001    8HMETD01419<br>1077    8001    8HMETD01460<br>1082    7713    IJMKG311789<br>1084    8001    8HMETD01462<br>1086    8001    7LMEAC01464<br>1092    7713    JJMKG312341<br>1095    7713    JJMKG312482<br>1099    7713    KJMKG312772<br>1203    8001    8DMETA01094<br>1207    8001    8HMETD01451<br>1220    7713    JJMKG312340<br>1223    8001    8CMEAD01716<br>1225    8001    8EMETA01134<br>1234    8001    8GMETC01376<br>1240    8001    8HMETD01466<br>1242    8001    8HMETD01450<br>1243    7713    KJMG312823<br>1244    8001    8DMETA01032 |

3

| | | |
|---|---|---|
| 1248 | 8001 | 8EMETA01132 |
| 1249 | 7713 | KJMKG312692 |
| 1255 | 8001 | 8KMETE01491 |
| 1256 | 7713 | KJMKG312748 |
| 1257 | 7713 | JJMKG312338 |
| 1258 | 8001 | 8HMETD01411 |
| 1264 | 7713 | KJMKG312760 |
| 1269 | 7713 | JJMKG312337 |
| 1270 | 7713 | JJMKG312485 |
| 1284 | 8001 | 8HMETD01482 |
| 1284 | 7713 | KJMKG312773 |
| 1290 | 8001 | 7LMEAC01467 |
| 1297 | 8001 | 8DMETA01029 |
| 1298 | 7713 | JJMKG312483 |
| 2001 | 8001 | 8HMETD01423 |
| 2002 | 7713 | IJMKG311792 |
| 2003 | 7713 | KJMKG312767 |
| 2004 | 8001 | 8GMETC01294 |
| 2014 | 8001 | 8GMETC01348 |
| 2023 | 7713 | IJMKG311788 |
| 2024 | 8001 | 8GMETC01370 |
| 2029 | 7713 | JJMKG312487 |
| 2032 | 8001 | 7LMEAC01492 |
| 2036 | 8001 | 8KMETE01513 |
| 2038 | 7713 | IJMKG311793 |
| 2045 | 8001 | 8DMETA01086 |
| 2048 | 7713 | KJMKG312758 |
| 2051 | 8001 | 8DMETA01056 |
| 2052 | 7713 | KJMKG312737 |
| 2053 | 7713 | IJMKG311787 |
| 2055 | 7713 | KJMKG312731 |
| 2056 | 8001 | 8GMETC01279 |
| 2063 | 7713 | KJMKG312705 |
| 2067 | 7713 | JJMKG312481 |
| 2068 | 7713 | JJMKG312484 |
| 2070 | 8001 | 8HMETD01464 |
| 2079 | 8001 | 8DMETA01057 |
| 2081 | 7713 | KJMKG312714 |
| 2082 | 7713 | KJMKG312733 |
| 2083 | 8001 | 8GMETC01371 |
| 2084 | 8001 | 7LMEAC01462 |
| 2085 | 8001 | 8KMETE01489 |
| 2087 | 7713 | KJMKG312735 |
| 2090 | 8001 | 8HMETD01438 |
| 2093 | 8001 | 8HMETD01438 |
| 2099 | 7713 | IJMKG311786 |
| 2101 | 8001 | 8HMETD01446 |
| 2104 | 8001 | 8DMETA01114 |
| 2106 | 8001 | 8DMETA01080 |
| 2150 | 8001 | 8GMETC01309 |
| 2155 | 7713 | KJMKG312817 |
| 2157 | 7713 | KJMKG312822 |
| 2160 | 8001 | 8HMETD01422 |
| 2165 | 8001 | 8GMETC01369 |
| 2168 | 8001 | 8KMETE01498 |
| 2180 | 8001 | 8DMETA01035 |

|  |  | 2189 | 7713 | KJMKG312819 |
|---|---|---|---|---|
|  |  | 2190 | 8001 | 8KMETE01486 |
|  |  | 2193 | 7713 | IJMKG311790 |