

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

ρ           ρ

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Extend Claims Bar Date Filed by United States of America/IRS (2530)

*Granted*
*ord/Deborah Morris*

APPEARANCES:
US TRUSTEE:             ELENA ESCAMILLA ʕ
UNSEC. CRED:            JOHN B. MACDONALD
                        MATTHEW S. BARR
USA/IRS:                DEBORAH M. MORRIS  ρ

RULING: