
Case 3:05-bk-03817-JAF   Doc 3059   Filed 08/18/05   Page 1 of 1

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.         PRIOR PRO

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Sell Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief Filed by Debtor (1963)

PURCHASER:    (1) Wal-Mart Stores, Inc. (2969)

#1340 Settled
ord/signed

(2) Eckerd Corp (2970)

Store # #2732 Settled
ord/signed

(3) Fred's Stores of Tennessee (2971)

#42 Settled
ord/signed

(4) The Kroger Company (2972)

Store # 2708 Settled
ord/signed

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

WAL-MART:
ECKERD:
FRED'S STORES OF TN:
KROGER:

RULING: