UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et. al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____/ | | |

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES

COMES NOW, Blaxberg, Grayson, Kukoff & Segal, P.A. hereby files this Notice of Appearance on behalf of the Landlord, GREER PLAZA, INC., and requests that copies of all pleadings be served upon it, as counsel for the Landlord.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed electronically and via U.S. Mail this 18th day of August 2005 to: D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP., Four Times Square, New York, New York, 10036; and Cynthia C. Jackson, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202.

BLAXBERG, GRAYSON, KUKOFF & SEGAL, P.A.
Suite 730, Ingraham Building
25 Southeast Second Avenue
Miami, Florida 33131
Phone: (305) 381-7979
Facsimile: (305) 371-6816

/s/Ian J. Kukoff
Ian J. Kukoff, Esq.
Florida Bar No. 827126

163-19(I) /IJK/lacey /0934