UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC.   Case No. 3:05-bk-03817-3F1
Chapter 11

      Debtor.
_____/

**OBJECTION TO DEBTOR'S AUGUST 1, 2005 AMENDED MOTION FOR ORDER AUTHORIZING DEBTORS (i) TO SELL LEASEHOLD INTERESTS IN TARGETED STORES FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (ii) TO ASSUME AND ASSIGN LEASES, (iii) TO REJECT TARGETED LEASES THE DEBTORS ARE UNABLE TO SELL, AND (iv) GRANTING RELATED RELIEF**

**(Objection by Royal Oaks Brandon, Ltd.)**

      Comes now ROYAL OAKS BRANDON LTD. (**"Royal Oaks"**), and files this Objection to Debtor's August 1, 2005 Amended Motion For Order Authorizing Debtors (i) to Sell Leasehold Interests in Targeted Stores Free And Clear Of Liens, Claims And Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (**"the Amended Motion"**), and states as follows:

      1.    That Royal Oaks is the landlord under that certain shopping center Lease (**"the Lease"**) dated February 20, 1989 between Continental Royal Oaks, Inc., as landlord, and Debtor, as Tenant, as amended.

      2.    That the premises which are the subject of the Lease consists of a portion of Royal Oaks Shopping Center, located at 3236 Lithia Pinecrest Rd., Valrico, Hillsborough County, Florida, and is designated by Debtor as Store #734 (**"the Leased Premises"**).

      3.    That the procedures set forth in the Amended Motion for selling, assuming and assigning Targeted Leases does not adequately provide (i) adequate notice to Royal Oaks and/or other landlords as to whether particular leases are to be sold, assumed and/or assigned, and (ii) Royal Oaks and/or other landlords with a reasonable opportunity to evaluate any proposed assignee, and to be heard as to adequate assurances of future performance by any proposed assignee of the Lease, including the source of rent and that the financial condition and operating performance of any proposed assignee is similar to the financial condition and operating performance of the Debtor as of the time the Debtor became the tenant under the Lease. *See 11 U.S.C. Sec. 365(b)(3)(A)*

      WHEREFORE, Royal Oaks respectfully urges the Court to order that Royal Oaks be given

a reasonable opportunity to evaluate any proposed assignee, and to be heard as to adequate assurances of future performance by any proposed assignee of the Lease, including (i) the source of rent, and (ii) that the financial condition and operating performance of any proposed assignee is similar to the financial condition and operating performance of the Debtor as of the time the Debtor became the tenant under the Lease.

VERONA LAW GROUP, P.A.

By:<u>/s/ Jay B. Verona          </u>
    Jay B. Verona, Esq.
    7235 First Ave. So.
    St. Petersburg, FL 33707
    (727) 347-7000; (727) 347-7997 (Fax)
    FBN 352616
    Attorneys for Royal Oaks Brandon, Ltd.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of August, 2005, a copy of the foregoing was served, either by the Court's CM/ECF system, or by U.S. Mail, upon:

Winn Dixie Stores, Inc., Debtor
5050 Edgewood Court, Jacksonville, FL 32254-3699

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32201

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800, Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620, Orlando, FL 32801

Dennis F. Dunne, Esq., Attorney for Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, NY 10005

John B. Macdonald, Esq., Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 North Laura Street, Suite 2500, Jacksonville, FL 32202

Patrick P. Patangan, Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 N. Laura Street, Suite 2500, Jacksonville, FL 32202

/s/ Jay B. Verona
Jay B. Verona, Esq.
