

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.          PRIOR PROS
                                                         AOCNFN

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion by Heritage Mint, Ltd., to Shorten Time for Debtor to Assume or Reject an Executory Contract (1481)**

Objection to Motion of Heritage Mint, LTD. to Shorten Time for Debtor to Assume or Reject an Executory Contract filed by Debtor (2042)

Motion for Approval of Settlement with Heritage Mint, Ltd. Filed by Debtor (2759)

*Negative nte on compromise tel 8/24*

*if no obj - ord/Busey*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA P
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

HERITAGE MINT:     ANDREW BRUMBY

RULING: