

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey ᵖ /Cynthia C. Jackson ᵖ /D.J. Baker

Motion to Extend Time for Claims Bar Date Filed by Florida Tax Collectors (3026)

*Claims bar date extended for Tax Collectors*
*11/7/05*

*ord/signed*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
FL TAX COLLECTORS:     BRIAN FITZGERALD ᵖ

**RULING:**