UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING FLORIDA TAX COLLECTORS' MOTION TO EXTEND CLAIMS BAR DATE

This case is before the Court upon the Florida Tax Collectors' Motion to Extend Claims Bar Date (the "Motion") filed on August 17, 2005 (Dkt. No. 3026). At a hearing on this matter on August 18, 2005, the Debtors, the Official Committee of Unsecured Creditors and the United States Trustee represented that they do not oppose the relief requested in the Motion. The Court therefore finds that the Motion is unopposed by interested parties. Accordingly, it is

ORDERED:

1. The Motion is granted.

2. This Court's April 28, 2005 Order Establishing Deadline for Filing Proofs of Claim, etc. (the "Bar Date Order") (Dkt. No. 932) is modified in part to provide that claims filed by the Florida Tax Collectors for 2005 ad valorem real property and tangible personal property taxes shall be filed so as to be received on or before November 7, 2005.[1]

---

[1] The "Florida Tax Collectors'" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

3. The proofs of claim filed by the Florida Tax Collectors prior to August 22, 2005 as identified in Exhibit 1 attached are deemed withdrawn without prejudice and the claims agent is authorized to mark the claims as "withdrawn" on the claims register. Claims for the actual 2005 ad valorem taxes filed on or before November 7, 2005 shall be treated as original, rather than amended, claims.

4. For purposes of Local Rule 3007-1, objections, if any, to claims of the Florida Tax Collectors will be properly served if served upon Brian FitzGerald, Senior Attorney for Hillsborough County Tax Collector, Office of the County Attorney, Post Office Box 1110, Tampa, Florida, 33601-1110. No other form of service shall be necessary.

5. Except as modified herein, the provisions of the Bar Date Order shall remain in full force and effect.

Dated this 18 day of August, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Brian T. FitzGerald
[Brian T. FitzGerald is directed to mail a copy of this Order to all parties served with the Motion.]

00505242

2

# FLORIDA TAX COLLECTORS' CLAIMS WITHDRAWN WITHOUT PREJUDICE PURSUANT TO ORDER GRANTING FLORIDA TAX COLLECTORS' MOTION TO EXTEND CLAIMS BAR DATE

| Tax Collector | Claim Numbers |
|---|---|
| Alachua County | 4911, 4912, 4913, 4914, 4915, 4916 |
| Citrus County | 2005 |
| Clay County | 4301 |
| Columbia County | 1180, 1181, 1182, 1183 |
| Escambia County | 6110 |
| Gadsden County | 1057 |
| Highlands County | 2910 |
| Lee County | 6814 |
| Leon County | 1986, 2568 |
| Levy County | 32, 2076, 2569 |
| Madison County | 2442 |
| Manatee County | 29, 36, 41 42, 43 |
| Osceola County | 2653, 2654, 2655, 2656, 2657, 2658, 2659, 2660, 2661 |
| Polk County | 3652, 3653, 3654, 3655, 3656, 3657, 3658, 3659, 3660, 3661, 3662, 5603, 5604, 5605, 5606, 5607, 5608, 5609, 5610, 5611, 5612, 5613 |
| Putnam County | 1119, 1120 |
| Santa Rosa County | 1952 |
| Sarasota County | 5162 |
| St. Lucie County | 2824, 2825, 2826, 2827, 2828 |

**EXHIBIT 1**