

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion to Compel Assumption or Rejection of Unexpired Lease Filed by Penman Plaza Associates, Ltd. (1790)**

Objection to Penman Plaza Associates, Ltd.'s Motion to Compel Assumption or Rejection of Unexpired Lease Filed by Debtor (2974)

*Settled*
*Consent ord/ Bowlus*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

PENMAN PLAZA ASSOC:    MICHAEL T. BOWLUS

RULING: