UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

      Debtors.        Jointly Administered

---

OBJECTION OF INDIAN CREEK
CROSSING, LLC TO AMENDED MOTION
OF THE DEBTORS FOR ORDER AUTHORIZING
THE DEBTORS (I) TO SELL LEASEHOLD INTERESTS
IN TARGETED STORES FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,
(II) TO ASSUME AND ASSIGN LEASES, (III) TO
REJECT TARGETED LEASES THE DEBTORS ARE UNABLE
TO SELL, AND (IV) GRANTING RELATED RELIEF

Indian Creek Crossing, LLC ("Indian Creek"), by and through its undersigned counsel, objects to the Debtors' Motion and states as follows:

1. Indian Creek is the Landlord for store number 2702.

2. Store number 2702 is located in a shopping center within the meaning of 11 U.S.C. § 365(b)(3).

3. Indian Creek objects to the assignment of the Debtors' lease for store number 2702 to C.Y. Yu, Inc. on the ground that Indian Creek has not been provided with adequate assurance of future performance.

4. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

WHEREFORE, Indian Creek prays that the Debtors' motion to assign the lease for store number 2702 be denied.

DATED this 18 day of August, 2005.

HELD & ISRAEL

By: /s/
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile