

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**August 18, 2005**
**1:00 P.M.**

**PRO MEMO**

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

**Motion for Determination of Old Dixie Produce and Packaging, Inc.'s Claim Under the Perishable Agricultural Commodities Act Filed by Debtor (2046)**

Memorandum of Law in Response to Debtors' Motion For Determination of Claim Under The Perishable Agricultural Commodities Act Filed by Old Dixie Produce & Packaging, Inc. (2919)

*Old Dixie entitled to PACA treatment*

*ord/ Pulignano*
*and 7OFCOL*

**APPEARANCES:**
**US TRUSTEE:**          ELENA ESCAMILLA ℘
**UNSEC. CRED:**         JOHN B. MACDONALD
                         MATTHEW S. BARR

**OLD DIXIE:**           NICHOLAS PULIGNANO ℘

**RULING:**