

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 18, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Sell Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief Filed by Debtor (1961)

*w/draw*

PURCHASER:          (1) Supervalu entities, Stores 2708 and 2732 (Doc. 2313)

            (a) Objection to Store 2732 by Bank of America, N.A. (Docs. 2197 & 2505)

            (b) Objection to Store 2708 by E & A Southeast II, L.P. (Docs. 2203 & 2506)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
            MATTHEW S. BARR
BANK OF AMERICA:     EDWIN HELD
E & A SOUTHEAST II LP:   EDWIN HELD

RULING: