UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                               CASE NO.: 3:05-bk-03817-JAF

                                     CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.        Jointly Administered

---

OBJECTION OF E&A SOUTHEAST
LIMITED PARTNERSHIP TO AMENDED MOTION OF
THE DEBTORS FOR ORDER AUTHORIZING THE DEBTORS
(I) TO SELL LEASEHOLD INTERESTS IN TARGETED STORES
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND
EXEMPT FROM TAXES, (II) TO ASSUME AND ASSIGN LEASES,
(III) TO REJECT TARGETED LEASES THE DEBTORS ARE
UNABLE TO SELL, AND (IV) GRANTING RELATED RELIEF

E&A Southeast Limited Partnership ("E&A"), by and through its undersigned counsel, objects to the Debtors' Motion and states as follows:

1. E&A is the Landlord for store number 2708.

2. Store number 2708 is located in a shopping center within the meaning of 11 U.S.C. § 365(b)(3).

3. E&A objects to the assignment of the Debtors' lease for store number 2708 to C.Y. Yu, Inc. on the ground that E&A has not been provided with adequate assurance of future performance.

4. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

WHEREFORE, E&A prays that the Debtors' motion to assign the lease for store number 2708 be denied.

DATED this 18 day of August, 2005.

HELD & ISRAEL

By: *[signature]*

Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile