| Database: | GLIMCHER | | Glimcher Realty Trust Aged Delinquencies | | | | Page: | 1 |
| Report Id: | GRT_CMAGED | | Date: 8/17/2005 | | | | Date: | 8/17/2005 |
| | | | Lease Status Codes in <ALL> | | | | Time: | 09:50 AM |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 5/27/2004 | C03 | CAM 2003 BILLED | CH | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 12/13/2004 | TAX | BILLED TAXES T04 | CH | 190.44 | 0.00 | 0.00 | 0.00 | 0.00 | 190.44 |
| 7/7/2005 | CPY | Recovery Reconciliation 12/04 | CH | 16,411.50 | 0.00 | 16,411.50 | 0.00 | 0.00 | 0.00 |
| 7/7/2005 | IPY | Recovery Reconciliation 12/04 | CH | 3,272.36 | 0.00 | 3,272.36 | 0.00 | 0.00 | 0.00 |
| 7/7/2005 | TPY | Recovery Reconciliation 12/04 | NC | -18,171.94 | 0.00 | -18,171.94 | 0.00 | 0.00 | 0.00 |
| **WINN DIXIE Total:** | | | | 1,702.37 | 0.00 | 1,511.92 | 0.00 | 0.00 | 190.45 |
| | | **Grand Total:** | | 1,702.37 | 0.00 | 1,511.92 | 0.00 | 0.00 | 190.45 |

Exhibit "A"