UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.     Jointly Administered

OBJECTION OF ALS TELFAIR-PERLIS, LLP
TO AMENDED MOTION OF THE DEBTORS FOR ORDER
AUTHORIZING THE DEBTORS (I) TO SELL LEASEHOLD
INTERESTS IN TARGETED STORES FREE AND CLEAR OF
LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,
(II) TO ASSUME AND ASSIGN LEASES, (III) TO REJECT
TARGETED LEASES THE DEBTORS ARE UNABLE TO SELL,
AND (IV) GRANTING RELATED RELIEF

ALS Telfair-Perlis, LLP ("Telfair-Perlis"), by and through its undersigned counsel, objects to the Debtors' Motion and states as follows:

1. Telfair-Perlis is the Landlord for store number 42.

2. Store number 42 is located in a shopping center within the meaning of 11 U.S.C. § 365(b)(3).

3. Telfair-Perlis, LLP objects to the assignment of the Debtors' lease for store number 42 to C.Y. Yu, Inc. on the ground that Telfair-Perlis has not been provided with adequate assurance of future performance.

4. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

WHEREFORE, Telfair-Perlis prays that the Debtors' motion to assign the lease for store number 42 be denied.

DATED this 18 day of August, 2005.

HELD & ISRAEL

By: /s/

Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile