UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:   3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                          Jointly Administered

_____

## REQUEST FOR ALL NOTICES AND
## DEMAND FOR SERVICE OF PAPERS

The following parties in interest in these Cases, The
Market at Byram, LLC and Bennett V. York ("the Parties in
Interest"), hereby request notice of all hearings and conferences
and copies of all papers herein, including all papers and
notices pursuant to Rules 2002, 3017, 9007 and 9010 of the
Federal Rules of Bankruptcy Procedure and including, without
limitation, schedules, statements of financial affairs,
operating reports, plans of reorganization and disclosure
statements, applications (including applications for
compensation), motions, proposed orders, conformed copies of
orders, complaints and other pleadings, objections and other
requests, formal and informal, whether written or oral and
whether transmitted by mail, fax, e-mail, telephone or
otherwise. All such notices and papers should be directed to
the attorneys for the Party in Interest at the addresses set
forth below.

Neither this Request nor its filing and service shall
constitute the consent of the Parties in Interest to the
jurisdiction of this Court over it for any purpose or a waiver
of any other rights, remedies, claims setoffs or recoupments,

all of which the Parties in Interest reserve to the full extent of the law.

Dated: August _18_, 2005.

        Jacksonville, Florida

                HELD & ISRAEL

                By:_____
                Edwin W. Held, Jr., Esquire
                Florida Bar No.: 162574
                Adam N. Frisch, Esquire
                Florida Bar No.: 635308
                1301 Riverplace Blvd., Suite 1916
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile

                and

                Marcus M. Wilson, Esquire
                Mississippi Bar No.: 7308
                Charles F.F. Barbour, Esquire
                Mississippi Bar No.: 99520
                BENNETT LOTTERHOS SULSER & WILSON, P.A.
                118 East Capitol Street, Suite 1400
                Post Office Box 98
                Jackson, Mississippi 39205-0098
                (601) 944-0466 Telephone
                (601) 944-0467 Facsimile
                Co-counsel for The Market at Byram, LLC
                and Bennett V. York

ewh/winndixie/The Market at Byram & York notice.mwa