UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>                              **Debtors.** | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about August 12, 2005, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Motion For Order Under 11 U.S.C. § 365(d) (4) Further Extending Time Within Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property**
- the **Order Under 11 U.S.C. § 365(d) (4) Granting Further Extending Time Within Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property**

        to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 18, 2005

_____
                    Kathleen M. Logan

Code: AW

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE, NJ 07645 | CREDITOR ID: 993-07<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON ASSOC, LP<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 241234-12<br>145 ASSOCIATES LTD<br>C/O MITCHELL & SHAPIRO LLP<br>ATTN KENNETH A SHAPIRO, ESQ<br>3490 PIEDMONT ROAD, SUITE 650<br>ATLANTA GA 30305 | CREDITOR ID: 241234-12<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM, NY 11582 | CREDITOR ID: 994-07<br>145 ASSOCIATES LTD<br>PO BOX 460<br>VALLEY STREAM NY 11582 |
| CREDITOR ID: 995-07<br>17161 NW 27TH AVENUE LLC DBA<br>DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA, GA 30353-0446 | CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET<br>NEW YORK, NY 10004 | CREDITOR ID: 241239-12<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>ATTN LINDA GOLDSTEIN, MGR<br>3753-1 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 |
| CREDITOR ID: 997-07<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>3753 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 315715-40<br>1997 PROPERTIES<br>C/O ROGER P FRIOU<br>PO BOX 55416<br>JACKSON, MS 39296 | CREDITOR ID: 278400-24<br>1997 PROPERTIES<br>C/O NANCY LANE COMMERCIAL REALTY<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON MS 39216 |
| CREDITOR ID: 278401-25<br>1997 PROPERTIES LLC<br>WELLS MOORE SIMMONS & HUBBARD, PLLC<br>ATTN SUSANNA BAKER, ESQ<br>HIGHLAND BLUFF NORTH<br>4450 OLD CANTON ROAD, STE 200<br>JACKSON MS 39215-1970 | CREDITOR ID: 278401-25<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296 | CREDITOR ID: 998-07<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA, GA 30353-0496 |
| CREDITOR ID: 2031-07<br>391 BELLAIRE BLVD<br>C/O CA NEW PLAN VENTURE FUND LA, LL<br>420 LEXINGTON AVE., 7TH FLR<br>NEW YORK NY 10170 | CREDITOR ID: 1000-RJ<br>40/86 MORTGAGE CAPITAL INC<br>PO BOX 67000<br>LOAN NO. 506033<br>DETROIT, MI 48267-1641 | CREDITOR ID: 999-RJ<br>40/86 MORTGAGE CAPITAL INC<br>PO BOX 67000<br>LOAN NO. 11048<br>DETROIT, MI 48267-1641 |
| CREDITOR ID: 278402-25<br>40/86 MORTGAGE CAPITAL INC.<br>PO BOX 1914<br>CARMEL IN 46082-4914 | CREDITOR ID: 410477-15<br>40-59 HAMPTON STREET LLC<br>STUBBS & PERDUE, PA<br>ATTN RODNEY A CURRIN, ESQ<br>310 CRAVEN STREET<br>PO BOX 1654<br>NEW BERN NC 28563-1654 | CREDITOR ID: 410477-15<br>40-59 HAMPTON STREET LLC<br>C/O PROVIDENT OPERATING CORP<br>ATTN RUTH MAZUREK, MGR<br>98-11 QUEENS BLVD<br>REGO PARK NY 11374 |
| CREDITOR ID: 278403-25<br>440 GROUP LTD<br>ATTN: GENE WILLIAMS<br>PO BOX 578<br>KILLEEN, TX 76540-0578 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ.<br>2584 BLUE MEADOW DRIVE<br>TEMPLE TX 76502 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ<br>1201 SOUTH W S YOUNG DRIVE<br>PO BOX 10309<br>KILLEEN TX 76547-0309 |
| CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>ATTN GENE WILLIAMS<br>PO BOX 578<br>KILLEEN TX 76540-0578 | CREDITOR ID: 2033-07<br>4JS FAMILY LLC<br>4408 GILBERT AVENUE<br>COLUMBUS, GA 31904 | CREDITOR ID: 1002-07<br>4JS FAMILY LLLC<br>4408 GILBERT AVENUE<br>COLUMBUS GA 31904 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

CREDITOR ID: 1003-07
5 POINTS WEST SHOPPING CENTER
PO BOX 11407
BIRMINGHAM, AL 35246-0115

CREDITOR ID: 2034-07
5 POINTS WEST SHOPPING CENTER
DOMIT INVESTMENT GROUP
201 VULCAN ROAD, SUITE 106
BIRMINGHAM AL 35209

CREDITOR ID: 1004-07
51ST STREET & 8TH AVE CORP
ATTN: PATRICIA
655 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10021

CREDITOR ID: 410886-15
59 WEST PARTNERS, LTD/BESSEMER
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 1005-RJ
7595 CENTURION PARKWAY LLC
10739 DEERWOOD PARK BLVD, SUITE 103
JACKSONVILLE, FL 32256-2873

CREDITOR ID: 241280-12
7595 CENTURION PARKWAY LLC
ATTN JAMES J SEBESTA
10739 DEERWOOD PARK BLVD, SUITE 103
JACKSONVILLE, FL 32256-2873

CREDITOR ID: 1006-RJ
9 SC ASSOCIATES
C/O CENCOR REALTY SERVICES INC.
PO BOX 660394
DALLAS, TX 75266-0394

CREDITOR ID: 2035-RJ
9 SC ASSOCIATES LTD
C/O CENCOR REALTY
3102 MAPLE AVE, 5TH FLOOR
DALLAS TX 75201

CREDITOR ID: 1007-07
98 PALMS LTD
C/O NEWTON OLD ACRE MCDONALD LLC
250 WASHINGTON STREET
PRATTVILLE, AL 36067

CREDITOR ID: 2036-07
99 EGLIN LTD
C/O DOWD LAW FIRM, PA
ATTN JOHN R DOWD, ESQ
285 HARBOUR BLVD, SUITE A
DESTIN FL 32541

CREDITOR ID: 2036-07
99 EGLIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 411020-15
9SC ASSOC. LTD C/O CENCOR REALTY TA
MATLOCK OAKS SHOPPING CTR ARLINGTON
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 241477-12
ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447-9998

CREDITOR ID: 241522-12
ACHILLES REALTY COMPNY
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 241522-12
ACHILLES REALTY COMPNY
537 MARKET STREET, SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 1013-RJ
ACKERMAN-MIDTOWN ASSOC
1040 CROWN POINTE PARKWAY, STE. 200
ATLANTA GA 30338-4777

CREDITOR ID: 2037-RJ
ACKERMAN-MIDTOWN ASSOCIATES
1040 CROWN POINTE PARKWAY, SUITE 20
ATLANTA, GA 30338-4777

CREDITOR ID: 1014-07
ACORN ASSOC LTD
C/O GOREN BROTHERS
150 E 52ND ST., 29TH FLOOR
NEW YORK, NY 10022

CREDITOR ID: 2038-07
ACORN ASSOCIATES
150 EAST 52ND STREET, 29TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 407791-15
ACORN ASSOCIATES, INC.
ATTN EDWARD PEARLSTEIN, VP
140 GLENLAWN AVENUE
SEA CLIFF NY 11579

CREDITOR ID: 315721-40
ACRON USA FONDS SHILOH SQUARE
1516 S BOSTON AVENUE, SUITE 215
TULSA, OK 74119

CREDITOR ID: 1015-07
ACRON USA FONDS WINN DIXIE LP
C/O ACRON KAPITAL
DALLAS BRANCH
1516 S BOSTON AVENUE
SUITE 215
TULSA, OK 74119

CREDITOR ID: 241545-12
ACRON USA FONDS WINN DIXIE LP
C/O ACRON KAPITAL
DALLAS BRANCH
1516 S BOSTON AVE, SUITE 215
TULSA, OK 74119

CREDITOR ID: 241545-12
ACRON USA FONDS WINN DIXIE LP
C/O RIGGS, ABNEY LAW FIRM
ATTN RYAN J ASSINK, ESQ
502 W 6TH STREET
TULSA OK 74119

CREDITOR ID: 400552-07
ADAM-DIX PROPERTIES CORP
C/O JD PRICE
1172 PARK AVE
NEW YORK NY 10128

CREDITOR ID: 1016-07
ADAMS REALTY
ATTN: JAMES L ADAMS
220 W PUSHMALAHA STREET
BUTLER, AL 36904

CREDITOR ID: 2039-07
ADFC, LLC
1040 CROWN POINTE PARKWAY, SUITE 2
ATLANTA GA 30338

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1017-07<br>AEGIS WATERFORD LLC<br>3849 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-3849 | CREDITOR ID: 2040-07<br>AEGIS WATERFORD, L.L.C.<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1019-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 |
| CREDITOR ID: 2041-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE, NC 28290-5128 | CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO, IL 60693-6273 | CREDITOR ID: 1020-07<br>AEI INCOME & GROWTH FUND XXI L<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 |
| CREDITOR ID: 1021-07<br>AEI NET LEASE INCOME & GROWTH<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL MN 55101 | CREDITOR ID: 410737-15<br>AEI NET LEASE INCOME & GROWTH ET AL<br>ON BEHALF OF THE OWNERS<br>C/O FREDRICKSON & BYRON, PA<br>ATTN JOHN M KONECK, ESQ<br>200 S SIXTH STREET, SUITE 4000<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI, FL 33231 |
| CREDITOR ID: 2042-07<br>AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 1010-07<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST. LOUIS MO 63178 | CREDITOR ID: 315717-40<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>ST LOUIS, MO 63178 |
| CREDITOR ID: 1123-07<br>AGAPION, BILL<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 242523-12<br>AGAPION, BILL DBA ARCO REALTY CO<br>625 S ELM STREET<br>GREENSBORO, NC 27406-1327 | CREDITOR ID: 241727-12<br>AGREE LIMITED PARTNERSHIP<br>ATTN KENNETH R HOWE, VP<br>31850 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334 |
| CREDITOR ID: 1024-RJ<br>AGREE LIMITED PARTNERSHIP<br>31850 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS MI 48334 | CREDITOR ID: 2044-07<br>AIB DELTONA, LTD.<br>C/O THOMA & ASSOCIATES, PLLC<br>1980 POST OAK BOULEVARD, SUITE 7<br>HOUSTON TX 77056 | CREDITOR ID: 1025-07<br>AINTSAR REALTY CORP<br>PO BOX 215<br>MONSEY NY 10952 |
| CREDITOR ID: 2045-07<br>AINTSAR REALTY CORPORATION<br>PO BOX 215<br>MONSEY, NY 10952 | CREDITOR ID: 1026-RJ<br>AIRKAMAN OF JACKSONVILLE INC<br>PO BOX 911652<br>DALLAS, TX 75391-1652 | CREDITOR ID: 315718-40<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLR, STE M<br>PO BOX 16087<br>SAVANNAH, GA 31406 |
| CREDITOR ID: 1011-07<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLOOR, SUITE M<br>PO BOX 16087<br>SAVANNAH GA 31406 | CREDITOR ID: 315722-40<br>AL BELLOTTO INC<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND, FL 33803 | CREDITOR ID: 1027-07<br>AL BELLOTTO INC.<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND FL 33803 |
| CREDITOR ID: 2046-07<br>ALABAMA 83 CENTER ASSOCIATES<br>235 MOORE STREET<br>HACKENSACK NJ 07061 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK, NJ 07601 | CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES, CA 90014 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN IVAN M GOLD/NICHOLAS B WARNOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4074

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 1031-07
ALFA MUTUAL FIRE INSURANCE COMPANY
ATTN ROSE JACKSON
PO BOX 11000
MONTGOMERY, AL 36191-0001

CREDITOR ID: 1032-07
ALLARD LLC
695 CENTRAL AVENUE, #207
ST. PETERSBURG, FL 33701

CREDITOR ID: 1033-07
ALLIED CAPITAL CORPORATION
ACCT# 399572
PO BOX 630796
BALTIMORE, MD 21263-1796

CREDITOR ID: 411159-15
ALLIED CAPITAL CORPORATION
HLDRS OF SECURED NOTES, CLASSES ABC
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 2049-07
ALLIED CAPITAL CORPORATION
PO BOX 10387
DES MOINES IA 50392-0387

CREDITOR ID: 2050-07
ALLIED CAPITAL CORPORATION
TURNEY DUNHAM PLAZA PARTNERS
5277 STATE ROAD
PARMA OH 44134

CREDITOR ID: 411177-15
ALLIED CAPITAL CORPORATION, HOLDERS
ACGS 2004, LLC, SEC NOTES, CLS ABC
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 1059-07
ALLIED CAPITAL REIT INC
ATTN: JAMES SHEVLIN
PO BOX 630796
BALTIMORE, MD 21263-0796

CREDITOR ID: 2051-07
ALLIED FINANCE COMP. LMT. PRT.
PO BOX 242
BROOMALL PA 19008-0242

CREDITOR ID: 315719-40
ALS TELFAIR PLAZA
PO BOX 1097
CORDELE, GA 31010

CREDITOR ID: 1012-07
ALS TELFAIR PLAZA
PO BOX 1097
CORDELE GA 31010

CREDITOR ID: 315724-40
ALTAMONTE SSG INC
27001 US HWY 19 N  STE 2095
CLEARWATER, FL 33761

CREDITOR ID: 1060-07
ALTAMONTE SSG INC.
27001 US HIGHWAY 19, N., STE. 2095
CLEARWATER FL 33761

CREDITOR ID: 407606-15
ALTAMONTE SSG, INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN RICHARD MCINTYRE, ESQ
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 2052-07
ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO, CA 94118

CREDITOR ID: 1061-07
ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO CA 94118

CREDITOR ID: 315725-40
ALVIN B CHAN INC
C/O TYLER A CHAN VP
5 BEACONSFIELD COURT
ORINDA, CA 94563

CREDITOR ID: 1062-07
ALVIN B CHAN INC.
C/O TYLER A. CHAN VP
5 BEACONSFIELD COURT
ORINDA CA 94563

CREDITOR ID: 408295-99
ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 278404-25
ALVYN L. WOODS INC.
PO BOX 396
LUTCHER LA 70071

CREDITOR ID: 278405-25
AMBERJACK LTD
PO BOX 81322
MOBILE AL 36689

CREDITOR ID: 278616-25
AMBERJACK, LTD
SOUTHTRUST BANK OF ALABAMA
NATIONAL BANKING ASSOC.
PO BOX 2554
BIRMINGHAM AL 35290

CREDITOR ID: 410941-15
AMEGY MORTGAGE COMPANY, LLC
F/K/A MITCHELL MORTGAGE COMPANY LLC
4576 RESEARCH FOREST DRIVE
THE WOODLANDS TX 77381

CREDITOR ID: 410941-15
AMEGY MORTGAGE COMPANY, LLC
C/O BADGER LAW OFFICE
ATTN BRUCE M BADGER, ESQ.
3400 AVENUE H, 2ND FLOOR
ROSENBERG TX 77471

CREDITOR ID: 1064-07
AMELIA PLAZA SHOPPING CENTER
C/O EDENS & AVANT FIN II LP
PO BOX 528
COLUMBIA, SC 29202

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315727-40<br>AMELIA STATION LTD<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 315728-40<br>AMERICAN COMMERCIAL REALITY CO<br>ROEBUCK MARKETPLACE<br>C/O AMERICAN COMMERCIAL REALIT<br>PO BOX 534310<br>ATLANTA, GA 30353-4310 | CREDITOR ID: 1065-07<br>AMERICAN COMMERCIAL REALTY<br>4400 PGA BOULEVARD, SUITE 305<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 1066-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE FL 32216 | CREDITOR ID: 2054-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 410852-15<br>AMERICAN FEDERAL PROPERTIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 |
| CREDITOR ID: 399385-99<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | CREDITOR ID: 1067-07<br>AMERICAN MORTGAGE & REALTY COR<br>5643 COVENTRY LANE<br>FORT WAYNE IN 46804 | CREDITOR ID: 1068-07<br>AMERICAN MORTGAGE & REALTY CORP<br>5643 COVENTRY LANE<br>FORT WAYNE, IN 46804-9730 |
| CREDITOR ID: 1069-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH FL 33482 | CREDITOR ID: 2056-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH, FL 33482 | CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE, MD 21275-5579 |
| CREDITOR ID: 410961-15<br>AMERICAN RESIDENTIAL EQUITIES, INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN DAVID R SOFTNESS, ESQ<br>701 BRICKELL AVENUE, SUITE 3000<br>MIAMI FL 33131 | CREDITOR ID: 2057-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN #2050601<br>CHICAGO, IL 60686-5666 | CREDITOR ID: 1072-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN# 2078501<br>CHICAGO, IL 60686-6799 |
| CREDITOR ID: 1073-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN# 2079201<br>CHICAGO IL 60686-5666 | CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INSURANCE CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32794-1483 | CREDITOR ID: 2058-07<br>AMERICAN UNITED LIFE INSURANCE CO.<br>ATTN: MORTGAGE LO<br>1 AMERICAN SQUARE<br>PO BOX 368<br>INDIANAPOLIS IN 46206 |
| CREDITOR ID: 1074-07<br>AMERICANA EAST INVESTMENTS INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 2059-07<br>AMERICANA PLAZA, LP<br>1629 K STREET, NW, SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 278406-24<br>AMRESCO CAPITAL, LP<br>ATTN: LEGAL DEPARTMENT<br>700 N. PEARL STREET<br>SUITE 2400<br>LBN 0342<br>DALLAS TX 75201-7424 |
| CREDITOR ID: 278407-24<br>ANDREWS & BARTH, PC<br>JEFFFREY W. HARRISON, ESQ.<br>8235 DOUGLAS AVENUE<br>SUITE 1120<br>DALLAS TX 75225 | CREDITOR ID: 1075-07<br>ANSEL PROPERTIES INC<br>C/O CUSHMAN & WAKEFIELD<br>PO BOX 02-5137<br>MIAMI, FL 33102-5137 | CREDITOR ID: 410770-15<br>APOLLO BEACH 99-FL, LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN ADAM MANES, VP<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 |
| CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | CREDITOR ID: 1077-07<br>ARCADIA FL DIVERSEY WEST<br>C/O KENNEDY WILSON PROPERTIES LTD<br>100 PRINGLE AVENUE<br>WALNUT CREEK, CA 94596-0612 | CREDITOR ID: 1078-07<br>ARCO REALTY COMPANY<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315730-40<br>ARLINGTON PROPERTIES INC<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM, AL 35202-2767 | CREDITOR ID: 1079-07<br>ARLINGTON PROPERTIES INC.<br>2117 SECOND AVENUE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 | CREDITOR ID: 408198-15<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HSSW, LLP<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 |
| CREDITOR ID: 278408-24<br>ARNOBO ASSOCIATES PARTNERSHIP<br>A/K/A ARNOBO ASSOCIATES LLC<br>C/O SCG MANAGEMENT<br>3101 TOWERCREEK PARKWAY<br>SUITE 200<br>ATLANTA GA 30339 | CREDITOR ID: 1618-07<br>ARNOVITZ, E M & PLASKER, M<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360 | CREDITOR ID: 315731-40<br>AROGETI/WYNNE<br>1073 WEST PEACHTREE STREET<br>ATLANTA GA 30376 |
| CREDITOR ID: 2061-RJ<br>ARONOV REALTY<br>PO BOX 235000<br>MONTGOMERY AL 36123 | CREDITOR ID: 411009-15<br>ARONOV REALTY CO & F M JOHNSON T/A<br>SATTERFIELD PLAZA, SELMA, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411004-15<br>ARONOV REALTY CO & F M JOHNSON TA<br>WIREGRASS PLAZA, DOTHAN, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 278409-25<br>ARONOV REALTY COMPANY INC.<br>PO BOX 235000<br>MONTGOMERY AL 36103 | CREDITOR ID: 2062-RJ<br>ARONOV REALTY MANAGEMENT INC.<br>PO BOX 235000<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 411006-15<br>ARONOV REALTY MANAGEMENT, INC. TA<br>FLINTRIDGE SHOPPING CTR, FAIRFIELD<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC.<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 |
| CREDITOR ID: 315732-40<br>ARTESIA MEDICAL DEVELOPMENT CO<br>21520 SOUTH PIONEER BLVD, SUITE 205<br>HAWAIIAN  GARDENS, CA 90716 | CREDITOR ID: 410753-15<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN: MORISOL MORALES, ESQ<br>951 NE 167TH STREET, STE 204<br>N MIAMI BEACH FL 33162 | CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER<br>SUITE 100<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA, GA 30374-0988 | CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE<br>SUITE 200<br>CHARLESTON, SC 29492 | CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 |
| CREDITOR ID: 406062-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>C/O WALSH & KEATING, SC<br>ATTN DAVID C KEATING, ESQ<br>1505 WAUWATOSA AVENUE<br>WAUWATOSA WI 53213 | CREDITOR ID: 406062-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>TRUST, AMENDED AND RESTATED<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON, FL 33431 |
| CREDITOR ID: 1085-07<br>AVON SQUARE LTD<br>PO BOX 5252<br>LOAN# 015 802 347<br>LAKELAND, FL 33807-5252 | CREDITOR ID: 2066-07<br>AVON SQUARE,LTD<br>ANCHOR COMMERCIAL REALTY, INC.<br>ATTN: J.B. MILLER<br>PO BOX 5252<br>LAKELAND FL 33807-5252 | CREDITOR ID: 1086-RJ<br>AVONDALE SQUARE LIMITED PARTNERSHIP<br>100 CONTI STREET<br>NEW ORLEANS LA 70130 |

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315733-40<br>AVONDALE SQUARE LP<br>100 CONTI ST<br>NEW ORLEANS, LA 70130 | CREDITOR ID: 315733-40<br>AVONDALE SQUARE LP<br>C/O FAVRET DEMAREST RUSSO ET AL<br>ATTN THOMAS J LUTKEWITTE, ESQ<br>1515 POYDRAS STREET<br>NEW ORLEANS LA 70112 | CREDITOR ID: 1087-07<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 |
| CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 | CREDITOR ID: 1088-07<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT.<br>2542 WILLIAMS BLVD.<br>KENNER, LA 70062 | CREDITOR ID: 2068-07<br>B&T DEVELOPMENT INC.<br>ATTN: ANGELA C. PIGG<br>4362 ASBURY CHURCH ROAD<br>LINCOLNTON NC 28092 |
| CREDITOR ID: 278411-25<br>B.H.B. HUBBARD III<br>PO BOX 340<br>IRVINGTON VA 22480 | CREDITOR ID: 315896-36<br>BACHRACH, RONALD D<br>C/O QUINE & ASSOCIATES<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 315837-40<br>BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529 |
| CREDITOR ID: 1414-07<br>BAGWELL, HAROLD G.<br>PO BOX 1700<br>GARNER NC 27529 | CREDITOR ID: 278412-24<br>BAILEY & ASSOCIATES<br>C/O LIF REALTY TRUST<br>106 ACCESS ROAD<br>NORWOOD MA 02062-5294 | CREDITOR ID: 1090-07<br>BAINBRIDGE ASSOCIATES<br>PO BOX 983<br>BAINBRIDGE GA 39818-0993 |
| CREDITOR ID: 2070-07<br>BAINBRIDGE ASSOCIATES<br>PO BOX 983<br>BAINBRIDGE, GA 39818-0993 | CREDITOR ID: 2071-07<br>BAKER & BAKER<br>PO BOX 12397<br>COLUMBIA, SC 29211-2397 | CREDITOR ID: 1091-07<br>BAKER & BAKER<br>PO BOX 12397<br>COLUMBIA SC 29211-2397 |
| CREDITOR ID: 2072-07<br>BAKERSMITH CORNERS LLC<br>PO BOX 12397<br>COLUMBIA, SC 29211 | CREDITOR ID: 1092-07<br>BAKERSMITH CORNERS LLC<br>PO BOX 12397<br>COLUMBIA SC 29211 | CREDITOR ID: 1093-07<br>BANC ONE<br>1717 MAIN STREET, 12TH FLOOR<br>DALLAS TX 75201 |
| CREDITOR ID: 1094-07<br>BANK MIDWEST<br>ATTN: JOHN BAXTER<br>1100 MAIN STREET<br>KANSAS CITY, MO 64105 | CREDITOR ID: 278413-24<br>BANK OF AMERICA NA<br>JOHN HOSMER, ESQ<br>CADWALADER, WICKERSHAM & TAFT<br>201 S. COLLEGE STREET<br>SUITE 1510<br>CHARLOTTE NC 28244 | CREDITOR ID: 1194-07<br>BANK OF CHARLESTON SQUARE INC<br>C/O PMG OCEAN ASSOCIATES<br>ATTN STEPHANIE WEYANDT<br>TRAMMEL CROW SERVICES INC<br>1801 N MILITARY TRAIL STE 150<br>BOCA RATON FL 33431 |
| CREDITOR ID: 373797-44<br>BANK OF NEW ENGLAND AND TRUST<br>ATTN: CORPORATE TRUST DEPARTMENT<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06115 | CREDITOR ID: 1096-07<br>BANK OF NEW YORK<br>101 BARCLAY STREET, FLOOR 21 W<br>NEW YORK NY 10286 | CREDITOR ID: 1097-07<br>BANK OF NEW YORK<br>C/O MATT LOUIS ESCROW UNIT<br>101 BARCLAY STREET<br>FLOOR 8W<br>NEW YORK, NY 10286 |
| CREDITOR ID: 1095-07<br>BANK OF NEW YORK<br>MATT LOUIS\ESCROW UNIT\ A\C 411<br>101 BARCLAY STREET, FLOOR 8W<br>NEW YORK NY 10286 | CREDITOR ID: 278414-25<br>BARBAREE G. ROSENBAUM, TRUSTEES<br>LAURA C. KIMBRELL, ET AL<br>CO-TRUSTEES<br>PO BOX 3007<br>MERIDIAN MS 39303 | CREDITOR ID: 315800-40<br>BARD, ERVIN & SUSANNE<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES, CA 90069 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1315-07<br>BARD, ERVIN & SUSANNE<br>1100 ALTA LOMA ROAD, SUITE 16-B<br>LOS ANGELES CA 90069 | CREDITOR ID: 399344-15<br>BARD, ERVIN R & SUSANNE<br>C/O ISRAEL FRIEDBERG & KORBATOV LLP<br>ATTN JAMES A FRIEDBERG ESQ<br>11601 WILSHIRE BLVD SUITE 2200<br>LOS ANGELES CA 90025 | CREDITOR ID: 278415-24<br>BARDSTOWN S.C. LLC<br>3220 OFFICE POINTE PLACE, SUITE 200<br>LOUISVILLE KY 40220 |
| CREDITOR ID: 278617-24<br>BARDSTOWN S.C., LLC<br>NATIONAL CITY BANK OF KENTUCKY<br>101 SOUTH FIFTH STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 1098-RJ<br>BARDSTOWN SC LLC<br>C/O ICON PROPERTIES LLC<br>3220 OFFICE POINTE PLACE<br>LOUISVILLE, KY 40220 | CREDITOR ID: 399361-15<br>BARDSTOWN SC, LLC, SUCCESSOR TO<br>KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 |
| CREDITOR ID: 1099-07<br>BARLIND ENTERPRISES<br>C/O SAM & DOROTHY GLANELL<br>42023 VILLAGE 42<br>CAMARILLO, CA 93010 | CREDITOR ID: 1100-07<br>BARRETT CROSSING SHOPPING CENTER<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075 | CREDITOR ID: 243093-12<br>BARRETT CROSSING SHOPPING CTR LLC<br>ATTN ROBERT C MIMMS<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075 |
| CREDITOR ID: 278416-25<br>BARRON COLLIER PARTNERSHIP<br>2600 GOLDEN GATE PARKWAY<br>PO BOX 413038<br>NAPLES FL 34101-3038 | CREDITOR ID: 1101-07<br>BAUMGARDNER-HOGAN I LLC<br>PO BOX 7606<br>LOUISVILLE KY 40257-7606 | CREDITOR ID: 410443-15<br>BAUMGARDNER-HOGAN LLC<br>C/O HOGAN DEVELOPMENT CO<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 410443-15<br>BAUMGARDNER-HOGAN LLC<br>C/O KAREM & KAREM LAW OFFICES<br>ATTN JOHN W HARRISON, JR, ESQ<br>333 GUTHRIE GREEN, SUITE 312<br>LOUISVILLE KY 40202 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O LAW OFFICE OF OWEN W KATZ<br>ATTN OWEN W KATZ, ESQ<br>TWO GATEWAY CENTER, 15TH FLOOR<br>603 STANWIX STREET<br>PITTSBURGH PA 15222 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222 |
| CREDITOR ID: 399732-15<br>BAY LANDING I, INC<br>ATTN PAUL J MARINELLI, PRESIDENT<br>2600 GOLDEN GATE PARKWAY<br>NAPLES FL 34105 | CREDITOR ID: 315736-40<br>BAYLANDING INC<br>C/O BARRON COLLIER COMMERCIAL<br>2600 GOLDENGATE PKWY, SUITE 200<br>NAPLES, FL 34105 | CREDITOR ID: 1103-RJ<br>BAYLANDING INC.<br>C/O BARRON COLLIER COMMERCIAL<br>2600 GOLDENGATE PKWY., SUITE #200<br>NAPLES FL 34105 |
| CREDITOR ID: 410590-15<br>BAYVIEW FINANCIAL, LP<br>C/O GEBHARDT & SMITH, LLP<br>ATTN KENNETH R RHOAD, ESQ<br>401 E PRATT ST, 9TH FLOOR<br>BALTIMORE MD 21202 | CREDITOR ID: 1104-07<br>BAYVIEW LOAN SERVICING LLC<br>ATTN: PAYMENT PROCESSING DEPT.<br>PO BOX 331409<br>MIAMI, FL 33233-1409 | CREDITOR ID: 397238-68<br>BDM FINANCIAL CORPORATION<br>ATTN: IRVING MILLER<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137-0308 |
| CREDITOR ID: 1105-07<br>BEACHWALK CENTRE II LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 410377-15<br>BEACHWALK CENTRE II, LLC<br>130 SCENIC HWY<br>DESTIN FL 32507 | CREDITOR ID: 410377-15<br>BEACHWALK CENTRE II, LLC<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 |
| CREDITOR ID: 2069-07<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | CREDITOR ID: 1106-07<br>BEDFORD AVENUE REALTY INC<br>C/O DBR ASSETT MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 1107-RJ<br>BEER WELLS REAL ESTATE SERVICE<br>11311 N CENTRAL EXPRESSWAY<br>SUITE 100<br>DALLAS, TX 75243 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 1108-07
BELCO ENTERPRISES
PO BOX 520
STARKE FL 32091-0520

CREDITOR ID: 2075-07
BELCO ENTERPRISES
PO BOX 520
STARKE, FL 32091-0520

CREDITOR ID: 1109-RJ
BELK INVESTMENTS
4508 E. INDEPENCE BOULEVARD
SUITE #207
CHARLOTTE, NC 28205

CREDITOR ID: 1089-RJ
BELK, B. V. JR.
BELK INVESTMENTS, SUITE 207
CHARLOTTE NC 28205

CREDITOR ID: 315734-40
BELK, B.V., JR
BELK INVESTMENTS
SUITE 207
CHARLOTTE, NC 28205

CREDITOR ID: 1110-07
BELLEVIEW SQUARE CORPORATION
C/O TUGGLE DUGGINS & MESCHAN, PA
ATTN PAUL M DENNIS, ESQ.
228 WEST MARKET STREET
PO BOX 2888
GREENSBORO NC 27402-2888

CREDITOR ID: 1110-07
BELLEVIEW SQUARE CORPORATION
C/O T COOPER JAMES & ASSOCIATES
PO BOX 10325
GREENSBORO, NC 27404

CREDITOR ID: 408349-15
BELLOTTO PROPERTIES, LLC
C/O HOLLAND & KNIGHT, LLP
ATTN NOEL R BOEKE, ESQ
PO BOX 1288
TAMPA FL 33601-1288

CREDITOR ID: 1111-07
BELMART INC.
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 2076-RJ
BEN FITZGERALD REAL ESTATE SERVICE
C/O DR. HERBERT SINGER
1300 PINCREST DR. EAST
MARSHALL TX 75670

CREDITOR ID: 278417-24
BEN FITZGERALD REAL ESTATE SERVICES
C/O DR. HERBERT SINGER
1300 PINECREST DRIVE EAST
MARSHALL TX 75672

CREDITOR ID: 410954-15
BENDERSON 85-1 TRUST & RONALD
BENDERSON 1995 TRUST AS T/I/C
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 1113-07
BENDERSON TRUST & WAYNE RUBEN
BRADEN RIVER POST OFFICE
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 315738-40
BENNETT V YORK
C/O YORK DEVELOPMENTS
112 SHEFFIELD LOOP STE D
HATTIESBURG, MS 39402

CREDITOR ID: 382100-50
BENNETTS
4805 LENNOX AVENUE
JACKSONVILLE, FL 32205

CREDITOR ID: 278418-24
BENNETTSVILLE 99-SC LLC
C/O PRINCIPAL
801 GRAND AVENUE
DES MOINES IA 50392-0490

CREDITOR ID: 278618-24
BENNETTSVILLE 99-SC, LLC
FIRST SECURITY BANK NA & V T ORTON
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 2246-07
BENTLEY, FRED D. SR. / MONTICELLO
PO BOX 958
MARIETTA GA 30061-3214

CREDITOR ID: 1116-07
BEP II LIMITED PARTNERSHIP
777 41ST STREET, 4TH FLOOR
MIAMI, FL 33140

CREDITOR ID: 410927-15
BERGERON PROPERTIES & INVTMNT CORP
C/O GARY J ROTELLA & ASSOCIATES, PA
ATTN GARY J ROTELLA, ESQ
NEW RIVER CENTER, STE 1850
200 EAST LAS OLAS BLVD
FT LAUDERDALE FL 33301-2276

CREDITOR ID: 1117-07
BERGERON WD PALMETTO LLC
C/O BERGERON PROPERTIES
19612 SOUTHWEST 69TH PLACE
FORT LAUDERDALE, FL 33332

CREDITOR ID: 2079-07
BETTY HOLLAND U/A-NATIONSBANK N.A.
(SOUTH) AS AGENT C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA GA 30326

CREDITOR ID: 1118-07
BG HIGHLANDS LLC
DEPT# 5920W51407
PO BOX 931670
CLEVELAND, OH 44193

CREDITOR ID: 410912-15
BG HIGHLANDS, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CNSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1119-07
BG TURFWAY LLC
DEPT 591625WO2522
PO BOX 931572
CLEVELAND, OH 44193

CREDITOR ID: 411161-15
BG TURFWAY, LLC
C/O BENDERSON DEVELOPMENT CO., INC.
ATTN SUSAN M HASSINGER, ESQ.
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 410895-15
BG TURFWAY, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD  OH 44122

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 315739-40
BHBS INC
1910 ROSS MILL RD
HENDERSON, NC 27536

CREDITOR ID: 1120-07
BHBS INC.
1910 ROSS MILL ROAD
HENDERSON NC 27536

CREDITOR ID: 2080-07
BHR LLC
PO BOX 847663
DALLAS, TX 75284-7663

CREDITOR ID: 1121-07
BHR LLC
PO BOX 847663
DALLAS TX 75284-7663

CREDITOR ID: 1122-07
BIG PINE SHOPPING CENTER LLC
C/O RUSSO & KAVULICK PL
ATTN REX RUSSO
2655 LEJEUNE ROAD, PH-1D
CORAL CABLES FL 33134

CREDITOR ID: 1122-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY FL 33043

CREDITOR ID: 2081-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY, FL 33043

CREDITOR ID: 2083-07
BIRD SQUARE PLAZA MANAGEMENT
12185 S. DIXIE HIGHWAY
MIAMI, FL 33156

CREDITOR ID: 1124-07
BIRD SQUARE PLAZA MANAGEMENT I
12185 S. DIXIE HIGHWAY
MIAMI FL 33156

CREDITOR ID: 1125-07
BIRMINGHAM REALTY CO.
ATTN: ACCOUNTING DEPT.
27 INVERNESS CENTER PARKWAY
BIRMINGHAM AL 35242-4202

CREDITOR ID: 410800-15
BIRMINGHAM REALTY COMPANY
ATTN WILLIAM MAGRUDER, CPA
27 INVERNESS CTR PARKWAY
BIRMINGHAM AL 35242

CREDITOR ID: 1126-07
BLAINE LAKE LLC
C/O LAMAR ASSET MGMT.
365 SOUTH STREET
MORRISTOWN, NJ 07960

CREDITOR ID: 2084-07
BLANCHARD & CALHOUN
699 BROAD STREET, SUITE 400
AUGUSTA GA 30901

CREDITOR ID: 315742-40
BLANCHARD & CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA, GA 30903-1808

CREDITOR ID: 1127-07
BLANCHARD AND CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA GA 30903-1808

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLCP
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLCP
C/O KAREM & KAREM
ATTN JOHN W HARRISON JR, ESQ
333 GUTHRIE GREEN, SUITE 312
LOUISVILLE KY 40202

CREDITOR ID: 2086-07
BLUE ANGEL CROSSING
C/O REDD REALTY
BUILDING 10, SUITE 101
4200 NORTHSIDE PARKWAY
ATLANTA GA 30327-3054

CREDITOR ID: 315743-40
BLUE ASH STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 1129-07
BOB NEILL & ASSOCIATES
1433 EMERYWOOD DRIVE
CHARLOTTE, NC 28210

CREDITOR ID: 1130-07
BOGALUSA SHOPPING CENTER COMPANY
C/O JW PROPERTIES
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 243720-12
BOGGY CREEK MARKETPLACE INC
C/O GRAYROBINSON, PA
ATTN DONALD A NOHRI, ESQ
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 243720-12
BOGGY CREEK MARKETPLACE INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 1131-07
BONNER'S POINT LLC, STORE 1907
C/O HELMSING, LEACH, HERLONG ET AL
ATTN: JEFFEREY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 1131-07
BONNER'S POINT LLC, STORE 1907
C/O RETAIL MANAGEMENT GROUP
ATTN JULIE BEAL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 2087-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE, NC 28304

CREDITOR ID: 1132-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE NC 28304

CREDITOR ID: 2242-07
BOREN, FRANK D
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 315817-40
BOREN, FRANK D & GAIL F
C/O KEY BANK WA -31-99-0371
95 SECOND STREET
FRIDAY  HARBOR, WA 98250

CREDITOR ID: 1351-07
BOREN, FRANK D. AND GAIL F. BOREN
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 383216-15
BOSQUE RIVER ASSOCIATES
C/O ROBINSON BROG LEINWAND ET AL
ATTN FRED B RINGEL, ESQ
1345 AVENUE OF THE AMERICAS, FL 31
NEW YORK NY 10105-0143

CREDITOR ID: 1133-RJ
BOWDOIN SQUARE LLC
C/O HEAD COMPANIES
PO BOX 230
POINT CLEAR, AL 36564

CREDITOR ID: 278419-25
BOWDOIN SQUARE LLC
C/O HEAD COMPANIES
PO BOX 230
POINT CLEAR AL 36564

CREDITOR ID: 410856-15
BOWDOIN SQUARE, LLC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN F WENDELL ALLEN, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 2089-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 1135-07
BOYNTON LAKES PLAZA
C/O REGECNY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 381945-50
BQI LIMITED
CARROLL'S VILLAGE ROAD
PO BOX N
NASSAU,
BAHAMAS

CREDITOR ID: 2090-07
BRANCH PROPERTIES, LLC
400 COLONY SQUARE, SUITE 1630
ATLANTA GA 30361

CREDITOR ID: 1136-07
BRANDON CENTRE SOUTH
C/O PRESTON OIL COMPANY LP
PO BOX 7520
THE WOODLANDS, TX 77387

CREDITOR ID: 1137-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO FL 32804

CREDITOR ID: 2091-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO, FL 32804

CREDITOR ID: 2092-07
BRANDYWINE REAL ESTATE MGMT SERV
5840 NORTH ORANGE BLOSSOM TRAIL
ORLANDO FL 32810

CREDITOR ID: 1139-07
BRIERWOOD VILLAGE PLAZA
903 UNIVERSITY BLVD NORTH
JACKSONVILLE, FL 32211-5527

CREDITOR ID: 315811-40
BRIGHT, FLETCHER
ATTN PAT JENNINGS
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 1140-07
BRIGHT-MEYERS DUBLIN ASSOC.
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET, SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 315746-40
BRIGHT-MEYERS DUBLIN ASSOCIATES
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 315747-40
BROADMOOR DEVELOPMENT COMPANY
PO BOX 3007
MERIDIAN, MS 39303-3007

CREDITOR ID: 2095-07
BRONZE CENTER, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E. PIEDMONT ROAD, SUITE 300
MARIETTA GA 30066

CREDITOR ID: 1143-07
BROOKHAVEN RETAIL LLC
111 EAST JERICHO TURNPIKE, STE. 200
MINEOLA, NY 11501

CREDITOR ID: 408358-15
BROOKHAVEN RETAIL LLC
C/O STEVEN BARRY FRANKOFF, ESQ
15018 MARLEBONE
HOUSTON TX 77069

CREDITOR ID: 244039-12
BROOKSIDE PROPERTIES, INC
C/O BOULT, CUMMINGS, ET AL
ATTN WILLIAM L NORTON III, ESQ
1600 DIVISION STREET, SUITE 700
PO BOX 340025
NASHVILLE TN 37203

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244039-12<br>BROOKSIDE PROPERTIES, INC<br>ATTN DAVID P CRABTREE<br>2002 RICHARD JONES ROAD, STE 200-A<br>NASHVILLE TN 37215 | CREDITOR ID: 1144-07<br>BROOKWOOD FLAMINGO PARTNERS LP<br>C/O PMAT FLAMINGO, LLC<br>4716 CARTHAGE ST<br>METAIRIE LA 70002 | CREDITOR ID: 1145-07<br>BROOKWOOD LLC<br>C/O STIRLING PROPERTIES<br>DEPT 1149<br>PO BOX 62600<br>NEW ORLEANS, LA 70162-2600 |
| CREDITOR ID: 2096-07<br>BROOKWOOD SHOPPING CENTER<br>C/O STIRLING PROPERTIES, INC<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433 | CREDITOR ID: 2096-07<br>BROOKWOOD SHOPPING CENTER<br>C/O FRANSEN & HARDIN APLC<br>ATTN ALLAIN F HARDIN, ESQ<br>PO BOX 52676<br>NEW ORLEANS LA 70152-2676 | CREDITOR ID: 1146-07<br>BROWN INVESTMENT PROPERTIES<br>PO BOX 930<br>GREENSBORO NC 27402 |
| CREDITOR ID: 244058-12<br>BROWN INVESTMENT PROPERTIES FBO<br>KRUSCH PROPERTIES, LLC<br>ATTN EDWARD B KRUSCH, MGR<br>PO BOX 930<br>GREENSBORO, NC 27402 | CREDITOR ID: 410559-15<br>BROWN INVESTMENT PROPERTIES FBO<br>DANIEL SROKA, PC<br>ATTN DANIEL SROKA, ESQ<br>PO BOX 1658<br>GREENSBORO NC 27402 | CREDITOR ID: 410559-15<br>BROWN INVESTMENT PROPERTIES FBO<br>KRUSCH PROPERTIES, LLC<br>ATTN EDWARD B KRUSCH, MGR<br>PO BOX 1195<br>GREENSBORO NC 27402 |
| CREDITOR ID: 278420-24<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | CREDITOR ID: 2098-07<br>BROWN, NOLTEMEYER COMPANY<br>122 N PETERSON AVENUE<br>LOUISVILLE, KY 40206-2335 | CREDITOR ID: 1147-RJ<br>BROWN, NOLTEMEYER COMPANY<br>122 N PETERSON AVENUE<br>LOUISVILLE KY 40206-2335 |
| CREDITOR ID: 278619-24<br>BROWN, NOLTEMEYER COMPANY<br>AMRESCO CAPITAL LP<br>ATTN: TAMMY HEYMAN<br>235 PEACHTREE STREET<br>SUITE 900<br>ATLANTA GA 30303 | CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 S BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006 |
| CREDITOR ID: 397240-68<br>BUCK, CAROLYN<br>609 SHERIDAN ROAD<br>WINNETKA, IL 60093 | CREDITOR ID: 410950-15<br>BUFFALO-LOL ASSOCIATES, LTD/<br>BUFFALO-WD ASSOCIATES, LTD<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVE<br>BUFFALO NY 14202 | CREDITOR ID: 1149-07<br>BUNDY NEW ORLEANS CO LLC<br>C/O BENENSON CAPITAL PARTNERS LLC<br>ATTN LLOYD D STABINER, CFO<br>708 THIRD AVENUE, 28TH FLOOR<br>NEW YORK, NY 10017 |
| CREDITOR ID: 2099-07<br>BUNKIE INVESTMENT CO LLC<br>3621 RIDGELAKE DRIVE<br>SUITE 203<br>METAIRIE, LA 70002-1739 | CREDITOR ID: 1150-07<br>BUNKIE INVESTMENT CO LLC<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739 | CREDITOR ID: 2100-07<br>BUNKIE INVESTMENT COMPANY, LLC<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002 |
| CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O BRONZE HOLDINGS INC.<br>1853 EAST PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 244238-12<br>BUTLER INVESTMENT I LC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 |
| CREDITOR ID: 244238-12<br>BUTLER INVESTMENT I LC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 278421-24<br>BUTLER INVESTMENTS I LC<br>C/O DERRINE & WHEELER REAL ESTATE<br>CROWN CENTER<br>580 EAST MAIN STREET<br>SUITE 300<br>NORFOLK VA 23510 | CREDITOR ID: 1152-07<br>BW DIX INC<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH, FL 32960 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315748-40<br>BW TREASURE INC<br>C/O DAVID NOVAK<br>849 20TH ST<br>VERO  BEACH, FL 32960 | CREDITOR ID: 1153-07<br>BW TREASURE INC.<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH FL 32960 | CREDITOR ID: 244248-12<br>BW TREASURE, INC<br>C/O DAVID NOVAK, TREAS<br>849 20TH STREET<br>VERO BEACH, FL 32960 |
| CREDITOR ID: 1154-07<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM, AL 35253-0310 | CREDITOR ID: 2101-07<br>BY-PASS PARTNERSHIP<br>PO BOX 1075<br>HAMMOND LA 70404-1075 | CREDITOR ID: 2103-07<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 1155-07<br>C&A LTD, LC<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 278422-24<br>C&J PROPERTY MANAGEMENT INC.<br>2464 E. MICHIGAN STREET<br>ORLANDO FL 32806 | CREDITOR ID: 2104-07<br>C. BRANTLEY TILLMAN<br>C/O COMMERCIAL PROPERTIES,INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 |
| CREDITOR ID: 410924-15<br>C/WD OF JAX, INC<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX VA 22030 | CREDITOR ID: 1157-07<br>CA NEW FIXED RATE PARTNERSHIP<br>PO BOX 848409<br>DALLAS, TX 75284-8409 | CREDITOR ID: 2105-07<br>CA NEW PLAN FIXED RATE PARTNERSHIP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 |
| CREDITOR ID: 2106-07<br>CA NEW PLAN VENTURE FUND LLC<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 1158-07<br>CA NEW PLAN VENTURE FUND LOUIS<br>PO BOX 404959<br>ATLANTA GA 30384-8407 | CREDITOR ID: 315750-40<br>CA NEW PLAN VENTURE FUND LOUIS<br>PO BOX 848407<br>LEASE# 1514003<br>DALLAS, TX 75284-8407 |
| CREDITOR ID: 2107-07<br>CA NEW PLAN VICTORIA, LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 1159-07<br>CADILLAC PARTNERSHIP<br>C/O AUGUST URBANEK PARTNER<br>SUITE 209 A<br>4800 N FEDERAL HIGHWAY<br>BOCA RATON, FL 33431 | CREDITOR ID: 278423-24<br>CAFFERY CENTER LLC<br>GREGORY F. REGGIE<br>1 NORTHVIEW LANE<br>CORWLEY, LA 70526 |
| CREDITOR ID: 1160-RJ<br>CAFFERY CENTER LLC<br>1 NORTHVIEW LANE<br>CROWLEY LA 70526 | CREDITOR ID: 278620-24<br>CAFFERY CENTER, LLC<br>IBERIA SAVINGS BANK<br>1101 E. ADMIRAL DOYAL DRIVE<br>NEW IBERIA LA 70560 | CREDITOR ID: 410699-15<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN LEVINE<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVENUE OF THE AMERICAS 18TH FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 278424-24<br>CAIL REALTY<br>ATTN: M. CAIL<br>106 ACCESS ROAD<br>NORWOOD MA 02062-5294 | CREDITOR ID: 315751-40<br>CAIN CREEK SHOPPING CENTER ASS<br>201 PATTON STREET<br>DANVILLE, VA 24541 | CREDITOR ID: 374047-15<br>CAIN CREEK SHOPPING CENTER, INC<br>C/O CLEMENT & WHEATLEY<br>ATTN TREVOR A MOE, ESQ<br>549 MAIN STREET<br>PO BOX 8200<br>DANVILLE VA 24543-8200 |
| CREDITOR ID: 374047-15<br>CAIN CREEK SHOPPING CENTER, INC<br>ATTN GEORGE BUCKMAN, JR, GP<br>400 BRIDGE STREET<br>DANVILLE, VA 24541 | CREDITOR ID: 2109-07<br>CAIRO SUN PROPERTIES, LTD.<br>PO BOX 178<br>COLUMBUS GA 31902 | CREDITOR ID: 1161-07<br>CALDWELL REALTY & INVESTMENT<br>C/O CAROL GRAGG<br>PO BOX 740<br>LENOIR, NC 28645 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2110-07<br>CALDWELL REALTY AND INVESTMENT CO<br>ATTN: CAROL GRAGG<br>PO BOX 740<br>LENOIR NC 28645 | CREDITOR ID: 1162-07<br>CALIFORNIA CLUB MALL<br>C/O RK ASSOCIATES<br>17100 COLLINS AVENUE, SUITE 225<br>SUNNY ISLE BEACH, FL 33160-0111 | CREDITOR ID: 410969-15<br>CALIFORNIA CLUB MALL SHOPPING<br>CENTER, LTD<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 1163-07<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD, SUITE 20<br>TALLAHASSEE, FL 32303-3027 | CREDITOR ID: 315752-40<br>CAMELOT WINN DIXIE LEASEHOLD<br>C/O CAMELOT SHOPPING CENTER<br>7293 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 1164-07<br>CAMERON EDENTON CO<br>PO BOX 31827<br>RALEIGH NC 27622-1827 |
| CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>C/O CRANFILL SUMNER & HARTZOG<br>ATTN RICHARD T BOYETTE, ESQ.<br>PO BOX 27808<br>RALEIGH NC 27611-7808 | CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 | CREDITOR ID: 1165-07<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH NC 27622-1827 |
| CREDITOR ID: 2112-07<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 | CREDITOR ID: 1166-07<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 | CREDITOR ID: 278425-24<br>CANE RIVER ASSOCIATE<br>C/O PROPERTY ONE INC.<br>ONE LAKESHORE DRIVE<br>SUITE 560<br>LAKE CHARLES LA 70629 |
| CREDITOR ID: 278621-25<br>CANE RIVER ASSOCIATE<br>PROTECTIVE LIFE INSURANCE COMPANY<br>ATTN: INVESTMENT DEPARTMENT<br>PO BOX 2606<br>BIRMINGHAM AL 35202 | CREDITOR ID: 1167-RJ<br>CANE RIVER SHOPPING CENTER<br>C/O PROPERTY ONE INC.<br>2014 W. PINHOOK ROAD, SUITE 705<br>LAFAYETTE LA 70508-8505 | CREDITOR ID: 315753-40<br>CANE RIVER SHOPPING CENTER<br>C/O PROPERTY ONE INC<br>2014 W PINHOOK ROAD<br>SUITE 705<br>LAFAYETTE, LA 70508-8505 |
| CREDITOR ID: 2113-07<br>CANTONMENT PARTNERS, LTD<br>ATTN: SARAH JORDON<br>PO BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 410882-15<br>CANTONMENT PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 278426-25<br>CAP MARK SERVICES INC.<br>PO BOX 404124<br>ATLANTA GA 30384-8356 |
| CREDITOR ID: 1168-RJ<br>CAPCO 1998 D-7 ARLINGTON CENTER<br>C/O GRAHAM & COMPANY OF HUNTSVILLE<br>200 WESTSIDE SQUARE, SUITE 800<br>HUNTSVILLE AL 35801 | CREDITOR ID: 278427-24<br>CAPCO 1998-D7 ARLINGTON CENTER LLC<br>C/O GRAHAM & CO OF HUNTSVILLE LLC<br>200 WESTSIDE SQUARE<br>SUITE 800<br>HUNTSVILLE AL 35801 | CREDITOR ID: 1169-07<br>CAPITAL ADVISORS INC<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 2114-07<br>CAPITAL DEVELOPMENT COMPANY<br>PO BOX 3487<br>LACEY, WA 98509-3487 | CREDITOR ID: 1170-07<br>CAPITAL DEVELOPMENT COMPANY<br>PO BOX 3487<br>LACEY WA 98509-3487 | CREDITOR ID: 278428-24<br>CAPITAL PLAZA SHOPPING CENTER<br>31850 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS MI 48334 |
| CREDITOR ID: 1171-07<br>CAPITAL PROPERTIES ASSOCIATES<br>PO BOX 2169<br>TUSCALOOSA AL 35403 | CREDITOR ID: 244473-12<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 278549-24<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>C/O WILLIAMS MULLEN HOFHEIMER ET AL<br>ATTN DAVID A GREER ESQ<br>PO BOX 3460<br>NORFOLK VA 23514-3460 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 278549-24
CAPLAN, R J & FLEDER, E, TRUSTEES
LITTLE CREEK SQUARE SHOPPING CENTER
500 MAIN PLAZA EAST
1324 CRESTAR BANK BUILDING
NORFOLK VA 23510

CREDITOR ID: 315755-40
CAPMARK SERVICES L P
ATTN: TEAM B LN#400035236 STORE
245 PEACHTREE CTR AVE N E STE
ATLANTA GA 30303

CREDITOR ID: 1172-RJ
CAPMARK SERVICES LP
ATTN: TEAM B LN# 40-0035248
245 PEACHTREE CTR. AVE. NE, SUITE 1
ATLANTA GA 30303

CREDITOR ID: 1173-RJ
CAPMARK SERVICES LP
PO BOX 404124
ATLANTA, GA 30384-8356

CREDITOR ID: 2116-RJ
CAPMARK SERVICES LP
245 PEACHTREE CENTER AVENUE
SUITE 1800
ATLANTA, GA 30303

CREDITOR ID: 410916-15
CAPMARK SERVICES, INC, AGENT
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

CREDITOR ID: 410393-15
CAPSTONE ADVISORS
CARRINGTON DEVELOPMENT ASSOCIATES
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 1174-07
CARDINAL ENTITIES COMPANY LLC
C/O MATTITUCK SHOPPING CT
PO BOX 77
MATTITUCK, NY 11952

CREDITOR ID: 399295-15
CARNEGIE COMPANIES, INC
C/O JAVITCH BLOCK & RATHBONE LLC
ATTN MARC A MELAMED, ESQ
1300 EAST 9TH STREET, 14TH FLOOR
CLEVELAND OH 44114

CREDITOR ID: 1176-07
CAROLINA ENTERPRISES INC
PO BOX 13559
FLORENCE SC 29504-3559

CREDITOR ID: 410454-15
CAROLINA ENTERPRISES, INC
ATTN JAMES T SCHOFIELD, PRESIDENT
PO BOX 13559
FLORENCE SC 29504

CREDITOR ID: 244681-12
CARR FARMS
ATTN C H CARR AND BARRY D CARR
3199 PALMYRA ROAD
ALBANY GA 31707

CREDITOR ID: 316026-41
CARRINGTON, FRANCIS
ATTN RICHARD DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 315816-40
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 1350-07
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA CA 95502

CREDITOR ID: 315758-40
CARROLL & CARROLL REAL ESTATE
PO BOX 4668
JACKSON, MS 39216

CREDITOR ID: 1247-07
CASE, DANIEL H. AND CAROL H. CASE
2040 AHUALANI PLACE
HONOLULU HI 96822

CREDITOR ID: 2119-07
CASS REALTY GROUP, INC.
PO BOX 1260
RIDGELAND MS 39158

CREDITOR ID: 1177-RJ
CASSELSQUARE LLC
C/O SOUTHERN MANAGEMENT & DEV
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 1178-07
CASTO INVESTMENTS CO LTD
C/O VMC REALTY
PO BOX 24627
FORT LAUDERDALE, FL 33307

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
OF HELENE FUNK & PETER W MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E. ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
OF H FUNK & P MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E. ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
H FUNK & PW MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER
ONE INDIANA SQUARE, STE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E. ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 2120-07
CATHI GALPIN, PROPERTY MANGER
EDENS & AVANT SOUTHEAST L.P
1400 E. SHOTWELL STEET
BAINBRIDGE GA 39819

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

CREDITOR ID: 316153-40
CAYCE MARKETPLACE LP
C/O FRASTELL PROPERTY MGMT REN
130 BLOOR STREET W
TORONTO, ON
CANADA

CREDITOR ID: 1179-RJ
CAYCE MARKETPLACE LP
C/O FRASTELL PROPERTY MGMT REN
130 BLOOR STREET W
TORONTO ON
CANADA

CREDITOR ID: 2121-RJ
CAYCE MARKETPLACE PARTNERS LP
130 BLOOR STREET W, SUITE 1200
TORONTO ON M5SIN5
CANADA

CREDITOR ID: 278622-24
CAYCE MARKETPLACE PARTNERS, LP
NATIONSBANK NA
210 WEST 10TH STREET
6TH FLOOR
KANSAS CITY MO 64105

CREDITOR ID: 2122-07
CB RICHARD ELLIS
201 E. KENNEDY BLVD., SUITE 1121
TAMPA FL 33602-5172

CREDITOR ID: 2102-07
CC ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

CREDITOR ID: 1156-07
CC ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO IL 60686-0072

CREDITOR ID: 1180-07
CC REALTY INTERMEDIATE FUND
THREE RIVERWAY
SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 244803-12
CC REALTY INTERMEDIATE FUND I, LTD
C/O CC MANAGEMENT LTD
ATTN GEORGE C DEREESE, CFO
THREE RIVERWAY, SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 2123-RJ
CCP EMPLOYEE PROFIT SHARING PLAN
C/O CARDINAL CAPITAL PARTNERS
8214 WESCHESTER DRIVE, 9TH FLOOR
DALLAS TX 75225

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 278430-24
CCP EMPLOYEE PROFIT SHRNG PLAN&TRST
C/O CARDINAL CAPITAL PARTNERS INC.
8214 WESTCHESTER DRIVE
9TH FLOOR
DALLAS TX 75225

CREDITOR ID: 1181-RJ
CDC PAYING AGENT LLC
CHURCH STREET STATION
PO BOX 26180
NEW YORK, NY 10249

CREDITOR ID: 1182-07
CEDAR CREEK CROSSING ASSOCIATE
C/O PERRIE WHEELER REAL ESTATE
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 244838-12
CEDAR HILLS CONSOLIDATED, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 244838-12
CEDAR HILLS CONSOLIDATED, LLC
C/O VICTORY COMMERCIAL REAL ESTATE
506 45TH STREET, SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 1183-07
CEDAR MOUNTAIN VILLAGE
ATTN ROBERT C MIMMS
85-A MILL STREET
SUITE 100
ROSWELL, GA 30075-5487

CREDITOR ID: 2124-07
CEDAR SPRINGS CENTER ASSOCIATES
ATTN D BENJAMIN GRAVES, ESQ
PO BOX 3524
SPARTANBURG, SC 29304-3524

CREDITOR ID: 1184-07
CEDAR SPRINGS CTR ASSOCS
PO BOX 3524
SPARTANBURG SC 29304-3524

CREDITOR ID: 315760-40
CENTER AMERICA CAPITAL PARTNER
PO BOX 297731
HOUSTON, TX 77297

CREDITOR ID: 1185-07
CENTRAL PROGRESSIVE BANK
ATTN: JAMES J. VENEZIA, EXEC VP
29092 KRENTEL ROAD
LACOMBE, LA 70445

CREDITOR ID: 1186-RJ
CENTRAL TEXAS SHOPPING
CENTER GROUP LTD
1277 CALDER AVENUE
BEAUMONT, TX 77701

CREDITOR ID: 278623-24
CENTRAL TEXAS SHOPPING CNTR GRP LTD
REMSEN PARTNERS LTD
757 THIRD AVENUE
26TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 278431-24
CENTRAL TEXAS SHOPPING CNTR GRP LTD
C/O HHP COMPANY LLC
ATTN MICHAEL OR PATRICK H PHELAN
6310 LEMMON AVENUE, SUITE 202
BEAUMONT TX 75209

CREDITOR ID: 406141-15
CENTRE STAGE LIMITED PARTNERSHIP
C/O BREGMAN BERBERT ET AL
ATTN LAURENCE H BERBERT, ESQ
7315 WINSCONSIN AVE, SUITE 800 WEST
BETHESDA MD 20814

CREDITOR ID: 1187-07
CENTREX PROPERTIES INC
PO BOX 10369
GOLDSBORO NC 27532

CREDITOR ID: 2125-07
CENTREX PROPERTIES INC
PO BOX 10369
GOLDSBORO, NC 27532

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1188-07
CENTURY MANAGEMENT AND DEVELOPMENT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM AL 35242

CREDITOR ID: 315761-40
CENTURY MANAGEMENT AND DEVELOPMENT
27 INVERNESS CTR PKWY
BIRMINGHAM, AL 35242

CREDITOR ID: 2126-07
CFG LIMITED
8705 PERIMETER PARK BLVD.
JACKSONVILLE FL 32216

CREDITOR ID: 1189-07
CFG LIMITED
8711 PERIMETER PARK BLVD, SUITE 11
JACKSONVILLE, FL 32216-6353

CREDITOR ID: 2127-07
CHAMBERS SQUARE LLC
PO BOX 3040
DULUTH, GA 30096

CREDITOR ID: 1190-07
CHAMBERS SQUARE LLC
PO BOX 3040
DULUTH GA 30096

CREDITOR ID: 1191-07
CHAPEL TRAIL ASSOCIATES LTD
21011 JOHNSON STREET, SUITE 101
PEMBROKE PINES, FL 33029

CREDITOR ID: 407775-99
CHAPIN DEVELOPMENT CO
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1192-07
CHAPIN DEVELOPMENT CO.
C/O EDENS & AVANT INC.
PO BOX 528
COLUMBIA SC 29202-0528

CREDITOR ID: 315762-40
CHAPIN DEVELOPMENT COMPANY
C/O EDENS & AVANT INC
PO BOX 528
COLUMBIA, SC 29202-0528

CREDITOR ID: 1196-07
CHARLOTTE CITY VIEW LP DBA
CITY VIEW LLC
ATTN KATHKEEN HULL, CONTROLLER
PO BOX 78145
CHARLOTTE, NC 28271

CREDITOR ID: 1196-07
CHARLOTTE CITY VIEW LP DBA
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN JULIO E MENDOZA JR, ESQ
PO DRAWER 2426
COLUMBIA SC 29202

CREDITOR ID: 278432-24
CHEMICAL BANK
380 MADISON AVENUE
11TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 2130-07
CHESTER DIX ALEXANDRIA CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2130-07
CHESTER DIX ALEXANDRIA CORP
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 2131-07
CHESTER DIX CRAWFORDVILLE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2131-07
CHESTER DIX CRAWFORDVILLE CORP
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 2132-07
CHESTER DIX CRESCENT CORPORATION
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 2132-07
CHESTER DIX CRESCENT CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2133-07
CHESTER DIX FLORENCE CORP
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 2133-07
CHESTER DIX FLORENCE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2134-07
CHESTER DIX FORT CORPORATION
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 2134-07
CHESTER DIX FORT CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 408401-15
CHESTER DIX HURST CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 408401-15
CHESTER DIX HURST CORPORATION
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 278433-25
CHESTER DIX JEFFERSON CORP.
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 278624-25
CHESTER DIX JEFFERSON CORP.
STAR BANK
NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
PO BOX 1038
CINCINNATI OH 45201

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278625-24<br>CHESTER DIX JEFFERSON CORP.<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 2135-RJ<br>CHESTER DIX JEFFERSONTOWN CORP.<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2135-RJ<br>CHESTER DIX JEFFERSONTOWN CORP.<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 408400-15<br>CHESTER DIX LAKE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 408400-15<br>CHESTER DIX LAKE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 1195-07<br>CHK & ASSOCIATES, LLC<br>C/O KBI PROPERTY MANAGEMENT, INC<br>ATTN AL-TARIQ W ROBINSON, ESQ<br>5725 BUFORD HWY, SUITE 214<br>DORAVILLE, GA 30340 | CREDITOR ID: 1029-07<br>CIRIGNANO, ALBERT J SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | CREDITOR ID: 315723-40<br>CIRIGNANO, ALBERT J.  SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE, NY 11709 |
| CREDITOR ID: 2141-07<br>CITY VIEW, LLC<br>PO BOX 78725<br>CHARLOTTE NC 28271-7040 | CREDITOR ID: 1197-07<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 2142-07<br>CIVIC CENTER STATION, LTD.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 2143-07<br>CLARA BOLDOG, AMERICANA EAST INVES<br>C/O DEBOER INTERNATIONAL INC.<br>3705 TAMPA ROAD, UNIT 1-A<br>OLDSMAR FL 34677 | CREDITOR ID: 315757-40<br>CLARK, CARL F.<br>300 RIVERSIDE DR<br>GREENWOOD, MS 38930 | CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 |
| CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1198-07<br>CLAYTON CROSSINGS LLC<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 1199-07<br>CLEARLAKE SQUARE<br>C/O TRYCON INC<br>951 MARKET PROMENADE<br>LAKE MARY, FL 32746 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1200-07<br>CLEVELAND MARKETPLACE LTD<br>C/O LAT PURSER & ASSOC<br>6320-7 ST AUGUSTINE ROAD<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 | CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>PO BOX 1806<br>GREENVILLE SC 29602 |
| CREDITOR ID: 1201-07<br>CLIFFDALE CORNER INC<br>PO BOX 53646<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 411074-15<br>CLIFFDALE CORNER, INC T/A CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 2144-07<br>CLIFFDALE CORNER,INC<br>C/O RIDDLE COMMERCIAL PROPERTIES<br>238 NORTH MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 |
| CREDITOR ID: 2145-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALY COMPANIES LTD<br>1733 W FLETCHER AVENUE<br>TAMPA, FL 33612 | CREDITOR ID: 1202-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>ATTN: ACCOUNTING DEPT.<br>1733 WEST FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 1203-07<br>CMC REAL ESTATE PROGRAM<br>1988 1 LTD 111<br>PO BOX 3506<br>ANN ARBOR, MI 48106-3506 |
| CREDITOR ID: 2146-07<br>CMC REAL ESTATE PROGRAM 1988-1, LT<br>PO BOX 8649<br>ANN ARBOR MI 48106-8649 | CREDITOR ID: 2147-07<br>COBB INVESTMENT CO.<br>PO BOX 131209<br>BIRMINGHAM AL 35213 | CREDITOR ID: 2148-RJ<br>COLLETT MANAGEMENT LLC<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 |
| CREDITOR ID: 2149-07<br>COLLETT MANAGEMENT,LLC<br>PO BOX 36799<br>CHARLOTTE NC 28236-6799 | CREDITOR ID: 1205-07<br>COLLINS & AIKMAN<br>PO BOX 580<br>ALBEMARLE NC 28001 | CREDITOR ID: 2150-07<br>COLLINS & AIKMAN<br>PO BOX 580<br>ALBEMARLE, NC 28001 |
| CREDITOR ID: 1206-07<br>COLLINS POINTE SHOPPING CENTER<br>C/O CNM ASSOC.<br>950 E. PACES ROAD<br>SUITE 900<br>ATLANTA, GA 30326 | CREDITOR ID: 278435-24<br>COLONIAL BANK NA<br>15150 PRESTON ROAD<br>DALLAS, TX 75248 | CREDITOR ID: 315763-40<br>COLONIAL DEVELOPMENT CO LLC<br>PO BOX 9005<br>MORGANTON, NC 28680-9005 |
| CREDITOR ID: 1207-07<br>COLONIAL DEVELOPMENT CO. LLC<br>PO BOX 9005<br>MORGANTON NC 28680-9005 | CREDITOR ID: 2152-07<br>COLONIAL PROPERTIES RETAIL DIVISION<br>950 MARKET PROMENADE AVE, STE. 2200<br>LAKE MARY FL 32746 | CREDITOR ID: 2153-07<br>COLONIAL PROPERTIES RETAIL DIVISION<br>950 MARKET PROMENADE AVE, STE. 2200<br>LAKE MARY FL 32746 |
| CREDITOR ID: 1208-RJ<br>COLONIAL PROPERTIES SERVICES<br>ATTN CASHIER<br>ACCT NO 2063-63001<br>PO BOX 11687<br>BIRMINGHAM, AL 35202-1687 | CREDITOR ID: 1209-07<br>COLONIAL PROPERTIES TRUST<br>PO BOX 55966 - DEPT. 301501<br>BIRMINGHAM, AL 35255-5966 | CREDITOR ID: 407769-15<br>COLONIAL REALTY LP<br>C/O FOSTER, LINDEMAN & KLINKBEIL,PA<br>ATTN W LINDEMAN/T FOSTER, ESQS<br>PO BOX 3108<br>ORLANDO FL 32802 |
| CREDITOR ID: 1210-07<br>COLUMBIA MARKETPLACE LLC<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 | CREDITOR ID: 1210-07<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, DIR OF PROP MGMT<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 1211-RJ<br>COLUMBUS LIFE INSURANCE CO.<br>ATTN: MORTGAGE LOAN DEPT.<br>400 BROADWAY<br>CINCINNATI OH 45202 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315764-40<br>COLUMBUS LIFE INSURANCE COMPANY<br>ATTN: MORTGAGE LOAN DEPT<br>400 BROADWAY<br>CINCINNATI, OH 45202 | CREDITOR ID: 408212-15<br>COMERICA BANK<br>C/O WINSTEAD, SECHREST & MINICK, PC<br>ATTN J M TUCKER OR J MYERS, ESQS<br>1201 ELM STREET, SUITE 5400<br>DALLAS TX 75270-2199 | CREDITOR ID: 410972-15<br>COMERICA LEASING<br>C/O MILLER CANFIELD PADDOCK ET AL<br>ATTN JONATHAN S GREEN, ESQ<br>150 WEST JEFFERSON, STE 2500<br>DETROIT MI 48226 |
| CREDITOR ID: 315765-40<br>COMKE INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 | CREDITOR ID: 1212-07<br>COMKE INC.<br>C/O DACAR MGMT LLC<br>336 E. DANIA BEACH BLVD.<br>DANIA FL 33004 | CREDITOR ID: 2154-07<br>COMMERCIAL LEASING ONE<br>C/O PEARL VASCONCELLOS<br>PO BOX 622<br>STOUGHTON MA 02072 |
| CREDITOR ID: 1213-07<br>COMMERCIAL LEASING ONE<br>C/O P. VASCONCELLOS<br>PO BOX 622<br>STOUGHTON MA 02072 | CREDITOR ID: 1214-07<br>COMMERCIAL LEASING TWO<br>C/O MIDLAND LOAN SERVICES INC<br>LOAN #3021<br>PNC LOCK BOX 771223<br>CHICAGO, IL 60677-1002 | CREDITOR ID: 2156-07<br>COMMERCIAL MANAGEMENT ASSOC.<br>SUITE 163<br>6220 S. ORANGE BLOSSOM TRAIL<br>ORLANDO FL 32809 |
| CREDITOR ID: 315766-40<br>COMMERCIAL NET LEASE REALTY INC<br>ATTN HELEN COLLINS<br>PO BOX 992<br>ORLANDO, FL 32802-0992 | CREDITOR ID: 1215-07<br>COMMERCIAL NET LEASE REALTY INC.<br>ATTN: HELEN COLLINS<br>PO BOX 992<br>ORLANDO FL 32802-0992 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 23802 |
| CREDITOR ID: 2158-07<br>COMMERCIAL NET LEASE REALTY, INC.<br>450 S. ORANGE AVENUE, SUITE 900<br>ORLANDO FL 32803 | CREDITOR ID: 2157-07<br>COMMERCIAL NET LEASE REALTY, INC.<br>450 S. ORANGE AVENUE, SUITE 900<br>ORLANDO FL 32801 | CREDITOR ID: 315767-40<br>COMMODORE REALTY INC<br>30 WEST MASHTA DRIVE, SUITE 400<br>KEY BISCAYNE, FL 33149 |
| CREDITOR ID: 1216-07<br>COMMODORE REALTY INC.<br>30 WEST MASHTA DRIVE, SUITE 400<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 315910-40<br>COMMONS AT CLIFF CREEK LTD, THE<br>ABRAXUS REAL ESTATE INC<br>6611 HILLCREST AVE #532<br>DALLAS, TX 75205-1301 | CREDITOR ID: 410897-15<br>COMMUNITY CENTERS ONE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ASST GEN CSL<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 278436-25<br>COMPASS BANK<br>ATTN: COMMERCIAL REAL ESTATE DEPT<br>PO BOX 295<br>MONTGOMERY AL 36101 | CREDITOR ID: 1217-07<br>CONCIRE CENTERS INC.<br>411 COMMERCIAL COURT, STE. E<br>VENICE FL 34292 | CREDITOR ID: 246843-12<br>CONCORD ADVANTAGE II LP<br>C/O MILESTONE PROPERTIES INC<br>ATTN JOSEPH OTTO, VP<br>200 CONGRESS PARK DRIVE, SUITE 205<br>DELRAY BEACH FL 33445 |
| CREDITOR ID: 1218-07<br>CONCORD ADVANTAGE II LP<br>C/O FIRST UNION NATL BANK<br>PO BOX 861035<br>ORLANDO, FL 32886 | CREDITOR ID: 403201-99<br>CONCORD-FUND IV RETAIL LP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKONVILLE FL 32207 | CREDITOR ID: 315769-40<br>CONSECO MORTGAGE CAPITAL INC<br>DEPT #164101  LN#01586010<br>PO BOX 67000<br>DETROIT, MI 48267-1641 |
| CREDITOR ID: 1219-07<br>CONSECO MORTGAGE CAPITAL INC.<br>DEPT #164101  LN#01586010<br>PO BOX 67000<br>DETROIT MI 48267-1641 | CREDITOR ID: 1220-07<br>CONSTELLATION APARTMENTS<br>15 W. COLLEGE DRIVE<br>ARLINGTON HEIGHTS IL 60004 | CREDITOR ID: 2160-07<br>CONSTELLATION APARTMENTS<br>15 W COLLEGE DRIVE<br>ARLINGTON HEIGHTS, IL 60004 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 410851-15
COOPER, MILTON
C/O MORGAN LEWIS & BOCKIUS, LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS, FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411010-15
CORDOVA COLLECTION LP C/O ARONOV
REALTY MGMT T/A CORDOVA COLLECTION
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2161-07
CORDOVA COLLECTION, LTD
PO BOX 235000
MONTGOMERY AL 36123-5000

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOC 9, LP
C/O WILLKIE FARR & GALLAGHER
ATTN: ALAN J LIPKIN, ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOC 9, LP
C/O W P CAREY & CO, LLC
ATTN THOMAS LEWIS
50 ROCKEFELLER PLAZA
NEW YORK NY 10020

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC STORE 464
CO RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEALL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC STORE 464
C/O HELMSING, LEACH, HERLONG ET AL
ATTN: JEFFEREY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 2048-07
COURTELIS, ALEC & SMITH, DONALD JR
DBA BROWARD ASSOC
703 WATERFORD WAY STE 800
MIAMI FL 33126-4677

CREDITOR ID: 1225-07
CPG FINANCE I LLC
PO BOX 414092
BOSTON, MA 02241-4092

CREDITOR ID: 2165-07
CPG FINANCE I, LLC
% CGP PARTNERS, LP
103 EISENHOWER PARKWAY
ROSELAND NJ 07068

CREDITOR ID: 1226-RJ
CPM ASSOCIATES LP
537 MARKET STREET, SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 278437-24
CPM ASSOCIATES, LP
C/O FLETCHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 278626-24
CPM ASSOCIATES, LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

CREDITOR ID: 2166-07
CRAWFORD NORWOOD REALTORS INC
PO BOX 10767
GOLDSBORO, NC 27532-0767

CREDITOR ID: 1227-07
CRAWFORD NORWOOD REALTORS INC
PO BOX 10767
GOLDSBORO NC 27532-0767

CREDITOR ID: 1228-RJ
CRENSHAW-SINGLETON PROPERTIES
1011 EAST MAIN STREET, SUITE 206
RICHMOND VA 23219

CREDITOR ID: 2167-RJ
CRENSHAW-SINGLETON PROPERTIES
1011 EAST MAIN STREET, SUITE 206
RICHMOND, VA 23219

CREDITOR ID: 2167-RJ
CRENSHAW-SINGLETON PROPERTIES
SPOTTS FAIN
ATTN JENNIFER J WEST, ESQ
PO BOX 1555
RICHMOND VA 23218

CREDITOR ID: 410845-15
CRESCENT CENTER ASSOCIATES, LLC
C/O HINSON & RHYNE, PA
ATTN WALTER L HINSON, ESQ.
2401-G WOOTEN BLVD
PO BOX 7479
WILSON NC 27895-7479

CREDITOR ID: 399723-15
CRESCENT CENTER ASSOCIATES, LLC
ATTN DAVID KIRK
556-M ARBOR HILL ROAD
KERNERSVILLE NC 27284

CREDITOR ID: 410845-15
CRESCENT CENTER ASSOCIATES, LLC
1912 EASTCHESTER DRIVE, SUITE 204
HIGH POINT NC 27265

CREDITOR ID: 315770-40
CRESCENT INVESTMENT CORPORATION
C/O PIEDMONT LAND CO
556-M ARBOR HILL ROAD
KERNERSVILLE, NC 27284

CREDITOR ID: 1230-07
CREST HAVEN LLC
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD, SUITE 600
MIAMI, FL 33140-2764

CREDITOR ID: 1231-07
CRESTVIEW MARKETPLACE LLC
PO BOX 1260
RIDGELAND MS 39158

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

CREDITOR ID: 410378-15
CRESTVIEW, LLC
C/O EMMANUEL, SHEPPARD & CONDON
ATTN SALLY BUSSELL FOX, ESQ
30 S SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 410378-15
CRESTVIEW, LLC
NORTH FERDON BLVD & HWY 85 NORTH
CRESTVIEW FL 32536

CREDITOR ID: 1232-07
CROSS COUNTY ASSOCIATES LP
DEPT 2315
LOS ANGELES CA 90084-2315

CREDITOR ID: 2169-07
CROSS COUNTY ASSOCIATES LP
DEPT 2315
LOS ANGELES, CA 90084-2315

CREDITOR ID: 2170-07
CROSS CREEK PLAZA
C/O USPG MANAGEMENT, LLC
10 WEST BROAD STREET, SUITE 16
COLUMBUS OH 43215

CREDITOR ID: 315771-40
CROSSING JOINT VENTURE
C/O ACROSS ASSET MNGMT INC.
5644 WESTHEIMER ROAD
SUITE 405
HOUSTON, TX 77056-4002

CREDITOR ID: 1233-07
CROSSING OF ORLANDO LTD
C/O COURTELIS CO
703 WATERFORD WAY
MIAMI, FL 33126-4677

CREDITOR ID: 407681-15
CROSSINGS OF ORLANDO, LTD
C/O COURTELIS COMPANY
ATTN V STOSIK/W D PITTS, PRES
703 WATERFORD WAY, SUITE 800
MIAMI FL 33126

CREDITOR ID: 407681-15
CROSSINGS OF ORLANDO, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 408206-15
CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 247230-12
CROWDER FAMILY JOINT VENTURE
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
111 E CAPITOL STREET, SUITE 600
PO BOX 23066
JACKSON MS 39225-3066

CREDITOR ID: 247230-12
CROWDER FAMILY JOINT VENTURE
C/O KATHY CROWDER KIRCHMAYER, GP
3638 CAVALIER DRIVE
JACKSON, MS 39216-3501

CREDITOR ID: 1234-07
CROWDER FAMILY JOINT VENTURE
C/O KATHY CROWDER KIRCHMAYER, GP
3638 CAVALIER DRIVE
JACKSON, MS 39216-3501

CREDITOR ID: 1235-07
CROWN LIQUORS BROWARD INC
ATTN RAY BROOKS
910 NW 10TH PLACE
FORT LAUDERDALE, FL 33311-6132

CREDITOR ID: 247252-12
CRT PROPERTIES INC
PO BOX 538266
ATLANTA, GA 30353-8266

CREDITOR ID: 247252-12
CRT PROPERTIES INC
C/O SHUTTS & BOWEN LLP
ATTN: JOEY E SCHLOSBERG, ESQ
201 SOUTH BISCAYNE BLVD STE 1500
MIAMI FL 33131

CREDITOR ID: 2171-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER, AL 35501

CREDITOR ID: 1236-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER AL 35501

CREDITOR ID: 1237-07
CRYSTAL BEACH ACQUISTION LP
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 1238-07
CRYSTAL LAKE AT ORLANDO
C/O REALVEST PARTNERS INC.
2200 LUCIEN WAY, SUITE 350
MAITLAND, FL 32751-7019

CREDITOR ID: 315772-40
CSFB 2000 FL1 CROWLEY LIMITED
BILL OHLSEN REAL ESTATE AST MG
LENNAR PARTNERS INC
MIAMI  BEACH, FL 33139

CREDITOR ID: 315773-40
CSX TRANSPORTATION
PO BOX 40545
JACKSONVILLE, FL 32203-0545

CREDITOR ID: 1239-07
CURRY FORD LP
C/O HOLD THYSSEN INC.
147 W LYMAN AVENUE, SUITE 100
WINTER PARK, FL 32789-4367

CREDITOR ID: 2172-07
CUSHMAN AND WAKEFIELD OF FLORIDA
800 N. MAGNOLIA, SUITE 450
ORLANDO FL 32803

CREDITOR ID: 383163-99
CVS EGL OVERSEAS MARATHON FL, LLC
C/O SAUL EWING LLP
ATTN MARK MINUTI, ESQ
222 DELAWARE AVE, STE 1200
PO BOX 1266
WILMINGTON DE 19899

CREDITOR ID: 411164-15
CW CAPITAL ASSET MGT, SERIES2001-C2
HOLDERS OF SALOMON BROTHERS MTG
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411172-15
CW CAPITAL ASST MGMT, SERIES 2001C1
HOLDERS OF JP MORGAN CHASE COM MORT
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411174-15<br>CWCAPITAL ASSET MGMT, SERIES 1999C1<br>HOLDERS OF COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411169-15<br>CWCAPITAL ASSET MGMT, SERIES 2005C1<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411162-15<br>CWCAPITAL ASSET MGMT, SERIES2001-C2<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411160-15<br>CWCAPITAL ASSET MGMT,SERIES 2004-C1<br>HOLDERS OF GS MORTGAGE SECURITIES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411166-15<br>CWCAPITAL ASSET MGT, SERIES1998-MC3<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 1240-07<br>CYPRESS RUN LLC<br>C/O GAME PROPERTIES CORP.<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 406169-15<br>CYPRESS RUN, LLC<br>ATTN LOURDES CARASA/FIRPO GARCIA<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 410600-15<br>DADE CITY LAND TRUST, SUCCESSOR IN<br>INTEREST TO DILORENZO PROP CO<br>C/O PACHULSKI, STANG, ZIEHL, ET AL<br>ATTN ROBERT J FEINSTEIN, ESQ<br>780 THIRD AVENUE, 36TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 2173-07<br>DAHLEM ENTERPRISE INC<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 278439-24<br>DAHLEM ENTERPRISE INC.<br>1000 BUILDING SUITE LL-2<br>6200 DUTCHMANS LANE<br>LOUISVILLE KY 40205-3285 | CREDITOR ID: 1242-RJ<br>DAHLEM ENTERPRISES INC<br>3274 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0032 | CREDITOR ID: 406060-15<br>DAHLEM ENTERPRISES, INC<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 |
| CREDITOR ID: 1243-07<br>DAIRY PLAZA ASSOCIATES LTD<br>C/O VANGUARD COMMERCIAL REALTY<br>PO BOX 4235<br>ORMOND BEACH, FL 32175-4235 | CREDITOR ID: 1244-07<br>DALRAIDA PROPERTIES INC<br>ATTN JAMES W RUTLAND, JR PRESIDENT<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 410823-15<br>DANIEL G KARMIN & DANIEL G KARMIN<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 |
| CREDITOR ID: 410823-15<br>DANIEL G KARMIN & DANIEL G KARMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KARMIN REALTY CO<br>ATTN DANIEL G KARMIN<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410824-15<br>DANIEL G KARMIN CLARKSVILLE<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410824-15<br>DANIEL G KARMIN CLARKSVILLE<br>CROSSING, LLC<br>C/O KARMIN REALTY CO<br>ATTN DANIEL G KARMIN<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 410822-15<br>DANIEL G KARMIN MANDEVILLE, LLC<br>C/O KARMIN REALTY CO<br>ATTN DANIEL G KARMIN<br>490 HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410822-15<br>DANIEL G KARMIN MANDEVILLE, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410826-15<br>DANIEL G KARMIN ZACHARY ENTERPRIZES<br>C/O KARMIN REALTY CO<br>ATTN DANIEL G KARMIN<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 278440-25<br>DANIEL G. KAMIN<br>C/O KAMIN REALTY COMPANY<br>PO BOX 10234<br>PITTSBURGH PA 15232 | CREDITOR ID: 278442-24<br>DANIEL G. KAMIN CLARKSVILLE LLC<br>C/O KAMIN REALTY COMPANY<br>490 S. HIGHLAND STREET<br>PITTSBURGH PA 15206 | CREDITOR ID: 278627-24<br>DANIEL G. KAMIN CLARKSVILLE, LLC<br>HOLIDAY FENOGLIO FOWLER LP<br>37 FRANKLIN STREET<br>SUITE 400<br>BUFFALO NY 14202 |
| CREDITOR ID: 2177-07<br>DAUKSCH FAMILY PARTNERSHIP<br>10732 TODT KARLE ROAD SE<br>OLYMPIA, WA 98513 | CREDITOR ID: 1248-07<br>DAUKSCH FAMILY PARTNERSHIP<br>10732 TODT KARLE ROAD SE<br>OLYMPIA WA 98513 | CREDITOR ID: 278443-24<br>DAVID R. KRUG & ASSOCIATES<br>W/D LEXINGTON LLC<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 1249-07
DAVIE PLAZA LIMITED PARTNERSHIP
7000 W. PALMETTO PARK ROAD, STE. 40
BOCA RATON FL 33433

CREDITOR ID: 315777-40
DAVIE PLAZA LP
7000 W PALMETTO PARK ROAD
SUITE 40
BOCA RATON, FL 33433

CREDITOR ID: 1250-07
DAVIS MILL STATION
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
MARIETTA, GA 30067

CREDITOR ID: 381942-50
DAWN INVESTMENTS LIMITED
ATTN: MR. KENNETH RUSSELL
PO BOX 570
NASSAU,
BAHAMAS

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
C/O MCELWEE FIRM PLLC
ATTN: ROBERT P LANEY, ESQ
906 MAIN STREET
NORTH WILKESBORO  NC 08659

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
ATTN: CHARLES & LYNN DAY
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 315784-40
DAYAN, DR RALPH
331 31ST AVENUE
SAN  FRANCISCO, CA 94121

CREDITOR ID: 1274-07
DAYAN, RALPH DR.
331 31ST AVENUE
SAN  FRANCISCO CA 94121

CREDITOR ID: 407736-99
DBR ASSET MGMT, LLC AGENT FOR
THREE LAKES PLAZA LC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407741-99
DBR ASSET MGMT, LLC AGENT FOR
IIIT WEST LLC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407739-99
DBR ASSET MGMT, LLC AGENT FOR
NORTHWAY INVESTMENTS LLC
C/O GATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407738-99
DBR ASSET MGMT, LLC AGENT FOR
BEDFORD AVENUE REALTY INC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 410825-15
DBT PORCUPINE WD1 DE BUSINESS CORP
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410825-15
DBT PORCUPINE WD1 DE BUSINESS CORP
C/O KARMIN REALTY CO
ATTN DANIEL G KARMIN
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 278628-24
DBT PORCUPINE WD3
MR. THOMAS G. HOTZ
SOF INVESTMENTS LP
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278445-24
DBT PORCUPINE WD3
HMG COINVESTMENT LLC
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278444-24
DBT PORCUPINE WD3
HMG COINVESTMENT LLC
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 1252-RJ
DDR DOWNREIT LLC
PO BOX 643474
DEPT 295
PITTSBURGH PA 15264-3474

CREDITOR ID: 1253-RJ
DDR DOWNREIT LLC
DEPT 435
PO BOX 643474
PITTSBURGH, PA 15264-3474

CREDITOR ID: 278446-25
DDR DOWNREIT, LLC
PO BOX 643474
PITTSBURGH, PA 15264-3474

CREDITOR ID: 410901-15
DDR DOWNREIT, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CNSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1254-07
DDR MDT CARILLON PLACE LLC
PO BOX 92472
CLEVELAND, OH 44193

CREDITOR ID: 2181-07
DDR MDT CARILLON PLACE LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CNSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1255-07
DEBARY COMMON SHOPPING CENTER
C/O STAFFORD PROPERTIES INC.
80 WEST WIEUCA ROAD, SUITE 302
ATLANTA, GA 30342

CREDITOR ID: 2182-07
DEBARY-STAFFORD ASSOCIATES,LP
80 W. WIEUCA ROAD
ATLANTA GA 30342

CREDITOR ID: 410696-15
DECATUR REALTY
ATTN DAVID N ESKENAZI, MEMBER
2220 N MERIDIAN STREET
INDIANAPOLIS IN 46208

CREDITOR ID: 1256-RJ
DECATUR REALTY LLC
ATTN GINA C BRADFORD
2220 N MERIDIAN STREET
INDIANAPOLIS, IN 46208-5728

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1257-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE KY 40257-0066 | CREDITOR ID: 2183-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 | CREDITOR ID: 410536-15<br>DEERFIELD COMPANY, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 |
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 411096-15<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS, LTD<br>C/O VALPARAISO REALTY CO<br>ATTN TERESA W FEDONCZAK<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 |
| CREDITOR ID: 1260-RJ<br>DEL FAIR INC<br>PO BOX 389229<br>CINCINNATI, OH 45238-9229 | CREDITOR ID: 2184-RJ<br>DEL FAIR, INC.<br>ATTN: JOHN P. MICHAEL<br>179 LAFAYETTE CIRCLE<br>CINCINNATI OH 45220 | CREDITOR ID: 1261-07<br>DEL MAR SHOPPING CENTER<br>C/O STILES PROP MGMT.<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 |
| CREDITOR ID: 278447-25<br>DEL-FAIR INC.<br>PO BOX 389229<br>CINCINNATI OH 45238-9229 | CREDITOR ID: 278629-24<br>DEL-FAIR, INC.<br>USG ANNUITY & LIFE COMPANY<br>C/O ING INVESTMENT MANAGEMENT INC.<br>5780 POWERS FERRY ROAD NW<br>SUITE 300<br>ATLANTA GA 30327-4349 | CREDITOR ID: 1262-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI FL 33101-6727 |
| CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>C/O BERGER SINGERMAN, PA<br>ATTN JORDI GUSO, ESQ<br>200 S BISCAYNE BLVD, SUITE 1000<br>MIAMI FL 33131-5308 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101 | CREDITOR ID: 1263-RJ<br>DELTA INTEREST LLC<br>C/O PALMETTO BAY REALITY MAN L<br>PO BOX 8897<br>GREENVILLE, SC 29604 |
| CREDITOR ID: 2186-RJ<br>DELTA INTERESTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 411188-15<br>DELTA INVESTMENTS<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 | CREDITOR ID: 411188-15<br>DELTA INVESTMENTS<br>C/O PALMETTO BAY REALITY MAN LLC<br>PO BOX 1806<br>GREENVILLE SC 29602 |
| CREDITOR ID: 278448-24<br>DELTA PLAZA LLC<br>C/O GABRIEL JEIDEL<br>16 EAST 34TH STREET<br>16TH FLOOR<br>NEW YORK, NY 10016 | CREDITOR ID: 1264-RJ<br>DELTA PLAZA, LLC<br>ATTN GABRIEL JEIDEL, PRESIDENT<br>16 EAST 34TH STREET, 16TH FLOOR<br>NEW YORK, NY 10016-4328 | CREDITOR ID: 1264-RJ<br>DELTA PLAZA, LLC<br>C/O CAMPBELL DELONG, LLP<br>ATTN R BRITTAIN VIRDEN, ESQ<br>PO BOX 1856<br>GREENVILLE MS 38702-1856 |
| CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>TABAS FREEDMAN SOLOFF & MILLER PA<br>ATTN JOEL L. TABAS, ESQ<br>25 SE 2ND AVENUE, STE. 919<br>MIAMI FL 33131 | CREDITOR ID: 315778-40<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVE<br>BRUCE STRUMPF INC S-305<br>CLEARWATER, FL 33756 | CREDITOR ID: 1265-07<br>DELTONA ASSOC LTD<br>C/O BRUCE STRUMPF INC<br>314 S MISSOURI AVENUE, STE 305<br>CLEARWATER FL 33756 |
| CREDITOR ID: 1266-07<br>DEM PARTNERSHIP<br>C/O KLEIN % HEUCHAN INC.<br>2040 NE COACHMAN ROAD<br>CLEARWATER FL 33765 | CREDITOR ID: 2188-07<br>DEM PARTNERSHIP<br>C/O KLEIN & HEUCHAN, INC.<br>2040 NE COACHMAN ROAD<br>CLEARWATER, FL 33765 | CREDITOR ID: 1267-07<br>DEPT OF FINANCE STATE OF ALABAMA<br>PO BOX 1390<br>MONTGOMERY AL 36104 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN JOHN M. ROSENTHAL, ESQ
2 EMBARCADERO CENTER, STE 2700
SAN FRANCISCO CA 94117

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
AS PASS THROUGH & INDENTURE TTEG
ATTN BRENDON MEYER, VP
MS NYC60-2720
60 WALL STREET
NEW YORK NY 10005-2858

CREDITOR ID: 315780-40
DEVCON ENTERPRISES INC
CORPORATE CENTER WEST
433 SOUTH MAIN STREET STE 300
WEST HARTFORD, CT 06110

CREDITOR ID: 1268-07
DEVCON ENTERPRISES INC.
CORPORATE CENTER WEST
433 SOUTH MAIN STREET, SUITE 300
WEST  HARTFORD CT 06110

CREDITOR ID: 2190-07
DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PKWY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 2189-07
DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1379-07
DEWRELL, GEORGE
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 250438-12
DEWRELL, GEORGE
ATTN RAY DEWRELL
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 1269-RJ
DICKINSON LOGAN TODD & BARBER
ATTN: COLLEEN HINES
PO BOX 18463
RALEIGH, NC 27619-8463

CREDITOR ID: 278450-24
DICKINSON, LOGAN, TODD & BARBER
ATTN: COLLEEN HINES
8601 SIX FORKS ROAD
#500
RALEIGH NC 27615

CREDITOR ID: 2423-07
DILORENZO, MARC
1530 PALISADE AVENUE
SUITE 15F
FORT  LEE NJ 07024-1335

CREDITOR ID: 2196-07
DIXIE LAND SC LLC
C/O PARKWAY ASSET MANAGEMENT CORP.
ATTN PAUL J GINGRAS, PRESIDENT
235 MOORE STREET
HACKENSACK NJ 07601

CREDITOR ID: 315781-40
DIXIE PLAZA
7306 COLLECTION DRIVE
CHICAGO, IL 60693

CREDITOR ID: 1270-07
DMI AGENT FOR IDR JR LLR JR
C/O DEVELOPMENT MANAGEMENT INC.
PO BOX 35349
CHARLOTTE, NC 28235-5349

CREDITOR ID: 278451-25
DOWNTOWN DESTIN SHOPPING CENTER
THE PELICAN GROUP INC.
PO BOX 160403
MOBILE AL 36616-1403

CREDITOR ID: 2197-07
DOWNTOWN TWO LLC
C/O KAHN DEVELOPEMENT CO.
PO BOX 1608
COLUMBIA SC 29202

CREDITOR ID: 1272-07
DOWNTOWN TWO LLC
PO BOX 900002
RALEIGH, NC 27675

CREDITOR ID: 315782-40
DPG FIVE FORKS VILLAGE LLC
DEPT 162403 JD1300
PO BOX 951701
CLEVELAND, OH 44193

CREDITOR ID: 410911-15
DPG FIVE FORKS VILLAGE, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CNSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1273-RJ
DPJ COMPANY LIMITED PARTNERSHIP
145 ROSEMARY STREET, SUITE K
NEEDHAM MA 02494

CREDITOR ID: 2198-RJ
DPJ COMPANY LP
145 ROSEMARY STREET, SUITE K
NEEDHAM MA 02494

CREDITOR ID: 410981-15
DPJ LIMITED PARTNERSHIP
C/O ROSENBERG & WEINBERG
ATTN HERBERT WEINBERG, ESQ.
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

CREDITOR ID: 1241-07
DR PLAZA LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA RATON, FL 33427

CREDITOR ID: 403425-15
DRAKE RENTAL
ATTN PHIL DRAKE, OWNER
235 EAST PALMER STREET
FRANKLIN NC 28734

CREDITOR ID: 1275-07
DRAKE RENTAL ACCOUNT
C/O PHIL DRAKE
106 PALMER STREET
FRANKLIN, NC 28734

CREDITOR ID: 1276-07
DRINKARD DEVELOPMENT
PO BOX 996
CULLMAN AL 35056-0996

CREDITOR ID: 315774-40
DS PARTNERS LP
719 GRISWOLD AVENUE
SUITE 2330
DETROIT, MI 48226

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 | CREDITOR ID: 2117-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 | CREDITOR ID: 1175-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>SCOTT R NABORS, ESQ<br>456 HARRISON AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 | CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK, VA 23501 |
| CREDITOR ID: 407668-93<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O HARBOR GROUP MANAGEMENT<br>999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23501 | CREDITOR ID: 407668-93<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 278453-24<br>E&A ACQUISITION TWO LP<br>900 BANK OF AMERICA PLAZA<br>1901 MAIN STREET<br>COLUMBIA SC 29201 |
| CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>OAKWOOD SQUARE<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, STE 900<br>ATLANTA GA 30305-1753 | CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C/O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 | CREDITOR ID: 1279-07<br>E&A SOUTHEAST LP<br>C/O BALDWIN SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1280-07<br>E&A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>506 45TH ST, SUITE B-5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 2202-RJ<br>EAST PARTNERS LTD<br>3838 OAKLAWN, SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 1282-RJ<br>EAST PARTNERS LTD<br>3838 OAKLAWN, SUITE 810<br>DALLAS TX 75219 | CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 2203-07<br>EASTDALE SQUARE MANAGEMENT INC.<br>C/O ARONOV REALTY MANAGEMENT I<br>3500 EASTERN BLVD.<br>MONTGOMERY AL 36116-1781 | CREDITOR ID: 411008-15<br>EASTDALE SQUARE, LLC. C/O<br>ARONOV REALTY MGMT T/A EASTDALE SQ.<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 381946-50<br>EASTEND SHOPPING CENTRE LTD<br>C/O CARRIBBEAN MGMT & SALES LT<br>EAST BAY STREET<br>NASSAU,<br>BAHAMAS |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2204-07<br>EASTERN RETAIL HOLDINGS LP<br>622 EAST WASHINGTON ST., SUITE 300<br>ORLANDO FL 32801 | CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 | CREDITOR ID: 1285-07<br>EASTGATE CENTER LLC<br>110 DEER RIDGE ROAD<br>BRANDON MS 39042 |
| CREDITOR ID: 2205-07<br>EASTGATE CENTER LLC<br>110 DEER RIDGE ROAD<br>BRANDON, MS 39042 | CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1287-07<br>EBINPORT ASSOC<br>PO BOX 4452<br>ROCK  HILL SC 29732-6452 |
| CREDITOR ID: 2206-07<br>EBINPORT ASSOC<br>PO BOX 4452<br>ROCK  HILL, SC 29732-6452 | CREDITOR ID: 410397-15<br>EBINPORT ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 1288-07<br>EBR PARTNERSHIP<br>7732 GOODWOOD BLVD., SUITE V<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 278455-25<br>ECDC<br>PO BOX 63535<br>NORTH CHARLESTON SC 29418-3535 | CREDITOR ID: 1289-07<br>ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK, NY 10004 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC.<br>C/O DAVIDSON WIGGINS JONES & PARSON<br>ATTN W CAMERON PARSONS, ESQ<br>PO BOX 1939<br>TUSCALOOSA AL 35403 |
| CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC.<br>PO BOX 468<br>NORTHPORT AL 35476 | CREDITOR ID: 1290-RJ<br>ED STREET DEV CO.<br>1913 SOUTH ROAN STREET, SUITE 105<br>JOHNSON  CITY TN 37601-4813 | CREDITOR ID: 315786-40<br>ED STREET DEVELOPMENT COMPANY<br>1913 SOUTH ROAN STREET<br>SUITE 105<br>JOHNSON  CITY, TN 37601-4813 |
| CREDITOR ID: 1291-07<br>EDEN MEADOW GREENS ASSOCIATES<br>LENOX HILL STATION<br>PO BOX 334<br>NEW  YORK, NY 10021 | CREDITOR ID: 2209-07<br>EDENS & AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 315787-40<br>EDENS & AVANT INC<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202-0528 |
| CREDITOR ID: 1292-07<br>EDENS & AVANT INC.<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 278456-25<br>EDENS & AVANT PROPERTIES L.P.<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 1294-07<br>EDENS & AVANT PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1293-07<br>EDENS & AVANT PROPERTIES LP<br>C/O MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 407752-99<br>EFESOS PROPERTIES NV INC AND<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN: KENNETH G M MATHER<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 | CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46804 |
| CREDITOR ID: 1296-RJ<br>EIG HAMPTON SQUARE LLC<br>C/O EQUITY INVESTMENT GROUP<br>PO BOX 13228<br>FORT WAYNE, IN 46867-3228 | CREDITOR ID: 248837-12<br>EIG HAMPTON SQUARE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>PO BOX 13228<br>FT WAYNE IN 46867-3228 | CREDITOR ID: 315865-40<br>EISENBAUM, MARLA, HELENE & WAYNE<br>CORPORATE CENTER WEST<br>433 S MAIN STREET, SUITE 310<br>WEST HARTFORD, CT 06110 |

SERVICE LIST

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:   05-03817-3F1**

CREDITOR ID: 315788-40
ELFERS SQUARE CENTER INC
10912 N 56TH STREET
TEMPLE  TERRACE, FL 33617-3004

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC.
10912 N. 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 1298-07
ELIOT PROPERTIES
C/O M&P SHOPPING CENTER
5025 WINTERS CHAPEL ROAD
ATLANTA, GA 30360-1700

CREDITOR ID: 248884-12
ELIOT PROPERTIES
C/O M & P SHOPPING CTR
ATTN ELIOT M ARNOVITZ
5025 WINTERS CHAPEL RD
ATLANTA, GA 30360-1700

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
C/O TML REALTY CORP
ATTN LAURA HACKEL
485 MADISON AVE 24TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 315789-40
ELIZABETHTOWN COMMERCIAL PROPERTY
PO BOX 2713
ELIZABETHTOWN, KY 42702-2713

CREDITOR ID: 1299-RJ
ELKMONT ASSOCIATES
C/O JAMES POINDEXTER
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 278459-25
ELKMONT ASSOCIATES
ATTN: MR. JAMES L. POINDEXTER
C/O POINDEXTER ENTERPRISES
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 390685-55
ELLIS, DAZZNEE M
C/O DORAN SHELBY PETHEL & HUDSON PA
ATTN KATHRYN C SETZER, ESQ.
122 NORTH LEE STREET
PO BOX 4479
SALISBURY NC 28145

CREDITOR ID: 1300-07
ELSTON/LEETSDALE LLC
C/O TERRANOVA CORP.
801 AUTHUR GODFREY ROAD
MIAMI BEACH, FL 33140

CREDITOR ID: 403206-99
ELSTON/LEETSDALE LLC
C/O HELD & ISRAEL
ATTN EDWIN H WELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2214-07
ENGEL REALTY INC.
PO BOX 187
BIRMINGHAM AL 35201-0187

CREDITOR ID: 410596-15
ENGLEWOOD LAND TRUST, SUCCESSOR IN
INTEREST TO DILORENZO PROP
C/O PACHULSKI, STANG, ZIEHL, ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLOOR
NEW YOR NY 10017

CREDITOR ID: 1301-07
ENGLEWOOD VILLAGE LLC
C/O JAMISON MONEY FARMER & CO.
PO BOX 2347
TUSCALOOSA, AL 35403

CREDITOR ID: 1302-07
ENGLISH VILLAGE LLC
ATTN: MIKE PETERS  MANAGER MEMBER
2906 NORTH STATE STREET
JACKSON, MS 39216

CREDITOR ID: 315790-40
EQUITY ASSOC
PO BOX 4452
ROCK  HILL, SC 29732-6452

CREDITOR ID: 1303-07
EQUITY ASSOC.
PO BOX 4452
ROCK HILL SC 29732-6452

CREDITOR ID: 410394-15
EQUITY ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 2216-07
EQUITY INVESTMENT GROUP
ONE BUCKHEAD PLAZA SUITE 1560
3060 PEACHTREE RD NW
ATLANTA GA 30305-8842

CREDITOR ID: 410789-15
EQUITY ONE (ALPHA) CORP
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 410787-15
EQUITY ONE (COMMONWEALTH) INC.
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 1304-07
EQUITY ONE (DELTA) INC
C/O EQUITY ONE REALTY & MGMT INC
PO BOX 01-9170
MIAMI, FL 33101-9170

CREDITOR ID: 410790-15
EQUITY ONE (DELTA) INC
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 315791-40
EQUITY ONE (HUNTERS CREEK) INC
PO BOX 01-9170
MIAMI, FL 33101-9170

CREDITOR ID: 411171-15
EQUITY ONE (HUNTER'S CREEK) INC
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 1305-07
EQUITY ONE (HUNTERS CREEK) INC.
PO BOX 01-9170
MIAMI FL 33101-9170

CREDITOR ID: 2217-07
EQUITY ONE (HUNTER'S CREEK)INC.
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315792-40<br>EQUITY ONE (LANTANA) INC<br>PO BOX 01-9170<br>MIAMI BEACH, FL 33179-9170 | CREDITOR ID: 410791-15<br>EQUITY ONE (LANTANA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 2218-07<br>EQUITY ONE (LANTANA) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI FL 33179 |
| CREDITOR ID: 1306-07<br>EQUITY ONE (LANTANA) INC.<br>PO BOX 01-9170<br>MIAMI BEACH FL 33179-9170 | CREDITOR ID: 410792-15<br>EQUITY ONE (LOUISIANA PORTFOLIO)<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI` FL 33131 | CREDITOR ID: 410793-15<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 411173-15<br>EQUITY ONE (POINT ROYALE) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315793-40<br>EQUITY ONE (POINTE ROYALE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1307-07<br>EQUITY ONE (POINTE ROYALE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 1308-07<br>EQUITY ONE (SUMMERLIN) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 411165-15<br>EQUITY ONE (WEST LAKE) INC<br>C/O GREENBURG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKEL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315795-40<br>EQUITY ONE (WEST LAKE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 1309-07<br>EQUITY ONE (WEST LAKE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 315796-40<br>EQUITY ONE ALPHA INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1310-07<br>EQUITY ONE ALPHA INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 315797-40<br>EQUITY ONE COMMONWEALTH INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1311-07<br>EQUITY ONE COMMONWEALTH INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2219-07<br>EQUITY ONE DELTA INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315798-40<br>EQUITY ONE MONUMENT POINTE INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 2694-07<br>EQUITY ONE MONUMENT POINTE INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH BEACH MIAMI FL 33179 |
| CREDITOR ID: 1313-07<br>EQUITY ONE MONUMENT POINTE INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 410786-15<br>EQUITY ONE, INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BROWN, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>C/O COX CASTLE & NICHOLSON LLP<br>ATTN RANDALL W BLACK, ESQ<br>2049 CENTURY PARK EAST, SUITE 2800<br>LOS ANGELES CA 90067 | CREDITOR ID: 1314-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET, SUITE 2300<br>NEW ORLEANS LA 70130-6078 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2221-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW ORLEANS LA 70130-6078 | CREDITOR ID: 278460-24<br>ERVIN R. BARD AND SUSANNE BARD<br>1100 ALTA LOMA ROAD<br>SUITE 1204<br>LOS ANGELES CA 90069 | CREDITOR ID: 315801-40<br>ESCROW SPECIALISTS<br>ATTN PAYMENTS PROCESSING DEPT<br>PO BOX 3287<br>OGDEN, UT 84409 |
| CREDITOR ID: 316015-41<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ<br>480 GRAND CONCOURSE SUITE 1 B<br>BRONX, NY 10451 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 |
| CREDITOR ID: 315803-40<br>EUPORA SHOPPING CENTER<br>C/O MACON GRAVLEE<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS, LA 70163 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 1318-07<br>EVANGELINE LIFE INSURANCE CO.<br>PO BOX 13098<br>NEW IBERIA LA 70562-3098 | CREDITOR ID: 1319-07<br>EXCEL REALTY PARTNERS LP<br>ACCT# 887476<br>4536 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 2227-07<br>EXCEL REALTY PARTNERS LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 |
| CREDITOR ID: 315856-40<br>EYSTER, JOHN C & BARRAN, E LEE<br>PO BOX 1663<br>DECATUR, AL 35602-1663 | CREDITOR ID: 1490-07<br>EYSTER, JOHN C. AND E. LEE BARRAN<br>PO BOX 1663<br>DECATUR AL 35602-1663 | CREDITOR ID: 2228-07<br>F&M DEVELOPMENTS, LTD<br>2600 E SOUTH BLVD, SUITE 230<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 1321-07<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE, FL 32203-0297 | CREDITOR ID: 315805-40<br>FARMVILLE PARTNERS LLC<br>2619 FLOYD AVENUE<br>SUITE 100<br>RICHMOND, VA 23220 |
| CREDITOR ID: 278461-24<br>FIDELITY ASSET MANAGEMENT CO. LLC<br>STEPHANIE YOUNG, PROPERTY MANAGER<br>3240 OFFICE POINT PLACE<br>SUITE 202<br>LOUISVILLE KY 40220 | CREDITOR ID: 315806-40<br>FIELDER PLAZA SHOPPING CENTER<br>PO BOX 660394<br>ACCT# 1910 919132<br>DALLAS, TX 75266-0394 | CREDITOR ID: 315807-40<br>FIELDER-303 PARTNERS LTD<br>3838 OAKLAWN<br>SUITE 810<br>DALLAS, TX 75219 |
| CREDITOR ID: 411186-15<br>FINANCIAL SUPERMARKETS, INC.<br>C/O KILPATRICK STOCKTON LLP<br>ATTN J W MILLS & J STEVENS, ESQS<br>SUITE 2800<br>1100 PEACHTREE STREET<br>ATLANTA GA 303009-453 | CREDITOR ID: 411186-15<br>FINANCIAL SUPERMARKETS, INC.<br>383 CLARKESVILLE STREET<br>PO BOX 1900<br>CORNELLA GA 30531 | CREDITOR ID: 315848-40<br>FIORELLA III, JACK<br>3800 CORPORATE WOODS DRIVE<br>SUITE 100<br>BIRMINGHAM, AL 35242 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1477-07<br>FIORELLA, JACK  III<br>3800 CORPORATE WOODS DR., SUITE 100<br>BIRMINGHAM AL 35242 | CREDITOR ID: 410697-15<br>FIRST AMERICAN TITLE INS. CO<br>ATTN STEVEN A NELSON VICE PRESIDENT<br>5775 GLENRIDGE DRIVE, SUITE A-240<br>ALTANTA GA 30328 | CREDITOR ID: 1323-RJ<br>FIRST NATIONAL BANK<br>101 E. BRIDGE STREET<br>PO BOX 400<br>GRANBURY, TX 76048 |
| CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>C/O LAW OFFICE OF DEBORAH B MORTON<br>ATTN DEBORAH B MORTON, ESQ.<br>616 TEXAS STREET, SUITE 101<br>FORT WORTH TX 76102 | CREDITOR ID: 410528-15<br>FIRST NATIONAL BANK OF GRANBURY<br>PO BOX 400<br>GRANBURY TX 76048 | CREDITOR ID: 1324-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK NY 10001-3604 |
| CREDITOR ID: 2229-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK, NY 10001-3604 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>ATTN MS MILDRED GRAY (LAND LESSOR)<br>9118 TINGLE CUT OFF ROAD<br>DORA AL 35062 | CREDITOR ID: 1326-07<br>FIRST SECURITY BANK NATIONAL<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE STE 360<br>STOCKTON CA 95219 |
| CREDITOR ID: 316154-40<br>FIRST SECURITY BANK NATIONAL ASSOC<br>ATTN: CORP TRUST SERVICES<br>REF WINN DIXIE 1999 SPINOFF A<br>ACCT 0510922115<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 315809-40<br>FIRST SECURITY BANK NATL ASSOC<br>ATTN: CORP TRUST SERVICES<br>ACCT# 0510922115<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 1327-07<br>FIRST SECURITY BANK NATL ASSOC.<br>TALLAHASSEE 99-FL LLC<br>C/O JAMARCO REALTY LLC<br>KLEIN & SOLOMAN LLP<br>275 MADISON AVE 11TH FLR<br>NEW YORK NY 10016 |
| CREDITOR ID: 400553-07<br>FIRST SECURITY BANK, NATIONAL ASSOC<br>ATTN VAL T. ORTON TRUSTEES<br>79 SOUTH MAIN STREET<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 1328-07<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE NC 28201 | CREDITOR ID: 316157-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 316156-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021654<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1331-07<br>FIRST UNION NATIONAL BANK<br>C/O STRUCTURED PRODUCTS SERVICING<br>PO BOX 601654<br>CHARLOTTE, NC 28260-1654 | CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 316155-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1329-07<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE NC 28260 | CREDITOR ID: 1332-07<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 |
| CREDITOR ID: 1335-07<br>FIRST UNION WHOLESALE LOCKBOX<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 2230-07<br>FIRST WASHINGTON MANAGEMENT<br>4350 EAST-WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 | CREDITOR ID: 278462-24<br>FIRST WASHINGTON REALTY INC<br>7027 THREE CHOPT ROAD, SUITE 210<br>RICHMOND VA 23226 |
| CREDITOR ID: 408419-15<br>FIRST WASHINGTON REALTY, INC<br>ATTN JEFFREY S DISTENFELD, ESQ<br>4350 EAST-WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 | CREDITOR ID: 2231-07<br>FIRST WASHINGTON REALTY, INC<br>ATTN JEFFREY S DISTENFELD, ESQ<br>4350 EAST WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 | CREDITOR ID: 1336-RJ<br>FIRST WESTGATE MALL LP<br>PO BOX 671402<br>DALLAS, TX 75267-1402 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2232-RJ<br>FIRST WESTGATE MALL, LP<br>C/O RADIANT PARTNERS LLC<br>1212 AVE. OF AMERICAS, 18TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 278464-25<br>FIRST WESTGATE MALL, LP<br>PO BOX 671402<br>DALLAS TX 75267 | CREDITOR ID: 278463-24<br>FIRST WESTGATE MALL, LP<br>C/O RADIANT PARTNERS LLC<br>1212 AVENUE OF THE AMERICAS<br>18TH FLOOR<br>NEW YORK NY 10036 |
| CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>ATLANTA, GA 30305 | CREDITOR ID: 2233-07<br>FLAGLER RETAIL ASSOC., LTD<br>DBA RADIANT<br>C/O TERRANOVA CORP.<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 |
| CREDITOR ID: 403203-99<br>FLAGLER RETAIL ASSOCIATES LTD<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 1340-07<br>FLINT CROSSING LLC<br>C/O CHASE COMMERCIAL RL EST SV<br>PO BOX 18153<br>HUNTSVILLE, AL 35804 |
| CREDITOR ID: 410446-15<br>FLINT CROSSING, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410858-15<br>FLINT CROSSING, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ.<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35803 | CREDITOR ID: 315812-40<br>FLORENCE MARKETPLACE INVESTORS<br>C/O SEABOARD ASSET MGMT CO<br>720 SOUTH COIT STREET<br>FLORENCE, SC 29501 |
| CREDITOR ID: 2234-07<br>FLORIDA DICKENS ASSOCIATES<br>C/O PALISADES CAPITAL LTD, INC,<br>16680 CUMBRE VERDE COURT<br>PACIFIC PALISADES CA 90272 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 | CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 |
| CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 1344-07<br>FOLMAR & ASSOCIATES<br>C/O PARK FOREST<br>PO BOX 16765<br>MOBILE, AL 36616 |
| CREDITOR ID: 315813-40<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | CREDITOR ID: 278465-25<br>FOLMAR & ASSOCIATES<br>ATTN: ELAINE BARNES<br>PO BOX 16765<br>MOBILE, AL 36616 | CREDITOR ID: 269255-16<br>FOOD LION, LLC<br>AKIN GUMP, ET AL<br>ATTN PATRICK J IVIE, ESQ<br>2029 CENTURY PARK EAST, STE 2400<br>LOS ANGELES CA 90067-3012 |
| CREDITOR ID: 269255-16<br>FOOD LION, LLC<br>ATTN REAL ESTATE DEPARTMENT<br>2110 EXECUTIVE BLVD<br>SALISBURY, NC 28145-1330 | CREDITOR ID: 397198-67<br>FOOD LION, LLC<br>C/O ALAN O GOODRICH, ESQ<br>ATTN: LEGAL DEPT<br>2110 EXECUTIVE DRIVE<br>SALISBURY, NC 28145-1330 | CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE, SC 29602-3305 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2235-07<br>FOOTHILLS PARTNERSHIP<br>PO BOX 3305<br>GREENVILLE SC 29602 | CREDITOR ID: 410555-15<br>FORDS CROSSING<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36104-1149 | CREDITOR ID: 315814-40<br>FOREST HILL-WD LTD<br>2880 LBJ FREEWAY<br>SUITE 500<br>DALLAS, TX 75234 |
| CREDITOR ID: 2236-07<br>FOUNTAIN COLUMBUS ASSOC, LLC<br>C/O HARBOR GROUP MANAGEMENT CO.<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 2237-07<br>FOUR FLORIDA SHOPPING CENTER LTD<br>C/O KATHIE MCCALL<br>7661 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 1348-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O REPUBLIC BANK/CASH MGMT<br>PO BOX 33006<br>ST PETERSBURG, FL 33733-8006 | CREDITOR ID: 2238-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O CATHY MCCALL<br>7667-B LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 1347-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O CHRISTINE TAYLOR<br>7753 LAKE WORTH RD<br>LAKE WORTH FL 33467 | CREDITOR ID: 410525-15<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 278466-24<br>FRANKFORD DALLAS LLC<br>2761 E. TRINITY MILLS ROAD, APT 114<br>CARROLTON TX 75006 |
| CREDITOR ID: 410920-15<br>FRAZIER HOTTE & ASSOCIATES<br>ATTN ROBERT W FRAZIER, JR<br>6550 N FEDERAL HWY #220<br>FT LAUDERDALE FL 33308 | CREDITOR ID: 1320-07<br>FRO LLC VII<br>C/O JAMES M. HASTINS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS, MD 20905 | CREDITOR ID: 1353-07<br>FRO LLC VIII<br>C/O JAMES HASTINGS<br>305 PIPING ROCK DRIVE<br>SILVER SPRING, MD 20905 |
| CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>C/O POST HEYMANN & KOFFLER, LLP<br>ATTN WILLIAM M POST, ESQ<br>TWO JERICO PLAZA, WING A, STE 111<br>JERICO NY 11753 | CREDITOR ID: 397241-68<br>FU/WD ATLANTA, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| CREDITOR ID: 397242-68<br>FU/WD OPA LOCKA, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 278467-24<br>FURR'S INC<br>1708 AVENUE G<br>LUBBOCK TX 79408 | CREDITOR ID: 1354-07<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917 |
| CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ.<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 410494-15<br>FW NC-SHOPPES OF KILDAIRE, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD JR, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1357-07<br>FWI 23 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1358-07<br>FWI 5 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 |

SERVICE LIST

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 1360-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA FL 33614

CREDITOR ID: 2248-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA, FL 33614

CREDITOR ID: 1361-07
GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 2250-07
GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC., SUITE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA TN 37421

CREDITOR ID: 381956-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA TN 37421-6000

CREDITOR ID: 278630-24
GALILEO CMBS T1 HL TX LP
MERRILL LYNCH MORTGAGE LENDING INC.
FOUR WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 278468-25
GALILEO CMBS T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 1362-07
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC.
1 FINANCIAL PLAZA, SUITE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 1363-07
GARDENS PARK PLAZA  219
505 S. FLAGLER DRIVE, SUITE 1010
WEST PALM BEACH FL 33401-5923

CREDITOR ID: 2251-07
GARDENS PARK PLAZA, LTD
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST, ESQ
222 LAKEVIEW AVENUE, SUITE 1330
WEST PALM BEACH, FL 33401

CREDITOR ID: 2252-07
GARY SOLOMON & COMPANY
C/O W DIXIE,LLC
3139 NORTH LINCOLN AVENUE
CHICAGO IL 60657

CREDITOR ID: 1364-07
GATES OF ST JOHNS LLC
C/O HAKIMIAN HOLDINGS INC
PO BOX 54332
JACKSONVILLE, FL 32245

CREDITOR ID: 1365-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 2253-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 410719-15
GATOR CARRIAGE PARTNERS, LTD
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 410722-15
GATOR COASTAL SHOPPING CENTRE LLC
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS
2200 PNC CENTER
201 EAST FIFTH CENTER
CINCINNATI OH 45202

CREDITOR ID: 1366-07
GATOR JACARANDA LTD
ATTN: WILLIAM GOLDSMITH
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 410721-15
GATOR JACARANDA, LTD
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 1367-07
GATOR LINTON PARTNERS LTD
C/O GATOR INVESTMENTS
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 410720-15
GATOR LINTON PARTNERS, LTD
C/O FROST BROWN TODD LLC
C/O KYLE R GRUBBS
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
PO BOX 1929
EASLEY SC 29690

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 410975-15
GE COMMERCIAL FIN BUS PROPERTY CORP
C/O MORRITT HOCK HAMROFF & HOROWITZ
ATTN LESLIE A BERKOFF, ESQ.
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 381792-99
GE COMMERCIAL FINANCE BUS PROP CORP
F/K/A GE CAPITAL BUS ASSET FUNDING
C/O MORITT HOCK HAMROFF ET AL
ATTN: MARC HAMROFF/LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 1368-07
GEHR DEVELOPMENT FLORIDA LLC
C/O SUNTRUST BANK
PO BOX 918983
ORLANDO, FL 32891-8983

CREDITOR ID: 403199-99
GEHR FLORIDA DEVELOPMENT LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315818-40
GEM BIG BETHEL LLC
C/O ELLIS-GIBSON DEVELP GROUP
1081 19TH STREET, SUITE 203
VIRGINIA  BEACH, VA 23451-5600

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 278469-24
GEM NICKERSON LLC
C/O ELLIS GIBSON DEVELOPMENT GROUP
207 BUSINESS PARK DRIVE
SUITE 101
VIRGINIA BEACH VA 23462

CREDITOR ID: 278632-25
GEM NICKERSON, LLC
PRINCIPAL MUTUAL LIFE INSURANCE CO
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 2254-RJ
GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT G
1081 19TH STREET, SUITE 203
VIRGINIA BEACH VA 23451-5600

CREDITOR ID: 278631-24
GEM NICKERSON, LLC
FIRST COASTAL BANK
ATTN: MARSHA GLENN
2101 PARKS AVENUE
VIRGINIA BEACH VA 23451

CREDITOR ID: 2696-RJ
GEM WARWICK LLC
207 BUSINESS PARK DRIVE #101
VIRGINA BEACH VA 23462

CREDITOR ID: 1369-RJ
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVEL GROUP
1081 19TH STREET, SUITE 203
VIRGINIA  BEACH, VA 23451-5600

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 1370-RJ
GENERAL ELECTRIC BUS ASSETS FUNDING
ATTN: KATHERINE MACKINNON
10900 NE 4TH STREET
BELLEVUE, WA 98004

CREDITOR ID: 1370-RJ
GENERAL ELECTRIC BUS ASSETS FUNDING
C/O MORITT HOCK HAMROFF & HOROWITZ
ATTN: MARC L. HAMROFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 1371-07
GENERAL ELECTRIC CAPITAL BUSINESS
LOAN# 95-00068 ACCT # 37566
PO BOX 402363
ATLANTA, GA 30384-2363

CREDITOR ID: 278471-25
GENERAL MANAGEMENT SERVICES
204 SO TEMPLE AVENUE
FAYETTE AL 35555

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
NICHOLLS & CRAMPTON, PA
ATTN KEVIN L SINK, ESQ
PO BOX 18237
RALEIGH  NC 27619

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
PO BOX 919
GOLDSBORO, NC 27533

CREDITOR ID: 1372-07
GENOA ASSOCIATES LLC
PO BOX 919
GOLDSBORO NC 27533

CREDITOR ID: 1373-07
GENTILLY SQUARE
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 250415-12
GENTILLY SQUARE
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 1377-07
GEORGE CHEN FORMOSA DEVELOPERS
7836 W. ORLP BRONSON HIGHWAY
KISSIMMEE, FL 34747

CREDITOR ID: 1359-07
GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE FL 33325

CREDITOR ID: 250204-12
GHI OF WEST PALM BEACH LLC
ATTN FLORIAN GHITAS, PRESIDENT
3140 SW 118TH TERRACE
DAVIE, FL 33325

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 278472-25
GLENWAY ASSOCIATES
C/O DDRD DOWN REIT LLC
PO BOX 643474
DEPT. 295
PITTSBURGH PA 15264-3474

CREDITOR ID: 278633-25
GLENWAY ASSOCIATES
STAR BANK NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
PO BOX 1038
ML 9105
CINCINNATI OH 45201

CREDITOR ID: 315825-40
GLENWOOD MIDWAY CO LLC
16740 BIRKDALE COMMONS PARKWAY
SUITE 306
HUNTERSVILLE, NC 28078

CREDITOR ID: 1381-07
GLENWOOD MIDWAY CO. LLC
SUITE 306
16740 BIRKDALE COMMONS PARKWAY
HUNTERSVILLE NC 28078

CREDITOR ID: 2261-07
GLIMCHER DEVELOPMENT CORP.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 2262-07
GLIMCHER PROPERTIES L.P
20 SOUTH THIRD STREET
COLUMBUS OH 43215

CREDITOR ID: 1382-07
GLIMCHER PROPERTIES LIMITED
C/O FIRSTSTAR BANK
PO BOX 641973
CINCINNATI, OH 45264-1973

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 2263-07
GLIMCHER PROPERTIES LIMITED PTNRSH
NEWBERRY SQUARE SHOPPING CENTER
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 410985-15
GLIMCHER PROPERTIES LP
ATTN PATRICIA A POWERS, ESQ.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 278473-24
GLIMCHER PROPERTIES LP
20 S. THIRD STREET
COLUMBUS OH 43215

CREDITOR ID: 278634-24
GLIMCHER PROPERTIES LP
MERRILL LYNCH CAPITAL
222 N. LASALLE STREET
16TH FLOOR
CHICAGO IL 60601

CREDITOR ID: 1383-07
GLYNN ENTERPRISES LLC
C/O ZIFF PROPERTIES INC.
PO BOX 751554
CHARLOTTE, NC 28275-1554

CREDITOR ID: 278474-24
GMAC COMMERCIAL MORTGAGE
200 WITMER ROAD
HORSHAM PA 19044-8015

CREDITOR ID: 410917-15
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ALLEN MATKINS LECK GAMBLE ET AL
ATTN R MERTZ/W HUCKINS, ESQS
THREE EMBARCADERO CENTER, 12TH FLR
SAN FRANCISCO CA 94111-4074

CREDITOR ID: 408386-15
GNX (GLOBAL NETXCHANGE)
ATTN JOE LAUGHLIN
200 WEST MONROE ST, 12TH FLR
CHICAGO IL 60606

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ATTN JOHN WOLFE, ESQ
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 315849-40
GODFREY, JACK M & PETER
PO DRAWER G
MADILL OK 73446

CREDITOR ID: 278475-24
GOLDBERG KOHN
ADAM M. LASER, ESQ
55 E. MONROE STREET
SUITE 3700
CHICAGO IL 60603

CREDITOR ID: 407673-93
GOLDSBORO ASSOCIATES
AFI MANAGEMENT
NEW IBERIA ASSOCIATES
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 315826-40
GOODINGS SUPERMARKETS INC
PO BOX 691329
ORLANDO, FL 32869-1329

CREDITOR ID: 1384-07
GOODINGS SUPERMARKETS INC.
PO BOX 691329
ORLANDO FL 32869-1329

CREDITOR ID: 2264-07
GOODINGS SUPERMARKETS INC.
PO BOX 2809
ORLANDO FL 32802

CREDITOR ID: 405927-99
GOODING'S SUPERMARKETS, INC
C/O LOWNDES DROSDICK ET AL
ATTN MATT E BEAL, ESQ
215 NORTH EOLA DRIVE
PO BOX 2809
ORLANDO FL 32802

CREDITOR ID: 315828-40
GOSHEN STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
ATTN LYNN KIRK, MGR
24 E COTA STREET
SANTA BARBARA, CA 93101

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
C/O ANDREW J CAVANAUGH LAW OFFICES
ATTN ANDREW J CAVANAUGH, ESQ
205 E ANAPAMU STREET
SANTA BARBARA CA 93101

CREDITOR ID: 1387-07
GRAHAM AND COMPANY
2200 WOODCREST PLACE, SUITE 210
BIRMINGHAM AL 35209

CREDITOR ID: 2266-07
GRAHAM AND COMPANY
2200 WOODCREST PLACE
SUITE 210
BIRMINGHAM, AL 35209

CREDITOR ID: 2267-07
GRANADA VILLAGE, LTD
ATTN: CRAIG PHELAN
PO BOX 698
KETCHUM ID 83340

CREDITOR ID: 2268-07
GRAVLEE DEVELOPMENT
204 SOUTH TEMPLE AVE.
FAYETTE AL 35555-2714

CREDITOR ID: 1566-RJ
GRAVLEE, MACON W JR
PO BOX 310
FAYETTE, AL 35555

CREDITOR ID: 1388-07
GRAY - WHITE LLC
C/O THE LAFAYETTE LIFE INS. CO.
ATTN: MORTGAGE LOAN #8091
PO BOX 7007
LAFAYETTE, IN 47903

CREDITOR ID: 1621-07
GRAY, MRS MILDRED V
4313 HAZELWOOD ROAD
ADAMSVILLE, AL 35005

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395546-15<br>GRAYSON, ILENE DBA<br>APARTMENT ARRANGEMENTS<br>2507-A STOCKBRIDGE DRIVE<br>CHARLOTTE NC 28210 | CREDITOR ID: 1389-07<br>GRE CORALWOOD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 |
| CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2269-07<br>GREAT HALL REALTY, LLC<br>1125 S. 103RD ST., SUITE 450<br>OMAHA NE 68124-6019 | CREDITOR ID: 1391-07<br>GREAT OAK LLC<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD W<br>JACKSONVILLE, FL 32217 |
| CREDITOR ID: 410976-15<br>GREAT OAK, LLC<br>GE CAPITAL REALTY GROUP, INC.<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ.<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 1392-07<br>GREAT SOUTH MGMT LLC<br>MSC# 410577<br>PO BOX 4105000<br>NASHVILLE TN 37241-5000 | CREDITOR ID: 278635-24<br>GREAT WESTERN SAVINGS<br>2300 GLADES ROAD, #A120<br>BOCA RATON FL 33432 |
| CREDITOR ID: 2270-07<br>GREENGOLD CO LLC<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | CREDITOR ID: 1393-07<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>PO BOX 1263<br>BEAUFORT, SC 29901-1263 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 |
| CREDITOR ID: 278477-25<br>GREENVILLE COMPRESS COMPANY<br>ATTN: KENNETH BRANTLEY<br>SECRETARY-TREASURER<br>PO BOX 218<br>GREENVILLE MS 38702 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW<br>WASHINGTON DC 20005 |
| CREDITOR ID: 2271-07<br>GREENVILLE GROCERY LLC<br>C/O J.P. METZ CO., INC.<br>ATTN: DANIEL M<br>1990 M STREET, N.W.<br>SUITE 650<br>WASHINGTON, DC 20036 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, MGG MEMBER<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036 | CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 |
| CREDITOR ID: 1396-07<br>GREENWOOD COMMONS ASSOCIATION<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 410368-15<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 1397-07<br>GREER PLAZA INC.<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI FL 33161 |
| CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI, FL 33161 | CREDITOR ID: 278478-24<br>GRUBB & ELLIS MANAGEMENT SVCS INC<br>CAL BUIKEMA, PROPERTY MANAGER<br>3030 N. ROCKY POINT DRIVE<br>SUITE 560<br>TAMPA FL 33607 | CREDITOR ID: 2272-07<br>GRUBB & ELLIS MGT SERVICES, INC.<br>3030 N. ROCKY POINT DRIVE, STE. 560<br>TAMPA FL 33607 |
| CREDITOR ID: 1398-07<br>GS II BROOK HIGHLAND LLC<br>DEPT 554000554001<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 410905-15<br>GS II BROOK HIGHLAND, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ASST GEN CNSL<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 1399-07<br>GS II JACKSONVILLE REGIONAL<br>PO BOX 73153<br>CLEVELAND, OH 44193 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 410900-15
GS II JACKSONVILLE REGIONAL, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CNSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD  OH 44122

CREDITOR ID: 1352-07
GUILFORD, FRANK W JR, TRUSTEE
TRUST UNDER VICTORIA FASCELL WILL
400 UNIVERSITY DRIVE STE 200
CORAL GABLES, FL 33134

CREDITOR ID: 2243-07
GUILFORD, FRANK W. JR.
PENTHOUSE SUITE
2222 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

CREDITOR ID: 278479-24
GUIN SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
SUITE 860
DALLAS TX 75206

CREDITOR ID: 315831-40
GUIN SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 278480-25
GUIN SQUARE LLC
C/O LEDRUE GRAVLEE
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 278636-25
GUIN SQUARE, LLC,
WEBSTER'S MARKET INC.
ATTN: JOE WEBSTER
BOX 508
GUIN AL 35563

CREDITOR ID: 2273-07
GULF COAST PROPERTIES
PO BOX 24087
NEW ORLEANS, LA 70184-4087

CREDITOR ID: 1400-07
GULF COAST PROPERTIES
PO BOX 24087
NEW ORLEANS LA 70184-4087

CREDITOR ID: 2274-07
GULF VIEW PARTNERSHIP
777 ARTHUR GODFREY ROAD
MIAMI BEACH FL 33140

CREDITOR ID: 2275-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO, FL 33774

CREDITOR ID: 1401-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO FL 33774

CREDITOR ID: 410506-15
GULFPORT/ORANGE GROVE ASSOCS, LTD
C/O ECMC
ATTN JOHN C T EDWARDS, AGENT
6055 PRIMACY PARKWAY, SUITE 402
MEMPHIS TN 38119

CREDITOR ID: 2276-07
GUMBERG ASSET MGMT CORP.
REF: PROMENADE SHOPS
3200 N. FEDERAL HIGHWAY
FORT LAUDERDALE FL 33306-1064

CREDITOR ID: 315832-40
GWINNETT PRADO LP
NORTH BRIDGES SHOPPING CENTER
PO BOX 957209
DULUTH, GA 30136-7209

CREDITOR ID: 1404-07
H R ORLANDO LLC
PO BOX 2771
PALM BEACH FL 33480

CREDITOR ID: 2279-07
H. GEORGE CARRISON TRUST A&C1 V/W
C/O J.C. BOCKEL & N.C. CARRISO
10563 JAMES WREN WAY
FAIRFAX VA 22030

CREDITOR ID: 2280-07
H. GEORGE CARRISON TRUST B V/W
C/O J.C. BOCKEL & BB&T(J.HUDGI
2997 MARGARET MITCHELL COURT. NW.
ATLANTA GA 30327

CREDITOR ID: 2281-07
H. GEORGE CARRISON TRUST B V/W
C/O J.C. BOCKEL & N.C. CARRISO
2997 MARGARET MITCHELL COURT. NW.
ATLANTA GA 30327

CREDITOR ID: 2282-07
H.P.M. LTD PARTERSHIP
ATTN: JACK O'ROURKE
3618 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

CREDITOR ID: 1406-07
HADDCO PROPERTIES LTD PARTNERS
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE, FL 32216

CREDITOR ID: 2283-07
HADDCO PROPERTIES LTD PARTNERSHIP
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE FL 32216

CREDITOR ID: 1407-07
HALL PROPERTIES
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 1408-07
HALL PROPERTIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2285-07
HALL PROPERTIES, INC.
4928 ARAPALDOE AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 2013-07
HALL, WILLIAM H
2720 PARK STREET, APT 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2013-07
HALL, WILLIAM H
C/O ROBERT A HECKIN, ESQ
1 SLGIMAN PARKWAY, STE 280
JACKSONVILLE FL 32216

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 2684-07
HALL, WILLIAM H
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 315835-40
HALPERN ENTERPRISES INC
ATTN A/R MANAGER
5269 BUFORD HIGHWAY
ATLANTA, GA 30340

CREDITOR ID: 1410-07
HALPERN ENTERPRISES INC.
ATTN: A/R MANAGER
5269 BUFORD HIGHWAY
ATLANTA GA 30340

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 315836-40
HAMMERDALE INC
C/O R ALEX SMITH
PO DRAWER 3308
MERIDIAN, MS 39303

CREDITOR ID: 405981-99
HAMMERDALE INC NV
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1412-07
HAMMERDALE INC.
C/O R. ALEX SMITH
PO DRAWER 3308
MERIDIAN MS 39303

CREDITOR ID: 2288-07
HAMMOND TARLETON PROPERTIES
PO BOX 6102
GREENVILLE SC 29606-6102

CREDITOR ID: 1413-07
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 315838-40
HARRY B LUCAS MGMNT CORP
2828 TRINITY MILLS STE 10
CARROLLTON, TX 75006

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2292-RJ
HARVEY LINDSAY COMMERCIAL
REAL ESTATE
999 WATERSIDE DRIVE, SUITE 1400
NORFOLK, VA 23510

CREDITOR ID: 1415-RJ
HARVEY LINDSAY COMMERCIAL REAL
999 WATERSIDE DRIVE, SUITE 1400
NORFOLK VA 23510

CREDITOR ID: 2293-07
HASCO PROPERTIES
PO BOX 681
MC COMB, MS 39648-0681

CREDITOR ID: 1416-07
HASCO PROPERTIES
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 1416-07
HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648-0681

CREDITOR ID: 251330-12
HASCO-THIBODEAUX LLC
PO BOX 681
MCCOMB, MS 39648-0681

CREDITOR ID: 251330-12
HASCO-THIBODEAUX LLC
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 2294-07
HAYDAY INC
PO BOX 350940
MIAMI, FL 33135-0940

CREDITOR ID: 1417-07
HAYDAY INC.
PO BOX 350940
MIAMI FL 33135-0940

CREDITOR ID: 315839-40
HAYDEL REALTY COMPANY INC
PO BOX 26194
NEW ORLEANS, LA 70186-6194

CREDITOR ID: 1418-07
HAYDEL REALTY COMPANY INC.
PO BOX 26194
NEW ORLEANS LA 70186-6194

CREDITOR ID: 278481-24
HAYES & MARTOHUE, PA
DEBORAH L. MARTOHUE, ESQ.
5959 CENTRAL AVENUE
SUITE 104
ST. PETERSBURG FL 33710

CREDITOR ID: 2296-07
HAZEL PARK ASSOCIATES
C/O I REISS & SON
ATTN ROBERTA MILLER
200 EAST 61 STREET, STE 29F
NEW YORK NY 10021

CREDITOR ID: 2297-07
HEALTH FACILITIES CREDIT CORP
5750 RUFE SNOW DR #130
RICHLAND HILLS TX 76180

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1543-07
HEARD, LAWRENCE M
C/O ARIANA ASSOCIATES
3904 HALL OAK COURT
VALRICO, FL 33594

CREDITOR ID: 1419-07
HEATHROW SQUARE LLC
ATTN:  LEIGH RUSHING
12121 WILSHIRE BLVD #512
LOS  ANGELES, CA 90025

CREDITOR ID: 2298-07
HECHT PROPERTIES LTD
C/O SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD., SUITE 8
CORAL GABLES FL 33134-5200

CREDITOR ID: 1420-07
HELENA MARKETPLACE LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA STE 102
BIRMINGHAM, AL 35244

CREDITOR ID: 2299-07
HENDERSON CORPORATION
PO BOX 150
WINTER PARK, FL 32790

CREDITOR ID: 1421-07
HENDERSON CORPORATION
PO BOX 150
WINTER PARK FL 32790

CREDITOR ID: 315852-40
HENDERSON, JAMES S
PO BOX 9909
GREENWOOD, MS 38930-1757

CREDITOR ID: 315857-40
HENLEY, JOHN T ET AL
C/O HAMPTON DEVELOPMENT CO
ATTN: MR. GOODE
PO BOX 25967
GREENVILLE, SC 29616

CREDITOR ID: 1491-07
HENLEY, JOHN T. ET AL
C/O HAMPTON DEVELOPMENT CO.
ATTN: MR. GOODE
GREENVILLE SC 29616

CREDITOR ID: 2338-07
HENLEY, JOHN T. ET AL
3736 SOUTH MAIN STREET
HOPE MILLS NC 28348

CREDITOR ID: 278482-24
HERBERT SINGER
C/O BEN FITZGERALD REAL
ESTATE SERVICES LLC
1300 PINECREST DRIVE EAST
MARSHALL TX 75670

CREDITOR ID: 1423-07
HERITAGE COMMUNITY BANK
19540 VALDOSTA HIGHWAY
VALDOSTA, GA 31602

CREDITOR ID: 2300-07
HERITAGE CROSSING ASSOCIATES
PO BOX 18706
RALEIGH, NC 27619-8706

CREDITOR ID: 1424-07
HERITAGE CROSSING ASSOCIATES
PO BOX 18706
RALEIGH NC 27619-8706

CREDITOR ID: 1425-07
HERITAGE PROP INVESTMENT LTD P
GROUP #37 - #03721781
PO BOX 3165
BOSTON, MA 02241-3165

CREDITOR ID: 2301-07
HERITAGE PROP. INVEST. LIMITED PAR
C/O HERITAGE REALTY MANAGEMENT
131 DARTMOUTH STREET
BOSTON MA 02116-5134

CREDITOR ID: 411182-15
HERITAGE PROPERTY INVESTMENT LP
C/O HERITAGE PROP INVESTMENT TRUST
ATTN EDWARD W VALANZOLA, ESQ
131 DARTMOUTH STREET
BOSTON MA 02116

CREDITOR ID: 1426-07
HERITAGE SPE LLC
GROUP #60
PO BOX 5-497
WOBURN, MA 01815

CREDITOR ID: 411181-15
HERITAGE SPE LLC
C/O HERITAGE PROP INVESTMENT TRUST
ATTN EDWARD W VALANZOLA, ESQ
131 DARTMOUTH STREET
BOSTON MA 02116

CREDITOR ID: 1427-RJ
HERITAGE SQUARE ASSOC
3 PALL MALL PLACE
GREENSBORO NC 27455

CREDITOR ID: 2302-RJ
HERITAGE SQUARE ASSOC
3 PALL MALL PLACE
GREENSBORO, NC 27455

CREDITOR ID: 278483-24
HERITAGE SQUARE ASSOCIATES
112 N. MAIN STREET
DURHAM NC 27702

CREDITOR ID: 278637-24
HERITAGE SQUARE ASSOCIATES
NCNB-NATIONAL BANK OF NC
ATTN: LOAN ADMINISTRATION
1630 CONNECTICUT AVENUE NW
WASHINGTON DC 20009

CREDITOR ID: 1428-07
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE, AL 36670

CREDITOR ID: 1429-07
HIALEAH FEE COMMONS LTD
1800 SUNSET HARBOUR DRIVE, STE. 2
MIAMI BEACH, FL 33139

CREDITOR ID: 1430-07
HIALEAH PROMENADE LIMITED PART
C/O STERLING CENTRE CORP MGT SERV
1 N. CLEMATIS STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 408226-15
HIDDEN HILLS, LP
C/O BLANCHARD & CALHOUN COMMERCIAL
ATTN VICTOR J MILLS, MGG PARTNER
BLDG 100, SUITE 370
2745 PERIMETER PKWY
AUGUSTA GA 30909

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 408226-15
HIDDEN HILLS, LP
C/O JAY M SAWILOWSKY, PC
ATTN JAY M SAWILOWSKY, ESQ
699 BROAD STREET, SUITE 1212
AUGUSTA GA 30901-1453

CREDITOR ID: 1431-07
HIGHLAND ASSOCIATES LP
ATTN:  T. J. O'NEIL
1900 THE EXCHANGE, SUITE 180
ATLANTA, GA 30339

CREDITOR ID: 2303-07
HIGHLAND COMMONS BOONE LLC
ASTON PROPERTIES INC.
6525 MORRISON BLVD., SUITE 300
CHARLOTTE NC 28211

CREDITOR ID: 1432-07
HIGHLAND COMMONS BOONE LLC
PO BOX 601084
CHARLOTTE, NC 28260-1084

CREDITOR ID: 1433-07
HIGHLAND LAKES ASSOCIATES
PO BOX 643342
PITTSBURGH, PA 15264-3342

CREDITOR ID: 407595-15
HIGHLAND LAKES CENTER
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN ROBERT M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 1434-07
HIGHLAND SQ SHOP CENTER
C/O THE SEMBLER COMPANY
PO BOX 409824
ATLANTA, GA 30384-9824

CREDITOR ID: 278484-25
HIGHLAND SQUARE
C/O GRUBB & ELLIS MANAGEMENT
PO BOX 550928
TAMPA FL 33655-0928

CREDITOR ID: 1435-07
HILDEBRAN ASSOCIATES
C/O RICHARD G HOEFLING, ESQ
7421 CARMEL EXECUTIVE PARK, STE 214
CHARLOTTE, NC 28226

CREDITOR ID: 397243-68
HILL LANES INC.
ATTN: ROBERT BIER
525 ROUTE 9 NORTH
HOPELAWN, NJ 08861

CREDITOR ID: 410522-15
HILLCREST GDS, LLC
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 1436-07
HILLCREST SHOPPING CENTER
C/O CURSOR PROPERTIES RENT ACC
PO BOX 26785
NEW YORK, NY 10087-6785

CREDITOR ID: 2304-07
HILLCREST SHOPPING CENTRE INC.
130 BLOOR STREET W., SUITE 1200
TORONTO ON M5S1N5
CANADA

CREDITOR ID: 1437-07
HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO. INC.
3501 PGA BLVD.
PALM BEACH, FL 33410

CREDITOR ID: 1438-07
HILYARD MANOR ASSOCIATES LLP
C/O AARON J. EDELSTEIN
36 ISLAND AVENUE
SUITE #56
MIAMI BEACH, FL 33139

CREDITOR ID: 278485-24
HIRAM 99-GA LLC
C/O PRINCIPAL NET LEASE INVESTS LLC
711 HIGH STREET
DES MOINES IA 50392-0301

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
1700 PACIFIC AVE STE 4100
DALLAS TX 75201

CREDITOR ID: 278488-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278486-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278487-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 410745-15
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MANAGEMENT&DEVELOPMNT
ATTN STEVEN LEVIN, VP
21301 POWERLINE ROAD, STE 312
BOCA RATON FL 33433

CREDITOR ID: 1439-07
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 410745-15
HOBE SOUND S C COMPANY LTD
C/O RICE PUGATCH ROBINSON&SCHILLER
ATTN CRAIG A PUGATCH
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

CREDITOR ID: 278638-24
HOB-LOB LIMITED PARTNERSHIP
7707 SW 44TH STREET
OKLAHOMA CITY OK 73179

CREDITOR ID: 1440-07
HOLBROOK HERITAGE HILLS LP
PO BOX 663
MABLETON GA 30126-0663

CREDITOR ID: 2305-07
HOLBROOK HERITAGE HILLS LP
PO BOX 663
MABLETON, GA 30126-0663

CREDITOR ID: 1441-07
HOMESTEAD PLAZA
4725 SW 8TH STREET
MIAMI FL 33134

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2306-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 |
| CREDITOR ID: 2307-07<br>HOMEWOOD ASSOCIATES INC.<br>2595 ATLANTA HIGHWAY<br>ATHENS GA 30606-1232 | CREDITOR ID: 251800-12<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 1443-07<br>HOMOSASSA ASSOCIATION<br>6700 NW BROKEN SOUND PKWY, STE. 201<br>BOCA RATON, FL 33487 |
| CREDITOR ID: 278489-24<br>HORNE PROPERTIES INC.<br>11863 KINGSTON PIKE<br>KNOXVILLE TN 37922 | CREDITOR ID: 2308-07<br>HORTON PROPERTIES LLC<br>19 W. HARGETT STREET #512<br>RALEIGH NC 27601 | CREDITOR ID: 1444-07<br>HOUSTON CENTRE LLC<br>PO BOX 1382<br>DOTHAN, AL 36302 |
| CREDITOR ID: 2309-07<br>HOUSTON CENTRE, LLC<br>C/O SCOTT MARCUM<br>PO BOX 1382<br>DOTHAN AL 36302 | CREDITOR ID: 1445-07<br>HOWELL MILL VILLAGE SHOPPING CENTER<br>C/O MCW - RC GA HOWELL MILL VILLAGE<br>PO BOX 534247<br>ATLANTA, GA 30353-4247 | CREDITOR ID: 1446-07<br>HPC WADE GREEN LLC<br>3838 OAK LAWN<br>SUITE 810<br>DALLAS, TX 75219 |
| CREDITOR ID: 2278-07<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 | CREDITOR ID: 315841-40<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE, FL 33617-3004 | CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC.<br>10912 N. 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 |
| CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE MS 38614 | CREDITOR ID: 315842-40<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE, MS 38614 | CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>C/O HUNT & ROSS, PA<br>ATTN TOM T ROSS, JR, ESQ.<br>PO BOX 1196<br>CLARKSDALE MS 38614 |
| CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209 | CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>C/O BALCH & BINGHAM LLP<br>ATTN THOMAS G AMASON III, ESQ<br>1901 6TH AVENUE NORTH, SUITE 2600<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1448-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI FL 33137 |
| CREDITOR ID: 2311-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI, FL 33137 | CREDITOR ID: 1405-07<br>HV MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO, NC 27420-0847 | CREDITOR ID: 315843-40<br>HYDE PARK PLAZA<br>C/O REGENCY CENTERS LP<br>LEASE# 14123<br>PO BOX 644019<br>PITTSBURGH, PA 15264-4019 |
| CREDITOR ID: 315744-40<br>HYDER, BOYD L<br>314 HYDER ST<br>HENDERSONVILLE, NC 28792-2732 | CREDITOR ID: 1134-07<br>HYDER, BOYD L.<br>314 HYDER STREET<br>HENDERSONVILLE NC 28792-2732 | CREDITOR ID: 1449-RJ<br>I REISS & COMPANY<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1452-07<br>ICOS LLC<br>ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 1453-07<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 1454-07<br>IMPERIAL CHRISTINA SHOPPING CENTER<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE, STE. 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 381944-50<br>INDEPENDENCE SHOPPING CENTRE LTD<br>C/O JOHN MORLEY<br>PO BOX N-1110<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 |
| CREDITOR ID: 1456-07<br>INDIAN CREEK CROSSING E&A LLC<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 2313-07<br>INDIAN CREEK CROSSING E&A LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>ATTN NICOLE S BIDDLE<br>1020 INDUSTRY ROAD STE 40<br>LEXINGTON KY 40505 |
| CREDITOR ID: 315844-40<br>INDIAN TRAIL SQUARE LLC<br>1020 INDUSTRY ROAD<br>SUITE 40<br>LEXINGTON, KY 40505 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 315845-40<br>INDIAN VILLAGE GROUP INC<br>ATTN DAVID SHIN<br>PO BOX 921686<br>NORCROSS, GA 30092 |
| CREDITOR ID: 1457-07<br>INDIAN VILLAGE GROUP INC.<br>ATTN: DAVID SHIN<br>PO BOX 921686<br>NORCROSS GA 30092 | CREDITOR ID: 315846-40<br>INDIANAPOLIS LIFE INS CO<br>C/O AMERUS CAPITAL MGMT GROUP INC<br>PO BOX 773<br>DES MOINES, IA 50303-0773 | CREDITOR ID: 1458-RJ<br>INDIANAPOLIS LIFE INS CO.<br>C/O AMERUS CAPITAL MGMT. GROUP INC.<br>PO BOX 773<br>DES MOINES IA 50303-0773 |
| CREDITOR ID: 1459-RJ<br>INDIANAPOLIS LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32791-1483 | CREDITOR ID: 1460-RJ<br>INDIANAPOLIS LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITILAND, FL 32794-1483 | CREDITOR ID: 2314-RJ<br>INDIANAPOLIS LIFE INSURANCE CO.<br>304 AIRPORT ROAD, SUITE A<br>BENTONVILLE AR 72712 |
| CREDITOR ID: 2315-RJ<br>INDIANAPOLIS LIFE INSURANCE CO.<br>C/O ORION INVMT AND MGMT LTD C<br>9000 SW 152ND STREET, SUITE 106<br>MIAMI FL 33157 | CREDITOR ID: 278490-24<br>INDIANAPOLIS LIFE INSURANCE COMPANY<br>304 AIRPORT ROAD<br>SUITE A<br>BENTONVILLE AR 72712 | CREDITOR ID: 278491-25<br>INDIANAPOLIS LIFE INSURANCE COMPANY<br>PO BOX 527<br>BENTONVILLE AR 72712 |
| CREDITOR ID: 1461-07<br>INDRIO CROSSINGS INC<br>806 EAST 25TH STREET<br>SANFORD FL 32771 | CREDITOR ID: 2316-07<br>INDRIO CROSSINGS INC<br>806 EAST 25TH STREET<br>SANFORD, FL 32771 | CREDITOR ID: 411128-15<br>INGRAM, BOB, RECEIVER FOR OAKDALE<br>INVESTORS, LP CAROLINA HOLDINGS<br>PO BOX 25209<br>GREENVILLE SC 29616 |
| CREDITOR ID: 411093-15<br>INLAND SOUTHEAST BRIDGEWATER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC.<br>ATTN BERT BITTOURNA, ESQ.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON DE 19801 | CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O INLAND REAL ESTATE GROUP, INC.<br>ATTN BERT BITTOURNA, ESQ.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC.<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 | CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON DE 19801 | CREDITOR ID: 411092-15<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O INLAND REAL ESTATE GROUP, INC.<br>ATTN BERT BITTOURNA, ESQ.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 411092-15<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON DE 19801 | CREDITOR ID: 2317-07<br>INLAND SOUTHEAST PROP MGMT CORP<br>5502 LAKE HOWELL ROAD<br>WINTER PARK FL 32792 | CREDITOR ID: 2318-07<br>INLAND SOUTHEAST PROP MGMT CORP.<br>5502 LAKE HOWELL ROAD<br>WINTER PARK FL 32792 |
| CREDITOR ID: 1463-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3305 | CREDITOR ID: 1462-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3005 | CREDITOR ID: 411094-15<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O INLAND REAL ESTATE GROUP, INC.<br>ATTN BERT BITTOURNA, ESQ.<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 411094-15<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON DE 19801 | CREDITOR ID: 411095-15<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON DE 19801 | CREDITOR ID: 411095-15<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC.<br>ATTN BERT BITTOURNA, ESQ.<br>LAW DEPARTMENT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 1464-07<br>INTERCHANGE ASSOCIATES INC<br>190 SOUTH SYKES CREEK PKWY., STE. 4<br>MERRITT ISLAND, FL 32952 | CREDITOR ID: 1465-07<br>INTERWEST CAPITAL CORPORATION<br>ATTN: SHILOH HALL, ASST. V.P.<br>8910 UNIVERSITY CENTER LANE<br>SAN DIEGO CA 92122 | CREDITOR ID: 1466-07<br>INTRACOASTAL MALL LLC<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD., SUITE 450<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O W C WILBUR & CO.<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 | CREDITOR ID: 278639-24<br>INVESCO, LP<br>JEFFERSON PILOT LIFE INSURANCE CO<br>ATTN MORTGAGE LOAN DEPT (3640)<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 |
| CREDITOR ID: 278492-25<br>INVESCO, LP<br>W. C. WILBUR & CO.<br>PO BOX 5225<br>NORTH CHARLESTON SC 29406 | CREDITOR ID: 381948-50<br>INVESTMENT CO. LTD<br>C/O FRANKLIN BUTLER<br>PO BOX N-71<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 278493-24<br>INWOOD NATIONAL BANK<br>ATTN: MIKE HARTLEY<br>SENIOR VICE PRESIDENT<br>7621 INWOOD ROAD<br>DALLAS TX 75209 |
| CREDITOR ID: 1468-07<br>IPF HEIGHTS LIMITED PARTNERSHIP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY RD SUITE 1-1650<br>ATLANTA, GA 30339 | CREDITOR ID: 1469-07<br>IPF/CAPITAL LIMITED PARTNERSHIP<br>C/O INFINITY PROPERTY MGMT. CORP.<br>2727 PACES FERRY ROAD<br>SUITE 1<br>ATLANTA, GA 30339 | CREDITOR ID: 411131-15<br>IPF/CAPITAL LIMITED PARTNERSHIP<br>ATTN MICHAEL S HOCHBERGER, VP<br>2 ROCK HILL LANE<br>BROOKVILLE NY 11545 |
| CREDITOR ID: 252331-12<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O INFINITY PROPERTY MGMT CORP<br>2727 PACES FERRY ROAD SUITE 1-1650<br>PACE WEST BLDG ONE<br>ATLANTA, GA 30339 | CREDITOR ID: 411153-15<br>IPF/HEIGHTS LP<br>C/O BART & SCHWARTZ, LLP<br>ATTN LAWRENCE J SCHWARTZ, ESQ.<br>ONE HUNTINGTON QUADRANGLE, STE 2S12<br>MELVILLE NY 11747 | CREDITOR ID: 411153-15<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339 |

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 411154-15
IPH/HEIGHTS LP
ATTN MICHAEL S HOCHBERGER, PRES
2 ROCK HILL LANE
BROOKVILLE NY 11545

CREDITOR ID: 1470-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA GA 30392-1384

CREDITOR ID: 2320-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA, GA 30392-1384

CREDITOR ID: 2319-07
IRT PARTNERS LP
C/O IRT PROPERTY COMPANY
1696 N. E. MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI , FL 33101-9170

CREDITOR ID: 2321-07
IRT PARTNERS, LP
EQUITY ONE REALTY, & MGMT. FL.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 2323-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 2322-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 1472-07
IRT PROPERTY COMPANY
PO BOX 945793
ATLANTA, GA 30394-5793

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
ATTN RICHARD S YOUNG
1000 VENETIAN WAY, SUITE 810
MIAMI, FL 33139

CREDITOR ID: 1474-07
ISRAM REALTY & MANAGEMENT INC
C/O ISRAM ESCROW/FOREST EDGE
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 2324-07
ISRAM REALTY & MANAGEMENT, INC.
ATTN: MS. SIONA HAYOUN
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

CREDITOR ID: 1475-07
IVEY ELECTRIC COMPANY
ATTN JAMES W IVEY, PRESIDENT
PO BOX 211
SPARTANBURG SC 29304

CREDITOR ID: 1475-07
IVEY ELECTRIC COMPANY
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1476-07
J B LEVERT LAND CO INC
PO BOX 518
METAIRE LA 70004-0518

CREDITOR ID: 315850-40
JACKSON JUNCTION LTD
PO BOX 641625
CINCINNATI, OH 45264-1625

CREDITOR ID: 315819-40
JACKSON, GENE A & MILDRED A
PO BOX 249
HAVELOCK, NC 28532-0249

CREDITOR ID: 397244-68
JAMARCO REALTY, LLC
ATTN: JOHN P. MANES
144 JUNE ROAD
NORTH SALEM, NY 10560

CREDITOR ID: 1478-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO FL 32803-3359

CREDITOR ID: 2327-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO, FL 32803-3359

CREDITOR ID: 315853-40
JAY SCHUMUNSKY TRUST
C/O QUINE & ASSOCIATES
PO BOX 833009
RICHARDSON, TX 75083-3009

CREDITOR ID: 2326-07
JB LEVERT LAND CO INC
PO BOX 518
METAIRE, LA 70004-0518

CREDITOR ID: 315847-40
JC PACE LTD
420 THROCKMORTON STREET
SUITE 710
FORT WORTH, TX 76102-3724

CREDITOR ID: 315854-40
JDN REALTY CORP
ACCT# 190260-JD1766
PO BOX 532614  DEPT 260
ATLANTA, GA 30353-2614

CREDITOR ID: 1480-RJ
JDN REALTY CORP.
ACCT# 190260-JD1766
PO BOX 532614 DEPT 260
ATLANTA GA 30353-2614

CREDITOR ID: 1482-RJ
JDN REALTY CORPORATION
DEPT 318
PO BOX 532614
ATLANTA GA 30353-2614

CREDITOR ID: 1481-RJ
JDN REALTY CORPORATION
DEPT 307 ACCT# 190307-JD1868
PO BOX 532614
ATLANTA GA 30353-2614

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 1483-RJ
JDN REALTY CORPORATION
DEPT 320
PO BOX 532614
ATLANTA, GA 30353-2614

CREDITOR ID: 278494-24
JDN REALTY CORPORATION
3500 PIEDMONT RD NE #325
ATLANTA GA 30305-1599

CREDITOR ID: 410902-15
JDN REALTY CORPORATION
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ASST GEN CNSL
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 2333-07
JEFFERSON-PILOT LIFE INS. CO.
ATTN: MIKE SOLOMON
PO BOX 20407
GREENSBORO NC 27420

CREDITOR ID: 1484-07
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN: DEE CURTIS
PO BOX 20407
GREENSBORO, NC 27420

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
C/O NEXSEN PRUET
ATTN BENJAMIN A KAHN, ESQ
701 GREEN VALLEY ROAD, SUITE 100
GREENSBORO NC 27408

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN DIANA R PALECEK, ESQ
PO BOX 21008
GREENSBORO NC 27420

CREDITOR ID: 1485-07
JEM INVESTMENTS LTD
600 MADISON AVENUE
TAMPA, FL 33602-4039

CREDITOR ID: 411030-15
JEM INVESTMENTS, LTD
C/O HILL WARD & HENDERSON, PA
ATTN PAIGE A GREENLEE, ESQ
101 E KENNEDY BLVD, STE 3700
TAMPA FL 33602

CREDITOR ID: 2334-07
JEM INVESTMENTS, LTD.
600 MADISON STREET
TAMPA FL 33602

CREDITOR ID: 278495-24
JENKINS & GILCHRIST
MARK VOWELL, ESQ.
1445 ROSS AVENUE
SUITE 3200
DALLAS TX 75202

CREDITOR ID: 315855-40
JEROME H & FAITH PEARLMAN TRUST
C/O JEROME H AND FAITH PEARLMAN
828 WOODACRES ROAD
SANTA MONICA, CA 90402

CREDITOR ID: 253046-12
JESUP VICTORY, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 253046-12
JESUP VICTORY, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1487-07
JKA ENTERPRISES LLC
C/O JOSEPH K ANDERSON, PRES
262 FELLS ROAD
ESSEX FELLS, NJ 07021

CREDITOR ID: 1488-07
JNB COMPANY OF VIRGINIA LLC
C/O ATLANTIC DEVELOPMENT & ACQUIS
6912 THREE CHOPT ROAD
RICHMOND, VA 23226

CREDITOR ID: 253162-12
JOE L ALCOKE
1315 S GLENBURNIE RD  STE #20
NEW BERN NC 28562

CREDITOR ID: 1489-RJ
JOHN BENETTI ASSOCIATES
C/O JOHN BENETTI
80 MOUNT VERNON LANE
ATHERTON, CA 94025

CREDITOR ID: 1489-RJ
JOHN BENETTI ASSOCIATES
C/O ANDERLINI FINKELSTEIN EMERICK ET AL
ATTN DAVID G FINKELSTEIN, ESQ
400 S EL CAMINO REAL, SUITE 700
SAN MATEO CA 94402

CREDITOR ID: 278496-24
JOHN BENETTI ASSOCIATES
ATTN: DAVID G FINKELSTEIN, ESQ.
ANDERLINI, FINKELSTEIN, EMERICK
400 SOUTH EL CAMINO REAL, SUITE 700
SAN MATEO CA 94402

CREDITOR ID: 278497-24
JOHN STEWART WALKER COMPANY
GEORGE C. WALKER JR.
3211 OLD FOREST ROAD
LYNCHBURG VA 24501

CREDITOR ID: 315858-40
JPI INC
PO BOX 32352
LOUISVILLE, KY 40232

CREDITOR ID: 253456-12
JRT REALTY GROUP - TIAA
CORPORATE PLAZA OF DEERWOOD
8663 BAYPINE ROAD, SUITE 115
JACKSONVILLE, FL 32256

CREDITOR ID: 1492-RJ
JRT REALTY GROUP - TIAA
CORPORATE PLAZA OF DEERWOOD
8663 BAYPINE ROAD
JACKSONVILLE, FL 32256

CREDITOR ID: 278640-24
JUDY R. STREET
GE BUSINESS ASSET FUNDING CORP
ATTN: KATHERINE MACKINNON
10900 NE 4TH STREET
SUITE 500
BELLEVUE WA 98004

CREDITOR ID: 278498-24
JUDY R. STREET
C/O JOSEPH B. LYLE, ESQ
GREEN & HALE, PC
126 EDGEMONT AVENUE
BRISTOL TN 37621

CREDITOR ID: 2340-RJ
JULA TRUST
919 W. SECOND STREET
CROWLEY LA 70526

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 1493-RJ
JULA TRUST
PO BOX 1566
CROWLEY, LA 70527-1566

CREDITOR ID: 403382-99
JULA TRUST, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN T SADUTTO/S LYDELL, ESQS
1065 AVENUE OF THE AMERICAS, 18TH F
NEW YORK NY 10018

CREDITOR ID: 315859-40
JUPITER PALM ASSOC
7000 W PALMETTO PARK ROAD
SUITE 203
BOCA RATON, FL 33433

CREDITOR ID: 1494-07
JUPITER PALM ASSOC.
7000 W. PALMETTO PARK RD., STE. 203
BOCA RATON FL 33433

CREDITOR ID: 1495-07
JWV (LA) LLC
DBA SUNSHINE SQUARE
C/O JW PROPERTIES INC.
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 315860-40
JWV (LA) LLC DBA SUNSHINE SQ
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 1496-07
K B PROPERTIES INC.
PO BOX 4899
PINEHURST NC 28374

CREDITOR ID: 2342-07
K G B ASSOCIATES #2
C/O BEVERLY CARMEL RETIREMENT
8757 BURTON WAY
LOS ANGELES CA 90048

CREDITOR ID: 381867-99
K-2 PROPERTIES LLC
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN MARGARET R WESTBROOK, ESQ
TWO HANOVER SQUARE, STE 1900
434 LAFAYETTE ST MALL, PO BOX 1070
RALEIGH NC 27602-1070

CREDITOR ID: 278500-25
KAMIN REALTY COMPANY
DANIEL G. KAMIN
PO BOX 10234
PITTSBURGH PA 15232

CREDITOR ID: 278641-24
KAMIN REALTY COMPANY
MODERN WOODMEN OF AMERICA
MISSISSIPPI RIVER AT 17TH STREET
ROCK ISLAND IL 61201

CREDITOR ID: 2343-07
KAMIN REALTY, LLC
400 WEST STREET 2ND FLR
FORT LEE NJ 07024

CREDITOR ID: 2175-07
KAMIN, DANIEL G.
490 SOUTH HIGHLAND AVE.
PITTSBURGH PA 15206

CREDITOR ID: 2341-07
KB PROPERTIES INC
PO BOX 4899
PINEHURST, NC 28374

CREDITOR ID: 1497-RJ
KELLER CROSSING TEXAS LP
C/O BVT MANAGEMENT SERVICES INC
PO BOX 931850
ATLANTA, GA 31193-1850

CREDITOR ID: 278642-24
KELLER CROSSING TEXAS, LP
COMERICA BANK - TEXAS
1601 ELM STREET
DALLAS TX 75201

CREDITOR ID: 278501-24
KELLER CROSSING TEXAS, LP
C/O BVT MANAGEMENT SERVICES INC.
3350 RIVERWOOD PARKWAY
SUITE 1500
ATLANTA GA 30339

CREDITOR ID: 2344-RJ
KELLER CROSSING TEXAS, LP
C/O BVT MGMT SERVICES, INC.
ATTN KRISTA E WILLSON
3350 RIVERWOOD PKWY STE 1500
ATLANTA GA 30339

CREDITOR ID: 1498-RJ
KEMOR PROPERTIES INC
C/O THE RAINES GROUP
1200 MOUNTIAN CREEK ROAD #100
CHATTANOOGA, TN 37405

CREDITOR ID: 278502-24
KEMOR PROPERTIES INC.
ATTN: BILL RAINES
C/O THE RAINES GROUP
1200 MOUNTAIN CREEK ROAD
#100
CHATTANOOGA TN 37405

CREDITOR ID: 278643-24
KEMOR PROPERTIES, INC
FARM BUREAU LIFE INSURANCE CO
ATTN REAL ESTATE/COMM MORTGAGE MGR
5400 UNIVERSITY AVENUE
WEST DES MOINES IA 50266

CREDITOR ID: 2240-07
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 1349-07
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 315815-40
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE, FL 32207

CREDITOR ID: 1499-07
KENNETH CITY PARTNERS
ATTN ROBERT S ISON
PO BOX 20406
ATLANTA GA 30325

CREDITOR ID: 2345-07
KENNETH CITY PARTNERS
PO BOX 20406
ATLANTA, GA 30325

CREDITOR ID: 1500-07
KERBBY PARTNERSHIP
C/O HOBBY PROPERTIES
4312 LEAD MINE RD
RALEIGH, NC 27612

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2346-07<br>KHSC LTD<br>C/O BEER WELLS REAL ESTATE SER<br>11311 N. CENTRAL EXPRESSWAY ST<br>DALLAS TX 75243 | CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1501-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE AL 35631 |
| CREDITOR ID: 2347-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE, AL 35631 | CREDITOR ID: 410846-15<br>KIMCO DELAWARE, INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 410844-15<br>KIMCO DELAWARE, INC, JOAN EIGER,<br>TRUST UW OF ALLAN KIMMEL<br>C/O MORGAN LEWIS BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 2348-07<br>KIMCO REALTY CORPORATION<br>3333 NEW HYDE PARK RD. STE 100<br>P.O. BOX 5020<br>NEW  HYDE  PARK NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 410847-15<br>KIMCO UNIVERSITY COMPANY LTD<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 2199-07<br>KING EDWARD, INC.<br>F/K/A DRINKARD DEVELOPMENT, INC.<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996 | CREDITOR ID: 1504-RJ<br>KINGFISHER INC<br>PO BOX 47<br>LULING LA 70070-0047 |
| CREDITOR ID: 278503-25<br>KINGFISHER INC.<br>PO BOX 47<br>LULING LA 70070 | CREDITOR ID: 278644-24<br>KINGFISHER, INC.<br>INDUSTRIAL DEVELOPMENT BOARD OF THE<br>PARISH OF ST. CHARLES - LOUISIANA<br>THE COURTHOUSE<br>HAHNVILLE LA 70057 | CREDITOR ID: 1505-07<br>KIR AUGUSTA 1 044 LLC<br>PO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 410848-15<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1506-RJ<br>KIR COLERAIN 017 LLC<br>C/O KIMCO REALTY CORP<br>PO BOX 5020<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 278504-25<br>KIR COLERAIN 017 LLC<br>C/O KIMCO REALTY CORPORATION<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 383217-15<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 | CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 410735-15<br>KITE EAGLE CREEK LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282 2100 | CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 | CREDITOR ID: 1509-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH FL 32176 |
| CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH, FL 32176 | CREDITOR ID: 2352-07<br>KMART<br>REAL ESTATE DEPARTMENT<br>3100 WEST BIG BEAVER RD<br>TROY MI 48184 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-7019 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1511-07<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 1512-RJ<br>KOGER EQUITY<br>PO BOX 538266<br>ACCT# 648015<br>ATLANTA, GA 30353-8266 | CREDITOR ID: 2353-07<br>KONOVER PROPERTY TRUST, INC.<br>%KIMCO REALTY CORPORATION<br>PO BOX 5020 3333 NEW HYDE PARK<br>NEW HYDE PARK NY 11042-0020 |
| CREDITOR ID: 1385-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 2265-07<br>KONRAD, GORDON K.<br>PO BOX 10890<br>JEFFERSON LA 70181 | CREDITOR ID: 1513-RJ<br>KOTIS PROPERTIES<br>PO BOX 9296<br>GREENSBORO NC 27429-9296 |
| CREDITOR ID: 278505-25<br>KOTIS PROPERTIES<br>PO BOX 9296<br>GREENSBORO, NC 27429-9296 | CREDITOR ID: 2355-RJ<br>KPT COMMUNITIES LLC<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 278645-24<br>KPT COMMUNITIES LLC<br>TRIANGLE BANK<br>ATTN: MR. EDWARD O. WESSELL<br>4300 GLENWOOD AVENUE<br>RALEIGH NC 27612 |
| CREDITOR ID: 278646-24<br>KPT COMMUNITIES LLC<br>WASHINGTON MUTUAL BANK FA<br>ATTN PORTFOLIO ADMIN<br>555 DIVIDEND DRIVE, SUITE 150<br>MAILSTOP 3545PMTX<br>COPPELLO TX 75019 | CREDITOR ID: 410849-15<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 2356-07<br>KRAVITZ FAMILY TRUST<br>2796 CASIANO ROAD<br>LOS ANGELES CA 90077-1524 |
| CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 410736-15<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 | CREDITOR ID: 2357-07<br>KRG WATERFORD LAKES, LLCIV, LP<br>ATTN:DIRECTOR OF ASSET MANAGEM<br>30 S MERIDIAN, STE 1100<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 254167-12<br>KROGER CO, THE<br>ATTN ERIN DRISKELL/B GACK, LAW DEPT<br>1014 VINE STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 2178-RJ<br>KRUG, DAVID R.<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 | CREDITOR ID: 1521-07<br>L W SMITH JR TRUST<br>301 PARK LAKE ROAD<br>COLUMBIA SC 29223 |
| CREDITOR ID: 2360-07<br>L.R.S. COMPANY<br>903 UNIVERSITY BLVD., N.<br>JACKSONVILLE FL 32211-5527 | CREDITOR ID: 2336-07<br>LA GATTA, JOHN H.O.<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 | CREDITOR ID: 2361-07<br>LA GRANGE MARKETPLACE<br>% REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>ATTN JOHN KOOISTRA, III; ESQ<br>PO DRAWER A<br>BATESVILLE, AR 72503 | CREDITOR ID: 2362-07<br>LA PETITE ROCHE GEN PTNRSHP<br>111 CENTER STREET SUITE 1510<br>LITTLE ROCK AR 72201 | CREDITOR ID: 1523-07<br>LAFAYETTE LIFE INSURANCE CO<br>PO BOX 7007<br>MORTGAGE LOAN 8124<br>LAFAYETTE, IN 47903 |
| CREDITOR ID: 2337-07<br>LAGATTA, JOHN<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 | CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC STORE 1524<br>CO RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 1524-07<br>LAGRANGE MARKETPLACE LLC STORE 1524<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN: JEFFEREY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410566-15<br>LAGS VENTURES INC<br>C/O LTP MANAGEMENT GROUP, INC<br>ATTN RICHARD SIMEONE, SECRETARY<br>4411 CLEVELAND AVENUE<br>FORT MYERS FL 33901 | CREDITOR ID: 410565-15<br>LAGS VENTURES, INC SUCESSOR TO<br>AUGUST URBANEK INVESTMENTS, INC<br>4411 CLEVELAND AVENUE<br>FORT MYERS FL 33901 | CREDITOR ID: 2363-07<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, SUITE 2<br>PONTE VEDRA BEACH, FL 32082-1929 |
| CREDITOR ID: 1525-07<br>LAKE JACKSON TRADNG POST<br>151 SAWGRASS CORNERS DR  STE 2<br>PONTE  VEDRA BEACH FL 32082-1929 | CREDITOR ID: 1526-07<br>LAKE MARY LIMITED PARTNERSHIP<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 EAST WAYNE STREET, SUITE 500<br>FORT  WAYNE, IN 46802 | CREDITOR ID: 1527-07<br>LAKE SUN PROPERTIES LTD<br>ATTN ROGER F RUTTENBERG, GP<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 |
| CREDITOR ID: 2364-07<br>LAKELAND ASSOCIATES, LP<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVE, STE 305<br>CLEARWATER FL 33756 | CREDITOR ID: 1528-07<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD, PA 19317-0999 | CREDITOR ID: 278507-24<br>LAKEWOOD ASSOCIATES LTD<br>701 BRICKELL AVENUE<br>SUITE 1400<br>MIAMI FL 33131 |
| CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 | CREDITOR ID: 1530-RJ<br>LANCASTER COMMUNITY INVESTORS<br>PO BOX 1582<br>KILMARNOCK VA 22482 |
| CREDITOR ID: 2365-RJ<br>LANCASTER COMMUNITY INVESTORS,LC<br>ATTN THOMAS A GOSSE<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | CREDITOR ID: 1531-07<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BCH, FL 32937 | CREDITOR ID: 1532-07<br>LANDING STATION<br>C/O E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 315861-40<br>LANDMARK ENTERPRISES<br>C/O DENNIS COLEMAN<br>(REALTY & INVESTMENT)<br>PO BOX 9306<br>COLUMBUS, MS 39705 | CREDITOR ID: 1533-07<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY<br>SUITE 203<br>MYRTLE  BEACH, SC 29577 | CREDITOR ID: 2366-07<br>LANGDALE TIRE CO<br>LONGLEAF PROPERTY MANAGEMENT<br>P.O. BOX 1088<br>VALDOSTA GA 31603 |
| CREDITOR ID: 1534-07<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTA<br>PO BOX 1088<br>VALDOSTA, GA 31603-1361 | CREDITOR ID: 1535-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 | CREDITOR ID: 2367-07<br>LANGSTON PLACE<br>C/O LANGSTON REAL ESTATE<br>P.O. BOX 'A'<br>HONEA  PATH SC 29654 |
| CREDITOR ID: 278509-24<br>LANTANA SQUARE SHOPPING CENTER LTD<br>C/O SOUTHEAST PROPERTIES<br>1645 SE 3RD COURT<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 278648-24<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>POWER TEAM INC. D/B/A<br>GOOD STUFF FURNITURE<br>600 N. CONGRESS AVENUE<br>DELRAY BEACH FL 33435 | CREDITOR ID: 410553-15<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>C/O GLATTER & ASSOCIATES, PA<br>ATTN ERIC GLATTER, ESQ.<br>1489 WEST PALMETTO PK RD, SUITE 420<br>BOCA RATON FL 33486 |
| CREDITOR ID: 278647-25<br>LANTANA SQUARE SHOPPING CENTER, LTD<br>AMSOUTH BANK<br>PO BOX 588001<br>ORLANDO FL 32858 | CREDITOR ID: 1536-07<br>LAPALCO VILLAGE SHOP CEN<br>7809 AIRLINE HWY SU 309<br>METAIRIE LA 70003 | CREDITOR ID: 2368-07<br>LAPALCO VILLAGE SHOPPING CENTER<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1537-07<br>LARAMIE RIVER BAY LP<br>RIVER BAY PLAZA<br>PO BOX 6006<br>HICKSVILLE, NY 11802-6006 | CREDITOR ID: 1538-RJ<br>LARISSA LAKE JUNE LP<br>6300 INDEPENDENCE PARKWAY<br>SUITE A-1<br>PLANO, TX 75023 | CREDITOR ID: 2369-RJ<br>LARISSA LAKE JUNE, LIMITED<br>6300 INDEPENDENCE PKWY STE A-1<br>PLANO TX 75023 |
| CREDITOR ID: 403442-15<br>LARISSA LAKE JUNE, LTD, A TEXAS LP<br>C/O LOOPER REED & MCGRAW<br>ATTN THOMAS H KEEN ESQ<br>4100 THANKSGIVING TOWER<br>1601 ELM STREET<br>DALLAS TX 75201 | CREDITOR ID: 1539-07<br>LASALA PINEBROOK ASSOCIATES LP<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 407463-99<br>LASALLE BANK NATL ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN B SUMMER CHANDLER/D N STERN<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 |
| CREDITOR ID: 1540-RJ<br>LASCO REALTY LLC<br>P O BOX 418<br>KESWICK VA 22947 | CREDITOR ID: 278511-25<br>LASCO REALTY LLC<br>ATTN ROBERT SCHWAGERL, OWNER<br>PO BOX 418<br>KESWICK, VA 22947 | CREDITOR ID: 278649-25<br>LASCO REALTY, LLC<br>PEOPLES NATIONAL BANK<br>PO BOX 1658<br>DANVILLE VA 24543 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>ATTN SAMUEL WEINTRAUB, VP<br>1267 NW 40TH AVE<br>LAUDERHILL FL 33313 |
| CREDITOR ID: 1541-07<br>LAUDERHILL MALL<br>C/O SHAPIRO AND WEIL<br>ATTN MURRAY B WEIL, JR, ESQ<br>8925 COLLINS AVENUE, UNIT 7-H<br>SURFSIDE FL 33154 | CREDITOR ID: 2372-07<br>LAUDERHILL MALL<br>1267 NW 40TH AVE<br>LAUDERHILL, FL 33313 | CREDITOR ID: 1542-RJ<br>LAUREATE CAPITAL<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 |
| CREDITOR ID: 278650-24<br>LAUREATE CAPITAL CORPORATION<br>ROYAL MACCABEES LIFE INSURANCE CO<br>C/O ROYAL INVESTMENT MANAGEMENT CO<br>9300 ARROWPOINT BOULEVARD<br>CHARLOTTE NC 28273-8135 | CREDITOR ID: 278512-25<br>LAUREATE CAPITAL CORPORATION<br>PO BOX 890090<br>CHARLOTTE NC 28289-0090 | CREDITOR ID: 1544-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY NC 28147 |
| CREDITOR ID: 2373-07<br>LEATHERMAN ASSOC<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147 | CREDITOR ID: 315862-40<br>LEATHERWOOD CROSSING INC<br>PO BOX 4782<br>MARTINSVILLE, VA 24115 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC AND<br>PC PROPERTIES, LLC<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 |
| CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC AND<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 1545-07<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | CREDITOR ID: 1845-07<br>LEFCOURT, SIDNEY<br>2100 PONCE DE LEON BLVD, STE 800<br>CORAL  GABLES, FL 33134-5200 |
| CREDITOR ID: 1546-07<br>LEHMBERG CROSSING LLC<br>C/O MIDLAND LOAN SVC INC<br>1223 SOLUTIONS CENTER LB 77122<br>CHICAGO, IL 60677-1002 | CREDITOR ID: 410484-15<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR, ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 411285-LL<br>LEHMBERG CROSSINGS LLC<br>ATTN: PAUL STREMPEL<br>111 RIVERCHASE PLAZA, STE 102<br>BIRMINGHAM AL 35244 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 278513-24
LENNAR ALABAMA PARTNERS INC.
1601 WASHINGTON AVENUE
SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL GA 30076

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET: #3900
JACKSONVILLE FL 32202

CREDITOR ID: 2375-07
LEONARD R. SETZER
C/O L.R.S. CO.
903 UNIVERSITY BLVD. N.
JACKSONVILLE FL 32211

CREDITOR ID: 278514-24
LEXINGTON 1991 PARTNERSHIP
16955 VIA DEL CAMPO
SAN DIEGO CA 92127

CREDITOR ID: 1549-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE CO
1349 W PEACHTREE STREET SUITE
ATLANTA, GA 30309

CREDITOR ID: 1548-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE & CO
1349 WEST PEACHTREE STREET
ATLANTA, GA 30309-2956

CREDITOR ID: 1550-07
LIBBY CROSS STATION ENTERPRISE
ATTN: RUSS CANNANE
803 COMMONWEALTH DRIVE
WARRENDALE, PA 15086

CREDITOR ID: 1551-RJ
LIF REALTY TRUST
CAIL REALTY
ATTN: M CAIL
106 ACCESS RD
NORWOOD, MA 02062-5294

CREDITOR ID: 408168-15
LIF REALTY TRUST
C/O SMITH ANDERSON LAW FIRM
ATTN AMOS U PRIESTER, IV, ESQ
PO BOX 2611
RALEIGH NC 27602-2611

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA, GA 30309-2956

CREDITOR ID: 2376-07
LIFE INSURANCE COMPANY OF GEORGIA
5780 POWERS FERRY RD NW
ATLANTA GA 30327

CREDITOR ID: 2378-07
LIFTER REALTY
17760 NW 2ND AVE., STE 200
MIAMI FL 33169

CREDITOR ID: 2377-07
LIFTER REALTY
17760 NW 2ND AVE,STE 200
C/O BENNETT M. LIFTER
MIAMI FL 33169

CREDITOR ID: 2078-07
LIFTER, BENNET M.
LIFTER ENTERPRISES
17760 NW SECOND AVE., SUITE 200
MIAMI FL 33169

CREDITOR ID: 410752-15
LIFTER, BENNETT M AS TRUSTEE OF THE
WAIKIKI PRTNRSHP OF THE DANIEL &
HELENE LIFTER TRUST FUNDS
C/O BEN-EZRA&KATZ/M MORALES, ESQ
951 NE 167THH STREET, STE 204
N MIAMI BEACH FL 33162

CREDITOR ID: 1553-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG MS 39401

CREDITOR ID: 2379-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG, MS 39401

CREDITOR ID: 1554-07
LINCOLN TRUST COMPANY
6312 SOUTH FIDDLERS GREEN CIRC
SUITE 400 E  ACCT# 65080211 TE
ENGLEWOOD CO 80111

CREDITOR ID: 2380-07
LINCOLN TRUST COMPANY, CUSTODIAN
FBO JOHN C. STROUGO
6312 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD, CO 80111

CREDITOR ID: 408334-15
LINDNER, RICHARD
C/O JEFFREY W LEASURE, PA
ATTN JEFFREY W LEASURE, ESQ
1342 COLONIAL BLVD, STE H57
PO BOX 61169
FORT MYERS FL 33906-1169

CREDITOR ID: 1555-07
LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER, FL 33458

CREDITOR ID: 407774-99
LINPRO INVESTMENTS INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 411113-15
LIQUIDITY SOLUTIONS INC (SCOTTLAND
C/O ANDREWS KURTH LLP
ATTN JONATHAN LEVINE
450 LEXINGTON AVENUE
NEW YORK NY 10011

CREDITOR ID: 411113-15
LIQUIDITY SOLUTIONS INC (SCOTTLAND
MALL, INC D/B/A REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA - SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1556-07<br>LISETTE STANISH AS TRUSTEE<br>1405 SW 107TH AVE SUITE 301-B<br>MIAMI FL 33174 | CREDITOR ID: 278515-25<br>LITCHFIELD INVESTMENT RIVERWOOD LLC<br>C/O THE MITCHELL COMPANY<br>PO BOX 16036<br>MOBILE AL 36616 | CREDITOR ID: 278651-24<br>LITCHFIELD INVESTMENT RIVERWOOD LLC<br>GMAC COMMERCIAL MORTGAGE SCRTS INC<br>SERIES 1998-C2<br>200 WITMER ROAD<br>HORSHAM PA 19044 |
| CREDITOR ID: 1557-RJ<br>LITCHFIELD INVESTMENTS RIVERWO<br>% MITHCELL COMPANY<br>P O BOX 160306<br>MOBILE AL 36616-1306 | CREDITOR ID: 1518-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 1517-07<br>LJ MELODY & COMPANY<br>C/O BANK ONE<br>PO BOX 297480<br>HOUSTON, TX 77297 |
| CREDITOR ID: 2358-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 315863-40<br>LJ VENTURES LLC<br>C/O JP PROPERTIES INC<br>ATTN: SUSAN BELL<br>ATLANTA, GA 30319 | CREDITOR ID: 278516-24<br>LN PIEDMART VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J. CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 |
| CREDITOR ID: 278516-24<br>LN PIEDMART VILLAGE LLC<br>ATTN: AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 1558-RJ<br>LN PIEDMONT VILLAGE LLC<br>ATTN: AL JOHNSTON LEASING MANAGER<br>4475 RIVER GREEN PARKWAY<br>DULUTH, GA 30009 | CREDITOR ID: 2382-07<br>LOCKWOOD ASSOC OF GA LP<br>80 W WIEUCA RD STE 302<br>ATLANTA, GA 30342 |
| CREDITOR ID: 1559-07<br>LOCKWOOD ASSOC OF GA LTD PTR<br>80 WEST WIEUCA RD SUITE 302<br>ATLANTA GA 30342 | CREDITOR ID: 1520-07<br>LOL LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL  GABLES, FL 33143 | CREDITOR ID: 1560-07<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 |
| CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD.<br>C/O BARRON REAL ESTATE, INC.<br>ATTN JIMMY D PARRISH<br>2900 UNIVERSITY DRIVE, SUITE 26<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 411088-15<br>LONDON ASSOCIATES, LTD.<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ.<br>390 N ORANGE AVENUE, SUITE 600<br>ORLANDO FL 32801 | CREDITOR ID: 2383-07<br>LOUIS PERLIS<br>P.O. BOX 1097<br>CORDELE GA 31010 |
| CREDITOR ID: 2384-07<br>LPI CALHOUN, INC<br>3000 CORPORATE CENTER DR<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2385-07<br>LPI COLUMBUS, INC.<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133-1900 |
| CREDITOR ID: 2386-07<br>LPI MILLEDGEVILLE, INC<br>SUITE 300<br>3000 CORPORATE CENTER DRIVE<br>MORROW GA 30260 | CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 1562-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 |
| CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>ATTN JOHN KOOISTRA, III, ESQ<br>PO BOX A<br>BATESVILLE, AR 72503 | CREDITOR ID: 1563-07<br>LUCY COMPANY OF SOUTH CAROLINA<br>C/O GRUBB & ELLIS WILSON/KIBLER<br>PO BOX 11312<br>COLUMBIA, SC 29211 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O SOUTHERN MANAGEMENT&DEVELOPMNT<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 410744-15
LW JOG SC, LTD
C/O RICE PUGATCH ROBINSON&SCHILLER
ATTN CRAIG A PUGATCH
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

CREDITOR ID: 2359-07
LW SMITH JR TRUST
301 PARK LAKE ROAD
COLUMBIA, SC 29223

CREDITOR ID: 2389-07
M&P INVESTMENT COMPANY
1230 GRANT BUILDING
ATTN: BETH HOFFMAN
PITTSBURGH PA 15219

CREDITOR ID: 410453-15
M&P LULING LP
ATTN IRA M MORGAN, PRESIDENT
1230 GRANT BUILDING
PITTSBURGH PA 15219

CREDITOR ID: 410453-15
M&P LULING LP
C/O KIRKPATRICK & LOCKHART ET AL
ATTN JAMIE BISHOP
HENRY W OLIVER BUILDING
535 SMITHFIELD STREET
PITTSBURGH PA 15222-2312

CREDITOR ID: 1565-07
M&P SHOPPING CENTER
5025 WINTERS CHAPEL RD
LAKE SHORE VILLAGE
ATLANTA, GA 30360-1700

CREDITOR ID: 255180-12
M&P SHOPPING CENTER
LAKE SHORE VILLAGE
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL RD
ATLANTA, GA 30360-1700

CREDITOR ID: 2538-07
MACKEY, SANDRA
3590 CLOUDLAND DRIVE NW
ATLANTA, GA 30327

CREDITOR ID: 278517-25
MACON W. GRAVLEE JR.
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 264143-12
MADISON INVESTORS, LLC F/K/A
VICTORY MADISON, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264143-12
MADISON INVESTORS, LLC F/K/A
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 278518-24
MADISON MALL SHOPPING CENTER INC.
C/O MARX REALTY&IMPROVEMENT CO INC
708 THIRD AVENUE
15TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 1567-RJ
MADISON MALL SHOPPING CTR INC
C/O MARX REALTY & IMP CO INC
ATTN JENNIFER GRUENBERG
708 THIRD AVE, 15TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 1568-07
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 255262-12
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 255262-12
MADISON STATION PROPERTIES LLC
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
111 E CAPITOL STREET, SUITE 600
PO BOX 23066
JACKSON MS 39225-3066

CREDITOR ID: 2390-RJ
MAGNOLIA PARK ASSOCIATES, L.P.
C/O TALCOR COMMERCIAL R.E. SER
1018 THOMASVILLE RD., SUITE 20
TALLAHASSEE FL 32303

CREDITOR ID: 1569-RJ
MAGNOLIA PARK SHOPPING CENTER
C/O TALCOR COMMERCIAL RL EST INC
1018 THOMASVILLE RD
TALLAHASSEE, FL 32303

CREDITOR ID: 2391-RJ
MAGNOLIA PARK SHOPPING CENTER
3382 CAPITAL CIRCLE NE
TALLAHASSE FL 32308

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA, STE 10
BIRMINGHAM, AL 35244

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE LLC
C/O KING, DRUMMOND, & DABBS
ATTN MARJORIE O DABBS. ESQ
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

CREDITOR ID: 278519-24
MAIN STREET MARKETPLACE LLC
2100 RIVERCHASE CENTER
SUITE 230-A
BIRMINGHAM, AL 35244

CREDITOR ID: 278652-25
MAIN STREET MARKETPLACE, LLC
AMSOUTH BANK
ATTN COMMERCIAL REAL ESTATE DEPT
PO BOX 11007
BIRMINGHAM AL 35288

CREDITOR ID: 2392-07
MALCOLM ROSENBERG
840 UNION STREET
SALEM VA 24153-5121

CREDITOR ID: 1571-07
MANATEE VILLAGE INVESTMENTS IN
C/O IN-REL MANAGEMENT INC
2328 TENTH AVENUE NORTH
LAKE WORTH, FL 33461

CREDITOR ID: 315864-40
MANCHESTER MALL ASSOCIATES, LP
C/O CENTER SERVICES INC
6200 CRESTWOOD STATION
CRESTWOOD, KY 40014

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 | CREDITOR ID: 2393-07<br>MANDARIN/LORETTO DEVELOPMENT,LTD<br>P.O BOX 350688<br>JACKSONVILLE FL 32235-0688 | CREDITOR ID: 410888-15<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 | CREDITOR ID: 1574-07<br>MARIONS HOPE LLC<br>C/O WACHOVIA SECURITIES<br>555 CALIFORNIA STREET<br>SUITE 23<br>SAN FRANCISCO, CA 94104 | CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402 |
| CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>C/O BENNETT, LOTTERHOS, ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 1575-07<br>MARKET PLACE PARTNERS<br>MARKET PLACE MGMT INC<br>449 SOUTH WRENN STREET<br>HIGH POINT, NC 27260 | CREDITOR ID: 1576-07<br>MARKET SQUARE INC<br>% MERCHANTS PROPERTY GROUP INC<br>PO BOX 3040<br>DULUTH GA 30096 |
| CREDITOR ID: 1577-07<br>MARKETOWN INVESTORS INC<br>PO BOX 2130<br>BAY ST LOUIS MS 39521-2130 | CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>ATTN ROBERT KANE<br>PO BOX 2130<br>BAY SAINT LOUIS, MS 39521 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 |
| CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 1578-07<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1579-07<br>MARKETPLACE OF DELRAY LTD<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1580-07<br>MARKETPLACE SHOPPING CENTER<br>C/O EDENS & AVANT<br>FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 2395-07<br>MARRERO LAND & IMPROVEMENT ASSOC.<br>WESTWOOD SHOPPING CENTER<br>5201 WESTBANK EXPRESSWAY<br>MARRERO LA 70072 | CREDITOR ID: 279443-99<br>MARRERO LAND&IMPROVEMENT ASSN LLD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | CREDITOR ID: 410537-15<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 |
| CREDITOR ID: 315866-40<br>MARSHALL PLANNING MILL INC<br>ATTN: R W MARSHALL<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 | CREDITOR ID: 2396-07<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7452 JAGER COURT<br>CINCINNATI, OH 45230 | CREDITOR ID: 1581-07<br>MASON SHOPPING CENTER PARTNSHP<br>7452 JAGER COURT<br>CINCINNATI OH 45230 |
| CREDITOR ID: 2397-07<br>MAST DRUG COMPANY<br>ROUTE 4 BOX 425<br>HENDERSON NC 27536 | CREDITOR ID: 278520-25<br>MATLOCK OAKS PARTNERS<br>PO BOX 660394<br>DALLAS TX 75266-0394 | CREDITOR ID: 2398-07<br>MATTIE EQUITY, LLC<br>5850 FAYETTEVILLE ROAD, STE 20<br>DURHAM NC 27713 |

SERVICE LIST

Notice of Hearing

Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 410970-15
MAX D PUYANIC, TRUSTEE TRUST NO 201
SAUL EWING LLP
ATTN JOYCE A KUHNS, ESQ
100 SOUTH CHARLES STREET, 15TH FLR
BALTIMORE MD 21201

CREDITOR ID: 410970-15
MAX D PUYANIC, TRUSTEE TRUST NO 201
C/O COMMODORE REALTY, INC, MG AGENT
30 WEST MASHTA DRIVE, STE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 2399-07
MB VENTURE LTD
C/O IRWIN H MILLER
PO BOX 46468
ST PETERSBURG FL 33741

CREDITOR ID: 399722-15
MCADAMS-NORMAN PROPERTIES II, LLC
ATTN THOMAS E NORMAN
PO BOX 32068
CHARLOTTE NC 28232

CREDITOR ID: 410940-15
MCALESTER VENTURE, INC.
C/O H J TAYLOR & ASSOCIATES, INC.
ATTN HARVE J TAYLOR, PRESIDENT
PO BOX 640
BENTONVILLE AR 72712

CREDITOR ID: 1582-07
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 1583-07
MCDONOUGH MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 2400-07
MCDONOUGH MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1584-07
MCDUFFIE SQUARE L P
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 2401-07
MCDUFFIE SQUARE L P
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 255884-12
MCDUFFIE SQUARE LP
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS
PO BOX 8088
GREENVILLE NC 27835-8088

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS ESQ
120 WEST FIRE TOWER ROAD
WINTERVILLE NC 28590

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
ATTN WAYNE MCKINNEY
851 WASHINGTON SQ MALL
WASHINGTON NC 27889

CREDITOR ID: 2225-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1316-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1585-RJ
MCNAB PLAZA INC
C/O WILLIAM B SHIELDS JR
4350 WEST SUNRISE BLVD 119D
PLANTATION, FL 33313

CREDITOR ID: 1586-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 255924-12
MCW DEVELOPMENT INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON, AL 36202

CREDITOR ID: 1587-RJ
MCW RC FL HIGHLANDS LLC
PO BOX 534138
ATLANTA, GA 30353-4138

CREDITOR ID: 408259-99
MCW-RC FL HIGHLANDS, LLC
C/O HELD & ISREAL
ATTN: EDWIN W HELD, JR., ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408261-99
MCW-RC FL-SHOPPES AT 104, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408262-99
MCW-RC GA HOWELL MILL VILLAGE, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408260-99
MCW-RC GA PEACHTREE PKWY
PLAZA, LLC
C/O HELD & ISREAL
ATTN A FRISCH/E W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 397351-15
MCW-RC GA-PEACHTREE PKWY PLAZA LLC
ATTN ANGELA RETTERBUSH
121 WEST FORSYTH STREET, SUITE 200
JACKSONVILLE FL 32202

CREDITOR ID: 278521-24
MCW-RC-GA-PEACHTREE PRKWY PLAZA LLC
C/O REGENCY CENTERS, LP
121 WEST FORSYTH STREET
SUITE 200
JACKSONVILLE FL 32202

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 1588-07
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1589-07
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM CITY, FL 34990

CREDITOR ID: 1591-07
MELLON TRUST OF CALIFORNIA
SAMUAL OSCHIN TRUSTEE
10375 WILSHIRE BLVD #8C
LOS ANGELES CA 90024

CREDITOR ID: 1592-07
MERCHANTS SQUARE INVESTMENTS, LLC
ATTN JENNA NGUYEN
4852 JIMMY CARTER BLVD, STE A
NORCROSS, GA 30093

CREDITOR ID: 410498-15
MERCHANTS SQUARE INVESTMENTS, LLC
ATTN VICTOR GIBBONS, MGR
4852-A JIMMY CARTER BLVD
NORCROSS GA 30093

CREDITOR ID: 1593-07
MERIDIAN SUPERMARKET LLC
24E COTA STREET
SUITE 100
SANTA  BARBARA, CA 93101

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O MORRISON & FOERSTER, LLP
ATTN LARREN M. NASHELSKY, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN: NICHOLAS GRIFFTHS
4 WORLD TRADE CENTER
NEW YORK NY 10080

CREDITOR ID: 316158-40
MET LIFE
5647 ROOSEVELT BOULEVARD
JACKSONVILLE, FL 32254

CREDITOR ID: 2403-07
METRO INTERNATIONAL PROP FUN IV LP
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C2A8
CANADA

CREDITOR ID: 1594-07
METRO INTERNATIONAL PROPERTY
% NAVONA INVESTORS
2 EVA RD STE 221
ETOBICOKE ON
CANADA

CREDITOR ID: 2404-07
METRO INTERNATIONAL PROPERTY FUND
2 EVA ROAD SUITE 221
ETOBICOKE ON M9C 2A8
CANADA

CREDITOR ID: 406311-15
METROPOLITAN LIFE INSURANCE COMPANY
ATTN ROBERT GOLDSTEIN, ESQ
2400 LAKEVIEW PARKWAY, SUITE 400
ALPHARETTA GA 30004

CREDITOR ID: 315869-40
METTS CO REAL ESTATE
4014 DUTCHMANS LANE
LOUISVILLE, KY 40207-4715

CREDITOR ID: 1595-07
MIAMI GARDENS ACQUISITION LLC
C/O WHARTON REALTY GROUP INC
8 INDUSTRIAL WAY EAST
EATONTOWN, NJ 07724

CREDITOR ID: 278522-24
MICHIGAN NATIONAL BANK
27777 INKSTER ROAD
FARMINGTON HILLS MI 48334

CREDITOR ID: 1596-07
MID AMERICAN MANAGEMENT CORP
ATTN: ACCOUNTS RECEIVABLE DEPT
2901 BUTTERFIELD ROAD
OAK BROOK, IL 60523

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

CREDITOR ID: 410588-15
MIDLAND ADVISORS CO, AS AGENT
N AMERICAN CO FOR LIFE INSUR OF NY
ATTN ERIC SILVERGOLD, AUTH SIG
135 EAST 57TH STREET
NEW YORK NY 10022

CREDITOR ID: 410588-15
MIDLAND ADVISORS CO, AS AGENT
C/O PAUL, HASTINGS, ET AL
ATTN TED SMITH, ESQ
600 PEACHTREE STREET, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 1598-RJ
MIDLAND LOAN SERVICES
C/O PNC BANK PITTSBURGH
LOAN 030231723
PO BOX 642303
PITTSBURGH, PA 15264-2303

CREDITOR ID: 1600-RJ
MIDLAND LOAN SERVICES INC
C/O PNC BANK PITTSBURGH
LOAN 921444
PO LOCKBOX 642303
PITTSBURGH, PA 15264-2303

CREDITOR ID: 1599-RJ
MIDLAND LOAN SERVICES INC
1223 SOLUTIONS CENTER
CHICAGO, IL 60677-1002

CREDITOR ID: 2405-RJ
MIDLAND LOAN SERVICES, INC
PO BOX 419539
KANSAS  CITY MO 64141-6539

CREDITOR ID: 1601-RJ
MIDWEST CENTERS
3307 CLIFTON AVENUE
CINCINNATI OH 45220

CREDITOR ID: 278523-24
MIDWEST CENTERS LTD
ATTN ALVIN LIPSON, MANAGING MEMBER
3307 CLIFTON AVENUE
CINCINNATI OH 45220

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2407-07<br>MIKE KENNELLY<br>4015 SANTA BARBARA BLVD<br>NAPLES FL 34104 | CREDITOR ID: 2408-07<br>MILESTONE PROPERTIES<br>C/O MILESTONE PROPERTIES<br>200 CONGRESS PARK DR. #103<br>DELRAY  BEACH FL 33445 | CREDITOR ID: 278653-24<br>MILFORD ASSOCIATES, L.P<br>STAR BANK NA<br>425 WALNUT STREET<br>M.L. 9205<br>CINCINNATI OH 45202 |
| CREDITOR ID: 278524-24<br>MILFORD ASSOCIATES, LP<br>C/O QT MANAGEMENT LLC<br>670 WHITE PLAINS ROAD<br>SUITE 305<br>SCARSDALE NY 10583 | CREDITOR ID: 2409-07<br>MILFORD STATION LTD<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1602-07<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 1604-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH FL 33010 | CREDITOR ID: 2410-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH, FL 33010 |
| CREDITOR ID: 1605-07<br>MITCHELL CO<br>ATTN ALAN G REST<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 256520-12<br>MITCHELL CO<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 1606-RJ<br>MITCHELL MORTGAGE COMPANY LLC<br>ATTN: ORE DEPARTMENT<br>PO BOX 27459<br>HOUSTON, TX 77227 |
| CREDITOR ID: 278525-25<br>MITCHELL MORTGAGE COMPANY LLC<br>ATTN: ORE DEPARTMENT/POP 325<br>PO BOX 27459<br>HOUSTON TX 77227-7459 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN: ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3054 |
| CREDITOR ID: 1607-07<br>MODERN WOODMAN OF AMERICA<br>C/O THE INTERLACHEN CO<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 1609-07<br>MODERN WOODMEN OF AMERICA<br>C/O INTERLACHEN COMPANY<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 1608-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK  ISLAND IL 61201 |
| CREDITOR ID: 2411-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND, IL 61201 | CREDITOR ID: 1610-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH FL 33012-6670 | CREDITOR ID: 1610-07<br>MOHATRA INC<br>RICARDO A GONZALEZ & ASSOC, PA<br>ATTN RICARDO A GONZALEZ, ESQ<br>7270 NW 12ST, PENTHOUSE 9<br>MIAMI FL 33126 |
| CREDITOR ID: 2412-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH, FL 33012-6670 | CREDITOR ID: 315871-40<br>MONFORT HEIGHTS STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 1611-07<br>MONROEVILLE CENTER PARTNERS LTD<br>PO BOX 230<br>POINT  CLEAR, AL 36564 |
| CREDITOR ID: 408167-15<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 1612-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA FL 34240 | CREDITOR ID: 256657-12<br>MOORINGS OF MANATEE INC<br>ATTN BARRY SPENCER, PRESIDENT<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1613-RJ<br>MORGRAN CO<br>C/O GRUBB & ELLIS MGMT<br>PO BOX 550928<br>TAMPA, FL 33655-0928 | CREDITOR ID: 399353-15<br>MORGRAN COMPANY, THE<br>C/O GINNIE VAN KESTEREN, ESQ<br>111 SECOND AVENUE NE, SUITE 706<br>ST PETERSBURG FL 33701 | CREDITOR ID: 1614-07<br>MORRIS TRACK CORP &<br>WILLISTON HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137 |
| CREDITOR ID: 1615-07<br>MORRO PALMS SHOPPING CENTER<br>WELLS FARGO BANK CLNT SERV CNT<br>420 MONTGOMERY STREET, 7TH FLOOR<br>SAN  FRANCISCO, CA 94104-7700 | CREDITOR ID: 2414-07<br>MORRO PALMS SHOPPING CENTER PART<br>C/O MRS. MONA GELLER, TRUSTEE<br>2938 DIVISADERO STREET<br>SAN  FRANSICO CA 94123 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA, 20TH FLOOR<br>SAN FRANCISCO CA 94111 |
| CREDITOR ID: 1616-RJ<br>MOULTON PROPERTIES<br>PO BOX 12524<br>PENSACOLA FL 32573-2524 | CREDITOR ID: 2415-RJ<br>MOULTON PROPERTIES<br>ATTN: BOB MOULTON<br>380 LURTON STREET<br>PENSACOLA FL 32505 | CREDITOR ID: 278526-25<br>MOULTON PROPERTIES INC.<br>PO BOX 12524<br>PENSACOLA FL 32573 |
| CREDITOR ID: 408316-15<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904 | CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 1617-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 | CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY, TN 37602-4034 | CREDITOR ID: 278527-25<br>MPM RESOURCES LLC<br>PO BOX 80673<br>LAFAYETTE LA 70598 |
| CREDITOR ID: 278654-25<br>MPM RESOURCES, LLC<br>PROTECTIVE LIFE INSURANCE COMPANY<br>ATTN: INVESTMENT DEPARTMENT<br>PO BOX 2606<br>BIRMINGHAM AL 35202 | CREDITOR ID: 1620-07<br>MR MALCOLM ROSENBERG<br>C/O ALLSTORE<br>2734 COLONIAL AVENUE<br>ROANOKE, VA 24015 | CREDITOR ID: 2418-07<br>MR ROBERT S SMALL<br>P O BOX 10287<br>GREENVILLE SC 29603 |
| CREDITOR ID: 2419-07<br>MR SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 | CREDITOR ID: 2420-07<br>MR. FRED D. BENTLEY, SR.<br>241 WASHINGTON AVENUE<br>PO BOX 968<br>MARIETTA GA 30060 | CREDITOR ID: 2421-07<br>MR. LOUIS FEIL<br>C/O THE FEIL ORGANIZATION<br>370 SEVENTH AVE STE 618<br>NEW  YORK NY 10001 |
| CREDITOR ID: 2424-07<br>MR. MARC DILORENZO<br>1530 PALWARE AVENUE SUITE 15F<br>FORT  LEE NJ 07024-1335 | CREDITOR ID: 2425-07<br>MR. SAM GENIRBERG<br>1707 ARLINGTON BLVD<br>EL  CERRITO CA 94530 | CREDITOR ID: 410781-15<br>MSC, LLC, STORE 2055<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN: JEFFEREY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 |
| CREDITOR ID: 410781-15<br>MSC, LLC, STORE 2055<br>C/O RETAIL MANAGEMENT GROUP<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM AL 35426-1036 | CREDITOR ID: 1622-07<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA  RATON, FL 33427-3760 | CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>6353 W. ROGERS CIRCLE<br>SUITE 1<br>BOCA  RATON FL 33487-2757 |

SERVICE LIST

Notice of Hearing

**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315872-40<br>MUNTZING SATTELE CO INC<br>AS AGENT FOR RIVERMONT SQUARE<br>1155 HAMMOND DR SUITE 5250 BLD<br>ATLANTA, GA 30328 | CREDITOR ID: 1623-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK  HILL SC 29732-4452 | CREDITOR ID: 410396-15<br>MUSEUM ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 2427-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL, SC 29732-4452 | CREDITOR ID: 2428-07<br>MYSTIC L.L.C.<br>P.O. BOX 100<br>PLATTENVILLE LA 70393 | CREDITOR ID: 257376-12<br>N COLUMBUS CROSSING SHOP CTR LLC<br>C/O PAGE SCRANTOM SPROUSE, ET AL<br>ATTN ROBERT C BRAND, JR, ESQ.<br>PO BOX 1199<br>COLUMBUS OH 31902 |
| CREDITOR ID: 257376-12<br>N COLUMBUS CROSSING SHOP CTR LLC<br>ATTN EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS GA 31904 | CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 315821-40<br>NALLEY, GEORGE B JR<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 2257-07<br>NALLEY, GEORGE B. JR.<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 1375-07<br>NALLEY, GEORGE B. JR.<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1374-07<br>NALLEY, GEORGE B. JR.<br>C/O GBN PROPERTIES #1<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1627-07<br>NAPLES SOUTH REALTY ASSOCIATES<br>C/O AMERICAN COMMERCIAL REALTY<br>4400 PGA BLVD, SUITE 305<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 1628-07<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>2299 SW 37TH AVE<br>MIAMI, FL 33145 | CREDITOR ID: 256911-12<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA<br>2299 SW 37TH AVE<br>MIAMI, FL 33145 | CREDITOR ID: 278528-24<br>NASHVILLE TN ASSOCIATES<br>A NY GENERAL PARTNERSHIP<br>C/O WD FAYETTEVILLE GA LLC<br>ATTN: ARTHUR REISS<br>60 EAST 42ND STREET, SUITE 2201<br>NEW YORK NY 10165 |
| CREDITOR ID: 2331-07<br>NASSAR, JAMIL G.  MD TRUSTEE<br>27030 PACIFIC TERRANCE DRIVE<br>MISSION VIEJO CA 92692 | CREDITOR ID: 381949-50<br>NASSAU MARKET CO., LTD<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 411101-15<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C860A<br>CINCINNATI OH 45202 |
| CREDITOR ID: 410718-15<br>NATIONAL REDEVELOPMENT, INC<br>ATTN BURGESS L DOAN<br>5710 WOOSTER PIKE, SUITE 121<br>CINCINNATI OH 45227 | CREDITOR ID: 1629-07<br>NATIONAL WESTERN INSURANCE COMPANY<br>ATTN: MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 1630-07<br>NATIONAL WESTERN LIFE INSURANCE<br>ATTN MTG LOAN DEPT FOR STORE #<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 |
| CREDITOR ID: 411178-15<br>NATIONWIDE MUTUAL CO.O1 AS<br>SUBROGEE AND INTERES TO GULFPORT<br>C/O NATIONWIDE<br>2901 W BUSCH BLVD, STE 403<br>TAMPA FL 33618 | CREDITOR ID: 1631-07<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 | CREDITOR ID: 408169-15<br>NAVARRE SQUARE, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410953-15<br>NB/85 ASSOCIATES<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1632-07<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1633-07<br>NDC ASSET MANAGEMENT<br>C/O TOWER CENTER ASSOCIATES<br>4415 FIFTH AVENUE<br>PITTSBURGH, PA 15213 |
| CREDITOR ID: 1634-RJ<br>NEW BAY MINETTE LLC<br>PO BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 278655-24<br>NEW BAY MINETTE, LLC<br>HEILIG-MEYERS FURNITURE COMPANY<br>12560 WEST CREEK PARKWAY<br>RICHMOND VA 23238 | CREDITOR ID: 1635-07<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>BOSTON, MA 02110 |
| CREDITOR ID: 241335-07<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 2432-07<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS GA 31904 | CREDITOR ID: 1637-07<br>NEW PLAN EXCEL REALTY TRUST<br>4536 COLLECTIONS CENTER DR<br>ACCT# 876946<br>CHICAGO IL 60693 | CREDITOR ID: 1636-07<br>NEW PLAN EXCEL REALTY TRUST<br>4536 COLLECTIONS CENTER DR<br>ACCT # 194012<br>CHICAGO IL 60693 |
| CREDITOR ID: 1644-07<br>NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 402938<br>ATLANTA, GA 30384-2938 | CREDITOR ID: 2436-07<br>NEW PLAN EXCEL REALTY TRUST INC<br>ACCT 186002<br>1120 AVE OF AMERICAS, 12TH FL<br>NEW YORK NY 10036 | CREDITOR ID: 2435-07<br>NEW PLAN EXCEL REALTY TRUST INC<br>1120 AVENUE OF THE AMERICAS,<br>12TH FLOOR<br>NEW YORK NY 10036 |
| CREDITOR ID: 410993-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>CLOVERDALE VILLAGE, FLORENCE, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410991-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>ST ELMO CENTRAL, CHATTANOOGA, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411016-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411015-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411014-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>CREEKWOOD SHOPPING CENTER, REX, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411013-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>SHOPPES OF VICTORIA SQ. PT ST LUCIA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411002-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>NORMANDY SQUARE, JACKSONVILLE, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411001-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>SILVER HILLS, ORLANDO, FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411000-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>HOLLY HILL SHOPPING CTR, HOLLY HILL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 410999-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>RIVERWOOD SHOPPING CTR, PORT ORANGE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410998-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>MIAMI GARDENS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410997-15<br>NEW PLAN EXCEL REALTY TRUST INC. TA<br>PRESIDENTIAL PLAZA, N LAUDERDALE FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 410996-15
NEW PLAN EXCEL REALTY TRUST INC. TA
RUTLAND PLAZA, ST PETERSBURG, FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410994-15
NEW PLAN EXCEL REALTY TRUST INC. TA
HABERSHAM VILLAGE, CORNELIA, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC. TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410990-15
NEW PLAN EXCEL REALTY TRUST INC. TA
SWEETWATER VILLAGE, AUSTELL, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410995-15
NEW PLAN EXCEL REALTY TRUST INC. TA
MARKETPLACE AT WYCLIFFE, LK WORTH
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411075-15
NEW PLAN EXCEL RLTY TRST TA CLINTON
CROSSING, CLINTON MS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L. POLLACK
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411076-15
NEW PLAN EXCEL RLTY TRST TA MARRERO
SHOPPING CENTER, MARRERO, LA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411078-15
NEW PLAN EXCEL RLTY TRST TA ROANOKE
LANDING, WILLIAMSTON, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2441-07
NEW PLAN EXCHANGE PROPERTY OWNER I
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2442-07
NEW PLAN NORMANDY SQUARE,LLC
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2443-07
NEW PLAN REALTY OF ALABAMA INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1645-07
NEW PLAN REALTY TRUST
4536 COLLECTIONS CENTER DRIVE
ACCT# 219006
CHICAGO, IL 60693

CREDITOR ID: 315881-40
NEW PLAN REALTY TRUSTN INC
LEASE# 219006
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 381943-50
NEW PROVIDENCE DEVELOPMENT
COMPANY LIMITED
C/O JOHN M IONSON/ALISTAR
R G HENDERSON, LYFORD CAY
PO BOX N-4820
NASSAU,
BAHAMAS

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS, OH 43260

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
C/O RICHARD G HOEFLING, ESQ
7421 CARMEL EXECUTIVE PARK, STE 214
CHARLOTTE, NC 28226

CREDITOR ID: 2444-07
NEWTON DEVELOPMENT, INC
250 WASHINGTON STREET
PRATTVILLE AL 36067

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET LLC
C/O LNR PARTNERS, INC.
ATTN DANNY VANDER REIS
1601 WASHINGTON AVE, SUITE 700
MIAMI FL 33139

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF ESQ
2525 PONCE DE LEON BLVD STE 90
CORAL GABLES FL 33134

CREDITOR ID: 410881-15
NINE MILE PARTNERS, LTD
C/O HARWELL HOWARD HYNE, ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 1624-07
NKC PROPERTIES
P O BOX 4479
DALTON GA 30719

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON, GA 30719

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS  INLET, SC 29576

CREDITOR ID: 2449-07
NOBLE MANAGEMENT
5821 LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1649-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT  LAUDERDALE FL 33310-0849

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT  LAUDERDALE, FL 33310-0849

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 410883-15
NOM FRANKLIN LTD/HUEYTOWN
C/O HARWELL HOWARD HYNE, ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO, IL 60674-1689

CREDITOR ID: 2430-07
NOM PROPERTIES INC
P O BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 410421-15
NORFAM, LLC SUCCESSOR TO CAROLINA
DEVELOPMENT CO
C/O KENNEDY COVINGTON, ET AL
ATTN MARGARET R WESTBROOK
PO BOX 1070
RALEIGH NC 27602-1070

CREDITOR ID: 1650-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 410853-15
NORMANDY EQUITIES, LTD
ATTN BERNARD E SMITH, VP
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLAZA
FT  LAUDERDALE, FL 33394

CREDITOR ID: 411144-15
NORTH AMERICAN CO LIFE & HEALTH INS
MIDLAND ADVISORS CO, AS AGENT
C/O PAUL HASTINGS JANOFSKY ET AL
ATTN T SMITH, III/C SHARBAUGH, ESQS
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPING CT
ATTN: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS, GA 31904

CREDITOR ID: 1653-07
NORTH HIXSON MARKETPLACE LLC
6111 PEACHTREE DUNWOODY ROAD
BUILDING F  SUITE 203
ATLANTA, GA 30328

CREDITOR ID: 410364-15
NORTH HIXSON MARKETPLACE, LLC
C/O WILES & WILES
ATTN JOHN J WILES, ESQ
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 1654-07
NORTH MADISON ASSOCIATES LTD
PO BOX 12767
2117 SECOND AVENUE NORTH
BIRMINGHAM, AL 35202-2767

CREDITOR ID: 1655-07
NORTH PORT VILLAGE SHOPPING
CENTER ASSOCIATES LTD
C/O ISRAM REALTY & MANGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 407596-15
NORTH RIDGE SHOPPING CENTER
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN ROBERT M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 315882-40
NORTH SHORE CROSSING LLC
C/O GREAT SOUTH MGMT MSC# 4105
PO BOX 415000
NASHVILLE, TN 37241-5000

CREDITOR ID: 2453-07
NORTH SHORE CROSSINGS, LLC
GREAT SOUTH MANAGEMENT, LLC
217 JAMESTOWN PARK RD. SUITE #
BRENTWOOD TN 37027

CREDITOR ID: 1656-07
NORTHCROSS LAND & DEVELOPMENT
PO BOX 403155
ATLANTA, GA 30384

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT LLC
C/O MOORE & VAN ALLEN, PLLC
ATTN CAROLINE HUBBELL, ESQ
100 N TRYON STREET, SUITE 4700
CHARLOTTE NC 28202-4003

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT LLC
FKA NORTHCROSS LAND &DEVELOPMENT LP
3800 ARCO CORPORATE DR, SUITE 200
CHARLOTTE NC 28273

CREDITOR ID: 1657-07
NORTHEAST PLAZA ASSOCIATES
1345 MAIN STREET, SUITE C 2
SARASOTA, FL 34236-5019

CREDITOR ID: 1658-RJ
NORTHERN FUNDS FBO URBANEK INV
PO BOX 75986
ACCT# 6110329270
CHICAGO, IL 60675-5986

CREDITOR ID: 1659-07
NORTHSIDE ASSOCIATES LLC
C/O GABRIEL JEIDEL
16 EAST 34TH ST., 16TH FLOOR
NEW  YORK, NY 10016-4328

CREDITOR ID: 1660-07
NORTHSIDE DEVELOPMENT GROUP
C/O BLANCHARD & CALHOUN COMMER
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909-1808

CREDITOR ID: 1661-07
NORTHSIDE SHOPPING CENTER
C/O TALCOR COMMERCIAL REAL EST
1018 THOMASVILLE RD SUITE 200A
TALLAHASSEE, FL 32303

CREDITOR ID: 1662-07
NORTHWAY INVESTMENTS LLC
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLACE SUITE 2001
FORT  LAUDERDALE, FL 33394

CREDITOR ID: 1663-07
NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON, MS 39216-5763

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1664-07<br>NORTHWOOD OAKS LLC PROVIDENCE<br>PO BOX 60608<br>CHARLOTTE, NC 28260-0608 | CREDITOR ID: 410960-15<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 1665-07<br>NORTHWOOD PLAZA LLC<br>8302 LAUREL FAIR CIRCLE, STE 100<br>TAMPA, FL 33610-0637 |
| CREDITOR ID: 2455-RJ<br>NP OF TENNESSEE LP<br>1120 AVENUE OF THE AMERICAS,<br>12TH FLOOR<br>NEW YORK NY 10036 | CREDITOR ID: 1667-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD SC 29648-1095 | CREDITOR ID: 2456-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD, SC 29648-1095 |
| CREDITOR ID: 411127-15<br>OAKDALE INVESTORS, LP STORE 1225<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 | CREDITOR ID: 411127-15<br>OAKDALE INVESTORS, LP STORE 1225<br>700 MAIN STREET<br>DUNCAN SC 29334 | CREDITOR ID: 381941-50<br>OAKES FIELD SHOPPING CENTRE LTD<br>ATTN: NEIL A MACTAGGART JR.<br>PO BOX N-1583<br>NASSAU,<br>BAHAMAS |
| CREDITOR ID: 1668-07<br>OAKS SHOPPING CENTER INC<br>806 E 25TH ST<br>SANFORD FL 32771-4548 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>806 EAST 25TH STREET<br>SANFORD FL 32771 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>ATTN: TAMERA T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 |
| CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 411080-15<br>O'BRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145 |
| CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT COMPANY<br>1255 POST STREET, SUITE 950<br>SAN FRANCISCO, CA 94109 | CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>% CHARLES WAYNE PROPERTIES, IN<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 1670-07<br>OCEANWAY PLAZA ASSOC LTD<br>C/O FLETCHER BRIGHT COMPANY<br>1827 POWERS FERRY ROAD<br>ATLANTA, GA 30339 |
| CREDITOR ID: 410526-15<br>OCEANWAY PLAZA ASSOC LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 315883-40<br>OHIO NATIONAL LIFE INSURANCE CO.<br>C/O PRESTON MORTGAGE CORP<br>5215 N O'CONNOR ROAD<br>SUITE 200<br>IRVING, TX 75039 | CREDITOR ID: 278533-24<br>OLD 97 INC.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 1671-RJ<br>OLD 97, INC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 2073-07<br>ONEILL, BARRY F.<br>1355 TERRELL MILL ROAD<br>BUILDING 1478<br>MARIETTA GA 30067 |
| CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 411157-15<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411152-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HOLDERS OF BEAR STEARNS COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411151-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD 21201 | CREDITOR ID: 411180-15<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411141-15<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411142-15<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411148-15<br>ORIX CAPITAL MKTS, SERIES 2000-C1<br>HOLDERS OF DUETSCHE MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411137-15<br>ORIX CAPITAL MKTS, SERIES 2000-C4<br>HOLDERS OF LB-UBS COMMERCIAL MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411134-15<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411133-15<br>ORIX CAPITAL MRKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKET<br>1717 MAIN ST 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE, SUITE 360<br>STOCKTON CA 95219 | CREDITOR ID: 1676-RJ<br>ORLANDO MARKETPLACE LIMITED PA<br>P O BOX 862085<br>ORLANDO FL 32886-2085 |
| CREDITOR ID: 2460-RJ<br>ORLANDO MARKETPLACE LIMITED PA<br>PO BOX 862085<br>ORLANDO, FL 32886-2085 | CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 410445-15<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 |
| CREDITOR ID: 410445-15<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES, CA 90024 | CREDITOR ID: 410727-15<br>OZARK PLACE PARTNERSHIP<br>C/O HOGAN DEVELOPMENT CO<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 410727-15<br>OZARK PLACE PARTNERSHIP<br>C/O KAREM & KAREM<br>ATTN JOHN W HARRISON JR, ESQ<br>333 GUTHRIE GREEN, SUITE 312<br>LOUISVILLE KY 40202 | CREDITOR ID: 410689-15<br>PACIERA, VINCENT ET AL TRUST NO 3<br>D/B/A PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | CREDITOR ID: 1677-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI OH 45233 |
| CREDITOR ID: 2461-07<br>PAJ<br>893 FOX CREEK LANE<br>CINCINNATI, OH 45233 | CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK, NY 11042-0020 |
| CREDITOR ID: 410842-15<br>PALM AIRE MARKETPLACE, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>C/O DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004-0992 |

Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | CREDITOR ID: 278534-24<br>PALM LAKES LLC<br>2285 EXECUTIVE DRIVE<br>SUITE 420<br>LEXINGTON KY 40505 | CREDITOR ID: 315885-40<br>PALM LAKES LLC MEADOWTHROPE MA<br>C/O COLEMAN GROUP<br>2285 EXECUTIVE DRIVE<br>LEXINGTON, KY 40505 |
| CREDITOR ID: 278656-24<br>PALM LAKES, LLC<br>MODERN WOODMEN OF AMERICA<br>1701-1ST AVENUE<br>ROCK ISLAND IL 61201 | CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 2462-07<br>PALM TRAILS PLAZA<br>C/O REGENCY CENTERS L P<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 1684-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA  PATH SC 29654 |
| CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH, SC 29654 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O BLANCO, TACKABERRY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O SWAIN MANAGEMENT LLC<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 |
| CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 |
| CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW  ORLEANS LA 70124-0005 | CREDITOR ID: 408348-15<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>ATTN: LENARD THYLAN, PRES.<br>369 LEXINGTON AVENUE<br>NEW  YORK NY 10017 |
| CREDITOR ID: 1688-07<br>PARKLAND PARTNERSHIP LP<br>POST OFFICE BOX 8509<br>COLUMBIA SC 29202 | CREDITOR ID: 2466-07<br>PARKLAND PARTNERSHIP LP<br>PO BOX 8509<br>COLUMBIA, SC 29202 | CREDITOR ID: 1689-RJ<br>PARKVIEW SQUARE OWNER CORPORATION<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 |
| CREDITOR ID: 315886-40<br>PARKWAY PLAZA<br>PO BOX 1152<br>BARBOURVILLE, KY 40906-1152 | CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS, OH 43215-2568 | CREDITOR ID: 278535-24<br>PARKWOOD VILLAGE<br>C/O HJ BROWN COMPANIES<br>7667B LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 410527-15<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O THE BROWN COMPANIES<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 1691-RJ<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O HJ BROWN COMPANIES<br>7667B LAKE WORTH ROAD<br>LAKEWORTH, FL 33467 | CREDITOR ID: 410887-15<br>PASCAGOULA PROPERTIES, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1692-07<br>PASS CHRISTIAN VILLAGE<br>P O BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 2467-07<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 1694-07<br>PATTON PLAZA LLC<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY AL 36117 |
| CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>C/O CAPELL & HOWARD PC<br>ATTN JAMES L WEBB, ESQ<br>150 SOUTH PERRY STREET<br>PO BOX 2069<br>MONTGOMERY AL 36102-2069 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>ATTN ANNE D KING, MEMBER<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 278536-24<br>PAUL S. ELKIN, ESQ.<br>1201 CENTRAL PARK BOULEVARD<br>FREDERICKSBURG VA 22401 |
| CREDITOR ID: 315888-40<br>PAVIT COMPLEX INC<br>C/O THE TROTMAN COMPANY<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 1695-07<br>PAW CREEK CROSSING<br>C/O LAT PURSER & ASSOCIATES<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 | CREDITOR ID: 1696-RJ<br>PEACH ORCHARD CENTER<br>2743 PERIMETER PARKWAY<br>BUILDING 100 SUITE 370<br>AUGUSTA, GA 30909 |
| CREDITOR ID: 278537-24<br>PEACH ORCHARD CENTER LLC<br>3152 WASHINGTON ROAD<br>AUGUSTA GA 30907 | CREDITOR ID: 1697-RJ<br>PEACHTREE PARKWAY PLAZA<br>C/O MCW RC GA PEACHTREE PKWY<br>PO BOX 534276<br>ATLANTA, GA 30353-4276 | CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 |
| CREDITOR ID: 2469-07<br>PEARL BRITTAIN, INC.<br>ATTN:  MR. JOSEPH PEARSON<br>710 SOUTH MARIETTA STREET<br>GASTONIA NC 28052 | CREDITOR ID: 258229-12<br>PEARL RAMSLAND<br>44021 VISTA ROAD<br>ISLE MN 56342 | CREDITOR ID: 1486-07<br>PEARLMAN, JEROME H AND FAITH  TR<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA MONICA CA 90402 |
| CREDITOR ID: 2470-07<br>PELICAN ASSOCIATES<br>C/O INGBER & KLAPPER LLP<br>575 LEXINGTON AVENUE, 31ST FLO<br>NEW  YORK NY 10022 | CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 1701-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 |
| CREDITOR ID: 381937-15<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 1703-07<br>PEREGINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>PO BOX 10387<br>DES  MOINES, IA 50306-0387 | CREDITOR ID: 2472-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET<br>DES  MOINES IA 50392 |
| CREDITOR ID: 278658-24<br>PEREGRINE PROPERTIES LP<br>DOC'S GYM INC.<br>ATTN: DR. DAVID WILLIAMS<br>1101 WALNUT CREEK DRIVE<br>MANSFIELD TX 76063 | CREDITOR ID: 278657-25<br>PEREGRINE PROPERTIES LP<br>ALLIED CAPITAL CORPORATION<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 | CREDITOR ID: 278539-24<br>PEREGRINE PROPERTIES LP<br>ATTN: COMMERCIAL REAL ESTATE<br>LOAN ADMINISTRATOR<br>REF. NO. 750418<br>711 HIGH STREET<br>DES MOINES IA 50392 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278538-24<br>PEREGRINE PROPERTIES LP<br>711 HIGH STREET<br>DES MOINES IA 50392 | CREDITOR ID: 278659-25<br>PEREGRINE PROPERTIES LP<br>FIRST NATIONAL BANK<br>PO BOX 400<br>101 E. BRIDGE STREET<br>GRANBURY TX 76048 | CREDITOR ID: 411079-15<br>PEREGRINE PROPERTIES LP, BY ITS<br>AGENT CLEARVIEW INVESTMENT LTD<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 1704-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 1705-07<br>PERIPETY GROUP INC C/O COMM P<br>3605 SANDY PLAINS RD, SUITE 240-178<br>MARIETTA, GA 30066 |
| CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 278540-25<br>PG-1 DEVELOPMENT COMPANY<br>CENTURY 21 GRIMES & ASSOCIATES<br>PO BOX 664<br>GEORGETOWN SC 29442 | CREDITOR ID: 269333-16<br>PGM DIAMONDHEAD, LLC<br>C/O CHARLES F. MCREYNOLDS<br>248 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 |
| CREDITOR ID: 2475-07<br>PHIL & SHARON DRAKE<br>106 PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 2476-07<br>PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1706-07<br>PHOENIX JR INC<br>P O BOX 3211<br>CLEARWATER FL 33767 |
| CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 | CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT  MYERS, FL 33906 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>LAW OFFICES OF JEFFREY SOLOMON<br>ATTN JEFFREY SOLOMON, ESQ.<br>3864 SHERIDAN STREET<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>ATTN CATHY HOSN, PROP MGR<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA  RATON, FL 33432 | CREDITOR ID: 315889-40<br>PINEBELT PARTNERS INC<br>PO BOX 6426<br>LAUREL, MS 39441 | CREDITOR ID: 1710-RJ<br>PINEL LP<br>C/O COMERICA BANK - TEXAS<br>PO BOX 891534<br>DALLAS, TX 75389-1534 |
| CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY, FL 32056 | CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 1712-07<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>C/O FLOWERS CONSTRUCTION CO<br>ATTN: REBECCA COTTO<br>113 BASCOM COURT, SUITE A<br>COLUMBUS, GA 31909-8562 | CREDITOR ID: 1714-07<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK<br>CHARLOTTE, NC 28226 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:    05-03817-3F1**

CREDITOR ID: 399437-15
PLANK ROAD PARTNERSHIP
ATTN JAMES H SCHULTZ
3111 FAIRWAY DRIVE
BATON ROUGE LA 70809

CREDITOR ID: 1716-07
PLAZA WEST 15190117351
ATTN: EDMUND TERRY
211 ALEXANDER PAM RD
BOCA RATON FL 33432

CREDITOR ID: 315833-40
PLUNKETT, H C
C/O BATESVILLE SECURITY BANK
TMAS 7302228
PO BOX 690
BATESVILLE, MS 38606

CREDITOR ID: 410937-15
PLUNKETT, H C, ESTATE OF
C/O BUTLER SNOW ETAL
ATTN: STEPHEN W ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CREDITOR ID: 410937-15
PLUNKETT, H C, ESTATE OF
C/O ANGELA HEALY
PO BOX 13492
JACKSON MS 39236-3492

CREDITOR ID: 1403-07
PLUNKETT, H.C.
PO BOX 5306
JACKSON MS 39296-5306

CREDITOR ID: 1402-07
PLUNKETT, H.C.
C/O BATESVILLE SECURITY BANK
TMAS 7300228
PO BOX 690
BATESVILLE MS 38606

CREDITOR ID: 315834-40
PLUNKETT, HC
PO BOX 5306
JACKSON, MS 39296-5306

CREDITOR ID: 411089-15
PMAT FLAMINGO, LLC
C/O SHER GARNER CAHILL ET AL
ATTN NEAL J KLING, ESQ.
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 384294-47
PMG OCEAN ASSOCIATES 11 LLC
C/O WANDER & ASSOCIATES, PC
ATTN DAVID WANDER, ESQ
641 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 1717-07
PMT PARTNERS V LLC
C/O BELL MOORE GROUP INC
5200 PARK ROAD
SUITE 120
CHARLOTTE, NC 28209

CREDITOR ID: 278542-24
PNC
230 S. TRYON STREET
SUITE 700
CHARLOTTE NC 28202

CREDITOR ID: 315890-40
PNC BANK
REF: ORIX CAPITAL MARKETS LLC
1200 E CAMPBELL ROAD
SUITE 108
RICHARDSON, TX 75081

CREDITOR ID: 1718-RJ
PNC BANK PHILADELPHIA
LOCKBOX 31001-0363
465 N HALSTEAD
PASADENA, CA 91107-1524

CREDITOR ID: 1918-07
POMPANO MARKETPLACE T/A WESTERN LLC
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD
MIAMI BEACH, FL 33140

CREDITOR ID: 1719-07
PONCE REALTY COMPANY
C/O SOUTHERN MGMT & DEV
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 1720-07
PONDEROSA CENTER INC
PO BOX 53729
FAYETTEVILLE NC 28305

CREDITOR ID: 2479-07
PONDEROSA CENTER INC
PO BOX 53729
FAYETTEVILLE, NC 28305

CREDITOR ID: 258311-12
PONTE VEDRA SQUARE, LLC, SUCCESSOR
PENTAGON PROPERTIES
ATTN J C DEMETREE JR, MGR
3740 BEACH BLVD, SUITE 300
PO DRAWER 47050
JACKSONVILLE FL 32247-7050

CREDITOR ID: 2480-07
POPPS FERRY (MS) LLC
C/O ANDERS, BOYETT & BRADY, PC
ATTN DAVID A. BOYETT, III, ESQ
3800 AIRPORT BLVD, SUITE 203
MOBILE AL 36608

CREDITOR ID: 2480-07
POPPS FERRY (MS) LLC
C/O L W CAVE REAL ESTATE INC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 1721-07
POPPS FERRY MS DEV
P O BOX 81322
MOBILE AL 36689

CREDITOR ID: 410762-15
PORCUPINE WDS, LLC
C/O KARMIN REALTY CO
ATTN DANIEL G KARMIN
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 410762-15
PORCUPINE WDS, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 1722-07
POTTER SQUARE ASSOCIATES
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 1722-07
POTTER SQUARE ASSOCIATES
C/O PROPERTY CONCEPTS
545 WATERGATE COURT
ROSWELL, GA 30076-3239

CREDITOR ID: 384327-47
POWERS, ROBERT D
PO BOX 788
202 E BROAD STREET
EUFAULA, AL 36027

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE, LA 70001 | CREDITOR ID: 1724-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>3060 PEACHTREE RD STE 1850<br>ATLANTA GA 30305 |
| CREDITOR ID: 278543-24<br>PREMIER PLAZA ASSOCIATES LLC<br>3060 PEACHTREE ROAD<br>SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 278660-24<br>PREMIER PLAZA ASSOCIATES, LLC<br>HU MEENA PRESIDENT<br>TELEPAK INC.<br>125 S. CONGRESS STREET<br>SUITE 1000<br>JACKSON MS 39201 |
| CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, L.P.<br>1717 WOODSTEAD COURT<br>THE  WOODLANDS TX 77380-0077 | CREDITOR ID: 1725-RJ<br>PRESTONBURG VILLAGE SHOP CENTER<br>L-1342<br>COLUMBUS, OH 43260-1342 | CREDITOR ID: 1726-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 |
| CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE, OH 43952 |
| CREDITOR ID: 278544-24<br>PRINCIPAL<br>711 HIGH STREET<br>DES MOINES IA 50392-0301 | CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES, IA 50301-8245 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>C/O PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES, IA 50392 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEC, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 2484-07<br>PRINCIPAL LIFE INSURANCE CO.<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 |
| CREDITOR ID: 1740-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN D 751385<br>DES  MOINES IA 50306-0387 | CREDITOR ID: 2485-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 278545-24<br>PRINCIPAL LIFE INSURANCE COMPANY<br>ATTN: COMMERCIAL R/E LOAN ADMINISTR<br>801 GRAND AVENUE<br>DES MOINES IA 50392-0001 |
| CREDITOR ID: 1741-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 399571<br>DES MOINES, IA 50306-0387 | CREDITOR ID: 1737-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 750412<br>DES  MOINES, IA 50309 | CREDITOR ID: 1743-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE FL 33063-4246 |
| CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | CREDITOR ID: 1744-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1023<br>GREENVILLE SC 29602-1806 | CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE, SC 29602-1806 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 1747-07
PROM VENTURE LIMITED PARTNERSHIP
C/O GUMBERG ASSET MGMT CORP
PO BOX 951559
CLEVELAND, OH 44193-0124

CREDITOR ID: 2487-07
PROMENADES MALL (E & A), LLC
900 NATIONS BNK PLZ, 1901 MAIN
ATTN: JODIE MCLEAN
COLUMBIA SC 29202

CREDITOR ID: 1746-07
PROMENADES MALL, LLC
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 2488-07
PROPERTY CONCEPTS INC
545 WATERGATE CT
ROSWELL GA 30076-3239

CREDITOR ID: 2489-07
PROPERTY ONE, INC.
2014 WEST PINHOOK ROAD
SUITE 705
LAFAYETTE LA 70508-8505

CREDITOR ID: 408375-15
PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 278546-24
PROVIDENT BANK
3124 W. BROAD STREET
RICHMOND VA 23230

CREDITOR ID: 410387-15
PRUDENTIAL CO - LAKE CITY
SHOPPING CENTER INVESTMENT LP
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410392-15
PRUDENTIAL CO - ST JOHN'S COMMONS
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410391-15
PRUDENTIAL CO - STILES CORPORATION
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 2245-07
PS FRANKLIN, LTD
ATTN FRED CHIKOVSKY, GP
1720 HARRISON STREET
HOLLYWOOD FL 33020

CREDITOR ID: 2244-07
PS FRANKLIN, LTD
ATTN FRED CHIKOVSKY, GP
1720 HARRISON STREET, SUITE 7-A
HOLLYWOOD FL 33020

CREDITOR ID: 397210-67
PS TURFWAY, LLC
C/O PARTY SOURCE
95 RIVERIA DRIVE
BELLEVUE KY 41073

CREDITOR ID: 1748-RJ
PSI OF LOUISIANA INC
PO BOX 80673
LAFAYETTE LA 70598

CREDITOR ID: 2490-RJ
PSI OF LOUISIANA INC
PO BOX 80673
LAFAYETTE, LA 70598

CREDITOR ID: 1749-07
PSMA LTD AP FLA FP FLA TIC
C/O PHILIPS INTL HOLDING CORP
295 MADISON AVE 2ND FLOOR
NEW YORK, NY 10017-5820

CREDITOR ID: 1750-07
QUAIL ROOST ASSOC. PARTNERSHIP
1575 SAN IGNACIO AVE STE 100
CORAL GABLES, FL 33146

CREDITOR ID: 1751-07
QUAIL RUN VILLAGE
ATTN F CARRINGTON OR R DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 410959-15
QUINCY ASSOCIATES
C/O STRADLEY RONON STEVENS, ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 1752-07
QUINCY ASSOCIATES LTD
PO BOX 999
CHADDS  FORD PA 19317

CREDITOR ID: 2491-07
QUINCY ASSOCIATES LTD
PO BOX 999
CHADDS FORD, PA 19317

CREDITOR ID: 1753-RJ
R&G ASSOCIATES
11300 N CENTRAL EXPWY, SUITE 407
DALLAS, TX 75243

CREDITOR ID: 315891-40
R&G ASSOCIATES
8235 DOUGLAS AVENUE
SUITE 815 LB - 49
DALLAS, TX 75225

CREDITOR ID: 278661-24
R&G ASSOCIATES
HELLER FINANCIAL INC.
500 WEST MONROE STREET
15TH FLOOR
CHICAGO IL 60661

CREDITOR ID: 278547-24
R&G ASSOCIATES
835 DOUGLAS AVENUE
SUITE 815
LB-49
DALLAS TX 75235

CREDITOR ID: 399733-15
R&G ASSOCIATES DBA
MARKETPLACE PARTNERS LTD
ATTN GEORGE ALLEN, MGR
8235 DOUGLAS AVENUE, STE 815, LB-49
DALLAS TX 75225

CREDITOR ID: 1755-07
RAB LAND & DEVELOPMENT INC
PO BOX 46345
ST  PETERSBURG  BEACH FL 33741-6345

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 2493-07
RAB LAND & DEVELOPMENT INC
PO BOX 46345
ST PETERSBURG  BEACH, FL 33741-6345

CREDITOR ID: 278548-25
RADCLIFF PLAZA PARTNERS
PO BOX 12310
LEXINGTON KY 40582

CREDITOR ID: 1756-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN AL 35902

CREDITOR ID: 2494-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN, AL 35902

CREDITOR ID: 1757-07
RAINBOW SPRINGS VENTURES LC
C/O CHASE ETERPRISES
ONE COMMERCIAL PLAZA
HARTFORD, CT 06103

CREDITOR ID: 259207-12
RAINBOW SPRINGS VENTURES, LC
C/O CHASE ENTERPRISES
ATTN CHERYL A CHASE
229 ASYLUM STREET, 29TH FLOOR
HARTFORD, CT 06103

CREDITOR ID: 2495-07
RAINSAN PROPERTIES,LLC
C/O KIN PROPERTIES, INC
185 NW SPANISH RIVER BLVD, STE
BOCA  RATON FL 33431-4230

CREDITOR ID: 259220-12
RALPH MEITIN FAMILY PARTNERSHIP LTD
ATTN JULIAN R MEITIN, GP
PO BOX 162732
ALTAMONTE SPRINGS, FL 32716-2732

CREDITOR ID: 1758-07
RALPH MEITIN FAMILY PARTNERSHIP LTD
ATTN JULIAN R MEITIN, GP
PO BOX 162732
ALTAMONTE SPRINGS, FL 32716-2732

CREDITOR ID: 1759-07
RAMCO USA DEVELOPMENT INC
PO BOX 2291
174 WEST COMSTOCK AVE, SUITE 100
WINTER PARK, FL 32790

CREDITOR ID: 279491-99
RAMCO-GERSHENSON PROPERTIES LP
C/O KUPELIAN ORMOND & MAGY PC
ATTN:P MAGY/ T HILLER JR/M THOMPSON
25800 NORTHWESTERN HWY, STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 1760-07
RANDALL BENDERSON 1993-1 TRUST
BRADEN RIVER PO
LEASE# S3641
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 410952-15
RANDALL BENDERSON 1993-1 TRUST &
WR-II ASSOCIATES, LTD, AS T/I/C
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVE
BUFFALO NY 14202

CREDITOR ID: 1761-07
RANDY ROARK
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 1762-07
RAPPAPORT MANAGEMENT CO
8405 GREENSBORO DRIVE
SUITE 830
MCLEAN, VA 22102-5118

CREDITOR ID: 1763-07
RAYNE PLAZA SHOPPING CENTER
P.O. BOX 258
RAYNE LA 70578-0258

CREDITOR ID: 259302-12
RAYNE PLAZA SHOPPING CENTER
C/O BESLIN & CUNNINGHAM, LLC
ATTN DENALD A BESLIN, ESQ
800 NORTH POLK STRRET
PO BOX 258
RAYNE, LA 70578-0258

CREDITOR ID: 2497-07
RAYNE PLAZA SHOPPING CENTER
PO BOX 258
RAYNE, LA 70578-0258

CREDITOR ID: 2498-07
REAL EQUITIES LMTD. PARTNERSHIP II
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

CREDITOR ID: 2499-07
REALTY MANAGEMENT CONSULTANTS INC.
PO BOX 137
GREENDALE WI 53129-0137

CREDITOR ID: 259355-12
RED OAK SHOPPING CENTER LLC
C/O SPECTRUM CAUBLE MANAGEMENT LLC
5871 GLENRIDGE DRIVE, SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 259355-12
RED OAK SHOPPING CENTER LLC
C/O BALCH & BINGHAM LLP
ATTN BETH T BAER, ESQ
3535 PIEDMONT RD, BLDG 14, STE 1100
ATLANTA GA 30305

CREDITOR ID: 1764-07
RED OAK SHOPPING CENTER LLC
5871 GLENRIDGE DRIVE
SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 2500-07
REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY
BUILDING 10 SUITE 101
ATLANTA GA 30327-3052

CREDITOR ID: 1765-07
REEF ASSOCIATES, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 1765-07
REEF ASSOCIATES, LTD
C/O COURTELIS CO
ATTN V STOSIK/W D PITTS, PRES
703 WATERFORD WAY, SUITE 800
MIAMI, FL 33126-4677

CREDITOR ID: 1766-07
REGENCY CENTERS INC
C/O MAIN STREET SQUARE
PO BOX 532937
ATLANTA GA 30353-2937

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2501-07
REGENCY CENTERS INC
C/O MAIN STREET SQUARE
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 1767-07
REGENCY CENTERS INC
MARINERS VILLAGE
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 408263-99
REGENCY CENTERS, LP
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD, JR, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2502-07
REGENCY CENTERS, LP
121 W FORSYTH STREET, STE. 200
JACKSONVILLE FL 32202

CREDITOR ID: 2503-07
REGENCY REALTY GROUP, INC.
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 1768-07
REGENCY SAVING BANK FSB
LOAN SERVICING DEPT
11 WEST MADISON
OAK PARK, IL 60302

CREDITOR ID: 1769-07
REGENCY SAVINGS BANK FSB
ATTN: COMMERCIAL LOAN SAVINGS
11 WEST MADISON
OAK  PARK, IL 60302

CREDITOR ID: 1770-07
REGENT INVESTMENT CORPORATION
222 THIRD STREET SE
SUITE 230
CEDAR RAPIDS, IA 52401

CREDITOR ID: 410779-15
REGIONS BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203 2104

CREDITOR ID: 2504-07
RETAIL ASSET MANAGEMENT
P O BOX 5666
CLEARWATER FL 33758-5666

CREDITOR ID: 2505-07
RETAIL CENTER HAMPTON LLC
378 KNOLLWOOD DRIVE
CHARLESTON WV 25302

CREDITOR ID: 1771-07
RETAIL CENTER HAMPTON LLC
C/O T&F PROPERTIES
153 GREENVILLE STREET S W
AIKEN, SC 29801

CREDITOR ID: 2506-07
RETAIL MANAGEMENT GROUP INC
PO BOX 8860
MOBILE AL 36689

CREDITOR ID: 1772-07
RETAIL MANAGEMENT GROUP INC
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1773-07
RETREAT VILLAGE MANAGEMENT CO
PO BOX 5046
MACON, GA 31208

CREDITOR ID: 2507-07
RETREAT VILLAGE MANAGEMENT CO,LLC
PO BOX 5046
MACON GA 31208

CREDITOR ID: 1774-07
RIAL CORPORATION
C/O WILLIAM C STILLWAGON
319 SOUTH MAPLE AVE
GREENSBURG, PA 15601-3218

CREDITOR ID: 2508-07
RICHARD A NEWMAN
ARENT FOX KINTNER PLOTKIN & KA
1050 CONNECTICUT AVENUE NW
WASHINGTON DC 20036-5339

CREDITOR ID: 1775-07
RICHARD BALL & ASSOCIATES
PO BOX 1054
MINERAL  WELLS TX 76067

CREDITOR ID: 2509-07
RICHARD BALL & ASSOCIATES
PO BOX 1054
MINERAL  WELLS, TX 76067

CREDITOR ID: 2510-07
RICHARD J. LINDNER
111 GILES AVENUE
JERSEY  CITY NJ 07306

CREDITOR ID: 1776-RJ
RIDGEVIEW INC
PO BOX 6895
RICHMOND VA 23230-6895

CREDITOR ID: 2511-RJ
RIDGEVIEW INC
PO BOX 6895
RICHMOND, VA 23230-6895

CREDITOR ID: 315892-40
RIDGEWOOD SQUARE LLC
PO BOX 4782
MARTINSVILLE, VA 24115

CREDITOR ID: 410376-15
RILEY PLACE LLC
4222 HIGHWAY 90
PACE FL 32571

CREDITOR ID: 410376-15
RILEY PLACE LLC
C/O EMMANUEL, SHEPPARD & CONDON
ATTN SALLY BUSSELL FOX, ESQ
30 S SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 1777-07
RILEY PLACE LLC
PO BOX 1260
RIDGELAND, MS 39158

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315893-40<br>RINCON ASSOCIATES<br>C/O GARY JUSTER<br>303 SOUTH BROADWAY SUITE 450<br>TARRYTOWN, NY 10591-5410 | CREDITOR ID: 1778-07<br>RIVER OAKS<br>C/O HUGHES REAL ESTATE INC<br>PO BOX 2567<br>GREENSVILLE, SC 29602 | CREDITOR ID: 408299-99<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD<br>SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 1779-07<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 | CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS, FL 33418-4012 | CREDITOR ID: 1780-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 |
| CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM, MA 02027-0111 | CREDITOR ID: 410968-15<br>RK HALLANDALE LP & 17070 COLLINS<br>AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK NY 10178 | CREDITOR ID: 279492-99<br>RLV MARKETPLACE LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN:P MAGY/T HILLER JR/M THOMPSON<br>25800 NORTHWESTERN HWY, STE 950<br>SOUTHFIELD MI 48075 |
| CREDITOR ID: 315894-40<br>RM SMITH INVESTMENTS<br>PO BOX 3468<br>JACKSON, MS 39207 | CREDITOR ID: 410469-15<br>RMC PROPERTY GROUP<br>ATTN KIMBERLY LAMB, VP OPERATIONS<br>1733 W FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 2513-07<br>ROANOKE LANDING, LTD<br>C/O NEW PLAN EXCEL REALTY TRUS<br>1120 AVENUE OF THE AMERICAS 12<br>NEW YORK NY 10036 |
| CREDITOR ID: 2496-07<br>ROARK, RANDY<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1782-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 | CREDITOR ID: 2514-07<br>ROBERT G HORSMAN<br>90 ELM LANE<br>SHREWSBURY NJ 07702 |
| CREDITOR ID: 1783-07<br>ROBERT H PALMER JR<br>PO BOX 3146<br>JOHNSON CITY TN 37602 | CREDITOR ID: 259785-12<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS, FL 33420 | CREDITOR ID: 1784-07<br>ROBERT N RIZIKA<br>107 WINDWARD DR<br>PALM BEACH GARDENS FL 33418-4012 |
| CREDITOR ID: 1785-07<br>ROBERTSDALE DEV LLC<br>P O BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 2517-07<br>ROBERTSDALE DEV LLC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1787-07<br>ROEBUCK VENTURES LTD<br>C/O JP PROPERTIES INC<br>135 PARKSIDE CLOSE<br>ALPHARETTA GA 30022 | CREDITOR ID: 2519-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD.<br>UNIVERSITY PARK FL 34201 | CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 |
| CREDITOR ID: 1788-07<br>RONALD BENDERSON 1995 TRUST<br>BRADENTON RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON FL 34204-1199 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 410955-15<br>RONALD BENDERSON 1995 TRUST & 95-1<br>TRUST, KNOWN AS RON-BEN ASSOCIATES<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 2520-07<br>RORELORY-LAPLACE, LLC<br>ATTN: ROBERT D. HESS<br>1916 BUTTERNUT AVENUE<br>METAIRIE LA 70001 | CREDITOR ID: 1790-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON NC 27536-0108 |
| CREDITOR ID: 2521-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | CREDITOR ID: 1791-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>PO BOX 1359<br>ROXBORO NC 27573 | CREDITOR ID: 278550-25<br>ROXBOROUGH ASSOCIATES LLC<br>PO BOX 1359<br>605 S. MORGAN STREET<br>ROXBORO, NC 27573 |
| CREDITOR ID: 2522-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ.<br>PO BOX 51429<br>DURHAM NC 27717 | CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 1793-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH  BAY FL 33493 |
| CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM, AL 35203-2767 | CREDITOR ID: 315897-40<br>ROYAL INDEMNITY COMPANY<br>C/O LAUREATE CAPITAL CORP<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 | CREDITOR ID: 403228-92<br>ROYAL OAKS BRANDON LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ.<br>7235 FIRST AVE SOUTH<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG, FL 33743 | CREDITOR ID: 1796-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE FL 33154-6612 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE, FL 33154-6612 |
| CREDITOR ID: 1797-07<br>ROYALS O K LUNCH INC<br>324 SW 16TH ST<br>BELLE  GLADE FL 33430-2824 | CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | CREDITOR ID: 410739-15<br>RP BARREN RIVER LLC<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 |
| CREDITOR ID: 1754-07<br>RP BARREN RIVER LLC<br>PO BOX 643003<br>CINCINNATI, OH 45264-3003 | CREDITOR ID: 2527-07<br>RP BARREN RIVER, LLC<br>%USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 |
| CREDITOR ID: 1798-07<br>RSSC LLC<br>31500 NORTHWESTERN HWY, STE 300<br>FARMINGTON HILLS, MI 48334-3113 | CREDITOR ID: 2661-07<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 | CREDITOR ID: 1799-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK NJ 07662 |
| CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE  PARK, NJ 07662 | CREDITOR ID: 2529-07<br>RUSHMORE FRIENDSHIP L.L.C.<br>C/O RUSHMORE PROPERTIES, L.P.<br>414 NORTH ORLEANS SUITE 210<br>CHICAGO IL 60610 | CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE, TN 37919 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER, FL 33763 | CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND, FL 32751 | CREDITOR ID: 2329-07<br>RUTLAND, JAMES W. III<br>PO BOX 230758<br>MONTGOMERY AL 36123 |
| CREDITOR ID: 2330-07<br>RUTLAND, JAMES W. JR.<br>DALRAIDA PROPERTIES, INC.<br>PO BOX 230758<br>MONTGOMERY AL 36123-0758 | CREDITOR ID: 2492-07<br>RV MANAGEMENT COMPANY<br>C/O FARMER & READY<br>ATTN DAVID FARMER/PAUL READY, ESQS<br>1254 MARSH STREET<br>PO BOX 1443<br>SAN LUIS OBISPO CA 93406 | CREDITOR ID: 408236-15<br>RV MANAGEMENT COMPANY<br>ATTN TIMOTHY CARMEL, MGG PARTNER<br>1023 NIPOMO STREET, SUITE 150<br>SAN LUIS OBISPO CA 93401 |
| CREDITOR ID: 2492-07<br>RV MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE NE<br>BAINBRIDGE ISLAND WA 98110-1482 | CREDITOR ID: 1803-07<br>S&C PROPERTIES<br>1100 SPRING ST NW, BLDG 550<br>ATLANTA GA 30309 | CREDITOR ID: 2530-07<br>S&C PROPERTIES<br>1100 SPRING STREET NW<br>BUILDING 550<br>ATLANTA, GA 30309 |
| CREDITOR ID: 278551-24<br>S. W. WALLACE<br>3001 BRISTOL HIGHWAY<br>JOHNSON CITY TN 37601 | CREDITOR ID: 315887-40<br>SADE, PAUL & ELEANOR, TRUSTEES<br>585 PT SAN PEDRO RD<br>SAN RAFAEL, CA 94901 | CREDITOR ID: 315899-40<br>SAFEWAY INC PROPERTY<br>DEVELOPMENT ASSOCIATION<br>4834 COLLECTIONS CENTER DRIVE<br>FACILITY NO 98-5436-01-01<br>CHICAGO, IL 60693-3229 |
| CREDITOR ID: 315898-40<br>SAFEWAY INC., PROPERTY<br>DEVELOPMENT ASSOCIATION<br>4834 COLLECTIONS CENTER DRIVE<br>FACILITY # 98-5435-01-01<br>CHICAGO, IL 60693-3229 | CREDITOR ID: 278552-24<br>SAITHMARK PROPERTIES LLC<br>100 CENTERVIEW DRIVE<br>SUITE 120<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1804-07<br>SALEM CROSSING SHOPPING CENTER<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE<br>ATLANTA, GA 30328 |
| CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN BETH T BAER, ESQ<br>3535 PIEDMONT RD, BLDG 14, STE 1100<br>ATLANTA GA 30305 | CREDITOR ID: 1805-07<br>SALEMO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALTY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 315900-40<br>SALERNO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALITY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 | CREDITOR ID: 410785-15<br>SALERNO VILLAGE SHOPPING CENTER LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 410481-15<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 1806-07<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>PO BOX 826107<br>PHILADELPHIA, PA 19182-6107 | CREDITOR ID: 2531-07<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BRYANT ASSET MANAGEMENT<br>104 SMITH AVD<br>MOUNT KISCO NY 10549-2816 | CREDITOR ID: 1807-07<br>SAMUEL C ROPER<br>1209 CHICHESTER ST<br>ORLANDO FL 32803 |
| CREDITOR ID: 2534-07<br>SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS ANGELES CA 90024 | CREDITOR ID: 2535-07<br>SAN ANGELO TX WD LP<br>C/O I REISS & SON<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 2536-07<br>SANDEFUR INVESTMENTS INC<br>ATTN: TAMERA T PATITUCCI, EXEC VP<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2536-07<br>SANDEFUR INVESTMENTS INC<br>806 EAST 25TH STREET<br>SANDFORD, FL 32771 | CREDITOR ID: 1811-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE FL 32203 | CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 1812-07<br>SANDRA MACKEY<br>3590 CLOUDLAND DRIVE N W<br>ATLANTA GA 30327 | CREDITOR ID: 278553-24<br>SARAN LTD<br>5710 LBJ FREEWAY, SUITE 135<br>DALLAS TX 75240 | CREDITOR ID: 410519-15<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON/K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 |
| CREDITOR ID: 278662-24<br>SARAN, LTD<br>BELGRAVIA CAPITAL CORPORATION<br>1990 MACARTHUR BLVD, SUITE 1100<br>IRVINE CA 92612 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN: FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 410513-15<br>SARRIA ENTERPRISES, INC<br>C/O MICHAEL A KAUFMAN, PA<br>ATTN M KAUFMAN/A BURGER, ESQS<br>1601 FORUM PLACE, SUITE 404<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 1814-07<br>SARRIA HOLDINGS II INC<br>4725 SOUTHWEST 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 |
| CREDITOR ID: 1816-RJ<br>SATTERFIELD PLAZA T I C<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 | CREDITOR ID: 1818-07<br>SAVITAR A/M/A SRA/AMERICAN LLC<br>SAVITAR AS AGENT FOR<br>SUITE 5A<br>2301 W SAMPLE RD BLDG 3<br>POMPANO  BEACH, FL 33073 |
| CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | CREDITOR ID: 1819-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 2540-07<br>SAWICKI REALTY CO<br>118 W WAYNE ST<br>MAUMEE, OH 43537 |
| CREDITOR ID: 1820-RJ<br>SCG MANAGEMENT INC<br>C/O NOEL TURNER<br>3101 TOWERCREEK PARKWAY<br>SUITE 200<br>ATLANTA, GA 30339 | CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 |
| CREDITOR ID: 259799-12<br>SCHLYTTER, ROBERT O, TRUSTEE<br>ROBERT O SCHLYTTER EUSTIS<br>SHOPPING CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | CREDITOR ID: 1822-07<br>SCHOOL ST CROSSING LP<br>C/O  THE MALTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236-3809 | CREDITOR ID: 2621-07<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 |
| CREDITOR ID: 377335-44<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>ATTN MARVIN SCHREIBER, PRESIDENT<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 1823-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES CA 90036 | CREDITOR ID: 2542-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES, CA 90036 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1824-RJ
SCOTLAND MALL INC
C/O TRI CITIES SHOPPING CENTER
ROCKINGHAM NC 28379

CREDITOR ID: 2543-RJ
SCOTLAND MALL INC
C/O TRI CITIES SHOPPING CENTER
ROCKINGHAM, NC 28379

CREDITOR ID: 278554-24
SCOTLAND MALL INC.
C/O MR. C. F. SMITH JR.
PRESIDENT (OR SUCCESSOR)
1800 ROCKINGHAM ROAD
ROCKINGHAM NC 28379

CREDITOR ID: 404023-15
SCOTLAND MALL, INC
C/O LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS ASSIGNEE
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 404023-15
SCOTLAND MALL, INC
C/O ANDREWS & KURTH LLP
ATTN DAVID BUCHBINDER, ESQ
450 LEXINGTON AVENUE
NEW YORK NY 10017

CREDITOR ID: 278663-24
SCOTLAND MALL, INC.,
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL LLC
C/O LOOPER REED & MCGRAW, PC
ATTN J CARY GRAY, ESQ
1300 POST OAK BLVD, STE 2000
HOUSTON, TX 77056

CREDITOR ID: 2544-07
SCRIBE RIVIERA JOINT VENTURE
6761 W INDIANTOWN RD, STE 29
JUPITER, FL 33458

CREDITOR ID: 1826-07
SCRIBE RIVIERA JV
6761 W INDIANTOWN RD STE 29
JUPITER FL 33458

CREDITOR ID: 1827-RJ
SEA PEA INC
PO BOX 84230
BATON ROUGE, LA 70884

CREDITOR ID: 278555-24
SEAPEA INC.
13505 NORTH AMISS ROAD
BATON ROUGE LA 70810

CREDITOR ID: 2545-RJ
SEAPEA, INC
C/O SCHANEVILLE & BARINGER
ATTN: DALE R BARINGER, ESQ
918 GOVERNMENT STREET
BATON ROUGE LA 70802-6095

CREDITOR ID: 2545-RJ
SEAPEA, INC
13505 N AMISS
BATON  ROUGE LA 70810

CREDITOR ID: 278664-25
SEAPEA, INC.
DELCHAMPS INC.
PO BOX 3409
JACKSON MS 39207

CREDITOR ID: 1828-07
SEBRING SQUARE LTD
PO BOX 2162
PALM BEACH, FL 33480

CREDITOR ID: 2546-07
SEBRING SQUARE LTD.
P.O. BOX 2707
PALM  BEACH FL 33480

CREDITOR ID: 1829-07
SELIG ENTERPRISES INC
ATTN: ROBERT C RIDDLE
1100 SPRING STREET
SUITE 550
ATLANTA, GA 30309

CREDITOR ID: 1479-07
SELL, JAMES AND CAROLYN
449 FAIRRIDGE ROAD
JOHNSON CITY TN 37604

CREDITOR ID: 252605-12
SELL, JAMES W & CAROLYN
449 FAIRRIDGE ROAD
JOHNSON CITY, TN 37604

CREDITOR ID: 2547-07
SELMA HWY 80 VENTURE 11
C/O SPAIN & GILLON, LLC
ATTN WALTER F MCARDLE, ESQ
2117 2ND AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 2547-07
SELMA HWY 80 VENTURE 11
PO BOX 12767
BIRMINGHAM AL 35203-2767

CREDITOR ID: 2548-07
SELMA-DIX PROPERTIES CORP.
C/O JD PRICE
1172 PARK AVE
NEW  YORK NY 10128

CREDITOR ID: 2622-07
SEMBLER COMPANY, THE
PO BOX 41847
ST. PETERSBURG, FL 33743-1847

CREDITOR ID: 1830-07
SENDERO COMMERCIAL INVESTMENTS
C/O HUTCH HARPER
PO BOX 91228
SAN ANTONIO, TX 78209

CREDITOR ID: 410741-15
SENDERO COMMERCIAL INVSTMNTS PRK PL
C/O AKIN GUMP STRAUSS HAUER ET AL
ATTN KEITH MILES AURZADA
1700 PACIFIC AVENUE, STE 4100
DALLAS TX 75201

CREDITOR ID: 2549-07
SES GROUP MIAMI SPRINGS, LTD
C/O ROBERT JONES, GENERAL PART
PO BOX 2474
NAPLES FL 34106

CREDITOR ID: 1114-07
SETZER, BENJAMIN ADAM AS TRUSTEE
OF THE FAYE ASHLEY SETZER TST
C/O LEONARD SETZER
903 UNIVERSITY BLVD N
JACKSONVILLE, FL 32211

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1547-07<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 1831-RJ<br>SEVEN SPRINGS PLAZA LLC<br>HARPER KYNES GELLER & BUFORD PA<br>ATTN CHARLES A BUFORD, ESQ<br>2560 GULF TO BAY BOULEVARD, STE 300<br>CLEARWATER FL 33765 | CREDITOR ID: 1831-RJ<br>SEVEN SPRINGS PLAZA LLC<br>C/O MAZAS MANAGEMENT<br>2551 DREW STREET, SUITE 301<br>CLEARWATER, FL 33765 |
| CREDITOR ID: 410589-15<br>SFP,LLC,A VIRGINIA LTD LIABILITY CO<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | CREDITOR ID: 2550-07<br>SG PARTNERSHIP<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 405883-99<br>SHADES CREEK PARTNERS<br>C/O JOHNSTON CONWELL & DONOVAN, LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 405883-99<br>SHADES CREEK PARTNERS<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1832-07<br>SHADES CREEK PARTNERS<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 | CREDITOR ID: 260782-12<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>ATTN SHALOM WALL, VP<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07675 |
| CREDITOR ID: 1833-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD<br>WOODCLIFF  LAKE NJ 07675 | CREDITOR ID: 1834-07<br>SHANNON VILLAGE SHOPPING CENTER<br>PO BOX 676<br>LOUISBURG, NC 27549 | CREDITOR ID: 2551-07<br>SHANNON VILLAGE SHOPPING CNTR, INC<br>%JOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG NC 27549 |
| CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>DOWNTOWN DESTIN ASSOCS<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE, AL 36616-1403 | CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 | CREDITOR ID: 278557-24<br>SHEPHERDSVILLE MALL ASSOCIATES LP<br>C/O CENTER SERVICES INC.<br>6200 CRESTWOOD STATION<br>CRESTWOOD KY 40014 |
| CREDITOR ID: 1835-RJ<br>SHEPHERDSVILLE MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>ATTN MARCIA E SPANGLER<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | CREDITOR ID: 1836-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 | CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 |
| CREDITOR ID: 1837-07<br>SHERI TRAGER WEISS<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA<br>E&A SOUTHEAST LIMITED PARTNERSHIP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 278559-24<br>SHOALS MARKETPLACE LLC<br>C/O DICK SCHMALZ<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM, AL 35223 |
| CREDITOR ID: 278558-24<br>SHOALS MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM AL 35223 | CREDITOR ID: 1839-RJ<br>SHOALS MARKETPLACE LLC<br>C/O DICK SCHMALZ<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM, AL 35223 | CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA, GA 30353-4101 |
| CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1841-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT  LAUDERDALE FL 33334 | CREDITOR ID: 261008-12<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN AMY SEIDMAN<br>1717 E COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33334 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406302-15<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN HARRY SEIDMAN, PRESIDENT<br>6734 NEWPORT LAKE CIRCLE<br>BOCA RATON FL 33494 | CREDITOR ID: 1842-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 | CREDITOR ID: 261010-12<br>SHOPPES OF LIBERTY CIT LLC<br>ATTN DEBRA SINKLE KOLSKY, PRES<br>1175 NE 125TH STREET, SUITE 103<br>NORTH MIAMI, FL 33161 |
| CREDITOR ID: 1843-07<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 2623-07<br>SHOPPING CENTER GROUP, THE<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 | CREDITOR ID: 2557-07<br>SHOWPLACE COMMERCIAL PROPERTIES INC<br>C/O EF HUTTON REALTY CORP<br>ATTN RAY ABBASSI, MGR<br>2000 S DIXIE HWY, SUITE 100<br>MIAMI FL 33133 |
| CREDITOR ID: 1844-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM  BEACH FL 33480 | CREDITOR ID: 2558-07<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL<br>340 ROYAL POINIANNA WAY  #305<br>PALM BEACH, FL 33480 | CREDITOR ID: 1846-RJ<br>SIMMONS & HARRIS INC<br>PO BOX 1398<br>ROCKY  MOUNT NC 27802 |
| CREDITOR ID: 2559-RJ<br>SIMMONS & HARRIS INC<br>PO BOX 1398<br>ROCKY MOUNT, NC 27802 | CREDITOR ID: 2560-07<br>SIMON PROPERTY GROUP<br>ATTN:INDIANAPOLIS COMMUNITY CE<br>PO BOX 7033<br>INDIANAPOLIS IN 46207 | CREDITOR ID: 2128-07<br>SIMON, CHARLES<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 |
| CREDITOR ID: 1193-07<br>SIMON, CHARLES, TRUSTEE<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA, FL 33180-1869 | CREDITOR ID: 315870-40<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | CREDITOR ID: 256185-12<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 |
| CREDITOR ID: 278560-24<br>SINGER, DR. HERBERT<br>11731 CHAPARAL STREET<br>LOS ANGELES CA 90049 | CREDITOR ID: 1422-RJ<br>SINGER, HERBERT<br>11731 CHAPARAL STREET<br>LOS ANGELES CA 90049 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 315902-40<br>SITTON PROPERTIES L L C<br>1425 EAST 71ST<br>TULSA, OK 74136 | CREDITOR ID: 1848-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN #3086036<br>DALLAS TX 75320-1341 | CREDITOR ID: 1847-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>DALLAS TX 75320-1341 |
| CREDITOR ID: 1850-07<br>SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 2561-07<br>SIZELER/LA SHOPPING CENTERS, LP<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | CREDITOR ID: 2562-07<br>SIZLER COMPANIES<br>2542 WILLIAMS ROAD<br>KENNER LA 70062 |
| CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O SJS REALTY & MANAGEMENT,INC<br>ATTN STEPHEN CRAVITZ, VP<br>1110 WYNWOOD AVENUE<br>CHERRY HILL NJ 08002 | CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O COZEN O'CONNOR<br>ATTN JERROLD N POSLUSNY JR, ESQ<br>457 HADDONFIELD ROAD, SUITE 300<br>PO BOX 5459<br>CHERRY HILL NJ 08002-2220 | CREDITOR ID: 1851-07<br>SJS-WOODLAKE PLAZA LP<br>C/O BANK ATLANTIC<br>PO BOX 5512<br>FT. LAUDERDALE, FL 33319 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1852-07
SKINNERS OF JACKSONVILLE INC
2970 HARTLEY ROAD, SUITE 320
JACKSONVILLE, FL 32257

CREDITOR ID: 410868-15
SKINNERS OF POINT MEADOWS, INC
C/O ROGERS TOWERS, PA
ATTN BETSY C COX, ESQ
1301 RIVERPLACE BLVD, STE 1500
JACKSONVILLE FL 32207

CREDITOR ID: 1853-07
SKS PROPERTIES LC
240 S PINEAPPLE AVE., STE 702
SARASOTA, FL 34236

CREDITOR ID: 278665-24
SKW II REAL ESTATE LIMITED PRTNRSHP
THE SALVATION ARMY
ATTN: SALLY GRESS
1445 W. BROWARD BOULEVARD
FT. LAUDERDALE FL 33312

CREDITOR ID: 278562-24
SKW II REAL ESTATE LIMITED PRTNRSHP
100 CRESCENT COURT
SUITE 1000
DALLAS TX 75201

CREDITOR ID: 1854-07
SMALL PROPERTIES
PO BOX 10287
GREENVILLE, SC 29603-0287

CREDITOR ID: 1855-07
SMITH BARNEY FBO WEINACKER'S
SHOPPING CTR LLC
#1211701
PO BOX 2926
MOBILE, AL 36652-9987

CREDITOR ID: 315884-40
SMITH, OPAL LEE & JORDAN, SARA N
PO BOX 3468
JACKSON, MS 39207

CREDITOR ID: 316116-41
SN KNIGHT SR INSURANCE TRUST
PO DRAWER 730
BELLE GLADE, FL 33430-0730

CREDITOR ID: 1856-07
SNELLVILLE PLAZA LTD
C/O MESSRS ELIOT M ARNOVITZ
AND MICHAEL PLASKER
5025 WINTERS CHAPEL, STE M
ATLANTA GA 30360

CREDITOR ID: 2563-07
SNELLVILLE PLAZA LTD
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL ROAD, STE M
ATLANTA, GA 30360

CREDITOR ID: 278563-24
SOCIETY NATIONAL BANK
127 PUBLIC SQUARE
CLEVELAND OH 44114

CREDITOR ID: 1857-07
SORMI INC
C/O DACAR MGMT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004

CREDITOR ID: 381940-50
SOUTH BEACH SHOPPING CENTER LIMITED
C/O MR. PETER BETHEL
PO BOX N-2381
NASSAU,
BAHAMAS

CREDITOR ID: 1858-07
SOUTH BROADWAY CORP
248 WELLS DR
FOREST CITY NC 28043

CREDITOR ID: 2564-07
SOUTH BROADWAY CORPORATION
248 WELLS DR
FOREST CITY, NC 28043

CREDITOR ID: 2565-07
SOUTH CONGAREE W-D PARTNERSHIP
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE SC 29603

CREDITOR ID: 261306-12
SOUTH HILL COMPANY LC
C/O THE COVINGTON COMPANY
ATTN JAMES E COVINGTON, JR.
PO BOX 8510
RICHMOND VA 23226

CREDITOR ID: 315903-40
SOUTH HILL COMPANY LC
C/O THE COVINGTON COMPANY
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 2566-07
SOUTH MONROE COMMONS
1629 K STREET
NW SUITE 501
WASHINGTON DC 20006

CREDITOR ID: 1859-07
SOUTH MONROE COMMONS LLC
PO BOX 75426
BALTIMORE, MD 21275-5426

CREDITOR ID: 1860-07
SOUTH PLAZA  ASSOCIATES LLC
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ.
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O PERRINE & WHEELER REAL ESTATE
ATTN JON S WHEELER, MANAGING MEMBER
PO BOX 3247
APOLLO  BEACH FL 33572

CREDITOR ID: 1861-07
SOUTH ROCKDALE ASSOCIATES, LLC DBA
SOUTH ROCKDALE SHOPPING CENTER
C/O REDD REALTY SERVICES
4200 NORTHSIDE PKWY BLDG, STE 101
ATLANTA, GA 30327-3052

CREDITOR ID: 1861-07
SOUTH ROCKDALE ASSOCIATES, LLC DBA
C/O EPSTIEN BECKER & GREEN, PC
ATTN: ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 1862-07
SOUTH SQUARE MARKETPLACE
C/O EDENS AND AVANT FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>ATTN VICTOR J MILLS<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 | CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 |
| CREDITOR ID: 1865-07<br>SOUTHCHASE INVESTORS LLC<br>C/O TRAMMELL CROW COMPANY<br>PO BOX 933025<br>ATLANTA, GA 31193-3025 | CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 1866-07<br>SOUTHEAST US RETAIL FUND LP<br>C/O HURRICANE CREEK<br>PO BOX 7520<br>THE  WOODLANDS, TX 77387 |
| CREDITOR ID: 2569-07<br>SOUTHECHASE INVESTERS,LLC<br>C/O BERWIND PROPERTY GROUP, LT<br>770 TOWNSHIP LINE ROAD, SUITE<br>YARDLEY PA 19067 | CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORPORATION<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 1868-07<br>SOUTHERN FARM BUREAU<br>P O BOX 78<br>JACKSON MS 39205 |
| CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INSURANCE<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 1870-07<br>SOUTHERN PARTNERS<br>PO BOX 500<br>BRAYNDWINE ONE BUILDING<br>CHADDS  FORD PA 19317 | CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD, PA 19317 |
| CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL, CA 94901 | CREDITOR ID: 2573-07<br>SOUTHERN STORES II LLC<br>C/O CHERYL STONE<br>PO BOX 953<br>BOLINAS CA 94924 |
| CREDITOR ID: 1872-RJ<br>SOUTHGATE ASSOCIATES II LP<br>C/O THE COVINGTON CO<br>ATTN JAMES E COVINGTON JR, PRES<br>PO BOX 8510<br>RICHMOND, VA 23226 | CREDITOR ID: 278564-25<br>SOUTHGATE ASSOCIATES II, LP<br>PO BOX 8510<br>RICHMOND VA 23226 | CREDITOR ID: 278666-24<br>SOUTHGATE ASSOCIATES, II, LP<br>LEHMAN BROTHERS HOLDING INC<br>THREE WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK NY 10285 |
| CREDITOR ID: 1873-07<br>SOUTHGATE PLAZA 93 LTD<br>PO BOX 712219<br>CINCINNATI, OH 45271-2219 | CREDITOR ID: 2574-07<br>SOUTHGATE PLAZA 93 LTD<br>C/O J. HERZOG & SONS INC.<br>1720 S. BELLAIRE ST. STE 1209<br>DENVER CO 80222 | CREDITOR ID: 2575-07<br>SOUTHGATE PLAZA ASSOCIATES<br>26 PARK PLACE WEST - 2ND FLOOR<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 1874-07<br>SOUTHGATE PLAZA ASSOCIATES LLC<br>26 PARK PLACE W<br>2ND FLOOR<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 2576-07<br>SOUTHGATEREALTY,LLC<br>112 SHEFFIELD LOOP<br>SUITE D<br>HATTIESBURG MS 39402 | CREDITOR ID: 2580-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE. 6<br>CHICAGO IL 60606 |
| CREDITOR ID: 2579-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, STE 60<br>CHICAGO IL 60606 | CREDITOR ID: 2578-07<br>SOUTHLAND INVESTORS L.P.<br>EQUITY GROUP INVESTMENTS, INC<br>TWO N. RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 | CREDITOR ID: 2577-07<br>SOUTHLAND INVESTORS L.P.<br>2 N.RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 278667-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 278565-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
ATTN: DOUGLAS J. LUBELCHECK
NEAL, GERBER & EISENBERG
TWO NORTH LASALLE STREET
CHICAGO IL 60602-3801

CREDITOR ID: 278566-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
C/O WILMINGTON TRUST CO.
1100 N. MARKET STREET
WILMINGTON DE 19890-0001

CREDITOR ID: 407471-99
SOUTHLAND-CRYSTAL RIVER WD DEL BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN: THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2200
CHICAGO IL 60602

CREDITOR ID: 408321-15
SOUTHLAND-MANSFIELD WD
DELAWARE BUSINESS TRUST
C/O NEAL, GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 269352-16
SOUTHLAND-SUMMERVILLE WD, SUCCESSOR
TO PEREGRINE PROPERTIES LP
C/O NEAL, GERBER & EISENBERG
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LA SALLE STREET, STE 2300
CHICAGO, IL 60602-3801

CREDITOR ID: 1875-07
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 1876-07
SOUTHTRUST BANK
COMMERCIAL REAL ESTATE DEPT
PO BOX 2554
BIRMINGHAM, AL 35290-2554

CREDITOR ID: 1877-07
SOUTHVIEW SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411007-15
SOUTHVIEW SQUARE, LLC C/O
ARONOV REALTY MGMT T/A SOUTHVIEW SQ
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2582-07
SOUTHWAY INVESTORS
ATTN JEFFREY F BUICE, GP
718 E FREDERICK STREET
GAFFNEY SC 29340

CREDITOR ID: 315904-40
SOUTHWOOD REALTY CO
C/O MONTIE LAMBERT JR
4806 N HAMPTON DRIVE
JACKSON, MS 39211

CREDITOR ID: 1878-07
SPCP GROUP LLC
C/O LAUREATE CAPITAL LLC
PO BOX 890862
CHARLOTTE, NC 28289-0862

CREDITOR ID: 1880-RJ
SPECTRUM/GRANDVIEW PINES
P O BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 278567-25
SPECTRUM/GRANDVIEW PINES LLC
C/O SPECTRUM DEVELOPMENT CO, LLC
ATTN EDGAR H FATZINGER, III, MEMBER
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 2584-07
SPECTRUM/WALKER CHAPEL
P O BOX 11045
MONTGOMERY AL 36111-0045

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1882-07
SPISHORES LLC
ATTN SIZELER PROPERTIES DEPOSI
PO BOX 62799
NEW  ORLEANS, LA 70162

CREDITOR ID: 2585-07
SPISHORES, LLC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062-5596

CREDITOR ID: 2586-07
SPIWACHEE, INC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062-5596

CREDITOR ID: 406298-15
SPRING CORNERS, LLC
ATTN VERNON TARLTON
926 SECOND STREET NE
HICKORY NC 28601

CREDITOR ID: 278568-24
SPRING HILL ASSOCIATES LTD
TABAS FREEDMAN SOLOFF & MILLER PA
ATTN JOEL L. TABAS, ESQ
25 SE 2ND AVENUE, STE. 919
MIAMI FL 33131

CREDITOR ID: 278568-24
SPRING HILL ASSOCIATES LTD
C/O BRUCE STRUMPT INC
314 SOUTH MISSOURI AVE, SUITE #305
CLEARWATER FL 33756

CREDITOR ID: 278668-24
SPRING HILL ASSOCIATES, LTD
STATE MUTUAL LIFE ASSURANCE
COMPANY OF AMERICA
440 LINCOLN STREET
WORCESTER MA 01605

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST SUCCESSOR IN
INTEREST TO DOWN SOUTH, ET AL
C/O PACHULSKI, STANG, ZIEHL, ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 1884-07
SPRING PLAZA LP
C/O SIZELER REAL ESTATE MNG CO
2542 WILLIAMS BLVD
KENNER, LA 70062-1919

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1885-RJ<br>SPRINGDALE STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 278569-24<br>SPRINGDALE STATION LTD.<br>ATTN: MR. MICHAEL C. PHILLIPS<br>MANAGING MEMBER<br>PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 278669-25<br>SPRINGDALE STATION, LTD.<br>STAR BANK NATIONAL ASSOCIATION<br>ATTN: GENERAL COUNSEL<br>P O. BOX 1038<br>ML 9105<br>CINCINNATI OH 45201 |
| CREDITOR ID: 1886-07<br>SPRINGFIELD CROSSING LLC<br>C/O PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST PETERSBURG, FL 33743-8547 | CREDITOR ID: 1887-07<br>SPRINGHILL ASSOCIATES LLC<br>1 POSTON ROAD<br>SUITE 230<br>CHARLESTON, SC 29407 | CREDITOR ID: 1888-07<br>SPRINGLAND ASSOCIATES LLC<br>PO BOX 460<br>LANCASTER SC 29721 |
| CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>C/O BELL TINDAL & FREELAND, PA<br>ATTN WILLIAM C TINDAL, ESQ.<br>312 NORTH MAIN STREET<br>PO BOX 867<br>LANCASTER SC 29721 | CREDITOR ID: 2587-07<br>SPRINGLAND ASSOCIATES LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>PO BOX 460<br>LANCASTER, SC 29721 | CREDITOR ID: 410540-15<br>SPRINGLAND ASSOCIATES, LLC<br>ATTN H E PURSER, MANAGING PARTNER<br>104 EAST SPRINGS STREET<br>LANCASTER SC 29720 |
| CREDITOR ID: 2588-07<br>SPRINGS CORNER LLC<br>C/O BARRY WHISNANT<br>375 10TH AVENUE DR.<br>HICKORY NC 28601 | CREDITOR ID: 1889-07<br>SPRINGS CORNERS LLC<br>926 2ND STREET NORTHEAST<br>HICKORY, NC 28601 | CREDITOR ID: 1890-07<br>SR JLB JAB LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI, FL 33102-8568 |
| CREDITOR ID: 1891-07<br>SR TCS LLC<br>LOCKBOX# 065-004<br>PO BOX 028568<br>MIAMI, FL 33102-8568 | CREDITOR ID: 411055-15<br>SR-JLB/JAB, LLC, A DELAWARE LLC &<br>SR-TCS, LLC, A DELAWARE LLC<br>C/O BELMONT INVESTMENT CORP.<br>ATTN BARRY J BELMONT, CREDITOR PRES<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | CREDITOR ID: 411185-15<br>SRT ACQUISITION LP<br>C/O CENTURION REALTY, LLC<br>ATTN DAVID J PENTZ, ESQ<br>340 WEST 40TH STREET, 3RD FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 1892-07<br>SRT ACQUISTION CORPORATION<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW  YORK, NY 10018 | CREDITOR ID: 1893-RJ<br>SSKIB CORPORATION<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE FL 32211-5527 | CREDITOR ID: 2589-RJ<br>SSKIB CORPORATION<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 |
| CREDITOR ID: 1894-07<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1895-07<br>ST JOHNS COMMONS OWNER CORP<br>LASALLE BANK NA<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 | CREDITOR ID: 2592-07<br>ST JOHNS COMMONS OWNER CORP<br>HALLMARK PARTNERS, INC<br>ATTN: STEPHANIE BLACK<br>6675 CORPORATE CENTER PKWY<br>SUITE 100<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 2591-07<br>ST JOHN'S INVESTORS LMTD PRTNRSHP<br>C/O ZIFF PROPERTIES INC<br>701 EAST BAY STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 2590-07<br>ST. CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE, LA 71351 | CREDITOR ID: 1896-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR AL 36564-0230 |
| CREDITOR ID: 2593-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR, AL 36564-0230 | CREDITOR ID: 408166-15<br>ST. STEPHENS SQUARE PARTNERS<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 2381-07<br>STANISH, LISETTE AS TRUSTEE<br>1405 SW 107TH AVENUE, SUITE 301-B<br>MIAMI, FL 33174 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278570-24<br>STATE FARM LIFE INSURANCE COMPANY<br>INV. ACCTG./MORTGAGES D-3<br>ONE STATE FARM PLAZA<br>BLOOMINGTON IL 61710 | CREDITOR ID: 2594-07<br>STATE INSURANCE FUND<br>STATE OF ALABAMA P.O. BOX 1390<br>777 SOUTH LAWRENCE STREET<br>MONTGOMERY AL 36102-1390 | CREDITOR ID: 315779-40<br>STATE OF ALABAMA FINANCE DEPT<br>PO BOX 1390<br>MONTGOMERY, AL 36104 |
| CREDITOR ID: 278571-24<br>STAUNTON PLAZA ASSOCIATES<br>LIMITED PARTNERSHIP<br>5 NORDEN DRIVE<br>GLEN HEAD NY 11545 | CREDITOR ID: 261910-12<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | CREDITOR ID: 1897-RJ<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 |
| CREDITOR ID: 2332-07<br>STEIN, JAY D.<br>C/O SANDOR DEVELOPMENT CO.<br>2220 N. MERIDIAN ST.<br>INDIANAPOLIS IN 46208-5728 | CREDITOR ID: 278572-24<br>STERLING BANK<br>13300 ALMEDA ROAD<br>HOUSTON TX 77045 | CREDITOR ID: 2595-07<br>STERLING CAMDEN LIMITED PARTNERSHIP<br>%STERLING CENTRECORP MGMT SERV<br>ONE NORTH CLEMATIS STREET, STE<br>WEST  PALM  BEACH FL 33401 |
| CREDITOR ID: 278573-24<br>STICHTING KEN'S PLAZA FONDS<br>C/O FLETCHER BRIGHT COMPANY<br>1300 FIRST TENNESSEE BUILDING<br>CHATTANOOGA TN 37402 | CREDITOR ID: 1898-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT  LAUDERDALE FL 33301 | CREDITOR ID: 2596-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT.  LAUDERDALE, FL 33301 |
| CREDITOR ID: 407465-99<br>STILES WEST ASSOCIATES, LTD<br>C/O BERGER SINGERMAN, PA<br>ATTN ARTHUR J SPECTOR, ESQ<br>350 E LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 278574-24<br>STIRLING PROPERTIES<br>ATTN: DONNA TAYLOR<br>109 NORTHPARK BOULEVARD<br>SUITE 300<br>COVINGTON LA 70433 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 1899-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1192 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 |
| CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA, GA 30305 | CREDITOR ID: 2339-07<br>STREET, JUDY<br>301 IVANHOE DRIVE<br>JOHNSON CITY TN 37601 | CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 |
| CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 301<br>DEERFIELD  BEACH, FL 33441 |
| CREDITOR ID: 1904-RJ<br>SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET<br>2ND FLOOR<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 403490-15<br>SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 278575-24<br>SULPHUR SPRINGS PARTNERS, LLP<br>801 N.E. 167TH STREET<br>2ND FLOOR<br>N. MIAMI BEACH FL 33162 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 2599-07
SULPHUR SPRINGS PROPERTIES LLC
C/O BARON CAPITAL PARTNERS,LLC
19227 SKYRIDGE CIRCLE
BOCA  RATON FL 33498

CREDITOR ID: 1905-07
SUMTER CROSSING PROPERTIES INC
C/O CONCIRE CENTERS INC
411 COMMERCIAL COURT SUITE E
VENICE, FL 34292

CREDITOR ID: 410599-15
SUN CITY LAND TRUST  SUCCESSOR TO
DOWN SOUTH, INC
C/O PACHULSKI, STANG, ZIEHL, ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 1906-07
SUN LAKE PLAZA INC
PO BOX 320219
COCOA  BEACH, FL 32932-0219

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
C/O GRAYROBINSON, PA
ATTN DONALD A NOHRI, ESQ
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
ATTN ROBERT KODSI
PO BOX 320219
COCOA BEACH FL 32932-0219

CREDITOR ID: 2601-07
SUN LIFE ASSURANCE CO. OF CANADA
% CHILDRESS KLEIN PROPERTIES
301 S COLLEGE ST. SUITE 2800
CHARLOTTE NC 28202

CREDITOR ID: 278576-24
SUN SUPERMARKETS INC.
6500 N. ANDREWS AVENUE
FT. LAUDERDALE FL 33309

CREDITOR ID: 1907-07
SUN WEST NC III PTN LIM
PTNSHPS ACCT A  ACCT# 18234155
C/O BANK ONE TEXAS NA
PO BOX 971281
DALLAS, TX 75397-1281

CREDITOR ID: 2602-07
SUN WEST NC III PTN LIM
ATTN: PROPERTY MANAGEMENT
17776 PRESTON ROAD, SUITE 100
DALLAS TX 75252

CREDITOR ID: 1908-07
SUNBURST PROPERTIES CORP
3191 PADARO LN
CARPINTERIA CA 93013

CREDITOR ID: 2603-07
SUNBURST PROPERTIES CORPORATION
3191 PADARO LANE
CARPINTERIA, CA 93013

CREDITOR ID: 2604-07
SUNCOAST PLAZA
C/O RMC PROPERTY GROUP
1733 W. FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 1909-07
SUNSET CENTRES LTD
C/O GULFSTREAM REALTY CORP
PO BOX 75260
BALTIMORE, MD 21275-5260

CREDITOR ID: 1910-07
SUNSET CENTRES LTD PARTNERSHIP
PO BOX 75377
BALTIMORE, MD 21275-5377

CREDITOR ID: 2606-07
SUNSET CENTRES LTD PARTNERSHIP
%GULFSTREAM REALTY CORP
1629 K ST NW STE 501
WASHINGTON DC 20006

CREDITOR ID: 315905-40
SUNSET HILL DEVELOPMENT COMPANY
2100 GARDINER LANE, SUITE 207
LOUISVILLE, KY 40205-1903

CREDITOR ID: 1911-07
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE FL 33009

CREDITOR ID: 2607-07
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE, FL 33009

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
INVESTMENT MANAGEMENT ASSOC
1575 SAN IGNACIO AVE STE 100
CORAL GABLES, FL 33146

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
C/O BLAXBERG GRAYSON KUKOFF&SEGAL
ATTN MOISES T GRAYSON, ESQ
25 SE 2ND AVENUE, SUITE 730
MIAMI FL 33131

CREDITOR ID: 406026-15
SUNSTATE EQUITIES, INC
C/O SMITH DEBNAM NARRON ET AL
ATTN BYRON L SAINTSING, ESQ
PO BOX 26268
RALEIGH NC 27611-6268

CREDITOR ID: 1913-07
SUNWEST NC III PARTNERSHIPS
C/O BANK ONE TEXAS N A
ACCT# 1823415581
PO BOX 971281
DALLAS, TX 75397-1281

CREDITOR ID: 315906-40
SURF CITY PLAZA A LP
C/O ZIMMER DEVELOPMENT CO
PO BOX 2628
WILMINGTON, NC 28402

CREDITOR ID: 315907-40
SURREY SQUARE PARTNERS
441 VINE STREET
500 CAREW TOWER
CINCINNATI, OH 45202

CREDITOR ID: 2608-07
SUSAN D. WILSON
MARKETPLACE OF DELRAY, LTD
3399 PGA BLVD. SUITE 450
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 278577-24
SUWANEE COUNTY INVESTMENTS LLC
20377 180TH STREET
LIVE OAK FL 32060

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1914-RJ
SUWANEE COUNTY INVESTORS LLC
20377 180TH STREET
LIVE OAK, FL 32060

CREDITOR ID: 2609-07
SUWANNEE LAWN & GARDEN, INC.
15290 US HIGHWAY 129
MC ALPIN FL 32062

CREDITOR ID: 2610-07
SWANEE COUNTY MALL
PO BOX 2628
WILMINGTON NC 28402

CREDITOR ID: 1451-RJ
SWEETWATER PARTNERS LP
C/O I REISS AND CO, AGENT
ATTN LINDA REISS HEFFNER
200 EAST 61ST STREET, SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 1915-RJ
SWISS RE INVESTORS INC
C/O LAUREATE CAPITAL CORP
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 403207-99
TA CRESTHAVEN LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 403200-99
TA/WESTERN LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD JR, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315908-40
TABANI ADMORE OK LLC
C/O TABANI GROUP INC
2765 TRINITY MILLS ROAD
SUITE 407
CARROLLTON, TX 75006

CREDITOR ID: 1919-07
TALLADEGA COMMUNITY BUILDERS
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411102-15
TALLADEGA COMMUNITY BUILDERS
ARONOV REALTY MNGMNT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET ST, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410771-15
TALLAHASSEE 99-FL, LLC
C/O JAMARCO REALTY LLC
ATTN ADAM MANES
275 MADISON AVE, 11TH FLOOR
NEW YORK NY 10016

CREDITOR ID: 2612-07
TALLAPOOSA HOLDINGS, LLC
ROBERT WOLF
4706 18TH AVENUE
BROOKLYN NY 11204

CREDITOR ID: 410576-15
TANYARD SPRINGS PARTNERSHIP
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 410576-15
TANYARD SPRINGS PARTNERSHIP
C/O KAREM & KAREM LAW OFFICES
ATTN JOHN W HARRISON, JR, ESQ
333 GUTHRIE GREEN, SUITE 312
LOUISVILLE KY 40202

CREDITOR ID: 410544-15
TAPPAN PROPERTIES, LP
ATTN CHARLES S TAPPAN, PRESIDENT
1150 W 8TH STREET, SUITE 255
CINCINNATI OH 45203

CREDITOR ID: 1920-07
TAPPEN PROPERTIES LP
1150 W 8TH STREET
SUITE 255
CINCINNATI, OH 45203

CREDITOR ID: 1619-07
TARBUTTON, HUGH M
KAOLIN PLAZA MGMT ACCT
PO BOX 269
SANDERSVILLE, GA 31082

CREDITOR ID: 262538-12
TATES CREEK SOUTH
ATTN ROBERT K CHAFFINS, VP
250 W MAIN STREET, SUITE 3000
LEXINGTON, KY 40507

CREDITOR ID: 1922-07
TATONE PROPERTIES FLA INC
C/O NEVIN THOMAS
C M L CORP
100 WALLACE AVE SUITE 111
SARASOTA FL 34237

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
C/O LAW OFFICE OF MELODY D GENSON
ATTN MELODY D GENSON, ESQ.
3665 BEE RIDGE ROAD, SUITE 316
SARASOTA FL 34233

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
100 WALLACE AVE, SUITE 111
SARASOTA, FL 34237

CREDITOR ID: 1921-07
TATONE PROPERTIES FLA INC
C/O HERITAGE MGT CORP
PO BOX 2495
OCALA, FL 34478-2495

CREDITOR ID: 262543-12
TAVARES ASSOC LTD
ATTN FRANK J GULISANO
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

CREDITOR ID: 1923-07
TAVARES ASSOC LTD
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

CREDITOR ID: 407711-15
TAYLON, LLC
C/O DENNIS J STILGER, ESQ
6000 BROWNSBORO PARK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 1924-07
TAYLOR SQUARE VENTURE
3000 ORANGE COVE TRAIL
NAPLES FL 34120

CREDITOR ID: 2614-07
TAYLOR SQUARE VENTURE
3000 ORANGE COVE TRAIL
NAPLES, FL 34120

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 410715-15
TAYLOR, LLC
C/O DENNIS J STILGER, PSC
ATTN DENNIS J STILGER, ESQ
6000 BROWNSBORO PK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 2611-07
T-B PARTNERSHIP
C/O O'BRIEN-KIERNAN INVESTMENT
1255 POST STREET  SUITE 950
SAN  FRANSICO CA 94109

CREDITOR ID: 1925-07
TEACHERS RETIREMENT SYSTEM
C/O MORTAGE CO OF KENTUCKY INC
642 SOUTH 4TH STREET
LOUISVILLE, KY 40202

CREDITOR ID: 315909-40
TEACHER'S RETIREMENT SYSTEM
C/O NORO MGMT INC
104 INTERSTATE N PKWY ESE
ATLANTA, GA 30339

CREDITOR ID: 278579-24
TEACHERS' RETIREMENT SYSTEM
C/O MORTGAGE CO OF KENTUCKY INC
ATTN EDWARD T WILSON
642 SOUTH FOURTH STREET
LOUISVILLE KY 40202

CREDITOR ID: 410538-15
TEACHER'S RETIREMENT SYSTEM OF THE
STATE OF KENTUCKY
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40707-1746

CREDITOR ID: 278671-24
TEACHERS' RETIREMENT SYSTEM-KY
BANK OF LOUISVILLE & TRUST COMPANY
500 WEST BROADWAY
LOUISVILLE KY 40202

CREDITOR ID: 278670-24
TEACHERS' RETIREMENT SYSTEM-KY
2300 GLADES ROAD, #A120
BOCA RATON FL 33432

CREDITOR ID: 278580-24
TEACHERS' RETIREMENT SYSTEM-KY
C/O MORTGAGE CO. OF KENTUCKY INC.
239 S. FIFTH STREET, SUITE 917
LOUISVILLE KY 40202

CREDITOR ID: 278578-24
TEACHERS' RETIREMENT SYSTEM-KY
239 SOUTH FIFTH STREET, SUITE 917
LOUISVILLE KY 40202

CREDITOR ID: 1926-07
TED GLASRUD ASSOCIATES INC
ATTN DANA A CHRISTENSON
759 S FEDERAL HWY, STE 217
STUART FL 34994

CREDITOR ID: 1926-07
TED GLASRUD ASSOCIATES INC
C/O LEONARD RUTLAND JR LAW OFFICES
ATTN LEONARD RUTLAND JR, ESQ
759 SOUTH FEDERAL HIGHWAY, STE 303
STURAT FL 34994

CREDITOR ID: 278581-24
TELEPAK INC.
TERRELL KNIGHT, DIR OF SALES
125 S. CONGRESS STREET
SUITE 1000
JACKSON MS 39201

CREDITOR ID: 1927-07
TERRA NOVA REALTY ASSOC FUND
PO BOX 862456
#2000002810953
ORLANDO , FL 32886-2489

CREDITOR ID: 2210-07
TERRY, EDMUND
C/O EDMUND TERRY & ASSOCIATES
211  ALEXANDER PALM ROAD
BOCA RATON FL 33432-7908

CREDITOR ID: 405983-15
THC LLC
C/O F&M REALTY
2600 E SOUTH BLVD STE 230
MONTGOMERY AL 36116

CREDITOR ID: 1928-07
THC LLC
C/O F&M REALTY
PO BOX 11148
MONTGOMERY, AL 36111

CREDITOR ID: 2616-07
THE BENSON CAPITAL COMPANY
708 THIRD AVENUE 28TH FLOOR
NEW  YORK NY 10017

CREDITOR ID: 278582-24
THE CENTER OF SEVEN SPRINGS INC.
50 COCONUT ROW
SUITE 114
PALM BEACH FL 33480

CREDITOR ID: 278583-25
THE DELTA INTERESTS
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 2617-07
THE DOUGLAS GROUP
% JOHN A. PETRIE
3914 MIAMI RD., SUITE 312
CINCINNATI OH 45227

CREDITOR ID: 2618-07
THE GROSSMAN COMPANIES, INC.
ATTN LOUIS J GROSSMAN, MANAGER
1266 FURNACE BROOK PARKWAY
QUINCY MA 02269-0110

CREDITOR ID: 2619-07
THE MITCHELL CO
PO BOX 160306
MOBILE AL 36616-1306

CREDITOR ID: 278584-24
THE MORGAN COMPANY INC.
C/O GEORGE L. HAYES III, ESQ
5959 CENTRAL AVENUE
SUITE 104
ST. PETERSBURG FL 33710

CREDITOR ID: 2620-07
THE REALTY ASSOC. FUND IV LP
C/O TERRANOVE CORP
801 ARTHUR GODFREY ROAD STE 600
MIAMI FL 33140

CREDITOR ID: 1932-07
THE SEMBLER COMPANY
P O BOX 41847
ST  PETERSBURG FL 33743-1847

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O EDWARD VAN GUNTEN & CO, LPA
ATTN EDWARD A VAN GUNTEN, ESQ
6545 W CENRAL AVENUE, SUITE 209
TOLEDO OH 43617-1034

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 410930-15<br>TIAA-CREF<br>ATTN FRANCES L CAIRO, DIRECTOR<br>8500 ANDREW CARNEGIE BLVD<br>CHARLOTTE NC 28262 | CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 |
| CREDITOR ID: 2625-07<br>TIGER CROSSING W.D.<br>4200 NORTHSIDE PKWY,BLDG 10 ST<br>C/O REDD REALTY SERVICES<br>ATLANTA GA 30327 | CREDITOR ID: 2639-07<br>TIGER CROSSING WD, GP DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN: ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 2639-07<br>TIGER CROSSING WD, GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327 |
| CREDITOR ID: 263054-12<br>TIGER SEAL & GASKET MFG CO INC<br>2522 CONNECTICUT AVENUE<br>KENNER LA 70062 | CREDITOR ID: 1934-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 2626-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 1916-07<br>TK HARRIS COMM RE SERVICE<br>3930 FULTON DR NW, STE 206<br>CANTON, OH 44718-3040 | CREDITOR ID: 1935-07<br>TL NGUYEN LLC<br>PO BOX 28758<br>BIRMINGHAM, AL 35228 | CREDITOR ID: 2627-07<br>TMW REAL ESTATE MGMT, INC.<br>TWO RAVINIA DRIVE, SUITE 400<br>ATLANTA GA 30346-2104 |
| CREDITOR ID: 1936-07<br>TOULOUSE VILLAGE ASSOCIATES<br>C/O THE TROTMAN COMPANY INC<br>ATTN GREG HUGHS<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 263271-12<br>TOWER ASSOCIATES LTD<br>537 MARKET ST, STE 400<br>CHATTANOOGA, TN 37402 | CREDITOR ID: 263271-12<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 1937-07<br>TOWER ASSOCIATES LTD<br>537 MARKET STREET<br>SUITE 400<br>CHATTANOOGA, TN 37402 | CREDITOR ID: 2628-07<br>TOWER CENTER ASSOCIATES LTD<br>4415 FIFTH AVENUE<br>PITTSBURG PA 15213 | CREDITOR ID: 410810-15<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN JAMES C CARIGNAN, ESQ<br>PERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 |
| CREDITOR ID: 1938-07<br>TOWN & COUNTRY SHOPPING CENTER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 315911-40<br>TOWN COMMONS ASSOCIATES<br>1648 F NORTH MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 1939-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON SC 29697-1023 | CREDITOR ID: 2630-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 |
| CREDITOR ID: 315912-40<br>TOWNE PROPERTIES<br>1055 ST PAUL PLACE<br>CINCINNATI, OH 45202 | CREDITOR ID: 1940-07<br>TOWN'N COUNTRY REALTY<br>OF EASLEY - STORE 1223<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 2093-07<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE FL 32223 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1138-07<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 1941-07<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | CREDITOR ID: 278586-24<br>TRAMMEL CROW REAL ESTATE SERVICES<br>3225 AVIATION AVENUE<br>SUITE 700<br>MIAMI FL 33133 |
| CREDITOR ID: 2631-07<br>TRAMMELL CROW COMPANY<br>ATTN: LYNN-ANN BURR<br>1801 N MILITARY TRAIL STE. 150<br>BOCA  RATON FL 33431 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C TIMOTHY CORCORAN III, PA<br>ATTN C TIMOTHY CORCORAN III, ESQ<br>400 N ASHLEY DRIVE, SUITE 2540<br>TAMPA FL 33602 |
| CREDITOR ID: 315913-40<br>TRENT INVESTMENTS INC<br>PO BOX 1635<br>DURANT, OK 74702 | CREDITOR ID: 1943-07<br>TRIANGLE IV LLLP<br>MARK PROPERTIES INC<br>26 PARK PLACE WEST 2ND FLOOR<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 278587-24<br>TRI-STATE COMMERCIAL ASSOC. J.V.<br>C/O QUINE & ASSOCIATES INC.<br>301 SOUTH SHERMAN ST. STE 100<br>RICHARDSON TX 75081 |
| CREDITOR ID: 1942-RJ<br>TRI-STATE COMMERCIAL ASSOCIATION<br>QUINE & ASSOCIATES<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 278672-24<br>TRI-STATE COMMRCIAL ASSOC J.V.<br>ZETTLER-SULLIVAN ENTERPRISES INC.<br>528 SOUTH SAGINAW<br>SAGINAW TX 76179 | CREDITOR ID: 1944-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN NC 28334 |
| CREDITOR ID: 2632-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN, NC 28334 | CREDITOR ID: 1945-07<br>TROY MARKETPLACE LLC<br>C/O SAMCO PROPERTIES INC<br>ATTN SIMONE SPIEGEL<br>455 FAIRWAY DRIVE, SUITE 301<br>DEERFIELD  BEACH, FL 33441 | CREDITOR ID: 278499-24<br>TRUST, JULA<br>919 W. SECOND STREET<br>CROWLEY LA 70527-1566 |
| CREDITOR ID: 1946-07<br>TRUSTEE OF TRUST B<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX  VA 22030 | CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 |
| CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 315914-40<br>TSCA 3 LIMITED PARTNERSHIP<br>C/O QUINE & ASSOCIATES INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 |
| CREDITOR ID: 269369-16<br>TSCA 6, LP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN ERIC SPETT/SCOTT ELLIS, ESQS<br>4000 FOUNTAIN PLACE<br>1445 ROSS AVENUE<br>DALLAS TX 75202 | CREDITOR ID: 269369-16<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 2635-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK RD. STE 100<br>NEW  HYDE  PARK NY 11042 |
| CREDITOR ID: 2634-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE<br>NEW  HYDE  PARK NY 11042 | CREDITOR ID: 1950-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE    STE 40<br>ATLANTA GA 30309 | CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE, SUITE 400<br>ATLANTA, GA 30309 |

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1951-07<br>TUNICA VILLAGE PARTNERSHIP<br>C/O ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447 | CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>8698 E SAN ALBERTO DR<br>SCOTTSDALE, AZ 85258-4306 |
| CREDITOR ID: 1953-07<br>TYRONE GARDENS LLC<br>C/O ROFIN INDUSTRIES INC<br>100 RING ROAD WEST<br>GARDEN  CITY NY 11530 | CREDITOR ID: 315915-40<br>TYRONE GARDENS LLC<br>ATTN: SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN BILL NOVICK<br>401 CENTERPOINTE CIRCLE #1537<br>ALTAMONTE SPRINGS FL 32701 |
| CREDITOR ID: 410795-15<br>UIRT-SKIPPER PALMS, LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1955-07<br>ULLMANN COMPANY<br>ATTN:  STANLEY P CYPHERS<br>PO BOX 419410<br>KANSAS  CITY, MO 64141 | CREDITOR ID: 278673-24<br>UNITED COMMERCIAL MORTGAGE CORP<br>FIRST SECURITY BANK TRUSTEE<br>79 SOUTH MAIN STREET<br>SALT LAKE CITY UT 84111 |
| CREDITOR ID: 1956-07<br>UNITED COMMERCIAL MORTGAGE CORP.<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY, NY 11568 | CREDITOR ID: 1957-07<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 2638-07<br>UNITED INVESTORS REALTY TRUST<br>C/O EQUITY ONE (MGMT CO)<br>ATTN VICKY MORRIS<br>10213-C LAKE CARROLL WAY<br>TAMPA FL 33618 |
| CREDITOR ID: 1958-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BLDG 10 STE 101<br>ATLANTA GA 30327 | CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>2005 W CYPRESS CREEK RD, SUITE 202<br>FORT  LAUDERDALE, FL 33309 | CREDITOR ID: 410915-15<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ.<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 |
| CREDITOR ID: 2640-07<br>URBAN AMERICA, L.P.<br>149 WEST PLZ STE 234<br>MIAMI  FL 33147-4731 | CREDITOR ID: 2641-07<br>URBAN PROPERTIES I<br>C/O AUGUST URBANEK INVESTMENTS<br>4800 N FEDERAL HWY, STE 209A<br>BOCA  RATON FL 33431 | CREDITOR ID: 2642-07<br>URBANAMERICA, L.P.<br>149 WEST PLAZA<br>STE 234<br>MIAMI FL 33147 |
| CREDITOR ID: 2643-07<br>URBANEK INVESTMENTS<br>PO BOX 75986<br>ACCT #611032927<br>50 S LASALLE ST<br>CHICAGO IL 60675-5986 | CREDITOR ID: 278590-24<br>US BANK NATIONAL ASSOCIATION<br>C/O COMMERCIAL REAL ESTATE DEPT<br>425 WALNUT STREET<br>10TH FLOOR<br>MAIL LOCATION CN-WN-10CR<br>CINCINNATI OH 45202 | CREDITOR ID: 1960-07<br>US BANK TRUST NA CORP TRUST<br>REF DUVAL 94600200<br>PO BOX 70870<br>ST  PAUL, MN 55170-9705 |
| CREDITOR ID: 278591-24<br>US RETAIL PARTNERS LLC<br>C/O NATIONAL RETAIL PARTNERS LLC<br>3525 DEL MAR HEIGHTS RD #391<br>SAN DIEGO CA 92130-2122 | CREDITOR ID: 315916-40<br>US STEEL RETIREMENT PLAN<br>PO BOX 371046<br>PITTSBURGH, PA 15251-7046 | CREDITOR ID: 315917-40<br>USC OF RICHMOND LLC<br>C/O COLEMAN GROUP LLC<br>2285 EXECUTIVE DRIVE<br>LEXINGTON, KY 40505 |
| CREDITOR ID: 410740-15<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 1961-07<br>USPG PORTFOLIO TWO LLC<br>PO BOX 71-3260<br>COLUMBUS OH 43271-3260 | CREDITOR ID: 315918-40<br>USPG PORTFOLIO TWO LLC<br>PO BOX 71-0959<br>COLUMBUS, OH 43271-0959 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 278592-24
USRP I LLC
4226 COLLECTION CENTER DRIVE
LOCKBX #4226
CHICAGO IL 60693

CREDITOR ID: 1962-RJ
USRP I LLC GLEN LEA SHOPPING CENTER
LOCKBOX# 4300 LEASE# 2102-000
4300 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 1963-07
USRP I LLC SHOPPES OF KILDAIRE
5853 COLLECTION CENTER DRIVE
LOCKBOX# 5853 LEASE# 2010-001
CHICAGO, IL 60693

CREDITOR ID: 1964-07
VACHLIA INC
111 SECOND AVENUE NE, STE 702
ST PETERSBURG, FL 33701

CREDITOR ID: 381947-50
VAKIS LIMITED
C/O MR. GEORGE MOSKO
PO BOX N-641
NASSAU,
BAHAMAS

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD
C/O SPAIN & GILLON, LLC
ATTN WALTER F MCARDLE, ESQ
2117 2ND AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD
2117 SECOND AVE
PO BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 264006-12
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER, FL 33758-5666

CREDITOR ID: 264006-12
VALRICO SQUARE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1965-07
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER, FL 33758-5666

CREDITOR ID: 406046-15
VENETIA VILLAGE
ATTN PAT JOHNSON/RICHARD STOCKTON
5513 ROOSEVELT BOULEVARD, PMB 225
JACKSONVILLE FL 32244

CREDITOR ID: 264055-12
VENETIA VILLAGE CENTER
C/O SOUTHEAST LEASING & MGMT
1620 HENDRICKS AVE
JACKSONVILLE, FL 32207

CREDITOR ID: 1966-RJ
VENETIA VILLAGE CENTER
C/O SOUTHEAST LEASING & MGMT
1620 HENDRICKS AVE
JACKSONVILLE, FL 32207

CREDITOR ID: 1967-07
VENTURES LLC
PO BOX 4452
ROCK HILL SC 29732

CREDITOR ID: 2645-07
VENTURES LLC
PO BOX 4452
ROCK HILL, SC 29732

CREDITOR ID: 410395-15
VENTURES, LLC
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 2646-07
VERO PALM ESTATES, LTD.
D/B/A NORTHWOOD PLAZA
8302 LAUREL FAIR CIRCLE STE 100
TAMPA FL 33610

CREDITOR ID: 1968-07
VICTORIA SQUARE PARTNERS LLC
C/O ISRAM REALITY & MGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 1969-07
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1970-07
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 2647-07
VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 2649-07
VICTORY INVESTMENTS INC.
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 2648-07
VICTORY INVESTMENTS INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1971-07<br>VICTORY KENNER LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264141-12<br>VICTORY KENNER, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264141-12<br>VICTORY KENNER, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 264144-12<br>VICTORY MAXWELL, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264144-12<br>VICTORY MAXWELL, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264146-12<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264146-12<br>VICTORY RIVER SQUARE, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 264148-12<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264148-12<br>VICTORY SAKS PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264149-12<br>VICTORY SUTTON SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 264149-12<br>VICTORY SUTTON SQUARE, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264150-12<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264150-12<br>VICTORY THREE NOTCH PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 264151-12<br>VICTORY VIDALIA INC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264151-12<br>VICTORY VIDALIA INC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1972-07<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>51 TACON STREET, STE B<br>MOBILE, AL 36607 |
| CREDITOR ID: 1973-07<br>VILLA RICA RETAIL PORPERTIES L<br>PO BOX 324<br>VILLA  RICA GA 30180 | CREDITOR ID: 2650-07<br>VILLA RICA RETAIL PROPERTIES LP<br>PO BOX 324<br>VILLA  RICA, GA 30180 | CREDITOR ID: 410517-15<br>VILLAGE AURORA I, LLC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 |
| CREDITOR ID: 1974-07<br>VILLAGE MARKETPLACE OF<br>HAW RIVER INC<br>614 N MAIN ST<br>SALISBURY, NC 28144-1507 | CREDITOR ID: 410857-15<br>VILLAGE ON WHITESBURG, LLC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STUART M MAPLES, ESQ.<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 | CREDITOR ID: 2651-07<br>VILLAGE PLAZA INC<br>ATTN BEN B MILLS JR, PRES<br>PO BOX 408<br>FITZGERALD, GA 31750-0408 |
| CREDITOR ID: 408366-15<br>VILLAGE ROYAL PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | CREDITOR ID: 1976-07<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O CB RICHARD ELLIS<br>6700 NORTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 278674-24<br>VINEYARD MARKETPLACE LP<br>CHASE BANK OF TEXAS N.A.<br>ATTN MANAGING DIR, RE LENDING GROUP<br>CHASE TOWER<br>2200 ROSS AVENUE, 7TH FLOOR<br>DALLAS TX 75201 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278593-24<br>VINEYARD MARKETPLACE LP<br>C/O CENCOR REALTY SERVICES INC.<br>ATTN: PROPERTY MANAGER<br>3102 MAPLE AVENUE<br>SUITE 500<br>DALLAS TX 75201 | CREDITOR ID: 411012-15<br>VINEYARD MARKETPLACE LP & CLEARVIEW<br>VINEYARD MARKET C/O CENCOR REALTY<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 2652-07<br>VIRGIL D. GREEN FAMILY TRUST<br>GREEN LAND TRUST<br>6296 OLD WATER OAK ROAD<br>TALLAHASSEE FL 32312 |
| CREDITOR ID: 1977-07<br>VOGEL & VOGEL PARTNERSHIP<br>11219 FINANCIAL CENTRE PARKWAY<br>FINANCIAL PARK PLACE STE 300<br>LITTLE  ROCK AR 72211 | CREDITOR ID: 2653-07<br>VOGEL & VOGEL PARTNERSHIP<br>11219 FINANCIAL CTR PKWY,<br>LITTLE  ROCK, AR 72211 | CREDITOR ID: 410548-15<br>VOW, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 407473-99<br>W J WADE & WILMINGTON TRUST CO-TTE<br>SOUTHLAND-JONESBORO WD DEL BUS TRU<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 2654-07<br>W. D. OF VIRGINIA, INC.<br>P.O. BOX 578<br>JACKSONVILLE NC 28541-0578 | CREDITOR ID: 2655-07<br>W. HALL DBA HIGH SPRINGS PLAZA INC<br>C/O CHARLES WAYNE PROPERTIES I<br>444 SEABREEZE BLVD STE 1000<br>DAYTONA  BEACH FL 32118 |
| CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>C/O KRUG INVESTMENTS, LLC<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 | CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>NEXSEN, PRUET, ADAMS, ET AL<br>ATTN JAMES H PULLIAM, ESQ<br>201 S TRYON STREET, SUITE 1200<br>CHARLOTTE NC 28202 | CREDITOR ID: 2690-07<br>W/D SELMA RIC LLC<br>235 MOORE STREET<br>3RD FLOOR<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 278594-24<br>WACHOVIA BANK<br>REAL ESTATE DIVISION<br>MAIL CODE 1810<br>30TH FLOOR<br>191 PEACHTREE STREET, N.E.<br>ATLANTA GA 30303 | CREDITOR ID: 278675-24<br>WACHOVIA BANK NA<br>100 N. MAIN STREET<br>WINSTON-SALEM NC 27150 | CREDITOR ID: 410417-15<br>WACHOVIA BANK,  TRUSTEE UNDER<br>LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR<br>PO BOX 11889<br>COLUMBIA SC 29211 |
| CREDITOR ID: 410369-15<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 1981-07<br>WACHOVIA SECURITIES<br>LOAN # 815114283<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 278595-25<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 278676-25<br>WALKER CHAPEL PLAZA, LLC<br>DOWNTOWN JIMMIE HALE MISSION INC.<br>PO BOX 10472<br>BIRMINGHAM AL 35202 | CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>C/O ALSTON & BIRD LLP<br>ATTN PAUL SILVERMAN, ESQ<br>90 PARK AVENUE<br>NEW YORK NY 10016 | CREDITOR ID: 1982-07<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808-1693 |
| CREDITOR ID: 2656-07<br>WALKER LA COMMERCIAL<br>PO BOX 1693<br>BATON  ROUGE LA 70821-1693 | CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 | CREDITOR ID: 315822-40<br>WALKER, GEORGE C &  WILLIAM M<br>C/O JOHN STEWART WALKER CO<br>3211 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 |
| CREDITOR ID: 399300-15<br>WALKER, GEORGE C JR & WILLIAM M<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 1376-RJ<br>WALKER, GEORGE C. & WILLIAM M<br>C/O JOHN STEWART WALKER CO.<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 278596-25<br>WALKER, LA<br>COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY LLC<br>PO BOX 1693<br>BATON ROUGE LA 70821 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278677-25<br>WALKER, LA, COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY, LLC<br>SOUTHERN FARM BUREAU ANNUITY INS CO<br>PO BOX 78<br>JACKSON MS 39205 | CREDITOR ID: 1983-07<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD WEST<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 2657-07<br>WATCH OMEGA HOLDINGS, L.P.<br>C/O GMH CAPITAL PARTNERS<br>3733 UNIVERSITY BD,WEST STE 20<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 410977-15<br>WATCH OMEGA HOLDINGS, LP<br>GE CAPITAL REALTY GROUP, INC.<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ.<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 1984-07<br>WATERS & ARMENIA PLAZA<br>ARTZIBUSHEV & CO<br>1525 W HILLSBOROUGH AVE<br>TAMPA, FL 33603-1200 | CREDITOR ID: 1985-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 |
| CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE, NC 28234 | CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST LOUIS, MO 63178 | CREDITOR ID: 2659-07<br>WATKINS INVESTMENTS<br>751 CHAMPAGNE ROAD<br>INCLAN  VILLAGE NV 89451 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 | CREDITOR ID: 1987-07<br>WAYNE RUBEN<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 |
| CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON, IN 47402 | CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE  VALLEY NC 28751 |
| CREDITOR ID: 1989-07<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>PO BOX 20983<br>WINSTON SALEM, NC 27120-0983 | CREDITOR ID: 408230-15<br>WCJ DAVIS, LTD, ASSIGNEE<br>DBT PORCUPINE WD2/DBT PORCUPINE WD3<br>C/O BRACKETT & ELLIS, PC<br>ATTN THEODORE MACK, ESQ<br>100 MAIN STREET<br>FORT WORTH TX 76102-3090 | CREDITOR ID: 1990-07<br>WCL FIVE LLC<br>P O BOX 601698<br>CHARLOTTE NC 28260-1698 |
| CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 | CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVENUE, SUITE 201<br>HENDERSON, NC 27536 | CREDITOR ID: 410682-15<br>WD FAYETTEVILLE GA LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA REISS HEFFNER, MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 |
| CREDITOR ID: 316161-40<br>WD FLORENCE PORTFOLIO LP<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA | CREDITOR ID: 410801-15<br>WD FLORENCE PORTFOLIO, LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN: MICHAEL S HELD<br>1445 ROSS AVENUE STE 3200<br>DALLAS TX 75202 | CREDITOR ID: 410801-15<br>WD FLORENCE PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, STE 500<br>TORONTO,  ON MSK 1N4<br>CANADA |
| CREDITOR ID: 381875-37<br>WD GEORGIA LLC<br>C/O ALLAN RILEY CO., INC.<br>200 PARK AVENUE<br>SUITE 200<br>NEW YORK, NY 10166 | CREDITOR ID: 411026-15<br>WD GREEN COVE TRUST<br>C/O RIKER DANZIG SCHERER ET AL<br>ATTN VICTORIA A MORRISON, ESQ.<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 | CREDITOR ID: 411026-15<br>WD GREEN COVE TRUST<br>C/O RIKER DANZIG SCHERER HYLAND ET AL<br>ATTN: JEFFREY M SPONDER, ESQ<br>ONE SPEEDWELL AVENUE<br>PO BOX 1981<br>MORRISTOWN NJ 07962-1981 |

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411026-15<br>WD GREEN COVE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O KARMIN REALTY CO<br>ATTN DANIEL G KARMIN<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 1992-RJ<br>WD JACKSONVILLE FL LLC<br>C/O I REISS & SONS<br>200 EAST 61ST STREET<br>NEW YORK, NY 10021 | CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE  SUITE 145<br>MONTVALE NJ 07645 |
| CREDITOR ID: 1993-07<br>WD MARIANNA PORTFOLIO LP<br>C/O H& R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW ON<br>CANADA | CREDITOR ID: 316162-40<br>WD MARIANNA PORTFOLIO LP<br>C/O H&R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA | CREDITOR ID: 410802-15<br>WD MARIANNA PORTFOLIO, LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN: MICHAEL S HELD<br>1445 ROSS AVENUE STE 3200<br>DALLAS TX 75202 |
| CREDITOR ID: 410802-15<br>WD MARIANNA PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORNONTO ON MSK 1N4<br>CANADA | CREDITOR ID: 316163-40<br>WD MILTON PORTFOLIO LP<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA | CREDITOR ID: 410803-15<br>WD MILTON PORTFOLIO LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN: MICHAEL S HELD<br>1445 ROSS AVENUE STE 3200<br>DALLAS TX 75202 |
| CREDITOR ID: 410803-15<br>WD MILTON PORTFOLIO LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, SUITE 500<br>TORONTO ON MSK 1N4<br>CANADA | CREDITOR ID: 410765-15<br>WD MONTROMERY, LLC<br>C/O KARMIN REALTY, LLC<br>ATTN DANIEL G KARMIN<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410765-15<br>WD MONTROMERY, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 |
| CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O KARMIN REALTY, LLC<br>ATTN DANIEL G KARMIN<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 411025-15<br>WD PASCO TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 |
| CREDITOR ID: 411025-15<br>WD PASCO TRUST<br>C/O HELD & ISRAEL<br>ATTN E HELD/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 278678-25<br>WD RAINSVILLE TRUST<br>BURLINGTON NORTHERN & SANTA FE RR<br>PO BOX 961050<br>2650 LOU MENK DRIVE - MKTG. 2<br>FT. WORTH TX 76131-2830 | CREDITOR ID: 278597-24<br>WD RAINSVILLE TRUST<br>2650 LOUIS MENCK DRIVE<br>FT. WORTH TX 76131 |
| CREDITOR ID: 278598-24<br>WD ROANOKE LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA REISS HEFFNER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA REISS HEFFNER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW  YORK NY 10021 | CREDITOR ID: 278599-24<br>WD ROUTE 3 LIMITED PARTNERSHIP<br>1201 CENTRAL PARK BOULEVARD<br>FREDERICKSBURG VA 22401 |
| CREDITOR ID: 1978-RJ<br>WD ROUTE 3 LIMITED PARTNERSHIP<br>1201 CENTRAL PARK BLVD<br>FREDERICKSBURG, VA 22404 | CREDITOR ID: 411017-15<br>WD ROUTE 3 LP<br>C/O SILVER COMPANIES #872-2301<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O LAW OFFICE OF NEIL REGER
ATTN NEIL REGER, ESQ
4476 BOCAIRE BLVD
BOCA RATON FL 33487

CREDITOR ID: 1980-07
W-D SHELBY PARTNERSHIP
C/O DAVID WEISS, CPA
469 7TH AVENUE, SUITE 1300
NEW YORK, NY 10018-7603

CREDITOR ID: 381876-37
WD SOUTH CAROLINA, LLC
C/O ALLAN RILEY CO., INC.
200 PARK AVENUE
SUITE 2000
NEW YORK, NY 10166

CREDITOR ID: 2667-07
WD TAMPA TRUST
C/O PARAGON AFFILIATES, INC.
ONE PARAGON DRIVE  SUITE 145
MONTVALE NJ 07645

CREDITOR ID: 2668-07
WD WESTMINSTER SC LLC
C/O I REISS & SON
200 EAST 61ST STREET-STE 29F
NEW YORK NY 10021

CREDITOR ID: 278679-24
WD WICHITA FALLS TX LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

CREDITOR ID: 278600-24
WD WICHITA FALLS TX LP
C/O I. REISS & SON
200 E. 61ST STREET
SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 2669-07
WD-EUNICE, LLC
MRS JOANNE ROWNING C/O MOSS AD
8905 S.W. NIMBUS SUITE 400
BEAVERTON OR 97008

CREDITOR ID: 2670-07
WD-OAKDALE, LLC
MRS JOANNE ROWNING C/O MOSS AD
8905 S.W. NIMBUS SUITE 400
BEAVERTON OR 97008

CREDITOR ID: 1995-07
WEAVERS CORNER JT VENTURE
PO BOX 7388
WEST PALM BEACH FL 33405-7388

CREDITOR ID: 1995-07
WEAVERS CORNER JT VENTURE
JOHN E. MUFSON, P.A.
JOHN E MUFSON, ESQ
2213 N UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

CREDITOR ID: 1996-07
WEBB/LEXINGTON VENTURES #108
C/O THE WEBB COMPANIES
LEXINGTON FINANCIAL CENTER
SUITE 3000
LEXINGTON, KY 40507

CREDITOR ID: 264566-12
WEBB/LEXINGTON VENTURES #108
ATTN ROBERT CHAFFINS, VP ASSET MGR
250 WEST MAIN ST, SUITE 3000
LEXINGTON, KY 40507

CREDITOR ID: 1997-07
WEBBER COMMERCIAL PROPERTIES L
C/O PROFESSIONAL REALTY CONSUL
2503 DEL PRADO BOULEVARD
CAPE CORAL, FL 33904

CREDITOR ID: 2673-07
WEDDINGTON ASSOCIATES
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NOTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 1998-07
WEEKI WACHEE VILLAGE SHOP CENTER
C/O SIZELER PROPERTY INVESTORS
DEPOSITORY ACCOUNT
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 1693-07
WEIGEL, PATRICIA OR MARSHALL TTEES
OF THE WEIGEL FAMILY REV TST
C/O JEFFREY NIMZ, ESQ
20 N WACKER DRIVE, STE 1725
CHICAGO IL 60606

CREDITOR ID: 2674-07
WEINACKER SHOPPING CENTER LLC
PO BOX 2926
MOBILE AL 36652-9987

CREDITOR ID: 403489-15
WEINACKER'S SHOPPING CENTER LLC
ATTN BARRY A FRIEDMAN
3809 CLARIDGE ROAD NORTH
MOBILE AL 36608

CREDITOR ID: 315922-40
WEINGARTEN REALTY INVESTORS
PO BOX 200518
HOUSTON, TX 77216-0518

CREDITOR ID: 1999-07
WEINGARTEN REALTY INVESTORS
ATTN: JENNY HYUN, ESQ.
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77008

CREDITOR ID: 2675-07
WEINGARTEN REALTY INVESTORS
P.O. BOX 924133
HOUSTON TX 77292-4133

CREDITOR ID: 2676-07
WEINGARTEN REALTY MANAGEMENT CO
PO BOX 924133
HOUSTON TX 77292-4133

CREDITOR ID: 2553-07
WEISS, SHERI TRAGER
13853 THOMASVILLE CT
JACKSONVILLE, FL 32223

CREDITOR ID: 278601-24
WELLS FARGO BANK NA
4366 DEARBORN
DENVER CO 80239

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408342-15<br>WELLS FARGO BANK, NA AS TRUSTEE<br>C/O MCGLINCHEY STAFFORD, PLLC<br>ATTN STEPHEN P STROHSCHEIN, ESQ<br>ONE AMERICAN FLOOR, 14TH FLOOR<br>BATON ROUGE LA 70825 | CREDITOR ID: 278602-24<br>WELLS FARGO REALTY SERVICES LLC<br>4366 DEARBORN<br>DENVER CO 80239 | CREDITOR ID: 264608-12<br>WENDY D SAUPE<br>1552 COUNTY ROAD 400 E<br>CHAMPAIGN IL 61822 |
| CREDITOR ID: 2000-07<br>WESLEY CHAPEL SC CO LTD<br>ATTN ACCOUNTING DEPT<br>1733 WEST FLETCHER AVENUE<br>TAMPA, FL 33612 | CREDITOR ID: 2001-RJ<br>WEST ECK PARTNERS LP<br>ATTN VICTOR J MILLS<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 | CREDITOR ID: 2001-RJ<br>WEST ECK PARTNERS LP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 |
| CREDITOR ID: 278680-24<br>WEST ECK PARTNERS, LP<br>CENTRAL & SOUTHERN BANK OF GEORGIA<br>150 W. GREENE STREET<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 278603-24<br>WEST ECK PARTNERS, LP<br>2743 PERIMETER PARKWAY<br>BUILDING 100<br>SUITE 370<br>AUGUSTA GA 30909 | CREDITOR ID: 2002-07<br>WEST NAPOLEON JOINT VENTURE<br>C/O MELTZER PROPERTIES LTD<br>ATTN JOHN A MELTZER<br>4621 WEST NAPOLEON AVENUE, STE 210<br>METAIRIE, LA 70001 |
| CREDITOR ID: 264647-12<br>WEST NAPOLEON JOINT VENTURE<br>C/O MELTZER PROPERTIES LTD<br>ATTN JOHN A MELTZER<br>4621 WEST NAPOLEON AVE, STE 210<br>METAIRIE, LA 70001 | CREDITOR ID: 407594-15<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN RONALD M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 2003-07<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI  BEACH, FL 33140 |
| CREDITOR ID: 2004-07<br>WESTGATE LLC<br>ATTN: JAMES A CAIN<br>PO BOX 3242<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0787 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O SESSIONS FISHMAN & NATHAN, LLP<br>ATTN J DAVID FORSYTH, ESQ<br>201 ST CHARLES AVE, SUITE 3500<br>NEW ORLEANS LA 70170 |
| CREDITOR ID: 2006-07<br>WESTON ROAD SHOPPING CENTER<br>470 BILTMORE WAY<br>CORAL GABLES, FL 33134 | CREDITOR ID: 2677-07<br>WESTON ROAD SHOPPING CENTER, LLC<br>C/O GAME PROPERTIES<br>470 BILTMORE WAY STE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 2007-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE SC 29602-2567 |
| CREDITOR ID: 2678-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE, SC 29602-2567 | CREDITOR ID: 408298-99<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2008-07<br>WESTWOOD SHOPPING CENTER<br>C/O MARRERO LAND<br>5201 WESTBANK EXPRESSWAY<br>MARRERO, LA 70072 |
| CREDITOR ID: 2009-07<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE, AL 36607 | CREDITOR ID: 407704-15<br>WIAB PROPERTIES, LLC<br>C/O MAYNARD COOPER & GALE, PC<br>ATTN MATTHEW W GRILL, ESQ<br>1901 SIXTH AVENUE NORTH, SUITE 2400<br>BIRMINGHAM AL 35203 | CREDITOR ID: 278605-24<br>WIEDEMANN SQUARE LLC<br>ATTN: DWIGHT W. BROEMAN<br>VICTORIA SQUARE APARTMENTS<br>FIFTH & CENTRAL STREETS<br>NEWPORT KY 41071 |
| CREDITOR ID: 278604-24<br>WIEDEMANN SQUARE LLC<br>ATTN: BURGESS L. DOAN<br>5710 WOOSTER PIKE<br>SUITE 212<br>CINCINNATI OH 45227 | CREDITOR ID: 2010-RJ<br>WIEDEMANN SQUARE LTD<br>5710 WOOSTER PIKE  STE 210<br>CINCINNATI OH 45227 | CREDITOR ID: 2680-RJ<br>WIEDEMANN SQUARE LTD<br>ATTN BURGESS L DOAN, II<br>5710 WOOSTER PIKE, SUITE 205<br>CINCINNATI, OH 45227 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2680-RJ<br>WIEDEMANN SQUARE LTD<br>DOAN KEITH & BROKAMP, LLC<br>ATTN BURGESS L DOAN, ESQ<br>5710 WOOSTER PIKE, SUITE 212<br>CINCINNATI OH 45227 | CREDITOR ID: 278606-24<br>WIEDEMANN SQUARE LTD<br>SUITE 205<br>5710 WOOSTER PIKE<br>CINCINNATI OH 45227 | CREDITOR ID: 2679-RJ<br>WIEDEMANN SQUARE LTD<br>5710 WOOSTER PIKE  STE 210<br>CINCINNATI OH 45227 |
| CREDITOR ID: 2681-RJ<br>WIEDEMANN SQUARE, LLC<br>ATTN: BURGESS L. DOAN<br>5710 WOOSTER PIKE, SUITE 212<br>CINCINNATI OH 45227 | CREDITOR ID: 2011-RJ<br>WIEDMANN SQUARE LLC<br>PO BOX 1710<br>NEWPORT, KY 41071 | CREDITOR ID: 2012-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO OH 44241-1629 |
| CREDITOR ID: 2682-07<br>WIGGS REALTY CO<br>11012 AURORA HUDSON RD<br>STREETSBORO, OH 44241-1629 | CREDITOR ID: 278607-24<br>WILCOX & SAVAGE, PC<br>STEPHEN R. DAVIS, ESQ.<br>1800 NATIONSBANK CENTER<br>ONE COMMERCIAL PLACE<br>NORFOLK VA 23510-2197 | CREDITOR ID: 2683-07<br>WILLIAM H HALL<br>4928 ARAPAHOE AVE<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 315923-40<br>WILLIAM L HUNTLEY TRUST<br>C/O LONE STAR PROPERTIES INC<br>PO BOX 1828<br>ENGELWOOD, FL 34295-1828 | CREDITOR ID: 2014-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD N W<br>ATLANTA GA 30309-2335 | CREDITOR ID: 2685-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD NW<br>ATLANTA, GA 30309-2335 |
| CREDITOR ID: 410584-15<br>WILMINGTON TRUST CO AS TTEE OF<br>SOUTHLAND-ARLINGTON WD<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 407469-99<br>WILMINGTON TRUST CO AS TTEE OF<br>SOUTHLAND-ANDERSON WD DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 407479-99<br>WILMINGTON TRUST CO, TRUSTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 |
| CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW YORK, NY 10001 | CREDITOR ID: 2016-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH SC 29654-0125 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA  PATH, SC 29654-0125 |
| CREDITOR ID: 2017-07<br>WINDSOR STATION LC<br>C/O PHILLIPS EDISON & CO<br>11690 GRROMS ROAD<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 264937-12<br>WINDSOR STATION LCC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 264940-12<br>WINDWARD PARTNERS IV LP<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN ANDREW J WHITE, ESQ<br>PO BOX 2048<br>GREENVILLE SC 29602-2048 |
| CREDITOR ID: 2018-07<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL<br>PO BOX 2287<br>GREENVILLE, SC 29602 | CREDITOR ID: 264940-12<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE<br>REAL ESTATE<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE, SC 29602 | CREDITOR ID: 2019-07<br>WINYAH VILLAGE SHOPPING CENTER<br>C/O CENTURY 21 GRIMES & ASSOC<br>PO BOX 664<br>GEORGETOWN, SC 29442-0664 |
| CREDITOR ID: 278608-25<br>WINYAH VILLAGE SHOPPING CENTER<br>C/O CENTURY 21 GRIMES & ASSOC.<br>PO BOX 664<br>GEORGETOWN SC 29442 | CREDITOR ID: 2020-07<br>WIREGRASS PLAZA LLC<br>C/O ARONOV REALTY MGMT INC<br>PO BOX 235021<br>MONTGOMERY, AL 36105-5021 | CREDITOR ID: 2687-07<br>WIREGRASS PLAZA, LLC<br>P O BOX 235000<br>MONTGOMERY AL 36123-5000 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further
Extending Time Within Which Debtors May Assume or Reject
Unexpired Lease of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 278609-25
WISCONSIN NATIONAL LIFE INSURANCE
ATTN: INVESTMENT DEPARTMENT
PO BOX 2606
BIRMINGHAM AL 35202

CREDITOR ID: 405885-99
WOLFCHASE ASSOCIATES LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 405885-99
WOLFCHASE ASSOCIATES LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2021-07
WOLFCHASE ASSOCIATES LLC
C/O STRATEGIC REALTY SERVICES LLC
901 NORTHPOINT PARKWAY SUITE 200
WEST PALM BEACH, FL 33407

CREDITOR ID: 2688-07
WOLVERINE EQUITIES 2001C BN-I LP
ATTN: GREG L. ENGLAND
15601 DALLAS PARKWAY, SUITE 40
ADDISON TX 75001

CREDITOR ID: 2022-07
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 2689-07
WOODLAND HARTFORD ASSOCIATES, LLC
341 EAST 149TH STREET
BRONX NY 10451

CREDITOR ID: 278610-24
WOODLAND VILLAGE APARTMENTS
A GENERAL PARTNERSHIP
C/O J. DONALD DIAL
1320 WASHINGTON STREET
COLUMBIA SC 29201

CREDITOR ID: 399630-15
WOODLAND VILLAGE PARTNERSHIP
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN STANLEY H MCGUFFIN, ESQ
PO BOX 11889
COLUMBIA SC 29211-1889

CREDITOR ID: 2023-RJ
WOODLAND VILLAGE PARTNERSHIP
C/O DONALD DIAL
2712 MIDDLEBURG DRIVE
SUITE 208
COLUMBIA, SC 29204

CREDITOR ID: 1063-RJ
WOODS, ALVYN L.
PO BOX 396
LUTCHER LA 70071-0396

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE LLC
C/O TOBIN & REYES, PA
ATTN RICARDO A REYES, ESQ
7251 W PALMETTO PARK ROAD, STE 205
BOCA RATON FL 33433

CREDITOR ID: 278611-24
WOOLBRIGHT/SSR MARKETPLACE LLC
ATTN SHAI MOSCHOWITS/LARRY BERNICK
3200 NORTH MILITARY TRAIL 4TH FLOOR
BOCA RATON FL 33431

CREDITOR ID: 408213-15
WORLD OF SLEEP OUTLETS, LLC
ATTN CLAUDIA TIMCO/ROSE THOMAS
ONE CONCOURSE PKWY, STE 800
ATLANTA GA 30328

CREDITOR ID: 408213-15
WORLD OF SLEEP OUTLETS, LLC
C/O MORRIS, MANNING & MARTIN, LLP
ATTN DANIEL P SINAIKO, ESQ
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD, NE
ATLANTA GA 30326-1044

CREDITOR ID: 2024-07
WRI/TEXLA LLC
ATTN: PROPERTY MGMT
PO BOX 924133
HOUSTON, TX 77292-4133

CREDITOR ID: 265053-24
WRI/TEXLA LLC
ATTN JENNY HYUN, ESQ.
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77002

CREDITOR ID: 405930-99
WTH II LLC
2405 WEST BROAD ST, STE 200
ATHENS GA 30606

CREDITOR ID: 405930-99
WTH II LLC
C/O MORGAN & MORGAN
ATTN LEE P MORGAN, ESQ
PO BOX 48359
ATHENS GA 30604

CREDITOR ID: 1979-07
WTH II LLC
C/O SPECTRUM REALTY ADVISORS
5871 GLENRIDGE DRIVE, SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 410885-15
WYE PARTNERS, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 2025-07
XARLA REALTY LLC
C/O ALLEN RILEY CO INC
200 PARK AVE., SUITE 200
NEW YORK, NY 10166

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
ATTN VANESSA ADAMS, BANKRUPTCY
1301 RIDGEVIEW ROAD, R-382-450
LEWISVILLE TX 75028

CREDITOR ID: 2026-07
YDB THREE LAKES LC
C/O ELYSEE INVESTMENT CO
601 W 182ND ST 1ST FL
NEW YORK, NY 10033

CREDITOR ID: 1115-07
YORK, BENNETT V.
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG MS 39402

CREDITOR ID: 1115-07
YORK, BENNETT V.
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
300 MARKET STREET
JOHNSTOWN PA 15901

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d) (4) Further**
**Extending Time Within Which Debtors May Assume or Reject**
**Unexpired Lease of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:   05-03817-3F1**

CREDITOR ID: 315823-40
ZAMIAS, GEORGE D
REF THE CROSIING CENTER
C/O PITTSBURGH NATIONAL BANK
PO BOX 641740
PITTSBURGH, PA 15264-1740

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
C/O THORP REED & ARMSTRONG, LLP
ATTN PAULA A SCHMECK, ESQ
301 GRANT STREET, ONE OXFORD CENTRE
PITTSBURGH PA 15219

CREDITOR ID: 1378-07
ZAMIAS, GEORGE D.
REF THE CROSSING CENTER
C/O PITTSBURGH NATIONAL BANK
PO BOX 641740
PITTSBURGH PA 15264-1740

CREDITOR ID: 2259-07
ZAMIAS, GEORGE D.
C/O GDZ MANAGEMENT
300 MARKET STREET
JOHNSTOWN PA 15901

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST, SUCCESSOR
IN INTEREST TO J M TORBETT
C/O PACHULSKI, STANG, ZIEHL, ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 2691-07
ZIMMER DEVELOPMENT CO. OF S.C.L.P
C/O HERBERT J. ZIMMER
111 PRINCESS STREET
WILMINGTON NC 28401-3997

CREDITOR ID: 397245-68
ZSF/WD BARTOW, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397246-68
ZSF/WD CHARLOTTE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 278612-24
ZSF/WD CLAYTON LLC
C/O EUCLID WAREHOUSES INC
ONE CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 397247-68
ZSF/WD CLAYTON, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397248-68
ZSF/WD FITZGERALD, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397249-68
ZSF/WD GREENVILLE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397250-68
ZSF/WD HAMMOND, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 398210-72
ZSF/WD HIGH POINT, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397251-68
ZSF/WD JACKSONVILLE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397252-68
ZSF/WD MONTGOMERY-31, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 399324-72
ZSF/WD MONTGOMERY-GUNTER, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397253-68
ZSF/WD OPA LOCKA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397254-68
ZSF/WD ORLANDO, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397255-68
ZSF/WD SARASOTA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 2027-07
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2028-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE LA 70002

CREDITOR ID: 2692-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 278614-24
ZURICH STRUCTURED FINANCE
ADMINISTRATIVE GENERAL PARTNER
ATTN: CHRISTIAN HALABI
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 2693-07
ZYDCCO INVESTMENT,LLC
159 PIERCE STREET
BIRMINGHAM MI 48009

**Total:    2,752**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

<u>**NOTICE OF HEARING**</u>

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **September 1, 2005, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property.

Only objections (a) filed with the Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) served on (i) D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, and (ii) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie -Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Florida 32202 so as to be received by **August 25, 2005** will be considered by the Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: August 12, 2005

SKADDEN, ARPS, SLATE,                    SMITH HULSEY & BUSEY
  MEAGHER & FLOM LLP


By      /s/ D. J. Baker                          By      /s/ Cynthia C. Jackson
        D. J. Baker                                      Stephen D. Busey
        Sally McDonald Henry                             James H. Post
        Rosalie Walker Gray                              Cynthia C. Jackson
        Adam S. Ravin
                                                 Florida Bar Number 498882
Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                         Jacksonville, Florida 32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                              cjackson@smithhulsey.com

- 2 -

Hearing Date: September 1, 2005, 1:00 p.m.
Objection Deadline: August 25, 2005, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) FURTHER EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move for entry of an order under 11 U.S.C. § 365(d)(4) further extending the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property (the "Motion"). In support of the Motion, the Debtors respectfully represent as follows:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.     The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.  On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee") was appointed to serve in these cases pursuant to section 1103 of the Bankruptcy Code.

3.     The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  As of the Petition Date, the Debtors were considered to be the eighth-largest food retailer in the United States and one of the largest in the Southeast, with more than 900 stores in the United States.

4.     Prior to the Petition Date, the Debtors and their financial advisors began a comprehensive analysis of the Debtors' businesses to determine how best to maximize their value. In connection with this analysis, the Debtors announced a series of actions to improve their competitive position, which the Debtors refer to as their Strategic Plan.

5.     In connection with the Strategic Plan, the Debtors and their financial advisors analyzed the Debtors' market areas and determined that some of these markets are noncore, with limited opportunities for the Debtors and unprofitable operations in the aggregate.  Prepetition, the Debtors sold or closed 111 stores in these noncore areas and another 45 unprofitable stores located in core market areas.  Postpetition, the Debtors have determined that all stores in the noncore areas should be sold or closed.

6.     The Debtors and their financial advisors have continued to analyze all of the Debtors' stores, including each store's market share, cash flow, profitability, real estate quality

2

and financial outlook.  Based upon this analysis, the Debtors have rejected approximately 180 unexpired leases, including approximately 150 effective as of the Petition Date.  The Debtors and their advisors have also identified 326 additional stores which should be sold or closed (collectively, the "Targeted Stores").  The Debtors received authority to assume and assign the leases for 84 of the Targeted Stores at hearings held on July 27, 28 and 29, 2005.  The Debtors have continued to market the remaining Targeted Stores to nongrocers through DJM Asset Management.  The Debtors received bids on approximately 35 Targeted Stores and will, assuming satisfaction of certain contingencies, seek authority to assume and assign the leases for the majority of these Stores at a hearing scheduled for August 26, 2005.  The Debtors will reject the leases for the remaining 200 (approximately) Targeted Stores on or before September 30, 2005.

7.      On March 17, 2005, the Debtors filed their Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property pursuant to which they sought to extend the 60-day initial period during which the Debtors must assume or reject unexpired nonresidential real property leases (the "Initial Extension Motion").  On May 6, 2005, the Court entered an Order granting the Initial Extension Motion, and extended the deadline by which the Debtors must assume or reject such unexpired leases.  That deadline will expire on September 19, 2005, if not extended.

8.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

9.      The statutory predicate for the relief requested in the Motion is section 365(d)(4) of the Bankruptcy Code.

**Relief Requested**

10.     By this Motion, the Debtors seek entry of an order further extending the period

within which they must move to assume or reject unexpired nonresidential real property leases,

through and including December 19, 2005 (the "Extension Period").  The Debtors file this Motion

reserving their right to seek additional extensions and the right of any affected landlord to request

that the Extension Period be shortened for cause.

**Basis for Relief**

11.     As of the date of this Motion, the Debtors are lessees under more than 900

unexpired leases of nonresidential real property (collectively, the "Unexpired Leases").  Since the

Petition Date, the Debtors have sold or are in the process of selling (through assumption and

assignment) leases for approximately 120 stores and have rejected leases for approximately 180

stores.

12.     The Debtors, with the assistance of their advisors, are analyzing the remaining

Unexpired Leases to determine which will be critical to their reorganization.  In considering their

options with respect to the remaining Unexpired Leases, the Debtors are evaluating a variety of

factors to determine whether it is appropriate to assume, assign or reject particular Unexpired

Leases.

13.     Given the large number of Unexpired Leases that still exist in these proceedings,

the Debtors require an extension of the section 365(d)(4) deadline in order to fully and adequately

determine whether to assume or reject particular remaining Unexpired Leases.  If the section

365(d)(4) period is not extended beyond September 19, 2005, the Debtors may be compelled,

prematurely, to assume substantial, long-term liabilities under the Unexpired Leases or forfeit

benefits associated with some Unexpired Leases to the detriment of the Debtors' ability to operate

4

and preserve the going-concern value of their business for the benefit of all creditors and other

parties in interest.  Deciding whether and when to assume, assign or reject the Unexpired Leases

requires the Debtors to determine whether particular leased premises are necessary to their future

business plan and whether assigning certain Unexpired Leases will benefit the Debtors' estates

more than rejecting them.

14.     Although the Debtors have made significant progress in assessing the large number

of Unexpired Leases and determining which should be assumed or rejected, the Debtors have not

determined which of the remaining leased premises will be necessary to their business plan or

which of these remaining Unexpired Leases should be assumed or rejected to maximize the value

of the Debtors' estates.  Given the size of this case, the number of Unexpired Leases, and the need

for the Debtors to focus on their primary objective of stabilizing their business, more time is

needed to adequately assess whether to assume or reject each of the Unexpired Leases.

## **Applicable Authority**

15.     Section 365(d)(4) of the Bankruptcy Code provides that:

> [n]otwithstanding paragraphs (1) and (2), in a case under any chapter of
> this title, if the trustee does not assume or reject an unexpired lease of
> nonresidential real property under which the debtor is the lessee within 60 days
> after the date of the order for relief, <u>or within such additional time as the court, for
> cause, within such 60-day period, fixes</u>, then such lease is deemed rejected, and the
> trustee shall immediately surrender such nonresidential real property to the lessor.

11 U.S.C. § 365(d)(4) (emphasis added). Thus, the Court can, for cause, order an extension of

the period during which a debtor-in-possession must assume or reject nonresidential real property

leases upon the filing of a motion for such relief within the 60-day period or extensions thereof.

In re Burger Boys, 94 F.3d 755, 760-61 (2d Cir. 1996); In re Wedtech Corp., 72 B.R. 464, 468-

70 (Bankr. S.D.N.Y. 1987).

16.     Courts considering the issue have set forth the following nonexhaustive list of factors relevant to the determination of whether cause exists to extend the period during which a debtor-in-possession must assume or reject nonresidential real property leases:  "(1) whether the debtor was 'paying for the use of the property'; (2) whether 'the debtor's continued occupation . . . could damage the lessor beyond [] the compensation available under the Bankruptcy Code'; (3) whether the lease is the debtor's primary asset; and (4) whether the debtor has had sufficient time to formulate a plan of reorganization."  Burger Boys,  94 F.3d at 761 (quoting Theatre Holding Corp. v. Mauro, 681 F.2d 102, 105-06 (2d Cir. 1982)); In re Beautyco, Inc., 307 B.R. 225, 231 (Bankr. N.D. Okla. 2004) (citing Burger Boys factors); see also Legacy, Ltd. v. Channel Home Centers (In re Channel Home Centers), 989 F.2d 682, 689 (3d Cir. 1993) ("[I]t is permissible for a bankruptcy court to consider a particular debtor's need for more time in order to analyze leases in light of the plan it is formulating.") (citing Wedtech, 72 B.R. at 471-72)).

17.     In this case, all of these factors are satisfied.  First, the Debtors are paying for use of the property at the applicable lease rates and are continuing to perform their other obligations under the Unexpired Leases in a timely fashion.

18.     Second, there is no reason why the Debtors' proposed extension of the time to assume or reject could or would damage the landlords party to the Unexpired Leases (the "Lessors") beyond the compensation that is available to the Lessors under the Bankruptcy Code. Indeed, pursuant to section 365(d)(3) of the Bankruptcy Code, the Lessors enjoy a preferred and relatively low-risk position.[2]  There would, thus, be no harm to the Lessors should the Court

---

[2]     Under section 365(d)(3), a debtor-in-possession must timely perform its postpetition leasehold obligations that are allocable to periods preceding the debtor's rejection of the lease. See, e.g., In re Handy Andy Home Improvement Ctrs., Inc., 144 F.3d 1125, 1126-27 (7th Cir. 1998); Schneider & Reiff v. William Schneider, Inc. (In re William Schneider, Inc.), 175 B.R. 769, 770 (S.D. Fla. 1994); In re Ames Dep't Stores, Inc., 306 B.R. 43, 80 (Bankr. S.D.N.Y. 2004) ("[T]he Landlords are entitled to unpaid rent under section 365(d)(3) to the extent … it is allocable to the post-petition, prerejection, period").

extend the period within which the Debtors must assume or reject the Unexpired Leases.  Further, the Debtors propose that each Lessor be permitted to seek to shorten the Extension Period for cause with respect to a particular Unexpired Lease.  This ability to request relief from the Extension Period ensures that no Lessor will be prejudiced by the requested extension of time.

19.    Third, the Unexpired Leases are important assets of the Debtors.  Indeed, the Unexpired Leases are an integral component of the Debtors' business operations.  If the Debtors were forced to decide prematurely to assume or reject the Unexpired Leases, the impact on their business would be significant.  Rejection of the Unexpired Leases at this stage might disrupt the core of the Debtors' businesses and impair the Debtors' ability to administer and reorganize the business.  The Debtors believe that such disruption is likely to cause material, irreparable harm to the Debtors' estates.

20.    Fourth, because the development of a plan of reorganization is necessarily tied to the outcome of the lease assumption/rejection analysis, the Debtors have not yet had the opportunity to formulate a reorganization plan.  Rather, the Debtors have been focusing all of their resources on stabilizing their businesses and taking steps that will allow the Debtors to realize their vision of a smaller "footprint".  Indeed, the Debtors have recognized that the business plan upon which the plan of reorganization will be based could not be formulated until the footprint process was substantially underway.

21.    As the Third Circuit observed in Channel Home Centers, 989 F.2d at 689, "nothing prevents a bankruptcy court from granting an extension because a debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."  The Debtors face just such a situation here.  Stabilizing the business and ensuring that their operations and interactions with

customers and vendors continue with minimal disruption have been all-consuming priorities for the Debtors during the first month of these chapter 11 cases.  The Debtors believe that they will continue to need to devote substantial energy and resources to addressing these issues during the next several months.  The Debtors believe that they have acted (and will continue to act) properly in so directing their focus because the success of the Debtors' ongoing operations is critical to preserving the value of the Debtors' estates.

22.    Additional extensions of the time period for assuming or rejecting nonresidential real property leases are routinely granted by the courts.  See, e.g., Channel Home Centers, 989 F.2d at 688-89 (affirming second section 365(d)(4) extension to allow debtor to evaluate unexpired leases); In re American Healthcare Management, 900 F.2d 827, 830 (5th Cir. 1990) (affirming third extension); In re Victoria Station, Inc., 875 F.2d 1380, 1384-85 (9th Cir. 1989) (affirming second extension); In re: Spiegel, Inc., No. 03-11540 (CB) (Bankr. S.D.N.Y. Feb. 3, 2004) (Docket No. 1250) (granting a four-month additional extension of period to assume or reject unexpired nonresidential real property leases); In re Adelphia Communications Corp., No. 02-41729 (REG) (Bankr. S.D.N.Y. Dec. 19, 2002) (Docket No. 1245) (granting a six-month additional extension of period to assume or reject unexpired nonresidential real property leases).

23.    The Debtors hope to make considerable progress during the Extension Period in finalizing their reorganization strategy, solidifying their future business plans, and making final decisions with respect to the disposition of the Unexpired Leases.  Given the importance of the Unexpired Leases to the Debtors' business operations and reorganization efforts, however, the Debtors reserve the right to seek further extensions if circumstances warrant.

8

**Notice**

24.     Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the Lessors.  No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached as Exhibit A extending through and including December 19, 2005 the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property, and (ii) grant such other and further relief as is just and proper.

Dated: August 12, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By    *s/ D. J. Baker*
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson,
        Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Attorneys for Debtors

**<u>Exhibit A</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING**
**FURTHER EXTENSION OF TIME TO ASSUME OR REJECT**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

These cases came before the Court for hearing on September 1, 2005,

upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors")[1] for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors a

further extension of the time period to assume or reject unexpired nonresidential real

property leases (the "Unexpired Leases") (the "Motion").  The Court has read the Motion

and considered the representations of counsel.  Based upon the representations of counsel

and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is GRANTED.

2.      The period within which the Debtors must move to assume or

reject the Unexpired Leases is extended through December 19, 2005.

---

[1]      All capitalized terms not otherwise defined shall have the meaning ascribed to
them in the Motion.

3.      To the extent the Debtors intend to reject an Unexpired Lease, the Debtors shall provide the lessor under such lease with at least ten days notice of such intent.

4.      The Debtors will comply with the mandates of section 365 of the Bankruptcy Code as such Code section is interpreted by this Court, including the honoring of postpetition rental obligations arising under the Unexpired Leases (the "Postpetition Rental Obligations").  To the extent that the Debtors fail to honor a Postpetition Rental Obligation under an Unexpired Lease, the lessor under such lease shall provide (a) the Debtors (through Debtors' counsel via facsimile and overnight mail delivery at the following address: Adam S. Ravin, Esq. Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036; facsimile: 917-777-3389) and (b) the Creditors' Committee (through the Creditors' Committee's counsel via facsimile and overnight mail delivery at the following address: Dennis F. Dunne, Esq. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005; facsimile: 212-530-5219) with a written notice setting forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor.  If, within five (5) business days of the Debtors' receipt of such notice, the Debtors and the lessor fail to resolve the issues raised by the lessor in the notice, the Debtors agree that the lessor shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations.  The Debtors have agreed that they shall not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this Paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

5.      The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

6.      The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Unexpired Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if the Debtors file a motion seeking a further extension of the time to assume or reject the Unexpired Leases on or before December 19, 2005.


Dated this _____ day of September, 2005, in Jacksonville, Florida.


                                          _____
                                          Jerry A. Funk
                                          United States Bankruptcy Judge


Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

605283-New York Server 1A - MSW