UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about August 11, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 18, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242386-12<br>ANDY WALLS/CONTRACTORS<br>PO BOX 189<br>AUTAUGAVILLE, AL 36003 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 245153-12<br>CHEF MERITO INC<br>ATTN: PLINIO GARA, PRES<br>7915 SEPULVEDA BLVD<br>VAN NUYS, CA 91405 |
| CREDITOR ID: 250100-12<br>FREMONT BEEF CO<br>ATTN: JIM POMRENKE, VP<br>PO BOX 908<br>FREMONT, NE 68026-0908 | CREDITOR ID: 1538-RJ<br>LARISSA LAKE JUNE LP<br>6300 INDEPENDENCE PARKWAY<br>SUITE A-1<br>PLANO, TX 75023 | CREDITOR ID: 403442-15<br>LARISSA LAKE JUNE, LTD, A TEXAS LP<br>C/O LOOPER REED & MCGRAW<br>ATTN THOMAS H KEEN ESQ<br>4100 THANKSGIVING TOWER<br>1601 ELM STREET<br>DALLAS TX 75201 |
| CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 263892-12<br>UPPER CRUST PRODUCTION CO INC<br>ATTN: DHANMATTIE HIRAMAN, ASS CONTR<br>55 CANARCTIC DR<br>DOWNSVIEW, ON M3J 2N7<br>CANADA | CREDITOR ID: 382093-36<br>UPPER CRUST, LTD.<br>ATTN WM FRANKLIN WARREN, III; ESQ<br>150 MILESTONE WAY, STE A<br>GREENVILLE SC 29615 |
| CREDITOR ID: 264756-12<br>WILDCAT STRIPING & SEALING<br>ATTN JOHN C CAMPBELL, PRES<br>4578 LEWIS RD<br>STONE MOUNTAIN, GA 30083 | | |

**Total:    10**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                                    Case No.: 05-03817-3F1

                                                                                          Docket No.: 2914

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ANDY WALLS/CONTRACTORS | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

ANDY WALLS/CONTRACTORS  
PO BOX 189  
AUTAUGAVILLE, AL 36003

ASM CAPITAL LP  
ATTN ADAM MOSKOWITZ  
7600 JERICHO TPK STE 302  
WOODBURY NY 11797

Phone: 334 361 1741                                                     Phone: 5162246040  
Account No.: 242386                                                     Account No.: 399729

Claim No.: 370                                                          Full Transfer: (X)     Partial Transfer:  
Date Claim Filed: 03/29/2005                                            Transfer Amount: $3,560.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/2005                                                        /s/ Logan & Company, Inc.  
                                                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 2916

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CHEF MERITO INC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

CHEF MERITO INC  
ATTN: PLINIO GARA, PRES  
7915 SEPULVEDA BLVD  
VAN NUYS, CA 91405

ASM CAPITAL LP  
ATTN ADAM MOSKOWITZ  
7600 JERICHO TPK STE 302  
WOODBURY NY 11797

Phone:  
Account No.: 245153

Phone: 5162246040  
Account No.: 399729

Claim No.: 36035              Full Transfer: (X)       Partial Transfer:  
Date Claim Filed: 04/07/2005      Transfer Amount: $5,329.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/2005

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 2915

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| FREMONT BEEF CO | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| FREMONT BEEF CO<br>ATTN: JIM POMRENKE, VP<br>PO BOX 908<br>FREMONT, NE 68026-0908 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 250100 | Account No.: 399729 |

Claim No.: 34484  
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:  
Transfer Amount: $44,072.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/2005

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 2907

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LARISSA LAKE JUNE, LTD, A TEXAS LP | MADISON INVESTMENT TRUST - SERIES 1 |
| Name of Transferor | Name of Transferee |
| LARISSA LAKE JUNE, LTD, A TEXAS LP<br>C/O LOOPER REED & MCGRAW<br>ATTN THOMAS H KEEN ESQ<br>4100 THANKSGIVING TOWER<br>1601 ELM STREET<br>DALLAS TX 75201 | MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: 214 954 4135 | Phone: 800 896 8913 |
| Account No.: 403442 | Account No.: 410459 |
| LARISSA LAKE JUNE LP<br>6300 INDEPENDENCE PARKWAY<br>SUITE A-1<br>PLANO, TX 75023 | |
| Phone: | |
| Account No.: 1538 | |
| Claim No.: 1011 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/04/2005 | Transfer Amount: $391,803.86 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2913

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UPPER CRUST, LTD.　　　　　　　　　　　　　　　　ASM CAPITAL LP
Name of Transferor　　　　　　　　　　　　　　　　Name of Transferee

UPPER CRUST, LTD.　　　　　　　　　　　　　　　　ASM CAPITAL LP
ATTN WM FRANKLIN WARREN, III; ESQ　　　　　　　　ATTN ADAM MOSKOWITZ
150 MILESTONE WAY, STE A　　　　　　　　　　　　7600 JERICHO TPK STE 302
GREENVILLE SC 29615　　　　　　　　　　　　　　　WOODBURY NY 11797

Phone:　　　　　　　　　　　　　　　　　　　　　Phone: 5162246040
Account No.: 382093　　　　　　　　　　　　　　　Account No.: 399729

UPPER CRUST PRODUCTION CO INC
ATTN: DHANMATTIE HIRAMAN, ASS CONTR
55 CANARCTIC DR
DOWNSVIEW, ON M3J 2N7 CANADA

Phone:
Account No.: 263892

Claim No.: 9419　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 07/29/2005　　　　　　　　　　　Transfer Amount: $116,493.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/2005　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2913 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UPPER CRUST, LTD. | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| UPPER CRUST, LTD.<br>ATTN WM FRANKLIN WARREN, III; ESQ<br>150 MILESTONE WAY, STE A<br>GREENVILLE SC 29615 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: | Phone: 5162246040 |
| Account No.: 382093 | Account No.: 399729 |
| UPPER CRUST PRODUCTION CO INC<br>ATTN: DHANMATTIE HIRAMAN, ASS CONTR<br>55 CANARCTIC DR<br>DOWNSVIEW, ON M3J 2N7 CANADA | |
| Phone:<br>Account No.: 263892 | |
| Claim No.: 9420 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Transfer Amount: $45,196.80 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 08/11/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 2912

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WILDCAT STRIPING & SEALING | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| WILDCAT STRIPING & SEALING<br>ATTN JOHN C CAMPBELL, PRES<br>4578 LEWIS RD<br>STONE MOUNTAIN, GA 30083 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 678 937 9525 | Phone: 5162246040 |
| Account No.: 264756 | Account No.: 399729 |

Claim No.: 2729                    Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 05/13/2005       Transfer Amount: $7,216.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/11/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 11, 2005.