## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about August 16, 2005, I caused copies of:

• **the Notice of Transfer of Claims Other Than For Security**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 18, 2005

Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 410755-15
AMROC INVSTMNTS/RX LABEL TECHNOLGY
AS ASSIGNEE OF
ATTN DAVIS S LEINWAND, ESQ
535 MADISON AVENUE, 15TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 407695-15
CAVENDISH FARMS, TRANSFEREE OF
IRVING TISSUE
C/O KEATON & ASSOCIATES, PC
ATTN MARY E GARDNER, ESQ
1278 W NORTHWEST HWY, SUITE 903
PALATINE IL 60067

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 249274-12
EXCESS SPACE RETAIL SERVICES, INC
ATTN MICHAEL S WIENER, PRES & CEO
ONE HOLLOW LANE, SUITE 112
LAKE SUCCESS NY 11042

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 279360-36
FALCON FARMS INC
ATTN:  JAIRO RENGIFO
2330 NW 82ND AVE
MIAMI FL 33122-1511

CREDITOR ID: 403431-99
FALCON FARMS, INC.
C/O TODTMAN NACHAMIE SPIZZ & JOHNS
ATTN ALEX SPIZZ, ESQ
425 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 249571-12
FIRST SERVICES CORP
ATTN LEIGH PORTER/BRUCE KRONGELB
4648 OLD WINTER GARDEN RD
ORLANDO, FL 32811-1784

CREDITOR ID: 250982-12
GST CORPORATION
NKA: NYK LOGISTICS INC
ATTN: CHRISTINE SCHINBERG
INTERMODAL BUSINESS UNIT
PO BOX 2121
MEMPHIS TN 38159

CREDITOR ID: 251004-12
GULF ATLANTIC EQUIPMENT CO INC
ATTN: JOSHUA HORENSTEIN
PO BOX 10758
JACKSONVILLE, FL 32247-0758

CREDITOR ID: 408158-15
KEN ROBINSON OF FLORIDA
C/O WHITE ELECTRICAL CONSTRUCTION
ATTN SAM DUBOSE, CORP SEC
PO BOX 19629
ATLANTA GA 30325-0629

CREDITOR ID: 407697-15
KEN ROBINSON OF FLORIDA, DIVISION
OF WHITE ELECTRICAL CONSTRUCTION CO
3225 EAST 4TH AVENUE
TAMPA FL 33605

CREDITOR ID: 257403-12
NORTH PORT SOLID WASTE DISTRICT
ATTN: SCOTT MILLER
PO BOX 7276
NORTH PORT, FL 34287-0276

CREDITOR ID: 257998-12
PANHANDLE ENGINEERING INC
ATTN JAMES H SLONINA, PRES
3005 SOUTH HIGHWAY 77
LYNN HAVEN, FL 32444

CREDITOR ID: 262870-12
PONTOTOC PROGRESS, THE
ATTN: LISA BRYANT
PO BOX 210
PONTOTOC, MS 38863

CREDITOR ID: 259305-12
RAYTEC CORPORATION
ATTN: BRIAN DECKTOR
PO BOX 4280, UNIT 6
PORTLAND, OR 97208

CREDITOR ID: 259932-12
RON WALLACE ENTERPRISES INC
ATTN: RON WALLACE
12755 SHINNECOCK WAY
JACKSONVILLE, FL 32225

CREDITOR ID: 411287-97
RX LABEL TECHNOLGY
ATTN: JOHN HANBY
3301 ENTERPRISE AVE
JOPLIN MO 64801-9783

CREDITOR ID: 262151-12
SUMTER COUNTY RECORD JOURNAL
ATTN: THOMAS MCGRAW
PO DRAWER B
210 SOUTH WASHINGTON STREET
LIVINGSTON, AL 35470

CREDITOR ID: 262236-12
SUNSHINE LOGISTICS, INC
ATTN GEORGE FLEMING, PRESIDENT
3302 INDUSTRIAL DRIVE
BOWLING GREEN, KY 42101

**Total:   23**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                    Case No.: **05-03817-3F1**

                                                                              Docket No.: **2940**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMROC INVSTMNTS/RX LABEL TECHNOLGY                            AMROC INVESTMENTS LLC

Name of Transferor                                           Name of Transferee

AMROC INVSTMNTS/RX LABEL TECHNOLGY                            AMROC INVESTMENTS LLC
AS ASSIGNEE OF                                               ATTN DAVID S LEINWAND ESQ
ATTN DAVIS S LEINWAND, ESQ                                   535 MADISON AVE 15TH FLR
535 MADISON AVENUE, 15TH FLOOR                               NEW YORK NY 10022
NEW YORK NY 10022

Phone: 212 850 7524                                          Phone:
Account No.: 410755                                          Account No.: 399614

RX LABEL TECHNOLGY
ATTN: JOHN HANBY
3301 ENTERPRISE AVE
JOPLIN MO 64801-9783

Phone:
Account No.: 411287

Claim No.: 9787                                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/28/2005                                 Transfer Amount: $77,384.79

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005                                             /s/ Logan & Company, Inc.

                                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 2953 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CAVENDISH FARMS, TRANSFEREE OF

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

CAVENDISH FARMS, TRANSFEREE OF
IRVING TISSUE
C/O KEATON & ASSOCIATES, PC
ATTN MARY E GARDNER, ESQ
1278 W NORTHWEST HWY, SUITE 903
PALATINE IL 60067

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 847 934 6500

Account No.: 407695

Phone:

Account No.: 399614

CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4 CANADA

Phone: 506 859 5176

Account No.: 405971

Claim No.: 5064

Date Claim Filed: 07/01/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $101,429.73

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

                                                                    Docket No.: **2954**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EXCESS SPACE RETAIL SERVICES, INC                    AMROC INVESTMENTS LLC
Name of Transferor                                   Name of Transferee

EXCESS SPACE RETAIL SERVICES, INC                    AMROC INVESTMENTS LLC
ATTN MICHAEL S WIENER, PRES & CEO                    ATTN DAVID S LEINWAND ESQ
ONE HOLLOW LANE, SUITE 112                           535 MADISON AVE 15TH FLR
LAKE SUCCESS NY 11042                                NEW YORK NY 10022

Phone: 516 365 6400 x232                             Phone:
Account No.:  249274                                 Account No.:  399614

Claim No.: 6163                                      Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/13/2005                         Transfer Amount: $292,658.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2952**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FALCON FARMS, INC.

Name of Transferor

CREDIT SUISSE

Name of Transferee

FALCON FARMS, INC.
C/O TODTMAN NACHAMIE SPIZZ & JOHNS
ATTN ALEX SPIZZ, ESQ
425 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

Phone: 212 754 9400
Account No.:  403431

Phone: 212 538 5385
Account No.:  411244

FALCON FARMS INC
ATTN:  JAIRO RENGIFO
2330 NW 82ND AVE
MIAMI FL 33122-1511

Phone: 3054778088
Account No.:  279360

Claim No.: 976
Date Claim Filed: 04/29/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,166,255.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2939

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FIRST SERVICES CORP

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

FIRST SERVICES CORP
ATTN LEIGH PORTER/BRUCE KRONGELB
4648 OLD WINTER GARDEN RD
ORLANDO, FL 32811-1784

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 407 292 1010

Account No.: 249571

Phone:

Account No.: 399614

Claim No.: 32659

Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $3,060.66

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**  | Case No.: **05-03817-3F1**
| Docket No.: **2955**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GST CORPORATION

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

GST CORPORATION
NKA: NYK LOGISTICS INC
ATTN: CHRISTINE SCHINBERG
INTERMODAL BUSINESS UNIT
PO BOX 2121
MEMPHIS TN 38159

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.: 250982

Phone:
Account No.: 399614

Claim No.: 32698

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $31,864.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2930**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GULF ATLANTIC EQUIPMENT CO INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

GULF ATLANTIC EQUIPMENT CO INC
ATTN: JOSHUA HORENSTEIN
PO BOX 10758
JACKSONVILLE, FL 32247-0758

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  251004

Phone:
Account No.:  399614

Claim No.: 32700

Date Claim Filed: 04/07/2005

Full Transfer: <u>(X)</u>        Partial Transfer:

Transfer Amount: $1,196.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 2994

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KEN ROBINSON OF FLORIDA, DIVISION                    CACTUS HOLDINGS GROUP LLC

Name of Transferor                                    Name of Transferee

KEN ROBINSON OF FLORIDA, DIVISION          CACTUS HOLDINGS GROUP LLC
OF WHITE ELECTRICAL CONSTRUCTION CO        ATTN VIJAY KRISH
3225 EAST 4TH AVENUE                        19487 ROBLE CT
TAMPA FL 33605                              SARATOGA CA 95070


Phone: 888 519 4483                        Phone: 408 868 1507
Account No.:  407697                       Account No.:  403520

KEN ROBINSON OF FLORIDA
C/O WHITE ELECTRICAL CONSTRUCTION
ATTN SAM DUBOSE, CORP SEC
PO BOX 19629
ATLANTA GA 30325-0629


Phone: 888 519 4483
Account No.:  408158


Claim No.: 5067                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/01/2005               Transfer Amount: $25,414.33


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/16/2005                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 2945

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NORTH PORT SOLID WASTE DISTRICT

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

NORTH PORT SOLID WASTE DISTRICT
ATTN: SCOTT MILLER
PO BOX 7276
NORTH PORT, FL 34287-0276

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 257403

Phone:
Account No.: 408404

Claim No.: 31289

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,941.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2931**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PANHANDLE ENGINEERING INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

PANHANDLE ENGINEERING INC
ATTN JAMES H SLONINA, PRES
3005 SOUTH HIGHWAY 77
LYNN HAVEN, FL 32444

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 850 763 5200
Account No.:  257998

Phone:
Account No.:  399614

Claim No.: 1409

Date Claim Filed: 05/12/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,707.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2932**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PONTOTOC PROGRESS, THE

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

PONTOTOC PROGRESS, THE
ATTN: LISA BRYANT
PO BOX 210
PONTOTOC, MS 38863

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  262870

Phone:
Account No.:  399614

Claim No.: 34246

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $3,310.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2956

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RAYTEC CORPORATION                          AMROC INVESTMENTS LLC

Name of Transferor                          Name of Transferee

RAYTEC CORPORATION                          AMROC INVESTMENTS LLC
ATTN: BRIAN DECKTOR                         ATTN DAVID S LEINWAND ESQ
PO BOX 4280, UNIT 6                         535 MADISON AVE 15TH FLR
PORTLAND, OR 97208                          NEW YORK NY 10022


Phone:                                      Phone:
Account No.:  259305                        Account No.:  399614


Claim No.: 31456                            Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                Transfer Amount: $4,396.11

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/16/2005                            /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
|  |  |
|---|---|
| | Case No.: 05-03817-3F1 |
| | Docket No.: 2957 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RAYTEC CORPORATION | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| | |
| RAYTEC CORPORATION | AMROC INVESTMENTS LLC |
| ATTN: BRIAN DECKTOR | ATTN DAVID S LEINWAND ESQ |
| PO BOX 4280, UNIT 6 | 535 MADISON AVE 15TH FLR |
| PORTLAND, OR 97208 | NEW YORK NY 10022 |
| | |
| Phone: | Phone: |
| Account No.: 259305 | Account No.: 399614 |

| | |
|---|---|
| Claim No.: 34080 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $2,285.98 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2935**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RON WALLACE ENTERPRISES INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

RON WALLACE ENTERPRISES INC
ATTN: RON WALLACE
12755 SHINNECOCK WAY
JACKSONVILLE, FL 32225

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  259932

Phone:
Account No.:  399614

Claim No.: 35305

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,770.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                Case No.: **05-03817-3F1**

Docket No.: **2938**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUMTER COUNTY RECORD JOURNAL                AMROC INVESTMENTS LLC

Name of Transferor                            Name of Transferee

SUMTER COUNTY RECORD JOURNAL                AMROC INVESTMENTS LLC
ATTN: THOMAS MCGRAW                           ATTN DAVID S LEINWAND ESQ
PO DRAWER B                                   535 MADISON AVE 15TH FLR
210 SOUTH WASHINGTON STREET                   NEW YORK NY 10022
LIVINGSTON, AL 35470

Phone:                                        Phone:
Account No.:  262151                          Account No.:  399614

Claim No.: 34203                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                  Transfer Amount: $1,732.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2958**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUNSHINE LOGISTICS, INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

SUNSHINE LOGISTICS, INC
ATTN GEORGE FLEMING, PRESIDENT
3302 INDUSTRIAL DRIVE
BOWLING GREEN, KY 42101

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 270 646 4732

Account No.: 262236

Phone:

Account No.: 399614

Claim No.: 7740

Date Claim Filed: 07/25/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $5,748.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**　　　　　　Case No.: **05-03817-3F1**

Docket No.: **2994**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KEN ROBINSON OF FLORIDA, DIVISION　　　　CACTUS HOLDINGS GROUP LLC

Name of Transferor　　　　　　　　　　　Name of Transferee

KEN ROBINSON OF FLORIDA, DIVISION　　　　CACTUS HOLDINGS GROUP LLC
OF WHITE ELECTRICAL CONSTRUCTION CO　　ATTN VIJAY KRISH
3225 EAST 4TH AVENUE　　　　　　　　　　19487 ROBLE CT
TAMPA FL 33605　　　　　　　　　　　　　SARATOGA CA 95070


Phone: 888 519 4483　　　　　　　　　　Phone: 408 868 1507
Account No.:  407697　　　　　　　　　　Account No.:  403520

KEN ROBINSON OF FLORIDA
C/O WHITE ELECTRICAL CONSTRUCTION
ATTN SAM DUBOSE, CORP SEC
PO BOX 19629
ATLANTA GA 30325-0629


Phone: 888 519 4483
Account No.:  408158


Claim No.: 5067　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 07/01/2005　　　　　　Transfer Amount: $25,414.33


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/16/2005　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

Docket No.: **2952**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FALCON FARMS, INC.                                          CREDIT SUISSE

Name of Transferor                                          Name of Transferee

FALCON FARMS, INC.                                          CREDIT SUISSE
C/O TODTMAN NACHAMIE SPIZZ & JOHNS                          ATTN WENDY BEER
ATTN ALEX SPIZZ, ESQ                                        11 MADISON AVE 5TH FLR
425 PARK AVENUE, 5TH FLOOR                                  NEW YORK NY 10010
NEW YORK NY 10022

Phone: 212 754 9400                                         Phone: 212 538 5385
Account No.: 403431                                         Account No.: 411244

FALCON FARMS INC
ATTN: JAIRO RENGIFO
2330 NW 82ND AVE
MIAMI FL 33122-1511

Phone: 3054778088
Account No.: 279360

Claim No.: 976                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/29/2005                      Transfer Amount: $2,166,255.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005                                            /s/ Logan & Company, Inc.

                                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 16, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2945

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NORTH PORT SOLID WASTE DISTRICT                          FAIR HARBOR CAPITAL LLC

Name of Transferor                                       Name of Transferee

NORTH PORT SOLID WASTE DISTRICT                          FAIR HARBOR CAPITAL LLC
ATTN: SCOTT MILLER                                       ATTN FRED GLASS
PO BOX 7276                                              875 AVENUE OF THE AMERICAS STE 2305
NORTH PORT, FL 34287-0276                                NEW YORK NY 10001

Phone:                                                   Phone:
Account No.:  257403                                     Account No.:  408404

Claim No.: 31289                                         Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                             Transfer Amount: $1,941.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/16/2005                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 16, 2005.