[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  

Winn−Dixie Stores, Inc

Case No. 3:05−bk−03817−JAF
Chapter 11

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Final Motion for Relief From Stay filed by The Dannon Company, Inc. is rescheduled to September 26, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated August 16, 2005 .

David K Oliveria , Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
US Trustee
Attorney for Movant

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Aug 16, 2005
Case: 05-03817              Form ID: 3902a         Total Served: 5

The following entities were served by first class mail on Aug 18, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Edwin W. Held, Jr.,   Held & Israel,   1301 Riverplace Blvd.,   Suite 1916,
             Jacksonville, FL 32207-9024
aty        +James S. Carr,   Kelley Drye & Warren LLP,   101 Park Avenue,   New York, NY 10178-0062
ust        +United States Trustee - JAX,   135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2005**                    **Signature:**    *Joseph Speetjens*