UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

<u>**ORDER STRIKING AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY**</u>

The Court finds that the Amended Complaint to Determine Dischargeability filed by Michael O. Massey on behalf of Amanda Ingle on August 15, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Amended Complaint to Determine Dischargeability filed by Michael O. Massey on behalf of Amanda Ingle on August 15, 2005 is stricken without prejudice to being refiled electronically as an adversary proceeding accompanied by the filing fee, summons and have a properly styled case caption.

**DATED August 16, 2005,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael O. Massey, 4421 NW Blitchton Rd., PMB 417, Ocala, FL 34482
Leanne McKnight Prendergast, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32202
Adam Ravin, Four Times Square, New York, NY 10036
US Trustee
Dennis Dunne, One Chase Manhattan Plaza, New York, NY 10005
Jeanine A. Ullo, 135 W. Central Blvd., Ste 1100, Orlando, FL 32801

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Aug 16, 2005
Case: 05-03817                Form ID: pdfdoc         Total Served: 6
```

```
The following entities were served by first class mail on Aug 18, 2005.
aty      +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty      +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
          New York, NY 10005-1401
aty      +Michael O. Massey,   4421 NW Blitchton Road, PMB 417,   Ocala, FL 34482-4056
ust      +United States Trustee - JAX,   135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
         +Jeanine A. Ullo,   135 W. Central Blvd., Ste 1100,   Orlando, FL 32801-2478
         +Leanne McKnight Prendergast,   1800 Wachovia Bank Tower,   225 Water Street,
          Jacksonville, FL 32202-5185
```

```
The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 18, 2005**                    **Signature:**  *Joseph Speetjens*