**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTINUE HEARING ON MOTION**
**FOR RELIEF FROM STAY FILED BY AMANDA JOHNSON,**
**AS PARENT AND NEXT FRIEND OF BRENDEN JOHNSON, A MINOR**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Amanda Johnson, as parent and next friend of Brenden Johnson, a minor ("Johnson") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by Johnson (the "Motion") (Docket No. 2583) for final hearing on or after October 24, 2005, and (ii) the continuation of the automatic stay in effect

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

pending the conclusion of such hearing and determination of Johnson's Motion for Relief from Stay.

Dated: August 19, 2005

| HIDAY & RICKE, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ Jeffrey R. Becker*<br>Jeffrey R. Becker | By *s/ James H. Post*<br>James H. Post |
| Florida Bar Number 0792977<br>Post Office Box 550858<br>Jacksonville, Florida  32255<br>(904) 363-2769<br>(904) 363-0538 (facsimile)<br>litigate@hidayricke.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| *Counsel has authorized his electronic signature. | -and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com<br><br>Attorneys for the Debtors |

00505450