UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   CASE NO.: 05-03817-3F1
Winn-Dixie Stores, Inc.,
Debtors.
_____/

### REQUEST FOR FINAL EVIDENTIARY HEARING

Creditor, Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor, which by and through its undersigned attorneys waives the time limits pursuant to 11 U.S.C. Sec. 362 and requests the court schedule a final evidentiary hearing on Creditor's Motion for Stay Relief dated July 28, 2005, to take place no sooner than October 24, 2005.

DATED this 17th day of August, 2005.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either by U.S. Mail or electronically this 17th day of August, 2005 to: Winn-Dixie Stores Inc., 5050 Edgewood Court, Jacksonville, FL. 32254-3699, Elena L. Escamilla, Assistant U.S. Trustee, 135 W. Central Boulevard, Room 620, Orlando, FL. 32801, Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY. 10036, James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL. 32201, John B. MacDonald, Ackerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL. 32202.

Hiday & Ricke, P.A.

By:_____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: litigate@hidayricke.com
Florida Bar No.: 0792977
File # 200511089

