UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

### FLORIDA TAX COLLECTORS' NOTICE OF FILING SUPPLEMENT TO EXHIBIT 1 TO THE ORDER GRANTING FLORIDA TAX COLLECTORS' MOTION TO EXTEND CLAIMS BAR DATE

The Florida Tax Collectors, through their undersigned counsel, hereby file the attached Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date (Docket No. 3069) entered on August 18, 2005 ("the Order"), and state:

The proofs of claim filed by Florida Tax Collectors prior to August 22, 2005 as identified on the attached Supplement were inadvertently not included in Exhibit 1 to the Order. In accordance with the Order, the Florida Tax Collectors' proofs of claim as identified in the attached Supplement are also deemed withdrawn without prejudice and the claims agent is authorized to mark the claims as "withdrawn" on the claims register.

Respectfully submitted,

Florida Tax Collectors

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Florida Tax Collectors' Notice of Filing Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date* has been furnished by *Notice of Electronic Filing* this 19 day of August, 2005 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); and John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com).

Brian T. FitzGerald, Esq.

**FLORIDA TAX COLLECTORS' CLAIMS NOT INCLUDED IN EXHIBIT 1 TO ORDER EXTENDING CLAIMS BAR DATE FOR FLORIDA TAX COLLECTORS**
These Claims are also Withdrawn Without Prejudice Pursuant
to the Order (Docket No. 3069)

| Tax Collector | Claim Numbers |
|---|---|
| Baker County | 2777 |
| Brevard County | 772, 773, 774, 775, 776, 777, 778, 779, 780, 781, 782, 783, 784, 785, 786, 787, 788, 789, 790, 791 |
| Broward County | 250 |
| Collier County | 477 |
| Hillsborough County | 4890, 4891, 4892, 4893, 4894, 4895, 4896, 4897, 4898, 4899, 4900, 4901, 4902, 4903, 4904, 4905, 4906, 4907 |
| Indian River County | 33, 34, 35, 1212, 1213, 1214 |
| Madison County | 1779 |
| Miami-Dade County | 1549 |
| Monroe County | 2333 |
| Orange County | 6382, 6383, 6384, 6385, 6386, 6397, 6388, 6389, 6390, 6391, 6392, 6393, 6394, 6395, 6396, 6397, 6398, 6399, 6400, 6401, 6402, 6403, 6404, 6405, 6406, 6407, 6408, 6409, 6410, 6411 |
| Pasco County | 4732 |
| Pinellas County | 70, 155, 1978 |
| Polk County | 3252, 3253, 3254, 3255, 3256, 3257, 3258, 3259, 3260, 3261, 3262* |
| Seminole County | 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 1366 |
| St. Johns County | 2217, 2218, 2219, 2220, 2221, 2800, 2801, 2802, 2803, 2804, 2805 |
| Taylor County | 2925 |

*These Claim Numbers replace and supercede Claim Numbers 3652, 3653, 3654, 3655, 3656, 3657, 3658, 3659, 3660, 3661, and 3662 for Polk County as identified on Exhibit 1.

Supplement to Exhibit 1