UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                    Chapter 11
          Debtors.                         )        Jointly Administered


# CERTIFICATE OF SERVICE

I certify that a copy of the Order Authorizing the Debtors to Renew Certain Insurance Programs and Assume Workers' Compensation Program (Docket No. 2826) was furnished by mail and/or electronically on (i) August 4, 2005 and/or August 16, 2005 to those parties on the attached Master Service List, attached as Exhibit A and (ii) by mail on August 16, 2005 to those parties on the attached Exhibit B.

Dated: August 19, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>      D. J. Baker <br>      Sally McDonald Henry <br>      Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br>      Stephen D. Busey <br>      James H. Post <br>      Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00505233.DOC