**EXHIBIT B**

Margery N. Reed Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
E-Mail mreed@duanemorris.com

Dale Bitter
Winn-Dixie Stores, Inc.
505 Edgewood Court
Jacksonville, FL 32254-3699
dalebitter@winn-dixie.com

00502761.DOC