UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                Chapter 11
                Debtors.                )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Correcting Order Dated July 27, 2005 (Docket No. 2537) to Attach Guidelines to Order (A) Authorizing the Debtors to Retain Liquidating Agent and Approving Agency Agreement, (B) Authorizing the Debtors to Sell Merchandise Free and Clear of Liens and Exempt from Stamp or Similar Taxes Through Store Closing Sale in Accordance with the Attached Guidelines and (C) Granting Related Relief (Docket No. 2830) was furnished by mail and/or electronically to those parties on the attached Master Service List on August 5, 2005 and/or August 16, 2005.

Dated:  August 19, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By    *s/ Cynthia C. Jackson*
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post
      Rosalie Gray                            Cynthia C. Jackson (FBN 498882)

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors

00505237.DOC