

# KLEIN & HEUCHAN, INC
# REALTORS

Commercial/Investment/Real Estate Services

A. D. Booth, Jr.
Thomas A. Duncan, Sr.
Aaron Fisch
Linda Gardiner
Lawrence D. Gilbert
Christopher R. Howell, CCIM
Mark S. Klein, CCIM
Steven G. Klein
M. F. "Bud" Lytle
Stanley Newmark
Joseph T. Santolucito
John L. Shannon
Martin A. Slavney
Sherri L. Strazz



FILED
~~RECEIVED~~
CLERK, U.S. BANKRUPTCY COURT
AUG 1 7 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

August 16, 2005

<u>CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

Ms. Susan Carter
Case Manager
United State Bankruptcy Court
300 N. Hogan Street
Jacksonville, FL 32202

RE:  Case No. 05-03817-3F1
     Chapter 11
     Winn-Dixie Stores, Inc., et al., Debtors

Dear Ms. Carter:

Please accept this letter as official notice that our mailing address has changed for all future notice mailings concerning the above-referenced case.

Our new address is:   DEM Partnership
                      c/o Klein & Heuchan, Inc.
                      1744 N. Belcher Rd., Suite 200
                      Clearwater, FL 33765

E-Mail Address:       msk@tampabay.rr.com

Sincerely,

DEM PARTNERSHIP

Mark S. Klein
General Partner

MSK:cd




1744 N. Belcher Road, Clearwater, Florida 33765
Phone: 727/441-1951 ■ Fax: 727/449-1724 ■ www.kleinandheuchan.com