STATE OF FLORIDA
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM McLAREN

    Creditor,

vs.      Case No.: 05-03817-3F1

WINN DIXIE STORES, INC. et al.

    Debtor.

_____/

FILED
JACKSONVILLE FLORIDA
AUG 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**PROOF OF CLAIM AND NOTICE OF APPEARANCE**

FREDERICK KEEBLER, by and through the undersigned attorney, hereby files this Proof of Claim and Notice of Appearance as a creditor herein and requests that copies of all notices, pleadings and other papers filed in this case be furnished to him at the address shown below.

Pursuant to Bankruptcy Rule 2002(I), the undersigned also requests that all matters which must be noticed to creditors be sent to the undersigned and that the undersigned be added to the Court's master mailing list.

Dated this ___11___ day of ___Aug_____, 2005.

    LANCASTER & EURE, P.A.
    Post Office Drawer 4257
    Sarasota, FL 34230
    (941) 365-7575 (Telephone)
    (941) 365-7590 (Facsimile)
    Attorneys for Petitioner

By:_____
    Alex Lancaster
    Florida Bar Number 159275

/tms

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>**Winn-Dixie Stores, Inc. et al.,**<br>Debtors. | Chapter 11<br>Case No. 05-03817-3F1<br>Jointly Administered |

**NOTICE OF APPROVAL UNDER 11 U.S.C. § 328(a) OF RETENTION TERMS FOR (A) THE BLACKSTONE GROUP, L.P. AS FINANCIAL ADVISORS TO THE DEBTORS, (B) XROADS SOLUTIONS GROUP, LLC AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS TO THE DEBTORS, (C) HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL AS FINANCIAL ADVISOR TO THE CREDITORS COMMITTEE, AND (D) ALVAREZ & MARSAL, LLC AS OPERATIONS AND REAL ESTATE ADVISOR TO THE CREDITORS COMMITTEE**

PLEASE TAKE NOTICE THAT:

1. The United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") has entered separate orders, dated June 3, 2005, respectively authorizing, subject to notice as outlined in paragraph 3 below, retentions under 11 U.S.C. § 328(a) of The Blackstone Group, L.P. ("Blackstone") as financial advisors to the Debtors, XRoads Solutions Group, LLC ("XRoads") as financial and operations restructuring consultants to the Debtors, Houlihan Lokey Howard & Zukin Capital ("Houlihan") as financial advisors to the Creditors Committee, and Alvarez & Marsal, LLC ("Alvarez") as operations and real estate advisors to the Creditors Committee (the "Retention Orders").

2. As such retentions are being approved under 11 U.S.C. § 328(a), Blackstone, XRoads, Houlihan, and Alvarez will be entitled to be compensated in accordance with the terms and conditions of their respective engagements unless "such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions." Notwithstanding the foregoing, the Retention Orders preserve the United States Trustee's right to object to interim or final fee applications of Blackstone, XRoads, Houlihan, and Alvarez on all grounds, including the reasonableness standard provided for under 11 U.S.C. §330.

3. Under the Retention Orders, the Bankruptcy Court has provided an opportunity for creditors to review and object to the terms and conditions of any of the retentions of each of Blackstone, XRoads, Houlihan, and Alvarez. Creditors who did not previously receive notice of the applications seeking authority to retain each of such firms (the "Creditors Not Previously Noticed") and who wish to object to the terms and conditions of retention must file an objection within thirty (30) days of the date of this Notice. Any such objections must be (a) filed with the Clerk of the Bankruptcy Court in accordance with the Bankruptcy Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) served on the counsel listed below and Blackstone, XRoads, Houlihan, or Alvarez, as applicable, so as to be actually received on **August 10, 2005**. The Bankruptcy Court will consider any objections filed and served on or before **August 10, 2005** by any Creditor Not Previously Noticed at the omnibus hearing scheduled for **August 18, 2005, at 1:00 p.m Eastern Time**. The Retention Orders will be deemed final as to (a) all Creditors Not Previously Noticed who do not file and serve an objection on or before **August 10, 2005** and (b) all parties in interest who previously received notice of the applications but failed to file an objection by the previously applicable objection deadline.

4. **Blackstone.** Pursuant to the Retention Order and the underlying engagement documents relating to Blackstone (the "Blackstone Documents"), the terms and conditions of Blackstone's engagement on behalf of the Debtors include the following:

- Monthly Fee: Blackstone will receive a monthly fee (the "Blackstone Monthly Fee") of $167,000.

- Expenses: Blackstone will be reimbursed for reasonable out-of-pocket expenses, including certain fees and expenses of counsel.

- Restructuring Fee: Upon consummation of a successful "Restructuring," as defined in the Blackstone Documents, Blackstone will receive an additional fee of $4,000,000 (the "Blackstone Restructuring Fee"). Any Blackstone Monthly Fees paid after the first twelve monthly fees will be credited against the Blackstone Restructuring Fee.

- Transaction Fee: Upon the consummation of certain "Transactions," as defined in the Blackstone Documents, relating to (a) retail grocery stores, (b) dairy operations, and (c) bottled beverage operations, Blackstone will receive an additional fee (the "Blackstone Transaction Fee") of 4% of the first $25 million of proceeds, plus 3% of the amount of proceeds between $25 million and $50 million, plus 2% of the amount of proceeds between $50 million and $100 million plus 1% of the amount of proceeds over $100 million. The minimum Blackstone Transaction Fee for each of the groups listed in (a) through (c) above will be $1 million, provided that only one minimum Blackstone Transaction Fee will be earned with respect to each such group and there will be no other minimums on Blackstone Transaction Fees. Notwithstanding anything to the contrary in the foregoing, Blackstone will only be entitled to a Blackstone Transaction Fee relating to stores sold in the enterprise phase of the Debtors' sale process if the winning bidder is a party identified on Exhibit B to Blackstone's revised engagement letter. Paragraph 9 of the Retention Order relating to Blackstone also provides for the sharing of transaction fees related to stores sold during the enterprise phase between Blackstone, DJM Asset Management, and The Food Partners, LLC. In the event that substantially all of the Debtors' operations are sold to a third party purchaser, Blackstone will earn the greater of the Blackstone Transaction Fee or its Blackstone Restructuring Fee but will not earn both fees, provided that if such a sale is primarily developed by the Debtors' board of directors and results in a full recovery in cash to the Debtors' unsecured creditors, Blackstone will earn the Blackstone Restructuring Fee and not the Blackstone Transaction Fee.

- Indemnification: The Debtors will indemnify Blackstone and related parties from and against any losses, claims, damages, expenses, and liabilities related to the Debtors' engagement of Blackstone as set forth in the Blackstone Documents.

5. **XRoads.** Pursuant to the Retention Order and the underlying engagement documents relating to XRoads (the "XRoads Documents"), the terms and conditions of XRoad's engagement on behalf of the Debtors include the following:

- Monthly Fee and Hourly Fees: XRoads will receive a minimum monthly fee (the "XRoads Monthly Fee") of $200,000. However, if XRoads' time spent performing services totals more than 400 hours in any month, the Debtors will pay XRoads for such additional hours at the rate of $400 per hour (the "Hourly Fees"). Notwithstanding the foregoing, the Debtors will also pay XRoads a rate of $400 per hour for certain discrete lease renegotiation services, but will defer payment of $200 per hour for such work until XRoads and the Debtors agree that payment of the