LAW OFFICES
# SANZONE & BAKER, P.C.

1106 COMMERCE STREET, 3rd FLOOR · P.O. BOX 1078
LYNCHBURG, VIRGINIA 24505

TELEPHONE 434-846-4691

FAX 434-528-5264

JOSEPH A. SANZONE
PHILIP B. BAKER

August 17, 2005

F I L E D
JACKSONVILLE, FLORIDA

AUG 1 9 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Clerk of the Bankruptcy Court
300 North Hogan St.
Suite 3-350, Jacksonville, FL 32202

RE:   Case No: 05-03817-3F1
      In re: Winn Dixie Stores, Inc.

Dear Sir or Madame:        REQUEST FOR NOTICE

This letter is to confirm my representation of Ms. Euna Walker in matters related to a workers' compensation claim with Winn Dixie.

Ms. Walker's benefits continue appropriately and we only ask that any future notices which could affect her be forwarded to my address as counsel for her at P. O. Box 1078, Lynchburg, VA 24505, and we ask that you make note of her pending claim.

Thank you for your attention in this regard. By copy of this correspondence, I am confirming transmittal of the same with the Virginia Workers' Compensation Commission and my client.

Sincerely,

*Philip B. Baker*

Philip B. Baker
PBB/mbp

cc:   Euna Walker
      VWCC