**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:                                              )
                                                    )
WINN-DIXIE STORES, INC. Et al.                      )
                                                    )    Case No.: 05-03817-3F1
                                                    )    Jointly Administered
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )

F I L E D
JACKSONVILLE, FLORIDA
AUG 19 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## CREDITOR'S MOTION TO FILE PROOF OF CLAIM OUT OF TIME

The undersigned creditor, Ruth Propp, hereby files this Motion to File her Proof of Claim Out of Time and as grounds therefore would state as follows:

1. The Creditor/Petitioner Ruth Propp sustained personal injuries when she fell at a Winn-Dixie store located in Bradenton, Florida, on or about April 9, 2004.

2. Ms. Propp subsequently retained the undersigned counsel to represent her in her personal injury claim. A demand for settlement was submitted to Winn-Dixie's claims management services on June 13, 2005.

3. By letter dated June 28, 2005, the general liability claims examiner/adjuster responded to Ms. Propp's demand and gave Ms. Propp the first notice of the pending bankruptcy. Although the adjuster states that all claims are stayed due to the bankruptcy, she also states that they were awaiting direction from Winn-Dixie and the bankruptcy court on how to proceed with the management of these claims. She further stated that as soon as she had the information, she would notify the appropriate parties. See attached Exhibit A.

4. Neither Ruth Propp nor her attorney were ever notified of the status of the bankruptcy

nor of the deadline of filing proofs of claim. The deadline has now passed.

5.   Because the debtor's representative promised that she would notify the creditors of how to proceed and subsequently failed to do so, the interests of justice and fairness demand that Ms. Propp be permitted to file her Proof of Claim out of time. The Proof of Claim is being submitted contemporaneously herewith.

WHEREFORE the Creditor, Ruth Propp, respectfully requests that her Proof of Claim be accepted as filed.

By: _____
Amy L. Sergent
Florida Bar Number 977039

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the FOREGOING has been furnished by US mail this 17th day of August 2005, to Kerry Ledbetter, Sedgwick Claims Management Services, P.O. Box 24787, Jacksonville, FL 32241; and to Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043.

LANCASTER & EURE, P.A.
Post Office Drawer 4257
Sarasota, Florida 34230
(941) 365-7575
(941) 365-7590 FAX
Attorneys for Plaintiff

By: _____
Amy L. Sergent
Florida Bar Number 977039          /tms