UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

          Debtors
_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## ORDER GRANTING UNITED STATES' MOTION TO EXTEND CLAIMS BAR DATE

This case is before the Court on the United States' Motion to Extend Claims Bar Date [DE #2530], filed on July 21, 2005. A hearing was held on August 18, 2005, and no objections were raised. Accordingly, it is

**ORDERED:**

1. The motion is granted.

2. The Internal Revenue Service shall have until November 22, 2005 to file proofs of claim in these cases for the debtors' taxable years ending in June 2003 and June 2004. The Internal Revenue Service shall have until the date that is six months from the date on which the debtors file their 2005 federal income tax return to file a proof of claim in these cases for the debtors' taxable year ending in June 2005.

DATED this ____ day of August, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

1071383.1