[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05-bk-03817-JAF
                                                                Chapter 11


Winn-Dixie Stores, Inc




_____Debtor(s)_____/



## NOTICE OF RESCHEDULED HEARING ON MOTION FOR RELIEF FROM STAY


    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Amanda Johnson is rescheduled for final hearing to October 31, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated August 22, 2005 .

                        David K Oliveria , Clerk of Court
                        300 North Hogan Street Suite 3-350
                        Jacksonville, FL 32202



Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Jeffrey R. Becker, Attorney for Movant