## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC., et al,   CASE NO.: 3:05-bk-3817 JAF

Debtor.

### NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE THAT as of the date of the filing hereof, the undersigned makes a limited appearance as attorney of record for the landlord, ELIOT PROPERTIES, a Georgia General Partnership.

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to the United States Trustee's Office, 135 W. Central Blvd., Room 620, Orlando, FL 32801; to D. J. Baker, Esq., Sally McDonald Henry, Esq. and Rosalie Gray, Esq, Skadden, Arps, Slate, Meagher & Flon, LLP, Four Times Square, New York, NY 10036 and to Cynthia C. Jackson, Esq., Stephen D. Busey, Esq., and James H. Post, Esq., 225 Water Street #1800, Jacksonville, FL 32202 by electronic delivery this 22nd day of August, 2005.

Law Offices of Mickler & Mickler

By: /s/ Albert H. Mickler
ALBERT H. MICKLER
Co-Counsel for LANDLORD
    ELIOT PROPERTIES
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 168960