# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## OBJECTION TO THE PURCHASE OF THE LEASE OF THE WINN-DIXIE STORES LEASEHOLD INTEREST OF STORE NO. 20 ON ARCHER ROAD AND SW 34TH STREET, GAINESVILLE, FLORIDA

**COMES NOW** the Landlord, **ELIOT PROPERTIES, a Georgia General Partnership (hereinafter "Landlord"),** by and through its undersigned attorneys, and herewith files this objection to the purchase (Bill of Sale, Assignment and Assumption of Lease and sub-lease store number 20, Gainesville, Florida) from the Debtor, Winn-Dixie Stores, Inc. (Tenant), to **THE YEUN SUNG YIM FAMILY PARTNERSHIP, LLP, a Georgia Limited Liability Partnership,** and in support hereof would show the following:

1. The Landlord, Eliot Properties, a Georgia General Partnership, entered into a store lease with the Debtor, Winn-Dixie Stores, Inc., for the premises located at Archer Road and SW 34th Street, Gainesville, Florida, referred to as store number 20. Pursuant to the terms of the initial Lease, the lease term was twenty (20) years, commencing in 1978 to expire in 1999. Pursuant to the terms of the Third Amendment to the Lease dated January 24, 1990, the initial term of the Lease was to be extended for a period of fifteen (15) years from the date of the completion of the expansion, which was to expire at midnight on November 7, 2005.

2. In ¶ 27, the Initial Lease also specified several five (5) year expansions; however, in order to exercise the Lease extension, at least six (6) months' Notice had to be given, which was not

done.

3.  However, pursuant to the terms of the Lease regarding "notice for termination", the Landlord received a certified letter from the Debtor dated May 24, 2005 for "Notice of Non-Renewal". Specifically, the Debtor, Winn-Dixie, confirmed that the current term of the Lease expired on November 7, 2005 and therefore gave Notice of Non-Renewal to advise the Landlord that Winn-Dixie would not be renewing its Lease, and therefore would return the premises to the Landlord as scheduled at midnight, November 7, 2005. A copy of the Notice of Non-Renewal is attached hereto as Exhibit "A".

4.  In reliance upon the Notice of Non-Renewal, the Landlord immediately began soliciting new tenants for store number 20 to take the place of the Debtor, Winn-Dixie. Since there is only two (2) months remaining on the Lease with the Debtor, Winn-Dixie, the Landlord objects to any assumption of store number 20 by The Yeun Sung YIM Family Partnership, LLP beyond the period of November 7, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via regular U. S. Mail to: **D. J. Baker, Esquire, Sally McDonald Henry, Esquire, and Rosalie Gray, Esquire,** Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, and **Cynthia C. Jackson, Esquire, Stephen D. Busey, Esquire, and James H. Post, Esquire,** Smith, Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202, this 22 day of August, 2005.

MICKLER & MICKLER

By: _____
Albert H. Mickler
**Florida Bar No.: 168960**
5452 Arlington Expressway
Jacksonville, Florida 32211-6860
Telephone: (904) 725-0822
Facsimile: (904) 725-0855
Attorneys for Landlord

Of Counsel:

**BRANNON, BROWN, HALEY & BULLOCK, P.A.**
Stephen C. Bullock
**Florida Bar No.: 347264**
116 NW Columbia Avenue
Post Office Box 1029
Lake City, Florida 32056-1029
Telephone: (386) 752-3213
Facsimile: (386) 755-4524

3