UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW**, ROGER F. GAGNON, an individual, (hereinafter "Movant"), by and through his undersigned attorneys, Dennis Hernandez & Associates, PA, and moves the Court pursuant to 11 U.S.C. Section 362(d) and Bankruptcy Rule 9014, for relief from the automatic stay.

1. Winn-Dixie Supermarkets, Inc. (hereinafter "Debtor"), is among the debtors that filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code on February 21, 2005 in the Southern District of New York. The cases were transferred to this Court on April 13, 2005.

2. Prior thereto, on or about July 2, 2004, Movant filed a Charge of Discrimination against Debtor through the Equal Employment Opportunity Commission (hereinafter "EEOC").

3. The EEOC issued a Notice of Suit Rights to Movant on or about June 24, 2005.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in the jointly administered cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.  The Notice of Suit Rights gives the Movant the right to file a lawsuit against Debtor under federal law in state or federal court based on the charge filed by Movant.

5.  A copy of the above-referenced Notice of Rights that supports Movant's rights against Debtor is attached hereto and made a part hereof as Movant's Exhibit "A."

6.  Pursuant to the rights afforded to Movant by the EEOC through the above-referenced Notice of Suit Rights, Movant wishes to pursue his rights through the proper judicial channels.

7.  At eighty-two (82) years of age, it is critical for Movant to have his discrimination claim heard as soon as it is possible. Movant has already had to wait over twelve (12) months to bring his claim as it proceeded through the EEOC administrative process.

8.  Any further delay would prejudice the Movant and could deny him his due process rights.

9.  11 USCS 362(d) (2005) gives this Court discretion to grant the requested relief from stay.

WHEREFORE, Movant, Roger F. Gagnon, an individual, prays that this Honorable Court will enter its Order terminating, annulling, modifying, or

conditioning the automatic stay as it applies to the Movant.

Respectfully submitted,

_____
Michael R. DeMinico, Esquire
Florida Bar Number 336254
Dennis Hernandez & Associates, PA
3339 West Kennedy Boulevard
Tampa, Florida 33609
Telephone: 813-250-0000
Facsimile: 813-258-4567
Attorneys for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachment has been furnished via U.S. Mail and facsimile (904-783-5970) to Robert Devine, Esquire, Winn-Dixie Stores, Inc., 5050 Edgewood Court, P.O. Box B, Jacksonville, Florida, 32203-0297 and via U.S. Mail and facsimile (904-359-7708) to Stephen D. Busey, Esquire, James H. Post, Esquire, and Cynthia C. Jackson, Esquire, Smith Hulsey, Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202 on this 19th day of August, 2005.

_____
Michael R. DeMinico, Esquire