UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING CREDITOR'S MOTION TO FILE PROOF OF CLAIM OUT OF TIME

The Court finds that the Creditor's Motion to File Proof of Claim Out of Time filed by Amy L. Sergent on behalf of Ruth Propp on August 19, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Creditor's Motion to File Proof of Claim Out of Time filed by Amy L. Sergent on behalf of Ruth Propp on August 19, 2005 is stricken from the record.

**DATED August 22, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Amy L. Sergent, P.O. Drawer 4257, Sarasota, FL 34230
Kerry Ledbetter, Sedgwick Claims Management Services, P.O. Box 24787, Jacksonville, FL 32241
Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043