**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

**ORDER STRIKING NOTICE OF APPEARANCE**

The Court finds that the Notice of Appearance filed by Alex Lancaster on behalf of Frederick Keebler on August 18, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by Alex Lancaster on behalf of Frederick Keebler on August 18, 2005 is stricken from the record.

**DATED** August 22, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Alex Lancaster, P.O. Drawer 4257, Sarasota, FL 34230