UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

    Debtors.        Jointly Administered

---

OBJECTION OF LINPRO INVESTMENTS, INC.
TO AMENDED MOTION OF THE DEBTORS FOR ORDER
AUTHORIZING THE DEBTORS (I) TO SELL LEASEHOLD
INTERESTS IN TARGETED STORES FREE AND CLEAR OF
LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,
(II) TO ASSUME AND ASSIGN LEASES, (III) TO REJECT
TARGETED LEASES THE DEBTORS ARE UNABLE TO SELL,
AND (IV) GRANTING RELATED RELIEF

Linpro Investments, Inc. ("Linpro"), by and through its undersigned counsel, objects to the Debtors' Motion and states as follows:

1. The Debtor seeks to assign its Lease for Store No. 223 (the "Lease") to Kuhns Markets ("Kuhns").

2. Linpro is the landlord under the Lease.

3. The Lease was entered into by Winn-Dixie Stores, Inc. on May 1, 1996.

4. Linpro objects to the assignment of its Lease to Kuhns on the following grounds: 1) Linpro has not been provided with adequate assurance of future performance as required by 11 U.S.C. §365; and 2) Linpro has not received any information whatsoever regarding Kuhns and its bid,

including the information required to be furnished pursuant to the approved Bidding Procedures.

5. Said Landlord reserves the right to amend, supplement or modify this Objection as deemed necessary.

DATED this 22 day of August, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile