**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | | Case No. 05-3817-3F1 |
| ) | | |
| WINN-DIXIE STORES, INC., et al., ) | | Chapter 11 |
| ) | | |
| Debtors. ) | | Jointly Administered |
| _____ / | | |

**MOVANT WAH HONG GO'S FINAL EXHIBIT LIST REGARDING THE FINAL HEARING ON HIS MOTION FOR RELIEF FROM STAY AND FOR LEAVE TO FILE A PROOF OF CLAIM AFTER THE ENTRY OF JUDGMENT ON STATE AND FEDERAL CIVIL RIGHTS CLAIMS**

| For I.D. | In Evid. | Exhibit Number | Plaintiff/ Movant | Debtor | Description |
|---|---|---|---|---|---|
| | X | 1 | | | Certificate of Authenticity of Documents from FCHR, including Charge Transmittal, Charge of Discrimination |
| | X | 2 | | | Authentication of Official Record United States Equal Opportunity Commission |
| | X | 3 | | | EEOC Notice of Right to Sue |
| | X | 4 | | | EEOC Conciliation Letter dated March 10, 2005 |
| | X | 5 | | | EEOC Charge Detail Inquiry |
| | | 6 | | | Rebuttal Documents to include entire EEOC file |
| | X | 7 | | | EEOC Determination of Reasonable Cause Letter dated September 24, 2004 |
| | X | 8 | | | Winn-Dixie Letter to EEOC dated March 3, 2005 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |