UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| IN RE ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, Inc., et al. ) | |
| ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | Jointly Administered |
| _____) | |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **September 1, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion to Extend Time and Grant Leave to File an Objection to Cure Amount Provided in Debtors' Motion for Order (A) Authorizing The Sale of Assets Free and Clear Of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief filed by Heritage SBE LLC on August 5, 2005 (Docket No. 2851).

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that, pursuant to Local Rule 5073-1, cellular telephones and computers are prohibited in the Courthouse absent a specific order of the Court authorizing their

1

entry. As an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: August 23, 2005

/s/ Charles L. Gibbs II
Charles L. Gibbs II
Fla. Bar No. 0736651
MCGUIREWOODS LLP
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 798-3200
Fax: (904) 798-3207
cgibbs@mcguirewoods.com

COUNSEL TO HERITAGE SBE, LLC

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that I have sent by U.S. Mail and facsimile a copy of the foregoing to any persons listed below, this 23d day of August, 2005.

/s/ Charles L. Gibbs II
Attorney

| | |
|---|---|
| D.J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202 |

\\COM\532560.1