IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al.     ) | Case No. 3:05-bk-03817-JAF |
| ) | Judge Funk |
| Debtor.            ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW, Wiles and Wiles, and substitutes as counsel for Homewood

Associates, Inc. a creditor in the above referenced bankruptcy case.  All future notices and

correspondence should be sent to:

> John J. Wiles, Esq.
> Wiles & Wiles
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This     22nd     day of     August                                        , 2005.

Respectfully submitted,

/s/ John J. Wiles
John J. Wiles, Esq.
Florida Bar No. 477427

Of Counsel:
Wiles & Wiles
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619; (770) 426-4846 – Facsimile
bankruptcy@evict.net
H68.2substitution.doc

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and  correct copy of the within

and foregoing NOTICE OF SUBSTITUTION OF COUNSEL by depositing a copy of same

in the United States mail with sufficient postage affixed thereon to insure delivery, addressed

to:

Winn-Dixie Stores, Inc.                    Adam Ravin
5050 Edgewood Court                    Skaddin Arps Slate Meager & Flom, LLP
Jacksonville, Florida 32254-3699       Four Times Square
                                       New York, New York 10036


United States Trustee-JAX             Official Committee of Unsecured Creditors
135 W. Central Boulevard             of Winn-Dixie Stores, Inc.
Suite 620                            c/o Milbank, Tweed, Hadley & McCloy, LLP
Orlando, Florida 32801              One Chase Manhattan Plaza
                                    New York, New York 10005


This the ____22nd____ day of ___August_____, 2005.


/s/ John J. Wiles
John J. Wiles, Esq.
Florida Bar No. 477427

Wiles & Wiles
800 Kennesaw Avenue, Suite 400
Marietta, Georgia  30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
  H68.2substitution.doc