# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 3-05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** *et al.*, | **CHAPTER 11** |
| **Debtors.** / | **Jointly Administered** |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, John K. Rezac, a member in good standing of the bar in the state of Georgia, request admission, *pro hac vice*, before the Honorable Jerry A. Funk, to represent Lassiter Properties, Inc., in the above-captioned Chapter 11 case.

My contact information is as follows:

John K. Rezac
Georgia State Bar No. 567600
Chamberlain, Hrdlicka, White, Williams & Martin
Ninth Floor
191 Peachtree Street, N.E.
Atlanta, GA 30303-1747

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

**DATED** this 23rd day of August 2005.

/s/ John K. Rezac
John K. Rezac
Georgia Bar No. *601935*
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN**
Ninth Floor
191 Peachtree Street, N.E.
Atlanta, GA 30303-1747
Telephone: 404-659-1410
Facsimile:  404-659-1852
Attorneys for Lassiter Properties, Inc.

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 3-05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** *et al.***,** | **CHAPTER 11** |
| **Debtors.** _____/ | **Jointly Administered** |

**Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either electronic transmission and/or U.S. First Class mail to:  Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801, this 23rd day of August 2005.

                                      /s/ John K. Rezac
                                      John K. Rezac, Esquire