**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 3-05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC.,** *et al.*, | **CHAPTER 11** |
| **Debtors.** _____/ | **Jointly Administered** |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT TO ACT

I, John K. Rezac, an attorney with the law firm of Chamberlain, Hrdlicka, White, Williams & Martin, hereby designate as local counsel for Creditor, Lassiter Properties, Inc., in the above-captioned matters:

> R. Scott Shuker, Esquire
> Gronek & Latham, LLP
> 390 N. Orange Ave., Ste. 600
> Orlando, FL 32801
> 407-481-5800 Telephone
> 407-481-5801 Facsimile

**DATED** this 23rd day of August 2005.

> /s/ John K. Rezac
> John K. Rezac
> Georgia Bar No. 601935
> **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN**
> Ninth Floor
> 191 Peachtree Street, N.E.
> Atlanta, GA 30303-1747
> Telephone: 404-659-1410
> Facsimile:   404-659-1852
> Attorneys for Lassiter Properties, Inc.

## CONSENT TO ACT

I, R. Scott Shuker, hereby consent to act as local counsel of record for the Creditor identified above pursuant to L.B.R. Rule 2090-1.

**DATED** this 23rd day of August 2005.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
**GRONEK & LATHAM, LLP**
390 N. Orange Ave., Ste. 600
Orlando, FL 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                        CASE NO. 3-05-bk-03817-JAF

**WINN-DIXIE STORES, INC.,** *et al.*,                        **CHAPTER 11**

        **Debtors.**                                                         Jointly Administered
_____/

**Certificate of Service**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either electronic transmission and/or U.S. First Class mail to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801, this 23rd day of August 2005.

                                                                /s/ R. Scott Shuker
                                                                R. Scott Shuker, Esquire