**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | CASE NO. 3-05-bk-03817-JAF |
| **WINN-DIXIE STORES, INC.,** *et al.*, | CHAPTER 11 |
| Debtors._____/ | Jointly Administered |

**NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears for Lassiter Properties, Inc., (hereinafter referred to as "Lassiter"), a creditor and party-in-interest in the above-referenced jointly-administered cases, and under, *inter alia,* F.R.B.P. 2002, 9007, and 9010 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Lassiter with respect to: (a) the debtors; (b) property of the estate, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof

in the possession, custody or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Lassiter.

**PLEASE TAKE NOTICE** that Lassiter intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Lassiter's right to have final orders in noncore matters entered only after *de nova* review by a District Judge, (2) Lassiter's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Lassiter's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Lassiter is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies Lassiter expressly reserves.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance and Demand for Papers, together with all exhibits, has been furnished by U.S. First Class mail, postage prepaid, to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, a/f OCUC, 1 Chase Manhattan Plaza, New York, New York 10005; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; and James L. Paul, Chamberlain, Hrdlicka, White, Williams & Martin, Ninth

Floor, 191 Peachtree Street, N.E., Atlanta, GA 30303-1747.

**DATED** this 23rd day of August 2005.

                    /s/ R. Scott Shuker
                    R. Scott Shuker
                    Florida Bar No. 984469
                    **GRONEK & LATHAM, LLP**
                    390 N. Orange Avenue, Suite 600
                    P. O. Box 3353 (32802)
                    Orlando, Florida  32801
                    Telephone:  (407) 481-5800
                    Facsimile:  (407) 481-5801
                    Attorneys for Lassiter Properties, Inc.