IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al. ) | Case No. 3:05-bk-03817-JAF |
| ) | Jointly Administered |
| Debtor. ) | Judge Funk |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW, Wiles & Wiles, and substitutes as counsel for W.T.H., II, L.L.C. a creditor in the above referenced bankruptcy case. All future notices and correspondence should be sent to:

> John J. Wiles, Esq.
> Wiles & Wiles
> 800 Kennesaw Avenue, Suite 400
> Marietta, Georgia 30060-7946
> bankruptcy@evict.net

This ___23rd___ day of ___August___, 2005.

Respectfully submitted,

/s/ John J. Wiles
John J. Wiles, Esq.
Florida Bar No. 477427

Of Counsel:
Wiles & Wiles
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619; (770) 426-4846 – Facsimile
bankruptcy@evict.net
W83.2substitution.doc

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing NOTICE OF SUBSTITUTION OF COUNSEL by depositing a copy of same in the United States mail with sufficient postage affixed thereon to insure delivery, addressed to:

| | |
|---|---|
| Winn-Dixie Stores, Inc. | Adam Ravin |
| 5050 Edgewood Court | Skaddin Arps Slate Meager & Flom, LLP |
| Jacksonville, Florida 32254-3699 | Four Times Square |
| | New York, New York 10036 |
| | |
| United States Trustee-JAX | Official Committee of Unsecured Creditors |
| 135 W. Central Boulevard | of Winn-Dixie Stores, Inc. |
| Suite 620 | c/o Milbank, Tweed, Hadley & McCloy, LLP |
| Orlando, Florida 32801 | One Chase Manhattan Plaza |
| | New York, New York 10005 |

This the    23rd    day of    August    , 2005.

/s/ John J. Wiles
John J. Wiles, Esq.
Florida Bar No. 477427

Wiles & Wiles
800 Kennesaw Avenue, Suite 400
Marietta, Georgia  30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
W83.2substitution.doc