```
           UNITED STATES BANKRUPTCY COURT
            MIDDLE DISTRICT OF FLORIDA
               JACKSONVILLE DIVISION
```

In re:                              CASE NO.: 3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors                    Jointly Administered

---

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, James E. Bird, of the law firm of Polsinelli, Shalton, Welte, Suelthaus, PC, hereby designate as local attorney for creditor, Windsor Station, LLC ("the Party in Interest"), in the above-styled Cases:

```
         Held & Israel
         Edwin W. Held, Jr., Esquire
         Florida Bar No.: 162574
         1301 Riverplace Blvd., Suite 1916
         Jacksonville, FL 32210
         (904) 398-7038 Telephone
         (904) 398-4283 Facsimile
```

This 23 day of August, 2005.

POLSINELLI, SHALTON, WELTE, SUELTHAUS, PC
Co-Counsel for Windsor Station, LLC

By: _James E Bird_
James A Bird, Esquire
Missouri Bar #28833
700 West 47th Street
Suite 1000
Kansas City, Missouri 64112
(816) 753-1000 Telephone
(816) 753-1536 Facsimile

## CONSENT TO ACT

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor Windsor Station, LLC in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this 23 day of ~~July~~ august, 2005.

HELD & ISRAEL

By: _EW Held_
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/designation-windsor djg