**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.,* ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**JOINDER OF DEVELOPERS DIVERSIFIED REALTY CORP.,
BV BELK PROPERTIES, INC., RMC PROPERTY GROUP, AND
BENDERSON DEVELOPMENT COMPANY, INC. TO THE LIMITED
OBJECTION TO DEBTORS' AMENDED MOTION FOR ORDER
AUTHORIZING THE DEBTORS TO SELL LEASEHOLD INTERESTS IN
TARGETED STORES FREE AND CLEAR OF LIENS, CLAIMS AND
INTERESTS AND EXEMPT FROM TAXES, TO ASSUME AND ASSIGN
LEASES, TO REJECT TARGETED LEASES THE DEBTORS ARE UNABLE TO
SELL AND GRANTING RELATED RELIEF FILED BY EDWIN W. HELD, JR.
ON BEHALF OF LANDLORDS, LINPRO INVESTMENTS, INC. ET AL.**

Developers Diversified Realty Corp., BV Belk Properties, Inc., RMC Property Group, and Benderson Development Company, Inc. (collectively, the "Landlords"), as Landlords to the Debtors pursuant to certain written leases (the "Leases") at the locations (the "Leased Premises") identified in the chart annexed hereto as Exhibit "A", hereby concur with and join in all respects, the Limited Objection to Debtors' Amended Motion for Order Authorizing the Debtors to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, to Assume and Assign Leases, to Reject Targeted Leases the Debtors are Unable to Sell and Granting Related Relief Filed by Edwin W. Held, Jr. on Behalf of Landlords, Linpro Investments *et al.*, dated August 22, 2005 [*Docket No. 3122*].

Additionally, in the event the Debtors intend to reject the Leases and abandon any property in the Leased Premises, any order authorizing the Debtors' rejection of the Lease should

provide that such property is abandoned to the Landlords to allow the Landlords to dispose of such property without any liability to any third party that may have an interest in such abandoned property.

Dated: New York, New York
       August 23, 2005

KELLEY DRYE & WARREN LLP

By: /s/ *Robert L. LeHane*
    James S. Carr (JC-603)
    Robert L. LeHane (RL-9422)
    101 Park Avenue
    New York, New York 10178
    Phone: (212) 808-7800
    Fax: (212) 808-7897

-and -

HELD & ISRAEL
Edwin W. Held, Jr., Esq, (Fl Bar # 162574)
Adam N. Frisch, Esq. (FL Bar # 635308)
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207-9024
Phone: (904) 398-7036
Fax: (904) 398-4283

Attorneys for Developers Diversified Realty
Corp., BV Belk Properties, Inc.,
RMC Property Group and
Benderson Development Company, Inc.

3

## EXHIBIT A

| **Developers Diversified Realty Corporation** | | |
| --- | --- | --- |
| | | |
| **Store No.** | **Property Name** | **City, State** |
| 417 | Brook Highland Plaza | 5201 Highway 280 So<br>Birmingham, AL |
| 1255 | West Town Plaza | 441 N. Dunun Plaza<br>Union, SC |
| 2735 | Five Forks Village | 850 Dogwood Road<br>Lawrenceville, GA |
| **BV Belk Properties, Inc.** | | |
| 2001 | Sunset Shopping Center | 5300 Sunset Rd.<br>Charlotte, NC |
| **RMC Property Group** | | |
| 748 | Wesley Chapel | 5351 Village Market<br>Wesley Chapel, FL |
| **Benderson Development** | | |
| 752 | Ridge Plaza | New Port Richey, FL |

**CERTIFICATE OF SERVICE**

       On August 23, 2005, I caused to be served the *Joinder of Developers Diversified Realty Corp., BV Belk Properties, Inc., RMC Property Group, and Benderson Development Company, Inc. to the Limited Objection to Debtors' Amended Motion for Order Authorizing the Debtors to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims, and Interests and Exempt from Taxes, to Assume and Assign Leases, to Reject Targeted Leases the Debtors are Unable to Sell and Granting Related Relief Filed By Edwin W. Held, Jr. on Behalf of Landlords, Linpro Investments, Inc. et al.*, upon the parties listed below via telecopier and email

| | |
|---|---|
| David J. Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Fax: 212-735-2000 | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Fl. 32201<br>Fax: 904-359-7708 |
| Jonathan N. Helfat, Esq.<br>Daniel Fiorillo, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Fax: 212-682-6104 | Dennis F. Dunne, Esq.<br>Matthew Scott Barr, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Fax: 212-530-5219 |