## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE  DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

 **WINN-DIXIE STORES, INC., et al.**

_____ Debtors.

**Case No.  05-03817**
**(Jointly Administered)**

**Chapter  11**

## RENEWED MOTION TO APPEAR *PRO HAC VICE*

Margery N. Reed, Esquire ("Movant Reed") and Wendy M. Simkulak, Esquire ("Movant Simkulak", collectively with Movant Reed the "Movants"), of the firm of Duane Morris, L.L.P., pursuant to Local Rules 2090-1(B)(2) and 9013-1(C)(9), moves for special admission to appear in this case as counsel for Principal Life Insurance Company, Inc., and says:

1.    Movant Reed is an attorney licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey since 1982.

2.    Movant Simkulak is an attorney licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey since 2002.

3.    Movant Reed is also admitted to practice before the United States District and Bankruptcy Courts for the Eastern District of Pennsylvania and the District and Bankruptcy Courts of New Jersey.

4.    Movant Simkulak is also admitted to practice before the United States District and Bankruptcy Courts for the Eastern District of Pennsylvania and the District and Bankruptcy Courts of New Jersey.

5.    Movants designate Tina M. Talarchyk, Esquire, who is qualified to practice in this court as local counsel.  Tina M. Talarchyk has consented to designation

as local counsel (attached).

6.      Movant Reed certifies that she has never been disbarred and is not currently suspended from the practice of law in the Commonwealth of Pennsylvania or State of New Jersey or any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.  Movant Simkulak certifies that she has never been disbarred and is not currently suspended from the practice of law in the Commonwealth of Pennsylvania or State of New Jersey or any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.  Movant Reed is an attorney in good standing with the Commonwealth of Pennsylvania and State of New Jersey as indicated in the attached verification.  Movant Simkulak is an attorney in good standing with the Commonwealth of Pennsylvania and State of New Jersey as indicated in the attached verification

7.      Movant Reed certifies further that she is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar and the Bankruptcy Court of the Middle District of Florida as indicated in the attached verification.  Movant Simkulak certifies further that she is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar and the Bankruptcy Court of the Middle District of Florida as indicated in the attached verification.

WHEREFORE, each Movant respectfully requests entry of the attached proposed order authorizing her special admission, *pro hac vice,* to participate and

2

litigate in this case in this Court.

Dated this 23rd day of August, 2005.

<u>**CERTIFICATION**</u>

**I HEREBY CERTIFY** that on August 23, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants and will serve a copy via US Mail to those that ar not on the CM/ECF list.

D.J. Baker, Esquire
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

By: <u>/s/ Tina M. Talarchyk</u>
Tina M. Talarchyk, Esquire
Florida Bar No. 794872
tmtalarchyk@duanemorris.com
DUANE, MORRIS, LLP
Counsel to Principal Life Insurance
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131
Tel: 305.960.2200
Fax: 305.960.2201

MIA\153296.1

## <u>CONSENT TO ACT AS LOCAL COUNSEL</u>

I, Tina M. Talarchyk, an attorney qualified to practice in this Court, consents to designation as local attorney for Margery N. Reed, Esquire and Wendy M. Simkulak, Esquire and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule <u>2090-1(B)(2)</u>.

<u>/s/ Tina M. Talarchyk</u>
Tina M. Talarchyk, Esquire
Florida Bar No. 794872
<u>tmtalarchyk@duanemorris.com</u>
DUANE, MORRIS, LLP
Counsel to Principal Life Insurance
200 S. Biscayne Blvd.
Suite 3400
Miami, FL  33131
Tel: 305.960.2200
Fax: 305.960.2201

MIA\153296.1

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE  DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

 **WINN-DIXIE STORES, INC., et al.**

_____ Debtors.

**Case No.  05-03817
(Jointly Administered)**

**Chapter  11**

**<u>AFFIDAVIT OF GOOD STANDING</u>**

COMMONWEALTH OF PENNSYLVANIA          )

                                                                    )ss:

COUNTY OF PHILADELPHIA                          )


Margery N. Reed, of lawful age, being first duly sworn states:

1.      I am an attorney with the firm of Duane Morris LLP, One Liberty Place, Philadelphia, PA 19103-7396.


2.      I am a member in good standing of the Pennsylvania and New Jersey State Bars.  My bar numbers are 37148 and MR6704, respectively.  I am admitted to practice before the U.S. District and Bankruptcy Courts for the Eastern District of Pennsylvania and the District and Bankruptcy Courts for the District of New Jersey.


3.      I certify that I have never been disbarred nor suspended from the practice of law in any of the States in which I am admitted to practice, nor from any federal district court or court of appeals. There are no disciplinary proceedings pending against me as a member of the Pennsylvania and New Jersey bars or in any jurisdiction.

MIA\153296.1

4.      I certify that I shall be governed by the local rules of this Court.

Further, Affiant sayeth not.

/s/ Margery N. Reed
Margery N. Reed
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
Phone: 215.979.1518
Fax: 215.979.1020

MIA\153296.1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE  DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                        **Case No.  05-03817**
                                              **(Jointly Administered)**
 **WINN-DIXIE STORES, INC., et al.**
                                              **Chapter  11**

_____ **Debtors.** _____

### AFFIDAVIT OF GOOD STANDING

COMMONWEALTH OF PENNSYLVANIA          )

                                      )ss:

COUNTY OF PHILADELPHIA                )


Wendy M. Simkulak, of lawful age, being first duly sworn states:

1.      I am an attorney with the firm of Duane Morris LLP, One Liberty Place, Philadelphia, PA 19103-7396.


2.      I am a member in good standing of the Pennsylvania and New Jersey State Bars. My bar numbers are 89452 and 01321-2002, respectively.  I am admitted to practice before the U.S. District and Bankruptcy Courts for the Eastern District of Pennsylvania and the District and Bankruptcy Courts for the District of New Jersey.


3.      I certify that I have never been disbarred nor suspended from the practice of law in any of the States in which I am admitted to practice, nor from any federal district court or court of appeals. There are no disciplinary proceedings pending against me as a member of the Pennsylvania and New Jersey bars or in any jurisdiction.

MIA\153296.1

4.     I certify that I shall be governed by the local rules of this Court.

Further, Affiant sayeth not.

/s/ Wendy M. Simkulak
Wendy M. Simkulak
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396
Phone: 215.979.1547
Fax: 215.979.1020

8