[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Annette Kerlin McBrayer, a non-resident of Florida and counsel for Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP, South Rockdale Associates, LLC, Tiger Crossing, an Alabama General Partnership and Tiger Crossing, W.D., an Alabama General Partnership, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated August 23, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Annette Kerlin McBrayer, Suite 2700, 945 East Paces Ferry Rd., Atlanta, GA 30326