UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

      Debtor.
_____/

Chapter 11

Case No. 3:05-bk-03817-JAF
*Jointly Administered*

**AMENDED NOTICE OF APPEARANCE, REQUEST TO RECEIVE DOCUMENTS, AND REQUEST TO BE ADDED TO MAILING MATRIX**

The undersigned, Edward J. Peterson, III, of Stichter, Riedel, Blain & Prosser, P.A., gives notice that such firm is appearing in this case as counsel on behalf of creditor ALABAMA POWER COMPANY and requests that copies of all pleadings, correspondence, and all other documents and papers filed in this case be furnished to the undersigned at the address shown below; and further requests to be added to the Clerk's mailing matrix in this case.

    /s/ Edward J. Peterson, III
Edward J. Peterson, III (ASB-1848-E68-E)
Stichter, Riedel, Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
(813) 229-0144 – Phone
(813) 229-1811 – Fax
epeterson@srbp.com
Attorneys for Alabama Power Company

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Amended Notice of Appearance have been furnished by U.S. Mail or the Court's CM/ECF System to:

    Office of the United States Trustee
    135 West Central Boulevard, Room 620
    Orlando, Florida  32801

    Cynthia C. Jackson, Esquire
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, Florida  32201

    Adam Ravin, Esquire
    Skadden Arps Slate Meager & Flom, LLP
    Four Times Square
    New York, New York  10036

this 24th day of August, 2005.

                                          /s/ Edward J. Peterson, III
                                          Attorney

H:\User\EJP\APCO\Notice of Appearance - Amd - EJP.doc