**EXHIBIT B**

BAXLEY ZAMAGIAS L.P.  
C/O ZAMAGIAS PROPERTIES  
336 FOURTH AVE  
PITTSBURGH  PA  15222

PRIMO JUSTICE PROPERTIES LLC  
ATTN:  TERESA SCIAPPA  
PO BOX 1493  
STEUBENVILLE   OH    43952

BILL AGAPION  
625 S ELM ST  
GREENSBORO  NC  27406 1327

WINDSOR STATION LIMITED LIABILITY COMPANY  
C/O PHILLIPS EDISON & CO  
PO BOX 640474  
CINCINNATI  OH  45264 0474

SOUTH BROADWAY CORP.  
248 WELLS DR  
FOREST CITY  NC  28043

HILDEBRAN ASSOCIATES  
C/O RICHARD G HOEFLING  
7421 CARMEL EXECUTIVE PK STE 214  
CHARLOTTE  NC  28226

RONALD B. COHN  
COHN & COHN PA  
P O BOX 3424  
TAMPA, FL 33601

**James E Bird**  
Polsinelli Shalton Welte Suelthaus PC  
700 West 47th Street  
Suite 1000  
Kansas City, MO 64112