IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

AUG 2 4 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WINN-DIXIE STORES, INC., ET AL., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtor. ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that the undersigned, Glenn E. Ketner, Jr. of the law firm of Ketner & Dees, appears for Leatherman Associates ("Leatherman"), a party in interest in the above-captioned case, and pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, requests that service be made on the undersigned of all orders, notices, and other pleadings of any nature filed in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but includes also, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier, or otherwise, which affect or seek to affect in any way the rights or interest of Leatherman with respect to the above-captioned debtor.

Please mail all notices and other documents required to be served upon creditors to the undersigned at the following address:

Ketner & Dees
P. O. Box 1308
SALISBURY, NC 28145-1308

Dated this 22nd day of August, 2005.

                                 /s/ Glenn E. Ketner, Jr.
                                 Glenn E. Ketner, Jr.
                                 State Bar No. 2518
                                 Attorney for Leatherman Associates

OF COUNSEL:

KETNER & DEES
P. O. Box 1308
Salisbury, NC 28145-1308
(704) 637-3434

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., ET AL., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE was served upon the following parties by mailing a copy of same by first-class postage prepaid mail addressed as follows:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, NY 10036-6522

SMITH HULSEY & BUSEY
Stephen D. Busey
James H. Post
Cynthia C. Jackson
225 Water Street, Suite 1800
Jacksonville, FL 32202

UNITED STATES BANKRUPTCY COURT
David K. Oliveria, Clerk of the Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

This the 22nd day of August, 2005.

                    Glenn E. Ketner, Jr.
                    State Bar No. 2518
                    Attorney for Leatherman Associates

OF COUNSEL:

KETNER & DEES
Post Office Box 1308
Salisbury, North Carolina 28145-1308
(704) 637-3434