**EXHIBIT B**

Aston-Fidler LP
ASTON PROPERTIES INC
6525 MORRISON BLVD SUITE 300
CHARLOTTE  NC  28211