**EXHIBIT B**

Naples South Realty Associates, LLC
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD  SUITE 305
PALM BEACH GARDENS  FL  33410