UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------- x
                                                     :

In re:                                      :      Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,     :      Chapter 11

                Debtors.              :      (Jointly Administered)

---------------------------------------------------- x

**JOINDER OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND CAPSTONE ADVISORS, INC. TO THE LIMITED OBJECTION TO DEBTORS' AMENDED MOTION FOR ORDER AUTHORIZING THE DEBTORS TO SELL LEASEHOLD INTERESTS IN TARGETED STORES FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, TO ASSUME AND ASSIGN LEASES, TO REJECT TARGETED LEASES THE DEBTORS ARE UNABLE TO SELL AND GRANTING RELATED RELIEF FILED ON BEHALF OF LANDLORDS LINPRO INVESTMENTS, INC. ET AL.**

The Prudential Insurance Company of America and Capstone Advisors, Inc (the "Landlords") hereby join in the Limited Objection To Debtors' Amended Motion For Order Authorizing The Debtors To Sell Leasehold Interests In Targeted Stores Free And Clear Of Liens, Claims And Interests And Exempt From Taxes, To Assume And Assign Leases, To Reject Targeted Leases The Debtors Are Unable To Sell And Granting Related Relief Filed On Behalf Of Landlords Linpro Investments, Inc. et al. [Docket No. 3122] (the "Limited Objection").

1. Winn-Dixie Stores, Inc. and certain affiliated parties (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code on February 21, 2005. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2.     Landlords are the owners or managing agents of the following four (4) shopping centers wherein Debtors remain tenants operating their store locations (the "Premises") pursuant to unexpired leases of nonresidential real property (the "Leases").

| The Prudential Insurance Company of America | |
|---|---|
| St. John's Commons | Jacksonville, FL |
| Park View Square | Miramar, FL |
| Lake City Shopping Center | Lake City, FL |
| Capstone Advisors, Inc. | |
| Knightdale Crossing | Knightdale, NC |

3.     The Leases are "leases of real property in a shopping center" as that term is used in 11 U.S.C. § 365(b)(3). See In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-1087 (3rd Cir. 1990).

4.     Landlords concur with the Limited Objection in that the Debtors that the rejection of any Lease should not take effect until the Debtors have vacated in the Premises as required by the Leases. Landlords further request that uniform rejection procedures be establish for the rejection of all Leases, whether targeted leases or leases that may be rejected at some future date.

5.     Moreover, this Court should not authorize any abandonment of property unless such property is abandoned to the Landlords without any liability to any third party that may

– 3 –

claim an interest in such abandoned property.

Dated: August 23, 2005

                HELD & ISRAEL

                By: _____
                Edwin W. Held, Jr., Esquire
                Florida Bar #162574
                Adam N. Frisch, Esquire
                Florida Bar #635308
                1301 Riverplace Blvd., Suite 1916
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile

and

**KATTEN MUCHIN ROSENMAN LLP**
Thomas J. Leanse (TL-8802)
Dustin P. Branch (DB-3553)
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Phone: (310) 788-4400
FAX: (310) 788-4471