**EXHIBIT B**

Talladega Community Builders, Inc.
PO BOX 235000
MONTGOMERY  AL  36123