UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                          CASE NO.: 05-03817-JAF

WINN-DIXIE STORES, INC., et al.,                Chapter 11
   Debtors.
_____/

MOTION BY LEC PROPERTIES, INC., and PC PROPERTIES, LLC,
FOR EXTENSION OF TIME TO OBJECTING TO AMENDED MOTION OF THE DEBTORS
(I) TO SELL LEASEHOLD INTERST IN TARGETED STORES FREE AND CLEAR
OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,
(II) TO ASSUME AND ASSIGN LEASES (III) TO REJECT TARGETED
LEASES THE DEBTORS ARE UNABLE TO SELL, AND
(IV) GRANTING RELATED RELIEF

     NOW COMES, LEC PROPERTIES, INC., and PC PROPERTIES, LLC, ("LEC and PC") by and through counsel, files this Motion for Extension of Time to Object to the Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases; (III) to Reject Targeted Leases that Debtors are Unable to Sell, and (IV) Granting Related Relief, as follows:

     1.    On or about July 1, 2005, the Debtors filed Debtors' Motion for Order Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket #1961 pleading), requesting authority to sell certain Targeted Stores for the highest and best offer, and assume and assign the relevant lease to the purchaser.

     2.    On July 14, 2005, LEC and PC filed an objection to the motion and cure amount (Docket # 2187) to the aforesaid motion (Docket #1961 pleading).

     3.    Hearings on the motion (Docket #1961 pleading) were to be held on July 27, 2005

to July 29, 2005. The undersigned was informed, that even though LEC and PC filed timely objections to the motion and the cure amount, that the objection would not be heard at the July 27 to 29 hearings as there were no bids on the store at the July auction. The undersigned was informed that there would be another auction in August and if there was a bid on the property, then our objection would be scheduled for hearing.

4. In LEC and PC's objection (Docket #2187), LEC and PC also objected to the cure amount listed in the Debtor's motion (Docket #1961). The undersigned was informed that a "Cure Hearing" would be scheduled at a later date. To the knowledge of LEC and PC, the "Cure Hearing" has not been scheduled nor has a hearing been scheduled on LEC and PC's objection (Docket #2187). LEC and PC's objection (Docket #2187) was never resolved. Also, to LEC and PC's knowledge its store 1358 was not sold at the auction.

5. On August 1, 2005, Debtors filed an amended or new Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases; (III) to Reject Targeted Leases that Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket #2703 and 2707).

6. The motion (Docket #1961) and motion (Docket # 2703 and 2707) appear identical except that the motion (Docket #1961) references the cure amounts.

7. It is unclear whether LEC and PC should file an objection to the amended or new Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases; (III) to Reject Targeted Leases that Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket #2707), when they already filed an objection to the previous motion

seeking identical relief.

8. LEC and PC requests an extension of time to file a late objection to Debtor's motion (Docket #2703 and 2707), if it is necessary for LEC and PC to file an objection for reasons stated above.

WHEREFORE, LEC Properties, Inc., and PC Properties, L.L.C., respectfully requests an extension of time to file a late objection to Debtor's motion (Docket #2707) if the Court deems necessary under the circumstances, and for such other and further relief as the Court deems just and proper.

*Sally Fox*
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL  32502
(850) 433-6581
Attorney for LEC and PC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class, U.S. Mail on this 24<sup>d</sup> day of August, 2005 to all parties listed below:

Adam Ravin
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Elana L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

John B. McDonald
Akerman Senterfitt
50 N. Laura Street, Ste 2500
Jacksonville, FL 32202

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32201

Dennis F. Dunne
Milbank, Tweed, Hadley
1 Chase Manhattan Plaza
New York, NY 10005

_Sally Fox_
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL  32502
(850) 433-6581
Attorney for LEC and PC