UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Margery N. Reed and Wendy M. Simkulak, non-residents of Florida and counsel for Principal Life Insurance Company, Inc., pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

**ORDERED:** Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

**DATED** August 24, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor(s)
Attorneys for Debtor
United States Trustee
Margery N. Reed, One Liberty Place, Philadelphia, PA 19103-7396
Wendy M. Simkulak, One Liberty Place, Philadelphia, PA 19103-7396