UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,   Case No. 3:05-bk-03817-JAF
                                   Chapter 11 (Jointly Administered)
                    Debtors.
_____/

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

C. Daniel Motsinger of the law firm Krieg DeVault LLP hereby amends his existing appearance herein on behalf of Catamount Rockingham, LLC and John H. O. La Gatta to add the additional parties-in-interest in the above-captioned jointly-administered cases of Winn-Dixie Stores, Inc. (collectively, "Debtor"): Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation (collectively, "La Gatta").

In addition, and pursuant to Bankruptcy Rules 2002(g) and (i), 2018(a) and 3017(a), La Gatta, by counsel, asks that it receive special notice of all matters within the scope of Bankruptcy Rule 2002, all other notices and pleadings that must be sent under the local rules or practice of this Court, and copies of all disclosure statements, plans and other documents that Debtor may file herein with the Court, and that it be placed upon the Bankruptcy Clerk's official electronic service matrix.

La Gatta intends that neither this request for notice, nor any later appearance, pleading, claim or suit, shall waive (a) the right of La Gatta to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) the right of La Gatta to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (c) the right of La Gatta to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which La Gatta is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments La Gatta expressly reserves.

Dated: August 25, 2005                                   Respectfully submitted,

                                                                                                     /s/ C. Daniel Motsinger  
                                                                                                   C. Daniel Motsinger  
                                                                                                   Florida Bar No.: 0362875  
                                                                                                   KRIEG DeVAULT LLP  
                                                                                                   One Indiana Square, Suite 2800  
                                                                                                   Indianapolis, IN 46204-2079  
                                                                                                   Telephone: 317/636-4341; Fax: 317/636-1507  
                                                                                                   E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the parties by depositing a copy of same in the United States mail, first class postage prepaid, or by operation of the Court's electronic filing system on August 25, 2005, as indicated below:

                                    /s/ C. Daniel Motsinger  
                                    C. Daniel Motsinger

| | |
|---|---|
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne<br>Milbank Tweed & Hadley<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Elana L. Escamilla<br>Office of United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL 32806 | John B. McDonald<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Cynthia C. Jackson<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | |

KD_IM-637300_1.DOC