UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,        Case No. 3:05-bk-03817-JAF
                                    Chapter 11 (Jointly Administered)

        Debtors.

_____/

**VERIFIED STATEMENT**
**OF REPRESENTATION OF MORE THAN ONE CREDITOR**

    C. Daniel Motsinger of the law firm Krieg DeVault LLP ("Krieg DeVault"), pursuant to

Bankruptcy Rule 2019(a), hereby files his Verified Statement of Representation of More than

One Creditor, and states as follows:

    1.    Krieg DeVault was retained after commencement of these jointly-administered

cases to represent the following creditors and parties-in-interest:

    John H. O. LaGatta
    50 West Liberty Street, Suite 1080
    Reno, Nevada 89501

    Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of
    Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor
    to Flask Corporation
    ? John H. O. LaGatta
    50 West Liberty Street, Suite 1080
    Reno, Nevada 89501

    Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene
    Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask
    Corporation
    ? John H. O. LaGatta
    50 West Liberty Street, Suite 1080
    Reno, Nevada 89501

Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation
? John H. O. LaGatta
50 West Liberty Street, Suite 1080
Reno, Nevada 89501

2.    John H.O. La Gatta is Trustee of the La Gatta 1990 Trust, which is Managing Member of Catamount Rockingham, LLC, a Nevada limited liability company, Catamount Atlanta, LLC, a Nevada limited liability company and Catamount LS-KY, LLC, a Nevada limited liability company.

3.    Catamount Rockingham, LLC, a Nevada limited liability company, is assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, and is a creditor and party-in-interest herein as the owner and lessor of nonresidential real property leased to a jointly-administered Debtor herein, and the indebtedness that is due and owing is in the process of being determined.

4.    Catamount Atlanta, LLC, a Nevada limited liability company, is assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, and is a creditor and party-in-interest herein as the owner and lessor of nonresidential real property leased to a jointly-administered Debtor herein, and the indebtedness that is due and owing is in the process of being determined.

5.    Catamount LS-KY, LLC, a Nevada limited liability company, is assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, and is a creditor and party-in-interest herein as the owner and lessor of nonresidential real property leased to a jointly-administered Debtor herein, and the indebtedness that is due and owing is in the process of being determined.

6.    Krieg DeVault does not hold any claim against, or own any interest in, the

Debtor, nor has it at any time held any such claim or owned any such interest.

<u>Declaration under Penalty of Perjury</u>

I, C. Daniel Motsinger, declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2005                    Respectfully submitted,

    /s/ C. Daniel Motsinger_____
C. Daniel Motsinger
Florida Bar No.: 0362875
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served upon the parties by depositing a copy of same in the United States mail, first class postage prepaid, or by operation of the Court's electronic filing system on August 25, 2005, as indicated below:

__/s/ C. Daniel Motsinger_____
C. Daniel Motsinger

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Elana L. Escamilla
Office of United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32806

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Dennis F. Dunne
Milbank Tweed & Hadley
1 Chase Manhattan Plaza
New York, NY 10005

John B. McDonald
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

KD_IM-637310_1.DOC