[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                            Case No. 3:05−bk−03817−JAF
                                                                  Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Betty Terrell is rescheduled for Final hearing to October 31, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated August 25, 2005 .

                              David K Oliveria , Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
US Trustee
Matt Abbott, Attorney for Movant