# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )    Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | )    *Chapter 11* |
| | ) |
| Debtors. [1] | )    Jointly Administered |
| | ) |

**SECOND SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRES OF ORDINARY COURSE PROFESSIONALS INCLUDED IN THE SEVENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] completed Questionnaires for the following Ordinary Course Professionals (which completed Questionnaires are attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

    1.     Bone McAllester Norton, PLLC (Exhibit A)

    2.     Jonathan Franklin, PA (Exhibit B)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaires upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the United States

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to

the retention of any of the above referenced Ordinary Course Professionals.

Dated:  August 25, 2005


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Steven B. Eichel

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors


SMITH HULSEY & BUSEY

By ___*s/ Cynthia C. Jackson*___
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 498882

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Attorneys for Debtors

**<u>Exhibit A</u>**

In re Winn-Dixie Stores, Inc., <u>et al</u>.
Chapter 11 Case No. 05-03817

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I, <u>William T. Cheek</u>, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.   Name and address of firm:

 <u>Bone McAllester Norton PLLC</u>

 <u>511 Union Street, Suite 1600</u>

 <u>Nashville, Tennessee 37219</u>

2.   Date of retention:   <u>8/9/05</u>

Questionnaire of: **Bone McAllester Norton PLLC**
(Name of Firm)

3.  Type of services provided (accounting, legal, etc.):

legal

4.  Brief description of services to be provided:

Beer permit and directly related issues

5.  Arrangements for compensation (hourly, contingent, etc.)

hourly

6.  Average hourly rate (if applicable):
    Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

$250 per hour – William T. Cheek, III, Esq.
$ 90 per hour – Amber M. Overall, Paralegal

7.  Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 0

Date claim arose: n/a

Source of claim: n/a

8.  Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: None

Status: n/a

Amount of Claim: $ n/a

Date claim arose: n/a

Source of claim: n/a

-2-

Questionnaire of:   **Bone McAllester Norton PLLC**
                    (Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

      Kind of shares: ___none_____

      No. of shares: ___n/a_____

10.   Stock of any of the Debtors currently held individually by any member, associate, or
      professional employee of the firm:

      Name: ___None known_____

      Status: _____

      Kind of shares: _____

      No. of shares: _____

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with
      respect to the matters on which the firm is to be employed, except as disclosed below.
      (Provide nature and brief description of any such adverse interest.)

      _____None known_____

      _____

      _____

      _____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Dated: _8/23/05_____

                              Name:  William T. Cheek, III, Esq.
                              Title:   Attorney
                              Company: Bone McAllester Norton PLLC
                              Address: 511 Union Street, Suite 1600
                                       Nashville, TN  37219
                              Telephone: (615) 238-6308
                              Facsimile: (615) 238-6301

**<u>Exhibit B</u>**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:</u>

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York  10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

> If more space is needed, please complete on a separate page and attach.

I,  <u>Stephen N. Montalto,</u> PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1.     Name and address of firm:

   JONATHAN FRANKLIN, PA

   9100 South Dadeland Blvd., Ste 1702

   Miami, FL 33156

2.     Date of retention:   <u>August 1, 2005</u>

Questionnaire of: <u>Jonathan Franklin, PA</u>
(Name of Firm)

3.    Type of services provided (accounting, legal, etc.):

Legal services
_____

_____

4.    Brief description of services to be provided:

Defense of lawsuits brought against Winn-Dixie Stores, Inc.
_____

_____

5.    Arrangements for compensation (hourly, contingent, etc.)
$125.00 per hour, plus the costs of defense

6.    Average hourly rate (if applicable):
Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

n/a
_____

7.    Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 0.00 _____

Date claim arose: n/a _____

Source of claim: n/a _____

8.    Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: none _____

Status: n/a _____

Amount of Claim: $ none _____

Date claim arose: n/a _____

Source of claim: n/a _____

Questionnaire of: Jonathan Franklin, PA
(Name of Firm)

9.    Stock of any of the Debtors currently held by the firm:

Kind of shares:  none

No. of shares:   n/a

10.   Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  none

Status:  n/a

Kind of shares:  n/a

No. of shares:  n/a

11.   The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and  brief description of any such adverse interest.)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:   August 23, 2005

Name:  Stephen N. Montalto
Title:  Litigation Associate
Company:  Jonathan Franklin, PA
Address: 9100 S. Dadeland Blvd., #1702
         Miami, FL 33156
Telephone:  (305) 670-5142
Facsimile:  (305) 670-5143