**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE**
**OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE**
**EIGHTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE**
**ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] the completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Kahan, Shir & Associates, P.L. (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the United States

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention the above referenced Ordinary Course Professional.

Dated: August 25, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Steven B. Eichel | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>     Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

2

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>   Steven Eichel
>   Skadden, Arps, Slate, Meagher & Flom LLP
>   Four Times Square
>   New York, New York 10036
>   Telephone: (212) 735-4113
>   Facsimile: (917) 777-4113
>   Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Brian A. Kahan, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

    Kahan, Shir & Associates, P.L.

    1800 N.W. Corporate Blvd., Suite 102

    Boca Raton, Florida 33431

2. Date of retention: 8/22/05

Questionnaire of: Kahan, Shir & Assoc.
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Legal representation for Board of Pharmacy

   related disciplinary matters, ie pharmacy

   and pharmacist licenses and permits and other

   matters pertaining to pharmacy operations

5. Arrangements for compensation (hourly, contingent, etc.)

   hourly

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   _____

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $_____

   Date claim arose: _____

   Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: _____

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

Questionnaire of: <u>Kahan, Shir & Assoc.</u>
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: _____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: _____

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    _____
    _____
    _____
    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: <u>8/22/05</u>

Name: <u>Brian A. Kahan</u>
Title: <u>Managing Member</u>
Company: <u>Kahan, Shir & Associates, P.L.</u>
Address: <u>1800 N.W. Corporate Blvd., #102</u>
<u>Boca Raton, FL 33431</u>
Telephone: <u>561-999-5999</u>
Facsimile: <u>561-893-0999</u>