UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC.         Case No. 3:05-bk-03817-3F1
                                 Chapter 11

    Debtor.

_____/

### OBJECTION TO DEBTOR'S AUGUST 12, 2005 MOTION FOR ORDER UNDER 11 U.S.C. SEC. 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

### (Objection by Royal Oaks Brandon, Ltd.)

    Comes now ROYAL OAKS BRANDON LTD. (**"Royal Oaks"**), and files this Objection to Debtor's August 12, 2005 Motion For Order under 11 U.S.C. Sec. 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (, and states as follows:

    1.    That Royal Oaks is the landlord under that certain shopping center Lease (**"the Lease"**) dated February 20, 1989 between Continental Royal Oaks, Inc., as landlord, and Debtor, as Tenant, as amended.

    2.    That the premises which are the subject of the Lease consists of a portion of Royal Oaks Shopping Center, located at 3236 Lithia Pinecrest Rd., Valrico, Hillsborough County, Florida, and is designated by Debtor as Store #734 (**"the Leased Premises"**).

    3.    That Royal Oaks objects to any further extensions of the time to assume or reject nonresidential leases in that:

    A.    Debtor has had abundant time to analyze each location as to profitability, etc., and to market the leases to prospective assignees.

    B.    Debtor has gone through at least two (2) rounds of auctions in an attempt to attract prospective assignees for the Leased Premises, as well as other leased locations. To date, and to Royal Oaks' knowledge, no offers have been made for the Leased Premises.

    4.    That Royal Oaks is being prejudiced by the delay in a determination as to assumption or rejection of the Lease, in that Royal Oaks can make no long terms plans or decisions as to the shopping center as a whole as long as the status of the Winn Dixie lease is uncertain.

    WHEREFORE, Royal Oaks respectfully urges the Court to deny the Motion.

VERONA LAW GROUP, P.A.

By:/s/ Jay B. Verona
    Jay B. Verona, Esq.
    7235 First Ave. So.
    St. Petersburg, FL 33707
    (727) 347-7000; (727) 347-7997 (Fax)
    FBN 352616
    Attorneys for Royal Oaks Brandon, Ltd.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 25th day of August, 2005, a copy of the foregoing was served, either by the Court's CM/ECF system, or by U.S. Mail, upon:

Winn Dixie Stores, Inc., Debtor
5050 Edgewood Court, Jacksonville, FL 32254-3699

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32201

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800, Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, FL 32202

United States Trustee - JAX
135 W. Central Blvd., Suite 620, Orlando, FL 32801

Dennis F. Dunne, Esq., Attorney for Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza, New York, NY 10005

John B. Macdonald, Esq., Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 North Laura Street, Suite 2500, Jacksonville, FL 32202

Patrick P. Patangan, Attorney for Official Committee of Unsecured Creditors
Akerman Senterfitt
50 N. Laura Street, Suite 2500, Jacksonville, FL 32202

    /s/ Jay B. Verona
    Jay B. Verona, Esq.