UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR HEARING**
**TO BE HELD ON AUGUST 26, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on August 26, 2005 at 9:30 a.m. (ET):

*Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

Purchaser(s):
(1) Shannon Village, **Store No. 807** (Docket No. 3005);
(2) Wal-Mart Stores, Inc., **Store No. 206** (Docket No. 3167);
(3) Piggly Wiggly Alabama Distribution Co., **Store No. 42** (Docket No. 3039);
(4) Greg Adams Enterprises, Inc. (d/b/a Piggly Wiggly), **Store No. 827** (Docket No. 3004);
(5) MD Investment, LLC, **Store No. 2002** (Docket No. 3040);
(6) CY YU, Inc. (Bubba's Supermarket), **Store No. 2702** (Docket No. 3009);
(7) CY YU, Inc. (Bubba's Supermarket), **Store No. 2708** (Docket No. 3008);
(8) The Yeon Sung Yim Family Partnership, **Store No. 20** (Docket No. 3003);
(9) VOW, LLC, **Store No. 1908** (Docket No. 3142);
(10) Rockdale Grocery, Inc., **Store No. 2704** (Docket No. 3147);
(11) LaGrange Marketplace, LLC, **Store No. 1998** (Docket No. 3152);

|                   |      |                                                                                                  |
|-------------------|------|--------------------------------------------------------------------------------------------------|
|                   | (12) | MSC, LLC, **Store No. 2055** (Docket No. 3153); and                                              |
|                   | (13) | Tatone Properties Florida, Inc., **Store No. 700** (Docket No. 3162).                            |
| Objection Deadline: | | August 22, 2005. |
| Objections to Sale: | (a) | Indian Creek Crossing, LLC, **Store No. 2702** (Docket No. 3071); |
|                   | (b)  | E&A Southeast Limited Partnership**, Store No. 2708** (Docket No. 3074); |
|                   | (c)  | ALS Telfair-Perlis, LLP, **Store No. 42** (Docket No. 3079); |
|                   | (d)  | Eliot Properties, **Store No. 20** (Docket No. 3109); and |
|                   | (e)  | Computer Leasing Company of Michigan, Inc. (Docket No. 3114). |
| Objections to Rejection Procedures: | (a) | Linpro Investments, Inc., et al. (Docket No. 3122); |
|                   | (b)  | Developers Diversified Realty Corp., et al. (Docket No. 3141); |
|                   | (c)  | Prudential Insurance Company of America, et al. (Docket No. 3165); |
|                   | (d)  | Heritage SPE, LLC, **Store No. 2106** (Docket No. 3125); |
|                   | (e)  | Catamount Rockingham, LLC, **Store No. 2045** (Docket No. 3100); |
|                   | (f)  | Commercial Net Leasing Realty, Inc., **Store Nos. 2719 and 2721** (Docket No. 3094); and |
|                   | (g)  | Greenwood Plaza, Ltd., **Store No. 583** (Docket No. 3112). |
| Status: | | The Debtors will proceed with the Motion as to the Purchasers identified above, except for Wal-Mart Stores which the Debtors will continue until September 8, 2005. The Debtors will continue the Motion as to the Objections to Rejection Procedures to September 1, 2005. |

Dated: August 25, 2005.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   s/ D. J. Baker<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   s/ Cynthia C. Jackson<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson, FBN 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00505570