UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

_____/

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN CONNECTION WITH DEBTORS' MOTION FOR ORDER FURTHER
EXTENDING EXCLUSIVE PERIODS FOR FILING CHAPTER 11
PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS**

The official committee of unsecured creditors (the "Committee") appointed in the above-captioned chapter 11 cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors") hereby submits this statement (the "Statement") in connection with the Debtors' motion (the "Motion"), dated August 12, 2005, for an order further extending their exclusive periods for filing chapter 11 plan(s) and obtaining acceptances of such plan(s), and respectfully represents as follows:

**STATEMENT**

1. Pursuant to the Motion, the Debtors seek a second extension of the period during which they have the exclusive right to (i) file a chapter 11 plan(s) by approximately 90 days from the currently extended deadline of September 19, 2005 to December 19, 2005 and (ii) solicit

{JA247966;1}

votes on such plan(s) from November 21, 2005 to February 20, 2006.[1]

        2.    The Committee does not object to the requested extensions. As the Court is aware, there has been significant progress in these cases since the filing of the petitions. Since the petition date, and as described in the Motion, the Debtors have, among other things, with the assistance of the Committee and other parties in interest:

- obtained final approval and implemented the closing of an $800 million debtor-in-possession financing facility (the "DIP Facility") with Wachovia Bank, National Association as agent (the "Agent");
- reached a consensual resolution on reclamation procedures and negotiated a reclamation/trade lien program;
- resolved the vast majority of "PACA" claims;
- obtained final approval on a key employee retention plan and severance program;
- prepared and filed statements of financial affairs and schedules of assets, liabilities and contracts (including certain amendments); and
- rejected hundreds of unexpired executory contracts and unexpired leases relating to non-residential real property, personal property and services.

        3.    In addition, the most significant current matter that the Debtors, in consultation with the Committee and other creditor constituencies, are completing is

---

[1] By Order dated June 16, 2005, the Debtors obtained an initial extension of their exclusive periods by approximately 90 days to September 19, 2005. (Docket No. 1747).

{JA247966;1}
2

formulating and implementing a market area reduction program that will result in the sale or closure of approximately 326 stores (the "Footprint Process"). **This process, as described in the Motion, is well underway and expected to be completed** *by the end of September 2005*. Motion ¶¶ 20-22 (emphasis added). Furthermore, as described in the Motion, completion of the Footprint Process is a major step toward achieving a foundation for a consensual plan of reorganization. Motion ¶ 23.

4. Upon completing the Footprint Process, the Debtors will have one further significant matter to complete prior to commencing the negotiation, drafting and filing of a consensual plan of reorganization -- finalizing a business plan. Motion ¶ 23. The Debtors are fully capable of producing a viable business plan shortly after the Footprint Process is completed, which will no doubt be finalized and delivered to the Committee sometime in October 2005. This is especially true since the Debtors have already begun this process by providing to the Agent a report describing projections and financial and operating plans for the Debtors. DIP Facility § 7.1.15 (g).

5. As the Debtors' concede, once the business plan is completed in October 2005, there remain no impediments to the rapid development of a reorganization

plan. Motion ¶ 23. Accordingly, completion of the business plan in October will provide the Debtors and the Committee ample time to negotiate, draft and file a plan of reorganization before the expiration of exclusivity on December 19, 2005.[2]

6. Given the current stage of these cases and anticipated timeline, the Committee does not oppose the requested extensions. The Committee, however, does not

[REMAINDER OF PAGE INTENTIONALLY BLANK]

---

[2] As stated by the Agent in its Motion for Appointment of Fee Examiner (the "Fee Examiner Motion"), during the first interim compensation period more than $15.4 million in professional fees and expenses were generated in connection with the Debtors' operational restructuring. Fee Examiner Motion p. 2. The continual accrual of professional fees and expenses is another significant economic factor that should motivate the Debtors to negotiate, draft and file a consensual plan of reorganization by December 19, 2005.

{JA247966;1}

foresee the need for any further extensions of the Debtors' exclusive period to file a chapter 11 plan given current facts and circumstances.

Dated:   August 25, 2005

> AKERMAN SENTERFITT
>
> By: /s/John B. Macdonald
> John B. Macdonald
> Florida Bar No. 230340
> E-mail: john.macdonald@akerman.com
> Patrick P. Patangan
> Florida Bar No. 348340
> E-mail: Patrick.patangan@akerman.com
> 50 North Laura Street, Suite 2500
> Jacksonville, Florida  32202
> Telephone: (904) 798-3700
> Facsimile: (904) 798-3730
>
> Co-counsel for the Official
> Committee of Unsecured Creditors of
> Winn-Dixie Stores, Inc., et al.
>
> And
>
> MILBANK, TWEED, HADLEY & McCLOY LLP
> Dennis F. Dunne (DD 7543)
> Matthew S. Barr (MB 9170)
> 1 Chase Manhattan Plaza
> New York, NY 10005
> (212) 530-5000
>
> Co-counsel for the Official
> Committee of Unsecured Creditors of
> Winn-Dixie Stores, Inc., et al.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 25th day of August, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

/s/ John B. Macdonald

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Thu Aug 25 11:14:42 EDT 2005 | Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 |
| Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 | Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201 | Bi-Lo, LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309,  30309 |
| Brian J. Grieco<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, New York 10022 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353,  32802-3353 | Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 |
| Stephen D. Busey<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 | C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis<br>IN, 46204-2079 46204-2079 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 |
| Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 | Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353,  32802-3353 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 |
| Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Day Properties, Inc.<br>c/o Robert Laney, Esquire<br>906 Main Street<br>North Wilkesboro, NC 28659 |
| Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 | Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC 27114-5008,  27114-500 |
| Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353,  32802-3353 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802,  32802 |
| Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 |

| | | |
|---|---|---|
| John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO  64112 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304,  44114-1304 |
| Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida  32802,  32802 |
| Lassiter Properties, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>PO Box 3353<br>Orlando, FL  32802,  32802 | Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 |
| Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 |
| Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 |
| Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,  30326 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 |
| Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC  29211,  29211 | Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309,  30309 |
| TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 | Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 |