**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

        Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

## NOTICE OF APPEARANCE

**YOU ARE NOTIFIED** that the undersigned appears as attorney for Claimant Allied Printing, Inc., and requests that copies of all pleadings, motions and other papers filed in this case be served on the undersigned, including without limitation, schedules, statements of financial affairs, operating reports, plan of reorganization and disclosure statements, applications (including application for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, email, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Claimant at the address set forth below.

Neither this request nor its filing and service shall constitute the consent of the Claimant to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Claimant reserves to the full extent of the law.

Dated August 25, 2005.

    SLOTT, BARKER & NUSSBAUM
    334 East Duval Street
    Jacksonville, Florida 32202
    (904) 353-0033

    /s/ Earl M. Barker, Jr.
    Earl M. Barker, Jr.
    Florida Bar No.: 110140
    Attorneys for Claimant