**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 3:05-bk-03817-JAF | |
| Debtors. ) | Chapter 11 | |
| ) | Jointly Administered | |
| _____ ) | | |

**NOTICE OF APPEARANCE**

**Stutsman & Thames, P.A.** gives notice of its appearance as additional counsel of record for **Piggly Wiggly Alabama Distributing Co., Inc.,** and requests, that all notices, pleadings or other documents to be served on Piggly Wiggly Alabama Distributing Co., Inc. be served on it in care of the undersigned counsel.

**STUTSMAN & THAMES, P.A.**

By  */s/ Richard R. Thames*
_____
Nina M. LaFleur
Richard R. Thames

Florida Bar Number 0107451
Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
rthames@stutsman-thames.com
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Piggly Wiggly Alabama
  Distributing Co., Inc.

**Certificate of Service**

I certify that a copy of the foregoing has been furnished electronically to **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **David J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to **the Office of the United States Trustee**, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 25th day of August, 2005.

/s/ *Richard R. Thames*

Attorney

56649