UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING CREDITOR'S MOTION TO FILE PROOF OF CLAIM OUT OF TIME

The Court finds that the Creditor's Motion to File Proof of Claim Out of Time filed by Amy L. Sergent on behalf of Ruth Propp on August 19, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Creditor's Motion to File Proof of Claim Out of Time filed by Amy L. Sergent on behalf of Ruth Propp on August 19, 2005 is stricken from the record.

**DATED August 22, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Amy L. Sergent, P.O. Drawer 4257, Sarasota, FL 34230
Kerry Ledbetter, Sedgwick Claims Management Services, P.O. Box 24787, Jacksonville, FL 32241
Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1              Date Rcvd: Aug 23, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 3

The following entities were served by first class mail on Aug 25, 2005.
aty        +Amy L. Sergent,   P.O. Drawer 4257,   Sarasota, FL 34230-4257
           +Kerry Ledbetter,   Sedgwick Claims Mgmt Svcs,   P.O. Box 24787,   Jacksonville, FL 32241-4787
unk        +Logan & Company, Inc.,   Logan & Company, Inc.,   546 Valley Road,   Upper Montclair, NJ 07043-1896

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2005**                             **Signature:** _Joseph Speetjens_