UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.:  3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                     Jointly Administered

---

**DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT**

I, Marcus M. Wilson, of the law firm of Bennett Lotterhos Sulser & Wilson, P.A., hereby designate as local attorney for creditor 1) The Market at Byram, LLC; and 2) Bennett V. York ("the Parties in Interest"), in the above-styled Cases:

>Held & Israel
>Edwin W. Held, Jr., Esquire
>Florida Bar No.:  162574
>1301 Riverplace Blvd., Suite 1916
>Jacksonville, FL  32210
>(904) 398-7038 Telephone
>(904) 398-4283 Facsimile

This 22nd day of August, 2005.

BENNETT LOTTERHOS SULSER & WILSON, P.A.
Co-counsel for 1) The Market at Byram, LLC and
2) Bennett V York

By: /s/ Marcus M. Wilson
Marcus M. Wilson, Esquire
Mississippi Bar No.: 7308
118 East Capitol Street, Suite 1400
Post Office Box 98
Jackson, Mississippi 39205-0098
(601) 944-0466 Telephone
(601) 944-0467 Facsimile


**CONSENT TO ACT**

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor 1) The Market at Byram, LLC; and 2) Bennett V. York.

Dated this 26 day of August, 2005.


HELD & ISRAEL

By: /s/ E W Held
Edwin W. Held, Jr., Esquire
Florida Bar No. 162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile


ewh/winndixie/designation-wilson-The Market at Byram, LLC & York.mwa