UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors.   ) | Jointly Administered |

**SUPPLEMENTAL**
**CERTIFICATE OF SERVICE**

I certify that a copy of (i) Debtors' Motion for an Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims (Docket No. 2976) and (ii) Notice of Hearing thereon (Docket No. 2977) was furnished by mail on August 12, 2005 to Ace American Insurance Company, 1601 Chestnut Street, Philadelphia, PA 19103 and to ACE USA, 500 Colonial Center Parkway, Suite 200, Roswell, GA 30076, Attn: David Homcy, Senior Vice President.

Dated: August 26, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post (FBN 175460) |
|     Rosalie Gray |     Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425