UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter   11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING LIMITED OBJECTION OF DEUTSCHE BANK TRUST COMPANY AMERICAS

The Court finds that the Limited Objection to Debtors' Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Richard J. Bernard on behalf of Deutsche Bank Trust Company Americas on August 25, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Limited Objection to Debtors' Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Richard J. Bernard on behalf of Deutsche Bank Trust Company Americas on August 25, 2005 is stricken from the record.

**DATED August 25, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Richard J. Bernard, 437 Madison Ave., New York, NY 10022
Counsel for Unsecured Creditors Committee