# EXHIBIT B

MODERN  WOODMEN OF AMERICA  
PO BOX 1916  
C/O INTERLACHEN COMPANY  
WINTER PARK  FL  32790

J.T.& R.B. HENLY & W.F.& M.B. YARBOROUGH  
3736 SOUTH MAIN STREET  
HOPE MILLS, NC 28348

BORDEAUX CENTER, INC.  
1740-A OWEN DRIVE  
FAYETTEVILLE  NC  28304

SOUTHGATEREALTY,LLC  
112 SHEFFIELD LOOP  
SUITE D  
HATTIESBURG  MS  39402

WOODBERRY PLAZA (E & A) LLC  
 PO DRAWER B  
COLUMBIA,  SC   29202

SCHOOL ST CROSSING LP  
C/O THE MALTIACE COMPANY  
P O BOX 13809  
JACKSON  MS  39236 3809

LRS GENERAL PARTNERSHIP  
PO BOX A  
BATESVILLE  AR  72503

LA SALA PINEBROOK ASSOCIATES L.P.  
C/O AFI MANAGEMENT  
1410 VALLEY ROAD  
WAYNE  NJ  07470

EDENS & AVANT FINANCING II,LIM  
PARTNERSHIP  
P.O. BOX 528  
COLUMBIA  SC  29202

LAKE MARY,LIMITED PARTNERSHIP  
ONE BUCKHEAD PLAZA SUITE 1560  
3060 PEACHTREE RD NW  
ATLANTA  GA  30305 8842

SPRINGS CORNERS,LLC
C/O BARRY WHISNANT
375 10TH AVENUE DR.
HICKORY  NC  28601

PINEWOOD PLAZA ASSOCIATES, INC.
%RICHARD G HOEFLING
7421 CARMEL EXECUTIVE PK  STE
CHARLOTTE  NC  28226


E&A SOUTHEAST LP
111 EAST JERICHO TURNPIKE
SUITE 200
MINEOLA  NY  11501

TOWER ASSOCIATES
537 MARKET ST
STE 400
CHATTANOOGA  TN  37402


EDWIN W. HELD, JR.
1301 RIVERPLACE BLVD., STE. 1916
JACKSONVILLE, FL 32207

JON E KANE
MATEER & HARBERT PA
POST OFFICE BOX 2854
ORLANDO, FL 32802


GARDNER F. DAVIS
FOLEY & LARDNER LLP
POST OFFICE BOX 240
JACKSONVILLE, FL 32201

ENGLISH VILLAGE LLC
ATTN MIKE PETERS
2906 NORTH STATE STREET
JACKSON  MS  39216