# EXHIBIT B

LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 77122
CHICAGO  IL  60677 1002

MCW DEVELOPMENT, INC.
PO BOX 908
ANNISTON  AL  36202

K-2 ASSOC, LLC
PO BOX 10369
GOLDSBORO  NC  27532

SMALL PROPERTIES
P O BOX 10287
GREENVILLE  SC  29603

CHAPIN DEVELOPMENT COMPANY
C/O EDENS & AVANT INC
PO BOX 528
COLUMBIA  SC  29202 0528

PARKLAND PARTNERSHIP LP
POST OFFICE BOX 8509
COLUMBIA  SC  29202

LANGSTON PLACE
C/O LANGSTON REAL ESTATE
P.O. BOX 'A'
HONEA PATH  SC  29654

RETAIL CENTER HAMPTON LLC
378 KNOLLWOOD DRIVE
CHARLESTON  WV  25302

NEW PLAN REALTY OF ALABAMA, INC.
420 LEXINGTON AVENUE
7TH FLOOR
NEW YORK  NY  10170

BRIGHT-MEYERS DUBLIN ASSOC., L.P.
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET SUITE 400
CHATTANOOGA  TN  37402

FLINT CROSSING, L.L.C.  
C/O CHASE COMMERCIAL RL EST SV  
PO BOX 18153  
HUNTSVILLE  AL  35804

EXCEL REALTY PARTNERS, LP  
1120 AVENUE OF THE AMERICAS,  
12TH FLOOR  
NEW YORK  NY  10036

NORTH HIXON MARKETPLACE, LLC  
800 MOUNT VERON HIGHWAY  
SUITE 120  
ATLANTA, GA 30328

THE UHLMAN COMPANY  
ATTN MR. STANLEY P CYPHERS  
PO BOX 419410  
KANSAS CITY  MO  64141

PAW CREEK CROSSING,L.P.  
C/O LAT PURSER & ASSOCIATES  
P O BOX 1070  
CHARLOTTE  NC  28201 1070

LIFTER PROPERTIES LAND TRUST AGREEMENT  
LIFTER ENTERPRISES  
17760 NW SECOND AVE. STE 200  
MIAMI  FL  33169

EDEN MEADOW GREENS ASSOCIATES LIMITED  
PARTNERSHIP  
LENOX HILL STATION  
PO BOX 334  
NEW YORK  NY  10021

SPRINGLAND ASSOCIATES, LLC  
PO BOX 460  
104 EAST SPRING ST.  
LANCASTER  SC  29721

BELLEVIEW SQUARE CORP  
% T COOPER JAMES & ASSOCIATES  
PO BOX 10325  
GREENSBORO  NC  27404

EDENS & AVANT SOUTHEAST LIMITED  
PARTHERSHIP  
P.O. BOX 528  
COLUMBIA  SC  29202

VENTURES,LLC  
PO BOX 4452  
ROCK HILL  SC  29732

Paul Dennis  
Tuggle Duggins & Meschan  
PO BOX 228  
Greensboro, NC 27402

Alan Weiss  
Hollad & Knight LLP  
50 North Laura Street  
Suite 3900  
Jacksonville, FL 32202

David Pollock  
Ballard Spahr andrews & Ingersoll  
51st Floor- Mellon Bank Center  
1735 Market Street  
Philadelphia, PA 19103

Catherine Harrison  
Miller & Martin PLLC  
1170 Peachtree Street NE  
Suite 800  
Altanta, GA 30309

C. Ellis Brazeal  
Walston, Wells, Anderson & Birchall  
1819 5th Ave.  N  
Suite 1100  
Birmingham, AL 35203

Kristin Ogburn  
Horack, Talley, Pharr & Lowndes, PA  
301 South College Street  
Suite 2600  
Charlotte, NC 28202-6038

Marisol Morales  
Ben-Ezra & Katz PA  
951 NE 167th Strret, Suite 204  
North Miami, FL 33162

Paul Dennis  
Tuggle Duggins & Meschan  
PO BOX 228  
Greensboro, NC 27402