UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Approving Debtors' Lease Termination Agreements and Granting Related Relief as to American Commercial Realty Corporation store number 216 (Docket No. 2837) was furnished by mail and/or electronically on (i) August 5, 2005 and/or August 22, 2005 to those parties on the Master Service List, attached as Exhibit A and (ii) by mail on August 22, 2005 to those parties on the attached Exhibit B.

Dated: August 26, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker* | By   *s/ Cynthia C. Jackson* |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post |
|      Rosalie Gray |      Cynthia C. Jackson (FBN 498882) |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00505689.DOC

00505689.DOC