**EXHIBIT B**

AMERICAN COMMERCIAL REALTY  
4400 PGA BOULEVARD  
SUITE 305  
PALM BEACH GARDENS  FL  33410