UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )          Case No. 05-03817-3F1
                                                            Chapter 11
                    Debtors.                     )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of Order Approving Debtors' (a) Sale of Assets Free and

Clear of Liens, (b) Assumption of Assignment and Leases and (c) Related Relief as to

OGA's Enterprises, Inc. store number 2725 (Docket No. 2557) was furnished by mail

and/or electronically on (i) July 27, 2005 and/or August 22, 2005 to those parties on

the Master Service List, attached as Exhibit A and (ii) by mail on August 22, 2005 to

those parties on the attached Exhibit B.

Dated:  August 26, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By    *s/ Cynthia C. Jackson*
       D. J. Baker                             Stephen D. Busey
       Sally McDonald Henry                    James H. Post
       Rosalie Gray                            Cynthia C. Jackson (FBN 498882)

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors

00505726.DOC