**EXHIBIT B**

Sandra Mackey  
3590 CLOUDLAND DRIVE N W  
ATLANTA  GA  30327