**EXHIBIT B**

**Village Plaza, Inc.**
**Po Box 408**
**Fitzgerald  GA  31750-0408**