**EXHIBIT B**

**S. Stephen Selig, III**
c/o Alfred S. Lurey, Esq.
KILPATRICK STOCKTON LLP
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309-4530