UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,      )   Case No. 05-03817-3F1
                                                      Chapter 11
            Debtors.                          )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order Approving Debtors' Lease Termination Agreements and Granting Related Relief as to Southchase Investors, LLC store 2282 (Docket No. 2838) was furnished by mail and/or electronically on (i) August 5, 2005 and/or August 22, 2005 to those parties on the Master Service List, attached as Exhibit A and (ii) by mail on August 22, 2005 to those parties on the attached Exhibit B.

Dated: August 26, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00505742.DOC