**EXHIBIT B**

SOUTHECHASE INVESTERS,LLC
C/O BERWIND PROPERTY GROUP, LT
770 TOWNSHIP LINE ROAD
YARDLEY  PA  19067