UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )     Case No. 05-03817-3F1
                                                       Chapter 11
          Debtors.                               )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order Approving Debtors' (a) Sale of Assets Free and Clear of Liens, (b) Assumption and Assignment of Leases and (c) Related Relief as to Star Market, Inc. store 1914 (Docket No. 2571) was furnished by mail and/or electronically on (i) July 27, 2005 and/or August 22, 2005 to those parties on the Master Service List, attached as Exhibit A and (ii) by mail on August 22, 2005 to those parties on the attached Exhibit B.

Dated:  August 26, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00505743.DOC