**EXHIBIT B**

**North Madison Associates, Ltd.**
c/o Walter McArdle, Esq.
2117 Second Avenue North
The Zinszer Building
Birmingham, AL 35203