UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors.    ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order Approving Debtors' (a) Sale of Assets Free and Clear of Liens, (b) Assumption and Assignment of Leases and (c) Related Relief as to Supervalu stores 1303, 1317, 1323, 1328, 1349, 1806, 2623, 2710, 2720, 2727, 2730, 2733, 2740 and 2743 (Docket No. 2890) was furnished by mail and/or electronically on (i) August 8, 2005 and/or August 22, 2005 to those parties on the Master Service List, attached as Exhibit A and (ii) by mail on August 22, 2005 to those parties on the attached Exhibit B.

Dated: August 26, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   <br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray | By   *s/ Cynthia C. Jackson*   <br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00505745.DOC