**EXHIBIT B**

EASTGATE CENTER LLC
110 DEER RIDGE RD
BRANDON  MS  39042

Mid-South Yazoo
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE  TX  77401

Bennett V. York
c/o YORK DEVELOPMENTS
112 SHEFFIELD LOOP STE D
HATTIESBURG  MS  39402

HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N CENTRAL EXPRESSWAY
DALLAS  TX  75206

Jefferson-Pilot Life Insurance Co.
ATTN: MIKE SOLOMON
P.O. BOX 20407
GREENSBORO  NC  27420

Wiekes Asset Management
PO BOX 580
ALBEMARLE  NC  28001

SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO  IL  60606

Indian Village Group, Inc.
PO BOX 921686
ATTN DAVID SHIN
NORCROSS  GA  30092

Cedar Mountain Village, LLC
85-A MILL STREET
SUITE 100
ROSWELL  GA  30075 5487

CHK & Associates
C/O KBI PROPERTY MGMT
5725 BUFORD HWY #214
DORAVILLE  GA  30340

Red Oak Shopping Center, LLC  
5871 GLENRIDGE DRIVE  
SUITE 400  
ATLANTA  GA  30328

Peripety Group, Inc.  
3605 SANDY PLAINS RD  
SUITE 240-178  
MARIETTA  GA  30066

**Adam Frisch**  
Held & Israel  
1301 Riverplace Blvd Suite 1916  
Jacksonville, FL 32207

**Benjamin A Kahn**  
Nexsen Pruet Adams Kleemeier PLLC  
Post Office Box 3463  
Greensboro, NC 27402

**Elizabeth T Baer**  
Balch & Bingham LLP  
14 Piedmont Center  
Suite 1100  
Atlanta, GA 30305