**EXHIBIT B**

NORTHWOOD PLAZA, LLC  
D/B/A NORTHWOOD PLAZA  
8320 WEST SUNRISE BLVD.,STE 10  
PLANTATION  FL  33322 5434

ADFC, LLC  
C/O J. HAYDEN KEPNER, JR.  
ARNALL GOLDEN GREGORY, LLP  
171 17TH ST. NW, SUITE 2100  
ATLANTA, GA 30363

MCW - RC GEORGIA - HOWELL MILL  
C/O MCW - RC GA HOWELL MILL VI  
PO BOX 534247  
ATLANTA  GA  30353 4247

CARYL E DELANO  
ADDISON & DELANO, P.A.  
PO BOX 2175  
TAMPA, FL 33601-2175

EDWIN W. HELD, JR.  
1301 RIVERPLACE BLVD., STE. 1916  
JACKSONVILLE, FL 32207