**EXHIBIT B**

WD Development, LLC
C/O Barnett Properties LLC
1775 Graham Ave Suite 201
Henderson,  NC  27536