UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Dennis J. Drebsky, affirm that a true and correct copy of the Limited Objection of Deutsche Bank was served upon Debtors' counsel, and counsel for the Official Committee of Unsecured Creditors by Fax and First Class Mail on 24 August 2005.

Date: August 24, 2005

Dennis J. Drebsky
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(212) 940-3091

N248990.1