[3901] [NOTICE OF EVIDENTIARY HEARING PURSUANT TO RULES 4001, 9014 AND 11 U.S.C. §362(e) SEEKING RELIEF FROM THE AUTOMATIC STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                           Case No. 3:05−bk−03817−JAF
                                                                                 Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF EVIDENTIARY HEARING PURSUANT TO RULES 4001, 9014 AND 11 U.S.C. §362(e) SEEKING
RELIEF FROM THE AUTOMATIC STAY

   You are notified that a motion pursuant to Fed. R. Bank. P. 4001 and 9014 seeking relief from the automatic stay imposed by 11 U.S.C. §362 has been filed by: Roger Gagnon . Pursuant to Fed. R. Bank. P. 4001, you are to receive this notice of an evidentiary hearing which will take place before the Court on September 19, 2005 , at 2:00 p.m. , in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville, Florida.

   1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

   2. The hearing may be continued upon announcement made in open court without further notice.

   3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

   4. *Appropriate Attire.* You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   5. *Avoid delays at Courthouse security checkpoints.* You are reminded that Local Rule 5073−1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   Dated August 26, 2005 .


                                                BY THE COURT
                                                David K Oliveria , Clerk of Court
                                                300 North Hogan Street Suite 3−350
                                                Jacksonville, FL 32202

        Copies furnished to:
        Debtor
        Debtor's Attorney
        Trustee
        Rule 1007(d) unsecured creditors
        Michael R. DeMinico, Attorney for Movant