# AMENDMENT TO PURCHASE AND SALE AGREEMENT

**THIS AMENDMENT TO PURCHASE AND SALE AGREEMENT** (the "Amendment") is entered into as of August ___, 2005 (the "Effective Date") by and between **WINN-DIXIE STORES, INC.**, a Florida corporation (hereinafter "Seller"), and **CVS CORPORATION,** a Delaware corporation (hereinafter "Buyer").

## RECITALS:

A. Seller and Buyer entered into that certain Purchase and Sale Agreement on July 19, 2005, (the "Agreement") with regard to the sale and purchase of pharmacies business located within Seller's supermarket locations as identified on Exhibit A of the Agreement (the "Property").

B. Seller and Buyer wish to amend the Agreement as hereinafter provided.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and in the Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer agree as follows:

1. Capitalized terms not defined in this Amendment will have the same meanings given to them in the Agreement.

2. Exhibit A of the Agreement is hereby modified to include the following pharmacy into the description of Pharmacies ("Pharmacy Number 2056"):

| Store | Address | City | ZIP | ST | Closing Inventory | RX Weekly Average |
|---|---|---|---|---|---|---|
| 2056 | 3146 Dallas Highway | Dallas | 28034 | NC | $75,013 | 429 |

3. Buyer and Seller have agreed that the Records for Pharmacy Number 2056 shall be valued at Ninety-Five Thousand Dollars ($95,000.00). Accordingly, that portion of the Purchase Price identified in paragraph 3a. of the Agreement shall be adjusted to include the transfer of the Records associated with Pharmacy Number 2056 from Six Million Four Hundred Sixty-One Thousand Dollars ($6,461,000.00) to Six Million Five Hundred Fifty-Six Thousand Dollars ($6,556,000.00).

4. Neither party has any knowledge of any default of any covenants of the Agreement and the Agreement is unmodified, except as expressly set forth in this Amendment. This Amendment may be executed in counterpart each of which, when so executed, will be deemed an original. Any signature delivered by facsimile will be deemed to be an original signature.

**SELLER:**                                                  **BUYER:**

**WINN-DIXIE STORES, INC.**,                **CVS CORPORATION,** a Delaware corporation
a Florida corporation


By: _____         By: _____
Name: _____         Name: _____
Title: _____         Title: _____

SGRJAX\73485.1