

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
August 26, 2005
9:30 A.M.

9:30-12:00        **PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                 Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell and (IV) Granting Related Relief Filed by Debtor (2707)

PURCHASER:    (1) Shannon Village Shopping Center, Inc., Store 807 (Doc. 3005)

Approved - ord/signed

(2) Wal-Mart Stores, Inc., Store 206 (Doc. 3167)

cont'd to Sep 8

Betty Coy
w/ Jerry McCann
w/ Larry Perlis

(3) Piggly Wiggly Alabama Distribution Co., Store 42 (Doc. 3039)

ord / Jackson

ALF Telfair
Landlord
Mark Kelly - P
Richard Thames - P
Piggly Wiggly

Objection to Store 42 by ALF Telfair-Perlis, LLP (Doc. 3079)

w/drawn    sold for $725,000 to ALF Telfair  (Exhibits by both)
obj by Thames on record

(4) Greg Adams Enterprises, Inc. (d/b/a Piggly Wiggly) Store 827 (Doc. 3004)

Approved - ord/signed

(5) MD Investment, LLC, Store 2002 (Doc. 3040)

cont'd to Sep 8

Store # 1851 - cont'd to Sep 1



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Friday
August 26, 2005
9:30 A.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   **WINN-DIXIE STORES, INC.**   Page 2 of 3

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

**PURCHASER:**   (6) C.Y. Yu, Inc. (Bubba's Supermarket) Store 2702 (Doc. 3009)

*Approved - ord/Jackson*

Objection to Store 2702 by Indian Creek Crossing, LLC (Doc. 3071) - *Mark Kelly p*

*w/drawn*

(7) C.Y. Yu, Inc. (Bubba's Supermarket) Store 2708 (Doc. 3008)

*Approved - ord/Jackson*

Objection to Store 2708 by E&A Southeast Limited Partnership (Doc. 3074) - *Mark Kelly*

*w/drawn*

(8) Yeon Sung Yim Family Partnership, Store 20 (Doc. 3003)

*Approved - ord signed*

Objection to Store 20 by Eliot Properties (Doc. 3109)   *Steve Bullock p*

*overruled - Aiulla*

(9) VOW, LLC, Store 1908 (Doc. 3142)

*Approved - ord signed*

(10) Rockdale Grocery, Inc., Store 2704 (Doc. 3147)

*Approved - ord/signed*



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Friday
August 26, 2005
9:30 A.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 3 of 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**PURCHASER:**    (11) LaGrange Marketplace, LLC, Store 1998 (Doc. 3152)

*Approved - ord/signed*

(12) MSC, LLC, Store 2055 (Doc. 3153)

*Approved - ord/signed*

(13) Tatone Properties Florida, Inc., Store 700 (Doc. 3162)

*Cntd to Dy 8*

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD ₽ |
| | MATTHEW S. BARR |
| INDIAN CREEK CROSSING: | ADAM FRISCH |
| E&A SOUTHEAST LP: | EDWIN HELD ₽ |
| ALS TELFAIR-PERLIS: | ADAM FRISCH |
| ELIOT PROPERTIES: | ALBERT MICKLER |



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
August 26, 2005
9:30 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                                          PAGE 1 OF 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

**Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell and (IV) Granting Related Relief Filed by Debtor (2707)**

    Limited Objection to Sale filed by Computer Leasing Company of MI (3114)

    *Sustained - ord/Jackson*

    Limited Objection to Rejection Procedure filed by Linpro Investments, Inc., et al. (3122)

    Joinder to Objection of Linpro Investments, Inc., et al. to Rejection Procedure filed by Developers Diversified Realty Corp., et al. (3141)

    Joinder to Objection of Linpro Investments, Inc., et al. to Rejection Procedure filed by Capstone Advisors, Inc. and Prudential Insurance Co. Of America (3165)

    Limited Objection to Rejection Procedure filed by Heritage SPE, LLC Store 2106 (Doc. 3125)

    Limited Objection to Rejection Procedure filed by Catamount Rockingham, LLC Store 2045 (Doc. 3100)

*Balance of objs cont'd to Sep 1*



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Friday
August 26, 2005
9:30 A.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                          PAGE 2 OF 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

**Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell and (IV) Granting Related Relief Filed by Debtor (2707)**

Limited Objection to Rejection Procedure filed by Commercial Net Leasing Realty, Inc., Stores 2719 and 2721 (Doc. 3094)

Objection to Rejection Procedure filed by Greenwood Plaza, Ltd., Store 583 (Doc. 3112)


APPEARANCES:
US TRUSTEE:                                       ELENA ESCAMILLA
UNSEC. CRED:                                      JOHN B. MACDONALD ⁱ
                                                  MATTHEW S. BARR
LINPRO INVESTMENTS:                               EDWIN HELD ⁱ
DEVELOPERS DIVERSIFIED:                           JOHN LEHANE
CAPSTONE ADV. AND PRUDENTIAL INS:                 EDWIN HELD
HERITAGE SPE, LLC:                                MICHAEL SCHMAHL
CATAMOUNT ROCKINGHAM, LLC:                        C. DANIEL MOTSINGER
COMMERCIAL NET LEASING REALTY:                    ZACHARY BANCROFT
GREENWOOD PLAZA, LTD:                             NINA LAFLEUR
COMPUTER LEASING CO. OF MI:                       ARTHUR SPECTOR p *by phone*

# NOTICE OF APPEARANCE

## PRINT YOUR NAME, WHICH PARTY YOU REPRESENT AND YOUR PHONE NUMBER

| NAME | REPRESENTING | PHONE NUMBER |
|---|---|---|
| Eddie Held | Fenimore, Develop Div. et al | 904-348 7038 |
| Brian Walsh | Debtor | 404 572 4600 |
| Jimmy Parrish | Lassiter Properties | 407 481-5800 |
| Ken Jacobs | Spectrum Realty Advisors | 904 598 9929 |
| Rick Thames | Piggly Wiggly Alabama Distributing Co. - Greenwood Plaza, Ctl | 358-4000 |
| John Rogerson | Genoa Associates | 355-1702 |
| Mark Kelley | A.L.B. Telfair Plaza | |
| | | |
| | | |
| | | |
| | | |
| | | |