UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )         Case No. 05-03817-3F1
                                                        Chapter 11
            Debtors.                          )         Jointly Administered

_____

## CERTIFICATE OF SERVICE

        I certify that a copy of Order Approving Motion To Sell Assets Free and Clear

of Liens, (b) Assumption and Assignment of Leases and (c) Related Relief as to Harris

Teeter, Inc., stores 851, 2014, 2022, 2039, 2061 and 2104 (Docket No. 2556) was

furnished by mail and/or electronically on (i) July 27, 2005 and/or August 22, 2005 to

those parties on the Master Service List, attached as Exhibit A and (ii) by mail on

August 22, 2005 to those parties on the attached Exhibit B.

Dated:  August 26, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_____              By   _s/ Cynthia C. Jackson_____
      D. J. Baker                            Stephen D. Busey
      Sally McDonald Henry                   James H. Post
      Rosalie Gray                           Cynthia C. Jackson (FBN 498882)

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors

00506321.DOC