**EXHIBIT B**

CGP Finance I, LLC
c/o CGP PARTNERS, LP
103 EISENHOWER PARKWAY
ROSELAND  NJ  07068

Weddington Associates
C/O COLLETT & ASSOCIATES
P.O. BOX 36799
CHARLOTTE  NC  28236 6799

H.P.M. Limited Partnership
ATTN.  JACK O'ROURKE
3618 MATTHEWS-MINT HILL RD
MATTHEWS,  NC  28105

Krusch Properties,LLC
PO BOX 930
GREENSBORO  NC  27402

Burlington Associates Limited Partnership
C/O BRONZE HOLDINGS INC
1853 EAST PIEDMONT RD STE 300
MARIETTA  GA  30066

Northcross Land and Development Ltd. Partnership
3800 ARCO CORPORATE DR, SUITE
CHARLOTTE  NC  28273

**Amy Pritchard Williams**
Kennedy Covington Lobdell & Hickman LLP
214 North Tryon Street
47th Floor
Charlotte, NC 28202

**Edwin W. Held, Jr.**
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207

**Mitchell S Rosen**
Rosen Law Group LLC
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326