**EXHIBIT B**

00505500.DOC

**EXHIBIT B**

PAVIT COMPLEX, INC.
2525 BELL RD.
MONTGOMERY, AL 36117

ALAN JAY LIPKIN
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

CORPORATE PROPERTY ASSC. 6, LP
C/O W.P. CAREY & CO.
50 ROCKEFELLER PLAZA, 2ND FLOOR
NEW YORK  NY  10020