# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

## STIPULATION AND WAIVER REGARDING
## TIME REQUIREMENTS ON MOTION FOR RELIEF
## FROM STAY FILED BY IRIS AND SAM DAVIDSON

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Iris and Sam Davidson (the "Davidsons") stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by the Davidsons (the "Motion") (Docket No. 2700). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or after October 31, 2005, and (ii) the continuation of the automatic stay in effect pending the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

conclusion of such hearing and determination of the Davidsons' Motion for Relief from Stay.

Dated: August 26, 2005

TERRELL, HOGAN, ELLIS & YEGELWEL, P.A.

By _ * s/ Carroll Cayer_____
       Carroll Cayer

Florida Bar Number 161070
233 East Bay Street, 8th Floor
Jacksonville, Florida  32202
(904) 632-2424
(904) 632-0549 (facsimile)
cayer@terrellhogan.com

Attorneys for Iris and Sam Davidson

*Counsel has authorized his electronic
 signature

SMITH HULSEY & BUSEY

By _ s/ James H. Post_____
       James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

                -and-

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
rgray@skadden.com

Attorneys for the Debtors

506002