[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05-bk-03817-JAF
                                                                Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Annette Kerlin McBrayer, a non-resident of Florida and counsel for Mobley Family Partnership, L.P. and Redd Family Partnership, LLLP, South Rockdale Associates, LLC, Tiger Crossing, an Alabama General Partnership and Tiger Crossing, W.D., an Alabama General Partnership, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated August 23, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Annette Kerlin McBrayer, Suite 2700, 945 East Paces Ferry Rd., Atlanta, GA 30326

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Aug 24, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 4

The following entities were served by first class mail on Aug 26, 2005.
aty       +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty       +Annette Kerlin McBrayer,    945 East Paces Ferry Rd., Ste 2700,    Atlanta, GA 30326-1380
aty       +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
ust       +United States Trustee - JAX,    135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 26, 2005**            **Signature:**    _Joseph Speetjens_