[31612] [Order Abating Motion for Relief From Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

    Upon consideration of the Motion for Relief from Stay filed by Roger Gagnon on August 22, 2005, the Court finds the Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

    The Court abates the hearing on this motion until the payment of the filing fee in accordance with 28 U.S.C. §1930(b). The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated August 23, 2005.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Aug 24, 2005
Case: 05-03817                Form ID: pdfdoc         Total Served: 6

The following entities were served by first class mail on Aug 26, 2005.
aty       +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
aty       +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
            New York, NY 10005-1401
aty       +John B. Macdonald,   Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
            Jacksonville, FL 32202-3646
ust       +United States Trustee - JAX,   135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
          +Michael DeMinico,   3339 West Kennedy Boulevard,   Tampa, FL 33609-2903

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2005**                          **Signature:**  *Joseph Speetjens*