UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Margery N. Reed and Wendy M. Simkulak, non-residents of Florida and counsel for Principal Life Insurance Company, Inc., pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

**ORDERED:** Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

DATED August 24, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor(s)
Attorneys for Debtor
United States Trustee
Margery N. Reed, One Liberty Place, Philadelphia, PA 19103-7396
Wendy M. Simkulak, One Liberty Place, Philadelphia, PA 19103-7396

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Aug 25, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 6

The following entities were served by first class mail on Aug 27, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Tina M Talarchyk,    Duane Morris LLP,    200 South Biscayne Boulevard,    Suite 3400,
             Miami, FL 33131-5323
ust        +United States Trustee - JAX,    135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
           +Margery N. Reed,    One Liberty Place,    Philadelphia, PA 19103-7300
           +Wendy M. Simkulak,    One Liberty Place,    Philadelphia, PA 19103-7300

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2005**                          **Signature:** _Joseph Speetjens_