UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING LIMITED OBJECTION OF DEUTSCHE BANK TRUST COMPANY AMERICAS

The Court finds that the Limited Objection to Debtors' Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Richard J. Bernard on behalf of Deutsche Bank Trust Company Americas on August 25, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Limited Objection to Debtors' Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Richard J. Bernard on behalf of Deutsche Bank Trust Company Americas on August 25, 2005 is stricken from the record.

DATED August 25, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Richard J. Bernard, 437 Madison Ave., New York, NY 10022
Counsel for Unsecured Creditors Committee

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1           Date Rcvd: Aug 26, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 5
```

The following entities were served by first class mail on Aug 28, 2005.
aty       +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
aty       +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
            New York, NY 10005-1401
aty       +John B. Macdonald,   Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
            Jacksonville, FL 32202-3646
aty       +Richard J Bernard,   Nixon Peabody LLP,   437 Madison Avenue,   New York, NY 10022-7039

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2005**                           **Signature:**   *Joseph Speetjens*