**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


In re:                                          )          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,    )          Chapter 11

                Debtors.[1]                   )          Jointly Administered

_____    )


**STIPULATION TO FURTHER CONTINUE**
**HEARING ON MOTION FOR RELIEF FROM**
**STAY FILED BY SARRIA ENTERPRISES, INC.**


The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries

and affiliates (collectively, the "Debtors") and Sarria Enterprises, Inc. ("Sarria")

stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief

from Stay filed by Sarria (the "Motion") (Docket No. 1542) for final hearing on or

after October 3, 2005 and (ii) the continuation of the automatic stay in effect

_____

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep
South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc.,
Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown
Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand
Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-
Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and
Winn-Dixie Supermarkets, Inc.

pending the conclusion of such hearing and determination of Sarria's Motion for

Relief from Stay.


Dated: August 29, 2005


BURGER, TRAILOR & FARMER, PA          SMITH HULSEY & BUSEY


By    *  *s/ Alan M. Burger*             By    *s/ James H. Post*
         Alan M. Burger                         James H. Post

Florida Bar Number 833290              Florida Bar Number 175460
1601 Forum Place, Suite 404            225 Water Street, Suite 1800
West Palm Beach, FL 33401              Jacksonville, Florida  32202
(561) 689-1663                         (904) 359-7700
(561) 689-1707 (facsimile)             (904) 359-7708 (facsimile)
alan@burgertrailor.com                 jpost@smithhulsey.com


        -and-                                  -and-

LAW OFFICE OF MICHAEL A.               SKADDEN, ARPS, SLATE, MEAGHER
KAUFMAN                                & FLOM LLP
Michael A. Kaufman                     D. J. Baker
1601 Forum Place, Suite 404            Sally McDonald Henry
West Palm Beach, FL 33401              Rosalie Gray
(561) 478-2878                         Four Times Square
(561) 689-1707                         New York, New York 10036
                                       (212) 735-3000
Attorneys for Sarria Enterprises, Inc. (212) 735-2000 (facsimile)
                                       rgray@skadden.com
*Counsel has authorized his electronic
 signature                             Attorneys for the Debtors


00498498


2