UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Motion for an Order (I) Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreements Subject to Higher and Better Offers, and (B) to Sell Furniture, Fixtures and Equipment Located at the Fitzgerald and Astor Facilities Free and Clear of Liens, Claims and Interests and Exempt from Stamp or Similar Taxes and (II) Granting Related Relief (Docket No. 3183) and (ii) Amended Notice of Hearing thereon (Docket No. 3188) was furnished by mail and/or electronically (a) to those parties on the attached Master Service List and to Honorable Thurbert Baker, Office of the Attorney General, 40 Capital Square, SW Atlanta, Georgia 30334 on August 25, 2005 and (b) to ZSF/WD Fitzgerald, LLC, 397248 Administrative General Partner, 1 Chase Manhattan

Plaza, New York, NY 10005 and ZSF/WD Jacksonville, LLC, 397251 Administrative General Partner, 1 Chase Manhattan Plaza, New York, NY 10005 on August 26, 2005.

Dated: August 29 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425

00497425