UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

The Court finds that the Limited Objection to Debtors' Motion for Order Further Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans filed by Douglas D. Chunn on behalf of The Official Committee of Equity Security Holders on August 25, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Limited Objection to Debtors' Motion for Order Further Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans filed by Douglas D. Chunn on behalf of The Official Committee of Equity Security Holders on August 25, 2005 is stricken from the record.

**DATED August 29, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Douglas D. Chunn, One Independent Dr., Suite 3201, Jacksonville, FL 32202
Jesse H. Austin, III and Karol K. Denniston, 600 Peachtree St., Ste 2400, Atlanta, GA 30308
James D. Wareham, 875 15th St., NW, Washington, DC 20005