UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3-05-bk-03817-JAF
                                                     Chapter 11

_____Debtors._____/               Jointly Administered

### UNITED STATES TRUSTEE'S AMENDED NOTICE OF
### APPOINTMENT OF COMMITTEE OF CREDITORS
### HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby amends the

composition of the original committee of unsecured creditors appointed in this case and removes

the following creditor from the unsecured creditors committee, to wit:

> O.C.M. Opportunities Fund V, L.P.
> c/o Oaktree Capital Management, LLC
> Los Angeles, CA 90071
> Attn: Alan S. Adler, Vice-President
> Tel. No. (213) 830-6300

The grounds for such removal is the voluntary resignation of O.M. Opportunities Fund V, L.P.

due to at least seventy-five (75%) of the aggregate amount of its claim being transferred.

The following creditor is appointed to serve as an additional member of said committee,

to wit:

> Wilmington Trust Company, as Indenture Trustee
> 1100 North Market Street
> Rodney Square North
> Wilmington, DE 19890
> Attn: Michael W. Diaz, Vice President
> Tel. (212) 415-0509
> Fax. (212) 415-0513
> E-Mail. mdiaz@wilmingtontrust.com

Exhibit A attached to this Notice lists the current composition of the Committee of

Unsecured Creditors Committee.

Dated:   August 29, 2005

Felicia S. Turner
United States Trustee, Region 21

/s/ Elena  L. Escamilla_____
Elena L. Escamilla, Trial Attorney
Florida Bar No. 898414
135 W. Central Blvd., Suite 620
Orlando, FL  32801
Telephone No.: (407) 648-6301
Facsimile No.:   (407) 648-6323


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or by first class postage prepaid or electronically to the individuals listed on the August 18, 2005 master service list, to O.C.M. Opportunities Fund V, L.P.,  c/o Oaktree Capital Management, LLC,   Los Angeles, CA 90071, Attn: Alan S. Adler, Vice-President and to the members of the unsecured creditors committee on this the 29th day of August 2005.


/s/   Elena L. Escamilla_____
Elena L. Escamilla, Trial Attorney

<u>EXHIBIT "A"</u>

1.      R² Investments, LDC
        c/o Amalgamated Gadget, LP
        301 Commerce Street, Suite 3200
        Fort Worth, TX 76102
        Attn: Dave Gillespie, Chief Financial Officer
        Tel. No. (817) 332-9500

2.      Deutsche Bank Trust Company Americas
        60 Wall Street
        New York, NY 10005-2858
        Attn: S. Berg
        Tel. No. (212) 250-2921

3.      New Plan Excel Realty Trust, Inc.,
        420 Lexington Avenue
        New York, NY 10170
        Tel. No. (212) 869-3000

4.      Kraft Foods Global, Inc.,
        Three Lakes Drive
        Northfield, IL 60093
        Attn: Sandra Schirmang, Senior Director of Credit
        Tel. No. (847) 646-6719

5.      Pepsico & Subsidiaries
        7701 Legacy Drive 38-109
        Plano, TX 75024
        Attn: Scott Johnson, Group Credit Manager
        Tel. No. (972) 334-7405

6.      Capital Research & Management Company
        333 South Hope Street
        Los Angeles, CA 90071
        Attn: Ellen Carr, Vice- President
        Tel. No. (213) 486-9200

7.      Wilmington Trust Company, as Indenture Trustee
        1100 North Market Street
        Rodney Square North
        Wilmington, DE 19890
        Attn: Michael W. Diaz, Vice President
        Tel. (212) 415-0509