UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　　　　Case No.**:** 3-05-bk-03817-JAF
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　Debtors　　　/　　　　Jointly Administered

**NOTICE OF CORRECTION OF E-MAIL ADDRESS
FOR MEMBER OF EQUITY COMMITTEE MEMBER**

　　　　Docket no. 3027 lists the names, addresses and e-mail addresses of members on the equity committee. The e-mail address for Mr. Poul Madsen should be corrected to Jens2222@verizon.com.

　　　　Dated:　　August 29, 2005

　　　　　　　　　　　　　　　　　　　　　　Felicia S. Turner
　　　　　　　　　　　　　　　　　　　　　　United States Trustee, Region 21


　　　　　　　　　　　　　　　　　　　　　　/s/　 Elena L. Escamilla
　　　　　　　　　　　　　　　　　　　　　　Elena L. Escamilla, Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 898414
　　　　　　　　　　　　　　　　　　　　　　135 W. Central Blvd., Room 620
　　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　　　　　Telephone No.: 407-648-6465
　　　　　　　　　　　　　　　　　　　　　　Facsimile No.:  407-648-6323


**CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or by first class postage prepaid or electronically to the individuals listed on the August 18th 2005 master service list on this the 29th day of August 2005.


　　　　　　　　　　　　　　　　　　　　　　/s/　 Elena L. Escamilla
　　　　　　　　　　　　　　　　　　　　　　Elena L. Escamilla, Trial Attorney