| 2727 | 3696 Highway 5 | Douglasville | Douglas | GA |
| 2728 | 2600 GA Hwy 138 | Stockbridge | Henry | GA |
| 2729 | 3101 Roswell Rd. | Marietta | Cobb | GA |
| 2730 | 2020 Headland Dr. | East Point | Fulton | GA |
| 2732 | 929 Joe Frank Harris Pkwy | Cartersville | Bartow | GA |
| 2733 | 3435 Roosevelt Hwy. | Red Oak | Fulton | GA |
| 2734 | 1575 Lawrenceville Hwy | Lawrenceville | Gwinnett | GA |
| 2736 | 6459 Hwy 42 | Rex | Clayton | GA |
| 2737 | 2116 Fairburn Rd. | Douglasville | Douglas | GA |
| 2740 | 4770 Britt Rd. | Norcross | Gwinnett | GA |
| 2743 | 6169 Highway 278 NW | Covington | Newton | GA |

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

# WINN-DIXIE STORE # 1303
Brandon, Mississippi

| | |
|---|---|
| Lease: | Lease dated November 6, 1994 between Eastgate Center, LLC, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant' |
| | as evidenced by Memorandum of Lease dated November 6, 1994, recorded in Book 716, Page 337, of the public records of Rankin County, Mississippi |
| Amendments/ Guaranty: | Letter Agreement dated November 8, 1994 |
| | Assignment of Leases dated May 5, 1999 |
| | Memorandum of Assignment and Assumption of Lease dated January 11, 2001, recorded in Book 936, Page 326, of the public records of Rankin County, Mississippi |
| | Corporate Guaranty of Lease Obligations dated January 11, 2001 |
| Premises: | That certain store building and related improvements located at 212 E. Government Street, Brandon, Rankin County, Mississippi |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

**EXHIBIT A**

That certain parcel of land situated in the SW¼ of Section 15, Town 5 North, Range 3 East,
Town of Brandon, Rankin County, Mississippi described as follows:

Begin at the intersection of the South line of US Highway 80 with the East line of the SW¼
of Section 15, Town 5 North, Range 3 East, Rankin County, Mississippi; thence run Westerly
along the South R/O/W line of US Highway 80, 1300 feet to the POINT OF BEGINNING; thence
run North 89° 00' West along the South R/O/W line of said US Highway 80, 279.5 feet to a
point; thence run South 02° 45' West along a fence line, 433 feet to a point; thence run
South 89° 00' East along a fence line, 308.3 feet to a point; thence run 05° 30' West, a
distance of 436 feet to the POINT OF BEGINNING, and containing 2.7 acres, more or less.

1303
212 E. Government Street
Brandon, MS

Last Revised 8/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 1305
Jackson, Mississippi

Lease:              Lease dated July 15, 1999 between Westland Plaza Associates, L.P., as
                    Landlord, and Winn-Dixie Montgomery, Inc., as Tenant;

                    as evidenced by Memorandum of Lease dated July 15, 1999, recorded in Book
                    5209, Page 73, of the public records of Hinds County, Mississippi

Amendments/
Guaranty:           Assignment and Assumption of Lease dated January 11, 2001, as evidenced by
                    Memorandum of Assignment and Assumption of Lease dated January 11, 2001,
                    recorded in Book 5335, Page 489, of the public records of Hinds County,
                    Mississippi

                    Corporate Guaranty of Lease Obligations dated February 28, 2001

Premises:           That certain store building and related improvements located at 2526
                    Robinson Road, Jackson, Hinds County, Mississippi

Legal Description:  The real property as more particularly described as follows:


SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT A          BOOK 5209 PAGE 075

NE¼ 6-5-1E

**Parcel A:**
Being situated in the Northeast 1/4 of Section 6, Township 5 North, Range 1 East, City of Jackson, First Judicial District of Hinds County, Mississippi, and being more particularly described by metes and bounds as follows, to-wit:

Commence at the intersection of the North right of way line of Robinson Street with the West right of way line of Ellis Avenue, said intersection being the POINT OF BEGINNING for the parcel herein described; thence North 00° 14' 25" East for a distance of 866.48 feet along the said West right of way line of Ellis Avenue to the intersection of the said West right of way line of Ellis Avenue with the South right of way line of Oakmont Street, aka Oakmont Drive; thence North 89° 57' 39" West for a distance of 794.41 feet along the said South right of way line of Oakmont Street, aka Oakmont Drive, to the intersection of the said South right of way line of Oakmont Street, aka Oakmont Drive, with the West right of way line of Myer Avenue; thence North 00° 41' 12" East for a distance of 50.0 feet along the said West right of way line of Myer Avenue; thence North 89° 57' 39" West for a distance of 414.35 feet; thence South 00° 02' 21" West for a distance of 106.54 feet; thence South 89° 59' 29" West for a distance of 256.53 feet to the centerline of Lynch Creek; thence run 344.993 feet along the arc of a 543.56 foot radius curve to the left in the said centerline of Lynch Creek, said arc having a 340.877 foot chord which bears South 46° 44' 35" East; thence South 62° 05' 42" East for a distance of 9.56 feet along the said centerline of Lynch Creek; thence run 553.779 feet along the arc of a 675.50 foot radius curve to the right in the said centerline of Lynch Creek, said arc having a 532.55 foot chord which bears South 34° 31' 42" East; thence South 05° 56' 03" East for a distance of 124.03 feet along the said centerline of Lynch Creek to the said North right of way line of Robinson Street; thence South 89° 19' 01" East for a distance of 897.90 feet along the said North right of way line of Robinson Street to the POINT OF BEGINNING, containing 22.3810 acres more or less.

**Parcel B:**
Being situated in the Northeast 1/4 of Section 6, Township 5 North, Range 1 East, City of Jackson, First Judicial District of Hinds County, Mississippi, and being more particularly described by metes and bounds as follows, to-wit:

Commence at the intersection of the North right of way line of Robinson Street with the West right of way line of Ellis Avenue, and run thence North 00° 14' 25" East for a distance of 866.48 feet along the said West right of way line of Ellis Avenue to the intersection of the said West right of way line of Ellis Avenue with the South right of way line of Oakmont Street, aka Oakmont Drive; thence North 89° 57' 39" West for a distance of 794.41 feet along the said South right of way line of Oakmont Street, aka Oakmont Drive, to the intersection of the said South right of way line of Oakmont Street, aka Oakmont Drive, with the West right of way line of Myer Avenue; thence North 00° 41' 12" East for a distance of 50.0 feet along the said West right of way line of Myer Avenue; thence North 89° 57' 39" West for a distance of 414.35 feet to the POINT OF BEGINNING for the parcel herein described; thence South 00° 02' 21" West for a distance of 106.54 feet; thence South 89° 59' 29" West for a distance of 256.53 feet to the centerline of Lynch Creek; thence run 280.202 feet along the arc of a 643.56 foot radius curve to the right in the said centerline of Lynch Creek, said arc having a 280.922 foot chord which bears North 18° 46' 46" West; thence leave said creek and run North 89° 59' 29" East for a distance of 357.45 feet; thence South 00° 02' 21" West for distance of 159.44 feet to the POINT OF BEGINNING, containing 1.3728 acres more or less.

1305
2526 Robinson Road
Jackson, MS

STATE OF MS
COUNTY OF HINDS
FILED - RECORDED

Feb 29   3 02 PM '08
BOOK ____ S909
PAGE ____ 74
L. BLYTHE PEPPER
CHANCERY CLERK

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1317
Yazoo City, Mississippi

| | |
|---|---|
| Lease: | Lease Agreement dated September 1, 1977 between Mid-South Yazoo, L.P., as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant; |
| | as evidenced by Lease dated September 1, 1977, recorded in Book 212A, Page 109, of the public records of Yazoo County, Mississippi |
| Amendments/ Guaranty: | Letter Agreement dated July 22, 1977 |
| | Letter Agreement dated December 23, 1977 |
| | Lease Modification Agreement #1 dated November 26, 1979 |
| | Agreement Amending Lease dated October 19, 1994, as evidenced by Memorandum of Agreement Amending Lease dated October 19, 1994, recorded in Book 229A, Page 270, of the public records of Yazoo County, Mississippi |
| | Agreement Extending Lease dated February 26, 1996 |
| | Amendment and Consent Agreement dated March 1, 1996 |
| | Assignment and Assumption of Lease dated January 11, 2001, as evidenced by Memorandum of Assignment and Assumption of Lease dated January 11, 2001, recorded in Book 277A, Page 402, of the public records of Yazoo County, Mississippi |
| | Corporate Guaranty of Lease Obligations dated January 11, 2001 |
| | Second Amendment to Lease dated August 22, 2002 |
| Premises: | That certain store building and related improvements located at 301 E. Broadway Street, Yazoo City, Yazoo County, Mississippi |
| Legal Description: | The real property as more particularly described as follows: |

Last Revised 6/21/2005

## SEE ATTACHED LEGAL DESCRIPTION

All of Lots 47, 48, 49, 50 and 178 of the City of Ya-
zoo City, Mississippi, according to the official map
or plat thereof on file and of record in the Office of
the Chancery Clerk of Yazoo County, Mississippi

1317
301 E. Broadway Street
Yazoo City, MS

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 1323
Hazlehurst, Mississippi

| | |
|---|---|
| Lease: | Lease dated April 30, 1989 between Bennett V. York, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant; |
| | as evidenced by Memorandum of Lease dated April 30, 1989, recorded in Book 12-J, Page 1, of the public records of Copiah County, Mississippi |
| Amendments/ Guaranty: | Agreement Supplementing Lease dated July 16, 1991, recorded in Book 12-N, Page 455, of the public records of Copiah County, Mississippi |
| | Second Agreement Supplementing Lease dated July 16, 1991, recorded in Book 12-N, Page 457 of the public records of Copiah County, Mississippi |
| | Third Agreement Supplementing Lease dated April 18, 1994, recorded in Book 13-E, Page 630, of the public records of Copiah County, Mississippi |
| | Agreement Amending Lease dated April 18, 1994 |
| | Corporate Guaranty of Lease Obligations dated January 11, 2001 |
| Premises: | That certain store building and related improvements located at 134 Marketplace, Hazlehurst, Copiah County, Mississippi |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

**EXHIBIT A**    BOOK 13 PAGE 632

5.88 acres of land situated in the NW1/4 of the NE1/4 of Sec.4, T10N, R3E, City of Hazlehurst, Copiah County, Mississippi, and being described as follows:

From the SW corner of the NW1/4 of the NE1/4 run East for 231.00 feet; thence North for 363.00 feet to the POINT OF BEGINNING; thence run East for 77.42 feet; thence N27°45'E for 107.40 feet; thence N40°36'E for 92.20 feet; thence North for 70.00 feet; thence N39°41'E for 157.10 feet to the West line of Claridge Inn land; thence N05°27'W for 199.18 feet; thence N90°00'W for 172.06 feet; thence N00°00'E to the South ROW line of MS Hwy 28; thence Westerly along said ROW line as follows: S80°48'W for 163.80 feet; N85°09'W for 82.50 feet; S80°45'W for 26.79 feet to the NE corner of Wal-Mart land; thence South for 705.67 feet; thence East for 172.58 feet to the POINT OF BEGINNING.

1323
134 Marketplace
Hazlehurst, MS

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

# WINN-DIXIE STORE # 1328
Yazoo City, Mississippi

Lease:

Lease dated September 13, 1989 between Kathy Crowder Kirchmayr and Margaret Crowder Moore, Trustee under the Herman R. Crowder, Jr., Family U/A 8/14/97 and as General Partner of Sunset Realty Company, LP, collectively, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant;

as evidenced by Memorandum of Lease dated December 19, 1989, recorded in Book 197A, Page 343, of the public records of Yazoo County, Mississippi

Amendments/
Guaranty:

Agreement Supplementing Lease dated December 19, 1989

Agreement Amending Lease dated February 5, 1990

Agreement Amending Lease dated September 5, 2000

Letter Agreement dated January 8, 2001

Assignment and Assumption of Lease dated January 11, 2001, as evidenced by Memorandum of Assignment and Assumption of Lease dated January 11, 2001, recorded in Book 277A, Page 429, of the public records of Yazoo County, Mississippi

Corporate Guaranty of Lease Obligations dated January 11, 2001

Premises:

That certain store building and related improvements located at 1206 Grand Avenue, Yazoo City, Yazoo County, Mississippi

Legal Description:

The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

All of Lot 297 and the Easterly 160 feet of
the Southerly 1/2 and the Westerly 190 feet
of Lot 299 of the Lintonia Addition to Yazoo
City, Mississippi

1328
1106 Grand Avenue
Yazoo City, MS

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 1346
### Forest, Mississippi

| | |
|---|---|
| Lease: | Lease dated April 23, 1992 between H.C. Plunkett, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant; |
| | as evidenced by Memorandum of Lease dated April 23, 1992, recorded in Book 9-X, Page 117, of the public records of Scott County, Mississippi |
| Amendments/ Guaranty: | Agreement Amending Lease dated June 1, 1992 |
| | Agreement Supplementing Lease dated January 21, 1993 |
| | Assignment and Assumption of Lease dated January 11, 2001, as evidenced by Memorandum of Assignment and Assumption of Lease dated January 11, 2001, recorded in Book 12-A, Page 692, of the public records of Scott County, Mississippi |
| | Corporate Guaranty of Lease Obligations dated January 11, 2001 |
| Premises: | That certain store building and related improvements located at 476 W. 3rd Street, Forest, Scott County, Mississippi |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

1346
Forest, Mississippi

## EXHIBIT A

A parcel of land containing 1.829 acres, more or less, being situated in the NE 1/4 of Section 16, Township 6 North, Range 8 East, City of Forest, Scott County, Mississippi, being bounded on the South by the Northerly right-of-way line of U. S. Highway No. 80, being bounded on the West by the East right-of-way line of Antley Street, being bounded on the North by the South right-of-way line of West Fourth Street and being more particularly described as follows:

BEGINNING at the intersection of the Northerly right-of-way line of U. S. Highway No. 80 with the East right-of-way line of Antley Street, both being paved public roads; run thence

Northerly and along said East right-of-way line with a bearing of North 02 degrees 22 minutes 56 seconds East for a distance of 239.62 feet to the point where said East right-of-way line intersects with the South right-of-way line of West Fourth Street, a paved public road, run thence

Easterly and along said South right-of-way line with a bearing of South 88 degrees 24 minutes 51 seconds East for a distance of 246.82 feet to a 3" X 1/2" flat iron representing the Northeast corner of that tract of land described in Deed Book 42 at page 426 of the land records on file in the Chancery Clerk's office at Forest, Scott County, Mississippi, reference of which is hereby made; run thence

South and along the East line of the above mentioned tract with a bearing of South 00 degrees 00 seconds for a distance of 91.83 feet to a point where said line intersects a fence line, said fence line representing the uncontested occupational line of those certain tracts of lands used and occupied by Marler Auto Company; run thence

Easterly and along said fence line with a bearing of South 87 degrees 26 minutes 55 seconds East for a distance of 29.94 feet to a point where said fence corners; run thence

Southerly and along said fence line with a bearing of South 00 degrees 16 minutes 09 seconds East for a distance of 140.76 feet to a point where said fence corners; run thence

Westerly and along said fence line with a bearing of South 86 degrees 09 minutes 58 seconds West for a distance of 36.90 feet to a point where said fence corners; run thence

Southerly and along said fence line and projection thereof with a bearing of South 02 degrees 56 minutes 07 seconds West for a distance of 71.67 feet to a point on the aforementioned Northerly right-of-way line of U. S. Highway No. 80; run thence

Northwesterly and along an arc of a curve to the right, in said right-of-way line for a distance of 220.80 feet, said curve having a radius of 1759.34 feet and a chord of North 73 degrees 11 minutes 44 seconds West a distance of 220.66 feet to the point of tangency of said curve; run thence

Northwesterly and along said Northerly right-of-way line with a bearing of North 71 degrees 36 minutes 00 seconds West for a distance of 62.59 feet back to the POINT OF BEGINNING of the above described parcel of land.

1346
476 W. 3rd Street
Forest, MS

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1349
Hamilton, Alabama

| | |
|---|---|
| Lease: | Lease dated May 19, 1990 between Hamilton Square, LLC, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant; |
| | as evidenced by Memorandum of Lease dated May 19, 1990, recorded in Book 287, Page 79 of the public records of Marion County, Alabama |
| Amendments/ Guaranty: | Guaranty dated May 19, 1998 |
| | Amended and Restated Lease dated January 9, 2001 |
| | Amended and Restated Memorandum of Lease dated January 9, 2001, recorded in Book 0449, Page 030, of the public records of Marion County, Alabama |
| | Memorandum of Assignment and Assumption of Lease dated January 11, 2001, recorded in Book 0449, Page 039, of the public records of Marion County, Alabama |
| | Corporate Guarantee of Lease Obligations dated January 11, 2001 |
| | Letter Agreement dated November 29, 2004 |
| Premises: | *That certain store building and related improvements located at 481 Military Street, Hamilton, Marion County, Alabama* |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

## EXHIBIT A

### TRACT ONE

BEGINNING at an iron pin located in the East right-of-way line of U. S. Highway 78 where the South boundary line of Lot 2 of the Cashion Addition to Hamilton, Alabama, intersects said right-of-way; run thence South 61° 06' East 418 feet to a point in the center of a drainage ditch; run thence Southerly and meandering along the center of said ditch 125 feet to a point; run thence North 81° 04' West 368 feet to a point in the right-of-way line of said U. S. Highway 78; run thence at an angle to the right forming an interior angle of 85° 32' along said right-of-way line 185 feet to the POINT OF BEGINNING, containing 1.16 acres, lying and being situated in the NE 1/4 of the NE 1/4 of Section 3, Town 11 South, Range 14 West, in the Town of Hamilton, Marion County, Alabama.

### TRACT TWO

BEGINNING at an iron pin located in the East right-of-way line of U. S. Highway 78 where the South boundary line of Lot 3 of the Cashion Addition to Hamilton, Alabama, intersects said right-of-way; run thence South 81° 06' East 366 feet to a point in the center of a drainage ditch; run thence Southerly and meandering along the center of said ditch 178 feet to a point; run thence North 86° 08' West 464 feet to an iron pin located in the East right-of-way line of said U. S. Highway 78; run thence at an angle to the right forming an interior angle of 68° 38' a distance of 158 feet to the POINT OF BEGINNING, containing 1.77 acres, lying and being situated in the NE 1/4 of the NE 1/4 of Section 3, Town 11 South, Range 14 West, in the Town of Hamilton, Marion County, Alabama.

### TRACT THREE

BEGINNING at an iron pin located in the East right-of-way line of U. S. Highway 78, said iron pin being 922 feet South of the point where the North line of Section 3, Town 11 South, Range 14 West, crosses said right-of-way line; run thence at an angle to the left forming an interior angle of 93° 34' a distance of 464 feet to a 6 inch concrete post; run thence at an angle to the right forming an interior angle of 68° 38' a distance of 60 feet to a 6 inch concrete post; run thence at an angle to the right forming an interior angle of 125° 00' a distance of 445 feet to an iron pin located on the East right-of-way line of said Highway 78; run thence Northerly along said right-of-way line 96 feet to the POINT OF BEGINNING, containing 0.8 acres, lying and being situated in the NE 1/4 of the NE 1/4, Section 3, Town 11 South, Range 14 West, in the Town of Hamilton, Marion County, Alabama.

### TRACT FOUR

BEGINNING at a point 29.63 yards North of an iron pin at the root of a walnut tree on the Northeast Highway; run thence along the East side of said Northeast Highway North 59.25 yards to a point; run thence East 122 2/3 yards to a point; run thence South 50.25 yards to a point; run thence West 122 2/3 yards to the POINT OF BEGINNING, containing 1-2/4 acres, more or less, lying and being in the NE 1/4 of the NE 1/4, Section 3, Town 11, Range 14 West, in the Town of Hamilton, Marion County, Alabama.

### TRACT FIVE

BEGINNING at an iron pin at the root of a walnut tree on the East side of the Northeast Highway; run thence North along the East side of said Northeast Highway 38 yards to the Southeast corner of U. S. Bullins lot; run thence East along the South boundary line of said Bullins lot and on Eastward 150 yards to a point; run thence Southerly 38 yards to an iron pin at root of sweetgum tree; run thence West 136 yards to the POINT OF BEGINNING, lying and being in the NE 1/4 of the NE 1/4 of Section 3, Town 11, Range 14 West, in the Town of Hamilton, Marion County, Alabama, and to the N 1/2 of Lot No. 1, Block "G" of the Thomason Addition to the Town of Hamilton, Marion County, Alabama, according to the map of said Addition as recorded in Deed Book 43 at Page 669 in the Probate Office of Marion County, Alabama.

1349
481 Military Street
Hamilton, AL



Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 1806
Gainesville, Georgia

Lease:     Lease dated August 18, 1994 between Limestone Partners, L.L.C., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated August 18, 1994, recorded in Book 2273, Page 284, of the public records of Hall County, Georgia

Amendments/
Guaranty:     Guaranty dated October 12, 1994

First Amendment to Short Form Lease dated August 23, 1995, recorded in Book 2444, Page 248, of the public records of Hall County, Georgia

Lease Assignment dated December 28, 2004

Premises:     That certain store building and related improvements located at 2500 Limestone Parkway, Gainesville, Hall County, Georgia

Legal Description:     The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

1806
Gainesville, Georgia

## LEGAL DESCRIPTION

### WINN-DIXIE TRACT

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING in Land Lot 125, 9th Land District, Hall County, Georgia as being more particularly described as follows:

TO FIND THE POINT OF BEGINNING commence at the intersection of the center line of Limestone Road and the center line of Clarks Bridge Road running thence South 81°10'13" East, a distance of 935.55 feet to a point (said point being located on the westerly side of a proposed 60' right-of-way along a proposed road) said point being THE POINT OF BEGINNING; thence South 20°39'28" East, a distance of 104.21 feet to a point; thence along the arc of a 20.00 foot radius curve to the left an arc distance of 7.27 feet said arc being subtended by a chord having a bearing of North 10°14'18" West, a distance of 7.23 feet to a point; thence along the arc of a 50.00 radius curve to the left an arc distance of 65.39 feet (said arc being subtended by a chord having a bearing of North 37°23'54" West, a distance of 69.99 feet) to a point; thence South 74°58'41" East, a distance of 144.75 feet to a point; thence South 29°58'41" East, a distance of 360.86 feet to a point; thence South 60°01'19" West, a distance of 587.98 feet to a point; thence North 29°58'41" West, a distance of 127.00 feet to a point; thence South 60°01'19" West, a distance of 174.30 feet to a point (said point being located on the easterly side of a 75' right-of-way from the center line of Limestone Road); thence continuing along said right-of-way North 29°58'41" West, a distance of 265.99 feet to a point; thence leaving said right-of-way North 60°01'19" East, a distance of 389.76 feet to a point; thence North 28°17'43" West, a distance of 259.21 feet to a point; thence North 11°31'31" East, a distance of 34.23 feet to a point; thence South 61°21'41" East, a distance of 35.56 feet to a point; thence North 61°22'31" East, a distance of 16.19 feet to a point; thence North 05°51'39" West, a distance of 44.62 feet to a point; thence South 84°36'04" East, a distance of 95.93 feet to a point; thence South 88°30'42" East, a distance of 37.28 feet to a point; thence North 36°12'06" East, a distance of 34.91 feet to a point; thence North 71°04'41" East, a distance of 90.01 feet to a point; thence North 10°53'06" East, a distance of 33.81 feet to a point; thence South 30°23'58" East, a distance of 14.41 feet to a point; said point also being THE POINT OF BEGINNING.

Said tract containing 7.9485 acres and being identified on that certain Survey for Limestone Partners, L.L.C., SouthTrust Bank, N.A., Winn-Dixie Atlanta, Inc. and First American Title Insurance Company, prepared by Cross, Floyd & Kyle, bearing the certification of Calvin A. Kyle, G.R.L.S. No. 2244, dated October 10, 1994.

EXHIBIT "B"

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2623
Pearl, Mississippi

Lease:             Sublease Agreement dated June 22, 1987 between Wickes Asset Management,
                   Inc., as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant;

                   as evidenced by Sublease dated June 22, 1987, recorded in Book 534, Page 516,
                   of the public records of Rankin County, Mississippi

Amendments/
Guaranty:          Agreement Amending Sublease dated August 22, 2001, recorded in Book 962,
                   Page 70, of the public records of Rankin County, Mississippi

                   Assignment and Assumption of Lease dated January 11, 2001, as evidenced by
                   Memorandum of Assignment and Assumption of Lease dated January 11, 2001,
                   recorded in Book 936, Page 464, of the public records of Rankin County,
                   Mississippi

Lease:             Lease dated February 14, 2005 between McLaurin Mart, as Landlord, and
                   Winn-Dixie Montgomery, Inc., as Tenant

Eyecare
Sublease:          Sublease Agreement dated December 29, 1996 between Winn-Dixie
                   Montgomery, Inc., as Sublandlord, and Eyeline Optical East, Inc., as Subtenant

Amendments/
Guaranty:          Addendum dated January 31, 1997

                   Assignment of Sublease Agreement dated February 21, 1997

                   Sublease Modification Agreement #1 dated June 6, 1997

Premises:          That certain store building and related improvements located at 3111
                   Highway 80 East, Pearl, Rankin County, Mississippi

Legal Description:  The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2623
Pearl, Mississippi

BOOK 962  PAGE  '73

**EXHIBIT A**

Beginning at the intersection of the West boundary of Pemberton Drive, being 30 feet at right angles from centerline of said drive and the North boundary of Old Brandon Road, said point being 35 feet at right angles from centerline and go S64°17'W along said North boundary for 1677.0 feet, go N 1°05'W for 642.3 feet to South line of Humble Oil Company property, go N83°40'E along said South line for 175 feet, go N 1°05'W along East line of said Humble Oil Company property for 150 feet to point on South Right-of-way of Highway 80, go N84°15' E along said South Right-of-way for 1327.1 feet to point of intersection of said South Right-of-way and the West boundary of Pemberton Drive, go S 6°17'E along said West Boundary for 319.2 feet to the point of beginning.

Containing 17.07 acres, more or less, in the N 1/2 of Section 17, T5N, R2E, City of Pearl, Rankin County, Mississippi.

2623
3111 Highway 80 East
Pearl, MS



Last Revised 6/21/2005

### EXHIBIT A-2
### TO ASSET PURCHASE AGREEMENT

#### DESCRIPTION OF LEASES AND RELATED LAND

### WINN-DIXIE STORE # 2627
### Jackson, Mississippi

| | |
|---|---|
| Lease: | Lease dated August 26, 1988 between Northwest Junction Partners, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant; |
| | as evidenced by Memorandum of Lease dated August 26, 1988, recorded in Book 3518, Page 432, of the public records of Hinds County, Mississippi |
| Amendments/ Guaranty: | Assignment of Lease dated November 21, 1988 |
| | Agreement Supplementing and Amending Lease dated October 23, 1989 |
| | Letter Agreement dated April 4, 1991 |
| | Letter Agreement dated February 1, 1993 |
| | Letter Agreement dated June 5, 1995 |
| Premises: | That certain store building and related improvements located at 3188 W. Northside Drive, Jackson, Hinds County, Mississippi |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

2627
Jackson, Mississippi



BOOK **3518** PAGE **434**    EXHIBIT "A"

Legal description of subject land as shown by plat of survey by George Patton Guest dated December 23, 1987, last revision being August 26, 1988:

Commencing at a point on the Northerly right-of-way line of Northside Drive, as laid out and improved as of June, 1988, that is on the line between Sections 18 and 17 of Township 6 North, Range 1 East, City of Jackson, Hinds County First Judicial District, Mississippi; said point being on a 'concrete culvert's flared end section as witnessed by an iron pin 31.29 feet westerly of and along said right-of-way line from said point; run thence Westerly and along said right-of-way line with a bearing of North 89 degrees 53 minutes 10 seconds West for a distance of 527.41 feet to an iron pin and the POINT OF BEGINNING of the following described tract of land; run thence

Northerly and perpendicular to said right-of-way line with a bearing of North 00 degrees 06 minutes 50 seconds East for a distance of 700.00 feet to and iron pin; turn thence

Through an interior angle of 90 degrees 00 minutes 00 seconds and run westerly with a bearing of North 89 degrees 53 minutes 10 seconds West for a distance of 803.93 feet to a point on the westerly deed line of that certain tract of land described as Parcel 1 in Deed Book 2550 at page 463 of the land records of the First Judicial District of Hinds County, Mississippi, said point also being 6.26 feet westerly of the 1/16th line separating the SE 1/4 of the SE 1/4 from the SW 1/4 of the SE 1/4 of Section 18 T6N-R1E, Hinds County, Mississippi, said point also being 665.05 feet southerly of, measured along the westerly line of said Parcel 1, (Deed Book 2550-page 463), from the Northwest corner of said parcel; run thence

Southerly and along the westerly line of the above referenced parcel (Deed Book 2550-page 463) of land with a bearing of South 00 degrees 09 minutes 30 seconds East for a distance of 505.37 feet to a point which is on the Northerly deed line of that parcel described in Deed Book 3104 at page 589 of said land records, and said point being 6.59 feet westerly of the 1/16th line separating the SE 1/4 of the SE 1/4 from the SW 1/4 of the SE 1/4 of said Section 18; run thence

Easterly and along the above mentioned Northerly deed line (Deed Book 3104-page 589) with a bearing of South 89 degrees 23 minutes 30 seconds East for a distance of 202.02 feet to the Northeast corner of the above referenced parcel; run thence

Southerly and along the Easterly deed line (Deed Book 3104-page 589) of said parcel with a bearing of South 00 degrees 44 minutes 30 seconds West for a distance of 193.00 feet to a point on the Northerly right-of-way line of Northside Drive; run thence

Easterly and along said right-of-way line with a bearing of South 89 degrees 53 minutes 10 seconds East for a distance of 601.64 feet back to the POINT OF BEGINNING of the above described tract of land containing a gross acreage of 12.00 acres, more or less, in the above description and all lying in the SE 1/4 of Section 18, Township 6 North, Range 1 East, City of Jackson, Hinds County, Mississippi..

2627
3180 W. Northside Drive
Jackson, MS

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2702
Stone Mountain, Georgia

| | |
|---|---|
| Lease: | Lease dated August 3, 1993 between Indian Creek Crossing (E&A), LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated August 3, 1993, recorded in Book 7828, Page 131, of the public records of DeKalb County, Georgia |
| Amendments/ Guaranty: | Guaranty dated August 13, 1993 |
| | Supplemental Lease Agreement dated August 12, 1994 |
| | Letter Agreement dated December 4, 2001 |
| | Assignment and Assumption of Lease Agreement dated March 10, 2002 |
| Premises: | That certain store building and related improvements located at 4100 Redan Road, Stone Mountain, DeKalb County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "A"

All those tracts or parcels of land lying and being in Land Lots 222, 227, and 228 of the 15th District of DeKalb County, Georgia, and being more particularly described as follows:

BEGINNING at the intersection formed by the eastern right-of-way line of South Indian Creek Drive (variable right-of-way) and the northern right-of-way line of Redan Road (variable right-of-way) and running thence northerly along the eastern right-of-way line of South Indian Creek Drive (variable right-of-way) the following courses and distances: (1) north 05°11'31" east, 2.30 feet to a point; (2) counterclockwise along the arc of a curve, 244.48 feet to the west line of Land Lot 227 (said arc having a chord distance of 242.27 feet on a bearing of north 09°44'33" west and a radius of 524.070 feet); running thence south 00°46'19" east along the west line of Land Lot 227, 17.9 feet to a point on the eastern right-of-way line of South Indian Creek Drive where such right-of-way becomes 70 feet in width; running thence northwesterly along the northeastern right-of-way line of South Indian Creek Drive (70-foot right-of-way) the following courses and distances: (1) counterclockwise along the arc of a curve, 125.24 feet to a point (said arc having a chord distance of 124.99 feet on a bearing of north 26°15'27" west and a radius of 570.365 feet); (2) north 32°32'53" west, 75.83 feet to a point; thence departing the northeastern right-of-way line of South Indian Creek Drive, and running north 35°18'46" east, 159.00 feet to a point on the west line of Land Lot 227; running thence north 58°55'35" east, 254.53 feet to a point ("Point A"); running thence north 87°46'12" east, 252 feet, more or less, to a point on the centerline of Snapfinger Creek; running thence southeasterly along the centerline of Snapfinger Creek, and following the meanderings thereof, a distance of 486 feet, more or less, to a point; thence departing the centerline of Snapfinger Creek and running south 15°15'54" west, 317 feet, more or less, to a point ("Point B"); [to reach Point B from Point A, begin at Point A and run the following courses and distances: north 87°46'12" east, 201.43 feet to an iron pin placed; south 45°50'20" east, 192.17 feet to an iron pin placed; south 85°03'45" east, 91.66 feet to an iron pin placed; south 73°03'29" east, 117.87 feet to an iron pin placed; south 50°30'19" east, 89.18 feet to an iron pin found; south 15°15'54" west, 286.79 feet to Point B;] running thence south 89°45'09" west, 220.63 feet to a point; running thence south 00°14'51" east, 160.00 feet to a point on the northern right-of-way line of Redan Road (variable right-of-way); running thence westerly along the northern right-of-way line of Redan Road (variable right-of-way) the following courses and distances: (1) counterclockwise along the arc of a curve, 110.10 feet (said arc having a chord distance of 110.05 feet on a bearing of north 83°06'08" west and a radius of 1100.00 feet); (2) counterclockwise along the arc of a curve, 357.32 feet to the eastern right-of-way line of South Indian Creek Drive (variable right-of-way) and the POINT OF BEGINNING (said arc having a chord distance of 357.20 feet on a bearing of north 88°31'35" west and a radius of 4003.170 feet); said tracts containing 9.957 acres, more or less, and being depicted as Tracts One and Three on that certain plat of survey prepared for Wiley S. Ansley by Watts & Browning, Engineers, dated August 18, 1986, and last revised April 21, 1993.

2702
4100 Redan Road
Stone Mountain, GA

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2704
Conyers, Georgia

| | |
|---|---|
| Lease: | Lease dated October 31, 1995 between A.M. Redd, Jr. and Margaret P. Staats d/b/a South Rockdale Shopping Center, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;<br><br>as evidenced by Short Form Lease dated October 31, 1995, recorded in Book 1176, Page 249, of the public records of Rockdale County, Georgia |
| Amendments/<br>Guaranty: | Guaranty dated November 9, 1995<br><br>Supplemental Lease Agreement dated October 31, 1996<br><br>First Amendment to Lease dated November 19, 1996<br><br>First Amendment to Short Form Lease dated November 19, 1996<br><br>Letter Agreement dated December 5, 2001<br><br>Assignment and Assumption of Lease Agreement dated April 4, 2002 |
| Premises: | That certain store building and related improvements located at 4489 GA. Highway 20 South, Conyers, Rockdale County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "A"

# LEGAL DESCRIPTION

ALL THAT TRACT or parcel of land lying and being in Land Lot 110 of the 10th District of Rockdale County, Georgia, and being more particularly described as follows:

BEGIN at an iron pin set at the intersection of the westerly right of way of Georgia Highway 20 (80 foot right of way) and the northern right of way of Oglesby Bridge Road (80 foot right of way); thence along the right of way Oglesby Bridge Road North 88 degrees 37 minutes 07 seconds West a distance of 287.29 feet to a point; thence North 88 degrees 55 minutes 28 seconds West a distance of 595.59 feet to an iron pin set; thence leaving the right of way of Oglesby Bridge Road and running North 01 degrees 04 minutes 03 seconds East a distance of 721.65 feet to an iron pin set; thence South 88 degrees 55 minutes 57 seconds East a distance of 1020.39 feet to an iron pin set and the right of way of Georgia Highway 20; thence running along the right of way of Georgia Highway 20 South 14 degrees 10 minutes 12 seconds West a distance of 366.01 feet to a point; thence an arc distance of 371.40 feet to an iron pin set being the POINT OF BEGINNING (said arc being subtended by a chord having a chord bearing of South 09 degrees 31 minutes 24 seconds West and a chord distance of 370.89 feet). Said tract containing 15.61 acres, as per survey for Redd Realty Company, dated April 21, 1995, prepard by Louie D. Patrick, Georgia Registered Land Surveyor No. 1757.

2704
4459 GA. Highway 20 South
Conyers, GA

Last Revised 8/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

# WINN-DIXIE STORE # 2705
Jonesboro, Georgia

Lease:   Lease Agreement dated August 25, 1994 between Wilmington Trust Company
and William J. Wade, as Co-Trustees of Southland Jonesboro WD, as Landlord,
and Winn-Dixie Raleigh, Inc., as Tenant;

      as evidenced by Short Form Lease dated August 25, 1994, recorded in Book
2144, Page 114, of the public records of Clayton County, Georgia

Amendments/
Guaranty:  Guaranty Agreement dated August 25, 1994

      Assignment and Assumption of Lease Agreement dated February 7, 2002

Premises:  That certain store building and related improvements located at 8777 Tara
Boulevard, Jonesboro, Clayton County, Georgia

Legal Description: The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "A"

LEGAL DESCRIPTION

TRACT 1

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 242, 5th District, Clayton County, Georgia and being more particularly described as follows:

BEGINNING at a point on the westerly right-of-way line of U.S. Highway 19 and 41, said point being 462.05 feet southerly, as measured along said right-of-way line from the intersection of said right-of-way line and the southerly right-of-way line of Flint River Road; run thence North 76°01'59" East, a distance of 61.28 feet to an iron pin; thence run southerly along said right-of-way line of U.S. Highway 19 and 41 for an arc distance of 47.64 feet, said curve having a radius of 2422.01 feet and being subtended by a chord bearing South 17°57'05" East, a distance of 47.64 feet to an iron pin; thence run southerly for an arc distance of 270.69 feet, said curve having a radius of 5769.58 feet and being subtended by a chord bearing South 19°02'02" West, a distance of 270.66 feet to an iron pin; thence run North 68°47'19" West, a distance of 60.00 feet to a point; thence run southerly for an arc distance of 320.00 feet, said curve having a radius of 5689.58 feet and being subtended by a chord bearing South 22°49'21" West, a distance of 319.96 feet to an iron pin; thence run along the north property line of property now or formerly owned by Charles H. Camp and property now or formerly owned by William W. Camp South 89°54'47" West, a distance of 391.81 feet to an iron pin; thence run along the east property line of property now or formerly owned by M.S. Zakaria, M.D., P.C. Employee Money Purchase Pension Trust & Riverdale Surgery and Anesthesia, P.A. Profit Sharing Plan & Trust North 21°45'59" East, a distance of 669.77 feet to a point; thence run South 68°14'01" East, a distance of 109.31 feet to a point; thence run easterly for an arc distance of 118.46 feet, said curve having a radius of 455.01 feet and being subtended by a chord bearing South 75°41'32" East, a distance of 118.13 feet to a point; thence run South-83°09'03" East, a distance of 53.05 feet to a point; thence run easterly for an arc distance of 92.00 feet, said curve having a radius of 253.21 feet and being subtended by a chord bearing North 86°26'28" East, a distance of 91.49 feet to THE POINT OF BEGINNING.

*Company*

Said tract contains 5.693 acres of land and is more particularly depicted on that certain As-Built Survey for Principal Mutual Life Insurance Company and Lawyers Title Insurance Corporation, as prepared by 2020 Surveying Company, David Barton, Georgia Registered Land Surveyor No. 2533.

*First American*

TRACT 2

TOGETHER WITH those easements created by and more fully described in that certain Reciprocal Easement and Restrictive Covenant Agreement by and between M.S. Zakaria, M.D., P.C. Employee Money Purchase Pension Trust, Riverdale Surgery/Anesthesia Associates, P.A., Profit Sharing Plan and Trust and Sunbelt-Dix, Inc., a Delaware corporation, dated June 29, 1992, recorded in Deed Book 1805, Page 47, Clayton County, Georgia Records.

Exhibit A - Solo Page
Jonesboro, Clayton County, Georgia

2705
8777 Tara Boulevard
Jonesboro, GA

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2708
Smyrna, Georgia

Lease:          Lease dated October 8, 1987 between E&A Southeast, Limited Partnership, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated October 8, 1987, recorded in Book 4678, Page 331, of the public records of Cobb County, Georgia

Amendments/
Guaranty:      Guaranty dated October 12, 1987

Supplemental Lease Agreement dated December 9, 1988

First Amendment to Lease dated March 7, 1989

Assignment and Assumption of Lease Agreement dated February 3, 2002

Premises:      That certain store building and related improvements located at 2350 Spring Road, Smyrna, Cobb County, Georgia

Legal Description:      The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "A"

## LEGAL DESCRIPTION

All that tract or parcel of land lying and being in Land Lot 775 of the 17th District of Cobb County, Georgia, containing 6.38 acres and being more particularly described as follows:

To arrive at the TRUE POINT OF BEGINNING, commence at a right-of-way line intersection of the southerly right-of-way line of Spring Road and the westerly right-of-way line of Campbell Road (said right-of-way line of Campbell Road being a mitre); thence along said right-of-way line of Spring Road South 88 degrees 55' 05" West a distance of 73.99 feet to a point; thence along the arc of a curve to the left a distance of 193.13 feet (chord bearing South 89 Degrees 18' 09" West, chord distance 193.12 feet, radius 14,373.94 feet) to a point being the intersection of the proposed Easterly right-of-way line of relocated Campbell Road and southerly right-of-way line of Spring Road; thence running along said Spring Road right-of-way along the arc of a curve to the left a distance of 50.00 feet (chord bearing South 89 degrees 47' 14" West; Chord distance 50.00 feet; Radius 14,373.94 feet) to a point being the intersection of the proposed westerly right-of-way of relocated Campbell Road and southerly right-of-way of Spring Road; said point also being the TRUE POINT OF BEGINNING; thence leaving said right-of-way line of Spring Road and continuing along the proposed westerly right-of-way line of Campbell Road South 00 degrees 07' 30" East a distance of 200.72 feet to a point; thence along the arc of a curve to the right a distance of 141.92 feet (chord bearing South 28 degrees 53' 45" West, chord distance 136.68 feet radius 150.00 feet) to a point being on the existing northerly right-of-way line of Campbell Road; thence continuing along the existing northerly right-of-way line South 54 degrees 05' 00" West a distance of 194.69 feet; thence along the arc of a curve to the right a distance of 445.31 feet (chord bearing South 48 minutes 20 seconds 25" West, chord distance 444.58 feet, radius 2,245.86') to a point; thence leaving said right-of-way line North 01 degrees 15' 50" West a distance of 741.06 feet to a point being on the southerly right-of-way line of Spring Road; thence along said right-of-way line South 88 degrees 40' 05" East a distance of 205.20 feet to a point; thence along the arc of a curve to the right a distance of 362.61 feet (chord bearing South 89 degrees 23' 25" East, chord distance 362.58 feet, radius 14,373.94 feet) to a point being on the proposed westerly right-of-way line of Campbell Road and the TRUE POINT OF BEGINNING.

2708
2350 Spring Road
Smyrna, GA

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2709
Newnan, Georgia

Lease:            Lease Agreement dated December 2, 1996 between Chester Dix Newman
                  Corp., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant,

                  as evidenced by Memorandum of Lease dated December 2, 1996, recorded in
                  Book 1091, Page 488, of the public records of Coweta County, Georgia

Amendments/
Guaranty:         Guaranty dated December 2, 1996

                  Letter Agreement dated December 2, 1996

                  Assignment and Assumption of Lease Agreement dated February 21, 2002

Premises:         That certain store building and related improvements located at 3121
                  Highway 34 East, Newnan, Coweta County, Georgia

Legal Description: The real property as more particularly described as follows:

                  SEE ATTACHED LEGAL DESCRIPTION

ALL THAT TRACT OR PARCEL OF LAND lying at   being in Land Lot 59, 6th District, Coweta County, Georgia and being more particularly described as follows:

TO FIND THE POINT OF BEGINNING begin at an iron pin located at the intersection of the eastern right-of-way line of Georgia Highway No. 154 (an 80.00 foot right-of-way) with the southwestern right-of-way line of Georgia Highway No. 34 (a 115.00 foot right-of-way) and run along said right-of-way line of Georgia Highway No. 34 South 80°18'40" East, a distance of 362.10 feet to a point, said point also being the POINT OF BEGINNING; thence continue along said right-of-way line of Georgia Highway No. 34 South 80°18'40" East, a distance of 402.97 feet to a point; thence leave said right-of-way line of Georgia Highway No. 34 and run South 09°48'12" West, a distance of 290.85 feet to a point; thence run South 09°48'12" West, a distance of 22.33 feet to a point; thence run South 80°07'33" East, a distance of 140.28 feet to a point; thence run South 80°07'33" East, a distance of 6.95 feet to a point; thence run along the arc of a curve to the left (said curve having a radius of 76.57 feet and being subtended by a chord bearing North 54°46'54" East and having a chord distance of 108.36 feet) an arc distance of 120.44 feet to a point; thence run North 09°41'20" East, a distance of 217.03 feet to a point; thence run North 07°02'42" West, a distance of 21.02 feet to a point located on the southwestern right-of-way line of Georgia Highway No. 34 (a 115.00 foot right-of-way); thence run along said right-of-way line of Georgia Highway No. 34 South 80°18'40" East, a distance of 78.86 feet to a point; thence leave said right-of-way line of Georgia Highway No. 34 and run South 34°49'52" West, a distance of 60.76 feet to a point; thence run South 09°41'20" West, a distance of 182.16 feet to a point; thence run along the arc of a curve to the right (said curve having a radius of 118.51 feet and being subtended by a chord bearing South 34°42'24" West and having a chord distance of 100.23 feet) an arc distance of 103.49 feet to a point; thence run along the arc of a curve to the right (said curve having a radius of 118.50 feet and being subtended by a chord bearing South 79°48'20" West and having a chord distance of 81.35 feet) an arc distance of 83.03 feet to a point; thence run North 80°07'33" West, a distance of 139.68 feet to a point; thence run South 44°24'32" West, a distance of 56.45 feet to a point; thence run South 09°52'27" West, a distance of 276.85 feet to a point located on the northern property line of property now or formerly owned by Phani Rajakumari Tummala and Rekha K. Shah; thence run along the northern property line of property now or formerly owned by Phani Rajakumari Tummala and Rekha K. Shah North 79°40'02" West, a distance of 510.15 feet to a point located on the eastern right-of-way line of Georgia Highway No. 154 (an 80.00 foot right-of-way); thence run along the arc of a curve to the left (said curve having a radius of 1729.76 feet and being subtended by a chord bearing North 04°38'51" West and having a chord distance of 73.12 feet ) an arc distance of 73.12 feet to a point; thence leave said right-of-way line of Georgia Highway No. 154 and run South 80°07'33" East, a distance of 120.66 feet to a point; thence run North 54°52'27" East, a distance of 21.19 feet to a point; thence run North 09°52'27" East, a distance of 74.11 feet to a point; thence run North 09°52'27" East, a distance of 138.88 feet to a point; thence run North 35°07'33" West, a distance of 28.28 feet to a point; thence run North 80°07'33" West, a distance of 138.11 feet to a point; thence run South 79°39'27" West, a distance of 35.14 feet to a point; thence run South 34°37'27" West, a distance of 28.28 feet to a point located on the eastern right-of-way line of Georgia Highway No. 154 (an 80.00 foot right-of-way); thence run along said right-of-way line of Georgia Highway No. 154 North 10°20'33" West, a distance of 110.54 feet to a point; thence leave said right-of-way line of Georgia Highway No. 154 and run North 87°58'20" East, a distance of 10.53 feet to a point; thence run South 53°57'43" East, a distance of 63.10 feet to a point; thence run South 80°07'33" East, a distance of 129.36 feet to a point; thence run North 54°50'20" East, a distance of 20.52 feet to a point; thence run North 09°47'17" East, a distance of 63.88 feet to a point located on the southeast corner of property now or formerly owned by The Bank Newnan; thence run along the eastern property line of property now or formerly owned by The Bank Newnan North 09°41'16" East, a distance of 225.48 to a point located on the southwestern right-of-way line of Georgia Highway No. 34 (a 115.00 foot right-of-way), said point also being the POINT OF BEGINNING.

2709
3121 Highway 34 East
Newnan, GA

EXHIBIT   CONTINUED

TOGETHER WITH easements contained in that certain Easement Agreement between Sunbelt-Dix, Inc. and The Bank of Newnan dated December 9, 1993, recorded in Deed Book 829, Page 547, aforesaid records.

TOGETHER WITH easements contained in that certain Reciprocal Easement and Restrictive Covenant Agreement dated July 22, 1994, recorded in Deed Book 868, Page 494, aforesaid records.

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2710
Conyers, Georgia

Lease:               Lease Agreement dated August 25, 1994 between Peregrine Properties Limited
                     Partnership, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

                     as evidenced by Short Form Lease dated August 25, 1994, recorded in Book
                     1040, Page 162, of the public records of Rockdale County, Georgia

Amendments/
Guaranty:            Guaranty Agreement dated August 25, 1994

                     Assignment and Assumption of Lease Agreement dated March 24, 2002

Premises:            That certain store building and related improvements located at 2300
                     Salem Road, Conyers, Rockdale County, Georgia

Legal Description:   The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2710
Conyers, Georgia

<u>EXHIBIT "A"</u>

LEGAL DESCRIPTION

<u>TRACT 1</u>

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 214 and 215 of the 10th District of Rockdale County, Georgia and being more particularly described as follows:

BEGINNING at an iron pin at the intersection of the east right-of-way line of Salem Road (a/k/a SR No. 162) having an 80 foot right-of-way and the south right-of-way line of Flat Shoals Road, having a 100 foot right-of-way, said iron pin also being THE POINT OF COMMENCEMENT; thence run along the south right-of-way line of Flat Shoals Road having a 100' right-of-way the following courses: South 79°38'00" East, a distance of 200.00 feet to an iron pin; thence South 79°37'18" East, a distance of 183.05 feet to a point; thence South 79°31'30" East, a distance of 211.14 feet to a point; thence South 79°22'38" East, a distance of 90.77 feet to an iron pin; thence leave said south right-of-way line of Flat Shoals Road having a 100 foot right-of-way; thence run along the west property line of property now or formerly owned by Louis C. Guerra South 04°38'12" West, a distance of 325.00 feet to an iron pin, said iron pin also being THE POINT OF BEGINNING; thence run along the south property line of property now or formerly owned by Louis C. Guerra North 75°37'49" East, a distance of 130.00 feet to an iron pin; thence run along the south property line of property now or formerly owned by E.G. Abott, III South 84°15'02" East, a distance of 150.00 feet to an iron pin; thence run along the west property line of property now or formerly owned by Mrs. V.M. Edwards South 04°01'55" West, a distance of 311.10 feet to an iron; thence continue along the west property line of property now or formerly owned by Mrs. V.M. Edwards South 09°43'44" East, a distance of 118.09 feet to an iron pin; thence run along the north property line of property now or formerly owned by Atlanta Suburbia Estates, Ltd. South 71°22'16" West, a distance 258.38 feet to an iron pin; thence continue along the north property line of property now or formerly owned by Atlanta Suburbia Estates, Ltd. South 81°36'44" West, a distance of 78.74 feet to an iron pin; thence continue along the north property line of property now or formerly owned by Atlanta Suburbia Estates, Ltd. South 71°22'16" West, a distance of 301.50 feet to an iron pin; thence continue along the north property line of property now or formerly owned by Atlanta Suburbia Estates, Ltd. South 32°33'48" West, a distance of 64.60 feet to an iron pin, said iron pin also being on the east right-of-way line of Salem Road (a/k/a SR No. 162), right-of-way varies at this point; thence continue along said variable right-of-way line North 14°39'22" West, a distance of 312.76 feet to a point; thence leave said right-of-way line of Salem Road (a/k/a/ SR No. 162) and run along the south and east property lines of property now or formerly owned by Atlanta Suburbia Estates, Ltd., the following courses: North 71°22'16" East, a distance of 106.91 feet to a point; thence run North 18°37'44" West, a distance of 91.80 feet to a point; thence run along the curve to the right having an arc distance of 74.12 feet, a radius of 150.50 feet and being subtended by a chord bearing North 04°31'01" West, a distance of 73.38 feet to a point; thence run North 79°38'00" West, a distance of 5.01 feet to a point; thence run North 10°14'49" East, a distance of 130.42 feet to a point; thence run North 71°12'46" East, a distance of 166.02 feet to a point; thence run South 18°37'44" West, a distance of 155.08 feet to a point; thence run North 71°22'16" East, a distance of 160.61 feet to a point; thence run North 04°38'12" East, a distance of 70.55 to an iron pin; said iron pin also being THE POINT OF BEGINNING. Said tract contains 7.50 acres and is depicted on that certain survey for Sunbelt-Dix, Inc., Principal Mutual Life Insurance Company and Lawyers Title Insurance Company, prepared by East Metro Surveyors & Engineers, Inc., bearing the certification of E.G. Davis, Georgia Registered Land Surveyor No. 2363, dated May 24, 1994.    First American

<u>TRACT 2</u>

TOGETHER WITH those certain easements in favor of Sunbelt-Dix, Inc. contained in that certain Reciprocal Easement and Restrictive Covenants Agreement, dated May 26, 1993, by and between Atlanta Suburbia, Ltd. and Sunbelt-Dix, Inc., recorded in Deed Book 858, Page 324, Rockdale County, Georgia records.

<u>Exhibit A - Sole Page</u>
Conyers, Rockdale County, Georgia

2710
2300 Salem Road
Conyers, GA

Last Revised 8/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2711
Riverdale, Georgia

| | |
|---|---|
| Lease: | Lease dated May 17, 1999 between R. B. Riverdale, L.L.C., a s Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated May 17, 1999, recorded in Book 3942, Page 236, of the public records of Clayton County, Georgia |
| Amendments/ Guaranty: | Corporate Guaranty of Lease Obligations dated May 17, 1999 |
| | Supplemental Lease Agreement dated December 26, 2000 |
| | Assignment and Assumption of Lease Agreement dated March 31, 2002 |
| Premises: | That certain store building and related improvements located at 6335 Highway 85, Riverdale, Clayton County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

2711
Riverdale, Georgia

## EXHIBIT "B"

**ALL THAT TRACT OR PARCEL OF LAND** lying and being in Land Lots 119 & 138 of the 13th District of Clayton County, Georgia, and being more particularly described as follows:

**COMMENCE** at a point located at the intersection of the westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies), with the northerly side of the right-of-way along Adams Drive (right-of-way varies);

**THENCE,** continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies), a distance of 226.34 feet to a nail set, said nail set marking the POINT OF BEGINNING;

**THENCE,** leave the aforementioned westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies), and continue North 82 degrees 50 minutes 38 seconds West a distance of 185.60 feet to an iron pin found;

**THENCE,** continue South 11 degrees 49 minutes 32 seconds West a distance of 235.48 feet to an iron pin set, said iron pin set being located along the northerly side of the right-of-way along Adams Drive (right-of-way varies);

**THENCE,** continue along the northerly side of the right-of-way along Adams Drive (right-of-way varies) North 85 degrees 42 minutes 59 seconds West a distance of 94.36 feet to an iron pin set;

**THENCE,** continue along the northerly side of the right-of-way along Adams Drive (right-of-way varies) South 04 degrees 17 minutes 01 seconds West a distance of 5.00 feet to an iron pin set;

**THENCE,** continue along the northerly side of the right-of-way along Adams Drive (right-of-way varies) North 85 degrees 42 minutes 59 seconds West a distance of 303.89 feet to an iron pin set;

**THENCE,** leave the northerly side of the right-of-way along Adams Drive (right-of-way varies) and continue North 03 degrees 06 minutes 08 seconds East a distance of 689.93 feet to 4 inch open top pipe found;

**THENCE,** continue South 87 degrees 18 minutes 04 seconds East a distance of 704.36 feet to an iron pin set, said iron pin being located on the westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies);

2711
6335 Highway 85
Riverdale, GA

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies) South 14 degrees 07 minutes 02 seconds West a distance of 144.27 feet to a point;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies) South 14 degrees 29 minutes 49 seconds West a distance of 30.19 feet to a point;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies) South 12 degrees 43 minutes 02 seconds West a distance of 293.86 feet to a point;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 85 (right-of-way varies) South 11 degrees 35 minutes 03 seconds West a distance of 17.72 feet to a nail set, said nail set marking the POINT OF BEGINNING;

Said above-described tract containing 9.273 acres, more or less, and being depicted on that certain certain ATLA/ASCM Land Title Survey prepared for R.B. Riverdale, L.L.C., Winn-Dixie Atlanta, Inc. and Lawyers Title Insurance Corporation prepared by Barton Surveying, Inc., bearing the certification and seal of David Barton, Georgia Registered Land Surveyor Number 2533, dated July 29, 1997, last revised January 19, 1999.

2711
6335 Highway 85
Riverdale, GA





Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2713
Lilburn, Georgia

Lease:          Lease dated December 8, 1986 between CC Realty Intermediate Fund I, Ltd., as
                Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

                as evidenced by Short Form Lease dated December 8, 1986, recorded in Book
                3983, Page 44, of the public records of Gwinnett County, Georgia

Amendments/
Guaranty:       Guaranty dated December 11, 1986

                Assignment of Lease dated February 6, 1987

                Amendment to Lease dated September 23, 1987

                Supplemental Lease Agreement dated October 20, 1988

                Letter Agreement dated December 5, 2001

                Assignment and Assumption of Lease Agreement dated January 31, 2002

Premises:       That certain store building and related improvements located at 4801
                Lawrenceville Highway, Lilburn, Gwinnett County, Georgia

Legal Description:   The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2713
Lilburn, Georgia

EXHIBIT "B"

(Shopping Center Legal Description)

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 147 and 148 of the 6th District of Gwinnett County, Georgia, which tract is being more particularly described as follows:

TO FIND THE POINT OF BEGINNING commence at a point located at the intersection of the northwesterly right-of-way line of U.S. Highway 29/State Route 8 (right-of-way varies) and the northerly right-of-way line of Hillcrest Road (right-of-way varies), if said right-of-way lines were extended to form a point; thence along the extended northerly right-of-way line of Hillcrest Road North 52°15'00" West a distance of 15.00 feet to a point located on the northerly right-of-way line of Hillcrest Road; thence along the northerly right-of-way line of Hillcrest Road North 52°15'00" West a distance of 88.42 feet to a point located on said northerly right-of-way line; thence continuing along said northerly right-of-way line and along the arc of a curve to the left,(said curve having a radius of 421.98 feet and being subtended by a chord bearing North 58°57'23" West and having a chord distance of 98.58 feet) an arc distance of 98.80 feet to a point located on said northerly right-of-way line; thence continuing along said northerly right-of-way line and along the arc of a curve to the left (said curve having a radius of 421.98 feet and being subtended by a chord bearing North 76°39'58" West and having a chord distance of 161.06 feet) an arc distance of 161.06 feet to a point located on said northerly right-of-way line, said point being the POINT OF BEGINNING; from said POINT OF BEGINNING as thus established, thence continuing along said northerly right-of-way line North 87°40'09" West a distance of 180.34 feet to a point located on said northerly right-of-way line; thence continuing along said northerly right-of-way line and along the arc of a curve to the right (said curve having a radius of 364.85 feet and being subtended by a chord bearing North 80°00'08" West and having a chord distance of 97.31 feet) an arc distance of 97.60 feet to a point located on said northerly right-of-way line; thence leaving the northerly right-of-way line of Hillcrest Road and running North 26°49'15" West a distance of 1,408.30 feet to a point; thence North 77°11'46" East a distance of 1,198.42 feet to a point; thence South 28°18'24" East a distance of 110.00 feet to a point; thence South 71°28'50" West a distance of 100.05 feet to a point; thence South 26°17'51" East a distance of 428.67 feet to a point; thence South 63°44'12" West a distance of 108.00 feet to a point; thence South 27°19'16" East a distance of 426.72 feet to a point; thence South 27°07'48" West a distance of 230.10 feet to a point; thence South 62°52'12" East a distance of 200.00 feet to a point located on the northwesterly right-of-way line of U.S. Highway 29/State Route 8; thence along said northwesterly right-of-way line South 27°07'48" West a distance of 327.75 feet to a point located on said northwesterly right-of-way line; thence leaving the northwesterly right-of-way line of U.S. Highway 29/State Route 8 and running North 62°52'12" West a distance of 353.00 feet to a point; thence South 72°07'48" West a distance of 14.14 feet to a point; thence South 27°07'48" West a distance of 102.75 feet to a point; thence South 42°03'41" West a distance of 62.10 feet to a point; thence South 27°07'48" West a distance of 17.25 feet to a point; thence South 22°00'55" East a distance of 29.86 feet to a point located on the northerly right-of-way line of Hillcrest Road, said point also being the POINT OF BEGINNING, as per Site Plan entitled "Lilburn Exchange" dated September 11, 1986, being last revised October 8, 1986, prepared for Barry F. O'Neill, prepared by Hensley-Schmidt, Inc.

2713
4801 Lawrenceville Highway
Lilburn, GA

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2714
Douglasville, Georgia

Lease:              Lease dated June 28, 1996 between Columbia Properties Partners, II, L.L.C., as
                    Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

                    as evidenced by Short Form Lease dated June 28, 1996, recorded in Book 527,
                    Page 669, of the public records of Paulding County, Georgia

Amendments/
Guaranty:           Corporate Guaranty of Lease Obligations dated June 27, 1996

                    Supplemental Lease Agreement dated May 28, 1997

                    First Amendment to Lease Agreement dated May 28, 1997

                    Amendment to Short Form Lease dated May 28, 1997

                    Assignment and Assumption of Lease Agreement dated February 10, 2002

Premises:           That certain store building and related improvements located at 6625
                    Hiram-Douglasville Highway, Douglasville, Paulding County, Georgia

Legal Description:  The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2714
Douglasville, Georgia



EXHIBIT A

## EXHIBIT "B"

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 357 of the 1st District, 3rd Section, Paulding County, Georgia, said tract being more particularly described as follows:

BEGIN at a concrete monument located at the southwestern end of the mitered corner of Georgia Highway 92 (right-of-way varies) and Brownsville Road (a/k/a Powder Springs Road) (80 foot right-of-way); thence run in a northeasterly direction along said mitered corner North 19° 12' 17" East a distance of 23.66 feet to a point located at the northeastern end of said mitered corner; thence run along the southeastern right-of-way line of Brownsville Road (a/k/a Powder Springs Road) and along the arc of a curve to the right (said curve having a radius of 1,884.91 feet and being subtended by a chord bearing North 74° 30' 07" East and having a chord distance of 751.46 feet) an arc distance of 756.53 feet to a point; thence continue running along said southeastern right-of-way line North 86° 00' 00" East a distance of 142.73 feet to an iron pin; thence leave said southeastern right-of-way line and run South 00° 00' 00" West a distance of 506.55 feet to a point; thence run South 73° 28' 05" West a distance of 342.72 feet to a point; thence run South 16° 31' 55" East a distance of 45.28 feet to a point; thence run South 73° 28' 05" West a distance of 341.19 feet to a point located on the northeastern right-of-way line of Georgia Highway 92; thence run along the northeastern right-of-way line of Georgia Highway 92 North 34° 13' 05" West a distance of 175.24 feet to a concrete monument; thence continue running along said northeastern right-of-way line and along the arc of a curve to the right (said curve having a radius of 2,942.40 feet and being subtended by a chord bearing North 22° 34' 22" West and having a chord distance of 391.43 feet) an arc distance of 391.73 feet to a concrete monument located at the southwestern end of the mitered corner of Georgia Highway 92 and Brownsville Road (a/k/a Powder Springs Road) and the POINT OF BEGINNING, as per Survey prepared for Winn-Dixie Stores, Inc., Columbia Properties Partners II, L.L.C., First American Title Insurance Company and SouthTrust Bank of Georgia, N.A., prepared by Barton Surveying, Inc., bearing the certification and seal of David Barton, Georgia Registered Land Surveyor Number 2333, dated October 17, 1995, last revised May 31, 1996.

TOGETHER WITH easements contained in that certain Declaration of Easements and Restrictive Covenants by Columbia Properties Partners II, L.L.C., dated _July 11, 1996_, filed for record _July 15, 1996_, recorded in Deed Book _527_, Page _645_, Paulding County, Georgia records.

BOOK · 527 PAGE 672

2714
6625 Hiram-Douglasville
Highway

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2715
Lawrenceville, Georgia

Lease:            Lease Agreement dated March 4, 1998 between Principal Mutual Life Insurance
                  Company, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

                  as evidenced by Memorandum of Lease dated March 9, 1998, recorded in Book
                  15627, Page 12, of the public records of Gwinnett County, Georgia

Amendments/
Guaranty:         Guaranty of Lease Obligations dated March 9, 1998

Premises:         That certain store building and related improvements located at 1404
                  Lawrenceville Suwanee Road, Lawrenceville, Gwinnett County, Georgia

Legal Description:   The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2715
Lawrenceville, Georgia

# 2715
Lawrenceville,
GA

EXHIBIT A

L E G A L   D E S C R I P T I O N
WINN DIXIE - LAWRENCEVILLE

All that tract or parcel of land lying and being in Land Lot 47 and 46 of the Seventh Land District in Gwinnett County, Georgia, containing approximately 10.304 acres of land and being more particularly described as follows:

Commencing at the mitered intersection of the Northerly margin of the 100 foot wide right of way for Riverside Parkway with the Westerly margin of the varied right of way for Lawrenceville Suwanee Road;

THENCE South 45 degrees 06 minutes 00 seconds West for a distance of 169.74 feet to a 1/2"rebar set along the Northerly margin of the 110 foot wide right of way for Riverside Parkway, said 1/2" rebar BEING THE TRUE POINT OF BEGINNING;

THENCE South 45 degrees 06 minutes 00 seconds West for a distance of 197.75 feet to a 1/2"rebar set along the Northerly margin of the 110 foot wide right of way for Riverside Parkway;

THENCE along a curve to the left having a radius of 1492.76 feet and an arc length of 18.24 feet, being subtended by a chord of South 44 degrees 46 minutes 38 seconds West for a distance of 18.24 feet to a point on the Northerly margin of the 110 foot wide right of way for Riverside Parkway;

THENCE North 33 degrees 31 minutes 04 seconds West for a distance of 56.23 feet to a 1/2"rebar set;

THENCE North 63 degrees 11 minutes 33 seconds West for a distance of 269.56 feet to a 1/2"rebar set;

THENCE South 47 degrees 53 minutes 04 seconds West for a distance of 131.38 feet to a 1/2"rebar found;

THENCE North 67 degrees 16 minutes 16 seconds West for a distance of 136.11 feet to a 1/2"rebar found;

THENCE South 70 degrees 26 minutes 56 seconds West for a distance of 139.51 feet to a 1/2"rebar found;

THENCE North 44 degrees 12 minutes 45 seconds West for a distance of 151.53 feet to a 1/2" rebar found;

THENCE North 15 degrees 39 minutes 14 seconds West for a distance of 200.18 feet to a 1/2" rebar found;

THENCE North 18 degrees 00 minutes 30 seconds East for a distance of 130.98 feet to a 1/2" rebar found;

THENCE North 39 degrees 21 minutes 33 seconds West for a distance of 38.11 feet to a 1/2 rebar set;

THENCE North 60 degrees 33 minutes 20 seconds East for a distance of 594.67 feet to a 1/2"rebar set along the Westerly margin of the varied right of way for Lawrenceville-Suwanee Road;

THENCE along a curve to the left having a radius of 3879.71 feet and an arc length of 144.16 feet, being subtended by a chord of South 36 degrees 31 minutes 28 seconds East for a distance of 144.15 feet to a point along the Westerly margin of the varied right of way for Lawrenceville-Suwanee Road;

THENCE along a curve to the left having a radius of 38.00 feet and an arc length of 10.63 feet, being subtended by a chord of South 83 degrees 00 minutes 19 seconds West for a distance of 10.56 feet to a point;

THENCE South 30 degrees 39 minutes 41 seconds West for a distance of 65.86 feet to a point;

THENCE South 27 degrees 48 minutes 37 seconds West for a distance of 142.53 feet to a point;

THENCE South 63 degrees 11 minutes 33 seconds East for a distance of 134.79 feet to a point;

THENCE North 27 degrees 48 minutes 37 seconds East for a distance of 22.71 feet to a point;

THENCE along a curve to the left having a radius of 148.00 feet and an arc length of 27.67 feet, being subtended by a chord of North 22 degrees 27 minutes 17 seconds East for a distance of 27.63 feet to a point;

THENCE North 17 degrees 05 minutes 50 seconds East for a distance of 23.03 feet
to a point;
THENCE along a curve to the right having a radius of 103.00 feet and an arc
length of 35.14 feet, being subtended by a chord of North 36 degrees 58 minutes
11 seconds East for a distance of    34.97 feet to a point;
THENCE along a curve to the right having a radius of 213.00 feet and an arc
length of 36.74 feet, being subtended by a chord of North 41 degrees 40 minutes
15 seconds East for a distance of    36.69 feet to a point;
THENCE along a curve to the left having a radius of 38.00 feet and an arc length
of 30.66 feet, being subtended by a chord of North 23 degrees 41 minutes 54
seconds East for a distance of 29.78 feet to a point along the Westerly margin
of the varied right of way for Lawrenceville-Suwanee Road;
THENCE along a curve to the left having a radius of 3879.73 feet and an arc
length of 367.76 feet, being subtended by a chord of South 43 degrees 00 minutes
00 seconds East for a distance of 367.78 feet to a point along the Westerly
margin of the varied right of way for Lawrenceville-Suwanee Road;
THENCE South 44 degrees 50 minutes 37 seconds East for a distance of 40.11 feet
to a 1/2" rebar set along the Westerly margin of the varied right of way for
Lawrenceville-Suwanee Road;
THENCE South 28 degrees 05 minutes 50 seconds West for a distance of 165.21 feet
to a point;
THENCE along a curve to the left having a radius of 30.00 feet and an arc length
of 38.33 feet, being subtended by a chord of South 08 degrees 34 minutes 08
seconds East for a distance of 35.69 feet to a point;
THENCE South 44 degrees 54 minutes 58 seconds East for a   distance of 117.61
feet to a 1/2"rebar set along the Northerly margin of the 110 foot wide right
of way for Riverside Parkway, said 1/2"rebar ALSO BEING THE TRUE POINT OF
BEGINNING.

TOGETHER WITH all that right, title and interest in that certain Reciprocal Easement
Agreement between Bronze/Lawrenceville-Suwanee, L.P. and Sunbelt-Dix, Inc.
dated May 14, 1996, recorded May 15, 1996 in Deed Book 12698, page 226,
aforesaid records.

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2716
Villa Rica, Georgia

Lease:         Lease dated April 26, 1995 between Villa Rica Retail Properties, L.L.C., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

                       as evidenced by Short Form Lease dated April 26, 1995, recorded in Book 880, Page 767, of the public records of Carroll County, Georgia

Amendments/
Guaranty:       Guaranty dated May 17, 1995

                       Supplemental Lease Agreement dated June 13, 1996

                       Assignment and Assumption of Lease Agreement dated February 21, 2002

Premises:       That certain store building and related improvements located at 64 W. Bankhead Highway, Villa Rica, Carroll County, Georgia

Legal Description:     The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2716
Villa Rica, Georgia

EXHIBIT "B"

BOOK 880 PAGE 771

ALL THAT TRACT or parcel of land lying and being in Land Lots
158 and 163, 6th District of Carroll County, Georgia, being
designated as "Retail Center, 10.44 Ac." on that certain Survey
prepared for Villa Rica Retail Properties, L.C., First National
Bank of Paulding County and Lawyers Title Insurance Corp. dated
July 5, 1995, prepared by Ross A. Lynn, Georgia Registered Land
Surveyor No. 2316, and recorded in Plat Book 51___, Page 243___,
Office of the Clerk, Superior Court of Carroll County, Georgia, and
containing 10.44 acres.   Said property is exclusive of such
property designated "Out Parcel #1", "Out Parcel #2", "Out Parcel
#3", "Kiosk" and "Phase II".

h:\264\1ff\descrip.rw

JUL 14 1995

RECORDED_____KENNETH BONNER, CLERK

2716
64 W. Bankhead Highway
Villa Rica, GA



EXHIBIT 8A

This Page reserved for Site Plan

EXHIBIT "A"

2716
64 W. Bankhead Highway
Villa Rica, GA

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2717
Austell, Georgia

Lease:           Lease dated July 10, 1984 between New Plan Excel Realty Trust, Inc., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

                   as evidenced by Short Form Lease dated July 10, 1984, recorded in Book _____, Page _____, of the public records of Douglas County, Georgia

Amendments/
Guaranty:     Guaranty dated July 13, 1984

                   First Lease Amendment dated July 31, 1984

                   Second Lease Amendment dated August 15, 1985

                   First Short Form Lease Amendment dated August 15, 1985

                   Quitclaim Deed dated August 15, 1985

                   Third Lease Amendment dated January 23, 1986

                   Supplemental Lease Agreement dated February 27, 1986

                   Fourth Amendment to Lease dated March 20, 1992

                   Fifth Amendment to Lease dated July 12, 1993, recorded in Book 830, Page 594, of the public records of Douglas County, Georgia

                   Assignment and Assumption of Lease Agreement dated March 3, 2002

Premises:       That certain store building and related improvements located at 3030 Bankhead Highway, Austell, Douglas County, Georgia

Legal Description:    The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2717
Austell, Georgia

EXHIBIT "A"

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lots 252,
253, 315 and 316 of the Eighteenth District, Second Section of
Douglas County, Georgia, which tract is more particularly described
as follows:

TO FIND THE POINT OF BEGINNING commence at the point which would be
formed by the intersection of the southeasterly right-of-way line of
Bankhead Highway (U.S. Highway 78 and Georgia Highway 8) and the
northeasterly right-of-way line of Thornton Road (Georgia Highway
6), if said right-of-way lines were extended to form a point;
running thence along the southeasterly right-of-way line of Bankhead
Highway and along the arc of a curve to the left (said curve having
a radius of 1,221.10 feet) an arc distance of 194.55 feet to a point
located on said southeasterly right-of-way line; thence continuing
along said southeasterly right-of-way line North 37° 24' 40" East a
distance of 28.50 feet to a point located on said southeasterly
right-of-way line, said point being the POINT OF BEGINNING; from
said POINT OF BEGINNING as thus established, thence continuing along
the southeasterly right-of-way line of Bankhead Highway North
37° 24' 40" East a distance of 237.10 feet to a point located on
said southeasterly right-of-way line; thence continuing along the
southeasterly right-of-way line of Bankhead Highway North
52° 35' 20" West a distance of 25.00 feet to a point located on said
southeasterly right-of-way line; thence continuing along the
southeasterly right-of-way line of Bankhead Highway North
37° 24' 40" East a distance of 186.41 feet to a point located on
said southeasterly right-of-way line; thence leaving the
southeasterly right-of-way line of Bankhead Highway and running
South 52° 35' 20" East a distance of 200.00 feet to a point; thence
North 37° 24' 40" East a distance of 250.00 feet to a point; thence
North 52° 35' 20" West a distance of 200.00 feet to a point located
on the southeasterly right-of-way line of Bankhead Highway
(hereinafter referred to as "Point A"); thence continuing along the
southeasterly right-of-way line of Bankhead Highway North
37° 24' 40" East a distance of 13.00 feet, more or less, to a point
located on said southeasterly right-of-way line where it intersects
with the centerline of an unnamed branch; thence leaving the
southeasterly right-of-way line of Bankhead Highway and running in a
northeasterly and southeasterly direction along the centerline of
said unnamed branch and following the meanderings thereof a distance
of 1020.00 feet, more or less, to a point at the intersection of the
centerline of said unnamed branch and the centerline of Salt Spring
Creek; thence in a southerly and southwesterly direction along the
centerline of Salt Spring Creek and following the meanderings
thereof a distance of 790.00 feet, more or less, to a point at the
intersection of the centerline of Salt Spring Creek with the
centerline of Sweetwater Creek; thence in a westerly and
southwesterly direction along the centerline of Sweetwater Creek and
following the meanderings thereof a distance of 590.00 feet, more or
less, to a point at the intersection of the centerline of Sweetwater
Creek and the northeasterly right-of-way line of Thornton Road;
running thence along the northeasterly right-of-way line of Thornton
Road North 61° 18' 41" West a distance of 56.00 feet, more or less
to a point located on said northeasterly right-of-way line
(hereinafter referred to as "Point B") (which Point B is located
South 61° 18' 40" East a distance of 100.00 feet from a point
located North 28° 41' 20" East a distance of 20.00 feet from a point
located South 61° 18' 40" East a distance of 319.69 feet from a
point located South 61° 18' 40" East a distance of 74.70 feet from
the intersection of the northeasterly right-of-way line of Thornton
Road and the southeasterly right-of-way line of Bankhead Highway, if
said right-of-way line were extended to intersect and form a point),
the aforesaid Point A and Point B being connected by traverse lines
commencing at Point A and terminating at Point B as follows:
South 83° 24' 07" East a distance of 131.90 feet; North 86° 54' 45"
East a distance of 181.74 feet; South 40° 47' 34" East a distance of
148.86 feet; South 39° 13' 14" East a distance of 319.33 feet;
South 24° 31' 09" West a distance of 209.16 feet; South 16° 06' 20"
West a distance of 242.63 feet; North 79° 23' 49" West a distance of
279.59 feet; South 63° 06' 40" West a distance of 165.31 feet; and
South 42° 27' 23" West a distance of 205.85 feet (to Point B);

2717

3030 Bankhead Highway
Austell, GA

running thence along the northeasterly right-of-way line of Thornton
Road North 61° 18' 40" West a distance of 100.00 feet to a point
located on said northeasterly right-of-way line; thence continuing
along the northeasterly right-of-way line of Thornton Road
South 28° 41' 20" West a distance of 20.00 feet to a point located
on said northeasterly right-of-way line; thence continuing along the
northeasterly right-of-way line of Thornton Road North 61° 18' 40"
West a distance of 176.40 feet to a point located on the northeasterly
northeasterly right-of-way line; thence leaving the northeasterly
right-of-way line of Thornton Road and running North 37° 24' 40"
East a distance of 193.17 feet to a point; thence North 52° 35' 20"
West a distance of 200.00 feet to a point located on the
southeasterly right-of-way line of Bankhead Highway, said point also
being the POINT OF BEGINNING, as per Boundary Line & Topographic
Survey dated March 13, 1984 and being last revised November 1, 1984,
prepared for Columbia Properties Incorporated, prepared by Huff &
Associates and bearing the certification of Edward Sheldon Huff,
Georgia Registered Land Surveyor No. 1772.

2717
3030 Bankhead Highway
Austell, GA

BOOK 830 PAGE 600

RECORDED _____ 19 ___
JANE C. WILLIAMS, CLERK
SUPERIOR COURT, DOUGLAS CO

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 2719
Dallas, Georgia

Lease:      Lease dated May 17, 1996 between New York Life Insurance Company, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated May 17, 1996, recorded in Book 516, Page 810, of the public records of Paulding County, Georgia

Amendments/
Guaranty:      Corporate Guaranty of Lease Obligations dated May 17, 1996

First Amendment to Lease Agreement dated September 26, 1996

Second Amendment to Lease Agreement dated May 28, 1997

Supplemental Lease Agreement dated May 28, 1997

Amendment to Short Form Lease dated May 28, 1997, recorded in Book 593, Page 706, of the public records of Paulding County, Georgia

Assignment and Assumption of Lease Agreement dated February 7, 2002

Premises:      That certain store building and related improvements located at 2985 Villa Rica Highway Suite A, Dallas, Paulding County, Georgia

Legal Description:      The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION



## EXHIBIT "B"

### (Shopping Center Tract and Detention Area)

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 806 of the 2nd District, 3rd Section, Paulding County, Georgia, said tract being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING commence at a point located at the corner common to Land Lots 778, 779, 806 and 807 of said District and Section; thence run along the Land Lot Line common to Land Lots 806 and 807 South 01° 23' 06" East a distance of 582.78 feet to an iron pin; thence continue running along said Land Lot Line South 01° 23' 06" East a distance of 575.00 feet to a 1/2 inch open top pipe located on the northern right-of-way line of Hiram-Sudie Road (Georgia 120 Connector) (80 foot right-of-way); thence run along the northern right-of-way line of Hiram-Sudie Road (Georgia 120 Connector) and along the arc of a curve to the right (said curve having a radius of 2752.21 feet and being subtended by a chord bearing South 82° 27' 44" West and having a chord distance of 282.30 feet) an arc distance of 282.42 feet to a point; thence continue running along said northern right-of-way line South 85° 24' 07" West a distance of 21.26 feet to a point and the TRUE POINT OF BEGINNING; from said TRUE POINT OF BEGINNING as thus established, thence continue running along said northern right-of-way line South 85° 24' 07" West a distance of 459.82 feet to a bolt; thence continue running along said northern right-of-way line South 85° 49' 20" West a distance of 99.83 feet to a 3/4 inch open top pipe; thence leave said northern right-of-way line and run North 03° 45' 18" West a distance of 199.93 feet to a 3/4 inch open top pipe; thence run South 86° 14' 08" West a distance of 199.61 feet to a 3/4 inch open top pipe located on the eastern right-of-way line of Georgia Highway 61 (100 foot right-of-way); thence run along the eastern right-of-way line of Georgia Highway 61 North 03° 37' 11" West a distance of 378.80 feet to a concrete monument; thence continue running along said eastern right-of-way line North 04° 33' 46" West a distance of 21.20 feet to an iron pin; thence leave said eastern right-of-way line and run North 86° 11' 23" East a distance of 800.90 feet to an iron pin; thence run South 03° 54' 13" East a distance of 216.58 feet to a point; thence run South 86° 11' 23" West a distance of 82.04 feet to a point; thence run South 03° 54' 13" East a distance of 215.50 feet to a nail; thence run South 17° 25' 00" East a distance of 74.40 feet to a point; thence run South 08° 03' 55" East a distance of 55.09 feet to a point; thence run along the arc of a curve to the left (said curve having a radius of 49.79 feet and being subtended by a chord bearing South 30° 21' 40" East and having a chord distance of 37.78 feet) and arc distance of 38.75 feet to a point located on the northern right of way of Hiram-Sudie Road (GA 120 Connector) and the TRUE POINT OF BEGINNING, as per ALTA/ACSM Land Title As-Built Survey prepared for New York Life Insurance Company, Lawyer's Title Insurance Company and Columbia Properties Partners I, L.L.C., prepared by Barton Surveying, Inc., bearing the certification and seal of David Barton, Georgia Registered Land Surveyor Number 2533, dated April 12, 1997, last revised May 21, 1997.

### LESS AND EXCEPT:

### (Shop Tract 1 and Expansion Tract)

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 806 of the 2nd District, 3rd Section, Paulding County, Georgia, said tract being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING commence at a point located at the corner common to Land Lots 778, 779, 806 and 807 of said District and Section; thence run along the Land Lot Line common to Land Lots 806 and 807 South 01° 23' 06" East a distance of 582.78 feet to an iron pin; thence leave said Land Lot Line and run South 86° 11' 23" West a distance of 366.48 feet to a point; thence run South 03° 54' 13" East a distance of 173.08 feet to a point; thence run South 86°

2719
2985 Villa Rica Highway Suite
A

Dallas, GA

05' 47" West a distance of 206.48 feet to a point and the TRUE POINT OF BEGINNING; from said TRUE POINT OF BEGINNING as thus established, thence run South 86° 05' 47" West a distance of 86.13 feet to a point; thence run North 00° 30' 07" East a distance of 19.38 feet to a point; thence run North 03° 54' 13" West a distance of 80.79 feet to a point; thence run North 86° 05' 47" East a distance of 84.64 feet to a point; thence run South 03° 54' 13" East a distance of 100.11 feet to a point and the TRUE POINT OF BEGINNING, as per ALTA/ACSM Land Title As-Built Survey prepared for New York Life Insurance Company, Lawyer's Title Insurance Company and Columbia Properties Partners I, L.L.C., prepared by Barton Surveying, Inc., bearing the certification and seal of David Barton, Georgia Registered Land Surveyor Number 2533, dated April 12, 1997, last revised May 21, 1997.

## ALSO LESS AND EXCEPT:

### (Shop Tract 2)

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 806 of the 2nd District, 3rd Section, Paulding County, Georgia, said tract being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING commence at a point located at the corner common to Land Lots 778, 779, 806 and 807 of said District and Section; thence run along the Land Lot Line common to Land Lots 806 and 807 South 01° 23' 06" East a distance of 582.78 feet to an iron pin; thence leave said Land Lot Line and run South 86° 11' 23" West a distance of 366.48 feet to a point; thence run South 03° 54' 13" East a distance of 393.27 feet to a point; thence run South 86° 05' 47" West a distance of 187.04 feet to a point and the TRUE POINT OF BEGINNING; from said TRUE POINT OF BEGINNING as thus established, thence run South 03° 54' 13" East a distance of 99.57 feet to a point; thence run South 86° 05' 47" West a distance of 100.05 feet to a point; thence run along the arc of a curve to the right (said curve having a radius of 2.71 feet and being subtended by a chord bearing North 02° 21' 38" West and having a chord distance of 5.41 feet) an arc distance of 8.34 feet to a point; thence run North 86° 05' 47" East a distance of 15.37 feet to a point; thence run North 03° 54' 13" West a distance of 80.50 feet to a point; thence run South 86° 05' 47" West a distance of 16.22 feet to a point; thence run along the arc of a curve to the right (said curve having a radius of 5.00 feet and being subtended by a chord bearing North 48° 58' 46" West and having a chord distance of 7.07 feet) an arc distance of 7.85 feet to a point; thence run North 03° 54' 13" West a distance of 8.67 feet to a point; thence run North 86° 05' 47" East a distance of 105.76 feet to a point and the TRUE POINT OF BEGINNING, as per ALTA/ACSM Land Title As-Built Survey prepared for New York Life Insurance Company, Lawyer's Title Insurance Company and Columbia Properties Partners I, L.L.C., prepared by Barton Surveying, Inc., bearing the certification and seal of David Barton, Georgia Registered Land Surveyor Number 2533, dated April 12, 1997, last revised May 21, 1997.

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 2720
### Norcross, Georgia

| | |
|---|---|
| Lease: | Lease dated November 15, 1983 between Indian Village Group, Inc., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated November 15, 1983, recorded in Book 2696, Page 434, of the public records of Gwinnett County, Georgia |
| Amendments/ Guaranty: | Guaranty dated November 21, 1983 |
| | Supplemental Lease Agreement dated November 19, 1984 |
| | Letter Agreement dated December 5, 2001 |
| | Assignment and Assumption of Lease Agreement dated March 24, 2002 |
| | Letter Agreement (Tenant's Lease Term Renewal Option Exercise Notice) dated April 20, 2004 |
| Premises: | That certain store building and related improvements located at 2055 Beaver Ruin, Norcross, Gwinnett County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

## EXHIBIT "B"

All that tract or parcel of land lying and being in Land Lots 212 and 213 of the 6th District of Gwinnett County, Georgia and being more particularly described as follows:

TO FIND THE TRUE POINT OF BEGINNING, begin at the point which would be formed by the intersection of the southerly right-of-way line of Beaver Ruin Road (130 foot right-of-way) and the southwesterly right-of-way line of Indian Trail Road (100 foot right-of-way), if such right-of-way lines were extended, and running thence from said point South 4°41'00" East a distance of 32.49 feet to the southwesterly right-of-way line of Indian Trail Road; thence South 4°41'00" East along said southwesterly right-of-way line of Indian Trail Road a distance of 152.00 feet to a point on the southwesterly right-of-way line of Indian Trail Road and the True Point of Beginning; from said True Point of Beginning as thus established, thence, continuing along said southwesterly right-of-way line, South 4°41'00" East a distance of 63.04 feet to a point; thence leaving said southwesterly right-of-way line, South 60°35'00" West a distance of 605.89 feet to a point; thence North 53°27'00" West a distance of 306.00 feet to a point; thence North 25°11'00" West a distance of 405.00 feet to a point; thence North 60°11'00" East a distance of 410.00 feet to a point on the southerly right-of-way line of Beaver Ruin Road; thence, northeasterly along said southerly right-of-way line of Beaver Ruin Road and following the arc of a curve to the left (said curve having a radius of 1650.00 feet) an arc distance of 65.84 feet to a point; thence, leaving said southerly right-of-way line, South 60°11'00" West a distance of 140.00 feet to a point; thence South 14°28'14" West a distance of 27.37 feet to a point; thence South 53°27'00" East a distance of 120.00 feet to a point; thence South 69°07'00" East a distance of 100.00 feet to a point; thence North 20°53'00" East a distance of 156.00 feet to a point on the southerly right-of-way line of Beaver Ruin Road; thence northeasterly along said southerly right-of-way line of Beaver Ruin Road and following the arc of a curve to the left (said curve having a radius of 1650.00 feet) an arc distance of 277.46 feet to a point; thence, leaving said southerly right-of-way line, South 20°53' West a distance of 150.00 feet to a point; thence South 53°27' East a distance of 64.00 feet to a point; thence South 77°23'11" East a distance of 153.71 feet to a point on the southwesterly right-of-way line of Indian Trail Road and the True Point of Beginning, said tract containing 8.61 acres as shown on that certain Plot Plan entitled "Indian Village" prepared for Columbia Properties, Inc. by Edward Sheldon Huff, Georgia Registered Land Surveyor No. 1772, of Huff & Associates, dated May 18, 1983, as last revised October 31, 1983.

TOGETHER WITH the pedestrian and vehicular ingress/egress easement rights through the property connecting the shopping center with Indian Trail Road, such property being more particularly described in that certain Easement Agreement dated July 21, 1983 and recorded in Book 2601, page 242, et seq. in the Office of Clerk of Superior Court of Gwinnett County, Georgia.

Last Revised 8/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2723
Stone Mountain, Georgia

| | |
|---|---|
| Lease: | Lease dated November 29, 1983 between Edens & Avant Financing II, Limited Partnership, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated November 29, 1983, recorded in Book 4896, Page 199, of the public records of DeKalb County, Georgia |
| Amendments/ Guaranty: | Guaranty dated December 9, 1983 |
| | First Amendment to Lease dated May 16, 1984 |
| | Second Lease Amendment dated May 16, 1984 |
| | Supplemental Lease Agreement dated November 19, 1984 |
| | Third Amendment to Lease dated January 18, 1993 |
| | Fourth Amendment to Lease dated September 15, 1994 |
| | Assignment and Assumption of Lease Agreement dated April 14, 2002 |
| Premises: | That certain store building and related improvements located at 5755 Rockbridge Road, Stone Mountain, DeKalb County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "B"

LEGAL DESCRIPTION OF SHOPPING CENTER

All that tract or parcel of land lying and being in land
Lots 20 and 36 of the 18th District, Dekalb County, Georgia, which
tract is more particularly described as follows:

BEGINNING AT A POINT located on the southerly right-of-way
line of Rockbridge Road (100 foot right-of-way), said point being
located South 77°30'10" East a distance of 488.64 feet from the
intersection of the southerly right-of-way line of Rockbridge Road
and the northeasterly right-of-way line of Stone Mountain-Lithonia
Road, (100 foot right-of-way); from said Point Of Beginning running
thence along the southerly right-of-way line of Rockbridge Road
South 77°30'10" East a distance of 9.62 feet to a point; thence
running along the southerly right-of-way line of Rockbridge Road and
along the arc of a curve to the left (said curve having a radius of
1,341.896 feet and being subtended by a chord bearing South 87° 30'
47" East and having a chord distance of 466.41 feet) an arc distance
of 468.77 feet to a point; thence South 2°18'48" East a distance of
139.73 feet to a point; thence North 87°41'12" East a distance of
140.0 feet to a point; thence North 2°18'48" West a distance of
160.0 feet to a point located on the southerly right-of-way line of
Rockbridge Road; thence along the southerly right-of-way line of
Rockbridge Road and along the arc of a curve to the left (said curve
having a radius of 1,341.896 feet and being subtended by a chord
bearing North 73°57'05" East and having a chord distance of 115.96
feet) an arc distance of 116.0 feet to an iron pin located on the
southerly right-of-way line of Rockbridge Road; thence south
4°02'20" East a distance of 533.71 feet to an iron pin; thence South
87°41'12" West a distance of 992.74 feet to an iron pin located on
the northeasterly right-of-way line of Stone Mountain-Lithonia Road;
thence along the northeasterly right-of-way line of Stone
Mountain-Lithonia Road North 21°08'57" West a distance of 67.69 feet
to a point; thence North 87°41'12" East a distance of 160.00 feet to
a point; thence North 2°18'48" West a distance of 150.0 feet to a
point; thence South 87°41'12" West a distance of 211.17 feet to a
point on the northeasterly right-of-way line of Stone
Mountain-Lithonia Road; thence along the northeasterly right-of-way
line of Stone Mountain-Lithonia Road North 21°08'57" West a distance
of 212.85 feet to an iron pin located on the northeasterly
right-of-way line of Stone Mountain-Lithonia Road; thence South
77°30'10" East a distance of 250.0 feet to a point; thence North
87°41'12" East a distance of 150.00 feet to a point; thence North
2°18'48" West a distance of 175.61 feet to a point located on the
southerly right-of-way line of Rockbridge Road and the Point Of
Beginning; as per site plan for Rockbridge Square, prepared for
Columbia Properties, Inc. by J. Lancaster Associates, dated June
28, 1983, and last revised August 22, 1983.

2723
5755 Rockbridge Road
Stone Mountain, GA

Last Revised 8/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2724
Conyers, Georgia

| | |
|---|---|
| Lease: | Lease dated October 29, 1997 between AFDC, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated October 29, 1997, recorded in Book 1438, Page 212, of the public records of Rockdale County, Georgia |
| Amendments/ Guaranty: | Corporate Guaranty of Lease Obligations dated October 28, 1997 |
| | Supplemental Lease Agreement dated December 3, 1998 |
| | Assignment and Assumption of Lease Agreement dated February 17, 2002 |
| Premises: | That certain store building and related improvements located at 1591 GA. Highway 20 North, Conyers, Rockdale County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION



EXHIBIT "A"

EXHIBIT "B"

BOOK 1438 PAGE 215

LEGAL DESCRIPTION
( Winn Dixie Tract)

All that tract or parcel or land lying in Land Lots 302, 317 and 318 of the 16th District of Rockdale County, Georgia and being more particularly described as follows:

To find the POINT OF BEGINNING, commence at an iron pin point at the intersection of the southerly right-of-way of Broad Street (50 foot wide right-of-way) and the easterly right-of-way of Georgia Route 20 (100 foot wide right-of-way) and run along the easterly right-of-way of Georgia Route 20 and along a curve to the right having a radius of 2341.94 feet and an arc length of 746..58 feet, being subtended by a chord of South 25 degrees 16 minutes 25 seconds West for a distance of 743.42 feet to an iron pin; Thence continuing along the easterly right-of-way of Georgia Route 20, run along a curve to the right having a radius of 2341.94 feet and an arc length of 4.87 feet, being subtended by a chord of South 34 degrees 27 minutes 56 seconds West for a distance of 4.87 feet to a point; Thence continuing along the easterly right-of-way of Georgia Route 20, run South 34 degrees 31 minutes 31 seconds West for a distance of 31.13 feet to an iron rod; Thence continuing along the easterly right-of-way of Georgia Route 20, run South 34 degrees 31 minutes 31 seconds West for a distance of 69.66 feet to the POINT OF BEGINNING; Thence from the POINT OF BEGINNING thus established and leaving the right-of-way of Georgia Route 20, run South 55 degrees 30 minutes 13 seconds East for a distance of 109.97 feet to a point; Thence run South 66 degrees 18 minutes 05 seconds East for a distance of 366.48 feet to a point; Thence South 66 degrees 18 minutes 05 seconds East for a distance of 201.64 feet to a point, on the centerline of a creek; Thence along the centerline of a creek, run South 16 degrees 08 minutes 48 seconds West for a distance of 280.99 feet to a point; Thence along the centerline of a creek, run South 08 degrees 04 minutes 51 seconds West for a distance of 135.40 feet to a point; Thence along the centerline of a creek, run North 88 degrees 28 minutes 49 seconds West for a distance of 102.45 feet to a point; Thence along the centerline of a creek, run South 21 degrees 35 minutes 45 seconds West for a distance of 88.65 feet to a point; Thence along the centerline of a creek, run South 34 degrees 56 minutes 50 seconds West for a distance of 20.66 feet to a point; Thence leaving the centerline of a creek, run North 66 degrees 18 minutes 05 seconds West for a distance of 122.62 feet to a point; Thence run South 71 degrees 15 minutes 04 seconds West for a distance of 169.05 feet to a point; Thence run North 65 degrees 58 minutes 29 seconds West for a distance of 64.63 feet to a point; Thence run South 69 degrees 01 minutes 31 seconds West for a distance of 30.67 feet to a point; Thence run South 24 degrees 01 minutes 31 seconds West for a distance of 55.20 feet to a point; Thence run South 42 degrees 19 minutes 35 seconds East for a distance of 72.03 feet to a point; Thence run South 23 degrees 08 minutes 04 seconds East for a distance of 52.49 feet to a point; Thence run South 18 degrees 46 minutes 28 seconds West for a distance of 53.69 feet to a point; Thence run South 05 degrees 32 minutes 19 seconds East for a distance of 37.05 feet to a point on northerly line of Sigman Road (Georgia Route 20]; Thence, along the northerly right-of-way of Sigman Road, run North 72 degrees 45 minutes 18 seconds West for a distance of 134.19 feet to a point; Thence, along the northerly right-of-way of Sigman Road, run along a curve to the right having a radius of 2805.18 feet and an arc length of 80.52

EXHIBIT "B"
Page 1 of 2

2724
1591 GA. Highway 20 North
Conyers, GA

BOOK 1438 PAGE 216

feet, being subtended by a chord of North 71 degrees 55 minutes 58 seconds West for a distance of 80.51 feet to a point; Thence leaving the northerly right-of-way of Sigman Road, run North 34 degrees 09 minutes 28 seconds East for a distance of 151.42 feet to a point; Thence run North 55 degrees 29 minutes 54 seconds West for a distance of 149.57 feet to a point; Thence run North 24 degrees 01 minutes 31 seconds East for a distance of 250.16 feet to a point; Thence run North 65 degrees 58 minutes 29 seconds West for a distance of 213.25 feet to a point of the easterly right-of-way of Georgia Route 20 (100 feet wide right-of-way); Thence run North 34 degrees 31 minutes 31 seconds East for a distance of 522.54 feet to the POINT OF BEGINNING.

Said property containing 11.2707 acres and being more particularly shown on that certain Boundary Survey for Ackerman & Co., ADF Limited Liability Company and Chicago Title Insurance Company, dated October 10, 1997, and last revised October 16, 1997, prepared by Daniel S. Mahan of W.L. Jorden & Co., Inc., G.R.L.S. No. 2275.

Together with easements and rights under that certain Cross Easement Agreement between Landlord and ADFC II, LLC dated November 25____, 1997 to be recorded in Rockdale County, Georgia records.

EXHIBIT "B"
Page 2 of 2

2

46065

2724
1501 GA. Highway 20 North
Conyers, Georgia

Last Revised 5/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2727
Douglasville, Georgia

Lease:

Lease dated August 4, 1987 between Barry F. O'Neill, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated August 4, 1987, recorded in Book 575, Page 343, of the public records of Douglas County, Georgia

Amendments/
Guaranty:

Guaranty dated August 11, 1987

Supplemental Lease Agreement dated October 21, 1988

Assignment and Assumption of Lease Agreement dated March 21, 2002

Premises:

That certain store building and related improvements located at 3696 Highway 5, Douglasville, Douglas County, Georgia

Legal Description:

The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

## EXHIBIT "A"

### (Shopping Center Tract)

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 124 of the 2nd District, 5th Section of Douglas County, Georgia, which tract is being more particularly described as follows:

BEGINNING at a point located at the intersection of the northerly right-of-way line of Amber Drive (50' right-of-way) and the northwesterly right-of-way line of Bill Arp Road/S.R.5 (80' right-of-way); running thence along the northerly right-of-way line of Amber Drive North 85 degrees 30 minutes 22 seconds West a distance of 115.00 feet to a point located on said northerly right-of-way line; thence leaving the northerly right-of-way line of Amber Drive and running North 00 degrees 53 minutes 51 seconds West a distance of 123.33 feet to a point; thence South 82 degrees 18 minutes 50 seconds West a distance of 84.87 feet to a point; thence South 53 degrees 40 minutes 32 seconds West a distance of 57.72 feet to a point; thence South 82 degrees 11 minutes 38 seconds West a distance of 78.27 feet to a point; thence South 01 degrees 13 minutes 15 seconds East a distance of 69.78 feet to a point located on the northerly right-of-way line of Amber Drive; thence along said northerly right-of-way line South 89 degrees 52 minutes 30 seconds West a distance of 30.62 feet to a point located on said northerly right-of-way line; thence leaving the northerly right-of-way line of Amber Drive and running North 07 degrees 17 minutes 10 seconds West a distance of 608.64 feet to a point; thence North 87 degrees 19 minutes 37 seconds East a distance of 770.30 feet to a point located on the southwesterly future right-of-way line of Central Church Road (50' from the centerline of the present right-of-way); thence continuing along said future right-of-way line and along the arc of a curve to the left (said curve having a radius of 1,341.34 feet and being subtended by a chord bearing South 38 degrees 54 minutes 20 seconds East and having a chord distance of 135.40 feet) an arc distance of 135.45 feet to a point located on said future southwesterly right-of-way line; thence leaving the future southwesterly right-of-way line of Central Church Road and running South 48 degrees 12 minutes 07 seconds West a distance of 104.26 feet to a point; thence South 87 degrees 19 minutes 37 seconds West a distance of 35.10 feet to a point; thence South 02 degrees 40 minutes 23 seconds East a distance of 49.23 feet to a point; thence South 45 degrees 53 minutes 56 seconds East a distance of 125.00 feet to a point; thence South 62 degrees 18 minutes 44 seconds East a distance of 39.84 feet to a point lying on the northwesterly right-of-way line of Central Church Connector (60' right-of-way); thence along said northwesterly right-of-way line and along the arc of a curve to the left (said curve having a radius of 430.00 feet and being subtended by a chord bearing South 14 degrees 59 minutes 26 seconds West and having a chord distance of 189.02 feet) an arc distance of 190.58 feet to a point lying on said northwesterly right-of-way line; thence continuing along said northwesterly right-of-way line South 02 degrees 17 minutes 37 seconds West a distance of 46.02 feet to a point lying at the point of intersection of the northwesterly right-of-way line of Central Church Connector and the northerly right-of-way line of Bill Arp Road/S.R.5; thence running along said northerly right-of-way line of Bill Arp Road and along the arc of a curve to the left (said curve having a radius of 855.04 feet and being subtended by a chord bearing South 77 degrees 25 minutes 28 seconds West and having a chord distance of 396.57 feet) an arc distance of 400.21 feet to a point located at the intersection of the northerly right-of-way line of Amber Drive and the northerly right-of-way line of Bill Arp Road, said point also being the POINT OF BEGINNING, as per Site Plan for Cedar Mountain Village, dated April 29, 1987, and being last revised July 31, 1987, prepared for Barry F. O'Neill and prepared by Q-B Engineering & Surveying, Inc.

RECORDED Oct 15 1987
JANE C. WILLIAMS, CLERK
SUPERIOR COURT, DOUGLAS CO.

BOOK 575 PAGE 346

2727
3696 Highway 5
Douglasville, GA

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2728
Stockbridge, Georgia

| | |
|---|---|
| Lease: | Lease dated December 15, 1997, between Four Seas Company, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated December 15, 1997, recorded in Book 2782, Page 266, of the public records of Henry County, Georgia |
| Amendments/ Guaranty: | Guaranty dated December 15, 1997 |
| | Assignment and Assumption of Lease dated December 21, 1997 |
| | First Amendment to Lease dated October 30, 1998 |
| | Second Amendment to Lease dated February 16, 1999 |
| | Supplemental Lease Agreement dated June 3, 1999 |
| | Assignment and Assumption of Lease Agreement dated February 24, 2002 |
| Premises: | That certain store building and related improvements located at 2600 Georgia Highway 138, Stockbridge, Henry County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

BOOK 2782 PAGE 268

EXHIBIT "A-1"
LEGAL DESCRIPTION - PREMISES

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 133 of the 11th District of Henry County, Georgia, and being more particularly described as follows:

Commence at an point at the intersection of the southerly side of the right-of-way along Georgia Highway No. 138 (100' R/W), with the westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W);

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W), South 03 degrees 30 minutes 11 seconds East a distance of 355.40 feet to a point;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W) along the arc of a 219.09 foot curve to the left, said curve having a radius of 2549.86 feet and being subtended by a chord bearing South 05 degrees 57 minutes 52 seconds East and chord distance of 219.03 feet to a point;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W), South 08 degrees 25 minutes 34 seconds East a distance of 199.14 feet to a point and the POINT OF BEGINNING;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W), South 08 degrees 25 minutes 34 seconds East a distance of 13.06 feet to a point;

THENCE, continue along the aforementioned westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W) along the arc of a 165.88 foot curve to the left, said curve having a radius of 4347.04 feet and being subtended by a chord bearing South 09 degrees 31 minutes 09 seconds East and chord distance of 165.87 feet to a nail found;

THENCE, leaving the aforementioned westerly side of the right-of-way along Georgia Highway No. 155, South 77 degrees 45 minutes 00 seconds West a distance of 299.87 feet to a 2 inch open top pipe found;

THENCE, North 86 degrees 35 minutes 24 seconds West a distance of 403.37 feet to a point;

THENCE, North 03 degrees 30 minutes 09 seconds West a distance of 441.76 feet to a point;

THENCE, North 57 degrees 36 minutes 30 seconds East a distance of 62.53 feet to a point;

2728
2660 Georgia Highway 138
Stockbridge, GA

BOOK 2782 PAGE 269

THENCE, North 02 degrees 46 minutes 30 seconds West a distance of 63.50 feet to a point;

THENCE, North 30 degrees 29 minutes 26 seconds West a distance of 91.90 feet to a point;

THENCE, North 46 degrees 34 minutes 25 seconds East a distance of 24.94 feet to a point, said point being located along the southerly side of the right-of-way along Georgia Highway No. 138 (100'R/W);

THENCE, continuing along the southerly side of the right-of-way along Georgia Highway No. 138 (100' R/W) North 59 degrees 19 minutes 48 seconds East a distance of 58.12 feet to a point;

THENCE, continuing along the southerly side of the right-of-way along Georgia Highway No. 138 (100' R/W) North 60 degrees 15 minutes 25 seconds East a distance of 216.26 feet to a point;

THENCE, continuing along the southerly side of the right-of-way along Georgia Highway No. 138 (100' R/W) North 61 degrees 11 minutes 31 seconds East a distance of 216.21 feet to a point;

THENCE, leaving the southerly side of the right-of-way along Georgia Highway No. 138 (100' R/W) South 28 degrees 00 minutes 43 seconds East a distance of 86.94 feet to a point;

THENCE, South 03 degrees 26 minutes 26 seconds East a distance of 390.47 feet to a point;

THENCE, South 86 degrees 29 minutes 51 seconds West a distance of 83.26 feet to a point;

THENCE, South 03 degrees 30 minutes 09 seconds East a distance of 193.81 feet to a point;

THENCE, North 86 degrees 29 minutes 51 seconds East a distance of 317.81 feet to a point, said point being located along the westerly side of the right-of-way along Georgia Highway No. 155 (100' R/W) and the POINT OF BEGINNING;

Said above-described tract containing 8.46 acres, more or less, and being shown on an American Land Title Survey for Limestone Partners, L.L.C., SouthTrust Bank, N. A. and Lawyers Title Insurance Company by Broward Davis & Associates, Inc., dated August 19, 1997.



BOOK 2782 PAGE 270

EXHIBIT "B"

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

## WINN-DIXIE STORE # 2729
Marietta, Georgia

| | |
|---|---|
| Lease: | Lease dated June 11, 1984 between Columbia Properties Partners V, LLC, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;<br><br>as evidenced by Short Form Lease dated June 11, 1984, recorded in Book ____, Page 69, of the public records of Cobb County, Georgia |
| Amendments/<br>Guaranty: | Guaranty dated June 14, 1984<br><br>First Lease Amendment dated November 25, 1985<br><br>First Short Form Lease Amendment dated November 25, 1985, recorded in Book 3828, Page 295, of the public records of Cobb County, Georgia<br><br>Supplemental Lease Agreement dated February 27, 1986<br><br>Second Lease Amendment dated June 3, 1987<br><br>Second Short Form Lease Amendment dated June 3, 1987<br><br>Third Lease Amendment dated August 27, 1987<br><br>Assignment and Assumption of Lease Agreement dated February 17, 2002 |
| Premises: | That certain store building and related improvements located at 3101 Roswell Road, Marietta, Cobb County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

EXHIBIT "A"

ALL THAT TRACT OR PARCEL OF LAND lying and being in Land
Lots 910 and 963 of the 16th District, 2nd Section of Cobb
County, Georgia and being more particularly described as
follows:

BEGINNING at a point located at the common intersection of Land
Lots 910, 911, 962 and 963 of said District and Section (said
point located North 00°21'56" West along the westerly land lot
line of Land Lot 963 of said District and Section a distance of
179.89 feet from a point located at the intersection of the
northerly right-of-way line of Roswell Road-State Route 120
with said westerly land lot line); thence North 00°21'57" West
along said westerly land lot line of Land Lot 910 of said
District and Section a distance of 655.10 feet to a point on
said westerly land lot line; thence continuing along said
westerly land lot line North 01°13'08" East a distance of
157.14 feet to a point located on said westerly land lot line;
thence leaving the westerly land lot line of Land Lot 910 and
running South 88°18'07" East a distance of 747.23 feet to a
point lying on the westerly right-of-way line of Old Canton
Road; thence running along said westerly right-of-way line and
along the arc of a curve to the right (said curve having a
radius of 1259.40 feet and being subtended by a chord bearing
South 10°41'25" East and having a chord distance of 122.98
feet) an arc distance of 123.03 feet to a point lying on said
westerly right-of-way line; thence continuing along said
westerly right-of-way line and along the arc of a curve to the
right (said curve having a radius of 2125.40 feet and being
subtended by a chord bearing South 08°52'37" East and having a
chord distance of 194.66 feet) an arc distance of 194.73 feet
to a point lying on said westerly right-of-way line; thence
continuing along said westerly right-of-way line South
06°15'08" East a distance of 179.76 feet to a point; thence
leaving said westerly right-of-way line of Old Canton Road and
running South 83°44'52" West a distance of 200 feet to a point;
thence South 06°15'08" East a distance of 190 feet to a point;
thence South 06°43'45" East a distance of 2.58 feet to a point
located on said northerly right-of-way line of Roswell
Road-State Route 120; thence along the northerly right-of-way
line of Roswell Road and along the arc of a curve to the left
(said curve having a radius of 1486.90 feet and being subtended
by a chord bearing South 70°43'10" West and having a chord
distance of 406.06 feet) an arc distance of 407.33 feet to a
point lying on said northerly right-of-way line; thence
continuing along said northerly right-of-way line South
63°39'39" West a distance of 140.07 feet to a point located on
said northerly right-of-way line; thence continuing along said
northerly right-of-way line South 60°44'35" West a distance of
149.20 feet to a point located on said northerly right-of-way
line where it intersects with the westerly land lot line of
Land Lot 963 of said District and Section; thence leaving the
northerly right-of-way line of Roswell Road-State Route 120 and
running along said westerly land lot line North 00°21'56" West
a distance of 179.89 feet to a point located at the common
intersection of Land Lots 910, 911, 962 and 963 of said
District and Section, said point also being the POINT OF
BEGINNING as per Site Plan entitled Olde Mill Shopping Center
prepared for Barry F. O'Neill, dated April 10, 1987 and being
last revised May 1, 1987, prepared by Q-B Engineering and
Surveying, Inc. and bearing the certification of Michael C.
Brown, Georgia Registered Land Surveyor No. 2329.

LESS AND EXCEPT ALL THAT TRACT OR PARCEL OF LAND lying and
being in Land Lot 910 of the 16th District, 2nd Section of Cobb
County, Georgia and being more particularly described as
follows:

Exhibit "B"  Page 1 of 2

2729
3101 Roswell Road
Marietta, GA

Exhibit "B"    Page 2 Of 2

TO FIND THE POINT OF BEGINNING commence at a point located at
the common intersection of Land Lots 910, 911, 962 and 963 of
said District and Section and run North 84°16'55" East a
distance of 165.66 feet to a point, said point being the TRUE
POINT OF BEGINNING; thence run North 26°20'00" East a distance
of 147.72 feet to a point; thence South 63°40'00" East a
distance of 20.00 feet to a point; thence North 26°20'00" East
a distance of 30.00 feet to a point; thence North 00°11'32"
West a distance of 64.00 feet to a point; thence North
83°19'19" East a distance of 135.83 feet to a point; thence
South 05°55'17" East a distance of 162.69 feet to a point;
thence along the arc of a curve to the left (said curve having
a radius of 1540.40 feet and being subtended by a chord bearing
South 69°50'52" West and having a chord distance of 249.73
feet) an arc distance of 250.00 feet to a point; thence North
38°00'00" West a distance of 22.41 feet to a point, said point
also being the POINT OF BEGINNING, as per Site Plan entitled
Olde Mill Shopping Center prepared for Barry F. O'Neill, dated
April 10, 1987 and being last revised May 1, 1987, prepared by
Q-B Engineering and Surveying, Inc. and bearing the
certification of Michael C. Brown, Georgia Registered Land
Surveyor No. 2329.

2729
3101 Roswell Road
Marietta, GA

- 2 -



Last Revised 8/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2730
East Point, Georgia

| | |
|---|---|
| Lease: | Lease dated October 6, 1981 between United Realty Group, L.P., as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant; |
| | as evidenced by Short Form Lease dated October 6, 1981, recorded in Book 7979, Page 482, of the public records of Fulton County, Georgia |
| Amendments/ Guaranty: | Guaranty dated October 9, 1981 |
| | Supplemental Lease Agreement dated August 14, 1982 |
| | First Amendment to Lease dated December 17, 1991 |
| | Assignment and Assumption of Lease Agreement dated March 14, 2002 |
| Premises: | That certain store building and related improvements located at 2020 Headland Drive, East Point, Fulton County, Georgia |
| Legal Description: | The real property as more particularly described as follows: |

SEE ATTACHED LEGAL DESCRIPTION

2730
East Point, Georgia

EXHIBIT "B"

LEGAL DESCRIPTION OF SHOPPING CENTER

All that tract or parcel of land lying and being in Land Lot 165 of the 14th District of Fulton County, Georgia, being improved property known as Headland-DeLowe Shopping Center, as depicted on boundary and topographic survey for Halon D. Mimms Enterprises by Samual G. Evans, Jr., Registered Land Surveyor, dated December 31, 1980, last revised September 4, 1981, being a parcel of 8.5281 acres designated as Parcel "B" on said plat of survey and more particularly described as follows:

Commencing at an iron pin found on the southern boundary of Headland Drive, which iron pin is located south 78 degrees 50 minutes 01 seconds east a distance of 150.31 feet from an iron pin found which is located at the intersection of the southern boundary of Headland Drive (60-foot right-of-way) and the eastern boundary of DeLowe Drive (50-foot right-of-way); thence along the southern boundary of Headland Drive south 79 degrees 00 minutes 56 seconds east a distance of 187.53 feet to a point; thence continuing southeasterly along said southern boundary of Headland Drive a distance of 424.22 feet along an arc (subtended by a chord south 66 degrees 08 minutes 43 seconds east a distance of 420.66 feet) to a point on the southwestern boundary of Headland Drive; thence south 08 degrees 46 minutes 35 seconds west a distance of 470.20 feet to a point; thence north 81 degrees 20 minutes 00 seconds west a distance of 678.19 feet to an iron pin found on the eastern boundary of DeLowe Drive; thence northerly along the eastern boundary of DeLowe Drive a distance of 239.93 feet northeasterly and northerly along an arc (subtended by a chord north 07 degrees 08 minutes 43 seconds east 239.23 feet) to a point; thence north 00 degrees 26 minutes 54 seconds west a distance of 200 feet to an iron pin found; thence south 88 degrees 49 minutes 31 seconds east a distance of 125.12 feet to an iron pin found; thence north 08 degrees 33 minutes 09 seconds east a distance of 135.07 feet to the iron pin found on the southern boundary of Headland Drive and the point of beginning, all in accordance with said plat of survey.

ALSO TOGETHER WITH:

All that tract or parcel of land lying and being in Land Lot 165 of the 14th District of Fulton County, Georgia, being unimproved property designated as Parcel "C" on boundary and topographic survey for Halon D. Mimms Enterprises by Samual G. Evans, Jr., Registered Land Surveyor, dated December 31, 1980, last revised September 4, 1981, and containing 2.8366 acres, and more particularly described as follows:

TO FIND THE POINT OF BEGINNING:  commence at an iron pin found on the southern boundary of Headland Drive, which iron pin is located south 78 degrees 50 minutes 01 seconds east a distance of 150.31 feet from an iron pin found, which is located at the intersection of the southern boundary of Headland Drive (60-foot right-of-way) and the eastern boundary of DeLowe Drive (50-foot right-of-way); thence along the southern boundary of Headland Drive south 79 degrees 00 minutes 56 seconds east a distance of 187.53 feet to a point; thence continuing southeasterly along said southern boundary of Headland Drive a distance of 424.22 feet along an arc (subtended by a chord south 66 degrees 08 minutes 43 seconds east a distance of 420.66 feet) to a point on the southwestern boundary of Headland Drive, which is the point of beginning;  from said point of beginning thence southeasterly along an arc 73.54 feet (subtended by a chord south 51 degrees 02 minutes 33 seconds east 73.52 feet) to a point; thence south 48 degrees 48 minutes 44 seconds east a distance of 318.37 feet to an iron pin found; thence south 32 degrees 49 minutes 58 seconds west a distance of 250.0 feet to an iron pin placed; thence north 81 degrees 20 minutes 00 seconds west a distance of 283.61 feet to a point; thence north 08 degrees 46 minutes 35 seconds east a distance of 470.20 feet to the point of beginning, all in accordance with said plat of survey.

2730
2020 Headland Drive
East Point, GA

BOOK 7979 PAGE 435

Last Revised 6/21/2005

EXHIBIT A-2
TO ASSET PURCHASE AGREEMENT

DESCRIPTION OF LEASES AND RELATED LAND

WINN-DIXIE STORE # 2732
Cartersville, Georgia

Lease:          Lease dated June 17, 1985 between Bank of America, N.A., as Agent under Agreement with Larry B. Hooks, as Landlord, and Winn-Dixie Raleigh, Inc., as Tenant;

as evidenced by Short Form Lease dated June 17, 1985, recorded in Book 518, Page 242, of the public records of Bartow County, Georgia.

Amendments/
Guaranty:    Guaranty dated July 2, 1985

Lease Modification Agreement #1 dated August 28, 1985

Assignment and Assumption of Lease dated August 28, 1985

Supplemental Lease Agreement dated August 8, 1986

Lease Amendment and Restrictive Covenant dated February 25, 1988

Third Amendment to Lease dated October 6, 1994

Fourth Amendment to Lease dated November 10, 1995

Assignment and Assumption of Lease Agreement dated February 21, 2002

Premises:     That certain store building and related improvements located at 929 Joe Frank Harris Parkway, Cartersville, Bartow County, Georgia

Legal Description:   The real property as more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

2732
Cartersville, Georgia