

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

**PRO MEMO**

Monday
August 29, 2005

**HONORABLE JERRY A. FUNK**

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN
Trustee:

HEARING:

1. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY JAMES STOKES, DAVID REDDICK, DELEGAL LAW OFFICE, P.A. (1822)

BC R/S -4001 NTC-ORD/POST

R/S     A/P     F/HRG

ORDER:

2. ~~MOTION FOR RELIEF FROM STAY FILED BY IRIS AND SAM DAVIDSON, HUSBAND AND WIFE (2700 & 2419)~~   OFF- FH set 11/7 @ 2:00 p.m.

R/S     A/P     F/HRG

ORDER:

3. ~~FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY SARRIA ENTERPRISES, INC. (1542)~~   OFF- FH set 10/3 @ 2:00 p.m.

R/S     A/P     F/HRG

ORDER:

4. ~~MOTION FOR RELIEF FROM STAY FILED BY BETTY TERRELL (2634)~~   OFF- FH Set 10/31/05 @ 2:00

R/S     A/P     F/HRG

ORDER:

APPEARANCES:
MOVANT #1: CHARLES MCBURNEY JR
MOVANT #2 MYERS CARROLL ~~CAYER~~

prorpt2