## SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT

**THIS SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT** is made effective as of August ___, 2005 (the "Amendment Date"), by and among

**WINN-DIXIE STORES, INC.,** a Florida corporation, **WINN-DIXIE RALEIGH, INC.,** a Florida corporation, and **WINN-DIXIE MONTGOMERY, INC.,** a Florida corporation (each the "Seller" with respect to the Store or Stores owned by it as set forth in the Agreement), and

**ASSOCIATED WHOLESALE GROCERS, INC.,** a Kansas corporation ("AWG") and **ALEX LEE, INC.,** a North Carolina corporation ("Alex Lee"; Alex Lee and AWG are collectively referred to herein as "Buyer").

**R E C I T A L S:**

A.　　Seller and Buyer are parties to a certain Asset Purchase Agreement dated July 15, 2005 (as previously amended, the "Agreement").

B.　　The Agreement has been selected by Seller as the Successful Bid and is to be submitted to the Bankruptcy Court at the Approval Hearing.

C.　　Seller and Buyer desire to amend the Agreement to reflect certain modifications agreed to by Seller and Buyer.

**IN CONSIDERATION OF $10.00 AND OTHER GOOD AND VALUABLE CONSIDERATION AND OF THE MUTUAL UNDERTAKINGS** of the parties hereto, it is agreed as follows:

1.0　　**Defined Terms.** Capitalized terms used in this Amendment and not defined herein will have the meanings given to them in the Agreement.

2.0　　**Amendments to Agreement.** The Agreement is hereby amended as provided in Exhibit A to this Amendment.

3.0　　**Expiration of Investigation Period and Negotiation Period.** The parties acknowledge and agree that the Investigation Period and the Negotiation Period expired prior to the Amendment Date.

4.0　　**Miscellaneous.**

4.1　　Authority. Seller represents and warrants that this Amendment has, subject to the requirement of Bankruptcy Court Approval, been duly authorized by all required corporate action on behalf of Seller. Buyer represents and warrants that

this Amendment has been duly authorized by all required corporate action on behalf of Buyer.

4.2　Successors and Assigns.  This Amendment will be binding upon, and inure to the benefit of, the parties hereto and their respective successors, and permitted assigns.

4.3　Governing Law.  The application and effect of this Amendment will be governed by the laws of the State of North Carolina.

4.4　Time is of the Essence.  Time is of the essence of this Amendment.

4.5　Ratification of Agreement.  Except as herein expressly modified or amended, all terms and conditions of the Agreement remain in full force and effect, and Seller and Buyer hereby ratify and confirm the Agreement, as modified and amended hereby.

[Signature pages follow]

**IN WITNESS WHEREOF**, the parties hereto have executed this Amendment as of the Amendment Date.

**SELLER:**

**WINN-DIXIE STORES, INC.,** a Florida corporation

By:_____
   Name:_____
   Title: _____

**SELLER:**

**WINN-DIXIE MONTGOMERY, INC.,** a Florida corporation

By:_____
   Name:_____
   Title: _____

**SELLER:**

**WINN-DIXIE RALEIGH, INC.,** a Florida corporation

By:_____
   Name:_____
   Title: _____

**BUYER:**

**ASSOCIATED WHOLESALE GROCERS, INC.**,
a Kansas corporation

By:_____
   Name:_____
   Title: _____

**BUYER:**

**ALEX LEE, INC.**,
a North Carolina corporation

By:_____
    Name:_____
    Title: _____

\\COR\440259.2

**EXHIBIT A**


**TO SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT BETWEEN WINN-DIXIE STORES, INC., WINN-DIXIE RALEIGH, INC., and WINN-DIXIE MONTGOMERY, INC. (each as the "Seller" with respect to the Store or Stores owned by it), and ASSOCIATED WHOLESALE GROCERS, INC., and ALEX LEE, INC. ("Alex Lee"; AWG and Alex Lee collectively referred to as "Buyer").**


Amendments to the Agreement

1.      The parties acknowledge that the Closing for Store # 2718 has not yet occurred.

2.      Buyer hereby identifies Lucky World Gathersburg, Inc. as the Ultimate Purchaser ("#2718 Ultimate Purchaser" for purposes of this Second Amendment) for Store #2718.

3.      With respect to Store # 2718 only, the term "Outside Date" as defined in paragraph 1.74 shall mean September 23, 2005.  Buyer and #2718 Ultimate Purchaser will have until September 23, 2005 to satisfy the conditions for Closing on Store # 2718.

4.      In the event Buyer and #2718 Ultimate Purchaser fail to consummate the Closing on Store # 2718 in accordance with the Agreement as amended herein, Seller shall have the rights and remedies as provided in paragraph 16.1.

5.      Buyer shall cause #2718 Ultimate Purchaser to provide to Seller the declaration required by paragraph 9.9.

6.      Buyer and Seller shall each use commercially reasonable efforts to obtain a Sale Order for sale of the Assets associated with Store # 2718 to #2718 Ultimate Purchaser.