**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                        Case No. 3:05−bk−03817−JAF
                                                                                              Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF RESCHEDULED FINAL HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Iris and Sam Davidson is rescheduled for final hearing to November 7, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated August 30, 2005 .

                                        David K Oliveria , Clerk of Court
                                        300 North Hogan Street Suite 3−350
                                        Jacksonville, FL 32202



Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Attorney for Movant