United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| WINN DIXIE STORES, INC., et al. | } Chapter 11 |
| | } Claim No. 1839 |
| | } Case No.05-03817 |
| Debtor | } **Amount $1,354.90** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**ALTERNATIVE ELECTRICAL SERVICES INC**
**PO BOX 58479**
**LOUISVILLE, KY 40268**

The transfer of your claim as shown above in the amount of **$1,354.90** has been transferred to:

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Robert Minkoff
Revenue Management
(201) 968-0001

647198

Assignor hereby acknowledges that Assignee may at any time reassign the Claim together with all right, title and interest of Assignee in and to this Assignment of Claim. [illegible] such re-assignment [illegible] single agreement.

This Assignment of Claim [illegible] relating to this Assignment [illegible] confers personal jurisdiction [illegible] process in [illegible] trial by jury.

Upon Assignor's [illegible] a notice of [illegible] performs its [illegible] satisfactory, [illegible] transfer, at [illegible] hereby acknowledges [illegible] objection hereto, and [illegible]

IN WITNESS WHEREOF, [illegible]

ALTERNATIVE ELECTRICAL [illegible]

By: [illegible]

Signature [illegible]

Telephone # [illegible]

IN WITNESS WHEREOF, [illegible]

Robert Mitchell

Liquidity Solutions, Inc.

201-968-0001 ext. 115

------------------------------------------------------------(CUT HERE)------------------------------------------------------------

**TRANSFER NOTICE**

ALTERNATIVE ELECTRICAL SERVICES INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: **WINN DIXIE STORES, INC., et al.** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claim of Assignor in the aggregate amount of $____________(your claim amount) representingall claims against: **WINN DIXIE STORES, INC., et al.** in the United States Bankruptcy Court, Southern Distict of New York, administered as Case No. 05-11063, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the ______ day of _________, 2005

ALTERNATIVE ELECTRICAL SERVICES INC

Rebecca Royal
(Signature)

Rebecca Royal / Office Mgr
(Print Name and Title)

REVENUE MANAGEMENT

____________________
(Signature)

____________________
(Print Name of Witness)

WINN DIXIE STORES, INC., et al.
ALTERNATIVE ELECTRICAL SERVICES INC
647198