# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | **Chapter 11** |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | **Case No. 05-03817-3F1** |
| **Debtors.** | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about August 19, 2005, I caused copies of:

•   **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 30, 2005

_Kathleen M. Logan_
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 242875-12<br>AWARE PRODUCTS<br>ATTN MICHAEL HUGHES, CFO<br>9250 MASON AVENUE<br>CHATSWORTH, CA 91311 |
| CREDITOR ID: 244941-12<br>CG ROXANE<br>ATTN PATRICE MARQUET, VP FIN<br>1210 SO STATE HWY 395<br>OLANCHA, CA 93549 | CREDITOR ID: 248571-12<br>DURHAM COCA COLA BOTTLING CO<br>ATTN: ILEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 | CREDITOR ID: 407427-15<br>EASTMAN KODAK COMPANY<br>ATTN CAROL LUCIANO, 6035380<br>343 STATE STREET<br>ROCHESTER NY 14650-1121 |
| CREDITOR ID: 410571-15<br>HENKEL CONSUMER ADHESIVES<br>ATTN SCOTT MILLER, FINANCE DIRECTOR<br>32150 JUST IMAGINE DRIVE<br>AVON OH 44011 | CREDITOR ID: 381891-30<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | CREDITOR ID: 251751-12<br>HOLLAND SWEETENER CO NA, INC<br>ATTN KEN DOOLEY, PRES<br>BLDG 11 SUITE 260<br>1640 POWERS FERRY RD<br>MARIETTA, GA 30067 |
| CREDITOR ID: 406228-G4<br>INFOSYS TECHNOLOGIES<br>ATTN DEAN WHITESIDE, ESQ.<br>6607 KAISER DRIVE<br>FREMONT CA 94555 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN: AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 |
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>101 OAKLEY ST PO BOX 959<br>EVANSVILLE IN 47706 | CREDITOR ID: 255393-12<br>MAPLE LEAF FARMS INC<br>ATTN CHERINE HARE-SYERS, CR MGR<br>PO BOX 210<br>MILWAUKEE, WI 53278 |
| CREDITOR ID: 279380-36<br>MARCAL PAPER MILLS, INC.<br>ATTN BARBARA A MAHONEY, CR MGR<br>1 MARKET STREET<br>ELMWOOD  PARK  NJ 07407-1451 | CREDITOR ID: 411299-97<br>MEDSOURCE DIRECT<br>ATTN: TIM FARNES<br>2391 SOUTH 1560 WEST<br>WOODS CROSS UT 84087 | CREDITOR ID: 256002-12<br>MEDSOURCE DIRECT<br>ATTN GARY R BINGHAM, CFO<br>2391 SOUTH 1560 WEST<br>WOODS CROSS, UT 84087 |
| CREDITOR ID: 258702-12<br>PONTOTOC ELECTRIC POWER ASSOC<br>ATTN: CHUCK HOWELL<br>120 S MAIN  PO BOX 718<br>PONTOTOC, MS 38863 | CREDITOR ID: 259305-12<br>RAYTEC CORPORATION<br>ATTN: BRIAN DECKTOR<br>PO BOX 4280, UNIT 6<br>PORTLAND, OR 97208 | CREDITOR ID: 395713-65<br>RAYTEC CORPORATION<br>ATTN: BOB THOMPSON<br>PO BOX 4280 UNIT 16<br>PORTLAND, OR 97208 |
| CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 260597-12<br>SCOTT'S COMMUNICATIONS<br>ATTN: MAYNARD SCOTT QUESINBERRY<br>149 WALL STREET<br>MOUNT AIRY, NC 27030 | CREDITOR ID: 260722-12<br>SENTRY EXTERMINATING LLC<br>ATTN PAUL O HOLLAND, GP<br>PO BOX 984<br>MILLBROOK, AL 36054-0521 |

**Total:   24**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**   Case No.: 05-03817-3F1

Docket No.: 3030

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AWARE PRODUCTS                                   AMROC INVESTMENTS LLC

Name of Transferor                               Name of Transferee

AWARE PRODUCTS                                   AMROC INVESTMENTS LLC
ATTN MICHAEL HUGHES, CFO                          ATTN DAVID S LEINWAND ESQ
9250 MASON AVENUE                                535 MADISON AVE 15TH FLR
CHATSWORTH, CA 91311                              NEW YORK NY 10022

Phone: 818 206 6706                              Phone:
Account No.: 242875                              Account No.: 399614

Claim No.: 8011                                  Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/27/2005                     Transfer Amount: $52,378.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                      Case No.: 05-03817-3F1

                                                                Docket No.: 3054

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CG ROXANE                                          MADISON INVESTMENT TRUST - SERIES 3
_____                            _____
Name of Transferor                                 Name of Transferee

CG ROXANE                                          MADISON INVESTMENT TRUST - SERIES 3
ATTN PATRICE MARQUET, VP FIN                        ATTN KRISTY STARK
1210 SO STATE HWY 395                               6310 LAMAR AVE STE 120
OLANCHA, CA 93549                                   OVERLAND PARK KS 66202


Phone: 760 764 2885                                Phone: 800 896 8913
Account No.: 244941                                Account No.: 405906



Claim No.: 7935                                    Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/26/2005                       Transfer Amount: $220,561.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/19/2005                                   /s/ Logan & Company, Inc.
                                                   _____
                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3031

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DURHAM COCA COLA BOTTLING CO

Name of Transferor

DURHAM COCA COLA BOTTLING CO
ATTN: ILEANA CORREA
3214 HILLSBOROUGH ROAD
DURHAM, NC 27705

AMROC INVESTMENTS LLC

Name of Transferee

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.:  248571

Phone:
Account No.:  399614

Claim No.: 36262

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $26,932.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

Docket No.: 3020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EASTMAN KODAK COMPANY                                    ASM CAPITAL LP

Name of Transferor                                       Name of Transferee

EASTMAN KODAK COMPANY                                    ASM CAPITAL LP
ATTN CAROL LUCIANO, 6035380                              ATTN ADAM MOSKOWITZ
343 STATE STREET                                         7600 JERICHO TPK STE 302
ROCHESTER NY 14650-1121                                  WOODBURY NY 11797

Phone: 800 438 5451 ext 14                               Phone: 5162246040
Account No.:  407427                                     Account No.:  399729

Claim No.: 4038                                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 06/13/2005                             Transfer Amount: $161,073.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 2067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HENKEL CONSUMER ADHESIVES                    REDROCK CAPITAL PARTNERS LLC

Name of Transferor                           Name of Transferee

HENKEL CONSUMER ADHESIVES                    REDROCK CAPITAL PARTNERS LLC
ATTN SCOTT MILLER, FINANCE DIRECTOR          ATTN CRAIG KLEIN
32150 JUST IMAGINE DRIVE                     111 S MAIN ST STE C11
AVON OH 44011                                PO BOX 9095
                                             BRECKENRIDGE CO 80424


Phone: 440 937 7210                          Phone: 970 547 9058
Account No.:  410571                         Account No.:  407577


Claim No.: 8932                              Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 07/27/2005                 Transfer Amount: $17,747.89

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/19/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2396

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HJ HEINZ COMPANY, LP DBA HEINZ NA

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 4

Name of Transferee

HJ HEINZ COMPANY, LP DBA HEINZ NA
HEINZ FROZEN FOODS, & HEINZ USA
ATTN KIMBERLY GNESDA, CRD ANALYST
HEINZ 57 CENTER
357 6TH AVENUE, 10TH FLOOR
PITTSBURGH PA 15222-2530

MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
101 OAKLEY ST PO BOX 959
EVANSVILLE IN 47706

Phone: 412 442 6179
Account No.: 381891

Phone: 800 896 8913
Account No.: 405907

Claim No.: 6736

Date Claim Filed: 07/18/2005

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $1,603,959.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3032

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOLLAND SWEETENER CO NA, INC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

HOLLAND SWEETENER CO NA, INC
ATTN KEN DOOLEY, PRES
BLDG 11 SUITE 260
1640 POWERS FERRY RD
MARIETTA, GA 30067

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 770 956 8443

Account No.: 251751

Phone:

Account No.: 399614

Claim No.: 37

Date Claim Filed: 03/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $44,419.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                        Case No.: **05-03817-3F1**

                                                                  Docket No.: **2398**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INFOSYS TECHNOLOGIES

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

INFOSYS TECHNOLOGIES
ATTN DEAN WHITESIDE, ESQ.
6607 KAISER DRIVE
FREMONT CA 94555

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 510 742 3033
Account No.:  406228

Phone: 800 896 8913
Account No.:  405906

Claim No.: 7382
Date Claim Filed: 07/21/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $250,353.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3024

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LN PIEDMONT VILLAGE LLC                                   LIQUIDITY SOLUTIONS, INC

Name of Transferor                                        Name of Transferee

LN PIEDMONT VILLAGE LLC                                   LIQUIDITY SOLUTIONS, INC
ATTN: AL JOHNSTON, LEASING MGR                            DBA REVENUE MANAGEMENT
4475 RIVER GREEN PARKWAY, SUITE 100                       ATTN JEFFREY CARESS
DULUTH GA 30096                                           ONE UNIVERSITY PLAZA STE 312
                                                          HACKENSACK NJ 07601


Phone:                                                    Phone: 2019680001
Account No.:  278516                                      Account No.:  399393


Claim No.: 9708                              Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 07/29/2005                 Transfer Amount: $348,877.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/19/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 3024

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LN PIEDMONT VILLAGE LLC

Name of Transferor

LN PIEDMONT VILLAGE LLC
ATTN: AL JOHNSTON, LEASING MGR
4475 RIVER GREEN PARKWAY, SUITE 100
DULUTH GA 30096


Phone:
Account No.:  278516

LIQUIDITY SOLUTIONS, INC

Name of Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 2019680001
Account No.:  399393

Claim No.: 9709　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:

Date Claim Filed: 07/29/2005　　　　　　　Transfer Amount: $348,877.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3011

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MAPLE LEAF FARMS INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

MAPLE LEAF FARMS INC
ATTN CHERINE HARE-SYERS, CR MGR
PO BOX 210
MILWAUKEE, WI 53278

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.: 255393

Phone: 5162246040
Account No.: 399729

Claim No.: 6937
Date Claim Filed: 07/21/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $42,572.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 2714

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARCAL PAPER MILLS, INC.

Name of Transferor

MARCAL PAPER MILLS, INC.
ATTN BARBARA A MAHONEY, CR MGR
1 MARKET STREET
ELMWOOD  PARK  NJ 07407-1451

MADISON INVESTMENT TRUST - SERIES 4

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
101 OAKLEY ST PO BOX 959
EVANSVILLE IN 47706

Phone: 201 703 6216
Account No.:  279380

Phone: 800 896 8913
Account No.:  405907

Claim No.: 11591
Date Claim Filed: 08/05/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $72,680.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **3047**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEDSOURCE DIRECT

Name of Transferor

ASM CAPITAL LP

Name of Transferee

MEDSOURCE DIRECT
ATTN GARY R BINGHAM, CFO
2391 SOUTH 1560 WEST
WOODS CROSS, UT 84087

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 801 294 0389
Account No.: 256002

Phone: 5162246040
Account No.: 399729

MEDSOURCE DIRECT
ATTN: TIM FARNES
2391 SOUTH 1560 WEST
WOODS CROSS UT 84087

Phone:
Account No.: 411299

Claim No.: 1601
Date Claim Filed: 05/16/2005

Full Transfer: <u>(X)</u>        Partial Transfer:

Transfer Amount: $94,057.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

Docket No.: **3033**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PONTOTOC ELECTRIC POWER ASSOC                    AMROC INVESTMENTS LLC

Name of Transferor                               Name of Transferee

PONTOTOC ELECTRIC POWER ASSOC                    AMROC INVESTMENTS LLC
ATTN: CHUCK HOWELL                               ATTN DAVID S LEINWAND ESQ
120 S MAIN  PO BOX 718                           535 MADISON AVE 15TH FLR
PONTOTOC, MS 38863                               NEW YORK NY 10022


Phone:                                           Phone:
Account No.:  258702                             Account No.:  399614


Claim No.: 36678                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                     Transfer Amount: $6,392.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/19/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3034

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RAYTEC CORPORATION

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

RAYTEC CORPORATION
ATTN: BRIAN DECKTOR
PO BOX 4280, UNIT 6
PORTLAND, OR 97208

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone:
Account No.: 259305

Phone:
Account No.: 399614

RAYTEC CORPORATION
ATTN: BOB THOMPSON
PO BOX 4280 UNIT 16
PORTLAND, OR 97208

Phone:
Account No.: 395713

Claim No.: 36710

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $370.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

Docket No.: 3035

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCOTT'S COMMUNICATIONS                              AMROC INVESTMENTS LLC

Name of Transferor                                                    Name of Transferee

SCOTT'S COMMUNICATIONS                              AMROC INVESTMENTS LLC
ATTN: MAYNARD SCOTT QUESINBERRY             ATTN DAVID S LEINWAND ESQ
149 WALL STREET                                              535 MADISON AVE 15TH FLR
MOUNT AIRY, NC 27030                                     NEW YORK NY 10022

Phone:                                                               Phone:
Account No.:  260597                                        Account No.:  399614

Claim No.: 36766                                             Full Transfer: (X)          Partial Transfer:
Date Claim Filed: 04/07/2005                           Transfer Amount: $22,395.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005                                              /s/ Logan & Company, Inc.

                                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3036

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SENTRY EXTERMINATING LLC

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

SENTRY EXTERMINATING LLC
ATTN PAUL O HOLLAND, GP
PO BOX 984
MILLBROOK, AL 36054-0521

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 334 285 6853
Account No.:  260722

Phone:
Account No.:  399614

Claim No.: 280
Date Claim Filed: 03/22/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $4,141.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 19, 2005.