**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## ORDER GRANTING WAH HONG GO'S MOTION TO HAVE EVIDENCE AND ARGUMENTS SUPPORTING HIS MOTION FOR RELIEF FROM STAY STAND OVER AS FURTHER OBJECTION TO DEBTORS' MOTION FOR ORDER ESTABLISHING A CLAIMS RESOLUTION PROCEDURE AND AUTHORIZING DEBTOR TO SETTLE OR LIQUIDATE CERTAIN PRE-PETITION CLAIMS

These cases came before the Court upon Wah Hong Go's Motion to Have Evidence and Arguments Supporting his Motion for Relief from Stay Stand Over as Further Objection to Debtors' Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtor to Settle or Liquidate Certain Pre-Petition Claims (the "Motion"). The Court has reviewed the Motion and finds that granting the Motion will not prejudice any other party and will further the interest of judicial economy. It is

**ORDERED:**

Wah Hong Go's Motion to Have Evidence and Arguments Supporting his Motion for Relief from Stay Stand Over as Further Objection to Debtors' Motion for Order

Establishing a Claims Resolution Procedure and Authorizing Debtor to Settle or Liquidate Certain Pre-Petition Claims is granted.

**DATED** this 30 day of August, 2005 in Jacksonville, Florida.

_____
**Jerry A. Funk**
United States Bankruptcy Judge

2