## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF DEPOSITION OF
## LUCKY WORLD GAITHERSBURG, INC.

PLEASE TAKE NOTICE that Developers Diversified Realty Corp.

(the "Landlord"), by and through its attorneys, Kelley Drye & Warren LLP, pursuant to Rule

30(b)(6) of the Federal Rules of Civil Procedure and Rule 7030(b)(6) of the Federal Rules of

Bankruptcy Procedure, will take the deposition upon oral examination of a representative of

Lucky World Gaithersburg, Inc. (the "Proposed Assignee").

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Rule

7030(b)(6) of the Federal Rules of Bankruptcy Procedure, the Proposed Assignee is requested to

designate one or more officers, directors, or managing agents, or other persons who consent to

testify on the Proposed Assignee's behalf as to information known or reasonably available to the

Proposed Assignee as to each of the matters set forth on the attached rider.

Pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure and Rule

7030(b)(2) of the Federal Rules of Bankruptcy Procedure made applicable to this contested

matter by Rule 9014 of the Federal Rules of Bankruptcy Procedure, the deposition will be

conducted via video-conference and will commence at 1:00 p.m. (New York City Time) on

September 6, 2005, at the offices of APC, 6470 East Johns Crossing, Duluth, Georgia (Tel: 676-

417-7774) and Veritext Spherion Deposition Services, 1350 Broadway, Suite 1407, New York,

New York (Tel: 212-490-3430) and will continue from day to day until completed. The

Landlord intends to cause this deposition to be recorded stenographically by a licensed court

reporter who shall be available at the time and place scheduled herein.

Dated: New York, New York
     August 30, 2005

                   KELLEY DRYE & WARREN LLP

                   By: */s/ Robert L. LeHane*
                       James S. Carr, Esq.
                       Robert L. LeHane, Esq.
                   101 Park Avenue
                   New York, New York 10178
                   Tel.: (212) 808-7800
                   Fax: (212) 808-7897

                   ATTORNEYS FOR LANDLORD
                   DEVELOPERS DIVERSIFIED REALTY CORP.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

Rider to Notice of Deposition of Lucky World Gaithersburg, Inc.

Topics for Deposition:

1.   The financial condition of the Proposed Assignee and/or its guarantor, if
     any, from 2003 through the present.

2.   The Proposed Assignee's principal's and/or the Proposed Assignee's
     guarantor's operating experience regarding an anchor store in a shopping
     center.

3.   The Proposed Assignee's intended use of the leased premises.

4.   All bases to support the Proposed Assignee's assertion that the assignment
     to the Proposed Assignee satisfies the requirements of
     11 U.S.C. § 365(b)(3).

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## CERTIFICATE OF SERVICE

     I, Eric R. Wilson, on August 30, 2005, caused to be served the *Notice of Deposition of Lucky World Gaithersburg, Inc.* upon the following parties via telecopier, email and/or overnight mail as indicated:

| | |
|---|---|
| David J. Baker, Esq.<br>Sally Gray, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>**VIA TELECOPIER: 212-735-2000**<br>**VIA E-mail: djbaker@skadden.com**<br>**VIA OVERNIGHT** | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>**VIA TELECOPIER: 904-359-7708**<br>**VIA E-mail: cjackson@smithhulsey.com**<br>**VIA OVERNIGHT** |
| Jonathan N. Helfat, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>**VIA TELECOPIER: 212-682-6104**<br>**VIA E-mail: jhelfat@oshr.com** | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>**VIA TELECOPIER: 212-530-5219**<br>**VIA E-mail: ddunne@milbank.com** |
| Patrick L. Hayden, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, New York 10105-0106<br>**VIA TELECOPIER: 212-548-2171**<br>**E-mail: phayden@mcguirewoods.com\**<br>**VIA OVERNIGHT** | John B. Orgain, Esq.<br>VP & General Counsel<br>Alex Lee, Inc.<br>120 Fourth Street SW<br>Hickory, NC 28602<br>**VIA TELECOPIER: 828-725-4435**<br>**VIA E-mail: John.orgain@alexlee.com**<br>**VIA OVERNIGHT** |

| | |
|---|---|
| Dennis McCoy<br>VP, Retail Development<br>Merchants Distributors, Inc.<br>5001 Alex Lee Blvd.<br>Hickory, NC 28601<br>**VIA TELECOPIER: 828-725-4287**<br>**VIA E-mail: dmccoy@merchantsdistributors.com**<br>**VIA OVERNIGHT** | Brian Walsh, Esq.<br>King & Spalding<br>191 Peachtree Street<br>Atlanta, GA 30303<br>**VIA TELECOPIER: 404-572-5100**<br>**VIA E-mail: bwalsh@kslaw.com** |
| Associated Wholesale Grocers, Inc.<br>Attn: General Counsel<br>5000 Kansas Avenue<br>P.O. Box 2932<br>Kansas City, Kansas 66110-2932<br>**VIA TELECOPIER: 913-288-1573**<br>**VIA OVERNIGHT** | Alex Lee, Inc.<br>Attn: General Counsel<br>P.O. Box 8090<br>120 Fourth Street SW<br>Hickory, North Carolina 28602<br>**VIA TELECOPIER: 828-725-4435**<br>**VIA OVERNIGHT** |
| Bobby Kim<br>3330 75th Avenue<br>Landover, MD 20785<br>Tel.: 240-793-6002<br>**VIA E-mail: soodongbobby@yahoo.com**<br>**VIA OVERNIGHT** | Daesun We, Esq.<br>3440 Ellicott Center Drive, #103<br>Ellicott City, MD 21043<br>**VIA OVERNIGHT** |

_/s/ Eric R. Wilson_
Eric R. Wilson