**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## CERTIFICATE OF SERVICE

     I, Eric R. Wilson, on August 30, 2005, caused to be served the *Landlord, Developers Diversified Realty Corp.'s First Set of Interrogatories and Request for Production of Documents to Proposed Assignee of Store No. 2718, Chamblee,* upon the following parties via telecopier, email and/or overnight mail as indicated:

| | |
|---|---|
| David J. Baker, Esq.<br>Sally Gray, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>**VIA TELECOPIER: 212-735-2000**<br>**VIA E-mail: djbaker@skadden.com**<br>**VIA OVERNIGHT** | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201<br>**VIA TELECOPIER: 904-359-7708**<br>**VIA E-mail: cjackson@smithhulsey.com**<br>**VIA OVERNIGHT** |
| Jonathan N. Helfat, Esq.<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, New York 10169<br>**VIA TELECOPIER: 212-682-6104**<br>**VIA E-mail: jhelfat@oshr.com** | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>**VIA TELECOPIER: 212-530-5219**<br>**VIA E-mail: ddunne@milbank.com** |
| Patrick L. Hayden, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, New York 10105-0106<br>**VIA TELECOPIER: 212-548-2171**<br>**E-mail: phayden@mcguirewoods.com**<br>**VIA OVERNIGHT** | John B. Orgain, Esq.<br>VP & General Counsel<br>Alex Lee, Inc.<br>120 Fourth Street SW<br>Hickory, NC 28602<br>**VIA TELECOPIER: 828-725-4435**<br>**VIA E-mail: John.orgain@alexlee.com**<br>**VIA OVERNIGHT** |

| | |
|---|---|
| Dennis McCoy<br>VP, Retail Development<br>Merchants Distributors, Inc.<br>5001 Alex Lee Blvd.<br>Hickory, NC  28601<br>**VIA TELECOPIER: 828-725-4287**<br>**VIA E-mail: dmccoy@merchantsdistributors.com**<br>**VIA OVERNIGHT** | Brian Walsh, Esq.<br>King & Spalding<br>191 Peachtree Street<br>Atlanta, GA  30303<br>**VIA TELECOPIER: 404-572-5100**<br>**VIA E-mail: bwalsh@kslaw.com** |
| Associated Wholesale Grocers, Inc.<br>Attn: General Counsel<br>5000 Kansas Avenue<br>P.O. Box 2932<br>Kansas City, Kansas 66110-2932<br>**VIA TELECOPIER: 913-288-1573**<br>**VIA OVERNIGHT** | Alex Lee, Inc.<br>Attn: General Counsel<br>P.O. Box 8090<br>120 Fourth Street SW<br>Hickory, North Carolina 28602<br>**VIA TELECOPIER: 828-725-4435**<br>**VIA OVERNIGHT** |
| Bobby Kim<br>3330 75th Avenue<br>Landover, MD  20785<br>**VIA E-mail: soodongbobby@yahoo.com**<br>**VIA OVERNIGHT** | Daesun We, Esq.<br>3440 Ellicott Center Drive, #103<br>Ellicott City, MD 21043<br>**VIA OVERNIGHT** |

_/s/ Eric R. Wilson_
Eric R. Wilson