UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON SEPTEMBER 1, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on September 1, 2005 at 1:00 p.m. (ET):

**A.   Uncontested Matters**

1.   *Motion for Order (A) Authorizing the Sale of Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 1963)*

   Purchaser:      CVS Corporation (Docket No. 3229)

   Objections:    No objections have been filed.

   Status:           The Debtors will proceed with the Motion as to the Purchaser identified above.

2. *Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

Purchaser(s):
(a) Tatone Properties Florida, Inc., **Store No. 700** (Docket No. 3162);
(b) Newton Associates, **Store No. 2079** (Docket No. 3282);
(c) Willowood Partners, Ltd., **Store No. 1834** (Docket No. 3281);
(d) McDaniel Food Management of Alexandria, Inc., **Store No. 1566** (Docket No. 3286); and
(e) Big Star of Farmerville, Inc., **Store No. 1541** (Docket No. 3285).

Objection Deadline: Expired.

Status: The Debtors will proceed with the Motion as to the Purchasers identified above.

3. *Motion for Order Authorizing (I) Retroactive Rejection of Real Property Leases and (II) Abandonment of Related Personal Property (Docket No. 2965)*

Objection Deadline: August 25, 2005.

Objections:
(a) Catamount LS-KY, LLC, **Store No. 1676** (Docket No. 3148); and
(b) Woodbury (E&A), LLC, **Store No. 1233** (Docket No. 3182).

Status: The Debtors have resolved the objections and will proceed with the Motion.

**B.** **<u>Contested Matters</u>**

1. *Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims (Docket No. 2976)*

   Objection Deadline:  August 25, 2005.

   Objections:
   (a) Wah Hong Go (Docket No. 3127);
   (b) Delford Drew, et al. (Docket No. 3200);
   (c) Creditors' Committee (Docket No. 3201); and
   (d) U.S. Trustee (Docket No. 3202).

   Status:  The Debtors will proceed with the Motion.

2. *Motion for Order Approving Notice Procedures Regarding Omnibus Claim Objections and Schedule Amendment Motions (Docket No. 2978)*

   Objection Deadline:  August 25, 2005.

   Objections:  Victory Real Estate Investments, LLC, et al. (Docket No. 3196).

   Status:  The Debtors will proceed with the Motion.

3. *Motion for Determination of Adequate Assurance of Payment of Utilities Required Under 11 U.S.C. Section 366 (Docket. No. 1875)*

   Objection Deadline:  Expired.

   Objections:  No objections have been filed.

   Status:  The Debtors will proceed with the Motion as to the City of Plaquemine.

4. *City of Plaquemine's Motion For Modification Of Security Deposit For Utility Service (Docket No. 1688)*

    Objection Deadline:  Expired.

    Objections:  Debtors (Docket No. 2615)

    Status:  The Debtors have been informed that the City of Plaquemine will proceed with the Motion.

Dated: August 31, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ D. J. Baker* | By *s/ Cynthia C. Jackson* |
|    D. J. Baker |    Stephen D. Busey |
|    Sally McDonald Henry |    James H. Post |
|    Rosalie Walker Gray |    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00506856