**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF PROPOSED AGREED ORDER REGARDING
MOTION TO LIFT STAY FILED BY WAH HONG GO**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 15 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Time Square, New York, New York 10036, djbaker@skadden.com, and (iii) Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, ElenaL.Escamilla@usdoj.gov.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Pursuant to Rule 4001(d), Federal Rules of Bankruptcy Procedure, and Local Rule 2002, notice is given of the proposed Agreed Order Regarding Motion to Lift Stay

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Filed by Wah Hong Go attached as Exhibit A. If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated: August 31, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker* <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Gray | By    *s/ James H. Post* <br>     Stephen D. Busey <br>     James H. Post (FBN 175460) <br>     Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

**CERTIFICATE OF SERVICE**

I certify that a copy of this document has been furnished electronically and/or by mail to the following parties, this 31st day of August, 2005:

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

ANTHONY F. SANCHEZ, P.A.
Anthony F. Sanchez
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1500
Miami, Florida 33131
(305) 577-9903
(305) 577-6121 (facsimile)
afspalaw@aol.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone: 904-798-3700
Fax: 904-398-3730
john.macdonald@akerman.com

*s/ James H. Post*
Attorney

506863

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGREED ORDER ON MOTION FOR RELIEF
FROM STAY FILED BY WAH HONG GO**

This case is before the Court upon the motion for relief from the automatic stay filed by Wah Hong Go (the "Movant"). The Court finds that (i) the Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service, (ii) no party filed an objection, and (iii) the Court therefore considers the Motion unopposed. Accordingly, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay is modified retroactive to June 8, 2005, as follows: (i) Movant may commence a civil action in any federal district court or state court of competent jurisdiction pursuant to the Notice of Right to Sue issued by the U.S. Equal Employment Opportunity Commission dated March 10, 2005 (the "Civil Action"), (ii) Movant shall not take any further action against the Debtors in connection with the Civil Action until January 15, 2006 and (iii) on or after January 15, 2006, Movant may prosecute the Civil Action, wherever he chooses to file it, through and including final judgment, but shall make no effort to collect or execute on such judgment without further order of this Court.

  3. By operation of 11 U.S.C. §108, the Movant's Civil Action will be timely filed if filed within 30 days of this Order.

  4. Except as modified herein, the automatic stay pursuant to 11 U.S.C. § 362 shall remain in full force and effect.

  Dated this _____ day of _____, 2005, in Jacksonville, Florida.

              _____
              Jerry A. Funk
              United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

496680.2