**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF PROPOSED AGREED ORDER REGARDING**
**MOTION TO LIFT STAY FILED BY JAMES STOKES,**
**DAVID REDDICK AND DELEGAL LAW OFFICES, P.A.**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 15 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Time Square, New York, New York 10036, djbaker@skadden.com, and (iii) Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, Elena.L.Escamilla@usdoj.gov.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

Pursuant to Rule 4001(d), Federal Rules of Bankruptcy Procedure, and Local Rule 2002, notice is given of the proposed Agreed Order Regarding Motion to Lift Stay Filed by James Stokes, David Reddick and Delegal Law Offices, P.A. attached as Exhibit A.  If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated:  August 31, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By  *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |


## **CERTIFICATE OF SERVICE**

I certify that a copy of this document has been furnished electronically and/or by mail to the following parties, this 31st day of August, 2005:

| | |
|---|---|
| Kenneth C. Meeker<br>Assitant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>Phone: 407-648-6301<br>Fax: 407-648-6323<br>ken.meeker@usdoj.gov | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Phone: 212-661-9100<br>Fax: 212-682-6104<br>Jhelfat@oshr.com |
| Elena L. Escamilla<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>Phone: 407-648-6465<br>Fax: 407-648-6323<br>Elena.L.Escamilla@usdoj.gov | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis Dunne<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Phone: 212-530-5000<br>Fax: 212-530-5219<br>Ddunne@milbank.com |
| LAW OFFICE OF CHARLES W. MCBURNEY, JR.<br>Charles W. McBurney, Jr.<br>6550 St. Augustine Road, Suite 105<br>Jacksonville, Florida 32217<br>Phone: 904-731-0002<br>Fax: 904-731-3885<br>cmcburney@bellsouth.net | Akerman Senterfitt<br>Attn: John B. Macdonald<br>50 North Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>Phone: 904-798-3700<br>Fax: 904-398-3730<br>john.macdonald@akerman.com |
| DELEGAL LAW OFFICES, P.A.<br>T.A. "Tad" Delegal,III<br>424 Eat Monroe Street<br>Jacksonville, Florida 32202<br>Phone: 904-633-5000<br>Fax: 904-358-2850<br>tad@delegal.net | |

*s/ James H. Post*
Attorney

00506460

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## AGREED ORDER REGARDING MOTION TO LIFT STAY

This case is before the Court upon the Motion to Lift Stay filed by James Stokes, David Reddick and Delegal Law Offices, P.A. (the "Movants") on June 21, 2005 (Doc. No. 1822). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The motion is granted to the extent provided herein.

2. The automatic stay is modified, effective ninety days from the date of this Order, for the sole purpose of allowing Movants to continue the appeals pending in the First District Court of Appeals, case numbers 1D-04-3980 and 1D-04-4340 (the "First DCA Cases"), through final disposition and mandate.

3. Upon final disposition and issuance of mandate in the First DCA Cases, if any, the Movants shall not take any further action against the Debtors or the Debtors' property in connection with any final judgment or otherwise until further order of this Court.

2

      4.      Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

      Dated this _____ day of September, 2005, in Jacksonville, Florida.

                                          Jerry A. Funk
                                          United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

506452

2