Hearing Date: September 1, 2005, 1:00 p.m.
Objection Deadline: August 25, 2005, 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,    Case No. 3:05-bk-03817-3F1
                                     Chapter 11 (Jointly Administered)
                Debtor.
_____/

**NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDER
AUTHORIZING (I) RETROACTIVE REJECTION OF REAL PROPERTY LEASES
AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation (collectively, "La Gatta") and as parties-in-interest in the above-captioned jointly-administered cases of Winn-Dixie Stores, Inc., et al. (collectively, "Debtor"), hereby withdraws its August 23, 2005 Limited Objection to Debtors' Motion for Order Authorizing (I) Retroactive Rejection of Real Property Leases and (II) Abandonment of Related Personal Property (the "Objection") (Docket No. 3148), and in support thereof states as follows:

1. As detailed in the Objection, Debtor is the lessee under a Lease (the "Louisville Lease"), for that certain realty Debtor refers to as to as Store # 1676 at 1148 South 4th Street (4th & Oak), Louisville, Kentucky (the "Louisville Premises"), under which La Gatta (as defined above) is the landlord.

2. Debtor and La Gatta have reached a resolution of the Objection whereby, *inter alia*, (1) Debtor shall be free to reject the Louisville Lease pursuant to 11 U.S.C. § 365(a), with the

Louisville Lease being deemed rejected effective as of the date of the entry of an order approving the rejection, and with La Gatta being free to relet the Louisville Premises free of Debtor's interests therein, and (2) La Gatta shall be free to dispose of any property abandoned in the Louisville Premises upon providing fifteen days' written notice of such intent to Debtor, who will forward such notice to any party who Debtor advises is likely to have an interest in such property. Debtor has agreed to tender a proposed form of order consistent with this to the Court.

3.  Contingent upon the foregoing, La Gatta hereby withdraws the Objection.

WHEREFORE, La Gatta respectfully requests that the Court (1) permit the withdrawal of the Objection contingent upon allowance of the relief set forth above, and (2) grant La Gatta all other relief just and proper.

Dated: August 31, 2005                          Respectfully submitted,

                                                      /s/ C. Daniel Motsinger
C. Daniel Motsinger
Florida Bar No.: 0362875
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the parties by operation of the Court's electronic filing system on August 3l, 2005, as indicated below:

      /s/ C. Daniel Motsinger
C. Daniel Motsinger

| | |
|---|---|
| Adam Ravin | Dennis F. Dunne |
| Skadden Arps Slate Meagher & Flom, LLP | Milbank Tweed & Hadley |
| Four Times Square | 1 Chase Manhattan Plaza |
| New York, NY 10036 | New York, NY 10005 |
| | |
| Elana L. Escamilla | John B. McDonald |
| Office of United States Trustee | Akerman Senterfitt |
| 135 W. Central Boulevard, Suite 620 | 50 N. Laura Street, Suite 2500 |
| Orlando, FL 32806 | Jacksonville, FL 32202 |
| | |
| Cynthia C. Jackson | |
| Smith, Hulsey & Busey | |
| 225 Water Street, Suite 1800 | |
| Jacksonville, FL 32201 | |

KD_IM-639003_1.DOC