UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

The Court finds that the Limited Objection to Debtors' Motion for Order Further Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans filed by Douglas D. Chunn on behalf of The Official Committee of Equity Security Holders on August 25, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Limited Objection to Debtors' Motion for Order Further Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans filed by Douglas D. Chunn on behalf of The Official Committee of Equity Security Holders on August 25, 2005 is stricken from the record.

**DATED August 29, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Douglas D. Chunn, One Independent Dr., Suite 3201, Jacksonville, FL 32202
Jesse H. Austin, III and Karol K. Denniston, 600 Peachtree St., Ste 2400, Atlanta, GA 30308
James D. Wareham, 875 15th St., NW, Washington, DC 20005

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1              Date Rcvd: Aug 29, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 5

The following entities were served by first class mail on Aug 31, 2005.
aty        +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Douglas D Chunn,   One Independent Drive,   Suite 3201,   Jacksonville, FL 32202-5026
           +James D. Wareham,   875 15th St., N.W.,   Washington, DC 20005-2221
           +Jesse H. Austin, III and Karol K. Denniston,   600 Peachtree St., Ste 2400,   Atlanta, GA 30308-2259

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2005**          Signature:   *Joseph Speetjens*