
# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
September 1, 2005
1:00 P.M.

**PRO MEMO**  1:10 – 1:45

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Jay Skelton

Motion to Sell Pharmaceutical Prescriptions and Inventory Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief Filed by Debtor (1963)

Store 2056 - Dallas

PURCHASER:    (1) CVS Corporation (Doc. 3229)

Settled
ord/signed

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD
             MATTHEW S. BARR

RULING: