

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 1, 2005
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief Filed by Debtor (2707)

PURCHASER:

(1) Tatone Properties Florida, Inc., Store 700 (Doc. 3162)

   *Approved - ord/signed*

HG cont'd

(2) Newton Associates, Store 2079 (Doc. 3282)

   *Approved - ord/signed*

(3) Willowood Partners, Ltd.., Store 1834 (Doc. 3281)

   *Approved - ord/signed*

(4) McDaniel Food Mgmt. of Alexandria, Inc., Store 1566 (Doc. 3286)

   *Approved - ord/signed*

(5) Big Star of Farmerville, Inc., Store 1541 (Doc. 3285)

   *Approved - ord/signed*

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

RULING: