UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

STIPULATION AND WAIVER REGARDING TIME
REQUIREMENTS ON MOTION FOR RELIEF FROM STAY
FILED BY CONCORD FUND IV RETAIL, L.P.

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Concord Fund IV Retail, L.P. (the "Movant") stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by the Movant (the "Motion") (Docket No. 2948). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or after September 26, 2005 and (ii) the continuation of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

automatic stay in effect pending the conclusion of such hearing and determination of the Motion under § 362(d).

Dated: September 1, 2005

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Edwin W. Held, Jr.*    Edwin W. Held, Jr.    David L. Gay | By  *s/ James H. Post*    James H. Post |
| Florida Bar Number 162574  Florida Bar Number 839221  1301 Riverplace Boulevard, Suite 1916  Jacksonville, Florida  32207  (904) 398-7038  (904) 398-4283 (facsimile)  eheld@hilawfirm.com | Florida Bar Number 175460  225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Attorneys for Concord Fund IV Retail, L.P. | -and- |
| * Counsel has authorized his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  D. J. Baker  Sally McDonald Henry  Rosalie Gray  Four Times Square  New York, New York 10036  (212) 735-3000  (212) 735-2000 (facsimile)  rgray@skadden.com |
| | Attorneys for the Debtors |

504527