

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   **WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

Jim Post p

**Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims Filed by Debtor (2976)**

*Approved procedure w/ex to Cred. Comttee*
*Cont'd to 9/22 Calendar*

Objection to Debtor's Motion filed by Wah Hong Go (Doc. 3127)

*Ord/Agreed*

Limited Objection to Debtors' Motion filed by Delford Drew, et. al (Doc. 3200)

*Settled*

Limited Objection to Debtors' Motion filed by the Unsecured Creditor's Committee (Doc. 3201)

*Settled*

Objection to Motion filed by US Trustee (Doc. 3202)

*(Notice will be reformed)*

**APPEARANCES:**
**US TRUSTEE:**     ELENA ESCAMILLA P p
**UNSEC. CRED:**    JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
**WAH HONG GO:**    ANTHONY SANCHEZ
**DELFORD DREW:**   KIMBERLY ISRAEL p
                    Doug Chunn p
**RULING:**         Carol Denniston p (Equity Cmttee)