

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Approving Notice Procedures Regarding Omnibus Claim Objections and Schedule Amendment Motions Filed by Debtor (2978)

*Approved - ord/signed*

Limited Objection to Debtors' Motion filed by Victory Real Estate Investments, LLC, et al (Doc. 3196)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
VICTORY REAL ESTATE:   EARL BARKER

RULING: