Case 3:05-bk-03817-JAF   Doc 3323   Filed 09/01/05   Page 1 of 1



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 1, 2005
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Determination of Adequate Assurance of Payment of Utilities Required Under 11 U.S.C. Section 366 Filed by Debtor (1875)

*Denied*
*ord/Busey*

City of Plaquemine:    Phil Canova p
APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

RULING: