

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 1, 2005
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion for Modification of Security Deposit for Utility Service Filed by City of Plaquemine City Light and Water Plant (1688)**

Objection to Motion filed by Debtor (Doc. 2615)

*Taken care of by preceding hearing*

**APPEARANCES:**
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR
CITY OF PLAQUEMINE:   L. PHILLIP CANOVA/GINA SCHLEGEL

**RULING:**