## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER AUTHORIZING (I) RETROACTIVE REJECTION OF REAL PROPERTY LEASES AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY

These cases came before the Court for hearing on September 1, 2005 upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing the rejection by the Debtors effective retroactively of the unexpired non-residential real property leases listed on Exhibit A (collectively, the "Leases") (the "Motion"). Limited Objections (collectively, the "Limited Objections") to the Motion were filed by each of (a) Catamount LS-KY, LLC, as assignee of Helene Funk and Peter W. Merner, as nominee fro John H. O. La Gatta, as successor to Flask Corporation, in connection with the Lease governing Store Number 1676 (the "1676 Lease") and (b) Woodbury (E&A), LLC, the lessor under the Lease governing Store Number 1233 (the "1233 Lease"), which Limited Objections were withdrawn prior to the hearing based upon an agreement of the parties. The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

---

[1]    All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted.

2.    Except as limited by Paragraph 3 of this Order, the Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a), and each Lease is deemed rejected, effective as of the earlier of (a) the date upon which the Debtors provide notice of termination to the Landlord under the respective Lease and tender possession of the premises to such Landlord and (b) the date of entry of an order approving the rejection.

3.    The Debtors are authorized to reject the 1676 Lease and the 1233 Lease pursuant to 11 U.S.C. § 365(a), the 1676 Lease and the 1233 Lease are each deemed rejected effective as of the date of entry of an order approving the rejection, and the landlord parties to such Leases are free to relet the subject premises free of Debtors' interests in such premises.

4.    Claims for any rejection damages resulting from the rejection of the Leases shall be filed no later than thirty (30) days after the date of entry of this Order.

5.    Any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. Any Landlord who seeks to dispose of any such abandoned property shall provide fifteen days written notice of such intent to the Debtors, who will forward such notice to any party who the Debtors advise is likely to have an interest in such property.  Unless such interested party removes the property from the premises within such fifteen-day period, or within a longer period that is established by written agreement among the parties, the Landlord shall be entitled to dispose of the abandoned property as it deems fit.

6.    Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases.

2

7.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 992 | 3334 Halifax Road<br>South Boston, VA 24592 | WBFV, INC. |
| 1233 | 3230 Augusta Road<br>West Columbia, SC 29169 | Woodberry Plaza E&A, LLC |
| 2047 | Mebane Oaks Road/Peartree Road<br>Mebane, NC 27302 | BHBS, Inc. |
| 1676 | 1148 South 4th Street<br>Louisville, KY 40203 | John H.O. La Gatta |