1

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
SEP 1 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE STORES,                Case No. 05-3817-3F1

    Debtor.
_____/

TRANSCRIPT OF PROCEEDINGS

Hearing re: MOMO Management, Inc., or Four Florida Shopping Centers, Objection to Store 360, before the Honorable Jerry A. Funk, United States Bankruptcy Judge, to commence at 10:00 a.m., on Friday, July 29, 2005, Courtroom 4D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, as reported by Gayle J. Featheringill, CVR-CM-PNSC, Notary Public, State of Florida at Large.

- - -

ORIGINAL

STATEWIDE REPORTING SERVICE
606 BLACKSTONE BUILDING
JACKSONVILLE, FLORIDA 32202
(904) 353-7706            249-9952
EXPERTS IN MEDICAL, TECHNICAL & EXPEDITED TRANSCRIPTS

## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| MOMO Management, Inc., or Four Florida Shopping Centers Store 360 | 3 |

- - -

## E X H I B I T S

(None offered)

- - -

## APPEARANCES

STEPHEN D. BUSEY, Esquire

CYNTHIA JACKSON, Attorney-at-law

JAMES MacINNIS, Esquire

ROBERT LeHANE, Esquire

- - -

P R O C E E D I N G S

| | |
|---|---|
| 1 | |
| 2 | July 29, 2005                                          10:59 a.m. |
| 3 | - - - |
| 4 | THE COURT: Next. |
| 5 | MS. JACKSON: Next on the agenda is MOMO, |
| 6 | M-O-M-O, Management, Inc., Store Number 360, in |
| 7 | Naples. |
| 8 | Your Honor, we understand that the landlord |
| 9 | has a number of objections to this sale, and a |
| 10 | MOMO representative is not here. And we have a |
| 11 | second bid, a very close bid, and the debtors |
| 12 | have decided to go forward with the second bid, |
| 13 | the competing bid. |
| 14 | And we will present that at another time, |
| 15 | another hearing. |
| 16 | THE COURT: So you are withdrawing the |
| 17 | motion? |
| 18 | MS. JACKSON: As to MOMO Management. |
| 19 | THE COURT: Very well. I need a written |
| 20 | notice of withdrawal. |
| 21 | MS. JACKSON: I will, Your Honor. |
| 22 | (Off 11:00 a.m.) |
| 23 | (On 3:55 p.m.) |
| 24 | MR. BUSEY: Your Honor, the other matter |
| 25 | that I'd like to deal with is, we discussed |

1   this morning Number 4, which was a proposed
2   assumption and assignment of the lease on Store
3   Number 360, the MOMO Management, Inc.
4       THE COURT:  Right.
5       MR. BUSEY:  And it says "or Four Florida
6   Shopping Centers, Inc."  Four Florida Shopping
7   Centers, Inc., is the landlord on that store.
8   Mr. LeHane represents them.
9       MOMO Management, Inc., did not show for
10  today's hearing.  Under the terms of our asset
11  purchase agreement, debtors have the ability to
12  withdraw from that agreement under those
13  circumstances with MOMO Management, Inc.
14      And, rather than withdraw the motion, we'd
15  like to amend the motion and assume and assign
16  the lease, that is, terminate the lease, by
17  agreement with Four Florida Shopping Centers,
18  Inc.
19      The agreement under the purchase agreement
20  with MOMO Management, Inc., was that they would
21  pay us $225,000.  The landlord has agreed, in
22  lieu of that, to pay us $200,000 and waive
23  prepetition claims and cure claims, which has a
24  value to the estate of $219,000, altogether.
25      And the debtors, therefore, by my speaking,

```
 1    move to amend the motion to permit the
 2    termination of the lease in favor of the
 3    landlord, Four Florida Shopping Centers, for
 4    that consideration.
 5         THE COURT:  Position of the creditors
 6    committee?
 7         MR. MacINNIS:  Your Honor, James MacInnis,
 8    Milbank, Tweed, Hadley & McCoy.  We do not
 9    object.
10         THE COURT:  Very well.  Is the landlord
11    still willing for that?
12         MR. LeHANE:  That's correct, Your Honor.
13    The landlord is willing and, in fact, has
14    executed a termination agreement consistent
15    with the terms outlined by Mr. Busey.
16         THE COURT:  The Court will approve the oral
17    motion, or the modification of the written
18    motion, and will look to you for an order of
19    approval.
20         MR. BUSEY:  We will do.  Thank you, Your
21    Honor.
22                        (Whereupon, at 3:57
23                         o'clock p.m., on Friday,
24                         July 29, 2005, the hearing
25                         in the above-entitled
```

1              Matter was closed.)
2                    - - -

# C E R T I F I C A T E

STATE OF FLORIDA    )
COUNTY OF DUVAL     )

    I, Gayle J. Featheringill, CVR-CM-PNSC, Certified Verbatim Reporter and Notary Public, State of Florida at Large, do hereby certify that the attached material represents the original Record of proceedings before the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, before the Honorable Jerry A. Funk, United States Bankruptcy Judge, in the matter of WINN-DIXIE STORES, INC.; such Record is an accurate and complete recordation of the proceedings which took place. A transcript of this Record has been produced August 25, 2005, the original of which was delivered to the Records Custodian.

GAYLE J. FEATHERINGILL, CVR-CM-
PNSC, Notary Public, State of
Florida at Large.



GAYLE J. FEATHERINGILL
MY COMMISSION # DD 157410
EXPIRES: January 19, 2007
Bonded Thru Budget Notary Services