[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                            Case No. 3:05−bk−03817−JAF
                                                                                  Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED FINAL HEARING

   NOTICE IS GIVEN that a hearing Motion for Relief From Stay filed by Sarria Enterprises, Inc. is rescheduled for Final Hearing to October 3, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated August 30, 2005 .

                                    David K Oliveria , Clerk of Court
                                    300 North Hogan Street Suite 3−350
                                    Jacksonville, FL 32202


Copies furnished to:
Debtor
Attorneys for Debtor
Attorney for Movant
US Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Aug 30, 2005
Case: 05-03817                 Form ID: 3902a            Total Served: 4

The following entities were served by first class mail on Sep 01, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Michael A Kaufman,    Michael A Kaufman PA,   1601 Forum Place,   Suite 404,
             West Palm Beach, FL 33401-8103
ust        +United States Trustee - JAX,    135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2005**                        **Signature:** _Joseph Speetjens_