UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                      Chapter   11
                                                            Case No.   3-05-bk-3817-JAF
WINN-DIXIE STORES, INC., et al.,

    Debtors.
_____/

**WEBBER COMMERCIAL PROPERTIES, LLC
LIMITED OBJECTION TO DEBTORS' NOTICE OF INTENT
TO ABANDON FURNITURE, FIXTURES, AND EQUIPMENT**
[Docket No. 3303]

Webber Commercial Properties, LLC ("Landlord"), by and through its undersigned counsel, landlord to the Debtors' Store No. 740 and located at 18011 South Tamiami Trail, Fort Myers, Lee County, Florida, files its limited objection to the Debtors' Notice of Intent to Abandon Furniture, Fixtures, and Equipment (the "Notice") (Dkt. No. 3303), and states:

1.    The Debtors do not state in the Notice when the deadline is for selling the furniture, fixtures, and equipment (the "FF&E") before the Debtors will abandon the FF&E to the applicable landlords.

2.    Landlord requests that the Debtors advise Landlord if the Debtors will honor the Lease for Store 740 in accordance with paragraph 25 of the Lease as follows:

> 25. The tenant will yield up the demised premises and all additions thereto (except signs, equipment and trade fixtures installed by Tenant at its expense) at the termination of the tenancy in as good and tenantable condition as the same are at the beginning of Tenant's occupancy, reasonable wear and tear, damage by fire and other causalities and condemnation appropriation by eminent domain excepted, and also excepting any damage, disrepair and other

condition that the Landlord is obligated hereunder to repair or correct. It is understood, however, that Tenant shall not be required to restore the demised premises to their original state.

**WHEREFORE**, Landlord requests the Court to direct the Debtors or their liquidating agent to respond to Landlord's request regarding the deadline for sale of the FF&E in Store 740 and the abandonment of the FF&E in Store 740 to the Landlord, to notify the Landlord of the Debtors' intentions of honoring paragraph 25 of the Lease, and for such other and further relief as may be just and proper

Dated: September 2, 2005.

  /s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
  FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
(813) 223-7474
Attorneys for Webber Commercial
Properties, LLC

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the Foregoing Limited Objection to Debtors' Notice of Intent to Abandon Furniture, Fixtures, and Equipment was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U. S. Bankruptcy Court on this 2nd day of September 2005:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.,**
**c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

                                    /s/ William Knight Zewadski
                                            Attorney