**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    Case No.: 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,          Chapter 11

      Debtors.                                          Jointly Administered

_____/

**ADMINISTRATIVE ORDER PURSUANT TO BANKRUPTCY CODE**
**SECTION 107(b) AND BANKRUPTCY RULE 9018**
**GRANTING LEAVE TO FILE MOTION SEEKING**
**DISBANDMENT OF EQUITY COMMITTEE UNDER SEAL**

This matter is before the Court on the motion (the
"Motion") of the official committee of unsecured creditors (the
"Creditors Committee") of Winn-Dixie Stores, Inc. and its
affiliated debtors and debtors in possession in the above-
captioned cases (collectively, "Winn-Dixie" or the "Debtors"),
for entry of an order, pursuant to 11 U.S.C. § 107(b) and Rule
9018 of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules"), seeking authority to file under seal its
motion for disbandment of the Equity Committee;[1] the Court having
reviewed the Motion; and the Court finding it has jurisdiction
over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and
after due deliberation thereon; and sufficient cause appearing
therefor, it is

_____

[1]    Capitalized terms used herein and not otherwise defined
have the meanings set forth in the Motion.

{JA248533;2}

ORDERED AND ADJUDGED THAT:

     1.   The Motion is granted.

     2.   The Creditors Committee is authorized to file the Disbandment Motion under seal.

     3.   The Disbandment Motion shall remain under seal and confidential and shall not be made available to anyone other than (i) the Court and (ii) on the condition that they agree to maintain the confidentiality of the Confidential Information, the Limited Recipients.

DATED this _1st_ day of _Sept_, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
John B. Macdonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

{JA248533;2}

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, FL 32801

{JA248533;2}