UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

CASE NO.:   05-3817-3F1JAF

Chapter 11

Jointly Administered

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

Jason B. Burnett and Kenneth B. Jacobs of GrayRobinson, P.A. gives notice of their appearance as counsel of record for **Blaine Lake LLC as successor-in-interest to Morris Investment Company** ("Blaine Lake") and request, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all notices, pleadings or other documents to be served on Blaine Lake be served on it in care of the undersigned counsel.

DATED this 2nd day of September, 2005.

GRAY/ROBINSON, P.A.

By: _____
Jason B. Burnett
Florida Bar No.: 822663
Kenneth B. Jacobs
Florida Bar No.: 965080
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Attorneys for Blaine Lake, LLC
as successor-in-interest to
Morris Investment Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 1005, I served copies of the attached Notice of Appearance and Request for Service of Notices by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

\990000009\900 - #4688 v1

_____
Attorney