UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    CASE NO.:   05-3817-3F1JAF

WINN-DIXIE STORES, INC., et al.,                          Chapter 11

    Debtors.                                              Jointly Administered
_____/

**OBJECTION OF BLAINE LAKE, LLC TO AMENDED MOTION OF THE DEBTORS FOR ORDER AUTHORIZING THE DEBTORS (I) TO SELL LEASEHOLD INTERESTS IN TARGETED STORES FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (II) TO ASSUME AND ASSIGN LEASES, (III) TO REJECT TARGETED LEASES THE DEBTORS ARE UNABLE TO SELL, AND (IV) GRANTING RELATED RELIEF**

Blaine Lake, LLC, as successor-in-interest to Morris Investment Company ("Blaine Lake"), by and through its undersigned counsel, objects to the Debtors' amended motion to assume and assign the Debtors' lease of store number 2002 located in Charlotte, North Carolina to MD Investment, LLC and states as follows:

1. Blaine Lake is the Landlord for store number 2002 located in Charlotte, North Carolina.

2. Store number 2002 is located in a shopping center within the meaning of 11 U.S.C. § 365(b)(3).

3. Blaine Lake objects to the assignment of the Debtors' lease for store number 2002 to MD Investment, LLC on the ground that Blaine Lake has not been provided with adequate assurance of future performance under the lease pursuant to 11 U.S.C. § 365(b)(1).

4. Blaine Lake reserves the right to amend, supplement, or modify this objection as it deems necessary.

WHEREFORE, Blaine Lake prays that the Debtors' amended motion to assume and assign the Debtors' lease of store number 2002 located in Charlotte, North Carolina to MD Investment, LLC be denied.

DATED this 2nd day of September, 2005.

GRAY/ROBINSON, P.A.

By _____
Jason B. Burnett
Florida Bar No.: 822663
Kenneth B. Jacobs
Florida Bar No.: 965080
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Attorneys for Blaine Lake, LLC
as successor-in-interest to
Morris Investment Company

\710040\1 - # 4695 v1

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on September 2, 2005.

Adam Ravin
D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Ddunne@milbank.com

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Water Street
Jacksonville, FL 32202
cjackson@smithhulsey.com

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, New York 10169
Jhelfat@oshr.com

Matthew S. Barr
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Mbarr@milbank.com

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

_____
Attorney

\990000009\900 - # 4687 v1