**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | |
| _____/ | |

**NOTICE OF APPREARANCE AS COUNSEL AND REQUEST FOR NOTICE**

COME NOW the undersigned attorneys and hereby file this, their Notice of Appearance as Counsel for the AD HOC COMMITTEE OF WINN-DIXIE RETIREES pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b), and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the office and address set forth below.

Please take further notice that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, facsimile, electronic mail or otherwise, which affect or seek to affect the Debtors, their respective property and/or property of the estate.

Dated this 2nd day of September, 2005.

FRIEDLINE & McCONNELL, P.A.

/s/ Jerrett M. McConnell
_____
RODGER J. FRIEDLINE
FL BAR NO. 0813788
JERRETT M. MCCONNELL
FL BAR NO. 0244960
1756 University Blvd. S.
Jacksonville, FL 32216
(904) 727-7850
Attorneys for Ad Hoc Committee of Winn-Dixie Retirees