**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.: 3:05-bk-03817-JAF

      Debtors.                                      Chapter 11

                                                           Jointly Administered

_____/

## ORDER GRANTING WAH HONG GO'S MOTION TO HAVE EVIDENCE AND ARGUMENTS SUPPORTING HIS MOTION FOR RELIEF FROM STAY STAND OVER AS FURTHER OBJECTION TO DEBTORS' MOTION FOR ORDER ESTABLISHING A CLAIMS RESOLUTION PROCEDURE AND AUTHORIZING DEBTOR TO SETTLE OR LIQUIDATE CERTAIN PRE-PETITION CLAIMS

These cases came before the Court upon Wah Hong Go's Motion to Have Evidence and Arguments Supporting his Motion for Relief from Stay Stand Over as Further Objection to Debtors' Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtor to Settle or Liquidate Certain Pre-Petition Claims (the "Motion"). The Court has reviewed the Motion and finds that granting the Motion will not prejudice any other party and will further the interest of judicial economy. It is

**ORDERED:**

Wah Hong Go's Motion to Have Evidence and Arguments Supporting his Motion for Relief from Stay Stand Over as Further Objection to Debtors' Motion for Order

Establishing a Claims Resolution Procedure and Authorizing Debtor to Settle or Liquidate Certain Pre-Petition Claims is granted.

**DATED** this 30 day of August, 2005 in Jacksonville, Florida.

_____
**Jerry A. Funk**
United States Bankruptcy Judge

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3              User: cartes               Page 1 of 1                 Date Rcvd: Aug 31, 2005
Case: 05-03817                    Form ID: pdfdoc            Total Served: 5

The following entities were served by first class mail on Sep 02, 2005.
aty          +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,   New York, NY 10036-6522
aty          +Anthony F Sanchez,   Law Offices of Anthony F Sanches PA,   Alfred I Dupont Building,
               169 East Flagler Street,   Suite 1500,   Miami, FL 33131-1207
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty          +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
               New York, NY 10005-1401
aty          +John B. Macdonald,    Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
               Jacksonville, FL 32202-3646

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2005**                                **Signature:** *Joseph Speetjens*