# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 2, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 6, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:  05-03817-3F1**

CREDITOR ID: 241761-12
AIRGAS CARBONICS
DEPT 0822
PO BOX 120001
DALLAS, TX 75312-0822

CREDITOR ID: 411384-97
AIRGAS CARBONICS
ATTN: HAL STERMER, CRED MGR
1110 NASA RD #1
HOUSTON TX 77058

CREDITOR ID: 242082-12
ALTERNATIVE ELECTRICAL SERVICES INC
ATTN THOMAS ROBERTS, PRES
PO BOX 58479
LOUISVILLE, KY 40268-0479

CREDITOR ID: 383971-47
AMERICAN FOODS GROUP
DANIEL URFER
544 ACME ST
GREEN BAY, WI 54302

CREDITOR ID: 411386-97
AMERICAN FOODS GROUP
ATTN: DOUGLAS HAGEN, CFO
544 ACME STREET
GREEN BAY WI 54302

CREDITOR ID: 242321-12
AMERIPLUS INC
ATTN STEVEN W POIRIER, PRES
PO BOX 1739
OLDSMAR FL 34677

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 689-03
CITY OF OPELIKA
ATTN GARY FULLER, MAYOR
1010 AVENUE C
PO BOX 390
OPELIKA AL 36801

CREDITOR ID: 247285-12
CRYSTAL SPRINGS WATER COMPANY
ATTN: RON BENNETT
6750 DISCOVERY BOULEVARD
MABLETON, GA 30126

CREDITOR ID: 247310-12
CUELLARS SAFE & LOCK CO INC
ATTN: XIOMARA CUELLAR, PRES
7 N ROSALIND AVE
ORLANDO, FL 32801

CREDITOR ID: 411383-97
DAIRY FRESH OF ALABAMA LLC
ATTN: KATHY TURNER, VP/CFO
PO DRAWER 8
COWARTS AL 36321

CREDITOR ID: 410929-15
DAIRY FRESH OF ALABAMA, LLC
ATTN SUZANNE HOLSTON, CR MGR
PO BOX 10457
PRICHARD AL 36610

CREDITOR ID: 249626-12
FLANDERS PRECISIONAIRE
CORPORATE OFFICES
ATTN PAMELA M BRANDEN,  PARALEGAL
PO BOX 7568
ST PETERSBURG FL 33734-7560

CREDITOR ID: 411385-97
FLANDERS PRECISIONAIRE
ATTN: JOHN HODSON
2399 26TH AVENUE N
ST PETERSBURG FL 33713

CREDITOR ID: 249667-12
FLOOR EQUIPMENT SERVICE CO INC
ATTN CAMILLE WHITTAKER, SEC/TREAS
300 N MEADOW STREET
METAIRIE, LA 70003

CREDITOR ID: 405899-15
FPL FOOD LLC DBA
SHAPIRO PACKING COMPANY INC
1301 NEW SAVANNAH ROAD
AUGUSTA GA 30901

CREDITOR ID: 250851-12
GREEN BAY DRESSED BEEF
DIV OF AMERICAN FOODS GROUP
ATTN: DOUGLAS HAGEN, CFO
PO BOX 1450 WF# 7732
MINNEAPOLIS, MN 55485-7732

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 278923-30
MATTERN WHOLESALE FLORISTS
1215 ATLANTA AVENUE
ORLANDO, FL 32806

CREDITOR ID: 403494-15
MATTERN WHOLESALE FLORISTS
ATTN TINA W MATTERN
1857 LAKE GROVE LN
ORLANDO FL 32806

CREDITOR ID: 384270-47
NU-TEC ROOFING CONTRACTORS, INC
ATTN HIGINIO RODRIGUEZ DILLINGER
519 CRATER LANE
TAMPA, FL 33619

CREDITOR ID: 259166-12
R&R SHEET METAL, INC
ATTN KATHY ROWELL
PO BOX 49
FOXWORTH, MS 39483

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 259696-12
RIVERSIDE MEDIA GROUP, INC
ATTN JOHN MICHAEL LOCKHART
570 N JEFFERSON AVE
PO BOX 771
PORT ALLEN, LA 70767-0771

CREDITOR ID: 411382-97
SHAPIRO PACKING COMPANY INC
C/O HUGHES HUBBARD & REED LLP
ATTN: DANIEL S LUBELL, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 380955-47
SUPERIOR COMMERCIAL ROOFING
ATTN: ROBERT LAROSA, CFO
1669 LITTON DRIVE
STONE MOUNTAIN, GA 30083-1116

CREDITOR ID: 262339-12
SWEET BLESSINGS
ATTN BUD MURDOCK, VP
23805 STUART RANCH ROAD, STE 220
MALIBU, CA 90265

CREDITOR ID: 395735-65
SYLVANIA LIGHTING SERVICES
ATTN: HENRICUS PETERS, PRES
PO BOX 96924
CHICAGO, IL 60693-6924

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 262356-12
SYLVANIA LIGHTING SERVICES CO
ATTN W DONALDSON/C BAXTER
100 ENDICOTT STREET
DANVERS MA 01923

CREDITOR ID: 263407-12
TRADER PUBLISHING CO
ATTN LORI SHUN, CR MGR
PO BOX 17359
CLEARWATER, FL 33762-0359

CREDITOR ID: 411387-97
TRADER PUBLISHING CO
ATTN: DEBORAH LAUBER, ACCTNG MGR
PO BOX 17359
CLEARWATER FL 33762-0359

**Total:   33**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.:** 05-03817-3F1

**Docket No.:** 3120

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AIRGAS CARBONICS

Name of Transferor

ASM CAPITAL LP

Name of Transferee

AIRGAS CARBONICS
DEPT 0822
PO BOX 120001
DALLAS, TX 75312-0822

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.:  241761

Phone: 5162246040
Account No.:  399729

AIRGAS CARBONICS
ATTN: HAL STERMER, CRED MGR
1110 NASA RD #1
HOUSTON TX 77058

Phone:
Account No.:  411384

Claim No.: 32330
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $46,364.13

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

Docket No.: 3287

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ALTERNATIVE ELECTRICAL SERVICES INC | LIQUIDITY SOLUTIONS, INC |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| ALTERNATIVE ELECTRICAL SERVICES INC | LIQUIDITY SOLUTIONS, INC |
| ATTN THOMAS ROBERTS, PRES | DBA REVENUE MANAGEMENT |
| PO BOX 58479 | ATTN JEFFREY CARESS |
| LOUISVILLE, KY 40268-0479 | ONE UNIVERSITY PLAZA STE 312 |
| | HACKENSACK NJ 07601 |

| | |
|---|---|
| Phone: 502 962 2448 | Phone: 2019680001 |
| Account No.: 242082 | Account No.: 399393 |

| | |
|---|---|
| Claim No.: 1839 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 05/17/2005 | Transfer Amount: $1,354.90 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                      /s/ Logan & Company, Inc.

                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3254

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| AMERICAN FOODS GROUP | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| AMERICAN FOODS GROUP | ASM CAPITAL LP |
|---|---|
| DANIEL URFER | ATTN ADAM MOSKOWITZ |
| 544 ACME ST | 7600 JERICHO TPK STE 302 |
| GREEN BAY, WI 54302 | WOODBURY NY 11797 |

Phone:                                             Phone: 5162246040
Account No.:  383971                               Account No.:  399729

AMERICAN FOODS GROUP
ATTN: DOUGLAS HAGEN, CFO
544 ACME STREET
GREEN BAY WI 54302

Phone:
Account No.:  411386

Claim No.: 35719                        Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 04/07/2005            Transfer Amount: $54,762.64

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                        /s/ Logan & Company, Inc.

                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                     Case No.: **05-03817-3F1**

                                                                               Docket No.: **3206**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERIPLUS INC                                          ASM CAPITAL LP

Name of Transferor                                    Name of Transferee

AMERIPLUS INC                                          ASM CAPITAL LP
ATTN STEVEN W POIRIER, PRES                            ATTN ADAM MOSKOWITZ
PO BOX 1739                                            7600 JERICHO TPK STE 302
OLDSMAR FL 34677                                       WOODBURY NY 11797

Phone: 813 855 6688                                    Phone: 5162246040
Account No.:  242321                                   Account No.:  399729

Claim No.: 1650                                        Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/16/2005                           Transfer Amount: $17,656.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                                       /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3154

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CITY OF OPELIKA | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CITY OF OPELIKA | MADISON INVESTMENT TRUST - SERIES 3 |
| ATTN GARY FULLER, MAYOR | ATTN KRISTY STARK |
| 1010 AVENUE C | 6310 LAMAR AVE STE 120 |
| PO BOX 390 | OVERLAND PARK KS 66202 |
| OPELIKA AL 36801 | |

| | |
|---|---|
| Phone: 334 705 5570 | Phone: 800 896 8913 |
| Account No.:  689 | Account No.:  405906 |

| | |
|---|---|
| Claim No.: 3086 | Full Transfer: (X)         Partial Transfer: |
| Date Claim Filed: 05/31/2005 | Transfer Amount: $33,228.43 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **3198**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CRYSTAL SPRINGS WATER COMPANY

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

CRYSTAL SPRINGS WATER COMPANY
ATTN: RON BENNETT
6750 DISCOVERY BOULEVARD
MABLETON, GA 30126

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:

Account No.:  247285

Phone: 800 896 8913

Account No.:  405906

Claim No.: 30598

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $5,194.71

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3194

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CUELLARS SAFE & LOCK CO INC

Name of Transferor

CUELLARS SAFE & LOCK CO INC
ATTN: XIOMARA CUELLAR, PRES
7 N ROSALIND AVE
ORLANDO, FL 32801

Phone:
Account No.:  247310

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058
Account No.:  407577

Claim No.: 30600

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $6,070.06

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **2681**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAIRY FRESH OF ALABAMA, LLC

Name of Transferor

DAIRY FRESH OF ALABAMA, LLC
ATTN SUZANNE HOLSTON, CR MGR
PO BOX 10457
PRICHARD AL 36610

Phone: 251 456 3381
Account No.:  410929

DAIRY FRESH OF ALABAMA LLC
ATTN: KATHY TURNER, VP/CFO
PO DRAWER 8
COWARTS AL 36321

Phone:
Account No.:  411383

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.:  399729

Claim No.: 10107

Date Claim Filed: 07/29/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $126,314.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3155

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLANDERS PRECISIONAIRE

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

FLANDERS PRECISIONAIRE
CORPORATE OFFICES
ATTN PAMELA M BRANDEN,  PARALEGAL
PO BOX 7568
ST PETERSBURG FL 33734-7560

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 727 822 4411
Account No.:  249626

Phone: 800 896 8913
Account No.:  405906

FLANDERS PRECISIONAIRE
ATTN: JOHN HODSON
2399 26TH AVENUE N
ST PETERSBURG FL 33713

Phone:
Account No.:  411385

Claim No.: 34836
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $69,548.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

Docket No.: **3089**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLOOR EQUIPMENT SERVICE CO INC                              MADISON INVESTMENT TRUST - SERIES 3

Name of Transferor                                          Name of Transferee

FLOOR EQUIPMENT SERVICE CO INC                              MADISON INVESTMENT TRUST - SERIES 3
ATTN CAMILLE WHITTAKER, SEC/TREAS                           ATTN KRISTY STARK
300 N MEADOW STREET                                         6310 LAMAR AVE STE 120
METAIRIE, LA 70003                                          OVERLAND PARK KS 66202

Phone: 504 733 3630                                         Phone: 800 896 8913
Account No.:  249667                                        Account No.:  405906

Claim No.: 266                                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 03/22/2005                                Transfer Amount: $7,072.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                                            /s/ Logan & Company, Inc.

                                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3226

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FPL FOOD LLC DBA

Name of Transferor

SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferee

FPL FOOD LLC DBA
SHAPIRO PACKING COMPANY INC
1301 NEW SAVANNAH ROAD
AUGUSTA GA 30901

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 706 722 2694

Account No.: 405899

Phone:

Account No.: 407520

SHAPIRO PACKING COMPANY INC
C/O HUGHES HUBBARD & REED LLP
ATTN: DANIEL S LUBELL, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone:

Account No.: 411382

Claim No.: 2064

Date Claim Filed: 05/19/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $295,592.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3253

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GREEN BAY DRESSED BEEF | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| GREEN BAY DRESSED BEEF | ASM CAPITAL LP |
| DIV OF AMERICAN FOODS GROUP | ATTN ADAM MOSKOWITZ |
| ATTN: DOUGLAS HAGEN, CFO | 7600 JERICHO TPK STE 302 |
| PO BOX 1450 WF# 7732 | WOODBURY NY 11797 |
| MINNEAPOLIS, MN 55485-7732 | |

| | |
|---|---|
| Phone: | Phone: 5162246040 |
| Account No.: 250851 | Account No.: 399729 |

| | |
|---|---|
| Claim No.: 34904 | Full Transfer: (X)       Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $242,363.90 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3116

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MATTERN WHOLESALE FLORISTS                        ASM CAPITAL LP

Name of Transferor                               Name of Transferee

MATTERN WHOLESALE FLORISTS                        ASM CAPITAL LP
1215 ATLANTA AVENUE                               ATTN ADAM MOSKOWITZ
ORLANDO, FL 32806                                 7600 JERICHO TPK STE 302
                                                  WOODBURY NY 11797

Phone:                                            Phone: 5162246040
Account No.:  278923                              Account No.:  399729

MATTERN WHOLESALE FLORISTS
ATTN TINA W MATTERN
1857 LAKE GROVE LN
ORLANDO FL 32806

Phone: 407 423 7033
Account No.:  403494

Claim No.: 1204                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/09/2005                      Transfer Amount: $10,268.38

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3119

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NU-TEC ROOFING CONTRACTORS, INC

Name of Transferor

ASM CAPITAL LP

Name of Transferee

NU-TEC ROOFING CONTRACTORS, INC
ATTN HIGINIO RODRIGUEZ DILLINGER
519 CRATER LANE
TAMPA, FL 33619

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 813 622 7750
Account No.:  384270

Phone: 5162246040
Account No.:  399729

Claim No.: 392
Date Claim Filed: 03/31/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $6,316.92

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

                                                                   Docket No.: 3146

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

R&R SHEET METAL, INC                                ASM CAPITAL LP
Name of Transferor                                  Name of Transferee

R&R SHEET METAL, INC                                ASM CAPITAL LP
ATTN KATHY ROWELL                                   ATTN ADAM MOSKOWITZ
PO BOX 49                                           7600 JERICHO TPK STE 302
FOXWORTH, MS 39483                                  WOODBURY NY 11797


Phone: 601 736 1025                                 Phone: 5162246040
Account No.: 259166                                 Account No.: 399729


Claim No.: 185                                      Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 03/16/2005                        Transfer Amount: $10,121.71

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/02/2005                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3156

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RIVERSIDE MEDIA GROUP, INC

Name of Transferor

MADISON INVESTMENT TRUST - SERIES 3

Name of Transferee

RIVERSIDE MEDIA GROUP, INC
ATTN JOHN MICHAEL LOCKHART
570 N JEFFERSON AVE
PO BOX 771
PORT ALLEN, LA 70767-0771

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 225 336 0749
Account No.:  259696

Phone: 800 896 8913
Account No.:  405906

Claim No.: 854
Date Claim Filed: 04/26/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $6,560.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3113

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUPERIOR COMMERCIAL ROOFING

Name of Transferor

ASM CAPITAL LP

Name of Transferee

SUPERIOR COMMERCIAL ROOFING
ATTN: ROBERT LAROSA, CFO
1669 LITTON DRIVE
STONE MOUNTAIN, GA 30083-1116

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.:  380955

Phone: 5162246040
Account No.:  399729

Claim No.: 33048

Full Transfer: (X)          Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $88,587.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3288

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SWEET BLESSINGS | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| SWEET BLESSINGS | ASM CAPITAL LP |
| ATTN BUD MURDOCK, VP | ATTN ADAM MOSKOWITZ |
| 23805 STUART RANCH ROAD, STE 220 | 7600 JERICHO TPK STE 302 |
| MALIBU, CA 90265 | WOODBURY NY 11797 |

| | |
|---|---|
| Phone: 310 774 5318 | Phone: 5162246040 |
| Account No.:  262339 | Account No.:  399729 |

| | |
|---|---|
| Claim No.: 35428 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $48,762.21 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1

Docket No.: 3291

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SYLVANIA LIGHTING SERVICES CO                SM CAPITAL LP
Name of Transferor                           Name of Transferee

SYLVANIA LIGHTING SERVICES CO                ASM CAPITAL LP
ATTN W DONALDSON/C BAXTER                     ATTN ADAM MOSKOWITZ
100 ENDICOTT STREET                           7600 JERICHO TPK STE 302
DANVERS MA 01923                              WOODBURY NY 11797


Phone: 978 750 5541                          Phone: 5162246040
Account No.:  262356                         Account No.:  399729

SYLVANIA LIGHTING SERVICES
ATTN: HENRICUS PETERS, PRES
PO BOX 96924
CHICAGO, IL 60693-6924


Phone:
Account No.:  395735


Claim No.: 6862                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/19/2005                 Transfer Amount: $435,450.34


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/02/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.:**05-03817-3F1**

Docket No.:**3290**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SYLVANIA LIGHTING SERVICES CO

Name of Transferor

SYLVANIA LIGHTING SERVICES CO
ATTN W DONALDSON/C BAXTER
100 ENDICOTT STREET
DANVERS MA 01923

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 978 750 5541
Account No.:  262356

SYLVANIA LIGHTING SERVICES
ATTN: HENRICUS PETERS, PRES
PO BOX 96924
CHICAGO, IL 60693-6924

Phone: 5162246040
Account No.:  399729

Phone:
Account No.:  395735

Claim No.: 6863
Date Claim Filed: 07/19/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $796,884.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                                Docket No.: **3293**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SYLVANIA LIGHTING SERVICES CO                    ASM CAPITAL LP

Name of Transferor                               Name of Transferee

SYLVANIA LIGHTING SERVICES CO                    ASM CAPITAL LP
ATTN W DONALDSON/C BAXTER                         ATTN ADAM MOSKOWITZ
100 ENDICOTT STREET                              7600 JERICHO TPK STE 302
DANVERS MA 01923                                 WOODBURY NY 11797


Phone: 978 750 5541                              Phone: 5162246040
Account No.: 262356                              Account No.: 399729

SYLVANIA LIGHTING SERVICES
ATTN: HENRICUS PETERS, PRES
PO BOX 96924
CHICAGO, IL 60693-6924


Phone:
Account No.: 395735


Claim No.: 6864                                  Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 07/19/2005                     Transfer Amount: $234,653.88


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/02/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3292

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SYLVANIA LIGHTING SERVICES CO

Name of Transferor

SYLVANIA LIGHTING SERVICES CO
ATTN W DONALDSON/C BAXTER
100 ENDICOTT STREET
DANVERS MA 01923

Phone: 978 750 5541
Account No.: 262356

SYLVANIA LIGHTING SERVICES
ATTN: HENRICUS PETERS, PRES
PO BOX 96924
CHICAGO, IL 60693-6924

Phone:
Account No.: 395735

Claim No.: 32967
Date Claim Filed: 04/07/2005

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $23,100.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **3255**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TRADER PUBLISHING CO

Name of Transferor

TRADER PUBLISHING CO
ATTN LORI SHUN, CR MGR
PO BOX 17359
CLEARWATER, FL 33762-0359

Phone: 727 536 9050
Account No.: 263407

TRADER PUBLISHING CO
ATTN: DEBORAH LAUBER, ACCTNG MGR
PO BOX 17359
CLEARWATER FL 33762-0359

Phone:
Account No.: 411387

ASM CAPITAL LP

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 4744

Date Claim Filed: 06/27/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $4,617.98

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 2, 2005.