**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| WINN DIXIE STORES, INC. et al., | Case No. 05-03817 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a) and 9010(b), 2525 E. HILLSBOROUGH AVENUE, LLC ("Hillsborough"), hereby appears as a creditor and requests that the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties give notice to Hillsborough regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), and (i) and provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to Hillsborough at the following address:

> 2525 E. Hillsborough Avenue, LLC
> c/o Wendy L. Hagenau, Esq.
> and John A. Moore, Esq.
> Powell Goldstein, LLP
> One Atlantic Center, 14th Floor
> 1201 W. Peachtree Street, N.W.
> Atlanta, Georgia  30309-3488

Hillsborough does not intend that this Request for Notice or any later appearance, pleading or claim waive: (i) its right to trial by jury in any proceeding so triable in this case or in any case,

::ODMA\PCDOCS\ATL\902706\1

controversy, or proceeding related to this case; or (ii) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 6, 2005

POWELL GOLDSTEIN, LLP

    /s/ John A. Moore
Wendy L. Hagenau (Ga. Bar No. 316688)
John A. Moore (Fla. Bar No. 386596)
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, N.W.
Atlanta, Georgia  30309-3488
Telephone (404) 572-6600
Fax (404) 572-6999

Counsel for 2525 E. Hillsborough Avenue, LLC

## CERTIFICATE OF SERVICE

      This is to certify that on this day I served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by causing true and correct copies of the same to be placed in the U.S. Mail with adequate postage thereon addressed to the persons on the attached Service List:

    Dated:  September 6, 2005

          /s/ John A. Moore
John A. Moore (Georgia Bar No. 519792)
POWELL GOLDSTEIN, LLP
1201 W. Peachtree Street, N.W., 14th Floor
Atlanta, Georgia 30309
(404) 572-6600 Telephone
(404) 572-6999 Facsimile

Counsel for 2525 E. Hillsborough Avenue, LLC

- 2 -

## SERVICE LIST

| Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Adam Ravin, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
|---|---|
| Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | United States Trustee<br>Elena L Escamilla, Esq.<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 |

::ODMA\PCDOCS\ATL\902706\1