**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL

General Electric Capital Corporation ("GE"), by its attorneys, Moritt Hock Hamroff & Horowitz LLP, give notice of the withdrawal of its Limited Objection of General Electric Capital Corporation to Amended Motion for an Order Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreement, (B) to Sell Furniture, Fixtures, Equipment and Related Assets Free and Clear of Liens and Exempt from Stamp or Similar Taxes and (C) Granting Related Relief (Docket No. 3211).

Dated: September 6, 2005

                                        MORITT HOCK HAMROFF &
                                        HOROWITZ LLP
                                        Counsel for General Electric Capital Corporation


                                        By: /s/ Leslie A. Berkoff
                                        Leslie A. Berkoff (LB-4584)
                                        400 Garden City Plaza
                                        Garden City, NY 11530
                                        lberkoff@moritthock.com
                                        (516) 873-2000
                                        (516) 873-2010

AFFIDAVIT OF SERVICE


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NASSAU           )


      GABRIELLE OTLIN, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

      On the 6th day of September 2005, I served a true copy of the within Notice of Withdrawal via facsimile as indicated below:

TO:

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(917) 777-2150 (facsimile)


Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
(904) 359-7708 (facsimile)


                                      _/s/  Gabrielle Otlin_____
Sworn to before me this                    GABRIELLE OTLIN
6th day of September 2005

    _/s/  Doreen C. Keil_____
Doreen C. Keil
Notary Public
State of New York
No. 5000920
Qualified in Suffolk County
Commission Expires 8/24/06