# ORIGINAL

FILED
JACKSONVILLE, FLORIDA

SEP - 6 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC.:

                                :    No. 05-03817-3F1

    Debtor,                     :

                                :

WILLIE BURGESS,                 :

                                :

    Creditor.                   :

## MOTION FOR RELIEF FROM STAY

COMES NOW, Willie H. Burgess, by and through the undersigned counsel of record, and hereby files this Motion for Relief from Stay, stating in support as follows:

Willie H. Burgess is the Plaintiff in the case of Willie H. Burgess v. Save Rite Grocery Warehouse, Inc., United States District Court for the Northern District of Georgia, Civil Action File No. 1:04-CV-03763-RWS. This is an employment discrimination/retaliation action.

Upon information and belief, Defendant Save Rite Grocery Warehouse, Inc. merged into Winn-Dixie Raleigh, Inc. on December 28, 2004. Winn-Dixie Raleigh, Inc. filed a voluntary petition for bankruptcy court protection on February 21, 2005.

Mr. Burgess is listed as an unsecured creditor on Schedule 4a of Winn Dixie Raleigh, Inc.'s Statement of Financial Affairs. On or about June 24, 2005, Mr. Burgess filed a notice of proof

of claim with the Winn-Dixie Claims Docketing Center to protect his rights to the damages sought.

The creditor would show the Court that this claim is not so significant that to allow it to proceed would harm the ability of the Debtor to satisfy its obligations before the Bankruptcy Court.  The Debtor has a significant income stream, this claim is covered by insurance, and the Debtor will face no loss after paying the deductible.

This case is in its initial stages, and discovery, depositions, and other investigation must be conducted.  It is appropriate to allow the case to proceed so that a final value can be placed on Mr. Burgess' claim, and the matter resolved prior to the dissolution of the Winn-Dixie companies.

Therefore, Mr. Burgess requests that the Court grant immediate relief and waive the requirement of Bankruptcy Rule 4001(a)(3) and allow his case to proceed in the Northern District of Georgia, and that the Court enter an Order to enforce that decision.

(signatures on next page)

This _2<sup>d</sup>_ day of September, 2005.

Respectfully submitted,

_____
Noel L. Hurley
Georgia Bar No. 379685


_____
Tanis R. Miller
Georgia Bar No. 508433

The Georgia Law Group of Hurley, L. L. C.
1934 Washington Road
East Point, Georgia 30344    Attorneys for Willie H. Burgess
(404) 768 1990

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC.:
                                   :     No. 05-03817-3F1

     Debtor,              :

                                   :

WILLIE BURGESS,        :

                                   :

     Creditor.           :

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and accurate copy of the within and foregoing **Motion for Relief from Stay** by placing a true and correct copy thereof, proper postage affixed, into the United States mail, addressed as follows:

John F. Wymer III
Lindsay Errickson
King & Spalding, LLP
191 Peachtree Street
Atlanta, Ga. 30303-1763

This _2d_ day of September, 2005.

Respectfully submitted,

Noel L. Hurley
Georgia Bar No. 379685

Tanis R. Miller
Georgia Bar No. 508433

The Georgia Law Group of Hurley, L. L. C.
1934 Washington Road
East Point, Georgia 30344    Attorneys for Willie H. Burgess
(404) 768 1990

4