UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON SEPTEMBER 8, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on September 8, 2005 at 1:00 p.m. (ET):

**Contested Matters**

1. *Motion for Order Further Extending Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (Docket No. 2981)*

   Objection Deadline: August 25, 2005.

   Statements: (a) Official Committee of Unsecured Creditors (Docket no. 3193); and
   (b) Official Committee of Equity Security Holders (Docket No. 3223).

   Status: The Debtors will proceed with the Motion.

2. *Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 2983)*

Objection Deadline: August 25, 2005.

Objections:
(a) Deutsche Bank Trust Company (Docket No. 3177);
(b) Royal Oaks Brandon, Ltd. **Store No. 734** (Docket No. 3189);
(c) PMG Ocean Associates, LP **Store No. 260** (Docket No. 3192); and
(d) Victory Real Estate Investments, LLC, et al. **Store No 103** (Docket No. 3197).

Status: The Debtors will continue the hearing to September 22, 2005 as to the objections of PMG Ocean Associates, LP and Victory Real Estate Investments, LLC. The objection of Royal Oaks Brandon, Ltd. has been resolved. The Debtors will proceed with the Motion.

3. *Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

Purchaser(s):
(a) Wal-Mart Stores, Inc., **Store No. 206** (Docket No. 3167);
(b) Stiles West Associates, Ltd. **Store No. 229** (Docket No. 3301);
(c) MD Investment, LLC **Store No. 2002** (Docket No. 3095);
(d) Kaolin Plaza, LLC **Store No. 408** (Docket No. 3364);
(e) IDR Jr., Rose Holding LTD Partnership and SRE, Inc. **Store No. 847** (Docket No. 3370);
(f) EBR Limited Liability Company **Store**

|  |  |  |
|---|---|---|
|  |  | **No. 1466** (Docket no. 3375); |
|  | (g) | Valrico Partners, LP **Store No. 716** (Docket No. 3376); |
|  | (h) | FW NC-Shoppes of Kildare, LLC **Store No. 803** (Docket No. 3378); |
|  | (i) | E&A Southeast Limited Partnership **Store No. 2708** (Docket No. 3379); and |
|  | (j) | Waynesville Shopping Center **Store No. 1249** (Docket No. 3380) |
| Objections to Sales: |  | Blaine Lake, LLC **Store No. 2002** (Docket No. 3347). |
| Objections to Rejection Procedures: | (a) | Linpro Investments, Inc., et al. (Docket No. 3122); |
|  | (b) | Developers Diversified Realty Corp., et al. (Docket No. 3141); |
|  | (c) | Prudential Insurance Company of America, et al. (Docket No. 3165); |
|  | (d) | Heritage SPE, LLC, **Store No. 2106** (Docket No. 3125); |
|  | (e) | Catamount Rockingham, LLC, **Store No. 2045** (Docket No. 3100); and |
|  | (f) | Greenwood Plaza, Ltd., **Store No. 583** (Docket No. 3112). |
| Status: |  | The Debtors will proceed with the Motion as to (i) the Purchasers as noticed and (ii) the objections to rejection procedures. The objection by Linpro Investments, Inc., et al., Developers Diversified, et al., Prudential Insurance Company of America, et al., Heritage SPE, LLC, and Catamount Rockingham, LLC have been resolved. The objection by Greenwood Plaza, Ltd. has been continued to September 22, 2005. |

> 4. *Amended Motion for an Order Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreement, (B) to Sell Merchandise and Excess Equipment Free and Clear of Liens and Exempt from Stamp or Similar Taxes and (C) Granting Related Relief (Docket No. 3028)*

Objection Deadline: September 1, 2005.

Objections: General Electric Capital Corporation (Docket No. 3211).

Status: The Debtors will proceed with the Motion. General Electric Corporation has withdrawn the objection to the Motion (Docket No. 3362).

> 5. *Motion Regarding Filing Under Seal of Pleadings Related to Appointment of Equity Committee (Docket No. 3309)*

Objection Deadline: September 6, 2005.

Objections:
(a) Ad Hoc Committee of Winn-Dixie Retirees (Docket No. 3352); and
(b) United States Trustee (Docket No. 3366)

Status: The Debtors will proceed with the Motion.

Dated: September 7, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00506139