**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

Please take notice that ACE American Insurance Company hereby appears in the above-captioned case through its local counsel Duane Morris LLP; and such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone and facsimile numbers or electronic mail addresses indicated:

> Margery N. Reed, Esquire
> Wendy M. Simkulak, Esquire
> DUANE MORRIS LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196
> Telephone: (215) 979-1000
> Facsimile: (215) 979-1020
> mnreed@duanemorris.com
> wmsimkulak@duanemorris.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

PH1\1486360.1

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: September 7, 2005

        By: */s/ Wendy M. Simkulak*
        Paul L. Orshan, Esquire
        Florida Bar No. 776203
        plorshan@duanemorris.com
        DUANE, MORRIS, LLP
        200 S. Biscayne Boulevard
        Suite 3400
        Miami, FL  33131
        Tel: 305.960.2200
        Fax: 305.960.2201

        and

        DUANE MORRIS LLP
        Margery N. Reed, Esquire
        Wendy M. Simkulak, Esquire
        30 South 17th Street
        Philadelphia, PA 19103-4196
        Telephone: (215) 979-1000
        Facsimile: (215) 979-1020
        mnreed@duanemorris.com
        wmsimkulak@duanemorris.com

        Counsel to ACE American Insurance Company