**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

Please take notice that CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas) Inc. f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance Company hereby appears in the above-captioned case through its local counsel Duane Morris LLP; and such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone and facsimile numbers or electronic mail addresses indicated:

>Margery N. Reed, Esquire
>Wendy M. Simkulak, Esquire
>DUANE MORRIS LLP
>30 South 17th Street
>Philadelphia, PA 19103-4196
>Telephone: (215) 979-1000
>Facsimile: (215) 979-1020
>mnreed@duanemorris.com
>wmsimkulak@duanemorris.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also

includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: September 7, 2005

By: */s/ Wendy M. Simkulak*
Paul L. Orshan, Esquire
Florida Bar No. 776203
plorshan@duanemorris.com
DUANE, MORRIS, LLP
200 S. Biscayne Boulevard
Suite 3400
Miami, FL  33131
Tel: 305.960.2200
Fax: 305.960.2201

and

DUANE MORRIS LLP
Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
mnreed@duanemorris.com
wmsimkulak@duanemorris.com

Counsel to CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas) Inc. f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance Company