UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

Please take notice that Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company hereby appears in the above-captioned case through its local counsel Duane Morris LLP; and such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone and facsimile numbers or electronic mail addresses indicated:

>Margery N. Reed, Esquire
>Wendy M. Simkulak, Esquire
>DUANE MORRIS LLP
>30 South 17th Street
>Philadelphia, PA 19103-4196
>Telephone: (215) 979-1000
>Facsimile: (215) 979-1020
>mnreed@duanemorris.com
>wmsimkulak@duanemorris.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

PH1\1486350.1

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: September 7, 2005

          By: */s/ Wendy M. Simkulak*
          Paul L. Orshan, Esquire
          Florida Bar No. 776203
          plorshan@duanemorris.com
          DUANE, MORRIS, LLP
          200 S. Biscayne Boulevard
          Suite 3400
          Miami, FL  33131
          Tel: 305.960.2200
          Fax: 305.960.2201

          and

          DUANE MORRIS LLP
          Margery N. Reed, Esquire
          Wendy M. Simkulak, Esquire
          30 South 17th Street
          Philadelphia, PA 19103-4196
          Telephone: (215) 979-1000
          Facsimile: (215) 979-1020
          mnreed@duanemorris.com
          wmsimkulak@duanemorris.com

          Counsel to Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company