IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3-05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtor(s). | JOINTLY ADMINISTERED |

## MOTION OF ATTORNEY KAROL K. DENNISTON FOR ADMISSION PRO HAC VICE

I, Karol K. Denniston, an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, NE, Atlanta, Georgia 30308, hereby request admission to appear, *pro hac vice*, as proposed counsel on behalf of the Official Committee of Equity Holders appointed in the above-referenced bankruptcy case.

My office telephone number is (404) 815-2400. My office facsimile number is (404) 815-2424. My e-mail address is karolkdenniston@paulhastings.com.

I am admitted to practice in the courts of the State of California (admitted 1988), the State of Georgia (admitted 2003), the State of Texas (admitted 1985), the United States District Court for the Northern District of California (admitted 1988), the United States District Court for the Central District of California (admitted 1988), the United States District Court for the Southern District of California (admitted 1988), the United States District Court for the Northern District of Texas (admitted 1985) and the United States District Court for the Northern District of Georgia (admitted 2003).

I am a member in good standing of each of the aforementioned bars and am not currently suspended or disbarred in any court.

I am familiar with the local bankruptcy rules of this Court.

ATL/1131039.1

Respectfully submitted this 7th day of September, 2005

        PAUL, HASTINGS, JANOFSKY & WALKER LLP

        */s/ Karol K. Denniston*
        Karol K. Denniston
        Ga. Bar Number 218333
        600 Peachtree Street
        Suite 2400
        Atlanta, GA 30308
        Telephone: (404) 815-2400
        karolkdenniston@paulhastings.com

        - and -

        JENNIS & BOWEN, P.L.

        /s/David Jennis
        David Jennis
        Fla. Bar No. 775940
        400 North Ashley Drive
        Suite 2540
        Tampa, FL 33602
        Telephone: (813) 229-1700
        djennis@jennisbowen.com
        cbowen@jennisbowen.com

        - and -

        DOUGLAS D. CHUNN, P.A.
        Douglas D. Chunn
        Fla. Bar No. 172586
        One Independent Drive, Suite 3201
        Jacksonville, FL 32202
        Telephone: (904) 355-8800
        dchunn@chunnlaw.com