IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | |
| WINN-DIXIE STORES, INC., et al., | Case No.: 3-05-bk-03817-JAF<br>Chapter 11<br>JOINTLY ADMINISTERED |
| Debtor(s). | |

## NOTICE OF APPEARANCE AND REQUESTS FOR NOTICES

PLEASE TAKE NOTICE, that the Official Committee of Equity Holders (the "Equity Committee") appointed in the above-referenced bankruptcy cases, and pursuant to Fed. R. Bankr. P. 2002 and 9010, hereby requests the Clerk of the Court to enter their proposed counsel of record as follows, and that the undersigned proposed counsel receive all notices required by Bankruptcy Rule 2002. The Equity Committee hereby requests the Clerk of the Court to enter their appearance as follows:

Karol K. Denniston
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
karolkdenniston@paulhastings.com

David Jennis
Jennis & Bowen, P.L.
400 North Ashley Drive
Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
djennis@jennisbowen.com

Douglas D. Chunn
Chunn Law, P.A.
One Independent Drive, Suite 3201
Jacksonville, FL 32202
Telephone: (904) 355-8800
dchunn@chunnlaw.com

ATL/1132116.1

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

[signature on next page]

This 7th day of September, 2005.

>PAUL, HASTINGS, JANOFSKY & WALKER LLP
>
>*Karol K. Denniston/ccc*
>Karol K. Denniston
>Ga. Bar Number 218333
>600 Peachtree Street
>Suite 2400
>Atlanta, GA 30308
>Telephone: (404) 815-2400
>Facsimile: (404) 815-2424
>karolkdenniston@paulhastings.com
>
>- and -
>
>JENNIS & BOWEN, P.L.
>
>____/s/David Jennis_____
>David Jennis
>Fla. Bar No. 775940
>400 North Ashley Drive
>Suite 2540
>Tampa, FL 33602
>Telephone: (813) 229-1700
>Facsimile: (813) 229-1707
>djennis@jennisbowen.com
>
>- and -
>
>DOUGLAS D. CHUNN, P.A.
>Douglas D. Chunn
>Fla. Bar No. 172586
>One Independent Drive, Suite 3201
>Jacksonville, FL 32202
>Telephone: (904) 355-8800
>dchunn@chunnlaw.com
>
>***Proposed Co-Counsel to the Equity Committee***