UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 7, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 8, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.

**CASE:** 05-03817-3F1

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 247093-12
COURIER JOURNAL
ATTN: ROBERT LOVE, PRES
1828 DARBY DR
FLORENCE, AL 35630

CREDITOR ID: 403185-15
COURIER JOURNAL, INC
C/O L&L SERVICES, INC
ATTN LANNY L CARRUTHERS, VP
502 N MONTGOMERY AVENUE
SHEFFIELD AL 35660

CREDITOR ID: 411392-97
NEXSEN PRUET ADAMS ET AL
ATTN: JAMES H PULLIAM, ESQ
201 S TRYON ST, STE 1200
CHARLOTTE NC 28202

CREDITOR ID: 258087-12
PASKERT DISTRIBUTING CO
9318 FLORIDA PALM DRIVE
TAMPA, FL 33619

CREDITOR ID: 378302-15
PASKERT DISTRIBUTING, INC
C/O KASS SHULER SOLOMON ET AL
ATTN LARRY FOYLE ESQ
1505 N FLORIDA AVENUE
PO BOX 800
TAMPA FL 33601

CREDITOR ID: 407786-15
W/D LEXINGTON, LLC
C/O KRUG INVESTMENTS, LLC
ATTN: DAVID KRUG, MGR.
131 PROVIDENCE ROAD
CHARLOTTE NC 28207

**Total: 7**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 3143 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COURIER JOURNAL, INC | ASM CAPITAL LP |
| Name of Transferor | Name of Transferee |
| COURIER JOURNAL, INC<br>C/O L&L SERVICES, INC<br>ATTN LANNY L CARRUTHERS, VP<br>502 N MONTGOMERY AVENUE<br>SHEFFIELD AL 35660 | ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| Phone: 256 383 6940 | Phone: 5162246040 |
| Account No.: 403185 | Account No.: 399729 |
| COURIER JOURNAL<br>ATTN: ROBERT LOVE, PRES<br>1828 DARBY DR<br>FLORENCE, AL 35630 | |
| Phone:<br>Account No.: 247093 | |
| Claim No.: 10759 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 08/01/2005 | Transfer Amount: $17,567.43 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/07/2005 | /s/ Logan & Company, Inc.<br>Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 7, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

Docket No.: 3252

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| PASKERT DISTRIBUTING CO | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

PASKERT DISTRIBUTING CO  
9318 FLORIDA PALM DRIVE  
TAMPA, FL 33619

ASM CAPITAL LP  
ATTN ADAM MOSKOWITZ  
7600 JERICHO TPK STE 302  
WOODBURY NY 11797

Phone:　　　　　　　　　　　　　　　　　　　　　　Phone: 5162246040  
Account No.: 258087　　　　　　　　　　　　　　　　Account No.: 399729

PASKERT DISTRIBUTING, INC  
C/O KASS SHULER SOLOMON ET AL  
ATTN LARRY FOYLE ESQ  
1505 N FLORIDA AVENUE  
PO BOX 800  
TAMPA FL 33601

Phone: 813 229 0900 ext 1353  
Account No.: 378302

Claim No.: 9613　　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:  
Date Claim Filed: 07/28/2005　　　　　　　　　　　Transfer Amount: $904,391.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/07/2005　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.  
　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 7, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1

                                                                          Docket No.: 3252

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| PASKERT DISTRIBUTING, INC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

PASKERT DISTRIBUTING, INC          ASM CAPITAL LP
C/O KASS SHULER SOLOMON ET AL      ATTN ADAM MOSKOWITZ
ATTN LARRY FOYLE ESQ               7600 JERICHO TPK STE 302
1505 N FLORIDA AVENUE              WOODBURY NY 11797
PO BOX 800
TAMPA FL 33601

Phone: 813 229 0900 ext 1353       Phone: 5162246040
Account No.: 378302                Account No.: 399729

PASKERT DISTRIBUTING CO
9318 FLORIDA PALM DRIVE
TAMPA, FL 33619

Phone:
Account No.: 258087

Claim No.: 12                                   Full Transfer: (X)         Partial Transfer:
Date Claim Filed: 03/03/2005                    Transfer Amount: $904,391.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/07/2005                                /s/ Logan & Company, Inc.
                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 7, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 3307

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| W/D LEXINGTON, LLC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

W/D LEXINGTON, LLC　　　　　　　　　　　　　　　　ASM CAPITAL LP
C/O KRUG INVESTMENTS, LLC　　　　　　　　　　　　ATTN ADAM MOSKOWITZ
ATTN: DAVID KRUG, MGR.　　　　　　　　　　　　　　7600 JERICHO TPK STE 302
131 PROVIDENCE ROAD　　　　　　　　　　　　　　　WOODBURY NY 11797
CHARLOTTE NC 28207

Phone:　　　　　　　　　　　　　　　　　　　　　　　Phone: 5162246040
Account No.: 407786　　　　　　　　　　　　　　　　 Account No.: 399729

NEXSEN PRUET ADAMS ET AL
ATTN: JAMES H PULLIAM, ESQ
201 S TRYON ST, STE 1200
CHARLOTTE NC 28202

Phone:
Account No.: 411392

Claim No.: 5594　　　　　　　　　　　　　　　　　　 Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 07/08/2005　　　　　　　　　　　　 Transfer Amount: $287,149.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/07/2005　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 7, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3307

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| W/D LEXINGTON, LLC | ASM CAPITAL LP |
|---|---|
| Name of Transferor | Name of Transferee |

W/D LEXINGTON, LLC
C/O KRUG INVESTMENTS, LLC
ATTN: DAVID KRUG, MGR.
131 PROVIDENCE ROAD
CHARLOTTE NC 28207

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone:
Account No.: 407786

Phone: 5162246040
Account No.: 399729

NEXSEN PRUET ADAMS ET AL
ATTN: JAMES H PULLIAM, ESQ
201 S TRYON ST, STE 1200
CHARLOTTE NC 28202

Phone:
Account No.: 411392

Claim No.: 8567                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/27/2005             Transfer Amount: $287,149.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/07/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 7, 2005.