UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER (I) GRANTING DEBTORS' MOTION FOR DETERMINATION OF ADEQUATE ASSURANCE OF PAYMENT OF UTILITIES REQUIRED UNDER 11 U.S.C. § 366 (II) DENYING MOTION BY THE CITY OF PLAQUEMINE FOR MODIFICATION OF SECURITY DEPOSIT FOR UTILITY SERVICE AND (III) GRANTING DEBTORS' OBJECTION TO THE CITY OF PLAQUEMINE'S MOTION FOR MODIFICATION OF SECURITY DEPOSIT FOR UTILITY SERVICE**

These cases came before the Court for hearing on September 1, 2005, upon the motion of the City of Plaquemine, for entry of an order under 11 U.S.C. § 366 for modification of security deposit for utility service (Docket No. 1688) (the "Plaquemine Motion") and the motion by the Debtors for determination of adequate assurance of payment of utilities required under 11 U.S.C. § 366 (Docket No. 1875) (the "Debtors' Motion"). The Debtors filed an Objection to the Plaquemine Motion (Docket No. 2615). Counsel for the City of Plaquemine and the Debtors represented to the Court that they agree to the entry of the Order. The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Debtors' Motion is granted as to the City of Plaquemine.

2. The Plaquemine Motion is denied.

3. Winn-Dixie is not required to provide a postpetition security deposit to the City of Plaquemine at this time. This order is without prejudice to the City of Plaquemine to renew its request for a security deposit should circumstances warrant.

Dated September __7__, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Proposed Order Overruling Plaquemine's Motion (00506952)