United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

September 12, 2005

Ms. Tenecsha Jones
26 Flocke Ave.
Prichard, AL 36610

Dear Ms. Jones,

The court has received your letter regarding Winn-Dixie Stores, Inc., case number 05-3817-3F1. This letter is not being construed as a Motion, Objection or Application by the court, therefore, there will not be any action taken on it. If you intended to file a Motion, Objection or Application, you would need to speak with an attorney to file it in the proper format.

Thank you,

*Susan Carter*

Susan Carter
Case Manager

August 5, 2005

To whom it may concern I Tenecsta Jones fell and sliped in WinnDixie Sept. 2004 during Hurricane Ivan and I was pregnant. I went to the Hospital. The Doctors had to run test to make sure my baby blood was not shook up and I hurted my vagina and Inner parts, Back, legs do to the Injury at WinnDixie.

Chapter 11
Case NO. 05-03817-3F1
Jointly Administered
(251) 457-1542

3399