

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**                    Thursday
**JACKSONVILLE**                    September 8, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion for Order Further Extending Exclusive Periods for Filing Chapter 11 Plans and**

**Obtaining Acceptances of Such Plans Filed by Debtor (2981)**

Statement in Connection with Debtors' Motion Filed by Unsecured Creditors Committee (3193)

*Business plan by end of Oct.*

*Granted for add'l 90 days*

*ord/signed*

**APPEARANCES:**
**US TRUSTEE:**          ELENA ESCAMILLA  *Ken Meeker* p
**UNSEC. CRED:**         JOHN B. MACDONALD p
                         MATTHEW S. BARR p
                         *Carol Atwood* p

**RULING:**              KAROL K. DENNISTON p