UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER FURTHER EXTENDING EXCLUSIVE PERIODS FOR FILING
CHAPTER 11 PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS**

These cases came before the Court for hearing on September 1, 2005, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned cases, as debtors and debtors-in-possession (the "Debtors"), for entry of an order under 11 U.S.C. §1121(d) further extending their exclusive periods for proposing and obtaining acceptances of one or more plans of reorganization for an additional 90 days (the "Motion"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is GRANTED as provided in this Order.

2. The Debtors' Exclusive Proposal Period is extended to and including Decemer 19, 2005.

3. The Debtors' Exclusive Solicitation Period is extended to and including February 20, 2006.

4. Entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause.

Dated September 9, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.