

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 8, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (2983)**

Limited Objection to Debtors' Motion Filed by Deutsche Bank Trust Co. (3177)

Agreed Objection to Debtor's Motion Filed by Royal Oaks Brandon, Ltd. (3189)

Objection to Debtor's Motion Filed by PMG Ocean Associates LP (3192)  cnt'd to 9/22

Objection to Debtors' Motion Filed by Victory Real Estate Investments, LLC (3197)  cnt'd to 9/22

Granted - ord/Busey

APPEARANCES:
US TRUSTEE:                                ELENA ESCAMILLA /Ken Meeker P
UNSEC. CRED:                               JOHN B. MACDONALD P
                                           MATTHEW S. BARR P
DEUTSCHE BANK TRUST:                       RICHARD BERNARD
ROYAL OAKS BRANDON:                        JAY VERONA
PMG OCEAN ASSOCIATES, LP:                  DAVID WANDER
VICTORY REAL ESTATE INVEST:                EARL BARKER

RULING: