

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 8, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker    *Larry Appel p-w*

**Motion Regarding Filing Under Seal of Pleadings Related to Appointment of Equity Committee Filed by Debtor (3309)**

Objection to Debtor's Motion by United States Trustee (Doc. 3366)

*Overruled*

Objection to Debtor's Motion by Ad Hoc Committee of Winn-Dixie Retirees (Doc. 3352)

*w/drawn in open court*

*Granted - ord/Busey*

*ord to lay out procedure*
*envelope w/in an envelope addressed to Mike Shadburn*
*maintained under seal and only released upon order of the court*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA / *Ken Meeker p*
UNSEC. CRED:          JOHN B. MACDONALD
                                  MATTHEW S. BARR *p*
AD HOC COMMITTEE:  JERRETT MCCONNELL *p*

*Try for date early November*

**RULING:**