

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 8, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell and (IV) Granting Related Relief  Filed by Debtor (2707)

  Limited Objection to Rejection Procedure filed by Linpro Investments, Inc., et al. (3122)
  EDDIE HELD P

  Joinder to Objection of Linpro Investments, Inc., et al. to Rejection Procedure filed by Developers Diversified Realty Corp., et al. (3141)   EDDIE HELD P

  Joinder to Objection of Linpro Investments, Inc., et al. to Rejection Procedure filed by Capstone Advisors, Inc. and Prudential Insurance Co. Of America (3165)

  Limited Objection to Rejection Procedure filed by Heritage SPE, LLC Store 2106 (Doc. 3125)
  JEFFREY ~~PARK~~ YORK P

  Limited Objection to Rejection Procedure filed by Catamount Rockingham, LLC Store 2045 (Doc. 3100)   EDDIE HELD

  Objection to Rejection Procedure filed by Greenwood Plaza, Ltd., Store 583 (Doc. 3112)

Granted
ord/ Agreed

APPEARANCES ON PAGE 2



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
September 8, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA / KEN MEEKER P
UNSEC. CRED:                             JOHN B. MACDONALD
                                         MATTHEW S. BARR
LINPRO INVESTMENTS:                      EDWIN HELD
DEVELOPERS DIVERSIFIED:                  JOHN LEHANE
CAPSTONE ADV. AND PRUDENTIAL INS:        EDWIN HELD P
HERITAGE SPE, LLC:                       MICHAEL SCHMAHL
CATAMOUNT ROCKINGHAM, LLC:               C. DANIEL MOTSINGER
GREENWOOD PLAZA, LTD:                    NINA LAFLEUR