

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
September 8, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for an Order Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreement, (B) to Sell Merchandise and Excess Equipment Free and Clear of Liens and Exempt from Stamp or Similar Taxes and (C) Granting Related Relief Filed by Debtor (3028)

*Approved - ord/Busey*

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA /Ken Meeker p
UNSEC. CRED: JOHN D. MACDONALD
            MATTHEW S. BARR

RULING: