

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 8, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief Filed by Debtor (2707)

PURCHASER:

(1) Wal-Mart Stores, Inc., Store 206 (Doc. 3167)   *Approved - Ord signed*

(2) Stiles West Associates Ltd., Store 229 (Doc. 3301)   *Approved - ord/signed*

(3) MD Investment, LLC Store 2002 (Doc. 3095)

*Approved - ord signed*

Objection to Store 2002 by Blaine Lake, LLC (Doc. 3347)

*w/drawn in open court*

(4) Kaolin Plaza, LLC Store 408 (Doc. 3364)

*Approved - ord signed*

(5) IDR Jr., Rose Holding LTD Partnership and SRE, Inc. Store 847 (Doc. 3370)

*Approved - ord/signed*

(6) EBR Limited Liability Co., Store 1466 (Doc. 3375)

*Approved - ord signed*

(7) Valrico Partners, LP Store 716 (Doc. 3376)   *cont'd to 9/22*



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**September 8, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

PURCHASER:    (8) FW NC-Shoppes of Kildare, LLC Store 803 (Doc. 3378)    *cnt'd to 9/22*

(9) E&A Southeast Limited Partnership Store 2708 (Doc. 3379)

*Approved - ord signed*

(10) Waynesville Shopping Center Store 1249 (Doc. 3380)

*Approved - ord signed*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA / *KEN MEEKER* P
UNSEC. CRED:       JOHN B. MACDONALD P
                   MATTHEW S. BARR P
BLAINE LAKE, LLC:  JASON BURNETT / *KEN JACOBS* P