Legal Description:   The real property as more particularly described as follows:
SEE ATTACHED LEGAL DESCRIPTION

Exhibit "A"

The South 65.00 feet of Parcel "LL" and all of Parcel "MM" of CYPRESS RUN, according to the Plat thereof recorded in Plat Book 93, Page 16 of the Public Records of Broward County, Florida.

LESS that portion of said Parcel "MM" described in Official Records Book 9361, Page 948, of said Public Records.

ALSO LESS that portion of said Parcel "MM" described in Official Records Book 9070, Page 477, of said Public Records.

ALSO LESS those portions of said Parcel "MM" and that portion of said Parcel "LL" described in Official Records Book 18157, Page 470, of said Public Records.

Exhibit B

Schedule of Brokers

**EXHIBIT B-1**

**ASSIGNOR'S BROKERS**

    DJM Asset Management, LLC
    445 Broad Hollow Road
    Suite 417
    Melville, New York 11747

**EXHIBIT B-2**

**ASSIGNEE'S BROKERS**

    None.