UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE**

The undersigned, Susan H. Sharp, of STICHTER, RIEDEL, BLAIN & PROSSER, P.A. hereby gives notice that such firm is appearing in this case as counsel on behalf of Avon Square, Ltd. and requests that copies of all pleadings, correspondence and all other documents and papers filed in this case, hereafter be furnished to the undersigned; and further request to be added to the Clerk's mailing matrix in this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been furnished either electronically or by U.S. Mail to:

Adam Ravin, Esq.
Skadden Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, NY  10036
(Counsel for Debtor)

Cynthia C. Jackson, Esq.
James H. Post, Esq.
Stephen D. Busey, Esq.
225 Water Street, Suite 1800
Jacksonville, FL  32202
(Counsel for Debtor)

Elena L Escamilla, Esquire
Kenneth C. Meeker, Esquire
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(Counsel for Official Committee of Unsecured Creditors)

John B. Macdonald, Esq.
Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
(Counsel for Official Committee of Unsecured Creditors)

on this 9th day of September, 2005.

/s/ Susan H. Sharp
Susan H. Sharp
Florida Bar No. 0716421
STICHTER, RIEDEL, BLAIN
 & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
Phone (813) 229-0144
Fax (813) 229-1811
Email ssharp@srbp.com
Attorneys for Avon Square, Ltd.

H:\USER\SHS\AVON SQUARE\NOTICE OF APPEARANCE.DOC