UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Willie H. Burgess on September 6, 2005, the Court finds:

1. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014. Movant is required to serve the Debtor, Attorney for Debtor, United States Trustee and the Creditor's Committee. The Court also finds that the Motion was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

The Court abates the hearing of this motion until service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

DATED September 7, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Noel L. Hurley, 1934 Washington Road, East Point, GA 30344
John F. Wymer, III, 191 Peachtree Street, Atlanta, GA 30303-1763
Debtor
Attorneys for Debtor
US Trustee
Creditor's Committee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Sep 08, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Sep 10, 2005.
       +John F. Wymer, III,   191 Peachtree Street,   Atlanta, GA 30303-1740
cr    +Willie H. Burgess,   c/o Noel L. Hurley,   1934 Washington Road,   East Point, GA 30344-4154

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk     Willie H. Burgess
                                                                                                                                                                                                      TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2005**                              **Signature:** *Joseph Speetjens*