RECEIVED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re: )
 )  Chapter 11
WINN-DIXIE PROCUREMENT, INC., )  Case No. 05-03817
 )
 Debtor. )  Schedule No. XXXXX

FILED
JACKSONVILLE, FLORIDA

SEP 1 2 2005

CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:    Transferor:    Elite Exports, Inc. SA
 1665 NW 102 Avenue
 Suite 101
 Miami, FL 33172
 Attention: Sebastian Serrano

**Your total general unsecured claim against the Debtor, known as Schedule Number --- in the amount of $948,414.29 has been transferred to:**

Transferee:    SPCP GROUP, L.L.C.
 2 Greenwich Plaza
 Greenwich, CT 06830
 Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Middle District of Florida
  300 N Hogan Street, 3-350
  Jacksonville, FL 32202

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Elite Exports, Inc. SA ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims listed on Debtor's Schedule F in the aggregate amount of $948,414.29 (the "Assigned Claim"), against Winn-Dixie Procurement, Inc, ("Debtor"), the debtor-in-possession in Case No. 05-03838 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, particularly Proof of Claim No. [          ].

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September __, 2005.

ELITE EXPORTS, INC. SA

By: _____
Name: JUAN Carlos MADRINAN
Title: PRESIDENT

8

In re:  WINN-DIXIE PROCUREMENT, INC.                                    Case No.:  05-11082 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: ACCOUNTS PAYABLE** | | | | | | |
| EASTMAN KODAK COMPANY<br>1734 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1007<br>Creditor: 248714 - 12<br>Vendor: 0000050873 | 02/21/2005 | | | | | $133,571.92 |
| EASTMAN OUTDOORS INC<br>7395 RELIABLE PARKWAY<br>CHICAGO, IL 60686<br>Creditor: 248716 - 12<br>Vendor: 0000819229 | 02/21/2005 | | | | | $18,140.00 |
| ECCE PANIS INC<br>3B BRICK PLANT ROAD<br>EAST BRUNSWICK, NJ 08816-1649<br>Creditor: 248732 - 12<br>Vendor: 0000830131 | 02/21/2005 | | | | | $9,614.25 |
| EDELWEISS PATISSERIE<br>19 BLAKE STREET<br>MEDFORD, MA 02155<br>Creditor: 248777 - 12<br>Vendor: 0000828008 | 02/21/2005 | | | | | $10,001.40 |
| EDY'S GRAND ICE CREAM<br>PO BOX 406247<br>ATLANTA, GA 30384-6247<br>Creditor: 248825 - 12<br>Vendor: 0000051278 | 02/21/2005 | | | | | $1,541,970.12 |
| EL MIRASOL INC<br>4008 AIRPORT RD<br>PLANT CITY, FL 33567<br>Creditor: 248840 - 12<br>Vendor: 0000052721 | 02/21/2005 | | | | | $29,321.04 |
| ELITE EXPORTS INC S A<br>1665 NW 102 AVENUE<br>SUITE 101<br>MIAMI, FL 33172<br>Creditor: 278878 - 30<br>Vendor: 0000816991 | 02/21/2005 | | | | | $948,414.29 |
| ELITE RESOURCES INC<br>ATTN KIM MCDONALD, VP<br>PO BOX 410302<br>CHARLOTTE, NC 28241<br>Creditor: 248892 - 12<br>Vendor: 0000787171 | 02/21/2005 | | | | | $5,365.54 |

PAGE TOTAL:                                                                 **$2,696,398.56**