

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

| | | |
|---|---|---|
| WINN-DIXIE MONTGOMERY, INC., | ) | BANKRUPTCY CASE NO.: |
| | ) | 05-03837-3F1 |
| DEBTOR, | ) | |

| | |
|---|---|
| EDDIE TRAFFICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WINN-DIXIE MONTGOMERY, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO LIFT AUTOMATIC STAY

COMES NOW the Creditor/Plaintiff, Eddie Traffica, by and through her undersigned counsel, and moves this Honorable Court, under the provisions of 11 U.S.C. § 362 to lift the automatic stay with respect to this creditor's claim for personal injuries against the Debtor/Defendant for the following grounds:

1. The claim of the Creditor/Plaintiff in this adversarial proceeding is for benefits and damages she is entitled to under the common law of Alabama for personal injuries sustained when she fell in store number 0514, located at 2653 Valleydale Road, Jefferson County, Alabama, on the 1st day of August, 2003.

2. That Creditor/Plaintiff has filed an action in the Circuit Court of Jefferson County, Alabama, Case No.: CV-05-4097, claiming damages for her injuries. A copy of said Complaint is attached hereto as Exhibit 1.

3. That as a result of this bankruptcy proceeding, the State Court has entered an Order directing the Creditor/Plaintiff, within sixty (60) days, to either dismiss her Complaint in State Court or to have this Honorable Court allow the State Court action to proceed against Debtor/Defendant, Winn-Dixie Montgomery, Inc. A copy of said Order is attached hereto as Exhibit 2.

4. That pursuant to the U.S. Bankruptcy Code, specifically, 28 U.S.C. § 157, this Court does not have jurisdiction to litigate the issues as to what damages, if any, are due to the Plaintiff as a result of the personal injuries she sustained.

5. That in the interests of judicial economy, it would be in the best interest of the Court and the said parties to have said State Court issues litigated and resolved pursuant to the action currently pending in State Court.

WHEREFORE, Creditor/Plaintiff, Eddie Traffica, prays that this Honorable Court will lift the automatic stay in this matter and allow her to pursue and litigate her claim for damages, as a result of her personal injury sustained on Winn-Dixie's premises, as outlined hereinabove, in the pending State Court action.

Respectfully submitted,

ROGER D. BURTON
Attorney for Creditor/Plaintiff

**OF COUNSEL:**
ROGER D. BURTON, P.C.
1905 14th Avenue South
Birmingham, Alabama 35205
(205) 930-5900

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing by placing a copy of the same in the United States mail, postage prepaid, and properly addressed as follows on this the _8th_ day of _Sept._, 2005:

Todd N. Hamilton, Esq.
Smith, Spires & Peddy, P.C.
2015 2nd Avenue North, Suite 200
Birmingham, AL 35203

_____
OF COUNSEL

FILED IN OFFICE

JUL 14 2005

ANNE-MARIE ADAM
Clerk

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| EDDIE TRAFFICA, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION NO.: CV005 4097 |
| | ) |
| vs. | ) |
| | ) |

WINN-DIXIE MONTGOMERY, INC.; "A", being the legal entity or entities owning the retail/grocery store doing business as WINN-DIXIE MONTGOMERY, INC., Store No. 0514, located at 2653 Valleydale Road, Riverchase, Jefferson County, Alabama on the occasion complained of in the Complaint; "B", being the legal entity or entities which managed and/or operated the WINN-DIXIE MONTGOMERY, INC., Store No. 0514, located at 2653 Valleydale Road, Riverchase, Jefferson County, Alabama on the occasion complained of in the Complaint; "C" being the legal entity or entities responsible for the maintenance and supervision of the physical building occupied by WINN-DIXIE MONTGOMERY, INC., Store No. 0514, located at 2653 Valleydale Road, Riverchase, Jefferson County, Alabama on the occasion complained of in the Complaint; and "D" being the legal entity or entities responsible for the actions claimed herein, which led to the injuries referred to in this Complaint, all of whose names and legal descriptions are otherwise unknown to Plaintiff at this time, but will be substituted by amendment when ascertained,

)
Defendant.   )

## COMPLAINT

1.  Plaintiff is a resident citizen of the State of Alabama and is over the age of nineteen (19) years. Defendants are individuals, corporations and/or business entities owning and/or operating the premises known as Winn-Dixie Montgomery, Inc. or are employees of said Winn-Dixie Montgomery, Inc., Store No. 0514, located at 2653 Valleydale Road, Riverchase, Jefferson County, Alabama.

2.  Plaintiff, Eddie Traffica, says that on or about the 1st day of August, 2003, she was a business invitee of or was otherwise lawfully on the premises of the said Winn-Dixie Montgomery, Inc., Store No. 0514, located at 2653 Valleydale Road, Riverchase, Jefferson County, Alabama, which is owned, managed, operated and/or maintained by all of the said Defendants.

EXHIBIT 1

3. On said occasion, the Defendants Winn-Dixie Montgomery, Inc., A, B, C and D did negligently and/or wantonly maintain an area of the floor of the said store so that there was a foreign object on the floor or was otherwise not reasonably safe for members of the public, including the said Plaintiff, to walk on.

4. Further Defendants, Winn-Dixie Montgomery, Inc., A, B, C and D knew or should have known of the unsafe conditions of the said floor and further permitted Plaintiff to use the said area of the floor without warning Plaintiff of its unsafe condition.

5. As a proximate consequence of Defendants', Winn-Dixie Montgomery, Inc., A, B, C and D, said negligence and/or wantonness, Plaintiff, Eddie Traffica, was caused to slip and fall on the said unsafe area of the floor and was seriously injured and damaged as hereinafter described.

6. Plaintiff, Eddie Traffica, was injured as follows:

Plaintiff suffered severe injuries to her neck, low back, left shoulder, hip, right arm, right elbow and other portions of her body. Plaintiff was caused to incur considerable expenses for doctors, hospitals, and other medical providers in an effort to heal and cure her injuries. Further, Plaintiff will be caused to incur considerable expenses for doctors, hospitals and other medical providers for treatment of her injuries in the future. Further, your Plaintiff suffered and will continue to suffer pain, mental anguish and emotional distress due to her injuries. Plaintiff suffered a permanent injury and will continue to suffer pain in the future.

Wherefore, Plaintiff demands judgment against said Defendants for a sum which the jury decides to be fair and reasonable under the circumstances but alleges that her claim is for more than Ten Thousand ($10,000.00) Dollars for compensatory and punitive damages, plus costs of court.

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

*[signature]*
ROGER D. BURTON

**OF COUNSEL:**
ROGER D. BURTON, P.C.
1905 14th Avenue South
Birmingham, AL 35205
(205) 930-5900

**Plaintiff's Address:**
Ms. Eddie Traffica
1399 Highland Lakes Trail
Birmingham, AL 35242

**SERVE DEFENDANTS AT:**
Winn-Dixie Montgomery, Inc.
c/o CSC Lawyers Incorporating Svc, Inc.
150 S. Perry Street
Montgomery, AL 36104

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
CIVIL DIVISION

| | | |
|---|---|---|
| EDDIE TRAFFICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NUMBER: |
| | ) | CV-2005-4097-HLB |
| v. | ) | |
| | ) | |
| WINN DIXIE MONTGOMERY, INC., | ) | FILED IN OPEN COURT |
| | ) | |
| Defendant. | ) | This 17th day of August, |
| | ) | 2005. |
| | **ORDER** | HOUSTON L. BROWN, JUDGE |

It appears from the record that the Defendant WINN DIXIE MONTGOMERY, INC., has filed a Suggestion of Bankruptcy herein entitled "Motion to Dismiss or, in the Alternative, Motion to Stay" on August 10, 2005. After due consideration of said Motion, it is ORDERED and ADJUDGED by the Court that the parties are allowed a period of sixty (60) days within which to dismiss all claims against the defendant WINN DIXIE MONTGOMERY, INC., or to have the Bankruptcy Court allow this Court to proceed on all claims as against the defendant, WINN DIXIE MONTGOMERY, INC., stated herein. Failure to take any action will result in dismissal of all claims of plaintiff EDDIE TRAFFICA, as against the defendant, WINN DIXIE MONTGOMERY, INC., in this cause.

DONE and ORDERED this 17th day of August, 2005.

HOUSTON L. BROWN
CIRCUIT JUDGE

cc:   Todd N. Hamilton, Esquire
      Roger D. Burton, Esquire

**EXHIBIT 2**