**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Albert H Adams    irbylawfirm@bellsouth.net,

Rachel E Adams    radams@sctlaw.com,

D. J. Baker    djbaker@skadden.com,

Kenneth C Baker    kcbaker@eastmansmith.com,

Dale R Baringer    dale@sb-lawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net

Matthew Scott Barr    mbarr@milbank.com,
lmandel@milbank.com;jmilton@milbank.com;mcomerford@milbank.com;Snaik@milbank.com;jclark2(

Matt E Beal    matt.beal@lowndes-law.com


https://ecf.flmb.uscourts.gov/cgi-bin/Dispatch.pl?243505186067982    7/12/2005

**EXHIBIT A**

Sabrina C Beavens    sbeavens@iurillolaw.com, Sabrina1017@verizon.net

Keith L Bell    kbell@cphlaw.com

Leslie A Berkoff    lberkoff@moritthock.com

Brendan G. Best    bbest@dykema.com,

James E. Bird    jbird@pswslaw.com,

David A. Blansky    dab@lhmlawfirm.com,

Wanda Borges    borgeslawfirm@aol.com,

Michael T. Bowlus    mbowlus@fjbd.com,

Jean Winborn Boyles    jboyles@jhvgmlaw.com,

Dustin Parker Branch    dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,cora.sagara@kattenlaw.com,jeri.bradshaw@kattenlaw.com,alicia.castellan

Wendy D Brewer    wbrewer@btlaw.com, marilyn.strange@btlaw.com;bankruptcyindy@btlaw.com

John P Brice    lexbankruptcy@wyattfirm.com

Brian P Britt    cpizzotti@wbbwlaw.com, bbritt@wbbwlaw.com

Robert J. Brown    lexbankruptcy@wyattfirm.com,

Andrew M Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant    hobankecf@lockeliddell.com,

Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com

Michael G Busenkell    mbusenkell@mnat.com,

Thomas R. Califano    thomas.califano@dlapiper.com,

L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net

James S. Carr    jcarr@kelleydrye.com

Linda J. Casey    caseyl@pepperlaw.com

George B Cauthen    george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion    flc@psstf.com,

Michael E Collins    mcollins@manierherod.com,

mfranks@manierherod.com;tpennington@manierherod.com;swilliams@manierherod.com

Neal D. Colton    NColton@Cozen.com

David J Cook    cookdavidj@aol.com,

C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com,

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Ryan E Davis    rdavis@whww.com, rwilliams@whww.com

Robert Dehney    rdehney@mnat.com,

Paul H. Deutch    paul.deutch@troutmansanders.com,

Gerard DiConza    gerard@bmclaw.com,

Mark G Duncan    mduncan@dwyercambre.com,

Dennis F. Dunne    ddunne@milbank.com,

David W. Dykhouse    dwdykhouse@pbwt.com,

Andrew B. Eckstein    aeckstein@blankrome.com,

Henry A. Efroymson    henry.efroymson@icemiller.com,

Jason H Egan    jegan@mowreylaw.com,

Judith Elkin    judith.elkin@haynesboone.com,

Earle I Erman    eerman@ermanteicher.com

Elena L Escamilla    elena.l.escamilla@usdoj.gov

William J. Factor    wfactor@seyfarth.com,

Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell    ferrell@taftlaw.com

Charles J. Filardi    cfilardi@pepehazard.com,

J David Forsyth    jdf@sessions-law.com,

Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank     jfrank@fgllp.com

Mark J Friedman     mark.friedman@dlapiper.com,

Todd Mark Galante     tmg@stjohnlaw.com

J. Nathan Galbreath     ngalbreath@pattonboggs.com,

Charles L. Gibbs     cgibbs@mcguirewoods.com,
dfoley@mcguirewoods.com;jmaddock@mcguirewoods.com

Gary Ginsburg     gginsburg@ngmpc.com,

James J. Glover     ,

Priscilla W. Grannis     priscilla@rjlaw.com,

Danielle K Greco     dgreco@bradleyarant.com,
Jesse.Slaton@Wakm.com;emarxjr@marxbrothersinc.com

Ira S. Greene     isgreene@hhlaw.com,

Reginald A. Greene     reginald.greene@bellsouth.com,

Janice Beth Grubin     jgrubin@wkgj.com,

Rudi R. Grueneberg     rrg@rglawgroup.com,

Marc L. Hamroff     mhamroff@moritthock.com,

Catherine A Harrison     charrison@millermartin.com, pjstarr@millermartin.com

John W Harrison     kandklaw_jwh@msn.com,

Patrick L. Hayden     phayden@mcguirewoods.com

Edwin W. Held     eheld@hilawfirm.com,

Larry D. Henin     lhenin@andersonkill.com,

Neil E Herman     Nherman@morganlewis.com,

Kenneth D. Herron     kherron@whmh.com , rgardieff@whmh.com;poates@whmh.com

David E. Hicks     courtinfo@bcylaw.com

Terrance A Hiller     tah@kompc.com

Robert L Holladay     robert.holladay@youngwilliams.com,

Ralph E Hood    rhood@khmllp.com,

Brian D. Huben    brian.huben@kmzr.com,

Patrick L Huffstickler    plhuffst@coxsmith.com

Kimberly H. Israel    khisrael@hilawfirm.com,

Cynthia C. Jackson    cjackson@smithhulsey.com,

Solomon J. Jaskiel    soljas@aol.com,

Richard K. Jones    rkjones@mppkj.com,

Ronald Scott Kaniuk    rkaniuklaw@aol.com,

Andrew C. Kassner    kassneac@dbr.com,

Dena C Kaufman    dckaufman@hhlaw.com, khseal@hhlaw.com

Michael A Kaufman    michael@mkaufmanpa.com,

Elena P. Ketchum    eketchum.ecf@srbp.com

Roy S Kobert    orlandobankruptcy@broadandcassel.com

Alan W Kornberg    akornberg@paulweiss.com, jgladstone@paulweiss.com,cweidler@paulweiss.com

John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com;la@kttlaw.com

Stuart A. Krause    skrause@zeklaw.com,

Jeffrey Kurtzman    JKurtzma@Klehr.com,

Nina M LaFleur    nlafleur@stutsman-thames.com

Darryl S. Laddin    bkrfilings@agg.com ,

Nina M. Lafleur    nlafleur@stutsman-thames.com

Thomas J Lallier    tlallier@foleymansfield.com

Robert P Laney    blaney@mcelweefirm.com,

Elena Lazarou    elazarou@reedsmith.com,

Robert L LeHane    rlehane@kelleydrye.com

Thomas J Leanse    thomas.leanse@kattenlaw.com

David E Lemke    david.lemke@wallerlaw.com,

chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com

Chris Lenhart   lenhart.chris@dorseylaw.com,

Sharon L. Levine   slevine@lowenstein.com,

Bruce Levinson   b.levinson@verizon.net

Stephen Lewis   slewis@stoltzusa.com

Alan Jay Lipkin   maosbny@willkie.com,

Joseph Lubertazzi   JLubertazzi@McCarter.com,

John B. Macdonald   john.macdonald@akerman.com

Jeffrey S. Margolin   margolin@hugheshubbard.com,

Johanna E Markind   jmarkind@att.net,

Kenneth G. M. Mather   kmather@hinshawlaw.com

Walter F. McArdle   wfm@spain-gillon.com,

Charles W. McBurney   cmcburney@bellsouth.net,

Jerrett M. McConnell   bankruptcy@fandmlaw.com

David R McFarlin   dmcfarlin@whmh.com, rrichardson@whmh.com;psmith@whmh.com

William S McMahon   wmcmahon@choate.com,

Austin L. McMullen   amcmulle@bccb.com,

Marc T McNamee   mmcnamee_br@nealharwell.com

Derek F Meek   dmeek@burr.com,

Richard M. Meth   rmmnybankruptcy@pitneyhardin.com

Lawrence H Meuers   lmeuers@meuerslawfirm.com,

Todd C Meyers   tmeyers@kilpatrickstockton.com

Christopher C. Miller   cmiller@mgm.com,

Kathleen M. Miller   kmm@skfdelaware.com

Stephen M Miller   smiller@morrisjames.com,

Stephan William Milo   smilo@wawlaw.com

Mark Minuti    mminuti@saul.com,

T David Mitchell    tdavidmitchell@msn.com

Joseph Thomas Moldovan    jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore    bsmoore@pbnlaw.com,

Clive N. Morgan    clivemorgan@bellsouth.net,

Lee P Morgan    lmorgan@morganlawyers.com,

Andrew L. Morrison    amorrison@reedsmith.com,

Larren M Nashelsky    lnashelsky@mofo.com

Albert F. Nasuti    anasuti@tokn.com

Bruce S. Nathan    bnathan@lowenstein.com,

Carole Neville    cneville@sonnenschein.com,

Tammy M. Nick    nicklaw@eatel.net,

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

Merritt A. Pardini    merritt.pardini@kmzr.com,

Barbra R. Parlin    nyc-bkcyecf@hklaw.com

Patrick P. Patangan    patrick.patangan@akerman.com

Aaron D. Patton    apatton@murrayfrank.com,

Robert Perry    rperry@hilawfirm.com

Christian A Petersen    cpetersen@gunster.com

David L Pollack    pollack@ballardspahr.com,

Geraldine E Ponto    gponto@gibbonslaw.com

James H. Post    jpost@smithhulsey.com,

Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com

Rex D. Rainach    rainach@msn.com,

Gregg A. Rapoport    gar@garlaw.us,

Peter J Rathwell     prathwell@swlaw.com,

Adam Ravin     aravin@skadden.com,
rgray@skadden.com,lbonache@skadden.com,;jmathew@skadden.com,jleamy@skadden.com;kward@sr

Eric T. Ray     eray@balch.com,

Diane G. Reed     dianegreed@sbcglobal.net,

Jo Christi Reed     jcreed@sonnenschein.com,

Jeffrey C. Regan     jregan@hdrd-law.com,

Steven J. Reisman     sreisman@cm-p.com , athau@cm-p.com

Sarah Richardson     srichard@co.pinellas.fl.us,

Larry B. Ricke     larry.ricke@leonard.com,

Craig P. Rieders     crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel     fringel@pobox.com,

Adam L. Rosen     mail@srsllp.com

Avrum J. Rosen     arosen@avrumrosenlaw.com,

Mitchell S Rosen     mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Neal M. Rosenbloom     NRosenbloom@finkgold.com,

Fox Rothschild     mail@geronlaw.com,

J Casey Roy     roy@mcclainleppert.com,

David S Rubin     drubin@kswb.com,

Robert B. Rubin     brubin@burr.com,

Rachel L Rubio     rrubio@mdrtlaw.com

Shelley D Rucker     srucker@millermartin.com

Teresa Sadutto     tsadutto@platzerlaw.com,

Anthony M Salzano     asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez     afspalaw@aol.com,

Robert K. Scheinbaum     rscheinbaum@podveysachs.com

Robert K. Scheinbaum    rscheinbaum@podveysachs.com

Marvin S. Schulman    mschulmanpa@aol.com,

Sarah L Schultz    sschultz@akingump.com,

Gregory J. Seketa    franklin.berg@4086.com,

Andrew Howard Sherman    asherman@sillscummis.com,

Lynn Welter Sherman    lsherman@hwhlaw.com, mschaeffer@hwhlaw.com

R Scott Shuker    bankruptcynotice@groneklatham.com,

Peter L. Slinn    plslinn@stoel.com,

Thomas R. Slome    mail@srsllp.com

Aaron C Smith    asmith@lordbissell.com,

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com,

Eric J. Snyder    esnyder@sillerwilk.com,

Marc P. Solomon    msolomon@burr.com,

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com,

Alex Spizz    aspizz@tnsj-law.com,

David N Stern    dstern@mckennalong.com, schandler@mckennalong.com

Don M Stichter    dstichter.ecf@srbp.com

Sabrina L. Streusand    streuss@hughesluce.com,

Debra Sudock    dsudock@kelleydrye.com

Stephen B. Sutton    ssutton@lathropgage.com,

Gene B Tarr    gbt@btcmlaw.com

Richard R. Thames    rrthames@stutsman-thames.com,

Diana M. Thimmig    dthimmig@ralaw.com,

Janet H. Thurston    cohenthurston@cs.com,

Laura L. Torrado    ltorrado@bear.com,

Paul Traub    tbfesq@aol.com,

Ronald M Tucker    rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,danasmith@simon.com,ncaldwell@simon.com

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com,

Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com

David H. Wander    dwander@wanderlaw.com,

Richard Whitney Ward    rwward@airmail.net,

Michael D. Warner    bankruptcy@warnerstevens.com,

Allan C Watkins    watkinslaw@worldnet.att.net,

Alan M. Weiss    alan.weiss@hklaw.com,

Margaret R Westbrook    mwestbrook@kennedycovington.com,

David B. Wheeler    davidwheeler@mvalaw.com,

Stephen D Wheelis    steve@wheelis-rozanski.com,

William Douglas White    wdw@mccarthywhite.com

Amy Pritchard Williams    swilliams@kennedycovington.com,

Jonathan R Williams    jwilliams@melandrussin.com,

Frank J. Wright    bankruptcy@hswgb.com,

William Knight Zewadski    z@trenam.com,

Scott A. Zuber    szuber@pitneyhardin.com