**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtor in Possession. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Kelly M. Barnhart, Esquire, and the law firm of

Marcus, Santoro & Kozak, P.C. enter their appearance in the above-captioned case on behalf

of GEM Nickerson, LLC and GEM Warrick, LLC, parties in interest in the above captioned

case, and request, pursuant to Bankruptcy Rules 2002(g) and 9010(b) and 11 U.S.C. §1109 of

the Bankruptcy Code, that the Clerk of this Court enter the following names and address on

the general matrix for this case, and on all special or limited matrices, and

> Kelly M. Barnhart, Esq.
> Marcus, Santoro & Kozak, P.C.
> 1435 Crossways Blvd., Suite 300
> Chesapeake, VA 23320
> Telephone (757) 222-2224
> Telefacsimile (757) 333-3390
> Email: kbarnhart@mskpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, any or all other orders, notices, applications, motions, petitions, requests,

complaints, demands, pleadings and other papers, whether written or oral, formal or informal,

and whether transmitted by mail, hand, or express delivery, telephone, telecopy or otherwise,

which relate in any way to the above referenced case or proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and

Request for Notices nor anything contained herein is intended or shall be deemed to (i) waive

2

any right to a trial by jury in any matter so triable herein or in any case, controversy or

proceeding related hereto, (ii) consent to the jurisdiction of this court or (iii) waive any other

rights, claims, actions, defenses, setoffs or recoupments to which the Claimants are or may be

entitled to under any agreements, at law, or in equity, all of which rights, claims, actions,

defenses, setoffs and recoupments are expressly reserved.

Date:    September 14, 2005                 By:    */s/ Kelly M. Barnhart*
                                                        Kelly M. Barnhart, VSB No. 65246
                                                        Counsel for GEM Nickerson and
                                                        Counsel for GEM Warrick

Kelly M. Barnhart, Esq., VSB No. 65246
Marcus, Santoro & Kozak, P.C.
1435 Crossways Blvd., Suite 300
Chesapeake, VA 23320
Telephone (757) 222-2224
Telefacsimile (757) 333-3390
kbarnhart@mskpc.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

In re:                                              )
                                                    )
WINN-DIXIE STORES, INC., <u>et al.</u>,             )          Case No. 05-03817-3F1
                                                    )          Chapter 11
        Debtor in Possession.                       )          Jointly Administered


**<u>CERTIFICATE OF SERVICE</u>**

        I hereby certify that a true copy of this Notice of Appearance was furnished by first class, postage paid mail on September 14, 2005, to all creditors and parties in interest listed below:

Kenneth C. Meeker, Esq.
Elena L. Escamilla, Esq.
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801


D. J. Baker, Esq,
Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


Sarah Robinson Borders, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202


John B. Macdonald, Esq.
Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202


                                    */s/Kelly M. Barnhart*
                                    Kelly M. Barnhart, VSB No. 65246
                                    Counsel for GEM Nickerson and
                                    Counsel for GEM Warrick

3