UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
Winn-Dixie Stores Inc.,  
Debtor.

CASE NO.: 05-03817-3F1

_____/

### CREDITOR, BRAUN & BRAUN, L.L.P.'S, NOTICE TO WITHDRAW CREDITOR'S MOTION TO LIFT STAY

Creditor, Amanda Johnson, as Parent and Next Friend of Brenden Johnson, Minor, by and through its undersigned counsel, hereby gives this Honorable Court Notice Withdrawing Motion to Lift Stay as to the Personal Injury Claim No: A111208939 which was filed with this Honorable Court on July 28, 2005.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either by U.S. Mail or electronically this __14__ day of September, 2005 to United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL. 32801, Assistant U.S. Trustee, 135 W. Central Boulevard, Room 620, Orlando, FL. 32801, Winn-Dixie Stores Inc., 5050 Edgewood Court, Jacksonville, FL. 32254-3699, Adam Ravin, Four Times Square, New York, NY. 10036, James H. Post, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202, Creditor Committee, Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 and John B. McDonald, Akerman Senterfitt, 50 North Laura St., Suite 2500, Jacksonville, FL 32202.

Hiday & Ricke, P.A.

By: _____  
Jeffrey R. Becker, Esquire  
Post Office Box 550858  
Jacksonville, FL 32255  
(904) 363-2769  Fax: (904) 363-0538  
Email: litigate@hidayricke.com  
Florida Bar No.: 0792977  
File # 200511089

