UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326) was furnished on September 1, 2005 (i) by mail and/or electronically to those parties on the attached Master Service List and (ii) by mail to Ace American Insurance Company, 1601 Chestnut Street, Philadelphia, PA 19103 and ACE USA, 500 Colonial Center Parkway, Suite 200, Roswell, GA 30076, Attn: David Homcy, Senior Vice President.

Dated: September 14, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
|       D. J. Baker |       Stephen D. Busey |
|       Sally McDonald Henry |       James H. Post (FBN 175460) |
|       Rosalie Gray |       Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425

00497425