UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA<br><br>CASE NO: 3-05BK-3817

Name of Debtor:
WINN-DIXIE STORES, INC.

Name of Creditor:
MARSHATTA HARRIS
c/o Jay Rothlein, Esq.
930 Washington Ave.
Suite 209, Bank of America
Miami Beach, FL 33139
(305)532-2250



FILED
JACKSONVILLE, FLORIDA
SEP 14 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN to all parties of undersigned counsel's Change of Address **effective September 15, 2005,** as follows:

JAY ROTHLEIN, ESQ.
800 West Avenue
Suite C-1
Miami Beach, FL 33139
(305)532-2250
(305)534-8813

By this notice, undersigned counsel hereby requests that the Court and counsel of record direct any and all future pleadings, notices, court filings, and correspondence directly to the address set forth above on the **effective date of September 15, 2005 and thereafter.**

Dated this ___9___ day of September, 2005.

JAY ROTHLEIN, ESQ.
Attorney for Creditor, Marshatta Harris
Suite 209, Bank of America
930 Washington Avenue
Miami Beach, FL 33139
(305)532-2250

CASE NO: 3-05BK-3817

        I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by mail this ___ day of September, 2005 to:

SEDGWICK CLAIMS MANAGEMENT SERVICES INC.
P.O. Box 24787
Jacksonville, FL 32241-4787

ATTN: SONJA NEWBILL

JAY ROTHLEIN, ESQ.
Attorney for Creditor, Marshatta Harris
Suite 209, Bank of America
930 Washington Avenue
Miami Beach, FL 33139
(305)532-2250