UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
                  Debtors.               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Debtors' Amended Motion (I) for Authority to Reject Real Property Lease and to Abandon Related Personal Property and (II) to Establish Bar Date for Any Rejection Damage Claim (Docket No. 3451) was furnished by mail and/or electronically on September 14, 2005 to those parties on the attached Master Service List, to Greenwood Plaza, Ltd., c/o Sherri Tucker Freeman, Esq., Bradley Arant Rose & White LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama  35203-2104, and to Greenwood Plaza, Ltd., c/o Nina M. LaFleur, Esq.,

Stutsman & Thames, P.A., 121 West Forsyth Street, Suite 600, Jacksonville, Florida

32202.

Dated:  September 14, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                      By    *s/ Cynthia C. Jackson*
    D. J. Baker                                Stephen D. Busey
    Sally McDonald Henry                       James H. Post
    Rosalie Gray                               Cynthia C. Jackson (FBN 498882)

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        cjackson@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors


00497425

00497425