UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF KAROL K. DENNISTON

Karol K. Denniston, being duly sworn, deposes and says:

1. I am a partner in the Atlanta, Georgia office of the law firm of Paul, Hastings, Janofsky & Walker LLP ("**Paul Hastings**" or the "**Firm**"), which is located at 600 Peachtree Street, 24th Floor, Atlanta, Georgia 30308. I have been duly admitted to practice law in Texas and West Virginia since 1985, in California since 1988 and in Georgia since 2003. Unless otherwise stated in this affidavit, I have personal knowledge of the facts set forth herein.

2. On September 7, 2005, Paul Hastings submitted its *Application for an Order Pursuant to Section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Nunc Pro Tunc Employment and Retention of Paul, Hastings, Janofsky & Walker LLP as Legal Counsel for the Equity Security Holders Committee* (the "**Application**") [Docket No. 3386].

3. On September 7, 2005, I submitted an affidavit in support of the Application [Docket No. 3387] (the "Affidavit").

4. Having realized that my Affidavit misidentified one of the attorneys expected to be active in the Debtors' chapter 11 cases, I now seek to

ATL/1133317.1

supplement my Affidavit. Unless otherwise defined, all capitalized terms used herein have the meaning given to them in the Application.

5.  The following chart identifies the Paul Hastings attorneys expected to be most active in the Debtors' chapter 11 cases and their current standard hourly rate (the correction is identified in BOLD):

| | |
|---|---|
| **James D. Wareham**, Litigation, Partner, Washington, D.C. | $675 per hour |
| Thomas R. Pollock, Corporate, Partner, San Francisco | $675 per hour |
| Jesse H. Austin III, Corporate, Partner, Atlanta | $680 per hour |
| Karol K. Denniston, Corporate, Partner, Atlanta | $505 per hour |
| Ann M. Miller, Corporate, Associate, San Francisco | $400 per hour |
| Carolyn C. Chayavadhanangkur, Corporate, Associate, Atlanta | $340 per hour |
| Toronda M. Silas, Corporate, Associate, Atlanta | $260 per hour |

[signature on next page]

Dated:   September 13th, 2005

                                             /s/ Karol K. Denniston
                                             Karol K. Denniston
                                             PAUL, HASTINGS, JANOFSKY &
                                             WALKER LLP

SWORN TO AND SUBSCRIBED before
me this 13th day of September, 2005,

/s/ Notary
Notary Public in and for DeKalb County

My Commission Expires: 01/09/07

[Notary Seal: GEORGIA — DEKALB COUNTY]

ATL/1133317.1                                      -3-