## MEMORANDUM TO APPELLANT OF RESPONSIBILITIES

NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 10 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part therefor.

BY THE UNITED STATES BANKRUPTCY COURT

David K. Oliveria, Clerk
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Copies furnished to:

Appellant

Appellee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Sep 12, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Sep 14, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Nicholas V. Pulignano, Jr.,   Marks Gray, P.A.,   1200 Riverplace Blvd Suite 800,
             Jacksonville, FL 32207-1834

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2005**                          **Signature:**   *Joseph Speetjens*