United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

September 12, 2005

Mr. David Timmons/079374/A11275
Hamilton C.I. Annex
11419 S.W. County Rd., #249
Jasper, FL 32052

Re:   Winn-Dixie Stores, Inc. Case 05-3817-3F1

Dear Mr. Timmons,

The court has received your letter regarding the Motion for Relief From Stay you filed. The Motion was set for hearing on August 8, 2005. The ruling on the Motion was Denied for Lack of Prosecution.

A copy of the order is attached for your information.

Thank you,

*Susan Carter*

Susan Carter
Case Manager

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER DENYING RELIEF FROM STAY

This case is before the Court upon the Motion to Lift Stay filed by David Timmons (the "Movant") on May 19, 2005 (Doc. No. 1350). Based upon the failure of the Movant to appear in support of the motion, the Court considers the motion to have been abandoned. Accordingly, it is

ORDERED:

The motion is denied.

Dated this __11__ day of August, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

00504584

PROVIDED TO HAMILTON C.I. ON
9/6/05 FOR MAILING

9/05/05

U.S. Bankruptcy Court
Middle District of Florida
300 N. Hogan St. 3-350
Jacksonville Florida, 32202

Case No. 3:05-bk-03817-JAF

Chapter-11

REC'D
JACKSONVILLE, FLORIDA
SEP - 8 2005
CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Clerk,

A hearing was scheduled for August 8th 2005, for motion for relief from stay. I am requesting a copy of the status of the hearing. I have not been inform of any action taken.

Respectfully Submitted
David Timmons
David Timmons /079374 /A1127S
Hamilton C.I. Annex
11419 S.W. County Rd. #249
Jasper Florida, 32052

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1             Date Rcvd: Sep 12, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 2

The following entities were served by first class mail on Sep 14, 2005.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +David Timmons/079374/A11275,    Hamilton C.I. Annex,    11419 S.W. County Rd., #249,
             Jasper, FL 32052-3735

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2005**                         **Signature:** *Joseph Speetjens*