UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

SUPPLEMENTAL AFFIDAVIT OF
JOHN B. MACDONALD, ON BEHALF OF
AKERMAN SENTERFITT, PURSUANT TO ORDER
APPROVING APPLICATION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF
WINN-DIXIE STORES, INC. FOR RETENTION AND
EMPLOYMENT OF AKERMAN SENTERFITT AS
CO-COUNSEL, NUNC PRO TUNC TO APRIL 22, 2005

STATE OF FLORIDA       )

COUNTY OF DUVAL        )

BEFORE ME, the undersigned authority, on this 15th day of September, 2005, personally appeared John B. Macdonald, who, by me being first duly sworn, deposes and says:

1. He is a shareholder of Akerman Senterfitt and makes this Affidavit on its behalf based upon his own personal knowledge and matters reported to him by other shareholders of Akerman Senterfitt and its employees working under his or their direction.

2. He makes this Affidavit pursuant to the Order of the United States Bankruptcy Court, Jacksonville Division, Middle District of Florida, entered in the above-styled cases on June 13, 2005 (the "Order")(Docket No. 1684), approving the Application of the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., under 11 U.S.C. §1103 and Rules 2014 and 5002, Federal Rules of Bankruptcy Procedure, authorizing the retention and

{JA249046;4}

employment of Akerman Senterfitt as co-counsel for the Committee, *nun pro tunc* to April 22, 2005.

3. This Supplemental Affidavit supplements the (a) Affidavit of John B. Macdonald executed on May 3, 2005, in support of the Committee's application to retain and employ Akerman Senterfitt in these cases (Docket No. 1013), as supplemented on May 18, 2005 (Docket No. 1272), and June 3, 2005 (Docket No. 1575), and (b) the Affidavit of John B. Macdonald executed on July 13, 2005, pursuant to Order Approving Committee's Application to Retain and Employ Akerman Senterfitt as co-counsel, nunc pro tunc to April 22, 2005 (Docket No. 2124) (collectively, the "Prior Affidavits").

4. In the Prior Affidavits Akerman Senterfitt has undertaken to promptly disclose to the Court any information pertinent to its retention and employment in these cases.

5. Akerman Senterfitt, through its office in Miami, Florida, has been requested to represent a potential purchaser of the Cocoa North Shopping Center, located in Cocoa, Florida, which is owned by a non-debtor and in which the Debtors' Store No. 2324 is located under an unexpired lease.

6. The potential purchaser of the shopping center is RDI Developers, LLC, a New York limited liability company, which has requested Akerman Senterfitt to assist solely with its negotiations with the owner of the shopping center for purchase of the property. In its representation of RDI Developers, LLC, Akerman Senterfitt will not participate in or engage in any matters dealing specifically with any assumption or rejection of the Debtors' lease of Store No. 2324. In the event RDI Developers, LLC, closes the purchase of the Cocoa North Shopping Center, Akerman Senterfitt will not represent RDI Developers, LLC, in any matters dealing with

the lease of Store No. 2324 until such time as any confirmed plan of reorganization in these cases shall be substantially consummated or these cases are converted to Chapter 7 or dismissed.

7. Store No. 2324 is identified by the Debtors as a "footprint" store, and to the extent the lease of Store No. 2324 may be sought to be assumed as a component of any plan of reorganization in these cases, Akerman Senterfitt, in combination with its co-counsel, Milbank, Tweed, Hadley & McCloy, LLP ("Milbank"), anticipates providing services to the Committee with respect to all general matters involving the confirmation of any such plan.

8. However, to the extent that the Committee would deal with any matters involving specifically Store No. 2324, Milbank would represent the Committee as to any matters dealing specifically with Store No. 2324.

9. Akerman will file Supplemental Affidavits regarding its retention if any additional relevant information comes to its attention.

John B. Macdonald

STATE OF FLORIDA    )
                    ) ss:
COUNTY OF DUVAL     )

The foregoing instrument was acknowledged before me this 15th day of September, 2005, by John B Macdonald, who is personally known to me or who has produced _____ (type of identification) as identification.

NOTARY PUBLIC, STATE OF FLORIDA



(Print, Type or Stamp Commissioned Name of Notary Public)

{JA249046;4}    3