## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING AND
## CERTIFICATE OF SERVICE

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Notices of Rejection of Unexpired Leases and certify that a copy of each respective notice was furnished by certified mail on September 14, 2005 to the respective Landlord identified on each Notice.

Dated:  September 15, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ___*s/ Cynthia C. Jackson*___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Eliot Properties
        C/O M & P Shopping Center
        5025 Winters Chapel Rd
        Atlanta,  GA  30360-1700

Re:    **Winn-Dixie Store 20, located in Gainesville, Florida**
        Lease dated January 3, 1978, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Pinetree Partners, Ltd.
     113 Bascom Court
     Suite A
     Columbus, GA  31909-8562

Re:  **Winn-Dixie Store 57, located in Thomasville, Georgia**
     Lease dated July 22, 1985, and any amendments, modifications or supplements relating
     to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Gentilly Square, LLC
      C/O Hull/Storey Development
      P.O. Box 204227
      Augusta,  GA  30917-4227

Re:    **Winn-Dixie Store 147, located in Statesboro, Georgia**
      Lease dated March 24, 1975, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*
                                          )
Debtors.                                  )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    A.A.C., Inc.
       400 Mall Blvd 2nd Floor, Ste M
       Savannah, GA 31406

Re:    **Winn-Dixie Store 158, located in Hinesville, Georgia**
       Lease dated August 26, 1975, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Tower Center Associates, Ltd.
       4415 Fifth Avenue
       Pittsburg, PA  15213

Re:   **Winn-Dixie Store 170, located in Gainesville, Florida**
      Lease dated August 19, 1988, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Perimeter Place Associates, L.P.
1201 North Peterson Avenue
Douglas,  GA  31533 0269

Re:  **Winn-Dixie Store 178, located in Douglas, Georgia**
  Lease dated August 15, 1990, and any amendments, modifications or supplements
  relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Chapel Trail Associates, Ltd.
       21011 Johnson St
       Suite 101
       Pembroke Pines, FL  33029

Re:    **Winn-Dixie Store 227, located in Pembroke Pines, Florida**
      Lease dated January 31, 1994, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

                      WINN DIXIE STORES, INC, and its
                      Subsidiaries and affiliates as
                      Debtors and Debtors-In-Possession,

                      By its attorneys,

                      s/ *Cynthia C. Jackson*
                      Stephen D. Busey
                      James H. Post
                      Cynthia C. Jackson (FBN 498882)

                      225 Water Street, Suite 1800
                      Jacksonville, Florida  32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      cjackson@smithhulsey.com

                      Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   Wolfchase Associates, LLC, North Palm, LLC and CEG North Palm
      C/O Strategic Realty Services
      901 Northpoint Parkway Suite 2
      West Palm Beach, FL  33407

Re:   **Winn-Dixie Store 320, located in North Palm Beach, Florida**
     Lease dated February 5, 1998, and any amendments, modifications or supplements
     relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Hillsboro-Lyons Investors Ltd
      C/O Menin Development Co Inc
      3501 PGA Blvd
      Palm Beach,  FL  33410

Re:   **Winn-Dixie Store 338, located in Coconut Creek, Florida**
      Lease dated June 2, 1986, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Drinkard Development, Inc
      P.O. Box 996
      Cullman,  AL  35056-0996

Re:   **Winn-Dixie Store 403, located in Cullman, Alabama**
      Lease dated July 11, 1991, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  American Commercial Realty Corp.
Re: Roebuck Marketplace
4400 PGA Blvd. Suite# 305
Palm Beach Gardens,  FL  33410

Re:  **Winn-Dixie Store 414, located in Birmingham, Alabama**
Lease dated August 23, 1993, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:  Deerfoot Marketplace, LLC
6 Office Park Circle
Suite 100
Biringham, AL  35223

Re:  **Winn-Dixie Store 415, located in Trussville, Alabama**
Lease dated December 19, 2001, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Palisades Investors, LLC
       506 Manchester Expressway
       Suite B5
       Columbus, GA 31904

Re:    **Winn-Dixie Store 421, located in Birmingham, Alabama**
       Lease dated July 28, 1985, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Troy Marketplace LLC
       C/O Samco Properties Inc
       455 Fairway Drive Suite 101
       Deerfield Beach,  FL  33441

Re:    **Winn-Dixie Store 423, located in Troy, Alabama**
       Lease dated December 21, 1988, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

        **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    IPF-Capitol Limited Partnership
         C/O Infinity Property Management
         2727 Paces Ferry Road Suite 1-
         Atlanta, GA  30339

Re:    **Winn-Dixie Store 449, located in Montgomery, Alabama**
         Lease dated October 31, 1990, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Alvin B. Chan Lamily, L.P
      3206 Jackson St
      San Francisco,  CA  94118

Re:    **Winn-Dixie Store 450, located in Opp, Alabama**
      Lease dated November 5, 1993, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:   Fairfield Partners Limited Partnership
       C/O Aronov Realty Management
       P.O. Box 235021
       Montgomery, AL 36123-5021

Re:   **Winn-Dixie Store 523, located in Fairfield, Alabama**
       Lease dated November 17, 1992, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Randy Roark
        P.O. Box 1149
        Montgomery,  AL  36101-1149

Re:    **Winn-Dixie Store 529, located in Alabaster, Alabama**
        Lease dated August 3, 1993, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                     )    Case No.  05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           )    *Chapter 11*
                                           )
Debtors.                                   )    Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Spiller Investments, Inc.
       C/O The Trotman Co Inc
       2525 Bell Road
       Montgomery, AL 36117

Re:    **Winn-Dixie Store 530, located in Tuscaloosa, Alabama**
       Lease dated October 1, 1993, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:  Bergeron WD Palmetto, LLC
      C/O Bergeron Properties
      19612 Southwest 69th Place
      Fort Lauderdale,  FL  33332

Re:  **Winn-Dixie Store 604, located in Palmetto, Florida**
      Lease dated June 13, 1979, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Preston Oil Company, L.P.
         1717 Woodstead Court
         The Woodlands,  TX  77380-0077

Re:    **Winn-Dixie Store 615, located in Brandon, Florida**
         Lease dated November 29, 1999, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:   Webber Commercial Properties, LLC
       C/O Professional Realty Consulting
       2503 Del Prado Boulevard
       Cape Coral,  FL  33904

Re:   **Winn-Dixie Store 740, located in Ft. Myers, Florida**
      Lease dated September 20, 1996, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:   Wesley Chapel, Ltd.
       Attn Accounting Dept
       1733 West Fletcher Avenue
       Tampa,  FL  33612

Re:   **Winn-Dixie Store 748, located in Wesley Chapel, Florida**
       Lease dated January 14, 1987, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Benderson Development Co., Inc.
       8441 Cooper Creek Blvd.
       University Park,  FL  34201

Re:    **Winn-Dixie Store 752, located in New Port Richey, Florida**
       Lease dated April 15, 1988, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    The Rosemyr Corporation and William L. Stark, Sr.
       P.O. Box 108
       Henderson,  NC  27536-0108

Re:    **Winn-Dixie Store 804, located in Henderson, North Carolina**
        Lease dated October 20, 1992, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").


    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Daniel G. Kamin
        P.O. Box 10234
        Pittsburg,  PA  15232-0234

Re:   **Winn-Dixie Store 808, located in Zebulon, North Carolina**
        Lease dated March 16, 1993, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*
                                          )
Debtors.                                  )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Harold G. Bagwell
       P.O. Box 1700
       Garner,  NC  27529

Re:    **Winn-Dixie Store 809, located in Apex, North Carolina**
       Lease dated September 29, 1992, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

　　　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

　　　　　　　　　　　　　　　　WINN DIXIE STORES, INC, and its
　　　　　　　　　　　　　　　　Subsidiaries and affiliates as
　　　　　　　　　　　　　　　　Debtors and Debtors-In-Possession,

　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　s/ *Cynthia C. Jackson*
　　　　　　　　　　　　　　　　Stephen D. Busey
　　　　　　　　　　　　　　　　James H. Post
　　　　　　　　　　　　　　　　Cynthia C. Jackson (FBN 498882)

　　　　　　　　　　　　　　　　225 Water Street, Suite 1800
　　　　　　　　　　　　　　　　Jacksonville, Florida  32202
　　　　　　　　　　　　　　　　(904) 359-7700
　　　　　　　　　　　　　　　　(904) 359-7708 (facsimile)
　　　　　　　　　　　　　　　　cjackson@smithhulsey.com

　　　　　　　　　　　　　　　　Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    F.R.O., L.L.C. VII
        C/O James Hastins CPA
        305 Piping Rock Dr
        Silver Springs,  MD  20905

Re:    **Winn-Dixie Store 811, located in Wake Forest, North Carolina**
      Lease dated September 4, 1997, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:   Cliffdale Corner, Inc.
        C/O Riddle Commercial Properties
        238 North McPherson Church Road
        Fayetteville,  NC  28303

Re:   **Winn-Dixie Store 882, located in Fayetteville, North Carolina**
      Lease dated June 30, 1993, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

        **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )    Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    *Chapter 11*
                                          )
Debtors.                                  )    Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Ponderosa Center, Inc .
       P.O. Box 53729
       Fayetteville,  NC  28305

Re:    **Winn-Dixie Store 883, located in Fayetteville, North Carolina**
       Lease dated November 17, 1987, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Cedar Creek Crossing Associates,  LLC
        C/O Perrie Wheeler Real Estate
        P.O. Box 3578
        Norfolk,  VA  23514

Re:   **Winn-Dixie Store 884, located in Fayetteville, North Carolina**
      Lease dated December 18, 1997, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Park Plaza, LLC
        C/O Reynolds Properties Inc
        147 Brown River Road
        Lexington,  SC  29072

Re:    **Winn-Dixie Store 888, located in Roanoke Rapids, North Carolina**
      Lease dated July 11, 1995, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Knightdale Crossing, LLC
        C/O Mark Properties Inc.
        26 Park Place West
        Morristown,  NJ  07960

Re:    **Winn-Dixie Store 890, located in Knightdale, North Carolina**
        Lease dated November 26, 1984, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:     Dim Vastgoed, N.V.
        C/O DBR Asset Management Inc
        1Financial Plaza, Suite 2001
        Ft Lauderdale, FL  33394

Re:     **Winn-Dixie Store 903, located in Raleigh, North Carolina**
        Lease dated December 5, 1988, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Greenwood Commons Associates
      C/O Commercial Properties Inc.
      1648-F N. Market Drive
      Raleigh,  NC  27609

Re:   **Winn-Dixie Store 908, located in Fuquay-Varina, North Carolina**
      Lease dated may 27, 1992, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   Genoa Associates, LLC
       P.O. Box 919
       Goldsboro,  NC  27533

Re:   **Winn-Dixie Store 912, located in Goldsboro, North Carolina**
      Lease dated November 4, 1997, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Clayton Crossings, LLC
C/O Commercial Properties,Inc
1648F North Market Drive
Raleigh,  NC  27609

Re:    **Winn-Dixie Store 923, located in Clayton, North Carolina**
Lease dated February 27, 1990, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Blanchard and Calhoun Real Estate
P.O. Box 1808
Augusta,  GA  30903-1808

Re:    **Winn-Dixie Store 1003, located in N Augusta, South Carolina**
Lease dated February 6, 1978, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:  Southwind Limited Partnership
2743 Perimeter Parkway
Building 100 Suite 370
Augusta,  GA  30909

Re:  **Winn-Dixie Store 1005, located in N. Augusta, South Carolina**
Lease dated August 4, 1994, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    EIG Gordon Village, LLC
       C/O Equity Investment Group
       111 E Wayne St  Ste 500
       Ft Wayne,  IN  46804

Re:    **Winn-Dixie Store 1007, located in Augusta, Georgia**
      Lease dated June 22, 1984, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:  Northside Development Group
C/O Blanchard & Calhoun Commer
2743 Perimeter Parkway
Augusta,  GA  30909-1808

Re:  **Winn-Dixie Store 1008, located in Aiken, South Carolina**
Lease dated December 4, 1979, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Palmetto Place, LLC
       P.O. Box 125
       Honea Path,  SC  29654

Re:   **Winn-Dixie Store 1016, located in Belton, South Carolina**
      Lease dated April 5, 1995, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Town Square Development
         29 Pelzer Ave
         Williamston,  SC  29697-1023

Re:    **Winn-Dixie Store 1018, located in Williamston, South Carolina**
        Lease dated February 8, 1988, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                          )      Case No.  05-03817-3F1
                                                )
WINN-DIXIE STORES, INC., et al.,                )      *Chapter 11*
                                                )
Debtors.                                        )      Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Augusta Exchange,LLC
       P O Bo Box 5020
       3333 New Hyde Park Rd
       New Hyde Park,  NY  11042-0020

Re:    **Winn-Dixie Store 1020, located in Augusta, Georgia**
       Lease dated May 14, 1997, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

       WINN DIXIE STORES, INC, and its
       Subsidiaries and affiliates as
       Debtors and Debtors-In-Possession,

       By its attorneys,


       s/ *Cynthia C. Jackson*
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson (FBN 498882)

       225 Water Street, Suite 1800
       Jacksonville, Florida  32202
       (904) 359-7700
       (904) 359-7708 (facsimile)
       cjackson@smithhulsey.com

       Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:   Baker and Baker
        P.O. Box 12397
        Columbia, SC  29211-2397

Re:   **Winn-Dixie Store 1034, located in Brevard, North Carolina**
        Lease dated April 6, 1984, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Blake P. Garrett, Jr and George B. Nalley, Jr.
       P.O. Box 1929
       Easley,  SC  29641-1929

Re:    **Winn-Dixie Store 1036, located in Laurens, South Carolina**
       Lease dated August 8, 1997, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Applewood Shopping Center
        C/O Collett & Associates Inc
        P.O. Box 36799
        Charlotte,  NC  28236-6799

Re:    **Winn-Dixie Store 1049, located in Seneca, South Carolina**
      Lease dated August 11, 2004, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

       **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Greer Plaza, Inc.
      1175 N E 125th St
      Suite 102
      North Miami,  FL  33161

Re:    **Winn-Dixie Store 1055, located in Greer, South Carolina**
      Lease dated October 9, 1993, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Greenville Grocery LLC
       C/O JP Metz Co, Inc
       Attn:Daniel
       1990 M Street, N.W. Ste 650
       Washington  DC  20036

Re:    **Winn-Dixie Store 1057, located in Travelers Rest, South Carolina**
       Lease dated august 1, 1994, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

       **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    River Oaks Partnership
         C/O Hughes Real Estate Inc
         P O Box 2567
         Greensville,  SC  29602

Re:    **Winn-Dixie Store 1084, located in Greenville, South Carolina**
         Lease dated November 11, 1983, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Monarch Development LLC
         230 Seven Farms Dr
         Suite 200
         Charleston, SC 29492

Re:    **Winn-Dixie Store 1092, located in Charleston, South Carolina**
         Lease dated June 10, 1983, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Foothills Partnership
P.O Box 3305
Greenville,  SC  29602

Re:   **Winn-Dixie Store 1098, located in West Union, South Carolina**
Lease dated July 18, 1997, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )       Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )       *Chapter 11*
                                          )
Debtors.                                  )       Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Windsor Place
       P.O. Box 125
       Honea Path,  SC 29654-0125

Re:    **Winn-Dixie Store 1203, located in Anderson, South Carolina**
       Lease dated September 21, 1989, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:   Town 'N Country Realty Of Easley, Inc.
       P.O. Box 1929
       Easley,  SC  29641-1929

Re:   **Winn-Dixie Store 1223, located in Easley, South Carolina**
       Lease dated February 10, 1989, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Oakdale Investors LP
         P.O. Box 1095
         Greenwood,  SC  29648-1095

Re:    **Winn-Dixie Store 1225, located in Duncan, South Carolina**
         Lease dated April 5, 1993, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    L.W. Smith, Jr. Trust
      301 Park Lake Road
      Columbia, SC  29223

Re:    **Winn-Dixie Store 1238, located in Columbia, South Carolina**
      Lease dated August 8, 1996, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   McDuffie Square, LP
      P.O. Box 204227
      Augusta,  GA  30917-4227

Re:   **Winn-Dixie Store 1243, located in Thomson, Georgia**
      Lease dated September 10, 1986, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Pickens-Nally, L.P.
          P.O. Box 1929
          Easley,  SC  29641

Re:    **Winn-Dixie Store 1244, located in Pickens, South Carolina**
          Lease dated February 1, 1994, and any amendments, modifications or supplements
          relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Waynesville Shopping Center, LLC
      C/O Ronald L. Hooker
      435 Overlook Dr
      Maggie Valley,  NC  28751

Re:    **Winn-Dixie Store 1249, located in Waynesville, North Carolina**
      Lease dated August 15, 1984, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Ivey Electric Company
         P.O. Box 211
         Spartanburg,  SC  29304

Re:    **Winn-Dixie Store 1256, located in Spartanburg, South Carolina**
         Lease dated March 10, 1994, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Cedar Springs Center Associates
      P.O. Box 3524
      Spartanburg,  SC  29304 3524

Re:    **Winn-Dixie Store 1257, located in Spartanburg, South Carolina**
      Lease dated October 26, 1994, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Stockman and Nalley Partnership
         1142 Reynolds Ave
         Greenwood,  SC  29649

Re:    **Winn-Dixie Store 1258, located in Greenwood, South Carolina**
      Lease dated March 21, 1979, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Frank Boren
          9169 Great Blue Heron Lane
          Blaine,  WA  98250

Re:    **Winn-Dixie Store 1259, located in Greenwood, South Carolina**
          Lease dated March 17, 1997, and any amendments, modifications or supplements
          relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    12th Street & Washington
      8698 East San Alberto Drive
      Scottsdale, AZ 85258

Re:    **Winn-Dixie Store 1264, located in Spartanburg, South Carolina**
      Lease dated November 24, 1992, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Southway Investors
        718 E. Frederick Street
        Gaffney,  SC  29340

Re:    **Winn-Dixie Store 1269, located in Gaffney, South Carolina**
        Lease dated March 27, 1984, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )         Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., <u>et al.</u>,   )         *Chapter 11*
                                          )
Debtors.                                  )         Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Arrowhead Net Lease, LP
       C/O Cardinal Capital Partners,
       8214 Westchester Dr, 9th Floor
       Dallas,  TX  75225

Re:    **Winn-Dixie Store 1284, located in Martinez, Georgia**
       Lease dated June 26, 1984, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )    Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    *Chapter 11*
                                          )
Debtors.                                  )    Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Fury's Ferry Limited Partners
       C/O Hull/Storey Development
       P.O. Box 204227
       Augusta,  GA  30917

Re:    **Winn-Dixie Store 1289, located in Martinez, Georgia**
       Lease dated January 24, 1990, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Phil Drake and Susan Drake
      106 Palmer Street
      Franklin,  NC  28734

Re:    **Winn-Dixie Store 1290, located in Franklin, North Carolina**
      Lease dated May 9, 1974, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )      Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., <u>et al</u>.,          )      *Chapter 11*
                                          )
Debtors.                                  )      Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Westside City, Inc
       P.O. Box 2567
       Greenville,  SC  29602-2567

Re:    **Winn-Dixie Store 1297, located in Greenville, South Carolina**
       Lease dated May 13, 1992, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Westland Plaza Associates, LP
         C/O Stirling Properties
         P.O. Box 11407
         Birmingham,  AL  35246-0787

Re:    **Winn-Dixie Store 1305, located in Jackson, Mississippi**
         Lease dated November 6, 1994, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

<div style="margin-left:50%">

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

</div>

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Estate of H.C. Plunkett
       P.O. Box 5306
       Jackson, MS  39296-5306

Re:    **Winn-Dixie Store 1306, located in Brandon, Mississippi**
       Lease dated June 15, 1995, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Northwest Junction Partners
       C/O Nancy M. Lane
       1855 Lakeland Drive
       Jackson,  MS  39216-5763

Re:    **Winn-Dixie Store 1331, located in Laurel, Mississippi**
      Lease dated April 5, 1983, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   H C Plunkett
      C/O Batesville Security Bank
      TMAS 7300228
      P.O. Box 690
      Batesville, MS  38606

Re:   **Winn-Dixie Store 1346, located in Forest, Mississippi**
     Lease dated April 23, 1992 and any amendments, modifications or supplements relating
     to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                      )    Case No.  05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )    *Chapter 11*
                                            )
Debtors.                                    )    Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Eckstein Properties LLC
       60 Broad Street
       Suite 3503
       New York,  NY  10004

Re:    **Winn-Dixie Store 1350, located in Jackson, Mississippi**
       Lease dated June 6, 1984, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Edens & Avant Properties LP
         C/O Magee Shopping Center
         P.O. Box 528
         Columbia, SC  29202

Re:    **Winn-Dixie Store 1360, located in Magee, Mississippi**
          Lease dated January 19, 1978, and any amendments, modifications or supplements
          relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Madison Station Properties LLC
      Attn: John Stratton II
      6360 I-55 North Suite 210
      Jackson,  MS 39211

Re:    **Winn-Dixie Store 1372, located in Madison, Mississippi**
      Lease dated February 3, 1998, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    New Plan Excel Realty Trust
      Attn: Dianne Colella
      3901 Bellaire Blvd.
      Houston,  TX  77025

Re:    **Winn-Dixie Store 1402, located in Clinton, Mississippi**
      Lease dated August 31, 2004, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    JWV (LA), L.L.C.
      C/O JW Properties Inc
      P.O. Box 16146
      Mobile, AL  36616-0146

Re:    **Winn-Dixie Store 1442, located in Donaldsonville, Louisiana**
      Lease dated September 13, 1966, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Lynn Kirk Management
       24 E. Cota Street
       Santa Barbara,  CA  93101

Re:    **Winn-Dixie Store 1469, located in Houma, Louisiana**
       Lease dated August 8, 1996, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Sawicki Realty Co
        118 W Wayne St.
        Maumee, OH  43537

Re:    **Winn-Dixie Store 1551, located in Lafayette, Louisiana**
       Lease dated March 1, 1996, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Hasco Properties
        P.O. Box 681
        McComb,  MS  39648-0681

Re:    **Winn-Dixie Store 1556, located in Thibodaux, Louisiana**
        Lease dated May 21, 1986, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    IPF Heights Limited Partnership
       C/O Infinity Property Management Co.
       Paces West Building One
       Atlanta,  GA  30339

Re:    **Winn-Dixie Store 1585, located in Baton Rouge, Louisiana**
        Lease dated September 27, 1983, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                     )        Case No.  05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           )        *Chapter 11*
                                           )
Debtors.                                   )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Ashy-Brown Gonzales
       C/O GMAC Commerical Mortgage
       P.O. Box 740988
       Atlanta,  GA  30374- 0988

Re:    **Winn-Dixie Store 1587, located in Gonzales, Louisiana**
       Lease dated July 1, 1987, and any amendments, modifications or supplements relating to
       the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:     Southmark Properties, L.L.C.
          Attn: James A. Bruno
          100 Centerview Drive, Suite 22
          Birmingham, AL 35216

Re:     **Winn-Dixie Store 1807, located in Lagrange, Georgia**
       Lease dated March 21, 1996, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Homewood Associates, Inc.
      2595 Atlanta Hwy
      Athens,  GA  30606-1232

Re:    **Winn-Dixie Store 1827, located in Athens, Georgia**
      Lease dated June 15, 1995, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                )       Case No.  05-03817-3F1
                                      )
WINN-DIXIE STORES, INC., et al.,      )       *Chapter 11*
                                      )
Debtors.                              )       Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    N.K.C. Properties
       P.O. Box 4479
       Dalton,  GA  30719

Re:    **Winn-Dixie Store 1860, located in Dalton, Georgia**
       Lease dated September 4, 1996, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   WTH II, LLC
        C/O TWSPC
        P.O. Box 1983
        Athens, GA 30603

Re:   **Winn-Dixie Store 1872, located in Monroe, Georgia**
        Lease dated July 18, 1997, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

        **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Crossroads Center, Ltd
2200 Woodcrest Place,  Ste. 210
Birmingham,  AL  35209

Re:  **Winn-Dixie Store 1903, located in Huntsville, Alabama**
Lease dated May 8, 1981, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Bronze Centers, L.P.
       Oakwood Village Associates
       1853 E Piedmont Rd Suite 300
       Marietta,  GA  30066

Re:    **Winn-Dixie Store 1904, located in Huntsville, Alabama**
       Lease dated May 10, 1983, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

       **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                      )        Case No.  05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )        *Chapter 11*
                                            )
Debtors.                                    )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    E & A Southeast Limited Partnership
       P.O. Box 528
       Columbia,  SC  29202

Re:    **Winn-Dixie Store 1912, located in Huntsville, Alabama**
       Lease dated August 11, 1985, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


   **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )     Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )     *Chapter 11*
                                          )
Debtors.                                  )     Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Kileen Marketplace, LLC
       110 West Tennessee St
       Florence,  AL  35631

Re:    **Winn-Dixie Store 1917, located in Killen, Alabama**
       Lease dated September 17, 1998, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    GRE Properties, LLC
        Attn: Norma Jeane G Rayburn
        3 Confederate Point
        Spanish Fort,  AL  36527

Re:    **Winn-Dixie Store 1933, located in Soddy Daisy, Tennessee**
      Lease dated October 9, 1995, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

        **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Southeast US Retail Fund LP
         C/O Hurricane Creek
         P.O. Box 7520
         The Woodlands,  TX  77387

Re:    **Winn-Dixie Store 1936, located in Chattanooga, Tennessee**
         Lease dated August 30, 1996, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    B.V. Belk, Jr.
       4508 E Indepence Blvd., Suite 207
       Charlotte, NC  28205

Re:    **Winn-Dixie Store 2001, located in Charlotte, North Carolina**
       Lease dated April 7, 1986, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    City View, LLC
       P.O. Box 78145
       Charlotte, NC  28271-7026

Re:    **Winn-Dixie Store 2006, located in Charlotte, North Carolina**
       Lease dated April 4, 1992, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Warehouses,Inc; Associate Investments and Victor B. John
　　　　Village Square
　　　　P.O. Box 1608
　　　　Columbia,  SC  29202-0528

Re:    **Winn-Dixie Store 2015, located in Lexington, North Carolina**
　　　　Lease dated April 25, 1984, and any amendments, modifications or supplements relating
　　　　to the lease (collectively, the "Lease").

　　　　**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

　　　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Southgate Plaza Associates,LLC
         26 Park Place West – 2nd Floor
         Morristown,  NJ  07960

Re:   **Winn-Dixie Store 2019, located in Thomasville, North Carolina**
        Lease dated February 2, 1996, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

> WINN DIXIE STORES, INC, and its
> Subsidiaries and affiliates as
> Debtors and Debtors-In-Possession,
>
> By its attorneys,
>
>
> s/ *Cynthia C. Jackson*
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson (FBN 498882)
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
>
> Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Primax Properties LLC
        1115 East Morehead Street
        Charlotte, NC  28204-2857

Re:    **Winn-Dixie Store 2024, located in Charlotte, North Carolina**
        Lease dated November 24, 1995, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                      )        Case No.  05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )        *Chapter 11*
                                            )
Debtors.                                    )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Glenwood Midway Company,LLC
       16740 Birkdale Commons Parkway
       Suite 306
       Huntersville,  NC  28078

Re:    **Winn-Dixie Store 2025, located in Winston Salem, North Carolina**
       Lease dated October 25, 1996, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Broad Street Station Shopping Center,LLC
       C/O Collett & Associates, Inc.
       P.O. Box 36799
       Charlotte, NC 28236-6799

Re:    **Winn-Dixie Store 2029, located in Statesville, North Carolina**
       Lease dated March 31, 1994, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Market Place Partners
      449 South Wrenn Street
      High Point,  NC  27260

Re:    **Winn-Dixie Store 2031, located in High Point, North Carolina**
      Lease dated July 27, 1989, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Leatherman Associates
      706 B Jake Blvd. West
      Salisbury, NC  28147

Re:    **Winn-Dixie Store 2032, located in Salisbury, North Carolina**
      Lease dated February 12, 1987, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Robert H. Palmer,Jr.
        P.O. Box 3146
        Johnson City,  TN  37602

Re:    **Winn-Dixie Store 2036, located in Salisbury, North Carolina**
        Lease dated May 22, 1992, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:     The First Republic Corporation of America
           302 5th Ave
           New York,  NY  10001-3604

Re:     **Winn-Dixie Store 2049, located in Greensboro, North Carolina**
           Lease dated January 31, 1994, and any amendments, modifications or supplements
           relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    WCL Five,LLC
       P O Box 601698
       Charlotte,  NC  28260-1698

Re:    **Winn-Dixie Store 2062, located in Mebane, North Carolina**
       Lease dated March 26, 1998, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )       Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )       *Chapter 11*
                                          )
Debtors.                                  )       Jointly Administered

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    The Village Marketplace of Haw River,Inc.
       Haw River Inc
       614 N Main St
       Salisbury,  NC  28144-1507

Re:    **Winn-Dixie Store 2066, located in Haw River, North Carolina**
       Lease dated July 19, 1993, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    George B. Nalley, Jr.
       C/O GBN Properties
       P.O. Box 1929
       Easley, SC 29641-1929

Re:    **Winn-Dixie Store 2070, located in Hickory, North Carolina**
       Lease dated March 28, 1994, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) *Chapter 11*
)
Debtors. ) Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Caldwell Realty & Investment Co.
     Attn: Carol Gragg
     P.O. Box 740
     Lenoir,  NC  28645

Re:  **Winn-Dixie Store 2081, located in Kings Mountain, North Carolina**
     Lease dated September 21, 1982, and any amendments, modifications or supplements
     relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Rial Corporation
          C/O William C Stillwagon
          319 South Maple Ave
          Greensburg,  PA  15601-3218

Re:    **Winn-Dixie Store 2084, located in Gastonia, North Carolina**
         Lease dated May 22, 1986, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").

       **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | . | |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    IRT Partners LP
P.O. Box 101384
Atlanta,  GA  30392-1384

Re:  **Winn-Dixie Store 2087, located in Stanley, North Carolina**
Lease dated December 4, 1979, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    PMT Partners V, LLC
        C/O Bell Moore Group Inc
        5200 Park Road Suite 120
        Charlotte,  NC  28209

Re:    **Winn-Dixie Store 2101, located in Charlotte, North Carolina**
       Lease dated September 23, 1999, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Heritage SPE LLC
       Group #60
       P O Box 5-497
       Woburn,  MA  01815

Re:    **Winn-Dixie Store 2106, located in Charlotte, North Carolina**
      Lease dated June 4, 1987, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re: ) Case No.  05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) *Chapter 11*
)
Debtors. ) Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Potter Square Associates Limited Partnership
       C/O Property Concepts
       545 Watergate Court
       Roswell,  GA  30076-3239

Re:    **Winn-Dixie Store 2108, located in Stallings, North Carolina**
       Lease dated November 6, 1991, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Rappaport Management Co
       8405 Greensboro Drive
       Suite 830
       Mclean,  VA  22102-5118

Re:    **Winn-Dixie Store 2112, located in Walkertown, North Carolina**
       Lease dated April 20, 1987, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Ebinport Associates
      P.O. Box 4452
      Rock Hill,  SC  29732 6452

Re:    **Winn-Dixie Store 2155, located in Rock Hill, South Carolina**
      Lease dated September 25, 1986, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Museum Associates
         PO Box 4452
         Rock Hill,  SC  29732-4452

Re:    **Winn-Dixie Store 2159, located in Rock Hill, South Carolina**
         Lease dated June 1, 1990, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                      )        Case No.  05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )        *Chapter 11*
                                            )
Debtors.                                    )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Lucy Company Of South Carolina
       Grubb & Ellis Wilson/Kibler
       P.O. Box 11312
       Columbia, SC  29211

Re:    **Winn-Dixie Store 2165, located in Sumter, South Carolina**
       Lease dated July 25, 1989, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

<div style="margin-left:50%">

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

</div>

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Day Properties,LLC
       119 Sandwedge Road
       Wilkesboro,  NC  28697

Re:   **Winn-Dixie Store 2196, located in N. Wilkesboro, North Carolina**
      Lease dated September 26, 1972, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    SCP Winter Garden FL, LLC
       1300 Post Oak Blvd
       Suite 2000
       Houston,  TX  77056

Re:    **Winn-Dixie Store 2200, located in Winter Garden, Florida**
       Lease dated July 12, 2001, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    CMC Real Estate Program 1988-1, LT
         P.O. Box 8649
         Ann Arbor,  MI  48106-8649

Re:    **Winn-Dixie Store 2202, located in Inverness, Florida**
         Lease dated December 15, 1986, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    The Oaks Shopping Center, Inc.
       181 Timacuan Blvd
       St. Mary,  FL  32746

Re:    **Winn-Dixie Store 2240, located in St Cloud, Florida**
       Lease dated November 11, 1989, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


       **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

      WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Mt. Dora Marketplace, Ltd.
6353 W. Rogers Circle
Suite 1
Boca Raton,  FL  33487-2757

Re:    **Winn-Dixie Store 2262, located in Mt Dora, Florida**
Lease dated October 2, 1985, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                )      Case No.  05-03817-3F1
                                       )
WINN-DIXIE STORES, INC., et al.,       )      *Chapter 11*
                                       )
Debtors.                               )      Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Marketplace Port St. Lucie LP
       Corporate Center West
       433 South Main Street Ste 300
       West Hartford,  CT  06110

Re:    **Winn-Dixie Store 2361, located in Port St. Lucie, Florida**
       Lease dated July 23, 1996, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Dauksch Family Partnership
        10732 Todt Karle Road
        Olympia,  WA  98513

Re:    **Winn-Dixie Store 2382, located in Maitland, Florida**
        Lease dated April 25, 1964, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

<div style="margin-left: 50%;">

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

</div>

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Altamonte S.S.G.,Inc.
      6220 S. Orange Blossom Trail
      Suite 163
      Orlando, FL 32809

Re:    **Winn-Dixie Store 2384, located in Altamonte Springs, Florida**
      Lease dated December 13, 1977, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Equity One(Hunter's Creek) Inc.
       1696 NE Miami Gardens Drive
       North Miami Beach,  FL  33179

Re:    **Winn-Dixie Store 2391, located in Orlando, Florida**
      Lease dated December 17, 1997, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    E&A Southeast LP
         P.O. Box 528
         Columbia,  SC  29202-0528

Re:    **Winn-Dixie Store 2620, located in Jackson, Mississippi**
         Lease dated September 12, 1972, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Jackson-I55, LLC
       P O Box 78
       Jackson, MS 39205

Re:    **Winn-Dixie Store 2629, located in Jackson, Mississippi**
      Lease dated March 29, 1993, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*
                                          )
Debtors.                                  )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Artesia Medical Development Co.
       21520 S. Pioneer Blvd. Suite 205
       Hawaiian Gardens, CA  90716

Re:    **Winn-Dixie Store 2661, located in Tampa, Florida**
       Lease dated February 14, 1996, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   C. & A. Ltd., L.C.
      11690 Grooms Rd
      Cincinnati,  OH  45242

Re:   **Winn-Dixie Store 2663, located in Melbourne, Florida**
      Lease dated November 24, 1997, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*
                                          )
Debtors.                                  )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    McDonough Marketplace Partners
       P.O. Box 1149
       Montgomery, AL 36101-1149

Re:    **Winn-Dixie Store 2707, located in Mcdonough, Georgia**
       Lease dated September 10, 1993, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Albion Pacific Property Resources
      1438 North Glover Street #11
      Los Angeles,  CA  90028

Re:    **Winn-Dixie Store 2711, located in Riverdale, Georgia**
      Lease dated May 17, 1999, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    CC Realty Intermediate Fund I, Ltd
       3101 Towercreek Pkwy, Suite 20
       Atlanta, GA 30339

Re:    **Winn-Dixie Store 2713, located in Lilburn, Georigia**
       Lease dated December 8, 1986, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Villa Rica Retail Properties, LLC
         P.O. Box 324
         Villa Rica,  GA  30180

Re:    **Winn-Dixie Store 2716, located in Villa Rica, Georgia**
         Lease dated April 26, 1995, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Commercial Net Lease Realty, Inc.
         450 S. Orange Avenue, Suite 900
         Orlando,  FL  32803

Re:    **Winn-Dixie Store 2719, located in Dallas, Georgia**
         Lease dated May 17, 1996, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Commercial Net Lease Realty, Inc.
      450 S. Orange Avenue, Suite 900
      Orlando  FL  32801

Re:    **Winn-Dixie Store 2721, located in Woodstock, Georgia**
      Lease dated July 24, 1996, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Barrett Crossing Shopping Center, LLC
         85-A Mill Street
         Suite 100
         Roswell,  GA  30075

Re:    **Winn-Dixie Store 2722, located in Kennesaw, Georigia**
         Lease dated December 28, 1987, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").


    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Edens & Avant Financing II Ltd Partnership
       P.O. Box 528
       Columbia, SC  29202

Re:    **Winn-Dixie Store 2723, located in Stone Mountain, Georgia**
       Lease dated November 29, 1983, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    DPG Five Forks Village LLC
        Dept 162403 Jd1300
        P.O. Box 951701
        Cleveland, OH 44193

Re:    **Winn-Dixie Store 2735, located in Lawrenceville, Georgia**
        Lease dated August 16, 1986, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

> WINN DIXIE STORES, INC, and its
> Subsidiaries and affiliates as
> Debtors and Debtors-In-Possession,
>
> By its attorneys,
>
>
> s/ *Cynthia C. Jackson*
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson (FBN 498882)
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
>
> Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    )          Case No.  05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., et al.,                          )          *Chapter 11*
                                                          )
Debtors.                                                  )          Jointly Administered

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:     Salem Crossing Shopping Center, LLC
        C/O Spectrum Realty Advisors Inc.
        5871 Glenridge Drive
        Atlanta,  GA  30328

Re:     **Winn-Dixie Store 2738, located in Lithonia, Georgia**
        Lease dated August 18, 1988, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

  **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    P & W Stonebridge, L.L.C.
       C\O Westside Management Group LLC
       3060 Peachtree Rd NW
       Atlanta,  GA  30305

Re:    **Winn-Dixie Store 2742, located in Lithonia, Georgia**
      Lease dated March 29, 1989, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005