## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING AND
## CERTIFICATE OF SERVICE

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Notices of Rejection of Unexpired Leases and certify that a copy of each respective notice was furnished by certified mail on September 15, 2005 to the respective Landlord identified on each Notice.

Dated:  September 15, 2005

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By    *s/ Cynthia C. Jackson*
    D. J. Baker                                      Stephen D. Busey
    Sally McDonald Henry                   James H. Post
    Rosalie Gray                                   Cynthia C. Jackson (FBN 498882)

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                                  (904) 359-7700
(917) 777-2150 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          cjackson@smithhulsey.com

Co-Counsel for Debtors                        Co-Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Victory Investments Inc
       506 Manchester Expressway
       Suite B5
       Columbus, GA  31904

Re:    **Winn-Dixie Store 14, located in Jesup, Georgia**
       Lease dated April 11, 1983, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Victory Vidalia, Inc.
       506 Manchester Expressway
       Suite B5
       Columbus,  GA  31904

Re:    **Winn-Dixie Store 55, located in Vidalia, Georgia**
       Lease dated March 13, 1985, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys

to the leased premises to the affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its Subsidiaries and affiliates as Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Mr. Fred D. Bentley, Sr.
        241 Washington Avenue
        Marietta, GA 30060

Re:    **Winn-Dixie Store 181, located in Adel, Georiga**
        Lease dated August 20, 1991, and any amendments, modifications or
        supplements relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys

to the leased premises to the affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its Subsidiaries and affiliates as Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:     LPI Waycross, Inc.
        3000 Corporate Center Drive, Suit 300
        Morrow,  GA  30260

Re:     **Winn-Dixie Store 188, located in Waycross, Georgia**
        Lease dated August 25, 1994, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Linpro Investments Inc
       C/O Precise Property
       6761 West Indian Town Road
       Jupiter, FL  33458

Re:    **Winn-Dixie Store 223, located in West Palm Beach, Florida**
       Lease dated May 1, 1996, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Newton Development, Inc.
     250 Washington Street
     Prattville,  AL  36067

Re:  **Winn-Dixie Store 404, located in Phenix City, Alabama**
     Lease dated November 11, 1987, and any amendments, modifications or supplements
     relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

                          WINN DIXIE STORES, INC, and its
                          Subsidiaries and affiliates as
                          Debtors and Debtors-In-Possession,

                          By its attorneys,

                          *s/ Cynthia C. Jackson*
                          Stephen D. Busey
                          James H. Post
                          Cynthia C. Jackson (FBN 498882)

                          225 Water Street, Suite 1800
                          Jacksonville, Florida  32202
                          (904) 359-7700
                          (904) 359-7708 (facsimile)
                          cjackson@smithhulsey.com

                          Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Developers Diversified Of Alabama, Inc.
      3300 Enterprise Parkway
      P. O. Box 228042
      Beachwood,  OH  44122

Re:   **Winn-Dixie Store 417, located in Birmingham, Alabama**
      Lease dated June 20, 1993, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    L. J. Melody & Company
         1707 Arlington Blvd
         El Cerrito,  CA  94530

Re:    **Winn-Dixie Store 432, located in Ozark, Alabama**
         Lease dated May 11, 1994, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    F&M Development, Ltd
       2600 E South Blvd
       Suite 230
       Montgomery,  AL  36116

Re:    **Winn-Dixie Store 519, located in Greenville, Alabama**
       Lease dated May 14, 1990, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:  Vestavia Hills 99-Al, LLC
     5850 Fayetteville Road, Ste 20
     Durham,  NC  27713

Re:  **Winn-Dixie Store 532, located in Vestavia, Alabama**
     Lease dated August 26, 1999, and any amendments, modifications or supplements
     relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

> WINN DIXIE STORES, INC, and its
> Subsidiaries and affiliates as
> Debtors and Debtors-In-Possession,
>
> By its attorneys,
>
>
> s/ *Cynthia C. Jackson*
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson (FBN 498882)
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
>
> Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                              )        Case No.  05-03817-3F1
                                    )
WINN-DIXIE STORES, INC., et al.,    )        *Chapter 11*
                                    )
Debtors.                            )        Jointly Administered

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Birmingham Realty Company
       Accounting Dept.
       27 Inverness Center Parkway
       Birmingham,  AL  35242-4202

Re:    **Winn-Dixie Store 547, located in Pelham, Alabama**
       Lease dated September 1, 1993, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Pascagoula Properties, Ltd
        Attn: Leasing Dept
        P.O. Box 680176
        Prattville, AL  36068

Re:    **Winn-Dixie Store 573, located in Pascagoula, Mississippi**
        Lease dated December 14, 1994, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Birmingham Realty Company
       Accounting Dept
       27 Inverness Center Parkway
       Birmingham,  AL  35242-4202

Re:    **Winn-Dixie Store 575, located in Moody, Alabama**
       Lease dated March 30, 1994, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:   Adam-Dix Properties Corp.
       Attn: Ms. Mildred Gray
       9118 Tingle Cut Off Road
       Dora, AL  35062

Re:   **Winn-Dixie Store 593, located in Adamsville, Alabama**
       Lease dated September 29, 1999, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    59 West Partners, Ltd.
          Attn: Lease Dept.
          P.O. Box 680176
          Prattville, AL  36068

Re:    **Winn-Dixie Store 594, located in Bessemer, Alabama**
          Lease dated May 17, 1994, and any amendments, modifications or supplements relating
          to the lease (collectively, the "Lease").


      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Birmingham Realty Company
        Accounting Dept
        27 Inverness Center Parkway
        Birmingham,  AL  35242-4202

Re:    **Winn-Dixie Store 597, located in Columbiana, Alabama**
        Lease dated February 4, 1997, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Allard L.L.C.
      695 Central Avenue, Suite 207
      St Petersburg,  FL  33701

Re:   **Winn-Dixie Store 620, located in St. Petersburg, Florida**
      Lease dated July 16, 1997, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Watkins Investments
        751 Champagne Road
        Inclan Village,  NV  89451

Re:    **Winn-Dixie Store 634, located in Tampa, Florida**
        Lease dated June 20, 1994, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO: WD Tampa Trust
   C/O Paragon Affiliates, Inc.
   One Paragon Drive  Suite 145
   Montvale, NJ  07645

Re: **Winn-Dixie Store 636, located in Tampa, Florida**
   Lease dated December 2, 1996, and any amendments, modifications or supplements
   relating to the lease (collectively, the "Lease").

   **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   Clara Boldog
       C/O Deboer International Inc.
       3705 Tampa Rd, Unit 1-A
       Oldsmar,  FL  34677

Re:   **Winn-Dixie Store 703, located in Oldsmar, Florida**
       Lease dated July 26, 1984, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

                        WINN DIXIE STORES, INC, and its
                        Subsidiaries and affiliates as
                        Debtors and Debtors-In-Possession,

                        By its attorneys,


                        s/ *Cynthia C. Jackson*
                        Stephen D. Busey
                        James H. Post
                        Cynthia C. Jackson (FBN 498882)

                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        cjackson@smithhulsey.com

                        Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Retail Asset Management
        P O Box 5666
        Clearwater,  FL  33758-5666

Re:    **Winn-Dixie Store 716, located in Valrico, Florida**
        Lease dated April 30, 1984, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   Royal Oaks Brandon Partners
       C/O Pappas Retail Leasing and Management
       P.O. Box 48547
       St. Petersburg, FL 33743

Re:   **Winn-Dixie Store 734, located in Valrico, Florida**
      Lease dated February 20, 1989, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    USRP I, LLC
       4350 East West Highway
       Bethesda  Md  20814

Re:    **Winn-Dixie Store 803, located in Cary, North Carolina**
       Lease dated December 14, 1984, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:     Club Boulevard Investors L.P.
        C/O Harbor Group Mgmt Co
        999 Waterside Drive, Suite 2300
        Norfolk, VA 23501

Re:     **Winn-Dixie Store 915, located in Durham, North Carolina**
        Lease dated May 30, 1997, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                     )        Case No.  05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           )        *Chapter 11*
                                           )
Debtors.                                   )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:     Goldsboro Assoc.
        1410 Valley Road
        Wayne, NJ  07470

Re:     **Winn-Dixie Store 918, located in Goldsboro, North Carolina**
        Lease dated May 6, 1976, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

 **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    ARS Investment Corproration
       5006 Monumnet Ave
       Richmond, VA 23230

Re:    **Winn-Dixie Store 956, located in Highland Springs, VA**
       Lease dated April 28, 1983, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Charles A. Wilkins
        P.O Box 34127
        Charlotte,  NC  28234

Re:    **Winn-Dixie Store 1015, located in Anderson, South Carolina**
      Lease dated June 18, 1996, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Hartwell Partnership
         P.O. Box 1929
         Easley,  SC  29641

Re:    **Winn-Dixie Store 1023, located in Hartwell, Georgia**
          Lease dated February 16, 1994, and any amendments, modifications or supplements
          relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:     Dixieland SC, LLC
       235 Moore Street
       Hackensack,  NJ 07601

Re:     **Winn-Dixie Store 1076, located in Orangeburg, South Carolina**
       Lease dated June 25, 1996, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Glimcher Properties Limited Partnership
        Newberry Square Shopping Cente
        150 East Gay Street
        Columbus, OH 43215

Re:    **Winn-Dixie Store 1077, located in Newberry, South Carolina**
        Lease dated January 21, 1987, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   USPG Portfolio Two, LLC
        C/O USPG Management, LLC
        10 West Broad Street, Suite 16
        Columbus, OH  43215

Re:   **Winn-Dixie Store 1086, located in Beaufort, South Carolina**
        Lease dated August 31, 1986, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Galileo Cmbs T1 Hl LLC
       C/O CBI Management.
       2030 Hamilton Place Boulevard, Suite 500C
       Chattanooga,  TN  37421

Re:    **Winn-Dixie Store 1095, located in Beaufort, South Carolina**
       Lease dated February 15, 1983, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    WD Westminster SC LLC
       C\O I Reiss & Son
       200 East 61St Street-Ste 29F
       New York,  NY  10021

Re:    **Winn-Dixie Store 1220, located in Westminster,  South Carolina**
       Lease dated November 14, 1996, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                     )        Case No.  05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           )        *Chapter 11*
                                           )
Debtors.                                   )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Morro Palms Shopping Center
       420 Montgomery St 7th Floor
       MAC # A0101-071
       San Fransico  CA  94104


Re:    **Winn-Dixie Store 1232, located in Abbeville, South Carolina**
        Lease dated august 25, 1993, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Sharron Blackwell
       C/O Avtex Commercial Properties
       P.O Drawer 10287
       Greenville, SC 29603

Re:    **Winn-Dixie Store 1235, located in West Columbia, South Carolina**
        Lease dated September 16, 1993, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Developers Diversified Realty
       3300 Enterprise Prkway
       P.O. Box 228042
       Beachwood,  OH  44122

Re:    **Winn-Dixie Store 1255, located in Union, South Carolina**
       Lease dated July 25, 1990, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Southgaterealty, LLC
      112 Sheffield Loop
      Suite D
      Hattiesburg,  MS 39402

Re:    **Winn-Dixie Store 1301, located in Jackson, Mississippi**
      Lease dated April 7, 1989, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    CPM Associates, L.P.
        C/O Flethcher Bright Co.
        1827 Powers Ferry Road
        Atlanta,  GA  30339

Re:    **Winn-Dixie Store 1337, located in McComb, Mississippi**
       Lease dated March 21, 1984, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

      **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    New Iberia Investors, LLC
       P.O. Box 4767
       Columbus,  GA  31904

Re:    **Winn-Dixie Store 1455, located in New Iberia, Louisiana**
       Lease dated July 24, 1987, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Metro International Property Fund
        2 Eva Road Suite 221
        Etobicoke, Ontario
        M9C 2A8

Re:    **Winn-Dixie Store 1458, located in Baton Rouge, Louisiana**
        Lease dated December 19, 1985, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:     EBR Partnership
        7732 Goodwood Blvd  Suite V
        Baton Rouge,  LA  70806

Re:     **Winn-Dixie Store 1466, located in Baker, Louisiana**
        Lease dated November 11, 1982, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

 **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

<div align="right">

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

</div>

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Mystic, L.L.C.
       P.O.. Box 100
       Plattenville,  LA  70393

Re:    **Winn-Dixie Store 1468, located in Houma, Louisiana**
       Lease dated April 10, 1981, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

                                WINN DIXIE STORES, INC, and its
                                Subsidiaries and affiliates as
                                Debtors and Debtors-In-Possession,

                                By its attorneys,


                                s/ *Cynthia C. Jackson*
                                Stephen D. Busey
                                James H. Post
                                Cynthia C. Jackson (FBN 498882)

                                225 Water Street, Suite 1800
                                Jacksonville, Florida  32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                cjackson@smithhulsey.com

                                Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Bunkie Investment Company, Inc.
      3621 Ridgelake Dr.  Ste 203
      Metairie.  LA 70002-1739

Re:    **Winn-Dixie Store 1544, located in Bunkie, Louisiana**
      Lease dated April 10, 1996, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*
                                          )
Debtors.                                  )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    The Brookwood Partnership
       C/O Stirling Properties, Inc.
       109 Northpark Blvd., Suite 300
       Covington, LA  70433

Re:    **Winn-Dixie Store 1578, located in Baton Rouge, Louisiana**
       Lease dated January 9, 1978, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

     WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    SG Partnership
       P.O. Box 704
       Marksville,  LA  71351

Re:    **Winn-Dixie Store 1589, located in Denham Springs, Louisiana**
       Lease dated March 10, 1993, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   LPI Milledgeville, Inc.
         3000 Corporate Center Drive, Suite 300
         Morrow, GA 30260

Re:   **Winn-Dixie Store 1826, located in Milledgeville, Georgia**
         Lease dated August 25, 1994, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
|   | ) |   |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|   | ) |   |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    New Plan Realty Trust
      1120 Avenue of The Americas
      New York,  NY  10036

Re:    **Winn-Dixie Store 1851, located in Cornelia, Georgia**
      Lease dated January 29, 1985, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   Bonner's Point, LLC
      P.O. Box 8860
      Mobile,  ALl  36689

Re:   **Winn-Dixie Store 1907, located in Roanoke, Alabama**
      Lease dated February 11, 1985, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    E. Lee Barran, Jay Barran & John & Mary Eyster
       P.O. Box 1663
       Decatur, AL  35602-1663

Re:    **Winn-Dixie Store 1909, located in Decatur, Alabama**
       Lease dated January 8, 1987, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

> WINN DIXIE STORES, INC, and its
> Subsidiaries and affiliates as
> Debtors and Debtors-In-Possession,
>
> By its attorneys,
>
>
> s/ *Cynthia C. Jackson*
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson (FBN 498882)
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
>
> Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    NP of Tennessee LP
      1120 Avenue Of The Americas,
      12th Floor
      New York,  NY  10036

Re:    **Winn-Dixie Store 1935, located in Ooltewah, Tennessee**
      Lease dated June 9, 1995, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

> WINN DIXIE STORES, INC, and its
> Subsidiaries and affiliates as
> Debtors and Debtors-In-Possession,
>
> By its attorneys,
>
>
> s/ *Cynthia C. Jackson*
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson (FBN 498882)
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
>
> Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )    Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    *Chapter 11*
                                          )
Debtors.                                  )    Jointly Administered

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Bill Agapion
       625 S Elm St
       Greensboro,  NC  27406-1327

Re:    **Winn-Dixie Store 2040, located in Greensboro, North Carolina**
       Lease dated September 29, 1976, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    John H.O. Lagatta
         50 West Liberty Street, Suite 1080
         Reno, NV  89501

Re:    **Winn-Dixie Store 2045, located in Rockingham, North Carolina**
         Lease dated February 10, 1984, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:     Alvin Lapidus
       Attn: Susan Newman
       1726 Reisterstown RD, STE 212
       Baltimore, MD 21208-2987

Re:     **Winn-Dixie Store 2048, located in Kannapolis, North Carolina**
       Lease dated September 20, 1993, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

<div style="margin-left:40%">

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

</div>

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Al Dan Pension Investments - I
       C/O Weiss
       469 7th Ave, Suite 1300
       New York,  NY  10018-7603

Re:  **Winn-Dixie Store 2052, located in Shelby, North Carolina**
       Lease dated September 4, 1986, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Marion's Hope,LLC
          150 Spear St, Ste 1800
          San Francisco,  CA  94105

Re:    **Winn-Dixie Store 2082, located in Marion, North Carolina**
          Lease dated April 22, 1985, and any amendments, modifications or supplements relating
          to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:     Independence Crossing, LLC
        699 Broad Street, Suite 400
        Augusta,  GA  30901

Re:     **Winn-Dixie Store 2095, located in Morganton, North Carolina**
        Lease dated May 9, 1996, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Saddle Fund I Limited Partnership
        Attn: Angela C. Pigg
        4362 Asbury Church Rd
        Lincolnton,  NC  28092

Re:    **Winn-Dixie Store 2099, located in Lincolnton, North Carolina**
      Lease dated March 14, 1989, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

      **PLEASE  TAKE  NOTICE**  that  on  September  8,  2005  the  United  States  Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

      **PLEASE  TAKE  FURTHER  NOTICE**  that,  pursuant  to  the  terms  of  the  Order,  the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Bill Agapion
       625 S Elm St
       Greensboro,  NC  27406-1327

Re:    **Winn-Dixie Store 2103, located in Eden, North Carolina**
       Lease dated April 6, 1979, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Eguity Associates
         P.O. Box 4452
         Rock Hill,  SC  29732-6452

Re:    **Winn-Dixie Store 2157, located in Rock Hill, South Carolina**
         Lease dated November 3, 1983, and any amendments, modifications or supplements
         relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Robert H. Palmer,Jr.
      P.O. Box 3146
      Johnson City,  TN  37602

Re:    **Winn-Dixie Store 2177, located in Chester, South Carolina**
      Lease dated March 23, 1987, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                )    Case No.  05-03817-3F1
                                      )
WINN-DIXIE STORES, INC., et al.,      )    *Chapter 11*
                                      )
Debtors.                              )    Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Lenoir Partners LLC
       545 Watergate Ct
       Roswell,  GA  30076-3239

Re:    **Winn-Dixie Store 2180, located in Lenoir, North Carolina**
       Lease dated October 29, 1997, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Southechase Investers,LLC
        C/O Berwind Property Group, Lt
        770 Township Line Road
        Yardley,  PA  19067

Re:    **Winn-Dixie Store 2282, located in Orlando, Florida**
      Lease dated December 20, 1988, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REJECTION OF UNEXPIRED LEASE**

TO:    Lake Howell Plaza Partnership
        3930 Fulton Dr NW; Ste 206
        Canton,  OH  44718-3040

Re:    **Winn-Dixie Store 2293, located in Winter Park, Florida**
       Lease dated May 29, 1981, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Orlando 99-Fl, LLC
       2800 W. March Lane Suite 360
       Stockton  Ca  95219

Re:    **Winn-Dixie Store 2294, located in Oviedo, FL**
       Lease dated August 26, 1999, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Sandefur Investments,Inc.
        806 East 25th Street
        Sandford,  FL  32771

Re:    **Winn-Dixie Store 2295, located in Lake Mary, Florida**
      Lease dated August 7, 1996, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    CA New Plan Fixed Rate Partnership, L.P.
      420 Lexington Avenue
      7Th Floor
      New York, NY  10170

Re:    **Winn-Dixie Store 2301, located in Orlando, Florida**
      Lease dated September 22, 1994, and any amendments, modifications or supplements
      relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

 

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Great Oak, LLC
      C/O GMH Capital Partners Asset
      3733 University Blvd W
      Jacksonville,  FL  32217

Re:    **Winn-Dixie Store 2312, located in Daytona Beach, FL**
      Lease dated July 24, 1987, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Three Meadows Plaza Partnership
         C/O Prime Site Realty
         P.O. Box 97
         Cocoa, FL 32923-0097

Re:   **Winn-Dixie Store 2316, located in Rockledge, Florida**
        Lease dated June 16, 1995, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

    **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Samuel C. Roper, Jr.
         1209 Chichester St
         Orlando,  FL  32803

Re:    **Winn-Dixie Store 2382, located in Maitland, Florida**
         Lease dated April 25, 1964, and any amendments, modifications or supplements relating
         to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )    Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    *Chapter 11*
                                          )
Debtors.                                  )    Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Snodgrass Heirs
       308 Running Winds Lane
       Maitland, FL  32751

Re:    **Winn-Dixie Store 2382, located in Maitland, Florida**
       Lease dated April 25, 1964, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    The Cirignano Family Ltd Partnership
        17 Oak Point Drive North
        Bayville, NY  11709

Re:    **Winn-Dixie Store 2624, located in Vicksburg, Mississippi**
        Lease dated January 26, 1988, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )       Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )       *Chapter 11*
                                          )
Debtors.                                  )       Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Northwest Junction Partners
       C/O Nancy M. Lane
       1855 Lakeland Drive
       Jackson,  MS  39216 5763

Re:    **Winn-Dixie Store 2627, located in Jackson, Mississippi**
       Lease dated August 26, 1988, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Jamil G. Nassar MD Trustee
          27030 Pacific Terrance Drive
          Mission Viejo, CA 92692

Re:    **Winn-Dixie Store 2629, located in Jackson, Mississippi**
          Lease dated March 29, 1993, and any amendments, modifications or supplements
          relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Halpern Enterprises
      5269 Buford Hwy
      Atlanta GA 30340

Re:    **Winn-Dixie Store 2703, located in Atlanta, Georgia**
      Lease dated May 24, 1999, and any amendments, modifications or supplements relating
      to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:   Wilmington Trust Company, William Jade, Et Al.
      Equity Group Investments, Inc
      Two N. Riverside Plaza, Ste. 6
      Chicago,  IL  60606

Re:   **Winn-Dixie Store 2705, located in Jonesboro, Georgia**
     Lease dated August 25, 1994, and any amendments, modifications or supplements
     relating to the lease (collectively, the "Lease").

     **PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                )        Case No.  05-03817-3F1
                                                       )
WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,        )        *Chapter 11*
                                                       )
Debtors.                                               )        Jointly Administered

<u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    Southland Investors L.P.
       Equity Group Investments, Inc
       Two N. Riverside Plaza, Ste. 6
       Chicago,  IL  60606

Re:    **Winn-Dixie Store 2706, located in Powder Springs, Georgia**
       Lease dated August 25, 1994, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    E & A Southeast Limited Partnership
C/O Plantation Point Shopping
P.O. Box 528
Columbia, SC  29202

Re:    **Winn-Dixie Store 2708, located in Smyrna, Georgia**
Lease dated October 8, 1987, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Chester Dix Newman Corp
        P.O. Box 40
        Westbury,  NY  11590

Re:    **Winn-Dixie Store 2709, located in Newman, Georgia**
        Lease dated December 2, 1996, and any amendments, modifications or supplements
        relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF REJECTION OF UNEXPIRED LEASE</u>

TO:    SR JLB JAB LLC
       Belmont Investment Corp.
       600 Haverford Road, Suite G101
       Haverford, PA  19041


Re:    **Winn-Dixie Store 2714, located in Douglasville, Georgia**
       Lease dated June 28, 1996, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").


**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated: September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    SR JLB JAB LLC
       Belmont Investment Corp.
       600 Haverford Road, Suite G101
       Haverford, PA  19041

Re:    **Winn-Dixie Store 2714, located in Douglasville, Georgia**
       Lease dated June 28, 1996, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the

"Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

> WINN DIXIE STORES, INC, and its
> Subsidiaries and affiliates as
> Debtors and Debtors-In-Possession,
>
> By its attorneys,
>
>
> s/ *Cynthia C. Jackson*
> Stephen D. Busey
> James H. Post
> Cynthia C. Jackson (FBN 498882)
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
> Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Daniel G. Kamin
       P.O. Box 10234
       Pittsburgh  Pa  15232

Re:    **Winn-Dixie Store 2715, located in Lawrenceville, Georgia**
       Lease dated March 4, 1998, and any amendments, modifications or supplements relating
       to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:   Developers Diversified Realty Corp.
        3300 Enterprise Parkway
        P.O. Box 228042
        Beachwood,  OH  44122-8042

Re:   **Winn-Dixie Store 2718, located in Chamblee, Georgia**
        Lease dated July 1, 1976, and any amendments, modifications or supplements relating to
        the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        *Chapter 11*
                                          )
Debtors.                                  )        Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:    Wendy D. Saupe
       C/O Colliers Cauble
       Attn Jean
       1349 W Peachtree Street NE
       Atlanta, GA 30309-2956

Re:    **Winn-Dixie Store 2728, located in Stockbridge, Georgia**
       Lease dated December 15, 1978, and any amendments, modifications or supplements
       relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order
Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of
Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to
Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket
No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the
Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the
Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the
service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and
surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:  BT Marietta, LLC
C/O BET Investments Managing A
2600 Philmont Avenue
Huntingdon Valley,  PA  19006

Re:  **Winn-Dixie Store 2729, located in Marietta, Georgia**
Lease dated June 11, 1984, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

　　　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

　　　　　　　　　　　　　　　　　　WINN DIXIE STORES, INC, and its
　　　　　　　　　　　　　　　　　　Subsidiaries and affiliates as
　　　　　　　　　　　　　　　　　　Debtors and Debtors-In-Possession,

　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　s/ *Cynthia C. Jackson*
　　　　　　　　　　　　　　　　　　Stephen D. Busey
　　　　　　　　　　　　　　　　　　James H. Post
　　　　　　　　　　　　　　　　　　Cynthia C. Jackson (FBN 498882)

　　　　　　　　　　　　　　　　　　225 Water Street, Suite 1800
　　　　　　　　　　　　　　　　　　Jacksonville, Florida  32202
　　　　　　　　　　　　　　　　　　(904) 359-7700
　　　　　　　　　　　　　　　　　　(904) 359-7708 (facsimile)
　　　　　　　　　　　　　　　　　　cjackson@smithhulsey.com

　　　　　　　　　　　　　　　　　　Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )       Case No.  05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )       *Chapter 11*
                                          )
Debtors.                                  )       Jointly Administered

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:     Bank Of America, N.A.,As Trustee W/ Betty Holland
        950 East Paces Ferry Road
        Atlanta,  GA 30326

Re:     **Winn-Dixie Store 2732, located in Cartersville, Georgia**
        Lease dated June 17, 1985, and any amendments, modifications or supplements relating
        to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

　　　　**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

　　　　　　　　　　　　　　　　WINN DIXIE STORES, INC, and its
　　　　　　　　　　　　　　　　Subsidiaries and affiliates as
　　　　　　　　　　　　　　　　Debtors and Debtors-In-Possession,

　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　s/ *Cynthia C. Jackson*
　　　　　　　　　　　　　　　　Stephen D. Busey
　　　　　　　　　　　　　　　　James H. Post
　　　　　　　　　　　　　　　　Cynthia C. Jackson (FBN 498882)

　　　　　　　　　　　　　　　　225 Water Street, Suite 1800
　　　　　　　　　　　　　　　　Jacksonville, Florida  32202
　　　　　　　　　　　　　　　　(904) 359-7700
　　　　　　　　　　　　　　　　(904) 359-7708 (facsimile)
　　　　　　　　　　　　　　　　cjackson@smithhulsey.com

　　　　　　　　　　　　　　　　Co-Counsel for Debtors


Dated:  September 14, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    Barry F. O'Neill
          1355 Terrell Mill Road, Bldg 178; Suite 200
          Marietta  GA  30067

Re:    **Winn-Dixie Store 2734, located in Lawrenceville, Georgia**
          Lease dated June 24, 1986, and any amendments, modifications or supplements relating
          to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,

s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Dated:  September 14, 2005

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

<u>**NOTICE OF REJECTION OF UNEXPIRED LEASE**</u>

TO:    New Plan Excel Realty Trust, Inc.
1120 Avenue Of The Americas,
12Th Floor
New York,  NY 10036

Re:    **Winn-Dixie Store 2737, located in Douglasville, Georgia**
Lease dated December 6, 1988, and any amendments, modifications or supplements
relating to the lease (collectively, the "Lease").

**PLEASE TAKE NOTICE** that on September 8, 2005 the United States Bankruptcy

Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order

Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of

Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to

Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket

No. 3405) (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, the

Debtors provide notice of their intent to reject the Lease.  Pursuant to the terms of the Order, the

Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the

service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and

surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

affected landlord at the mall management office where the leased premises are located (the "Rejection Date").

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc. at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages.

WINN DIXIE STORES, INC, and its
Subsidiaries and affiliates as
Debtors and Debtors-In-Possession,

By its attorneys,


s/ *Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors


Dated:  September 14, 2005