**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTINUE HEARING ON MOTION**
**FOR RELIEF FROM STAY FILED BY WILLIE McCRAE**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Willie McCrae ("McCrae") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by McCrae (the "Motion") (Docket No. 1686) for final hearing on or after December 12, 2005, and (ii) the continuation of the automatic stay in

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

effect pending the conclusion of such hearing and determination of McCrae's Motion for Relief from Stay.

Dated: September 16, 2005

| | |
|---|---|
| FRIEDLINE & McCONNELL, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Jerrett M. McConnell<br>      Jerrett M. McConnell | By   s/ James H. Post<br>       James H. Post |
| Florida Bar Number 0244960<br>1756 University Blvd. S.<br>Jacksonville, FL 32216<br>(904) 727-7850<br>bankruptcy@fandmlaw.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Attorney for Willie McCrae | -and- |
| *Counsel has authorized his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Debtors |

00508378

2