Walter F. McArdle (ALA Bar No. 2446-R69W)
SPAIN & GILLON, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 3-05-bk-3817 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

### NOTICE OF REPRESENTATION OF MULTIPLE CREDITORS
### PURSUANT TO BANKRUPTCY RULE 2019(a)

Comes now Spain & Gillon, LLC, and gives Notice of its Representation of the Following Creditors:

1. North Madison Associates, Ltd., c/o Still Hunter Development Co., P.O. Box 130933, Birmingham, AL 35213. The firm represented North Madison Associates initially in this case, but no longer does.

2. Valleydale Associates, Ltd., c/o Mr. Jerry Plummer, Arlington Properties, Inc., P. O. Box 12767, Birmingham, AL 35202.

3. Selma Highway 80 Venture II Joint Venture, c/o Mr. Jerry Plummer, Arlington Properties, Inc., P. O. Box 12767, Birmingham, AL 35202.

4. Golden Flake Snack Foods, Inc., One Golden Flake Drive, Birmingham, Alabama 35205.

5. Piggly Wiggly Alabama Distributing Company, Inc., c/o Dennis Stewart, P.

O. Box 2400, Bessemer, Alabama  35021.

6. North Madison, Valleydale and Selma are owed pursuant to Real Estate Leases with Debtor entities.

7. Golden Flake is owed for goods delivered on open account.

8. Piggly Wiggly Alabama is not a creditor, but is a potential purchaser of some of the Debtor's assets.

7. Undersigned counsel's representation of North Madison, Valleydale and Selma Highway 80 arises from its relationship with Arlington Properties, LLC, an agent for each of the entities.

8. The firm has represented Piggly Wiggly Alabama Distributing and Golden Flake Snack Foods for decades.

9. North Madison has sold the property it leased to Winn Dixie and the Firm no longer represents North Madison.

Submitted this the 16th day of September, 2005

_____
Walter F. McArdle

Sworn to and subscribed before me on this 9th day of September, 2005.

_____
NOTARY PUBLIC

My Commission Expires: 1/16/06

_____
Nina M. LaFleur

OF COUNSEL:

Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202
Phone:(904) 358-4000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice has been served upon the parties via U.S. Mail on this __16th__ day of September, 2005.

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher &Flom, LLP
Four Times Square
New York, NY 10036-6522

Dennis F. Dunne, Esq.
Millbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Office of the United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, Florida 32801

_____
Of Counsel