IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtor(s). | Case No.: 3-05-bk-03817-JAF<br>Chapter 11<br>JOINTLY ADMINISTERED |

### MOTION OF ATTORNEY CAROLYN CHAYAVADHANANGKUR FOR ADMISSION PRO HAC VICE

I, Carolyn Chayavadhanangkur, an attorney with the law firm of Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, NE, Atlanta, Georgia 30308, hereby request admission to appear, *pro hac vice*, as proposed counsel on behalf of the Official Committee of Equity Holders appointed in the above-referenced bankruptcy case.

My office telephone number is (404) 815-2400. My office facsimile number is (404) 685-5192. My e-mail address is carolynchayavadhanangkur@paulhastings.com.

I am admitted to practice in the courts of the State of Georgia (admitted 2002) and the United States District Court for the Northern District of Georgia (admitted 2002).

I am a member in good standing of the aforementioned bar and am not currently suspended or disbarred in any court.

I am familiar with the local bankruptcy rules of this Court.

[signature on next page]

ATL/1133933.1

Respectfully submitted this 16th day of September, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
Carolyn (Keri) Chayavadhanangkur
Ga. Bar Number 122152
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
carolynchayavadhanangkur@paulhastings.com

- and -

JENNIS & BOWEN, P.L.

  /s/David Jennis
David Jennis
Fla. Bar No. 775940
400 North Ashley Drive
Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
djennis@jennisbowen.com