# EXHIBIT 2

PREPARED BY AND RETURN TO: LAWRENCE A. LEVIT, E
ARENT FOX
1050 CONNECTICUT AVE N.W.
WASHINGTON DC 20036-5339

# ASSIGNMENT AND ASSUMPTION OF LEASE

This ASSIGNMENT AND ASSUMPTION OF LEASE (this "Assignment") is made as of May 26, 2000 (the "Effective Date"), by and between STATE PROPERTIES, LLC, a North Carolina limited liability company ("Assignor"), and F.R.O., L.L.C. VII, a Maryland limited liability company ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby conveys, transfers and assigns to Assignee all of Assignor's right, title and interest, as landlord, in, to and under that certain lease (the "Lease"), for certain real property located in Wake County in the State of North Carolina and more particularly described in Schedule A attached hereto and incorporated herein by this reference (the "Real Property"), which Lease is described in Schedule B hereto, together with any and all rights, title, estates and interests of Assignor in and to the basic rents, additional rents, percentage rents and prepaid rents, if any, as have been paid to Assignor pursuant to such Lease and not previously applied pursuant to the Lease.

Assignee hereby accepts the foregoing assignment and agrees to assume, pay, perform and discharge, as and when due, all of the agreements and obligations of Assignor under the Lease from and after the Effective Date, including any with respect to the security deposits and any interest thereon and prepaid rents assigned hereby, and agrees to be bound by all of the terms and conditions of the Lease from and after the Effective Date. Assignee hereby agrees to indemnify, protect, defend and hold Assignor harmless from and against any and all claims, demands, liabilities, losses, costs, damages or expenses (including, without limitation, reasonable attorneys' fees and costs) arising out of or resulting from any breach or default by Assignee under the terms of the Lease accruing on or after the Effective Date. Assignor hereby agrees to indemnify, protect, defend and hold Assignee harmless from and against any and all claims, demands, liabilities, losses, costs, damages or expenses (including, without limitation, reasonable attorneys' fees and costs) arising out of or resulting from any breach or default by Assignor under the terms of the Lease accruing prior to the Effective Date.

The provisions of this Assignment shall be binding upon, and shall inure to the benefit of, the successors and assigns of Assignor and Assignee, respectively.

This Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which when taken together shall constitute one and the same instrument. The signature page of any counterpart may be detached therefrom without impairing the legal effect of the signature(s) thereon, provided such signature page is attached to any other counterpart identical thereto except having additional signature pages executed by other parties to this Assignment attached thereto.

Wake County,NC 298
Laura M Riddick, Register Of Deeds
Presented & Recorded 05/26/2000 11:54:11
Book : 008594 Page : 00262 - 00268

IN WITNESS WHEREOF, Assignor and Assignee have caused their duly authorized representatives to execute this Assignment as of the date first above written.

ASSIGNOR:

STATE PROPERTIES, LLC,
a North Carolina limited liability company

By: Theodore S Royall Jr.
Name: Theodore S. Royall, Jr.
Title: Manager

ASSIGNEE:

F.R.O., L.L.C. VII,
a Maryland limited liability company

By: 5225 Wisconsin Associates, a District of Columbia limited partnership, its sole Member

By: ______________________
Name: Florenz R. Ourisman
Title: Managing General Partner

[Signature Page of Assignee Attached Hereto]

STATE OF NORTH CAROLINA

COUNTY OF WAKE

I, Sallie T. Overman, a Notary Public for the aforesaid County and State, do hereby certify that Theodore S. Royall, Jr., the Manager of State Properties, LLC, a North Carolina limited liability company, personally appeared before me this day and acknowledged that he is the Manager of State Properties, LLC, a North Carolina limited liability company, and that by authority duly given and as an act of the company, the foregoing instrument was signed under seal in its name by him on behalf of the company.

Witness my hand and notarial seal, this 24th day of May, 2000.

Sallie T. Overman
Notary Public

My Commission Expires:

8-13-2001



ASSIGNEE:

F.R.O., L.L.C. VII,
a Maryland limited liability company

By: 5225 Wisconsin Associates, a District of Columbia limited partnership, its sole Member

By: ______________________
Name: Florenz R. Ourisman
Title: Managing General Partner

STATE OF ______________

COUNTY OF ______________

I, ______________, a Notary Public for the aforesaid County and State, do hereby certify that Florenz R. Ourisman, Managing General Partner of 5225 Wisconsin Associates, a District of Columbia limited partnership, said entity being the sole member of F.R.O., L.L.C. VII, a Maryland limited liability company, personally appeared before me this day and acknowledged that he is the Managing General Partner of 5225 Wisconsin Associates, a District of Columbia limited partnership, said entity being the sole member of F.R.O., L.L.C. VII, a Maryland limited liability company, and that by authority duly given and as an act of the partnership and the company, the foregoing instrument was signed under seal in their names by him on behalf of the partnership and the company.

Witness my hand and notarial seal, this 11 day of May, 2000.

______________________
Notary Public

My Commission Expires: ______________

[signature page for Assignee]

HENRY YOKER JR.
Notary Public - State of Florida
My Commission Expires Jun 21, 2003
Commission # CC 840118

Schedule A

BEING all of Lot 2, Winn-Dixie Marketplace, as shown on that map recorded in Book of Maps 1999, Page 1272, Wake County Registry.

Schedule B

Lease Agreement between State Properties, LLC and Winn-Dixie Raleigh, Inc. dated September 4, 1997, as amended by:

a. Amendment to Lease dated April 24, 1998.
b. Second Amendment to Lease dated June 4, 1999.

**Yellow probate sheet is a vital part of your recorded document.**
**Please retain with original document and submit for rerecording.**




**Wake County Register of Deeds**
**Laura M. Riddick**
**Register of Deeds**

**North Carolina - Wake County**

The foregoing certificate___ of ______________________________
Harry Yoder Jr.
______________________________
______________________________

__________ Notary(ies) Public is (are) certified to be correct. This instrument and this certificate are duly registered at the date and time and in the book and page shown on the first page hereof.

Laura M. Riddick, Register of Deeds

By: Murray M. Parker
Assistant/Deputy Register of Deeds

**This Customer Group**
__________ # of Time Stamps Needed

**This Document**
__________ New Time Stamp
____7____ # of Pages

## SUPPLEMENTAL LEASE AGREEMENT

**THIS SUPPLEMENTAL LEASE AGREEMENT** (the "Agreement") is made this January 19, 2001, between **Winn-Dixie Raleigh, Inc.**, a Florida corporation, (the "Tenant") and **F.R.O., L.L.C. VII**, a Maryland limited liability company (the "Landlord").

**WHEREAS,** Tenant and State Properties, L.L.C., a North Carolina limited liability company, as Landlord entered into a Lease dated September 4, 1997, as amended and/or evidenced by: (a) Memorandum of Lease dated September 4, 1997, recorded in Book 8058, page 1095 of the Register of Deeds of Wake County, North Carolina; (b) Amendment to Lease dated April 24, 1998; (c) Second Amendment to Lease dated June 4, 1999; (d) First Amendment to Memorandum of Lease dated June 4, 1999, recorded in Book 8360, page 624 of the Register of Deeds of said county, and as otherwise to be amended from time to time (the "Lease") for the use and occupancy of the Premises described therein;

**NOW, THEREFORE**, pursuant to the provisions of the Lease, Tenant and Landlord mutually agree as follows:

1. The Commencement Date of the Term is May 25, 2000.

2. The Term shall expire at midnight Eastern Time on May 24, 2020, unless earlier terminated or later extended as provided for in the Lease.

3. All undefined capitalized terms used herein are as defined in the Lease.

**IN WITNESS WHEREOF**, the parties hereto have signed and sealed this Agreement on the date first set forth above.

Signed, sealed and delivered in the presence of:

[signature]
Print name: LAURA L. ANDREWS

[signature]
Print name: Rebecca L. Sawyer

TENANT:

**WINN-DIXIE RALEIGH, INC.**

By: [signature] DENNIS M. SHEEHAN
Its: Vice PRESIDENT
Date: 1/19/01

Attest: [signature] Ronald D. Peterson
Its: ASST. Secretary
Date: 1/19/01

(CORPORATE SEAL)

[signature]
Print name:

Richard Newman
Print name:

LANDLORD:

F.R.O., L.L.C. VII

By: [signature] Florenz Oursman
Its: Manager
Date: 12/1/00

O:\TRANSFER\RALEIGH\0811\SLA.WPD

STATE OF FLORIDA )
COUNTY OF DUVAL )

I, Jane E. DeWitte, a Notary Public, State and County aforesaid, do hereby certify that DENNIS M. SHEEHAN personally appeared before me this day and acknowledged that he/she is Assistant Secretary of Winn-Dixie Raleigh, Inc., a Florida corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its Vice President, sealed with its corporate seal, and attested by her/himself as its ASST. Secretary.

Witness my hand and official seal, this the 19th day of January, 2001.

Jane E. DeWitte
Printed Name:
Notary Public, State and County aforesaid
My commission expires:
(NOTARIAL SEAL)

JANE E. DeWITTE
Notary Public, State of Florida
Commission No. CC917497
My Commission Exp. 05/18/2004

STATE OF Florida )
COUNTY OF Palm Beach

I, Henry Yoker Jr, a Notary Public, State and County aforesaid, do hereby certify that Florence Ousman personally appeared before me this day and acknowledged that he/she is a Member of **F.R.O., L.L.C. VII**, a Maryland limited liability company and that, by authority duly given and as the act of the company, the foregoing instrument was signed in its name by Florence Ousman, its ~~Member~~ Manager, with full authority.

Witness my hand and official seal, this the 1st day of December, 2000.

Henry Yoker Jr
Printed Name: Henry Yoker Jr
Notary Public, State and County aforesaid
My commission expires:
(NOTARIAL SEAL)

HENRY YOKER JR.
Notary Public - State of Florida
My Commission Expires Jun 21, 2003
Commission # CC 840118

**CONSENT**

Paragon Commercial Bank, a bank organized and existing under the laws of the state of North Carolina, the owner and holder of a mortgage upon the Shopping Center, hereby consents to the terms and conditions of this Supplemental Lease Agreement.

**Paragon Commercial Bank**

By: Michael L. Story
Michael L. Story
Its: SVP
Date: 12-19-00

Attest: Nicole L. Bowers
Nicole L. Bowers
Its: Asst. Secretary
Date: 12-19-00

(CORPORATE SEAL)

STATE OF N Carolina )
COUNTY OF Wake )

I, Bonnie B. Blalock, a Notary Public, State and County aforesaid, do hereby certify that Nicole L. Bowers personally appeared before me this day and acknowledged that ~~he~~/she is Asst. Secretary of Paragon Commercial Bank, a North Carolina banking association, and that by authority duly given and as the act of the association, the foregoing instrument was signed in its name by its Senior V. President, sealed with its corporate seal, and attested by her/~~himself~~ as its Asst. Secretary.

Witness my hand and official seal, this the 19th day of December, 2000.

Bonnie B. Blalock
Printed Name: Bonnie B. Blalock
Notary Public, State and County aforesaid
My commission expires: 7-4-2004
(NOTARIAL SEAL)

**CERTIFICATION**

I, Theodore S. Royall, Jr., Member of State Properties, LLC, hereby certify that the attached executed copy of the lease between State Properties, LLC and Winn-Dixie Raleigh, Inc. and the two amendments thereto are true, correct and complete copies of the originals of said documents.

This, the 10th day of Decemnber, 1999.

State Properties, LLC

By: Theodore S. Royall, Jr.
Theodore S. Royall, Jr.
Member