# EXHIBIT 3

PO BOX 2331
RALEIGH NC 27602-2331



**WAKE COUNTY**
NORTH CAROLINA

**Visit our Web page at www.WakeGov.com**
**ON-LINE PAYMENT ACCESS CODE: 32699**
(see reverse for details)

- **DUE DATE:** Property taxes are due and payable September 1 and delinquent if paid after the date shown below.
- **FAILURE TO PAY:** Delinquent taxes are subject to garnishment of wages, levy on personal property, and foreclosure proceedings immediately upon becoming delinquent.
- **INTEREST:** Accrues at the rate of 2% for January & 3/4 of 1% each following month.
- **INSTALLMENTS:** For your convenience, partial payments will be accepted. Account must be paid in full prior to becoming delinquent.
- **RESIDENTIAL WASTE REDUCTION FEE:** This annual fee supports various waste reduction programs that benefit all residents and the environment.
- **ESCROW/MORTGAGE ACCOUNTS:** The property owner is responsible for ensuring full payment of this obligation. If funds are held in escrow to pay this notice, forward to the appropriate mortgage holder.

T953 P1 ******************AUTO**MIXED AADC 275
F R O LLC VII
C/O JIM HASTINGS CPA
11180 VEIRS MILL RD
WHEATON MD 20902-2553

| Account Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Delinquent After |
|---|---|---|---|---|---|
| 0000058689 | 2005/2005 | 000000 | 07/18/2005 | 09/01/2005 | 01/05/2006 |

Description: LT 2 WINN DIXIE MARKETPLACE BM1999-1272
Location Address: 931 DURHAM RD
Acreage: 6.26
Year For: 2005
Pin Number: 1831.19 50 5761 000

Real Value: 4,625,031
Deferred Value:
Use Value: 4,625,031
Excluded Value:
Total Value: 4,625,031

| TAXING DISTRICT | RATE PER $100 VALUE | AMOUNT DUE |
|---|---|---|
| WAKE COUNTY (Public School Operating) | 0.33890 | 15,674.23 |
| DISTRIBUTION: (School Building Program) | 0.12170 | 5,628.66 |
| (County Services) | 0.14340 | 6,632.30 |
| TOTAL WAKE COUNTY | 0.60400 | 27,935.19 |
| MUNICIPALITY: WAKE FOREST | 0.54000 | 24,975.17 |
| FIRE DISTRICT: | | |
| SPECIAL DISTRICT: | | |
| TOTAL TAX | | 52,910.36 |
| RESIDENTIAL WASTE REDUCTION FEE: | | |
| LATE LIST FEES: | | |
| TOTAL TAX & FEES | | 52,910.36 |
| LESS CREDIT FOR PREPAID TAXES | | |
| TOTAL DUE | | 52,910.36 |

**HOW YOUR COUNTY PROPERTY TAX DOLLAR IS SPENT**

| | |
|---|---|
| ♦ WAKE COUNTY SCHOOLS OPERATING | 56.103% |
| ♦ SCHOOL CAPITAL PROGRAM | 20.150% |
| ♦ COUNTY CAPITAL PROGRAM | 7.185% |
| ♦ HUMAN SERVICES | 5.557% |
| ♦ GENERAL GOVERNMENT | 4.458% |
| ♦ SHERIFF | 3.244% |
| ♦ COMMUNITY SERVICES | 1.076% |
| ♦ PUBLIC SAFETY | .912% |
| ♦ WAKE TECH COMMUNITY COLLEGE | .923% |
| ♦ ENVIRONMENTAL SERVICES | .389% |
| ♦ TOTAL | 100% |

**HOW YOUR TOWN OF WAKE FOREST PROPERTY TAX DOLLAR IS SPENT**

| | |
|---|---|
| ♦ GENERAL GOVERNMENT | 28.80% |
| ♦ PUBLIC SAFETY | 27.70% |
| ♦ FIRE SERVICES | 11.10% |
| ♦ TRANSPORTATION | 9.40% |
| ♦ ENVIRONMENTAL PROTECTION | 1.10% |
| ♦ CULTURAL & RECREATIONAL | 5.40% |
| ♦ DEBT SERVICE | 8.50% |
| ♦ CAPITAL OUTLAY | 8.00% |
| ♦ TOTAL | 100% |

WCTPR 317587   7188

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| BILL CODE | ACCOUNT NUMBER | BILL DATE | DUE DATE | CORRECT IF PAID BY | TOTAL AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 01 | 0000058689 | 07/18/2005 | 09/01/2005 | 01/05/2006 | 52,910.36 | |

**PLEASE DO NOT MAIL CORRESPONDENCE WITH PAYMENTS. MAIL TO PO BOX 2331 RALEIGH NC 27602**

MAKE CHECK PAYABLE & REMIT TO:

WAKE COUNTY REVENUE DEPARTMENT
PO BOX 96084
CHARLOTTE NC 28296-0084

TO CHANGE YOUR MAILING ADDRESS,
PLEASE FILL IN CORRECT ADDRESS BELOW

NAME:
ADDRESS:
CITY/STATE/ZIP:

F R O LLC VII
C/O JIM HASTINGS CPA
11180 VEIRS MILL RD
WHEATON MD 20902-2553

0100000000000586892005200500000000000000000000000005291036706

## Wake County Revenue Department Main Office

Garland H. Jones Building   Lower Level 300 S. Salisbury Street, Raleigh NC
Office Hours 8:30 a.m - 5 p.m
(919) 856-5400

### Satellite Payment Locations:

**Apex Town Hall** 73 Hunter Street, Apex NC   Office Hours: 8 a.m. - 5 p.m.
**Cary Town Hall** Building C - 120 Wilkinson Avenue, Cary NC   Office Hours: 8 a.m. - 5 p.m.
**City of Raleigh Customer Service Center** 8320 Litchford Road, Suite 130, Raleigh NC   Office Hours: 8 a.m. - 4:45 p.m.
**Eastern Regional Center** 1002 Dogwood Drive, Zebulon NC   Office Hours: 8:30 a.m. - 5 p.m.
**Garner Town Hall** 900 7th Avenue, Garner NC   Office Hours: 8 a.m. - 5 p.m.
**Holly Springs Town Hall** 128 Main Street, Holly Springs NC   Office Hours: 8 a.m. - 5 p.m.
**Knightdale Town Hall** 950 Steeple Square Court, Knightdale NC   Office Hours: 8 a.m. - 5 p.m.
**Southern Regional Center** 130 N. Judd Parkway N.E., Fuquay-Varina NC   Office Hours: 8:30 a.m. - 5 p.m.
**Town of Rolesville** 200 East Young Street, Rolesville, NC   Office Hours: 8:30 a.m. - 5 p.m.
**Town of Wake Forest** 401 Elm Avenue, Wake Forest NC   Office Hours: 8 a.m. - 5 p.m.

### Questions:

For information on the Wake County Public Schools tax disbursement, call 919-850-1600

For information about your tax bill, call the Wake County Revenue Department at 919-856-5400

FOR THE PURPOSE OF COMPUTING INTEREST, TAX PAYMENTS SUBMITTED BY MAIL SHALL BE DEEMED TO BE RECEIVED AS OF THE DATE SHOWN ON THE POSTMARK AFFIXED BY THE UNITED STATES POSTAL SERVICE. IF NO DATE IS SHOWN ON THE POSTMARK, OR IF THE POSTMARK IS NOT AFFIXED BY THE UNITED STATES POSTAL SERVICE, THE TAX PAYMENT SHALL BE DEEMED TO BE RECEIVED WHEN THE PAYMENT IS RECEIVED IN THE OFFICE OF THE TAX COLLECTOR.

NC GENERAL STATUTE 105-357 PROVIDES A PENALTY OF TEN PERCENT (10%) WITH A MINIMUM OF TWENTY FIVE DOLLARS ($25.00), WHICHEVER IS GREATER, ON CHECKS RETURNED BY THE BANK DUE TO INSUFFICIENT FUNDS OR NON EXISTENCE OF AN ACCOUNT.

---

### HOW TO PAY:

**In Person:** Pay at our main location in downtown Raleigh or at one of the satellite centers listed above.

**By Mail:** Detach the bottom portion of this bill and mail to: Wake County Revenue Department, PO Box 96084, Charlotte, NC 28296-0084

**On-Line by Check:** Transfer your payment electronically from your checking account by visiting www.WakeGov.com. Select the area labeled "Tax, Property & Deeds", and follow the links to the tax bill payment system. Access to this system requires the Payment Access Code shown on the front of this bill. Your account will be drafted 24 hours after your on-line authorization.

**By Credit Card:** To pay with MasterCard or Visa, call our automated telephone system at **919-856-5400**. Press one from a touch-tone phone and follow the prompts. Please note that a service charge will be added for the use of this payment option. The system will advise you of the total charge prior to your authorization.