UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 9, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

   to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 19, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 243646-12
BLUE DIAMOND GROWERS
ATTN ELAINE DYKHOUSE, MGR
PO BOX 96269
CHICAGO, IL 60693

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 264696-12
WESTSIDE FOODS INC
ATTN: THOMAS RYAN, PRES
HUNTS POINT STATION
PO BOX 740456
BRONX, NY 10474-9998

Total:  4

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 3491    Filed 09/19/05    Page 4 of 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3377

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BLUE DIAMOND GROWERS | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| BLUE DIAMOND GROWERS<br>ATTN ELAINE DYKHOUSE, MGR<br>PO BOX 96269<br>CHICAGO, IL 60693 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: 916 446 8321 | Phone: |
| Account No.: 243646 | Account No.: 408404 |

Claim No.: 3314                          Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 06/01/2005             Transfer Amount: $23,183.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/09/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 9, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 3398

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| WESTSIDE FOODS INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
|---|---|
| Name of Transferor | Name of Transferee |

WESTSIDE FOODS INC
ATTN: THOMAS RYAN, PRES
HUNTS POINT STATION
PO BOX 740456
BRONX, NY 10474-9998

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone:
Account No.: 264696

Phone:
Account No.: 407520

Claim No.: 35537                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005        Transfer Amount: $221,309.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/09/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 9, 2005.