UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 13, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

   to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 19, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF    Doc 3492    Filed 09/19/05    Page 3 of 8
SERVICE LIST
Page 1 of 1
Notice of Transfer of Claim Other Than For Security

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                                     **CASE:**   05-03817-3F1

CREDITOR ID: 241584-12
ADAMO ASSOCIATES, INC
ATTN: LINDA ZARAK
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 278877-30
DYSON FLORAL DISTRIBUTOR
ATTN: SUZAN DYSON, PRES
PO BOX 83017
BATON ROUGE, LA 70809

CREDITOR ID: 278878-30
ELITE EXPORTS INC SA
ATTN: JUAN CARLOS MADRINAN, PRES
1665 NW 102 AVENUE, STE 101
MIAMI, FL 33172

CREDITOR ID: 384288-47
PESCANOVA INC
ATTN: JOSE ABBAD, CEO
848 BRICKELL AVE, STE 210
MIAMI, FL 33131

CREDITOR ID: 381766-15
PESCANOVA, INC
C/O METROGROUP
ATTN MARCUS L ARKY, ESQ
61 BROADWAY, SUITE 1410
NEW YORK NY 10006

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

   **Total:   7**

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 3492    Filed 09/19/05    Page 4 of 8

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 3429

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ADAMO ASSOCIATES, INC | AMROC INVESTMENTS LLC |
| Name of Transferor | Name of Transferee |
| ADAMO ASSOCIATES, INC<br>ATTN: LINDA ZARAK<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS, FL 33410 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| Phone: | Phone: |
| Account No.: 241584 | Account No.: 399614 |

Claim No.: 30058  
Date Claim Filed: 04/07/2005

Full Transfer: (X)   Partial Transfer:  
Transfer Amount: $23,309.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/13/2005

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 13, 2005

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
Docket No.: 3430

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DYSON FLORAL DISTRIBUTOR | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| DYSON FLORAL DISTRIBUTOR<br>ATTN: SUZAN DYSON, PRES<br>PO BOX 83017<br>BATON ROUGE, LA 70809 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| Phone: | Phone: |
| Account No.: 278877 | Account No.: 399614 |

Claim No.: 34340   Full Transfer: (X)   Partial Transfer:

Date Claim Filed: 04/07/2005   Transfer Amount: $25,562.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/13/2005   /s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 13, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 3428

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELITE EXPORTS INC SA
Name of Transferor

ELITE EXPORTS INC SA
ATTN: JUAN CARLOS MADRINAN, PRES
1665 NW 102 AVENUE, STE 101
MIAMI, FL 33172

Phone:
Account No.: 278878

SPCP GROUP LLC AGT OF SILVER PT CAP
Name of Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone:
Account No.: 407520

Claim No.: 35604
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $948,414.29

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/13/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 13, 2005

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                   Case No.: 05-03817-3F1

                                                          Docket No.: 3431

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| PESCANOVA, INC | AMROC INVESTMENTS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| PESCANOVA, INC | AMROC INVESTMENTS LLC |
|---|---|
| C/O METROGROUP | ATTN DAVID S LEINWAND ESQ |
| ATTN MARCUS L ARKY, ESQ | 535 MADISON AVE 15TH FLR |
| 61 BROADWAY, SUITE 1410 | NEW YORK NY 10022 |
| NEW YORK NY 10006 | |

Phone: 212 427 7774                                       Phone:
Account No.: 381766                                       Account No.: 399614

PESCANOVA INC
ATTN: JOSE ABBAD, CEO
848 BRICKELL AVE, STE 210
MIAMI, FL 33131

Phone:
Account No.: 384288

Claim No.: 9482                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/30/2005             Transfer Amount: $78,694.65

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/13/2005                         /s/ Logan & Company, Inc.
                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 13, 2005