UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

                Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 16, 2005, I caused copies of:

- **the Notice of Transfer of Claims Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 19, 2005

                                                                Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381971-36<br>BRACH'S CONFECTIONS, INC<br>ATTN JOHN A VOGEL, CR & AR MGR<br>PO BOX 22427<br>CHATTANOOGA TN 37422-2427 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 250229-12<br>GAFFNEY FAMILY PHYSICIANS<br>101 PROFESSIONAL PARK<br>GAFFNEY, SC 29340 |
| CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411398-97<br>RIVERDALE FARMS<br>ATTN: L. BALTAZAR, PRES<br>1401 NW 84 AVE<br>MIAMI FL 33126 | CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | | |

             **Total:   7**

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 3493    Filed 09/19/05    Page 4 of 7

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 3440 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BRACH'S CONFECTIONS, INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| BRACH'S CONFECTIONS, INC<br>ATTN JOHN A VOGEL, CR & AR MGR<br>PO BOX 22427<br>CHATTANOOGA TN 37422-2427 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: 423 510 7711 | Phone: |
| Account No.: 381971 | Account No.: 407520 |

| | |
|---|---|
| Claim No.: 8559 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/27/2005 | Transfer Amount: $537,915.16 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/16/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 16, 2005

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 3452 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GAFFNEY FAMILY PHYSICIANS | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| GAFFNEY FAMILY PHYSICIANS | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: A. RANDALL MOSS, PHYSICIAN | ATTN TRACI FETTE |
| 101 PROFESSIONAL PARK | 1565 HOTEL CIRCLE SOUTH STE 310 |
| GAFFNEY, SC 29340 | SAN DIEGO CA 92108 |
| Phone: 864-489-1446 | Phone: 619 220 8900 |
| Account No.: 250229 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 36336 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $225.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/16/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 16, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.	Case No.: 05-03817-3F1

Docket No.: 3446

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| RIVERDALE FARMS INC | HAIN CAPITAL INVESTORS LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 |
|---|---|
| Phone: 973 538 4006 | Phone: 2018966100 |
| Account No.: 279416 | Account No.: 399349 |

RIVERDALE FARMS
ATTN: L. BALTAZAR, PRES
1401 NW 84 AVE
MIAMI FL 33126

Phone:
Account No.: 411398

Claim No.: 5179	Full Transfer: (X)	Partial Transfer:

Date Claim Filed: 07/01/2005	Transfer Amount: $1,328,207.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/16/2005	/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 16, 2005