# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

                    **Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.   On or about September 15, 2005, I caused copies of:

•   **the Order Under 11 U.S.C. § 365(d)(4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 19, 2005

_____
Kathleen M. Logan

Code: AX

# EXHIBIT A
# SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 992-07
100 EXECUTIVE DRIVE LP
C/O PARAGON AFFILIATES INC.
ONE PARAGON DRIVE, SUITE 145
MONTVALE, NJ 07645

CREDITOR ID: 993-07
11010 SEVENTH AVE INVESTMENTS
C/O MARK D LAND COMPANY LLC
PO BOX 601551
CHARLOTTE, NC 28260-1551

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOC, LP
C/O MARK D SVEJDA LAW OFFICE
ATTN MARK D SVEJDA, ESQ
6909 E GREENWAY PARKWAY
SCOTTSDALE AZ 85254

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOC, LP
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE AZ 85258

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
C/O MITCHELL & SHAPIRO LLP
ATTN KENNETH A SHAPIRO, ESQ
3490 PIEDMONT ROAD, SUITE 650
ATLANTA GA 30305

CREDITOR ID: 241234-12
145 ASSOCIATES LTD
PO BOX 460
VALLEY STREAM, NY 11582

CREDITOR ID: 994-07
145 ASSOCIATES LTD
PO BOX 460
VALLEY STREAM NY 11582

CREDITOR ID: 995-07
17161 NW 27TH AVENUE LLC DBA
DOLPHIN PLAZA
PO BOX 530446
ATLANTA, GA 30353-0446

CREDITOR ID: 996-07
1954 UNIONPORT ASSOCIATES LLC
C/O ECKSTEIN PROPERTIES
60 BOARD STREET
NEW YORK, NY 10004

CREDITOR ID: 997-07
1980 UNIONPORT ASSOCIATES LLC
C/O GOLDSTEIN COMMERCIAL PROPERTY
3753 CARDINAL POINT DRIVE
JACKSONVILLE, FL 32257

CREDITOR ID: 241239-12
1980 UNIONPORT ASSOCIATES LLC
C/O GOLDSTEIN COMMERCIAL PROPERTY
ATTN LINDA GOLDSTEIN, MGR
3753-1 CARDINAL POINT DRIVE
JACKSONVILLE, FL 32257

CREDITOR ID: 278400-24
1997 PROPERTIES
C/O NANCY LANE COMMERCIAL REALTY
1855 LAKELAND DRIVE, SUITE G-10
JACKSON MS 39216

CREDITOR ID: 315715-40
1997 PROPERTIES
C/O ROGER P FRIOU
PO BOX 55416
JACKSON, MS 39296

CREDITOR ID: 278401-25
1997 PROPERTIES LLC
WELLS MOORE SIMMONS & HUBBARD, PLLC
ATTN SUSANNA BAKER, ESQ
HIGHLAND BLUFF NORTH
4450 OLD CANTON ROAD, STE 200
JACKSON MS 39215-1970

CREDITOR ID: 278401-25
1997 PROPERTIES LLC
C/O ROGER P FRIOU, MANAGING MEMBER
PO BOX 55416
JACKSON MS 39296

CREDITOR ID: 998-07
2525 EAST HILLSBOROUGH AVE LLC
PO BOX 530496
ATLANTA, GA 30353-0496

CREDITOR ID: 2031-07
391 BELLAIRE BLVD
C/O CA NEW PLAN VENTURE FUND LA, LL
420 LEXINGTON AVE., 7TH FLR
NEW YORK NY 10170

CREDITOR ID: 1000-RJ
40/86 MORTGAGE CAPITAL INC
PO BOX 67000
LOAN NO. 506033
DETROIT, MI 48267-1641

CREDITOR ID: 999-RJ
40/86 MORTGAGE CAPITAL INC
PO BOX 67000
LOAN NO. 11048
DETROIT, MI 48267-1641

CREDITOR ID: 278402-25
40/86 MORTGAGE CAPITAL INC.
PO BOX 1914
CARMEL IN 46082-4914

CREDITOR ID: 410477-15
40-59 HAMPTON STREET LLC
STUBBS & PERDUE, PA
ATTN RODNEY A CURRIN, ESQ
310 CRAVEN STREET
PO BOX 1654
NEW BERN NC 28563-1654

CREDITOR ID: 410477-15
40-59 HAMPTON STREET LLC
C/O PROVIDENT OPERATING CORP
ATTN RUTH MAZUREK, MGR
98-11 QUEENS BLVD
REGO PARK NY 11374

CREDITOR ID: 278403-25
440 GROUP LLC
ATTN: GENE WILLIAMS
PO BOX 578
KILLEEN, TX 76540-0578

CREDITOR ID: 1001-RJ
440 GROUP, LTD
C/O LAW OFFICES OF JAMES O CURE
ATTN JAMES O CURE, ESQ
1201 SOUTH W S YOUNG DRIVE
PO BOX 10309
KILLEEN TX 76547-0309

CREDITOR ID: 1001-RJ
440 GROUP, LTD
ATTN GENE WILLIAMS
PO BOX 578
KILLEEN TX 76540-0578

CREDITOR ID: 1001-RJ
440 GROUP, LTD
C/O LAW OFFICES OF JAMES O CURE
ATTN JAMES O CURE, ESQ.
2584 BLUE MEADOW DRIVE
TEMPLE TX 76502

CREDITOR ID: 2033-07
4JS FAMILY LLC
4408 GILBERT AVENUE
COLUMBUS, GA 31904

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1002-07<br>4JS FAMILY LLLC<br>4408 GILBERT AVENUE<br>COLUMBUS GA 31904 | CREDITOR ID: 2034-07<br>5 POINTS WEST SHOPPING CENTER<br>DOMIT INVESTMENT GROUP<br>201 VULCAN ROAD, SUITE 106<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1003-07<br>5 POINTS WEST SHOPPING CENTER<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0115 |
| CREDITOR ID: 1004-07<br>51ST STREET & 8TH AVE CORP<br>ATTN: PATRICIA<br>655 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10021 | CREDITOR ID: 410886-15<br>59 WEST PARTNERS, LTD/BESSEMER<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873 |
| CREDITOR ID: 1005-RJ<br>7595 CENTURION PARKWAY LLC<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873 | CREDITOR ID: 1006-RJ<br>9 SC ASSOCIATES<br>C/O CENCOR REALTY SERVICES INC.<br>PO BOX 660394<br>DALLAS, TX 75266-0394 | CREDITOR ID: 2035-RJ<br>9 SC ASSOCIATES LTD<br>C/O CENCOR REALTY<br>3102 MAPLE AVE, 5TH FLOOR<br>DALLAS TX 75201 |
| CREDITOR ID: 1007-07<br>98 PALMS LTD<br>C/O NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON STREET<br>PRATTVILLE, AL 36067 | CREDITOR ID: 2036-07<br>99 EGLIN LTD<br>C/O DOWD LAW FIRM, PA<br>ATTN JOHN R DOWD, ESQ<br>285 HARBOUR BLVD, SUITE A<br>DESTIN FL 32541 | CREDITOR ID: 241285-12<br>99 EGLIN LTD<br>C/O DOWD LAW FIRM, PA<br>ATTN JOHN R DOWD, ESQ<br>285 HARBOUR BLVD, SUITE A<br>DESTIN FL 32541 |
| CREDITOR ID: 2036-07<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540 | CREDITOR ID: 241286-12<br>99 ELGIN LTD<br>C/O DOWD LAW FIRM, PA<br>ATTN JOHN R DOWD, ESQ<br>285 HARBOUR BLVD, SUITE A<br>DESTIN FL 32541 | CREDITOR ID: 411020-15<br>9SC ASSOCIATES LTD TA<br>MATLOCK OAKS SHOPPING CTR ARLINGTON<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 1013-RJ<br>ACKERMAN-MIDTOWN ASSOC<br>1040 CROWN POINTE PARKWAY, STE. 200<br>ATLANTA GA 30338-4777 | CREDITOR ID: 2037-RJ<br>ACKERMAN-MIDTOWN ASSOCIATES<br>1040 CROWN POINTE PARKWAY, SUITE 20<br>ATLANTA, GA 30338-4777 |
| CREDITOR ID: 1014-07<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST.,  29TH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 2038-07<br>ACORN ASSOCIATES<br>150 EAST 52ND STREET, 29TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 407791-15<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 |
| CREDITOR ID: 315721-40<br>ACRON USA FONDS SHILOH SQUARE<br>1516 S BOSTON AVENUE, SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 1015-07<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVENUE<br>SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 241545-12<br>ACRON USA FONDS WINN DIXIE LP<br>C/O RIGGS, ABNEY LAW FIRM<br>ATTN RYAN J ASSINK, ESQ<br>502 W 6TH STREET<br>TULSA OK 74119 |
| CREDITOR ID: 241545-12<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVE, SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 400552-07<br>ADAM-DIX PROPERTIES CORP<br>C/O JD PRICE<br>1172 PARK AVE<br>NEW YORK NY 10128 | CREDITOR ID: 2039-07<br>ADFC, LLC<br>1040 CROWN POINTE PARKWAY, SUITE 2<br>ATLANTA GA 30338 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1017-07<br>AEGIS WATERFORD LLC<br>3849 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-3849 | CREDITOR ID: 2040-07<br>AEGIS WATERFORD, L.L.C.<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO, IL 60693-6273 |
| CREDITOR ID: 1019-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE NC 28290-5128 | CREDITOR ID: 2041-07<br>AEGON USA REALTY ADVISORS INC<br>PO BOX 905128<br>CHARLOTTE, NC 28290-5128 | CREDITOR ID: 1020-07<br>AEI INCOME & GROWTH FUND XXI L<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 |
| CREDITOR ID: 1021-07<br>AEI NET LEASE INCOME & GROWTH<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL MN 55101 | CREDITOR ID: 410737-15<br>AEI NET LEASE INCOME & GROWTH ET AL<br>ON BEHALF OF THE OWNERS<br>C/O FREDRICKSON & BYRON, PA<br>ATTN JOHN M KONECK, ESQ<br>200 S SIXTH STREET, SUITE 4000<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI, FL 33231 |
| CREDITOR ID: 2042-07<br>AFI MANAGEMENT<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 315717-40<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>ST LOUIS, MO 63178 | CREDITOR ID: 1010-07<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST. LOUIS MO 63178 |
| CREDITOR ID: 1123-07<br>AGAPION, BILL<br>625 S ELM STREET<br>GREENSBORO NC 27406-1327 | CREDITOR ID: 242523-12<br>AGAPION, BILL DBA ARCO REALTY CO<br>625 S ELM STREET<br>GREENSBORO, NC 27406-1327 | CREDITOR ID: 241727-12<br>AGREE LIMITED PARTNERSHIP<br>ATTN KENNETH R HOWE, VP<br>31850 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334 |
| CREDITOR ID: 1024-RJ<br>AGREE LIMITED PARTNERSHIP<br>31850 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS MI 48334 | CREDITOR ID: 2044-07<br>AIB DELTONA, LTD.<br>C/O THOMA & ASSOCIATES, PLLC<br>1980 POST OAK BOULEVARD, SUITE 7<br>HOUSTON TX 77056 | CREDITOR ID: 1025-07<br>AINTSAR REALTY CORP<br>PO BOX 215<br>MONSEY NY 10952 |
| CREDITOR ID: 2045-07<br>AINTSAR REALTY CORPORATION<br>PO BOX 215<br>MONSEY, NY 10952 | CREDITOR ID: 1026-RJ<br>AIRKAMAN OF JACKSONVILLE INC<br>PO BOX 911652<br>DALLAS, TX 75391-1652 | CREDITOR ID: 1011-07<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLOOR, SUITE M<br>PO BOX 16087<br>SAVANNAH GA 31406 |
| CREDITOR ID: 315718-40<br>AJ&C GARFUNKEL<br>400 MALL BLVD, 2ND FLR, STE M<br>PO BOX 16087<br>SAVANNAH, GA 31406 | CREDITOR ID: 315722-40<br>AL BELLOTTO INC<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND, FL 33803 | CREDITOR ID: 1027-07<br>AL BELLOTTO INC.<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND FL 33803 |
| CREDITOR ID: 2046-07<br>ALABAMA 83 CENTER ASSOCIATES<br>235 MOORE STREET<br>HACKENSACK NJ 07061 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK, NJ 07601 | CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES, CA 90014 |

SERVICE LIST
Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>C/O ALLEN, MATKINS, LECK, ET AL<br>ATTN I M GOLD/N WARANOFF<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO CA 94111-4105 | CREDITOR ID: 1031-07<br>ALFA MUTUAL FIRE INSURANCE COMPANY<br>ATTN ROSE JACKSON<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 |
| CREDITOR ID: 1032-07<br>ALLARD LLC<br>695 CENTRAL AVENUE, #207<br>ST. PETERSBURG, FL 33701 | CREDITOR ID: 411177-15<br>ALLIED CAPITAL CORP CLASSES ABC<br>ACGS 2004, LLC<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411159-15<br>ALLIED CAPITAL CORP CLASSES ABC<br>HLDRS OF ACGS 2004, LLC SEC NOTES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 2050-07<br>ALLIED CAPITAL CORPORATION<br>TURNEY DUNHAM PLAZA PARTNERS<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 2049-07<br>ALLIED CAPITAL CORPORATION<br>PO BOX 10387<br>DES MOINES IA 50392-0387 | CREDITOR ID: 1033-07<br>ALLIED CAPITAL CORPORATION<br>ACCT# 399572<br>PO BOX 630796<br>BALTIMORE, MD 21263-1796 |
| CREDITOR ID: 1059-07<br>ALLIED CAPITAL REIT INC<br>ATTN: JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 | CREDITOR ID: 2051-07<br>ALLIED FINANCE COMP. LMT. PRT.<br>PO BOX 242<br>BROOMALL PA 19008-0242 | CREDITOR ID: 1012-07<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE GA 31010 |
| CREDITOR ID: 315719-40<br>ALS TELFAIR PLAZA<br>PO BOX 1097<br>CORDELE, GA 31010 | CREDITOR ID: 315724-40<br>ALTAMONTE SSG INC<br>27001 US HWY 19 N  STE 2095<br>CLEARWATER, FL 33761 | CREDITOR ID: 1060-07<br>ALTAMONTE SSG INC.<br>27001 US HIGHWAY 19, N., STE. 2095<br>CLEARWATER FL 33761 |
| CREDITOR ID: 407606-15<br>ALTAMONTE SSG, INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN RICHARD MCINTYRE, ESQ<br>PO BOX 1102<br>TAMPA FL 33601-1102 | CREDITOR ID: 1061-07<br>ALVIN B CHAN FAMILY LP<br>3206 JACKSON STREET<br>SAN FRANCISCO CA 94118 | CREDITOR ID: 2052-07<br>ALVIN B CHAN FAMILY LP<br>3206 JACKSON STREET<br>SAN FRANCISCO, CA 94118 |
| CREDITOR ID: 315725-40<br>ALVIN B CHAN INC<br>C/O TYLER A CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA, CA 94563 | CREDITOR ID: 1062-07<br>ALVIN B CHAN INC.<br>C/O TYLER A. CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA CA 94563 | CREDITOR ID: 408295-99<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 278405-25<br>AMBERJACK LTD<br>PO BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 278616-25<br>AMBERJACK, LTD<br>SOUTHTRUST BANK OF ALABAMA<br>NATIONAL BANKING ASSOC.<br>PO BOX 2554<br>BIRMINGHAM AL 35290 | CREDITOR ID: 410941-15<br>AMEGY MORTGAGE COMPANY, LLC FKA<br>MITCHELL MORTGAGE COMPANY, LLC<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381 |
| CREDITOR ID: 410941-15<br>AMEGY MORTGAGE COMPANY, LLC FKA<br>C/O BADGER LAW OFFICE<br>ATTN BRUCE M BADGER, ESQ.<br>3400 AVENUE H, 2ND FLOOR<br>ROSENBERG TX 77471 | CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 315727-40<br>AMELIA STATION LTD<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 |

SERVICE LIST
Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 315728-40
AMERICAN COMMERCIAL REALTY CO
ROEBUCK MARKETPLACE
C/O AMERICAN COMMERCIAL REALIT
PO BOX 534310
ATLANTA, GA 30353-4310

CREDITOR ID: 1065-07
AMERICAN COMMERCIAL REALTY
4400 PGA BOULEVARD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 2054-07
AMERICAN FEDERAL PROPERTIES
1 SLEIMAN PARKWAY, SUITE 250
JACKSONVILLE, FL 32216

CREDITOR ID: 1066-07
AMERICAN FEDERAL PROPERTIES
1 SLEIMAN PARKWAY, SUITE 250
JACKSONVILLE FL 32216

CREDITOR ID: 410852-15
AMERICAN FEDERAL PROPERTIES, LTD
ATTN BERNARD E SMITH, VP
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 399385-99
AMERICAN KB PROPERTIES I LP
C/O LAMONICA HERBST & MANISCALCO
ATTN SALVATORE LAMONICA, ESQ
3305 JERUSALEM AVENUE
WANTAGH NY 11803

CREDITOR ID: 1067-07
AMERICAN MORTGAGE & REALTY COR
5643 COVENTRY LANE
FORT WAYNE IN 46804

CREDITOR ID: 1068-07
AMERICAN MORTGAGE & REALTY CORP
5643 COVENTRY LANE
FORT WAYNE, IN 46804-9730

CREDITOR ID: 2056-07
AMERICAN PAPER BOX COMPANY INC
PO BOX 8135
DELRAY BEACH, FL 33482

CREDITOR ID: 1069-07
AMERICAN PAPER BOX COMPANY INC
PO BOX 8135
DELRAY BEACH FL 33482

CREDITOR ID: 1070-07
AMERICAN PLAZA LTD PARTNERSHIP
PO BOX 75579
BALTIMORE, MD 21275-5579

CREDITOR ID: 410961-15
AMERICAN RESIDENTIAL EQUITIES, INC
C/O HOLLAND & KNIGHT LLP
ATTN DAVID R SOFTNESS, ESQ
701 BRICKELL AVENUE, SUITE 3000
MIAMI FL 33131

CREDITOR ID: 2057-07
AMERICAN UNITED LIFE INSURANCE
5875 RELIABLE PARKWAY
LOAN #2050601
CHICAGO, IL 60686-5666

CREDITOR ID: 1072-07
AMERICAN UNITED LIFE INSURANCE
5875 RELIABLE PARKWAY
LOAN# 2078501
CHICAGO, IL 60686-6799

CREDITOR ID: 1073-07
AMERICAN UNITED LIFE INSURANCE
5875 RELIABLE PARKWAY
LOAN# 2079201
CHICAGO IL 60686-5666

CREDITOR ID: 1071-07
AMERICAN UNITED LIFE INSURANCE CO
C/O ISLOA & ASSOCIATES INC
PO BOX 941483
MAITLAND, FL 32794-1483

CREDITOR ID: 2058-07
AMERICAN UNITED LIFE INSURANCE CO.
ATTN: MORTGAGE LO
1 AMERICAN SQUARE
PO BOX 368
INDIANAPOLIS IN 46206

CREDITOR ID: 1074-07
AMERICANA EAST INVESTMENTS INC.
3705 TAMPA ROAD, UNIT 1-A
OLDSMAR FL 34677

CREDITOR ID: 2059-07
AMERICANA PLAZA, LP
1629 K STFFRET, NW, SUITE 501
WASHINGTON DC 20006

CREDITOR ID: 278407-24
ANDREWS & BARTH, PC
JEFFFREY W. HARRISON, ESQ.
8235 DOUGLAS AVENUE
SUITE 1120
DALLAS TX 75225

CREDITOR ID: 1075-07
ANSEL PROPERTIES INC
C/O CUSHMAN & WAKEFIELD
PO BOX 02-5137
MIAMI, FL 33102-5137

CREDITOR ID: 410770-15
APOLLO BEACH 99-FL, LLC
C/O KLEIN & SOLOMON LLP
ATTN SOLOMON J JASKIEL, ESQ
275 MADISON AVE, 11TH FLOOR
NEW YORK NY 10016

CREDITOR ID: 1076-07
APPLEWOOD SHOPPING CENTER
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 1077-07
ARCADIA FL DIVERSEY WEST
C/O KENNEDY WILSON PROPERTIES LTD
100 PRINGLE AVENUE
WALNUT CREEK, CA 94596-0612

CREDITOR ID: 1078-07
ARCO REALTY COMPANY
625 S ELM STREET
GREENSBORO NC 27406-1327

CREDITOR ID: 315730-40
ARLINGTON PROPERTIES INC
2117 SECOND AVE
PO BOX 12767
BIRMINGHAM, AL 35202-2767

CREDITOR ID: 1079-07
ARLINGTON PROPERTIES INC.
2117 SECOND AVENUE
PO BOX 12767
BIRMINGHAM AL 35202-2767

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278408-24<br>ARNOBO ASSOCIATES PARTNERSHIP<br>A/K/A ARNOBO ASSOCIATES LLC<br>C/O SCG MANAGEMENT<br>3101 TOWERCREEK PARKWAY<br>SUITE 200<br>ATLANTA GA 30339 | CREDITOR ID: 408198-15<br>ARNOBO ASSOCIATES PARTNERSHIP<br>C/O HSSW, LLP<br>ATTN SAMUEL R ARDEN, ESQ<br>6400 POWERS FERRY ROAD NW, STE 400<br>ATLANTA GA 30339 | CREDITOR ID: 1618-07<br>ARNOVITZ, E M & PLASKER, M<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360 |
| CREDITOR ID: 2061-RJ<br>ARONOV REALTY<br>PO BOX 235000<br>MONTGOMERY AL 36123 | CREDITOR ID: 411009-15<br>ARONOV REALTY CO & F M JOHNSON TA<br>SATTERFIELD PLAZA, SELMA, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411004-15<br>ARONOV REALTY CO & F M JOHNSON TA<br>WIREGRASS PLAZA, DOTHAN, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 278409-25<br>ARONOV REALTY COMPANY INC.<br>PO BOX 235000<br>MONTGOMERY AL 36103 | CREDITOR ID: 2062-RJ<br>ARONOV REALTY MANAGEMENT INC.<br>PO BOX 235000<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 2063-07<br>ARROWHEAD NET LEASE, LP<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE, 9TH FLOOR<br>DALLAS TX 75225 |
| CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOC INC<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 | CREDITOR ID: 242578-12<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 |
| CREDITOR ID: 410753-15<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN MORISOL MORALES, ESQ<br>951 NE 167TH STREET, STE 204<br>N MIAMI BEACH FL 33162 | CREDITOR ID: 315732-40<br>ARTESIA MEDICAL DEVELOPMENT CO<br>21520 SOUTH PIONEER BLVD, SUITE 205<br>HAWAIIAN  GARDENS, CA 90716 | CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER<br>SUITE 100<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 1082-07<br>ASHY-BROWN GONZALES<br>C/O GMAC COMMERICAL MORTGAGE<br>PO BOX 740988<br>ATLANTA, GA 30374-0988 | CREDITOR ID: 1083-07<br>ATLANTIC CAROLINA RETAIL LLC<br>C/O BRUMLEY MEYER & KAPP<br>230 SEVEN FARMS DRIVE<br>SUITE 200<br>CHARLESTON, SC 29492 | CREDITOR ID: 2064-07<br>AUGUST URBANEK FAMILY 4TH AMENDED<br>& RESTRICTED REVOCABLE TRUST<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 |
| CREDITOR ID: 406062-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>TRUST, AMENDED AND RESTATED<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431 | CREDITOR ID: 406062-15<br>AUGUST URBANEK FAMILY REVOCABLE<br>C/O WALSH & KEATING, SC<br>ATTN DAVID C KEATING, ESQ<br>1505 WAUWATOSA AVENUE<br>WAUWATOSA WI 53213 | CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON, FL 33431 |
| CREDITOR ID: 1085-07<br>AVON SQUARE LTD<br>PO BOX 5252<br>LOAN# 015 802 347<br>LAKELAND, FL 33807-5252 | CREDITOR ID: 2066-07<br>AVON SQUARE,LTD<br>ANCHOR COMMERCIAL REALTY, INC.<br>ATTN: J.B. MILLER<br>PO BOX 5252<br>LAKELAND FL 33807-5252 | CREDITOR ID: 1087-07<br>AZALEA MANAGEMENT AND LEASING<br>PO BOX 9527<br>ASHEVILLE, NC 28815 |
| CREDITOR ID: 2067-07<br>AZALEA MANAGEMENT AND LEASING, INC.<br>1300 TUNNEL ROAD<br>PO BOX 9527<br>ASHEVILLE NC 28805 | CREDITOR ID: 2068-07<br>B&T DEVELOPMENT INC.<br>ATTN: ANGELA C. PIGG<br>4362 ASBURY CHURCH ROAD<br>LINCOLNTON NC 28092 | CREDITOR ID: 278411-25<br>B.H.B. HUBBARD III<br>PO BOX 340<br>IRVINGTON VA 22480 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 315896-40
BACHRACH, RONALD D
C/O QUINE & ASSOCIATES
PO BOX 833009
RICHARDSON, TX 75083-3009

CREDITOR ID: 315837-40
BAGWELL, HAROLD G
PO BOX 1700
GARNER, NC 27529

CREDITOR ID: 1414-07
BAGWELL, HAROLD G.
PO BOX 1700
GARNER NC 27529

CREDITOR ID: 278412-24
BAILEY & ASSOCIATES
C/O LIF REALTY TRUST
106 ACCESS ROAD
NORWOOD MA 02062-5294

CREDITOR ID: 2070-07
BAINBRIDGE ASSOCIATES
PO BOX 983
BAINBRIDGE, GA 39818-0993

CREDITOR ID: 1090-07
BAINBRIDGE ASSOCIATES
PO BOX 983
BAINBRIDGE GA 39818-0993

CREDITOR ID: 1091-07
BAKER & BAKER
PO BOX 12397
COLUMBIA SC 29211-2397

CREDITOR ID: 2071-07
BAKER & BAKER
PO BOX 12397
COLUMBIA, SC 29211-2397

CREDITOR ID: 1092-07
BAKERSMITH CORNERS LLC
PO BOX 12397
COLUMBIA SC 29211

CREDITOR ID: 2072-07
BAKERSMITH CORNERS LLC
PO BOX 12397
COLUMBIA, SC 29211

CREDITOR ID: 1093-07
BANC ONE
1717 MAIN STREET, 12TH FLOOR
DALLAS TX 75201

CREDITOR ID: 1094-07
BANK MIDWEST
ATTN: JOHN BAXTER
1100 MAIN STREET
KANSAS CITY, MO 64105

CREDITOR ID: 278413-24
BANK OF AMERICA NA
JOHN HOSMER, ESQ
CADWALADER, WICKERSHAM & TAFT
201 S. COLLEGE STREET
SUITE 1510
CHARLOTTE NC 28244

CREDITOR ID: 1194-07
BANK OF CHARLESTON SQUARE INC
C/O PMG OCEAN ASSOCIATES
ATTN STEPHANIE WEYANDT
TRAMMEL CROW SERVICES INC
1801 N MILITARY TRAIL STE 150
BOCA RATON FL 33431

CREDITOR ID: 1096-07
BANK OF NEW YORK
101 BARCLAY STREET, FLOOR 21 W
NEW YORK NY 10286

CREDITOR ID: 1095-07
BANK OF NEW YORK
MATT LOUIS\ESCROW UNIT\ A\C 411
101 BARCLAY STREET, FLOOR 8W
NEW YORK NY 10286

CREDITOR ID: 1097-07
BANK OF NEW YORK
C/O MATT LOUIS ESCROW UNIT
101 BARCLAY STREET
FLOOR 8W
NEW YORK, NY 10286

CREDITOR ID: 315800-40
BARD, ERVIN & SUSANNE
1100 ALTA LOMA ROAD, SUITE 16-B
LOS  ANGELES, CA 90069

CREDITOR ID: 1315-07
BARD, ERVIN & SUSANNE
1100 ALTA LOMA ROAD, SUITE 16-B
LOS ANGELES CA 90069

CREDITOR ID: 399344-15
BARD, ERVIN R & SUSANNE
C/O ISRAEL FRIEDBERG & KORBATOV LLP
ATTN JAMES A FRIEDBERG ESQ
11601 WILSHIRE BLVD SUITE 2200
LOS ANGELES CA 90025

CREDITOR ID: 278415-24
BARDSTOWN S.C. LLC
3220 OFFICE POINTE PLACE, SUITE 200
LOUISVILLE KY 40220

CREDITOR ID: 278617-24
BARDSTOWN S.C., LLC
NATIONAL CITY BANK OF KENTUCKY
101 SOUTH FIFTH STREET
LOUISVILLE KY 40202

CREDITOR ID: 1098-RJ
BARDSTOWN SC LLC
C/O ICON PROPERTIES LLC
3220 OFFICE POINTE PLACE
LOUISVILLE, KY 40220

CREDITOR ID: 399361-15
BARDSTOWN SC, LLC, SUCCESSOR TO
KHS DEVELOPMENT CO
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
201 EAST FIFTH ST, 2200 PNC CENTER
CINCINNATI OH 45202

CREDITOR ID: 1099-07
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO, CA 93010

CREDITOR ID: 1100-07
BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL GA 30075

CREDITOR ID: 243093-12
BARRETT CROSSING SHOPPING CTR LLC
C/O MIMMS ENTERPRISES
ATTN R C MIMMS/T MIMMS
85-A MILL STREET, SUITE 100
ROSWELL GA 30075

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278416-25<br>BARRON COLLIER PARTNERSHIP<br>2600 GOLDEN GATE PARKWAY<br>PO BOX 413038<br>NAPLES FL 34101-3038 | CREDITOR ID: 1101-07<br>BAUMGARDNER-HOGAN I LLC<br>PO BOX 7606<br>LOUISVILLE KY 40257-7606 | CREDITOR ID: 410443-15<br>BAUMGARDNER-HOGAN LLC<br>C/O HOGAN DEVELOPMENT CO<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 410443-15<br>BAUMGARDNER-HOGAN LLC<br>C/O KAREM & KAREM LAW OFFICES<br>ATTN JOHN W HARRISON, JR, ESQ<br>333 GUTHRIE GREEN, SUITE 312<br>LOUISVILLE KY 40202 | CREDITOR ID: 410444-15<br>BAUMGARDNER-HOGAN REAL ESTATE LLC<br>C/O KAREM & KAREM LAW OFFICES<br>ATTN JOHN W HARRISON, JR, ESQ<br>333 GUTHRIE GREEN, SUITE 312<br>LOUISVILLE KY 40202 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222 |
| CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O LAW OFFICE OF OWEN W KATZ<br>ATTN OWEN W KATZ, ESQ<br>TWO GATEWAY CENTER, 15TH FLOOR<br>603 STANWIX STREET<br>PITTSBURGH PA 15222 | CREDITOR ID: 399732-15<br>BAY LANDING I, INC<br>ATTN PAUL J MARINELLI, PRESIDENT<br>2600 GOLDEN GATE PARKWAY<br>NAPLES FL 34105 | CREDITOR ID: 315736-40<br>BAYLANDING INC<br>C/O BARRON COLLIER COMMERCIAL<br>2600 GOLDENDALE PKWY, SUITE 200<br>NAPLES, FL 34105 |
| CREDITOR ID: 1103-RJ<br>BAYLANDING INC.<br>C/O BARRON COLLIER COMMERCIAL<br>2600 GOLDENGATE PKWY., SUITE #200<br>NAPLES FL 34105 | CREDITOR ID: 410590-15<br>BAYVIEW FINANCIAL, LP<br>C/O GEBHARDT & SMITH, LLP<br>ATTN KENNETH R RHOAD, ESQ<br>401 E PRATT ST, 9TH FLOOR<br>BALTIMORE MD 21202 | CREDITOR ID: 1104-07<br>BAYVIEW LOAN SERVICING LLC<br>ATTN: PAYMENT PROCESSING DEPT.<br>PO BOX 331409<br>MIAMI, FL 33233-1409 |
| CREDITOR ID: 397238-68<br>BDM FINANCIAL CORPORATION<br>ATTN: IRVING MILLER<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137-0308 | CREDITOR ID: 1105-07<br>BEACHWALK CENTRE II LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 410377-15<br>BEACHWALK CENTRE II, LLC<br>130 SCENIC HWY<br>DESTIN FL 32507 |
| CREDITOR ID: 410377-15<br>BEACHWALK CENTRE II, LLC<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 2069-07<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | CREDITOR ID: 1106-07<br>BEDFORD AVENUE REALTY INC<br>C/O DBR ASSETT MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 |
| CREDITOR ID: 1107-RJ<br>BEER WELLS REAL ESTATE SERVICE<br>11311 N CENTRAL EXPRESSWAY<br>SUITE 100<br>DALLAS, TX 75243 | CREDITOR ID: 2075-07<br>BELCO ENTERPRISES<br>PO BOX 520<br>STARKE, FL 32091-0520 | CREDITOR ID: 1108-07<br>BELCO ENTERPRISES<br>PO BOX 520<br>STARKE FL 32091-0520 |
| CREDITOR ID: 1109-RJ<br>BELK INVESTMENTS<br>4508 E. INDEPENCE BOULEVARD<br>SUITE #207<br>CHARLOTTE, NC 28205 | CREDITOR ID: 1089-RJ<br>BELK, B. V. JR.<br>BELK INVESTMENTS, SUITE 207<br>CHARLOTTE NC 28205 | CREDITOR ID: 315734-40<br>BELK, B.V., JR<br>BELK INVESTMENTS<br>SUITE 207<br>CHARLOTTE, NC 28205 |
| CREDITOR ID: 1110-07<br>BELLEVIEW SQUARE CORPORATION<br>C/O TUGGLE DUGGINS & MESCHAN, PA<br>ATTN PAUL M DENNIS, ESQ.<br>228 WEST MARKET STREET<br>PO BOX 2888<br>GREENSBORO NC 27402-2888 | CREDITOR ID: 1110-07<br>BELLEVIEW SQUARE CORPORATION<br>C/O T COOPER JAMES & ASSOCIATES<br>PO BOX 10325<br>GREENSBORO, NC 27404 | CREDITOR ID: 408349-15<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1111-07<br>BELMART INC.<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 2076-RJ<br>BEN FITZGERALD REAL ESTATE SERVICE<br>C/O DR. HERBERT SINGER<br>1300 PINCREST DR. EAST<br>MARSHALL TX 75670 | CREDITOR ID: 278417-24<br>BEN FITZGERALD REAL ESTATE SERVICES<br>C/O DR. HERBERT SINGER<br>1300 PINECREST DRIVE EAST<br>MARSHALL TX 75672 |
| CREDITOR ID: 410954-15<br>BENDERSON 85-1 TRUST & RONALD<br>BENDERSON 1995 TRUST<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1113-07<br>BENDERSON TRUST & WAYNE RUBEN<br>BRADEN RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 382100-50<br>BENNETTS<br>4805 LENNOX AVENUE<br>JACKSONVILLE, FL 32205 |
| CREDITOR ID: 278418-24<br>BENNETTSVILLE 99-SC LLC<br>C/O PRINCIPAL<br>801 GRAND AVENUE<br>DES MOINES IA 50392-0490 | CREDITOR ID: 2246-07<br>BENTLEY, FRED D. SR. / MONTICELLO<br>PO BOX 958<br>MARIETTA GA 30061-3214 | CREDITOR ID: 1116-07<br>BEP II LIMITED PARTNERSHIP<br>777 41ST STREET, 4TH FLOOR<br>MIAMI, FL 33140 |
| CREDITOR ID: 410927-15<br>BERGERON PROPERTIES & INVTMNT CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | CREDITOR ID: 1117-07<br>BERGERON WD PALMETTO LLC<br>C/O BERGERON PROPERTIES<br>19612 SOUTHWEST 69TH PLACE<br>FORT LAUDERDALE, FL 33332 | CREDITOR ID: 2079-07<br>BETTY HOLLAND U/A-NATIONSBANK N.A.<br>(SOUTH) AS AGENT C/O CNM ASSOC<br>950 EAST PACES FERRY ROAD<br>ATLANTA GA 30326 |
| CREDITOR ID: 1118-07<br>BG HIGHLANDS LLC<br>DEPT# 5920W51407<br>PO BOX 931670<br>CLEVELAND, OH 44193 | CREDITOR ID: 410912-15<br>BG HIGHLANDS, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 1119-07<br>BG TURFWAY LLC<br>DEPT 591625WO2522<br>PO BOX 931572<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 411161-15<br>BG TURFWAY, LLC<br>C/O BENDERSON DEVELOPMENT CO, INC.<br>ATTN SUSAN M HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 410895-15<br>BG TURFWAY, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH 44122 | CREDITOR ID: 315739-40<br>BHBS INC<br>1910 ROSS MILL RD<br>HENDERSON, NC 27536 |
| CREDITOR ID: 1120-07<br>BHBS INC.<br>1910 ROSS MILL ROAD<br>HENDERSON NC 27536 | CREDITOR ID: 1121-07<br>BHR LLC<br>PO BOX 847663<br>DALLAS TX 75284-7663 | CREDITOR ID: 2081-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY, FL 33043 |
| CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY FL 33043 | CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>C/O RUSSO & KAVULICH PL<br>ATTN REX RUSSO, ESQ<br>2655 LEJEUNE ROAD, PH-1D<br>CORAL CABLES FL 33134 | CREDITOR ID: 2083-07<br>BIRD SQUARE PLAZA MANAGEMENT<br>12185 S. DIXIE HIGHWAY<br>MIAMI, FL 33156 |
| CREDITOR ID: 1124-07<br>BIRD SQUARE PLAZA MANAGEMENT I<br>12185 S. DIXIE HIGHWAY<br>MIAMI FL 33156 | CREDITOR ID: 1125-07<br>BIRMINGHAM REALTY CO.<br>ATTN: ACCOUNTING DEPT.<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242-4202 | CREDITOR ID: 410800-15<br>BIRMINGHAM REALTY COMPANY<br>ATTN WILLIAM MAGRUDER, CPA<br>27 INVERNESS CTR PARKWAY<br>BIRMINGHAM AL 35242 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

CREDITOR ID: 1126-07
BLAINE LAKE LLC
C/O LAMAR ASSET MGMT.
365 SOUTH STREET
MORRISTOWN, NJ 07960

CREDITOR ID: 2084-07
BLANCHARD & CALHOUN
699 BROAD STREET, SUITE 400
AUGUSTA GA 30901

CREDITOR ID: 315742-40
BLANCHARD & CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA, GA 30903-1808

CREDITOR ID: 1127-07
BLANCHARD AND CALHOUN REAL ESTATE
PO BOX 1808
AUGUSTA GA 30903-1808

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLCP
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLCP
C/O KAREM & KAREM
ATTN JOHN W HARRISON JR, ESQ
333 GUTHRIE GREEN, SUITE 312
LOUISVILLE KY 40202

CREDITOR ID: 2086-07
BLUE ANGEL CROSSING
C/O REDD REALTY
BUILDING 10, SUITE 101
4200 NORTHSIDE PARKWAY
ATLANTA GA 30327-3054

CREDITOR ID: 315743-40
BLUE ASH STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 1129-07
BOB NEILL & ASSOCIATES
1433 EMERYWOOD DRIVE
CHARLOTTE, NC 28210

CREDITOR ID: 1130-07
BOGALUSA SHOPPING CENTER COMPANY
C/O JW PROPERTIES
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 243720-12
BOGGY CREEK MARKETPLACE INC
C/O GRAYROBINSON, PA
ATTN DONALD A NOHRI, ESQ
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 243720-12
BOGGY CREEK MARKETPLACE INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 1131-07
BONNER'S POINT LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 1131-07
BONNER'S POINT LLC
C/O RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEAL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1132-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE NC 28304

CREDITOR ID: 2087-07
BORDEAUX CENTER INC
1740-A OWEN DRIVE
FAYETTEVILLE, NC 28304

CREDITOR ID: 2242-07
BOREN, FRANK D
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 315817-40
BOREN, FRANK D & GAIL F
C/O KEY BANK WA -31-99-0371
95 SECOND STREET
FRIDAY  HARBOR, WA 98250

CREDITOR ID: 1351-07
BOREN, FRANK D. AND GAIL F. BOREN
9169 GREAT BLUE HERON LANE
BLAINE WA 98250

CREDITOR ID: 383216-15
BOSQUE RIVER ASSOCIATES
C/O ROBINSON BROG LEINWAND ET AL
ATTN FRED B RINGEL, ESQ
1345 AVENUE OF THE AMERICAS, FL 31
NEW YORK NY 10105-0143

CREDITOR ID: 1133-RJ
BOWDOIN SQUARE LLC
C/O HEAD COMPANIES
PO BOX 230
POINT CLEAR, AL 36564

CREDITOR ID: 278419-25
BOWDOIN SQUARE LLC
C/O HEAD COMPANIES
PO BOX 230
POINT CLEAR AL 36564

CREDITOR ID: 410856-15
BOWDOIN SQUARE, LLC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN F WENDELL ALLEN, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 1135-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2089-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 2718
JACKSONVILLE FL 32232

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 381945-50
BQI LIMITED
CARROLL'S VILLAGE ROAD
PO BOX N
NASSAU,
BAHAMAS

CREDITOR ID: 2090-07
BRANCH PROPERTIES, LLC
400 COLONY SQUARE, SUITE 1630
ATLANTA GA 30361

CREDITOR ID: 1136-07
BRANDON CENTRE SOUTH
C/O PRESTON OIL COMPANY LP
PO BOX 7520
THE WOODLANDS, TX 77387

CREDITOR ID: 1137-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO FL 32804

CREDITOR ID: 2091-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO, FL 32804

CREDITOR ID: 2092-07
BRANDYWINE REAL ESTATE MGMT SERV
5840 NORTH ORANGE BLOSSOM TRAIL
ORLANDO FL 32810

CREDITOR ID: 1139-07
BRIERWOOD VILLAGE PLAZA
903 UNIVERSITY BLVD NORTH
JACKSONVILLE, FL 32211-5527

CREDITOR ID: 315811-40
BRIGHT, FLETCHER
ATTN PAT JENNINGS
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 1140-07
BRIGHT-MEYERS DUBLIN ASSOC.
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET, SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 315746-40
BRIGHT-MEYERS DUBLIN ASSOCIATES
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 2095-07
BRONZE CENTER, L.P.
OAKWOOD VILLAGE ASSOCIATES
1853 E. PIEDMONT ROAD, SUITE 300
MARIETTA GA 30066

CREDITOR ID: 408358-15
BROOKHAVEN RETAIL LLC
C/O STEVEN BARRY FRANKOFF, ESQ
15018 MARLEBONE
HOUSTON TX 77069

CREDITOR ID: 1143-07
BROOKHAVEN RETAIL LLC
111 EAST JERICHO TURNPIKE, STE. 200
MINEOLA, NY 11501

CREDITOR ID: 244039-12
BROOKSIDE PROPERTIES, INC
C/O BOULT, CUMMINGS, ET AL
ATTN WILLIAM L NORTON III, ESQ
1600 DIVISION STREET, SUITE 700
PO BOX 340025
NASHVILLE TN 37203

CREDITOR ID: 244039-12
BROOKSIDE PROPERTIES, INC
ATTN DAVID P CRABTREE
2002 RICHARD JONES ROAD, STE 200-A
NASHVILLE TN 37215

CREDITOR ID: 1146-07
BROWN INVESTMENT PROPERTIES
PO BOX 930
GREENSBORO NC 27402

CREDITOR ID: 244058-12
BROWN INVESTMENT PROPERTIES FBO
KRUSCH PROPERTIES, LLC
ATTN EDWARD B KRUSCH, MGR
PO BOX 930
GREENSBORO, NC 27402

CREDITOR ID: 410559-15
BROWN INVESTMENT PROPERTIES FBO
DANIEL, SROKA, PC
ATTN DANIEL SROKA, ESQ
PO BOX 1658
GREENSBORO NC 27402

CREDITOR ID: 410559-15
BROWN INVESTMENT PROPERTIES FBO
KRUSCH PROPERTIES, LLC
ATTN EDWARD B KRUSCH, MGR
PO BOX 1195
GREENSBORO NC 27402

CREDITOR ID: 278619-24
BROWN, NOLTEMEYER COMPANY
AMRESCO CAPITAL LP
ATTN: TAMMY HEYMAN
235 PEACHTREE STREET
SUITE 900
ATLANTA GA 30303

CREDITOR ID: 278420-24
BROWN, NOLTEMEYER COMPANY
ATTN CHARLES A BROWN JR
2424 EAGLES EYRIE COURT
LOUISVILLE KY 40206

CREDITOR ID: 1147-RJ
BROWN, NOLTEMEYER COMPANY
122 N PETERSON AVENUE
LOUISVILLE KY 40206-2335

CREDITOR ID: 2098-07
BROWN, NOLTEMEYER COMPANY
122 N PETERSON AVENUE
LOUISVILLE, KY 40206-2335

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 S BROAD STREET
PHILADELPHIA PA 19102

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O BET INVESTMENTS, MANAGING AGENT
2600 PHILMONT AVENUE
HUNTINGDON VALLEY, PA 19006

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397240-68<br>BUCK, CAROLYN<br>609 SHERIDAN ROAD<br>WINNETKA, IL 60093 | CREDITOR ID: 410950-15<br>BUFFALO-LOL ASSOCIATES, LTD/<br>BUFFALO-WD ASSOCIATES, LTD<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVE<br>BUFFALO NY 14202 | CREDITOR ID: 1149-07<br>BUNDY NEW ORLEANS CO LLC<br>C/O BENENSON CAPITAL PARTNERS LLC<br>ATTN LLOYD D STABINER, CFO<br>708 THIRD AVENUE, 28TH FLOOR<br>NEW YORK, NY 10017 |
| CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 1151-07<br>BURLINGTON ASSOCIATES LP<br>C/O BRONZE HOLDINGS INC.<br>1853 EAST PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 244238-12<br>BUTLER INVESTMENT I LC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 |
| CREDITOR ID: 244238-12<br>BUTLER INVESTMENT I LC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 278421-24<br>BUTLER INVESTMENTS I LC<br>C/O DERRINE & WHEELER REAL ESTATE<br>CROWN CENTER<br>580 EAST MAIN STREET<br>SUITE 300<br>NORFOLK VA 23510 | CREDITOR ID: 1152-07<br>BW DIX INC<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH, FL 32960 |
| CREDITOR ID: 315748-40<br>BW TREASURE INC<br>C/O DAVID NOVAK<br>849 20TH ST<br>VERO  BEACH, FL 32960 | CREDITOR ID: 1153-07<br>BW TREASURE INC.<br>C/O DAVID NOVAK<br>849 20TH STREET<br>VERO BEACH FL 32960 | CREDITOR ID: 244248-12<br>BW TREASURE, INC<br>C/O DAVID NOVAK, TREAS<br>849 20TH STREET<br>VERO BEACH, FL 32960 |
| CREDITOR ID: 1154-07<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM, AL 35253-0310 | CREDITOR ID: 1155-07<br>C&A LTD, LC<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 2103-07<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 278422-24<br>C&J PROPERTY MANAGEMENT INC.<br>2464 E. MICHIGAN STREET<br>ORLANDO FL 32806 | CREDITOR ID: 2104-07<br>C. BRANTLEY TILLMAN<br>C/O COMMERCIAL PROPERTIES,INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH NC 27609 | CREDITOR ID: 410924-15<br>C/WD OF JAX, INC<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX VA 22030 |
| CREDITOR ID: 1157-07<br>CA NEW FIXED RATE PARTNERSHIP<br>PO BOX 848409<br>DALLAS, TX 75284-8409 | CREDITOR ID: 2105-07<br>CA NEW PLAN FIXED RATE PARTNERSHIP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 | CREDITOR ID: 2106-07<br>CA NEW PLAN VENTURE FUND LLC<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 |
| CREDITOR ID: 315750-40<br>CA NEW PLAN VENTURE FUND LOUIS<br>PO BOX 848407<br>LEASE# 1514003<br>DALLAS, TX 75284-8407 | CREDITOR ID: 1158-07<br>CA NEW PLAN VENTURE FUND LOUIS<br>PO BOX 404959<br>ATLANTA GA 30384-8407 | CREDITOR ID: 2107-07<br>CA NEW PLAN VICTORIA, LP<br>1120 AVE. OF THE AMERICAS, 12TH FL.<br>NEW YORK NY 10036 |
| CREDITOR ID: 1159-07<br>CADILLAC PARTNERSHIP<br>C/O AUGUST URBANEK PARTNER<br>SUITE 209 A<br>4800 N FEDERAL HIGHWAY<br>BOCA RATON, FL 33431 | CREDITOR ID: 1160-RJ<br>CAFFERY CENTER LLC<br>1 NORTHVIEW LANE<br>CROWLEY LA 70526 | CREDITOR ID: 278423-24<br>CAFFERY CENTER LLC<br>GREGORY F. REGGIE<br>1 NORTHVIEW LANE<br>CORWLEY, LA 70526 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410699-15<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | CREDITOR ID: 278620-24<br>CAFFERY CENTER, LLC<br>IBERIA SAVINGS BANK<br>1101 E. ADMIRAL DOYAL DRIVE<br>NEW IBERIA LA 70560 | CREDITOR ID: 278424-24<br>CAIL REALTY<br>ATTN: M. CAIL<br>106 ACCESS ROAD<br>NORWOOD MA 02062-5294 |
| CREDITOR ID: 315751-40<br>CAIN CREEK SHOPPING CENTER ASS<br>201 PATTON STREET<br>DANVILLE, VA 24541 | CREDITOR ID: 374047-15<br>CAIN CREEK SHOPPING CENTER, INC<br>C/O CLEMENT & WHEATLEY<br>ATTN TREVOR A MOE, ESQ<br>549 MAIN STREET<br>PO BOX 8200<br>DANVILLE VA 24543-8200 | CREDITOR ID: 374047-15<br>CAIN CREEK SHOPPING CENTER, INC<br>ATTN GEORGE BUCKMAN, JR, GP<br>400 BRIDGE STREET<br>DANVILLE, VA 24541 |
| CREDITOR ID: 2109-07<br>CAIRO SUN PROPERTIES, LTD.<br>PO BOX 178<br>COLUMBUS GA 31902 | CREDITOR ID: 1161-07<br>CALDWELL REALTY & INVESTMENT<br>C/O CAROL GRAGG<br>PO BOX 740<br>LENOIR, NC 28645 | CREDITOR ID: 2110-07<br>CALDWELL REALTY AND INVESTMENT CO<br>ATTN: CAROL GRAGG<br>PO BOX 740<br>LENOIR NC 28645 |
| CREDITOR ID: 1162-07<br>CALIFORNIA CLUB MALL<br>C/O RK ASSOCIATES<br>17100 COLLINS AVENUE, SUITE 225<br>SUNNY ISLE BEACH, FL 33160-0111 | CREDITOR ID: 410969-15<br>CALIFORNIA CLUB MALL SHOPPING<br>CENTER, LTD<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1163-07<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD, SUITE 20<br>TALLAHASSEE, FL 32303-3027 |
| CREDITOR ID: 315752-40<br>CAMELOT WINN DIXIE LEASEHOLD<br>C/O CAMELOT SHOPPING CENTER<br>7293 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CREDITOR ID: 1164-07<br>CAMERON EDENTON CO<br>PO BOX 31827<br>RALEIGH NC 27622-1827 | CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 |
| CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>C/O CRANFILL SUMNER & HARTZOG<br>ATTN RICHARD T BOYETTE, ESQ.<br>PO BOX 27808<br>RALEIGH NC 27611-7808 | CREDITOR ID: 1165-07<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH NC 27622-1827 | CREDITOR ID: 2112-07<br>CAMERON SANFORD COMPANY LLC<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 |
| CREDITOR ID: 244415-12<br>CAMERON SANFORD COMPANY LLC<br>C/O CRANFILL SUMNER & HARTZOG<br>ATTN RICHARD T BOYETTE, ESQ.<br>PO BOX 27808<br>RALEIGH NC 27611-7808 | CREDITOR ID: 1166-07<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 | CREDITOR ID: 278621-25<br>CANE RIVER ASSOCIATE<br>PROTECTIVE LIFE INSURANCE COMPANY<br>ATTN: INVESTMENT DEPARTMENT<br>PO BOX 2606<br>BIRMINGHAM AL 35202 |
| CREDITOR ID: 278425-24<br>CANE RIVER ASSOCIATE<br>C/O PROPERTY ONE INC.<br>ONE LAKESHORE DRIVE<br>SUITE 560<br>LAKE CHARLES LA 70629 | CREDITOR ID: 1167-RJ<br>CANE RIVER SHOPPING CENTER<br>C/O PROPERTY ONE INC.<br>2014 W. PINHOOK ROAD, SUITE 705<br>LAFAYETTE LA 70508-8505 | CREDITOR ID: 315753-40<br>CANE RIVER SHOPPING CENTER<br>C/O PROPERTY ONE INC<br>2014 W PINHOOK ROAD<br>SUITE 705<br>LAFAYETTE, LA 70508-8505 |
| CREDITOR ID: 410882-15<br>CANTONMENT PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 2113-07<br>CANTONMENT PARTNERS, LTD<br>ATTN: SARAH JORDON<br>PO BOX 680176<br>PRATTVILLE AL 36068 | CREDITOR ID: 278426-25<br>CAP MARK SERVICES INC.<br>PO BOX 404124<br>ATLANTA GA 30384-8356 |

SERVICE LIST
Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 1168-RJ
CAPCO 1998 D-7 ARLINGTON CENTER
C/O GRAHAM & COMPANY OF HUNTSVILLE
200 WESTSIDE SQUARE, SUITE 800
HUNTSVILLE AL 35801

CREDITOR ID: 278427-24
CAPCO 1998-D7 ARLINGTON CENTER LLC
C/O GRAHAM & CO OF HUNTSVILLE LLC
200 WESTSIDE SQUARE
SUITE 800
HUNTSVILLE AL 35801

CREDITOR ID: 1169-07
CAPITAL ADVISORS INC
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 1170-07
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY WA 98509-3487

CREDITOR ID: 2114-07
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY, WA 98509-3487

CREDITOR ID: 278428-24
CAPITAL PLAZA SHOPPING CENTER
31850 NORTHWESTERN HIGHWAY
FARMINGTON HILLS MI 48334

CREDITOR ID: 1171-07
CAPITAL PROPERTIES ASSOCIATES
PO BOX 2169
TUSCALOOSA AL 35403

CREDITOR ID: 244473-12
CAPITAL PROPERTIES ASSOCIATES
ATTN CHARLES W WEST, MGR
PO BOX 2169
TUSCALOOSA, AL 35403

CREDITOR ID: 278549-24
CAPLAN, R J & FLEDER, E, TRUSTEES
LITTLE CREEK SQUARE SHOPPING CENTER
500 MAIN PLAZA EAST
1324 CRESTAR BANK BUILDING
NORFOLK VA 23510

CREDITOR ID: 278549-24
CAPLAN, R J & FLEDER, E, TRUSTEES
C/O WILLIAMS MULLEN HOFHEIMER ET AL
ATTN DAVID A GREER ESQ
PO BOX 3460
NORFOLK VA 23514-3460

CREDITOR ID: 315755-40
CAPMARK SERVICES L P
ATTN: TEAM B LN#400035236 STORE
245 PEACHTREE CTR AVE N E STE
ATLANTA, GA 30303

CREDITOR ID: 1172-RJ
CAPMARK SERVICES LP
ATTN: TEAM B LN# 40-0035248
245 PEACHTREE CTR. AVE. NE, SUITE 1
ATLANTA GA 30303

CREDITOR ID: 1173-RJ
CAPMARK SERVICES LP
PO BOX 404124
ATLANTA, GA 30384-8356

CREDITOR ID: 2116-RJ
CAPMARK SERVICES LP
245 PEACHTREE CENTER AVENUE
SUITE 1800
ATLANTA, GA 30303

CREDITOR ID: 410916-15
CAPMARK SERVICES, INC, AGENT
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

CREDITOR ID: 410916-15
CAPMARK SERVICES, INC, AGENT
C/O GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 410393-15
CAPSTONE ADVISORS
CARRINGTON DEVELOPMENT ASSOCIATES
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 1174-07
CARDINAL ENTITIES COMPANY LLC
C/O MATTITUCK SHOPPING CT
PO BOX 77
MATTITUCK, NY 11952

CREDITOR ID: 399295-15
CARNEGIE COMPANIES, INC
C/O JAVITCH BLOCK & RATHBONE LLC
ATTN MARC A MELAMED, ESQ
1300 EAST 9TH STREET, 14TH FLOOR
CLEVELAND OH 44114

CREDITOR ID: 1176-07
CAROLINA ENTERPRISES INC
PO BOX 13559
FLORENCE SC 29504-3559

CREDITOR ID: 410454-15
CAROLINA ENTERPRISES, INC
ATTN JAMES T SCHOFIELD, PRESIDENT
PO BOX 13559
FLORENCE SC 29504

CREDITOR ID: 411128-15
CAROLINA HOLDINGS, RECEIVER
OAKDALE INVESTORS, LP
ATTN BOB INGRAM
PO BOX 25209
GREENVILLE SC 29616

CREDITOR ID: 244681-12
CARR FARMS
ATTN C H CARR AND BARRY D CARR
3199 PALMYRA ROAD
ALBANY GA 31707

CREDITOR ID: 316026-41
CARRINGTON, FRANCIS
ATTN RICHARD DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 315816-40
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 1350-07
CARRINGTON, FRANCIS
PO BOX 1328
EUREKA CA 95502

CREDITOR ID: 315758-40
CARROLL & CARROLL REAL ESTATE
PO BOX 4668
JACKSON, MS 39216

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 1247-07
CASE, DANIEL H. AND CAROL H. CASE
2040 AHUALANI PLACE
HONOLULU HI 96822

CREDITOR ID: 2119-07
CASS REALTY GROUP, INC.
PO BOX 1260
RIDGELAND MS 39158

CREDITOR ID: 1177-RJ
CASSELSQUARE LLC
C/O SOUTHERN MANAGEMENT & DEV
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 410743-15
CASSELSQUARE, LLC
C/O RICE PUGATCH ROBINSON ET AL
ATTN CRAIG A PUGATCH, ESQ
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

CREDITOR ID: 1178-07
CASTO INVESTMENTS CO LTD
C/O VMC REALTY
PO BOX 24627
FORT LAUDERDALE, FL 33307

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E. ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
OF HELENE FUNK & PETER W MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E. ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
OF H FUNK & P MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E. ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
H FUNK & PW MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER
ONE INDIANA SQUARE, STE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 2120-07
CATHI GALPIN, PROPERTY MANGER
EDENS & AVANT SOUTHEAST L.P
1400 E. SHOTWELL STEET
BAINBRIDGE GA 39819

CREDITOR ID: 316153-40
CAYCE MARKETPLACE LP
C/O FRASTELL PROPERTY MGMT REN
130 BLOOR STREET W
TORONTO, ON
CANADA

CREDITOR ID: 1179-RJ
CAYCE MARKETPLACE LP
C/O FRASTELL PROPERTY MGMT REN
130 BLOOR STREET W
TORONTO ON
CANADA

CREDITOR ID: 2121-RJ
CAYCE MARKETPLACE PARTNERS LP
130 BLOOR STREET W, SUITE 1200
TORONTO ON M5SIN5
CANADA

CREDITOR ID: 278622-24
CAYCE MARKETPLACE PARTNERS, LP
NATIONSBANK NA
210 WEST 10TH STREET
6TH FLOOR
KANSAS CITY MO 64105

CREDITOR ID: 2122-07
CB RICHARD ELLIS
201 E. KENNEDY BLVD., SUITE 1121
TAMPA FL 33602-5172

CREDITOR ID: 2102-07
CC ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO, IL 60686-0072

CREDITOR ID: 1156-07
CC ALTAMONTE JOINT VENTURE
7200 RELIABLE PARKWAY
CHICAGO IL 60686-0072

CREDITOR ID: 1180-07
CC REALTY INTERMEDIATE FUND
THREE RIVERWAY
SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 244803-12
CC REALTY INTERMEDIATE FUND I, LTD
C/O CC MANAGEMENT LTD
ATTN GEORGE C DEREESE, CFO
THREE RIVERWAY, SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 2123-RJ
CCP EMPLOYEE PROFIT SHARING PLAN
C/O CARDINAL CAPITAL PARTNERS
8214 WESCHESTER DRIVE, 9TH FLOOR
DALLAS TX 75225

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 278430-24
CCP EMPLOYEE PROFIT SHRNG PLAN&TRST
C/O CARDINAL CAPITAL PARTNERS INC.
8214 WESTCHESTER DRIVE
9TH FLOOR
DALLAS TX 75225

CREDITOR ID: 1181-RJ
CDC PAYING AGENT LLC
CHURCH STREET STATION
PO BOX 26180
NEW YORK, NY 10249

CREDITOR ID: 1182-07
CEDAR CREEK CROSSING ASSOCIATE
C/O PERRIE WHEELER REAL ESTATE
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 244836-12
CEDAR CREEK CROSSING ASSOCIATES LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ.
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1183-07<br>CEDAR MOUNTAIN VILLAGE, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T B MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL, GA 30075-5487 |
| CREDITOR ID: 2124-07<br>CEDAR SPRINGS CENTER ASSOCIATES<br>ATTN D BENJAMIN GRAVES, ESQ<br>PO BOX 3524<br>SPARTANBURG, SC 29304-3524 | CREDITOR ID: 1184-07<br>CEDAR SPRINGS CTR ASSOCS<br>PO BOX 3524<br>SPARTANBURG SC 29304-3524 | CREDITOR ID: 315760-40<br>CENTER AMERICA CAPITAL PARTNER<br>PO BOX 297731<br>HOUSTON, TX 77297 |
| CREDITOR ID: 1186-RJ<br>CENTRAL TEXAS SHOPPING<br>CENTER GROUP LTD<br>1277 CALDER AVENUE<br>BEAUMONT, TX 77701 | CREDITOR ID: 278431-24<br>CENTRAL TEXAS SHOPPING CNTR GRP LTD<br>C/O HHP COMPANY LLC<br>ATTN MICHAEL OR PATRICK H PHELAN<br>6310 LEMMON AVENUE, SUITE 202<br>BEAUMONT TX 75209 | CREDITOR ID: 406141-15<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 |
| CREDITOR ID: 2125-07<br>CENTREX PROPERTIES INC<br>PO BOX 10369<br>GOLDSBORO, NC 27532 | CREDITOR ID: 1187-07<br>CENTREX PROPERTIES INC<br>PO BOX 10369<br>GOLDSBORO NC 27532 | CREDITOR ID: 315761-40<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CTR PKWY<br>BIRMINGHAM, AL 35242 |
| CREDITOR ID: 1188-07<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM AL 35242 | CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD, SUITE 11<br>JACKSONVILLE, FL 32216-6353 | CREDITOR ID: 1190-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH GA 30096 |
| CREDITOR ID: 2127-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH, GA 30096 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 407775-99<br>CHAPIN DEVELOPMENT CO<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 1192-07<br>CHAPIN DEVELOPMENT CO.<br>C/O EDENS & AVANT INC.<br>PO BOX 528<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 315762-40<br>CHAPIN DEVELOPMENT COMPANY<br>C/O EDENS & AVANT INC<br>PO BOX 528<br>COLUMBIA, SC 29202-0528 | CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN JULIO E MENDOZA JR, ESQ<br>PO DRAWER 2426<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>CITY VIEW LLC<br>ATTN KATHKEEN HULL, CONTROLLER<br>PO BOX 78145<br>CHARLOTTE, NC 28271 | CREDITOR ID: 2130-07<br>CHESTER DIX ALEXANDRIA CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2130-07<br>CHESTER DIX ALEXANDRIA CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORPORATION<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2134-07<br>CHESTER DIX FORT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2134-07<br>CHESTER DIX FORT CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 408401-15<br>CHESTER DIX HURST CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 408401-15<br>CHESTER DIX HURST CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 278625-24<br>CHESTER DIX JEFFERSON CORP.<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 278624-25<br>CHESTER DIX JEFFERSON CORP.<br>STAR BANK<br>NATIONAL ASSOCIATION<br>ATTN: GENERAL COUNSEL<br>PO BOX 1038<br>CINCINNATI OH 45201 |
| CREDITOR ID: 278433-25<br>CHESTER DIX JEFFERSON CORP.<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2135-RJ<br>CHESTER DIX JEFFERSONTOWN CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2135-RJ<br>CHESTER DIX JEFFERSONTOWN CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 408400-15<br>CHESTER DIX LAKE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 408400-15<br>CHESTER DIX LAKE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 1195-07<br>CHK & ASSOCIATES, LLC<br>C/O KBI PROPERTY MANAGEMENT, INC<br>ATTN AL-TARIG W ROBINSON, ESQ<br>5725 BUFORD HWY, SUITE 214<br>DORAVILLE, GA 30340 | CREDITOR ID: 1029-07<br>CIRIGNANO, ALBERT J SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | CREDITOR ID: 315723-40<br>CIRIGNANO, ALBERT J.  SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE, NY 11709 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 2141-07
CITY VIEW, LLC
PO BOX 78725
CHARLOTTE NC 28271-7040

CREDITOR ID: 1197-07
CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 2142-07
CIVIC CENTER STATION, LTD.
C/O PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 2143-07
CLARA BOLDOG, AMERICANA EAST INVES
C/O DEBOER INTERNATIONAL INC.
3705 TAMPA ROAD, UNIT 1-A
OLDSMAR FL 34677

CREDITOR ID: 315757-40
CLARK, CARL F.
300 RIVERSIDE DR
GREENWOOD, MS 38930

CREDITOR ID: 410456-15
CLAY PLAZA INVESTORS, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410456-15
CLAY PLAZA INVESTORS, LLC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 1198-07
CLAYTON CROSSINGS LLC
C/O COMMERCIAL PROPERTIES INC
1648F NORTH MARKET DRIVE
RALEIGH, NC 27609

CREDITOR ID: 1199-07
CLEARLAKE SQUARE
C/O TRYCON INC
951 MARKET PROMENADE
LAKE MARY, FL 32746

CREDITOR ID: 1200-07
CLEVELAND MARKETPLACE LTD
C/O LAT PURSER & ASSOC
6320-7 ST AUGUSTINE ROAD
JACKSONVILLE, FL 32217

CREDITOR ID: 411126-15
CLEVELAND MARKETPLACE, LTD
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 411126-15
CLEVELAND MARKETPLACE, LTD
LEATHERWOOD WALKER TODD & MANN, PC
ATTN SEANN GRAY TZOUVELEKAS, ESQ
PO BOX 87
GREENVILLE SC 29602-0087

CREDITOR ID: 1201-07
CLIFFDALE CORNER INC
PO BOX 53646
FAYETTEVILLE, NC 28305

CREDITOR ID: 411074-15
CLIFFDALE CORNER, INC TA CLIFFDALE
CORNER, FAYETTEVILLE, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2144-07
CLIFFDALE CORNER,INC
C/O RIDDLE COMMERCIAL PROPERTIES
238 NORTH MCPHERSON CHURCH ROAD
FAYETTEVILLE NC 28303

CREDITOR ID: 2145-07
CLINTON HOUSE COMPANY
C/O RMC REALY COMPANIES LTD
1733 W FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 1202-07
CLINTON HOUSE COMPANY
C/O RMC REALTY COMPANIES LTD
ATTN: ACCOUNTING DEPT.
1733 WEST FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 1203-07
CMC REAL ESTATE PROGRAM
1988 1 LTD 111
PO BOX 3506
ANN ARBOR, MI 48106-3506

CREDITOR ID: 2146-07
CMC REAL ESTATE PROGRAM 1988-1, LT
PO BOX 8649
ANN ARBOR MI 48106-8649

CREDITOR ID: 2147-07
COBB INVESTMENT CO.
PO BOX 131209
BIRMINGHAM AL 35213

CREDITOR ID: 2148-RJ
COLLETT MANAGEMENT LLC
PO BOX 36799
CHARLOTTE, NC 28236-6799

CREDITOR ID: 2149-07
COLLETT MANAGEMENT,LLC
PO BOX 36799
CHARLOTTE NC 28236-6799

CREDITOR ID: 1205-07
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE NC 28001

CREDITOR ID: 2150-07
COLLINS & AIKMAN
PO BOX 580
ALBEMARLE, NC 28001

CREDITOR ID: 1206-07
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC.
950 E. PACES ROAD
SUITE 900
ATLANTA, GA 30326

CREDITOR ID: 278435-24
COLONIAL BANK NA
15150 PRESTON ROAD
DALLAS, TX 75248

CREDITOR ID: 315763-40
COLONIAL DEVELOPMENT CO LLC
PO BOX 9005
MORGANTON, NC 28680-9005

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1207-07
COLONIAL DEVELOPMENT CO. LLC
PO BOX 9005
MORGANTON NC 28680-9005

CREDITOR ID: 2153-07
COLONIAL PROPERTIES RETAIL DIVISION
950 MARKET PROMENADE AVE, STE. 2200
LAKE MARY FL 32746

CREDITOR ID: 2152-07
COLONIAL PROPERTIES RETAIL DIVISION
950 MARKET PROMENADE AVE, STE. 2200
LAKE MARY FL 32746

CREDITOR ID: 1208-RJ
COLONIAL PROPERTIES SERVICES
ATTN CASHIER
ACCT NO 2063-63001
PO BOX 11687
BIRMINGHAM, AL 35202-1687

CREDITOR ID: 1209-07
COLONIAL PROPERTIES TRUST
PO BOX 55966 - DEPT. 301501
BIRMINGHAM, AL 35255-5966

CREDITOR ID: 407769-15
COLONIAL REALTY LP
C/O FOSTER, LINDEMAN & KLINKBEIL,PA
ATTN W LINDEMAN/T FOSTER, ESQS
PO BOX 3108
ORLANDO FL 32802

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O TERRELL, BAUGH, ET AL
ATTN BRADLEY J SALMON, ESQ
700 S GREEN RIVER ROAD, STE 2000
EVENSVILLE IN 47715

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
ATTN JEFF HOWELL, DIR OF PROP MGMT
330 CROSS POINTE BOULEVARD
EVANSVILLE, IN 47715

CREDITOR ID: 246681-12
COLUMBIA MARKETPLACE LLC
C/O TERRELL, BAUGH, ET AL
ATTN BRADLEY J SALMON, ESQ
700 S GREEN RIVER ROAD, STE 2000
EVENSVILLE IN 47715

CREDITOR ID: 1211-RJ
COLUMBUS LIFE INSURANCE CO.
ATTN: MORTGAGE LOAN DEPT.
400 BROADWAY
CINCINNATI OH 45202

CREDITOR ID: 315764-40
COLUMBUS LIFE INSURANCE COMPANY
ATTN: MORTGAGE LOAN DEPT
400 BROADWAY
CINCINNATI, OH 45202

CREDITOR ID: 408212-15
COMERICA BANK
C/O WINSTEAD, SECHREST & MINICK, PC
ATTN J M TUCKER OR J MYERS, ESQS
1201 ELM STREET, SUITE 5400
DALLAS TX 75270-2199

CREDITOR ID: 410972-15
COMERICA LEASING DIV COMERICA BANK
C/O MILLER CANFIELD PADDOCK ET AL
ATTN JONATHAN S GREEN, ESQ
150 WEST JEFFERSON, STE 2500
DETROIT MI 48226

CREDITOR ID: 315765-40
COMKE INC
C/O DACAR MGMT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004

CREDITOR ID: 1212-07
COMKE INC.
C/O DACAR MGMT LLC
336 E. DANIA BEACH BLVD.
DANIA FL 33004

CREDITOR ID: 2154-07
COMMERCIAL LEASING ONE
C/O PEARL VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO, IL 60677-1002

CREDITOR ID: 2156-07
COMMERCIAL MANAGEMENT ASSOC.
SUITE 163
6220 S. ORANGE BLOSSOM TRAIL
ORLANDO FL 32809

CREDITOR ID: 315766-40
COMMERCIAL NET LEASE REALTY INC
ATTN HELEN COLLINS
PO BOX 992
ORLANDO, FL 32802-0992

CREDITOR ID: 1215-07
COMMERCIAL NET LEASE REALTY INC.
ATTN: HELEN COLLINS
PO BOX 992
ORLANDO FL 32802-0992

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 23802

CREDITOR ID: 2157-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32801

CREDITOR ID: 2158-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32803

CREDITOR ID: 315767-40
COMMODORE REALTY INC
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE, FL 33149

CREDITOR ID: 1216-07
COMMODORE REALTY INC.
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 315910-40
COMMONS AT CLIFF CREEK LTD, THE
ABRAXUS REAL ESTATE INC
6611 HILLCREST AVE #532
DALLAS, TX 75205-1301

CREDITOR ID: 410897-15
COMMUNITY CENTERS ONE, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 278436-25
COMPASS BANK
ATTN: COMMERCIAL REAL ESTATE DEPT
PO BOX 295
MONTGOMERY AL 36101

CREDITOR ID: 1217-07
CONCIRE CENTERS INC.
411 COMMERCIAL COURT, STE. E
VENICE FL 34292

CREDITOR ID: 1218-07
CONCORD ADVANTAGE II LP
C/O FIRST UNION NATL BANK
PO BOX 861035
ORLANDO, FL 32886

CREDITOR ID: 246843-12
CONCORD ADVANTAGE II LP
C/O MILESTONE PROPERTIES INC
ATTN JOSEPH OTTO, VP
200 CONGRESS PARK DRIVE, SUITE 205
DELRAY BEACH FL 33445

CREDITOR ID: 403201-99
CONCORD-FUND IV RETAIL LP
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKONVILLE FL 32207

CREDITOR ID: 315769-40
CONSECO MORTGAGE CAPITAL INC
DEPT #164101  LN#01586010
PO BOX 67000
DETROIT, MI 48267-1641

CREDITOR ID: 1219-07
CONSECO MORTGAGE CAPITAL INC.
DEPT #164101 LN#01586010
PO BOX 67000
DETROIT MI 48267-1641

CREDITOR ID: 2160-07
CONSTELLATION APARTMENTS
15 W COLLEGE DRIVE
ARLINGTON HEIGHTS, IL 60004

CREDITOR ID: 1220-07
CONSTELLATION APARTMENTS
15 W. COLLEGE DRIVE
ARLINGTON HEIGHTS IL 60004

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 410851-15
COOPER, MILTON
C/O MORGAN LEWIS & BOCKIUS, LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS, FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411010-15
CORDOVA COLLECTION LP TA
CORDOVA COLLECTION PENSACOLA FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2161-07
CORDOVA COLLECTION, LTD
PO BOX 235000
MONTGOMERY AL 36123-5000

CREDITOR ID: 2162-07
CORPORATE PROPERTIES 7
C/O WILLKIE FARR & GALLAGHER LLP
ATTN: ROBIN SPIEGEL
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 2164-07
CORPORATE PROPERTY ASSOCIATES 6, L
C/O WILLKIE FARR & GALLAGHER LLP
ATTN: ROBIN SPIEGEL
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O W P CAREY & CO, LLC
ATTN THOMAS LEWIS, VP
50 ROCKEFELLER PLAZA
NEW YORK NY 10020

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O WILLKIE FARR & GALLAGHER
ATTN ALAN J LIPKIN, ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019-6373

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC
CO RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEALL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 2048-07
COURTELIS, ALEC & SMITH, DONALD JR
DBA BROWARD ASSOC
703 WATERFORD WAY STE 800
MIAMI FL 33126-4677

CREDITOR ID: 1225-07
CPG FINANCE I LLC
PO BOX 414092
BOSTON, MA 02241-4092

CREDITOR ID: 2165-07
CPG FINANCE I, LLC
% CGP PARTNERS, LP
103 EISENHOWER PARKWAY
ROSELAND NJ 07068

CREDITOR ID: 1226-RJ
CPM ASSOCIATES LP
537 MARKET STREET, SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 278437-24
CPM ASSOCIATES, LP
C/O FLETCHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA TN 37402

CREDITOR ID: 278626-24
CPM ASSOCIATES, LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2166-07<br>CRAWFORD NORWOOD REALTORS INC<br>PO BOX 10767<br>GOLDSBORO, NC 27532-0767 | CREDITOR ID: 1227-07<br>CRAWFORD NORWOOD REALTORS INC<br>PO BOX 10767<br>GOLDSBORO NC 27532-0767 | CREDITOR ID: 1228-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>1011 EAST MAIN STREET, SUITE 206<br>RICHMOND VA 23219 |
| CREDITOR ID: 2167-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>SPOTTS FAIN<br>ATTN JENNIFER J WEST, ESQ<br>PO BOX 1555<br>RICHMOND VA 23218 | CREDITOR ID: 278438-24<br>CRENSHAW-SINGLETON PROPERTIES<br>C/O SPOTTS FAIN<br>ATTN JENNIFER J WEST, ESQ<br>411 EAST FRANKLIN STREET, SUITE 600<br>PO BOX 1555<br>RICHMOND VA 23218 | CREDITOR ID: 2167-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>1011 EAST MAIN STREET, SUITE 206<br>RICHMOND, VA 23219 |
| CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>C/O HINSON & RHYNE, PA<br>ATTN WALTER L HINSON, ESQ.<br>2401-G WOOTEN BLVD<br>PO BOX 7479<br>WILSON NC 27895-7479 | CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>1912 EASTCHESTER DRIVE, SUITE 204<br>HIGH POINT NC 27265 | CREDITOR ID: 399723-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>ATTN DAVID KIRK<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 315770-40<br>CRESCENT INVESTMENT CORPORATION<br>C/O PIEDMONT LAND CO<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE, NC 27284 | CREDITOR ID: 1230-07<br>CREST HAVEN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI, FL 33140-2764 | CREDITOR ID: 1231-07<br>CRESTVIEW MARKETPLACE LLC<br>PO BOX 1260<br>RIDGELAND MS 39158 |
| CREDITOR ID: 410378-15<br>CRESTVIEW, LLC<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 410378-15<br>CRESTVIEW, LLC<br>NORTH FERDON BLVD & HWY 85 NORTH<br>CRESTVIEW FL 32536 | CREDITOR ID: 2169-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES, CA 90084-2315 |
| CREDITOR ID: 1232-07<br>CROSS COUNTY ASSOCIATES LP<br>DEPT 2315<br>LOS ANGELES CA 90084-2315 | CREDITOR ID: 2170-07<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 315771-40<br>CROSSING JOINT VENTURE<br>C/O ACROSS ASSET MNGMT INC.<br>5644 WESTHEIMER ROAD<br>SUITE 405<br>HOUSTON, TX 77056-4002 |
| CREDITOR ID: 1233-07<br>CROSSING OF ORLANDO LTD<br>C/O COURTELIS CO<br>703 WATERFORD WAY<br>MIAMI, FL 33126-4677 | CREDITOR ID: 407681-15<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI FL 33126 | CREDITOR ID: 407681-15<br>CROSSINGS OF ORLANDO, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 |
| CREDITOR ID: 408206-15<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 247230-12<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER, GP<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501 | CREDITOR ID: 1234-07<br>CROWDER FAMILY JOINT VENTURE<br>C/O KATHY CROWDER KIRCHMAYER, GP<br>3638 CAVALIER DRIVE<br>JACKSON, MS 39216-3501 |
| CREDITOR ID: 247230-12<br>CROWDER FAMILY JOINT VENTURE<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 1235-07<br>CROWN LIQUORS BROWARD INC<br>ATTN RAY BROOKS<br>910 NW 10TH PLACE<br>FORT LAUDERDALE, FL 33311-6132 | CREDITOR ID: 247252-12<br>CRT PROPERTIES INC FKA<br>KOGER EQUITY<br>ATTN DAVID W FOSTER, GM<br>PO BOX 538266<br>ATLANTA, GA 30353-8266 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 247252-12
CRT PROPERTIES INC FKA
C/O SHUTTS & BOWEN LLP
ATTN JOEY E SCHLOSBERG, ESQ
201 SOUTH BISCAYNE BLVD STE 1500
MIAMI FL 33131

CREDITOR ID: 1236-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER AL 35501

CREDITOR ID: 2171-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER, AL 35501

CREDITOR ID: 1237-07
CRYSTAL BEACH ACQUISTION LP
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 410920-15
CRYSTAL LAKE AT ORLANDO
C/O FRAZIER HOTTE & ASSOCIATES
ATTN ROBERT W FRAZIER, JR
6550 N FEDERAL HWY #220
FT LAUDERDALE FL 33308

CREDITOR ID: 1238-07
CRYSTAL LAKE AT ORLANDO
C/O REALVEST PARTNERS INC
2200 LUCIEN WAY, SUITE 350
MAITLAND, FL 32751-7019

CREDITOR ID: 315772-40
CSFB 2000 FL1 CROWLEY LIMITED
BILL OHLSEN REAL ESTATE AST MG
LENNAR PARTNERS INC
MIAMI  BEACH, FL 33139

CREDITOR ID: 1239-07
CURRY FORD LP
C/O HOLD THYSSEN INC.
147 W LYMAN AVENUE, SUITE 100
WINTER PARK, FL 32789-4367

CREDITOR ID: 2172-07
CUSHMAN AND WAKEFIELD OF FLORIDA
800 N. MAGNOLIA, SUITE 450
ORLANDO FL 32803

CREDITOR ID: 383163-99
CVS EGL OVERSEAS MARATHON FL, LLC
C/O SAUL EWING LLP
ATTN MARK MINUTI, ESQ
222 DELAWARE AVE, STE 1200
PO BOX 1266
WILMINGTON DE 19899

CREDITOR ID: 411164-15
CW CAPITAL ASSET MGT SERIES 2001-C2
HOLDERS OF SALOMON BROTHERS MTG
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411162-15
CWCAPITAL ASSET MGMT SERIES 2001-C2
HOLDERS LB-UBS COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411160-15
CWCAPITAL ASSET MGMT SERIES 2004-C1
HOLDERS OF GS MORTGAGE SECURITIES
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411174-15
CWCAPITAL ASSET MGMT, SERIES 1999C1
HOLDERS OF COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411169-15
CWCAPITAL ASSET MGMT, SERIES 2005C1
HOLDERS LB-UBS COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411166-15
CWCAPITAL ASSET MGT, SERIES1998-MC3
HOLDERS OF MORTGAGE CAPITAL FUNDING
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411172-15
CWCAPITAL ASST MGMT, SERIES 2001C1
HOLDERS OF JP MORGAN CHASE COM MORT
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 1240-07
CYPRESS RUN LLC
C/O GAME PROPERTIES CORP.
470 BILTMORE WAY, SUITE 100
CORAL GABLES, FL 33134

CREDITOR ID: 406169-15
CYPRESS RUN, LLC
ATTN LOURDES CARASA/FIRPO GARCIA
470 BILTMORE WAY, SUITE 100
CORAL GABLES FL 33134

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
DILORENZO PROPERTIES CO COMPANY
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 2173-07
DAHLEM ENTERPRISE INC
1000 BUILDING SUITE LL-2
6200 DUTCHMANS LANE
LOUISVILLE KY 40205

CREDITOR ID: 278439-24
DAHLEM ENTERPRISE INC.
1000 BUILDING SUITE LL-2
6200 DUTCHMANS LANE
LOUISVILLE KY 40205-3285

CREDITOR ID: 1242-RJ
DAHLEM ENTERPRISES INC
3274 RELIABLE PARKWAY
CHICAGO, IL 60686-0032

CREDITOR ID: 406060-15
DAHLEM ENTERPRISES, INC
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 1243-07
DAIRY PLAZA ASSOCIATES LTD
C/O VANGUARD COMMERCIAL REALTY
PO BOX 4235
ORMOND BEACH, FL 32175-4235

CREDITOR ID: 1244-07
DALRAIDA PROPERTIES INC
ATTN JAMES W RUTLAND, JR PRESIDENT
PO BOX 230758
MONTGOMERY, AL 36123

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

CREDITOR ID: 410823-15
DANIEL G KAMIN & DANIEL G KAMIN
BRYNN MARR ENTERPRIZES
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, TRUSTEE
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410823-15
DANIEL G KAMIN & DANIEL G KAMIN
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410824-15
DANIEL G KAMIN CLARKSVILLE
CROSSING, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410824-15
DANIEL G KAMIN CLARKSVILLE
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 S HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410826-15
DANIEL G KAMIN ZACHARY ENTERPRIZES
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410826-15
DANIEL G KAMIN ZACHARY ENTERPRIZES
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, TRUSTEES
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 278440-25
DANIEL G. KAMIN
C/O KAMIN REALTY COMPANY
PO BOX 10234
PITTSBURGH PA 15232

CREDITOR ID: 278442-24
DANIEL G. KAMIN CLARKSVILLE LLC
C/O KAMIN REALTY COMPANY
490 S. HIGHLAND STREET
PITTSBURGH PA 15206

CREDITOR ID: 1248-07
DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA WA 98513

CREDITOR ID: 2177-07
DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA, WA 98513

CREDITOR ID: 278443-24
DAVID R. KRUG & ASSOCIATES
W/D LEXINGTON LLC
131 PROVIDENCE ROAD
CHARLOTTE NC 28207

CREDITOR ID: 1249-07
DAVIE PLAZA LIMITED PARTNERSHIP
7000 W. PALMETTO PARK ROAD, STE. 40
BOCA RATON FL 33433

CREDITOR ID: 315777-40
DAVIE PLAZA LP
7000 W PALMETTO PARK ROAD
SUITE 40
BOCA RATON, FL 33433

CREDITOR ID: 1250-07
DAVIS MILL STATION
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
MARIETTA, GA 30067

CREDITOR ID: 381942-50
DAWN INVESTMENTS LIMITED
ATTN: MR. KENNETH RUSSELL
PO BOX 570
NASSAU,
BAHAMAS

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
C/O MCELWEE FIRM PLLC
ATTN: ROBERT P LANEY, ESQ
906 MAIN STREET
NORTH WILKESBORO NC 08659

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 315784-40
DAYAN, DR RALPH
331 31ST AVENUE
SAN  FRANCISCO, CA 94121

CREDITOR ID: 1274-07
DAYAN, RALPH DR.
331 31ST AVENUE
SAN  FRANCISCO CA 94121

CREDITOR ID: 407736-99
DBR ASSET MGMT, LLC AGENT FOR
THREE LAKES PLAZA LC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407739-99
DBR ASSET MGMT, LLC AGENT FOR
NORTHWAY INVESTMENTS LLC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407741-99
DBR ASSET MGMT, LLC AGENT FOR
IIIT WEST LLC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407738-99
DBR ASSET MGMT, LLC AGENT FOR
BEDFORD AVENUE REALTY INC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 410825-15
DBT PORCUPINE WD1 DE BUSINESS TRUST
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410825-15
DBT PORCUPINE WD1 DE BUSINESS TRUST
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278628-24<br>DBT PORCUPINE WD3<br>MR. THOMAS G. HOTZ<br>SOF INVESTMENTS LP<br>1125 S. 103RD STREET<br>SUITE 450<br>OMAHA NE 68124 | CREDITOR ID: 278445-24<br>DBT PORCUPINE WD3<br>HMG COINVESTMENT LLC<br>1125 S. 103RD STREET<br>SUITE 450<br>OMAHA NE 68124 | CREDITOR ID: 278444-24<br>DBT PORCUPINE WD3<br>HMG COINVESTMENT LLC<br>1125 S. 103RD STREET<br>SUITE 450<br>OMAHA NE 68124 |
| CREDITOR ID: 1253-RJ<br>DDR DOWNREIT LLC<br>DEPT 435<br>PO BOX 643474<br>PITTSBURGH, PA 15264-3474 | CREDITOR ID: 278446-25<br>DDR DOWNREIT LLC<br>PO BOX 643474<br>PITTSBURGH, PA 15264-3474 | CREDITOR ID: 1252-RJ<br>DDR DOWNREIT LLC<br>PO BOX 643474<br>DEPT 295<br>PITTSBURGH PA 15264-3474 |
| CREDITOR ID: 410901-15<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 1254-07<br>DDR MDT CARILLON PLACE LLC<br>PO BOX 92472<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 1255-07<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC.<br>80 WEST WIEUCA ROAD, SUITE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 2182-07<br>DEBARY-STAFFORD ASSOCIATES,LP<br>80 W. WIEUCA ROAD<br>ATLANTA GA 30342 | CREDITOR ID: 1256-RJ<br>DECATUR REALTY LLC<br>ATTN GINA C BRADFORD<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS, IN 46208-5728 |
| CREDITOR ID: 410696-15<br>DECATUR REALTY, SUCCESSOR TO<br>BAUMGARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | CREDITOR ID: 1257-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE KY 40257-0066 | CREDITOR ID: 2183-07<br>DEERFIELD COMPANY INC<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 |
| CREDITOR ID: 410536-15<br>DEERFIELD COMPANY, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 411096-15<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS, LTD<br>C/O VALPARAISO REALTY CO<br>ATTN TERESA W FEDONCZAK<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 | CREDITOR ID: 1260-RJ<br>DEL FAIR INC<br>PO BOX 389229<br>CINCINNATI, OH 45238-9229 | CREDITOR ID: 2184-RJ<br>DEL FAIR, INC.<br>ATTN: JOHN P. MICHAEL<br>179 LAFAYETTE CIRCLE<br>CINCINNATI OH 45220 |
| CREDITOR ID: 1261-07<br>DEL MAR SHOPPING CENTER<br>C/O STILES PROP MGMT.<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 278447-25<br>DEL-FAIR INC.<br>PO BOX 389229<br>CINCINNATI OH 45238-9229 | CREDITOR ID: 278629-24<br>DEL-FAIR, INC.<br>USG ANNUITY & LIFE COMPANY<br>C/O ING INVESTMENT MANAGEMENT INC.<br>5780 POWERS FERRY ROAD NW<br>SUITE 300<br>ATLANTA GA 30327-4349 |
| CREDITOR ID: 1262-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI FL 33101-6727 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>ATTN QUINZIO SPAGGIARI, PRESIDENT<br>PO BOX 016727<br>MIAMI, FL 33101 | CREDITOR ID: 247926-12<br>DELNICE CORP NV<br>C/O BERGER SINGERMAN, PA<br>ATTN JORDI GUSO, ESQ<br>200 S BISCAYNE BLVD, SUITE 1000<br>MIAMI FL 33131-5308 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE: 05-03817-3F1**

CREDITOR ID: 1263-RJ
DELTA INTEREST LLC
C/O PALMETTO BAY REALITY MAN L
PO BOX 8897
GREENVILLE, SC 29604

CREDITOR ID: 2186-RJ
DELTA INTERESTS
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 411188-15
DELTA INVESTMENTS
LEATHERWOOD WALKER TODD & MANN, PC
ATTN SEANN GRAY TZOUVELEKAS, ESQ
PO BOX 87
GREENVILLE SC 29602-0087

CREDITOR ID: 411188-15
DELTA INVESTMENTS
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 278448-24
DELTA PLAZA LLC
C/O GABRIEL JEIDEL
16 EAST 34TH STREET
16TH FLOOR
NEW YORK, NY 10016

CREDITOR ID: 1264-RJ
DELTA PLAZA, LLC
ATTN GABRIEL JEIDEL, PRESIDENT
16 EAST 34TH STREET, 16TH FLOOR
NEW YORK, NY 10016-4328

CREDITOR ID: 1264-RJ
DELTA PLAZA, LLC
C/O CAMPBELL DELONG, LLP
ATTN R BRITTAIN VIRDEN, ESQ
PO BOX 1856
GREENVILLE MS 38702-1856

CREDITOR ID: 1265-07
DELTONA ASSOC LTD
C/O BRUCE STRUMPF INC
314 S MISSOURI AVENUE, STE 305
CLEARWATER FL 33756

CREDITOR ID: 315778-40
DELTONA ASSOC LTD
314 S MISSOURI AVE
BRUCE STRUMPF INC S-305
CLEARWATER, FL 33756

CREDITOR ID: 1265-07
DELTONA ASSOC LTD
TABAS FREEDMAN SOLOFF & MILLER PA
ATTN JOEL L. TABAS, ESQ
25 SE 2ND AVENUE, STE. 919
MIAMI FL 33131

CREDITOR ID: 2188-07
DEM PARTNERSHIP
C/O KLEIN & HEUCHAN, INC.
ATTN: MARK S KLEIN
1744 N BELCHER ROAD
CLEARWATER, FL 33765

CREDITOR ID: 1266-07
DEM PARTNERSHIP
C/O KLEIN & HEUCHAN INC.
ATTN: MARK S KLEIN
1744 N BELCHER ROAD
SUITE 200
CLEARWATER FL 33765

CREDITOR ID: 1267-07
DEPT OF FINANCE STATE OF ALABAMA
PO BOX 1390
MONTGOMERY AL 36104

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
C/O NIXON PEABODY, LLP
ATTN JOHN M. ROSENTHAL, ESQ
2 EMBARCADERO CENTER, STE 2700
SAN FRANCISCO CA 94117

CREDITOR ID: 279308-99
DEUTSCHE BANK TRUST CO AMERICA
AS PASS THROUGH & INDENTURE TTEG
ATTN BRENDON MEYER, VP
MS NYC60-2720
60 WALL STREET
NEW YORK NY 10005-2858

CREDITOR ID: 315780-40
DEVCON ENTERPRISES INC
CORPORATE CENTER WEST
433 SOUTH MAIN STREET STE 300
WEST HARTFORD, CT 06110

CREDITOR ID: 1268-07
DEVCON ENTERPRISES INC.
CORPORATE CENTER WEST
433 SOUTH MAIN STREET, SUITE 300
WEST HARTFORD CT 06110

CREDITOR ID: 2190-07
DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PKWY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 2189-07
DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1379-07
DEWRELL, GEORGE
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 250438-12
DEWRELL, GEORGE
ATTN RAY DEWRELL
PO BOX 642
FORT WALTON BEACH FL 32549

CREDITOR ID: 1269-RJ
DICKINSON LOGAN TODD & BARBER
ATTN: COLLEEN HINES
PO BOX 18463
RALEIGH, NC 27619-8463

CREDITOR ID: 278450-24
DICKINSON, LOGAN, TODD & BARBER
ATTN: COLLEEN HINES
8601 SIX FORKS ROAD
#500
RALEIGH NC 27615

CREDITOR ID: 2423-07
DILORENZO, MARC
1530 PALISADE AVENUE
SUITE 15F
FORT LEE NJ 07024-1335

CREDITOR ID: 2196-07
DIXIE LAND SC LLC
C/O PARKWAY ASSET MANAGEMENT CORP
ATTN PAUL J GINGRAS, PRESIDENT
235 MOORE STREET, SUITE 102
HACKENSACK NJ 07601

CREDITOR ID: 315781-40
DIXIE PLAZA
7306 COLLECTION DRIVE
CHICAGO, IL 60693

CREDITOR ID: 1270-07
DMI AGENT FOR IDR JR LLR JR
C/O DEVELOPMENT MANAGEMENT INC.
PO BOX 35349
CHARLOTTE, NC 28235-5349

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278451-25<br>DOWNTOWN DESTIN SHOPPING CENTER<br>THE PELICAN GROUP INC.<br>PO BOX 160403<br>MOBILE AL 36616-1403 | CREDITOR ID: 1272-07<br>DOWNTOWN TWO LLC<br>PO BOX 90002<br>RALEIGH, NC 27675 | CREDITOR ID: 2197-07<br>DOWNTOWN TWO LLC<br>C/O KAHN DEVELOPEMENT CO.<br>PO BOX 1608<br>COLUMBIA SC 29202 |
| CREDITOR ID: 315782-40<br>DPG FIVE FORKS VILLAGE LLC<br>DEPT 162403 JD1300<br>PO BOX 951701<br>CLEVELAND, OH 44193 | CREDITOR ID: 410911-15<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 1273-RJ<br>DPJ COMPANY LIMITED PARTNERSHIP<br>145 ROSEMARY STREET, SUITE K<br>NEEDHAM MA 02494 |
| CREDITOR ID: 2198-RJ<br>DPJ COMPANY LP<br>145 ROSEMARY STREET, SUITE K<br>NEEDHAM MA 02494 | CREDITOR ID: 410981-15<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427 |
| CREDITOR ID: 403425-15<br>DRAKE RENTAL<br>ATTN PHIL DRAKE, OWNER<br>235 EAST PALMER STREET<br>FRANKLIN NC 28734 | CREDITOR ID: 1275-07<br>DRAKE RENTAL ACCOUNT<br>C/O PHIL DRAKE<br>106 TURNPIKE STREET<br>FRANKLIN, NC 28734 | CREDITOR ID: 1276-07<br>DRINKARD DEVELOPMENT<br>PO BOX 996<br>CULLMAN AL 35056-0996 |
| CREDITOR ID: 315774-40<br>DS PARTNERS LP<br>719 GRISWOLD AVENUE<br>SUITE 2330<br>DETROIT, MI 48226 | CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 | CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 |
| CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>SCOTT R NABORS, ESQ<br>456 HARRISON AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 1175-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 | CREDITOR ID: 2117-07<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 1278-07<br>DURHAM PLAZA ASSOCIATES<br>C/O HARBOR GROUP MGMT. CO.<br>PO BOX 2680<br>NORFOLK, VA 23501 | CREDITOR ID: 407668-93<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 407668-93<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O HARBOR GROUP MANAGEMENT<br>999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23501 |
| CREDITOR ID: 278453-24<br>E&A ACQUISITION TWO LP<br>900 BANK OF AMERICA PLAZA<br>1901 MAIN STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 381778-15<br>E&A ACQUISITION TWO LP DBA<br>OAKWOOD SQUARE<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, STE 900<br>ATLANTA GA 30305-1753 |
| CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2201-07<br>E&A PORTFOLIO TRUST<br>C/O LEGAL DEPT.<br>PO BOX 528<br>COLUMBIA SC 29201 | CREDITOR ID: 1280-07<br>E&A SOUTHEAST LP<br>C/O PLANTATION POINT SHOPPING<br>PO BOX 528<br>COLUMBIA SC 29202 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 1279-07
E&A SOUTHEAST LP
C/O BALDWIN SQUARE
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 2200-07
E&A SOUTHEAST LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
RESERVOIR SQUARE BRANDON, MS
C/O KITCHENS KELLEY GAYNES PC
ATTN MARK A KELLEY, ESQ
3495 PIEDMONT RD NE BLDG 11 STE 900
ATLANTA GA 30305

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
C/O KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE, ESQ
101 PARK AVENUE
NEW YORK NY 10178-0002

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 248637-12
EAGLE HARBOR INVESTORS LLC
506 45TH ST, SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 248637-12
EAGLE HARBOR INVESTORS LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1282-RJ
EAST PARTNERS LTD
3838 OAKLAWN, SUITE 810
DALLAS TX 75219

CREDITOR ID: 2202-RJ
EAST PARTNERS LTD
3838 OAKLAWN, SUITE 810
DALLAS, TX 75219

CREDITOR ID: 1283-07
EASTDALE SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 2203-07
EASTDALE SQUARE MANAGEMENT INC.
C/O ARONOV REALTY MANAGEMENT I
3500 EASTERN BLVD.
MONTGOMERY AL 36116-1781

CREDITOR ID: 411008-15
EASTDALE SQUARE, LLC TA
EASTDALE SQUARE MONTGOMERY AL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 381946-50
EASTEND SHOPPING CENTRE LTD
C/O CARRIBBEAN MGMT & SALES LT
EAST BAY STREET
NASSAU,
BAHAMAS

CREDITOR ID: 2204-07
EASTERN RETAIL HOLDINGS LP
622 EAST WASHINGTON ST., SUITE 300
ORLANDO FL 32801

CREDITOR ID: 1284-07
EASTERN RETAIL HOLDINGS LP
PO BOX 862504
ORLANDO, FL 32886-2504

CREDITOR ID: 1285-07
EASTGATE CENTER LLC
110 DEER RIDGE ROAD
BRANDON MS 39042

CREDITOR ID: 2205-07
EASTGATE CENTER LLC
110 DEER RIDGE ROAD
BRANDON, MS 39042

CREDITOR ID: 1286-07
EASTGATE INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 248713-12
EASTGATE INVESTORS LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1287-07
EBINPORT ASSOC
PO BOX 4452
ROCK  HILL SC 29732-6452

CREDITOR ID: 2206-07
EBINPORT ASSOC
PO BOX 4452
ROCK  HILL, SC 29732-6452

CREDITOR ID: 410397-15
EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 1288-07
EBR PARTNERSHIP
7732 GOODWOOD BLVD., SUITE V
BATON ROUGE LA 70806

CREDITOR ID: 248729-12
EBR, LLC
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 278455-25
ECDC
PO BOX 63535
NORTH CHARLESTON SC 29418-3535

CREDITOR ID: 1289-07
ECKSTEIN PROPERTIES LLC
ATTN SHIMON ECKSTEIN
60 BROAD STREET, SUITE 3503
NEW YORK, NY 10004

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC
PO BOX 468
NORTHPORT AL 35476

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC
C/O DAVIDSON WIGGINS JONES & PARSON
ATTN W CAMERON PARSONS, ESQ
PO BOX 1939
TUSCALOOSA AL 35403

CREDITOR ID: 1290-RJ
ED STREET DEV CO.
1913 SOUTH ROAN STREET, SUITE 105
JOHNSON CITY TN 37601-4813

CREDITOR ID: 315786-40
ED STREET DEVELOPMENT COMPANY
1913 SOUTH ROAN STREET
SUITE 105
JOHNSON CITY, TN 37601-4813

CREDITOR ID: 1291-07
EDEN MEADOW GREENS ASSOCIATES
LENOX HILL STATION
PO BOX 334
NEW YORK, NY 10021

CREDITOR ID: 2209-07
EDENS & AVANT FINANCING II LP
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 315787-40
EDENS & AVANT INC
C/O VILLAGE SQUARE
PO BOX 528
COLUMBIA, SC 29202-0528

CREDITOR ID: 1292-07
EDENS & AVANT INC.
C/O VILLAGE SQUARE
PO BOX 528
COLUMBIA SC 29202-0528

CREDITOR ID: 278456-25
EDENS & AVANT PROPERTIES L.P.
C/O RESERVOIR SQUARE
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 1294-07
EDENS & AVANT PROPERTIES LP
C/O RESERVOIR SQUARE
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 1293-07
EDENS & AVANT PROPERTIES LP
C/O MAGEE SHOPPING CENTER
PO BOX 528
COLUMBIA SC 29202

CREDITOR ID: 407752-99
EFESOS PROPERTIES NV INC &
ORION INVESTMENT & MNGMNT LTD CORP
C/O HINSHAW & CULBERTSON LLP
ATTN KENNETH G M MATHER, ESQ
100 SOUTH ASHLEY DR, STE 500
TAMPA FL 33602

CREDITOR ID: 1295-07
EIG GORDON VILLAGE LLC
C/O EQUITY INVESTMENT GROUP
ATTN RENEE DILLON
111 E WAYNE STREET, SUITE 500
FORT WAYNE, IN 46804

CREDITOR ID: 1296-RJ
EIG HAMPTON SQUARE LLC
C/O EQUITY INVESTMENT GROUP
PO BOX 13228
FORT WAYNE, IN 46867-3228

CREDITOR ID: 248837-12
EIG HAMPTON SQUARE LLC
C/O EQUITY INVESTMENT GROUP
ATTN RENEE DILLON
PO BOX 13228
FT WAYNE IN 46867-3228

CREDITOR ID: 315865-40
EISENBAUM, MARLA, HELENE & WAYNE
CORPORATE CENTER WEST
433 S MAIN STREET, SUITE 310
WEST HARTFORD, CT 06110

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC
C/O MORSE & GOMEZ, PA
ATTN ALBERTO F GOMEZ JR, ESQ
119 S DAKOTA AVENUE
TAMPA FL 33606

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC
10912 N 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 315788-40
ELFERS SQUARE CENTER INC
10912 N 56TH STREET
TEMPLE TERRACE, FL 33617-3004

CREDITOR ID: 248884-12
ELIOT PROPERTIES
C/O M & P SHOPPING CTR
ATTN ELIOT M ARNOVITZ
5025 WINTERS CHAPEL RD
ATLANTA, GA 30360-1700

CREDITOR ID: 1298-07
ELIOT PROPERTIES
C/O M&P SHOPPING CENTER
5025 WINTERS CHAPEL ROAD
ATLANTA, GA 30360-1700

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
C/O TML REALTY CORP
ATTN LAURA HACKEL
485 MADISON AVE, 24TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 315789-40
ELIZABETHTOWN COMMERCIAL PROPERTY
PO BOX 2713
ELIZABETHTOWN, KY 42702-2713

CREDITOR ID: 278459-25
ELKMONT ASSOCIATES
ATTN: MR. JAMES L. POINDEXTER
C/O POINDEXTER ENTERPRISES
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 1299-RJ
ELKMONT ASSOCIATES
C/O JAMES POINDEXTER
PO BOX 28
ELKIN, NC 28621-0028

CREDITOR ID: 390685-55
ELLIS, DAZZNEE M
C/O DORAN SHELBY PETHEL & HUDSON PA
ATTN KATHRYN C SETZER, ESQ.
122 NORTH LEE STREET
PO BOX 4479
SALISBURY NC 28145-4479

CREDITOR ID: 1300-07
ELSTON/LEETSDALE LLC
C/O TERRANOVA CORP.
801 AUTHUR GODFREY ROAD
MIAMI BEACH, FL 33140

CREDITOR ID: 403206-99
ELSTON/LEETSDALE LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2214-07<br>ENGEL REALTY INC.<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ILAN D SCHARF, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017-2024 |
| CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 1302-07<br>ENGLISH VILLAGE LLC<br>ATTN: MIKE PETERS  MANAGER MEMBER<br>2906 NORTH STATE STREET<br>JACKSON, MS 39216 | CREDITOR ID: 249004-12<br>ENGLISH VILLAGE, LLC<br>C/O BUTLER SNOW ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>AMSOUTH PLAZA, 17TH FLOOR<br>210 E CAPITAL STREET<br>JACKSON MS 39225-2567 |
| CREDITOR ID: 315790-40<br>EQUITY ASSOC<br>PO BOX 4452<br>ROCK  HILL, SC 29732-6452 | CREDITOR ID: 1303-07<br>EQUITY ASSOC.<br>PO BOX 4452<br>ROCK HILL SC 29732-6452 | CREDITOR ID: 410394-15<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 2216-07<br>EQUITY INVESTMENT GROUP<br>ONE BUCKHEAD PLAZA SUITE 1560<br>3060 PEACHTREE RD NW<br>ATLANTA GA 30305-8842 | CREDITOR ID: 410789-15<br>EQUITY ONE (ALPHA) CORP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 410787-15<br>EQUITY ONE (COMMONWEALTH) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 410790-15<br>EQUITY ONE (DELTA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315791-40<br>EQUITY ONE (HUNTERS CREEK) INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 411171-15<br>EQUITY ONE (HUNTER'S CREEK) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1305-07<br>EQUITY ONE (HUNTERS CREEK) INC.<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 2217-07<br>EQUITY ONE (HUNTER'S CREEK)INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 |
| CREDITOR ID: 315792-40<br>EQUITY ONE (LANTANA) INC<br>PO BOX 01-9170<br>MIAMI BEACH, FL 33179-9170 | CREDITOR ID: 410791-15<br>EQUITY ONE (LANTANA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1306-07<br>EQUITY ONE (LANTANA) INC.<br>PO BOX 01-9170<br>MIAMI BEACH FL 33179-9170 |
| CREDITOR ID: 2218-07<br>EQUITY ONE (LANTANA) INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI FL 33179 | CREDITOR ID: 410792-15<br>EQUITY ONE (LOUISIANA PORTFOLIO)<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI` FL 33131 | CREDITOR ID: 410793-15<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 411173-15<br>EQUITY ONE (POINT ROYALE) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315793-40<br>EQUITY ONE (POINTE ROYALE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1307-07<br>EQUITY ONE (POINTE ROYALE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1308-07<br>EQUITY ONE (SUMMERLIN) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 315795-40<br>EQUITY ONE (WEST LAKE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 411165-15<br>EQUITY ONE (WEST LAKE) INC<br>C/O GREENBURG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKEL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 1309-07<br>EQUITY ONE (WEST LAKE) INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 315796-40<br>EQUITY ONE ALPHA INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1310-07<br>EQUITY ONE ALPHA INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 315797-40<br>EQUITY ONE COMMONWEALTH INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1311-07<br>EQUITY ONE COMMONWEALTH INC.<br>C/O EQUITY ONE REALTY MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 | CREDITOR ID: 2219-07<br>EQUITY ONE DELTA INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315798-40<br>EQUITY ONE MONUMENT POINTE INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1313-07<br>EQUITY ONE MONUMENT POINTE INC.<br>C/O EQUITY ONE REALTY & MGMT. INC.<br>PO BOX 01-9170<br>MIAMI FL 33101-9170 |
| CREDITOR ID: 2694-07<br>EQUITY ONE MONUMENT POINTE INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH BEACH MIAMI FL 33179 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 410786-15<br>EQUITY ONE, INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BROWN, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>C/O COX CASTLE & NICHOLSON LLP<br>ATTN RANDALL W BLACK, ESQ<br>2049 CENTURY PARK EAST, SUITE 2800<br>LOS ANGELES CA 90067 | CREDITOR ID: 278460-24<br>ERVIN R. BARD AND SUSANNE BARD<br>1100 ALTA LOMA ROAD<br>SUITE 1204<br>LOS ANGELES CA 90069 |
| CREDITOR ID: 315801-40<br>ESCROW SPECIALISTS<br>ATTN PAYMENTS PROCESSING DEPT<br>PO BOX 3287<br>OGDEN, UT 84409 | CREDITOR ID: 316015-41<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ<br>480 GRAND CONCOURSE SUITE 1 B<br>BRONX, NY 10451 | CREDITOR ID: 2223-07<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ.<br>480 GRAND CONCOURSE, SUITE 1 B<br>BRONX NY 10451 |
| CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 | CREDITOR ID: 315803-40<br>EUPORA SHOPPING CENTER<br>C/O MACON GRAVLEE<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 |

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1318-07
EVANGELINE LIFE INSURANCE CO.
PO BOX 13098
NEW IBERIA LA 70562-3098

CREDITOR ID: 1319-07
EXCEL REALTY PARTNERS LP
ACCT# 887476
4536 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 2227-07
EXCEL REALTY PARTNERS LP
1120 AVE. OF THE AMERICAS, 12TH FL.
NEW YORK NY 10036

CREDITOR ID: 315856-40
EYSTER, JOHN C & BARRAN, E LEE
PO BOX 1663
DECATUR, AL 35602-1663

CREDITOR ID: 1490-07
EYSTER, JOHN C. AND E. LEE BARRAN
PO BOX 1663
DECATUR AL 35602-1663

CREDITOR ID: 2228-07
F&M DEVELOPMENTS, LTD
2600 E SOUTH BLVD, SUITE 230
MONTGOMERY AL 36116

CREDITOR ID: 1321-07
FAIRFIELD PARTNERS LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411006-15
FAIRFIELD PARTNERS LP TA
FLINTRIDGE SHOPPING CTR, FAIRFIELD
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 1322-07
FAIRWAY FOOD STORES
PO BOX B
JACKSONVILLE, FL 32203-0297

CREDITOR ID: 315805-40
FARMVILLE PARTNERS LLC
2619 FLOYD AVENUE
SUITE 100
RICHMOND, VA 23220

CREDITOR ID: 278461-24
FIDELITY ASSET MANAGEMENT CO. LLC
STEPHANIE YOUNG, PROPERTY MANAGER
3240 OFFICE POINT PLACE
SUITE 202
LOUISVILLE KY 40220

CREDITOR ID: 315806-40
FIELDER PLAZA SHOPPING CENTER
PO BOX 660394
ACCT# 1910 919132
DALLAS, TX 75266-0394

CREDITOR ID: 315807-40
FIELDER-303 PARTNERS LTD
3838 OAKLAWN
SUITE 810
DALLAS, TX 75219

CREDITOR ID: 411186-15
FINANCIAL SUPERMARKETS, INC
C/O KILPATRICK STOCKTON LLP
ATTN J W MILLS & J STEVENS, ESQS
1100 PEACHTREE STREET, STE 2800
ATLANTA GA 303009-453

CREDITOR ID: 411186-15
FINANCIAL SUPERMARKETS, INC
ATTN HARRY STEPHE, TREAS
383 CLARKESVILLE STREET
PO BOX 1900
CORNELLA GA 30531

CREDITOR ID: 315848-40
FIORELLA III, JACK
3800 CORPORATE WOODS DRIVE
SUITE 100
BIRMINGHAM, AL 35242

CREDITOR ID: 1477-07
FIORELLA, JACK III
3800 CORPORATE WOODS DR., SUITE 100
BIRMINGHAM AL 35242

CREDITOR ID: 410697-15
FIRST AMERICAN TITLE INSURANCE CO
ATTN STEVEN A NELSON, VP/ESQ
5775 GLENRIDGE DRIVE, SUITE A-240
ALTANTA GA 30328

CREDITOR ID: 1323-RJ
FIRST NATIONAL BANK
101 E. BRIDGE STREET
PO BOX 400
GRANBURY, TX 76048

CREDITOR ID: 410528-15
FIRST NATIONAL BANK OF GRANBURY
C/O LAW OFFICE OF DEBORAH B MORTON
ATTN DEBORAH B MORTON, ESQ.
616 TEXAS STREET, SUITE 101
FORT WORTH TX 76102

CREDITOR ID: 410528-15
FIRST NATIONAL BANK OF GRANBURY
PO BOX 400
GRANBURY TX 76048

CREDITOR ID: 1324-07
FIRST REPUBLIC CORP OF AMERICA
302 5TH AVENUE
NEW YORK NY 10001-3604

CREDITOR ID: 2229-07
FIRST REPUBLIC CORP OF AMERICA
302 5TH AVENUE
NEW YORK, NY 10001-3604

CREDITOR ID: 1325-07
FIRST SECURITY BANK
ATTN MS MILDRED GRAY (LAND LESSOR)
9118 TINGLE CUT OFF ROAD
DORA AL 35062

CREDITOR ID: 1326-07
FIRST SECURITY BANK NATIONAL
ORLANDO 99-FL LLC
2800 W. MARCH LANE STE 360
STOCKTON CA 95219

CREDITOR ID: 316154-40
FIRST SECURITY BANK NATIONAL ASSOC
ATTN: CORP TRUST SERVICES
REF WINN DIXIE 1999 SPINOFF A
ACCT 0510922115
SALT LAKE CITY, UT 84111

CREDITOR ID: 315809-40
FIRST SECURITY BANK NATL ASSOC
ATTN: CORP TRUST SERVICES
ACCT# 0510922115
SALT LAKE CITY, UT 84111

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

CREDITOR ID: 1327-07
FIRST SECURITY BANK NATL ASSOC.
TALLAHASSEE 99-FL LLC
C/O JAMARCO REALTY LLC
KLEIN & SOLOMAN LLP
275 MADISON AVE 11TH FLR
NEW YORK NY 10016

CREDITOR ID: 400553-07
FIRST SECURITY BANK, NATIONAL ASSOC
ATTN VAL T. ORTON TRUSTEES
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 316156-40
FIRST UNION NATIONAL BANK
ABA 053-000-219
ACCT 5000000021453
CHARLOTTE, NC 28260-0253

CREDITOR ID: 316155-40
FIRST UNION NATIONAL BANK
ABA 053-000-219
ACCT 5000000021453
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1330-07
FIRST UNION NATIONAL BANK
LOCKBOX SPS
FUND 52-0000091
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1329-07
FIRST UNION NATIONAL BANK
ABA 053-000-219
ACCT 5000000021453
CHARLOTTE NC 28260

CREDITOR ID: 1328-07
FIRST UNION NATIONAL BANK
ABA 053-000-219
ACCT 5000000021453
CHARLOTTE NC 28201

CREDITOR ID: 316157-40
FIRST UNION NATIONAL BANK
ABA 053-000-219
ACCT 5000000021453
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1331-07
FIRST UNION NATIONAL BANK
C/O STRUCTURED PRODUCTS SERVICING
PO BOX 601654
CHARLOTTE, NC 28260-1654

CREDITOR ID: 1332-07
FIRST UNION WHOLESALE LOCK BOX
LOAN #80-5114053
PO BOX 60253
CHARLOTTE NC 28260-0253

CREDITOR ID: 1335-07
FIRST UNION WHOLESALE LOCKBOX
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 2230-07
FIRST WASHINGTON MANAGEMENT
4350 EAST-WEST HIGHWAY, SUITE 400
BETHESDA MD 20814

CREDITOR ID: 278462-24
FIRST WASHINGTON REALTY INC
7027 THREE CHOPT ROAD, SUITE 210
RICHMOND VA 23226

CREDITOR ID: 2231-07
FIRST WASHINGTON REALTY, INC
ATTN JEFFREY S DISTENFELD, ESQ
4350 EAST WEST HIGHWAY, SUITE 400
BETHESDA MD 20814

CREDITOR ID: 1336-RJ
FIRST WESTGATE MALL LP
PO BOX 671402
DALLAS, TX 75267-1402

CREDITOR ID: 2232-RJ
FIRST WESTGATE MALL, LP
C/O RADIANT PARTNERS LLC
1212 AVE. OF AMERICAS, 18TH FL.
NEW YORK NY 10036

CREDITOR ID: 278464-25
FIRST WESTGATE MALL, LP
PO BOX 671402
DALLAS TX 75267

CREDITOR ID: 278463-24
FIRST WESTGATE MALL, LP
C/O RADIANT PARTNERS LLC
1212 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1337-07
FLAG BANK
3475 PIEDMONT ROAD NE
SUITE 550
ATLANTA, GA 30305

CREDITOR ID: 2233-07
FLAGLER RETAIL ASSOC., LTD
DBA PARKH
C/O TERRANOVA CORP.
801 ARTHUR GODFREY ROAD, SUITE 600
MIAMI BEACH FL 33140

CREDITOR ID: 1338-07
FLAGLER RETAIL ASSOCIATES LTD
D/B/A PARKHILL PLAZA
ACCT# 2000013823272
PO BOX 862792
ORLANDO, FL 32886-2792

CREDITOR ID: 403203-99
FLAGLER RETAIL ASSOCIATES LTD
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1339-07
FLAMINGO EAST LTD
C/O SAGIO DEVELOPMENT CORP.
PO BOX 568368
ORLANDO, FL 32856-8368

CREDITOR ID: 1340-07
FLINT CROSSING LLC
C/O CHASE COMMERCIAL RL EST SV
PO BOX 18153
HUNTSVILLE, AL 35804

CREDITOR ID: 410858-15
FLINT CROSSING, LLC
C/O JOHNSTON MOORE MAPLES ET AL
ATTN STUART M MAPLES, ESQ.
400 MERIDIAN STREET, SUITE 301
HUNTSVILLE AL 35803

CREDITOR ID: 410446-15
FLINT CROSSING, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN C ELLIS BRAZEAL, III, ESQ
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 315812-40
FLORENCE MARKETPLACE INVESTORS
C/O SEABOARD ASSET MGMT CO
720 SOUTH COIT STREET
FLORENCE, SC 29501

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 2234-07
FLORIDA DICKENS ASSOCIATES
C/O PALISADES CAPITAL LTD, INC,
16680 CUMBRE VERDE COURT
PACIFIC PALISADES CA 90272

CREDITOR ID: 1341-07
FLORIDA DICKENS ASSOCIATES LTD
PO BOX 863030
ORLANDO, FL 32886-3030

CREDITOR ID: 1342-07
FMV ASSOCIATES
C/O FRANK OEHLBAUM
300 N. SWALL DRIVE, NO 453
BEVERLY HILLS, CA 90211

CREDITOR ID: 249895-12
FMV ASSOCIATES
ATTN FRANK OEHLBAUM
300 N SWALL DRIVE, NO 453
BEVERLY HILLS, CA 90211

CREDITOR ID: 249895-12
FMV ASSOCIATES
C/O BERKOVITZ & SCHILIT
ATTN MENACHEM SCHILIT, ESQ
16830 VENTURA BLVD, SUITE 500
ENCINO CA 91436

CREDITOR ID: 405884-99
FOLEY PARTNERS LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 405884-99
FOLEY PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III & AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 1344-07
FOLMAR & ASSOCIATES
C/O PARK FOREST
PO BOX 16765
MOBILE, AL 36616

CREDITOR ID: 1343-07
FOLMAR & ASSOCIATES
ATTN W CURTIS WILSON, JR
PO BOX 16765
MOBILE AL 36616

CREDITOR ID: 315813-40
FOLMAR & ASSOCIATES
PO BOX 12
MONTGOMERY, AL 36101

CREDITOR ID: 278465-25
FOLMAR & ASSOCIATES
ATTN: ELAINE BARNES
PO BOX 16765
MOBILE, AL 36616

CREDITOR ID: 397198-67
FOOD LION, LLC
ATTN A O GOODRICH, ESQ/LEGAL DEPT
2110 EXECUTIVE DRIVE
SALISBURY, NC 28145-1330

CREDITOR ID: 269255-16
FOOD LION, LLC
AKIN GUMP, ET AL
ATTN PATRICK J IVIE, ESQ
2029 CENTURY PARK EAST, STE 2400
LOS ANGELES CA 90067-3012

CREDITOR ID: 269255-16
FOOD LION, LLC
ATTN REAL ESTATE DEPARTMENT
2110 EXECUTIVE BLVD
SALISBURY, NC 28145-1330

CREDITOR ID: 2235-07
FOOTHILLS PARTNERSHIP
PO BOX 3305
GREENVILLE SC 29602

CREDITOR ID: 1345-07
FOOTHILLS PARTNERSHIP
C/O W. R. MARTIN COMPANY
PO BOX 3305
GREENVILLE, SC 29602-3305

CREDITOR ID: 410555-15
FORD'S CROSSING
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY AL 36104-1149

CREDITOR ID: 315814-40
FOREST HILL-WD LTD
2880 LBJ FREEWAY
SUITE 500
DALLAS, TX 75234

CREDITOR ID: 2236-07
FOUNTAIN COLUMBUS ASSOC, LLC
C/O HARBOR GROUP MANAGEMENT CO.
PO BOX 2680
NORFOLK VA 23501

CREDITOR ID: 1346-07
FOUNTAIN COLUMBUS ASSOCS LLC
C/O HARBOR GROUP MGMT
121 EXECUTIVE CENTER DRIVE, STE 129
COLUMBIA, SC 29210

CREDITOR ID: 1346-07
FOUNTAIN COLUMBUS ASSOCS LLC
C/O KAUFMAN & CANOLES
ATTN PAUL K. CAMPSEN, ESQ.
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 2237-07
FOUR FLORIDA SHOPPING CENTER LTD
C/O KATHIE MCCALL
7661 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 1348-07
FOUR FLORIDA SHOPPING CENTERS
C/O REPUBLIC BANK/CASH MGMT
PO BOX 33006
ST PETERSBURG, FL 33733-8006

CREDITOR ID: 1347-07
FOUR FLORIDA SHOPPING CENTERS
C/O CHRISTINE TAYLOR
7753 LAKE WORTH RD
LAKE WORTH FL 33467

CREDITOR ID: 2238-07
FOUR FLORIDA SHOPPING CENTERS
C/O CATHY MCCALL
7667-B LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 410525-15
FOUR FLORIDA SHOPPING CENTERS LP
C/O THE BROWN COMPANY
ATTN ALFRED BROWN
7753 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 278466-24
FRANKFORD DALLAS LLC
2761 E. TRINITY MILLS ROAD, APT 114
CARROLTON TX 75006

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 1320-07
FRO LLC VII
C/O JAMES M. HASTINGS, CPA
305 PIPING ROCK DRIVE
SILVER SPRINGS, MD 20905

CREDITOR ID: 1353-07
FRO LLC VIII
C/O JAMES HASTINGS
305 PIPING ROCK DRIVE
SILVER SPRING, MD 20905

CREDITOR ID: 406173-15
FT-WD PROPERTY LLC
C/O POST HEYMANN & KOFFLER, LLP
ATTN WILLIAM W POST, ESQ
TWO JERICO PLAZA, WING A, STE 111
JERICO NY 11753

CREDITOR ID: 406173-15
FT-WD PROPERTY LLC
ATTN CAROLYN TIFFANY
7 BULFINCH PLACE SUITE 500
BOSTON MA 02114

CREDITOR ID: 397241-68
FU/WD ATLANTA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397242-68
FU/WD OPA LOCKA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 278467-24
FURR'S INC
1708 AVENUE G
LUBBOCK TX 79408

CREDITOR ID: 250169-12
FURY'S FERRY SHOPPES
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ.
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 1354-07
FURY'S FERRY SHOPPES
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA, GA 30917

CREDITOR ID: 410494-15
FW NC-SHOPPES OF KILDAIRE, LLC
C/O HELD & ISRAEL
ATTN A FRISCHE/ W HELD JR, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1355-07
FWI 16 LLC
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVENUE, SUITE 305
CLEARWATER, FL 33756

CREDITOR ID: 1356-07
FWI 20 LLC
C/O BRUCE STRUMPF INC
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVENUE
CLEARWATER, FL 33756

CREDITOR ID: 1357-07
FWI 23 LLC
C/O BRUCE STRUMPF INC
ATTN THOMAS J CANNON, PPRESIDENT
314 S MISSOURI AVENUE
CLEARWATER, FL 33756

CREDITOR ID: 1358-07
FWI 5 LLC
C/O BRUCE STRUMPF INC
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVENUE, SUITE 305
CLEARWATER, FL 33756

CREDITOR ID: 2248-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA, FL 33614

CREDITOR ID: 1360-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA FL 33614

CREDITOR ID: 1361-07
GALILEO CMB T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 2250-07
GALILEO CMBS T1 HL LLC
C/O CBL & MGMT, INC., SUITE 500 C
2030 HAMILTON PLACE BOULEVARD
CHATTANOOGA TN 37421

CREDITOR ID: 381956-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA TN 37421-6000

CREDITOR ID: 278630-24
GALILEO CMBS T1 HL TX LP
MERRILL LYNCH MORTGAGE LENDING INC.
FOUR WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 278468-25
GALILEO CMBS T1 HL TX LP
PO BOX 74845
CLEVELAND OH 44194-4845

CREDITOR ID: 1362-07
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC.
1 FINANCIAL PLAZA, SUITE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 1363-07
GARDENS PARK PLAZA  219
505 S. FLAGLER DRIVE, SUITE 1010
WEST PALM BEACH FL 33401-5923

CREDITOR ID: 2251-07
GARDENS PARK PLAZA, LTD
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST, ESQ
222 LAKEVIEW AVENUE, SUITE 1330
WEST PALM BEACH, FL 33401

CREDITOR ID: 2252-07
GARY SOLOMON & COMPANY
C/O W DIXIE,LLC
3139 NORTH LINCOLN AVENUE
CHICAGO IL 60657

CREDITOR ID: 1364-07
GATES OF ST JOHNS LLC
C/O HAKIMIAN HOLDINGS INC
PO BOX 54332
JACKSONVILLE, FL 32245

CREDITOR ID: 2253-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 1365-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 410719-15
GATOR CARRIAGE PARTNERS, LTD
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 410722-15
GATOR COASTAL SHOPPING CENTRE, LLC
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 1366-07
GATOR JACARANDA LTD
ATTN: WILLIAM GOLDSMITH
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 410721-15
GATOR JACARANDA, LTD
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 1367-07
GATOR LINTON PARTNERS LTD
C/O GATOR INVESTMENTS
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 410720-15
GATOR LINTON PARTNERS, LTD
C/O FROST BROWN TODD LLC
C/O KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
PO BOX 1929
EASLEY SC 29690

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 410975-15
GE COMMERCIAL FIN BUS PROP CORP
C/O MORRITT HOCK HAMROFF & HOROWITZ
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 381792-99
GE COMMERCIAL FIN BUS PROP CORP FKA
GE CAPITAL BUS ASSET FUNDING CORP
C/O MORITT HOCK HAMROFF ET AL
ATTN MARC HAMROFF/LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 1368-07
GEHR DEVELOPMENT FLORIDA LLC
C/O SUNTRUST BANK
PO BOX 918983
ORLANDO, FL 32891-8983

CREDITOR ID: 403199-99
GEHR FLORIDA DEVELOPMENT LLC
C/O HELD & ISRAEL
ATTN E W HELD JR/A FRISCH, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315818-40
GEM BIG BETHEL LLC
C/O ELLIS-GIBSON DEVELP GROUP
1081 19TH STREET, SUITE 203
VIRGINIA  BEACH, VA 23451-5600

CREDITOR ID: 278469-24
GEM NICKERSON LLC
C/O ELLIS GIBSON DEVELOPMENT GROUP
207 BUSINESS PARK DRIVE
SUITE 101
VIRGINIA BEACH VA 23462

CREDITOR ID: 278632-25
GEM NICKERSON, LLC
PRINCIPAL MUTUAL LIFE INSURANCE CO
PO BOX 10387
DES MOINES IA 50306-0387

CREDITOR ID: 2254-RJ
GEM NICKERSON, LLC
C/O ELLIS-GIBSON DEVELOPMENT G
1081 19TH STREET, SUITE 203
VIRGINIA BEACH VA 23451-5600

CREDITOR ID: 278470-24
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVELOPMENT GROUP
ATTN JOHN L GIBSON III
1081 19TH STREET, SUITE 203
VIRGINIA BEACH, VA 23451-5600

CREDITOR ID: 2696-RJ
GEM WARWICK LLC
207 BUSINESS PARK DRIVE #101
VIRGINA BEACH VA 23462

CREDITOR ID: 1369-RJ
GEM WARWICK LLC
C/O ELLIS-GIBSON DEVEL GROUP
1081 19TH STREET, SUITE 203
VIRGINIA  BEACH, VA 23451-5600

CREDITOR ID: 1370-RJ
GENERAL ELECTRIC BUS ASSETS FUNDING
C/O MORRITT HOCK HAMROFF & HOROWITZ
ATTN: MARC L. HAMROFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 1370-RJ
GENERAL ELECTRIC BUS ASSETS FUNDING
ATTN: KATHERINE MACKINNON
10900 NE 4TH STREET
BELLEVUE, WA 98004

CREDITOR ID: 1371-07
GENERAL ELECTRIC CAPITAL BUSINESS
LOAN# 95-00068 ACCT # 37566
PO BOX 402363
ATLANTA, GA 30384-2363

CREDITOR ID: 278471-25
GENERAL MANAGEMENT SERVICES
204 SO TEMPLE AVENUE
FAYETTE AL 35555

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
NICHOLLS & CRAMPTON, PA
ATTN K SINK/G CRAMPTON, ESQS
PO BOX 18237
RALEIGH NC 27619

CREDITOR ID: 1372-07
GENOA ASSOCIATES LLC
PO BOX 919
GOLDSBORO NC 27533

CREDITOR ID: 2255-07
GENOA ASSOCIATES LLC
PO BOX 919
GOLDSBORO, NC 27533

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1373-07
GENTILLY SQUARE
C/O HULL/STOREY DEVELOPMENT
PO BOX 204227
AUGUSTA GA 30917-4227

CREDITOR ID: 250415-12
GENTILLY SQUARE
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 1377-07
GEORGE CHEN FORMOSA DEVELOPERS
7836 W. ORLP BRONSON HIGHWAY
KISSIMMEE, FL 34747

CREDITOR ID: 250204-12
GHI OF WEST PALM BEACH LLC
ATTN FLORIAN GHITAS, PRESIDENT
3140 SW 118TH TERRACE
DAVIE, FL 33325

CREDITOR ID: 1359-07
GHI OF WEST PALM BEACH LLC
3140 SW 118TH TERRACE
DAVIE FL 33325

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 278633-25
GLENWAY ASSOCIATES
STAR BANK NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
PO BOX 1038
ML 9105
CINCINNATI OH 45201

CREDITOR ID: 278472-25
GLENWAY ASSOCIATES
C/O DDRD DOWN REIT LLC
PO BOX 643474
DEPT. 295
PITTSBURGH PA 15264-3474

CREDITOR ID: 315825-40
GLENWOOD MIDWAY CO LLC
16740 BIRKDALE COMMONS PARKWAY
SUITE 306
HUNTERSVILLE, NC 28078

CREDITOR ID: 1381-07
GLENWOOD MIDWAY CO. LLC
SUITE 306
16740 BIRKDALE COMMONS PARKWAY
HUNTERSVILLE NC 28078

CREDITOR ID: 2261-07
GLIMCHER DEVELOPMENT CORP.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 2262-07
GLIMCHER PROPERTIES L.P
20 SOUTH THIRD STREET
COLUMBUS OH 43215

CREDITOR ID: 1382-07
GLIMCHER PROPERTIES LIMITED
C/O FIRSTSTAR BANK
PO BOX 641973
CINCINNATI, OH 45264-1973

CREDITOR ID: 2263-07
GLIMCHER PROPERTIES LIMITED PTNRSH
NEWBERRY SQUARE SHOPPING CENTER
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 278634-24
GLIMCHER PROPERTIES LP
MERRILL LYNCH CAPITAL
222 N. LASALLE STREET
16TH FLOOR
CHICAGO IL 60601

CREDITOR ID: 410985-15
GLIMCHER PROPERTIES LP
ATTN PATRICIA A POWERS, ESQ.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 1383-07
GLYNN ENTERPRISES LLC
C/O ZIFF PROPERTIES INC.
PO BOX 751554
CHARLOTTE, NC 28275-1554

CREDITOR ID: 278474-24
GMAC COMMERCIAL MORTGAGE
200 WITMER ROAD
HORSHAM PA 19044-8015

CREDITOR ID: 410917-15
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 410917-15
GMAC COMMERCIAL MORTGAGE CORP
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ATTN JOHN WOLFE, ESQ
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ALLEN MATKINS LECK GAMBLE ET AL
ATTN R MERTZ/W HUCKINS, ESQS
THREE EMBARCADERO CENTER, 12TH FLR
SAN FRANCISCO CA 94111-4074

CREDITOR ID: 408386-15
GNX (GLOBAL NETXCHANGE)
ATTN JOE LAUGHLIN
200 WEST MONROE ST, 12TH FLR
CHICAGO IL 60606

CREDITOR ID: 315849-40
GODFREY, JACK M & PETER
PO DRAWER G
MADILL OK 73446

CREDITOR ID: 278475-24
GOLDBERG KOHN
ADAM M. LASER, ESQ
55 E. MONROE STREET
SUITE 3700
CHICAGO IL 60603

CREDITOR ID: 407673-93
GOLDSBORO ASSOCIATES
AFI MANAGEMENT
NEW IBERIA ASSOCIATES
ATTN ANTHONY J LASALA, GEN PARTNER
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 315826-40
GOODINGS SUPERMARKETS INC
PO BOX 691329
ORLANDO, FL 32869-1329

SERVICE LIST
**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1384-07<br>GOODINGS SUPERMARKETS INC.<br>PO BOX 691329<br>ORLANDO FL 32869-1329 | CREDITOR ID: 2264-07<br>GOODINGS SUPERMARKETS INC.<br>PO BOX 2809<br>ORLANDO FL 32802 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802 |
| CREDITOR ID: 315828-40<br>GOSHEN STATION LTD<br>C/O PHILLIPS EDISON & CO<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 |
| CREDITOR ID: 1387-07<br>GRAHAM AND COMPANY<br>2200 WOODCREST PLACE, SUITE 210<br>BIRMINGHAM AL 35209 | CREDITOR ID: 2266-07<br>GRAHAM AND COMPANY<br>2200 WOODCREST PLACE<br>SUITE 210<br>BIRMINGHAM, AL 35209 | CREDITOR ID: 2267-07<br>GRANADA VILLAGE, LTD<br>ATTN: CRAIG PHELAN<br>PO BOX 698<br>KETCHUM ID 83340 |
| CREDITOR ID: 2268-07<br>GRAVLEE DEVELOPMENT<br>204 SOUTH TEMPLE AVE.<br>FAYETTE AL 35555-2714 | CREDITOR ID: 1566-RJ<br>GRAVLEE, MACON W JR<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 1388-07<br>GRAY - WHITE LLC<br>C/O THE LAFAYETTE LIFE INS. CO.<br>ATTN: MORTGAGE LOAN #8091<br>PO BOX 7007<br>LAFAYETTE, IN 47903 |
| CREDITOR ID: 1621-07<br>GRAY, MRS MILDRED V<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE, AL 35005 | CREDITOR ID: 395546-15<br>GRAYSON, ILENE DBA<br>APARTMENT ARRANGEMENTS<br>2507-A STOCKBRIDGE DRIVE<br>CHARLOTTE NC 28210 | CREDITOR ID: 1389-07<br>GRE CORALWOOD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 |
| CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 | CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2269-07<br>GREAT HALL REALTY, LLC<br>1125 S. 103RD ST., SUITE 450<br>OMAHA NE 68124-6019 |
| CREDITOR ID: 1391-07<br>GREAT OAK LLC<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD W<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 410976-15<br>GREAT OAK, LLC<br>C/O GE CAPITAL REALTY GROUP, INC, AGENT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 1392-07<br>GREAT SOUTH MGMT LLC<br>MSC# 410577<br>PO BOX 4105000<br>NASHVILLE TN 37241-5000 |
| CREDITOR ID: 278635-24<br>GREAT WESTERN SAVINGS<br>2300 GLADES ROAD, #A120<br>BOCA RATON FL 33432 | CREDITOR ID: 2270-07<br>GREENGOLD CO LLC<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | CREDITOR ID: 1393-07<br>GREENVILLE ASSOCIATES<br>C/O STEPHEN C LEVERTON<br>PO BOX 1263<br>BEAUFORT, SC 29901-1263 |
| CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 | CREDITOR ID: 278477-25<br>GREENVILLE COMPRESS COMPANY<br>ATTN: KENNETH BRANTLEY<br>SECRETARY-TREASURER<br>PO BOX 218<br>GREENVILLE MS 38702 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 2271-07
GREENVILLE GROCERY LLC
C/O J.P. METZ CO., INC.
ATTN. DANIEL M
1990 M STREET, N.W.
SUITE 650
WASHINGTON, DC 20036

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O WOMBLE CARLYLE SANDRIDGE & RICE
ATTN JEFFREY L TARKENTON, ESQ
1401 EYE STREET NW
WASHINGTON DC 20005

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O JP METZ CO, INC
ATTN DANIEL MELROD, MGG MEMBER
1990 M STREET NW, SUITE 650
WASHINGTON DC 20036

CREDITOR ID: 406025-15
GREENWOOD COMMONS ASSOCIATES
C/O SMITH DEBNAM NARRON ET AL
ATTN BYRON L SAINTSING, ESQ
PO BOX 26268
RALEIGH NC 27611-6268

CREDITOR ID: 1396-07
GREENWOOD COMMONS ASSOCIATION
C/O COMMERCIAL PROPERTIES INC
1648-F N MARKET DRIVE
RALEIGH, NC 27609

CREDITOR ID: 410368-15
GREENWOOD PLAZA, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 1397-07
GREER PLAZA INC.
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI FL 33161

CREDITOR ID: 315830-40
GREER PLAZA, INC
ATTN STANLEY TATE, PRESIDENT
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI, FL 33161

CREDITOR ID: 2618-07
GROSS-DICKINSON DALTON GA LLC
C/O THE GROSSMAN COMPANIES, INC.
ATTN LOUIS J GROSSMAN, MANAGER
1266 FURNACE BROOK PARKWAY
QUINCY MA 02269-0110

CREDITOR ID: 278478-24
GRUBB & ELLIS MANAGEMENT SVCS INC
CAL BUIKEMA, PROPERTY MANAGER
3030 N. ROCKY POINT DRIVE
SUITE 560
TAMPA FL 33607

CREDITOR ID: 2272-07
GRUBB & ELLIS MGT SERVICES, INC.
3030 N. ROCKY POINT DRIVE, STE. 560
TAMPA FL 33607

CREDITOR ID: 1398-07
GS II BROOK HIGHLAND LLC
DEPT 554000554001
PO BOX 73153
CLEVELAND, OH 44193

CREDITOR ID: 410905-15
GS II BROOK HIGHLAND, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1399-07
GS II JACKSONVILLE REGIONAL
PO BOX 73153
CLEVELAND, OH 44193

CREDITOR ID: 410900-15
GS II JACKSONVILLE REGIONAL, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD  OH 44122

CREDITOR ID: 1352-07
GUILFORD, FRANK W JR, TRUSTEE
TRUST UNDER VICTORIA FASCELL WILL
400 UNIVERSITY DRIVE STE 200
CORAL GABLES, FL 33134

CREDITOR ID: 2243-07
GUILFORD, FRANK W. JR.
PENTHOUSE SUITE
2222 PONCE DE LEON BLVD.
CORAL GABLES FL 33134

CREDITOR ID: 315831-40
GUIN SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 278480-25
GUIN SQUARE LLC
C/O LEDRUE GRAVLEE
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 278479-24
GUIN SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
SUITE 860
DALLAS TX 75206

CREDITOR ID: 278636-25
GUIN SQUARE, LLC,
WEBSTER'S MARKET INC.
ATTN: JOE WEBSTER
BOX 508
GUIN AL 35563

CREDITOR ID: 2274-07
GULF VIEW PARTNERSHIP
777 ARTHUR GODFREY ROAD
MIAMI BEACH FL 33140

CREDITOR ID: 1401-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO FL 33774

CREDITOR ID: 2275-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO, FL 33774

CREDITOR ID: 410506-15
GULFPORT/ORANGE GROVE ASSOCS, LTD
C/O ECMC
ATTN JOHN C T EDWARDS, AGENT
6055 PRIMACY PARKWAY, SUITE 402
MEMPHIS TN 38119

CREDITOR ID: 2276-07
GUMBERG ASSET MGMT CORP.
REF: PROMENADE SHOPS
3200 N. FEDERAL HIGHWAY
FORT LAUDERDALE FL 33306-1064

CREDITOR ID: 315832-40
GWINNETT PRADO LP
NORTH BRIDGES SHOPPING CENTER
PO BOX 957209
DULUTH, GA 30136-7209

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1404-07
H R ORLANDO LLC
PO BOX 2771
PALM BEACH FL 33480

CREDITOR ID: 2279-07
H. GEORGE CARRISON TRUST A&C1 V/W
C/O J.C. BOCKEL & N.C. CARRISO
10563 JAMES WREN WAY
FAIRFAX VA 22030

CREDITOR ID: 2281-07
H. GEORGE CARRISON TRUST B V/W
C/O J.C. BOCKEL & N.C. CARRISO
2997 MARGARET MITCHELL COURT. NW.
ATLANTA GA 30327

CREDITOR ID: 2280-07
H. GEORGE CARRISON TRUST B V/W
C/O J.C. BOCKEL & BB&T(J.HUDGI
2997 MARGARET MITCHELL COURT. NW.
ATLANTA GA 30327

CREDITOR ID: 2282-07
H.P.M. LTD PARTERSHIP
ATTN: JACK O'ROURKE
3618 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

CREDITOR ID: 1406-07
HADDCO PROPERTIES LTD PARTNERS
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE, FL 32216

CREDITOR ID: 2283-07
HADDCO PROPERTIES LTD PARTNERSHIP
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE FL 32216

CREDITOR ID: 1407-07
HALL PROPERTIES
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 1408-07
HALL PROPERTIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2285-07
HALL PROPERTIES, INC.
4928 ARAPALDOE AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 2013-07
HALL, WILLIAM H
2720 PARK STREET, APT 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2013-07
HALL, WILLIAM H
C/O ROBERT A HECKIN, ESQ
1 SLGIMAN PARKWAY, STE 280
JACKSONVILLE FL 32216

CREDITOR ID: 2684-07
HALL, WILLIAM H
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 315835-40
HALPERN ENTERPRISES INC
ATTN A/R MANAGER
5269 BUFORD HIGHWAY
ATLANTA, GA 30340

CREDITOR ID: 1410-07
HALPERN ENTERPRISES INC.
ATTN: A/R MANAGER
5269 BUFORD HIGHWAY
ATLANTA GA 30340

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 1411-07
HAMILTON SQUARE LLC
C/O GRAVLEE COMMERCIAL
8080 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

CREDITOR ID: 405981-99
HAMMERDALE INC NV
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2288-07
HAMMOND TARLETON PROPERTIES
PO BOX 6102
GREENVILLE SC 29606-6102

CREDITOR ID: 1413-07
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 315838-40
HARRY B LUCAS MGMNT CORP
2828 TRINITY MILLS STE 10
CARROLLTON, TX 75006

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 2292-RJ
HARVEY LINDSAY COMMERCIAL
REAL ESTATE
999 WATERSIDE DRIVE, SUITE 1400
NORFOLK, VA 23510

CREDITOR ID: 1415-RJ
HARVEY LINDSAY COMMERCIAL REAL
999 WATERSIDE DRIVE, SUITE 1400
NORFOLK VA 23510

CREDITOR ID: 1416-07
HASCO PROPERTIES
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 251330-12
HASCO-THIBODEAUX LLC
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2294-07<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI, FL 33135-0940 | CREDITOR ID: 1417-07<br>HAYDAY INC.<br>PO BOX 350940<br>MIAMI FL 33135-0940 | CREDITOR ID: 278481-24<br>HAYES & MARTOHUE, PA<br>DEBORAH L. MARTOHUE, ESQ.<br>5959 CENTRAL AVENUE<br>SUITE 104<br>ST. PETERSBURG FL 33710 |
| CREDITOR ID: 2296-07<br>HAZEL PARK ASSOCIATES<br>C/O I REISS & SON<br>ATTN ROBERTA MILLER<br>200 EAST 61 STREET, STE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 2297-07<br>HEALTH FACILITIES CREDIT CORP<br>5750 RUFE SNOW DR #130<br>RICHLAND HILLS TX 76180 | CREDITOR ID: 1543-07<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 |
| CREDITOR ID: 1419-07<br>HEATHROW SQUARE LLC<br>ATTN: LEIGH RUSHING<br>12121 WILSHIRE BLVD #512<br>LOS ANGELES, CA 90025 | CREDITOR ID: 2298-07<br>HECHT PROPERTIES LTD<br>C/O SIDNEY LEFCOURT<br>2100 PONCE DE LEON BLVD., SUITE 8<br>CORAL GABLES FL 33134-5200 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DRIVE, STE 180<br>BIRMINGHAM AL 35216 |
| CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 2299-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK, FL 32790 | CREDITOR ID: 1421-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK FL 32790 |
| CREDITOR ID: 315852-40<br>HENDERSON, JAMES S<br>PO BOX 9909<br>GREENWOOD, MS 38930-1757 | CREDITOR ID: 315857-40<br>HENLEY, JOHN T ET AL<br>C/O HAMPTON DEVELOPMENT CO<br>ATTN: MR. GOODE<br>PO BOX 25967<br>GREENVILLE, SC 29616 | CREDITOR ID: 1491-07<br>HENLEY, JOHN T. ET AL<br>C/O HAMPTON DEVELOPMENT CO.<br>ATTN: MR. GOODE<br>GREENVILLE SC 29616 |
| CREDITOR ID: 2338-07<br>HENLEY, JOHN T. ET AL<br>3736 SOUTH MAIN STREET<br>HOPE MILLS NC 28348 | CREDITOR ID: 278482-24<br>HERBERT SINGER<br>C/O BEN FITZGERALD REAL<br>ESTATE SERVICES LLC<br>1300 PINECREST DRIVE EAST<br>MARSHALL TX 75670 | CREDITOR ID: 1423-07<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA, GA 31602 |
| CREDITOR ID: 2300-07<br>HERITAGE CROSSING ASSOCIATES<br>PO BOX 18706<br>RALEIGH, NC 27619-8706 | CREDITOR ID: 1424-07<br>HERITAGE CROSSING ASSOCIATES<br>PO BOX 18706<br>RALEIGH, NC 27619-8706 | CREDITOR ID: 1425-07<br>HERITAGE PROP INVESTMENT LTD P<br>GROUP #37 - #03721781<br>PO BOX 3165<br>BOSTON, MA 02241-3165 |
| CREDITOR ID: 2301-07<br>HERITAGE PROP. INVEST. LIMITED PAR<br>C/O HERITAGE REALTY MANAGEMENT<br>131 DARTMOUTH STREET<br>BOSTON MA 02116-5134 | CREDITOR ID: 411182-15<br>HERITAGE PROPERTY INVESTMENT LP<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 1426-07<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN, MA 01815 |
| CREDITOR ID: 411181-15<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 2302-RJ<br>HERITAGE SQUARE ASSOC<br>3 PALL MALL PLACE<br>GREENSBORO, NC 27455 | CREDITOR ID: 1427-RJ<br>HERITAGE SQUARE ASSOC<br>3 PALL MALL PLACE<br>GREENSBORO NC 27455 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 278637-24
HERITAGE SQUARE ASSOCIATES
NCNB-NATIONAL BANK OF NC
ATTN: LOAN ADMINISTRATION
1630 CONNECTICUT AVENUE NW
WASHINGTON DC 20009

CREDITOR ID: 1428-07
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE, AL 36670

CREDITOR ID: 1429-07
HIALEAH FEE COMMONS LTD
1800 SUNSET HARBOUR DRIVE, STE. 2
MIAMI BEACH, FL 33139

CREDITOR ID: 1430-07
HIALEAH PROMENADE LIMITED PART
C/O STERLING CENTRE CORP MGT SERV
1 N. CLEMATIS STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 408226-15
HIDDEN HILLS, LP
C/O JAY M SAWILOWSKY, PC
ATTN JAY M SAWILOWSKY, ESQ
699 BROAD STREET, SUITE 1212
AUGUSTA GA 30901-1453

CREDITOR ID: 408226-15
HIDDEN HILLS, LP
C/O BLANCHARD & CALHOUN COMMERCIAL
ATTN VICTOR J MILLS, MGG PARTNER
BLDG 100, SUITE 370
2745 PERIMETER PKWY
AUGUSTA GA 30909

CREDITOR ID: 1431-07
HIGHLAND ASSOCIATES LP
ATTN:  T. J. O'NEIL
1900 THE EXCHANGE, SUITE 180
ATLANTA, GA 30339

CREDITOR ID: 1432-07
HIGHLAND COMMONS BOONE LLC
PO BOX 601084
CHARLOTTE, NC 28260-1084

CREDITOR ID: 2303-07
HIGHLAND COMMONS BOONE LLC
ASTON PROPERTIES INC.
6525 MORRISON BLVD., SUITE 300
CHARLOTTE NC 28211

CREDITOR ID: 1433-07
HIGHLAND LAKES ASSOCIATES
PO BOX 643342
PITTSBURGH, PA 15264-3342

CREDITOR ID: 407595-15
HIGHLAND LAKES CENTER
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN ROBERT M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 1434-07
HIGHLAND SQ SHOP CENTER
C/O THE SEMBLER COMPANY
PO BOX 409824
ATLANTA, GA 30384-9824

CREDITOR ID: 278484-25
HIGHLAND SQUARE
C/O GRUBB & ELLIS MANAGEMENT
PO BOX 550928
TAMPA FL 33655-0928

CREDITOR ID: 1435-07
HILDEBRAN ASSOCIATES
C/O RICHARD G HOEFLING, ESQ
7421 CARMEL EXECUTIVE PARK, STE 214
CHARLOTTE, NC 28226

CREDITOR ID: 397243-68
HILL LANES INC.
ATTN: ROBERT BIER
525 ROUTE 9 NORTH
HOPELAWN, NJ 08861

CREDITOR ID: 410522-15
HILLCREST GDS, LLC
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 1436-07
HILLCREST SHOPPING CENTER
C/O CURSOR PROPERTIES RENT ACC
PO BOX 26785
NEW YORK, NY 10087-6785

CREDITOR ID: 2304-07
HILLCREST SHOPPING CENTRE INC.
130 BLOOR STREET W., SUITE 1200
TORONTO ON M5S1N5
CANADA

CREDITOR ID: 1437-07
HILLSBORO-LYONS INVESTORS LTD
C/O MENIN DEVELOPMENT CO. INC.
3501 PGA BLVD.
PALM BEACH, FL 33410

CREDITOR ID: 1438-07
HILYARD MANOR ASSOCIATES LLP
C/O AARON J. EDELSTEIN
36 ISLAND AVENUE
SUITE #56
MIAMI BEACH, FL 33139

CREDITOR ID: 278485-24
HIRAM 99-GA LLC
C/O PRINCIPAL NET LEASE INVESTS LLC
711 HIGH STREET
DES MOINES IA 50392-0301

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
1700 PACIFIC AVE STE 4100
DALLAS TX 75201

CREDITOR ID: 278488-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278487-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 278486-24
HMG COINVESTMENT LLC
THOMAS G HOTZ, MANAGING PARTNER
1125 S. 103RD STREET
SUITE 450
OMAHA NE 68124

CREDITOR ID: 1439-07
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 410745-15
HOBE SOUND SC COMPANY LTD
C/O RICE PUGATCH ROBINSON ET AL
ATTN CRAIG A PUGATCH, ESQ
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

SERVICE LIST
**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 278638-24<br>HOB-LOB LIMITED PARTNERSHIP<br>7707 SW 44TH STREET<br>OKLAHOMA CITY OK 73179 | CREDITOR ID: 1440-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON GA 30126-0663 |
| CREDITOR ID: 2305-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON, GA 30126-0663 | CREDITOR ID: 1441-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI FL 33134 | CREDITOR ID: 2306-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 |
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 2307-07<br>HOMEWOOD ASSOCIATES INC.<br>2595 ATLANTA HIGHWAY<br>ATHENS GA 30606-1232 |
| CREDITOR ID: 251800-12<br>HOMOSASSA ASSOCIATES<br>ATTN FRANK J GULISANO<br>6700 NW BROKEN SOUND PKY, SUITE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 1443-07<br>HOMOSASSA ASSOCIATION<br>6700 NW BROKEN SOUND PKWY, STE. 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 278489-24<br>HORNE PROPERTIES INC.<br>11863 KINGSTON PIKE<br>KNOXVILLE TN 37922 |
| CREDITOR ID: 2308-07<br>HORTON PROPERTIES LLC<br>19 W. HARGETT STREET #512<br>RALEIGH NC 27601 | CREDITOR ID: 1444-07<br>HOUSTON CENTRE LLC<br>PO BOX 1382<br>DOTHAN, AL 36302 | CREDITOR ID: 2309-07<br>HOUSTON CENTRE, LLC<br>C/O SCOTT MARCUM<br>PO BOX 1382<br>DOTHAN AL 36302 |
| CREDITOR ID: 1445-07<br>HOWELL MILL VILLAGE SHOPPING CENTER<br>C/O MCW - RC GA HOWELL MILL VILLAGE<br>PO BOX 534247<br>ATLANTA, GA 30353-4247 | CREDITOR ID: 1446-07<br>HPC WADE GREEN LLC<br>3838 OAK LAWN<br>SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 2278-07<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 315841-40<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE, FL 33617-3004 | CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>C/O MORSE & GOMEZ, PA<br>ATTN ALBERTO F GOMEZ JR, ESQ<br>119 S DAKOTA AVENUE<br>TAMPA FL 33606 |
| CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>C/O HUNT & ROSS, PA<br>ATTN TOM T ROSS, JR, ESQ.<br>PO BOX 1196<br>CLARKSDALE MS 38614 | CREDITOR ID: 315842-40<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE, MS 38614 | CREDITOR ID: 251919-12<br>HUGGINS & WALKER INC<br>337 WESTOVER DR<br>CLARKSDALE MS 38614 |
| CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>C/O BALCH & BINGHAM LLP<br>ATTN THOMAS G AMASON III, ESQ<br>1901 6TH AVENUE NORTH, SUITE 2600<br>BIRMINGHAM AL 35203 | CREDITOR ID: 407564-15<br>HUNTER, STILL JR<br>33 BARBER COURT, SUITE 109<br>BIRMINGHAM AL 35209 | CREDITOR ID: 1448-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI FL 33137 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2311-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI, FL 33137 | CREDITOR ID: 1405-07<br>HV MCCOY & COMPANY INC<br>R/F HIGH POINT MALL INC<br>PO BOX 20847<br>GREENSBORO, NC 27420-0847 | CREDITOR ID: 315843-40<br>HYDE PARK PLAZA<br>C/O REGENCY CENTERS LP<br>LEASE# 14123<br>PO BOX 644019<br>PITTSBURGH, PA 15264-4019 |
| CREDITOR ID: 315744-40<br>HYDER, BOYD L<br>314 HYDER ST<br>HENDERSONVILLE, NC 28792-2732 | CREDITOR ID: 1134-07<br>HYDER, BOYD L.<br>314 HYDER STREET<br>HENDERSONVILLE NC 28792-2732 | CREDITOR ID: 1449-RJ<br>I REISS & COMPANY<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 |
| CREDITOR ID: 1452-07<br>ICOS LLC<br>ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 1453-07<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 1454-07<br>IMPERIAL CHRISTINA SHOPPING CENTER<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE, STE. 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 381944-50<br>INDEPENDENCE SHOPPING CENTRE LTD<br>C/O JOHN MORLEY<br>PO BOX N-1110<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 |
| CREDITOR ID: 1456-07<br>INDIAN CREEK CROSSING E&A LLC<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 2313-07<br>INDIAN CREEK CROSSING E&A LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>C/O DAHLEM REALTY<br>ATTN NICOLE S BIDDLE<br>1020 INDUSTRY ROAD STE 40<br>LEXINGTON KY 40505 |
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 315844-40<br>INDIAN TRAIL SQUARE LLC<br>1020 INDUSTRY ROAD<br>SUITE 40<br>LEXINGTON, KY 40505 | CREDITOR ID: 315845-40<br>INDIAN VILLAGE GROUP INC<br>ATTN DAVID SHIN<br>PO BOX 921686<br>NORCROSS, GA 30092 |
| CREDITOR ID: 1457-07<br>INDIAN VILLAGE GROUP INC.<br>ATTN: DAVID SHIN<br>PO BOX 921686<br>NORCROSS GA 30092 | CREDITOR ID: 315846-40<br>INDIANAPOLIS LIFE INS CO<br>C/O AMERUS CAPITAL MGMT GROUP INC<br>PO BOX 773<br>DES MOINES, IA 50303-0773 | CREDITOR ID: 1458-RJ<br>INDIANAPOLIS LIFE INS CO.<br>C/O AMERUS CAPITAL MGMT. GROUP INC.<br>PO BOX 773<br>DES MOINES IA 50303-0773 |
| CREDITOR ID: 1459-RJ<br>INDIANAPOLIS LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32791-1483 | CREDITOR ID: 1460-RJ<br>INDIANAPOLIS LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITILAND, FL 32794-1483 | CREDITOR ID: 2315-RJ<br>INDIANAPOLIS LIFE INSURANCE CO.<br>C/O ORION INVMT AND MGMT LTD C<br>9000 SW 152ND STREET, SUITE 106<br>MIAMI FL 33157 |
| CREDITOR ID: 2314-RJ<br>INDIANAPOLIS LIFE INSURANCE CO.<br>304 AIRPORT ROAD, SUITE A<br>BENTONVILLE AR 72712 | CREDITOR ID: 278491-25<br>INDIANAPOLIS LIFE INSURANCE COMPANY<br>PO BOX 527<br>BENTONVILLE AR 72712 | CREDITOR ID: 278490-24<br>INDIANAPOLIS LIFE INSURANCE COMPANY<br>304 AIRPORT ROAD<br>SUITE A<br>BENTONVILLE AR 72712 |

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1461-07<br>INDRIO CROSSINGS INC<br>806 EAST 25TH STREET<br>SANFORD FL 32771 | CREDITOR ID: 2316-07<br>INDRIO CROSSINGS INC<br>806 EAST 25TH STREET<br>SANFORD, FL 32771 | CREDITOR ID: 411093-15<br>INLAND SOUTHEAST BRIDGEWATER, LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 411093-15<br>INLAND SOUTHEAST BRIDGEWATER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411090-15<br>INLAND SOUTHEAST COUNTRYSIDE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 | CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411092-15<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 411092-15<br>INLAND SOUTHEAST LAKE OLYMPIA LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 2317-07<br>INLAND SOUTHEAST PROP MGMT CORP<br>5502 LAKE HOWELL ROAD<br>WINTER PARK FL 32792 | CREDITOR ID: 2318-07<br>INLAND SOUTHEAST PROP MGMT CORP.<br>5502 LAKE HOWELL ROAD<br>WINTER PARK FL 32792 |
| CREDITOR ID: 1463-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3305 | CREDITOR ID: 1462-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3005 | CREDITOR ID: 411094-15<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 411094-15<br>INLAND SOUTHEAST ST CLOUD LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 411095-15<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 411095-15<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 |
| CREDITOR ID: 1464-07<br>INTERCHANGE ASSOCIATES INC<br>190 SOUTH SYKES CREEK PKWY., STE. 4<br>MERRITT ISLAND, FL 32952 | CREDITOR ID: 1465-07<br>INTERWEST CAPITAL CORPORATION<br>ATTN: SHILOH HALL, ASST. V.P.<br>8910 UNIVERSITY CENTER LANE<br>SAN DIEGO CA 92122 | CREDITOR ID: 1466-07<br>INTRACOASTAL MALL LLC<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD., SUITE 450<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 1467-RJ<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405 | CREDITOR ID: 1467-RJ<br>INVESCO, LP<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 | CREDITOR ID: 278639-24<br>INVESCO, LP<br>JEFFERSON PILOT LIFE INSURANCE CO<br>ATTN MORTGAGE LOAN DEPT (3640)<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 |
| CREDITOR ID: 278492-25<br>INVESCO, LP<br>W. C. WILBUR & CO.<br>PO BOX 5225<br>NORTH CHARLESTON SC 29406 | CREDITOR ID: 381948-50<br>INVESTMENT CO. LTD<br>C/O FRANKLIN BUTLER<br>PO BOX N-71<br>NASSAU,<br>BAHAMAS | CREDITOR ID: 278493-24<br>INWOOD NATIONAL BANK<br>ATTN: MIKE HARTLEY<br>SENIOR VICE PRESIDENT<br>7621 INWOOD ROAD<br>DALLAS TX 75209 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

CREDITOR ID: 1468-07
IPF HEIGHTS LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT CORP
PACES WEST BUILDING ONE
2727 PACES FERRY RD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 1469-07
IPF/CAPITAL LIMITED PARTNERSHIP
C/O INFINITY PROPERTY MGMT. CORP.
2727 PACES FERRY ROAD
SUITE 1
ATLANTA, GA 30339

CREDITOR ID: 411131-15
IPF/CAPITAL LIMITED PARTNERSHIP
ATTN MICHAEL S HOCHBERGER, VP
2 ROCK HILL LANE
BROOKVILLE NY 11545

CREDITOR ID: 252331-12
IPF/CAPITAL LIMITED PARTNERSP
C/O INFINITY PROPERTY MGMT CORP
PACE WEST BLDG ONE
2727 PACES FERRY ROAD SUITE 1-1650
ATLANTA, GA 30339

CREDITOR ID: 252331-12
IPF/CAPITAL LIMITED PARTNERSP
C/O BART & SCHWARTZ, LLP
ATTN LAWRENCE J SCHWARTZ, ESQ.
ONE HUNTINGTON QUADRANGLE, STE 2S12
MELVILLE NY 11747

CREDITOR ID: 411153-15
IPF/HEIGHTS LP
C/O BART & SCHWARTZ, LLP
ATTN LAWRENCE J SCHWARTZ, ESQ.
ONE HUNTINGTON QUADRANGLE, STE 2S12
MELVILLE NY 11747

CREDITOR ID: 411153-15
IPF/HEIGHTS LP
C/O INFINITY PROPERTY MGMT CORP.
PACES WEST BUILDING ONE
2727 PACES FERRY ROAD, SUITE 1-1650
ATLANTA GA 30339

CREDITOR ID: 411154-15
IPH/HEIGHTS LP
ATTN MICHAEL S HOCHBERGER, PRES
2 ROCK HILL LANE
BROOKVILLE NY 11545

CREDITOR ID: 1470-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA GA 30392-1384

CREDITOR ID: 2319-07
IRT PARTNERS LP
C/O IRT PROPERTY COMPANY
1696 N. E. MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 2320-07
IRT PARTNERS LP
PO BOX 101384
ATLANTA, GA 30392-1384

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI , FL 33101-9170

CREDITOR ID: 2321-07
IRT PARTNERS, LP
EQUITY ONE REALTY, & MGMT. FL.
1696 NE MIAMI GARDENS DRIVE
NORTH MIAMI BEACH FL 33179

CREDITOR ID: 1472-07
IRT PROPERTY COMPANY
PO BOX 945793
ATLANTA, GA 30394-5793

CREDITOR ID: 2322-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 2323-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

CREDITOR ID: 1473-07
ISLAND PLAZA LLC
ATTN RICHARD S YOUNG
1000 VENETIAN WAY, SUITE 810
MIAMI, FL 33139

CREDITOR ID: 1474-07
ISRAM REALTY & MANAGEMENT INC
C/O ISRAM ESCROW/FOREST EDGE
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 2324-07
ISRAM REALTY & MANAGEMENT, INC.
ATTN: MS. SIONA HAYOUN
506 SOUTH DIXIE HIGHWAY
HALLANDALE FL 33009

CREDITOR ID: 1475-07
IVEY ELECTRIC COMPANY
ATTN JAMES W IVEY, PRESIDENT
PO BOX 211
SPARTANBURG SC 29304

CREDITOR ID: 1475-07
IVEY ELECTRIC COMPANY
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315850-40
JACKSON JUNCTION LTD
PO BOX 641625
CINCINNATI, OH 45264-1625

CREDITOR ID: 315819-40
JACKSON, GENE A & MILDRED A
PO BOX 249
HAVELOCK, NC 28532-0249

CREDITOR ID: 397244-68
JAMARCO REALTY, LLC
ATTN: JOHN P. MANES
144 JUNE ROAD
NORTH SALEM, NY 10560

CREDITOR ID: 2327-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO, FL 32803-3359

CREDITOR ID: 1478-07
JAMERSON INVESTMENTS
2517-B EAST COLONIAL DRIVE
ORLANDO FL 32803-3359

CREDITOR ID: 315853-40
JAY SCHUMUNSKY TRUST
C/O QUINE & ASSOCIATES
PO BOX 833009
RICHARDSON, TX 75083-3009

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315847-40<br>JC PACE LTD<br>420 THROCKMORTON STREET<br>SUITE 710<br>FORT WORTH, TX 76102-3724 | CREDITOR ID: 315854-40<br>JDN REALTY CORP<br>ACCT# 190260-JD1766<br>PO BOX 532614  DEPT 260<br>ATLANTA, GA 30353-2614 | CREDITOR ID: 1480-RJ<br>JDN REALTY CORP.<br>ACCT# 190260-JD1766<br>PO BOX 532614 DEPT 260<br>ATLANTA GA 30353-2614 |
| CREDITOR ID: 278494-24<br>JDN REALTY CORPORATION<br>3500 PIEDMONT RD NE #325<br>ATLANTA GA 30305-1599 | CREDITOR ID: 1483-RJ<br>JDN REALTY CORPORATION<br>DEPT 320<br>PO BOX 532614<br>ATLANTA, GA 30353-2614 | CREDITOR ID: 1482-RJ<br>JDN REALTY CORPORATION<br>DEPT 318<br>PO BOX 532614<br>ATLANTA, GA 30353-2614 |
| CREDITOR ID: 1481-RJ<br>JDN REALTY CORPORATION<br>DEPT 307 ACCT# 190307-JD1868<br>PO BOX 532614<br>ATLANTA GA 30353-2614 | CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2333-07<br>JEFFERSON-PILOT LIFE INS. CO.<br>ATTN: MIKE SOLOMON<br>PO BOX 20407<br>GREENSBORO NC 27420 |
| CREDITOR ID: 1484-07<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN: DEE CURTIS<br>PO BOX 20407<br>GREENSBORO, NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET<br>ATTN BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 |
| CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 | CREDITOR ID: 411030-15<br>JEM INVESTMENTS, LTD<br>C/O HILL WARD & HENDERSON, PA<br>ATTN PAIGE A GREENLEE, ESQ<br>101 E KENNEDY BLVD, STE 3700<br>TAMPA FL 33602 | CREDITOR ID: 2334-07<br>JEM INVESTMENTS, LTD.<br>600 MADISON STREET<br>TAMPA FL 33602 |
| CREDITOR ID: 278495-24<br>JENKINS & GILCHRIST<br>MARK VOWELL, ESQ.<br>1445 ROSS AVENUE<br>SUITE 3200<br>DALLAS TX 75202 | CREDITOR ID: 315855-40<br>JEROME H & FAITH PEARLMAN TRUST<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA  MONICA, CA 90402 | CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | CREDITOR ID: 1488-07<br>JNB COMPANY OF VIRGINIA LLC<br>C/O ATLANTIC DEVELOPMENT & ACQUIS<br>6912 THREE CHOPT ROAD<br>RICHMOND, VA 23226 |
| CREDITOR ID: 253162-12<br>JOE L ALCOKE<br>1315 S GLENBURNIE ROAD STE 20<br>NEW BERN NC 28562 | CREDITOR ID: 278496-24<br>JOHN BENETTI ASSOCIATES<br>ATTN: DAVID G FINKELSTEIN, ESQ.<br>ANDERLINI, FINKELSTEIN, EMERICK<br>400 SOUTH EL CAMINO REAL, SUITE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 1489-RJ<br>JOHN BENETTI ASSOCIATES<br>C/O JOHN BENETTI<br>80 MOUNT VERNON LANE<br>ATHERTON, CA 94025 |
| CREDITOR ID: 1489-RJ<br>JOHN BENETTI ASSOCIATES<br>C/O ANDERLINI FINKELSTEIN EMERICK ET AL<br>ATTN DAVID G FINKELSTEIN, ESQ<br>400 S EL CAMINO REAL, SUITE 700<br>SAN MATEO CA 94402 | CREDITOR ID: 278497-24<br>JOHN STEWART WALKER COMPANY<br>GEORGE C. WALKER JR.<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 315858-40<br>JPI INC<br>PO BOX 32352<br>LOUISVILLE, KY 40232 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 1492-RJ
JRT REALTY GROUP - TIAA
CORPORATE PLAZA OF DEERWOOD
8663 BAYPINE ROAD
JACKSONVILLE, FL 32256

CREDITOR ID: 253456-12
JRT REALTY GROUP - TIAA
CORPORATE PLAZA OF DEERWOOD
8663 BAYPINE ROAD, SUITE 115
JACKSONVILLE, FL 32256

CREDITOR ID: 278640-24
JUDY R. STREET
GE BUSINESS ASSET FUNDING CORP
ATTN: KATHERINE MACKINNON
10900 NE 4TH STREET
SUITE 500
BELLEVUE WA 98004

CREDITOR ID: 278498-24
JUDY R. STREET
C/O JOSEPH B. LYLE, ESQ
GREEN & HALE, PC
126 EDGEMONT AVENUE
BRISTOL TN 37621

CREDITOR ID: 1493-RJ
JULA TRUST
PO BOX 1566
CROWLEY, LA 70527-1566

CREDITOR ID: 2340-RJ
JULA TRUST
919 W. SECOND STREET
CROWLEY LA 70526

CREDITOR ID: 403382-99
JULA TRUST, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN T SADUTTO/S LYDELL, ESQS
1065 AVENUE OF THE AMERICAS, 18TH F
NEW YORK NY 10018

CREDITOR ID: 315859-40
JUPITER PALM ASSOC
7000 W PALMETTO PARK ROAD
SUITE 203
BOCA RATON, FL 33433

CREDITOR ID: 1494-07
JUPITER PALM ASSOC.
7000 W. PALMETTO PARK RD., STE. 203
BOCA RATON FL 33433

CREDITOR ID: 1495-07
JWV (LA) LLC
DBA SUNSHINE SQUARE
C/O JW PROPERTIES INC.
PO BOX 16146
MOBILE AL 36616-0146

CREDITOR ID: 315860-40
JWV (LA) LLC DBA SUNSHINE SQ
C/O JW PROPERTIES INC
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 1496-07
K B PROPERTIES INC.
PO BOX 4899
PINEHURST NC 28374

CREDITOR ID: 2342-07
K G B ASSOCIATES #2
C/O BEVERLY CARMEL RETIREMENT
8757 BURTON WAY
LOS ANGELES CA 90048

CREDITOR ID: 381867-99
K-2 PROPERTIES LLC
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN MARGARET R WESTBROOK, ESQ
TWO HANOVER SQUARE, STE 1900
434 LAFAYETTE ST MALL, PO BOX 1070
RALEIGH NC 27602-1070

CREDITOR ID: 278641-24
KAMIN REALTY COMPANY
MODERN WOODMEN OF AMERICA
MISSISSIPPI RIVER AT 17TH STREET
ROCK ISLAND IL 61201

CREDITOR ID: 278500-25
KAMIN REALTY COMPANY
DANIEL G. KAMIN
PO BOX 10234
PITTSBURGH PA 15232

CREDITOR ID: 410761-15
KAMIN, DANIEL G
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 2175-07
KAMIN, DANIEL G.
490 SOUTH HIGHLAND AVE.
PITTSBURGH PA 15206

CREDITOR ID: 2341-07
KB PROPERTIES INC
PO BOX 4899
PINEHURST, NC 28374

CREDITOR ID: 1497-RJ
KELLER CROSSING TEXAS LP
C/O BVT MANAGEMENT SERVICES INC
PO BOX 931850
ATLANTA, GA 31193-1850

CREDITOR ID: 278642-24
KELLER CROSSING TEXAS, LP
COMERICA BANK - TEXAS
1601 ELM STREET
DALLAS TX 75201

CREDITOR ID: 278501-24
KELLER CROSSING TEXAS, LP
C/O BVT MANAGEMENT SERVICES INC.
3350 RIVERWOOD PARKWAY
SUITE 1500
ATLANTA GA 30339

CREDITOR ID: 2344-RJ
KELLER CROSSING TEXAS, LP
C/O MCGUIREWOODS, LLP
ATTN: ROBERT A COX, JR., ESQ
BANK OF AMERICA CORP CENTER
100 NORTH TYRON ST, STE 2900
CHARLOTTE NC 28202

CREDITOR ID: 2344-RJ
KELLER CROSSING TEXAS, LP
C/O BVT MGMT SERVICES, INC.
ATTN K E WILLSON/K R MARSHALL
3350 RIVERWOOD PKWY, STE 1500
ATLANTA GA 30339

CREDITOR ID: 1498-RJ
KEMOR PROPERTIES INC
C/O THE RAINES GROUP
1200 MOUNTIAN CREEK ROAD #100
CHATTANOOGA, TN 37405

CREDITOR ID: 278502-24
KEMOR PROPERTIES INC.
ATTN: BILL RAINES
C/O THE RAINES GROUP
1200 MOUNTAIN CREEK ROAD
#100
CHATTANOOGA TN 37405

CREDITOR ID: 278643-24
KEMOR PROPERTIES, INC
FARM BUREAU LIFE INSURANCE CO
ATTN REAL ESTATE/COMM MORTGAGE MGR
5400 UNIVERSITY AVENUE
WEST DES MOINES IA 50266

SERVICE LIST
**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 2240-07
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 315815-40
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE, FL 32207

CREDITOR ID: 1349-07
KEMPNER, FRANCINE TRAGER
4158 ALHAMBRA DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 1499-07
KENNETH CITY PARTNERS
ATTN ROBERT S ISON
PO BOX 20406
ATLANTA GA 30325

CREDITOR ID: 2345-07
KENNETH CITY PARTNERS
PO BOX 20406
ATLANTA, GA 30325

CREDITOR ID: 1500-07
KERBBY PARTNERSHIP
C/O HOBBY PROPERTIES
4312 LEAD MINE RD
RALEIGH, NC 27612

CREDITOR ID: 2346-07
KHSC LTD
C/O BEER WELLS REAL ESTATE SER
11311 N. CENTRAL EXPRESSWAY ST
DALLAS TX 75243

CREDITOR ID: 410447-15
KILLEN MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN C ELLIS BRAZEAL, III, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 2347-07
KILLEN MARTEPLACE LLC
110 WEST TENNESSEE ST
FLORENCE, AL 35631

CREDITOR ID: 1501-07
KILLEN MARTEPLACE LLC
110 WEST TENNESSEE ST
FLORENCE AL 35631

CREDITOR ID: 410846-15
KIMCO DELAWARE, INC
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 410844-15
KIMCO DELAWARE, INC, JOAN EIGER,
TRUST UW OF ALLAN KIMMEL
C/O MORGAN LEWIS BOCKIUS, LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 1502-07
KIMCO DEVELOPMENT CORP
C/O KIMCO REALTY CORP
3333 NEW HYDE PARK RD STE 100
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 2348-07
KIMCO REALTY CORPORATION
3333 NEW HYDE PARK RD. STE 100
P.O. BOX 5020
NEW  HYDE  PARK NY 11042-0020

CREDITOR ID: 1503-07
KIMCO UNIVERSITY CO INC
3333 NEW HYDE PARK RD STE 100
3194 SFLF0147/LWINNDI00
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 410847-15
KIMCO UNIVERSITY COMPANY LTD
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 2199-07
KING EDWARD, INC FKA
DRINKARD DEVELOPMENT, INC
ATTN ROY H DRINKARD, PRESIDENT
PO BOX 996
CULLMAN, AL 35056-0996

CREDITOR ID: 1505-07
KIR AUGUSTA 1 044 LLC
PO BOX 5020
3333 NEW HYDE PARK RD
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 410848-15
KIR AUGUSTA II, LP
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 278504-25
KIR COLERAIN 017 LLC
C/O KIMCO REALTY CORPORATION
PO BOX 5020
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 1506-RJ
KIR COLERAIN 017 LLC
C/O KIMCO REALTY CORP
PO BOX 5020
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 383217-15
KIR COLERAIN 017, LLC
C/O MORGAN, LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 1507-07
KIRK MERAUX WINN-DIXIE LLC
24E COTA STREET, SUITE 100
SANTA  BARBARA, CA 93101

CREDITOR ID: 2350-07
KITE COMPANIES
MR. DAVE LEE, DIR. OF ASSET MG
30 S MERIDIAN ST.
INDIANAPOLIS IN 46204

CREDITOR ID: 1508-07
KITE EAGLE CREEK LLC
PO BOX 863312
ORLANDO, FL 32886-3312

CREDITOR ID: 410735-15
KITE EAGLE CREEK, LLC
C/O ICE MILLER
ATTN MARK A BOGDANOWICZ, ESQ
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS IN 46282-0200

CREDITOR ID: 1509-07
KJUMP INC
190 JOHN ANDERSON DRIVE
ORMOND  BEACH FL 32176

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2351-07
KJUMP INC
190 JOHN ANDERSON DRIVE
ORMOND  BEACH, FL 32176

CREDITOR ID: 2352-07
KMART
REAL ESTATE DEPARTMENT
3100 WEST BIG BEAVER RD
TROY MI 48184

CREDITOR ID: 1510-07
KMART CORPORTION
12664 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-7019

CREDITOR ID: 1511-07
KNIGHTDALE CROSSING LLC
C/O MARK PROPERTIES INC MGMT
26 PARK PLACE WEST
MORRISTOWN, NJ 07960

CREDITOR ID: 1512-RJ
KOGER EQUITY
PO BOX 538266
ACCT# 648015
ATLANTA, GA 30353-8266

CREDITOR ID: 2353-07
KONOVER PROPERTY TRUST, INC.
%KIMCO REALTY CORPORATION
PO BOX 5020 3333 NEW HYDE PARK
NEW  HYDE  PARK NY 11042-0020

CREDITOR ID: 250737-12
KONRAD, GORDON K
WAHL & AST, PA
ATTN DAVID A AST, ESQ
222 RIDGEDALE AVENUE
PO BOX 1309
MORRISTOWN NJ 07962-1309

CREDITOR ID: 1513-RJ
KOTIS PROPERTIES
PO BOX 9296
GREENSBORO NC 27429-9296

CREDITOR ID: 278505-25
KOTIS PROPERTIES
PO BOX 9296
GREENSBORO, NC 27429-9296

CREDITOR ID: 278646-24
KPT COMMUNITIES LLC
WASHINGTON MUTUAL BANK FA
ATTN PORTFOLIO ADMIN
555 DIVIDEND DRIVE, SUITE 150
MAILSTOP 3545PMTX
COPPELLO TX 75019

CREDITOR ID: 278645-24
KPT COMMUNITIES LLC
TRIANGLE BANK
ATTN: MR. EDWARD O. WESSELL
4300 GLENWOOD AVENUE
RALEIGH NC 27612

CREDITOR ID: 2355-RJ
KPT COMMUNITIES LLC
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK
PO BOX 5020
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 410849-15
KPT PROPERTIES, LP
C/O MORGAN LEWIS & BOCKIUS, LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 2356-07
KRAVITZ FAMILY TRUST
2796 CASIANO ROAD
LOS  ANGELES CA 90077-1524

CREDITOR ID: 1516-07
KRG WATERFORD LAKES LLC
1090 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 410736-15
KRG WATERFORD LAKES, LLC
C/O ICE MILLER
ATTN MARK A BOGDANOWICZ, ESQ
ONE AMERICAN SQUARE, BOX 82001
INDIANAPOLIS IN 46282-020

CREDITOR ID: 2357-07
KRG WATERFORD LAKES, LLCIV, LP
ATTN:DIRECTOR OF ASSET MANAGEM
30 S MERIDIAN, STE 1100
INDIANAPOLIS IN 46204

CREDITOR ID: 254167-12
KROGER CO, THE
ATTN ERIN DRISKELL/B GACK, LAW DEPT
1014 VINE STREET
CINCINNATI OH 45202

CREDITOR ID: 2178-RJ
KRUG, DAVID R.
131 PROVIDENCE ROAD
CHARLOTTE NC 28207

CREDITOR ID: 1521-07
L W SMITH JR TRUST
301 PARK LAKE ROAD
COLUMBIA SC 29223

CREDITOR ID: 2360-07
L.R.S. COMPANY
903 UNIVERSITY BLVD., N.
JACKSONVILLE FL 32211-5527

CREDITOR ID: 2336-07
LA GATTA, JOHN H.O.
50 WEST LIBERTY STREET, SUITE 1080
RENO NV 89501

CREDITOR ID: 2361-07
LA GRANGE MARKETPLACE
% REGENCY CENTERS
121 WEST FORSYTH STREET, STE 2
JACKSONVILLE FL 32202

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
C/O DOYLE ROGERS COMPANY
PO DRAWER A
BATESVILLE, AR 72503

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
WILLIAMS & ANDERSON PLC
ATTN JOHN KOOISTRA, III, ESQ
TWENTY SECOND FLOOR
111 CENTER STREET
LITTLE ROCK  AR 72201

CREDITOR ID: 2362-07
LA PETITE ROCHE GEN PTNRSHP
111 CENTER STREET SUITE 1510
LITTLE  ROCK AR 72201

CREDITOR ID: 1523-07
LAFAYETTE LIFE INSURANCE CO
PO BOX 7007
MORTGAGE LOAN 8124
LAFAYETTE, IN 47903

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 2337-07
LAGATTA, JOHN
50 WEST LIBERTY STREET, SUITE 1080
RENO NV 89501

CREDITOR ID: 1524-07
LAGRANGE MARKETPLACE LLC
CO RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEALL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1524-07
LAGRANGE MARKETPLACE LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 410566-15
LAGS VENTURES INC
C/O LTP MANAGEMENT GROUP, INC
ATTN RICHARD SIMEONE, SECRETARY
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

CREDITOR ID: 410565-15
LAGS VENTURES, INC SUCESSOR TO
AUGUST URBANEK INVESTMENTS, INC
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

CREDITOR ID: 2363-07
LAKE JACKSON TRADING POST
151 SAWGRASS CORNERS DRIVE, SUITE 2
PONTE VEDRA BEACH, FL 32082-1929

CREDITOR ID: 1525-07
LAKE JACKSON TRADNG POST
151 SAWGRASS CORNERS DR  STE 2
PONTE  VEDRA  BEACH FL 32082-1929

CREDITOR ID: 1526-07
LAKE MARY LIMITED PARTNERSHIP
C/O EQUITY INVESTMENT GROUP
ATTN RENEE DILLON
111 EAST WAYNE STREET, SUITE 500
FORT  WAYNE, IN 46802

CREDITOR ID: 1527-07
LAKE SUN PROPERTIES LTD
ATTN ROGER F RUTTENBERG, GP
55 E MONROE, STE 1890
CHICAGO, IL 60603-2390

CREDITOR ID: 2364-07
LAKELAND ASSOCIATES, LP
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVE, STE 305
CLEARWATER FL 33756

CREDITOR ID: 1528-07
LAKELAND PARTNERS
C/O BRANDYWINE GROUP INC
PO BOX 999
CHADDS FORD, PA 19317-0999

CREDITOR ID: 1529-RJ
LAKEWOOD ASSOCIATES, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 1529-RJ
LAKEWOOD ASSOCIATES, LTD
C/O COURTELIS COMPANY
ATTN VICTOR STOSIK
703 WATERFORD WAY, SUITE 800
MIAMI, FL 33126-4677

CREDITOR ID: 1530-RJ
LANCASTER COMMUNITY INVESTORS
PO BOX 1582
KILMARNOCK VA 22482

CREDITOR ID: 2365-RJ
LANCASTER COMMUNITY INVESTORS LC
ATTN THOMAS A GOSSE, MGR
PO BOX 1582
KILMARNOCK, VA 22482

CREDITOR ID: 1531-07
LAND DADE INC
4 MARINA ISLES BLVD
STE 302
INDIAN HARBOUR BCH, FL 32937

CREDITOR ID: 1532-07
LANDING STATION
C/O E&A SOUTHEAST LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 315861-40
LANDMARK ENTERPRISES
C/O DENNIS COLEMAN
(REALTY & INVESTMENT)
PO BOX 9306
COLUMBUS, MS 39705

CREDITOR ID: 1533-07
LANDSOUTH PARTNERS
5001 N KINGS HIGHWAY
SUITE 203
MYRTLE  BEACH, SC 29577

CREDITOR ID: 1534-07
LANGDALE TIRE CO
ATTN LOUIS CASSOTA
PO BOX 1088
VALDOSTA, GA 31603-1361

CREDITOR ID: 2366-07
LANGDALE TIRE CO
LONGLEAF PROPERTY MANAGEMENT
P.O. BOX 1088
VALDOSTA GA 31603

CREDITOR ID: 1535-07
LANGSTON PLACE
C/O LANGSTON REAL ESTATE
PO BOX 125
HONEA  PATH, SC 29654-0125

CREDITOR ID: 2367-07
LANGSTON PLACE
C/O LANGSTON REAL ESTATE
P.O. BOX 'A'
HONEA  PATH SC 29654

CREDITOR ID: 278509-24
LANTANA SQUARE SHOPPING CENTER LTD
C/O SOUTHEAST PROPERTIES
1645 SE 3RD COURT
SUITE 200
DEERFIELD BEACH, FL 33441

CREDITOR ID: 278647-25
LANTANA SQUARE SHOPPING CENTER, LTD
AMSOUTH BANK
PO BOX 588001
ORLANDO FL 32858

CREDITOR ID: 410553-15
LANTANA SQUARE SHOPPING CENTER, LTD
C/O GLATTER & ASSOCIATES, PA
ATTN ERIC GLATTER, ESQ.
1489 WEST PALMETTO PK RD, SUITE 420
BOCA RATON FL 33486

CREDITOR ID: 1537-07
LARAMIE RIVER BAY LP
RIVER BAY PLAZA
PO BOX 6006
HICKSVILLE, NY 11802-6006

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 1538-RJ
LARISSA LAKE JUNE LP
6300 INDEPENDENCE PARKWAY
SUITE A-1
PLANO, TX 75023

CREDITOR ID: 2369-RJ
LARISSA LAKE JUNE, LIMITED
6300 INDEPENDENCE PKWY STE A-1
PLANO TX 75023

CREDITOR ID: 403442-15
LARISSA LAKE JUNE, LTD, A TEXAS LP
C/O LOOPER REED & MCGRAW
ATTN THOMAS H KEEN ESQ
4100 THANKSGIVING TOWER
1601 ELM STREET
DALLAS TX 75201

CREDITOR ID: 1539-07
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 407463-99
LASALLE BANK NAT'L ASSOC, AS TTEE
HOLDERS OF BEAR STEARNS COMM MORTG
C/O MCKENNA LONG & ALDRIDGE LLP
ATTN B SUMMER CHANDLER/D N STERN
303 PEACHTREE ST, STE 5300
ATLANTA GA 30308

CREDITOR ID: 278511-25
LASCO REALTY LLC
ATTN ROBERT SCHWAGERL, OWNER
PO BOX 418
KESWICK, VA 22947

CREDITOR ID: 1540-RJ
LASCO REALTY LLC
P O BOX 418
KESWICK VA 22947

CREDITOR ID: 278649-25
LASCO REALTY, LLC
PEOPLES NATIONAL BANK
PO BOX 1658
DANVILLE VA 24543

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
C/O CHAMBERLAIN, HRDLICKA, ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET NE, 9TH FL
ATLANTA GA 30303

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

CREDITOR ID: 1541-07
LAUDERHILL MALL
ATTN SAMUEL WEINTRAUB, VP
1267 NW 40TH AVE
LAUDERHILL FL 33313

CREDITOR ID: 1541-07
LAUDERHILL MALL
C/O SHAPIRO AND WEIL
ATTN MURRAY B WEIL, JR, ESQ
8925 COLLINS AVENUE, UNIT 7-H
SURFSIDE FL 33154

CREDITOR ID: 2372-07
LAUDERHILL MALL
1267 NW 40TH AVE
LAUDERHILL, FL 33313

CREDITOR ID: 1542-RJ
LAUREATE CAPITAL
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 278650-24
LAUREATE CAPITAL CORPORATION
ROYAL MACCABEES LIFE INSURANCE CO
C/O ROYAL INVESTMENT MANAGEMENT CO
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8135

CREDITOR ID: 278512-25
LAUREATE CAPITAL CORPORATION
PO BOX 890090
CHARLOTTE NC 28289-0090

CREDITOR ID: 1544-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY NC 28147

CREDITOR ID: 2373-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY, NC 28147

CREDITOR ID: 315862-40
LEATHERWOOD CROSSING INC
PO BOX 4782
MARTINSVILLE, VA 24115

CREDITOR ID: 410375-15
LEC PROPERTIES, INC AND
C/O EMMANUEL, SHEPPARD & CONDON
ATTN SALLY BUSSELL FOX, ESQ
30 S SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 410375-15
LEC PROPERTIES, INC AND
PC PROPERTIES, LLC
420 WEST BEACH BLVD
PASS CHRISTIAN MS 38571

CREDITOR ID: 1545-07
LEESBURG BANSAL, LLC
ATTN DAVID BANSAL, MANAGING MEMBER
30 GREY COACH ROAD
READING MA 01867

CREDITOR ID: 1845-07
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD, STE 800
CORAL  GABLES, FL 33134-5200

CREDITOR ID: 1546-07
LEHMBERG CROSSING LLC
C/O MIDLAND LOAN SVC INC
1223 SOLUTIONS CENTER LB 77122
CHICAGO, IL 60677-1002

CREDITOR ID: 410484-15
LEHMBERG CROSSING LLC
C/O HELD & ISRAEL
ATTN EDWIN W. HELD JR, ESQ
1301 RIVERPLACE BLVD., SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 411285-LL
LEHMBERG CROSSINGS LLC
ATTN: PAUL STREMPEL
111 RIVERCHASE PLAZA, STE 102
BIRMINGHAM AL 35244

CREDITOR ID: 278513-24
LENNAR ALABAMA PARTNERS INC.
1601 WASHINGTON AVENUE
SUITE 700
MIAMI BEACH FL 33139

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL GA 30076

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET:  #3900
JACKSONVILLE FL 32202

CREDITOR ID: 2375-07
LEONARD R. SETZER
C/O L.R.S. CO.
903 UNIVERSITY BLVD. N.
JACKSONVILLE FL 32211

CREDITOR ID: 1548-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE & CO
1349 WEST PEACHTREE STREET
ATLANTA, GA 30309-2956

CREDITOR ID: 1549-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE CO
1349 W PEACHTREE STREET SUITE
ATLANTA, GA 30309

CREDITOR ID: 1550-07
LIBBY CROSS STATION ENTERPRISE
ATTN: RUSS CANNANE
803 COMMONWEALTH DRIVE
WARRENDALE, PA 15086

CREDITOR ID: 408168-15
LIF REALTY TRUST
C/O SMITH ANDERSON LAW FIRM
ATTN AMOS U PRIESTER, IV, ESQ
PO BOX 2611
RALEIGH NC 27602-2611

CREDITOR ID: 1551-RJ
LIF REALTY TRUST
CAIL REALTY
ATTN: M CAIL
106 ACCESS RD
NORWOOD, MA 02062-5294

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA, GA 30309-2956

CREDITOR ID: 2376-07
LIFE INSURANCE COMPANY OF GEORGIA
5780 POWERS FERRY RD NW
ATLANTA GA 30327

CREDITOR ID: 2378-07
LIFTER REALTY
17760 NW 2ND AVE., STE 200
MIAMI FL 33169

CREDITOR ID: 2377-07
LIFTER REALTY
17760 NW 2ND AVE,STE 200
C/O BENNETT M. LIFTER
MIAMI FL 33169

CREDITOR ID: 2078-07
LIFTER, BENNET M.
LIFTER ENTERPRISES
17760 NW SECOND AVE., SUITE 200
MIAMI FL 33169

CREDITOR ID: 410752-15
LIFTER, BENNETT M, TTEE, WAIKIKI
PRTNRSHP OF D & H LIFTER TRUST FUND
C/O BEN-EZRA & KATZ, PA
ATTN M MORALES, ESQ
951 NE 167TH STREET, SUITE 204
N MIAMI BEACH FL 33162

CREDITOR ID: 1554-07
LINCOLN TRUST COMPANY
6312 SOUTH FIDDLERS GREEN CIRC
SUITE 400 E  ACCT# 65080211 TE
ENGLEWOOD CO 80111

CREDITOR ID: 2380-07
LINCOLN TRUST COMPANY, CUSTODIAN
FBO JOHN C. STROUGO
6312 S. FIDDLERS GREEN CIRCLE
ENGLEWOOD, CO 80111

CREDITOR ID: 408334-15
LINDNER, RICHARD
C/O JEFFREY W LEASURE, PA
ATTN JEFFREY W LEASURE, ESQ
1342 COLONIAL BLVD, STE H57
PO BOX 61169
FORT MYERS FL 33906-1169

CREDITOR ID: 1555-07
LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER, FL 33458

CREDITOR ID: 407774-99
LINPRO INVESTMENTS INC
C/O HELD & HELD JR, ESQ
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 404023-15
LIQUIDITY SOLUTIONS, INC, ASSIGNEE
C/O ANDREWS & KURTH LLP
ATTN DAVID BUCHBINDER, ESQ
450 LEXINGTON AVENUE
NEW YORK NY 10017

CREDITOR ID: 404023-15
LIQUIDITY SOLUTIONS, INC, ASSIGNEE
SCOTLAND MALL, INC
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 1556-07
LISETTE STANISH AS TRUSTEE
1405 SW 107TH AVE SUITE 301-B
MIAMI FL 33174

CREDITOR ID: 278651-24
LITCHFIELD INVESTMENT RIVERWOOD LLC
GMAC COMMERCIAL MORTGAGE SCRTS INC
SERIES 1998-C2
200 WITMER ROAD
HORSHAM PA 19044

CREDITOR ID: 278515-25
LITCHFIELD INVESTMENT RIVERWOOD LLC
C/O THE MITCHELL COMPANY
PO BOX 16036
MOBILE AL 36616

CREDITOR ID: 1557-RJ
LITCHFIELD INVESTMENTS RIVERWO
% MITCHCELL COMPANY
P O BOX 160306
MOBILE AL 36616-1306

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 2358-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 1518-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 1517-07
LJ MELODY & COMPANY
C/O BANK ONE
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 278516-24
LN PIEDMONT VILLAGE LLC
ATTN AL JOHNSTON, LEASING MGR
4475 RIVER GREEN PARKWAY, SUITE 100
DULUTH GA 30096

CREDITOR ID: 1558-RJ
LN PIEDMONT VILLAGE LLC
ATTN: AL JOHNSTON LEASING MANAGER
4475 RIVER GREEN PARKWAY
DULUTH, GA 30009

CREDITOR ID: 278516-24
LN PIEDMONT VILLAGE LLC
ROBINSON, JAMPOL, ET AL
ATTN J CHRISTOPHER MILLER, ESQ
11625 RAINWATER DRIVE, SUITE 350
ALPHARETTA GA 30004

CREDITOR ID: 2382-07
LOCKWOOD ASSOC OF GA LP
80 W WIEUCA RD STE 302
ATLANTA, GA 30342

CREDITOR ID: 1559-07
LOCKWOOD ASSOC OF GA LTD PTR
80 WEST WIEUCA RD SUITE 302
ATLANTA GA 30342

CREDITOR ID: 1520-07
LOL LLC
6915 RED ROAD
SUITE 205
CORAL  GABLES, FL 33143

CREDITOR ID: 1560-07
LONDON ASSOCIATES LTD
C/O AMERA REALTY SERVICES INC
2900 UNIVERSITY DRIVE
CORAL SPRINGS, FL 33065

CREDITOR ID: 411088-15
LONDON ASSOCIATES, LTD
C/O GRONEK & LATHAM, LLP
ATTN R SCOTT SHUKER, ESQ.
390 N ORANGE AVENUE, SUITE 600
ORLANDO FL 32801

CREDITOR ID: 411088-15
LONDON ASSOCIATES, LTD
C/O BARRON REAL ESTATE, INC
2900 UNIVERSITY DRIVE, SUITE 26
CORAL SPRINGS FL 33065

CREDITOR ID: 2383-07
LOUIS PERLIS
P.O. BOX 1097
CORDELE GA 31010

CREDITOR ID: 2384-07
LPI CALHOUN, INC
3000 CORPORATE CENTER DR
SUITE 300
MORROW GA 30260

CREDITOR ID: 2385-07
LPI COLUMBUS, INC.
3000 CORPORATE CENTER DRIVE
SUITE 300
MORROW GA 30260

CREDITOR ID: 1561-07
LPI KEY WEST ASSOCIATES LTD
2200 S DIXIE HIGHWAY
SUITE 702 B
MIAMI, FL 33133-1900

CREDITOR ID: 2386-07
LPI MILLEDGEVILLE, INC
SUITE 300
3000 CORPORATE CENTER DRIVE
MORROW GA 30260

CREDITOR ID: 2388-07
LRS GENERAL PARTNERSHIP
WILLIAMS & ANDERSON PLC
ATTN JOHN KOOISTRA, III, ESQ
TWENTY SECOND FLOOR
111 CENTER STREET
LITTLE ROCK  AR 72201

CREDITOR ID: 2388-07
LRS GENERAL PARTNERSHIP
PO BOX A
BATESVILLE, AR 72503

CREDITOR ID: 1562-07
LRS GENERAL PARTNERSHIP
PO BOX A
BATESVILLE AR 72503

CREDITOR ID: 1563-07
LUCY COMPANY OF SOUTH CAROLINA
C/O GRUBB & ELLIS WILSON/KIBLER
PO BOX 11312
COLUMBIA, SC 29211

CREDITOR ID: 410744-15
LW JOG SC, LTD
C/O RICE PUGATCH ROBINSON ET AL
ATTN CRAIG A PUGATCH, ESQ
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

CREDITOR ID: 410744-15
LW JOG SC, LTD
C/O SOUTHERN MGMT & DEV LTD
ATTN STEVEN LEVIN, VP
21301 POWERLINE ROAD, STE 312
BOCA RATON FL 33433

CREDITOR ID: 2359-07
LW SMITH JR TRUST
301 PARK LAKE ROAD
COLUMBIA, SC 29223

CREDITOR ID: 2389-07
M&P INVESTMENT COMPANY
1230 GRANT BUILDING
ATTN: BETH HOFFMAN
PITTSBURGH PA 15219

CREDITOR ID: 410453-15
M&P LULING LP
C/O KIRKPATRICK & LOCKHART ET AL
ATTN JAMIE BISHOP
HENRY W OLIVER BUILDING
535 SMITHFIELD STREET
PITTSBURGH PA 15222-2312

CREDITOR ID: 410453-15
M&P LULING LP
ATTN IRA M MORGAN, PRESIDENT
1230 GRANT BUILDING
PITTSBURGH PA 15219

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 255180-12
M&P SHOPPING CENTER
LAKE SHORE VILLAGE
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL RD
ATLANTA, GA 30360-1700

CREDITOR ID: 1565-07
M&P SHOPPING CENTER
5025 WINTERS CHAPEL RD
LAKE SHORE VILLAGE
ATLANTA, GA 30360-1700

CREDITOR ID: 2538-07
MACKEY, SANDRA
3590 CLOUDLAND DRIVE NW
ATLANTA, GA 30327

CREDITOR ID: 278517-25
MACON W. GRAVLEE JR.
PO BOX 310
FAYETTE AL 35555

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 264143-12
MADISON INVESTORS, LLC F/K/A
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264143-12
MADISON INVESTORS, LLC F/K/A
VICTORY MADISON, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 278518-24
MADISON MALL SHOPPING CENTER INC.
C/O MARX REALTY&IMPROVEMENT CO INC
708 THIRD AVENUE
15TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 1567-RJ
MADISON MALL SHOPPING CTR INC
C/O MARX REALTY & IMP CO INC
ATTN JENNIFER GRUENBERG
708 THIRD AVE, 15TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 255262-12
MADISON STATION PROPERTIES LLC
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
111 E CAPITOL STREET, SUITE 600
PO BOX 23066
JACKSON MS 39225-3066

CREDITOR ID: 255262-12
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 1568-07
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 2390-RJ
MAGNOLIA PARK ASSOCIATES, L.P.
C/O TALCOR COMMERCIAL R.E. SER
1018 THOMASVILLE RD., SUITE 20
TALLAHASSEE FL 32303

CREDITOR ID: 2391-RJ
MAGNOLIA PARK SHOPPING CENTER
3382 CAPITAL CIRCLE NE
TALLAHASSE FL 32308

CREDITOR ID: 1569-RJ
MAGNOLIA PARK SHOPPING CENTER
C/O TALCOR COMMERCIAL RL EST INC
1018 THOMASVILLE RD
TALLAHASSEE, FL 32303

CREDITOR ID: 278519-24
MAIN STREET MARKETPLACE LLC
2100 RIVERCHASE CENTER
SUITE 230-A
BIRMINGHAM, AL 35244

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE LLC
C/O KING, DRUMMOND, & DABBS
ATTN MARJORIE O DABBS. ESQ
100 CENTERVIEW DRIVE, SUITE 180
BIRMINGHAM AL 35216

CREDITOR ID: 1570-RJ
MAIN STREET MARKETPLACE LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA, STE 10
BIRMINGHAM, AL 35244

CREDITOR ID: 278652-25
MAIN STREET MARKETPLACE, LLC
AMSOUTH BANK
ATTN COMMERCIAL REAL ESTATE DEPT
PO BOX 11007
BIRMINGHAM AL 35288

CREDITOR ID: 2392-07
MALCOLM ROSENBERG
2734 COLONIAL AVE SW
ROANOKE VA 24015

CREDITOR ID: 1571-07
MANATEE VILLAGE INVESTMENTS IN
C/O IN-REL MANAGEMENT INC
2328 TENTH AVENUE NORTH
LAKE WORTH, FL 33461

CREDITOR ID: 315864-40
MANCHESTER MALL ASSOCIATES, LP
C/O CENTER SERVICES INC
6200 CRESTWOOD STATION
CRESTWOOD, KY 40014

CREDITOR ID: 1572-07
MANDARIN LORETTO DEVELOPMENT
PO BOX 350688
JACKSONVILLE, FL 32235-0688

CREDITOR ID: 2393-07
MANDARIN/LORETTO DEVELOPMENT,LTD
P.O BOX 350688
JACKSONVILLE FL 32235-0688

CREDITOR ID: 410888-15
MANDEVILLE PARTNERS, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 1573-07
MAR BAY INVESTMENTS LLC
C/O SANSON KLINE JACOMINO & CO
782 NW LE JEUNE ROAD SUITE 650
MIAMI, FL 33126

CREDITOR ID: 1574-07
MARIONS HOPE LLC
C/O WACHOVIA SECURITIES
555 CALIFORNIA STREET
SUITE 23
SAN  FRANCISCO, CA 94104

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1929-07<br>MARKET AT BYRAM LLC, THE<br>C/O BENNETT, LOTTERHOS, ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 1575-07<br>MARKET PLACE PARTNERS<br>MARKET PLACE MGMT INC<br>449 SOUTH WRENN STREET<br>HIGH  POINT, NC 27260 | CREDITOR ID: 1576-07<br>MARKET SQUARE INC<br>% MERCHANTS PROPERTY GROUP INC<br>PO BOX 3040<br>DULUTH GA 30096 |
| CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 | CREDITOR ID: 1578-07<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1579-07<br>MARKETPLACE OF DELRAY LTD<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 1580-07<br>MARKETPLACE SHOPPING CENTER<br>C/O EDENS & AVANT<br>FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 410537-15<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 315866-40<br>MARSHALL PLANING MILL INC<br>ATTN:  R W MARSHALL<br>PO BOX 7066<br>LOUISVILLE, KY 40257-0066 |
| CREDITOR ID: 2396-07<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7452 JAGER COURT<br>CINCINNATI, OH 45230 | CREDITOR ID: 1581-07<br>MASON SHOPPING CENTER PARTNSHP<br>7452 JAGER COURT<br>CINCINNATI OH 45230 | CREDITOR ID: 278520-25<br>MATLOCK OAKS PARTNERS<br>PO BOX 660394<br>DALLAS TX 75266-0394 |
| CREDITOR ID: 2398-07<br>MATTIE EQUITY, LLC<br>5850 FAYETTEVILLE ROAD, STE 20<br>DURHAM NC 27713 | CREDITOR ID: 410970-15<br>MAX D PUYANIC, TRUSTEE TRUST NO 201<br>C/O COMMODORE REALTY INC MG AGENT<br>30 WEST MASHTA DRIVE, STE 400<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 410970-15<br>MAX D PUYANIC, TRUSTEE TRUST NO 201<br>SAUL EWING LLP<br>ATTN JOYCE A KUHNS, ESQ<br>100 SOUTH CHARLES STREET, 15TH FLR<br>BALTIMORE MD 21201 |
| CREDITOR ID: 2399-07<br>MB VENTURE LTD<br>C/O IRWIN H MILLER<br>PO BOX 46468<br>ST  PETERSBURG FL 33741 | CREDITOR ID: 399722-15<br>MCADAMS-NORMAN PROPERTIES II, LLC<br>ATTN THOMAS E NORMAN<br>PO BOX 32068<br>CHARLOTTE NC 28232 | CREDITOR ID: 410940-15<br>MCALESTER VENTURE, INC<br>C/O H J TAYLOR & ASSOCIATES, INC<br>ATTN HARVE J TAYLOR, PRESIDENT<br>PO BOX 640<br>BENTONVILLE AR 72712 |
| CREDITOR ID: 1582-07<br>MCCOMB ASSOCIATES<br>C/O FLETHCHER BRIGHT CO<br>1827 POWERS FERRY ROAD<br>ATLANTA, GA 30339 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 2400-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 1584-07<br>MCDUFFIE SQUARE L P<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA GA 30917-4227 | CREDITOR ID: 2401-07<br>MCDUFFIE SQUARE L P<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 255884-12<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
ATTN WAYNE MCKINNEY
851 WASHINGTON SQ MALL
WASHINGTON NC 27889

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS ESQ
120 WEST FIRE TOWER ROAD
WINTERVILLE NC 28590

CREDITOR ID: 397197-67
MCKINNEY'S FOODS OF WAYNE COUNTY
C/O WARD & SMITH PA
ATTN J MICHAEL FIELDS
PO BOX 8088
GREENVILLE NC 27835-8088

CREDITOR ID: 1316-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 2225-07
MCLAIN, EUGENE M.
PO BOX 2199
HUNTSVILLE AL 35804-2199

CREDITOR ID: 1585-RJ
MCNAB PLAZA INC
ATTN  WILLIAM B SHIELDS JR VP
4350 WEST SUNRISE BLVD STE 122
PLANTATION, FL 33313

CREDITOR ID: 1586-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON AL 36202

CREDITOR ID: 255924-12
MCW DEVELOPMENT INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 2402-07
MCW DEVELOPMENT INC
PO BOX 908
ANNISTON, AL 36202

CREDITOR ID: 1587-RJ
MCW RC FL HIGHLANDS LLC
PO BOX 534138
ATLANTA, GA 30353-4138

CREDITOR ID: 408259-99
MCW-RC FL HIGHLANDS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408261-99
MCW-RC FL-SHOPPES AT 104, LLC
C/O HELD & ISRAEL
ATTN A FRISCHE W HELD, JR, ESQS
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408262-99
MCW-RC GA HOWELL MILL VILLAGE, LLC
C/O HELD & ISRAEL
ATTN A FRISCH/W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408260-99
MCW-RC GA PEACHTREE PKWY
PLAZA, LLC
C/O HELD & ISREAL
ATTN A FRISCH/W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 397351-15
MCW-RC GA-PEACHTREE PKWY PLAZA LLC
ATTN ANGELA RETTERBUSH
121 WEST FORSYTH STREET, SUITE 200
JACKSONVILLE FL 32202

CREDITOR ID: 278521-24
MCW-RC-GA-PEACHTREE PRKWY PLAZA LLC
C/O REGENCY CENTERS, LP
121 WEST FORSYTH STREET
SUITE 200
JACKSONVILLE FL 32202

CREDITOR ID: 1588-07
MDC SOUTH WIND LTD
C/O MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1589-07
MDC WESTGATE LTD
MENIN DEVELOPMENT CO INC
3501 PGA BLVD SUITE 201
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1590-07
MELBOURNE BEACH LLC
C/O WESTCO DEVELOPMENT
3125 SOUTHWEST MAPP ROAD
PALM CITY, FL 34990

CREDITOR ID: 1591-07
MELLON TRUST OF CALIFORNIA
SAMUAL OSCHIN TRUSTEE
10375 WILSHIRE BLVD #8C
LOS ANGELES CA 90024

CREDITOR ID: 410498-15
MERCHANTS SQUARE INVESTMENTS, LLC
ATTN VICTOR GIBBONS, MGR
4852-A JIMMY CARTER BLVD
NORCROSS GA 30093

CREDITOR ID: 1592-07
MERCHANTS SQUARE INVESTMENTS, LLC
ATTN JENNA NGUYEN
4852 JIMMY CARTER BLVD, STE A
NORCROSS, GA 30093

CREDITOR ID: 1593-07
MERIDIAN SUPERMARKET LLC
24E COTA STREET
SUITE 100
SANTA  BARBARA, CA 93101

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
C/O MORRISON & FOERSTER, LLP
ATTN LARREN M NASHELSKY, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN N GRIFFTHS/S BROWN
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O MORRISON & FOERSTER, LLP
ATTN LARREN M NASHELSKY, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 316158-40
MET LIFE
5647 ROOSEVELT BOULEVARD
JACKSONVILLE, FL 32254

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2403-07<br>METRO INTERNATIONAL PROP FUN IV LP<br>2 EVA ROAD SUITE 221<br>ETOBICOKE ON M9C2A8<br>CANADA | CREDITOR ID: 1594-07<br>METRO INTERNATIONAL PROPERTY<br>% NAVONA INVESTORS<br>2 EVA RD STE 221<br>ETOBICOKE ON<br>CANADA | CREDITOR ID: 2404-07<br>METRO INTERNATIONAL PROPERTY FUND<br>2 EVA ROAD SUITE 221<br>ETOBICOKE ON M9C 2A8<br>CANADA |
| CREDITOR ID: 406311-15<br>METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, ESQ<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA GA 30004 | CREDITOR ID: 315869-40<br>METTS CO REAL ESTATE<br>4014 DUTCHMANS LANE<br>LOUISVILLE, KY 40207-4715 | CREDITOR ID: 1595-07<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>EATONTOWN, NJ 07724 |
| CREDITOR ID: 278522-24<br>MICHIGAN NATIONAL BANK<br>27777 INKSTER ROAD<br>FARMINGTON HILLS MI 48334 | CREDITOR ID: 1596-07<br>MID AMERICAN MANAGEMENT CORP<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | CREDITOR ID: 1597-07<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 |
| CREDITOR ID: 1598-RJ<br>MIDLAND LOAN SERVICES<br>C/O PNC BANK PITTSBURGH<br>LOAN 030231723<br>PO BOX 642303<br>PITTSBURGH, PA 15264-2303 | CREDITOR ID: 1600-RJ<br>MIDLAND LOAN SERVICES INC<br>C/O PNC BANK PITTSBURGH<br>LOAN 921444<br>PO LOCKBOX 642303<br>PITTSBURGH, PA 15264-2303 | CREDITOR ID: 1599-RJ<br>MIDLAND LOAN SERVICES INC<br>1223 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 |
| CREDITOR ID: 2405-RJ<br>MIDLAND LOAN SERVICES, INC<br>PO BOX 419539<br>KANSAS  CITY MO 64141-6539 | CREDITOR ID: 1601-RJ<br>MIDWEST CENTERS<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 | CREDITOR ID: 278523-24<br>MIDWEST CENTERS LTD<br>ATTN ALVIN LIPSON, MANAGING MEMBER<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 |
| CREDITOR ID: 2407-07<br>MIKE KENNELLY<br>4015 SANTA BARBARA BLVD<br>NAPLES FL 34104 | CREDITOR ID: 2408-07<br>MILESTONE PROPERTIES<br>C/O MILESTONE PROPERTIES<br>200 CONGRESS PARK DR. #103<br>DELRAY  BEACH FL 33445 | CREDITOR ID: 278653-24<br>MILFORD ASSOCIATES, L.P<br>STAR BANK NA<br>425 WALNUT STREET<br>M.L. 9205<br>CINCINNATI OH 45202 |
| CREDITOR ID: 278524-24<br>MILFORD ASSOCIATES, LP<br>C/O QT MANAGEMENT LLC<br>670 WHITE PLAINS ROAD<br>SUITE 305<br>SCARSDALE NY 10583 | CREDITOR ID: 2409-07<br>MILFORD STATION LTD<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1602-07<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 1604-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH FL 33010 | CREDITOR ID: 2410-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH, FL 33010 |
| CREDITOR ID: 1605-07<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 256520-12<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 278525-25<br>MITCHELL MORTGAGE COMPANY LLC<br>ATTN: ORE DEPARTMENT/POP 325<br>PO BOX 27459<br>HOUSTON TX 77227-7459 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1606-RJ
MITCHELL MORTGAGE COMPANY LLC
ATTN: ORE DEPARTMENT
PO BOX 27459
HOUSTON, TX 77227

CREDITOR ID: 1128-07
MOBLEY FAMILY PARTNERSHIP, LP &
C/O EPSTEIN BECKER & GREEN, PC
ATTN ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD, STE 2700
ATLANTA GA 30326

CREDITOR ID: 1128-07
MOBLEY FAMILY PARTNERSHIP, LP &
REDD FAMILY II, LP DBA
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PKWY BLDG 10 STE 101
ATLANTA, GA 30327-3080

CREDITOR ID: 1607-07
MODERN WOODMAN OF AMERICA
C/O THE INTERLACHEN CO
PO BOX 1916
WINTER  PARK, FL 32790

CREDITOR ID: 1609-07
MODERN WOODMEN OF AMERICA
C/O INTERLACHEN COMPANY
PO BOX 1916
WINTER  PARK, FL 32790

CREDITOR ID: 1608-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 2411-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND, IL 61201

CREDITOR ID: 1610-07
MOHATRA INC
RICARDO A GONZALEZ & ASSOC, PA
ATTN RICARDO A GONZALEZ, ESQ
7270 NW 12ST, PENTHOUSE 9
MIAMI FL 33126

CREDITOR ID: 1610-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH FL 33012-6670

CREDITOR ID: 2412-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH, FL 33012-6670

CREDITOR ID: 315871-40
MONFORT HEIGHTS STATION LTD
C/O PHILLIPS EDISON & CO
PO BOX 640474
CINCINNATI, OH 45264-0474

CREDITOR ID: 1611-07
MONROEVILLE CENTER PARTNERS LTD
PO BOX 230
POINT  CLEAR, AL 36564

CREDITOR ID: 408167-15
MONROEVILLE CENTER PARTNERS, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 1612-07
MOORINGS OF MANATEE INC
430 INTERSTATE COURT
SARASOTA FL 34240

CREDITOR ID: 256657-12
MOORINGS OF MANATEE INC
ATTN BARRY SPENCER, PRESIDENT
430 INTERSTATE COURT
SARASOTA, FL 34240

CREDITOR ID: 1613-RJ
MORGRAN CO
C/O GRUBB & ELLIS MGMT
PO BOX 550928
TAMPA, FL 33655-0928

CREDITOR ID: 399353-15
MORGRAN COMPANY, THE
C/O GINNIE VAN KESTEREN, ESQ
111 SECOND AVENUE NE, SUITE 706
ST PETERSBURG FL 33701

CREDITOR ID: 1614-07
MORRIS TRACK CORP &
WILLISTON HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI, FL 33137

CREDITOR ID: 1615-07
MORRO PALMS SHOPPING CENTER
WELLS FARGO BANK CLNT SERV CNT
420 MONTGOMERY STREET, 7TH FLOOR
SAN  FRANCISCO, CA 94104-7700

CREDITOR ID: 2414-07
MORRO PALMS SHOPPING CENTER PART
C/O MRS. MONA GELLER, TRUSTEE
2938 DIVISADERO STREET
SAN  FRANSICO CA 94123

CREDITOR ID: 410382-15
MORRO PALMS SHOPPING CENTER, GP
C/O COOLEY GODWARD LLP
ATTN J MICHAEL KELLY, ESQ
ONE MARITIME PLAZA, 20TH FLOOR
SAN FRANCISCO CA 94111

CREDITOR ID: 2415-RJ
MOULTON PROPERTIES
ATTN: BOB MOULTON
380 LURTON STREET
PENSACOLA FL 32505

CREDITOR ID: 1616-RJ
MOULTON PROPERTIES
PO BOX 12524
PENSACOLA FL 32573-2524

CREDITOR ID: 278526-25
MOULTON PROPERTIES INC.
PO BOX 12524
PENSACOLA FL 32573

CREDITOR ID: 408316-15
MOULTON PROPERTIES, INC
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
506 MANCHESTER EXPRESSWAY, STE B-5
COLUMBUS GA 31904

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2417-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY, TN 37602-4034 | CREDITOR ID: 1617-07<br>MOUNT CASTLE PROPERTIES<br>PO BOX 4034<br>JOHNSON  CITY TN 37602-4034 | CREDITOR ID: 278527-25<br>MPM RESOURCES LLC<br>PO BOX 80673<br>LAFAYETTE LA 70598 |
| CREDITOR ID: 278654-25<br>MPM RESOURCES, LLC<br>PROTECTIVE LIFE INSURANCE COMPANY<br>ATTN: INVESTMENT DEPARTMENT<br>PO BOX 2606<br>BIRMINGHAM AL 35202 | CREDITOR ID: 1620-07<br>MR MALCOLM ROSENBERG<br>C/O ALLSTORE<br>2734 COLONIAL AVENUE<br>ROANOKE, VA 24015 | CREDITOR ID: 2418-07<br>MR ROBERT S SMALL<br>P O BOX 10287<br>GREENVILLE SC 29603 |
| CREDITOR ID: 2419-07<br>MR SAMUEL OSCHIN<br>OSCHIN ASSOCIATES<br>10375 WILSHIRE BLVD. #8C<br>LOS  ANGELES CA 90024 | CREDITOR ID: 2420-07<br>MR. FRED D. BENTLEY, SR.<br>241 WASHINGTON AVENUE<br>PO BOX 968<br>MARIETTA GA 30060 | CREDITOR ID: 2421-07<br>MR. LOUIS FEIL<br>C/O THE FEIL ORGANIZATION<br>370 SEVENTH AVE STE 618<br>NEW  YORK NY 10001 |
| CREDITOR ID: 2424-07<br>MR. MARC DILORENZO<br>1530 PALWARE AVENUE SUITE 15F<br>FORT  LEE NJ 07024-1335 | CREDITOR ID: 2425-07<br>MR. SAM GENIRBERG<br>1707 ARLINGTON BLVD<br>EL  CERRITO CA 94530 | CREDITOR ID: 410781-15<br>MSC, LLC<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN JEFFERY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 |
| CREDITOR ID: 410781-15<br>MSC, LLC<br>C/O RETAIL MANAGEMENT GROUP<br>ATTN JULIE BEALL, COO<br>PO BOX 11407<br>BIRMINGHAM AL 35426-1036 | CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>6353 W. ROGERS CIRCLE<br>SUITE 1<br>BOCA  RATON FL 33487-2757 | CREDITOR ID: 1622-07<br>MT DORA MARKETPLACE LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA  RATON, FL 33427-3760 |
| CREDITOR ID: 315872-40<br>MUNTZING SATTELE CO INC<br>AS AGENT FOR RIVERMONT SQUARE<br>1155 HAMMOND DR SUITE 5250 BLD<br>ATLANTA, GA 30328 | CREDITOR ID: 2427-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK HILL, SC 29732-4452 | CREDITOR ID: 1623-07<br>MUSEUM ASSOCIATES<br>PO BOX 4452<br>ROCK  HILL SC 29732-4452 |
| CREDITOR ID: 410396-15<br>MUSEUM ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 2428-07<br>MYSTIC L.L.C.<br>P.O. BOX 100<br>PLATTENVILLE LA 70393 | CREDITOR ID: 257376-12<br>N COLUMBUS CROSSING SHOP CTR LLC<br>C/O PAGE SCRANTOM SPROUSE, ET AL<br>ATTN ROBERT C BRAND, JR, ESQ.<br>PO BOX 1199<br>COLUMBUS OH 31902 |
| CREDITOR ID: 257376-12<br>N COLUMBUS CROSSING SHOP CTR LLC<br>ATTN EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY, STE A-12<br>COLUMBUS GA 31904 | CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 315821-40<br>NALLEY, GEORGE B JR<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 1375-07<br>NALLEY, GEORGE B. JR.<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY SC 29641-1929 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:   05-03817-3F1**

CREDITOR ID: 2257-07
NALLEY, GEORGE B. JR.
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1374-07
NALLEY, GEORGE B. JR.
C/O GBN PROPERTIES #1
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 1627-07
NAPLES SOUTH REALTY ASSOCIATES
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 256911-12
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
ATTN ALEJANDRO SOSA, DIR
2299 SW 37TH AVE, 4TH FLR
MIAMI, FL 33145

CREDITOR ID: 1628-07
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
2299 SW 37TH AVE
MIAMI, FL 33145

CREDITOR ID: 2331-07
NASSAR, JAMIL G.  MD TRUSTEE
27030 PACIFIC TERRANCE DRIVE
MISSION VIEJO CA 92692

CREDITOR ID: 381949-50
NASSAU MARKET CO., LTD
NASSAU,
BAHAMAS

CREDITOR ID: 411101-15
NATIONAL CITY BANK
ATTN M ELIZABETH HILS, VP
ONE EAST FOURTH STREET
MAIL LOCATION 25-C860A
CINCINNATI OH 45202

CREDITOR ID: 1629-07
NATIONAL WESTERN INSURANCE COMPANY
ATTN: MORTAGE LOAN DEPT
850 EAST ANDERSON LANE
AUSTIN, TX 78752-1602

CREDITOR ID: 1630-07
NATIONAL WESTERN LIFE INSURANCE
ATTN MTG LOAN DEPT FOR STORE #
850 EAST ANDERSON LANE
AUSTIN, TX 78752-1602

CREDITOR ID: 411178-15
NATIONWIDE MUTUAL CO.O1  SUBROGEE
SHOPPING CENTER L&D, INC
C/O NATIONWIDE
2901 W BUSCH BLVD, STE 403
TAMPA FL 33618

CREDITOR ID: 1631-07
NAVARRE SQUARE
C/O RUTLAND VAN CAMP ASSOC
PO BOX 230758
MONTGOMERY, AL 36123

CREDITOR ID: 408169-15
NAVARRE SQUARE, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 410953-15
NB/85 ASSOCIATES
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 1632-07
NB/85 ASSOCIATES WAYNE M RUBEN
C/O BENDERSON DEVE CO
BRADEN RIVER PO LEASE # 49705
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 1633-07
NDC ASSET MANAGEMENT
C/O TOWER CENTER ASSOCIATES
4415 FIFTH AVENUE
PITTSBURGH, PA 15213

CREDITOR ID: 1634-RJ
NEW BAY MINETTE LLC
PO BOX 81322
MOBILE AL 36689

CREDITOR ID: 278655-24
NEW BAY MINETTE, LLC
HEILIG-MEYERS FURNITURE COMPANY
12560 WEST CREEK PARKWAY
RICHMOND VA 23238

CREDITOR ID: 1635-07
NEW ENGLAND REALTY RESOURCES
C/O JOSEPH NORRIS
10 WINTHROP SQUARE
BOSTON, MA 02110

CREDITOR ID: 241335-07
NEW IBERIA ASSOCIATES
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 257138-12
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31904

CREDITOR ID: 257138-12
NEW IBERIA INVESTORS LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 2432-07
NEW IBERIA INVESTORS LLC
PO BOX 4767
COLUMBUS GA 31904

CREDITOR ID: 1637-07
NEW PLAN EXCEL REALTY TRUST
4536 COLLECTIONS CENTER DR
ACCT# 876946
CHICAGO IL 60693

CREDITOR ID: 1636-07
NEW PLAN EXCEL REALTY TRUST
4536 COLLECTIONS CENTER DR
ACCT # 194012
CHICAGO IL 60693

CREDITOR ID: 1644-07
NEW PLAN EXCEL REALTY TRUST INC
PO BOX 402938
ATLANTA, GA 30384-2938

CREDITOR ID: 2436-07
NEW PLAN EXCEL REALTY TRUST INC
ACCT 186002
1120 AVE OF AMERICAS, 12TH FL
NEW YORK NY 10036

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 2435-07
NEW PLAN EXCEL REALTY TRUST INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 410996-15
NEW PLAN EXCEL REALTY TRUST INC TA
RUTLAND PLAZA, ST PETERSBURG, FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411015-15
NEW PLAN EXCEL REALTY TRUST INC TA
MIDWAY VILLAGE SHOPPING CENTER
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411000-15
NEW PLAN EXCEL REALTY TRUST INC TA
HOLLY HILL SHOPPING CTR, HOLLY HILL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411078-15
NEW PLAN EXCEL REALTY TRUST INC TA
ROANOKE LANDING, WILLIAMSTON, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411076-15
NEW PLAN EXCEL REALTY TRUST INC TA
MARRERO SHOPPING CENTER, MARRERO LA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411016-15
NEW PLAN EXCEL REALTY TRUST INC TA
WEST TOWNE SQUARE, ELIZABETHTON, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411014-15
NEW PLAN EXCEL REALTY TRUST INC TA
CREEKWOOD SHOPPING CENTER, REX, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411013-15
NEW PLAN EXCEL REALTY TRUST INC TA
SHOPPES OF VICTORIA SQ PT ST LUCIE
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411002-15
NEW PLAN EXCEL REALTY TRUST INC TA
NORMANDY SQUARE, JACKSONVILLE, FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411001-15
NEW PLAN EXCEL REALTY TRUST INC TA
SILVER HILLS, ORLANDO, FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410999-15
NEW PLAN EXCEL REALTY TRUST INC TA
RIVERWOOD SHOPPING CTR, PORT ORANGE
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410998-15
NEW PLAN EXCEL REALTY TRUST INC TA
MIAMI GARDENS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410997-15
NEW PLAN EXCEL REALTY TRUST INC TA
PRESIDENTIAL PLAZA, N LAUDERDALE FL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410995-15
NEW PLAN EXCEL REALTY TRUST INC TA
MARKETPLACE AT WYCLIFFE, LK WORTH
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410994-15
NEW PLAN EXCEL REALTY TRUST INC TA
HABERSHAM VILLAGE, CORNELIA, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410993-15
NEW PLAN EXCEL REALTY TRUST INC TA
CLOVERDALE VILLAGE, FLORENCE, AL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410991-15
NEW PLAN EXCEL REALTY TRUST INC TA
ST ELMO CENTRAL, CHATTANOOGA, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410990-15
NEW PLAN EXCEL REALTY TRUST INC TA
SWEETWATER VILLAGE, AUSTELL, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411075-15
NEW PLAN EXCEL REALTY TRUST INC TA
CLINTON CROSSING, CLINTON MS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L. POLLACK
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2441-07
NEW PLAN EXCHANGE PROPERTY OWNER I
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2442-07
NEW PLAN NORMANDY SQUARE,LLC
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVE. OF THE AMERICAS
NEW YORK NY 10036

CREDITOR ID: 2443-07
NEW PLAN REALTY OF ALABAMA INC
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW YORK NY 10036

CREDITOR ID: 1645-07
NEW PLAN REALTY TRUST
4536 COLLECTIONS CENTER DRIVE
ACCT# 219006
CHICAGO, IL 60693

CREDITOR ID: 315881-40
NEW PLAN REALTY TRUSTN INC
LEASE# 219006
4536 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 381943-50
NEW PROVIDENCE DEVELOPMENT
COMPANY LIMITED
C/O JOHN M IONSON/ALISTAR
R G HENDERSON, LYFORD CAY
PO BOX N-4820
NASSAU,
BAHAMAS

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

CREDITOR ID: 1646-07
NEWBERRY SQUARE SHOPPING CENTER
L-1342
COLUMBUS, OH 43260

CREDITOR ID: 1647-07
NEWTON ASSOCIATES
C/O RICHARD G HOEFLING, ESQ
7421 CARMEL EXECUTIVE PARK, STE 214
CHARLOTTE, NC 28226

CREDITOR ID: 2444-07
NEWTON DEVELOPMENT, INC
250 WASHINGTON STREET
PRATTVILLE AL 36067

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 411392-97
NEXSEN PRUET ADAMS ET AL
ATTN: JAMES H PULLIAM, ESQ
201 S TRYON ST, STE 1200
CHARLOTTE NC 28202

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET, LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF, ESQ
2525 PONCE DE LEON BLVD, STE 900
CORAL GABLES FL 33134

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET, LLC
C/O LNR PARTNERS, INC
ATTN DANNY VANDER REIS
1601 WASHINGTON AVE, SUITE 700
MIAMI FL 33139

CREDITOR ID: 410881-15
NINE MILE PARTNERS, LTD
C/O HARWELL HOWARD HYNE, ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 2429-07
NKC PROPERTIES
PO BOX 4479
DALTON, GA 30719

CREDITOR ID: 1624-07
NKC PROPERTIES
P O BOX 4479
DALTON GA 30719

CREDITOR ID: 1648-07
NMB PARTNERS L P
ATTN: ELTING L CHAPMAN III
PO BOX 2384
MURRELLS  INLET, SC 29576

CREDITOR ID: 2449-07
NOBLE MANAGEMENT
5821 LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1649-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT  LAUDERDALE FL 33310-0849

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT  LAUDERDALE, FL 33310-0849

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 410883-15
NOM FRANKLIN LTD/HUEYTOWN
C/O HARWELL HOWARD HYNE, ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 2430-07
NOM PROPERTIES INC
P O BOX 680176
PRATTVILLE AL 36068

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO, IL 60674-1689

CREDITOR ID: 410421-15
NORFAM, LLC SUCCESSOR TO CAROLINA
DEVELOPMENT CO
C/O KENNEDY COVINGTON, ET AL
ATTN MARGARET R WESTBROOK
PO BOX 1070
RALEIGH NC 27602-1070

CREDITOR ID: 1650-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE FL 32216

CREDITOR ID: 410853-15
NORMANDY EQUITIES, LTD
ATTN BERNARD E SMITH, VP
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 1651-07
NORTH & SOUTH STATION
DIM VASTGOED NV
C/O DBR ASSET MANAGEMENT INC
1 FINANCIAL PLAZA
FT  LAUDERDALE, FL 33394

CREDITOR ID: 410588-15
NORTH AMERICAN CO LIFE & HEALTH INS
C/O PAUL, HASTINGS, ET AL
ATTN TED SMITH, ESQ
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 411144-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
C/O PAUL HASTINGS JANOFSKY ET AL
ATTN T SMITH, III/C SHARBAUGH, ESQS
600 PEACHTREE STREET NE, SUITE 2400
ATLANTA GA 30308

CREDITOR ID: 410588-15
NORTH AMERICAN CO LIFE & HEALTH INS
BY MIDLAND ADVISORS CO, AS AGENT
ATTN ERIC SILVERGOLD
135 EAST 57TH STREET
NEW YORK NY 10022

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPING CT
ATTN: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS, GA 31904

CREDITOR ID: 1653-07
NORTH HIXSON MARKETPLACE LLC
6111 PEACHTREE DUNWOODY ROAD
BUILDING F  SUITE 203
ATLANTA, GA 30328

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 410364-15
NORTH HIXSON MARKETPLACE, LLC
C/O WILES & WILES
ATTN JOHN J WILES, ESQ
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 1654-07
NORTH MADISON ASSOCIATES LTD
PO BOX 12767
2117 SECOND AVENUE NORTH
BIRMINGHAM, AL 35202-2767

CREDITOR ID: 1655-07
NORTH PORT VILLAGE SHOPPING
CENTER ASSOCIATES LTD
C/O ISRAM REALTY & MANGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 407596-15
NORTH RIDGE SHOPPING CENTER
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN ROBERT M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 2453-07
NORTH SHORE CROSSINGS, LLC
GREAT SOUTH MANAGEMENT, LLC
217 JAMESTOWN PARK RD. SUITE #
BRENTWOOD TN 37027

CREDITOR ID: 1656-07
NORTHCROSS LAND & DEVELOPMENT
PO BOX 403155
ATLANTA, GA 30384

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT LLC
C/O MOORE & VAN ALLEN, PLLC
ATTN CAROLINE HUBBELL, ESQ
100 N TRYON STREET, SUITE 4700
CHARLOTTE NC 28202-4003

CREDITOR ID: 2454-07
NORTHCROSS LAND & DEVELOPMENT LLC
FKA NORTHCROSS LAND &DEVELOPMENT LP
3800 ARCO CORPORATE DR, SUITE 200
CHARLOTTE NC 28273

CREDITOR ID: 1657-07
NORTHEAST PLAZA ASSOCIATES
1345 MAIN STREET, SUITE C 2
SARASOTA, FL 34236-5019

CREDITOR ID: 1658-RJ
NORTHERN FUNDS FBO URBANEK INV
PO BOX 75986
ACCT# 6110329270
CHICAGO, IL 60675-5986

CREDITOR ID: 1659-07
NORTHSIDE ASSOCIATES LLC
C/O GABRIEL JEIDEL
16 EAST 34TH ST., 16TH FLOOR
NEW YORK, NY 10016-4328

CREDITOR ID: 1660-07
NORTHSIDE DEVELOPMENT GROUP
C/O BLANCHARD & CALHOUN COMMER
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909-1808

CREDITOR ID: 1661-07
NORTHSIDE SHOPPING CENTER
C/O TALCOR COMMERCIAL REAL EST
1018 THOMASVILLE RD SUITE 200A
TALLAHASSEE, FL 32303

CREDITOR ID: 1662-07
NORTHWAY INVESTMENTS LLC
C/O DBR ASSET MGMT LLC
1 FINANCIAL PLACE SUITE 2001
FORT  LAUDERDALE, FL 33394

CREDITOR ID: 1663-07
NORTHWEST JUNCTION PARTNERS
C/O NANCY M LANE CCIM
1855 LAKELAND DRIVE
JACKSON, MS 39216-5763

CREDITOR ID: 257461-12
NORTHWEST JUNCTION PARTNERS
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1664-07
NORTHWOOD OAKS LLC PROVIDENCE
PO BOX 60608
CHARLOTTE, NC 28260-0608

CREDITOR ID: 410960-15
NORTHWOOD OAKS, LLC
C/O STRADLEY RONON STEVENS ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 1665-07
NORTHWOOD PLAZA LLC
8302 LAUREL FAIR CIRCLE, STE 100
TAMPA, FL 33610-0637

CREDITOR ID: 2455-RJ
NP OF TENNESSEE LP
1120 AVENUE OF THE AMERICAS,
12TH FLOOR
NEW  YORK NY 10036

CREDITOR ID: 2456-07
OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD, SC 29648-1095

CREDITOR ID: 1667-07
OAKDALE INVESTORS LP
PO BOX 1095
GREENWOOD SC 29648-1095

CREDITOR ID: 411127-15
OAKDALE INVESTORS, LP
LEATHERWOOD WALKER TODD & MANN, PC
ATTN SEANN GRAY TZOUVELEKAS, ESQ
PO BOX 87
GREENVILLE SC 29602-0087

CREDITOR ID: 411127-15
OAKDALE INVESTORS, LP
700 MAIN STREET
DUNCAN SC 29334

CREDITOR ID: 381941-50
OAKES FIELD SHOPPING CENTRE LTD
ATTN: NEIL A MACTAGGART JR.
PO BOX N-1583
NASSAU,
BAHAMAS

CREDITOR ID: 1668-07
OAKS SHOPPING CENTER INC
ATTN: TAMERA T PATITUCCI, EXEC VP
181 TIMACUAN BLVD
LAKE MARY FL 32746

CREDITOR ID: 2457-07
OAKS SHOPPING CENTER INC
ATTN: TAMERA T PATITUCCI, EXEC VP
181 TIMACUAN BLVD
LAKE MARY FL 32746

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 411080-15<br>O'BRIEN KIERNAN INVESTMENT CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 |
| CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT COMPANY<br>1255 POST STREET, SUITE 950<br>SAN  FRANCISCO, CA 94109 | CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>% CHARLES WAYNE PROPERTIES, IN<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 1670-07<br>OCEANWAY PLAZA ASSOC LTD<br>C/O FLETCHER BRIGHT COMPANY<br>1827 POWERS FERRY ROAD<br>ATLANTA, GA 30339 |
| CREDITOR ID: 410526-15<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 315883-40<br>OHIO NATIONAL LIFE INSURANCE CO.<br>C/O PRESTON MORTGAGE CORP<br>5215 N O'CONNOR ROAD<br>SUITE 200<br>IRVING, TX 75039 | CREDITOR ID: 278533-24<br>OLD 97 INC.<br>C/O PHILLIPS EDISON & COMPANY<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 1671-RJ<br>OLD 97, INC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD<br>BUILDING 1478<br>MARIETTA GA 30067 |
| CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 411157-15<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411152-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HOLDERS OF BEAR STEARNS COMMERCIAL<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411151-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD 21201 | CREDITOR ID: 411180-15<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411141-15<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411142-15<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411148-15<br>ORIX CAPITAL MKTS, SERIES 2000-C1<br>HOLDERS OF DUETSCHE MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411137-15<br>ORIX CAPITAL MKTS, SERIES 2000-C4<br>HOLDERS OF LB-UBS COMMERCIAL MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411134-15<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411133-15<br>ORIX CAPITAL MRKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 1675-07<br>ORIX REAL ESTATE CAPITAL MARKET<br>1717 MAIN ST 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE, SUITE 360<br>STOCKTON CA 95219 | CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 410445-15
OSCHIN, SAMUEL, TRUSTEE
C/O SULMEYERKUPETZ, PC
ATTN DAVID S KUPETZ, ESQ.
333 SOUTH HOPE STREET, 35TH FLOOR
LOS ANGELES CA 90071

CREDITOR ID: 410445-15
OSCHIN, SAMUEL, TRUSTEE
BARBARA OSCHIN PRIMICERIO TRUST
ATTN PATRICIA WHITELEY
400 SOUTH HOPE STREET, SUITE 400
LOS ANGELES CA 90071-2806

CREDITOR ID: 1808-07
OSCHIN, SAMUEL, TRUSTEE
BARBARA OSCHIN PRIMICERIO TRUST
10375 WILSHIRE BLVD #8C
LOS ANGELES, CA 90024

CREDITOR ID: 410727-15
OZARK PLACE PARTNERSHIP
C/O KAREM & KAREM
ATTN JOHN W HARRISON JR, ESQ
333 GUTHRIE GREEN, SUITE 312
LOUISVILLE KY 40202

CREDITOR ID: 410727-15
OZARK PLACE PARTNERSHIP
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 1677-07
PAJ
893 FOX CREEK LANE
CINCINNATI OH 45233

CREDITOR ID: 2461-07
PAJ
893 FOX CREEK LANE
CINCINNATI, OH 45233

CREDITOR ID: 1678-07
PALISADES INVESTORS LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 257929-12
PALISADES INVESTORS LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1679-07
PALM AIRE MARKETPLACE
3333 NEW HYDE PARK RD
PO BOX 5020
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 410842-15
PALM AIRE MARKETPLACE, LLC
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL H HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 1680-07
PALM BAY WEST
C/O EDENS & AVANT
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 1681-07
PALM BEACH 2000 INC
C/O DACAR MANAGEMENT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004-0992

CREDITOR ID: 1682-07
PALM COAST CORNERS ASSOC LP
C/O UNITED CORNERS INC
525 PHARR ROAD
ATLANTA, GA 30305

CREDITOR ID: 278534-24
PALM LAKES LLC
2285 EXECUTIVE DRIVE
SUITE 420
LEXINGTON KY 40505

CREDITOR ID: 315885-40
PALM LAKES LLC MEADOWTHROPE MA
C/O COLEMAN GROUP
2285 EXECUTIVE DRIVE
LEXINGTON, KY 40505

CREDITOR ID: 278656-24
PALM LAKES, LLC
MODERN WOODMEN OF AMERICA
1701-1ST AVENUE
ROCK ISLAND IL 61201

CREDITOR ID: 2462-07
PALM TRAILS PLAZA
C/O REGENCY CENTERS L P
PO BOX 2718
JACKSONVILLE FL 32232

CREDITOR ID: 1683-07
PALM TRAILS PLAZA
C/O REGANCY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
PO BOX 3146
JOHNSON CITY, TN 37602

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
C/O HERNDON COLEMAN BRADING & MCKEE
ATTN EDWARD T BRADING, ESQ
PO BOX 1160
JOHNSON CITY TN 37605-1160

CREDITOR ID: 2463-07
PALMETTO PLACE CENTER LLC
PO BOX 125
HONEA PATH, SC 29654

CREDITOR ID: 1684-07
PALMETTO PLACE CENTER LLC
PO BOX 125
HONEA  PATH SC 29654

CREDITOR ID: 384279-47
PAMALEE PLAZA ASSOCIATION
C/O SWAIN MANAGEMENT LLC
1111 MILITARY CUTOFF ROAD, STE 251
WILMINGTON, NC 28405

CREDITOR ID: 384279-47
PAMALEE PLAZA ASSOCIATION
C/O BLANCO, TACKABERRY, ET AL
ATTN GENE B TARR, ESQ
PO DRAWER 25008
WINSTON-SALEM NC 27114-5008

CREDITOR ID: 1685-07
PARADISE ISLE LLC
C/O L W CAVE REAL ESTATE INC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 1686-07
PARK PLAZA LLC
C/O REYNOLDS PROPERTIES INC
147 BROWN RIVER ROAD
LEXINGTON, SC 29072

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 408348-15
PARK PLAZA, LLC
C/O RICHARDSON PLOWDEN ET AL
ATTN S NELSON WESTON, JR, ESQ
PO BOX 7788
COLUMBIA SC 29202

CREDITOR ID: 2465-07
PARK SLOPE DEVELOPMENT CORPORATION
ATTN: LENARD THYLAN, PRES.
369 LEXINGTON AVENUE
NEW YORK NY 10017

CREDITOR ID: 2466-07
PARKLAND PARTNERSHIP LP
PO BOX 8509
COLUMBIA, SC 29202

CREDITOR ID: 1688-07
PARKLAND PARTNERSHIP LP
POST OFFICE BOX 8509
COLUMBIA SC 29202

CREDITOR ID: 1689-RJ
PARKVIEW SQUARE OWNER CORPORATION
LASALLE BANK NA ACCT# 721810.1
135 SOUTH LASALLE ST SUITE 162
CHICAGO, IL 60603

CREDITOR ID: 315886-40
PARKWAY PLAZA
PO BOX 1152
BARBOURVILLE, KY 40906-1152

CREDITOR ID: 1690-07
PARKWOOD PLAZA SHOPPING CENTER
C/O CASTO
191 W NATIONWIDE BLVD STE 200
COLUMBUS, OH 43215-2568

CREDITOR ID: 278535-24
PARKWOOD VILLAGE
C/O HJ BROWN COMPANIES
7667B LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 1691-RJ
PARKWOOD VILLAGE JOINT VENTURE
C/O HJ BROWN COMPANIES
7667B LAKE WORTH ROAD
LAKEWORTH, FL 33467

CREDITOR ID: 410527-15
PARKWOOD VILLAGE JOINT VENTURE
C/O THE BROWN COMPANIES
ATTN ALFRED BROWN
7753 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 410887-15
PASCAGOULA PROPERTIES, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 1692-07
PASS CHRISTIAN VILLAGE
P O BOX 1260
RIDGELAND MS 39158

CREDITOR ID: 2467-07
PASS CHRISTIAN VILLAGE
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 1694-07
PATTON PLAZA LLC
8242 MARSH POINTE DRIVE
MONTGOMERY AL 36117

CREDITOR ID: 2468-07
PATTON PLAZA LLC
C/O CAPELL & HOWARD PC
ATTN JAMES L WEBB, ESQ
150 SOUTH PERRY STREET
PO BOX 2069
MONTGOMERY AL 36102-2069

CREDITOR ID: 2468-07
PATTON PLAZA LLC
ATTN ANNE D KING, MEMBER
8242 MARSH POINTE DRIVE
MONTGOMERY, AL 36117

CREDITOR ID: 278536-24
PAUL S. ELKIN, ESQ.
1201 CENTRAL PARK BOULEVARD
FREDERICKSBURG VA 22401

CREDITOR ID: 315888-40
PAVIT COMPLEX INC
C/O THE TROTMAN COMPANY
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1695-07
PAW CREEK CROSSING
C/O LAT PURSER & ASSOCIATES
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 1696-RJ
PEACH ORCHARD CENTER
2743 PERIMETER PARKWAY
BUILDING 100 SUITE 370
AUGUSTA, GA 30909

CREDITOR ID: 278537-24
PEACH ORCHARD CENTER LLC
3152 WASHINGTON ROAD
AUGUSTA GA 30907

CREDITOR ID: 1697-RJ
PEACHTREE PARKWAY PLAZA
C/O MCW RC GA PEACHTREE PKWY
PO BOX 534276
ATLANTA, GA 30353-4276

CREDITOR ID: 1698-07
PEARL BRITTAIN INC
ATTN: CYNTHIA FLETCHER
1422 BURTONWOOD DRIVE
GASTONIA, NC 28054

CREDITOR ID: 2469-07
PEARL BRITTAIN, INC.
ATTN:  MR. JOSEPH PEARSON
710 SOUTH MARIETTA STREET
GASTONIA NC 28052

CREDITOR ID: 258229-12
PEARL RAMSLAND
44021 VISTA ROAD
ISLE MN 56342

CREDITOR ID: 1486-07
PEARLMAN, JEROME H AND FAITH  TR
C/O JEROME H AND FAITH PERLMAN
828 WOODACRES ROAD
SANTA MONICA CA 90402

CREDITOR ID: 1699-07
PELICAN ASSOCIATES
C/O GREYHAWKE CAPITAL ADVISORS
ATTN MARK L PLAUMANN, MGR
340 PEMBERWICK ROAD, 1ST FLOOR
GREENWICH CT 06831

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 2470-07
PELICAN ASSOCIATES
C/O INGBER & KLAPPER LLP
575 LEXINGTON AVENUE, 31ST FLO
NEW YORK NY 10022

CREDITOR ID: 1700-07
PELL CITY MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1701-07
PENINSULA UTILITIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2471-07
PENINSULA UTILITIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 1702-07
PENMAN PLAZA ASSOCIATES LTD
3715 NORTHSIDE PKWY NW
300 NORTHCREEK STE 105
ATLANTA, GA 30327

CREDITOR ID: 381937-15
PENMAN PLAZA ASSOCIATES, LTD
C/O FORD BOWLUS DUSS MORGAN ET AL
ATTN MICHAEL BOWLUS, ESQ
10110 SAN JOSE BLVD
JACKSONVILLE FL 32257

CREDITOR ID: 1703-07
PEREGINE PROPERTIES LP
C/O PRINCIPLE MUTUAL LIFE
ASSURANCE #399570
PO BOX 10387
DES MOINES, IA 50306-0387

CREDITOR ID: 2472-07
PEREGRINE PROPERTIES L P
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 278659-25
PEREGRINE PROPERTIES LP
FIRST NATIONAL BANK
PO BOX 400
101 E. BRIDGE STREET
GRANBURY TX 76048

CREDITOR ID: 278658-24
PEREGRINE PROPERTIES LP
DOC'S GYM INC.
ATTN: DR. DAVID WILLIAMS
1101 WALNUT CREEK DRIVE
MANSFIELD TX 76063

CREDITOR ID: 278657-25
PEREGRINE PROPERTIES LP
ALLIED CAPITAL CORPORATION
PO BOX 630796
BALTIMORE MD 21263-0796

CREDITOR ID: 278539-24
PEREGRINE PROPERTIES LP
ATTN: COMMERCIAL REAL ESTATE
LOAN ADMINISTRATOR
REF. NO. 750418
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 278538-24
PEREGRINE PROPERTIES LP
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 411079-15
PEREGRINE PROPERTIES LP, BY
CLEARVIEW INVESTMENT LTD, AGENT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 1704-07
PERIMETER PLACE ASSOCIATES
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533-0269

CREDITOR ID: 258375-12
PERIMETER PLACE ASSOCIATES
ATTN FRANCIS LOTT, PRESIDENT
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533-0269

CREDITOR ID: 1705-07
PERIPETY GROUP INC  C/O COMM P
3605 SANDY PLAINS RD, SUITE 240-178
MARIETTA, GA 30066

CREDITOR ID: 278540-25
PG-1 DEVELOPMENT COMPANY
CENTURY 21 GRIMES & ASSOCIATES
PO BOX 664
GEORGETOWN SC 29442

CREDITOR ID: 407609-15
PG-1 DEVELOPMENT COMPANY
C/O ROBINSON BARTON MCCARTHY ET AL
ATTN W E CALLOWAY, ESQ
PO BOX 12287
COLUMBIA SC 29211-2287

CREDITOR ID: 2475-07
PHIL & SHARON DRAKE
106 PALMER STREET
FRANKLIN NC 28734

CREDITOR ID: 2476-07
PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 2477-07
PHOENIX JR INC
PO BOX 3211
CLEARWATER, FL 33767

CREDITOR ID: 1706-07
PHOENIX JR INC
P O BOX 3211
CLEARWATER FL 33767

CREDITOR ID: 2478-07
PICKENS NALLEY, LP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2478-07
PICKENS NALLEY, LP
GARRET PICKENS PARTNERSHIP, LP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 1707-07
PINAR ASSOC SC CO LTD
C/O SOUTHERN MANAGEMENT & DEV
PO BOX 11229
KNOXVILLE, TN 37939-1229

CREDITOR ID: 1708-07
PINE ISLAND SHOPPING CENTER
C/O THE BIRCH CO
PO BOX 61156
FT MYERS, FL 33906

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>ATTN CATHY HOSN, PROP MGR<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA  RATON, FL 33432 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>LAW OFFICES OF JEFFREY SOLOMON<br>ATTN JEFFREY SOLOMON, ESQ.<br>3864 SHERIDAN STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 1710-RJ<br>PINEL LP<br>C/O COMERICA BANK - TEXAS<br>PO BOX 891534<br>DALLAS, TX 75389-1534 |
| CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY, FL 32056 | CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 1712-07<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>C/O FLOWERS CONSTRUCTION CO<br>ATTN: REBECCA COTTO<br>113 BASCOM COURT, SUITE A<br>COLUMBUS, GA 31909-8562 | CREDITOR ID: 1714-07<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING<br>7421 CARMEL EXECUTIVE PARK<br>CHARLOTTE, NC 28226 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 399437-15<br>PLANK ROAD PARTNERSHIP<br>ATTN JAMES H SCHULTZ<br>3111 FAIRWAY DRIVE<br>BATON ROUGE LA 70809 | CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>ATTN: EDMUND TERRY<br>211 ALEXANDER PAM RD<br>BOCA RATON FL 33432 | CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>AMSOUTH PLAZA, 17TH FLOOR<br>210 E CAPITAL STREET<br>JACKSON MS 39225-2567 |
| CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | CREDITOR ID: 315833-40<br>PLUNKETT, H C<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE, MS 38606 | CREDITOR ID: 1403-07<br>PLUNKETT, H.C.<br>PO BOX 5306<br>JACKSON MS 39296-5306 |
| CREDITOR ID: 1402-07<br>PLUNKETT, H.C.<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE MS 38606 | CREDITOR ID: 315834-40<br>PLUNKETT, HC<br>PO BOX 5306<br>JACKSON, MS 39296-5306 | CREDITOR ID: 384294-47<br>PMG OCEAN ASSOCIATES II, LLC<br>C/O WANDER & ASSOCIATES, PC<br>ATTN DAVID WANDER, ESQ<br>641 LEXINGTON AVE<br>NEW YORK NY 10022 |
| CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD<br>SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 278542-24<br>PNC<br>230 S. TRYON STREET<br>SUITE 700<br>CHARLOTTE NC 28202 | CREDITOR ID: 315890-40<br>PNC BANK<br>REF: ORIX CAPITAL MARKETS LLC<br>1200 E CAMPBELL ROAD<br>SUITE 108<br>RICHARDSON, TX 75081 |
| CREDITOR ID: 1718-RJ<br>PNC BANK PHILADELPHIA<br>LOCKBOX 31001-0363<br>465 N HALSTEAD<br>PASADENA, CA 91107-1524 | CREDITOR ID: 1918-07<br>POMPANO MARKETPLACE T/A WESTERN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 1720-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE NC 28305 | CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 258311-12<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 |

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 | CREDITOR ID: 1721-07<br>POPPS FERRY MS DEV<br>P O BOX 81322<br>MOBILE AL 36689 |
| CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 |
| CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 384327-47<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 |
| CREDITOR ID: 278543-24<br>PREMIER PLAZA ASSOCIATES LLC<br>3060 PEACHTREE ROAD<br>SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 1724-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>3060 PEACHTREE RD STE 1850<br>ATLANTA GA 30305 | CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 |
| CREDITOR ID: 278660-24<br>PREMIER PLAZA ASSOCIATES, LLC<br>HU MEENA PRESIDENT<br>TELEPAK INC.<br>125 S. CONGRESS STREET<br>SUITE 1000<br>JACKSON MS 39201 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, LP<br>1717 WOODSTEAD COURT<br>THE  WOODLANDS TX 77380-0077 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, LP<br>C/O HENDERSON FRANKLIN STARNES<br>ATTN DOUGLAS B SZABO, ESQ<br>PO BOX 280<br>FORT MYERS FL 33902-0280 |
| CREDITOR ID: 1725-RJ<br>PRESTONBURG VILLAGE SHOP CENTER<br>L-1342<br>COLUMBUS, OH 43260-1342 | CREDITOR ID: 1726-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE NC 28204-2857 | CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 |
| CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN:  TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE, OH 43952 | CREDITOR ID: 278544-24<br>PRINCIPAL<br>711 HIGH STREET<br>DES MOINES IA 50392-0301 |
| CREDITOR ID: 1729-07<br>PRINCIPAL CAPITAL MANAGEMENT<br>LOAN #751639<br>PO BOX 8245<br>DES MOINES, IA 50301-8245 | CREDITOR ID: 1730-07<br>PRINCIPAL LIFE INSURANCE CO<br>C/O PRINCIPAL CAPITAL MGMT LN#75<br>ATTN:  CONNIE COLE<br>801 GRAND AVE<br>DES MOINES, IA 50392 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 2484-07<br>PRINCIPAL LIFE INSURANCE CO.<br>C/O CARDINAL CAPITAL PARTNERS<br>8214 WESTCHESTER DRIVE 9TH FLO<br>DALLAS TX 75225 | CREDITOR ID: 1740-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN D 751385<br>DES  MOINES IA 50306-0387 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 2485-07
PRINCIPAL LIFE INSURANCE COMPA
C/O CARDINAL CAPITAL PARTNERS
8214 WESTCHESTER DRIVE 9TH FLO
DALLAS TX 75225

CREDITOR ID: 278545-24
PRINCIPAL LIFE INSURANCE COMPANY
ATTN: COMMERCIAL R/E LOAN ADMINISTR
801 GRAND AVENUE
DES MOINES IA 50392-0001

CREDITOR ID: 1737-07
PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 10387
LOAN# 750412
DES  MOINES, IA 50309

CREDITOR ID: 1741-07
PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 10387
LOAN# 399571
DES MOINES, IA 50306-0387

CREDITOR ID: 1743-07
PROCACCI COMMERICAL REALTY INC
PO BOX 93-4246
MARGATE FL 33063-4246

CREDITOR ID: 2486-07
PROCACCI COMMERICAL REALTY INC
PO BOX 93-4246
MARGATE, FL 33063-4246

CREDITOR ID: 1745-07
PROFESSIONAL MORTGAGE CO INC
PO BOX 1806
LOCATION 1235
GREENVILLE, SC 29602-1806

CREDITOR ID: 1744-07
PROFESSIONAL MORTGAGE CO INC
PO BOX 1806
LOCATION 1023
GREENVILLE SC 29602-1806

CREDITOR ID: 1747-07
PROM VENTURE LIMITED PARTNERSHIP
C/O GUMBERG ASSET MGMT CORP
PO BOX 951559
CLEVELAND, OH 44193-0124

CREDITOR ID: 2487-07
PROMENADES MALL (E & A), LLC
900 NATIONS BNK PLZ, 1901 MAIN
ATTN: JODIE MCLEAN
COLUMBIA SC 29202

CREDITOR ID: 1746-07
PROMENADES MALL, LLC
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 2488-07
PROPERTY CONCEPTS INC
545 WATERGATE CT
ROSWELL GA 30076-3239

CREDITOR ID: 2489-07
PROPERTY ONE, INC.
2014 WEST PINHOOK ROAD
SUITE 705
LAFAYETTE LA 70508-8505

CREDITOR ID: 408375-15
PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 278546-24
PROVIDENT BANK
3124 W. BROAD STREET
RICHMOND VA 23230

CREDITOR ID: 410387-15
PRUDENTIAL CO - LAKE CITY
SHOPPING CENTER INVESTMENT LP
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410392-15
PRUDENTIAL CO - ST JOHN'S COMMONS
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410391-15
PRUDENTIAL CO - STILES CORPORATION
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 2245-07
PS FRANKLIN, LTD
ATTN FRED CHIKOVSKY, GP
1720 HARRISON STREET
HOLLYWOOD FL 33020

CREDITOR ID: 2244-07
PS FRANKLIN, LTD
ATTN FRED CHIKOVSKY, GP
1720 HARRISON STREET, SUITE 7-A
HOLLYWOOD FL 33020

CREDITOR ID: 397210-67
PS TURFWAY, LLC
C/O PARTY SOURCE
95 RIVERIA DRIVE
BELLEVUE KY 41073

CREDITOR ID: 1748-RJ
PSI OF LOUISIANA INC
PO BOX 80673
LAFAYETTE LA 70598

CREDITOR ID: 2490-RJ
PSI OF LOUISIANA INC
PO BOX 80673
LAFAYETTE, LA 70598

CREDITOR ID: 1749-07
PSMA LTD AP FLA FP FLA TIC
C/O PHILIPS INTL HOLDING CORP
295 MADISON AVE 2ND FLOOR
NEW YORK, NY 10017-5820

CREDITOR ID: 1750-07
QUAIL ROOST ASSOC. PARTNERSHIP
1575 SAN IGNACIO AVE STE 100
CORAL GABLES, FL 33146

CREDITOR ID: 1751-07
QUAIL RUN VILLAGE
ATTN F CARRINGTON OR R DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 410959-15
QUINCY ASSOCIATES
C/O STRADLEY RONON STEVENS, ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1752-07
QUINCY ASSOCIATES LTD
PO BOX 999
CHADDS  FORD PA 19317

CREDITOR ID: 2491-07
QUINCY ASSOCIATES LTD
PO BOX 999
CHADDS FORD, PA 19317

CREDITOR ID: 315891-40
R&G ASSOCIATES
8235 DOUGLAS AVENUE
SUITE 815 LB - 49
DALLAS, TX 75225

CREDITOR ID: 278661-24
R&G ASSOCIATES
HELLER FINANCIAL INC.
500 WEST MONROE STREET
15TH FLOOR
CHICAGO IL 60661

CREDITOR ID: 1753-RJ
R&G ASSOCIATES
11300 N CENTRAL EXPWY, SUITE 407
DALLAS, TX 75243

CREDITOR ID: 399733-15
R&G ASSOCIATES DBA
MARKETPLACE PARTNERS LTD
ATTN GEORGE ALLEN, MGR
8235 DOUGLAS AVENUE, STE 815, LB-49
DALLAS TX 75225

CREDITOR ID: 1755-07
RAB LAND & DEVELOPMENT INC
PO BOX 46345
ST  PETERSBURG  BEACH FL 33741-6345

CREDITOR ID: 2493-07
RAB LAND & DEVELOPMENT INC
PO BOX 46345
ST PETERSBURG  BEACH, FL 33741-6345

CREDITOR ID: 278548-25
RADCLIFF PLAZA PARTNERS
PO BOX 12310
LEXINGTON KY 40582

CREDITOR ID: 1756-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN AL 35902

CREDITOR ID: 2494-07
RAINBOW MARKETPLACE LLC
PO BOX 346
GADSDEN, AL 35902

CREDITOR ID: 1757-07
RAINBOW SPRINGS VENTURES LC
C/O CHASE ETERPRISES
ONE COMMERCIAL PLAZA
HARTFORD, CT 06103

CREDITOR ID: 259207-12
RAINBOW SPRINGS VENTURES, LC
C/O CHASE ENTERPRISES
ATTN CHERYL A CHASE
229 ASYLUM STREET, 29TH FLOOR
HARTFORD, CT 06103

CREDITOR ID: 2495-07
RAINSAN PROPERTIES,LLC
C/O KIN PROPERTIES, INC
185 NW SPANISH RIVER BLVD, STE
BOCA  RATON FL 33431-4230

CREDITOR ID: 259220-12
RALPH MEITIN FAMILY PARTNERSHIP LTD
ATTN JULIAN R MEITIN, GP
PO BOX 162732
ALTAMONTE SPRINGS, FL 32716-2732

CREDITOR ID: 1758-07
RALPH MEITIN FAMILY PARTNERSHIP LTD
ATTN JULIAN R MEITIN, GP
PO BOX 162732
ALTAMONTE SPRINGS, FL 32716-2732

CREDITOR ID: 1759-07
RAMCO USA DEVELOPMENT INC
PO BOX 2291
174 WEST COMSTOCK AVE, SUITE 100
WINTER PARK, FL 32790

CREDITOR ID: 279491-99
RAMCO-GERSHENSON PROPERTIES LP
C/O KUPELIAN ORMOND & MAGY PC
ATTN P MAGY/ T HILLER JR/M THOMPSON
25800 NORTHWESTERN HWY, STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 1760-07
RANDALL BENDERSON 1993-1 TRUST
BRADEN RIVER PO
LEASE# S3641
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 410952-15
RANDALL BENDERSON 1993-1 TRUST &
WR-II ASSOCIATES, LTD
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVE
BUFFALO NY 14202

CREDITOR ID: 1761-07
RANDY ROARK
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 1762-07
RAPPAPORT MANAGEMENT CO
8405 GREENSBORO DRIVE
SUITE 830
MCLEAN, VA 22102-5118

CREDITOR ID: 259302-12
RAYNE PLAZA SHOPPING CENTER
C/O BESLIN & CUNNINGHAM, LLC
ATTN DENALD A BESLIN, ESQ
800 NORTH POLK STRRET
PO BOX 258
RAYNE, LA 70578-0258

CREDITOR ID: 1763-07
RAYNE PLAZA SHOPPING CENTER
P.O. BOX 258
RAYNE LA 70578-0258

CREDITOR ID: 2497-07
RAYNE PLAZA SHOPPING CENTER
PO BOX 258
RAYNE, LA 70578-0258

CREDITOR ID: 2498-07
REAL EQUITIES LMTD. PARTNERSHIP II
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

CREDITOR ID: 2499-07
REALTY MANAGEMENT CONSULTANTS INC.
PO BOX 137
GREENDALE WI 53129-0137

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 259355-12<br>RED OAK SHOPPING CENTER LLC<br>C/O SPECTRUM CAUBLE MANAGEMENT LLC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 1764-07<br>RED OAK SHOPPING CENTER LLC<br>5871 GLENRIDGE DRIVE<br>SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 259355-12<br>RED OAK SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN BETH T BAER, ESQ<br>3535 PIEDMONT RD, BLDG 14, STE 1100<br>ATLANTA GA 30305 |
| CREDITOR ID: 2500-07<br>REDD REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BUILDING 10 SUITE 101<br>ATLANTA GA 30327-3052 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES, LTD<br>C/O COURTELIS CO<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 |
| CREDITOR ID: 1767-07<br>REGENCY CENTERS INC<br>MARINERS VILLAGE<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 1766-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 2501-07<br>REGENCY CENTERS INC<br>C/O MAIN STREET SQUARE<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 2502-07<br>REGENCY CENTERS, LP<br>121 W FORSYTH STREET, STE. 200<br>JACKSONVILLE FL 32202 | CREDITOR ID: 408263-99<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2503-07<br>REGENCY REALTY GROUP, INC.<br>PO BOX 2718<br>JACKSONVILLE FL 32232 |
| CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK, IL 60302 | CREDITOR ID: 1769-07<br>REGENCY SAVINGS BANK FSB<br>ATTN: COMMERCIAL LOAN SAVINGS<br>11 WEST MADISON<br>OAK  PARK, IL 60302 | CREDITOR ID: 1770-07<br>REGENT INVESTMENT CORPORATION<br>222 THIRD STREET SE<br>SUITE 230<br>CEDAR  RAPIDS, IA 52401 |
| CREDITOR ID: 410779-15<br>REGIONS BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 2104 | CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 1771-07<br>RETAIL CENTER HAMPTON LLC<br>C/O T&F PROPERTIES<br>153 GREENVILLE STREET S W<br>AIKEN, SC 29801 |
| CREDITOR ID: 2505-07<br>RETAIL CENTER HAMPTON LLC<br>378 KNOLLWOOD DRIVE<br>CHARLESTON WV 25302 | CREDITOR ID: 1772-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 |
| CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON, GA 31208 | CREDITOR ID: 2507-07<br>RETREAT VILLAGE MANAGEMENT CO,LLC<br>PO BOX 5046<br>MACON GA 31208 | CREDITOR ID: 1774-07<br>RIAL CORPORATION<br>C/O WILLIAM C STILLWAGON<br>319 SOUTH MAPLE AVE<br>GREENSBURG, PA 15601-3218 |
| CREDITOR ID: 2508-07<br>RICHARD A NEWMAN<br>ARENT FOX KINTNER PLOTKIN & KA<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 | CREDITOR ID: 1775-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS TX 76067 | CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS, TX 76067 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 2510-07
RICHARD J. LINDNER
111 GILES AVENUE
JERSEY  CITY NJ 07306

CREDITOR ID: 1776-RJ
RIDGEVIEW INC
PO BOX 6895
RICHMOND VA 23230-6895

CREDITOR ID: 2511-RJ
RIDGEVIEW INC
ATTN RODNEY M POOLE, ESQ
PO BOX 6895
RICHMOND, VA 23230-6895

CREDITOR ID: 315892-40
RIDGEWOOD SQUARE LLC
PO BOX 4782
MARTINSVILLE, VA 24115

CREDITOR ID: 1777-07
RILEY PLACE LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 410376-15
RILEY PLACE LLC
C/O EMMANUEL, SHEPPARD & CONDON
ATTN SALLY BUSSELL FOX, ESQ
30 S SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 410376-15
RILEY PLACE LLC
4222 HIGHWAY 90
PACE FL 32571

CREDITOR ID: 315893-40
RINCON ASSOCIATES
C/O GARY JUSTER
303 SOUTH BROADWAY SUITE 450
TARRYTOWN, NY 10591-5410

CREDITOR ID: 1778-07
RIVER OAKS
C/O HUGHES REAL ESTATE INC
PO BOX 2567
GREENSVILLE, SC 29602

CREDITOR ID: 408299-99
RIVER OAKS PARTNERSHIP
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD
SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1779-07
RIVERWALK PLAZA JOINT VENTURE
PO BOX 409436
ACCT#3068899810
ATLANTA, GA 30384-9436

CREDITOR ID: 2516-07
RIZIKA, ROBERT N
107 WINDWARD DR
PALM BEACH GARDENS, FL 33418-4012

CREDITOR ID: 1780-07
RK ASSOCIATES
PO BOX 111
DEDHAM MA 02027-0111

CREDITOR ID: 2512-07
RK ASSOCIATES
PO BOX 111
DEDHAM, MA 02027-0111

CREDITOR ID: 410968-15
RK HALLANDALE LP & 17070 COLLINS
AVE SHOPPING CENTER, LP
C/O MORGAN LEWIS & BOCKIUS, LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVE
NEW YORK NY 10178

CREDITOR ID: 279492-99
RLV MARKETPLACE LP
C/O KUPELIAN ORMOND & MAGY PC
ATTN P MAGY/T HILLER JR/M THOMPSON
25800 NORTHWESTERN HWY, STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 315894-40
RM SMITH INVESTMENTS
PO BOX 3468
JACKSON, MS 39207

CREDITOR ID: 410469-15
RMC PROPERTY GROUP
ATTN KIMBERLY LAMB, VP OPERATIONS
1733 W FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 2513-07
ROANOKE LANDING, LTD
C/O NEW PLAN EXCEL REALTY TRUS
1120 AVENUE OF THE AMERICAS 12
NEW  YORK NY 10036

CREDITOR ID: 2496-07
ROARK, RANDY
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1782-07
ROBERT G  HORSMAN
90 ELM LANE
SHREWSBURY NJ 07702

CREDITOR ID: 2514-07
ROBERT G  HORSMAN
90 ELM LANE
SHREWSBURY NJ 07702

CREDITOR H 1783-07
ROBERT H PALMER JR
PO BOX 3146
JOHNSON  CITY TN 37602

CREDITOR ID: 259785-12
ROBERT M BARRETT INC
ATTN ROBERT M BARRETT, PRES
PO BOX 31802
PALM BEACH GARDENS, FL 33420

CREDITOR ID: 1784-07
ROBERT N RIZIKA
107 WINDWARD DR
PALM  BEACH GARDENS FL 33418-4012

CREDITOR ID: 1785-07
ROBERTSDALE DEV LLC
P O BOX 81322
MOBILE AL 36689

CREDITOR ID: 2517-07
ROBERTSDALE DEV LLC
PO BOX 81322
MOBILE, AL 36689

SERVICE LIST
**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1787-07<br>ROEBUCK VENTURES LTD<br>C/O JP PROPERTIES INC<br>135 PARKSIDE CLOSE<br>ALPHARETTA GA 30022 | CREDITOR ID: 2519-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD.<br>UNIVERSITY  PARK FL 34201 |
| CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY  PARK FL 34201 | CREDITOR ID: 410955-15<br>RONALD BENDERSON 1995 TR/BENDERSON<br>85-1 TRUST AKA RON-BEN ASSOCS<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 |
| CREDITOR ID: 1788-07<br>RONALD BENDERSON 1995 TRUST<br>BRADENTON RIVER POST OFFICE<br>PO BOX 21199<br>BRADENTON FL 34204-1199 | CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 1790-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON NC 27536-0108 |
| CREDITOR ID: 2521-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON, NC 27536-0108 | CREDITOR ID: 278550-25<br>ROXBOROUGH ASSOCIATES LLC<br>PO BOX 1359<br>605 S. MORGAN STREET<br>ROXBORO, NC 27573 | CREDITOR ID: 1791-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>PO BOX 1359<br>ROXBORO NC 27573 |
| CREDITOR ID: 2522-RJ<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ<br>PO BOX 51429<br>DURHAM NC 27717 | CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 1793-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH  BAY FL 33493 |
| CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM, AL 35203-2767 | CREDITOR ID: 315897-40<br>ROYAL INDEMNITY COMPANY<br>C/O LAUREATE CAPITAL CORP<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 | CREDITOR ID: 403228-92<br>ROYAL OAKS BRANDON LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVE SOUTH<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG, FL 33743 | CREDITOR ID: 1796-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE FL 33154-6612 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE, FL 33154-6612 |
| CREDITOR ID: 1797-07<br>ROYALS O K LUNCH INC<br>324 SW 16TH ST<br>BELLE  GLADE FL 33430-2824 | CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE VP<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | CREDITOR ID: 1754-07<br>RP BARREN RIVER LLC<br>PO BOX 643003<br>CINCINNATI, OH 45264-3003 |
| CREDITOR ID: 2527-07<br>RP BARREN RIVER, LLC<br>%USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 410739-15<br>RP BARREN RIVER, LLC<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                           **CASE:   05-03817-3F1**

CREDITOR ID: 1798-07
RSSC LLC
31500 NORTHWESTERN HWY, STE 300
FARMINGTON HILLS, MI 48334-3113

CREDITOR ID: 2661-07
RUBEN, WAYNE
570 DELAWARE AVENUE
BUFFALO, NY 14202

CREDITOR ID: 1799-07
RUDCO PROPERTIES INC
365 W PASSAIC ST
ROCHELLE  PARK NJ 07662

CREDITOR ID: 2528-07
RUDCO PROPERTIES INC
365 W PASSAIC ST
ROCHELLE PARK, NJ 07662

CREDITOR ID: 2529-07
RUSHMORE FRIENDSHIP L.L.C.
C/O RUSHMORE PROPERTIES, L.P.
414 NORTH ORLEANS SUITE 210
CHICAGO IL 60610

CREDITOR ID: 1800-07
RUSHMORE FRIENDSHIP LLC
C/O SOUTHERN MGMT & DEVELOPMENT
PO BOX 11229
KNOXVILLE, TN 37919

CREDITOR ID: 1801-07
RUTH GUEST HOUSE INC
BOULDER VENTURE SOUTH LLC
2226 SR 580
CLEARWATER, FL 33763

CREDITOR ID: 1802-07
RUTH S SMITH SNODGRASS AIRES
308 RUNNING WINDS LANE
MAITLAND, FL 32751

CREDITOR ID: 2329-07
RUTLAND, JAMES W. III
PO BOX 230758
MONTGOMERY AL 36123

CREDITOR ID: 2330-07
RUTLAND, JAMES W. JR.
DALRAIDA PROPERTIES, INC.
PO BOX 230758
MONTGOMERY AL 36123-0758

CREDITOR ID: 2492-07
RV MANAGEMENT COMPANY
9100 BATTLE POINT DRIVE NE
BAINBRIDGE  ISLAND WA 98110-1482

CREDITOR ID: 2492-07
RV MANAGEMENT COMPANY
C/O FARMER & READY
ATTN DAVID FARMER/PAUL READY, ESQS
1254 MARSH STREET
PO BOX 1443
SAN LUIS OBISPO CA 93406

CREDITOR ID: 408236-15
RV MANAGEMENT COMPANY
ATTN TIMOTHY CARMEL, MGG PARTNER
1023 NIPOMO STREET, SUITE 150
SAN LUIS OBISPO CA 93401

CREDITOR ID: 1803-07
S&C PROPERTIES
1100 SPRING ST NW, BLDG 550
ATLANTA GA 30309

CREDITOR ID: 2530-07
S&C PROPERTIES
1100 SPRING STREET NW
BUILDING 550
ATLANTA, GA 30309

CREDITOR ID: 278551-24
S. W. WALLACE
3001 BRISTOL HIGHWAY
JOHNSON CITY TN 37601

CREDITOR ID: 315887-40
SADE, PAUL & ELEANOR, TRUSTEES
585 PT SAN PEDRO RD
SAN RAFAEL, CA 94901

CREDITOR ID: 315899-40
SAFEWAY INC PROPERTY
DEVELOPMENT ASSOCIATION
4834 COLLECTIONS CENTER DRIVE
FACILITY NO 98-5436-01-01
CHICAGO, IL 60693-3229

CREDITOR ID: 315898-40
SAFEWAY INC., PROPERTY
DEVELOPMENT ASSOCIATION
4834 COLLECTIONS CENTER DRIVE
FACILITY # 98-5435-01-01
CHICAGO, IL 60693-3229

CREDITOR ID: 278552-24
SAITHMARK PROPERTIES LLC
100 CENTERVIEW DRIVE
SUITE 120
BIRMINGHAM AL 35216

CREDITOR ID: 1804-07
SALEM CROSSING SHOPPING CENTER
C/O SPECTRUM REALTY ADVISORS INC
5871 GLENRIDGE DRIVE
ATLANTA, GA 30328

CREDITOR ID: 260327-12
SALEM CROSSING SHOPPING CENTER LLC
C/O SPECTRUM REALTY ADVISORS INC
5871 GLENRIDGE DRIVE, SUITE 400
ATLANTA, GA 30328

CREDITOR ID: 260327-12
SALEM CROSSING SHOPPING CENTER LLC
C/O BALCH & BINGHAM LLP
ATTN BETH T BAER, ESQ
3535 PIEDMONT RD, BLDG 14, STE 1100
ATLANTA GA 30305

CREDITOR ID: 1805-07
SALEMO VILLAGE SHOPPING CENTER
C/O EQUITY ONE REALTY MGMT INC
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

CREDITOR ID: 315900-40
SALERNO VILLAGE SHOPPING CENTER
C/O EQUITY ONE REALITY MGMT INC
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH, FL 33179

CREDITOR ID: 410785-15
SALERNO VILLAGE SHOPPING CENTER LLC
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 1806-07
SAM DEVELOPMENT ASSOCIATES, LLC
PO BOX 826107
PHILADELPHIA, PA 19182-6107

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

CREDITOR ID: 2531-07
SAM DEVELOPMENT ASSOCIATES, LLC
C/O BRYANT ASSET MANAGEMENT
104 SMITH AVD
MOUNT KISCO NY 10549-2816

CREDITOR ID: 410481-15
SAM DEVELOPMENT ASSOCIATES, LLC
C/O BROWN RAYSMAN MILLSTEIN ET AL
ATTN JAMES J VINCEQUERRA, ESQ
900 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 1807-07
SAMUEL C ROPER
1209 CHICHESTER ST
ORLANDO FL 32803

CREDITOR ID: 2534-07
SAMUEL OSCHIN
OSCHIN ASSOCIATES
10375 WILSHIRE BLVD. #8C
LOS  ANGELES CA 90024

CREDITOR ID: 2535-07
SAN ANGELO TX WD LP
C/O I REISS & SON
200 EAST 61ST STREET, SUITE 29F
NEW  YORK NY 10021

CREDITOR ID: 2536-07
SANDEFUR INVESTMENTS INC
ATTN: TAMERA T PATITUCCI, EXEC VP
181 TIMACUAN BLVD
LAKE MARY FL 32746

CREDITOR ID: 1811-07
SANDIFER PARTNERSHIP LTD
2145 DENNIS ST
JACKSONVILLE FL 32203

CREDITOR ID: 2537-07
SANDIFER PARTNERSHIP LTD
2145 DENNIS ST
JACKSONVILLE, FL 32203

CREDITOR ID: 1812-07
SANDRA MACKEY
3590 CLOUDLAND DRIVE N W
ATLANTA GA 30327

CREDITOR ID: 278553-24
SARAN LTD
5710 LBJ FREEWAY, SUITE 135
DALLAS TX 75240

CREDITOR ID: 278662-24
SARAN, LTD
BELGRAVIA CAPITAL CORPORATION
1990 MACARTHUR BLVD, SUITE 1100
IRVINE CA 92612

CREDITOR ID: 410519-15
SARAN, LTD
C/O FULBRIGHT & JAWORSKI LLP
ATTN J BOLTON/K NEWSOME, ESQS
1301 MCKINNEY, SUITE 5100
HOUSTON TX 77010-3095

CREDITOR ID: 1813-07
SARRIA ENTERPRISES INC
ATTN:  FRANCISCO SARRIA
4725 SW 8TH STREET
MIAMI, FL 33134

CREDITOR ID: 410513-15
SARRIA ENTERPRISES, INC
C/O MICHAEL A KAUFMAN, PA
ATTN M KAUFMAN/A BURGER, ESQS
1601 FORUM PLACE, SUITE 404
WEST PALM BEACH FL 33401

CREDITOR ID: 1814-07
SARRIA HOLDINGS II INC
4725 SOUTHWEST 8TH STREET
MIAMI FL 33134

CREDITOR ID: 2539-07
SARRIA HOLDINGS II INC
4725 SW 8TH STREET
MIAMI, FL 33134

CREDITOR ID: 1815-07
SARRIA HOLDINGS INC
C/O FRANCISCO SARRIA
4725 SW 8TH ST
MIAMI, FL 33134

CREDITOR ID: 1816-RJ
SATTERFIELD PLAZA T I C
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 1817-07
SAUFLEY FIELD PARTNERS LTD
C/O NEWTON OLDACRE MACDONALD
PO BOX 680176
PRATTVILLE, AL 36068

CREDITOR ID: 264608-12
SAUPE, WENDY D
1552 COUNTY ROAD, APT 400 E
CHAMPAIGN IL 61822

CREDITOR ID: 1818-07
SAVITAR A/M/A SRA/AMERICAN LLC
SAVITAR AS AGENT FOR
SUITE 5A
2301 W SAMPLE RD BLDG 3
POMPANO  BEACH, FL 33073

CREDITOR ID: 260495-12
SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 1819-07
SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 2540-07
SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 260495-12
SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON
FOUR SEAGATE, NINTH FLOOR
TOLEDO  OH 43604

CREDITOR ID: 1820-RJ
SCG MANAGEMENT INC
C/O NOEL TURNER
3101 TOWERCREEK PARKWAY
SUITE 200
ATLANTA, GA 30339

CREDITOR ID: 1821-07
SCHILLECI MILLBROOK SC LLC
2233 HALCYON BLVD
MONTGOMERY, AL 36117

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 | CREDITOR ID: 259799-12<br>SCHLYTTER, ROBERT O, TRUSTEE<br>ROBERT O SCHLYTTER EUSTIS<br>SHOPPING CENTER REVOCABLE TRUST<br>4811 S 76 STREET, SUITE 211<br>GREENFIELD WI 53220-4352 | CREDITOR ID: 1822-07<br>SCHOOL ST CROSSING LP<br>C/O  THE MALTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236-3809 |
| CREDITOR ID: 377335-44<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>ATTN MARVIN SCHREIBER, PRESIDENT<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 2621-07<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 1823-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES CA 90036 |
| CREDITOR ID: 2542-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES, CA 90036 | CREDITOR ID: 1824-RJ<br>SCOTLAND MALL INC<br>C/O TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 | CREDITOR ID: 2543-RJ<br>SCOTLAND MALL INC<br>C/O TRI CITIES SHOPPING CENTER<br>ROCKINGHAM, NC 28379 |
| CREDITOR ID: 278554-24<br>SCOTLAND MALL INC.<br>C/O MR. C. F. SMITH JR.<br>PRESIDENT (OR SUCCESSOR)<br>1800 ROCKINGHAM ROAD<br>ROCKINGHAM NC 28379 | CREDITOR ID: 278663-24<br>SCOTLAND MALL, INC.,<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND IL 61201 | CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056 |
| CREDITOR ID: 2544-07<br>SCRIBE RIVIERA JOINT VENTURE<br>6761 W INDIANTOWN RD, STE 29<br>JUPITER, FL 33458 | CREDITOR ID: 1826-07<br>SCRIBE RIVIERA JV<br>6761 W INDIANTOWN RD STE 29<br>JUPITER, FL 33458 | CREDITOR ID: 1827-RJ<br>SEA PEA INC<br>PO BOX 84230<br>BATON ROUGE, LA 70884 |
| CREDITOR ID: 2545-RJ<br>SEA PEA, INC<br>13505 N AMISS<br>BATON  ROUGE LA 70810 | CREDITOR ID: 2545-RJ<br>SEA PEA, INC<br>C/O SCHANEVILLE & BARINGER<br>ATTN: DALE R BARINGER, ESQ<br>918 GOVERNMENT STREET<br>BATON ROUGE LA 70802-6095 | CREDITOR ID: 278555-24<br>SEAPEA INC.<br>13505 NORTH AMISS ROAD<br>BATON ROUGE LA 70810 |
| CREDITOR ID: 278664-25<br>SEAPEA, INC.<br>DELCHAMPS INC.<br>PO BOX 3409<br>JACKSON MS 39207 | CREDITOR ID: 1828-07<br>SEBRING SQUARE LTD<br>PO BOX 2162<br>PALM BEACH, FL 33480 | CREDITOR ID: 2546-07<br>SEBRING SQUARE LTD.<br>P.O. BOX 2707<br>PALM  BEACH FL 33480 |
| CREDITOR ID: 1829-07<br>SELIG ENTERPRISES INC<br>ATTN: ROBERT C RIDDLE<br>1100 SPRING STREET<br>SUITE 550<br>ATLANTA, GA 30309 | CREDITOR ID: 1479-07<br>SELL, JAMES AND CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY, TN 37604 |
| CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>PO BOX 12767<br>BIRMINGHAM AL 35203-2767 | CREDITOR ID: 2547-07<br>SELMA HWY 80 VENTURE 11<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 2548-07<br>SELMA-DIX PROPERTIES CORP.<br>C/O JD PRICE<br>1172 PARK AVE<br>NEW  YORK NY 10128 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2622-07<br>SEMBLER COMPANY, THE<br>PO BOX 41847<br>ST. PETERSBURG, FL 33743-1847 | CREDITOR ID: 1830-07<br>SENDERO COMMERCIAL INVESTMENTS<br>C/O HUTCH HARPER<br>PO BOX 91228<br>SAN ANTONIO, TX 78209 | CREDITOR ID: 410741-15<br>SENDERO COMM'L INVEST PARK PLACE LP<br>C/O AKIN GUMP STRAUSS HAUER ET AL<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, STE 4100<br>DALLAS TX 75201 |
| CREDITOR ID: 2549-07<br>SES GROUP MIAMI SPRINGS, LTD<br>C/O ROBERT JONES, GENERAL PART<br>PO BOX 2474<br>NAPLES FL 34106 | CREDITOR ID: 1114-07<br>SETZER, BENJAMIN ADAM AS TRUSTEE<br>OF THE FAYE ASHLEY SETZER TST<br>C/O LEONARD SETZER<br>903 UNIVERSITY BLVD N<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 1547-07<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 1831-RJ<br>SEVEN SPRINGS PLAZA LLC<br>C/O MAZAS MANAGEMENT<br>2551 DREW STREET, SUITE 301<br>CLEARWATER, FL 33765 | CREDITOR ID: 1831-RJ<br>SEVEN SPRINGS PLAZA LLC<br>HARPER KYNES GELLER & BUFORD PA<br>ATTN CHARLES A BUFORD, ESQ<br>2560 GULF TO BAY BOULEVARD, STE 300<br>CLEARWATER FL 33765 | CREDITOR ID: 410589-15<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 2550-07<br>SG PARTNERSHIP<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1832-07<br>SHADES CREEK PARTNERS<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 | CREDITOR ID: 405883-99<br>SHADES CREEK PARTNERS<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 405883-99<br>SHADES CREEK PARTNERS<br>C/O JOHNSTON CONWELL & DONOVAN, LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 260782-12<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>ATTN SHALOM WALL, VP<br>50 TICE BLVD<br>WOODCLIFF LAKE, NJ 07675 | CREDITOR ID: 1833-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD<br>WOODCLIFF  LAKE NJ 07675 |
| CREDITOR ID: 1834-07<br>SHANNON VILLAGE SHOPPING CENTER<br>PO BOX 676<br>LOUISBURG, NC 27549 | CREDITOR ID: 2551-07<br>SHANNON VILLAGE SHOPPING CNTR, INC<br>%JOHN D. ROCK<br>114 CAROL CIRCLE PO BOX 676<br>LOUISBURG NC 27549 | CREDITOR ID: 1271-RJ<br>SHANRI HOLDINGS CORP FKA<br>DOWNTOWN DESTIN ASSOCS<br>C/O THE PELICAN GROUP INC<br>PO BOX 160403<br>MOBILE, AL 36616-1403 |
| CREDITOR ID: 278557-24<br>SHEPHERDSVILLE MALL ASSOCIATES LP<br>C/O CENTER SERVICES INC.<br>6200 CRESTWOOD STATION<br>CRESTWOOD KY 40014 | CREDITOR ID: 1835-RJ<br>SHEPHERDSVILLE MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>ATTN MARCIA E SPANGLER<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | CREDITOR ID: 1836-07<br>SHERFFIELD ESTATES INC<br>PO BOX 952<br>MARTINSVILLE VA 24114-0952 |
| CREDITOR ID: 2552-07<br>SHERFFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | CREDITOR ID: 1837-07<br>SHERI TRAGER WEISS<br>13853 THOMASVILLE CT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA<br>E&A SOUTHEAST LIMITED PARTNERSHIP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 278559-24<br>SHOALS MARKETPLACE LLC<br>C/O DICK SCHMALZ<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM, AL 35223 | CREDITOR ID: 278558-24<br>SHOALS MARKETPLACE LLC<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM AL 35223 | CREDITOR ID: 1839-RJ<br>SHOALS MARKETPLACE LLC<br>C/O DICK SCHMALZ<br>6 OFFICE PARK CIRCLE<br>SUITE 100<br>BIRMINGHAM, AL 35223 |

**SERVICE LIST**

## Order Under 11 U.S.C. 365(d) (4) Granting Further
## Extensin of Time to Assume or Reject Unexpired
## Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA, GA 30353-4101 | CREDITOR ID: 2554-07<br>SHOPPES @ 104<br>C/O REGENCY CENTERS<br>121 WEST FORSYTH STREET, STE 2<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1841-07<br>SHOPPES AT 18TH & COMMERCIAL<br>1717 E COMMERCIAL BLVD<br>FT  LAUDERDALE FL 33334 |
| CREDITOR ID: 261008-12<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN AMY SEIDMAN<br>1717 E COMMERCIAL BLVD<br>FT LAUDERDALE, FL 33334 | CREDITOR ID: 406302-15<br>SHOPPES AT 18TH & COMMERCIAL INC<br>ATTN HARRY SEIDMAN, PRESIDENT<br>6734 NEWPORT LAKE CIRCLE<br>BOCA RATON FL 33494 | CREDITOR ID: 1842-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA  BEACH FL 32932-0219 |
| CREDITOR ID: 261009-12<br>SHOPPES AT LAKE AVENUE INC<br>C/O GRAYROBINSON, PA<br>ATTN DONALD A NOHRI, ESQ<br>PO BOX 1870<br>MELBOURNE FL 32902 | CREDITOR ID: 261010-12<br>SHOPPES OF LIBERTY CIT LLC<br>ATTN DEBRA SINKLE KOLSKY, PRES<br>1175 NE 125TH STREET, SUITE 103<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 1843-07<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI, FL 33161 |
| CREDITOR ID: 2623-07<br>SHOPPING CENTER GROUP, THE<br>3101 TOWERCREEK PKWY, SUITE 20<br>ATLANTA GA 30339 | CREDITOR ID: 2557-07<br>SHOWPLACE COMMERCIAL PROPERTIES INC<br>C/O EF HUTTON REALTY CORP<br>ATTN RAY ABBASSI, MGR<br>2000 S DIXIE HWY, SUITE 100<br>MIAMI FL 33133 | CREDITOR ID: 1844-07<br>SIDNEY KOHL COMPANY<br>340 ROYAL POINIANNA WAY  #305<br>PALM  BEACH FL 33480 |
| CREDITOR ID: 2558-07<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL, PROP MGR<br>340 ROYAL POINCIANA WAY, SUITE 305<br>PALM BEACH, FL 33480 | CREDITOR ID: 1846-RJ<br>SIMMONS & HARRIS INC<br>PO BOX 1398<br>ROCKY  MOUNT NC 27802 | CREDITOR ID: 2559-RJ<br>SIMMONS & HARRIS INC<br>PO BOX 1398<br>ROCKY MOUNT, NC 27802 |
| CREDITOR ID: 2560-07<br>SIMON PROPERTY GROUP<br>ATTN:INDIANAPOLIS COMMUNITY CE<br>PO BOX 7033<br>INDIANAPOLIS IN 46207 | CREDITOR ID: 2128-07<br>SIMON, CHARLES<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 | CREDITOR ID: 1193-07<br>SIMON, CHARLES, TRUSTEE<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA, FL 33180-1869 |
| CREDITOR ID: 315870-40<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | CREDITOR ID: 256185-12<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | CREDITOR ID: 278560-24<br>SINGER, DR. HERBERT<br>11731 CHAPARAL STREET<br>LOS ANGELES CA 90049 |
| CREDITOR ID: 1422-RJ<br>SINGER, HERBERT<br>11731 CHAPARAL STREET<br>LOS ANGELES CA 90049 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | CREDITOR ID: 315902-40<br>SITTON PROPERTIES L L C<br>1425 EAST 71ST<br>TULSA, OK 74136 |
| CREDITOR ID: 1848-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN #3086036<br>DALLAS TX 75320-1341 | CREDITOR ID: 1847-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>DALLAS TX 75320-1341 | CREDITOR ID: 406147-15<br>SJS WOODLAKE PLAZA, LP<br>C/O COZEN O'CONNOR<br>ATTN JERROLD N POSLUSNY JR, ESQ<br>457 HADDONFIELD ROAD, SUITE 300<br>PO BOX 5459<br>CHERRY HILL NJ 08002-2220 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 406147-15
SJS WOODLAKE PLAZA, LP
C/O SJS REALTY & MANAGEMENT,INC
ATTN STEPHEN CRAVITZ, VP
1110 WYNWOOD AVENUE
CHERRY HILL NJ 08002

CREDITOR ID: 1851-07
SJS-WOODLAKE PLAZA LP
C/O BANK ATLANTIC
PO BOX 5512
FT. LAUDERDALE, FL 33319

CREDITOR ID: 1852-07
SKINNERS OF JACKSONVILLE INC
2970 HARTLEY ROAD, SUITE 320
JACKSONVILLE, FL 32257

CREDITOR ID: 410868-15
SKINNERS OF POINT MEADOWS, INC
C/O ROGERS TOWERS, PA
ATTN BETSY C COX, ESQ
1301 RIVERPLACE BLVD, STE 1500
JACKSONVILLE FL 32207

CREDITOR ID: 1853-07
SKS PROPERTIES LC
240 S PINEAPPLE AVE., STE 702
SARASOTA, FL 34236

CREDITOR ID: 278665-24
SKW II REAL ESTATE LIMITED PRTNRSHP
THE SALVATION ARMY
ATTN: SALLY GRESS
1445 W. BROWARD BOULEVARD
FT. LAUDERDALE FL 33312

CREDITOR ID: 278562-24
SKW II REAL ESTATE LIMITED PRTNRSHP
100 CRESCENT COURT
SUITE 1000
DALLAS TX 75201

CREDITOR ID: 1854-07
SMALL PROPERTIES
PO BOX 10287
GREENVILLE, SC 29603-0287

CREDITOR ID: 1855-07
SMITH BARNEY FBO WEINACKER'S
SHOPPING CTR LLC
#1211701
PO BOX 2926
MOBILE, AL 36652-9987

CREDITOR ID: 315884-40
SMITH, OPAL LEE & JORDAN, SARA N
PO BOX 3468
JACKSON, MS 39207

CREDITOR ID: 316116-41
SN KNIGHT SR INSURANCE TRUST
PO DRAWER 730
BELLE  GLADE, FL 33430-0730

CREDITOR ID: 1856-07
SNELLVILLE PLAZA LTD
C/O MESSRS ELIOT M ARNOVITZ
AND MICHAEL PLASKER
5025 WINTERS CHAPEL, STE M
ATLANTA GA 30360

CREDITOR ID: 2563-07
SNELLVILLE PLAZA LTD
ATTN MICHAEL PLASKER, GP
5025 WINTERS CHAPEL ROAD, STE M
ATLANTA, GA 30360

CREDITOR ID: 278563-24
SOCIETY NATIONAL BANK
127 PUBLIC SQUARE
CLEVELAND OH 44114

CREDITOR ID: 1857-07
SORMI INC
C/O DACAR MGMT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004

CREDITOR ID: 381940-50
SOUTH BEACH SHOPPING CENTER LIMITED
C/O MR. PETER BETHEL
PO BOX N-2381
NASSAU,
BAHAMAS

CREDITOR ID: 1858-07
SOUTH BROADWAY CORP
248 WELLS DR
FOREST  CITY NC 28043

CREDITOR ID: 2564-07
SOUTH BROADWAY CORPORATION
248 WELLS DR
FOREST CITY, NC 28043

CREDITOR ID: 2565-07
SOUTH CONGAREE W-D PARTNERSHIP
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE SC 29603

CREDITOR ID: 315903-40
SOUTH HILL COMPANY LC
C/O THE COVINGTON COMPANY
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 261306-12
SOUTH HILL COMPANY LC
C/O THE COVINGTON COMPANY
ATTN JAMES E COVINGTON, JR.
PO BOX 8510
RICHMOND VA 23226

CREDITOR ID: 2566-07
SOUTH MONROE COMMONS
1629 K STREET
NW SUITE 501
WASHINGTON DC 20006

CREDITOR ID: 1859-07
SOUTH MONROE COMMONS LLC
PO BOX 75426
BALTIMORE, MD 21275-5426

CREDITOR ID: 1860-07
SOUTH PLAZA  ASSOCIATES LLC
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O PERRINE & WHEELER REAL ESTATE
ATTN JON S WHEELER, MANAGING MEMBER
PO BOX 3247
APOLLO BEACH FL 33572

CREDITOR ID: 2567-07
SOUTH PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ.
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 1861-07
SOUTH ROCKDALE ASSOCIATES, LLC DBA
SOUTH ROCKDALE SHOPPING CENTER
C/O REDD REALTY SERVICES
4200 NORTHSIDE PKWY BLDG, STE 101
ATLANTA, GA 30327-3052

SERVICE LIST
**Order Under 11 U.S.C. 365(d) (4) Granting Further**
**Extensin of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 1861-07
SOUTH ROCKDALE ASSOCIATES, LLC DBA
C/O EPSTEIN BECKER & GREEN, PC
ATTN ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD, STE 2700
ATLANTA GA 30326

CREDITOR ID: 1862-07
SOUTH SQUARE MARKETPLACE
C/O EDENS AND AVANT FINANCING II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 1863-07
SOUTH WIN LIMITED PARTNERSHIP
ATTN VICTOR J MILLS
BUILDING 100, SUITE 370
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909

CREDITOR ID: 1863-07
SOUTH WIN LIMITED PARTNERSHIP
C/O JAY M SAWILOWSKY, PC
ATTN JAY M SAWILOWSKY, ESQ
699 BROAD STREET, SUITE 1212
AUGUSTA GA 30901-1453

CREDITOR ID: 1864-07
SOUTHBROOK PARTNERS LLC
C/O ENGEL REALTY
PO BOX 187
BIRMINGHAM, AL 35201-0187

CREDITOR ID: 405882-99
SOUTHBROOK PARTNERS LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1865-07
SOUTHCHASE INVESTORS LLC
C/O TRAMMELL CROW COMPANY
PO BOX 933025
ATLANTA, GA 31193-3025

CREDITOR ID: 2568-07
SOUTHEAST PARTNERS
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 1866-07
SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE  WOODLANDS, TX 77387

CREDITOR ID: 2569-07
SOUTHECHASE INVESTERS,LLC
C/O BERWIND PROPERTY GROUP, LT
770 TOWNSHIP LINE ROAD, SUITE
YARDLEY PA 19067

CREDITOR ID: 2570-07
SOUTHERN BOULEVARD CORPORATION
PO BOX 11000
MONTGOMERY, AL 36191-0001

CREDITOR ID: 1868-07
SOUTHERN FARM BUREAU
P O BOX 78
JACKSON MS 39205

CREDITOR ID: 1869-07
SOUTHERN FARM BUREAU LIFE INSURANCE
ATTN CASHIERS (SFB#122)
PO BOX 78
JACKSON, MS 39205

CREDITOR ID: 1870-07
SOUTHERN PARTNERS
PO BOX 500
BRAYNDWINE ONE BUILDING
CHADDS  FORD PA 19317

CREDITOR ID: 2572-07
SOUTHERN PARTNERS
PO BOX 999
CHADDS FORD, PA 19317

CREDITOR ID: 410957-15
SOUTHERN PARTNERS
C/O STRADLEY RONON STEVENS, ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 1871-07
SOUTHERN STORES II LLC
BANK OF AMERICA
ATTN: PAMELA N
1004TH STREET SUITE 200
SAN RAFAEL, CA 94901

CREDITOR ID: 2573-07
SOUTHERN STORES II LLC
C/O CHERYL STONE
PO BOX 953
BOLINAS CA 94924

CREDITOR ID: 1872-RJ
SOUTHGATE ASSOCIATES II LP
C/O THE COVINGTON CO
ATTN JAMES E COVINGTON JR, PRES
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 278564-25
SOUTHGATE ASSOCIATES II, LP
PO BOX 8510
RICHMOND VA 23226

CREDITOR ID: 278666-24
SOUTHGATE ASSOCIATES, II, LP
LEHMAN BROTHERS HOLDING INC
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK NY 10285

CREDITOR ID: 1873-07
SOUTHGATE PLAZA 93 LTD
PO BOX 712219
CINCINNATI, OH 45271-2219

CREDITOR ID: 2574-07
SOUTHGATE PLAZA 93 LTD
C/O J. HERZOG & SONS INC.
1720 S. BELLAIRE ST. STE 1209
DENVER CO 80222

CREDITOR ID: 2575-07
SOUTHGATE PLAZA ASSOCIATES
26 PARK PLACE WEST - 2ND FLOOR
MORRISTOWN NJ 07960

CREDITOR ID: 1874-07
SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE W
2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 2580-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE. 6
CHICAGO IL 60606

CREDITOR ID: 2579-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, STE 60
CHICAGO IL 60606

SERVICE LIST
Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 2578-07
SOUTHLAND INVESTORS L.P.
EQUITY GROUP INVESTMENTS, INC
TWO N. RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 2577-07
SOUTHLAND INVESTORS L.P.
2 N.RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 278667-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH STREET
DES MOINES IA 50392

CREDITOR ID: 278566-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
C/O WILMINGTON TRUST CO.
1100 N. MARKET STREET
WILMINGTON DE 19890-0001

CREDITOR ID: 278565-24
SOUTHLAND-ANDERSON W.D.
DELAWARE BUSINESS TRUST
ATTN: DOUGLAS J. LUBELCHECK
NEAL, GERBER & EISENBERG
TWO NORTH LASALLE STREET
CHICAGO IL 60602-3801

CREDITOR ID: 407471-99
SOUTHLAND-CRYSTAL RIVER WD DEL BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2200
CHICAGO IL 60602

CREDITOR ID: 408321-15
SOUTHLAND-MANSFIELD WD
DELAWARE BUSINESS TRUST
C/O NEAL, GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 269352-16
SOUTHLAND-SUMMERVILLE WD, SUCCESSOR
TO PEREGRINE PROPERTIES LP
C/O NEAL, GERBER & EISENBERG
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LA SALE STREET, STE 2300
CHICAGO, IL 60602-3801

CREDITOR ID: 1875-07
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 1876-07
SOUTHTRUST BANK
COMMERCIAL REAL ESTATE DEPT
PO BOX 2554
BIRMINGHAM, AL 35290-2554

CREDITOR ID: 1877-07
SOUTHVIEW SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411007-15
SOUTHVIEW SQUARE, LLC TA
SOUTHVIEW SQUARE DOTHAN AL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2582-07
SOUTHWAY INVESTORS
ATTN JEFFREY F BUICE, GP
718 E FREDERICK STREET
GAFFNEY SC 29340

CREDITOR ID: 315904-40
SOUTHWOOD REALTY CO
C/O MONTIE LAMBERT JR
4806 N HAMPTON DRIVE
JACKSON, MS 39211

CREDITOR ID: 1878-07
SPCP GROUP LLC
C/O LAUREATE CAPITAL LLC
PO BOX 890862
CHARLOTTE, NC 28289-0862

CREDITOR ID: 1880-RJ
SPECTRUM/GRANDVIEW PINES
P O BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 2583-RJ
SPECTRUM/GRANDVIEW PINES
C/O MORITT HOCK HAMROFF & HOROWITZ
ATTN: MARC L. HAMROFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 278567-25
SPECTRUM/GRANDVIEW PINES LLC
C/O SPECTRUM DEVELOPMENT CO, LLC
ATTN EDGAR H FATZINGER, III, MEMBER
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 2584-07
SPECTRUM/WALKER CHAPEL
P O BOX 11045
MONTGOMERY AL 36111-0045

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 406298-15
SPRING CORNERS, LLC
ATTN VERNON TARLTON
926 SECOND STREET NE
HICKORY NC 28601

CREDITOR ID: 278568-24
SPRING HILL ASSOCIATES LTD
C/O BRUCE STRUMPT INC
314 SOUTH MISSOURI AVE, SUITE #305
CLEARWATER FL 33756

CREDITOR ID: 278568-24
SPRING HILL ASSOCIATES LTD
TABAS FREEDMAN SOLOFF & MILLER PA
ATTN JOEL L. TABAS, ESQ
25 SE 2ND AVENUE, STE. 919
MIAMI FL 33131

CREDITOR ID: 278668-24
SPRING HILL ASSOCIATES, LTD
STATE MUTUAL LIFE ASSURANCE
COMPANY OF AMERICA
440 LINCOLN STREET
WORCESTER MA 01605

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST, SUCCESSOR
DOWN SOUTH, INC & DILORENZO PROP
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:   05-03817-3F1**

CREDITOR ID: 1885-RJ
SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 278569-24
SPRINGDALE STATION LTD.
ATTN: MR. MICHAEL C. PHILLIPS
MANAGING MEMBER
PHILLIPS EDISON & COMPANY
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 278669-25
SPRINGDALE STATION, LTD.
STAR BANK NATIONAL ASSOCIATION
ATTN: GENERAL COUNSEL
P O. BOX 1038
ML 9105
CINCINNATI OH 45201

CREDITOR ID: 1886-07
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST PETERSBURG, FL 33743-8547

CREDITOR ID: 1887-07
SPRINGHILL ASSOCIATES LLC
1 POSTON ROAD
SUITE 230
CHARLESTON, SC 29407

CREDITOR ID: 1888-07
SPRINGLAND ASSOCIATES LLC
PO BOX 460
LANCASTER SC 29721

CREDITOR ID: 2587-07
SPRINGLAND ASSOCIATES LLC
ATTN H E PURSER, MANAGING PARTNER
PO BOX 460
LANCASTER, SC 29721

CREDITOR ID: 2587-07
SPRINGLAND ASSOCIATES LLC
C/O BELL TINDAL & FREELAND, PA
ATTN WILLIAM C TINDAL, ESQ.
312 NORTH MAIN STREET
PO BOX 867
LANCASTER SC 29721

CREDITOR ID: 410540-15
SPRINGLAND ASSOCIATES, LLC
ATTN H E PURSER, MANAGING PARTNER
104 EAST SPRINGS STREET
LANCASTER SC 29720

CREDITOR ID: 2588-07
SPRINGS CORNER LLC
C/O BARRY WHISNANT
375 10TH AVENUE DR.
HICKORY NC 28601

CREDITOR ID: 1889-07
SPRINGS CORNERS LLC
926 2ND STREET NORTHEAST
HICKORY, NC 28601

CREDITOR ID: 1890-07
SR JLB JAB LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 1891-07
SR TCS LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 411055-15
SR-JLB/JAB, LLC & SR-TCS, LLC
C/O BELMONT INVESTMENT CORP
ATTN BARRY J BELMONT/S HARNER
600 HAVERFORD ROAD, SUITE G101
HAVERFORD PA 19041

CREDITOR ID: 411185-15
SRT ACQUISITION LP
C/O CENTURION REALTY, LLC
ATTN DAVID J PENTZ, ESQ
340 WEST 40TH STREET, 3RD FL
NEW YORK NY 10018

CREDITOR ID: 1892-07
SRT ACQUISTION CORPORATION
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 1893-RJ
SSKIB CORPORATION
903 UNIVERSITY BLVD NORTH
JACKSONVILLE FL 32211-5527

CREDITOR ID: 2589-RJ
SSKIB CORPORATION
903 UNIVERSITY BLVD NORTH
JACKSONVILLE, FL 32211-5527

CREDITOR ID: 1894-07
ST CHARLES PARTNERS
ATTN R RENE BORDER, MGR
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 1895-07
ST JOHNS COMMONS OWNER CORP
LASALLE BANK NA
135 SOUTH LASALLE ST SUITE 162
CHICAGO, IL 60603

CREDITOR ID: 2592-07
ST JOHNS COMMONS OWNER CORP
HALLMARK PARTNERS, INC
ATTN: STEPHANIE BLACK
6675 CORPORATE CENTER PKWY
SUITE 100
JACKSONVILLE FL 32216

CREDITOR ID: 2591-07
ST JOHN'S INVESTORS LMTD PRTNRSHP
C/O ZIFF PROPERTIES INC
701 EAST BAY STREET
CHARLESTON SC 29403

CREDITOR ID: 2590-07
ST. CHARLES PARTNERS
PO BOX 704
MARKSVILLE, LA 71351

CREDITOR ID: 1896-07
ST. STEPHENS PARTNERS
PO BOX 230
POINT CLEAR AL 36564-0230

CREDITOR ID: 2593-07
ST. STEPHENS PARTNERS
PO BOX 230
POINT CLEAR, AL 36564-0230

CREDITOR ID: 408166-15
ST. STEPHENS SQUARE PARTNERS
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35203-2104

CREDITOR ID: 2381-07
STANISH, LISETTE AS TRUSTEE
1405 SW 107TH AVENUE, SUITE 301-B
MIAMI, FL 33174

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278570-24<br>STATE FARM LIFE INSURANCE COMPANY<br>INV. ACCTG./MORTGAGES D-3<br>ONE STATE FARM PLAZA<br>BLOOMINGTON IL 61710 | CREDITOR ID: 2594-07<br>STATE INSURANCE FUND<br>STATE OF ALABAMA P.O. BOX 1390<br>777 SOUTH LAWRENCE STREET<br>MONTGOMERY AL 36102-1390 | CREDITOR ID: 315779-40<br>STATE OF ALABAMA FINANCE DEPT<br>PO BOX 1390<br>MONTGOMERY, AL 36104 |
| CREDITOR ID: 278571-24<br>STAUNTON PLAZA ASSOCIATES<br>LIMITED PARTNERSHIP<br>5 NORDEN DRIVE<br>GLEN HEAD NY 11545 | CREDITOR ID: 1897-RJ<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | CREDITOR ID: 261910-12<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 |
| CREDITOR ID: 2332-07<br>STEIN, JAY D.<br>C/O SANDOR DEVELOPMENT CO.<br>2220 N. MERIDIAN ST.<br>INDIANAPOLIS IN 46208-5728 | CREDITOR ID: 278572-24<br>STERLING BANK<br>13300 ALMEDA ROAD<br>HOUSTON TX 77045 | CREDITOR ID: 2595-07<br>STERLING CAMDEN LIMITED PARTNERSHIP<br>%STERLING CENTRECORP MGMT SERV<br>ONE NORTH CLEMATIS STREET, STE<br>WEST  PALM  BEACH FL 33401 |
| CREDITOR ID: 1898-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT  LAUDERDALE FL 33301 | CREDITOR ID: 2596-07<br>STILES WEST ASSOCIATES LTD<br>300 SE 2ND ST<br>FT.  LAUDERDALE, FL 33301 | CREDITOR ID: 407465-99<br>STILES WEST ASSOCIATES, LTD<br>C/O BERGER SINGERMAN, PA<br>ATTN ARTHUR J SPECTOR, ESQ<br>350 E LAS OLAS BLVD, STE 1000<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 1899-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVE<br>GREENWOOD SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1192 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2129-07<br>STONE, CHERYL PRESIDENT<br>MARION'S HOPE,LLC<br>C/O 150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105 | CREDITOR ID: 1900-07<br>STONEBRIDGE VILLAGE<br>C/O WESTSIDE MGT GROUP LLC<br>3060 PEACHTREE RD NW<br>ATLANTA, GA 30305 | CREDITOR ID: 2598-07<br>STRING ENTERPRISE, INC.<br>5353 SOUTEL DRIVE<br>JACKSONVILLE FL 32231-4110 |
| CREDITOR ID: 1901-07<br>STRUCTURED PRODUCT SERVICING<br>FIRST UNION WHOLESALE<br>LB ACCT13-00002<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 301<br>DEERFIELD  BEACH, FL 33441 |
| CREDITOR ID: 1904-RJ<br>SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET<br>2ND FLOOR<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 403490-15<br>SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 278575-24<br>SULPHUR SPRINGS PARTNERS, LLP<br>801 N.E. 167TH STREET<br>2ND FLOOR<br>N. MIAMI BEACH FL 33162 |
| CREDITOR ID: 2599-07<br>SULPHUR SPRINGS PROPERTIES LLC<br>C/O BARON CAPITAL PARTNERS,LLC<br>19227 SKYRIDGE CIRCLE<br>BOCA  RATON FL 33498 | CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>C/O CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE, FL 34292 | CREDITOR ID: 410599-15<br>SUN CITY LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ROBERT J FEINSTEIN, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　**CASE: 05-03817-3F1**

CREDITOR ID: 410599-15
SUN CITY LAND TRUST, SUCCESSOR
DOWN SOUTH, INC
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 1906-07
SUN LAKE PLAZA INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
ATTN ROBERT KODSI
PO BOX 320219
COCOA BEACH FL 32932-0219

CREDITOR ID: 2600-07
SUN LAKE PLAZA, INC
C/O GRAYROBINSON, PA
ATTN DONALD A NOHRI, ESQ
PO BOX 1870
MELBOURNE FL 32902

CREDITOR ID: 2601-07
SUN LIFE ASSURANCE CO. OF CANADA
% CHILDRESS KLEIN PROPERTIES
301 S COLLEGE ST. SUITE 2800
CHARLOTTE NC 28202

CREDITOR ID: 1907-07
SUN WEST NC III PTN LIM
PTNSHPS ACCT A ACCT# 18234155
C/O BANK ONE TEXAS NA
PO BOX 971281
DALLAS, TX 75397-1281

CREDITOR ID: 2602-07
SUN WEST NC III PTN LIM
ATTN: PROPERTY MANAGEMENT
17776 PRESTON ROAD, SUITE 100
DALLAS TX 75252

CREDITOR ID: 1908-07
SUNBURST PROPERTIES CORP
3191 PADARO LN
CARPINTERIA CA 93013

CREDITOR ID: 2603-07
SUNBURST PROPERTIES CORPORATION
3191 PADARO LANE
CARPINTERIA, CA 93013

CREDITOR ID: 2604-07
SUNCOAST PLAZA
C/O RMC PROPERTY GROUP
1733 W. FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 1909-07
SUNSET CENTRES LTD
C/O GULFSTREAM REALTY CORP
PO BOX 75260
BALTIMORE, MD 21275-5260

CREDITOR ID: 1910-07
SUNSET CENTRES LTD PARTNERSHIP
PO BOX 75377
BALTIMORE, MD 21275-5377

CREDITOR ID: 2606-07
SUNSET CENTRES LTD PARTNERSHIP
%GULFSTREAM REALTY CORP
1629 K ST NW STE 501
WASHINGTON DC 20006

CREDITOR ID: 315905-40
SUNSET HILL DEVELOPMENT COMPANY
2100 GARDINER LANE, SUITE 207
LOUISVILLE, KY 40205-1903

CREDITOR ID: 1911-07
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE FL 33009

CREDITOR ID: 2607-07
SUNSET STATION PARTNERS LLC
506 S DIXIE HWY
HALLANDALE, FL 33009

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
INVESTMENT MANAGEMENT ASSOC
1575 SAN IGNACIO AVE, STE 100
CORAL GABLES, FL 33146

CREDITOR ID: 1912-07
SUNSET WEST SHOPPING PLAZA
C/O BLAXBERG GRAYSON KUKOFF&SEGAL
ATTN MOISES T GRAYSON, ESQ
25 SE 2ND AVENUE, SUITE 730
MIAMI FL 33131

CREDITOR ID: 406026-15
SUNSTATE EQUITIES, INC
C/O SMITH DEBNAM NARRON ET AL
ATTN BYRON L SAINTSING, ESQ
PO BOX 26268
RALEIGH NC 27611-6268

CREDITOR ID: 1913-07
SUNWEST NC III PARTNERSHIPS
C/O BANK ONE TEXAS N A
ACCT# 1823415581
PO BOX 971281
DALLAS, TX 75397-1281

CREDITOR ID: 315906-40
SURF CITY PLAZA A LP
C/O ZIMMER DEVELOPMENT CO
PO BOX 2628
WILMINGTON, NC 28402

CREDITOR ID: 315907-40
SURREY SQUARE PARTNERS
441 VINE STREET
500 CAREW TOWER
CINCINNATI, OH 45202

CREDITOR ID: 2608-07
SUSAN D. WILSON
MARKETPLACE OF DELRAY, LTD
3399 PGA BLVD. SUITE 450
PALM BEACH GARDENS FL 33410

CREDITOR ID: 278577-24
SUWANEE COUNTY INVESTMENTS LLC
20377 180TH STREET
LIVE OAK FL 32060

CREDITOR ID: 1914-RJ
SUWANEE COUNTY INVESTORS LLC
20377 180TH STREET
LIVE OAK, FL 32060

CREDITOR ID: 2609-07
SUWANNEE LAWN & GARDEN, INC.
15290 US HIGHWAY 129
MC ALPIN FL 32062

CREDITOR ID: 2610-07
SWANEE COUNTY MALL
PO BOX 2628
WILMINGTON NC 28402

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1451-RJ
SWEETWATER PARTNERS LP
C/O I REISS AND CO, AGENT
ATTN LINDA REISS HEFFNER
200 EAST 61ST STREET, SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 1915-RJ
SWISS RE INVESTORS INC
C/O LAUREATE CAPITAL CORP
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 403207-99
TA CRESTHAVEN LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 403200-99
TA/WESTERN LLC
C/O HELD & ISRAEL
ATTN A FRISCH/E W HELD JR, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315908-40
TABANI ADMORE OK LLC
C/O TABANI GROUP INC
2765 TRINITY MILLS ROAD
SUITE 407
CARROLLTON, TX 75006

CREDITOR ID: 1919-07
TALLADEGA COMMUNITY BUILDERS
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 411102-15
TALLADEGA COMMUNITY BUILDERS, INC
ARONOV REALTY MANAGEMENT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET ST, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410771-15
TALLAHASSEE 99-FL, LLC
C/O KLEIN & SOLOMON, LLP
ATTN SOLOMON J JASKIEL, ESQ
275 MADISON AVE, 11TH FLOOR
NEW YORK NY 10016

CREDITOR ID: 2612-07
TALLAPOOSA HOLDINGS, LLC
ROBERT WOLF
4706 18TH AVENUE
BROOKLYN NY 11204

CREDITOR ID: 410576-15
TANYARD SPRINGS PARTNERSHIP
C/O KAREM & KAREM LAW OFFICES
ATTN JOHN W HARRISON, JR, ESQ
333 GUTHRIE GREEN, SUITE 312
LOUISVILLE KY 40202

CREDITOR ID: 410576-15
TANYARD SPRINGS PARTNERSHIP
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 410544-15
TAPPAN PROPERTIES, LP
ATTN CHARLES S TAPPAN, PRESIDENT
1150 W 8TH STREET, SUITE 255
CINCINNATI OH 45203

CREDITOR ID: 1920-07
TAPPEN PROPERTIES LP
1150 W 8TH STREET
SUITE 255
CINCINNATI, OH 45203

CREDITOR ID: 1619-07
TARBUTTON, HUGH M
KAOLIN PLAZA MGMT ACCT
PO BOX 269
SANDERSVILLE, GA 31082

CREDITOR ID: 262538-12
TATES CREEK SOUTH
ATTN ROBERT K CHAFFINS, VP
250 W MAIN STREET, SUITE 3000
LEXINGTON, KY 40507

CREDITOR ID: 1922-07
TATONE PROPERTIES FLA INC
C/O NEVIN THOMAS
C M L CORP
100 WALLACE AVE SUITE 111
SARASOTA FL 34237

CREDITOR ID: 1921-07
TATONE PROPERTIES FLA INC
C/O HERITAGE MGT CORP
PO BOX 2495
OCALA, FL 34478-2495

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
100 WALLACE AVE, SUITE 111
SARASOTA, FL 34237

CREDITOR ID: 2613-07
TATONE PROPERTIES FLA INC
C/O LAW OFFICE OF MELODY D GENSON
ATTN MELODY D GENSON, ESQ.
3665 BEE RIDGE ROAD, SUITE 316
SARASOTA FL 34233

CREDITOR ID: 1923-07
TAVARES ASSOC LTD
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

CREDITOR ID: 262543-12
TAVARES ASSOC LTD
ATTN FRANK J GULISANO
6700 NW BROKEN SOUND PKWY, STE 201
BOCA RATON, FL 33487

CREDITOR ID: 407711-15
TAYLON, LLC
C/O DENNIS J STILGER, ESQ
6000 BROWNSBORO PARK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 1924-07
TAYLOR SQUARE VENTURE
3000 ORANGE COVE TRAIL
NAPLES FL 34120

CREDITOR ID: 2614-07
TAYLOR SQUARE VENTURE
3000 ORANGE COVE TRAIL
NAPLES, FL 34120

CREDITOR ID: 410715-15
TAYLOR, LLC
C/O DENNIS J STILGER, PSC
ATTN DENNIS J STILGER, ESQ
6000 BROWNSBORO PK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 2611-07
T-B PARTNERSHIP
C/O O'BRIEN-KIERNAN INVESTMENT
1255 POST STREET  SUITE 950
SAN FRANSICO CA 94109

CREDITOR ID: 1925-07
TEACHERS RETIREMENT SYSTEM
C/O MORTAGE CO OF KENTUCKY INC
642 SOUTH 4TH STREET
LOUISVILLE, KY 40202

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315909-40<br>TEACHER'S RETIREMENT SYSTEM<br>C/O NORO MGMT INC<br>104 INTERSTATE N PKWY ESE<br>ATLANTA, GA 30339 | CREDITOR ID: 278579-24<br>TEACHERS' RETIREMENT SYSTEM<br>C/O MORTGAGE CO OF KENTUCKY INC<br>ATTN EDWARD T WILSON<br>642 SOUTH FOURTH STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 410538-15<br>TEACHER'S RETIREMENT SYSTEM OF THE<br>STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40707-1746 |
| CREDITOR ID: 278671-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>BANK OF LOUISVILLE & TRUST COMPANY<br>500 WEST BROADWAY<br>LOUISVILLE KY 40202 | CREDITOR ID: 278670-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>2300 GLADES ROAD, #A120<br>BOCA RATON FL 33432 | CREDITOR ID: 278580-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>C/O MORTGAGE CO. OF KENTUCKY INC.<br>239 S. FIFTH STREET, SUITE 917<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 278578-24<br>TEACHERS' RETIREMENT SYSTEM-KY<br>239 SOUTH FIFTH STREET, SUITE 917<br>LOUISVILLE KY 40202 | CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>ATTN DANA A CHRISTENSON<br>759 S FEDERAL HWY, STE 217<br>STUART FL 34994 | CREDITOR ID: 1926-07<br>TED GLASRUD ASSOCIATES INC<br>C/O LEONARD RUTLAND JR LAW OFFICES<br>ATTN LEONARD RUTLAND JR, ESQ<br>759 SOUTH FEDERAL HIGHWAY, STE 303<br>STURAT FL 34994 |
| CREDITOR ID: 278581-24<br>TELEPAK INC.<br>TERRELL KNIGHT, DIR OF SALES<br>125 S. CONGRESS STREET<br>SUITE 1000<br>JACKSON MS 39201 | CREDITOR ID: 1927-07<br>TERRA NOVA REALTY ASSOC FUND<br>PO BOX 862456<br>#2000002810953<br>ORLANDO , FL 32886-2489 | CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 |
| CREDITOR ID: 1928-07<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | CREDITOR ID: 405983-15<br>THC LLC<br>C/O F&M REALTY<br>2600 E SOUTH BLVD STE 230<br>MONTGOMERY AL 36116 | CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW YORK NY 10017 |
| CREDITOR ID: 278582-24<br>THE CENTER OF SEVEN SPRINGS INC.<br>50 COCONUT ROW<br>SUITE 114<br>PALM BEACH FL 33480 | CREDITOR ID: 278583-25<br>THE DELTA INTERESTS<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 2617-07<br>THE DOUGLAS GROUP<br>% JOHN A. PETRIE<br>3914 MIAMI RD., SUITE 312<br>CINCINNATI OH 45227 |
| CREDITOR ID: 2619-07<br>THE MITCHELL CO<br>PO BOX 160306<br>MOBILE AL 36616-1306 | CREDITOR ID: 278584-24<br>THE MORGAN COMPANY INC.<br>C/O GEORGE L. HAYES III, ESQ<br>5959 CENTRAL AVENUE<br>SUITE 104<br>ST. PETERSBURG FL 33710 | CREDITOR ID: 2620-07<br>THE REALTY ASSOC. FUND IV LP<br>C/O TERRANOVE CORP<br>801 ARTHUR GODFREY ROAD STE 600<br>MIAMI FL 33140 |
| CREDITOR ID: 1932-07<br>THE SEMBLER COMPANY<br>P O BOX 41847<br>ST PETERSBURG FL 33743-1847 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O EDWARD VAN GUNTEN & CO, LPA<br>ATTN EDWARD A VAN GUNTEN, ESQ<br>6545 W CENRAL AVENUE, SUITE 209<br>TOLEDO OH 43617-1034 |
| CREDITOR ID: 410930-15<br>TIAA-CREF<br>ATTN FRANCES L CAIRO, DIRECTOR<br>8500 ANDREW CARNEGIE BLVD<br>CHARLOTTE NC 28262 | CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 2625-07<br>TIGER CROSSING W.D.<br>4200 NORTHSIDE PKWY,BLDG 10 ST<br>C/O REDD REALTY SERVICES<br>ATLANTA GA 30327 | CREDITOR ID: 1934-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 2626-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 1916-07<br>TK HARRIS COMM RE SERVICE<br>3930 FULTON DR NW, STE 206<br>CANTON, OH 44718-3040 | CREDITOR ID: 1935-07<br>TL NGUYEN LLC<br>PO BOX 28758<br>BIRMINGHAM, AL 35228 |
| CREDITOR ID: 2627-07<br>TMW REAL ESTATE MGMT, INC.<br>TWO RAVINIA DRIVE, SUITE 400<br>ATLANTA GA 30346-2104 | CREDITOR ID: 1936-07<br>TOULOUSE VILLAGE ASSOCIATES<br>C/O THE TROTMAN COMPANY INC<br>ATTN GREG HUGHS<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 1937-07<br>TOWER ASSOCIATES LTD<br>537 MARKET STREET<br>SUITE 400<br>CHATTANOOGA, TN 37402 |
| CREDITOR ID: 263271-12<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 2628-07<br>TOWER CENTER ASSOCIATES LTD<br>4415 FIFTH AVENUE<br>PITTSBURG PA 15213 | CREDITOR ID: 410810-15<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 |
| CREDITOR ID: 1938-07<br>TOWN & COUNTRY SHOPPING CENTER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 315911-40<br>TOWN COMMONS ASSOCIATES<br>1648 F NORTH MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 1939-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON SC 29697-1023 | CREDITOR ID: 2630-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 |
| CREDITOR ID: 315912-40<br>TOWNE PROPERTIES<br>1055 ST PAUL PLACE<br>CINCINNATI, OH 45202 | CREDITOR ID: 1940-07<br>TOWN'N COUNTRY REALTY<br>OF EASLEY - STORE 1223<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 2093-07<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE FL 32223 |
| CREDITOR ID: 1138-07<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE FL 32223 | CREDITOR ID: 1941-07<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | CREDITOR ID: 2631-07<br>TRAMMELL CROW COMPANY<br>ATTN: LYNN-ANN BURR<br>1801 N MILITARY TRAIL STE. 150<br>BOCA RATON FL 33431 |
| CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C TIMOTHY CORCORAN III, PA<br>ATTN C TIMOTHY CORCORAN, ESQ<br>400 N ASHLEY DRIVE, SUITE 2540<br>TAMPA FL 33602 | CREDITOR ID: 407766-15<br>TRANSAMERICA LIFE INSURANCE CO<br>C/O AEGON USA REALTY ADVISORS, INC<br>ATTN BILL SINDLINGER, VP & COUNSEL<br>4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS IA 52499-5220 | CREDITOR ID: 315913-40<br>TRENT INVESTMENTS INC<br>PO BOX 1635<br>DURANT, OK 74702 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1943-07<br>TRIANGLE IV LLLP<br>MARK PROPERTIES INC<br>26 PARK PLACE WEST 2ND FLOOR<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 278587-24<br>TRI-STATE COMMERCIAL ASSOC. J.V.<br>C/O QUINE & ASSOCIATES INC.<br>301 SOUTH SHERMAN ST. STE 100<br>RICHARDSON TX 75081 | CREDITOR ID: 1942-RJ<br>TRI-STATE COMMERCIAL ASSOCIATION<br>QUINE & ASSOCIATES<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 |
| CREDITOR ID: 278672-24<br>TRI-STATE COMMRCIAL ASSOC J.V.<br>ZETTLER-SULLIVAN ENTERPRISES INC.<br>528 SOUTH SAGINAW<br>SAGINAW TX 76179 | CREDITOR ID: 1944-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN NC 28334 | CREDITOR ID: 2632-07<br>TRL PROPERTIES LLC<br>1608 CURRITUCK AVENUE<br>DUNN, NC 28334 |
| CREDITOR ID: 1945-07<br>TROY MARKETPLACE LLC<br>C/O SAMCO PROPERTIES INC<br>ATTN SIMONE SPIEGEL<br>455 FAIRWAY DRIVE, SUITE 301<br>DEERFIELD BEACH, FL 33441 | CREDITOR ID: 278499-24<br>TRUST, JULA<br>919 W. SECOND STREET<br>CROWLEY LA 70527-1566 | CREDITOR ID: 1946-07<br>TRUSTEE OF TRUST B<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX VA 22030 |
| CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 | CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 410746-15<br>TS MARGATE CO, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 315914-40<br>TSCA 3 LIMITED PARTNERSHIP<br>C/O QUINE & ASSOCIATES INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 |
| CREDITOR ID: 269369-16<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | CREDITOR ID: 269369-16<br>TSCA 6, LP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN ERIC SPETT/SCOTT ELLIS, ESQS<br>4000 FOUNTAIN PLACE<br>1445 ROSS AVENUE<br>DALLAS TX 75202 | CREDITOR ID: 2635-07<br>TSNY REALTY CORP. PORTFOLIO<br>C\O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK RD. STE 100<br>NEW HYDE PARK NY 11042 |
| CREDITOR ID: 2634-07<br>TSNY REALTY CORP. PORTFOLIO<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK ROAD, SUITE<br>NEW HYDE PARK NY 11042 | CREDITOR ID: 1950-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE   STE 40<br>ATLANTA GA 30309 | CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE, SUITE 400<br>ATLANTA, GA 30309 |
| CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>8698 E SAN ALBERTO DR<br>SCOTTSDALE, AZ 85258-4306 | CREDITOR ID: 315915-40<br>TYRONE GARDENS LLC<br>ATTN: SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 |
| CREDITOR ID: 1953-07<br>TYRONE GARDENS LLC<br>C/O ROFIN INDUSTRIES INC<br>100 RING ROAD WEST<br>GARDEN CITY NY 11530 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN BILL NOVICK<br>401 CENTERPOINTE CIRCLE #1537<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 410795-15<br>UIRT-SKIPPER PALMS, LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |

**SERVICE LIST**

### Order Under 11 U.S.C. 365(d) (4) Granting Further Extensin of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 1955-07
ULLMANN COMPANY
ATTN:  STANLEY P CYPHERS
PO BOX 419410
KANSAS  CITY, MO 64141

CREDITOR ID: 278673-24
UNITED COMMERCIAL MORTGAGE CORP
FIRST SECURITY BANK TRUSTEE
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS
ATTN: DIANA M THIMMIG
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 1956-07
UNITED COMMERCIAL MORTGAGE CORP.
C/O LAWERENCE KADISH
135 JERICHO TURNPIKE
OLD WESTBURY, NY 11568

CREDITOR ID: 1957-07
UNITED INVESTORS REALTY
TRUST SKIPPER PALMS
PO BOX 01-9170
MIAMI, FL 33101-9170

CREDITOR ID: 2638-07
UNITED INVESTORS REALTY TRUST
C/O EQUITY ONE (MGMT CO)
ATTN VICKY MORRIS
10213-C LAKE CARROLL WAY
TAMPA FL 33618

CREDITOR ID: 1958-07
UNIVERSITY CROSSING
C/O REED REALTY SERVICES
4200 NORTHSIDE PARKWAY
BLDG 10 STE 101
ATLANTA GA 30327

CREDITOR ID: 1959-07
UNIVERSITY TENANCY IN COMMON
C/O SAMUEL BUTTERS
2005 W CYPRESS CREEK RD, SUITE 202
FORT  LAUDERDALE, FL 33309

CREDITOR ID: 410915-15
UNUM LIFE INSURANCE CO OF AMERICA
C/O THOMPSON & KNIGHT LLP
ATTN LESLEY C ARDEMAGNI, ESQ
1700 PACIFIC AVENUE, SUITE 3300
DALLAS TX 75201

CREDITOR ID: 2640-07
URBAN AMERICA, L.P.
149 WEST PLZ STE 234
MIAMI  FL 33147-4731

CREDITOR ID: 2641-07
URBAN PROPERTIES I
C/O AUGUST URBANEK INVESTMENTS
4800 N FEDERAL HWY, STE 209A
BOCA  RATON FL 33431

CREDITOR ID: 2642-07
URBANAMERICA, L.P.
149 WEST PLAZA
STE 234
MIAMI FL 33147

CREDITOR ID: 2643-07
URBANEK INVESTMENTS
PO BOX 75986
ACCT #611032927
50 S LASALLE ST
CHICAGO IL 60675-5986

CREDITOR ID: 278590-24
US BANK NATIONAL ASSOCIATION
C/O COMMERCIAL REAL ESTATE DEPT
425 WALNUT STREET
10TH FLOOR
MAIL LOCATION CN-WN-10CR
CINCINNATI OH 45202

CREDITOR ID: 1960-07
US BANK TRUST NA CORP TRUST
REF DUVAL 94600200
PO BOX 70870
ST  PAUL, MN 55170-9705

CREDITOR ID: 315916-40
US STEEL RETIREMENT PLAN
PO BOX 371046
PITTSBURGH, PA 15251-7046

CREDITOR ID: 315917-40
USC OF RICHMOND LLC
C/O COLEMAN GROUP LLC
2285 EXECUTIVE DRIVE
LEXINGTON, KY 40505

CREDITOR ID: 410740-15
USPG PORTFOLIO II, LLC
C/O SQUIRE SANDERS & DEMPSEY, LLP
ATTN KRISTIN E RICHNER, ESQ
1300 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS OH 43215

CREDITOR ID: 315918-40
USPG PORTFOLIO TWO LLC
PO BOX 71-0959
COLUMBUS, OH 43271-0959

CREDITOR ID: 1961-07
USPG PORTFOLIO TWO LLC
PO BOX 71-3260
COLUMBUS OH 43271-3260

CREDITOR ID: 278592-24
USRP I LLC
4226 COLLECTION CENTER DRIVE
LOCKBX #4226
CHICAGO IL 60693

CREDITOR ID: 1962-RJ
USRP I LLC GLEN LEA SHOPPING CENTER
LOCKBOX# 4300 LEASE# 2102-000
4300 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CREDITOR ID: 1963-07
USRP I LLC SHOPPES OF KILDAIRE
5853 COLLECTION CENTER DRIVE
LOCKBOX# 5853 LEASE# 2010-001
CHICAGO, IL 60693

CREDITOR ID: 1964-07
VACHLIA INC
111 SECOND AVENUE NE, STE 702
ST PETERSBURG, FL 33701

CREDITOR ID: 381947-50
VAKIS LIMITED
C/O MR. GEORGE MOSKO
PO BOX N-641
NASSAU,
BAHAMAS

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD
2117 SECOND AVE
PO BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 2644-07
VALLEYDALE ASSOCIATES, LTD
C/O SPAIN & GILLON, LLC
ATTN WALTER F MCARDLE, ESQ
2117 2ND AVENUE NORTH
BIRMINGHAM AL 35203

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 1965-07
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER, FL 33758-5666

CREDITOR ID: 264006-12
VALRICO SQUARE
C/O RETAIL ASSET MANAGEMENT
PO BOX 5666
CLEARWATER, FL 33758-5666

CREDITOR ID: 264006-12
VALRICO SQUARE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 406046-15
VENETIA VILLAGE
ATTN PAT JOHNSON/RICHARD STOCKTON
5513 ROOSEVELT BOULEVARD, PMB 225
JACKSONVILLE FL 32244

CREDITOR ID: 1966-RJ
VENETIA VILLAGE CENTER
C/O SOUTHEAST LEASING & MGMT
1620 HENDRICKS AVE
JACKSONVILLE, FL 32207

CREDITOR ID: 264055-12
VENETIA VILLAGE CENTER
C/O SOUTHEAST LEASING & MGMT
1620 HENDRICKS AVE
JACKSONVILLE, FL 32207

CREDITOR ID: 1967-07
VENTURES LLC
PO BOX 4452
ROCK  HILL SC 29732

CREDITOR ID: 2645-07
VENTURES LLC
PO BOX 4452
ROCK  HILL, SC 29732

CREDITOR ID: 410395-15
VENTURES, LLC
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 2646-07
VERO PALM ESTATES, LTD.
D/B/A NORTHWOOD PLAZA
8302 LAUREL FAIR CIRCLE STE 100
TAMPA FL 33610

CREDITOR ID: 1968-07
VICTORIA SQUARE PARTNERS LLC
C/O ISRAM REALITY & MGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 1969-07
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264132-12
VICTORY BERRYLAND LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1970-07
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 2647-07
VICTORY INVESTMENTS INC
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 2649-07
VICTORY INVESTMENTS INC.
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 2648-07
VICTORY INVESTMENTS INC.
506 MANCHESTER EXPRESSWAY
SUITE B5
COLUMBUS GA 31904

CREDITOR ID: 1971-07
VICTORY KENNER LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264141-12
VICTORY KENNER, LLC
506 45TH STREET SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 264141-12
VICTORY KENNER, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264144-12
VICTORY MAXWELL, LLC
506 45TH STREET SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 264144-12
VICTORY MAXWELL, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
PO BOX 4767
COLUMBUS, GA 31904

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**
**CASE: 05-03817-3F1**

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264147-12
VICTORY ROYAL PLAZA, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264147-12
VICTORY ROYAL PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264149-12
VICTORY SUTTON SQUARE, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264149-12
VICTORY SUTTON SQUARE, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264151-12
VICTORY VIDALIA INC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264151-12
VICTORY VIDALIA INC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M. BARKER JR, ESQ.
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT CO, LLC
C/O FOSHEE REALTY COMPANY, INC
ATTN MARY A JORDAN, PROPERTY MGR
51 TACON STREET, STE B
MOBILE, AL 36607

CREDITOR ID: 1973-07
VILLA RICA RETAIL PORPERTIES L
PO BOX 324
VILLA RICA GA 30180

CREDITOR ID: 2650-07
VILLA RICA RETAIL PROPERTIES LP
PO BOX 324
VILLA RICA, GA 30180

CREDITOR ID: 1974-07
VILLAGE MARKETPLACE OF
HAW RIVER INC
614 N MAIN ST
SALISBURY, NC 28144-1507

CREDITOR ID: 410857-15
VILLAGE ON WHITESBURG, LLC
C/O JOHNSTON MOORE MAPLES ET AL
ATTN STUART M MAPLES, ESQ
400 MERIDIAN STREET, SUITE 301
HUNTSVILLE AL 35801

CREDITOR ID: 2651-07
VILLAGE PLAZA INC
ATTN BEN B MILLS JR, PRES
PO BOX 408
FITZGERALD, GA 31750-0408

CREDITOR ID: 264180-12
VILLAGE PLAZA INC
C/O MILLS & LARKEY, LLC
ATTN BEN B MILLS JR, ESQ
315 SOUTH MAIN STREET
PO BOX 408
FITZGERALD GA 31750

CREDITOR ID: 1976-07
VILLAGE ROYALE PROPERTIES LLC
C/O CB RICHARD ELLIS
6700 NORTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33309

CREDITOR ID: 408366-15
VILLAGE ROYALE PROPERTIES LLC
C/O BENESCH FRIEDLANDER ET AL
ATTN DAVID M NEUMANN, ESQ
200 PUBLIC SQUARE, 2300 BP TOWER
CLEVELAND OH 44114

CREDITOR ID: 278674-24
VINEYARD MARKETPLACE LP
CHASE BANK OF TEXAS N.A.
ATTN MANAGING DIR, RE LENDING GROUP
CHASE TOWER
2200 ROSS AVENUE, 7TH FLOOR
DALLAS TX 75201

CREDITOR ID: 278593-24
VINEYARD MARKETPLACE LP
C/O CENCOR REALTY SERVICES INC.
ATTN: PROPERTY MANAGER
3102 MAPLE AVENUE
SUITE 500
DALLAS TX 75201

CREDITOR ID: 411012-15
VINEYARD MARKETPLACE LP & CLEARVIEW
VINEYARD MARKETPLACE LP
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 2652-07
VIRGIL D. GREEN FAMILY TRUST
GREEN LAND TRUST
6296 OLD WATER OAK ROAD
TALLAHASSEE FL 32312

CREDITOR ID: 1977-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CENTRE PARKWAY
FINANCIAL PARK PLACE STE 300
LITTLE ROCK AR 72211

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CTR PKWY,
LITTLE ROCK, AR 72211

CREDITOR ID: 410548-15
VOW, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN C ELLIS BRAZEAL, III, ESQ.
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2654-07<br>W. D. OF VIRGINIA, INC.<br>P.O. BOX 578<br>JACKSONVILLE NC 28541-0578 | CREDITOR ID: 2655-07<br>W. HALL DBA HIGH SPRINGS PLAZA INC<br>C/O CHARLES WAYNE PROPERTIES I<br>444 SEABREEZE BLVD STE 1000<br>DAYTONA  BEACH FL 32118 | CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>NEXSEN, PRUET, ADAMS, ET AL<br>ATTN JAMES H PULLIAM, ESQ<br>201 S TRYON STREET, SUITE 1200<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>C/O KRUG INVESTMENTS, LLC<br>ATTN: DAVID KRUG, MGR.<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 | CREDITOR ID: 2690-07<br>W/D SELMA RIC LLC<br>235 MOORE STREET<br>3RD FLOOR<br>HACKENSACK NJ 07601 | CREDITOR ID: 278594-24<br>WACHOVIA BANK<br>REAL ESTATE DIVISION<br>MAIL CODE 1810<br>30TH FLOOR<br>191 PEACHTREE STREET, N.E.<br>ATLANTA GA 30303 |
| CREDITOR ID: 278675-24<br>WACHOVIA BANK NA<br>100 N. MAIN STREET<br>WINSTON-SALEM NC 27150 | CREDITOR ID: 410417-15<br>WACHOVIA BANK,  TRUSTEE UNDER<br>LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR<br>PO BOX 11889<br>COLUMBIA SC 29211 | CREDITOR ID: 410369-15<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 1981-07<br>WACHOVIA SECURITIES<br>LOAN # 815114283<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 278595-25<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | CREDITOR ID: 278676-25<br>WALKER CHAPEL PLAZA, LLC<br>DOWNTOWN JIMMIE HALE MISSION INC.<br>PO BOX 10472<br>BIRMINGHAM AL 35202 |
| CREDITOR ID: 1982-07<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808-1693 | CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 | CREDITOR ID: 2656-07<br>WALKER LA COMMERCIAL<br>PO BOX 1693<br>BATON  ROUGE LA 70821-1693 |
| CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>C/O ALSTON & BIRD LLP<br>ATTN PAUL SILVERMAN, ESQ<br>90 PARK AVENUE<br>NEW YORK NY 10016 | CREDITOR ID: 315822-40<br>WALKER, GEORGE C  & WILLIAM M<br>C/O JOHN STEWART WALKER CO<br>3211 OLD FOREST ROAD<br>LYNCHBURG, VA 24501 | CREDITOR ID: 399300-15<br>WALKER, GEORGE C JR & WILLIAM M<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 |
| CREDITOR ID: 1376-RJ<br>WALKER, GEORGE C. & WILLIAM M<br>C/O JOHN STEWART WALKER CO.<br>3211 OLD FOREST ROAD<br>LYNCHBURG VA 24501 | CREDITOR ID: 278596-25<br>WALKER, LA<br>COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY LLC<br>PO BOX 1693<br>BATON ROUGE LA 70821 | CREDITOR ID: 278677-25<br>WALKER, LA, COMMERCIAL PROPERTIES<br>DEVELOPMENT COMPANY, LLC<br>SOUTHERN FARM BUREAU ANNUITY INS CO<br>PO BOX 78<br>JACKSON MS 39205 |
| CREDITOR ID: 1983-07<br>WATCH OMEGA HOLDINGS LP<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD WEST<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 2657-07<br>WATCH OMEGA HOLDINGS, L.P.<br>C/O GMH CAPITAL PARTNERS<br>3733 UNIVERSITY BD,WEST STE 20<br>JACKSONVILLE FL 32217 | CREDITOR ID: 410977-15<br>WATCH OMEGA HOLDINGS, LP BY<br>GE CAPITAL REALTY GROUP, INC, AGENT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 1984-07<br>WATERS & ARMENIA PLAZA<br>ARTZIBUSHEV & CO<br>1525 W HILLSBOROUGH AVE<br>TAMPA, FL 33603-1200 | CREDITOR ID: 1985-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 | CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE, NC 28234 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST LOUIS, MO 63178 | CREDITOR ID: 2659-07<br>WATKINS INVESTMENTS<br>751 CHAMPAGNE ROAD<br>INCLAN VILLAGE NV 89451 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 | CREDITOR ID: 1987-07<br>WAYNE RUBEN<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON, IN 47402 |
| CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751 | CREDITOR ID: 2662-07<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 1989-07<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>PO BOX 20983<br>WINSTON SALEM, NC 27120-0983 |
| CREDITOR ID: 408230-15<br>WCJ DAVIS, LTD, ASSIGNEE<br>DBT PORCUPINE WD2/DBT PORCUPINE WD3<br>C/O BRACKETT & ELLIS, PC<br>ATTN THEODORE MACK, ESQ<br>100 MAIN STREET<br>FORT WORTH TX 76102-3090 | CREDITOR ID: 1990-07<br>WCL FIVE LLC<br>P O BOX 601698<br>CHARLOTTE NC 28260-1698 | CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 |
| CREDITOR ID: 1991-07<br>WD DEVELOPMENT LLC<br>C/O BARNETT PROPERTIES LLC<br>1775 GRAHAM AVENUE, SUITE 201<br>HENDERSON, NC 27536 | CREDITOR ID: 410682-15<br>WD FAYETTEVILLE GA LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA REISS HEFFNER, MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 316161-40<br>WD FLORENCE PORTFOLIO LP<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA |
| CREDITOR ID: 410801-15<br>WD FLORENCE PORTFOLIO, LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN MICHAEL S HELD, ESQ<br>1445 ROSS AVENUE, STE 3700<br>DALLAS TX 75202 | CREDITOR ID: 410801-15<br>WD FLORENCE PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, STE 500<br>TORONTO ON MSK 1N4<br>CANADA | CREDITOR ID: 381875-37<br>WD GEORGIA LLC<br>C/O ALLAN RILEY CO., INC.<br>200 PARK AVENUE<br>SUITE 200<br>NEW YORK, NY 10166 |
| CREDITOR ID: 2664-07<br>WD GREEN COVE TRUST<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 411026-15<br>WD GREEN COVE TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 | CREDITOR ID: 411026-15<br>WD GREEN COVE TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 1992-RJ<br>WD JACKSONVILLE FL LLC<br>C/O I REISS & SONS<br>200 EAST 61ST STREET<br>NEW YORK, NY 10021 |
| CREDITOR ID: 2665-07<br>WD JACKSONVILLE TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 411024-15<br>WD JACKSONVILLE TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 | CREDITOR ID: 316162-40<br>WD MARIANNA PORTFOLIO LP<br>C/O H&R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA |

**SERVICE LIST**

Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1993-07
WD MARIANNA PORTFOLIO LP
C/O H & R ESTATE INVESTMENT TRU
3625 DUFFERIN STREET
DOWNSVIEW ON
CANADA

CREDITOR ID: 410802-15
WD MARIANNA PORTFOLIO, LP
C/O JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD, ESQ
1445 ROSS AVENUE, STE 3700
DALLAS TX 75202

CREDITOR ID: 410802-15
WD MARIANNA PORTFOLIO, LP
C/O H&R REIT
ATTN MORGAN BERRY
3625 DUFFERIN ST, SUITE 500
TORONTO ON ON MSK 1N4
CANADA

CREDITOR ID: 316163-40
WD MILTON PORTFOLIO LP
C/O H&R REAL ESTATE INVESTMENT
3625 DUFFERIN STREET
DOWNSVIEW, ON
CANADA

CREDITOR ID: 410803-15
WD MILTON PORTFOLIO, LP
C/O JENKENS & GILCHRIST PC
ATTN MICHAEL S HELD, ESQ
1445 ROSS AVENUE, STE 3700
DALLAS TX 75202

CREDITOR ID: 410803-15
WD MILTON PORTFOLIO, LP
C/O H&R REIT
ATTN MORGAN BERRY
3625 DUFFERIN ST, SUITE 500
TORONTO ON ON MSK 1N4
CANADA

CREDITOR ID: 410765-15
WD MONTGOMERY, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410765-15
WD MONTGOMERY, LLC
C/O KAMIN REALTY, LLC
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 410763-15
WD MT CARMEL, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410763-15
WD MT CARMEL, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 411025-15
WD PASCO TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 411025-15
WD PASCO TRUST
C/O HELD & ISRAEL
ATTN E HELD/A FRISCH, ESQS
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 278678-25
WD RAINSVILLE TRUST
BURLINGTON NORTHERN & SANTA FE RR
PO BOX 961050
2650 LOU MENK DRIVE - MKTG. 2
FT. WORTH TX 76131-2830

CREDITOR ID: 278598-24
WD ROANOKE LLC
C/O I REISS & COMPANY
ATTN LINDA REISS HEFFNER
200 EAST 61ST STREET, SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 2666-07
WD ROCKY MOUNT VA PARTNERS LLC
C/O I REISS & SON
ATTN LINDA REISS HEFFNER
200 EAST 61ST STREET, SUITE 29F
NEW YORK NY 10021

CREDITOR ID: 1978-RJ
WD ROUTE 3 LIMITED PARTNERSHIP
1201 CENTRAL PARK BLVD
FREDERICKSBURG, VA 22404

CREDITOR ID: 278599-24
WD ROUTE 3 LIMITED PARTNERSHIP
1201 CENTRAL PARK BOULEVARD
FREDERICKSBURG VA 22401

CREDITOR ID: 411017-15
WD ROUTE 3 LP BY SILVER CO AGT
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 1980-07
W-D SHELBY PARTNERSHIP
C/O DAVID WEISS, CPA
469 7TH AVENUE, SUITE 1300
NEW YORK, NY 10018-7603

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O DAVID WEISS, CPA
469 7TH AVENUE, SUITE 1300
NEW YORK, NY 10018-7603

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O LAW OFFICE OF NEIL REGER
ATTN NEIL REGER, ESQ
4476 BOCAIRE BLVD
BOCA RATON FL 33487

CREDITOR ID: 381876-37
WD SOUTH CAROLINA, LLC
C/O ALLAN RILEY CO., INC.
200 PARK AVENUE
SUITE 2000
NEW YORK, NY 10166

CREDITOR ID: 2667-07
WD TAMPA TRUST
C/O PARAGON AFFILIATES, INC.
ONE PARAGON DRIVE  SUITE 145
MONTVALE NJ 07645

CREDITOR ID: 411027-15
WD TAMPA TRUST
RIKER DANZIG SCHERER ET AL
ATTN MORRISON/TILTON/SPONDER, ESQS
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962

CREDITOR ID: 2668-07
WD WESTMINSTER SC LLC
C/O I REISS & SON
200 EAST 61ST STREET-STE 29F
NEW YORK NY 10021

CREDITOR ID: 278679-24
WD WICHITA FALLS TX LP
PROTECTIVE LIFE INSURANCE COMPANY
2801 HIGHWAY 280 SOUTH
BIRMINGHAM AL 35223

CREDITOR ID: 278600-24
WD WICHITA FALLS TX LP
C/O I. REISS & SON
200 E. 61ST STREET
SUITE 29F
NEW YORK NY 10021

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                          **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2669-07<br>WD-EUNICE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8905 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 2670-07<br>WD-OAKDALE, LLC<br>MRS JOANNE ROWNING C/O MOSS AD<br>8905 S.W. NIMBUS SUITE 400<br>BEAVERTON OR 97008 | CREDITOR ID: 1995-07<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH FL 33405-7388 |
| CREDITOR ID: 1995-07<br>WEAVERS CORNER JT VENTURE<br>JOHN E. MUFSON, P.A.<br>JOHN E MUFSON, ESQ<br>2213 N UNIVERSITY DRIVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 2671-99<br>WEAVERS CORNER JT VENTURE<br>JOHN E. MUFSON, P.A.<br>JOHN E MUFSON, ESQ<br>2213 N UNIVERSITY DRIVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 1996-07<br>WEBB/LEXINGTON VENTURES #108<br>C/O THE WEBB COMPANIES<br>LEXINGTON FINANCIAL CENTER<br>SUITE 3000<br>LEXINGTON, KY 40507 |
| CREDITOR ID: 264566-12<br>WEBB/LEXINGTON VENTURES #108<br>ATTN ROBERT CHAFFINS, VP ASSET MGR<br>250 WEST MAIN ST, SUITE 3000<br>LEXINGTON, KY 40507 | CREDITOR ID: 1997-07<br>WEBBER COMMERCIAL PROPERTIES L<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL, FL 33904 | CREDITOR ID: 2673-07<br>WEDDINGTON ASSOCIATES<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NIMZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606 | CREDITOR ID: 2674-07<br>WEINACKER SHOPPING CENTER LLC<br>PO BOX 2926<br>MOBILE AL 36652-9987 | CREDITOR ID: 403489-15<br>WEINACKER'S SHOPPING CENTER LLC<br>ATTN BARRY A FRIEDMAN<br>3809 CLARIDGE ROAD NORTH<br>MOBILE AL 36608 |
| CREDITOR ID: 315922-40<br>WEINGARTEN REALTY INVESTORS<br>PO BOX 200518<br>HOUSTON, TX 77216-0518 | CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 | CREDITOR ID: 2675-07<br>WEINGARTEN REALTY INVESTORS<br>P.O. BOX 924133<br>HOUSTON TX 77292-4133 |
| CREDITOR ID: 2676-07<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 2553-07<br>WEISS, SHERI TRAGER<br>13853 THOMASVILLE CT<br>JACKSONVILLE, FL 32223 | CREDITOR ID: 278601-24<br>WELLS FARGO BANK NA<br>4366 DEARBORN<br>DENVER CO 80239 |
| CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 408342-15<br>WELLS FARGO BANK, NA AS TRUSTEE<br>C/O MCGLINCHEY STAFFORD, PLLC<br>ATTN STEPHEN P STROHSCHEIN, ESQ<br>ONE AMERICAN FLOOR, 14TH FLOOR<br>BATON ROUGE LA 70825 |
| CREDITOR ID: 278602-24<br>WELLS FARGO REALTY SERVICES LLC<br>4366 DEARBORN<br>DENVER CO 80239 | CREDITOR ID: 2000-07<br>WESLEY CHAPEL SC CO LTD<br>ATTN ACCOUNTING DEPT<br>1733 WEST FLETCHER AVENUE<br>TAMPA, FL 33612 | CREDITOR ID: 2001-RJ<br>WEST ECK PARTNERS LP<br>ATTN VICTOR J MILLS<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 |
| CREDITOR ID: 2001-RJ<br>WEST ECK PARTNERS LP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 | CREDITOR ID: 278680-24<br>WEST ECK PARTNERS, LP<br>CENTRAL & SOUTHERN BANK OF GEORGIA<br>150 W. GREENE STREET<br>MILLEDGEVILLE GA 31061 | CREDITOR ID: 278603-24<br>WEST ECK PARTNERS, LP<br>2743 PERIMETER PARKWAY<br>BUILDING 100<br>SUITE 370<br>AUGUSTA GA 30909 |

SERVICE LIST

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 407594-15
WEST TOWN CORNERS
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN RONALD M TUCKER, ESQ
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 2003-07
WESTFORK PLAZA
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD
MIAMI  BEACH, FL 33140

CREDITOR ID: 2004-07
WESTGATE LLC
ATTN: JAMES A CAIN
PO BOX 3242
TUSCALOOSA, AL 35403

CREDITOR ID: 2005-07
WESTLAND SHOPPING CENTER LP
C/O STIRLING PROPERTIES
PO BOX 11407
BIRMINGHAM, AL 35246-0787

CREDITOR ID: 2006-07
WESTON ROAD SHOPPING CENTER
470 BILTMORE WAY
CORAL GABLES, FL 33134

CREDITOR ID: 2677-07
WESTON ROAD SHOPPING CENTER, LLC
C/O GAME PROPERTIES
470 BILTMORE WAY STE 100
CORAL GABLES FL 33134

CREDITOR ID: 2007-07
WESTSIDE CITY INC
PO BOX 2567
GREENVILLE SC 29602-2567

CREDITOR ID: 2678-07
WESTSIDE CITY INC
PO BOX 2567
GREENVILLE, SC 29602-2567

CREDITOR ID: 408298-99
WESTSIDE CITY, INC
C/O HELD & ISRAEL
ATTN: EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2009-07
WIAB PROPERTIES LLC OPERATING
C/O FOSHEE REALTY COMPANY INC
51 TACON STREET SUITE B
MOBILE, AL 36607

CREDITOR ID: 407704-15
WIAB PROPERTIES, LLC
C/O MAYNARD COOPER & GALE, PC
ATTN MATTHEW W GRILL, ESQ
1901 SIXTH AVENUE NORTH, SUITE 2400
BIRMINGHAM AL 35203

CREDITOR ID: 278605-24
WIEDEMANN SQUARE LLC
ATTN: DWIGHT W. BROEMAN
VICTORIA SQUARE APARTMENTS
FIFTH & CENTRAL STREETS
NEWPORT KY 41071

CREDITOR ID: 278604-24
WIEDEMANN SQUARE LLC
ATTN: BURGESS L. DOAN
5710 WOOSTER PIKE
SUITE 212
CINCINNATI OH 45227

CREDITOR ID: 2010-RJ
WIEDEMANN SQUARE LTD
5710 WOOSTER PIKE  STE 210
CINCINNATI OH 45227

CREDITOR ID: 278606-24
WIEDEMANN SQUARE LTD
SUITE 205
5710 WOOSTER PIKE
CINCINNATI OH 45227

CREDITOR ID: 2680-RJ
WIEDEMANN SQUARE LTD
ATTN BURGESS L DOAN, II
5710 WOOSTER PIKE, SUITE 205
CINCINNATI, OH 45227

CREDITOR ID: 2679-RJ
WIEDEMANN SQUARE LTD
5710 WOOSTER PIKE  STE 210
CINCINNATI OH 45227

CREDITOR ID: 2680-RJ
WIEDEMANN SQUARE LTD
DOAN KEITH & BROKAMP, LLC
ATTN BURGESS L. DOAN, ESQ
5710 WOOSTER PIKE, SUITE 212
CINCINNATI OH 45227

CREDITOR ID: 2681-RJ
WIEDEMANN SQUARE, LLC
ATTN: BURGESS L. DOAN
5710 WOOSTER PIKE, SUITE 212
CINCINNATI OH 45227

CREDITOR ID: 2011-RJ
WIEDMANN SQUARE LLC
PO BOX 1710
NEWPORT, KY 41071

CREDITOR ID: 410718-15
WIEDMANN SQUARE, LLC
C/O NATIONAL REDEVELOPMENT, INC
ATTN BURGESS L DOAN
5710 WOOSTER PIKE, SUITE 121
CINCINNATI OH 45227

CREDITOR ID: 2012-07
WIGGS REALTY CO
11012 AURORA HUDSON RD
STREETSBORO OH 44241-1629

CREDITOR ID: 2682-07
WIGGS REALTY CO
11012 AURORA HUDSON RD
STREETSBORO, OH 44241-1629

CREDITOR ID: 278607-24
WILCOX & SAVAGE, PC
STEPHEN R. DAVIS, ESQ.
1800 NATIONSBANK CENTER
ONE COMMERCIAL PLACE
NORFOLK VA 23510-2197

CREDITOR ID: 2683-07
WILLIAM H HALL
4928 ARAPAHOE AVE
JACKSONVILLE FL 32210

CREDITOR ID: 315923-40
WILLIAM L HUNTLEY TRUST
C/O LONE STAR PROPERTIES INC
PO BOX 1828
ENGELWOOD, FL 34295-1828

CREDITOR ID: 2014-07
WILLOWOOD PARTNERS LTD
1750 PEACHTREE RD N W
ATLANTA GA 30309-2335

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2685-07<br>WILLOWOOD PARTNERS LTD<br>1750 PEACHTREE RD NW<br>ATLANTA, GA 30309-2335 | CREDITOR ID: 407473-99<br>WILMINGTON TRUST CO/WJ WADE, TTEES<br>SOUTHLAND-JONESBORO WD DE BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 407479-99<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 |
| CREDITOR ID: 410584-15<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 407469-99<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ANDERSON WD DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW YORK, NY 10001 |
| CREDITOR ID: 2016-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA PATH SC 29654-0125 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA PATH, SC 29654-0125 | CREDITOR ID: 2017-07<br>WINDSOR STATION LC<br>C/O PHILLIPS EDISON & CO<br>11690 GRROMS ROAD<br>CINCINNATI, OH 45264-0474 |
| CREDITOR ID: 264937-12<br>WINDSOR STATION LCC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 2018-07<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL<br>PO BOX 2287<br>GREENVILLE, SC 29602 | CREDITOR ID: 264940-12<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE<br>REAL ESTATE<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE, SC 29602 |
| CREDITOR ID: 264940-12<br>WINDWARD PARTNERS IV LP<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN ANDREW J WHITE, ESQ<br>PO BOX 2048<br>GREENVILLE SC 29602-2048 | CREDITOR ID: 2019-RJ<br>WINYAH VILLAGE SHOPPING CENTER<br>C/O CENTURY 21 GRIMES & ASSOC<br>PO BOX 664<br>GEORGETOWN, SC 29442-0664 | CREDITOR ID: 278608-25<br>WINYAH VILLAGE SHOPPING CENTER<br>C/O CENTURY 21 GRIMES & ASSOC.<br>PO BOX 664<br>GEORGETOWN SC 29442 |
| CREDITOR ID: 2020-07<br>WIREGRASS PLAZA LLC<br>C/O ARONOV REALTY MGMT INC<br>PO BOX 235021<br>MONTGOMERY, AL 36105-5021 | CREDITOR ID: 2687-07<br>WIREGRASS PLAZA, LLC<br>P O BOX 235000<br>MONTGOMERY AL 36123-5000 | CREDITOR ID: 278609-25<br>WISCONSIN NATIONAL LIFE INSURANCE<br>ATTN: INVESTMENT DEPARTMENT<br>PO BOX 2606<br>BIRMINGHAM AL 35202 |
| CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 2021-07<br>WOLFCHASE ASSOCIATES LLC<br>C/O STRATEGIC REALTY SERVICES LLC<br>901 NORTHPOINT PARKWAY SUITE 200<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 2688-07<br>WOLVERINE EQUITIES 2001C BN-I LP<br>ATTN: GREG L. ENGLAND<br>15601 DALLAS PARKWAY, SUITE 40<br>ADDISON TX 75001 | CREDITOR ID: 2022-07<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA, SC 29202 | CREDITOR ID: 2689-07<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>341 EAST 149TH STREET<br>BRONX NY 10451 |
| CREDITOR ID: 278610-24<br>WOODLAND VILLAGE APARTMENTS<br>A GENERAL PARTNERSHIP<br>C/O J. DONALD DIAL<br>1320 WASHINGTON STREET<br>COLUMBIA SC 29201 | CREDITOR ID: 2023-RJ<br>WOODLAND VILLAGE PARTNERSHIP<br>C/O DONALD DIAL<br>2712 MIDDLEBURG DRIVE<br>SUITE 208<br>COLUMBIA, SC 29204 | CREDITOR ID: 399630-15<br>WOODLAND VILLAGE PARTNERSHIP<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN STANLEY H MCGUFFIN, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211-1889 |

**SERVICE LIST**

**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE LLC<br>ATTN SHAI MOSCHOWITS/LARRY BERNICK<br>3200 NORTH MILITARY TRAIL 4TH FLOOR<br>BOCA RATON FL 33431 | CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE LLC<br>C/O TOBIN & REYES, PA<br>ATTN RICARDO A REYES, ESQ<br>7251 W PALMETTO PARK ROAD, STE 205<br>BOCA RATON FL 33433 | CREDITOR ID: 408213-15<br>WORLD OF SLEEP OUTLETS, LLC<br>C/O MORRIS, MANNING & MARTIN, LLP<br>ATTN DANIEL P SINAIKO, ESQ<br>1600 ATLANTA FINANCIAL CENTER<br>3343 PEACHTREE ROAD, NE<br>ATLANTA GA 30326-1044 |
| CREDITOR ID: 408213-15<br>WORLD OF SLEEP OUTLETS, LLC<br>ATTN CLAUDIA TIMCO/ROSE THOMAS<br>ONE CONCOURSE PKWY, STE 800<br>ATLANTA GA 30328 | CREDITOR ID: 2024-07<br>WRI/TEXLA LLC<br>ATTN: PROPERTY MGMT<br>PO BOX 924133<br>HOUSTON, TX 77292-4133 | CREDITOR ID: 265053-24<br>WRI/TEXLA LLC<br>ATTN JENNY HYUN, ESQ<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 |
| CREDITOR ID: 1979-07<br>WTH II LLC<br>C/O SPECTRUM REALTY ADVISORS<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 405930-99<br>WTH II LLC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 405930-99<br>WTH II LLC<br>2405 WEST BROAD ST, STE 200<br>ATHENS GA 30606 |
| CREDITOR ID: 410885-15<br>WYE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 2025-07<br>XARLA REALTY LLC<br>C/O ALLEN RILEY CO INC<br>200 PARK AVE., SUITE 200<br>NEW YORK, NY 10166 | CREDITOR ID: 411145-15<br>XEROX CAPITAL SERVICES, LLC<br>ATTN VANESSA ADAMS, BANKR COORD<br>1301 RIDGEVIEW ROAD, R-382-450<br>LEWISVILLE TX 75028 |
| CREDITOR ID: 2026-07<br>YDB THREE LAKES LC<br>C/O ELYSEE INVESTMENT CO<br>601 W 182ND ST 1ST FL<br>NEW YORK, NY 10033 | CREDITOR ID: 1115-07<br>YORK, BENNETT V.<br>C/O BENNETT, LOTTERHOS, SULSER & WILSON<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 315823-40<br>ZAMIAS, GEORGE D<br>REF THE CROSIING CENTER<br>C/O PITTSBURGH NATIONAL BANK<br>PO BOX 641740<br>PITTSBURGH, PA 15264-1740 |
| CREDITOR ID: 410403-15<br>ZAMIAS, GEORGE D<br>C/O THORP REED & ARMSTRONG, LLP<br>ATTN PAULA A SCHMECK, ESQ<br>301 GRANT STREET, ONE OXFORD CENTRE<br>PITTSBURGH PA 15219 | CREDITOR ID: 410403-15<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | CREDITOR ID: 1378-07<br>ZAMIAS, GEORGE D.<br>REF THE CROSSING CENTER<br>C/O PITTSBURGH NATIONAL BANK<br>PO BOX 641740<br>PITTSBURGH PA 15264-1740 |
| CREDITOR ID: 2259-07<br>ZAMIAS, GEORGE D.<br>C/O GDZ MANAGEMENT<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | CREDITOR ID: 410597-15<br>ZEPHYR HILLS LAND TRUST<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ROBERT J FEINSTEIN, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 410597-15<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK NY 10019-4107 |
| CREDITOR ID: 2691-07<br>ZIMMER DEVELOPMENT CO. OF S.C,L.P<br>C/O HERBERT J. ZIMMER<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 | CREDITOR ID: 397245-68<br>ZSF/WD BARTOW, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397246-68<br>ZSF/WD CHARLOTTE, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |
| CREDITOR ID: 278612-24<br>ZSF/WD CLAYTON LLC<br>C/O EUCLID WAREHOUSES INC<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | CREDITOR ID: 397247-68<br>ZSF/WD CLAYTON, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397248-68<br>ZSF/WD FITZGERALD, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 |

SERVICE LIST
**Order Under 11 U.S.C. 365(d) (4) Granting Further
Extensin of Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 397249-68
ZSF/WD GREENVILLE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397250-68
ZSF/WD HAMMOND, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 398210-72
ZSF/WD HIGH POINT, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397251-68
ZSF/WD JACKSONVILLE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397252-68
ZSF/WD MONTGOMERY-31, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 399324-72
ZSF/WD MONTGOMERY-GUNTER, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397253-68
ZSF/WD OPA LOCKA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397254-68
ZSF/WD ORLANDO, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397255-68
ZSF/WD SARASOTA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 278614-24
ZURICH STRUCTURED FINANCE
ADMINISTRATIVE GENERAL PARTNER
ATTN: CHRISTIAN HALABI
1 CHASE MANHATTAN PLAZA
NEW YORK NY 10005

CREDITOR ID: 2693-07
ZYDCCO INVESTMENT,LLC
159 PIERCE STREET
BIRMINGHAM MI 48009

**Total:   2,684**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )    Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | )    *Chapter 11* |
| | ) |
| Debtors. | )    Jointly Administered |
| | ) |

### ~~AMENDED~~ ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING FURTHER EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

These cases came before the Court for hearing on September 1, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1] for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors a further extension of the time period to assume or reject unexpired nonresidential real property leases (the "Unexpired Leases") (the "Motion"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is GRANTED.

2.    Except as provided in numbered paragraphs 3 and 8, the period within which the Debtors must move to assume or reject the Unexpired Leases is extended through December 19, 2005.

---

[1]    All capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.

3.    The period within which the Debtors must move to assume or reject the Unexpired Lease governing Store 734 is extended through September 30, 2005.

4.    To the extent the Debtors intend to reject an Unexpired Lease, the Debtors shall provide the lessor under such lease with at least ten days notice of such intent.  A rejection of an Unexpired Lease shall be effective, without further order of the Court, on the later of (i) the tenth calendar day following the service of the Rejection Notice; and (ii) the date on which Debtor has (a) vacated and surrendered possession of the premises; and (b) delivered all keys in the possession of the tenant to the leased premises to the affected landlord or, if at a shopping center, to the mall management office where the leased premises are located.  The landlord of any Lease rejected pursuant to this paragraph must file a proof of claim for damages arising from the rejection of the applicable lease within thirty (30) days following the applicable rejection date or be forever barred from asserting any such claim.

5.    The Debtors will electronically file a copy of any notice of intent to reject and provide a copy of such notice to any party with a known interest in property to be abandoned at the applicable store, notifying such party that it must retrieve the property prior to the rejection date or that any such inventory or other property (collectively, the "FF&E") of the Debtors remaining in such store after the applicable rejection date is deemed abandoned.  In that event, the applicable landlord has the right to dispose of the FF&E in its sole and absolute discretion, without further order of this Court, and without liability to any person or party whatsoever.

6.    The Debtors will comply with the mandates of section 365 of the Bankruptcy Code as such Code section is interpreted by this Court, and will perform all

2

the obligations of the Debtors, except those specified in section 365(b)(2), arising from and after the order for relief (the "Postpetition Rental Obligations"). The Debtors agree that the lessor shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations, which motion shall set forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor. The Debtors have agreed that they shall not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this Paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

       7.     The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

       8.     The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Unexpired Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if the Debtors file a motion seeking a further extension of the time to assume or reject the Unexpired Leases on or before December 19, 2005.

       9.     This Court's hearing of the Objections to the Motion filed by PMG Ocean Associates, LP (Docket No. 3192) and Victory Real Estate Investments, LLC et al. (Docket No. 3197) are continued until the omnibus hearing scheduled for September 22, 2005 at 1:00 p.m., at which time the Court shall consider the issues raised in such

3

Objection; provided however, that the consideration of such Objections and any relief granted to PMG Ocean Associates, LP and Victory Real Estate Investments, LLC et al., shall be limited to such parties and shall in no way be deemed to alter the relief granted pursuant to this Order. The time within which the Debtors must move to assume or reject the unexpired lease of nonresidential real property that are the subject of the Objections filed by PMG Ocean Associates, LP and Victory Real Estate Investments, LLC et al. are extended until and through such time as an order adjudicating the Objections is entered by the Bankruptcy Court or such Objections are withdrawn or otherwise resolved.

10.     Notwithstanding anything to the contrary in this order, with respect to the leases identified on the attached list, the Debtors may file a motion to assume or send a Rejection Notice (as defined in the Court's order dated September 8, 2005 granting the Amended Motion of the Debtors (I) To Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) To Assume and Assign Leases, (III) To reject Targeted Leases the Debtors Are Unable To Sell, and (IV) Granting Related Relief (Docket No. 2070)) by September 30, 2005.  In the event the Debtors do not file a motion to assume or send a Rejection Notice by September 30, 2005, the leases identified on the attached list will be deemed rejected on September 30, 2005.

Dated this 12 day of September, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

4

00507761.DOC

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 440 W. CHERRY ST | JESUP | GA | VICTORY INVESTMENTS, INC. | 4/26/15 | 5X5 years | PR, EO | | |
| 20 | 3501 ARCHER RD. | GAINESVILLE | FL | ELIOT PROPERTIES | 1/17/05 | 5X5 years | PR, EO | | |
| 55 | 312 E. 1 ST. | VIDALIA | GA | VICTORY VIDALIA, LLC. | 7/31/17 | 6X5 years | PR | | |
| 57 | 2830 E. PINETREE BLVD | THOMASVILLE | GA | PINETREE PARTNERS, LTD | 10/26/14 | 6X5 years | PR | | × |
| 147 | 602 BRANNEN ST. | STATESBORO | GA | GENTILLY SQUARE, LLC | 6/9/13 | 5X5 years | PR, EO | | |
| 158 | 147 W. HENDRY STREET | HINESVILLE | GA | A.A.C. INC. | 6/12/06 | 5X5 years | PR | | |
| 170 | 7303 N.W. 4TH BLVD | GAINESVILLE | FL | TOWER CENTER ASSOCIATES, LTD. | 1/17/10 | 4X5 years | PR, EO | | |
| 178 | 1312 S. MADISON AVE. | DOUGLAS | GA | PERIMETER PLACE ASSOCIATES, L.P | 3/19/17 | 3X5 years | PR, EO | | |
| 181 | 714 FIRST ST. | ADEL | GA | W. FRED BENTLEY, SR. | 1/1/13 | 1X5 years | PR, EO | | |
| 188 | 1912 MEMORIAL DR. | WAYCROSS | GA | L.P.I WAYCROSS, INC. | 8/31/14 | 4X5 years | PR, EO | | |
| 223 | 6901 W. OKEECHOBEE BLVD | WEST PALM BEACH | FL | LINFRO INVESTMENTS INC. | 9/17/17 | 5X5 years | PR, EO | | × |
| 227 | 18455 PINES BLVD. | PEMBROKE PINES | FL | CHAPEL TRAIL ASSOCIATES, LTD | 5/24/15 | 5X5 years | PR, EO | | |
| 320 | 11241 US HWY 1 | NORTH PALM BEACH | FL | WOLFCHASE ASSOC. LLC, NORTH PALM, LLC., NORTH PALM | 1/12/20 | 6X5 years | PR, EO | | |
| 338 | 4301 HILLSBORO BLVD. | COCONUT CREEK | FL | HILLSBORO-LYONS INVESTORS LTD | 6/13/10 | 5X5 years | PR, EO | | |
| 403 | 1734 SECOND AVE. SW | CULLMAN | AL | DRINKARD DEVELOPMENT, INC. | 1/18/12 | 5X5 years | PR, EO | | |
| 404 | 2010 US HWY 280 | PHENIX CITY | AL | NEWTON OLDACRE MCDONALD | 1/27/08 | 5X5 years | PR, EO | | |
| 414 | 9120 PKWY E | BIRMINGHAM | AL | AMERICAN COMMERCIAL REALTY CORP | 1/4/15 | 5X5 years | PR | | |
| 415 | 6730 DEERFOOT PKWY | TRUSSVILLE | AL | DEERFOOT MARKETPLACE, LLC | 3/26/23 | 5X5 years | PR | | |
| 420 | 5291 HWY 280 S | BIRMINGHAM | AL | DEVELOPERS DIVERSIFIED REALTY CORP | 1/5/15 | 5X5 years | PR, EO | | |
| 421 | 312 PALISADES BLVD. | BIRMINGHAM | AL | PALISADES INVESTORS, LLC. | 12/3/06 | 5X5 years | PR, EO | | |
| 423 | 1225 FRANKLIN | TROY | AL | TROY MARKETPLACE LLC | 10/4/09 | 5X5 years | PR, EO | | |
| 432 | 1206 S. HWY 231 | OZARK | AL | L.J MELODY & COMPANY | 5/5/14 | 5X5 years | PR, EO | | |
| 449 | 2272 S. BLVD | MONTGOMERY | AL | IPF-CAPITOL L.P. | 5/29/11 | 5X5 years | PR | | |
| 450 | 511 E. CUMMINGS AVE. | OPP | AL | ALVIN R. CHAN FAMILY, L.P | 1/11/15 | 6X5 years | PR, EO | | |
| 519 | 145 INTERSTATE DR. | GREENVILLE | AL | F&M DEVELOPMENT, LTD | 5/29/17 | 5X5 years | PR, EO | | |
| 523 | 6523 AARON ARNOVO DR. | FAIRFIELD | AL | FAIRFIELD PARTNERS L.P | 12/15/13 | 5X5 years | PR, EO | | |
| 529 | 124 MARKET CENTER DR. | ALABASTER | AL | RANDY ROARK | 8/17/14 | 5X5 years | PR, EO | | |
| 530 | 1590 SKYLAND BLVD. E. | TUSCALOOSA | AL | SPILLER INVESTMENTS, INC. | 9/28/14 | 5X5 years | PR, EO | | |
| 532 | 1300 MONTGOMERY HWY | VESTAVIA | AL | VESTAVIA HILLS 99-AL, LLC | 8/31/19 | 6X5 years | PR, EO | | |
| 547 | 2244 HWY 31 S. | PELHAM | AL | BIRMINGHAM REALTY CO. | 6/14/14 | 5X5 years | PR, EO | | |
| 573 | 3301 DENNY AVE. | PASCAGOULA | MS | PASCAGOULA PROPERTIES, LTD | 3/20/06 | 5X5 years | PR, EO | | |
| 575 | 2209 VILLAGE DR. | MOODY | AL | BIRMINGHAM REALTY CO | 6/21/15 | 5X5 years | PR, EO | | |
| 583 | 915 HWY 19 N. | MERIDIAN | MS | JACK FIORELLA III | 3/31/10 | NONE | GL, PR, EO | | |
| 593 | 5711 VETERANS PKWY | ADAMSVILLE | AL | ADAM-DIX PROPERTIES CORP | 12/30/16 | 10X5 years | PR, EO | | |
| 594 | 710 ACADEMY DR. | BESSEMER | AL | 59 WEST PARTNERS, LTD. | 7/24/16 | 6X5 years | PR, EO | | |
| 597 | 275 COLUMBIANA SQUARE | COLUMBIANA | AL | BIRMINGHAM REALTY CO. | 1/11/17 | 5X5 years | PR, EO | | |
| 604 | 1800 US 301 N. | PALMETTO | FL | BERGERON WD PALMETTO, LLC | 7/21/19 | 5X5 years | PR, EO | | |
| 615 | 1945 W. LUMSDEN | BRANDON | FL | PRESTON OIL COMPANY, L.P. | 11/8/20 | 5X5 years | PR, EO | | |
| 620 | 850 3RD. AVE. S. | ST. PETERSBURG | FL | ALLARD LLC | 7/15/17 | 5X5 years | PR | | |
| 634 | 5715 GUNN HWY | TAMPA | FL | WATKINS INVESTMENTS | 6/19/14 | 6X5 years | PR, EO | | × |
| 636 | 8702 HUNTER LAKE DR. | TAMPA | FL | WD TAMPA TRUST | 9/5/21 | 5X5 years | PR, EO | | × |
| 703 | 3710 TAMPA RD | OLDSMAR | FL | CLARA BOUDOG | 10/30/05 | 5X5 years | PR, EO | | |
| 716 | 1971 SR 60 | VALRICO | FL | REF-REI ASSET MANAGEMENT | 6/22/08 | 5X5 years | PR, EO | | |
| 734 | 3236 LITHIA PINECREST RD. | VALRICO | FL | ROYAL OAKS BRANDON, L.P. & OCALA BLOCKBUSTER PARTNE | 5/7/11 | 5X5 years | PR, EO | | × |
| 740 | 18011 S. TAMIAMI TRAIL | FT. MYERS | FL | WEBBER COMMERCIAL PROPERTIES, LLC | 6/17/18 | 5X5 years | PR, EO | | |
| 748 | 5351 VILLAGE MARKET | WESLEY CHAPEL | FL | WESLEY CHAPEL, LTD. | 3/30/08 | 5X5 years | PR, EO | | |
| 752 | 8615 LITTLE RD | NEW PORT RICHEY | FL | HENDERSON DEVELOPMENT CO., INC. | 1/19/08 | 5X5 years | PR, EO | | |
| 803 | 1393 KILDAIRE FARM RD | CARY | NC | USRP I, LLC /MACQUIRE COUNTRY WIDE-REGENCY II, LLC | 6/11/06 | 5X5 years | PR | | × |
| 804 | 1250 DABNEY DR. | HENDERSON | NC | THE ROSEMYR CORPORATION AND WILLIAM L. STARK, SR. | 11/3/13 | 5X5 years | PR, EO | | |
| 808 | 506 W GANNON AVE | ZEBULON | NC | DANIEL G. KAMIN | 3/2/14 | 5X5 years | PR, EO | | |
| 809 | 1210 LAURA VILLAGE DR. | APEX | NC | HAROLD G. BAGWELL | 12/8/13 | 5X5 years | PR, EO | | |
| 811 | 931 DURHAM RD | WAKE FOREST | NC | F.R.O. LLC. VII | 5/24/20 | 5X5 years | PR, EO | | |
| 882 | 690 REILY ROAD | FAYETTEVILLE | NC | CLIFFDALE CORNER, INC. | 8/31/14 | 5X5 years | PR, EO | | |

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 883 | 5701 YADKIN RD | FAYETTEVILLE | NC | PONDEROSA CENTER, INC | 7/20/08 | 5X5 years | PR | | |
| 884 | 600 CEDAR CREEK ROAD | FAYETTEVILLE | NC | CEDAR CREEK CROSSING ASSOCIATES, LLC | 3/17/19 | 5X5 years | PR, EO | | |
| 888 | 1120 E. TENTH ST. | ROANOKE RAPIDS | NC | PARK PLAZA, LLC. | 2/12/17 | 5X5 years | PR | | |
| 890 | 7132 US HWY 64 E | KNIGHTDALE | NC | KNIGHTDALE CROSSING, LLC | 5/21/06 | 4X5 years | PR, EO | | |
| 903 | 1514 GARNER STATION BLVD | RALEIGH | NC | DIM VASTGOED. N.V. | 5/30/10 | 4X5 years | PR, EO | | |
| 908 | 1352 N. MAIN ST | FUQUAY-VARINA | NC | GREENWOOD COMMONS ASSOCIATES | 1/5/14 | 5X5 years | PR, EO | | |
| 912 | 2441 US 117 SO | GOLDSBORO | NC | GENESIS ASSOCIATES, LLC | 1/31/19 | 5X5 years | PR | | |
| 915 | 2000 AVONDALE DR | DURHAM | NC | CLUB BOULEVARD INVESTORS L.P. | 6/30/18 | 5X5 years | PR, EO | | |
| 918 | 211 N. BERKELEY BLVD. | GOLDSBORO | NC | MARKET PLACE PARTNERS | 10/4/05 | 4X5 years | PR, EO | | |
| 923 | 11407 US 70 W. | CLAYTON | NC | CLAYTON CROSSINGS, LLC | 5/13/12 | 5X5 years | PR, EO | | |
| 956 | 50 SOUTH AIRPORT DR | HIGHLAND SPRINGS | VA | | | | PR | | |
| 1003 | 401 W. MARTINTOWN RD | N AUGUSTA | SC | BLANCHARD AND CALHOUN REAL ESTATE | 11/1/007 | 3X5 years | PR, EO | | |
| 1005 | 135 MARKET PLAZA DR | N. AUGUSTA | SC | SOUTH WIN L.P. | 1/31/16 | 5X5 years | PR, EO | | |
| 1007 | 1763 GORDON HWY | AUGUSTA | GA | EIG GORDON VILLAGE, LLC | 10/12/13 | 5X5 years | PR, EO | | |
| 1008 | 1048 YORK ST. N. | AIKEN | SC | NORTHSIDE DEVELOPMENT GROUP | 11/29/15 | 5X5 years | PR, EO | | |
| 1015 | 1475 PEARMAN DAIRY RD | ANDERSON | SC | CHARLES A. WILKINS | 1/21/18 | 5X5 years | PR, EO | | |
| 1016 | 608 S. MAIN ST. UNIT # 6 | BELTON | SC | PALMETTO PLACE, LLC | 5/8/16 | 5X5 years | PR, EO | | |
| 1018 | 21 PELZER AVE | WILLIAMSTON | SC | TOWN SQUARE DEVELOPMENT | 3/1/09 | 5X5 years | PR, EO | | |
| 1020 | 207 ROBERT C DANIEL PKWY | AUGUSTA | GA | AUGUSTA EXCHANGE LLC | 3/25/18 | 5X5 years | PR, EO | | |
| 1023 | 1000 E. FRANKLIN ST. | HARTWELL | GA | HARTWELL PARTNERSHIP | 3/8/15 | 5X5 years | PR, EO | | |
| 1034 | 245 ROSSMAN HWY | BREVARD | NC | BAKER AND BAKER | 11/14/09 | 5X5 years | PR | | |
| 1036 | 507 N. CAROLINE ST | LAURENS | SC | BLAKE P. GARRETT, JR. AND GEORGE B. NALLEY, JR | 4/6/08 | 3X5 years | PR, EO | | |
| 1049 | 1561 W. HWY 123 | SENECA | SC | LEATHERMAN ASSOCIATES | 10/25/13 | 5X5 years | PR, EO | | |
| 1055 | 805 W. WADE HAMPTON BLVD. | GREER | SC | GREER PLAZA, INC. | 9/7/14 | 3X5 years | PR, EO | | |
| 1057 | 21 ROE RD | TRAVELERS REST | SC | GREENVILLE GROCERY LLC | 11/29/15 | 5X5 years | PR, EO | | |
| 1076 | 1481 CHESTNUT DR. | ORANGEBURG | SC | DIXIELAND SC, LLC | 6/18/17 | 5X5 years | PR, EO | | |
| 1077 | 1820 WILSON RD | NEWBERRY | SC | GLIMCHER PROPERTIES L.P | 12/9/07 | 5X5 years | PR, EO | | |
| 1084 | 951 GROVE RD | GREENVILLE | SC | RIVER OAKS PARTNERSHIP | 8/15/09 | 5X5 years | PR, EO | | |
| 1086 | 320 ROBERT SMALLS PKWY | BEAUFORT | SC | USPG PORTFOLIO TWO LLC | 7/17/11 | 3X5 years | PR, EO | | |
| 1095 | 3650 RIVERS AVE. | CHARLESTON | SC | ATLANTIC CAROLINA RETAIL, LLC | 5/1/05 | 1X5 years | PR, EO | | |
| 1097 | 136 SEA ISLAND PKWY | BEAUFORT | SC | GALLELO CMBS T I, INC. | 9/30/08 | 3X5 years | PR, EO | | |
| 1098 | 134 FOOTHILLS DR. | WEST UNION | SC | FOOTHILLS PARTNERSHIP | 8/2/15 | 3X5 years | PR, EO | | |
| 1203 | 1520 E. GREENVILLE ST | ANDERSON | SC | WINDSOR PLACE | 9/26/10 | 5X5 years | PR, EO | | |
| 1220 | 1049 E. MAIN ST | WESTMINSTER | SC | WD WESTMINSTER SC, LLC. | 12/1/017 | 5X5 years | PR, EO | | |
| 1223 | 6101 CALHOUN MEMORIAL HWY | EASLEY | SC | TOWN 'N COUNTRY REALTY OF EASLEY, INC. | 12/31/13 | 4X5 years | PR, EO | | |
| 1225 | 760 MAIN ST | DUNCAN | SC | OAKDALE INVESTORS L.P. | 6/1/14 | 5X5 years | PR, EO | | |
| 1232 | 1407 N. MAIN ST | ABBEVILLE | SC | MORRO PALMS SHOPPING CENTER | 9/5/13 | 5X5 years | PR, EO | | |
| 1235 | 675 MAIN ST | WEST COLUMBIA | SC | SHARRON BLACKWELL | 4/26/15 | 5X5 years | PR, EO | | |
| 1238 | 2768 DECKER BLVD | COLUMBIA | SC | L.W. SMITH, JR. TRUST | 3/4/18 | 3X5 years | PR, EO | | |
| 1243 | 1014 AUGUSTA RD. SE | THOMSON | GA | MCDUFFIE SQUARE, L.P | 11/18/007 | 5X5 years | PR, EO | | |
| 1244 | 529 HAMPTON AVE. | PICKENS | SC | PIENDA ASSOCIATE, LLC | 2/15/15 | 5X5 years | PR, EO | | |
| 1250 | 900 WAYNESVILLE PLAZA | WAYNESVILLE | NC | ROBERT D. PALMER, JR. | 6/23/05 | 4X5 years | PR | | |
| 1255 | 441 N. DUNCAN BYPASS | UNION | SC | DEVELOPERS DIVERSIFIED REALTY CORP. | 12/12/10 | 3X5 years | PR, EO | | |
| 1256 | 895 SPRINGFIELD RD | SPARTANBURG | SC | IVEY ELECTRIC COMPANY | 11/1/15 | 5X5 years | PR, EO | | |
| 1257 | 254 CEDAR SPRINGS RD | SPARTANBURG | SC | CEDAR SPRINGS CENTER ASSOCIATES | 5/17/05 | 6X5 years | PR, EO | | |
| 1258 | 315 BYPASS 72 | GREENWOOD | SC | STOCKMAN AND NALLEY PARTNERSHIP | 7/31/04 | 2X5 years + 1X10 years | PR, EO | | |
| 1259 | 2551 US 25 S. | GREENWOOD | SC | FRANK BOREN | 2/1/18 | 5X5 years | PR, EO | | |
| 1264 | 1520 REIDVILLE RD | SPARTANBURG | SC | 12TH STREET & WASHINGTON | 12/1/13 | 3X5 years | PR, EO | | |
| 1269 | 110 WILKINSVILLE HWY | GAFFNEY | SC | SOUTHWAY INVESTORS | 1/24/09 | 4X5 years | PR, EO | | |
| 1284 | 4487 COLUMBIA RD | MARTINEZ | GA | ARROWHEAD NET LEASE, L.P. | 6/5/12 | 5X5 years | PR, EO | | |
| 1289 | 366 FURYS FERRY RD | MARTINEZ | GA | FURY'S FERRY SHOPPES | 12/5/10 | 5X5 years | PR, EO | | |
| 1290 | 273 FRANKLIN PLAZA DR | FRANKLIN | NC | PHIL DRAKE AND SUSAN DRAKE | 2/1/09 | 3X5 years | EO | | |
| 1297 | 642 SULPHUR SPRINGS RD | GREENVILLE (BEREA) | SC | PRIMO JUSTICE PROPERTIES, LLC | 2/10/13 | 5X5 years | PR, EO | | |

WD Schedule of Unsold Stores (050074113)v2.XLS

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 1301 | 5777 TERRY RD. | JACKSON | MS | KRUSCH PROPERTIES, LLC | 4/30/11 | 4X5 years | PR, EO | | |
| 1305 | 2556 ROBINSON RD | JACKSON | MS | WESTLAND PLAZA ASSOCIATES, L.P | 6/30/11 | 4X5 years | PR | | |
| 1306 | 5633 HWY 25 | BRANDON | MS | H.C. PLUNKETT | 3/31/16 | 4X5 years | PR | | |
| 1331 | 2339 HWY 15 N | LAUREL | MS | NORTHWEST JUNCTION PARTNERS | 11/30/05 | 4X5 years | PR, EO | | |
| 1337 | 1209 DELAWARE AVE | MCCOMB | MS | CPM ASSOCIATES, L.P. | 9/30/13 | NONE | PR, EO | | |
| 1346 | 476 W. 3RD. ST. | FOREST | MS | H.C. PLUNKETT | 1/31/13 | 4X5 years | PR, EO | | |
| 1350 | 6240 OLD CANTON RD | JACKSON | MS | ECKSTEIN PROPERTIES | 6/30/09 | 4X5 years | PR, EO | | |
| 1358 | 420 W. BEACH BLVD | PASS CHRISTIAN | MS | PASS CHRISTIAN VILLAGE | 6/30/15 | 4X5 years | PR, EO | | |
| 1360 | 705 HWY 49 BYPASS | MAGEE | MS | EDENS & AVANT PROPERTIES L.P | 1/31/07 | 4X5 years | PR, EO | | |
| 1372 | 1022 HWY 51 N. | MADISON | MS | MADISON STATION PROPERTIES, LLC. | 2/28/11 | 4X5 years | PR, EO | | |
| 1402 | 107 HWY 80 E. | CLINTON | MS | NEW PLAN EXCEL REALTY TRUST | 2/9/25 | NONE | PR | | |
| 1442 | 3409 HWY 1 S | DONALDSONVILLE | LA | JWV (LA.), LLC. | 1/30/12 | 5X5 years | PR, EO | | |
| 1455 | 1150 W. ST. PETER ST | NEW IBERIA | LA | NEW IBERIA INVESTORS, LLC | 3/2/08 | 3X5 years | PR, EO | | × |
| 1458 | 5963 PLANK RD | BATON ROUGE | LA | METRO INTERNATIONAL PROPERTY FUND | 6/22/09 | 6X5 years | PR, EO | | × |
| 1466 | 280 MAIN ST | BAKER | LA | EBR PARTNERSHIP | 11/14/14 | 5X5 years | PR, EO | | |
| 1468 | 1218 ST. CHARLES | HOUMA | LA | MYSTIC, LLC. | 4/30/14 | 4X5 years | PR, EO | | |
| 1469 | 1815 PROSPECT ST | HOUMA | LA | LYNN KIRK MANAGEMENT | 4/16/17 | 5X5 years | PR, EO | | |
| 1544 | 805 SHIRLEY RD | BUNKIE | LA | BUNKIE INVESTMENT COMPANY, INC | 2/26/17 | 5X5 years | PR, EO | | |
| 1551 | 272 W. PINHOOK | LAFAYETTE | LA | SAWICKI REALTY CO. | 4/21/7 | 5X5 years | PR, EO | | |
| 1556 | 375 CANAL BLVD | THIBODAUX | LA | HASCO PROPERTIES | 4/30/16 | 6X5 years | PR, EO | | |
| 1578 | 1250 PLANK RD | BATON ROUGE | LA | THE BROOKWOOD PARTNERSHIP | 6/5/07 | 5X5 years | PR, EO | | |
| 1585 | 5535 GOVERNMENT ST | BATON ROUGE | LA | IPF/HEIGHTS L.P | 7/31/05 | 4X5 years | IPF, EO | | |
| 1587 | 290 S. AIRLINE HWY | GONZALES | LA | ASHY-BROWN GONZALES | 9/11/11 | 5X5 years | PR, EO | | |
| 1589 | 402 S. RANGE AVE. | DENHAM SPRINGS | LA | SG PARTNERSHIP | 9/29/06 | 5X5 years | EO | | |
| 1807 | 1750 VERNON ST. SUITE K | LAGRANGE | GA | SOUTHMARK PROPERTIES, LLC. | 10/29/17 | 5X5 years | PR, EO | | |
| 1826 | 1635 N. COLUMBIA ST. | MILLEDGEVILLE | GA | L.P.I MILLEDGEVILLE, INC | 8/31/14 | 5X5 years | PR, EO | | |
| 1827 | 245 JEFFERSON RD. | ATHENS | GA | HOMEWOOD ASSOCIATES, INC. | 5/1/16 | 5X5 years | PR, EO | | |
| 1851 | 1145 HWY 441 N | CORNELIA | GA | NEW PLAN EXCEL REALTY TRUST | 12/28/09 | 4X5 years | PR, EO | | |
| 1860 | 2518 CLEVELAND HWY | DALTON | GA | N.K.C. PROPERTIES | 8/6/17 | 5X5 years | PR, EO | | |
| 1901 | 150 HWY 138 | MONROE | GA | WTH II, LLC | 6/13/08 | 5X5 years | PR, EO | | |
| 1903 | 2990-B TRIANA BLVD | HUNTSVILLE | AL | CROSSROADS CENTER, LTD. | 6/23/06 | 5X5 years | PR, EO | | |
| 1904 | 206-G OAKWOOD AVE | HUNTSVILLE | AL | BRONZE CENTERS, L.P. | 5/10/10 | 5X5 years | PR, EO | | |
| 1907 | 114 BONNERS POINT | ROANOKE | AL | BONNERS POINT, LLC. | 1/15/06 | 4X5 years | PR, EO | | |
| 1909 | 1000 BELTLINE RD. SW | DECATUR | AL | E. LEE BARRAN, JAY BARRAN & JOHN & MARY FYSTER | 4/24/09 | 4X5 years | PR, EO | | |
| 1912 | 1338 WINCHESTER RD | HUNTSVILLE | AL | E & A SOUTHEAST, L.P. | 12/11/16 | 5X5 years | PR, EO | | |
| 1917 | 1161 HWY 72 | KILLEN | AL | KILLEN MARKETPLACE, LLC. | 11/3/19 | 5X5 years | PR, EO | | |
| 1933 | 1150 DAYTON PIKE | SODDY DAISY | TN | GRE PROPERTIES, LLC | 10/16/16 | 5 X 5 years | PR, EO | | × |
| 1935 | 9408 APISON PIKE | OOLTEWAH | TN | NP OF TENNESSEE L.P | 5/15/16 | 5 X 5 years | PR, EO | | |
| 1936 | 8644 E. BRAINERD | CHATTANOOGA | TN | SOUTHEAST U.S. RETAIL FUND L.P | 7/16/17 | 5 X 5 years | PR, EO | | |
| 2001 | 5300 SUNSET RD | CHARLOTTE | NC | BILL AGAPION | 9/30/07 | 4X5 years | PR, EO | | |
| 2015 | 1520 ALLEGHANY RD | CHARLOTTE | NC | CITY VIEW, LLC. | 6/2/13 | 5X5 years | PR, EO | | |
| 2019 | US HWY 29-64 LEXINGTON CTR. | LEXINGTON | NC | WAREHOUSE NC, LLC., ASSOC. INVESTMENTS, AND VICTOR JOHN | 1/31/10 | 5X5 years | PR, EO | | |
| 2024 | 1033 RANDOLPH ST. | THOMASVILLE | NC | SOUTHGATE PLAZA ASSOCIATES, LLC. | 8/27/17 | 5X5 years | PR, EO | | |
| 2025 | 10215 UNIVERSITY CITY BLVD. | CHARLOTTE | NC | PRIMAX PROPERTIES, LLC. | 11/13/16 | 5X5 years | PR, EO | | |
| 2029 | 189 HICKORY TREE RD | WINSTON SALEM | NC | GLENWOOD MIDWAY COMPANY, LLC | 3/18/18 | 5X5 years | PR, EO | | |
| 2031 | 1650 E. 3RD. ST | STATESVILLE | NC | BROAD STREET STATION SHOPPING CENTER, LLC. | 12/14/14 | 5X5 years | PR, EO | | |
| 2032 | 2620 S. MAIN ST. | HIGH POINT | NC | MARKET PLACE PARTNERS | 10/31/12 | 5X5 years | PR, EO | | |
| 2036 | 710 JAKE ALEXANDER BLVD. | SALISBURY | NC | LEATHERMAN ASSOCIATES | 12/31/14 | 5X5 years | PR | | |
| 2040 | 908 N. SALISBURY AVE. | SALISBURY | NC | ROBERT H. PALMER, JR. | 8/4/13 | 5X5 years | PR, EO | | |
| 2045 | 532 LIBERTY RD | GREENSBORO | NC | JOHN H.O. LAGATTA | 2/25/08 | 3X5 years | PR, EO | | |
| 2048 | 1206 ROCKINGHAM RD | ROCKINGHAM | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC. | 1/4/10 | 1X10 year + 3X5 years | PR, EO | | |
| 2048 | 950 S. CANNON BLVD | KANNAPOLIS | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC. | 9/28/14 | 5X5 years | PR, EO | | |
| 2049 | 1421 E. CONE BLVD | GREENSBORO | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 1/27/14 | 5X5 years | PR, EO | | |

WD_Schedule of Unsold Stores (00507411-3).x2.XLS

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2rd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 2052 | 301 EARL RD | SHELBY | NC | AL-DAN PENSION INVESTMENTS -1 | 9/3/06 | 5X5 years | PR, EO | | |
| 2062 | 1020 MEBANE OAK RD | MEBANE | NC | WCI, FIVE, LLC. | 11/10/19 | 5X5 years | PR, EO | | |
| 2066 | 1003 W. MAIN ST. | HAW RIVER | NC | THE VILLAGE MARKETPLACE OF HAW RIVER, INC | 11/2/14 | 5X5 years | PR, EO | | |
| 2070 | 2449 N. CENTER ST | HICKORY | NC | GEORGE B. NALLEY, JR. | 1/31/10 | 3X5 years | PR | | |
| 2081 | US 74/ SPRING ST. | KINGS MOUNTAIN | NC | CALDWELL REALTY & INVESTMENT CO. | 1/31/08 | 5X5 years | PR, EO | | |
| 2082 | 315 N. MAIN ST. | MARION | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 5/28/06 | 5X5 years | PR, EO | | |
| 2084 | 2705 E. MAIN STREET | GASTONIA | NC | RIAL PROPERTIES | 8/31/07 | 5X5 years | PR, EO | | |
| 2087 | 109 E. DALLAS RD | STANLEY | NC | RFI PARTNERS L.P | 10/2/06 | 5X5 years | PR, EO | | |
| 2095 | 111 INDEPENDENCE BLVD | MORGANTON | NC | INDEPENDENCE CROSSING, LLC | 7/16/17 | 5X5 years | PR, EO | | |
| 2099 | 2620 E. MAIN ST. | LINCOLNTON | NC | LIFTER PROPERTIES LAND TRUST AGREEMENT | 11/21/09 | 16X5 years | GL, PR, EO | | |
| 2101 | 11108 S. TRYON ST | CHARLOTTE | NC | PMT PARTNERS V., LLC. | 1/6/19 | 5X5 years | PR, EO | | |
| 2103 | 7720 NC 770 | EDEN | NC | BILL AGAPION | 8/27/05 | 3X5 years | PR, EO | | |
| 2106 | 8322 PINEVILLE MATHEWS RD | CHARLOTTE | NC | HERITAGE SPE, LLC | 12/2/07 | 5X5 years | PR, EO | | |
| 2108 | 4406 POTTER RD | STALLINGS | NC | POTTER SQUARE ASSOCIATES LP | 12/1/13 | 5X5 years | PR, EO | | |
| 2112 | 3008 OLD HOLLOW RD | WALKERTOWN | NC | RAPPAPORT MANAGEMENT CO | 1/6/08 | 4X5 years | PR, EO | | |
| 2155 | 1787 CHERRY RD | ROCK HILL | SC | EBINPORT ASSOCIATES | 4/2/15 | 5 X 5 years | PR, EO | | |
| 2157 | 933 HECKLE BLVD | ROCK HILL | SC | EQUITY ASSOCIATES | 1/10/10 | 5 X 5 years | PR, EO | | |
| 2159 | 4124 CLEMSON BLVD | ROCK HILL | SC | HUSKISSON ASSOCIATES | 9/21/11 | 5 X 5 years | PR, EO | | |
| 2165 | 325 W. WESMARK BLVD. | SUMTER | SC | LUCY COMPANY OF SOUTH CAROLINA | 10/17/14 | 5 X 5 years | PR, EO | | |
| 2177 | 599 LANCASTER BLVD | CHESTER | SC | MALCOLM ROSENBERG & ROBERT H. PALMER (GROUND LEAS | 2/4/07 | year-to-year | GL, PR, EO | | |
| 2180 | 2025 MORGANTON BLVD | LENOIR | NC | LENOIR PARTNERS, LLC. | 5/5/19 | 5X5 years | PR, EO | | |
| 2196 | 421-A BYPASS | N. WILKESBORO | NC | DAY PROPERTIES, LLC. | 1/17/10 | 4X5 years | PR, EO | | |
| 2200 | 4308 WINTER GARDEN VINELAND RD | WINTER GARDEN | FL | SCP WINTER GARDEN FL, LLC. | 6/19/22 | 5X5 years | PR | | |
| 2202 | 2675 E GULF TO LAKE HWY | INVERNESS | FL | CMC REAL ESTATE PROGRAM 1988-1, LT | 8/12/07 | 5X5 years | PR, EO | | |
| 2240 | 4058 13TH ST | ST CLOUD | FL | THE OAKS SHOPPING CENTER, INC. | 7/18/10 | 5X5 years | PR, EO | | |
| 2262 | 18840 NEW US HWY 441 | MT DORA | FL | MT. DORA MARKETPLACE, LTD | 8/27/06 | 5X5 years | PR, EO | | |
| 2282 | 12315 S. ORANGE BLSM TR. | ORLANDO | FL | SOUTHCHASE INVESTORS, LLC | 5 X 5 | 5X5 years | PR, EO | x | |
| 2293 | 5465 LAKE HOWELL RD. | WINTER PARK | FL | LAKE HOWELL PLAZA PARTNERSHIP | 1/11/10 | 4X5 years | PR, EO | | |
| 2294 | 3015 ALOMA AVE | OVIEDO | FL | ORLANDO 99-FL, LLC | 8/31/19 | 6X5 years | PR, EO | | |
| 2295 | 4195 LAKE MARY BLVD W. | LAKE MARY | FL | SANDEFUR INVESTMENTS, INC. | 5/21/17 | 5X5 years | PR, EO | | |
| 2301 | 2722 N. PINE HILLS RD | ORLANDO | FL | | | | | | |
| 2312 | 1415 S. NOVA RD | DAYTONA BEACH | FL | GREAT OAK, LLC | 3/29/09 | 5X5 years | PR, EO | | |
| 2316 | 624 BARNES BLVD. | ROCKLEDGE | FL | THREE MEADOWS PLAZA PARTNERSHIP | 1/10/06 | 5X5 years | PR, EO | | |
| 2361 | 10300 S. FEDERAL HWY | PORT ST. LUCIE | FL | MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP | 11/19/17 | 5X5 years | PR, EO | | x |
| 2382 | 155 S. ORLANDO AVE. | MAITLAND | FL | DAUKSCH FAMILY PARTNERSHIP: SAMUEL C. ROPER, JR. & SN | 10/1/09 | NONE | GL | | |
| 2384 | 1074 MONTGOMERY RD | ALTAMONTE SPRINGS | FL | ALTAMONTE S.S.G., INC | 10/31/09 | 2X5 years | PR, EO | | |
| 2391 | 4161 TOWN CENTER BLVD | ORLANDO | FL | EQUITY ONE (HUNTER'S CREEK) INC. | 9/23/18 | 5X5 years | PR, EO | | |
| 2620 | 1770 ELLIS AVE., SUITE 100 | ORLANDO | FL | E & A SOUTHEAST, L.P | 4/30/05 | 4X5 years | PR | | |
| 2624 | 2080 S. FRONTAGE RD | VICKSBURG | MS | THE CIRIGNANO FAMILY LTD. PARTNERSHIP | 11/30/13 | 4X5 years | N/A | | |
| 2627 | 3188 W. N SIDE DR. | JACKSON | MS | NORTHWEST JUNCTION PARTNERS | 9/30/09 | 4X5 years | PR, EO | | |
| 2629 | 5320 I-55 N HWY | JACKSON | MS | JACKSON 66 LLC, & JAMIL G. NASSER, MD. AND TRUSTEE | 10/7/09 | 13X5 year | GL | | x |
| 2661 | 1601 W. KENNEDY BLVD | TAMPA | FL | ARTESIA MEDICAL DEVELOPMENT CO. | 12/4/16 | 1X10 year | N/A | | |
| 2663 | 1270-39 WICKHAM RD | MELBOURNE | FL | C. & A. LTD. LLC. | 1/9/09 | 5X5 years | N/A | | |
| 2703 | 3050H MARTIN LUTHER KING JR. DR. | ATLANTA | GA | WEST RIDGE, LLC. | 7/1/20 | 5X5 years | PR, EO | | |
| 2705 | 8777 TARA BLVD | JONESBORO | GA | WILMINGTON TRUST COMPANY, WILLIAM JADE, ET AL. | 8/31/14 | 5X5 years | PR, EO | | |
| 2706 | 431 BROWNSVILLE RD | POWDER SPRINGS | GA | SOUTHLAND INVESTORS L.P | 8/31/14 | 6X5 years | EO | | |
| 2707 | 110 S. CEDAR ST | MCDONOUGH | GA | MCDONOUGH MARKETPLACE PARTNERS | 9/14/14 | 4X5 years | PR, EO | | x |
| 2708 | 2350 SPRING RD | SMYRNA | GA | E & A SOUTHEAST, L.P | 9/28/08 | 4X5 years | PR, EO | | |
| 2709 | 3121 HWY 34 E | NEWNAN | GA | CHESTER DIX NEWMAN CORP | 12/31/16 | 5X5 years | EO | | |
| 2711 | 6335 HWY 85 | RIVERDALE | GA | ALBION PACIFIC PROP RESOURCES | 9/27/20 | 5X5 years | PR, EO | | |
| 2713 | 4801 LAWRENCEVILLE HWY | LILBURN | GA | CC REALTY INTERMEDIATE FUND I, LTD | 7/27/08 | 4X5 years | PR, EO | | |
| 2714 | 6625 HIGHWAY DOUGLASVILLE HWY | DOUGLASVILLE | GA | ELKJAH & TOWN CENTER SHOPPES, LTD | 4/2/17 | 3X5 years | PR, EO | | |
| 2715 | 1404 LAWRENCEVILLE SUWANEE RD. | LAWRENCEVILLE | GA | DANIEL G. KAMIN | 3/31/18 | 15X5 years | PR, EO | | |

WD Schedule of Unsold Stores (00507411-3).v2.XLS

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 2716 | 64 W. BANKHEAD HWY | VILLA RICA | GA | VILLA RICA RETAIL PROPERTIES, LLC | 6/12/16 | 5X5 years | PR, EO | | |
| 2718 | 5529 PEACHTREE IND. BLVD | CHAMBLEE | GA | DEVELOPERS DIVERSIFIED REALTY CORP | 10/31/06 | 5X5 years | PR, EO | | |
| 2719 | 2985 VILLA RICA HWY SUITE A | DALLAS | GA | COMMERCIAL NET LEASE REALTY, INC | 1/15/17 | 5X5 years | PR, EO | | |
| 2721 | 9105 HICKORY FLAT HWY | WOODSTOCK | GA | COMMERCIAL NET LEASE REALTY, INC | 4/23/17 | 5X5 years | PR, EO | | |
| 2722 | 1200 BARRETT PKWY | KENNESAW | GA | BARRETT CROSSING SHOPPING CENTER, LLC | 1/12/08 | 4X5 years | PR, EO | | |
| 2723 | 5755 ROCKBRIDGE RD | STONE MOUNTAIN | GA | EDENS & AVANT FINANCING II L.P. | 1/12/09 | 4X5 years | PR, EO | | |
| 2728 | 2600 GA HWY 138 | STOCKBRIDGE | GA | WENDY D. SAUPE | 6/21/19 | 6X5 years | PR, EO | | |
| 2729 | 3101 ROSWELL RD | MARIETTA | GA | BT MARIETTA, LLC | 8/28/05 | 4X5 years | PR, EO | | |
| 2732 | 929 JOE FRANK HARRIS PKWY | CARTERSVILLE | GA | AL DAN PENSION INVESTMENTS-1 | 6/14/10 | 5X5 years | PR, EO | | |
| 2734 | 1575 LAWRENCEVILLE HWY | LAWRENCEVILLE | GA | BARRY F. O'NEILL | 10/28/07 | 4X5 years | PR, EO | | |
| 2735 | 850 DOGWOOD RD | LAWRENCEVILLE | GA | DPG FIVE FORKS VILLAGE, LLC | 9/26/10 | 4X5 years | PR, EO | | |
| 2737 | 2116 FAIRBURN RD | DOUGLASVILLE | GA | BELMONT/CENTERMARK, L.P. | 10/4/09 | 4X5 years | PR, EO | | |
| 2738 | 3590 PANOLA RD | LITHONIA | GA | SALEM CROSSING SHOPPING CENTER, LLC | 8/16/09 | 4X5 years | PR, EO | | |
| 2742 | 8000 ROCKBRIDGE RD | LITHONIA | GA | P & W STONEBRIDGE, LLC | 3/14/10 | 4X5 years | PR, EO | | |

* KEY:

EO - Lease Expansion Option(s)
GL - Ground Lease
PR - Lease provides for Percentage Rent

WD - Schedule of Unsold Stores (00507411-3)v2.XLS