[3902] [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CANCELLATION AND RESCHEDULING

NOTICE IS GIVEN that a hearing scheduled to be heard in this case on November 7, 2005 at 2:00 p.m. IS RESCHEDULED AND will be held on November 7, 2005 , at 10:00 a.m. , in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

Final Hearing on Motion for Relief From Stay filed by Iris and Sam Davidson

and transact such other business as may properly come before the hearing.

Dated September 19, 2005 .

David K Oliveria , Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
Attorneys for Creditors Committee
Attorney for Movant
US Trustee