UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

          Debtors.                        Jointly Administered

---

**REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

The following Landlord and party in interest in these Cases, Ocean 505 Associates, L.L.C. and Grandecks Associates, L.L.C., c/o Eckstein Properties ("the Landlord"), hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Landlord at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Landlord to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Landlord reserves to the full extent of the law.

Dated: September 19, 2005.
　　　　Jacksonville, Florida

　　　　　　　　　　　HELD & ISRAEL

　　　　　　　　　　　By: _____
　　　　　　　　　　　Edwin W. Held, Jr., Esquire
　　　　　　　　　　　Florida Bar #162574
　　　　　　　　　　　Adam N. Frisch, Esquire
　　　　　　　　　　　Florida Bar #635308
　　　　　　　　　　　1301 Riverplace Blvd., Suite 1916
　　　　　　　　　　　Jacksonville, Florida 32207
　　　　　　　　　　　(904) 398-7038 Telephone
　　　　　　　　　　　(904) 398-4283 Facsimile

　　　　　　　　　　　and
　　　　　　　　　　　_____
　　　　　　　　　　　SCHNADER HARRISON SEGAL & LEWIS, LLP
　　　　　　　　　　　William J. Maffucci, Esquire
　　　　　　　　　　　Pennsylvania Bar #44652
　　　　　　　　　　　1600 Market Street, Suite 3600
　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　(215) 751-2210 Telephone
　　　　　　　　　　　(816) 972-7375 Facsimile
　　　　　　　　　　　Co-counsel for Ocean 505 Associates,
　　　　　　　　　　　L.L.C. and Grandecks Associates, L.L.C.,
　　　　　　　　　　　c/o Eckstein Properties

ewh/winndixie/Ecksteinnotice.djg

2