UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                              Jointly Administered

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, William J. Maffucci, of the law firm of Schnader Harrison Segal & Lewis, LLP, hereby designate as local attorney for creditor, Ocean 505 Associates, L.L.C. and Grandecks Associates, L.L.C., c/o Eckstein Properties ("the Party in Interest"), in the above-styled Cases:

        Held & Israel
        Edwin W. Held, Jr., Esquire
        Florida Bar No.: 162574
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, FL 32210
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile

This 16th day of September, 2005.

SCHNADER HARRISON SEGAL & LEWIS, LLP
Co-counsel for Ocean 505 Associates,
L.L.C. and Grandecks Associates, L.L.C.,
c/o Eckstein Properties

By: /s/ William J. Maffucci
William J. Maffucci, Esquire
Pennsylvania Bar #44652
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103
(215) 751-2210 Telephone
(816) 972-7375 Facsimile


**CONSENT TO ACT**

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor Ocean 505 Associates, L.L.C. and Grandecks Associates, L.L.C., c/o Eckstein Properties, in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this __19__ day of September, 2005.

HELD & ISRAEL

By: /s/ Edwin W. Held
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile


ewh/winndixie/designation-Eckstein.djg