UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

          Debtors.                    Jointly Administered

_____

## REQUEST FOR ALL NOTICES AND
## DEMAND FOR SERVICE OF PAPERS

The following party in interest in these Cases, C. & A. Ltd., L.C. ("the Party in Interest"), hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Party in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Party in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Party in Interest reserve to the full extent of the law.

Dated: September 19th, 2005.
        Jacksonville, Florida

                HELD & ISRAEL

                By: _____
                Edwin W. Held, Jr., Esquire
                Florida Bar #162574
                Adam N. Frisch, Esquire
                Florida Bar #635308
                1301 Riverplace Blvd., Suite 1916
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile

                and

                POLSINELLI, SHALTON, WELTE, SUELTHAUS, PC
                James E. Bird, Esquire
                Missouri Bar #28833
                700 West 47th Street
                Suite 1000
                Kansas City, Missouri  64112
                (816) 753-1000 Telephone
                (816) 753-1536 Facsimile
                Co-counsel for C. & A. Ltd., L.C.

ewh/winndixie/C&Anotice.djg

2