UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

          Debtors.                    Jointly Administered

_____

### DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, James E. Bird, of the law firm of Polsinelli, Shalton, Welte, Suelthaus, PC, hereby designate as local attorney for creditor, C. & A. Ltd., L.C. ("the Party in Interest"), in the above-styled Cases:

> Held & Israel
> Edwin W. Held, Jr., Esquire
> Florida Bar No.: 162574
> 1301 Riverplace Blvd., Suite 1916
> Jacksonville, FL 32210
> (904) 398-7038 Telephone
> (904) 398-4283 Facsimile

This 9th day of September, 2005.

POLSINELLI, SHALTON, WELTE, SUELTHAUS, PC
Co-Counsel for C. & A. Ltd., L.C.

By: *James E. Bird*
James E. Bird, Esquire
Missouri Bar #28833
700 West 47th Street
Suite 1000
Kansas City, Missouri 64112
(816) 753-1000 Telephone
(816) 753-1536 Facsimile


**CONSENT TO ACT**

I, Edwin W. Held, Jr., hereby consent to act as local counsel of record for creditor C. & A. Ltd., L.C. in this cause pursuant to Local Bankruptcy Rule 2090-1.

Dated this 19th day of September, 2005.

HELD & ISRAEL

By: *E W Held*
Edwin W. Held, Jr., Esquire
Florida Bar #162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

ewh/winndixie/designation-C&A djg