UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

CONSENT ORDER REGARDING SCHEDULING AND
DISCOVERY ISSUES RELATED TO MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEEKING DISBANDMENT OF EQUITY COMMITTEE

This Consent Order is entered pursuant to the stipulation and agreement by and among (a) Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors"); (b) the official committee of unsecured creditors (the "Creditors Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the Debtors; (c) the official equity security holders committee appointed in these Chapter 11 Cases (the "Equity Committee"), (d) the Office of the United States Trustee (the "U.S. Trustee"), and (e) the ad hoc committee of Winn-Dixie retirees (the "Retiree Committee", and together with the Debtors, the Creditors Committee, the Equity Committee and the U.S. Trustee, the "Parties").

The Creditors Committee has filed a motion, dated September 2, 2005 (the "Disbandment Motion"), to disband the Equity Committee. The U.S. Trustee and the Equity Committee have

{JA249942;1}NY2:#4656381v3

indicated that they intend to file dispositive pleadings regarding the Disbandment Motion, which may eliminate the need to proceed with an evidentiary hearing or may affect the scope and extent of discovery sought by certain parties in interest in connection with the Disbandment Motion. Counsel for the Parties, pursuant to Federal Rule of Civil Procedure 26, have conferred regarding discovery and briefing to be conducted relating to the Disbandment Motion, and have proposed and consented to the following provisions controlling discovery and proceedings relative to the Disbandment Motion. Upon the consent of the Parties, it is

ORDERED:

1. The U.S. Trustee and the Equity Committee shall file one or more dispositive pleadings to dismiss the Disbandment Motion solely as a matter of law (collectively, and whether styled objection or motion, the "Dispositive Motion") no later than September 26, 2005, at 5:00 p.m. The Dispositive Motion shall raise no issue of fact. Any party in interest that wishes to join in such Dispositive Motion shall do so no later than Wednesday, September 28, 2005, at 5:00 p.m. The Creditors Committee and any other party in interest that opposes the Dispositive Motion shall file its objection no later than Monday, October 3, 2005, at 5:00 p.m.

2. All discovery regarding the Disbandment Motion shall be stayed unless and until the Bankruptcy Court enters a

ruling denying the Dispositive Motion, in whole or in part; provided, however, that parties in interest may serve document production requests on other parties in interest at any time, and provided further, that no response to a document production request shall be required prior to the time set forth in the next paragraph, it being understood that the time table for discovery and briefing set forth in paragraph 3 assumes that the Court rules on the Dispositive Motion no later than October 14, 2005.

3. If this Court denies the Dispositive Motion in whole or in part (such ruling, the "Denial") on or before October 14, 2005, then the following deadlines shall apply:

   a. All document production requests must be served no later than two (2) business days after the date of the Denial.

   b. All responses to document production requests shall be due seventeen (17) calendar days after the later of (i) the Denial and (ii) the date such document production request was served.

   c. If any party intends to call an expert as a witness at the hearing on the Disbandment Motion, such party shall identify such expert and the topics on which such expert shall opine no later than October 14, 2005. Such expert shall produce an expert report no later than November 2, 2005.

d. Each party that intends to call one or more fact witnesses at the hearing on the Disbandment Motion shall identify its list of witnesses to all other parties in interest no later than October 21, 2005.

e. The last day to deliver a notice of deposition (including expert depositions) shall be October 24, 2005.

f. Objections, if any, to the Disbandment Motion shall be filed no later than Wednesday, November 2, 2005, at 5:00 p.m.

g. The parties shall use their respective best efforts to update responses to written discovery requests as required by the discovery rules no later than November 4, 2005.

h. All properly noticed depositions including all expert depositions (if any) shall take place during the period from November 7, 2005, through and including November 11, 2005.

i. In any event, all discovery shall conclude by close of business on Friday, November 11, 2005.

j. Additional pleadings regarding the Disbandment Motion, if any, shall be filed no later than Monday, November 14, 2005, at noon.

k. The hearing on the Disbandment Motion shall commence on Wednesday, November 16, 2005, at 9:00 a.m.

4. If the Court enters the Denial later than October 14, 2005, then the parties shall meet and confer no later than two (2) days following such Denial regarding a discovery and briefing schedule for the hearing on the Disbandment Motion which shall cover substantially the same issues as set forth in paragraph 3.

Dated this ___19th___ day of September, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## CONSENT

The Parties, through their respective undersigned counsel, stipulate to the terms set forth in the above order.

**AKERMAN SENTERFITT**

By: /s/ John B. Macdonald
John B. Macdonald
Florida Bar No. 230340
Email: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No. 348340
Email: patrick.patangan@akerman.com
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

- and -

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Luc A. Despins (LD 5141)
Dennis F. Dunne (DD 7543)
Robert E. Winter (RW 9937)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Co-counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

**SMITH HULSEY & BUSEY**

By: /s/ Stephen D. Busey*
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Florida Bar Number 498882
Email: cjackson@smithhulsey.com
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

Co-Counsel for Debtors

- and -

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

*Counsel has authorized his electronic signature being affixed to this proposed consent order.

| | |
|---|---|
| **JENNIS & BOWEN, P.L.**<br><br>By: /s/ David Jennis*<br>David Jennis<br>Florida Bar No. 775940<br>Email: djennis@jennisbowen.com<br>400 North Ashley Dr., Suite 2540<br>Tampa, Florida 32602<br>Telephone: (813) 229-1700<br>Facsimile: (813) 229-1707<br><br>*Proposed Co-Counsel to Equity Committee*<br><br>    - and - | **OFFICE OF THE UNITED STATES TRUSTEE**<br><br>By: /s/ Elena L. Escamilla*<br>Kenneth C. Meeker<br>Elena L. Escamilla<br>Florida Bar No.: 898414<br>135 West Central Blvd.<br>Suite 620<br>Orlando, FL 32801<br>Telephone: (407) 648-6301<br>Facsimile: (407) 648-6323<br><br>*Ms. Escamilla has authorized her electronic signature being affixed to this proposed consent order. |
| **PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>Karol K. Denniston<br>600 Peachtree Street, N.E.<br>Twenty-Fourth Floor<br>Atlanta, GA 30308<br>Telephone: (404) 815-2400<br><br>*Proposed Co-Counsel to Equity Committee*<br><br>*Counsel has authorized his electronic signature being affixed to this proposed consent order. | **FRIEDLINE & MCCONNELL, P.A.**<br><br>By: /s/ Jarrett M. McConnell*<br>Jarrett M. McConnell<br>Florida Bar No. 244960<br>1756 University Blvd. South<br>Jacksonville, FL 32216<br>Telephone: (904) 727-7850<br><br>*Counsel to Ad Hoc Committee of Winn-Dixie Retirees*<br><br>*Counsel has authorized his electronic signature being affixed to this proposed consent order. |