UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC. et.al., <br><br> Debtors | Chapter 11 <br><br> Case No. 05-03817-3F1 <br><br> (Jointly Administered) |

### LIMITED OBJECTION TO DEBTORS' NOTICE OF INTENT TO ABANDON FURNITURE, FIXTURES AND EQUIPMENT

COMES NOW, 12th Street & Washington Associates, L.P., an Arizona limited partnership ("12th Street"), by and through its undersigned attorneys, and files this Limited Objection to Debtors' Notice to Abandon Furniture, Fixtures and Equipment (the "Abandonment Notice"), and states as follows:

1. 12th Street is the landlord with respect to a lease that is the subject of the Abandonment Notice. The lease is for store number 1264 located in Spartanburg, South Carolina (the "12th Street Lease").

2. 12th Street objects to the Abandonment Notice on a limited basis. Specifically, 12th Street objects to the extent that the relief requested in the Abandonment Notice would violate the 12th Street Lease, which requires the Debtor/tenant to remove its trade fixtures at the conclusion of the 12th Street Lease.

### The 12th Street Lease Requires the Removal of Personal Property from the Premises

3. 12th Street objects to the portion of the Motion and the Abandonment Notice to the extent they request relief that is contrary to the requirements of the 12th Street Lease with respect to removal of trade fixtures and personal property at the conclusion of the 12th Street Lease.

4. Specifically, the 12th Street Lease requires the Debtors to remove its trade fixtures at its sole cost and expense, and to return the respective premises to 12th Street in broom clean condition. (12th Street Lease, ¶25). The relief requested in both the Motion and the Abandonment Notice would allow the Debtor to violate the 12th Street Lease by allowing trade fixtures and personal property to remain on the premises upon the rejection and termination of the 12th Street Lease. Therefore, the Court should not allow personal property of allegedly little or no value to be abandoned to 12th Street, as 12th Street will incur substantial expense in removing or disposing of said personal property. Alternatively, if such abandonment is allowed, 12th Street should be allowed an administrative priority claim in the amount required to remove any personal property not removed in accordance with the 12th Street Lease.

WHEREFORE, 12th Street respectfully requests that to the extent the Court allows the abandonment of personal property and trade fixtures, that the Court (a) require the Debtors to comply with the 12th Street Lease by removing all of its personal property and trade fixtures from the premises that are the subject of the 12th Street Lease; (b) and grant such other relief it deems appropriate.

DATED this 19 day of September 2005.

Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kator & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
Attorneys for 12th Street & Washington Associates,
L.P., an Arizona limited partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Limited Objection to Debtors' Notice of Intent to Abandon Furniture, Fixtures and Equipment has been served via the CM/ECF system and also vial U.S. Mail, and email (if an email address is indicated in connection with a party on the service list), this _19_ day of September 2005, to those parties listed on the service list below.

_____
Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Time Square
New York, New York 10036
Email: djbaker@skadden.com

Stephen D. Busey
James H. Post
Cynthia C. Jackson
SMITH HULSY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Email: cjackson@smithhulsey.com

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida 32801