# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | Case No. 05-03817-3F1 |
| Debtor. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mary Joanne Dowd, hereby certify that a true and correct copy of the foregoing Application of F.R.O., LLC VII for Allowance of Administrative Claim was served, by first class mail, postage prepaid as reflected on the parties as listed on the attached Service List on this 16th day of September, 2005.

                                                  */s/ Mary Joanne Dowd*
                                                  Mary Joanne Dowd

## SERVICE LIST

| | |
|---|---|
| Adam Ravin, Esq.<br>David J. Baker<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: 292-735-3000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br>Tel: 904-359-7700 |
| Kenneth C. Meeker<br>UNITED STATES TRUSTEE – Jacksonville<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL 32801 | Elena L. Escamilla, Esq.<br>U.S. TRUSTEE REPRESENTATIVE<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL 32806 |
| Steven J. Reisman, Esq.<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178 | Arthur J. Spector, Esq.<br>BERGER SINGERMAN<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, FL 33301 |
| Dennis F. Dunne, Esq.<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald, Esq.<br>Patrick P. Patangan, Esq.<br>AKERMAN SENTERFITT<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | |

Case 3:05-bk-03817-JAF    Doc 3511    Filed 09/19/05    Page 3 of 3