UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Eddie Traffica on September 12, 2005, the Court finds:

1. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2. Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

3. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014. Movant is required to serve the Debtor, Attorney for Debtor, United States Trustee and the Creditor's Committee. The Court also finds that the Motion was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

The Court abates the hearing of this motion until the filing fee has been paid as required by 28 U.S.C. 1930(b) and service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

DATED September 19, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Roger D. Burton, Attorney for Movant, 1905 14th Avenue South, Birmingham, AL 35205
Todd N. Hamilton, 2015 2nd Avenue North, Suite 200, Birmingham, AL 35203