## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

### VERIFIED STATEMENT OF BALCH & BINGHAM LLP
### PURSUANT TO BANKRUPTCY RULE 2019(a)

Christie Lyman Dowling of the Balch & Bingham LLP (the "Balch Firm"), attorneys for the creditors listed on Exhibit "A" (the "Creditors") hereto of Winn-Dixie Stores, Inc. et al., (the "Debtors"), makes the following disclosure pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Rule 2019"):

1. As of the date of this statement, the Balch Firm was retained by the Creditors in connection with the captioned bankruptcy case.

2. The names and addresses of the Creditors are set forth on Exhibit "A" hereto.

3. The Creditors reserve the right to supplement or amend this statement at any time in the future.

4. The Balch Firm does not perceive any actual or potential conflict of interest with respect to the representation of the Creditors in these cases.

5. The Balch Firm does not own, nor has it ever owned, any claim against or equity securities of the Debtor.

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. If asked to testify regarding the foregoing facts, I would testify as described herein.

Respectfully submitted this 20th day of September, 2005.

780748.1

By: _____
Christie Lyman Dowling
Alabama Bar No. ASB-9508-R72D
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Tel: 205-251-8100
Fax: 205-226-8799