# EXHIBIT A

| Creditor Name & Address | Nature of Claim | Amount of Claim |
|---|---|---|
| Randy Roark<br>P.O. Box 1149 (36101)<br>100 Commerce Street<br>Suite 401<br>Montgomery, Alabama 36104 | Shopping Center Lease | TBD |
| McDonough Marketplace Partners<br>P.O. Box 1149 (36101)<br>100 Commerce Street<br>Suite 401<br>Montgomery, Alabama 36104 | Shopping Center Lease | TBD |
| Still Hunter Jr.<br>33 Barber Court<br>Suite 109<br>Birmingham, AL 35209 | Shopping Center Lease/Guaranty | $32,968.34 |
| Spectrum Cable Management, LLC<br>5871 Glenridge Drive<br>Suite 400<br>Atlanta, GA 30328 | Shopping Center Lease | TBD |
| Retail Capital Group, LLC<br>Tifton Mall Inc.<br>5327 Mill Store Road<br>Lake Park, GA 31636 | Shopping Center Lease | TBD |
| THC, LLC<br>c/o F&M Developments, Ltd.<br>2600 East South Blvd.<br>Montgomery, AL 36116 | Shopping Center Lease | TBD |
| Capital Crossing Bank<br>101 Summer Street<br>Boston , MA 02110 | Shopping Center Lease Assignment/ Guaranty | TBD |

4

Alabama Power Company    Utility                                        TBD
600 North 18th Street
Birmingham, AL 35291

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on September ___, 2005.

Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

Of Counsel