UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010(b), notice is hereby given of the appearance of the undersigned as counsel of record in this case for WBFV, Inc. ("Landlord"), a party in interest in this case.

In accordance with Bankruptcy Rule 2002(i) and other applicable provisions of the Bankruptcy Code and Rules, request is hereby made that copies of all notices, pleadings and other papers required to be served in this case be sent to the undersigned, as counsel of record for Landlord.

Please take notice that Landlord intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Landlord to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of Landlord to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Landlord to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Landlord is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Landlord expressly reserves.

This 20th day of September, 2005.

/s/ Amy Pritchard Williams
Amy Pritchard Williams
North Carolina State Bar No. 19233
awilliams@kennedycovington.com
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202

Attorney for WBFV, Inc.

OF COUNSEL:

KENNEDY COVINGTON LOBDELL & HICKMAN, LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Facsimile:  (704) 353-3129

2359459.01
LIB: CHARLOTTE

2359459.01
LIB: CHARLOTTE