**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |

**CERTIFICATE OF SERVICE**

    I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) the Limited Objection of Principal Life Insurance Company to the Debtors' Notice of Intent to Abandon Furniture, Fixtures and Equipment; and (ii) the within Certificate of Service were served, by first class mail, postage prepaid (and electronic mail, where indicated) on the parties listed below on September 20, 2005.

D.J. Baker
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL  32202
cjackson@smithhulsey.com

United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, FL  32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

                                                      */s/ Wendy M. Simkulak*
                                                      Wendy M. Simkulak

PH1\1490499.2