IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NO. 05-03817-JAF |
| | ) | CHAPTER 11 |
| Debtor. | ) | JOINTLY ADMINISTERED |
| | ) | |

## UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Harwell Howard Hyne Gabbert & Manner, P.C. ("H3GM") counsel for 98 Palms Center, LTD, Opelika Partners, LTD, Golden Springs Partners, LTD, Nine Mile Partners, LTD, 59 West Partners, LTD/Bessemer, Russell Crossing Partners, LTD, Cantonment Partners, LTD, Clanton Partners, LTD, Mandeville Partners, LTD, Wye Partners, LTD, Saufley Field Partners, LTD, 59 West Partners, LTD/Parker, NOM Franklin LTD, Hueytown, and Pascagoula Properties, LTD to be collectively referred to as Newton Oldacre McDonald, LLC ("NOM"), landlords of commercial properties and creditors and parties in interest in the above-captioned bankruptcy case, file this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, H3GM respectfully states as follows:

1.  On February 21, 2005, Winn-Dixie Stores, Inc., *et al*. (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1(c) provides that the Court may waive such designation for good cause shown.

3. The matters pertaining to NOM at issue in these jointly-administered Chapter 11 cases are limited to issues concerning the assumption or rejection of fourteen store leases and associated cure or damage issues and retention of local counsel would impose an additional financial burden on NOM. Only three of the stores under NOM leases have been identified as Targeted Stores.

4. The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated in electronic mail correspondence that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

5. Based on the foregoing, H3GM requests that the Court grant the firm leave to represent NOM without the necessity of designating local counsel.

WHEREFORE, H3GM respectfully requests that the Court enter an Order authorizing H3GM to represent NOM without designating local counsel and granting H3GM such other and further relief to which it may be entitled.

Respectfully submitted,

**HARWELL HOWARD HYNE GABBERT & MANNER, P.C.**

By:  s/ David P. Cañas
David P. Cañas
315 Deaderick Street, Suite 1800
Nashville, TN  37238-1800
Telephone: (615) 256-0500
Facsimile: (615) 251-1058
Email: dpc@h3gm.com

*Attorneys for 98 Palms Center, LTD, Opelika Partners, LTD, Golden Springs Partners, LTD, Nine Mile Partners, LTD, 59 West Partners, LTD/Bessemer, Russell Crossing Partners, LTD, Cantonment Partners, LTD,*
*Clanton Partners, LTD, Mandeville Partners, LTD, Wye Partners, LTD, Saufley Field Partners, LTD, 59 West Partners, LTD/Parker, NOM Franklin LTD, Hueytown, and Pascagoula Properties, LTD*

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on September 20, 2005.

Adam Ravin
D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

s/ David P. Cañas
David P. Cañas

352502-2                                  3