UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER REGARDING MOTION TO LIFT STAY

This case is before the Court upon the Motion to Lift Stay filed by James Stokes, David Reddick and Delegal Law Offices, P.A. (the "Movants") on June 21, 2005 (Doc. No. 1822). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1.  The motion is granted to the extent provided herein.

2.  The automatic stay is modified, effective ninety days from the date of this Order, for the sole purpose of allowing Movants to continue the appeals pending in the First District Court of Appeals, case numbers 1D-04-3980 and 1D-04-4340 (the "First DCA Cases"), through final disposition and mandate.

3. Upon final disposition and issuance of mandate in the First DCA Cases, if any, the Movants shall not take any further action against the Debtors, the Debtors' property or any appeal surety bond in connection with any final judgment or otherwise until further order of this Court; provided however, nothing in this Agreed Order shall be construed to constitute an admission by Movants that the appeal surety bond posted in connection with the First DCA Cases is property of the Debtors' estates or that the Movants would, as a matter of law, be precluded by the automatic stay from exercising their rights against such bond after the entry of a final judgment and the issuance of a mandate.

4. Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 shall remain in full force and effect.

Dated this ____ day of September, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

506452