Pinetree Partners LLC.
113-A Bascom Court * Columbus, Georgia 31909
Phone: (706) 320-2006 * Fax: (706) 320-0960



FILED

SEP 21 2005

CLERK, U.S. BANKRUPTCY COURT

In Re
WINN-DIXIE STORES, INC., et al.,   Case No. 05-3817-3F1
Chapter 11
Jointly Administered

Pinetree Partners LLC would like to file an objection to the **DEBTOR'S NOTICE OF INTENT TO ABANDON FURNITURE, FIXTURES AND EQUIPMENT** Dated August 31, 2005. Pinetree Partners LLC feels this would put an undue burden on the partnership and cause a financial hard ship to the partners and the partnership.

Dated: September 14, 2005

*/s/ Charles M. Flowers*
Charles M. Flowers
Pinetree Partners LLC.
Managing Member

cc. to Cynthia C. Jackson, Esq., Counsel for the Debotors