United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

September 21, 2005

Mr. Charles M. Flowers, Managing Member
Pinetree Partners LLC
113-A Bascom Court
Columbus, GA 31909

Re: Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr. Flowers,

The court is in receipt of the Objection to the Debtor's Notice of Intent to Abandon Furniture, Fixtures and Equipment filed by you on September 21, 2005.

Pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Thank you,

Susan M Carter
Susan M. Carter
Case Manager