**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05−bk−03817−JAF<br>Chapter 11 |

Winn−Dixie Stores, Inc

       Debtor(s)       /

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Thrivent Financial for Lutherans is rescheduled for Final Hearing to December 19, 2005 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated September 21, 2005 .

                      David K Oliveria , Clerk of Court
                      300 North Hogan Street Suite 3−350
                      Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Movant