UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON SEPTEMBER 22, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on September 22, 2005 at 1:00 p.m. (ET):

**A.     Uncontested Matters**

1.  *Motion for an Order (I) Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreements Subject to Higher and Better Offers, and (B) to Sell Furniture, Fixtures and Equipment Located at the Fitzgerald and Astor Facilities Free and Clear of Liens, Claims and Interests and Exempt from Stamp and Similar Taxes and (II) Granting Related Relief (Docket No. 3183)*

    Objection Deadline:   September 16, 2005.

    Objections:                No objections have been filed.

    Status:                       The Debtors will proceed with the Motion.

2. *Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 22, 2005 (Docket No. 3350)*

Objection Deadline:  September 15, 2005.

Objections:  No objections have been filed.

Status:  The Debtors will proceed with the Motion.

3. *Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

Purchaser(s):
(a) Valrico Partners, LP, **Store No. 716** (Docket No. 3376);
(b) FW NC-Shoppes of Kildare, LLC, **Store No. 803** (Docket No. 3378);
(c) Perlis Ellin LLC., **Store No. 158** (Docket No. 3552);
(d) WD Tampa Trust, **Store No. 636** (Docket No. 3485);
(e) Great Oaks, LLC, **Store No. 2312** (Docket No. 3553); and
(f) Rockdale Grocery, Inc., **Store No. 1851** (Docket No. 3549).

Objections to Sales:  No objections have been filed.

Status:  The Debtors will proceed with the Motion as to the Purchasers as noticed.

**B.    Contested Matters**

1. *Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 2983)*

    Objection Deadline:  Expired.

    Objections:
    (a)  PMG Ocean Associates, LP **Store No. 260** (Docket No. 3192); and
    (b)  Victory Real Estate Investments, LLC, et al. **Store No 103** (Docket No. 3197).

    Status:  The Debtors and PMG Ocean Associates have agreed to continue the hearing on the Motion to October 7, 2005.  The Debtors have resolved Victory Real Estate's objection and will proceed with the Motion.

2. *Motion of Computer Leasing Company of Michigan, Inc. to Compel Debtors to Assume or Reject Lease of Personal Property (Docket No. 3168)*

    Objection Deadline:  September 15, 2005.

    Objections:  Debtors (Docket No. 3467).

    Status:  The Debtors and Computer Leasing have agreed to continue the hearing to November 18, 2005.

3. *Computer Leasing Company of Michigan, Inc.'s Request for Payment of Administrative Expense (Docket No. 3169)*

    Objection Deadline:  September 15, 2005.

    Objections:  Debtors (Docket No. 3466).

    Status:  The Debtors' objection contains a counterclaim, resulting in this contested matter becoming an

adversary proceeding (Rule 3007). The parties have agreed to continue this hearing until November 18, 2005.

4. *Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims (Docket No. 2976)*

Objection Deadline: Expired.

Objections: Creditors' Committee (Docket No. 3201)

Status: By Order dated September 1, 2005, the Motion was approved by the Court with respect to all issues, other than the Debtors' request for authority to make cash settlement payments of $5,000 or less without further Court approval (the "Cash Settlement Issue"). The Debtors continued the hearing on the Motion with respect to the Cash Settlement Issue to September 22, 2005. The Debtors will proceed with the Motion.

5. *Motion for Order Authorizing (i) Retroactive Rejection of Real Property Leases and (ii) Abandonment of Related Personal Property (Docket No. 3348)*

Objection Deadline: September 15, 2005.

Objections: Commercial Net Lease Realty, Inc. (Docket No. 3464).

Status: The Debtors have resolved Commercial Net's objection and will proceed with the Motion.

> 6. *Amended Motion (i) for Authority to Reject Real Property Lease and to Abandon Related Personal Property and (ii) to Establish Bar Date for Any Rejection Damage Claim (Docket No. 3451)*

Objection Deadline: September 16, 2005.

Objections: Greenwood Plaza, Ltd. (Docket No. 3481).

Status: The Debtors and Greenwood have agreed to submit an agreed order or to continue the matter until October 7, 2005.

Dated: September 21, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00506915