UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Chapter 11
                                                          Case No.  3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.                    Jointly administered

    Debtors.

_____/

## MOTION FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM

    Creditor, **MAXINE SIMMONS**, files the above Motion and in support thereof, would show:

    1.    Creditor was involved in a fall in the Winn-Dixie store in Callahan, Florida on June 11, 2002.  On June 26, 2002, creditor (through her attorney) advised Sedgwick CMS (Winn-Dixie's adjusting firm) about her injury from this fall.  A copy of this letter is attached as Exhibit "A."

    2.    Creditor, by and through her attorneys, continued to correspond and receive correspondence from, Sedgwick CMS regarding this claim since that time period.  Copies of these letters are attached as composite Exhibit "B."

    3.    On August 26, 2005, Ms. Simmons' creditor presented her claim to Sedgwick CMS in the form of a Demand Letter.  A copy of this Demand Letter is attached as Exhibit "C."  This letter gave Winn-Dixie 30 days to respond to this Demand.

    4.    On or about September 8, 2005, Claimant's attorney received a phone call from a Winn-Dixie claims representative who indicated that a proof of claim would need to be filed because of the pending bankruptcy action.  This representative also indicated in that telephone conversation that the deadline for filing this Proof of Claim had already expired.

    5.    Neither the creditor nor her attorneys have ever been notified of the bar date for

filing a Proof of Claim..

6. Attached as Exhibit "D" is a copy of the Proof of Claim that was sent by creditor by Federal Express on <u>September 21, 2005</u> to Logan & Company, Inc., attention: Winn-Dixie Claims Center, 546 Valley Road, Upper Montclair, New Jersey 07043.

WHEREFORE, the creditor requests this Court allow this filing of Proof of Claim as being timely filed.

    /s/ Edward P. Jackson
EDWARD JACKSON
Attorney for Creditor
255 N. Liberty Street, 1st Floor
Jacksonville, FL 32202
(904) 358-1952
(904) 358-1288 (Fax)
Florida Bar No.: 286648

### Certificate of Service

The undersigned certifies that a copy of the foregoing Motion for Leave to Allow Late Filing of Proof of Claim was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U.S. Bankruptcy Court:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Adam Ravin, Esq.
D.J. Baker, Esq.
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Official Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc.
c/o Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

United State Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801