**Exhibit "A"**

*Law Offices of*
*CARL SCOTT SCHULER*

4035 Atlantic Boulevard
Jacksonville, Florida 32207
Phone: (904) 396-1911
Fax: (904) 396-1941

e-mail: scott@schulerlaw.com

June 26, 2002

Attn: Ms. Angela Walker
Sedgwick CMS
P.O. Box 24787
Jacksonville, Florida 32241-4787

    Re:    My Client:    Maxine Simmons
           Your Claim No.:    A211207658

Dear Ms. Walker:

    Please be advised that my firm represents Maxine Simmons, who was injured in an accident at Winn-Dixie in Callahan on May 11, 2002. I understand you will be handling the aspects of this claim. My client has informed me that there was an incident report filled out by the manager of this Winn Dixie store immediately following the accident. I would ask that you provide me with a copy of this report. Please also send me any statements given or documents signed by Mrs. Simmons. Once I have received medical information regarding the injuries involved in this claim, I will forward the same to you for your evaluation.

    Please direct any further inquiries and responses to my office.

    Thank you for your anticipated cooperation.

                    Sincerely,

                    /s/

                    BRIAN J. LEE

BJL/bl
cc:    Mrs. Maxine Simmons