**Exhibit "B"**



# Sedgwick

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5359

July 11, 2002

Carl S. Schuler, Esq.
4035 Atlantic Blvd.
Jacksonville, FL 32207

RE:    Claimant:    Maxine Simmons
       DOL:        06-11-2002
       Location:    Winn-Dixie Stores Inc., Callahan, FL
       Division:    Store #0151 Jacksonville Division
       Claim #:    A211207658

Dear Sir or Madam:

I acknowledge your letter pertaining to your representation of Maxine Simmons. Sedgwick Claims Management Services, Inc., is the third-party administrator of claims for Winn-Dixie Stores. Winn-Dixie Stores are self-insured for Premises Liability with a $ 2,000,000.00 retention. There is no medical payments coverage.

I am the adjuster assigned to this file. **Please call me as soon as possible to schedule a time and date to secure your client's statement. In the event that your office will not allow a statement from the claimant then please call my office and provide the detailed facts surrounding the loss.** Please forward all medical records pertaining to this incident along with corresponding medical bills.

The above information will be greatly appreciated and will also facilitate the settling of this claim.

My direct line is (904) 419-4730.

Sincerely,

*Angela Walker*

Angela Walker
General Liability Examiner



# Sedgwick CMS



| | | | |
|---|---|---|---|
| | Brian Lee | **From:** | Angela Walker |
| **Fax:** | 904-396-1941 | **Pages:** | 5 |
| **Phone:** | 904-396-1911 | **Date:** | 2/19/2003 |
| **Re:** | Maxine Simmons | **CC:** | A211207658 |

☐ Urgent  ☐ For Review  ☐ Please Comment  X Please Reply  ☐ Please Recycle

If unreadable contact at the following: • **Comments:**

Please find the copy of slip and fall questionnaire.

Please forward the prior 5 years medical records in regards to Maxine Simmons.

Please if you have any questions please call me at (904) 419-4730 and my fax is (904) 419-5365.

Thank You,

Angela Walker

***CONFIDENTIALITY NOTE***

The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by calling "888-784-3470", and return the original message to us at the address below by the United States Postal Service. Thank you.



# Sedgwick

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5359

Please complete the following information to the best of your knowledge.
Maxine Simmons          Claim Number: A211207658

Name, Address & Telephone number.

___

Date of Birth, Social Security Number, Height & Weight.

___

Marital Status (spouses name)          & Number of Dependents.

___

Occupation          Employer          Salary

___

Date & time of loss.

___

Weather at time of loss and throughout day.

___

Regular store/customer-weekly shopping.

___

Traffic inside store.... busy, slow, average.

___

Place of loss-location inside store-specifically-near what products. How far down aisle, near shelf or walkway.

___

Reason for going there.

___

Type of flooring (tile, asphalt, commercial asphalt tile, vinyl tile, etc.)

___

1

Condition of flooring (waxed/shiny, unwaxed/dull, worn, scuff marks, foot prints, grocery cart parks, drying of spill marks, wet/dry, clean/dirty, any defects-please describe).
_____

Carrying anything (purse, groceries, hand basket).
_____

Holding anything (grocery cart, hand basket, counter, railing, another person).
_____

Clothing type.
_____

Shoes (type: dress, casual, athletic/rubber soled, leather soled, heels, height, new, old, worn, etc).
_____

Lighting (were lights on, lit well, fluorescent, glare).
_____

Witnesses: Was anyone with you? (name, address, telephone and relationship).
_____

How soon did witness arrive after the accident?
_____

Did they see the floor before and after the fall?
_____

Are you required to wear eyeglasses? Were you wearing them?
_____

Where were you looking before you fell?
_____

What caused your fall?
_____

Was there an object on the floor *before* you fell? Did you see it before you fell? (if not, why not?)
_____

When did you first observe this?
_____

How long was it there? How do you know that?
_____

Where did it come from? How do you know that?
_____

Please describe object: (wilted, broken, size, shape, color, consistency, odor, appearance).
_____

Was there any liquid on the floor *before* you fell? Did you see it before you fell? (if not, why not?).
_____

2

How long was the liquid there? How do you know that?
_____

Where did it come from? How do you know that?
_____

Were there any Caution/Wet floor signs posted? Or Warning signs? (Where? How far from you & which direction)
_____

Were there any cart marks or foot prints through spill or leading up to or away from spill?
_____

Walked area previous to fall? First time on aisle?
_____

Were there any employees in the immediate area? Who, Description of them if name not known? Their comments?
_____

After the fall did any of the substance remain on your clothing or body? Where?
_____

Which direction did you fall? (forward, backward, sideways)
_____

Anyone assist in helping you?
_____

Did they make any comments? What did they say?
_____

Did they take photographs?
_____

Were you able to continue shopping?
_____

Conscious or unconscious after fall? _____

Was first aid offered or provided? From who?
_____

Were police or fire/rescue provided on scene? Who?
_____

What were immediate symptoms after fall? What were your injuries?
_____

Was medical attention sought? _____
Who & where?
_____

How did you get there?
_____

3

Diagnosis.

Do you have a family doctor or any prior treating physicians?

Who & where?

Do you have insurance? Medicare, Medicaid, private insurance?

Are you on Disability?

Have you ever made any type of claim for benefits including government benefits or medical benefits?

Who, when & where?

Time lost from work? Average weekly wage?

Prior injuries, illnesses, physical defects or prior conditions or prior surgeries? Any Limitations or permanencies?

What extra curricular activities do you do or enjoy? What and how often?

Do you take any medications on a regular basis? What is it & often do you take it? What is it for?

Had you consumed any alcohol on the date of the incident? When? How much?

*The above information is true and correct to the best of my knowledge:

Signature of claimant completing questionnaire.

Thank you very much for your information and your time. Please forward a copy of this to Angela Walker via fax 904/419-5365 or by mail: Sedgwick CMS P.O. Box 24784, Jacksonville, Florida 32241-4787. If you have any questions please contact me at 1/888-784-3470 x4730.

4



## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787 Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

July 21, 2003

Carl Scott Schuler, Esq.
4035 Atlantic Blvd.
Jacksonville, FL 32207

RE: Claimant:     Maxine Simmons
    Date of Injury: 06/11/2002
    Location:     Winn Dixie # 01-0151-015
                  5266 States Rd. 200 Ste 14
                  Callahan, FL 32011
    Division:     Jacksonville
    Claim Number: A211207658-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Maxine Simmons's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us. Please submit at least five years prior medical records for review.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at 888-784-3470 extension 4730.

Sincerely,

*Angela Walker*

Angela Walker
Examiner II

Encl.

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

## AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following. Please check all that apply:

   ☐ my request for reasonable accommodation;  
   ☐ my workers' compensation claim;  
   ☐ my claim for disability benefits;  
   ☐ my claim for bodily injury;  
   ☐ my claim for personal injury; or  
   ☐ my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _____

   _____

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following. Please check yes or no and initial:

   | | | | |
   |---|---|---|---|
   | HIV test results, HIV or AIDS information. | YES ☐ | NO ☐ | Initial here _____ |
   | Psychiatric information. | YES ☐ | NO ☐ | Initial here _____ |
   | Information related to drug or alcohol abuse. | YES ☐ | NO ☐ | Initial here _____ |

2. **Who is covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to _____
   
   _____ (specific name, if needed) is to make this information available to Sedgwick Claims Management Services, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor. The name of persons, facilities or parties to which HIV information will be provided must be specifically listed: _____

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law.

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick Claims Management Services, Inc. at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

5. **Refusal To Sign.** This Authorization is necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation. I understand my treatment provider will not condition treatment, payment, enrollment or eligibility on the refusal to sign this authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

Maxine Simmons  
**Name of Patient**

263-02-17632  
**Patient's Social Security Number**  
*Please complete if signed by the patient's representative:

Sedgwick CMS 06/26/03

_____  
Signature of Patient or Patient's Representative*

P.O. Box 1356 Callahan, FL 32011  
**Patient's Address**

_____  
Printed name of Patient's Representative

©Sedgwick Claims Management Services, Inc.

_____  
Date

_____  
First Day Absent

_____  
Relationship to Patient

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Claim #: A211207658-0001-01

This is to authorize any physician, hospital, medical attendant or others to furnish Sedgwick Claims Management Services, Inc., any and all information or opinions which they may request regarding the physical and/or psychological condition of Maxine Simmons, and treatment rendered therefore, and to allow them to see or copy any x-rays or records which you may have regarding the treatment of Maxine Simmons.

NAME (print)    Maxine Simmons
SOCIAL SECURITY # _____    D/O/B    04/08/1952
SIGNATURE
ADDRESS    P.O. Box 1356
CITY, STATE, ZIP    Callahan, FL 32011
DATE

---

## AUTHORIZATION FOR RELEASE OF WAGE & SALARY INFORMATION

This authorization or a photocopy thereof will authorize you to furnish all information you may have regarding my wages and salary while employed by you. Please release this information to a representative of Sedgwick Claims Management Services, Inc.

NAME (print)    Maxine Simmons            DATE
SIGNATURE
SOCIAL SECURITY #    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    D/O/B    04/08/1952
EMPLOYER NAME
EMPLOYER ADDRESS
CITY, STATE, ZIP
EMPLOYER TELEPHONE

**Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick to pay or reimburse any expenses incurred as a result of this incident.**

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un interprete en contacto con migo.)

## LIST OF ALL PROVIDERS/DOCTORS/HOSPITALS/ETC. WHO HAVE PROVIDED ANY TREATMENT OR SERVICE

**PERSON TREATED:** Maxine Simmons

**DATE OF INCIDENT** 06/11/2002     **CLAIM #** A211207658-0001-01

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____

NAME: _____
ADDRESS: _____
CITY, STATE, ZIP: _____
PHONE: _____