**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3FI |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that creditors and parties-in-interest Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson (the "Johnsons") hereby appear in the above-captioned case by its counsel, Wilcox Law Firm and Charles R. Godwin, Esquire, such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Rules 2002, 30117 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone and facsimile numbers indicated:

>Robert D. Wilcox, Esq.
>Wilcox Law Firm
>6718 Southpoint Parkway, Suite 302
>Jacksonville, FL 32216

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

The Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoff, or recoupments to which the above-named entities is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoff, and recoupments are expressly reserved.

Dated: September 21, 2005

**WILCOX LAW FIRM**

/s/ **Robert D. Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
(904) 281-0700
(904) 513-9201 Fax

And

Charles R. Godwin, Esquire
Alabama Bar ID GOD004
10388 Highway 31
Atmore, Alabama 36502
(251) 368-1417

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2005 I caused a copy of the foregoing to be served on the lead debtor, Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, Florida 32254-3699 by U.S. Mail and served on debtor's attorneys, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036 and James H. Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, the U.S. Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Official Committee of Equity Interestholders and parties in interest electronically.