# EXHIBIT A

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

Shaun Kevin Johnson and Michelle Sue Johnson,
Husband and Wife, and Micah Nichol Johnson,
a minor, by Michelle Sue Johnson, Individually and
as Natural Guardian and Next Friend,
and Kyle Brandon Johnson, a minor, by
Michelle Sue Johnson, as Natural Guardian and
Next Friend, and Connor Emerson Johnson,
a minor, by Michelle Sue Johnson, as Natural
Guardian and Next Friend,

                Plaintiffs,

vs.                                                   Case No. 2004 CA 000026
                                                   Division:    J

Herman Myers
                Defendant.
_____/

## COMPLAINT

Plaintiffs Shaun Kevin Johnson and Michelle Sue Johnson, husband and wife, and Micah Nichol Johnson, a minor, by Michele Sue Johnson, Individually and as Natural Guardian and Next Friend, and Kyle Brandon Johnson, a minor, by Michelle Sue Johnson, as Natural Guardian and Next Friend, and Connor Emerson Johnson, a minor, by Michelle Sue Johnson, as Natural Guardian and Next Friend sue defendant Herman Myers and state:

    1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.)

    2. Plaintiffs Shaun Kevin Johnson and Michelle Sue Johnson are married and the natural guardians and next friends of Plaintiffs Micah Nichol Johnson, a minor, Kyle Brandon Johnson, a minor, and Connor Emerson Johnson, a minor.

    3. Defendant Herman Myers is a resident of Pensacola, Escambia County, Florida.

    4. On or about September 21, 2003 defendant Herman Myers owned and operated a motor

vehicle at Perdido Key, Escambia County, Florida.

5. At that time and place defendant Herman Myers negligently operated or maintained the motor vehicle so that it collided with the motor vehicle in which plaintiffs Shaun Johnson and Micah Nichol Johnson were riding.

6. As a result, plaintiff Shaun Kevin Johnson suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and plaintiff Shaun Kevin Johnson will suffer the losses in the future. Plaintiff's automobile was damaged and they lost the use of it during the period required for its repair or replacement.

7. As a further result, plaintiff Micah Nichol Johnson suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life and aggravation of a previously existing condition. Plaintiff Micah Nichol Johnson, a minor, by Michelle Sue Johnson, Individually and as Natural Guardian and Next Friend, has incurred expense of hospitalization, medical and nursing care and treatment for the hospitalization, medical and nursing care and treatment provided to Micah Nichol Johnson, a minor.

8. As a result of the injury to plaintiff Shaun Kevin Johnson, plaintiff Michelle Sue Johnson has suffered the loss of services, society, comfort, affection of her husband Shaun Johnson and her losses are permanent.

9. As a further result of the injury of plaintiff Shaun Johnson, plaintiffs Micah Nichol Johnson, Kyle Brandon Johnson and Connor Emerson Johnson, minors, have lost the support, comfort, companionship and society of their father, Shaun Kevin Johnson, and will continue to suffer

the losses in the future.

WHEREFORE, Plaintiffs Shaun Kevin Johnson and Michelle Sue Johnson, husband and wife, and Micah Nichol Johnson, a minor, by Michelle Sue Johnson, individually and as Natural Guardian and Next Friend, and Kyle Brandon Johnson, a minor, by Michelle Sue Johnson, as Natural Guardian and Next Friend, and Connor Emerson Johnson, a minor, by Michelle Sue Johnson, as Natural Guardian and Next Friend demand judgment for damages against defendant Herman Myers and demands trial by jury of all issues so triable.

STEPHEN H. ECHSNER - FL Bar #304719
Levin, Papantonio, Thomas,
Mitchell, Echsner & Proctor, P.A.
316 So. Baylen St., Ste. 600
Post Office Box 12308
Pensacola, Florida 32591
(850) 435-7118
(850) 436-6118
Attorneys for Plaintiffs