[3902] [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05−bk−03817−JAF
                                                                       Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CANCELLATION AND RESCHEDULING

   NOTICE IS GIVEN that a hearing scheduled to be heard in this case on November 7, 2005 at 2:00 p.m. IS RESCHEDULED AND will be held on November 7, 2005 , at 10:00 a.m. , in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

   Final Hearing on Motion for Relief From Stay filed by Iris and Sam Davidson

and transact such other business as may properly come before the hearing.

   Dated September 19, 2005 .

David K Oliveria , Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

   Copies furnished to:
   Debtor
   Attorneys for Debtor
   Attorneys for Creditors Committee
   Attorney for Movant
   US Trustee

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Sep 19, 2005
Case: 05-03817              Form ID: 3902          Total Served: 2

The following entities were served by first class mail on Sep 21, 2005.
aty       +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494
cr        +Iris and Sam Davidson,    Terrell Hogan,    233 East Bay Street,    8th Floor,
            Jacksonville, FL 32202-3452

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2005**                    Signature:    *Joseph Speetjens*