

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for an Order (I) Authorizing the Debtors (A) to Retain Liquidating Agent and Approving Agency Agreements Subject to Higher and Better Offers, and (B) to Sell Furniture, Fixtures and Equipment Located at the Fitzgerald and Astor Facilities Free and Clear of Liens, Claims and Interests and Exempt from Stamp or Similar Taxes and (II) Granting Related Relief Filed by Debtor (3183)

*Granted ord/signed*

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA / KEN MEEKER. P
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

RULING: