

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 22, 2005 Filed by Debtor (3350)

*Granted*
*Ord/signed*

APPEARANCES:
US TRUSTEE:       ELENA ESCAMILLA \ KEN MEEKER ?
UNSEC. CRED:      JOHN B. MACDONALD
                  MATTHEW S. BARR

RULING: