**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| Debtors. | ) Jointly Administered |

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 22, 2005**

These cases came before the Court for hearing on September 22, 2005, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the rejection of executory contracts and unexpired leases listed on Exhibit A to this order (collectively, the "Contracts") by the Debtors effective as of September 22, 2005 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and each Contract is deemed rejected, effective as of September 22, 2005.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Contracts, whether or not related to the Contracts.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within 30 days after the date of entry of this Order.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order. Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 22 day of September, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

00508852.DOC                                    2

# EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections pursuant to this Order apply only to the leases identified in this Exhibit A and do not apply to any other equipment leased pursuant to separate schedules or any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract/Lease |
|---|---|---|
| Armstrong Laing, Inc.<br>Tower Place, Suite 1100<br>3340 Peachtree Rd NE<br>Atlanta, GA 30326-1043 | Winn-Dixie Stores, Inc. | Metify Software License and Services Agreement dated as of April 19, 2002 |
| Dolphin Capital Corp.<br>P.O. Box 605<br>1720-A Crete St.<br>Moberly, MO 65270 | Winn-Dixie Montgomery, Inc., f/k/a Winn-Dixie Atlanta, Inc. | Lease No. 44248 for Savin Digital Copier, dated February 28, 2003 |
| GlobalNetXchange, LLC<br>333 Bush Street<br>18th Floor<br>San Francisco, CA 94104 | Winn-Dixie Stores, Inc. | Master Agreement dated December 29, 2004 |
| Hocking Valley Leasing Company<br>312 Elm Street, Suite 2500<br>Cincinnati, OH 45202-2739 | Deep South Products, Inc. | Master Lease Agreement for Sealing Equipment dated as of February 18, 1996, and Schedule A thereto |
| Hocking Valley Leasing Company<br>AHP Machine & Tool Co.<br>Dept. CH10640<br>Palatine, IL 60055-0640 | Deep South Products, Inc. | Master Lease Agreement for Sealing Equipment dated as of March 5, 1997, and Schedule A thereto |
| IBM Credit LLC<br>North Castle Drive<br>Armonk, NY 10504<br>Attn: Wendell A. Lewis | Winn-Dixie Stores, Inc. | Term Lease Supplement Numbers for PSERIES 615:<br><br>D00C07487<br>D00B90530<br>D00B90534<br>D00B90532<br>D00B90554<br>D00B90549<br>D00B90536<br>D00B90538<br>D00B90721<br>D00B90551<br>D00B90553<br>D00B90552<br>D00B90590<br>D00B90588<br>D00B90525<br>D00B90559<br>D00B90564 |

| | | |
|---|---|---|
| | | D00B90563 |
| | | D00B90570 |
| | | D00B91047 |
| | | D00B90568 |
| | | D00B90560 |
| | | D00B90550 |
| | | D00B90595 |
| | | D00B90672 |
| | | D00B90683 |
| | | D00B90715 |
| | | D00B90693 |
| | | D00B90942 |
| | | D00B90768 |
| | | D00B90533 |
| | | D00B90739 |
| | | D00B90706 |
| | | D00B90788 |
| | | D00B90809 |
| | | D00B90853 |
| | | D00B90904 |
| | | D00B90922 |
| | | D00B90676 |
| | | D00B90953 |
| | | D00B90964 |
| | | D00B91055 |
| | | D00B91114 |
| | | D00B91060 |
| | | D00B91101 |
| | | D00B90556 |
| | | D00B91073 |
| | | D00B91126 |
| | | D00B91095 |
| | | D00B91122 |
| | | D00B91113 |
| Questionmark Corporation<br>5 Hillandale Avenue<br>Stamford, CT 06902 | Winn-Dixie Stores, Inc. | Questionmark Software Support Agreement Number 0404 00005537, dated May 25, 2004 |