

**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief Filed by Debtor (2707)

PURCHASER:   (1) Valrico Partners, LP Store 716 (Doc. 3376)   cont'd to 10/7 cal

(2) FW NC-Shoppes of Kildare, LLC Store 803 (Doc. 3378)   cont'd to 10/7 cal

(3) Perlis Ellin, LLC, Store 158 (Doc. 3552)   Granted - ord/signed

(4) WD Tampa Trust Store 636 (Doc. 3485)   Granted - ord/signed

(5) Great Oaks, LLC Store 2312 (Doc. 3553)   Granted - ord/signed

(6) Rockdale Grocery Store 1815 (Doc. 3549)   Granted - ord/signed

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA \ Ken Meeker p
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

RULING: