

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (2983)

Objection to Motion by PMG Ocean Associates, LP Store 260 (Doc. 3192) *cont'd to 10/7*

Objection to Motion by Victory Real Estate Investments, LLC. et. al. Store 103 (Doc. 3197)

*w/drawn - Motion Granted as to Victory - Order signed*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA /KEN MEEKER p
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
PMG OCEAN ASSOCIATES:  DAVID WANDER
VICTORY REAL ESTATE:   EARL BARKER p

RULING: