

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion to Compel Debtors to Assume or Reject Lease of Personal Property Filed by Computer Leasing Company of Michigan, Inc. (3168)

Objection to Motion filed by Debtor (Doc. 3467)

*cont'd to 11/Nov. 17 @ 1:00*

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA \KEN MEEKER p
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
COMPUTER LEASING CO:   ARTHUR SPECTOR

RULING: