

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Request for Payment of Administrative Expense Filed by Creditor Computer Leasing Company of Michigan, Inc. (3169)**

Objection by Debtor (Doc. 3466)

*Cont'd to Nov. 17 @ 1:00   (Status Conf on adv @ this time)*

**APPEARANCES:**
US TRUSTEE:              ELENA ESCAMILLA  /Ken Meeker p/
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR
COMPUTER LEASING CO:     ARTHUR SPECTOR

RULING: