

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims Filed by Debtor (2976)**

Objection to Motion filed by Creditors' Committee (Doc. 3201)

*Cont'd to Oct. 7*

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA / KEN MEEKER  P
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

RULING: