# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

**APPEAL COVER SHEET**

| APPELLANT: | APPELLEE: |
|---|---|
| Bankruptcy Case Number: | Adversary Case Number: |
| Attorney: (Name, address & telephone number) | Attorney: (Name, address & telephone number) |

## NATURE OF PROCEEDING

☐ Appeal pursuant to 28 U.S.C. §158

   Notice of Appeal filed: _____
   Date of Order Appealed: _____
   Title of Order Appealed: _____
   Debtor(s)' County of Residence: _____

☐ Motion to Withdraw Reference

   Filed: _____   By: _____

☐ Interlocutory Appeal

   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

☐ Motion for Leave to Appeal

   Date filed: _____

☐ Other: _____

☐ Designation in Appeal:

   Have arrangements been made with Court Reporter for Transcript?   ☐ Yes ☐ No
   If not, do you intend to do so?  If ordered, on what date? _____

   _____
   Attorney/Appellant

3/19/2003