

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

**Motion for Order Authorizing (i) Retroactive Rejection of Real Property Leases and (ii) Abandonment of Related Personal Property Filed by Debtor (3348)**

Objection to Motion by Commercial Net Lease Realty, Inc. (Doc. 3464)

*Settled - Order Signed*

APPEARANCES:
US TRUSTEE:                                  ELENA ESCAMILLA / Ken Meeker /
UNSEC. CRED:                                 JOHN B. MACDONALD
                                             MATTHEW S. BARR
COMMERCIAL NET LEASE REALTY, INC:   ZACHARY J. BANCROFT

RULING: