**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 22, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion (i) for Authority to Reject Real Property Lease and to Abandon Related Personal Property and (ii) to Establish Bar Date for Any Rejection of Damage Claim Filed by Debtor (3451)

Objection to Motion by Greenwood Plaza, Ltd. (Doc. 3481)

*Settled –*

*Ord / Busey*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA  Ken Meeker p
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR
GREENWOOD PLAZA:   NINA LAFLEUR

RULING: