UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER AUTHORIZING (I) REJECTION
OF REAL PROPERTY LEASES AND (II) ABANDONMENT OF
RELATED PERSONAL PROPERTY

These cases came before the Court for hearing on September 22, 2005 upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing the rejection by the Debtors of the unexpired non-residential real property leases listed on Exhibit A (collectively, the "Leases") (the "Motion"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.   The Motion is granted.

2.   The Debtors are authorized to reject the Leases pursuant to 11 U.S.C. § 365(a) and each Lease is deemed rejected, effective as of September 30, 2005.

3.   Claims for any rejection damages resulting from the rejection of the Leases shall be filed no later than thirty (30) days after the date of entry of this Order.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

4. On or before September 30, 2005, the Debtors must a) deliver all keys to the leased premises in the possession of the Debtors to the landlord under the Leases or to the property manager and b) vacate the stores in the condition required by the applicable Lease, provided, however, that the failure to leave the store in the condition required by the applicable Lease or to return the keys to the leased premises shall not give rise to contempt of court and provided further that this Order is without prejudice to any party's right to dispute the validity and priority of any claim allegedly arising from any such failure.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases, whether or not related to the Leases.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

# EXHIBIT A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 2719 | 1707 Villa Rica Highway<br>Dallas, Georgia 30157 | Commercial Net Lease Realty, Inc. |
| 2721 | 9105 Hickory Flat Highway<br>Woodstock, Georgia 30188 | Commercial Net Lease Realty, Inc. |