UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors.[1] ) | Jointly Administered |
| ) | |

**NINTH SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF ORDINARY COURSE PROFESSIONALS PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] a completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Willkie Farr & Gallagher (Exhibit A)

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of any of the above referenced Ordinary Course Professionals.

Dated: September 20, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>　　D. J. Baker<br>　　Sally McDonald Henry<br>　　Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>　　Stephen D. Busey<br>　　James H. Post<br>　　Cynthia C. Jackson,<br>　　Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-11063

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

**DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT TO THE DEBTORS AT:**

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, __John G. Danaher__, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   __Willkie Farr & Gallagher LLP__

   __787 Seventh Avenue__

   __New York, NY 10019-6099__

2. Date of retention:    __November 2003__

Questionnaire of: __Willkie Farr & Gallagher LLP__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

    __Legal Services__

4. Brief description of services to be provided:

    __Corporate compliance and counseling__

5. Arrangements for compensation (hourly, contingent, etc.)

    __Hourly__

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    __$14,000__

7. Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ __51,993__

    Date claim arose: __10/07/2004 – 2/01/2005__

    Source of claim: __Legal services performed__

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: __N/A__

    Status: _____

    Amount of Claim: $_____

    Date claim arose: _____

    Source of claim: _____

-2-

Questionnaire of: __Willkie Farr & Gallagher LLP__
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:   N/A

   Kind of shares: _____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: __Not aware of any such holdings__

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   __N/A__

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __08/22/05__

Name: __John G. Danaher__
Title: __Chief Financial Officer__
Company: __Willkie Farr & Gallagher LLP__
Address: _____

Telephone: __(212) 728-3602__
Facsimile: __(212) 977-0291__

976725.01-New York Server 7A - MSW                 -3-