

EXHIBIT B

## TARGET STORES INCLUDED IN THE TRUSTS

| SERVICER | STORE NO. | PROPERTY ADDRESS | LANDLORD |
|---|---|---|---|
| CWCapital | 181 | 714 4TH Street<br>Adel, Georgia | Mr. Fred Bentley, Sr. |
| CMSLP | 404 | 2010 US Highway 280<br>Phenix City, Alabama | Newton Oldacre McDonald |
| CWCapital | 417 | 5201 Highway 280, South<br>Birmingham, Alabama | Developers Diversified Realty Corp. |
| CMSLP | 423 | 1225 Franklin<br>Troy, Alabama | Troy Marketplace LLC |
| CMSLP | 450 | 511 East Cummings Avenue<br>Opp, Alabama | Alvin B. Chan Family, LP |
| CMSLP | 573 | 3501 Denny Avenue<br>Pascagoula, Mississippi | Pascagoula Properties, Ltd. |
| CMSLP | 594 | 710 Academy Drive<br>Bessemer, Alabama | 59 West Partners, Ltd. |
| ORIX | 734 | 3236 Lithia Pinecrest Road<br>Valrico, Florida | Royal Oaks Brandon, L.P. & Ocala Blockbuster Partners |
| ORIX | 915 | 2000 Avondale Drive<br>Durham, North Carolina | Club Boulevard Investors, L.P. |
| ORIX | 1076 | 1481 Chestnut Drive<br>Orangeburg, South Carolina | Dixieland SC, LLC |
| CWCapital | 1826 | 1850 North Columbia Street<br>Milledgeville, Georgia | L.P.I. Milledgeville, Inc. |
| ORIX | 2029 | 1650 East BRD Street<br>Statesville, North Carolina | Broad Street Station Shopping Center, LLC |
| ORIX / CWCapital | 2062 | 1020 Mebane Oak Road<br>Mebane, North Carolina | WCL Five, LLC |

| SERVICER | STORE NO. | PROPERTY ADDRESS | LANDLORD |
|---|---|---|---|
| ORIX | 2095 | 111 Independence Blvd. Morganton, North Carolina | Independence Crossing, LLC |
| CMSLP/ORIX | 2103 | 640 South Van Buren Road, Suite W Eden, North Carolina | Eden Meadow Greens Associates |
| CWCapital | 2180 | 2025 Morganton Blvd. Lenoir, North Carolina | Lenoir Partners, LLC |
| CMSLP | 2663 | 1270-39 Wickham Road Melbourne, Florida | C. & A. Ltd., LLC |
| CWCapital | 2705 | 8777 Tara Blvd. Jonesboro, Georgia | Wilmington Trust Company, William Jade, et al. |

2

BA3DOCS/311491