UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )     Case No. 05-03817-3F1
                                                 Chapter 11
            Debtors.                       )     Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of Order (i) Authorizing the Debtors (a) to Retain Liquidating Agent and Approving Agency Agreements, and (b) to Sell Equipment Located at the Fitzgerald and Astor Facilities Free and Clear of Liens and Exempt from Stamp or Similar Taxes and (ii) Granting Related Relief (Docket No. 3580) was furnished by mail and/or electronically on September 22, 2005 to those parties on the attached Master Service List, Honorable Thurbert Baker, Office of the Attorney General, 40 Capital Square, SW Atlanta, Georgia  30334, ZSF/WD Fitzgerald, LLC, 397248 Administrative General Partner, 1 Chase Manhattan Plaza, New York, New

York 10005 and ZSF/WD Jacksonville, LLC, 397251 Administrative General Partner, 1 Chase Manhattan Plaza, New York, New York 10005.

Dated: September 22, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425