[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05-bk-03817-JAF
                                                                Chapter 11

Winn-Dixie Stores, Inc



_____Debtor(s)_____/

### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of David P. Canas, a non-resident of Florida and counsel for various creditors, collectively referred to as Newton Oldacre McDonald, LLC, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated September 22, 2005.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
David P. Canas, 315 Deaderick St., Suite 1800, Nashville, TN 37238-1800