UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### AGREED ORDER ON MOTION FOR RELIEF
### FROM STAY FILED BY WAH HONG GO

This case is before the Court upon the motion for relief from the automatic stay filed by Wah Hong Go (the "Movant"). The Court finds that (i) the Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service, (ii) no party filed an objection, and (iii) the Court therefore considers the Motion unopposed. Accordingly, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay is modified retroactive to June 8, 2005, as follows: (i) Movant may commence a civil action in any federal district court or state court of competent jurisdiction pursuant to the Notice of Right to Sue issued by the U.S. Equal Employment Opportunity Commission dated March 10, 2005 (the "Civil Action"), (ii) Movant shall not take any further action against the Debtors in connection with the Civil Action until January 15, 2006 and (iii) on or after January 15, 2006, Movant may prosecute the Civil Action, wherever he chooses to file it, through and including final judgment, but shall make no effort to collect or execute on such judgment without further order of this Court.

3. By operation of 11 U.S.C. §108, the Movant's Civil Action will be timely filed if filed within 30 days of this Order.

4. Except as modified herein, the automatic stay pursuant to 11 U.S.C. § 362 shall remain in full force and effect.

Dated this 22 day of September, 2005, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

496680.2