## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.** | **(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 19, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 23, 2005

Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                               **CASE:   05-03817-3F1**

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
301 ROUTE 17 6TH FLOOR
ATTN GANNA LIBERCHUK
RUTHERFORD NJ 07070

CREDITOR ID: 263273-12
TOWER LABORATORIES LTD
ATTN LORRAINE RACKLIFFE, CONTROLLER
PO BOX 306
CENTERBROOK, CT 06409-0306

**Total:   2**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3474

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TOWER LABORATORIES LTD

Name of Transferor

HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

TOWER LABORATORIES LTD
ATTN LORRAINE RACKLIFFE, CONTROLLER
PO BOX 306
CENTERBROOK, CT 06409-0306

HAIN CAPITAL OPPORTUNITIES LLC
301 ROUTE 17 6TH FLOOR
ATTN GANNA LIBERCHUK
RUTHERFORD NJ 07070

Phone: 860 767 2127
Account No.: 263273

Phone: 201 896 6100
Account No.: 411409

Claim No.: 4704
Date Claim Filed: 06/27/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $12,129.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 19, 2005