UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 20, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 23, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 263000-12<br>CITY OF THOMASVILLE UTILITES<br>ATTN: RICKY DUNCAN, CRED MGR<br>111 VICTORIA PLACE<br>THOMASVILLE, GA 31792 | CREDITOR ID: 250092-12<br>FREEDS BAKERY<br>ATTN DAVID W IVEY, SR - VP<br>299 PEPSI ROAD<br>MANCHESTER NH 03109 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 397797-75<br>HARRIGAN REFRIG & AIR CONDITIONING INC<br>ATTN: KELLI M TORBECK, ADM ASST<br>2106 W NORTH BEND ROAD<br>CINCINNATI, OH 45224 | CREDITOR ID: 399644-15<br>INTELOGICA, INC<br>ATTN MAURICE BRAZEAU, VP<br>1555 E FLAMINGO ROAD, SUITE 440<br>LAS VEGAS NV 89119 | CREDITOR ID: 411416-97<br>INTELOGICA, INC<br>ATTN: BRIAN PETERSEO, DIR<br>1555 E FLAMINGO RD, STE 440<br>LAS VEGAS NV 89119 |
| CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>101 OAKLEY ST PO BOX 959<br>EVANSVILLE IN 47706 |
| CREDITOR ID: 411415-97<br>NEBRASKA BEEF LTD<br>C/O LAMSON DUGAN & MURRAY LLP<br>ATTN: FRANK M SCHEPERS, ESQ<br>10306 REGENCY PKWY DRIVE<br>OMAHA NE 68137 | CREDITOR ID: 405958-15<br>NEBRASKA BEEF, LTD<br>ATTN: WILLIAM HUGHES<br>4501 S 36TH STREET<br>OMAHA NE 68107 | CREDITOR ID: 257070-12<br>NEBRASKA BEEF, LTD<br>ATTN WILLIAM HUGHES<br>PO BOX 3332<br>OMAHA, NE 68103-0332 |
| CREDITOR ID: 257878-12<br>STANFIELD, P J<br>C/O PATRICIA STANFIELD, OWNER<br>2481 SHARON LANE<br>MILLBROOK, AL 36054 | CREDITOR ID: 264614-12<br>WENNER BREAD PRODUCTS INC<br>ATTN: RICHARD WENNER, PRES/CEO<br>33 RAJON ROAD<br>BAYPORT, NY 11705-1102 | |

**Total:** 14

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 3496

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CITY OF THOMASVILLE UTILITES | HAIN CAPITAL OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |
| CITY OF THOMASVILLE UTILITES<br>ATTN: RICKY DUNCAN, CRED MGR<br>111 VICTORIA PLACE<br>THOMASVILLE, GA 31792 | HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| Phone: | Phone: 201 896 6100 |
| Account No.: 263000 | Account No.: 411409 |

Claim No.: 30018   Full Transfer: (X)   Partial Transfer:
Date Claim Filed: 04/07/2005   Transfer Amount: $19,683.19

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005   /s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 3499

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| FREEDS BAKERY | HAIN CAPITAL OPPORTUNITIES LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| FREEDS BAKERY | HAIN CAPITAL OPPORTUNITIES LLC |
| ATTN DAVID W IVEY, SR - VP | ATTN GANNA LIBERCHUK |
| 299 PEPSI ROAD | 301 ROUTE 17 6TH FLOOR |
| MANCHESTER NH 03109 | RUTHERFORD NJ 07070 |
| Phone: 603 627 7746 x 13 | Phone: 201 896 6100 |
| Account No.: 250092 | Account No.: 411409 |

Claim No.: 34854                                 Full Transfer: (X)       Partial Transfer:

Date Claim Filed: 04/07/2005                     Transfer Amount: $36,392.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 3497

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HARRIGAN REFRIG & AIR CONDITIONING INC | HAIN CAPITAL OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |
| HARRIGAN REFRIG & AIR CONDITIONING INC<br>ATTN: KELLI M TORBECK, ADM ASST<br>2106 W NORTH BEND ROAD<br>CINCINNATI, OH 45224 | HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| Phone: 513-542-7500 | Phone: 201 896 6100 |
| Account No.: 397797 | Account No.: 411409 |

Claim No.: 33136

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $18,293.79

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                    Case No.: 05-03817-3F1
                                                                          Docket No.: 3498

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| INTELOGICA, INC | HAIN CAPITAL OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |
| INTELOGICA, INC<br>ATTN MAURICE BRAZEAU, VP<br>1555 E FLAMINGO ROAD, SUITE 440<br>LAS VEGAS NV 89119 | HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| Phone: 949 348 3878 | Phone: 201 896 6100 |
| Account No.: 399644 | Account No.: 411409 |
| INTELOGICA, INC<br>ATTN: BRIAN PETERSEO, DIR<br>1555 E FLAMINGO RD, STE 440<br>LAS VEGAS NV 89119 | |
| Phone: 949 348 3878 | |
| Account No.: 411416 | |

Claim No.: 741                                                            Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/19/2005                                              Transfer Amount: $31,066.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005                                                          /s/ Logan & Company, Inc.
                                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                                   Case No.: 05-03817-3F1

                                                                          Docket No.: 3458

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| NEBRASKA BEEF, LTD | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |

NEBRASKA BEEF, LTD                                        MADISON INVESTMENT TRUST - SERIES 3
ATTN: WILLIAM HUGHES                                   ATTN KRISTY STARK
4501 S 36TH STREET                                           6310 LAMAR AVE STE 120
OMAHA NE 68107                                                OVERLAND PARK KS 66202

Phone: 402 733 0341                                            Phone: 800 896 8913
Account No.: 405958                                          Account No.: 405906

NEBRASKA BEEF LTD
C/O LAMSON DUGAN & MURRAY LLP
ATTN: FRANK M SCHEPERS, ESQ
10306 REGENCY PKWY DRIVE
OMAHA NE 68137

Phone:
Account No.: 411415

Claim No.: 11819                                                 Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 09/15/2005                             Transfer Amount: $13,647.64

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005                                                  /s/ Logan & Company, Inc.
                                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 3459

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| NEBRASKA BEEF, LTD | MADISON INVESTMENT TRUST - SERIES 4 |
| Name of Transferor | Name of Transferee |
| | |
| NEBRASKA BEEF, LTD | MADISON INVESTMENT TRUST - SERIES 4 |
| ATTN: WILLIAM HUGHES | ATTN SALLY MEYER |
| PO BOX 3332 | 101 OAKLEY ST PO BOX 959 |
| OMAHA, NE 68103-0332 | EVANSVILLE IN 47706 |
| | |
| Phone: | Phone: 800 896 8913 |
| Account No.: 257070 | Account No.: 405907 |
| | |
| NEBRASKA BEEF, LTD | |
| ATTN: WILLIAM HUGHES | |
| 4501 S 36TH STREET | |
| OMAHA NE 68107 | |
| | |
| Phone: 402 733 0341 | |
| Account No.: 405958 | |
| | |
| Claim No.: 35163 | Full Transfer:       Partial Transfer: (X) |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $614,095.63 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | **Docket No.: 3495** |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| STANFIELD, P J | HAIN CAPITAL OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |
| | |
| STANFIELD, P J | HAIN CAPITAL OPPORTUNITIES LLC |
| C/O PATRICIA STANFIELD, OWNER | ATTN GANNA LIBERCHUK |
| 2481 SHARON LANE | 301 ROUTE 17 6TH FLOOR |
| MILLBROOK, AL 36054 | RUTHERFORD NJ 07070 |
| | |
| Phone: 334 285 1322 | Phone: 201 896 6100 |
| Account No.: 257878 | Account No.: 411409 |

| | |
|---|---|
| Claim No.: 1509 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/13/2005 | Transfer Amount: $15,337.43 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/20/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 20, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 3506

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WENNER BREAD PRODUCTS INC | MADISON INVESTMENT TRUST |
| Name of Transferor | Name of Transferee |
| WENNER BREAD PRODUCTS INC<br>ATTN: RICHARD WENNER, PRES/CEO<br>33 RAJON ROAD<br>BAYPORT, NY 11705-1102 | MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 |
| Phone: | Phone: 800 896 8913 |
| Account No.: 264614 | Account No.: 411411 |

Claim No.: 35534    Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 04/07/2005    Transfer Amount: $238,148.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/20/2005    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 20, 2005