UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Debtors' Motion (i) for Authority to Reject Real Property Leases and to Abandon Related Personal Property and (ii) to Establish Bar Date for Any Rejection Damage Claims (Leased Facilities) (Docket No. 3631) and Notice of Hearing thereon (Docket No. 3632) was furnished by mail and/or electronically on September 23, 2005 to those parties on the attached Master Service List, ZSF/WD Montgomery-Gunter, LLC, Administrative General Partner, 1 Chase Manhattan Plaza, New York, New York  10005, ZSF/WD High Point, LLC, Administrative General Partner, 1 Chase Manhattan Plaza, New York, New York 10005, ZSF/WD Greenville, LLC, Administrative General Partner, 1 Chase Manhattan Plaza, New York, New York  10005, ZSF/WD Charlotte, LLC, Administrative General Partner, 1 Chase Manhattan Plaza, New York, New York  10005, and

ZSF/WD Atlanta, LLC, Administrative General Partner, 1 Chase Manhattan Plaza, New York, New York 10005.

Dated: September 23, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425

00497425