UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING OBJECTION

The Court finds that the Objection of Allied Capital Corporation, CWCapital Asset Management, LLC, CRIIMI Mae Services Limited Partnership and ORIX Capital Markets, LLC Filed by Richard R. Thames on behalf of Creditor Allied Capital Corporation did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED:**

The Objection of Allied Capital Corporation, CWCapital Asset Management, LLC, CRIIMI Mae Services Limited Partnership and ORIX Capital Markets, LLC Filed by Richard R. Thames on behalf of Creditor Allied Capital Corporation on September 22, 2005 is stricken from the record.

DATED September 23, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Richard R. Thames, 121 W. Forsyth St., Suite 600, Jacksonville, FL 32202
Gregory A. Cross, 1800 Mercantile Bank & Trust Bldg., Two Hopkins Plaza, Baltimore, MD 21201
Attorneys for Debtor