United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

September 21, 2005

Mr. Charles M. Flowers, Managing Member
Pinetree Partners LLC
113-A Bascom Court
Columbus, GA 31909

Re:   Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr. Flowers,

The court is in receipt of the Objection to the Debtor's Notice of Intent to Abandon Furniture, Fixtures and Equipment filed by you on September 21, 2005.

Pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Thank you,

*Susan M Carter*

Susan M. Carter
Case Manager

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1                Date Rcvd: Sep 21, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Sep 23, 2005.
aty       +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
cr        +Pinetree Partners LLC,   113-A Bascom Court,   Columbus, GA 31909-2798

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2005**              **Signature:** _Joseph Speetjens_