[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                           Case No. 3:05-bk-03817-JAF
                                                                                      Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of David P. Canas , a non-resident of Florida and counsel for various creditors, collectively referred to as Newton Oldacre McDonald, LLC , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated September 22, 2005 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
David P. Canas, 315 Deaderick St., Suite 1800, Nashville, TN 37238-1800

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Sep 23, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Sep 25, 2005.
aty        +David P Canas,   Harwell Howard Hyne Gabbert & Manner PC,   315 Deaderick Street,   Suite 1800,
             Nashville, TN 37238-1800

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2005**                               **Signature:**   _Joseph Speetjens_