UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## ORDER STRIKING OBJECTION

The Court finds that the Objection of Allied Capital Corporation, CWCapital Asset Management, LLC, CRIIMI Mae Services Limited Partnership and ORIX Capital Markets, LLC Filed by Richard R. Thames on behalf of Creditor Allied Capital Corporation did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

The Objection of Allied Capital Corporation, CWCapital Asset Management, LLC, CRIIMI Mae Services Limited Partnership and ORIX Capital Markets, LLC Filed by Richard R. Thames on behalf of Creditor Allied Capital Corporation on September 22, 2005 is stricken from the record.

DATED September 23, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Richard R. Thames, 121 W. Forsyth St., Suite 600, Jacksonville, FL 32202
Gregory A. Cross, 1800 Mercantile Bank & Trust Bldg., Two Hopkins Plaza, Baltimore, MD 21201
Attorneys for Debtor

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Sep 23, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on Sep 25, 2005.
aty        +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,    New York, NY 10036-6522
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
aty        +Richard R. Thames,    Stutsman & Thames, P.A.,    121 West Forsyth Street, Suite 600,
             Jacksonville, FL 32202-3848
           +Gregory A. Cross,    1800 Mercantile Bank & Trust Bldg.,,    Two Hopkins Plaza,
             Baltimore, MD 21201-2930

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2005**                          **Signature:** _Joseph Speetjens_