**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**DEBTORS' RESPONSE IN OPPOSITION TO MITCHELL**
**AND MILLER'S MOTION FOR RELIEF FROM STAY**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), file this response in opposition to the Motion for Relief from Stay filed by Eugene Mitchell and Rhonda Miller d/b/a Lumper Tech Industries (Docket No. 3314) and say:

1.    Mitchell and Miller (the "Movants") have not and cannot demonstrate cause for relief from the stay.

2.    The Debtors respectfully request the Court to deny the Motion and grant such other and further relief as it deems just and proper.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

Dated: September 26, 2005.

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    */s/ D. J. Baker*                 By    */s/ James H. Post*
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post (F.B.N. 175460)
      Rosalie W. Gray                         Eric N. McKay

Four Times Square                       225 Water Street, Suite 1800
New York, New York  10036               Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(212) 735-2000 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Attorneys for Debtors                Co-Attorneys for Debtors

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically and/or by mail to Alvin R. Lenoir, Esq., 526 Preston Woods Trail, Dunwoody, Georgia 30338; Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. MacDonald, Esq., Akerman Senterfitt, 50 N. Laura Street, Jacksonville, Florida 32202; and Elena L. Escamilla, Esq., 135 W. Central Boulevard, Suite 620, Orlando, Florida 32806, this 26th day of September, 2005.



*s/James H. Post*
Attorney

00509366

3