## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### NOTICE OF HEARING SCHEDULE

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1. Thursday, January 12, 2006 @ 1:00 p.m. and,

    if necessary, Friday, January 13, 2006 @ 10:30 a.m.;

2. Thursday, January 19, 2006 @ 1:00 p.m. and,

    if necessary, Friday, January 20, 2006 @ 10:30 a.m.;

3. Thursday, February 9, 2006 @ 1:00 p.m. and,

    if necessary, Friday, February 10, 2006 @ 10:30 a.m.;

4. Thursday, February 23, 2006 @ 1:00 p.m. and,

    if necessary, Friday, February 24, 2006 @ 10:30 a.m.;

5. Thursday, March 9, 2006 @ 1:00 p.m. and,

    if necessary, Friday, March 10, 2006 @ 10:30 a.m.;

6. Thursday, April 6, 2006 @ 1:00 p.m. and,

   if necessary, Friday, April 7, 2006 @ 10:30 a.m.;

7. Thursday, April 20, 2006 @ 1:00 p.m. and,

   if necessary, Friday, April 21, 2006 @ 10:30 a.m.;

8. Thursday, May 4, 2006 @ 1:00 p.m. and,

   if necessary, Friday, May 5, 2006 @ 10:30 a.m.;

9. Thursday, May 18, 2006 @ 1:00 p.m. and,

   if necessary, Friday, May 19, 2006 @ 10:30 a.m.;

10. Thursday, June 1, 2006 @ 1:00 p.m. and,

    if necessary, Friday, June 2, 2006 @ 10:30 a.m.;

11. Thursday, June 15, 2006 @ 1:00 p.m. and,

    if necessary, Friday, June 16, 2006 @ 10:30 a.m.;

12. Thursday, June 29, 2006 @ 1:00 p.m. and,

    if necessary, Friday, June 30, 2006 @ 10:30 a.m.;

Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings

- 3 -

(Docket No. 254) as well as this Court's Amended Initial Order upon Transfer of Venue (Docket No. 762).

Dated:  September 26, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

00500946