

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
September 26, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / C. JACKSON / J. POST
Trustee:

HEARING:

1. ~~CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY THRIVENT FINANCIAL FOR LUTHERANS (1293)~~  OFF - Cont'd to 12/19 @ 2:00 p.m.

R/S    A/P    F/HRG

ORDER:

2. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY THE DANNON COMPANY, INC. (2564)

R/S    A/P    F/HRG    Cont - 4hr Hrng

ORDER:

3. MOTION FOR RELIEF FROM STAY FILED BY RHONDA MILLER AND EUGENE ~~MILLER~~ MITCHELL (3314)

R/S    A/P    F/HRG    Deny w/o Prejudice    Past to Do Order

ORDER:

APPEARANCES:
~~MOVANT #1: Thomas Lallier~~
MOVANT #2: EDWIN W. HELD, JR.
~~MILLER~~: ALVIN R. LENOIR
MITCHELL
                McDonald

LING: