| XEROX POST-PETITION INVOICES TO WINN-DIXIE | | |
|---|---|---|
| INVOICE NO. | INVOICE DATE | INVOICE AMOUNT |
| 700844616 | 02/23/2005 | $94.37 |
| 190415716 | 02/24/2005 | 819.11 |
| 190446321 | 02/26/2005 | 815.00 |
| 595553514 | 03/01/2005 | 4,465.52 |
| 595594605 | 03/01/2005 | 3,849.79 |
| 595594609 | 03/01/2005 | 3,831.71 |
| 595594610 | 03/01/2005 | 3,831.71 |
| 595594611 | 03/01/2005 | 1,318.79 |
| J9D004513 | 03/01/2005 | 462.62 |
| 595626023 | 03/10/2005 | 12,119.85 |
| 595626024 | 03/10/2005 | 6,700.00 |
| 595627018 | 03/10/2005 | 57,470.82 |
| 595627019 | 03/10/2005 | 22,470.00 |
| 595627020 | 03/10/2005 | 56,933.70 |
| 595627021 | 03/10/2005 | 22,260.00 |
| 595627022 | 03/10/2005 | 56,933.70 |
| 595627023 | 03/10/2005 | 22,260.00 |
| 595627024 | 03/10/2005 | 20,725.90 |
| 008676089 | 03/21/2005 | 882.04 |
| 008676791 | 03/21/2005 | 9,572.93 |
| 009261455 | 04/21/2005 | 95.59 |
| TOTAL | | $307,913.15 |



EXHIBIT

A

Direct Inquiries and Correspondence To:

XEROX CAPITAL SERVICES, LLC
GENERAL SECTOR
CUSTOMER BUSINESS CENTER
P O BOX 66051
DALLAS, TX 75266-0501

Telephone: 888-339-7887

Terms and Conditions of Payment

PAYABLE UPON RECEIPT

**XEROX**

Bill to:

2401 NEVADA BLVD
CHARLOTTE    NC
28273
INVOICES
SERIAL #  CUST

Invoice Date
02/23/05
Invoice Number
700844616
Customer Number
098778640

---

| METER BILL DATES | BASE BILL DATES | | | |
|---|---|---|---|---|
| METER $ AMOUNT | BASE $ AMOUNT | TAX $ AMOUNT | | |
| BILLABLE COPIES | | DETAIL INV # | | INVOICE $ AMOUNT |
| METER READS | | | | |
| 0001 COPIER | | 0U2047289 | 976665265 | |
| 12/23/04-01/20/05 | 02/01/05-02/30/05 | | | |
| $55.37 | $39.00 | $0.00 | | |
| 0000002884 | | 007703211 | | 94.37 |
| 1265090 1267974 | | | | |

```
                    SUBTOTALS PRODUCT DESC COPIER
                              BASE                    39.00
                              METERS                  55.37
                                                     $94.37
                    GRAND TOTALS
                              BASE                    39.00
                              METERS                  55.37
                    TOTAL INVOICE AMOUNT             $94.37
```

WINN DIXIE STORES

2401 NEVADA BLVD
CHARLOTTE        NC
28273

XEROX CORPORATION
P.O. BOX 827181
PHILADELPHIA, PA
19182-7181

16-046-8020

1 098778640 700844616 02/23/05  218M     $94.37

---

**DUPLICATE ORIGINAL**

---

Bill to Address

Please Send Remittance To

**AMOUNT DUE**

Xerox DUNS NO    Customer Number    Invoice Number    Invoice Date    Branch

# XEROX

## Customer Information

Direct Inquiries and Correspondence To:
**XEROX CORPORATION**

Xerox Capital Services, LLC
PO Box 660506
Dallas, TX 75266-9937

Ship To

| | | |
|---|---|---|
| 500021894 | 190415716  02/24/05 | |
| Customer No | Invoice No | Invoice Date |
| | 02/24/05 | |
| Purchase Order No | Date | GSA Contract No |
| X203753 | | |
| Xerox Order No | Date Proc. | Registration No |
| | | PAYABLE ON RECEIPT |
| Special Reference No | Tax | Terms and Conditions of Payment |

Bill to:                                                   2711150
WINN DIXIE STORES                          Master Order No
ACCOUNTS PAYABLE

600 EDWARDS AVENUE
HARAHAN              LA
70123

Remarks:
FEBRUARY PRORATED MINIMUM
JANUARY VOLUME
5690-G2T102745

## Invoice

| Reorder No | Description | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| XRC854430 | PRORATED MIN- 7 DAYS | 1 | 1 | 753.2000 | 753.20 |
| XRC888880 | MONTHLY VOLUME | | NO CHG | | |
| | | SUB TOTAL | | | $753.20 |
| | LOUISIANA | TAX  4.0000% | | | 30.13 |
| | JEFFERSON PARISH | TAX  4.7500% | | | 35.78 |
| | | INVOICE TOTAL | | | $819.11 |

## Payment

**DUPLICATE INVOICE**
TO ORDER SUPPLIES CALL TOLL FREE 1-800-822-2200
Please detach the payment portion and return with your remittance Contact Customer Service Department for Change of Address

Ship To

Bill To
WINN DIXIE STORES
ACCOUNTS PAYABLE

600 EDWARDS AVENUE
HARAHAN              LA
70123

Send Payment To:
**XEROX CORPORATION**

Xerox Capital Services, LLC
PO Box 660506
Dallas, TX 75266-9937

PLEASE PAY
THIS AMOUNT ->      819.11

For Xerox Use Only
00-495-2792  500021894  190415716  02/24/05
016 170510660 B                    S403 1 WDS00
0000494                                    X X

CS-014

**XEROX**

## Customer Information

| Direct Inquiries and Correspondence To: | 096666896 | 190446321 | 02/26/05 |
|---|---|---|---|
| **XEROX CAPITAL SERVICES, LLC** | Customer No | Invoice No | Invoice Date |
| **GENERAL SECTOR** | | 02/21/05 | |
| **CUSTOMER BUSINESS CENTER** | Purchase Order No | Date | GSA Contract No |
| **P O BOX 660501** | MV68387 | 02/21/05 | |
| **DALLAS, TX 75266-0501** | Xerox Order No | Date Proc. | Registration No |
| | | | PAYABLE ON RECEIPT |
| Telephone: 888-339-7887 | Special Reference No | Tax | Terms and Conditions of Payment |
| www.xerox.com/eSupportCentre | | | |

Ship To
WINN-DIXIE STORES
INC
CHARLES CALDERWOOD
5050 EDGEWOOD CT
JACKSONVILLE        FL
                    32254

Bill to:
WINN-DIXIE STORES
INC
ALAN PARSONS
5050 EDGEWOOD CT
JACKSONVILLE        FL
                    32254

Master Order No

Bill Code

Remarks:
CHARGES FOR VIA XEROX SERVICES.
                        G6U-120225
COORDINATION AND MOVEMENT
OF YOUR XEROX EQUIPMENT.

## Invoice

| Reorder No | Description | | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 008R10285 | CUST MOVE/RELOC | & | 1 | 1 | 762.00 | 762.00 |
| | | | | SUB TOTAL | | $762.00 |
| | FLORIDA | | | TAX 6.0000% | | 45.72 |
| | DUVAL COUNTY | | | TAX 1.0000% | | 7.62 |
| | | | | INVOICE TOTAL | | $815.34 |

## DUPLICATE INVOICE

TO ORDER SUPPLIES CALL TOLL FREE 1-800-822-2200

Please detach the payment portion and return with your remittance    Contact Customer Service Department for Change of Address

## Payment

Ship To
WINN-DIXIE STORES
INC
CHARLES CALDERWOOD
5050 EDGEWOOD CT
JACKSONVILLE        FL
                    32254

Bill To
WINN-DIXIE STORES
INC
ALAN PARSONS
5050 EDGEWOOD CT
JACKSONVILLE        FL
                    32254

Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

PLEASE PAY
THIS AMOUNT ->  $815.34

| For Xerox Use Only | | | |
|---|---|---|---|
| 00-495-2792 | 096666896 | 190446321 | 02/26/05 |
| 401 090310660 S | | 6M3C 1 WDS00 | |
| I000426 | | M2 | A M |
| 202100008070060 | 190446321 | 81534 | 096666896 |

# XEROX

**Customer Information**

| | | |
|---|---|---|
| **Direct Inquiries To:** | **THE EASY WAY** | **Purchase Order Number** |
| **XEROX CORPORATION** | **TO ORDER SUPPLIES** | |
| Xerox Capital Services, LLC | **CALL OUR TOLL** | **Special Reference** |
| PO Box 660506 | **FREE NUMBER** | |
| Dallas, TX 75266-9937 | **1-800-822-2200** | **Contract Number** |
| | | **Terms and Conditions of** |
| **Payment** | | |
| **Telephone: 888-435-6333** | | Payable upon receipt |

| **Ship To/Installed At** | **Bill to:** | **Invoice Date** |
|---|---|---|
| WINN DIXIE STORES INC | WINN DIXIE STORES INC | 03/01/05 |
| | | **Invoice #** |
| | | 595553514 |
| 2401 NEVADA BLVD | 6024 FALLS OF NEUSE | **Customer #** |
| CHARLOTTE     NC | RALEIGH     NC | 951706829 |
| 28273 | 27609 | |

**Invoice**

Invoice for payment on your
Serial Number G2T101177

| | |
|---|---|
| Invoice Amount | 4,465.52 |
| Total amount due | 4,465.52 |

This is Invoice 44 of 48

---

Please detach the payment portion and return with your remittance

**Payment**

| **Ship To/Installed At** | **Bill To** | **When Paying By Mail Send Payment To:** |
|---|---|---|
| WINN DIXIE STORES INC | WINN DIXIE STORES INC | **XEROX CORPORATION** |
| | | Xerox Capital Services, LLC |
| 2401 NEVADA BLVD | 6024 FALLS OF NEUSE | PO Box 660506 |
| CHARLOTTE     NC | RALEIGH     NC | Dallas, TX 75266-9937 |
| 28273 | 27609 | |

| | **PLEASE PAY** | |
|---|---|---|
| | **THIS AMOUNT** | 4,465.52 |

FOR XEROX USE
ONLY_____

951706829 G2T101177  595553514 03/01/05

CS-015

# XEROX

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
|---|---|---|
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Ship To/Installed At
WINN-DIXIE STORES

Bill to:
WINN-DIXIE STORES
ATT:IT ASSET MANAGE

Invoice Date
C3/01/05

833 SHOTWELL RD.
CLAYTON, N         C.
                   27520

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                   32254

Invoice Number
595594605
Customer Number
959845751

For Address Corrections, Please see the reverse side of your original invoice.

**Invoice**

INVOICE FOR THE MONTHLY PAYMENT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER            SERIAL NUMBER  G6U-120213

|                      |             |
|----------------------|-------------|
| MONTHLY PAYMENT      | $3,614.82   |
| SALES TAX            | $234.97     |
| TOTAL PAYMENT DUE    | $3,849.79   |

# DUPLICATE INVOICE

INVOICE 28 OF YOUR 42 MONTH CONTRACT

**Payment**

Please detach the payment portion and return with your remittance

| Ship To/Installed At | Bill To | When Paying By Mail |
|---|---|---|
| WINN-DIXIE STORES | WINN-DIXIE STORES | Send Payment To: |
| | ATT:IT ASSET MANAGE | XEROX CORPORATION |
| | | P.O. BOX 650361 |
| 833 SHOTWELL RD. | 5050 EDGEWOOD CT. | DALLAS, TX |
| CLAYTON, N        C. | JACKSONVILLE, F    L. | 75265-0361 |
|                   27520 |                   32254 | |

For Xerox Use Only
16-046-8020      959845751      595594605

PLEASE PAY
THIS AMOUNT-> $3,849.79
03/01/05

**XEROX**

## Customer Information

| | | |
|---|---|---|
| Direct Inquiries and Correspondence To:<br>XEROX CAPITAL SERVICES, LLC<br>GENERAL SECTOR<br>CUSTOMER BUSINESS CENTER<br>P O BOX 660501<br>DALLAS, TX 75266-0501 | THE EASY WAY<br>TO ORDER SUPPLIES<br>CALL OUR TOLL<br>FREE NUMBER<br>1-800-822-2200 | Purchase Order Number<br><br>Special Reference<br><br>Contract Number<br><br>Terms and Conditions of Payment<br>PAYABLE ON RECEIPT |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre
Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F   L.
                32254

Invoice Date
03/01/05
Invoice Number
595594609
Customer Number
959345827

For Address Corrections, Please see the reverse side of your original invoice.

## Invoice

INVOICE FOR THE MONTHLY PAYMENT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER          SERIAL NUMBER  G6U-120008

| | |
|---|---|
| MONTHLY PAYMENT | $3,614.82 |
| SALES TAX | $216.89 |
| TOTAL PAYMENT DUE | $3,831.71 |

INVOICE 28 OF YOUR 42 MONTH CONTRACT

## Payment

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F   L.
                32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

For Xerox Use Only
16-046-8020      959845827      595594609

PLEASE PAY
THIS AMOUNT-> $3,831.71
03/01/05

# XEROX

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
|---|---|---|
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

Invoice Date
03/01/05
Invoice Number
595594609
Customer Number
959845827

For Address Corrections, Please see the reverse side of your original invoice.

**Invoice**

INVOICE FOR THE MONTHLY PAYMENT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER          SERIAL NUMBER  G6U-120008

| | |
|---|---|
| MONTHLY PAYMENT | $3,614.82 |
| SALES TAX | $216.89 |
| TOTAL PAYMENT DUE | $3,831.71 |

INVOICE 28 OF YOUR 42 MONTH CONTRACT

**Payment**

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

For Xerox Use Only
16-046-8020      959845827      595594609

PLEASE PAY
THIS AMOUNT-> $3,831.71
03/01/05

# XEROX

## Customer Information

| | | |
|---|---|---|
| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
| **XEROX CAPITAL SERVICES, LLC** | TO ORDER SUPPLIES | |
| **GENERAL SECTOR** | CALL OUR TOLL | Special Reference |
| **CUSTOMER BUSINESS CENTER** | FREE NUMBER | |
| **P O BOX 660501** | 1-800-822-2200 | Contract Number |
| **DALLAS, TX 75266-0501** | | |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
       40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
      32254

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Invoice Date
03/01/05
Invoice Number
595594610
Customer Number
959845843

For Address Corrections, Please see the reverse side of your original invoice.

## Invoice

INVOICE FOR THE MONTHLY PAYMENT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER          SERIAL NUMBER  G6U-120013

MONTHLY PAYMENT          $3,614.82

SALES TAX                $216.89

TOTAL PAYMENT DUE        $3,831.71

INVOICE 28 OF YOUR 42 MONTH CONTRACT

## Payment

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
       40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
      32254

When Paying By Mail
Send Payment To:
**XEROX CORPORATION**
**P.O. BOX 650361**
**DALLAS, TX**
**75265-0361**

For Xerox Use Only
16-046-8020        959845843        595594610

PLEASE PAY
THIS AMOUNT-> $3,831.71
03/01/05

# XEROX

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
|---|---|---|
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Ship To/Installed At
WINN-DIXIE STORES

Bill to:
WINN-DIXIE STORES
ATTN: ALAN PARSONS

6080 MOBILE HWY.
MONTGOMERY, AL.
                    36105

5050 EDGEWOOD CT.
JACKSONVILLE, FL.
                    32254

**Invoice Date** 03/01/05
**Invoice Number** 595594611
**Customer Number** 959845868

For Address Corrections, Please see the reverse side of your original invoice.

**Invoice**

INVOICE FOR THE MONTHLY PAYMENT ON YOUR XEROX LEASE AGREEMENT.

IOT  COPIER          SERIAL NUMBER  PD9-001501

| | |
|---|---|
| MONTHLY PAYMENT | $1,268.07 |
| SALES TAX | $50.72 |
| TOTAL PAYMENT DUE | $1,318.79 |

# DUPLICATE INVOICE

INVOICE 28 OF YOUR 42 MONTH CONTRACT

---

**Payment**

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

Bill To
WINN-DIXIE STORES
ATTN: ALAN PARSONS

When Paying By Mail
Send Payment To:
**XEROX CORPORATION**
**P.O. BOX 650361**
**DALLAS, TX**
**75265-0361**

6080 MOBILE HWY.
MONTGOMERY, AL.
                    36105

5050 EDGEWOOD CT.
JACKSONVILLE, FL.
                    32254

For Xerox Use Only
16-046-8020      959845868      595594611

PLEASE PAY
THIS AMOUNT-> $1,318.79
03/01/05

**XEROX**

*Customer Information*

| | | |
|---|---|---|
| **Direct Inquiries To:**<br>**XEROX CORPORATION** | **THE EASY WAY**<br>**TO ORDER SUPPLIES**<br>**CALL OUR TOLL**<br>**FREE NUMBER**<br>**1-800-822-2200** | Purchase Order Number |
| Xerox Capital Services, LLC<br>PO Box 660506<br>Dallas, TX 75266-9937 | | Special Reference |
| | | Contract Number |
| | | Terms and Conditions of |
| **Payment**<br>**Telephone: 888-435-6333** | | Payable upon receipt |

| Ship To/Installed At | Bill to: | |
|---|---|---|
| WINN DIXIE STORES<br>INC | WINN DIXIE STORES<br>INC | **Invoice Date**<br>03/10/05 |
| | | **Invoice #**<br>595626023 |
| 2401 NEVADA BLVD<br>CHARLOTTE        NC<br>28273 | 6024 FALLS OF NEUSE<br>RALEIGH        NC<br>27609 | **Customer #**<br>951706829 |

*Invoice*

Invoice for the Principle Balance Remaining on your Lease Agreement
Serial Number G2T101177

| | |
|---|---|
| Invoice Amount | 12,119.85 |
| Total amount due | 12,119.85 |

This is Invoice 48 of Principle Balance Remaining

---

Please detach the payment portion and return with your remittance

*Payment*

| Ship To/Installed At | Bill To | When Paying By Mail<br>Send Payment To: |
|---|---|---|
| WINN DIXIE STORES<br>INC | WINN DIXIE STORES<br>INC | Xerox Capital Services, LLC<br>PO Box 660506<br>Dallas, TX 75266-9937 |
| 2401 NEVADA BLVD<br>CHARLOTTE        NC<br>28273 | 6024 FALLS OF NEUSE<br>RALEIGH        NC<br>27609 | |

| | PLEASE PAY<br>THIS AMOUNT | 12,119.85 |
|---|---|---|
| FOR XEROX USE<br>ONLY | | |

951706829  G2T101177  595626023  03/10/05

CS-015

# XEROX

**Customer Information**

| Direct Inquiries To:<br>**XEROX CORPORATION**<br><br>Xerox Capital Services, LLC<br>PO Box 660506<br>Dallas, TX 75266-9937 | **THE EASY WAY<br>TO ORDER SUPPLIES<br>CALL OUR TOLL<br>FREE NUMBER<br>1-800-822-2200** | Purchase Order Number<br><br>Special Reference<br><br>Contract Number<br><br>Terms and Conditions of |
|---|---|---|

**Payment**
**Telephone: 888-435-6333**

Payable upon receipt

| **Ship To/Installed At**<br>WINN DIXIE STORES<br>INC<br><br>2401 NEVADA BLVD<br>CHARLOTTE        NC<br>28273 | **Bill to:**<br>WINN DIXIE STORES<br>INC<br><br>6024 FALLS OF NEUSE<br>RALEIGH        NC<br>27609 | **Invoice Date**<br>03/10/05<br>**Invoice #**<br>595626024<br>**Customer #**<br>**951706829** |
|---|---|---|

**Invoice**

Invoice for the Option to Purchase on your Lease Agreement
Serial Number G2T101177

Invoice Amount                          6,700.00

Total amount due                        6,700.00

This is Invoice 48 of Option to Purchase

---

Please detach the payment portion and return with your remittance

**Payment**

| Ship To/Installed At<br><br>WINN DIXIE STORES<br>INC<br><br>2401 NEVADA BLVD<br>CHARLOTTE        NC<br>28273 | Bill To<br><br>WINN DIXIE STORES<br>INC<br><br>6024 FALLS OF NEUSE<br>RALEIGH        NC<br>27609 | **When Paying By Mail<br>Send Payment To:**<br>**XEROX CORPORATION**<br><br>Xerox Capital Services, LLC<br>PO Box 660506<br>Dallas, TX 75266-9937 |
|---|---|---|

PLEASE PAY
THIS AMOUNT        6,700.00

FOR XEROX USE
ONLY_____
951706829 G2T101177  595626024 03/10/05                    CS-015

**XEROX**

| | | |
|---|---|---|
| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
| **XEROX CAPITAL SERVICES, LLC** | TO ORDER SUPPLIES | |
| **GENERAL SECTOR** | CALL OUR TOLL | Special Reference |
| **CUSTOMER BUSINESS CENTER** | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

**Customer Information**

Telephone: 888-339-7887
www.xerox.com/eSupportCentre
Ship To/Installed At
WINN-DIXIE STORES

833 SHOTWELL RD.
CLAYTON, N        C.
              27520

Bill to:
WINN-DIXIE STORES
ATT:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F   L.
              32254

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Invoice Date
C3/10/05
Invoice Number
595627018
Customer Number
959845751

For Address Corrections, Please see the reverse side of your original invoice.

INVOICE FOR THE PAYMENT ON YOUR

4635 COPIER        SERIAL NUMBER  G6U-120213

**Invoice**

|  |  |
|---|---|
| PAYMENT | $53,711.04 |
| SALES TAX | $3,759.78 |
| TOTAL PAYMENT DUE | $57,470.82 |

# DUPLICATE INVOICE

---

Please detach the payment portion and return with your remittance

**Payment**

Ship To/Installed At
WINN-DIXIE STORES

833 SHOTWELL RD.
CLAYTON, N        C.
              27520

Bill To
WINN-DIXIE STORES
ATT:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F   L.
              32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

__For Xerox Use Only__
16-046-8020        959845751        595627018

PLEASE PAY
THIS AMOUNT-> $57,470.82
03/10/05

**XEROX**

**Customer Information**

| Direct Inquiries and Correspondence To:<br>XEROX CAPITAL SERVICES, LLC<br>GENERAL SECTOR<br>CUSTOMER BUSINESS CENTER<br>P O BOX 660501<br>DALLAS, TX 75266-0501 | THE EASY WAY<br>TO ORDER SUPPLIES<br>CALL OUR TOLL<br>FREE NUMBER<br>1-800-822-2200 | Purchase Order Number<br><br>Special Reference<br><br>Contract Number |
|---|---|---|

Telephone: 888-339-7887
www.xerox.com/eSupportCentre
Ship To/Installed At
WINN-DIXIE STORES

833 SHOTWELL RD.
CLAYTON, N          C.
                27520

Bill to:
WINN-DIXIE STORES
ATT:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F   L.
                32254

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Invoice Date
03/10/05
Invoice Number
595627019
Customer Number
959845751

For Address Corrections, Please see the reverse side of your original invoice.

INVOICE FOR THE OPTION TO PURCHASE AMOUNT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER              SERIAL NUMBER  G6U-120213

**Invoice**

| | |
|---|---|
| PAYMENT | $21,000.00 |
| SALES TAX | $1,470.00 |
| TOTAL PAYMENT DUE | $22,470.00 |

# DUPLICATE INVOICE

**Payment**

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

833 SHOTWELL RD.
CLAYTON, N          C.
                27520

Bill To
WINN-DIXIE STORES
ATT:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F   L.
                32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

For Xerox Use Only
16-046-8020        959845751        595627019

PLEASE PAY
THIS AMOUNT-> $22,470.00
03/10/05

# XEROX

## Customer Information

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                        40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                        32254

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Invoice Date
03/10/05
Invoice Number
595627020
Customer Number
959345827

For Address Corrections, Please see the reverse side of your original invoice.

## Invoice

INVOICE FOR THE PAYMENT ON YOUR

4635 COPIER          SERIAL NUMBER   G6U-120008

| | | |
|---|---|---|
| PAYMENT | $53,711.04 |
| SALES TAX | $3,222.66 |
| TOTAL PAYMENT DUE | $56,933.70 |

## Payment

--- Please detach the payment portion and return with your remittance ---

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                        40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                        32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

For Xerox Use Only
16-046-8020      959845827      595627020

PLEASE PAY
THIS AMOUNT-> $56,933.70
03/10/05

# XEROX

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

Invoice Date
03/10/05
Invoice Number
595527021
Customer Number
959845827

For Address Corrections, Please see the reverse side of your original invoice.

**Invoice**

INVOICE FOR THE OPTION TO PURCHASE AMOUNT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER            SERIAL NUMBER  G6U-120008

|  | | |
|---|---|---|
| PAYMENT | $21,000.00 | |
| SALES TAX | $1,260.00 | |
| TOTAL PAYMENT DUE | $22,260.00 | |

**Payment**

---
Please detach the payment portion and return with your remittance
---

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

When Paying By Mail
Send Payment To:
**XEROX CORPORATION**
**P.O. BOX 650361**
**DALLAS, TX**
**75265-0361**

For Xerox Use Only
16-046-8020      959845827      595627021

PLEASE PAY
THIS AMOUNT-> $22,260.00
03/10/05

# XEROX

## Customer Information

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
| --- | --- | --- |
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

**Terms and Conditions of Payment**
PAYABLE ON RECEIPT

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

**Invoice Date**
03/10/05
**Invoice Number**
595627022
**Customer Number**
959845843

For Address Corrections, Please see the reverse side of your original invoice.

## Invoice

INVOICE FOR THE PAYMENT ON YOUR

4635 COPIER          SERIAL NUMBER  G6U-120013

|  |  |
| --- | --- |
| PAYMENT | $53,711.04 |
| SALES TAX | $3,222.66 |
| TOTAL PAYMENT DUE | $56,933.70 |

## Payment

---

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

For Xerox Use Only
16-046-8020        959845843        595627022

PLEASE PAY
THIS AMOUNT-> $56,933.70
03/10/05

# XEROX

## Customer Information

| Direct Inquiries and Correspondence To: | THE EASY WAY | Purchase Order Number |
|---|---|---|
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | |
| GENERAL SECTOR | CALL OUR TOLL | Special Reference |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | |
| P O BOX 660501 | 1-800-822-2200 | Contract Number |
| DALLAS, TX 75266-0501 | | |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre

**Terms and Conditions of Payment**
PAYABLE ON RECEIPT

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill to:
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

Invoice Date
03/10/05
Invoice Number
595627023
Customer Number
959845843

For Address Corrections, Please see the reverse side of your original invoice.

## Invoice

INVOICE FOR THE OPTION TO PURCHASE AMOUNT ON YOUR XEROX LEASE AGREEMENT.

4635 COPIER             SERIAL NUMBER  G6U-120013

| | |
|---|---|
| PAYMENT | $21,000.00 |
| SALES TAX | $1,260.00 |
| TOTAL PAYMENT DUE | $22,260.00 |

---

## Payment

Please detach the payment portion and return with your remittance

Ship To/Installed At
WINN-DIXIE STORES

720 LOCUST LANE
LOUISVILLE, K      Y.
                40217

Bill To
WINN-DIXIE STORES
ATTN:IT ASSET MANAGE

5050 EDGEWOOD CT.
JACKSONVILLE, F    L.
                32254

When Paying By Mail
Send Payment To:
XEROX CORPORATION
P.O. BOX 650361
DALLAS, TX
75265-0361

For Xerox Use Only
16-046-8020      959845843      595627023

PLEASE PAY
THIS AMOUNT-> $22,260.00
03/10/05

**XEROX**

**Customer Information**

| | | |
|---|---|---|
| Direct Inquiries and Correspondence To:<br>**XEROX CAPITAL SERVICES, LLC**<br>**GENERAL SECTOR**<br>**CUSTOMER BUSINESS CENTER**<br>**P O BOX 660501**<br>**DALLAS, TX 75266-0501** | THE EASY WAY<br>TO ORDER SUPPLIES<br>CALL OUR TOLL<br>FREE NUMBER<br>1-800-822-2200 | Purchase Order Number<br><br>Special Reference<br><br>Contract Number |

Telephone: 888-339-7887
www.xerox.com/eSupportCentre
Ship To/Installed At
WINN-DIXIE STORES

6080 MOBILE HWY.
MONTGOMERY, AL.
                36105

Bill to:
WINN-DIXIE STORES
ATTN: ALAN PARSONS

5050 EDGEWOOD CT.
JACKSONVILLE, FL.
                32254

Terms and Conditions of Payment
PAYABLE ON RECEIPT

Invoice Date
03/10/05
Invoice Number
595627024
Customer Number
959845868

For Address Corrections, Please see the reverse side of your original invoice.

**Invoice**

INVOICE FOR THE PAYMENT ON YOUR

IOT COPIER          SERIAL NUMBER  PD9-001501

| | |
|---|---|
| PAYMENT | $18,841.73 |
| SALES TAX | $1,884.17 |
| TOTAL PAYMENT DUE | $20,725.90 |

## DUPLICATE INVOICE

**Payment**

Please detach the payment portion and return with your remittance

| Ship To/Installed At<br>WINN-DIXIE STORES | Bill To<br>WINN-DIXIE STORES<br>ATTN: ALAN PARSONS | When Paying By Mail<br>Send Payment To:<br>**XEROX CORPORATION**<br>**P.O. BOX 650361**<br>**DALLAS, TX**<br>**75265-0361** |
|---|---|---|
| 6080 MOBILE HWY.<br>MONTGOMERY, AL.<br>                36105 | 5050 EDGEWOOD CT.<br>JACKSONVILLE, FL.<br>                32254 | |

For Xerox Use Only
16-046-8020    959845868    595627024

PLEASE PAY
THIS AMOUNT-> $20,725.90
03/10/05

# XEROX

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY | |
|---|---|---|
| **XEROX CORPORATION** | TO ORDER SUPPLIES | Purchase Order Number |
| Xerox Capital Services, LLC | CALL OUR TOLL | |
| PO Box 660506 | FREE NUMBER | Special Reference |
| Dallas, TX 75266-9937 | 1-800-822-2200 | |
| | | Contract Number |
| | Telephone: 888-435-6333 | Payment Due Upon Receipt |
| | | Terms and Conditions of Payment |

| Ship To/Installed At | Bill to: | |
|---|---|---|
| WINN-DIXIE STORES | WINN-DIXIE STORES | 032105 |
| INC-  REGINA SHAW | STE1, AT:REGINA SHAW | Invoice Date |
| INDUSTRIAL BLVD SW | INDUSTRIAL BLVD SW | 008676089 |
| 5400 FULTON | 5400 FULTON | Invoice Number |
| ATLANTA        GA | ATLANTA        GA | 701371379 |
| 30336 | 30336 | Customer Number |

**Invoice**

```
DC470AC   470 DIGITAL COPIER   SER.# ND8-087863
                              LEASE - COST PER COPY PLAN
     BASE CHARGE              MARCH
                                                    831.48
     METER USAGE          11-30-04 TO  02-28-05
        METER 1             568105  623201   55096
     PRINT CHARGES
     METER 1 PRINTS          55096
     LESS ALLOWANCE          74166
     NET BILLABLE PRINTS      0 .008100       .00
             TOTAL EXCESS PRINT CHARGES          .00
        FINISHER            SER.# DCE-857421    INCL
        128MB EPC RAM       SER.# DC70MEM       INCL
                              SUB TOTAL        831.48
     GEORGIA             TAX  4.0000%           25.28
     FULTON COUNTY       TAX  3.0000%           18.96
     CITY OF ATLANTA-FULTON CO TAX  1.0000%      6.32
                              TOTAL            882.04
AT THE TIME OF BILLING, NO VALID METER READ WAS AVAILABLE,
SO METER USAGE WAS ESTIMATED. ANY OVERAGE/UNDERAGE WILL BE
ADJUSTED ON NEXT METER INVOICE. PLEASE VISIT OUR WEBSITE
AT WWW.XEROX.COM TO SUBMIT YOUR NEXT METER READ.
SERVICE CHARGES ARE EXCLUDED FROM TAX CALCULATION
THIS IS A 48 MONTH AGREEMENT WHICH INCLUDES EQUIPMENT,
MAINTENANCE AND SUPPLY CHARGES
DC470AC   470 DIGITAL COPIER   SER.# ND8-087863
                              LEASE - COST PER COPY PLAN
     TOTAL OF INVOICE MAY VARY ACCORDING TO METER USAGE BILLED
```

### DUPLICATE INVOICE

XEROX FEDERAL IDENTIFICATION # 16-046-8020

Please detach the payment portion and return with your remittance

**Payment**

| Ship To/Installed At | Bill To | Send Payment To: |
|---|---|---|
| WINN-DIXIE STORES | WINN-DIXIE STORES | **XEROX CORPORATION** |
| INC-  REGINA SHAW | STE1, AT:REGINA SHAW | Xerox Capital Services, LLC |
| INDUSTRIAL BLVD SW | INDUSTRIAL BLVD SW | PO Box 660506 |
| 5400 FULTON | 5400 FULTON | Dallas, TX 75266-9937 |
| ATLANTA        GA | ATLANTA        GA | |
| 30336 | 30336 | |

```
  For Xerox Use Only
701371379  008676089  032105   ND8087863        PLEASE PAY
   ** ALLOWANCE PRORATED FOR 089 DAYS           THIS AMOUNT->      882.04
 05 2863 3AR3        W W0220  5TC4 1 C15
                                                80
                                                       CS-006
```

# XEROX

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY TO ORDER SUPPLIES | Purchase Order Number |
|---|---|---|
| XEROX CAPITAL SERVICES, LLC | CALL OUR TOLL | 951035872  0006K4167 |
| GENERAL SECTOR | FREE NUMBER | Special Reference |
| CUSTOMER BUSINESS CENTER | 1-800-822-2200 | |
| P O BOX 660501 | | Contract Number |
| DALLAS, TX  75266-0501 | | PAYABLE ON RECEIPTPAYABLE ON |

RECEIPT
Telephone: 888-339-7887
www.xerox.com/eSupportCentre

Ship To/Installed At
WINN DIXIE
EXECUT. AREA 3RD FL.

5050 EDGEWOOD COURT
JACKSONVILLE      FL
                 32254

Bill to:
WINN DIXIE

ALLEN WRIGHT
5050 EDGEWOOD CTH
JACKSONVILLE      FL
                 32254

Terms and Conditions of Payment

03/21/05
Invoice Date
008676791
Invoice Number
307855536
Customer Number

**Invoice**

```
DCOL12F    DCOLOR12 VALULEASE   SER.# FU2-049308
                                 LEASE - COST PER COPY PLAN
        BASE CHARGE              MARCH
                                                          766.09
                         METER READ   METER READ NET COPIES
        METER USAGE      12-01-04 TO  03-16-05
          TOTAL COLOR      425188       470878      45690
          TOTAL BLACK      129118       144319      15201
        METER CHARGES
          TOTAL COLOR       45690
          COLOR BILLABLE PRINTS  45690   .165500    7,561.70
          TOTAL BLACK       15201
          BLACK BILLABLE PRINTS  15201   .043500      661.24
                   NET PRINT CHARGE                  8,222.94
        LESS SERVICE CREDITS       75 @ .164800        12.36CR
          SORTER/MAILBOX       SER.# D12SRTOCT         INCL
          CONV STAPLER         SER.# KM6               INCL
          MOBILITY PLATE       SER.# MC4               INCL
                               SUB TOTAL             8,976.67
        FLORIDA              TAX  6.0000%              538.60
        DUVAL COUNTY         TAX  1.0000%               57.66
                               TOTAL                 9,572.93
      ** ALLOWANCE PRORATED FOR 105 DAYS
```

## DUPLICATE INVOICE

XEROX FEDERAL IDENTIFICATION # 16-046-8020
Please detach the payment portion and return with your remittance

**Payment**

Ship To/Installed At                    Bill To                          Send Payment To:

For Xerox Use Only                                      PLEASE PAY
                                                        THIS AMOUNT-> PAGE  1 of  2

# XEROX

**Customer Information**

| | | |
|---|---|---|
| Direct Inquiries and Correspondence To: | THE EASY WAY | |
| XEROX CORPORATION | TO ORDER SUPPLIES | Purchase Order Number |
| Xerox Capital Services, LLC | CALL OUR TOLL | |
| PO Box 660506 | FREE NUMBER | Special Reference |
| Dallas, TX 75266-9937 | 1-800-822-2200 | |
| | | Contract Number |
| | Telephone: 888-435-6333 | Payment Due Upon Receipt |
| | | Terms and Conditions of Payment |

| Ship To/Installed At | Bill to: | |
|---|---|---|
| WINN DIXIE | WINN DIXIE | C32105 |
| EXECUT. AREA 3RD FL. | | **Invoice Date** |
| | ALLEN WRIGHT | 008676791 |
| 5050 EDGEWOOD COURT | 5050 EDGEWOOD CTH | **Invoice Number** |
| JACKSONVILLE     FL | JACKSONVILLE     FL | 307855536 |
| 32254 | 32254 | **Customer Number** |

**Invoice**

```
DCOL12F   DCOLOR12 VALULEASE  SER.# FU2-049308
                              LEASE - COST PER COPY PLAN
      BASE CHARGE             MARCH
                                                      766.09
                      METER READ  METER READ NET COPIES
  METER USAGE         12-01-04 TO  03-16-05
    TOTAL COLOR         425188      470878      45690
    TOTAL BLACK         129118      144319      15201
  METER CHARGES
    TOTAL COLOR         45690
    COLOR BILLABLE PRINTS 45690   .165500    7,561.70
    TOTAL BLACK         15201
    BLACK BILLABLE PRINTS 15201   .043500      661.24
             NET PRINT CHARGE                 8,222.94
    LESS SERVICE CREDITS    75 @ .164800        12.36CR
       SORTER/MAILBOX     SER.# D12SRTOCT         INCL
       CONV STAPLER       SER.# KM6               INCL
       MOBILITY PLATE     SER.# MC4               INCL
       FLORIDA            TAX   6.0000%         538.60
       DUVAL COUNTY       TAX   1.0000%          57.66
                                TOTAL        9,572.93
  ** ALLOWANCE PRORATED FOR 105 DAYS
  THIS IS A 60 MONTH AGREEMENT WHICH INCLUDES EQUIPMENT,
  MAINTENANCE AND SUPPLY CHARGES
  THIS COST PER COPY AGREEMENT RENEWS ON 05-30-05
DCOL12F   DCOLOR12 VALULEASE  SER.# FU2-049308
                              LEASE - COST PER COPY PLAN
  TOTAL OF INVOICE MAY VARY ACCORDING TO METER USAGE BILLED
                    DUPLICATE INVOICE
              XEROX FEDERAL IDENTIFICATION # 16-046-8020
              Please detach the payment portion and return with your remittance
```

**Payment**

| Ship To/Installed At | Bill To | Send Payment To: |
|---|---|---|
| WINN DIXIE | WINN DIXIE | XEROX CORPORATION |
| EXECUT. AREA 3RD FL. | | Xerox Capital Services, LLC |
| | ALLEN WRIGHT | PO Box 660506 |
| 5050 EDGEWOOD COURT | 5050 EDGEWOOD CTH | Dallas, TX 75266-9937 |
| JACKSONVILLE     FL | JACKSONVILLE     FL | |
| 32254 | 32254 | |

```
  For Xerox Use Only                              PLEASE PAY
307855536  008676791  032105    FU2049308         THIS AMOUNT->      7,476.02

    05 2551 AX10        W W0210  5TC5 2 115    SUB TOTAL
                                              8,976.67
                                              80
                                                       CS-006
```

**XEROX**

**Customer Information**

| | | |
|---|---|---|
| Direct Inquiries and Correspondence To: | THE EASY WAY | |
| **XEROX CAPITAL SERVICES, LLC** | TO ORDER SUPPLIES | Purchase Order Number |
| **GENERAL SECTOR** | CALL OUR TOLL | 951035872 0006K4167 |
| **CUSTOMER BUSINESS CENTER** | FREE NUMBER | Special Reference |
| **P O BOX 660501** | 1-800-822-2200 | |
| **DALLAS, TX 75266-0501** | | Contract Number |
| | | |
| Telephone: 888-339-7887 | | Terms and Conditions of Payment |
| www.xerox.com/eSupportCentre | | |
| Ship To/Installed At | Bill to: | 03/21/05 |
| WINN DIXIE | WINN DIXIE | Invoice Date |
| EXECUT. AREA 3RD FL. | | 038676791 |
| | ALLEN WRIGHT | Invoice Number |
| 5050 EDGEWOOD COURT | 5050 EDGEWOOD CTH | 307855536 |
| JACKSONVILLE        FL | JACKSONVILLE        FL | Customer Number |
| 32254 | 32254 | |

**Invoice**

```
        THIS IS A 60 MONTH AGREEMENT WHICH INCLUDES EQUIPMENT,
     MAINTENANCE AND SUPPLY CHARGES
        THIS COST PER COPY AGREEMENT RENEWS ON 05-30-05
DCOL12F    DCOLOR12 VALULEASE  SER.# FU2-049308
                         LEASE - COST PER COPY PLAN
     TOTAL OF INVOICE MAY VARY ACCORDING TO METER USAGE BILLED
```

# DUPLICATE INVOICE

XEROX FEDERAL IDENTIFICATION # 16-046-8020
Please detach the payment portion and return with your remittance

**Payment**

| | | |
|---|---|---|
| Ship To/Installed At | Bill To | Send Payment To: |
| WINN DIXIE | WINN DIXIE | XEROX CORPORATION |
| EXECUT. AREA 3RD FL. | | P.O. BOX 827181 |
| | ALLEN WRIGHT | PHILADELPHIA, PA |
| 5050 EDGEWOOD COURT | 5050 EDGEWOOD CTH | 19182-7181 |
| JACKSONVILLE        FL | JACKSONVILLE        FL | |
| 32254 | 32254 | |

```
                                      PLEASE PAY
    For Xerox Use Only                 THIS AMOUNT-> $9,572.93
16-046-8020       307855536      008676791     03/21/05
      SO         C  060100                FU2049308 WDS00
     05 2551 AX10          W W0210  5TC5 2 115          80
202100008070060       008676791     957293      307855536
```

**XEROX**

**Customer Information**

| Direct Inquiries and Correspondence To: | THE EASY WAY | NOT REQUIRED |
|---|---|---|
| XEROX CAPITAL SERVICES, LLC | TO ORDER SUPPLIES | Purchase Order Number |
| GENERAL SECTOR | CALL OUR TOLL | 956010235 0012K4129 |
| CUSTOMER BUSINESS CENTER | FREE NUMBER | Special Reference |
| P O BOX 660501 | 1-800-822-2200 | |
| DALLAS, TX 75266-0501 | | Contract Number |
| | | PAYABLE ON RECEIPT |
| Telephone: 888-339-7887 | | Terms and Conditions of Payment |
| www.xerox.com/eSupportCentre | | |

Ship To/Installed At          Bill to:                                    04/21/05
WINN DIXIE STORES IN          WINN DIXIE TEXAS                  Invoice Date
                                                                             009261455
                                                                             Invoice Number
5050 EDGEWOOD CT                                                     974732968
JACKSONVILLE      FL          PO BOX B                           Customer Number
            32254             JACKSONVILLE      FL
                                          32203

**Invoice**

```
QWCP215   WCP215 PRINT/COPY    SER.# UU4-017810
                                LEASE - COST PER COPY PLAN
     BASE CHARGE               APRIL
                                                         89.34
     METER USAGE        12-30-04 TO  03-30-05
        METER 1            30603    30603         0
     PRINT CHARGES
     METER 1 PRINTS          0
     NET BILLABLE PRINTS     0  .024400      .00
             TOTAL EXCESS PRINT CHARGES          .00
                             SUB TOTAL          89.34
        FLORIDA             TAX  6.0000%         5.36
        DUVAL COUNTY        TAX  1.0000%          .89
                             TOTAL              95.59
     ** ALLOWANCE PRORATED FOR 091 DAYS
     YOUR PURCHASE ORDER NOT REQUIRED      EXPIRED 12-30-03.
     PLEASE INITIATE AN AMENDMENT OR RENEWAL ORDER.
     THIS IS A 36 MONTH AGREEMENT WHICH INCLUDES EQUIPMENT,
     MAINTENANCE AND SUPPLY CHARGES
```

## DUPLICATE INVOICE

XEROX FEDERAL IDENTIFICATION # 16-046-8020

Please detach the payment portion and return with your remittance

**Payment**

Ship To/Installed At          Bill To                        Send Payment To:
WINN DIXIE STORES IN          WINN DIXIE TEXAS          XEROX CORPORATION
                                                                        P.O. BOX 827181
                                                                        PHILADELPHIA, PA
5050 EDGEWOOD CT                                               19182-7181
JACKSONVILLE      FL          PO BOX B
            32254             JACKSONVILLE      FL
                                          32203
                                                           PLEASE PAY
                                                           THIS AMOUNT-> $95.59
_For Xerox Use Only_
16-046-8020      974732968      009261455     04/21/05
    RR004669   C  010101                                    WDS00
    04 3143 DD24              W N6499  5TC3 1 C15
202100008070060      009261455      9559      974732968