IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:                                )
                                      )   Chapter 11
WINN-DIXIE PROCUREMENT, INC.,         )   Case No. 05-3817
                                      )
            Debtor.                   )   Schedule No. --

FILED
JACKSONVILLE, FLORIDA
SEP 2 7 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:   Transferor:   Norman W. Fries, Inc. DBA Claxton Poultry Farms
                    PO BOX 428
                    Claxton, GA 30417
                    Attention: Greg Tatum

**Your total general unsecured claim against the Debtor, known as Schedule Number -- in the amount of $741,734.69 has been transferred to:**

Transferee:         SPCP GROUP, L.L.C.
                    2 Greenwich Plaza
                    Greenwich, CT  06830
                    Attention: Brian Jarmain

    No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
    Clerk of the Court
    United States Bankruptcy Court for the
    Middle District of Florida
    300 N Hogan Street
    Jacksonville, FL 32202

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee _____ Debtor's Attorney _____

_____
Deputy Clerk

**EXHIBIT A TO**
**ASSIGNMENT OF CLAIM**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Norman W. Fries, Inc. DBA Claxton Poultry Farms** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $741,734.69 (the "Assigned Claim"), against Winn-Dixie Procurement, Inc, ("Debtor"), the debtor-in-possession in Case No. 05-11082 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on [*August 1*], 2005.

**NORMAN W. FRIES, INC. DBA CLAXTON POULTRY FARMS**

By: _____
Name: Greg Tatum
Title: Chief Financial Officer

9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Page 33 of 173

In re:  WINN-DIXIE PROCUREMENT, INC.                                    Case No.:  05-11082 (RDD)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:  ACCOUNTS PAYABLE** | | | | | | |
| CLABBER GIRL BAKING CORP<br>PO BOX 150<br>TERRE HAUTE, IN  47808-0150<br>Creditor: 246296 - 12<br>Vendor: 0000031714 | 02/21/2005 | | | | | $4,605.72 |
| CLAMP SWING PRICING COMPANY<br>8386 CAPWELL DR<br>OAKLAND, CA  94621<br>Creditor: 246300 - 12<br>Vendor: 0000321324 | 02/21/2005 | | | | | $47,296.93 |
| CLAXTON POULTRY FARMS<br>PO BOX 428<br>CLAXTON, GA  30417-0428<br>Creditor: 246370 - 12<br>Vendor: 0000031756 | 02/21/2005 | | | | | $741,734.69 |
| CLAYTON RAWL FARMS INC<br>747 CALKSFERRY ROAD<br>LEXINGTON, SC  29072<br>Creditor: 278864 - 30<br>Vendor: 0000320929 | 02/21/2005 | | | | | $173,735.95 |
| CLEANLOOK CHEMICAL CORP<br>14939 N W 27TH AVENUE<br>OPA LOCKA, FL  33054<br>Creditor: 246405 - 12<br>Vendor: 0000322398 | 02/21/2005 | | | | | $1,758.05 |
| CLOROX SALES CO - KPD<br>PO BOX 75601<br>CHARLOTTE, NC  28275-5601<br>Creditor: 384064 - 47<br>Vendor: 0000039414 | 02/21/2005 | | | | | $1,634,821.50 |
| CLOVIS GARRETT<br>8803 NUNDY AVENUE<br>GIBSONTON, FL  33534<br>Creditor: 246499 - 12<br>Vendor: 0000818744 | 02/21/2005 | | | | | $2.30 |
| CNS INC<br>NW 5314<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485-5314<br>Creditor: 246519 - 12<br>Vendor: 0000037716 | 02/21/2005 | | | | | $66,640.01 |

PAGE TOTAL:  **$2,670,595.15**