**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,  Case No.: 3:05-bk-03817-JAF

    Debtors.  Chapter 11

                                          /  Jointly Administered

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

     PLEASE TAKE NOTICE that commencing at **9:00 a.m. (prevailing Eastern Time) on Wednesday, November 16, 2005**, the Court will convene a hearing on the Motion of Official Committee of Unsecured Creditors for Entry of Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding Official Committee of Equity Security Holders (the "Motion"), before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.  **In accordance with the Court's Order of September 12, 2005 (Docket No. 3436), access to the hearing on the Motion is limited to the Limited Recipients, as defined in the Motion.**

     The hearing may be continued upon announcement made in open court without further notice.  Any Limited Recipient opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.  All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

     Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their

{JA250301;3}

financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

        AKERMAN SENTERFITT

By: */s/ Patrick P. Patangan*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida  32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

- and -

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Luc A. Despins (LD 5141)
Dennis F. Dunne (DD 7543)
Robert E. Winter (RW 9937)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA250301;3}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 27th day of September, 2005, to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

David Jennis, Esq.
Dennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, FL 32602

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, FL 32801

Jarrett M. McConnell, Esq.
Friedline & McConnell, P.A.
1756 University Blvd. South
Jacksonville, FL 32216

Betsy C. Cox, Esq.
Rogers Towers
1301 Riverplace Boulevard Suite 1500
Jacksonville, Florida 32207

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

Susan Sherrill-Beard, Esq.
Senior Bankruptcy Attorney
U.S. Securities & Exchange Commission
Atlanta District Office
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

                          */s/ Patrick P. Patangan*
                          Attorney

{JA250301;3}