**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors in possession, give notice of the withdrawal of their Notice of Rejection of Unexpired Lease regarding store number 636 (Docket No. 3463).

Dated: September 28, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>  D. J. Baker<br>  Sally McDonald Henry<br>  Rosalie Gray | By  *s/ Cynthia C. Jackson*<br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00509734.DOC