UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In Re: | : | Chapter 11 |
|---|---|---|
| WINN-DIXIE STORES, INC. et al., | : | Case No. 05-03817-3F1 |
| Debtors. | : | (Jointly Administered) |

## DECLARATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019, OF REPRESENTATION OF MULTIPLE CREDITORS

Matt E. Beal, Esquire, and Zachary J. Bancroft Esquire, with the law firm of Lowndes, Drosdick, Doster, Kantor and Reed P.A. (the "Lowndes Firm"), hereby make the following Declaration pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. The Lowndes Firm is acting as counsel for the following landlords/creditors (collectively referred to herein as the ("Creditors"")), whose names, addresses, and claims are as follows:

| NAME | ADDRESS | AMOUNT OF CLAIM |
|---|---|---|
| Commercial Net Lease Realty, Inc. | 450 S. Orange Avenue Orlando FL 32801 | 12 claims related to three (3) leases of nonresidential real property. Two (2) of the leases are being rejected. Thus rejection damage claims will be filed. |
| Gooding's Supermarkets, Inc., | 8255 International Dr., #120 Orlando, Florida 32819 | 5 claims in connection with leases of non-residential real property all of which are currently unliquidated. |
| 12th Street & Washington Associates, L.P., | 8698 East San Alberto Scottsdale, AZ | 1 unliquidated claim in the amount of $11,002.45, in connection with a lease of non-residential real property The lease has been rejected and a rejection damages claim will be filed. |

2. With the exception of the last mentioned Creditor, to wit, 12th Street & Washington Associates, LP the Lowndes Firm routinely represents such Creditors regarding legal matters of various types. The Lowndes Firm was contacted in early September by out of state counsel to act as local counsel with respect to 12th Street & Washington Associates, LP. The Firm began their representation of the Creditors in relation to the instant bankruptcy case on and after the petition date. The Creditors are and will be billed periodically for the Firms' fees.

3. Neither Matt E. Beal, Zachary J. Bancroft, nor the Lowndes Firm owns or has ever owned (a) any Claim whatsoever against the Debtor in this bankruptcy case or (b) any equity securities of the Debtor.

I certify under penalty of perjury that the foregoing Declaration is true and correct.

Dated this 28 day of September 2005.

_____
Matt E. Beal
Florida Bar No. 0865310
Lowndes, Drosdick, Doster, Kantor
& Reed, Professional Association
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 423-4495
E-Mail: matt.beal@lowndes-law.com

And

_____
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
E-Mail: zachary.bancroft@lowndes-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that to the extent that the foregoing was not served electronically via the CM/ECF System, I caused a copy of the foregoing DECLARATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019, OF REPRESENTATION OF MULTIPLE CREDITORS, to be served via first class mail postage prepaid, this 28 day of September, 2005, to the persons on the attached Service List.

*[signature]*

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
Email: djbaker@skadden.com

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsy & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Email: cjackson@smithhulsey.com

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida 32801

Local Rule 1007-2 parties in interest list.