**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

# NOTICE OF FILING

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing and consummation of the assignment and assumption of lease with LaGrange Marketplace, LLC for store number 1998 located in LaGrange, Georgia. A copy of the closing statement is attached.

Dated: September 29, 2005


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By *s/ D. J. Baker*
D. J. Baker
Sally McDonald Henry
Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Stephen D. Busey
James H. Post
Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

## LEASE TERMINATION CLOSING STATEMENT

| | |
|---|---|
| **LANDLORD:** | LaGrange Marketplace, LLC, an Alabama limited liability company |
| **TENANT:** | Winn-Dixie Montgomery, Inc., a Florida corporation |
| **SETTLEMENT AGENT:** | King & Spalding LLP |
| **Property:** | Store No. 1998, 908 Hoganville Road, LaGrange, Georgia |
| **CLOSING DATE:** | September 20, 2005 |

## TENANT'S STATEMENT

| | | |
|---|---|---|
| **TERMINATION FEE:** | | $75,000.00 |
| **Less Adjustments (Debit):** | | |
| Tenant's Prorated Share of Rent, Taxes and Other Charges Payable Under Leases (1) | ($41,411.28) | |
| **Total Debit Adjustments:** | ($41,411.28) | |
| **Plus Adjustments (Credit):** | | |
| Tenant's Prorated Share of Rent, Taxes and Other Charges Paid in Advance Under Leases (2) | | $0.00 |
| **Total Credit Adjustments:** | | $0.00 |
| **NET DEBIT/CREDIT TO TENANT** | | ($41,411.28) |
| **AMOUNT DUE TO TENANT** | | **$33,588.72** |
| **LESS DEPOSIT RECEIVED** | ($7,500.00) | |
| **AMOUNT DUE TO TENANT AT CLOSING** | | **$26,088.72** |

## LANDLORD'S STATEMENT

| | | |
|---|---|---|
| **LEASE TERMINATION FEE:** | $75,000.00 | |
| **Less Adjustments (Credit):** | | |
| Less Tenant's Prorated Share of Rent, Taxes and Other Charges Payable Under Lease (1) | ($41,411.28) | |

| **Total Debit Adjustments:** | ($41,411.28) | |
|---|---|---|
| **Plus Adjustments (Debit):** | | |
| Tenant's Prorated Share of Rent, Taxes and Other Charges Paid in Advance Under Leases (2) | | $0.00 |
| **Total Credit Adjustments:** | | $0.00 |
| **NET DEBIT/CREDIT TO LANDLORD** | | ($41,411.28) |
| **AMOUNT DUE FROM LANDLORD** | | **$33,588.72** |
| **LESS DEPOSIT** | ($7,500.00) | |
| **AMOUNT DUE FROM LANDLORD** | | **$26,088.72** |

**Notes:**

(1) 2005 Prorations - Amounts Not Yet Paid and Payable. Prorations are based on (i) estimate of 2005 real estate taxes derived from actual 2004 amounts paid by Tenant in arrears in accordance with leases; and (ii) estimate of 2005 insurance charges derived from actual 2004 amounts paid by Tenant in arrears in accordance with applicable leases. Landlord will be responsible for the payment of such charges for 2005 and subsequent years.

**Real Estate Taxes**

Store # 1998

| | | |
|---|---|---|
| - 2005 Real Estate Taxes | $ 32,013.01 | |
| - Per Diem Tax Amount | $ 87.71 | |
| - Tenant's Share of 2005 Taxes (2/21/05 - 9/20/05) (212 days) | $ 18,594.52 | |
| **Total Real Estate Taxes:** | | $18,594.52 |

**CAM Charges**

Store # 1998

| | | |
|---|---|---|
| - 2005 CAM Charges | $ 2,254.34 | |
| - Per Diem Amount | $ 75.14 | |
| - Tenant's Share of 2005 CAM Charges (9/1/05 - 9/20/05) (20 days) | $ 1,502.80 | |
| **Total CAM Charges:** | | $ 1,502.80 |

**Insurance**

Store # 1998

| | | |
|---|---|---|
| - 2005 Insurance | $ 11,689.54 | |
| - Per Diem Amount | $ 32.03 | |
| - Tenant's Share of 2005 Insurance (2/21/05 - 9/19/05) (212 days) | $ 6,790.36 | |
| **Total Insurance:** | | $ 6,790.36 |

**Rent**

Store # 1998

| | | |
|---|---|---|
| - Total September 2005 Rent: | $ 21,785.12 | |
| - Per Diem Rent | $ 726.18 | |
| - Tenant's Prorated Share (9/1/05 - 9/20/05) (20 days) | $ 14,523.60 | |
| **Total Rent:** | | $14,523.60 |
| **Total Amount of Tenant's Prorated Share of September Prorations:** | | $41,411.28 |

(2) September, 2005 Prorations - Amounts Previously Paid by Tenant. Prorations are based on September, 2005 rents, common area maintenance assessments and other charges previously paid by Tenant in accordance with applicable leases. Landlord will be responsible for the payment of such charges that become due and payable for October, 2005 and thereafter. Prorations are as follows:

**Rent**

Store # 1998

| | | |
|---|---|---|
| - Total September 2005 rent paid: | $ 0.00 | |
| - Per diem rent: | $ 0.00 | |
| - Landlord's prorated share (9/19/05 - 9/30/05) (11 days) | $ 0.00 | |
| - Per diem rent: | $ 0.00 | |
| **Total Amount of Landlord's Prorated Share of September Prorations:** | | **$0.00** |

(3) Adjustments. Tenant and Landlord acknowledge and agree that any amounts not determinable as of the Closing Date or reflected on this Closing Statement will be taken into account at the Closing based on good faith estimates with the actual amount to be calculated by Tenant and Landlord as soon as practicable after the actual amounts are determinable with an appropriate adjustment to be paid by the appropriate party promptly after determination.

[SIGNATURES ON NEXT PAGE]

The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**

**WINN-DIXIE MONTGOMERY, INC.**, a Florida corporation

By: ______________________
Name: LAURENCE B. APPEL
Title: Senior Vice-President

**BUYER:**

**LAGRANGE MARKETPLACE, LLC**, an Alabama limited liability company

By: ______________________
Name: ______________________
Title: ______________________

Reviewed By SK
XRoads
Date: ______

LEGAL APPROVED
ATTY: JJJ
DATE: 9/22/05

The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**

**WINN-DIXIE MONTGOMERY, INC.**, a Florida corporation

By:____________________________
Name:__________________________
Title: __________________________

**BUYER:**

**LAGRANGE MARKETPLACE, LLC**, an Alabama limited liability company

By: [signature]
Name: Christopher B. White
Title: Manager