UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing and consummation of the assignment and assumption of lease with Tunica Village Partnership for store number 1541 located in Marksville, Louisiana. A copy of the closing statement is attached.

Dated: September 29, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*    D. J. Baker   Sally McDonald Henry   Rosalie Gray | By  *s/ Cynthia C. Jackson*    Stephen D. Busey   James H. Post   Cynthia C. Jackson (FBN 498882) |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida 32202   (904) 359-7700   (904) 359-7708 (facsimile)   cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00509948.DOC

## LEASE TERMINATION CLOSING STATEMENT

| LANDLORD: | Tunica Village Partnership (as successor in interest to Charles M. Gremillion) |
|---|---|
| TENANT: | Winn-Dixie Montgomery, Inc., a Florida corporation |
| FF&E BUYER: | Big Star of Farmerville, Inc., a Louisiana corporation |
| SETTLEMENT AGENT: | King & Spalding LLP |
| Property: | Store No. 1541, 241 Tunica Village Sc, Marksville, Louisiana |
| CLOSING DATE: | September 20, 2005 |

### TENANT'S STATEMENT

| | | |
|---|---|---|
| **FF&E FEE:** | | $127,000.00 |
| **Less Adjustments (Debit):** | | |
| Tenant's Prorated Share of Rent, Taxes and Other Charges Payable Under Leases (1) | ($35,075.83) | |
| Less Deposit Held By Escrow Agent | ($10,000.00) | |
| **Total Debit Adjustments:** | ($45,075.83) | |
| **NET DEBIT/CREDIT TO TENANT** | | ($45,075.83) |
| **AMOUNT DUE TO TENANT AT CLOSING** | | $81,924.17 |

### FF&E BUYER STATEMENT

| | | |
|---|---|---|
| **LEASEHOLD TERMINATION FEE:** | | $26,000.00 |
| **FF&E FEE:** | | $127,000.00 |
| **TOTAL TERMINATION AND FF&E:** | | $153,000.00 |
| **Less Adjustments (Credit):** | | |
| Less Deposit held by Escrow Agent | ($10,000.00) | |
| Less Tenant's Prorated Share of Personal Property Taxes (1) to be held by FF&E Buyer | ($8,618.51) | |
| **AMOUNT DUE FROM FF&E BUYER** | | $134,381.49 |
| **NET TO LANDLORD** | | $52,457.32 |
| **NET AMOUNT DUE TO TENANT** | | $81,924.17 |

**Notes:**

(1)  2005 Prorations - Amounts Not Yet Paid and Payable. Tax and insurance prorations are based on (i) estimate of 2005 real estate taxes derived from actual 2004 amounts paid by Tenant in arrears in accordance with leases; and (ii) estimate of 2005 insurance charges derived from actual 2004 amounts paid by Tenant in arrears in accordance with the lease. Landlord will be responsible for the payment of real estate taxes and insurance for 2005 and subsequent years. FF&E Buyer will be responsible for 2005 personal property taxes. Landlord will be responsible for September 2005 and thereafter. CAM prorations are based on an estimate of the 2nd quarter CAM amount derived from actual 1st quarter CAM amounts paid by Tenant in arrears in accordance with the Lease. Landlord will be responsible for payment of such amounts for 2005 and thereafter. Prorations are as follows:

**Real Estate Taxes**

Store # 1541
- 2005 Real Estate Taxes                                $    9,202.50
- Per Diem Tax Amount                                   $       25.21
- Tenant's Share of 2005 Taxes
  (2/21/05 - 9/20/05) (212 days)                        $    5,344.52

**Total Real Estate Taxes:**                                                     $ 5,344.52

**Personal Property Taxes**

Store # 1541
- 2005 Personal Property Taxes                          $   11,959.74
- Per Diem Tax Amount                                   $       32.77
- Tenant's Share of 2005 Taxes
  (1/1/05 - 9/20/05) (263 days)                         $    8,618.51

**Total Personal Property Taxes:**                                               $ 8,618.51

**Insurance**

Store # 1541
- 2005 Insurance
  (5/01/05 - 5/01/06)                                   $    8,466.30
- Per Diem Amount                                       $       23.20
- Tenant's Share of 2005 Insurance
  (5/1/05 - 9/20/05) (143 days)                         $    3,317.60

**Total Insurance:**                                                             $3,317.60

**Rent**

Store # 1541
- Total September 2005 Rent                             $   19,066.67
- Per Diem Rent                                         $      635.56
- Tenant's Prorated Share
  (9/1/05 - 9/20/05) (20 days)                          $   12,711.20

**Total Rent:**                                                                  $12,711.20

**Monthly CAM**

Store # 1541
- Total July, August, and
  September 2005 CAM                          $   5,657.00
- Per Diem CAM                                $      62.00
- Tenant's Prorated Share
  (7/1/05 - 9/20/05) (82 days)                $   5,084.00

**Total Monthly CAM Charges:**                                    $ 5,084.00

**Total Amount of Tenant's Prorated Share
of 2005 Prorations:**                                             $35,075.83

(2)   September, 2005 Prorations - Amounts Previously Paid by Tenant. Prorations are based on September, 2005 rents, common area maintenance assessments and other charges previously paid by Tenant in accordance with applicable leases. Landlord will be responsible for the payment of such charges that become due and payable for October, 2005 and thereafter. Prorations are as follows:

**Rent**

Store # 1541
- Total September 2005 rent paid:             $       0.00
- Per diem rent:                              $       0.00
- Landlord's prorated share
  (9/20/05 - 9/30/05) (10 days)               $       0.00
- Per diem rent:                              $       0.00

**Total Amount of Landlord's Prorated Share of September Prorations:**   $0.00

(3)   Adjustments. Tenant and Landlord acknowledge and agree that any amounts not determinable as of the Closing Date or reflected on this Closing Statement will be taken into account at the Closing based on good faith estimates with the actual amount to be calculated by Tenant and Landlord as soon as practicable after the actual amounts are determinable with an appropriate adjustment to be paid by the appropriate party promptly after determination.

[SIGNATURES ON FOLLOWING PAGE]

The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**TENANT:**

**WINN-DIXIE MONTGOMERY, INC.**, a Florida corporation

By: *(signature)*
Name: LAURENCE B. APPEL
Title: Senior Vice-President

**LANDLORD:**

**TUNICA VILLAGE PARTNERSHIP**

By: _____
Name: _____
Title: _____

**FF&E BUYER:**

**BIG STAR OF FARMERVILLE, INC.**, a Louisiana corporation

By: _____
Name: _____
Title: _____

Reviewed By
SK
_____ds
Date: _____


LEGAL APPROVED
ATTY: _____
DATE: 9-21-05

The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**TENANT:**

WINN-DIXIE MONTGOMERY, INC., a Florida corporation

By:_____
Name:_____
Title: _____

**LANDLORD:**

TUNICA VILLAGE PARTNERSHIP

By: _____
Name: _____RALPH E. HOOD_____
Title: _____PARTNER_____

**FF&E BUYER:**

BIG STAR OF FARMERVILLE, INC., a Louisiana corporation

By:_____
Name:_____
Title: _____

-4-

The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**TENANT:**

WINN-DIXIE MONTGOMERY, INC., a Florida corporation

By:_____
Name:_____
Title: _____

**LANDLORD:**

TUNICA VILLAGE PARTNERSHIP

By:_____
Name:_____
Title: _____

**FF&E BUYER:**

BIG STAR OF FARMERVILLE, INC., a Louisiana corporation

By: _[signature]_
Name: TANDY KEY
Title: PRESIDENT

-4-