# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing and consummation of the assignment and assumption of lease with P.S. Franklin Ltd. for store number 1566 located in Pineville, Louisiana. A copy of the closing statement is attached.

Dated: September 29, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By _s/ D. J. Baker_<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By _s/ Cynthia C. Jackson_<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00509950.DOC

## LEASE TERMINATION CLOSING STATEMENT

| LANDLORD: | P.S. Franklin Ltd., ( as successor in interest to Benjamin Chaves) |
|---|---|
| TENANT: | Winn-Dixie Montgomery, Inc., a Florida corporation |
| FF&E BUYER: | McDaniel Food Management of Alexandria, Inc., a Louisiana corporation |
| SETTLEMENT AGENT: | King & Spalding LLP |
| Property: | Store No. 1566, 4617 Shreveport Highway, Pineville, Louisiana |
| CLOSING DATE: | September 20, 2005 |

### TENANT'S STATEMENT

| FF&E FEE: | | $100,000.00 |
|---|---|---|
| **Less Adjustments (Debit):** | | |
| Tenant's Prorated Share of Rent, Taxes and Other Charges Payable Under Leases (1) | ($28,624.97) | |
| Less Deposit Held By Escrow Agent | ($10,000.00) | |
| Total Debit Adjustments: | ($38,624.97) | |
| NET DEBIT/CREDIT TO TENANT | | ($38,624.97) |
| AMOUNT DUE TO TENANT AT CLOSING | | $61,375.03 |

### FF&E BUYER STATEMENT

| LEASEHOLD TERMINATION FEE: | | $25,000.00 |
|---|---|---|
| FF&E FEE: | | $100,000.00 |
| TOTAL TERMINATION AND FF&E: | | $125,000.00 |
| **Less Adjustments (Credit):** | | |
| Less Deposit held by Escrow Agent | ($10,000.00) | |
| Less Tenant's Prorated Share of Personal Property Taxes (1) to be held by FF&E Buyer | ($9,381.21) | |
| AMOUNT DUE FROM FF&E BUYER | | $105,618.79 |
| NET TO LANDLORD | | $44,243.76 |
| NET AMOUNT DUE TO TENANT | | $61,375.03 |

**Notes:**

(1) <u>2005 Prorations - Amounts Not Yet Paid and Payable</u>. Tax prorations are based on an estimate of 2005 real estate taxes derived from actual 2004 amounts paid by Tenant in arrears in accordance with lease. FF&E Buyer will be responsible for Personal Property Taxes for 2005. Tenant will not be responsible for the payment of Real Estate Taxes for 2005 and subsequent years. Rent prorations are based on amounts due under the Lease for September 2005. Landlord will be responsible for September 2005 and thereafter. Prorations are as follows:

**Real Estate Taxes**

Store # 1566
- 2005 Real Estate Taxes          $ 20,158.97
- Per Diem Tax Amount             $      55.23
- Tenant's Share of 2005 Taxes
  (2/21/05 - 9/20/05) (212 days)  $ 11,708.76
**Total Real Estate Taxes:**                          $11,708.76

**Personal Property Taxes**

Store # 1566
- 2005 Personal Property Taxes    $ 13,018.34
- Per Diem Tax Amount             $      35.67
- Tenant's Share of 2005 Taxes
  (1/1/05 - 9/20/05) (263 days)   $  9,381.21
**Total Personal Property Taxes:**                    $ 9,381.21

**Insurance**

Store # 1566
- 2005 Insurance                  $       0.00
- Per Diem Amount                 $       0.00
- Tenant's Share of 2005 Insurance
  (2/21/05 - 9/20/05) (212 days)  $       0.00
**Total Insurance:**                                  $     0.00

**Rent**

Store # 1566
- Total September 2005 Rent       $ 11,302.50
- Per Diem Rent                   $     376.75
- Tenant's Prorated Share
  (9/1/05 - 9/20/05) (20 days)    $  7,535.00
**Total Rent:**                                       $ 7,535.00


### CAM

Store # 1566
- Total September 2005
CAM                                          $     0.00
- Per Diem CAM                               $     0.00
- Tenant's Prorated Share
   (9/1/05 - 9/20/05) (20 days)              $     0.00
**Total Monthly CAM Charges:**                                $     0.00

**Total Amount of Tenant's Prorated Share
of 2005 Prorations:**                                          $28,624.97

(2) September, 2005 Prorations - Amounts Previously Paid by Tenant. Prorations are based on September, 2005 rents, common area maintenance assessments and other charges previously paid by Tenant in accordance with applicable leases. Landlord will be responsible for the payment of such charges that become due and payable for October, 2005 and thereafter. Prorations are as follows:

### Rent

Store # 1566
- Total September 2005 rent paid:             $     0.00
- Per diem rent:                              $     0.00
- Landlord's prorated share
   (9/20/05 - 9/30/05) (10 days)              $     0.00
- Per diem rent:                              $     0.00

**Total Amount of Landlord's Prorated Share of September Prorations:**   $0.00

(3) Adjustments. Tenant and Landlord acknowledge and agree that any amounts not determinable as of the Closing Date or reflected on this Closing Statement will be taken into account at the Closing based on good faith estimates with the actual amount to be calculated by Tenant and Landlord as soon as practicable after the actual amounts are determinable with an appropriate adjustment to be paid by the appropriate party promptly after determination.

[SIGNATURES ON FOLLOWING PAGE]



The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

| TENANT: | LANDLORD: |
|---|---|
| **WINN-DIXIE MONTGOMERY, INC.**, a Florida corporation | **P.S. Franklin Ltd.**, ( as successor in interest to Benjamin Chaves) |
| By: _[signature]_<br>Name: __LAURENCE B. APPEL__<br>Title: __Senior Vice-President__ | By: _____<br>Name: _____<br>Title: _____ |

**FF&E BUYER:**

**McDaniel Food Management of Alexandria, Inc.**, a Louisiana corporation

By: _____
Name: _____
Title: _____

Reviewed By
__SK__
XRoads
Date: _____

LEGAL APPROVED
ATTY: _[signature]_
DATE: __9/22/05__

-4-



The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**TENANT:**

WINN-DIXIE MONTGOMERY, INC., a Florida corporation

By:_____
Name:_____
Title:_____

**LANDLORD:**

P.S. Franklin Ltd., ( as successor in interest to Benjamin Chaves)

By:_____
Name:_____
Title:_____

**FF&E BUYER:**

McDaniel Food Management of Alexandria, Inc., a Louisiana corporation

By: _[signature]_
Name: _Peggy McDaniel_
Title: _President_

-4-

The undersigned parties acknowledge and agree to the foregoing Lease Termination Closing Statement as of this 20th day of September, 2005, and hereby authorize King & Spalding LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

| TENANT: | LANDLORD: |
|---|---|
| **WINN-DIXIE MONTGOMERY, INC.**, a Florida corporation | **P.S. Franklin Ltd.**, ( as successor in interest to Benjamin Chaves) |

By: _____  
Name: _____  
Title: _____  

By: *James J Shapiro* (signature)  
Name: JAMES J SHAPIRO  
Title: V. President of PS Franklin Ltd.

**FF&E BUYER:**

McDaniel Food Management of Alexandria, Inc., a Louisiana corporation

By: _____  
Name: _____  
Title: _____  

-4-