UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER GRANTING IN PART AND DENYING IN PART
MOTION BY PENMAN PLAZA ASSOCIATES TO
COMPEL DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASE

These cases came before the Court for hearing on August 18, 2005, upon the motion (Docket No. 1790) of Penman Plaza Associates ("Penman Plaza"), for entry of an order under 11 U.S.C. § 365 compelling the Debtors' to assume or reject Penman Plaza's unexpired lease (the "Lease") (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that the Movants and the Debtors have reached an agreement. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted in part and denied in part.

2. The Debtors must assume or reject Penman Plaza's Lease by November 18, 2005. To the extent the Debtors assume the Lease, all cure costs will be paid immediately.

3. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 29 day of September, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

00505443.DOC                                    2