FILED
JACKSONVILLE, FLORIDA

SEP 29 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:  )
 )
 ) Chapter 11 Case
WINN DIXIE STORES, INC. ET AL )
 ) Case No. 05-03817-JAF
Debtor. )
 )
 )

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)(2)

To: (Transferor)

North American Company for Life
and Health Insurance of New York
135 East 57th Street
New York, NY 10022

Your unliquidated Claim, has been transferred in full, unless previously expunged by court order to:

Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
250 Vesey Street- 7th Floor
New York, NY 10080

No Action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
300 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____
CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2005.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____
Deputy Clerk

## NOTICE OF ASSIGNMENT OF CLAIM

Pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED (the "Assignee"), having an address for notice purposes at Merrill Lynch, Pierce, Fenner & Smith Incorporated, 4 World Financial Center, 250 Vesey Street - 7th Floor, New York, NY 10080, Attention: Nick Griffiths, hereby notifies the Court that it has acquired from NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE OF NEW YORK (the "Assignor"), having an address for notice purposes at North American Company for Life and Health Insurance of New York, 135 East 57th Street, New York, NY 10022, as of September 28, 2005, all of the Assignor's right, title and interest in, to and under the claim (the "Claim") the Assignor holds against WINN-DIXIE STORES, INC. ET AL. (the "Debtor") pursuant to that certain Lease with W-D, Rocky Mount, VA Partners, LLC and Winn-Dixie Raleigh, Inc., as more particularly described in the Proofs of Claim filed by Assignor on August 1, 2005.

The Assignee has acquired the Claim pursuant to a letter agreement dated as of September 28, 2005 (the "Assignment Document"). The Assignor has waived and hereby expressly waives its right, pursuant to Rule 3001(e)(2) of the Bankruptcy Rules, to receive from the Clerk of the Court a notice of the filing of the evidence of transfer of the Proof of Claim and its right to object to such transfer within the twenty (20) day period set forth therein, and Assignor stipulates that an order may be entered recognizing the transfer of claims described herein as an unconditional transfer and the Assignee as the valid owner of the claim.

The Assignee hereby acknowledges and confirms that the Assignor has transferred and assigned to the Assignee the Claim, including all of the Assignor's right, title and interest in and to the Proof of Claim. This instrument is being executed in connection with the notification to

the Clerk of the Court of the transfer and is not intended to modify or otherwise affect the terms of the Assignment Document, which remains in full force and effect.

DATED: September 28, 2005

                              MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,
as Assignee

By: _____
Name: SCOTT BROWN
Title: MANAGING DIRECTOR

ACKNOWLEDGED AND CONSENTED TO:

NORTH AMERICAN COMPANY FOR LIFE
AND HEALTH INSURANCE OF NEW YORK,
as Assignor

By:_____
    Name:
    Title:

the Clerk of the Court of the transfer and is not intended to modify or otherwise affect the terms of the Assignment Document, which remains in full force and effect.

DATED:  September 28, 2005

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,
as Assignee

By: _____
    Name:
    Title:

ACKNOWLEDGED AND CONSENTED TO:

NORTH AMERICAN COMPANY FOR LIFE
AND HEALTH INSURANCE OF NEW YORK,
as Assignor

By: _____
    Name: E John Fromelt
    Title: Senior Vice President - Investments