**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No. 3:05-bk-03817-JAF

Winn-Dixie Stores, Inc.,  Chapter 11
                  Debtor.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**INTERNATIONAL BUSINESS MACHINES CORPORATION**
**AND REQUEST FOR NOTICE UNDER RULE 2002**
**AND RESERVATION OF RIGHTS**

The undersigned hereby appears on behalf of Creditor, **INTERNATIONAL BUSINESS MACHINES CORPORATION** ("IBM Corp."), and requests that he be placed on the Local Rule 1007-2 "Parties in Interest List" pursuant to Local Rule 2002-1(e) and Bankruptcy Rule 2002 that same be served with all notices, motions and papers and added to the matrix as follows:

    IBM Corp.
    % Ronald J. Marlowe, Esq.
    ARNSTEIN & LEHR LLP
    1110 N. Florida Ave.
    Tampa, FL 33602

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002 and 9007, but also includes, without limitation, all reports filed with the Office of the U.S. Trustee, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitting or conveyed by mail, delivery, telephone, telegraph, telex, telecopy,

or otherwise which affect or seek to affect in any way any rights or interests of IBM Corp.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3017(a), IBM Corp. requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that IBM Corp. intends than neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) IBM Corp.'s right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) IBM Corp.'s right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) IBM Corp.'s right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which IBM Corp. is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments IBM Corp. expressly reserves.

Respectfully submitted,



/s/ Ronald J. Marlowe
Florida Bar No. 435971
ARNSTEIN & LEHR LLP
1110 N. Florida Ave.
Tampa, FL 33602
(813) 254-1400
(813) 254-5324 (facsimile)
rjmarlowe@Arnstein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy has been furnished to via electronic filing or Unites States mail upon the following on September 30, 2005:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>%Adam Ravin, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Winn-Dixie Stores, Inc.<br>%Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 |
| Winn-Dixie Stores, Inc.<br>%James H. Post, Esq.<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Winn-Dixie Stores, Inc.<br>%Stephen D. Busey, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| United States Trustee<br>%Elena L. Escamilla, Esq.<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32806 | Kenneth C. Meeker<br>United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Official Committee of Unsecured Creditors<br>Of Winn-Dixie Stores, Inc.<br>%Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Official Committee of Unsecured Creditors<br>Of Winn-Dixie Stores, Inc.<br>%John B. Macdonald<br>Akerman Senterfitt<br>50 N. Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 |
| Official Committee of Unsecured Creditors<br>Of Winn-Dixie Stores, Inc.<br>%Patrick P. Patangan<br>Akeman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 | |



/s/ Ronald J. Marlowe