**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**STIPULATION TO CONTNUE HEARING ON MOTION FOR**
**RELIEF FROM STAY FILED BY CONCORD FUND IV RETAIL, L.P.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Concord Fund IV Retail, L.P. (the "Movant") stipulate and agree to (i) the continuance and rescheduling of the final hearing on the Motion for Relief from Stay filed by the Movant (the "Motion") (Docket No. 2948) to a date certain on or after November 1, 2005 upon which the Court's calendar could accommodate a two-hour hearing on the matter and (ii) the continuation of the automatic

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

stay in effect pending the conclusion of such hearing and determination of the Motion under § 362(d).

Dated:  September 30, 2005

HELD & ISRAEL                                    SMITH HULSEY & BUSEY


By ___*_s/ Edwin W. Held, Jr._____        By ___s/ James H. Post_____
        Edwin W. Held, Jr.                              James H. Post
        David L. Gay

                                                Florida Bar Number 175460
Florida Bar Number 162574                       225 Water Street, Suite 1800
Florida Bar Number 839221                       Jacksonville, Florida  32202
1301 Riverplace Boulevard, Suite 1916           (904) 359-7700
Jacksonville, Florida  32207                    (904) 359-7708 (facsimile)
(904) 398-7038                                  jpost@smithhulsey.com
(904) 398-4283 (facsimile)
eheld@hilawfirm.com                                     -and-

Attorneys for Concord Fund IV Retail, L.P.      SKADDEN, ARPS, SLATE, MEAGHER
                                                & FLOM LLP
* Counsel has authorized his electronic         D. J. Baker
signature.                                      Sally McDonald Henry
                                                Rosalie Gray
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-3000
                                                (212) 735-2000 (facsimile)
                                                rgray@skadden.com

                                                Attorneys for the Debtors

509709