**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et. al., | Case No: 3-05-bk-03817-JAF |
| Debtors. | Jointly Administered |
| _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the **Application for an Order Pursuant to Sections 328 and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Nunc Pro Tunc Employment and Retention of Jefferies & Company, Inc. as Financial Advisor to the Official Committee of Equity Security Holders** and **Affidavit of William Q. Derrough** has been furnished via electronic mail to the to the following parties on this 30th day of September, 2005:

| Counsel for the Debtors | United States Trustee |
|---|---|
| Adam Ravin | Elena L. Escamilla |
| Skadden Arps Slate Meagher & Flom, LLP | Kenneth C. Meeker |
| Four Time Square | 135 W. Central Blvd., Suite 620 |
| New York, NY 10036 | Orlando, FL 32806 |

And

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201


<u>Counsel for the Creditors' Committee</u>
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

And

John B. Macdonald
Akermann Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

                /s/ David S. Jennis
David S. Jennis, Esquire
Florida Bar No. 775940
Chad S. Bowen, Esquire
Florida Bar No. 0138290
**Jennis & Bowen, P.L.**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
djennis@jennisbowen.com