UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN –DIXIE STORES, INC., et.al.,

        CASE NO: 05-03817-3FQ
        (Jointly Administered)
   Debtor(s)        CHAPTER 11

_____/

## CERTIFICATE OF NECESSITY OR REQUEST FOR EMERGENCY HEARING

    I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

    I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because <u>there is a hearing scheduled before the Court on Friday, October 7th on the Debtors' Motion for Order Authorizing the Rejection of Real Property Leases and Subleases. The Debtors have failed to serve the Landlord with copies of all materials reasonably necessary for the Landlord to assess the merits of the Debtors' Motion.</u>

    I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9001 and the consequences of noncompliance with same.

    DATED this 3rd day of October, 2005.

                          /s/ Marisol Morales
                            (Signature)

                          MARISOL MORALES
                            (Typed Name)

                          305 770 4100
                         (Telephone Number)