**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05−bk−03817−JAF
                                                                       Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF CONTINUED FINAL HEARING


   NOTICE IS GIVEN that a hearing on M/RFS by Concord Fund IV Retail, L.P. is continued for Final Hearing to November 2, 2005 at 9:30 a.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated October 3, 2005 .

                              David K Oliveria , Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202


Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Movant
Creditor's Committee