UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

LIMITED OBJECTION OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO APPLICATION FOR
ORDER PURSUANT TO SECTION 1103(A) OF BANKRUPTCY
CODE AND BANKRUPTCY RULE 2014 AUTHORIZING
*NUNC PRO TUNC* EMPLOYMENT AND RETENTION OF
JEFFERIES & COMPANY, INC. AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

The official committee of unsecured creditors (the "Committee") appointed in the chapter 11 cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors") files this limited objection (the "Objection") to the Application (the "Jefferies Application")(Docket No. 3719) For An Order Pursuant To Section 1103(a) Of The Bankruptcy Code And Bankruptcy Rule 2014 Authorizing The *Nunc Pro Tunc* Employment And Retention of Jefferies & Company, Inc. as Financial Advisor to the Official Committee of Equity Security Holders (the "Equity Committee") on the grounds that the Jefferies Application is premature and should be postponed pending resolution of issues regarding the formation of the Equity Committee itself. In support thereof, the Committee respectfully represents as follows:

{JA251781;1}

## FACTUAL BACKGROUND

1.     On February 21, 2005 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

2.     On March 1, 2005, the United States Trustee duly appointed the Committee.

3.     By Order dated April 13, 2005, the New York Bankruptcy Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for procedural purposes only. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

4.     On August 17, 2005, the United States Trustee filed a notice appointing the Equity Committee.

5.     On September 2, 2005, the Committee filed the Motion Of Official Committee Of Unsecured Creditors For Entry Of Order, Under 11 U.S.C. §§ 105 And 1102, Disbanding Official Committee Of Equity Security Holders (the "Disbandment Motion"). A hearing on the Disbandment Motion is presently scheduled for November 16, 2005.

## LIMITED OBJECTION

### Consideration of the Jefferies Application Should Be Postponed.

6.     The approval of employment of any professional[1] for the Equity Committee is

---

[1] The Committee has filed a limited objection (Docket No. 3443) to the Equity Committee's application to retain Paul, Hastings, Janofky & Walker, LLP ("Paul Hastings") as legal counsel for the Equity Committee, which application and objection are currently pending before the Court. The argument contained in this Objection and the Committee's objection to the Paul Hastings application would also apply to any future applications by the Equity Committee to retain other professionals.

premature at this point in time. The Disbandment Motion seeks an order of this Court disbanding the Equity Committee. Accordingly, if the Disbandment Motion is granted, the selection of professionals by the Equity Committee would logically be rendered moot. The Disbandment Motion is presently scheduled for hearing on November 16, 2005. Additionally, the United States Trustee, the Equity Committee, and the Debtors have each filed motions or other papers (the "Dispositive Motions") arguing that the Disbandment Motion should be denied as a matter of law. The Committee will shortly be filing responses to the Dispositive Motions, upon which the Dispositive Motions will be ripe for consideration by the Court. Therefore, the Court presently has in place a reasonable schedule for prompt disposition of the Disbandment Motion, and accordingly, neither Jefferies nor any other party in interest will suffer undue prejudice if consideration of the Jefferies Application is delayed pending disposition of the Disbandment Motion.

7. In order to prevent unnecessary depletion of estate resources, the Committee requests that consideration of the Jefferies Application (and any other application filed by the Equity Committee to employ professionals) be postponed pending resolution of the Disbandment Motion.

8. <u>Reservation of Rights</u>. This Objection is limited to the grounds stated herein and is without prejudice to the right of the Committee to object to the Jefferies Application (or the application of the Equity Committee to employ any other professional) on any ground whatsoever. The Committee expressly reserves all further objections it may have to the retention, employment, and compensation of any professional for the Equity Committee.

## CONCLUSION

For the reasons set forth above, the Committee objects to the Jefferies Application and respectfully requests that this Court postpone consideration of the Jefferies Application until the Disbandment Motion is resolved.

Dated: October 3, 2005

        AKERMAN SENTERFITT

By: /s/*Patrick P. Patangan*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730
Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 3rd day of October, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; David Jennis, Esq., Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, FL 33602; Karol K. Denniston, Esq., Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street, Suite 2400, Atlanta, GA 30308, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

        /s/ *Patrick P. Patangan*
        Attorney

```
Label Matrix for USBC              ACE American Insurance Company       Ad Hoc Committee of Winn-Dixie Retirees
Middle District of Florida         c/o Duane Morris LLP                 c/o Friedline & McConnell, P.A.
Case 3:05-bk-03817-JAF             Attention:  Margery N. Reed, Esquire 1756 University Blvd. S.
Mon Oct  3 16:40:25 EDT 2005       Wendy M. Simkulak, Esquire           Jacksonville, FL 32216
                                   30 South 17th Street, Philadelphia, PA 1


Appraisers Associated Ltd.         Arthur J. Spector                    Arthur J. Spector
c/o Held & Israel                  Berger Singerman, P.A.               Berger Singerman, P.A.
1301 Riverplace Blvd. #1916        350 E. Las Olas Boulevard            350 E. Las Olas Boulevard
Jacksonville, FL 32207             Suite 1000                           Suite 1000
                                   Fort Lauderdale, FL 33301,  33301    Fort Lauderdale, FL 33301,  33301


Ashely M. Chan, Esquire            Baker Botts L.L.P.                   Bi-Lo, LLC
Hangley Aronchick Segal & Pudlin   2001 Ross Avenue                     Kilpatrick Stockton LLP
One Logan Square, 27th Floor       Dallas, Texas 75201                  C/o Paul M. Rosenblatt
Philadelphia, PA  19103                                                 1100 Peachtree Street, Suite 2800
                                                                        Atlanta, GA 30309,  30309


Brian J. Grieco                    Buffalo Rock Co.                     Burlington Associates LP
Hogan & Hartson L.L.P.             c/o R. Scott Shuker                  c/o Mitchell S. Rosen, Esq.
875 Third Avenue                   Gronek & Latham, LLP                 Rosen Law Group, LLC
New York, New York 10022           P.O. Box 3353                        950 E. Paces Ferry Road, Suite 3250
                                   Orlando, FL  32802-3353,  32802-3353 Atlanta, Georgia 30326,  30326


C Daniel Motsinger                 CapMark Services, Inc., as servicer  Cardinal Entities Company, LLC
Krieg DeVault LLP                  c/o Duane Morris LLP                 c/o Bradley R. Markey, Esq.
One Indiana Square, Suite 2800     Attention:  Margery N. Reed, Esquire 121 W. Forsyth Street
Indianapolis                       Wendy M. Simkulak, Esquire           Suite 600
IN, 46204-2079 46204-2079          30 South 17th Street, Philadelphia, PA 1  Jacksonville, FL 32202,  32202


Catherine A Harrison               Christian A. Petersen, Esquire       Citrus World, Inc., d/b/a Florida's Natu
Miller & Martin PLLC               Gunster, Yoakley & Stewart, P.A.     c/o R. Scott Shuker
1170 Peachtree Street NE, Suite 800  500 E. Broward Blvd. Suite 1400    Gronek & Latham, LLP
Atlanta GA 30309                   Fort Lauderdale, Florida 33394       P.O. Box 3353
                                                                        Orlando, FL  32802-3353,  32802-3353


Cole Fine Foods                    Concord-Fund IV Retail, L.P.         Conecuh Sausage Co., Inc.
c/o Roy S. Kobert, Esquire         c/o Held & Israel                    c/o Held & Israel
Broad and Cassel                   1301 Riverplace Blvd. #1916          1301 Riverplace Blvd. #1916
P.O. Box 4961                      Jacksonville, FL 32207               Jacksonville, FL 32207
Orlando, Florida 32802,  32802


Day Properties, Inc.               Dena Copulsky Kaufman                Earl M. Barker, Jr.
c/o Robert Laney, Esquire          Hogan & Hartson L.L.P.               Slott, Barker & Nussbaum
906 Main Street                    875 Third Avenue                     334 East Duval Street
North Wilkesboro, NC  28659        New York, NY 10022                   Jacksonville, Florida 32202


Elston/Leetsdale, LLC              Flagler Retail Associates, Ltd.      Gehr Florida Development, LLC
c/o Held & Israel                  c/o Held & Israel                    c/o Held & Israel
1301 Riverplace Blvd. #1916        1301 Riverplace Blvd. #1916          1301 Riverplace Blvd. #1916
Jacksonville, FL 32207             Jacksonville, FL 32207               Jacksonville, FL 32207


Gene B Tarr Esq                    Gustafson's, LLC                     Hillandale Farms, Inc.
Attorney for Domino Foods, Inc. and  c/o R. Scott Shuker                Post Office Box 2109
Florida Crystals Food Corporation  Gronek & Latham, LLP                 Lake City, Florida 32056-2109
PO Drawer 25008                    P.O. Box 3353
Winston-Salem NC  27114-5008,  27114-500  Orlando, FL  32802-3353,  32802-3353
```

| | | |
|---|---|---|
| Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 | International Business Machines Corp.<br>%Ronald J. Marlowe<br>ARNSTEIN & LEHR LLP<br>1110 N. Florida Ave.<br>Tampa, FL 33602, 33602 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 |
| Jerrett M. McConnell<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 | John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO 64112 |
| John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304, 44114-1304 | Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 |
| Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802, 32802 | Lassiter Properties, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>PO Box 3353<br>Orlando, FL 32802, 32802 |
| Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326, 30326 |
| Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 | Principal Life Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 |
| Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211, 29211 |
| Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309, 30309 | TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 |

| | |
|---|---|
| The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |