UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              ) Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,    ) Chapter 11

            Debtors.                        ) Jointly Administered

_____)

## ORDER DENYING MOTION FOR RELIEF FROM STAY FILED BY EUGENE MITCHELL AND RHONDA MILLER d/b/a LUMPER TECH INDUSTRIES

This case came before the Court on September 26, 2005 upon the Motion for Relief from Stay filed by Eugene Mitchell and Rhonda Miller d/b/a Lumper Tech Industries (the "Movants") (Doc. No. 3314). Upon the findings and conclusions of law stated in open court, including the finding that Movants have not filed proofs of claims in these cases, it is

ORDERED that the motion is denied without prejudice.

Dated this 3 day of October, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Alvin R. Lenoir, Esq.
John B. MacDonald, Esq.
James H. Post, Esq.
United States Trustee

00509433509433