## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.   On or about September 27, 2005, I caused copies of:

•   **the Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 4, 2005

Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 247140-12
COX'S WHOLESALE SEAFOOD
ATTN: STEVE J COX, PRES
PO BOX 861006
ORLANDO, FL 32886-1006

CREDITOR ID: 411426-97
COX'S WHOLESALE SEAFORD
C/O BARNETT BOLT KIRKWOOD LONG
ATTN: THOMAS G LUNG, ESQ
601 BAYSHORE BLVD, STE 700
TAMPA FL 33606

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 279188-29
NDCHEALTH CORPORATION
ATTN DUNCAN M HARLE & HA ROSENBERG
NDC PLAZA
ATLANTA GA 30329-2010

**Total:   5**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3650

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COX'S WHOLESALE SEAFOOD | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |
| | |
| COX'S WHOLESALE SEAFOOD | FAIR HARBOR CAPITAL LLC |
| ATTN: STEVE J COX, PRES | ATTN FRED GLASS |
| PO BOX 861006 | 875 AVENUE OF THE AMERICAS STE 2305 |
| ORLANDO, FL 32886-1006 | NEW YORK NY 10001 |

| | |
|---|---|
| Phone: | Phone: |
| Account No.: 247140 | Account No.: 408404 |

COX'S WHOLESALE SEAFORD
C/O BARNETT BOLT KIRKWOOD LONG
ATTN: THOMAS G LUNG, ESQ
601 BAYSHORE BLVD, STE 700
TAMPA FL 33606

Phone:
Account No.: 411426

| | |
|---|---|
| Claim No.: 8476 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 07/26/2005 | Transfer Amount: $61,944.40 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 27, 2005

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3669

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NDCHEALTH CORPORATION

Name of Transferor

AMROC INVESTMENTS LLC

Name of Transferee

NDCHEALTH CORPORATION
ATTN DUNCAN M HARLE & HA ROSENBERG
NDC PLAZA
ATLANTA GA 30329-2010

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 404 728 2807
Account No.: 279188

Phone:
Account No.: 399614

Claim No.: 300
Date Claim Filed: 03/24/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $74,107.73

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 27, 2005