UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about September 28, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 4, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**    **WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:**    **05-03817-3F1**

| CREDITOR ID: 246370-12 | CREDITOR ID: 399292-15 | CREDITOR ID: 407520-98 |
|---|---|---|
| CLAXTON POULTRY FARMS | RENAISSANCE GROUP INTERNATIONAL INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| ATTN: GREG TATUM, CFO | ATTN RICHARD BERGSTROM, PRES | FUND LP & SILVER PT CAP OFFSHORE |
| PO BOX 428 | 1545 ROUTE 37 W, SUITE 9 | ATTN BRIAN JARMAIN |
| CLAXTON, GA 30417-0428 | TOMS RIVER NJ 08755 | 2 GREENWICH PLAZA |
| | | GREENWICH CT 06830 |

      **Total: 3**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.            Case No.: 05-03817-3F1
                                                  Docket No.: 3681

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CLAXTON POULTRY FARMS | SPCP GROUP LLC AGT OF SILVER PT CAP |
|---|---|
| Name of Transferor | Name of Transferee |
| CLAXTON POULTRY FARMS<br>ATTN: GREG TATUM, CFO<br>PO BOX 428<br>CLAXTON, GA 30417-0428 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone:<br>Account No.: 246370 | Phone:<br>Account No.: 407520 |

Claim No.: 34695                                   Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $741,734.69

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/28/2005                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 28, 2005

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 3680

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RENAISSANCE GROUP INTERNATIONAL INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| RENAISSANCE GROUP INTERNATIONAL INC<br>ATTN RICHARD BERGSTROM, PRES<br>1545 ROUTE 37 W, SUITE 9<br>TOMS RIVER NJ 08755 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: 732 914 2212 | Phone: |
| Account No.: 399292 | Account No.: 407520 |

Claim No.: 442                                  Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/04/2005                    Transfer Amount: $271,087.83

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/28/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 28, 2005