UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about October 3, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 4, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                      **CASE:**   **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411431-98 | CREDITOR ID: 411144-15 | CREDITOR ID: 410588-15 |
| MERRILL LYNCH PIERCE FENNER & SMITH | NORTH AMERICAN CO LIFE & HEALTH INS | NORTH AMERICAN CO LIFE & HEALTH INS |
| ATTN NICK GRIFFITHS | BY MIDLAND ADVISORS CO, AS AGENT | BY MIDLAND ADVISORS CO, AS AGENT |
| 4 WORLD FINANCIAL CENTER | C/O PAUL HASTINGS JANOFSKY ET AL | ATTN ERIC SILVERGOLD |
| 250 VESSEY ST 7TH FLR | ATTN T SMITH, III/C SHARBAUGH, ESQS | 135 EAST 57TH STREET |
| NEW YORK NY 10080 | 600 PEACHTREE STREET NE, SUITE 2400 | NEW YORK NY 10022 |
| | ATLANTA GA 30308 | |

   Total: 3

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 3757    Filed 10/04/05    Page 4 of 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 3698

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| NORTH AMERICAN CO LIFE & HEALTH INS | MERRILL LYNCH PIERCE FENNER & SMITH |
| Name of Transferor | Name of Transferee |
| NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022 | MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN NICK GRIFFITHS<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |
| Phone: 212 651 9761 | Phone: |
| Account No.: 410588 | Account No.: 411431 |
| NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | |
| Phone: 404 815 2400 | |
| Account No.: 411144 | |
| Claim No.: 9813 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 08/01/2005 | Transfer Amount: $0.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2005.