<u>332 Girard Street</u>                    <u>Baird,   Texas    79504</u>

September 29, 2005

**Jerry A. Funk**                       Bankruptcy Action
**United States Bankruptcy Judge**    05-03817-3-F1
United States Bankruptcy Court
MIddle District of Flordia
300 North Hogan Street              Civil Action No.
Jacksonville, Flordia 32202      1:05-CV-155-C

Dear Judge Funk:

Because of my economic situation(you only have to look at my Forma Pauperis **Declaration** to understand), it would make it very difficult for me to appear for a hearing.

However, I have nothing further to add, or debate with the opposition in regards to my MOTION TO THE BANKRUPTCY COURT TO START OVER PLAINTIFF'S SUIT--ASKING TO REMOVE THE AUTOMATIC STAY.

That's the same thing I would have said at a hearing.

Cordially,

*Wayne Boyd*

Wayne Boyd

P:S-Again, and referring to paragraph D of the MOTION TO THE BANKRUPTCY COURT TO START OVER WITH PLAINTIFF'S SUIT, is that "Plaintiff was never informed by Winn Dixie Stores, Inc. of a pending Bankruptcy--the entire time".