UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
JACKSONVILLE DIVISION

WAYNE BOYD,
        Plaintiff              CASE   NO.   05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.         Civil Action No.
                                             1:05-CV-155-C '

Debtor(s)

    MOTION TO THE BANKRUPTCY COURT REQUESTING PROCEED-
    ING **EITHER** IN FORMA PAUPERIS **OR** PROCEEDING BY PAY-
    ING THE REQUIRED FILING FEE PURSUANT TO 28 U.S.C.
    §1930(b).--**PREFERABLY IN INSTALLMENTS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

    Wayne Boyd, for his affidavit, being first duly sworn, deposes and states:

    Because of Plaintiff's economic situation, Plaintiff is requesting to proceed with this case in FORMA PAUPERIS because as the DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS list points out--Plaintiff is much at the "scale of living". Presently, Plaintiff is needing dental work(gingivitis problem), and trying to work that in Plaintiff's budget. Notice about $38.48 a month more is needed to bring Plaintiff's taxes current, and new house taxes of approximately $340.00 is to billed to Plaintiff sometime in October, 2005. Plaintiff is supposed to be paying $25.00 payments to the Abilene Diagnostic Clinic(needs $10.00 more here).

    If this court cannot accept Forma Pauperis, or if for reason it has to be denied, here is the options Plaintiff would like to take, with the second option possibly really presenting a

**MOTION TO THE BANKRUPTCY COURT REQUESTING PROCEEDING EITHER IN FORMA PAUPERIS or PAYING FILING FEE IN INSTALLMENTS- PAGE 1**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
JACKSONVILLE DIVISION

CASE NO. 05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

Debtor(s)

-2-

hardship(paying in full):

(A). Making an **APPLICATION TO PAY FILING FEE IN INSTALLMENTS**-$50.00 monthly until $150.00 is reached(the total)

or:

(B). **FULL AMOUNT-$150.00 within a reasonable time.**

**FURTHER** YOUR AFFIANT SAYETH NOT

_Wayne Boyd_
Wayne Boyd, 332 Girard Street, Baird, Texas 79504
appearing Pro Se

On the 28 day of September, 2005, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in and who executed the foregoing affidavit, and acknowledges that he executed the same as his free will and deed.

_Cami Robinson_
Notary Public
My commission expires: 10-24-06



CAMI ROBINSON
Notary Public, State of Texas
My Commission Exp 10-24-06

**MOTION TO THE BANKRUPTCY COURT REQUESTING PROCEEDING EITHER IN FORMA PAUPERIS or PAYING FILING FEE IN INSTALLMENTS - PAGE 2**

332 Girard Street                               Baird, Texas 79504

September 27, 2005

Clerk of Court                              Bankruptcy    Action
United States Bankruptcy Court              05-03817-3-F1
Middle District of Flordia
300 North Hogan Street
Jacksonville, Flordia 32202

Dear Clerk:

Enclosed is my DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS in this case. Plaintiff has stated in Plaintiff's **MOTION TO THE BANKRUPTCY COURT REQUESTING PROCEEDING EITHER IN FORMA PAUPERIS OR PAYING THE REQUIRED FILING FEE PURSUANT TO 28 U. S. C. §1930(b)** that if Plaintiff did not get approval in Forma Pauperis(proceeding in this case)--Plaintiff would have to ask the court to proceed by PAYING MONTHLY INSTALLMENTS OF $50.00.

Altho anytning other than Forma Pauperis at this time will really present a hardship--Plaintiff would ask the court to make monthly payments, or as a last resort PAY THE FULL AMOUNT within a reasonable time.

At the present time Plaintiff is confronted with Plaintiff's home, and has had to apply with the USDA Rural Development agency in Abilene, Texas(Extension #4-325-690-6162) for help because of a 1). <u>heating problem(floor furnace "went" out</u>, and 2). new water lines caused moisture(water)problems in bathroom resulting in the a). <u>floor "bucketling" up, and the wall backing having to completely be replaced</u>.

Because of the "Katrina" emergency, the agency may not be able to fund anything(the agency isn't sure) before it gets "cold weather", and Plaintiff would really need Plaintiff's extra money for some type of temporary heating until the agency can act. It gets very cold here especially in January and February.

Plaintiff has made service on all PARTIES OF RECORD enclosed.

Cordially,

*Wayne Boyd*

Wayne Boyd
P:S-Telephone number is listed above for court to vertify!

Three copies of the motion(or motions), with EITHER proceeding in Forma Pauperis, or by paying installment payments are enclosed. Please return one file copy in self-stamped envelope to the Plaintiff.

CASE # 05-BK-3817-3F1

Wayne Boyd
_____
(Petitioner)

VS.

_____
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _____Wayne Boyd_____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

1. Are you presently employed?   Yes  (  )    No  ( x )

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   October 24, 2001-$219.00 a week(approximately)(the last month worked

   at Winn Dixie Supermarkets(Stores, Inc.) EARNINGS FOR ENTIRE MONTH

   was $739.42.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self employment?   Yes (  )  No (  )

   b. Rent payments, interest or dividends?   Yes (  )  No (  )

   c. Pensions, annuities or life insurance payments?   Yes ( x )  No (  )

   d. Gifts or inheritances?   Yes ( x )  No (  )

   e. Any other sources?   Yes ( x )  No (  )

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

   (C).Albertson's Pension(monthly)-$82.65; (D).RELATIVE gave $250. total to

   help on outstanding bills owed including back house taxes;(E).Social

   Security monthly check is $554.00.PLAINTIFF receives a total of $636,65 monthly.

CASE #05-BK-3817-3F1

3. Do you own cash, or do you have money in checking or savings account?

   Yes ( x )   No ( )   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   Albertson's Credit Union-$5.00; First National Bank of Baird(Checking-$25.96;
   " " " " Savings-2¢;

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( X )   No ( )

   If the answer is "yes", describe the property and state its approximate value.
   (HOuse(own) $50,000;. 1983 Mark VI Lincoln Automobile-probably resale value=$650.0

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I declare (or certify, verify, or state) under penalty of perjury that the for going is true and correct. Executed on  9-27-05  (date).

   Signature of Petitioner Wayne Boyd

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that the petitioner likewise ha the following securities to his credit according to the records of said _____
institution:_____

Authorized Officer of Institution

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORDIA
JACKSONVILLE DIVISION

CASE NO. 05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

Debtor(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

**THE NATURE AND AMOUNT OF THE PARTY'S MONTHLY EXPENSES:**
(From the month of September, 2005). The payment made is on the left side, and the amount of monthly payment that was needed to be paid is on the left side.)

|  | MADE: | NEEDED TO MAKE: |
|---|---|---|
| (1). House Taxes* | $50.00 | $88.48 |
| (2). Atmos Energy(natural gas) | $ 7.03 | |
| (3). WTU(electric) | $80.22 | |
| (4). City of Baird | $42.58 | |
| (5). CUNA(life insurance) | $ 4.33 | |
| (6). Globe Life(" ") | $16.74 | |
| (7). Geico(Auto insurance) | $39.00 | |
| (8). Russell Surles Title | $ 5.00 | |
| (9). Vitamins(monthly) | $20.00 | |
| (10). Library(fines) | $ 5.00 | |
| (11). xereoing | $ 6.00 | |
| (12). Abilene Diagnostic Clinic | $15.00 | $25.00 |
| (13). Typewriting/correction ribbons | $19.08 | |
| (14). Gasoline | $55.67 | |
| (15). YMCA | $ 5.00 | |
| (16). Grocery/Sundries | $180.00 | |
| (17). Postal expenses & stamps | $12.00 | |
| (18). Sunday School/Church (whatever in pocket) | $ 4.00 | $20.00 |
| (19). Dental Work(hasn't been done yet) | | |
| (20). Vitamins purchased thru mail every 4 months | $70.00 | |
| Totals | $636.65 | |

* Contract signed-minimum amount-has to be paid monthly

```
* * * Transmission Result Report(MemoryTX) ( Sep.29. 2005  3:35PM ) * * *
                                                                       1)
                                                                       2)

Date/Time: Sep.29. 2005  3:31PM

File                                                                        Page
No. Mode           Destination                 Pg(s)      Result           Not Sent
------------------------------------------------------------------------------------
3772 Memory TX     19043597708                 P. 16      OK


------------------------------------------------------------------------------------
Reason for error
    E.1) Hang up or line fail                E.2) Busy
    E.3) No answer                           E.4) No facsimile connection
```

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)
    Wayne Boyd, plaintiff, appellant, for his affidavit, being first duly
sworn, deposes and states: Affidavit made September 28th, 2005
    I hereby certify that on    September 29 -mailed(fax),2005, a true
and correct copy of the MOTION TO THE BANKRUPTCY COURT TO START OVER WITH PLAINTIFF'S
    SUIT         by Wayne Boyd, plaintiff and appellant, has been mailed
to all parties of record. ALSO: MOTION TO THE BANKRUPTCY COURT REQUESTING------PROCEEDING
(Except one party-FAXED) EITHER IN FORMA PAUPERIS OR PROCEEDING BY PAYING THE REQUIRED
Leanne McKnight Prendergast      FILING FEE PURSUANT TO 28 U. S.--PREFERABLY IN INSTALLMENTS
        LAW OFFICES                                  §1930(b)
SMITH, HULSEY, & BUSEY FAX #904.359.7708
1800 Wachovia Bank Tower
225 Water Street-Jacksonville, Flordia 32201-3315
FURTHER YOUR AFFIANT SAYETH, NOT
                        Wayne Boyd
                        Appearing Plaintiff(Appellant) Pro Se
                        332 Girard Street
                        Baird, Texas 79504
    On this  28  day of  September     , 2005, before me, a
Notary Public, within and for said County, personally appeared Wayne
Boyd, to me known to be the person described in and who executed the
foregoing affidavit, and acknowledged that he executed the same as his
act and deed.
                        Cami Robinson
                        Notary Public
                        My commission expires on:  10-24-06
PARTIES OF RECORD:(Continued from above)
Winn-Dixie Stores, Inc. Debtor
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Attorney for Debtor
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

United States Trustee
135 W. Central Blvd.,Suite 620
Orlando, Fl. 32801

Dennis F. Dunne, Counsel for Unsecured Creditors Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Counsel for Unsecured Creditors Committee
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

[Notary seal: CAMI ROBINSON, Notary Public, State of Texas, My Commission Exp. 10-24-06]