# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 05-03817-JAF |
| | ) |
| WINN DIXIE STORES, INC., *ET AL.*, | ) CHAPTER 11 |
| | ) |
| DEBTOR. | ) Judge Jerry A. Funk |
| | ) Jointly Administered |

## NOTICE OF WITHDRAW WITHOUT PREJUDICE OF THE MOTION OF HERITAGE SPE LLC TO ENLARGE TIME AND GRANT LEAVE TO FILE AN OBJECTION TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Heritage SPE LLC ("Heritage"), a lessor of nonresidential real property in the above-captioned, jointly administered bankruptcy cases previously filed a motion (the "Motion") **[Docket No. 2851]** the time in which Heritage may object to the cure claim for the lease of store number 2106 as listed in Exhibit F attached to the Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief **[Docket No. 1961]** and to grant Heritage leave to file its Limited Objection of Heritage SPE LLC to the Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Limited Objection") filed substantially contemporaneously therewith.  The Debtors subsequently sent a notice to Heritage of the

Debtors' intent to reject Heritage's lease for store number 2106 ("Lease No. 2106").[1] The Motion is currently scheduled to be heard by the Court on October 7, 2005. As a result of the Debtors' expressed intent to reject Lease No. 2106, Heritage hereby withdraws the Motion **[Docket No. 2851]** without prejudice and reserves its right to re-file the Motion in the event of a change in circumstances.

Dated: October 4, 2005

Respectfully submitted,

/s/ Michael M. Schmahl
One of the attorneys for
Heritage SPE, LLC

Charles L. Gibbs II
Fla. Bar No. 0736651
McGuireWoods LLP
50 N. Laura St.
Suite 3300
Jacksonville, FL 32202
(904) 798-3200
cgibbs@mcguirewoods.com

- and -

Richard J. Mason, P.C.
Michael M. Schmahl
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 558-1000

---

[1] Heritage specifically reserves its right to contest the effective date of any rejection and to assert any administrative, rejection damage or other claims that Heritage is or may be entitled to.