UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC. Et al.

Case No.: 05-03817-3F1
Jointly Administered

## CREDITOR'S MOTION TO FILE PROOF OF CLAIM OUT OF TIME

The undersigned creditor, Ruth Propp, hereby files this Motion to File her Proof of Claim Out of Time and as grounds therefore would state as follows:

1. The Creditor/Petitioner Ruth Propp sustained personal injuries when she fell at a Winn-Dixie store located in Bradenton, Florida, on or about April 9, 2004.

2. Ms. Propp subsequently retained the undersigned counsel to represent her in her personal injury claim. A demand for settlement was submitted to Winn-Dixie's claims management services on June 13, 2005.

3. By letter dated June 28, 2005, the general liability claims examiner/adjuster responded to Ms. Propp's demand and gave Ms. Propp the first notice of the pending bankruptcy. Although the adjuster states that all claims are stayed due to the bankruptcy, she also states that they were awaiting direction from Winn-Dixie and the bankruptcy court on how to proceed with the management of these claims. She further stated that as soon as she had the information, she would notify the appropriate parties. See attached Exhibit A.

4. Neither Ruth Propp nor her attorney were ever notified of the status of the bankruptcy

nor of the deadline of filing proofs of claim. The deadline has now passed.

5. Because the debtor's representative promised that she would notify the creditors of how to proceed and subsequently failed to do so, the interests of justice and fairness demand that Ms. Propp be permitted to file her Proof of Claim out of time. The Proof of Claim is being submitted contemporaneously herewith by paper-filing with Logan & Company7, Inc., the claims' handler for this case.

WHEREFORE the Creditor, Ruth Propp, respectfully requests that her Proof of Claim be accepted as filed.

By: _____
Paul A. Pysczynski
Florida Bar Number 0101321
And
Amy L. Sergent
Florida Bar Number 977039

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the FOREGOING has been furnished by US mail this 3rd day of October 2005, to Kerry Ledbetter, Sedgwick Claims Management Services, P.O. Box 24787, Jacksonville, FL 32241; and to Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043.

LANCASTER & EURE, P.A.
Post Office Drawer 4257
Sarasota, Florida 34230
(941) 365-7575
(941) 365-7590 FAX
Attorneys for Plaintiff

By: _____
Paul A. Pysczynski
Florida Bar Number 0101321
And
Amy L. Sergent
Florida Bar Number 977039                    /tms



# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

June 28, 2005

Lancaster & Eure, P.A.
Post Office Drawer 4257
Sarasota, FL  34230

Re: Claimant: Ruth Propp
    Claim #: A411204717
    Date of Accident: 04/09/2004
    Location: Winn-Dixie #0660
              3500 53rd Ave West, Bradenton, FL

Dear Sir or Madam:

In response to your demand letter dated 06/13/05, please be advised that Winn-Dixie Stores, Inc., and its subsidiaries, filed for reorganization under Chapter 11 in the United States Bankruptcy Court, Southern District of New York, on February 21, 2005. All claims with dates of loss prior to 12:01 AM EST February 21, 2005 are currently stayed due to the bankruptcy. We are awaiting direction from the client and the bankruptcy court on how to proceed with the management of these claims. As soon as we have this information, we will notify the appropriate parties.

Sincerely,

Kerry Ledbetter

Kerry Ledbetter
General Liability Claims Examiner III
(904) 419-5368

EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **Winn-Dixie Stores, Inc**     Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

**Ruth Propp**
**3500 El Conquistador Pkwy #119**
**Bradenton, FL 34210**

Telephone No. of Creditor: **(941) 365-7575**
Fax No. of Creditor: **(941) 365-7590**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☒ replaces address above  ☐ additional address
Name: **Amy L. Sergent, Esq.**
Company/Firm: **Lancaster; Eure, P.A.**
Address: **P.O. Drawer 4257**
**Sarasota, FL 34230**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☒ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated: ____

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other ____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract ____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: ____
Unpaid compensation for services performed from ____ to ____ (date) (date)

2. Date debt was incurred: **4/9/04**

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $**25,000.00 (est)** / $____ / $____ / $____
(unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____
Value of Collateral: $____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

6. ☒ Unsecured Nonpriority Claim $____
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: **8/17/05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Amy L. Sergent**  Title: **Attorney for Ruth Propp**
Signature: *[signed]*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.