**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION
## FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS

I certify that, on September 30, 2005, I caused to be served the Debtors' Motion for

Determination of Unresolved Reclamation Claims [Docket No. 3730] and corresponding Notice

of Hearing [Docket No. 3731], by having true and correct copies sent via (a) first-class mail,

postage pre-paid to the parties listed in Exhibit A and (b) e-mail service to the parties listed in

Exhibit B.

Dated: October 5, 2005

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors

## EXHIBIT A

A. Duda & Sons, Inc
Henry L Clark
PO Box 620257
Oviedo, FL 32762-0257

Admiralty Island Fisheries dba Aqua Star
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

AEP Industries, Inc
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Altadis USA Inc
Joseph Clark
5900 N Andrews Ave
Fort Lauderdale, FL 33309-2369

American Foods Group d/b/a Green Bay Dressed Beef
Daniel Urfer
544 Acme St
Green Bay, WI 54302

Baker & Taylor
Roger Lee
2550 West Tyvola Rd
Charlotte, NC 28217

Barilla America, Inc
Jim Allen
1200 Lakeside Dr
Bannockburn, IL 60015-1243

Beiersdorf Inc
Pat Cerone
187 Danbury Rd
5232 East 'Provident Drive
Wilton, CT 06897

Ben-Arnold Sunbelt Beverage Company
Mike Sisk
101 Beverage Blvd
Ridgeway, SC 29130

Benson's Inc.
Dan Hartley
134 Elder Street
P.O. Box 429
Bogart, GA 30622

Benson's Inc.
Darrel Begnaud
Begnaud & Marshall, LLP
Post Office Box 8085
Athens, GA  30603

Benson's Inc.
Stephen M. Miller
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19899

Bissell Homecare, Inc
James M Racinowski
2345 Walker - NW
Grand Rapids, MI  49544-2516

Blue Diamond Growers
c/o Fair Harbor Capital
875 Avenue of the Americas, Ste 2305
New York, NY 10001

Borden Dairy (Milk Products, LP)
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Bottling Group, LLC d/b/a The Pepsi Bottling Group
Renee Cohen
1100 Reynolds Blvd
PO Box 10
Winston-Salem, NC  27102-0010

Bunge North America, Inc
Karen Roebuck
11720 Borman Dr
PO Box 28500
St Louis, MO  63146-1000

Busch-Transou, LLC dba Tri-Eagle Sales
Michael Smernoff
3420 W Tharpe St
Tallahassee, FL  32303

Cadbury Adams USA, LLC
Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682

Cal-Maine Foods, Inc
Dolph Baker
3320 Woodrow Wilson Dr
PO Box 2960
Jackson, MS  39207

Cargill Inc.'s Salt
Jennifer Henderson
PO Box 5624
Minneapolis, MN  55440-5624

Cargill Inc.'s Sweeteners
Jennifer Henderson
PO Box 5624
Minneapolis, MN  55440-5624

Cargill Meat Solutions Corp.
Jennifer Henderson
PO Box 5624
Minneapolis, MN  55440-5624

Castleberry's Food Company
Richard J Sosnoski
PO Box 1010
Augusta, GA 30903

Chiquita Brands International
Douglas R Lipski
250 East Fifth St
Cincinnati, OH  45202

Chloe Foods
Jeffrey Siegel
3301 Atlantic Ave
Brooklyn, NY  11208

Chloe Foods
c/o ASM Capital II, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Coastal Beverage, Ltd
Jane Kelly
4747 Progress Ave
Naples, FL  34104

Coca-Cola Bottling Company (Durham)
 c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Coca-Cola Botting Company (Meridian)
William R Williams
2016 Highway 45 North
Meridian, MS   39302-5207

Community Coffee Company LLC
Annette Vaccaro
PO Box 791
Baton Rouge, LO  70821

Community Coffee Company LLC
Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA., 70821-2997

Consolidated Biscuit Company
c/o SPCP Group, LLC
Brian Jarmain
2 Greenwich Plaza
Greenwich, CT 06830

Continental Mills, Inc
Mark Harris
18125 Andover Park West
Seattle, WA  98188

Country Garden Silks
Wendell Finner
206A 15th Ave South
Jacksonville Beach, FL  32250-6324

Cumberland Swan Holdings, Inc
William Lowe
One Swan Drive
Smyrna, TN  37167

Dale's Sauces. Inc
Michael Levine
PO Box 130684
Birmingham, AL  35213

Delizza, Inc
Brian K Hill
3225 Shallowford Road, Ste 1120
Marietta, GA 30062

Dell Marketing, LP
Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave., Ste 900
Austin, TX 78701

Doane Pet Care Company
Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

Domino Foods, Inc
Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008

DSC Sales, Inc
Rocky Lipsey
PO Box 2123
Oldsmar, FL  34677-7123

Dynamic Scan, Inc.
Law Offices of Jeffrey Sarrow
Jeffrey Sarrow
300 South Pine Island Rd., Ste 304
Plantation, FL 33324

Eastman Kodak Company
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

ExxonMobil Chemical Company
Dennis H Moon
13501 Katy Ave
Houston, TX  77079-1398

Fabri-Kal
Howard W. Lynch
Plastics Place
Kalamazoo, MI  49001

Fieldale Farm Corporation
Susan Rushing
P.O. Box 558
Baldwin, GA   30511

Florida Crystals Food Corp
Erik J. Blomqvist
One North Clematis Street
West Palm Beach, FL 33401

Florida Crystals Food Corp.
Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008

Flowers Foods Specialty Group LLC
Missy Wilson
160 Big Star Drive
Thomasville, GA 31757

Foster Poultry Farms
Suzanne Koch
PO Box 198
Livingston, CA  95334-0198

Fresh Express Inc
Attn: Deesa Balasingam
PO Box 80599
Salinas, CA 93912-0599

Frieda's Inc
Tom Kieran
4465 Corporate Center Dr
Los Alamitos, CA  90720-2561

Friendship Dairies, Inc.
Joseph Murgolo
One Jericho Plaza
Jericho, NY  11753-1668

General Electric
Michael B. Bach
DeHaan & Bach
11256 Cornell Park Dr. Suite 500
Cincinnati, OH 45242

Gerber Products Company
Jeffrey J. Kippe
445 State Street
Freemont, MI  49413-0001

Gerber Products Company
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

GFA Brands, Inc.
William Keane
P.O. Box 397
Cresskill, NJ  07626-0397

Gonnella Frozen Products
Ronald Lucchesi
1117 E. Wiley Road
Schaumburg, IL  60173

Goya Foods, Inc.
Tony Sanchez
100 Seaview Drive
Secaucus, NJ  07096-1592

Gwaltney of Smithfield, Ltd
Jean D Moody
501 N Church St
PO Box 447
Smithfield, VA  23431

Henkel Consumer Adhesives
c/o Redrock Capital Partners, LLC
Attn: Craig Klein
111 S. Main St., Ste C11
PO Box 9095
Breckenridge, CO 80424

Henschel-Steinau
Shapiro & Croland
Attn: Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Fl.
Hackensack, NJ 07601

Hershey Foods
Michael P Knause
19 E Chocolate Ave
PO Box 819
Hershey, PA  17033-0819

Hershey Foods
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Carol Ann Slocum
475 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Irving Tissue, Inc.
Michael Keaton
Keaton & Associates, P.C.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

Irving Tissue, Inc.
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

John B. Stanfilippo & Son, Inc.
Puni Nagpal
2299 Busse Road
Elk Grove Village, IL  60007

King's Food Products
Donald M Samson
Law Offices of Donald M Samson
226 W Main St Suite 102
Belleville, IL    62220

Krispy Kreme
c/o ASM Capital II, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Krispy Kreme Doughnut Corp
John Burdette
PO Box 83
Winston-Salem, NC  27102

Lance, Inc.
c/o M.D. Sass Re/Enterprise Portfolio Co., L.P.
Marc Kirschner
10 New King St.
White Plains, NY 10604

Land O'Lakes, Inc
Simon Sanchez
PO Box 64101
St Paul, MN  55164-0101

Lea & Perrins, Inc
Denise Schradin
15-01 Pollitt Dr
Fair Lawn, NJ  07410-2795

Libbey
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Lorillard Tobacco Company
Kenneth Cherry
714 Green Valley Rd
Greensboro, NC  27408

Luigino's Inc
Thomas W Knuesel
525 Lake Avenue South
PO Box 16630
Duluth, MN  55816

Malt-O-Meal Company
c/o Hain Capital Investors, LLC
Ganna Liberchuk
201 Route 17, Ste 300
Rutherford, NJ 07070

Marcal Paper Mills, Inc.
c/o Madison Investment Trust - Series 4
Sally Meyer
6310 Lamar Ave., Ste 120
Overland Park, KS 66202

Maxell Corp of America
Joseph De Feo
22-08 Route 208
Fair Lawn, NJ  07410

Maybelline-Garnier
Octavia Fuller
PO Box 8805
Little Rock, AR  72231

McKee Foods Corp
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Metro Wholesale Grocers of New York
Noel W Hauser
Noel W Hauser and Associates
415 Madison Ave, 22nd Floor
New York, NY 10017

Metro-Goldwyn-Mayer Home Entertainment LLC
John Roussey
2450 Broadway St
Santa Monica, CA  90404-3036

Metro-Goldwyn-Mayer Home Entertainment LLC
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067

Mid-Gulf Bakery LLC
Chris Demetriou
850 Mid Florida
Orlando, FL  32824

Miss Becky Seafood (Safe Harbor Seafood)
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Mrs Stratton's Salads, Inc
Kelly O Parrish
380 Industrial Lane
PO Box 190187
Birmingham, AL  35219-0187

Multifoods
Jody D Anderson
111 Cheshire Lane
Suite 100
Minnetonka, MN  55305

National Tobacco
Edward L Hickerson
3029 Mulhammad Ali Blvd
PO Box 32980
Louisville, KY  40232-2980

NCR Corp
Hangley, Aronchick, Segal & Pudlin
Attn: Ashley Chan
One Logan Square, 27th Fl
Philadelphia, PA 19103

New Era Canning Company
Rick Ray
4856 First St
New Era, MI  49446

Novartis Consumer Health, Inc
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Pacific Coast Producers
Stewart Easton
631 N Cluff Ave
Lodi, CA  95240

Pacific Coast Producers
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Paramount Farms, Inc
Barbara Velasco
11444 W Olympic Blvd, Suite 250
Los Angeles, CA  90064

Paskert Distributing, Inc.
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Paul Mueller Company
Brad Reynolds
PO Box 828
Springfield, MO  6580

Peace River Distributing, Inc. (Budweiser)
Attn: Jeanette Deptula
9400 Piper Road
Punta Gorda, FL 33982

Pepsi-Cola Bottling Company of Hickory, NC
Michael Wingler
2401 14th Ave Circle NW
Hickory, NC  28601

Pepsi-Cola Winfield Alabama
Tracie Long
1766 Bankhead Highway
Winifield, AL 35594

Peter Pan Seafoods, Inc
Mark R Adams
2200 Sixth Avenue
Seattle, WA  98121-1820

Pharmacare Health Services, Inc
Hurley Partin Whitaker
500 N Harbor City Blvd, Suite D
Melbourne, FL  32935

Pom Wonderful LLC
Barbara Velasco
11444 W Olympic Blvd
Los Angeles, CA  90064

Premier Beverage
Jorge I Grau
9801 Premier Parkway
Miramar, FL  33025

Pro's Choice Beauty Care, Inc
Joseph Gewolb
2060 Ninth Avenue
Ronkonkoma, NY  11779

Processor's Choice Inc
PO Box 100153
105 South 25th Street
Irondale, AL  35210

Promotions Unlimited Corporation
Lowell Hanson
087601
Racine, WI  53408-7601

Provimi Veal Corp
c/o Madison Investment Trust - Series 3
Krista Stark
6310 Lamar Ave., Ste 120
Overland Park, KS 66202

Purcell International, Inc
William E Purcell
2499 N Main St
PO Box 5043
Walnut, CA  94596-1097

Quaker Sales & Distribution
David E Pilat
555 W Monroe St
Chicago, IL  60661-3716

Ranir Corporation
Carol L Nesbitt
4701 East Paris Avenue SE
Grand Rapids, MI  49512

Refron, Inc
Henry Swergold
Platzer, Swergold, Karlin, Levine, Goldberg, & Jaslow, LLP
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018

Republic Tobacco LP
Carole Field
2301 Ravine Way
Glenview, IL  60025

Rexam Beverage Can Company
Bruce M Bialy
8770 W Bryn Mawr Ave
Suite 175
Chicago, IL  60631-3655

Riverdale Farms, Inc.
c/o Hain Capital Investors, LLC
Ganna Liberchuk
201 Route 17, Ste 300
Rutherford, NJ 07070

R.L. Ziegler Co, Inc
3201 Kauloosa Ave
Tuscaloosa, AL  35403

R.L. Ziegler
J Russell Gibson, III
Phelps, Jenkins, Gibson & Fowler, LLP
1201 Greensboro Avenue
Tuscaloosa        AL        35401

Saf-T-Gard International
c/o Altradius Trade Credit Insurance
Dana Santilli
Campbell Blvd, Ste C
Baltimore, MD 21236

Schreiber Foods, Inc
c/o JP Morgan Chase Bank, NA
Lim Stanley
270 Park Ave., 17th Fl
NY, NY 10017

Schuster Marketing Corp.
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Schwan's Bakery, Inc
Jean Cosbey
2855 Rolling Pin Lane
Suwanee, GA  30024

Schwan's Bakery, Inc
Katrina Duis
115 W. College Drive
Marshall, MN 56258

Schwan's Bakery, Inc & Schwan's Consumer Brands North
America
c/o SPCP Group, LLC
Brian Jarmain
2 Greenwich Plaza
Greenwich, CT 06830

Schwan's Consumer Brands, North America, Inc.
Jill E. Haan
8500 Normandale Lake Boulevard, Suite 200
Bloomington    MN    55437

Scunci International
Joel S Paschke
Wildman, Harrold, Allen & Dixon LLP
225 W Wacker Dr
Chicago, IL    60606-1229

Sergeant's Pet Care Products
c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Signature Brands, LLC
Robert E Munn
PO Box 279
Ocala, FL  34478

Silver Eagle Distributors, Ltd
Ramon F Oyarzun
2600 N Roosevelt Blvd
Key West, FL  33040

Smithfield Packing Company, Inc
Jean D Moody
501 N Church St
PO Box 447
Smithfield, VA  23431

Southern Eagle Distributing
Jerry Curran
5300 Glades Cutoff Road
Fort Pierce, FL  34981

Southern Eagle Distributing
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Specialty Brands, LP
Stephen M. Miller
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899

Specialty Brands LP
Bobbie Shier
Dept 450
PO Box 4343
Houston, TX  77210

St Johns Beverage Company, Inc
Robin H Conner
1221 SE Veitch St
Gainesville, FL  32601

St Johns Beverage Company, Inc
c/o ASM Capital, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Sun & Fun Sales, Inc.
Law Offices of Jeffrey Sarrow
Jeffrey Sarrow
300 South Pine Island Rd., Ste 304
Plantation, FL 33324

SW (Red) Smith, IncCarl A Spatz
Gelb & Spatz
3400 Southwest Third Ave
Miami   FL        33145

Swedish Match North America, Inc.
Jennifer M. McLemore
Christian Barton, LLP
909 East Main Street, Suite 1200
Richmond        VA        23219

Sylvania Lighting Services
Mike O'Connor
100 Endicott St
Danvers, MA  01923

Sylvania Lighting Services
c/o ASM Capital II, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

Sysco Food Services - Jacksonville
David Czerw
1501 Lewis Industrial Dr.
Jacksonville, FL 32254

Sysco Food Services - Central Alabama
Louis W Diess, III
McCarron & Diess
4900 Massachusetts Ave, NW Suite 310
Washington      DC      20016

Sysco Food Services - South of Florida
Louis W Diess, III
McCarron & Diess
4900 Massachusetts Ave, NW Suite 310
Washington      DC      20016

Tai Foong USA
 c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Temple-Inland
Elizabeth Louw
1300 MoPac Expressway
Austin, TX  78746

Tyson Fresh Meats, Inc
Nathan Hodne
Legal Department
2210 West Oaklawn Dr
Springdale , AR  72762

U.S. Smokeless Tobacco Brands, Inc
Frank Riccio
100 West Putnam Ave
Greenwich, CT  06830

Upper Crust, Ltd.
c/o ASM Capital II, LP
Adam Moskowitz
7600 Jericho Turnpike, Ste 302
Woodbury, NY 11797

US Foodservice (Alabama) (PYA Monarch LLC)
Christine Underwood
PO Box 117
850 Selma Highway
Montgomery, AL 36101

Wayne, a division of Dresser, Inc
David C Kilpatrick
15455 Dallas Parkway
Suite 1100
Addison, TX  75001

Wenner Bread Products, Inc
c/o Madison Investment Trust
Sally Meyer
6310 Lamar Ave., Ste 120
Overland Park, KS 66202

Wise Foods, Inc
S.M. Pickerin
228 Raseley St.
Berwick, PA 18603

Worlds Kitchen
Ann Marie Brigido
1200 South Antrim Way
Greencastle, PA  17225

Worldwide Merchandise Resources Corp
Robert Kowal
55 E Grassy Sprain Rd
Suite 200
Yonkers, NY  10710

Worldwide Merchandise Resources Corp
 c/o Amroc Investments, LLC
Attn: David Leinwand
535 Madison Ave, 15th
NY, NY 10022

Zatarain's Partnership, LP
Regina Templet
82 First St
PO Box 347
Gretna, LA  70053

**EXHIBIT B**

Acadiana Bottling Co, Inc
Jim Angers, Jr
700 Kal Saloom
Lafayette, LA  70508
jima@acadianabottling.com

ACCO Brands, Inc
Joel S Paschke
Wildman, Harrold, Allen & Dixon LLP
225 W Wacker Dr
Chicago, IL      60606-1229
paschke@wildmanharrold.com

ACH Food Companies
Michael Hughes
7171 Goodleft Farms Parkway
Cordova, TN  38016
MHUGHES@achfood.com

Acme McCrary Corporation
Gene Simpson
P.O. Box 1287
Asheboro, NC  27204
gsimpson@acme-mccrary.com

Admiralty Island Fisheries dba Aqua Star
Anna White
2025 First Avenue
Suite 200
Seattle, WA  98121
awhite@aquastar.com

AEP Industries, Inc
Warshaw Burstein Cohen Schlesinger & Kuh, LLP
Attn: William E. Hammond
 555 Fifth Avenue
New York, NY 10017
whammond@wbcsk.com

Alberto Culver USA, Inc
James W Varey
2525 Armitage Ave
Melrose Park, IL  60160-1163
Jvarey@alberto.com

Albertville Quality Foods, Inc
Steve Williams
130 Quality Dr
PO Box 756
Albertville, AL  35950
stevew@qualityfoods.net

Alcoa Consumer Products
William Crawford
6603 W Broad St
Richmond, VA  23230
William.crawford@alcoa.com

Allegro Mfg Inc
Gary Doshay
7250 E Oxford Way
Commerce, CA  90040
garyd@allegromfg.com

Allen Flavors
Arizona Beverage Co., LLP
Hornell Brewing Co., Inc
Eric J Snyder
Siller Wilk LLP
675 Third Avenue
New York,  NY 10017-5704
esnyder@sillerwilk.com

Allen Beverages, Inc dba Pepsi Cola Bottling Co. of
Gulfport
H Grey Walker Jr
PO Box 2037
Gulfport, MI  39505
hwalker@abevinc.com

American Food Distributors
Macco & Stern, LLP
Attn: Richard L. Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
Fax: 631-549-7845
rstern@maccosternlaw.com

American Italian Pasta Company
Paul Geist
4100 N Mulberry Dr, Suite 200
Kansas City, MO  64116
pgeist@aipc.com

American Rice, Inc
C Bronson Schultz
PO Box 2587
Houston, TX  77252
Bschultz@AmRice.com; bronson.schultz@gruposos.com

Amstar Foods, LLC
John A Lindsay
400 Augusta St
Greenville, SC  29601
johnalind@yahoo.com

Amstar Foods, LLC
Thomas J Molony
Robinson, Bradshaw & Hinson, PA
101 N Tyron St Suite 1900
Charlotte, NC   28246
tmolony@rbh.com

Arizona Beverage Co, LLP
Eric J Snyder
Siller Wilk LLP
675 Third Avenue
New York,  NY 10017-5704
esnyder@sillerwilk.com

Anderson News Company
Jennifer M Voss
6016 Brookvale Lane
Suite 151
Knoxville, TN  37919
vossj@andersonnews.com; gstein@alston.com

Associated Brands
Becky L. Rath
P.O. Box 788
Medina, NY  14103
brath@associatedbrands.com

Austin (James Austin Company)
Harry Austin, Robert Downie
PO Box 827
115 Downieville Road
Mars, PA  16046-1942
hgaustin@jamesaustin.com; rdownie@jamesaustin.com

Azalea Gumbo
W Alexander Gray, Jr
Silver, Voit & Thompson
4317-A Midmost Dr
Mobile, AL  36609-5589
agray@silvervoit.com

Ballard Petroleum
Jeffrey J Guidry
Powers, Willard & Hightower, LLP
7967 Office Park Blvd
PO Box 15948
Baton Rouge, LA 70895
jguidry@powers-hightower.com

Bar-S Foods Co
Mike Suriano, Matt Kachaluba
3838 N Central Ave
Suite 1900
Phoenix, AZ  85012-9049
Msuriano@bar-s.com; mattk@bar-s.com;
Prathwell@swlaw.com

Bay City Produce
Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530
Phone: 516-408-3030
Fax: 516-408-7917
gerard@bmclaw.com

Bayer Corporate & Business Services, LLC
Shirley Beach
1884 Miles Avenue
Elkhart, IN  46514
shirley.beach.b@bayer.com

Beechnut Nutrition Corporation
John Cruciani
Blackwell Sanders Pepper Martin LLP
4801 Main St., Suite 1000
Kansas City, MO  64112
jcruciani@blackwellsanders.com

Belco Distributors
Fred S Kantrow
Law Offices of Avrum J Rosen
38 New Street
Huntington, NY 11743
fkantrow@avrumrosenlaw.com

Benson's Inc.
Darrel Begnaud
Begnaud & Marshall, LLP
Post Office Box 8085
Athens, GA  30603
Pone:706-316-1150
Fax:  706-316-1153
dbegnaud@athens1867.com

Benson's Inc.
Dan Hartley
134 Elder Street
P.O. Box 429
Bogart, GA  30622
dhartley@bensonsbakery.com

Benson's Inc.
Stephen M. Miller
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19899
Fax:   302-571-1750
smiller@morrisjames.com

BIC USA Inc.
Paul Floridia, Joan Evarts
500 BIC Drive
Milford, CT  6460
Paul.Floridia@bicworld.com; joan.evarts@bicworld.com

Birds Eye Foods
Cheryl L. Ranalletta
P.O. Box 20670
Rochester, NY  14602
cranalletta@birdseyefoods.com

Blue Diamond Growers
Dolly Foote
P.O. Box 1768
Sacramento, CA  95812
dfoote@bdgrowers.com

Borden Dairy (Milk Products, LP)
Jim Hannan
PO Box 60333
Lafayette, LA  70596
jmhannan@milkproductslp.com

Bristol Meyers Consumer Products
Andrew Cherry
2400 W Lloyd Expressway
Evansville, IN  47721-0001
andrew.cherry@bms.com '

Brown Bottling Group
Watkins, Ludlam, Winter & Stennis, P.A.
Attn: Kristina M. Johnson
633 North State St., PO Box 427
Jackson, MS 39205-0427
kjohnson@watkinsludlam.com

Burkhardt Sales and Service
Jorge Vega
3935 Inman Rd
St. Augustine, FL  32084
jvega@burkhardtsales.com

C.F. Sauer Co
Bill Hennesey
2000 West Broad St
Richmond VA, VA  23220
Bhennesey@cfsauer.com

Camerican International, Inc
Diane Lenahan
45 Eisenhower Dr
Paramus, NJ  7652
dlenahan@camerican.com

Cardinal Health
Michael Anderson,  Debra Willet
7000 Cardinal Place
Dublin, OH  43017
michael.anderson@cardinal.com;
Debra.willet@cardinal.com

Cardinal Health
Pitney Hardin LLP
Attn: Scott A. Zuber
PO Box 1945
Morristown, NJ 07962-1945
Phone: 973-966-6300
Fax: 973-966-1015
Szuber@pitneyhardin.com

Carthage Cup
Susie Scadden
505 E. Cotton
Carthage, TX  75633
Susie.Scadden@carthagecup.com

Carthage Cup
Andrew C Kassner
Drinker Biddle & Reath LLP
140 Broadway   39th Floor
New York        NY        10005-1116
andrew.kassner@dbr.com

Cascades Tissue Group
Jean P Breault
1200 Forest St
Eau Claire, WI  54703
pete_breault@cascades.com

Chambers Bottling Company, LLC
Bill Tatum
Lanier Ford Shaver & Payne PC
200 W Side Square,Suite 5000
Huntsville, AL 35801
WBT@LFSP.COM

Chattem, Inc
Rosa Elrod
1715 W 38th St
Chattanooga, TN  37409
Rosa.Elrod@chattem.com

Checkpoint Systems, Inc
Theresa Hellick
101 Wolf Dr
PO Box 188
Thorofare, NJ  8086
theresa.hellick@checkpt.com

CITGO Petroleum Corp
Stuart A Rains, Vickie J. Ervin
McQueen Rains & Tresch, PLLC
6100 S Yale Avem Suite 618
Tulsa, OK 74136
vervin@mcqueenrains.com

CNS, Inc
George Singer
Lindquist & Vennum PLLP
4200 IDS Center
80 South 8th Street
Minneapolis, MN        55402
gsinger@lindquist.com

CNS, Inc
Ann Block
7615 Smetana Lane
Eden Prairie, MN  55344
ablock@cns.com

Coca-cola Bottling Company Consolidated
Joyce L Roper
4115 Coca-Cola Plaza
Charlotte, NC  28211-3400
joyce.roper@ccbcc.com

Coca-Cola Bottling Company (Durham)
Ileana Correa
3214 Hillsborough Rd
PO Box 2627
Durham, NC  27705
ileanac@durhamcoke.com

Coca-Cola Bottling Company United Inc.
Bradley Arant Rose & White LLP
Attn: Danielle K. Greco
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35222
dgreco@bradleyarant.com

Coca-cola Bottling Company United Inc
Eric Steadman
4600 East Lake Blvd
Birmingham, AL 35201
ericsteadman@ccbcu.com

Coca-cola Enterprises, Inc (Northeast Mississippi)
Robert Clark
PO Box 968
110 Miley Road
Starkville, MI  39760
robertc@ccclark.com

Coca-Cola Enterprises Inc.
 St. John & Wayne, LLC
Attn: Todd Galante
Two Penn Plaza East
Newark, NJ 07105
Phone: 973-491-3600
Fax: 973-491-3555
tmg@stjohnlaw.com

Cole's Quality Foods, Inc
Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin, Cindy Havard
PO Box 352
Grand Rapids, MI 49501-0352
tjcurtin@varnumlaw.com, chavard@coles.com

Colgate-Palmolive Co
Cynthia Smith
2233 Lake Park Drive
Suite 300
Smyrna, GA  30080
cynthia_smith@colpal.com

Colorado Boxed Beef
Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
jmartin@simplawatlanta.com

Commonwealth Brands, Inc
Robert J Brown
Wyatt, Tarrant & Combs, LLP
250 W Main St Suite 1600
Lexington, KY  40507-1746
rbrown@wyattfirm.com

Conecuh Sausage Co.
Thomas L. Webb
Post Office Box 308
Meridian, MS  39302-0308
Phone: 601-483-1200
Fax: 601-483-2511
tlw@thomaswebb.com

Consolidated Biscuit Company
Kenneth C Baker
Eastman & Smith Ltd
One Seagate, 24th Floor
PO Box 10032
Toledo, OH       43699-0032
kcbaker@eastsmith.com

Conwood Sales Company, LP
Edward J Foster
813 Ridge Lake Blvd
PO Box 217
Memphis, TN  38101-0217
fostere@cwdlp.com;  cashw@cwdlp.com

Corr-Williams Company
James McCullough
Brunini, Grantham, Grover and Hewes PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, MI      39201
jmccullo@brunini.com

Coty LLC
Pam Gunter
PO Box 1026
Sanford, NC  27330
Pam_Gunter@cotyinc.com

Crowley Foods, LLC
James F Julian
95 Court St
PO Box 549
Binghamton, NY  13901
Jim.Julian@crowleyfoods.com

D.L. Lee & Sons, Inc
Louis F McBryan
Macey, Wilensky, Cohen, Wittner & Kessler, LLP
Suite 600, Marquis Two Tower
285 Peachtree Center Ave, NE
Atlanta GA       30303-1229
lmcbryan@maceywilensky.com

Dannon Company, Inc
Neal Bryce
100 Hillside Ave
White Plains, NY  10603-2863
Neal.Bryce@Dannon.com

Dannon Company, Inc.
Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
eheld@hilawfirm.com

Dart Container Corporation
Francis X. Liesman, II
500 Hogsback Rd
Mason, MI  48854
Frank_Liesman-CorporateCounsel@dart.biz

Dawn Food Products
Wendy D Brewer
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis     IN        46204-3535
wendy.brewer@btlaw.com

Degussa Flavors & Fruit Systems, LLC
Kevin E. Mann
23700 Chagrin Boulevard
Beachwood, OH  44122-5554
kevin.mann@degussa.com

Del Laboratories, Inc
Michael Lyons
178 EAB Plaza
PO Box 9357
Uniondale, NY  11553-9357
Michael_Lyons@dellabs.com

Del Pharmaceuticals, Inc
Michael Lyons
178 EAB Plaza
PO Box 9357
Uniondale, NY  11553-9357
Michael_Lyons@dellabs.com

Dolco Packaging
Gregory A Meyer
2110 Patterson St
PO Box 1005
Decatur, IN  46733-5005
gmeyer@dolco.net

Dole Packaged Foods Company
Craig Combs
One Dole Drive
Westlake Village, CA  91362
joe_mitchell@na.dole.com; craig_combs@na.dole.com

Domino Foods, Inc
John Kearney, Bill Tarr
1100 Key Highway East
Baltimore, MD  21230-5180
Jkearney@dominofoods.com;
Bill_Tarr@floridacrystals.com;  wtarr@dominofoods.com

EAS, Inc
Attn: Matthew J. Stickel
C/o Kohner Mann & Kailas
Bamabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
mstickel@kmklawfirm.com

Eastman Kodak Company
Carol Luciano
343 State St
Rochester, NY  14650
carol.luciano@kodak.com

Empress International Ltd
Bob Green
10 Harbor Park Dr
Port Washington, NY  11050
bobgreen8@optonline.net;  tim@empfish.com

Excalibur Seasoning Co, Ltd
Tom Hornstein
1800 Riverway Dr
PO Box 1047
Pekin, IL  61554
tom@excaliburseasoning.com

ExxonMobil Lubricants & Petroleum Specialties
Julie S Valentine, Beth Brown
4500 Dacoma St
Copr BH3-438
Houston, TX  77092
julie.s.valentine@exxonmobil.com;
beth.e.brown@exxonmobil.com

Falcon Farms
c/o Todtman, Nachamie, Spizz & Johns, PC
Attn: Alex Spizz
425 Park Ave
New York, NY 10022
aspizz@tnsj-law.com

Falcon Farms
c/o Colodny, Fass, Talenfeld, Karlinsky & Abate
Attn: Joel Fass
2000 W. Commercial Blvd., Ste 232
Ft. Lauderdale, FL 33309
Phone: 954-492-4010
Fax: 954-492-1144
jfass@cftlaw.com

Falcon Farms
Jairo Rengifo
2330 N.W. 82nd Ave.
Miami, FL  33122
Phone: 305-477-8088
jrengifo@falconfarms.com

Falcon Farms
c/o Credit Suisse
Attn: Wendy Beer
11 Madison Ave., 5th Fl.
New York, NY 10010
wendy.beer@csfb.com

Fastener For Retail, Inc
Amy L Bates
28900 Fountain Parkway
Cleveland, OH  44139
abates@ffr.com

First Coast Pallet
Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

First Quality Hygienic, Inc.
Phillis Clark
Clinton County Industrial Pkwy
P.O. Box 330
McElhattan, PA  17748
pclark@firstquality.com

Fiskars Brands
Kyle Hodel
2537 Daniels Street
Madison, WI  53718
khodel@fiskars.com

Flowers, Inc. Balloons
Roy Drinkard, Christian Waterfill
325 Cleveland Road
Bogart, GA  30622
rdrinkard@flowersincballoons.com;
cwaterfill@flowersincballoons.com

Foster Poultry Farms
Suzanne Koch
PO Box 198
Livingston, CA  95334-0198
Kochs@fosterfarms.com

Frito-Lay
Attn: Scott Johnson
7701 Legacy Drive 38-109
Plano, TX 75024
Phone: 972-334-7405
Fax: 972-334-7237
scott.johnson@fritolay.com

Front End Services
Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789
stacey.jernigan@haynesboone.com;
mark.elmore@haynesboone.com

Frozen Specialties, Inc.
Kenneth C. Dippman
1465 Timberwold Drive
Holland, OH  43528
Ken.Dippman@frozenspecialties.com;
Lori.Hickman@frozenspecialties.com

Gerber Products Company
Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
eheld@hilawfirm.com

GFA Brands, Inc.
William Keane
P.O. Box 397
Cresskill, NJ  07626-0397
wkeane@gfabrands.com

Gold Coast Eagle Distributing, Budweiser
Eric Condren
2150 47th Street
Sarasota, FL  34234
Econdren@gceagle.com

Gold Kist, Inc.
Don Woods
244 Perimeter Center Parkway, NE
Atlanta, GA  30346-2397
don.woods@goldkist.com

Hallmark Cards
Doug Alderman
2501 McGee
Box 419580
Kansas City, MO  64141-6580
dalder@hallmark.com; bkatz1@hallmark.com

Hamilton Beach/Proctor-Silex Inc.
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060
Phone: 804-273-9777
Fax: 804-527-7268
bill.ray@hamitonbeach.com

Hanover Foods Corporation
Steven E. Robertson
P.O. Box 334
Hanover, PA  17331
Steve.robertson@hanoverfoods.com

Hasbro, Inc.
Judith A. Smith, Frada Salo
200 Narragansett Park Dr.
Pawtucket, RI  02862-0200
judysmith@hasbro.com; fsalo@hasbro.com

Heinemann's Inc
Konstantinos Armiros
Arnstein & Lehr LLP
120 S Riverside Plaza    Suite 1200
Chicago          IL         60606-3910
karmiros@arnstein.com

Heluva Good LLC
James F Julian
95 Court St
PO Box 549
Binghamton, NY  13901
Jim.Julian@crowleyfoods.com

Henkel Consumer Adhesives
Brenda Hylton
32150 Just Imagine Dr.
Avon, OH  44011
Brenda.Hylton@us.henkel.com

Hobart Corporation
Cathy L Bice
701 S Ridge Ave
Troy, OH  45374-0001
Cathy.Bice@hobartcorp.COM

Hormel Foods Corp.
Ford Symonds
1 Hormel Place
Austin, MN  55912-3680
fhsymonds@hormel.com

HP Hood LLC
David E Howes
1250 East Street South
Suffield, CT  6078
David.Howes@hphood.com

Iberia World Foods Corp
Lydia Greenstein
12300 NW 32nd Ave
Miami, FL  22167
Lgreenstein@nsbottle.com

Interstate Brands Corporation
Attn: Todd W. Ruskamp, Doris Retzlaff
c/o Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108-2613
truskamp@shb.com, dretzlaff@shb.com

Jarden Home Brands (fka Alltrista Consumer Products)
Ben Caughey
Ice Miller
P.O. Box 82001
Indianapolis    IN      46282-0200
ben.caughey@icemiller.com

Ja-Ru, Inc.
Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
eheld@hilawfirm.com

Jennie-O Turkey Store
Ford Symonds
1 Hormel Place
Austin, MN  55912-3680
fhsymonds@hormel.com

JJ Keller & Assocuates, Inc
Scott C Burmeister
3003 W Breezewood Lane
PO Box 368
Neenah, WI  54957-0368
Sburmeister@JJKeller.com

Johnsonville Sausage LLC
Joy Krugel
PO Box 786
Sheboygan, WI  53082-0786
Jkrugel@johnsonville.com

Jones Dairy Farm
Attn: Matthew J. Stickel
C/o Kohner Mann & Kailas
Bamabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
mstickel@kmklawfirm.com

Just Born
Susan Szilagyi
1300 Stefko Blvd.
Bethlehem, PA  18017-6672
sszilagyi@justborn.com

Kao Brands Company
Ronald P Lynch
2535 Spring Grove Avenue
Cincinnati, OH  45214
ron.lynch@kaobrands.com

Kemps LLC
Steve Carlson
2929 University Ave SE
PO Box 9481
Minneapolis, MN  55440-9481
s.carlson@kemps.com

Kennesaw Fruit & Juice
Attn: Ed Zukerman
1300 SW First Court
Pampano Beach, FL  33069
ezukerman@kennesawfruitandjuice.com

Klement Sausage Company, Inc
Howard, Solochek & Weber, S.C.
Attn: Bryan M. Becker
324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202
Phone: 414-272-0760
Fax: 414-272-7265
bbecker@hswmke.com

Knouse Foods, Inc
Kellie Raub
800 Peach Glen - Idaville Rd
Peach Glen, PA  17375-0001
kraub@Knouse.com

Kozy Shack Enterprises, Inc
Suzanne Cruse, Ann Dunn
83 Ludy St
PO Box 9011
Hicksville, NY  11802-9011
scruse@kozyshack.com;  Adunn@KOZYSHACK.COM

Krispy Kreme of South Florida, LLC
Stephen L Yonaty
Hodgson Russ LLP
One M&T Plaza          Suite 2000
Buffalo          NY          14203-2391
syonaty@hodgsonruss.com

Krispy Kreme Doughnut Corp
John Burdette
PO Box 83
Winston-Salem, NC  27102
jburdett@krispykreme.com
bkiser@krispykreme.com

Krispy Kreme Doughnut Corp
c/o Allman Spry Leggett & Crumpler
Attn: Leggett R Bradford Esq
380 Knollwood St, Ste 700
Winston-Salem, NC 27113-5129
Rbleggett@allmanspry.com

L&R Farms
Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503
Phone: 770-536-3381
Fax: 770-531-1481
bpatten@sgwfirm.com

Lake Place Groves, LLC (Lake Placid)
Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602
Phone: 813-229-1700
Fax: 813-229-1707
ecf@jennisbowen.com

Laura's Lean Beef
Wyatt, Tarrant & Combs, LLP
Attn: John P. Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746
Phone: 859-233-2012
Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Lea & Perrins, Inc.
Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
eheld@hilawfirm.com

Libbey
Jayson A Zielinski
PO Box 10060
300 Madison Ave
Toledo, OH  43699-0060
zielija@libbey.com

Loreal Paris
Attn: Patrick Ackerman
35 Broadway Road
Cranbury, NJ  08512
packerman@us.loreal.com

Malt-O-Meal Company
Nancy M Johnson
2700 IDS Tower
80 South 8th St
Minneapolis, MN  55402-2297
Nancy_Johnson@Malt-O-Meal.com

Marcal Paper Mills, Inc
Barbara A Mahoney
1 Market St
Elmwood Park, NJ  07407-1451
Barbaram@marcalpaper.com

Maritime Products International, Inc.
Thomas R Walker
Troutman Sanders LLP
600 Peachtree St, NE    Suite 5200
Atlanta GA        30308-2216
thomas.walker@troutmansanders.com

McCormick & Company, Inc
Austin Nooney
211 Schilling Circle
Hunt Valley, MD  21031-1100
Phone: 410-527-6050
Fax: 410-527-6262
austin_nooney@mccormick.com

McKee Foods Corp
Valerie Phillips
PO Box 2118
Collegedale, TN  37315-2118
valerie_phillips@mckee.com

Mead Johnson & Company
Andrew Cherry
2400 W Lloyd Expressway
Evansville, IN  47721-0001
andrew.cherry@bms.com '

Menu Foods, Inc
Mark A Wiens
9130 Griffith Morgan Lane
Pennsauken, NJ  8110
lenhart.chris@dorsey.com;
mwiens@menufoods.com

Meyer's Bakeries, Inc
Kimberly W Tucker
Wright, Lindsey & Jennings LLP
200 W Capitol Ave       Suite 2300
Little Rock        AR        72201-3699
ktucker@wlj.com

Michael Foods, Inc
Mike Wolcott, Jerry Knecht
301 Carlson Parkway
Suite 400
Minnetonka, MN  55305
Michael.Wolcott@michaelfoods.com;
Jerry.Knecht@michaelfoods.com

Miss Becky Seafood dba Safe Harbor
Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K. Jones
501 West Bay Street
Jacksonville, FL 32202
Phone: 904-356-1306
Fax: 904-354-0194
rkjones@mwpplaw.com

Miss Becky Seafood dba Safe Harbor
Michelle Tuttle
4371 Ocean Street
Mayport, FL  32233
michelle@safeharborseafood.net

Mosby's Packing Company, Inc
Thomas L. Webb
Post Office Box 308
Meridian, MS  39302-0308
Phone: 601-483-1200
Fax: 601-483-2511
tlw@thomaswebb.com

Mott's LLP
Richard W. Ward, Esq
2527 Fairmount St
Dallas, TX 75201
Phone: 214-220-2402
Fax: 214-871-2682
Rwward@airmail.net

National Distribution Company, Inc
Dennis J Connolly
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree St
Atlanta, GA        30309-3424
dconnolly@alston.com

NCR Corp
Edward W Mayer
1700 S Patterson Blvd
SDC-3
Dayton, OH  45479
 em129230@ncr.com

New York Frozen Foods, a division of T. Marzetti
Denise Newman
1105 Schrock Road
PO Box 29163
Columbus, OH  43229-0163
Dnewman@marzetti.com

Newell Rubbermaid Inc
Gary Popp
29 E Stephenson St
Freeport, IL  61032
gary.popp@newellco.com

North Coast Processing, Inc (ED Smith USA, Inc)
Mark G Claypool
Knox McLaughlin Gornall & Sennett, PC
120 W Tenth St
Erie     PA     16501-1461
mclaypool@kmgslaw.com

Novartis Consumer Health, Inc
Jodu Bunce
445 State Street
Freemont, MI  49413-0001
jodi.bunce@novartis.com

Novartis Consumer Health, Inc.
Held & Israel
Attn: Edwin W. Held
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
eheld@hilawfirm.com

On-Cor Frozen Foods, LLC
Bill Shereos
627 Landwehr Rd
Northbrook, IL  60062
bshereos@on-cor.com

Otis Spunkmeyer Inc
Kathy L. Soliz
14490 Catalina St
San Leandro, CA  94577
ksoliz@spunkmeyer.com

Paskert Distributing, Inc.
Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601
lfoyle@kasslaw.com

Peace River Citrus Products, Inc
Andrew Taylor, Gregg Vitale
4104 NW US Hwy. 72
Arcadia, FL 34266
andyt@prcp.net;  GreggV@prcp.net

Pennington Seed, Inc
Joe Jefferson
PO Box 290
Madison, GA  30650
JoeJefferson@PenningtonSeed.com

Pepperidge Farm
Kate Greeley
Credit Analyst
Campbell Soup Company
1 Campbell Place, SW4
Camden, NJ  08103
Katherine_Greeley@campbellsoup.com

PepsiAmericas, Inc
Steven M Zanin
3501 Algonquin Rd
Rolling Meadows, IL  60008-3103
steven.zanin@pepsiamericas.com

Pepsi-Cola Bottling Company of Hickory, NC
Michael Wingler
2401 14th Ave Circle NW
Hickory, NC  28601
mwingler@pepsihky.com

Pepsi-Cola Bottling Company of Charlotte, Inc
Darrell M Kiggans
PO Box 241167
Charlotte, NC  28224-1167
dkiggans@pepsicharlotte.com

Pepsi Cola Bottling of Greenville, SC (Beverage South)
James W Davis
PO Box 3567
Greenville, SC  29608
jimmy.davis@pepsigvl.com

Perfetti Van Melle USA Inc
Christine Turner
3645 Turfway Rd
Erlanger, KY  41018
Christine.Turner@us.pvmgrp.com

Perrigo
Dan Cullinan, Alan Bennett
515 Eastern Ave
Allegan, MI  49010
dcullina@perrigo.com; AlanBennett@lwr.com

Personal Optics
Rachel Sanchez
1331 S State College Blvd
Fullerton, CA  92831
rsanchez@personaloptics.com

Phoenix Brands, Inc
Michael R Enright
Robinson & Cole LLP
280 Trumbull St
Hartford, CT    06103-3597
menright@rc.com

Pilgrim's Pride Corp
Tonia Duffee, Jason Staib
PO Box 93
Dept 24
Pittsburg, TX  75686-0093
staib@blankrome.com; tduffee@pilgrimspride.com

Pioneer Paper & Plastics, Inc
c/o Ford, Bowlus, Duss, Morgan, Kenney, Safer &
Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257
mbowlus@fjbd.com; kschnauss@fjbd.com

Provimi Veal Corp
Amy Daanen
W2103 Country Rd VV
Seymour, WI  54165
adaanen@provimifoods.com

RC2 Brands, Inc
Cheryl Barry
Highways 136 & 20
PO Box 500
Dyersville, IA  52040-0500
cabarry@rc2corp.com

Red Gold, LLC
John Paffen
PO Box 83
Elwood, NJ  46036
Jpaffen@REDGOLD.com

Refreshment Services, Inc
Michelle Kimbo
3400 Solar Ave
Springfield, IL  62707
michelle.kimbro@rspepsi.com

Reily Foods Company
Lee Albright
640 Magazine St
New Orleans, LA  70130
lalbright@rfoods.com

Republic Plastics, LTD
James V Hoeffner
Thompson, Coe, Cousins, & Irons, LLP
701 Brazos      Suite 1500, Austin Centre
Austin, TX      78701
jhoeffner@thompsoncoe.com

Reser's Fine Foods. Inc
Chimene Gowen-Houtsager
15570 SW Jenkins Rd
Beaverton, OR  97006
chimeneg@resers.com

River City Traders, Inc
Scott Olson
10665-B Suite 1 Ridgeway Industrial Dr
Olive Branch, MS  38654
SOLSON@CENTURYTEL.NET

Riverdale Farms, Inc.
Broad and Cassel
Attn: C. Craig Eller
One North Clematis St., Ste 500
West Palm Beach, FL 33401
Phone: 561-832-3300
Fax: 561-650-1153
celler@broadandcassel.com

Riviana Foods, Inc.
Locke Liddell & Sapp LLP
Attn: Thomas H. Grace
600 Travis Street
3400 Chase Tower
Houston, TX  77002
hobankecf@lockeliddell.com

Rockline Industries
Jenny Welsch
1113 Maryland Ave
Sheboygan, WI  53081
jlwelsch@rocklineind.com

Ross Products Division, Abbot Laboratories, Inc.
Attn: Matthew J. Stickel
C/o Kohner Mann & Kailas
Bamabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
mstickel@kmklawfirm.com

Russell Oil Company
Charles N Parnell
Parnell & Crum PA
641 S Lawrence St
Montgomery     AL      36104
cnparnell@parnellcrum.com

Saf-T-Gard International
Sherry Carlin
205 Huehl Rd
Northbrook, IL  60062
scarlin@saftgard.com

Sanford LP, Rubbbermaid Home Products
Gary Popp
29 E Stephenson St
Freeport, IL  61032
gary.popp@newellco.com

Schering-Plough HealthCare Products
John Glynn
3030 Jackson Ave
PO Box 377
Memphis, TN  38151
john.glynn@spcorp.com

Schichk Wilkinson Sword, division of Energizer
Kevin R Carter
533 Maryville University Dr
St Louis, MO  63141
KevinR.Carter@energizer.com

Schreiber Foods, Inc.
Kirkpatrick & Lockhart Et Al
Attn Timothy C Bennett, Esq
599 Lexington Avenue
New York, NY 10022
tbennett@klng.com

Schreiber Foods, Inc
Attn Kris Skupas
425 Pine Street
PO Box 19010
Green Bay, WI 54307-9010
kris.skupas@schreiberfoods.com; jes@lcojlaw.com

Schuster Marketing Corp
Lisa Fosbrook
6223 W Forest Home Ave
Milwaukee, WI  53220
lisaf@blitzpowermints.com; heidis@blitzpowermints.com

Schwan Food Company
Katrina Duis
115 W. College Drive
Marshall, MN 56258
Phone: (507) 537-8128
Fax:  (507) 537-8405
Katrina.Duis@schwans.com

Schwarzkopf & Henkel
Rachel Lisk
1063 McGaw Ave
Suite 100
Irvine, CA  92614
rachel.lisk@us.henkel.com

Scunci International
Joel S Paschke
Wildman, Harrold, Allen & Dixon LLP
225 W Wacker Dr
Chicago, IL      60606-1229
paschke@wildmanharrold.com

Seneca Foods Corp
Jane E Sloan, J. Allen
3736 S Main St
Marion, NY  14505
JSLOAN@senecafoods.com;  jallen@jaeckle.com

Sergeant's Pet Care Products
Syd Homan
2637 S 158th Plaza, Suite 100
Omaha, Nebraska  68130
Shoman@sergeants.com

Simmons Allied Pet Foods, Inc
Andrew R. Turner
Conner & Winters
100 West Center Street, Suite 200
Fayetteville, AK 72701
aturner@cwlaw.com

Southeast Provisions, LLC
Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057
Phone: 856-235-6710
Fax: 856-235-6898
rrg@rglawgroup.com

Southern Wine & Spirits of Florida
Joseph T Moldovan
Morrison Cohen LLP
909 Third Ave
New York, NY 10022
jmoldovan@morrisoncohen.com

Swift & Company
Clayton Edmonds
1770 Promontory Circle
Greeley, CO  80634
cedmonds@swiftbrands.com

Swisher International, Inc
Carrie Baris
Buss Ross Gardner Warren & Rudy PA
220 South Franklin St
Tampa  FL       33602
cbaris@bushross.com

T Marzetti Company,  New York Frozen Foods
Denise Newman
1105 Schrock Road
PO Box 29163
Columbus, OH  43229-0163
Dnewman@marzetti.com

Tai Foong USA, Inc
David C Neu
Preston Gates Ellis LLP
925 Fourth Ave, Suite 2900
Seattle  WA     98104-1158
dneu@prestongates.com

Tate & Lyle Sucralose, Inc
Gary Durbin
2200 East Eldorado St
Decatur, IL  62525
Gary.Durbin@tateandlyle.com

The Father's Table Company
Barry J Voodre, Matthew Matheney
2100 Country Club Rd
Sanford, FL  32771
bvoodre@thefatherstable.com;
mmatheney@frantzward.com

The Great Fish Company
Simpson Law Offices
Attn: James W. Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305
jmartin@simplawatlanta.com

The Hartz Mountain Corporation
Carolina Calderon, Max Marx
400 Plaza Drive
Secaucus, NJ  07094-3688
Ccalderon@hartz.com; mmarx@hartz.com

The Jel Sert Company
Ronald L. Motsinger
P.O. Box 261
West Chicago, IL  60186-0261
rmotsinger@jelsert.com

The Minute Maid Company
Ruby Watts, Sandra Lawrence
PO Box 2079
Houston, TX  77252
rwatts@na.ko.com;  slawrence@na.ko.com

The Scotts Company & Subsidiaries
Jeff Marsh, Dave Robinson
14111 Scottlawn Rd
Marysville, OH  43041
jeff.marsh@scotts.com; dave.robinson@scotts.com

The WE Bassett Company, Inc
Beverly Kamaitis
100 Trap Falls Road Extension
Shelton, CT  6484
Bkamaitis@trim.com

Tree of Life Inc (Gourmet Awards)
Sheila Sagaer
405 Golfway West Dr
St. Augustine, FL  32095
SagearS@treeoflife.com

Turtle Wax, Inc
Chris Kish, Maureen Asencio
5655 West 73rd St
Chicago, IL  60638
ckish@turtlewax.com;  masencio@turtlewax.com

United Sugars Corp.
Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St., Ste 2300
Minneapolis, MN 55402
Phone: 612-335-15000
Fax: 612-335-1657
larry.ricke@leonard.com

Upper Crust, Ltd
William Franklin Warren, III, Esq
Warren & Martzin LLC
150 Milestone Way       Suite A
Greenville, SC 29615
frank@warrenandmartzin.com

Vanguard Plastics, Inc
William C Seanor, Lawrence G. Johnson, Emmanuel
Dubois, Jessie Herrera
4555 Langland Rd
Farmer Branch, TX  75244
bseanor@vplast.com;  ljohnso@vplast.com;
edubois@vplast.com;  jherrera@akingump.com

Vestcom New Century LLC
Rodney E Stuteville
301 Gardner Dr
New Century, KS  66031-1119
rstuteville@vestcom.com

Welch Foods, Inc
Gerard LeBlanc
575 Virginia Road
PO Box 9101
Concord, MA  01742-9101
gleblanc@welchs.com;  eshin@welchs.com

Wenner Bread Products, Inc
Joseph Sessa
33 Rajon Rd
Bayport, NY  11705
joes@wennerbread.com

Westin Foods, Inc
McGrath North Mullin & Krath, PC LLO
Attn: James J. Niemeier
First National Tower, Ste 3700
1601 Dodge St.
Omaha, NE 68102
jniemeier@mnmk.com

Whink Products Company
Clark Lawler
1901 15th Avenue
Box 230
Eldora, IA  50627
clawler@dodgerindustries.com

Willert Home Products, Inc
Jeanne Sumner
4044 Park Ave
St Louis, MO  63110
Jsumner@willert.com

WOW Dinnerware
c/o Lang & Baker, PLC
Attn: Kent A. Lang, Suzanne Keller Weathermon
8233 Via Paseo del Norte, Suite C-100
Scottsdale, AZ 85258
klang@lang-baker.com ; sweathermon@lang-baker.com

WOW Dinnerware
c/o Shutts & Bowen LLP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801
abrumby@shutts-law.com

Wyeth Consumer Healthcare
Charlotte Fox
PO Box 26609
Richmond, VA  23261-6609
FOXC@wyeth.com