IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN-DIXIE STORES, INC.,** *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF
SARAH ROBINSON BORDERS IN SUPPORT OF
EMPLOYMENT OF KING & SPALDING LLP**

I, Sarah Robinson Borders, hereby state and declare as follows:

1. I am a partner in the firm of King & Spalding LLP ("King & Spalding") and a resident in the firm's office located at 191 Peachtree Street, Atlanta, Georgia 30303. I am duly authorized to make this Declaration on behalf of King & Spalding, and I make this Declaration in support of the Application of Winn-Dixie Stores, Inc. and its affiliated debtor entities (collectively, the "Debtors") for the approval of their retention of King & Spalding as legal counsel in the above-referenced bankruptcy cases (the "Application"). The facts set forth in this Declaration are personally known to me, and, if called as a witness, I could and would testify thereto. Unless otherwise defined, all capitalized terms used herein have the meanings given to them in the Application.

2. King & Spalding has been retained by the Kellogg Company, an affiliate of one of the Debtors' 50 largest unsecured creditors, in connection with a matter unrelated to the Debtors or their bankruptcy cases. To the best of my knowledge, the Kellogg Company is not involved in any of the matters for which King & Spalding serves as the Debtors' special counsel.

ATL_IMANAGE-3864737

-2-

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 5, 2005, at Atlanta, Georgia.

*/s/ Sarah R. Borders*
Sarah Robinson Borders