UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                        )     Jointly Administered

## AMENDED CERTIFICATE OF SERVICE

I certify that a copy of Debtors' Motion for Determination of Unresolved Reclamation Claims (Docket No. 3730) and Notice of Hearing thereon (Docket No. 3731) was furnished electronically and/or by mail on September 30, 2005 to those parties on the attached Master Service List.

Dated: October 5, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By   *s/ Cynthia C. Jackson*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425