UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

## ORDER TO PROCEED IN FORMA PAUPERIS

This case came upon the Motion to Proceed in Forma Pauperis filed by Wayne Boyd on October 3, 2005, and the Court having reviewed the Declaration in Support of Motion and being fully advised, it is

**ORDERED:**

1. Wayne Boyd is allowed to proceed in forma pauperis pursuant to 28 U.S.C. §1915. See, In re Palestino, 2 C.B.C.2d 440 (Bkrptcy. M.D. Fla. 1980)..

2. The filing fee for Motion for Relief From Stay is waived..

**DATED October 5, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Wayne Boyd, 332 Girard Street, Baird, TX 79504