UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER DENYING MOTION TO EXCUSE FROM HEARING

Upon consideration of the Motion to Excuse Movant from hearing on Motion for Relief From Stay filed by Wayne Boyd on October 3, 2005, the Court finds the Motion for Relief From Stay scheduled for hearing on October 31, 2005 at 2:00 p.m. is an evidentiary hearing. The movant must appear to present evidence to support his motion. It is

**ORDERED:**

The Motion to Excuse Movant from hearing on Motion for Relief From Stay is denied.

DATED October 5, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Wayne Boyd, 332 Girard St., Baird, TX 79504