# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:                                                    )        **Chapter 11**
                                                          )
**WINN-DIXIE STORES, INC.,**                              )
**et al.**,                                               )        **Case No. 3: 05-bk-03817-JAF**
                                                          )
    **Debtors.**

## SECOND AMENDED CERTIFICATE OF SERVICE

Comes now your Movant, Vera Volovecky, by and through her attorney of record, Brian P. Britt and hereby amends the Certificate of Service in the previously filed Motion for Relief from Stay and shows unto the Court as follows:

1. Movant filed a Motion for Relief from Stay on July 12, 2005 and served a copy of this Motion on the Debtor by first class United States mail addressed to: Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699 and upon Debtor's attorney, Adam Ravin by first class United States mail addressed to Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, New York 10036.

2. The US Trustee, Counsel for the Unsecured Creditor's Committee and all other parties in interest pursuant to Local Rule 1007(d) were served by electronic notification.

Wherefore, your Movant prays that this Honorable Court will set the Motion for Relief from Stay on file herein for hearing at a date and time convenient to the Curt and the parties.

Respectfully Submitted,

   /s/ BRIAN P. BRITT_____
BRIAN P. BRITT