UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON OCTOBER 7, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on October 7, 2005 at 9:30 a.m. (ET):

**A.  Uncontested Matters**

1.  *Motion for Order Authorizing and Approving (i) Retroactive Rejection of Real Property Leases and Subleases and (ii) Abandonment of Related Personal Property (Docket No. 3487)*

    Objection Deadline:  September 30, 2005.

    Objections:  No objections have been filed.

    Status:  The Debtors will proceed with the Motion.

B. **<u>Contested Matters</u>**

1. *Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims (Docket No. 2976)*

    Objection Deadline: Expired.

    Objections:  (a) Creditors' Committee (Docket No. 3201); and
    (b) U.S. Trustee (Docket No. 3202).

    Status: By Order dated September 1, 2005, the Motion was approved by the Court with respect to all issues, other than the Debtors' request for authority to make cash settlement payments of $5,000 or less without further Court approval (the "Cash Settlement Issue"). The Debtors continued the hearing on the Motion with respect to the Cash Settlement Issue to October 7, 2005. The Debtors will proceed with the Motion.

2. *Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

    Purchaser(s):  (a) Valrico Partners, LP, **Store No. 716** (Docket No. 3376); and
    (b) FW NC-Shoppes of Kildare, LLC, **Store No. 803** (Docket No. 3378).

    Objections to Sales: No objections have been filed.

    Status: The Debtors will proceed with the Motion as to the Purchasers as noticed.

3. *Motion for Order (A) Deeming Utilities Adequately Assured of Payment (B) Prohibiting Utilities from Altering, Refusing or Discontinuing Services and (C) Establishing Procedures for <u>Resolving Requests for Additional Assurances (Docket No. 23)</u>*

This Motion was granted with respect to all non-objecting utilities by Order of Judge Drain dated March 10, 2005 (Docket No. 360). The Motion remains pending only with respect to the remaining objecting utility, Florida Power Corporation

| | |
|---|---|
| Objection Deadline: | Expired. |
| Remaining Objections: | Florida Power Corporation (Docket No. 260). |
| Status: | The Debtors have resolved the objection of Florida Power Corporation. Florida Power and the Debtors have agreed to continue this matter until November 4, 2005 to permit the settlement to be documented. |

4. *Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of <u>Nonresidential Real Property (Docket No. 2983)</u>*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | PMG Ocean Associates, LP **Store No. 260** (Docket No. 3192). |
| Status: | The Debtors have resolved the objection of PMG Ocean Associates and will submit an agreed order. |

5. *Motion for Order Authorizing and Approving (i) Rejection of Real Property Leases and Subleases (ii) Abandonment of Related Personal Property and (iii) the Settlement Agreement with E.W. James (Docket No. 3489)*

Objection Deadline: September 30, 2005.

Objections: Bennett Lifter (Docket No. 3718).

Status: The Debtors will proceed with the Motion, except for Bennett Lifter's lease. The Debtors will continue the Motion as it relates to Mr. Lifter's lease to November 4, 2005.

6. *Bennett Lifter's Emergency Motion to Cancel or Continue (Docket No. 3720)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: Because of the continuance of Docket No. 3718 to November 4, 2005, the Debtors will submit an order denying this Motion as moot.

Dated: October 6, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00510771