UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER DENYING MOTION FOR RELIEF
FROM STAY FILED BY EUGENE MITCHELL AND
RHONDA MILLER d/b/a LUMPER TECH INDUSTRIES

This case came before the Court on September 26, 2005 upon the Motion for Relief from Stay filed by Eugene Mitchell and Rhonda Miller d/b/a Lumper Tech Industries (the "Movants") (Doc. No. 3314). Upon the findings and conclusions of law stated in open court, including the finding that Movants have not filed proofs of claims in these cases, it is

ORDERED that the motion is denied without prejudice.

Dated this 3 day of October, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Alvin R. Lenoir, Esq.
John B. MacDonald, Esq.
James H. Post, Esq.
United States Trustee

00509433509433

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1               Date Rcvd: Oct 04, 2005
Case: 05-03817                 Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on Oct 06, 2005.
aty        +Alvin R Lenoir,   Lenoir & Associates LLC,   1934 Washington Road,   East Point, GA 30344-4154
aty        +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
aty        +John B. Macdonald,   Akerman Senterfitt,   50 North Laura Street,   Suite 2500,
             Jacksonville, FL 32202-3646

The following entities were served by electronic transmission on Oct 05, 2005 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustp.region21.or.ecf@usdoj.gov Oct 05 2005 04:32:24     United States Trustee - JAX,
             135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2005**                    **Signature:** _Joseph Speetjens_