

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
October 7, 2005
9:30 A.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Authorizing and Approving (i) Retroactive Rejection of Real Property Leases and Subleases and (ii) Abandonment of Related Personal Property Filed by Debtor (3487)

*Granted*
*Ord /signed*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   DENNIS DUNNE

RULING: