

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 7, 2005
9:30 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post  ᵖ

Motion for Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims Filed by Debtor (2976)

Limited Objection to Debtors' Motion filed by Creditor's Committee (Doc. 3201)

Objection to Motion filed by US Trustee (Doc. 3202)  *Withdrawn*

*Granted*
*Ord/signed*

**APPEARANCES:**
US TRUSTEE:         ELENA ESCAMILLA  *Porter - P*
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

**RULING:**