

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Friday
October 7, 2005
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

**Motion for Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures for Resolving Requests for Additional Assurance filed by Debtor (23)**

Objection to Motion filed by Florida Power Corporation (260)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR

FLORIDA POWER CORP:

RULING:   cont. to 11-4-05