

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
October 7, 2005
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Further Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (2983)

Objection to Motion Filed by PMG Ocean Associates, LP Store 260 (Doc. 3192)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR
PMG OCEAN ASSOC:     DAVID H. WANDER

RULING: granted
Ord/signed