

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
October 7, 2005
9:30 A.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for Order Authorizing and Approving (i) Rejection of Real Property Leases and Subleases (ii) Abandonment of Related Personal Property and (iii) the Settlement Agreement with E.W. James Filed by Debtor (3489)

Objection to Motion by Bennett Lifter (Doc. 3718)

**APPEARANCES:**
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR
BENNETT LIFTER:      MARC BEN-EZRA

E. W. James          Robert Wilcox - P

RULING: Granted
        Ord. proposed

M. Lifter cont. to 11-4-05