

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
October 7, 2005
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Emergency Motion to Continue/Reschedule Hearing On Order Authorizing and Approving (I) Rejection of Real Property Leases and Subleases, (II) Abandonment of Related Personal Property, and (III) the Settlement Agreement with E.W. James Filed by Bennett M Lifter (3720)

Certificate of Necessity or Request for Emergency Hearing Filed by Bennett M Lifter (3734)

APPEARANCES:
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD
                  MATTHEW S. BARR
BENNETT LIFTER:   MARC BEN-EZRA

RULING: moot