UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER AUTHORIZING AND APPROVING (I) REJECTION
OF REAL PROPERTY LEASES AND SUBLEASES (II) ABANDONMENT OF
RELATED PERSONAL PROPERTY AND (III) THE SETTLEMENT
AGREEMENT WITH E.W. JAMES

These cases came before the Court for hearing on October 7, 2005 upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 and Federal Rule of Bankruptcy Procedure 9019 authorizing the rejection by the Debtors of the unexpired non-residential real property leases listed on Exhibit A to the Motion as revised by this Order (collectively, the "Leases"), the subleases listed on Exhibit B to the Motion as revised by this Order (collectively, the "Subleases"), and approving the Sublease Settlement Agreement between E.W. James and the Debtors (as modified by the First Amendment to Sublease Settlement Agreement, the "Settlement Agreement") (the "Motion"). An objection to the Motion was filed by the landlord for Store No. 1665, Bennett M. Lifter, Trustee (the "Objection"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

1. The Motion is granted.

2. The Debtors are authorized to reject the Leases and Subleases pursuant to 11 U.S.C. § 365(a), and each Lease and Sublease is deemed rejected, effective as of the applicable Termination Date set forth in the Settlement Agreement with E.W. James relating to the rejection of the Subleases. In the event such applicable Termination Date, as attached in Exhibit C, is earlier than the entry of this Order by this Court approving the Settlement Agreement and rejection of the Leases and Subleases, the rejection is approved *nunc pro tunc* to the applicable Termination Date.

3. The Court's consideration of the Objection and all aspects of the Motion that seek to reject the lease governing Store No. 1665 is continued to the omnibus hearing scheduled for November 4, 2005. The Emergency Motion to Continue or Cancel Hearing that was filed by Bennett M. Lifter, Trustee (Docket No. 3720) is denied as moot.

4. Claims for any rejection damages resulting from the rejection of the Leases and Subleases shall be filed no later than thirty (30) days after the date of entry of this Order.

5. The Settlement Agreement is approved.

6. Any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. Any Landlord who seeks to dispose of any such abandoned property shall provide fifteen days written notice of such intent to any party who the Debtors advise is likely to have an interest in such property. Unless such interested party removes the property from the premises within such fifteen-day period, or within a longer period that is established by written agreement among the parties, the Landlord shall be entitled to dispose of the abandoned property as it deems fit.

7. Except as provided in the Settlement Agreement or in Paragraph 8 of this Order, nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases or Subleases, whether or not related to the Leases or Subleases.

8. The Debtors and E.W. James mutually release one another from any and all claims to the extent contemplated by the Settlement Agreement.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and to implement the Settlement Agreement.

10. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated October 7, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

## Exhibit A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 1617 | 1002 MILL STREET<br>LEITCHFIELD, KY 42754 | KENTUCKY TEACHERS RETIREMENT SYSTEM |
| 1630 | 2626 FT. CAMPBELL BLVD<br>HOPKINSVILLE, KY 42240 | WIGGS REALTY COMPANY OF KENTUCKY, INC. |
| 1632 | 1030 SOUTH BROADWAY<br>LEXINGTON, KY 40504 | KENTUCKY TEACHERS RETIREMENT SYSTEM |
| 1652 | 3725 HARRODSBURG ROAD<br>LEXINGTON, KY 40503 | WEBB/LEXINGTON VENTURES - NO 108, LTD |
| 1657 | 376 NL ROGERS WELL<br>GLASGOW, KY 42141 | RP BARREN RIVER, LLC |
| 1698 | 1640 SCOTTSVILLE ROAD<br>BOWLING GREEN, KY 42104 | PAJ |

## Exhibit B

## SCHEDULE OF SUBLEASES

| Store Number | Leased Property Location | Subtenant |
|---|---|---|
| 1617 | 1002 MILL STREET<br>LEITCHFIELD, KY 42754 | E.W. JAMES, INC. |
| 1630 | 2626 FT. CAMPBELL BLVD<br>HOPKINSVILLE, KY 42240 | E.W. JAMES, INC. |
| 1632 | 1030 SOUTH BROADWAY<br>LEXINGTON, KY 40504 | E.W. JAMES, INC. |
| 1652 | 3725 HARRODSBURG ROAD<br>LEXINGTON, KY 40503 | E.W. JAMES, INC. |
| 1657 | 376 NL ROGERS WELL<br>GLASGOW, KY 42141 | E.W. JAMES, INC. |
| 1665 | 550 US HIGHWAY 62 W.<br>PRINCETON, KY 42445 | E.W. JAMES, INC. |
| 1698 | 1640 SCOTTSVILLE ROAD<br>BOWLING GREEN, KY 42104 | E.W. JAMES, INC. |

## EXHIBIT C

Termination Dates

**September 30, 2005:**

Store #1630 (2626 Ft. Campbell Boulevard, Hopkinsville, KY)

Store #1657 (376 NL Rogers Well, Glasgow, KY)

**October 15, 2005:**

Store #1617 (1002 Mill Street, Leitchfield, KY)

**October 22, 2005:**

Store #1665 (550 U. S. Highway 62 West, Princeton, KY)

**October 31, 2005:**

Store #1698 (1640 Scottsville Road, Bowling Green, KY)

Store #1632 (1030 S. Broadway, Lexington, Kentucky)

Store #1652 (3725 Harrodsburg Road, Lexington, KY)