UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

### ORDER DENYING MOTION TO EXCUSE FROM HEARING

Upon consideration of the Motion to Excuse Movant from hearing on Motion for Relief From Stay filed by Wayne Boyd on October 3, 2005, the Court finds the Motion for Relief From Stay scheduled for hearing on October 31, 2005 at 2:00 p.m. is an evidentiary hearing. The movant must appear to present evidence to support his motion. It is

**ORDERED:**

The Motion to Excuse Movant from hearing on Motion for Relief From Stay is denied.

DATED October 5, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Wayne Boyd, 332 Girard St., Baird, TX 79504

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Oct 05, 2005
Case: 05-03817                Form ID: pdfdoc        Total Served: 3
```

The following entities were served by first class mail on Oct 07, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
cr          +Wayne Boyd,    332 Girard Street,    Baird, TX 79504-4920

The following entities were served by electronic transmission on Oct 06, 2005 and receipt of the transmission was confirmed on:
ust         +E-mail: ustp.region21.or.ecf@usdoj.gov Oct 06 2005 16:17:22     United States Trustee - JAX,
              135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 07, 2005**                    **Signature:** _Joseph Speetjens_