UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER AUTHORIZING AND APPROVING (I) RETROACTIVE REJECTION
OF REAL PROPERTY LEASES AND SUBLEASES AND (II) ABANDONMENT OF
RELATED PERSONAL PROPERTY**

These cases came before the Court for hearing on October 7, 2005 upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing the rejection by the Debtors effective retroactively of the unexpired non-residential real property leases listed on Exhibit A (collectively, the "Leases") and the related subleases listed on Exhibit B (collectively, the "Subleases") (the "Motion"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Leases and Subleases pursuant to 11 U.S.C. § 365(a), and each Lease and Sublease is deemed rejected, effective as of the earlier of (a) the date upon which the Debtors provide notice of termination to the Landlord under the

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

respective Lease and to the Subtenant under the respective Sublease and (b) upon the date of entry of an order approving the rejection.

3. Claims for any rejection damages resulting from the rejection of the Leases shall be filed no later than thirty (30) days after the date of entry of this Order.

4. Any interest of any of the Debtors in any personal property remaining in the stores that are the subject of the Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. Any Landlord who seeks to dispose of any such abandoned property shall provide fifteen days written notice of such intent to any party who the Debtors advise is likely to have an interest in such property. Unless such interested party removes the property from the premises within such fifteen-day period, or within a longer period that is established by written agreement among the parties, the Landlord shall be entitled to dispose of the abandoned property as it deems fit.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases or Subleases, whether or not related to the Leases or Subleases.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

# Exhibit A

## SCHEDULE OF LEASES

| Store Number | Leased Property Location | Landlord |
|---|---|---|
| 763 | 1755 BOYSCOUT DRIVE<br>FT. MYERS, FL 33907 | LAGS VENTURES, INC. |
| 837 | 609 GREENVILLE BLVD.<br>GREENVILLE, NC 27858 | GREENVILLE ASSOCIATES |
| 1024 | 667 SE MAIN ST<br>SIMPSONVILLE, SC 29681 | HILLCREST GDS, LLC |
| 1701 | 6920 SR 18<br>FLORENCE, KY 41042 | CHESTER DIX FLORENCE CORP. |

2

## Exhibit B

## SCHEDULE OF SUBLEASES

| Store Number | Leased Property Location | Subtenant |
|---|---|---|
| 763 | 1755 BOYSCOUT DRIVE<br>FT. MYERS, FL 33907 | PRO FIT MANAGEMENT, INC. |
| 837 | 609 GREENVILLE BLVD.<br>GREENVILLE, NC 27858 | BIG LOTS STORES, INC. |
| 1024 | 667 SE MAIN ST<br>SIMPSONVILLE, SC 29681 | INVENIO PARTNERS, INC. |
| 1701 | 6920 SR 18<br>FLORENCE, KY 41042 | REMKE MARKETS, INC. |

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1              Date Rcvd: Oct 07, 2005
Case: 05-03817               Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Oct 09, 2005.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2005**          Signature:   *Joseph Speetjens*