09/30/05
06:14:41AM
Age By: Invoice Date
Aging as of: 09/30/2005

# Allied Graphics
## AR Detail Summary

Includes: WDC through: WDZ

Page: 1
Type: Open Balance Only
Detail Report

| Inv Date | Due Date | Invoice | Notes | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| **WDCHAR - WINN DIXIE CHARLOTTE** | | | (000) 000-0000 | | SalesID: 2 | | | | FAX (000) 000-0000 | |
| 04/11/05 | 04/26/05 | C16856011 | | 133.75 | 0.00 | 0.00 | 0.00 | 0.00 | 133.75 | 133.75 |
| 06/21/05 | 07/06/05 | C17467012 | | 24.63 | 0.00 | 0.00 | 0.00 | 24.63 | 0.00 | 24.63 |
| | | | Sub Totals: | | 0.00 | | 0.00 | | 133.75 | |
| | | | | | | 0.00 | | 24.63 | | 158.38 |
| Notes: | | | | | | | | | Deposits: | 0.00 |
| **WDCORP - WINN DIXIE STORES** | | | (000) 000-0000 | | SalesID: 2 | | | | FAX (000) 000-0000 | |
| 03/08/05 | 03/23/05 | C15413011 | | 48.66 | 0.00 | 0.00 | 0.00 | 0.00 | 48.66 | 48.66 |
| 03/08/05 | 03/23/05 | C16232011 | | 211.86 | 0.00 | 0.00 | 0.00 | 0.00 | 211.86 | 211.86 |
| 03/11/05 | 03/26/05 | C16616011 | | 22.77 | 0.00 | 0.00 | 0.00 | 0.00 | 22.77 | 22.77 |
| 03/15/05 | 03/30/05 | C16320011 | | 269.64 | 0.00 | 0.00 | 0.00 | 0.00 | 269.64 | 269.64 |
| 03/29/05 | 04/13/05 | C16644011 | | 57.78 | 0.00 | 0.00 | 0.00 | 0.00 | 57.78 | 57.78 |
| 04/04/05 | 04/19/05 | C16825011 | | 19.26 | 0.00 | 0.00 | 0.00 | 0.00 | 19.26 | 19.26 |
| 04/11/05 | 04/26/05 | C16854011 | | 25.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50 |
| 05/09/05 | 05/24/05 | C17098012 | | 311.92 | 0.00 | 0.00 | 0.00 | 0.00 | 311.92 | 311.92 |
| 05/09/05 | 05/24/05 | C17110012 | | 311.92 | 0.00 | 0.00 | 0.00 | 0.00 | 311.92 | 311.92 |
| 05/10/05 | 05/25/05 | C17082012 | | 19.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 0.36 |
| 06/06/05 | 06/21/05 | C17345012 | | 19.26 | 0.00 | 0.00 | 0.00 | 19.26 | 0.00 | 19.26 |
| 06/30/05 | | Unapplied | | -185.96 | 0.00 | 0.00 | 0.00 | 0.00 | -185.96 | -185.96 |
| 07/07/05 | 07/22/05 | C17593012 | | 157.18 | 0.00 | 0.00 | 2.80 | 0.00 | 0.00 | 2.80 |
| 07/20/05 | 08/04/05 | C17653012 | | 322.61 | 0.00 | 0.00 | 6.45 | 0.00 | 0.00 | 6.45 |
| 07/20/05 | 08/04/05 | C17656012 | | 482.85 | 0.00 | 0.00 | 9.66 | 0.00 | 0.00 | 9.66 |
| 07/21/05 | 08/05/05 | C17655012 | | 25.26 | 0.00 | 0.00 | 0.51 | 0.00 | 0.00 | 0.51 |
| 08/01/05 | 08/16/05 | C17709014 | | 58.85 | 0.00 | 1.18 | 0.00 | 0.00 | 0.00 | 1.18 |
| 08/03/05 | 08/18/05 | C17724012 | | 530.64 | 0.00 | 9.40 | 0.00 | 0.00 | 0.00 | 9.40 |
| 08/09/05 | 08/24/05 | C17779012 | | 58.85 | 0.00 | 1.18 | 0.00 | 0.00 | 0.00 | 1.18 |
| 08/19/05 | 09/03/05 | C17904012 | | 19.26 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.39 |
| 08/26/05 | 09/10/05 | C17906012 | | 805.95 | 0.00 | 14.70 | 0.00 | 0.00 | 0.00 | 14.70 |
| 08/31/05 | 09/15/05 | C17980012 | | 169.46 | 3.10 | 0.00 | 0.00 | 0.00 | 0.00 | 3.10 |
| 09/12/05 | 09/27/05 | C17948012 | | 2,407.50 | 2,407.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,407.50 |
| 09/23/05 | | Unapplied | PAID TWICE | -18.87 | 0.00 | 0.00 | 0.00 | 0.00 | -18.87 | -18.87 |
| | | | Sub Totals: | | 2,410.60 | | 19.42 | | 1,049.84 | |
| | | | | | | 26.85 | | 19.26 | | 3,525.97 |
| Notes: | | | | | | | | | Deposits: | 0.00 |
| **WDGVGM - GREENVILLE GMD WAREHOUSE** | | | (000) 000-0000 | | SalesID: 2 | | | | FAX (000) 000-0000 | |
| 03/23/05 | 04/07/05 | C16661012 | | 3,062.78 | 0.00 | 0.00 | 0.00 | 0.00 | 444.42 | 444.42 |
| 04/19/05 | 05/04/05 | C16884012 | | 5,030.24 | 0.00 | 0.00 | 0.00 | 0.00 | 243.86 | 243.86 |
| 05/12/05 | 05/27/05 | C17127012 | | 1,942.80 | 0.00 | 0.00 | 0.00 | 0.00 | 283.00 | 283.00 |
| 07/08/05 | 07/23/05 | C17550012 | | 3,840.60 | 0.00 | 0.00 | 378.22 | 0.00 | 0.00 | 378.22 |
| | | | Sub Totals: | | 0.00 | | 378.22 | | 971.28 | |
| | | | | | | 0.00 | | 0.00 | | 1,349.50 |
| Notes: | | | | | | | | | Deposits: | 0.00 |
| **WDJACK - WINN DIXIE JACKSONVILLE** | | | (000) 000-0000 | | SalesID: 2 | | | | FAX (000) 000-0000 | |
| 03/08/05 | 03/23/05 | C16226011 | | 192.60 | 0.00 | 0.00 | 0.00 | 0.00 | 192.60 | 192.60 |
| 04/01/05 | 04/16/05 | C16646011 | | 173.14 | 0.00 | 0.00 | 0.00 | 0.00 | 173.14 | 173.14 |

09/30/05  
06:14:41AM  
Age By Invoice Date  
Aging as of: 09/30/2005

**Allied Graphics**

## AR Detail Summary

Includes: WDC through: WDZ

Page: 2

Type: Open Balance Only  
Detail Report

| Inv Date | Due Date | Invoice | Notes | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/05 | 05/28/05 | C17227012 | | 19.26 | 0.00 | 0.00 | 0.00 | 0.00 | 19.26 | 19.26 |
| 05/26/05 | 06/10/05 | C17160012 | | 321.00 | 0.00 | 0.00 | 0.00 | 0.00 | 321.00 | 321.00 |
| 06/15/05 | 06/30/05 | C17423012 | | 188.82 | 0.00 | 0.00 | 0.00 | 188.82 | 0.00 | 188.82 |
| 06/24/05 | 07/09/05 | C17536012 | | 19.26 | 0.00 | 0.00 | 0.00 | 19.26 | 0.00 | 19.26 |
| 07/11/05 | 07/26/05 | C17546012 | | 306.19 | 0.00 | 0.00 | 5.50 | 0.00 | 0.00 | 5.50 |
| 07/18/05 | 08/02/05 | C17594012 | | 154.51 | 0.00 | 0.00 | 2.75 | 0.00 | 0.00 | 2.75 |
| 07/26/05 | 08/10/05 | C17595012 | | 156.32 | 0.00 | 0.00 | 2.79 | 0.00 | 0.00 | 2.79 |
| 07/28/05 | 08/12/05 | C17730012 | | 19.26 | 0.00 | 0.00 | 0.39 | 0.00 | 0.00 | 0.39 |
| 08/15/05 | 08/30/05 | C17783012 | | 19.26 | 0.00 | 19.26 | 0.00 | 0.00 | 0.00 | 19.26 |
| 08/15/05 | 08/30/05 | C17784012 | | 19.26 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.39 |
| 08/15/05 | 08/30/05 | C17785012 | | 19.26 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.39 |
| 08/18/05 | 08/31/05 | C17803012 | | 20.75 | 0.00 | 20.75 | 0.00 | 0.00 | 0.00 | 20.75 |
| 08/19/05 | 09/03/05 | C17902012 | | 77.04 | 0.00 | 1.44 | 0.00 | 0.00 | 0.00 | 1.44 |
| 08/19/05 | 09/03/05 | C17926012 | | 19.26 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 08/25/05 | | Unapplied | INVOICE PAID TWI | -151.76 | 0.00 | 0.00 | 0.00 | 0.00 | -151.76 | -151.76 |
| 08/26/05 | 09/10/05 | C17883012 | | 601.63 | 0.00 | 12.03 | 0.00 | 0.00 | 0.00 | 12.03 |
| 09/01/05 | 09/16/05 | C17962012 | | 39.77 | 0.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.72 |
| 09/01/05 | 09/16/05 | C17964012 | | 99.93 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1.80 |
| 09/01/05 | 09/16/05 | C17971012 | | 20.51 | 20.51 | 0.00 | 0.00 | 0.00 | 0.00 | 20.51 |
| 09/09/05 | 09/24/05 | C18029012 | | 23.26 | 23.26 | 0.00 | 0.00 | 0.00 | 0.00 | 23.26 |
| | | Sub Totals: | | | 46.29 | | 11.43 | | 554.24 | |
| | | | | | | 54.62 | | 208.08 | | 874.66 |

Notes:  
Deposits: 0.00

---

**WDJAGM - JACKSONVILLE GMD WAREHOUSE**   (000) 000-0000   SalesID: 2   FAX (000) 000-0000

| Inv Date | Due Date | Invoice | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|
| 06/03/05 | 06/18/05 | C17271012 | 4,736.61 | 0.00 | 0.00 | 0.00 | 666.11 | 0.00 | 666.11 |
| 06/30/05 | 07/15/05 | C17493012 | 5,583.18 | 0.00 | 0.00 | 0.00 | 895.68 | 0.00 | 895.68 |
| 07/28/05 | 08/12/05 | C17682012 | 4,700.78 | 0.00 | 0.00 | 4,700.78 | 0.00 | 0.00 | 4,700.78 |
| 08/26/05 | 09/10/05 | C17845012 | 4,123.32 | 0.00 | 243.51 | 0.00 | 0.00 | 0.00 | 243.51 |
| | | Sub Totals: | | 0.00 | | 4,700.78 | | 0.00 | |
| | | | | | 243.51 | | 1,561.79 | | 6,506.08 |

Notes:  
Deposits: 0.00

---

**WDMONT - WINN DIXIE MONTGOMERY.**   (000) 000-0000   SalesID: 13   FAX (000) 000-0000

| Inv Date | Due Date | Invoice | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/05 | 05/05/05 | C16995012 | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.22 | 1.22 |
| 05/31/05 | 06/15/05 | C17363012 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| 07/21/05 | 08/05/05 | C17636012 | 24.00 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 09/01/05 | 09/16/05 | C17996012 | 21.55 | 21.55 | 0.00 | 0.00 | 0.00 | 0.00 | 21.55 |
| 09/09/05 | 09/24/05 | C18011012 | 22.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 |
| 09/09/05 | 09/24/05 | C18023012 | 22.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 |
| 09/20/05 | | Unapplied | -20.10 | 0.00 | 0.00 | 0.00 | 0.00 | -20.10 | -20.10 |
| | | Sub Totals: | | 65.55 | | 24.00 | | 6.12 | |
| | | | | | 0.00 | | 0.00 | | 95.67 |

Notes:  
Deposits: 0.00

---

**WDNEWO - WINN DIXIE NEW ORLEANS**   (000) 000-0000   SalesID: 2   FAX (000) 000-0000

| Inv Date | Due Date | Invoice | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/05 | 05/05/05 | C17013012 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| 05/31/05 | 06/15/05 | C17338012 | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.00 | 26.00 |
| 07/21/05 | 08/05/05 | C17640012 | 25.87 | 0.00 | 0.00 | 25.87 | 0.00 | 0.00 | 25.87 |

09/30/05  
06:14:41AM  
Age By: Invoice Date  
Aging as of: 09/30/2005

**Allied Graphics**

## AR Detail Summary

Includes: WDC through: WDZ

Page: 3

Type: Open Balance Only  
Detail Report

| Inv Date | Due Date | Invoice | Notes | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/05 | 08/31/05 | C17835012 | | 24.63 | 0.00 | 0.49 | 0.00 | 0.00 | 0.00 | 0.49 |
| 08/23/05 | 09/07/05 | C17892012 | | 21.82 | 0.00 | 21.82 | 0.00 | 0.00 | 0.00 | 21.82 |
| | | Sub Totals: | | | 0.00 | | 25.87 | | 51.00 | |
| | | | | | | 22.31 | | 0.00 | | 99.18 |

Notes:                                                                                        Deposits:    0.00

**WDORLA - WINN DIXIE ORLANDO**  (600) 000-0000  SalesID: 2     FAX (000) 000-0000

| Inv Date | Due Date | Invoice | Notes | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/05 | 05/07/05 | C17060012 | | 20.66 | 0.00 | 0.00 | 0.00 | 0.00 | -26.19 | -26.19 |
| 04/22/05 | 05/07/05 | C17061012 | | 20.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 0.36 |
| 07/05/05 | 07/20/05 | C17601012 | | 26.55 | 0.00 | 0.00 | 26.55 | 0.00 | 0.00 | 26.55 |
| 07/25/05 | 08/09/05 | C17708012 | | 24.90 | 0.00 | 0.00 | 24.90 | 0.00 | 0.00 | 24.90 |
| 08/15/05 | 08/30/05 | C17794012 | | 387.83 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 08/16/05 | 08/31/05 | C16826015 | | 20.75 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 08/16/05 | 08/31/05 | C17801012 | | 20.75 | 0.00 | 0.42 | 0.00 | 0.00 | 0.00 | 0.42 |
| 08/16/05 | 08/31/05 | C17802012 | | 20.75 | 0.00 | 0.42 | 0.00 | 0.00 | 0.00 | 0.42 |
| | | Sub Totals: | | | 0.00 | | 51.45 | | -25.83 | |
| | | | | | | 8.20 | | 0.00 | | 33.82 |

Notes:                                                                                        Deposits:    0.00

**WDPOMP - WINN-DIXIE POMPANO**  (000) 000-0000  SalesID: 2     FAX (000) 000-0000

| Inv Date | Due Date | Invoice | Notes | Invoice Amt | Current | > 30 | > 60 | > 90 | > 120 | Open Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/05 | 04/13/05 | C16774011 | | 25.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 0.36 |
| 04/04/05 | 04/19/05 | C16829011 | | 26.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 0.36 |
| 04/15/05 | 04/30/05 | C16877011 | | 26.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 | 0.36 |
| 06/21/05 | 07/06/05 | C17486012 | | 25.89 | 0.00 | 0.00 | 0.00 | 25.89 | 0.00 | 25.89 |
| 07/28/05 | 08/12/05 | C17726012 | | 25.87 | 0.00 | 0.00 | 25.87 | 0.00 | 0.00 | 25.87 |
| 08/15/05 | 08/30/05 | C17746012 | | 252.59 | 0.00 | 4.50 | 0.00 | 0.00 | 0.00 | 4.50 |
| 08/16/05 | 08/31/05 | C17767012 | | 25.89 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 08/16/05 | 08/31/05 | C17830012 | | 25.89 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 08/16/05 | 08/31/05 | C17833012 | | 25.89 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 08/16/05 | 08/31/05 | C17834012 | | 25.89 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 08/23/05 | 09/07/05 | C17879012 | | 23.08 | 0.00 | 23.08 | 0.00 | 0.00 | 0.00 | 23.08 |
| 08/23/05 | 09/07/05 | C17891012 | | 23.08 | 0.00 | 23.08 | 0.00 | 0.00 | 0.00 | 23.08 |
| 09/01/05 | 09/16/05 | C17967012 | | 23.08 | 0.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.36 |
| 09/01/05 | 09/16/05 | C17973012 | | 23.08 | 0.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.46 |
| 09/01/05 | 09/16/05 | C17974012 | | 23.08 | 0.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.46 |
| 09/20/05 | 10/05/05 | C18038012 | | 23.26 | 23.26 | 0.00 | 0.00 | 0.00 | 0.00 | 23.26 |
| | | Sub Totals: | | | 24.54 | | 25.87 | | 1.08 | |
| | | | | | | 52.10 | | 25.89 | | 129.48 |

Notes:                                                                                        Deposits:    0.00

| | | Grand Totals: | | | 2,546.98 | | 5,237.04 | | 2,741.48 | |
| | | | | | | 407.59 | | 1,839.65 | | 12,772.74 |

Deposit Totals:    0.00