

## INVOICE

| Invoice # | C16856011 |
|---|---|
| Invoice Date | 04/11/05 |
| Date Shipped | 04/05/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16856 |

**WINN DIXIE CHARLOTTE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,750 | BUSINESS CARDS - TANNER, BETHEA, OKE, HATCHER, HALL, CRUST, OWENS  -  ORDERED BY LISA MATRAS | 126.0000 | 126.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 126.00 |
| Sales Tax | 0.00 |
| Freight | 7.75 |
| **Total Due** | **$ 133.75** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCHAR** |
| Invoice Number : | **C16856011** |
| Invoice Date : | **04/11/2005** |
| Invoice Amount : | **$ 133.75** |
| Amount  Paid : | _____ |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17467012 |
| Invoice Date | 06/21/05 |
| Date Shipped | 06/17/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17467 |

**WINN DIXIE CHARLOTTE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (ROB MUSE)  ORDERED BY ROBERT BAYER | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 6.63 |
| **Total Due** | **$ 24.63** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCHAR** |
| Invoice Number : | **C17467012** |
| Invoice Date : | **06/21/2005** |
| Invoice Amount : | **$ 24.63** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C15413011 |
|---|---|
| Invoice Date | 11/11/04 |
| Date Shipped | 11/10/04 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C15413 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 2,000 | B/CARDS (D.FULLER,B.PESSELL,M.LeBLANC) ORDERED BY DENISE MYERS | 45.4800 | 45.48 |
| 2,000 | B/CARDS (D.FULLER,B.PESSELL,M.LeBLANC) RE-BILL - FWD STOPPED PAYMENT ON CHECK | 45.4800 | 45.48 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 90.96 |
| Sales Tax | 3.18 |
| | 48.66 |
| Total Due | $ 94.14 |

---

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDCORP** |
| **Invoice Number :** | **C15413011** |
| **Invoice Date :** | **03/08/2005** |
| **Invoice Amount :** | **$ 94.14** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16232011 |
| Invoice Date | 01/31/05 |
| Date Shipped | 01/28/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16232 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 2,750 | B/CARDS (11 NAMES) SEVEARANCE, FRITSCHMANN, CHELF, MILLER, MCGINTY, STEWART, CARNES, MARTIN, PURVIS, PIECZONKA, MURDOCK | 198.0000 | 198.00 |
| 2,750 | B/CARDS (11 NAMES) ~~RE-BILL -- WD STOPPED PAYMENT ON CHECK~~ | 198.0000 | 198.00 |

**Thank you for your business!**
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 396.00 |
| Sales Tax | 13.86 |
| | 5/6 211.86 |
| Total Due | $ 409.86 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C16232011** |
| Invoice Date : | **03/08/2005** |
| Invoice Amount : | **$ 409.86** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## INVOICE

| | |
|---|---|
| **Invoice #** | C16616011 |
| **Invoice Date** | 03/11/05 |
| **Date Shipped** | 03/11/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C16616 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 750 | B/CARDS (KEVIN LANE)  ORDERED BY KATHY LUSSIER | 18.0000 | 18.00 |

Thank you for your business!
**PLEASE REMIT TO:**
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 3.51 |
| **Total Due** | **$ 22.77** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDCORP** |
| **Invoice Number :** | **C16616011** |
| **Invoice Date :** | **03/11/2005** |
| **Invoice Amount :** | **$ 22.77** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

# INVOICE

| | |
|---|---|
| Invoice # | C16320011 |
| Invoice Date | 03/15/05 |
| Date Shipped | 03/14/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16320 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 3,250 | B/CARDS (13 NAMES) J. BESHARA, J. DIFFEY, S GAMBLE, D. GEORGE, S. GREENE, H HEBERT, J. HERRINGTON, N. KOSIEK, J. MERRILL, D. PALMISANO, B. ROTH, R. ZAMORA, M. BURGESS, T. MURDOCK - ORDERED BY DENISE BRUGOHY | 252.0000 | 252.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 252.00 |
| Sales Tax | 17.64 |
| **Total Due** | **$ 269.64** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C16320011** |
| Invoice Date : | **03/15/2005** |
| Invoice Amount : | **$ 269.64** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205

# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C16644011 |
|---|---|
| Invoice Date | 03/29/05 |
| Date Shipped | 03/28/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16644 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 750 | BUSINESS CARDS - HUTTON, WATTS, MCDONALD - ORDERED BY DENISE BURGOHY | 54.0000 | 54.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 54.00 |
| Sales Tax | 3.78 |
| **Total Due** | **$ 57.78** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C16644011** |
| Invoice Date : | **03/29/2005** |
| Invoice Amount : | **$ 57.78** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C16825011 |
| --- | --- |
| Invoice Date | 04/04/05 |
| Date Shipped | 04/01/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16825 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
| --- | --- | --- | --- |
| 250 | B/CARDS (ROBERT STEWART)  ORDERED BY RICK CHANNELL | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
| --- | --- |
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Total Due | $ 19.26 |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
| --- | --- |
| Customer Code : | **WDCORP** |
| Invoice Number : | **C16825011** |
| Invoice Date : | **04/04/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount  Paid : | |

# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16854011 |
| Invoice Date | 04/11/05 |
| Date Shipped | 04/05/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16854 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS - JAMES JOHNSON  -  ORDERED BY CHUCK SETTLMEYER | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 5.97 |
| Total Due | $ 25.23 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a  late fee of  1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C16854011** |
| Invoice Date : | **04/11/2005** |
| Invoice Amount : | **$ 25.23** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



### ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17098012 |
|---|---|
| Invoice Date | 05/09/05 |
| Date Shipped | 05/06/05 |
| Ship Via | UPS-3 DAY SELECT |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17098 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 5,000 | STORE DIRECTORIES #2004 - ORDERED BY DENISE BURGOHY | 262.0000 | 262.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 262.00 |
| Sales Tax | 18.34 |
| Freight | 31.58 |
| **Total Due** | **$ 311.92** |

---

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17098012** |
| Invoice Date : | **05/09/2005** |
| Invoice Amount : | **$ 311.92** |
| Amount Paid : | _____ |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## INVOICE

| | |
|---|---|
| Invoice # | C17110012 |
| Invoice Date | 05/09/05 |
| Date Shipped | 05/06/05 |
| Ship Via | UPS-3 DAY SELECT |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17110 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 5,000 | STORE DIRECTORIES #726 - ORDERED BY DENISE BURGOHY | 262.0000 | 262.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 262.00 |
| Sales Tax | 18.34 |
| Freight | 31.58 |
| Total Due | $ 311.92 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17110012** |
| Invoice Date : | **05/09/2005** |
| Invoice Amount : | **$ 311.92** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17082012 |
| Invoice Date | 05/10/05 |
| Date Shipped | 05/09/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17082 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (FRANK LUNDY)   ORDERED BY ROBERT TOMERLIN | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Total Due | $ 19.26 |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17082012** |
| Invoice Date : | **05/10/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17345012 |
| Invoice Date | 06/06/05 |
| Date Shipped | 06/03/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17345 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (C.FINAMORE)   ORDERED BY LARRY APPEL | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| **Total Due** | **$ 19.26** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17345012** |
| Invoice Date : | **06/06/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| Invoice # | C17593012 |
|---|---|
| Invoice Date | 07/07/05 |
| Date Shipped | 07/05/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17593 |

**WINN DIXIE JAX**
**15500 WEST BEAVER ST**
**JACKSONVILLE, FL 32234**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,250 | 41-38 VACATION REQUEST (25 PADS)  ORDERED BY WENDELL YOUNG | 140.0000 | 140.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 140.00 |
| Sales Tax | 9.80 |
| Freight | 7.38 |
| **Total  Due** | **$ 157.18** |

---

Late payments received after the due date may be
charged a  late fee of  1.5 % per month.

| Customer Code : | **WDCORP** |
|---|---|
| Invoice Number : | **C17593012** |
| Invoice Date : | **07/07/2005** |
| Invoice Amount : | **$ 157.18** |
| Amount  Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17653012 |
| Invoice Date | 07/20/05 |
| Date Shipped | 07/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 69215 |
| Job Number | C17653 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 2,500 | 35-47  PURE GROUND LABELS - ORDERED BY MIKE SIKES | 301.5000 | 301.50 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 301.50 |
| Sales Tax | 21.11 |
| **Total Due** | **$ 322.61** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17653012** |
| Invoice Date : | **07/20/2005** |
| Invoice Amount : | **$ 322.61** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17656012 |
| **Invoice Date** | 07/20/05 |
| **Date Shipped** | 07/18/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY-WINN DIXIE |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17656 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 4,000 | 58-53 RECORDS MGMT. TRANSMITTAL (80 BDLS) ORDERED BY JAMES BROWN | 451.2600 | 451.26 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 451.26 |
| Sales Tax | 31.59 |
| **Total Due** | **$ 482.85** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDCORP** |
| **Invoice Number :** | **C17656012** |
| **Invoice Date :** | **07/20/2005** |
| **Invoice Amount :** | **$ 482.85** |
| **Amount Paid :** | |



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17655012 |
|---|---|
| Invoice Date | 07/21/05 |
| Date Shipped | 07/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17655 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (JOEY MEDINA) | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.00 |
| **Total Due** | **$ 25.26** |

---

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDCORP** |
| **Invoice Number :** | **C17655012** |
| **Invoice Date :** | **07/21/2005** |
| **Invoice Amount :** | **$ 25.26** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17709014 |
| **Invoice Date** | 08/01/05 |
| **Date Shipped** | 07/27/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17709 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | 22-18 LETTERHEAD FOR JOHN TAYLOR, TAX DEPT. | 55.0000 | 55.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 55.00 |
| Sales Tax | 3.85 |
| **Total Due** | **$ 58.85** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDCORP** |
| **Invoice Number :** | **C17709014** |
| **Invoice Date :** | **08/01/2005** |
| **Invoice Amount :** | **$ 58.85** |
| **Amount Paid :** | _____ |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| Invoice # | C17724012 |
|---|---|
| Invoice Date | 08/03/05 |
| Date Shipped | 07/29/05 |
| Ship Via | UPS GROUND |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17724 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 4,000 | 41-116 PRELIMINARY APPLICATIONS (16 BDLS , 80 PADS | 470.0000 | 470.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 470.00 |
| Sales Tax | 32.90 |
| Freight | 27.74 |
| **Total Due** | **$ 530.64** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17724012** |
| Invoice Date : | **08/03/2005** |
| Invoice Amount : | **$ 530.64** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205

| | |
|---|---|
| Invoice # | C17779012 |
| Invoice Date | 08/09/05 |
| Date Shipped | 08/09/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2% -14/NET 15 |
| P.O. Number | |
| Job Number | C17779 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | 22-18 LETTERHEAD FOR JOHN TAYLOR, TAX DEPT. | 55.0000 | 55.00 |

| | | |
|---|---|---|
| **Thank you for your business!** | Subtotal | 55.00 |
| **PLEASE REMIT TO:** | Sales Tax | 3.85 |
| **P.O. Box 274227** | | |
| **Tampa, FL 33688-4227** | | |
| | Total Due | $ 58.85 |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17779012** |
| Invoice Date : | **08/09/2005** |
| Invoice Amount : | **$ 58.85** |
| Amount Paid : | |



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17904012 |
| **Invoice Date** | 08/19/05 |
| **Date Shipped** | 08/19/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17904 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (C. IBOLD) ORDERED BY JOHN JAMES | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| **Total Due** | **$ 19.26** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDCORP** |
| **Invoice Number :** | **C17904012** |
| **Invoice Date :** | **08/19/2005** |
| **Invoice Amount :** | **$ 19.26** |
| **Amount Paid :** | _____ |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205

Received: 10/3/5 6:35AM

10/03/2005 06:10 9042963991 Case 3:05-bk-03817-JAF Doc 3849-2 Filed 10/10/05 Page 22 of 46 9042963991 SlotBarkerNusebaum Page 2 ACCOUNTING PAGE 02

# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17906012 |
|---|---|
| Invoice Date | 08/26/05 |
| Date Shipped | 08/24/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | GQ-00982 |
| Job Number | C17906 |

**WINN DIXIE STORES
P O. BOX 2180
MISC ACCT PAYABLE
JACKSONVILLE, FL 32203-2180**

| Amount | | | Unit Price | Extended |
|---|---|---|---|---|
| 5,000 | 23-36 TRIP SHEETS (4 CS) ORDERED BY CRICKETT RHEA - SHIPPED TO ORLANDO LOGISTICS | | 735.0000 | 735.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 735.00 |
| Sales Tax | 51.45 |
| Freight | 19.50 |
| **Total Due** | **$ 805.95** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17906012** |
| Invoice Date : | **08/26/2005** |
| Invoice Amount : | **$ 805.95** |
| Amount Paid : | _____ |

7403 Philips Highway · Jacksonville, Florida 32256 · 866.749.7683 · 904.296.9252 · Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17960012 |
|---|---|
| Invoice Date | 08/31/05 |
| Date Shipped | 08/30/05 |
| Ship Via | UPS GROUND |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | GQ-01184 |
| Job Number | C17960 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Quantity | Product Description | Unit Price | Amount |
|---|---|---|---|
| 600 | 25-69-1 UNIFORM STRAIGHT BILL OF LADING (200 SETS) SHIPPED TO BALDWIN | 154.6200 | 154.62 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 24227*
*Tampa, FL 33685-4227*

| | |
|---|---|
| Subtotal | 154.62 |
| Sales Tax | 10.82 |
| Freight | 4.02 |
| **Total Due** | **$ 169.46** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17960012** |
| Invoice Date : | **08/31/2005** |
| Invoice Amount : | **$ 169.46** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32236 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205

# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17948012 |
| Invoice Date | 09/12/05 |
| Date Shipped | 09/01/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17948 |

**WINN DIXIE STORES**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203**

| Amount | Description | Per Price | Amount |
|---|---|---|---|
| 31,500 | 58-53 RECORDS MGMT: TRANSMITTAL (200 BDLS) : 58-53 RECORDS MANAGEMENT TRANSMITTAL (200 BDLS) | 2,250.0000 | 2,250.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 270227*
*Tampa, FL 33688-0227*

| | |
|---|---|
| Subtotal | 2,250.00 |
| Sales Tax | 157.50 |
| **Total Due** | **$ 2,407.50** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDCORP** |
| Invoice Number : | **C17948012** |
| Invoice Date : | **09/12/2005** |
| Invoice Amount : | **$ 2,407.50** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| Invoice # | C16661012 |
|---|---|
| Invoice Date | 03/23/05 |
| Date Shipped | 03/23/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 654849 |
| Job Number | C16661 |

**GREENVILLE GMD WAREHOUSE
P.O. BOX 40805
JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 3,000 | 58-489 NEG. BALANCE - 1CS | 67.5000 | 67.50 |
| 250 | 58-150 COINSTAR ENV =-.1CS | 28.5000 | 28.50 |
| 2,000 | 58-684 SAFETY BOX ENV - 4CS | 123.2000 | 123.20 |
| 16,200 | 25-51 CAKE ORDER FORM - 6CS | 1,343.5200 | 1,343.52 |
| 5,500 | 58-69 DEPT SALES CARD - 1CS | 130.9000 | 130.90 |
| 1,875 | 1-104 SEAFOOD BROCHURES - 1CS | 220.5000 | 220.50 |
| 1,875 | 1-106 BROILING SEAFOOD - 1CS | 220.5000 | 220.50 |
| 1,875 | 1-107 POACHING SEAFOOD - 1CS | 220.5000 | 220.50 |
| 1,875 | 1-108 BAKING SEAFOOD - 1CS | 220.5000 | 220.50 |
| 1,875 | 1-110 MICROWAVING SEAFOOD - 1CS | 220.5000 | 220.50 |
| 1,500 | 2-120 DELI/BKRY PRODUCTION - 1CS | 144.7600 | 144.76 |
| 2,650 | 58-190 SELF CHECKOUT FORM - 1CS | 121.9000 | 121.90 |



## ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C16661012 |
|---|---|
| Invoice Date | 03/23/05 |
| Date Shipped | 03/23/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 654849 |
| Job Number | C16661 |

**GREENVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 3,062.78 |
| Sales Tax | 0.00 |
| **Total Due** | **$ 3,062.78** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDGVGM** |
| Invoice Number : | **C16661012** |
| Invoice Date : | **03/23/2005** |
| Invoice Amount : | **$ 3,062.78** |
| Amount Paid : | *2618.36* |

*due   $444.42*

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16884012 |
| Invoice Date | 04/19/05 |
| Date Shipped | 04/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 682209 |
| Job Number | C16884 |

**GREENVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---:|---|---:|---:|
| 3,000 | 58-489-1 NEG BALANCE 1 CS) : | 135.0000 | 135.00 |
| 250 | 58-150 COINSTAR ENV - 1CS | 28.5000 | 28.50 |
| 500 | 58-39 PHARM ENV - 1CS | 301.4000 | 301.40 |
| 250 | 76-133 INV CONTROL ENV - 1CS | 18.4000 | 18.40 |
| 1,250 | 58-17 SALES TAX EXEMPT - 1CS | 157.5000 | 157.50 |
| 6,500 | 58-6 VENDOR COUPON ENV - 13CS | 1,053.0000 | 1,053.00 |
| 1,000 | 58-684 SAFETY BOX ENV - 2CS | 61.6000 | 61.60 |
| 4,400 | 58-193 MONEY ORDER RECAP - 1CS | 79.2000 | 79.20 |
| 45,000 | 79-29 ASSIGN. CARDS - 5 CS | 1,476.8000 | 1,476.80 |
| 4,400 | 8-23 RESTROOM CHECK LIST - 1CS | 101.2000 | 101.20 |
| 8,800 | 8-33 LUNCH/BREAK - 2CS | 322.0800 | 322.08 |
| 500 | 58-88-2 BUS REPLY ENV - 2CS | 128.6000 | 128.60 |
| 3,000 | 58-173 WKLY WORK SCH. - 1CS | 157.8000 | 157.80 |
| 4,400 | 2-386 WESTERN UN. REC - 1CS | 101.2000 | 101.20 |
| 4,400 | 53-130 SHIFT CHANGE - 1CS | 50.1600 | 50.16 |
| 500 | 58-48-5 REPORT ENV - 1CS | 39.4000 | 39.40 |
| 8,800 | 58-134 CHECK POINT LOGS - 2CS | 686.4000 | 686.40 |
| 2,000 | 22-275 WESTERN UN ENV - 4CS | 132.0000 | 132.00 |



## ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17127012 |
|---|---|
| Invoice Date | 05/12/05 |
| Date Shipped | 05/11/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 212679 |
| Job Number | C17127 |

**GREENVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 50,000 | 25-22 CUST. SERVICE FORM (5 CS) | 1,110.0000 | 1,110.00 |
| 500 | 58-39 PHARM ENV - 1CS. | 171.0000 | 171.00 |
| 250 | 76-133 INVENTORY CONTROL ENV - 1CS | 301.4000 | 301.40 |
| 500 | 58-6 VENDOR COUPON ENV - 1CS | 81.0000 | 81.00 |
| 4,000 | 58-684 SAFETY BOX ENV - 8CS | 246.4000 | 246.40 |
| 500 | 22-275 WESTERN UN,. ENV - 1CS | 33.0000 | 33.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 1,942.80 |
| Sales Tax | 0.00 |
| Total Due | $ 1,942.80 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDGVGM** |
|---|---|
| Invoice Number : | **C17127012** |
| Invoice Date : | **05/12/2005** |
| Invoice Amount : | **$ 1,942.80** |
| Amount Paid : | *1659.80* |

*due $ 283⁰⁰*

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
### printing and multimedia communications

# INVOICE

| Invoice # | C17550012 |
|---|---|
| Invoice Date | 07/08/05 |
| Date Shipped | 07/06/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 262844 |
| Job Number | C17550 |

**GREENVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---:|---|---:|---:|
| 3,000 | 58-489-1 NEG BALANCE 1 CS) | 135.0000 | 135.00 |
| 1,750 | 58-150 COINSTAR ENV -.7CS | 199.5000 | 199.50 |
| 500 | 58-39 PHARM ENV - 1CS | 301.4000 | 301.40 |
| 750 | 76-133 INV CONTROL ENV - 3CS | 55.2000 | 55.20 |
| 3,000 | 2-63 STORE DISP. LAYOUT - 1CS | 120.0000 | 120.00 |
| 6,000 | 58-684 SAFETY BOX ENV - 12CS | 369.6000 | 369.60 |
| 21,600 | 25-51 CAKE ORDER FORM - 8CS | 1,791.3600 | 1,791.36 |
| 4,400 | 8-33 LUNCH/BREAK - 1CS | 161.0400 | 161.04 |
| 750 | 58-88-2 BUS REPLY ENV - 3CS | 192.9000 | 192.90 |
| 500 | 58-48-5 REPORT ENV - 1CS | 39.4000 | 39.40 |
| 8,800 | 58-134 CHECKPOINT LOG - 1CS | 343.2000 | 343.20 |
| 2,000 | 22-275 WESTERN UN. ENV - 4CS | 132.0000 | 132.00 |

# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

**GREENVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| | |
|---|---|
| Invoice # | C17550012 |
| Invoice Date | 07/08/05 |
| Date Shipped | 07/06/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 262844 |
| Job Number | C17550 |

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| | Thank you for your business! | Subtotal | 3,840.60 |
| | PLEASE REMIT TO: | Sales Tax | 0.00 |
| | P.O. Box 274227 | | |
| | Tampa, FL 33688-4227 | | |
| | | Total Due | $ 3,840.60 |

Late payments received after the due date may be
charged a  late fee of  1.5 % per month.

Customer Code :  **WDGVGM**

Invoice Number :  **C17550012**

Invoice Date :  **07/08/2005**

Invoice Amount :  **$ 3,840.60**

Amount  Paid :  *3462.38*

*au $378.22*



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16226011 |
| Invoice Date | 01/31/05 |
| Date Shipped | 01/28/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16226 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 2,500 | B/CARDS (10 NAMES) BHAGAT, LAND, WISE, BRUNNER, PARIKH, PATEL, H. PATEL, STEPHENS, GOODWIN, VITELLI | 180.0000 | 180.00 |
| 2,500 | B/CARDS (10 NAMES)  RE-BILL - WD STOPPED PAYMENT ON CHECK | 180.0000 | 180.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 360.00 |
| Sales Tax | 12.60 |
| **Total Due** | **$ 372.60** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDJACK** |
| **Invoice Number :** | **C16226011** |
| **Invoice Date :** | **03/08/2005** |
| **Invoice Amount :** | **$ 372.60** |
| **Amount Paid :** | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16646011 |
| Invoice Date | 04/01/05 |
| Date Shipped | 03/31/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16646 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,500 | 22-25 #10 WINDOW ENV. - 1 CASE  - ORDERED BY BARBARA TURNER PRICE INCLUDES TYPESETTING | 155.3500 | 155.35 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 155.35 |
| Sales Tax | 10.87 |
| Freight | 6.92 |
| **Total Due** | **$ 173.14** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C16646011** |
| Invoice Date : | **04/01/2005** |
| Invoice Amount : | **$ 173.14** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17227012 |
|---|---|
| Invoice Date | 05/13/05 |
| Date Shipped | 05/12/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17227 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (LARRY DAVIS)  ORDERED BY KEVIN MARSHALL | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| **Total Due** | **$ 19.26** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17227012** |
| Invoice Date : | **05/13/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount Paid : | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17160012 |
|---|---|
| Invoice Date | 05/26/05 |
| Date Shipped | 05/25/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17160 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 2,500 | 22-286-1 # 10 ENVELOPES - ORDERED BY BARBARA TURNER | 300.0000 | 300.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 300.00 |
| Sales Tax | 21.00 |
| **Total Due** | **$ 321.00** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17160012** |
| Invoice Date : | **05/26/2005** |
| Invoice Amount : | **$ 321.00** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17423012 |
| Invoice Date | 06/15/05 |
| Date Shipped | 06/13/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17423 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 500 | 49-26 PARTS ORDER FORM - ORDERED BY BARBARA TURNER | 170.4600 | 170.46 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 170.46 |
| Sales Tax | 11.93 |
| Freight | 6.43 |
| **Total Due** | **$ 188.82** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17423012** |
| Invoice Date : | **06/15/2005** |
| Invoice Amount : | **$ 188.82** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17536012 |
|---|---|
| Invoice Date | 06/24/05 |
| Date Shipped | 06/17/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17536 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (TERRY JONES #19) ORDERED BY TIM VAUGHN | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | | |
|---|---|---|
| Subtotal | | 18.00 |
| Sales Tax | | 1.26 |
| **Total Due** | | **$ 19.26** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17536012** |
| Invoice Date : | **06/24/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
### printing and multimedia communications

# INVOICE

| Invoice # | C17546012 |
|---|---|
| Invoice Date | 07/11/05 |
| Date Shipped | 07/06/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17546 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 5,400 | 74-55-1 GROCERY DELIVERY RECEIPT (18 BDLS OF 100) - ORDERED BY WENDELL YOUNG | 275.0000 | 275.00 |

| | | |
|---|---|---|
| *Thank you for your business!* | Subtotal | 275.00 |
| **PLEASE REMIT TO:** | Sales Tax | 19.25 |
| *P.O. Box 274227* | Freight | 11.94 |
| *Tampa, FL 33688-4227* | | |
| | **Total Due** | **$ 306.19** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDJACK** |
|---|---|
| Invoice Number : | **C17546012** |
| Invoice Date : | **07/11/2005** |
| Invoice Amount : | **$ 306.19** |
| Amount Paid : | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17594012 |
|---|---|
| Invoice Date | 07/18/05 |
| Date Shipped | 07/06/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17594 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,250 | 41-88 ASSOCIATES REQUEST FOR MISC. PAY (25 PADS)-ORDERED BY WENDELL YOUNG | 137.5000 | 137.50 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 137.50 |
| Sales Tax | 9.63 |
| Freight | 7.38 |
| Total Due | $ 154.51 |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17594012** |
| Invoice Date : | **07/18/2005** |
| Invoice Amount : | **$ 154.51** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17595012 |
|---|---|
| Invoice Date | 07/26/05 |
| Date Shipped | 07/25/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17595 |

**WINN DIXIE JACKSONVILLE**
**1550 W. BEAVER STREET**
**BALDWIN, FL 32234**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,250 | 41-11 ASSOCIATE REQ. FOR SICK PAY (25 PADS) ORDERED BY WENDELL YOUNG | 139.5800 | 139.58 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 139.58 |
| Sales Tax | 9.77 |
| Freight | 6.97 |
| Total Due | $ 156.32 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17595012** |
| Invoice Date : | **07/26/2005** |
| Invoice Amount : | **$ 156.32** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17730012 |
|---|---|
| Invoice Date | 07/28/05 |
| Date Shipped | 07/27/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17730 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (SARAH STEELE #192) ORDERED BY STEVE SMITH | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| **Total Due** | **$ 19.26** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDJACK** |
|---|---|
| Invoice Number : | **C17730012** |
| Invoice Date : | **07/28/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17783012 |
|---|---|
| Invoice Date | 08/15/05 |
| Date Shipped | 08/04/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17783 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (EDWARD GONZALEZ #123) ORDERED BY EDWARD GONZALEZ | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Total Due | $ 19.26 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17783012** |
| Invoice Date : | **08/15/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
printing and multimedia communications

# INVOICE

| Invoice # | C17784012 |
|---|---|
| Invoice Date | 08/15/05 |
| Date Shipped | 08/04/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17784 |

**WINN DIXIE JACKSONVILLE
P.O. BOX 2180
MISC ACCT PAYABLE
JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (BOB LUCAS #138) ORDERED BY JAMIE FLOYD | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| **Total Due** | **$ 19.26** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDJACK** |
| **Invoice Number :** | **C17784012** |
| **Invoice Date :** | **08/15/2005** |
| **Invoice Amount :** | **$ 19.26** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17785012 |
| Invoice Date | 08/15/05 |
| Date Shipped | 08/04/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17785 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (IZETTE DEL MORAL #182) ORDERED BY TOM WOJCICKI | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Total Due | $ 19.26 |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJACK** |
| Invoice Number : | **C17785012** |
| Invoice Date : | **08/15/2005** |
| Invoice Amount : | **$ 19.26** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17803012 |
| **Invoice Date** | 08/16/05 |
| **Date Shipped** | |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17803 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (MARK SNIDER #2250)  ORDERED BY VIRGIL SCREWS | 18.0000 | 18.00 |

| | | |
|---|---|---|
| *Thank you for your business!* | Subtotal | 18.00 |
| **PLEASE REMIT TO:** | Sales Tax | 1.26 |
| *P.O. Box 274227* | Freight | 1.49 |
| *Tampa, FL 33688-4227* | | |
| | **Total Due** | **$ 20.75** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDJACK** |
| **Invoice Number :** | **C17803012** |
| **Invoice Date :** | **08/16/2005** |
| **Invoice Amount :** | **$ 20.75** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17902012 |
| Invoice Date | 08/19/05 |
| Date Shipped | 08/19/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17902 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,000 | B/CARDS (C. MARTIN, G. RIVERA, S. DINKELS, H. VOGEL) ORDERED BY DEANNA WILSON | 72.0000 | 72.00 |

| | | |
|---|---|---|
| *Thank you for your business!* | Subtotal | 72.00 |
| *PLEASE REMIT TO:* | Sales Tax | 5.04 |
| *P.O. Box 274227* | | |
| *Tampa, FL 33688-4227* | | |
| | Total Due | $77.04 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDJACK** |
| **Invoice Number :** | **C17902012** |
| **Invoice Date :** | **08/19/2005** |
| **Invoice Amount :** | **$ 77.04** |
| **Amount Paid :** | |



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17926012 |
| **Invoice Date** | 08/19/05 |
| **Date Shipped** | 08/19/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17926 |

**WINN DIXIE JACKSONVILLE**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (SUE BURNS)  ORDERED BY WILLIAM MARTIN | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| **Total Due** | **$ 19.26** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDJACK** |
| **Invoice Number :** | **C17926012** |
| **Invoice Date :** | **08/19/2005** |
| **Invoice Amount :** | **$ 19.26** |
| **Amount Paid :** | _____ |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205