

# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17271012 |
|---|---|
| Invoice Date | 06/03/05 |
| Date Shipped | 06/03/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 228923 |
| Job Number | C17271 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 3,000 | 58-489-1 NEG BALANCE (1 CS) | 135.0000 | 135.00 |
| 15,000 | 58-150 COINSTAR ENV - 6CS | 171.0000 | 171.00 |
| 500 | 58-39 PHARM ENV - 1CS | 301.4000 | 301.40 |
| 750 | 76-133 INV. CONTROL ENV - 3CS | 55.2000 | 55.20 |
| 3,000 | 58-6 VENDOR COUPON ENV - 6CS | 486.0000 | 486.00 |
| 4,500 | 58-684 SAFETY BOX ENV - 9CS | 277.2000 | 277.20 |
| 500 | 12-2 EBT ENV - 1CS | 35.0000 | 35.00 |
| 1,800 | 25-51 CAKE ORDER FORM - 2CS | 447.8100 | 447.81 |
| 8,800 | 58-353 UPC NOT IN FILE - 2CS | 452.0000 | 452.00 |
| 32,000 | 79-29 ASSIGN. CARDS - 4CS | 1,181.4400 | 1,181.44 |
| 5,500 | 58-69 DEPT SALES CARD - 1CS | 130.9000 | 130.90 |
| 4,400 | 2-386 WESTERN UN - 1CS | 101.2000 | 101.20 |
| 8,800 | 53-130 SHIFT CHANGE - 1CS | 138.0000 | 138.00 |
| 500 | 58-48-5 REPORT ENV - 1CS | 39.4000 | 39.40 |
| 2,200 | 2-120 DELI/BKRY PRODUCTION - 1CS | 144.7600 | 144.76 |
| 2,650 | 58-190 SELF CHECKOUT FORM - 1CS | 121.9000 | 121.90 |
| 8,800 | 58-134 CHECKPOINT LOG - 2CS | 386.4000 | 386.40 |
| 2,000 | 22-275 WESTERN UN. ENV - 4CS | 132.0000 | 132.00 |



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17271012 |
|---|---|
| Invoice Date | 06/03/05 |
| Date Shipped | 06/03/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 228923 |
| Job Number | C17271 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 4,736.61 |
| Sales Tax | 0.00 |
| **Total Due** | **$ 4,736.61** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJAGM** |
| Invoice Number : | **C17271012** |
| Invoice Date : | **06/03/2005** |
| Invoice Amount : | **$ 4,736.61** |
| Amount Paid : | *4070.50* |

*due $ 666.11*

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| | |
|---|---|
| Invoice # | C17493012 |
| Invoice Date | 06/30/05 |
| Date Shipped | 06/30/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 256340 |
| Job Number | C17493 |

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 10,000 | 25-22-CUSTOMER SVC. FORMS ((1 Cs.) | 222.0000 | 222.00 |
| 3,000 | 58-489-1 NEG. BALANCE - 1CS | 135.0000 | 135.00 |
| 250 | 58-150 COINSTAR ENV - 1CS | 28.5000 | 28.50 |
| 500 | 58-39 PHAMR ENV - 1CS | 301.4000 | 301.40 |
| 1,500 | 58-6 VENDOR COUPON ENV - 3CS | 243.0000 | 243.00 |
| 8,000 | 58-684 SAFETY BOX ENV - 16CS | 492.8000 | 492.80 |
| 500 | 12-2 EBT VOUCHER ENV - 1CS | 35.0000 | 35.00 |
| 18,900 | 25-51 CAKE ORDER FORM - 7CS | 1,567.4400 | 1,567.44 |
| 8,800 | 58-353 UPC NOT IN FILE - 1CS | 226.0000 | 226.00 |
| 16,000 | 79-29 ASSIGN CARDS - 2CS | 590.7200 | 590.72 |
| 4,400 | 8-33 LUNCH/BREAK - 1CS | 161.0400 | 161.04 |
| 250 | 58-88-2 BUS REPLY ENV - 1CS | 64.3000 | 64.30 |
| 3,000 | 58-173 WKLY WORK SCHEDULE - 1CS | 157.8000 | 157.80 |
| 5,500 | 58-69 DEPT SALES CARD - 1CS | 130.9000 | 130.90 |
| 17,600 | 53-130 SHIFT CHANGE - 4CS | 200.6400 | 200.64 |
| 4,400 | 58-937 BREAK SCHEDULE - 1CS | 191.8400 | 191.84 |
| 500 | 58-113-1 DIRECT SUM. ENV - 1CS | 49.4000 | 49.40 |
| 8,800 | 58-134 CHECK POINT LOG - 2CS | 686.4000 | 686.40 |
| 1,500 | 22-275 WESTERN UN. ENV - 3CS | 99.0000 | 99.00 |



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| Invoice # | C17493012 |
|---|---|
| Invoice Date | 06/30/05 |
| Date Shipped | 06/30/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 256340 |
| Job Number | C17493 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| | *Thank you for your business!* | Subtotal | 5,583.18 |
| | *PLEASE REMIT TO:* | Sales Tax | 0.00 |
| | *P.O. Box 274227* | | |
| | *Tampa, FL 33688-4227* | | |
| | | **Total  Due** | **$ 5,583.18** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDJAGM** |
| Invoice Number : | **C17493012** |
| Invoice Date : | **06/30/2005** |
| Invoice Amount : | **$ 5,583.18** |
| Amount  Paid : | *4687.50* |

*due $895.68*

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

**INVOICE**

| Invoice # | C17682012 |
|---|---|
| Invoice Date | 07/28/05 |
| Date Shipped | 07/27/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 276971 |
| Job Number | C17682 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 4,400 | 25-24 PHY REQ REFILL (1 CASE) | 88.8000 | 88.80 |
| 3,000 | 58-489-1 NEG. BALANCE - 1CS | 135.0000 | 135.00 |
| 500 | 58-150 COINSTAR ENV - 2CS | 57.0000 | 57.00 |
| 1,250 | 58-17 SALES TAX EXEMPT - 1CS | 157.5000 | 157.50 |
| 3,000 | 58-6 VENDOR COUPON ENV - 6CS | 486.0000 | 486.00 |
| 6,500 | 58-684 SAFETY BOX ENV - 8CS | 246.4000 | 246.40 |
| 3,000 | 58-579 PRODUCE DAILY PROC. - 1CS | 75.0000 | 75.00 |
| 2,700 | 25-51 CAKE ORDER FORM - 3CS | 671.7600 | 671.76 |
| 4,400 | 58-193 MONEY ORDER RECAP - 1CS | 79.2000 | 79.20 |
| 8,800 | 58-353 UPC NOT IN FILE - 1CS | 226.0000 | 226.00 |
| 32,000 | 79-29 ASSIGN. CARDS - 4CS | 1,181.4400 | 1,181.44 |
| 500 | 58-88-2 LG. BUSINESS REPLY ENV - 2CS | 128.6000 | 128.60 |
| 1,875 | 1-110 MICRO. SEAFOOD BROCHURE - 1CS | 220.5000 | 220.50 |
| 8,800 | 53-130 SHIFT CHANGE - 2CS | 100.3200 | 100.32 |
| 500 | 58-48-5 REPORT ENV - 1CS | 39.4000 | 39.40 |
| 2,200 | 2-120 DELI/BKRY PRODUCTION - 1CS | 144.7600 | .144.76 |
| 2,650 | 58-190 SELF CHECKOUT RECON. - 1CS | 121.9000 | 121.90 |
| 8,800 | 58-134 CHECKPOINT LOG - 1CS | 343.2000 | 343.20 |
| 3,000 | 22-275 WESTERN UN. ENV - 6CS | 198.0000 | 198.00 |
| | SIGNED DELIVERY RECEIPT FOR EACH ITEM IS ATTACHED | | . |

| Invoice # | C17682012 |
|---|---|
| Invoice Date | 07/28/05 |
| Date Shipped | 07/27/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 276971 |
| Job Number | C17682 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| | *Thank you for your business!* **PLEASE REMIT TO:** *P.O. Box 274227* *Tampa, FL 33688-4227* | Subtotal Sales Tax | 4,700.78 0.00 |
| | | **Total Due** | **$ 4,700.78** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| Customer Code : | **WDJAGM** |
|---|---|
| Invoice Number : | **C17682012** |
| Invoice Date : | **07/28/2005** |
| Invoice Amount : | **$ 4,700.78** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17845012 |
|---|---|
| Invoice Date | 08/26/05 |
| Date Shipped | 08/25/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 296306 |
| Job Number | C17845 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 20,000 | 25-22-CUSTOMER SVC. FORMS  (2 Cs.) | 444.0000 | 444.00 |
| 6,000 | 58-489-1 NEG. BALANCE - 2CS | 270.0000 | 270.00 |
| 500 | 58-150 COINSTAR ENV - 2CS | 57.0000 | 57.00 |
| 1,500 | 58-39 PHARM. ENV - 3CS | 164.4000 | 164.40 |
| 250 | 76-133 INV. CONTROL ENV - 1CS | 18.4000 | 18.40 |
| 1,500 | 58-6 VENDOR COUPON ENV - 3CS | 243.0000 | 243.00 |
| 800 | 12-2 EBT VOUCHER ENV - 1CS | 35.0000 | 35.00 |
| 4,400 | 58-228 PRODUCE CLOSE UP - 1CS | 38.7200 | 38.72 |
| 3,600 | 25-51 CAKE ORDER FORM - 4CS | 895.6800 | 895.68 |
| 24,000 | 79-29 ASSIGN. CARDS - 3CS | 886.0800 | 886.08 |
| 4,400 | 8-23 RESTROOM CHECK LIST - 1CS | 101.2000 | 101.20 |
| 8,800 | 8-33 LUNCH/BREAK - 2CS | 322.0800 | 322.08 |
| 500 | 58-88-2 LG BUSINESS REPLY ENV - 2CS | 128.6000 | 128.60 |
| 4,400 | 2-386 WESTERN UN . ENV - 1CS | 101.2000 | 101.20 |
| 3,000 | 58-173 WKLY WORK SCHEDULE - 1CS | 157.8000 | 157.80 |
| 500 | 58-113-1 DIRECT SUM ENV - 1CS | 49.4000 | 49.40 |
| 2,200 | 2-120 DELI/BKRY PRODUCTION - 1CS | 144.7600 | 144.76 |
| 1,000 | 22-275 WESTERN UN ENV - 2CS | 66.0000 | 66.00 |
| | SIGNED DELIVERY RECEIPT ATTACHED FOR EACH ITEM | | |

7403 Phillips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205

# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17845012 |
|---|---|
| Invoice Date | 08/26/05 |
| Date Shipped | 08/25/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | 296306 |
| Job Number | C17845 |

**JACKSONVILLE GMD WAREHOUSE**
**P.O. BOX 40805**
**JACKSONVILLE, FL 32203-0805**

| Account | Description | Quantity | Amount |
|---|---|---|---|
| *Thank you for your business!* | Subtotal | | 4,123.32 |
| *PLEASE REMIT TO:* | Sales Tax | | 0.00 |
| *P.O. Box 274227* | | | |
| *Tampa, FL 33688-4227* | | | |
| | **Total Due** | | **$ 4,123.32** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDJAGM** |
| **Invoice Number :** | **C17845012** |
| **Invoice Date :** | **08/26/2005** |
| **Invoice Amount :** | **$ 4,123.32** |
| **Amount Paid :** | |

7403 Philips Highway · Jacksonville, Florida 32256 · 866.749.7683 · 904.296.9252 · Fax 904.296.8205



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16995012 |
| Invoice Date | 04/20/05 |
| Date Shipped | 04/19/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16995 |

**WINN DIXIE MONTGOMERY.**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 750 | B/CARDS (3 NAMES ) PACK, BODIE, CRANE - ORDERED BY KIM NEWBERRY | 54.0000 | 54.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 54.00 |
| Sales Tax | 0.00 |
| Freight | 7.00 |
| **Total Due** | **$ 61.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDMONT** |
| Invoice Number : | **C16995012** |
| Invoice Date : | **04/20/2005** |
| Invoice Amount : | **$ 61.00** |
| Amount Paid : | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17363012 |
|---|---|
| Invoice Date | 05/31/05 |
| Date Shipped | 05/27/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17363 |

**WINN DIXIE MONTGOMERY.**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (BRENT SELLERS)  ORDERED BY BRENT SELLERS | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 7.00 |
| **Total Due** | **$ 25.00** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDMONT** |
| Invoice Number : | **C17363012** |
| Invoice Date : | **05/31/2005** |
| Invoice Amount : | **$ 25.00** |
| Amount  Paid : | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17638012 |
|---|---|
| Invoice Date | 07/21/05 |
| Date Shipped | 07/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17638 |

**WINN DIXIE MONTGOMERY.**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS - SIVA MAGISETTY | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 6.00 |
| **Total Due** | **$ 24.00** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDMONT** |
| Invoice Number : | **C17638012** |
| Invoice Date : | **07/21/2005** |
| Invoice Amount : | **$ 24.00** |
| Amount  Paid : | |

# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17996012 |
| Invoice Date | 09/01/05 |
| Date Shipped | 08/31/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17996 |

**WINN DIXIE MONTGOMERY.**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (SAM WRIGHT) ORDERED BY RAY MAH | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33689-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 3.55 |
| **Total Due** | **$ 21.55** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDMONT** |
| Invoice Number : | **C17996012** |
| Invoice Date : | **09/01/2005** |
| Invoice Amount : | **$ 21.55** |
| Amount Paid : | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

**WINN DIXIE MONTGOMERY.**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Invoice # | C18011012 |
|---|---|
| Invoice Date | 09/09/05 |
| Date Shipped | 09/06/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C18011 |

| Amount | Description | Price | Account |
|---|---|---|---|
| 250 | B/CARDS (MICHAEL HAINES, STORE 550) | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| **Subtotal** | 18.00 |
| **Sales Tax** | 0.00 |
| **Freight** | 4.00 |
| **Total Due** | $ 22.00 |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDMONT** |
| **Invoice Number :** | **C18011012** |
| **Invoice Date :** | **09/09/2005** |
| **Invoice Amount :** | **$ 22.00** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C18023012 |
|---|---|
| Invoice Date | 09/09/05 |
| Date Shipped | 09/06/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C18023 |

**WINN DIXIE MONTGOMERY.**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (LARRY GLOCK) ORDERED BY RAY MAH | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 4.00 |
| **Total Due** | **$ 22.00** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDMONT** |
| Invoice Number : | **C18023012** |
| Invoice Date : | **09/09/2005** |
| Invoice Amount : | **$ 22.00** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17013012 |
|---|---|
| Invoice Date | 04/20/05 |
| Date Shipped | 04/19/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17013 |

**WINN DIXIE NEW ORLEANS**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (LEO A. SCHAEFFER, IV)  ORDERED BY JAMES BENDER | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 7.00 |
| **Total Due** | **$ 25.00** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDNEWO** |
|---|---|
| Invoice Number : | **C17013012** |
| Invoice Date : | **04/20/2005** |
| Invoice Amount : | **$ 25.00** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17338012 |
| --- | --- |
| Invoice Date | 05/31/05 |
| Date Shipped | 05/31/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17338 |

**WINN DIXIE NEW ORLEANS**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
| --- | --- | --- | --- |
| 250 | B/CARDS (RAY MELTON)  ORDERED BY MICHAEL CRONIN | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
| --- | --- |
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 8.00 |
| Total Due | $ 26.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
| --- | --- |
| Customer Code : | **WDNEWO** |
| Invoice Number : | **C17338012** |
| Invoice Date : | **05/31/2005** |
| Invoice Amount : | **$ 26.00** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17640012 |
|---|---|
| Invoice Date | 07/21/05 |
| Date Shipped | 07/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17640 |

**WINN DIXIE NEW ORLEANS**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (C. PARADELAS) | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.61 |
| **Total Due** | **$ 25.87** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDNEWO** |
| Invoice Number : | **C17640012** |
| Invoice Date : | **07/21/2005** |
| Invoice Amount : | **$ 25.87** |
| Amount Paid : | |



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17835012 |
| Invoice Date | 08/16/05 |
| Date Shipped | 08/12/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17835 |

**WINN DIXIE NEW ORLEANS**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (LISA HESTER #1467) ORDERED BY ROSAMAEND OGLESBEE | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 6.63 |
| **Total Due** | **$ 24.63** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | WDNEWO |
| Invoice Number : | C17835012 |
| Invoice Date : | 08/16/2005 |
| Invoice Amount : | $ 24.63 |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17892012 |
| **Invoice Date** | 08/23/05 |
| **Date Shipped** | 08/19/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17892 |

**WINN DIXIE NEW ORLEANS**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE., FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (AMBER STEVENS-LANDRY #1448) ORDERED BY ROSAMAEND OGLESBEE | 18.0000 | 18.00 |

**Thank you for your business!**
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 0.00 |
| Freight | 3.82 |
| **Total Due** | **$ 21.82** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDNEWO** |
| **Invoice Number :** | **C17892012** |
| **Invoice Date :** | **08/23/2005** |
| **Invoice Amount :** | **$ 21.82** |
| **Amount Paid :** | _____ |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

# INVOICE

| Invoice # | C17060012 |
|---|---|
| Invoice Date | 04/22/05 |
| Date Shipped | 04/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17080 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (LEWK PETZOLD)  ORDERED BY LEWK PETZOLD | 18.0000 | 18.00 |

Thank you for your business!
PLEASE REMIT TO:
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 1.40 |
| **Total Due** | **$ 20.66** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDORLA** |
| Invoice Number : | **C17060012** |
| Invoice Date : | **04/22/2005** |
| Invoice Amount : | **$ 20.66** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17061012 |
|---|---|
| Invoice Date | 04/22/05 |
| Date Shipped | 04/18/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17061 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (JOEY PELHAM ) ORDERED BY FRANK LUNDY | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 1.40 |
| Total Due | $ 20.66 |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDORLA** |
| Invoice Number : | **C17061012** |
| Invoice Date : | **04/22/2005** |
| Invoice Amount : | **$ 20.66** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17601012 |
|---|---|
| Invoice Date | 07/05/05 |
| Date Shipped | 07/01/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17601 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS- (AMIN SURANI #678) ORDERED BY WILLIAM MARTIN | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 7.29 |
| **Total Due** | **$ 26.55** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDORLA** |
| **Invoice Number :** | **C17601012** |
| **Invoice Date :** | **07/05/2005** |
| **Invoice Amount :** | **$ 26.55** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17708012 |
| Invoice Date | 07/25/05 |
| Date Shipped | 07/22/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17708 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (BETTY PEREZ #2652) ORDERED BY MARK WEISMAN | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 5.64 |
| Total Due | $ 24.90 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDORLA** |
| Invoice Number : | **C17708012** |
| Invoice Date : | **07/25/2005** |
| Invoice Amount : | **$ 24.90** |
| Amount Paid : | |

| Invoice # | C17794012 |
|---|---|
| Invoice Date | 08/15/05 |
| Date Shipped | 08/04/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17794 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 2,500 | 22-222 PHARMACY ENV. ORDERED BY SHERRY TRIPP | 350.6000 | 350.60 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 350.60 |
| Sales Tax | 24.54 |
| Freight | 12.69 |
| Total Due | $ 387.83 |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDORLA** |
| Invoice Number : | **C17794012** |
| Invoice Date : | **08/15/2005** |
| Invoice Amount : | **$ 387.83** |
| Amount Paid : | |



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C16926015 |
|---|---|
| Invoice Date | 08/16/05 |
| Date Shipped | |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16925 |

**WINN DIXIE ORLANDO
P.O. BOX 2180
MISC ACCT PAYABLE
JACKSONVILLE, FL 32203-2180**

| AMOUNT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,000 | BUSINESS CARDS - MIKE CORNISH - ORDERED BY SHERRY TRIPP- CORRECTED INVOICE | 18.0000 | 18.00 |

Thank you for your business!
PLEASE REMIT TO:
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 1.49 |
| **Total Due** | **$ 20.75** |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDORLA** |
|---|---|
| Invoice Number : | **C16926015** |
| Invoice Date : | **08/16/2005** |
| Invoice Amount : | **$ 20.75** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16926015 |
| Invoice Date | 08/16/05 |
| Date Shipped | |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16926 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,000 | BUSINESS CARDS - MIKE CORNISH - ORDERED BY SHERRY TRIPP- CORRECTED INVOICE | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 1.49 |
| Total Due | $ 20.75 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDORLA** |
| Invoice Number : | **C16926015** |
| Invoice Date : | **08/16/2005** |
| Invoice Amount : | **$ 20.75** |
| Amount Paid : | |



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C17801012 |
| **Invoice Date** | 08/16/05 |
| **Date Shipped** | 08/15/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY B. THOMAS |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C17801 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (RON ECKERMAN)   ORDERED BY PAT ROSS | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 1.49 |
| **Total Due** | **$ 20.75** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| **Customer Code :** | **WDORLA** |
| **Invoice Number :** | **C17801012** |
| **Invoice Date :** | **08/16/2005** |
| **Invoice Amount :** | **$ 20.75** |
| **Amount Paid :** | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| Invoice # | C17802012 |
|---|---|
| Invoice Date | 08/16/05 |
| Date Shipped | |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17802 |

**WINN DIXIE ORLANDO**
**P.O. BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (RAY GONZALEZ)  ORDERED BY RON ECKERMAN | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 1.49 |
| **Total Due** | **$ 20.75** |

-----------------------------------------------------------------------------------

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDORLA** |
|---|---|
| Invoice Number : | **C17802012** |
| Invoice Date : | **08/16/2005** |
| Invoice Amount : | **$ 20.75** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
### printing and multimedia communications

## INVOICE

| | |
|---|---|
| **Invoice #** | C16774011 |
| **Invoice Date** | 03/29/05 |
| **Date Shipped** | 03/28/05 |
| **Ship Via** | OUR TRUCK |
| **Salesperson** | DORSEY-WINN DIXIE |
| **Terms** | 2%-14/NET 15 |
| **P.O. Number** | |
| **Job Number** | C16774 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS  - DENNIS SOUMOFF - ORDERED BY STEPHANIE SMITH | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.56 |
| **Total  Due** | **$ 25.82** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

**Customer Code :**  **WDPOMP**

**Invoice Number :**  **C16774011**

**Invoice Date :**  **03/29/2005**

**Invoice Amount :**  **$ 25.82**

**Amount Paid :**  _____



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C16829011 |
| Invoice Date | 04/04/05 |
| Date Shipped | 04/01/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16829 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (EMILIA PONCE) ORDERED BY STEPHANIE SMITH | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 7.28 |
| **Total Due** | **$ 26.54** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | **C16829011** |
| Invoice Date : | **04/04/2005** |
| Invoice Amount : | **$ 26.54** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C16877011 |
|---|---|
| Invoice Date | 04/15/05 |
| Date Shipped | 04/14/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C16877 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (BRYAN LOUGHNEY)   ORDERED BY JOHN ROSS | 18.0000 | 18.00 |

*Thank you for your business!*
***PLEASE REMIT TO:***
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 7.00 |
| **Total Due** | **$ 26.26** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDPOMP** |
|---|---|
| Invoice Number : | **C16877011** |
| Invoice Date : | **04/15/2005** |
| Invoice Amount : | **$ 26.26** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17486012 |
| Invoice Date | 06/21/05 |
| Date Shipped | 06/17/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17486 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (SHAWN REED) #336  -  ORDERED BY DON DUCHARME | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.63 |
| Total Due | $ 25.89 |

---

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | **C17486012** |
| Invoice Date : | **06/21/2005** |
| Invoice Amount : | **$ 25.89** |
| Amount  Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17726012 |
| Invoice Date | 07/28/05 |
| Date Shipped | 07/27/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17726 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (L. RODRIGUEZ #249)  ORDERED BY LUIS RODRIGUEZ | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.61 |
| Total Due | $ 25.87 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | **C17726012** |
| Invoice Date : | **07/28/2005** |
| Invoice Amount : | **$ 25.87** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



## ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17746012 |
|---|---|
| Invoice Date | 08/15/05 |
| Date Shipped | 07/28/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17746 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 1,500 | 22-89 POMPANO RETURN ADDRESS WINDOW ENVELOPES - ORDERED BY STEPHANIE TURNER | 225.0000 | 225.00 |

| | |
|---|---|
| Subtotal | 225.00 |
| Sales Tax | 15.75 |
| Freight | 11.84 |
| **Total Due** | **$ 252.59** |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDPOMP** |
|---|---|
| Invoice Number : | **C17746012** |
| Invoice Date : | **08/15/2005** |
| Invoice Amount : | **$ 252.59** |
| Amount Paid : | |



**ALLIED GRAPHICS**
printing and multimedia communications

## INVOICE

| | |
|---|---|
| Invoice # | C17787012 |
| Invoice Date | 08/16/05 |
| Date Shipped | 08/12/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17787 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS -(ANN CARPICO) ORDERED BY JILL JENKINS | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.63 |
| **Total Due** | **$ 25.89** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | **C17787012** |
| Invoice Date : | **08/16/2005** |
| Invoice Amount : | **$ 25.89** |
| Amount Paid : | |

| Invoice # | C17830012 |
|---|---|
| Invoice Date | 08/16/05 |
| Date Shipped | 08/12/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17830 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS -(HAROLD GLASSMAN #281) ORDERED BY EMILIA PONCE | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.63 |
| **Total Due** | **$ 25.89** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | WDPOMP |
| Invoice Number : | C17830012 |
| Invoice Date : | 08/16/2005 |
| Invoice Amount : | $ 25.89 |
| Amount Paid : | |

| Invoice # | C17833012 |
|---|---|
| Invoice Date | 08/16/05 |
| Date Shipped | 08/12/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2% -14/NET 15 |
| P.O. Number | |
| Job Number | C17833 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (MIKE SALAMONE #735) ORDERED BY BILLY MARTIN | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.63 |
| **Total Due** | **$ 25.89** |

Late payments received after the due date may be
charged a late fee of 1.5 % per month.

| Customer Code : | **WDPOMP** |
|---|---|
| Invoice Number : | **C17833012** |
| Invoice Date : | **08/16/2005** |
| Invoice Amount : | **$ 25.89** |
| Amount Paid : | |

| Invoice # | C17834012 |
|---|---|
| Invoice Date | 08/16/05 |
| Date Shipped | 08/12/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17834 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS -(ADAM SALUS) ORDERED BY EMILIA PONCE | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 6.63 |
| **Total Due** | **$ 25.89** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | C17834012 |
| Invoice Date : | 08/16/2005 |
| Invoice Amount : | $ 25.89 |
| Amount Paid : | |

| Invoice # | C17879012 |
|---|---|
| Invoice Date | 08/23/05 |
| Date Shipped | 08/19/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17879 |

**WINN DIXIE MIAMI**
**19167 S. DIXIE HWY**
**MIAMI, FL 33157**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS -(JOE SCARPACE #291) ORDERED BY JOE SCARPACE | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 3.82 |
| Total Due | $ 23.08 |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | WDPOMP |
| Invoice Number : | C17879012 |
| Invoice Date : | 08/23/2005 |
| Invoice Amount : | $ 23.08 |
| Amount Paid : | |

| Invoice # | C17891012 |
|---|---|
| Invoice Date | 08/23/05 |
| Date Shipped | 08/19/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17891 |

**WINN DIXIE MIAMI**
**19167 S. DIXIE HWY**
**MIAMI, FL 33157**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS -(GENNIE BROWN #291) ORDERED BY GENNIE BROWN | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 3.82 |
| Total Due | $ 23.08 |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| Customer Code : | WDPOMP |
|---|---|
| Invoice Number : | C17891012 |
| Invoice Date : | 08/23/2005 |
| Invoice Amount : | $ 23.08 |
| Amount Paid : | |

# ALLIED GRAPHICS

printing and multimedia communications

## INVOICE

| Invoice # | C17967012 |
|---|---|
| Invoice Date | 09/01/05 |
| Date Shipped | 08/31/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY B. THOMAS |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17967 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS- (MIKE DANELIAK)  ORDERED BY MIKE DANELIAK | 18.0000 | 18.00 |

Thank you for your business!
PLEASE REMIT TO:
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 3.82 |
| **Total Due** | **$ 23.08** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | **C17967012** |
| Invoice Date : | **09/01/2005** |
| Invoice Amount : | **$ 23.08** |
| Amount Paid : | |

7403 Phillips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Invoice # | C17973012 |
|---|---|
| Invoice Date | 09/01/05 |
| Date Shipped | 08/31/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17973 |

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | B/CARDS (ELAINE RICHARDS #272)  ORDERED BY STEPHANIE TURNER | 18.0000 | 18.00 |

*Thank you for your business!*
**PLEASE REMIT TO:**
**P.O. Box 274227**
**Tampa, FL 33688-4227**

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 3.82 |
| **Total Due** | **$ 23.08** |

---

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| | |
|---|---|
| Customer Code : | **WDPOMP** |
| Invoice Number : | **C17973012** |
| Invoice Date : | **09/01/2005** |
| Invoice Amount : | **$ 23.08** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C17974012 |
|---|---|
| Invoice Date | 09/01/05 |
| Date Shipped | 08/31/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C17974 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| Amount | Description | Unit Price | Amount |
|---|---|---|---|
| 250 | BUSINESS CARDS -(TIANN CAMPBELL #290) ORDERED BY ANN CARPICO | 18.0000 | 18.00 |

*Thank you for your business!*
*PLEASE REMIT TO:*
*P.O. Box 274227*
*Tampa, FL 33688-4227*

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 3.82 |
| **Total Due** | **$ 23.08** |

Late payments received after the due date may be charged a late fee of 1.6 % per month.

| Customer Code : | **WDPOMP** |
|---|---|
| Invoice Number : | **C17974012** |
| Invoice Date : | **09/01/2005** |
| Invoice Amount : | **$ 23.08** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205



# ALLIED GRAPHICS
printing and multimedia communications

## INVOICE

| Invoice # | C18038012 |
|---|---|
| Invoice Date | 09/20/05 |
| Date Shipped | 09/09/05 |
| Ship Via | OUR TRUCK |
| Salesperson | DORSEY-WINN DIXIE |
| Terms | 2%-14/NET 15 |
| P.O. Number | |
| Job Number | C18038 |

**WINN-DIXIE POMPANO**
**P.O BOX 2180**
**MISC ACCT PAYABLE**
**JACKSONVILLE, FL 32203-2180**

| AMOUNT | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 250 | B/CARDS (LYNN LAFFERTY #606) ORDERED BY W. MARTIN | 18.0000 | 18.00 |

Thank you for your business!
PLEASE REMIT TO:
P.O. Box 274227
Tampa, FL 33688-4227

| | |
|---|---|
| Subtotal | 18.00 |
| Sales Tax | 1.26 |
| Freight | 4.00 |
| **Total Due** | **$ 23.26** |

Late payments received after the due date may be charged a late fee of 1.5 % per month.

| Customer Code : | **WDPOMP** |
|---|---|
| Invoice Number: | **C18038012** |
| Invoice Date : | **09/20/2005** |
| Invoice Amount : | **$ 23.26** |
| Amount Paid : | |

7403 Philips Highway • Jacksonville, Florida 32256 • 866.749.7683 • 904.296.9252 • Fax 904.296.8205