United States Bankruptcy Court
Middle District of Florida

| WINN DIXIE STORES, INC | } Chapter 11 |
|---|---|
|  | } |
|  | } Case No. |
|  | } 05-03817 |
| Debtor | } Amount: $1,354.90 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:** (Related Document 3287)

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

The transfer of your claim as shown above in the amount of **$1,354.90** has been transferred to:

    **ALTERNATIVE ELECTRICAL SERVICES INC**
    **PO BOX 58479**
    **LOUISVILLE, KY 40268**

No action is required if you do not object to the transfer of your Claim.

*[signature]*

_____
Robert Minkoff
Revenue Management
(201) 968-0001

## TRANSFER NOTICE

**Revenue Management** ("Assignor"), transfers and assigns unto **ALTERNATIVE ELECTRICAL SERVICES INC** with an address at **DETROIT METRO-WAYNE CNTY A/P, LOUISVILLE, KY 40268** its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: WINN DIXIE STORES, INC. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the **ALTERNATIVE ELECTRICAL SERVICES INC** Claims of Assignor in the aggregate amount of **$1,354.90** representing all claims against: WINN DIXIE STORES, INC. in the United States Bankruptcy Court for the Middle District of Florida administered as Case No. 05-13817 subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th, **day** of October 2005.

Revenue Management

By:/s/Robert Minkoff