UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**TENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR
APPROVAL OF RETENTION AND COMPENSATION OF
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the tenth time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course professional:

| | |
|---|---|
| Law Office of Thomas W. Choate<br>P.O. Box 206<br>Abilene, Texas 79604-0206 | Texas commercial litigation counsel |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Dated: October 11, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*          <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Steven B. Eichel | By   *s/ Cynthia C. Jackson*       <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**CERTIFICATE OF SERVICE OF TENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

This is to certify that on October 11, 2005, I caused to be served a copy of this Tenth Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Creditors' Committee, counsel to the Equity Committee and counsel to the DIP Lender by sending the same via electronic mail to the persons identified below:

> Kenneth C. Meeker
> Assistant U.S. Trustee
> Office of the United States Trustee
> 135 West Central Boulevard, Room 620
> Orlando, Florida 32801
> Phone: 407-648-6301
> Fax: 407-648-6323
> ken.meeker@usdoj.gov
>
> Elena L. Escamilla
> 135 Central Blvd. Suite 620
> Orlando FL 32801
> Phone: 407-648-6465
> Fax: 407-648-6323
> Elena.L.Escamilla@usdoj.gov
>
> Otterbourg, Steindler, Houston & Rosen, P.C.
> Attn: Jonathan N. Helfat
> 230 Park Avenue, 29th Floor
> New York, NY 10169
> Phone: 212-661-9100
> Fax: 212-682-6104
> Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-822-5770
Ddunne@milbank.com

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K. Denniston
600 Peachtree Street, N.E., 24th Fl.
Atlanta, GA 30308
Phone: 404-815-2347
Fax: 404-685-5347
karolkdenniston@paulhastings.com

Dated: October 11, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ Rosalie Walker Gray* <br>      Rosalie Walker Gray | By  *s/ Cynthia C. Jackson* <br>      Cynthia C. Jackson, <br>      Florida Bar Number 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> rgray@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |