UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtor, | Chapter 11 |
| | Jointly Administered |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that creditor and party-in-interest Schreiber Foods, Inc. hereby appears in the above-captioned case by its counsel, Quarles & Brady LLP. Such counsel hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rule 2002, 30117 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone and facsimile numbers indicated:

| | |
|---|---|
| Ned R. Nashban, Esq. | Jerome E. Smyth, Esq |
| Quarles & Brady LLP | Liebman, Conway, Olejniczak & Jerry, S.C. |
| 1900 Glades Road, Suite 355 | 231 S. Adams Street |
| Boca Raton, FL 33431 | P.O. Box 23200 |
| 561-368-5400 | Green Bay, WI 54305-3200 |
| 561-368-1996 Facsimile | 920-437-0476 |
| nrn@quarles.com | 920-437-2858 Facsimile |
| | jes@ojlaw.com |

Please take further that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

QBNAP\477718.1

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoff, or recoupments to which the above-named entities is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 11, 2005

QUARLES & BRADY LLP

By: /s/ Ned R. Nashban
Ned R. Nashban, Esquire
Florida Bar No. 717230
Attorneys for Creditor
One Lincoln Place
1900 Glades Road, Suite 355
Boca Raton, FL  33431
561.368.5400
561.368.1996 Facsimile
nrn@quarles.com

and

Jerome E. Smyth, Esquire
LIEBMAN, CONWAY, OLEJNICZAK & JERRY, S.C
231 S. Adams Street
P.O. Box 23200,
Green Bay, Wisconsin 54305-3200
920.437.0476
920.437.2868 Facsimile
jes@lcojlaw.com

Co-Counsel for Schreiber Foods, Inc.

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that I caused a copy of the foregoing Notice of Evidentiary Hearing to be served debtor's attorneys, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Stephen Busey, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; the U.S. Trustee; Counsel for the Official Committee of Unsecured Creditors; Counsel for the Official Committee of Equity Interestholders; and the Local Rule 1007-2 Parties in Interest electronically and to Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, FL 32254-3699 by U.S. Mail, this 11th day of October, 2005.

QUARLES & BRADY LLP

By: _____
Ned R. Nashban, Esquire
Florida Bar No. 717230
nrn@quarles.com
Co-Counsel for Schreiber Foods, Inc.
1900 Glades Road
Suite 355
Boca Raton, FL   33431
561.368.5400 Telephone
561.368.1996 Facsimile