UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtor, | Chapter 11 |
| | Jointly Administered |

## NOTICE OF EVIDENTIARY HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an evidentiary hearing is scheduled for **November 18, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion of Schreiber Foods, Inc. to Have the Court Set a Specific Date for the Debtor to Assume or Reject Executory Contract, Pursuant to Bankruptcy Code §365(d)(2) (Docket No. 3815).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

QBNAP\477653.1

the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse

Dated: October 11, 2005

                                    QUARLES & BRADY LLP

By: /s/ Ned R. Nashban
      Ned R. Nashban, Esquire
      Florida Bar No. 717230
      Attorneys for Creditor
      One Lincoln Place
      1900 Glades Road, Suite 355
      Boca Raton, FL 33431
      561.368.5400
      561.368.1996 Facsimile
      nrn@quarles.com

      and

Jerome E. Smyth, Esquire
LIEBMAN, CONWAY, OLEJNICZAK & JERRY, S.C
231 S. Adams Street
P.O. Box 23200,
Green Bay, Wisconsin 54305-3200
920.437.0476
920.437.2868 Facsimile
jes@lcojlaw.com

Co-Counsel for Schreiber Foods, Inc.

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that I caused a copy of the foregoing Notice of Evidentiary Hearing to be served debtor's attorneys, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Stephen Busey, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; the U.S. Trustee; Counsel for the Official Committee of Unsecured Creditors; Counsel for the Official Committee of Equity

Interestholders; and the Local Rule 1007-2 Parties in Interest electronically and to Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, FL 32254-3699 by U.S. Mail, this 11th day of October, 2005.

                                            QUARLES & BRADY LLP

                                By: _____
                                          Ned R. Nashban, Esquire
                                          Florida Bar No. 717230
                                          nrn@quarles.com
                                          Co-Counsel for Schreiber Foods, Inc.
                                          1900 Glades Road
                                          Suite 355
                                          Boca Raton, FL   33431
                                          561.368.5400 Telephone
                                          561.368.1996 Facsimile