# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

                **Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about October 6, 2005, I caused copies of:

- **the Order Correcting Order Dated September 12, 2005 Under 11 U.S.C. § 365(d)(4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property (Docket No. 3434) to Modify Language of Paragraph 4 and Attach Amended Exhibit A**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 11, 2005

_____
Kathleen M. Logan

Code: AY

# EXHIBIT A
# SERVICE LIST

Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOC, LP
C/O MARK D SVEJDA LAW OFFICE
ATTN MARK D SVEJDA, ESQ
6909 E GREENWAY PARKWAY
SCOTTSDALE AZ 85254

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOC, LP
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE AZ 85258

CREDITOR ID: 410886-15
59 WEST PARTNERS, LTD/BESSEMER
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 315740-40
AGAPION, BILL
625 S ELM ST
GREENSBORO, NC 27406-1327

CREDITOR ID: 243502-12
AGAPION, BILL
625 S ELM ST
GREENSBORO, NC 27406-1327

CREDITOR ID: 315718-40
AJ&C GARFUNKEL
400 MALL BLVD, 2ND FLR, STE M
PO BOX 16087
SAVANNAH, GA 31406

CREDITOR ID: 407667-93
AL DAN PENSION INVESTMENTS INC
W-D SHELBY PARTNERSHIP
C/O WEISS
469 7TH AVENUE, SUITE 1300
NEW YORK NY 10018-7603

CREDITOR ID: 1030-07
ALBION PACIFIC PROP RESOURCES
215 WEST SIXTH STREET, SUITE 1400
LOS ANGELES, CA 90014

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 1032-07
ALLARD LLC
695 CENTRAL AVENUE, #207
ST. PETERSBURG, FL 33701

CREDITOR ID: 411177-15
ALLIED CAPITAL CORP CLASSES ABC
ACGS 2004, LLC
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411159-15
ALLIED CAPITAL CORP CLASSES ABC
HLDRS OF ACGS 2004, LLC SEC NOTES
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410780-15
ALLIED CAPITAL CORP, SVCER
ACGS 2004 LLC SECURED NOTES
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY ESQS
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 1058-07
ALLIED CAPITAL CORPORATION
ACCT# 751682
PO BOX 630796
BALTIMORE, MD 21263-0796

CREDITOR ID: 410891-15
ALLIED CAPITAL CORPORATION
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 1059-07
ALLIED CAPITAL REIT INC
ATTN: JAMES SHEVLIN
PO BOX 630796
BALTIMORE, MD 21263-0796

CREDITOR ID: 315724-40
ALTAMONTE SSG INC
27001 US HWY 19 N  STE 2095
CLEARWATER, FL 33761

CREDITOR ID: 407606-15
ALTAMONTE SSG, INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN RICHARD MCINTYRE, ESQ
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 2052-07
ALVIN B CHAN FAMILY LP
3206 JACKSON STREET
SAN FRANCISCO, CA 94118

CREDITOR ID: 408295-99
ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 315728-40
AMERICAN COMMERCIAL REALTY CO
ROEBUCK MARKETPLACE
C/O AMERICAN COMMERCIAL REALT
PO BOX 534310
ATLANTA, GA 30353-4310

CREDITOR ID: 315934-41
AMERICAN COMMERCIAL REALTY CORP.
RE: ROEBUCK MARKETPLACE
4400 PGA BLVD. SUITE# 305
PALM  BEACH  GARDENS FL 33410

CREDITOR ID: 410961-15
AMERICAN RESIDENTIAL EQUITIES, INC
C/O HOLLAND & KNIGHT LLP
ATTN DAVID R SOFTNESS, ESQ
701 BRICKELL AVENUE, SUITE 3000
MIAMI FL 33131

CREDITOR ID: 315729-40
AMERICANA EAST INVESTMENTS INC
3705 TAMPA RD UNIT 1-A
OLDSMAR, FL 34677

CREDITOR ID: 1076-07
APPLEWOOD SHOPPING CENTER
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 242453-12
APPLEWOOD SHOPPING CENTER
C/O COLLETT & ASSOCIATES INC.
PO BOX 36799
CHARLOTTE NC 28236-6799

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 2060-07
ARCO REALTY COMPANY
625 S ELM STREET
GREENSBORO, NC 27406-1327

CREDITOR ID: 2063-07
ARROWHEAD NET LEASE, LP
C/O CARDINAL CAPITAL PARTNERS
8214 WESTCHESTER DRIVE, 9TH FLOOR
DALLAS TX 75225

CREDITOR ID: 1080-07
ARS INVESTMENT CORPORATION
THOMAS E CARR & ASSOCIATES, PC
ATTN THOMAS E CARR, ESQ
1100 BOULDERS PARKWAY, STE 650
RICHMOND VA 23225

CREDITOR ID: 1080-07
ARS INVESTMENT CORPORATION
C/O HARDING & ASSOC INC
5006 MONUMENT AVENUE
RICHMOND, VA 23230

CREDITOR ID: 410753-15
ARTESIA MEDICAL DEVELOPMENT CO
C/O BEN-EZRA & KATZ, PA
ATTN MORISOL MORALES, ESQ
951 NE 167TH STREET, STE 204
N MIAMI BEACH FL 33162

CREDITOR ID: 315732-40
ARTESIA MEDICAL DEVELOPMENT CO
21520 SOUTH PIONEER BLVD, SUITE 205
HAWAIIAN  GARDENS, CA 90716

CREDITOR ID: 1082-07
ASHY-BROWN GONZALES
C/O GMAC COMMERICAL MORTGAGE
PO BOX 740988
ATLANTA, GA 30374-0988

CREDITOR ID: 1083-07
ATLANTIC CAROLINA RETAIL LLC
C/O BRUMLEY MEYER & KAPP
230 SEVEN FARMS DRIVE
SUITE 200
CHARLESTON, SC 29492

CREDITOR ID: 242911-12
B&T DEVELOPMENT INC
ATTN ANGELA C PIGG, SECRETARY
4362 ASBURY CHURCH ROAD
LINCOLNTON, NC 28092

CREDITOR ID: 315837-40
BAGWELL, HAROLD G
PO BOX 1700
GARNER, NC 27529

CREDITOR ID: 242944-12
BAKER & BAKER
PO BOX 12397
COLUMBIA, SC 29211-2397

CREDITOR ID: 1094-07
BANK MIDWEST
ATTN: JOHN BAXTER
1100 MAIN STREET
KANSAS CITY, MO 64105

CREDITOR ID: 1097-07
BANK OF NEW YORK
C/O MATT LOUIS ESCROW UNIT
101 BARCLAY STREET
FLOOR 8W
NEW YORK, NY 10286

CREDITOR ID: 315735-40
BARRETT CROSSING SHOPPING CENTER
85-A MILL STREET, SUITE 100
ROSWELL, GA 30075

CREDITOR ID: 243093-12
BARRETT CROSSING SHOPPING CTR LLC
C/O MIMMS ENTERPRISES
ATTN R C MIMMS/T MIMMS
85-A MILL STREET, SUITE 100
ROSWELL GA 30075

CREDITOR ID: 410590-15
BAYVIEW FINANCIAL, LP
C/O GEBHARDT & SMITH, LLP
ATTN KENNETH R RHOAD, ESQ
401 E PRATT ST, 9TH FLOOR
BALTIMORE MD 21202

CREDITOR ID: 1104-07
BAYVIEW LOAN SERVICING LLC
ATTN: PAYMENT PROCESSING DEPT.
PO BOX 331409
MIAMI, FL 33233-1409

CREDITOR ID: 1109-RJ
BELK INVESTMENTS
4508 E. INDEPENCE BOULEVARD
SUITE #207
CHARLOTTE, NC 28205

CREDITOR ID: 407656-93
BELMONT/CENTERMARK, LP
SUN LIFE ASSURANCE CO OF CANADA
C/O CHILDRESS KLEIN PROPERTIES
301 S COLLEGE STREET, SUITE 2800
CHARLOTTE NC 28202

CREDITOR ID: 407655-93
BELMONT/CENTERMARK, LP
RETAIL MANAGEMENT GROU, INC.
PO BOX 11407
BIRMINGHAM AL 35246-1036

CREDITOR ID: 127-03
BENDERSON DEVELOPMENT
570 DELWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 1113-07
BENDERSON TRUST & WAYNE RUBEN
BRADEN RIVER POST OFFICE
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 2246-07
BENTLEY, FRED D. SR. / MONTICELLO
PO BOX 958
MARIETTA GA 30061-3214

CREDITOR ID: 410927-15
BERGERON PROPERTIES & INVTMNT CORP
C/O GARY J ROTELLA & ASSOCIATES, PA
ATTN GARY J ROTELLA, ESQ
NEW RIVER CENTER, STE 1850
200 EAST LAS OLAS BLVD
FT LAUDERDALE FL 33301-2276

CREDITOR ID: 1117-07
BERGERON WD PALMETTO LLC
C/O BERGERON PROPERTIES
19612 SOUTHWEST 69TH PLACE
FORT LAUDERDALE, FL 33332

CREDITOR ID: 315741-40
BIRMINGHAM REALTY CO
ATTN:  ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM, AL 35242-4202

CREDITOR ID: 410800-15
BIRMINGHAM REALTY COMPANY
ATTN WILLIAM MAGRUDER, CPA
27 INVERNESS CTR PARKWAY
BIRMINGHAM AL 35242

SERVICE LIST

Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2084-07<br>BLANCHARD & CALHOUN<br>699 BROAD STREET, SUITE 400<br>AUGUSTA GA 30901 | CREDITOR ID: 315742-40<br>BLANCHARD & CALHOUN REAL ESTATE<br>PO BOX 1808<br>AUGUSTA, GA 30903-1808 | CREDITOR ID: 1129-07<br>BOB NEILL & ASSOCIATES<br>1433 EMERYWOOD DRIVE<br>CHARLOTTE, NC 28210 |
| CREDITOR ID: 243737-12<br>BONNERS POINT LLC<br>CO RETAIL MANAGEMENT GROUP<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 1131-07<br>BONNER'S POINT LLC<br>C/O RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEAL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 1131-07<br>BONNER'S POINT LLC<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN JEFFERY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 |
| CREDITOR ID: 316027-41<br>BOREN, FRANK<br>9169 GREAT HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 2242-07<br>BOREN, FRANK D<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 315817-40<br>BOREN, FRANK D & GAIL F<br>C/O KEY BANK WA -31-99-0371<br>95 SECOND STREET<br>FRIDAY  HARBOR, WA 98250 |
| CREDITOR ID: 1136-07<br>BRANDON CENTRE SOUTH<br>C/O PRESTON OIL COMPANY LP<br>PO BOX 7520<br>THE WOODLANDS, TX 77387 | CREDITOR ID: 244022-12<br>BROAD STREET STATION S.C.,LLC<br>C/O COLLETT & ASSOCIATES, INC.<br>PO BOX 36799<br>CHARLOTTE, NC 28236-6799 | CREDITOR ID: 1141-07<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 |
| CREDITOR ID: 2095-07<br>BRONZE CENTER, L.P.<br>OAKWOOD VILLAGE ASSOCIATES<br>1853 E. PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 397706-99<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006 |
| CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 S BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 374034-44<br>C&A LLC<br>PO BOX 640474<br>CINCINNATI, OH 45264-0474 | CREDITOR ID: 2103-07<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 1157-07<br>CA NEW FIXED RATE PARTNERSHIP<br>PO BOX 848409<br>DALLAS, TX 75284-8409 | CREDITOR ID: 1161-07<br>CALDWELL REALTY & INVESTMENT<br>C/O CAROL GRAGG<br>PO BOX 740<br>LENOIR, NC 28645 | CREDITOR ID: 411128-15<br>CAROLINA HOLDINGS, RECEIVER<br>OAKDALE INVESTORS, LP<br>ATTN BOB INGRAM<br>PO BOX 25209<br>GREENVILLE SC 29616 |
| CREDITOR ID: 1180-07<br>CC REALTY INTERMEDIATE FUND<br>THREE RIVERWAY<br>SUITE 670<br>HOUSTON, TX 77056 | CREDITOR ID: 244803-12<br>CC REALTY INTERMEDIATE FUND I, LTD<br>C/O CC MANAGEMENT LTD<br>ATTN GEORGE C DEREESE, CFO<br>THREE RIVERWAY, SUITE 670<br>HOUSTON, TX 77056 | CREDITOR ID: 1182-07<br>CEDAR CREEK CROSSING ASSOCIATE<br>C/O PERRIE WHEELER REAL ESTATE<br>PO BOX 3578<br>NORFOLK, VA 23514 |
| CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 2124-07<br>CEDAR SPRINGS CENTER ASSOC, LLC<br>ATTN D BENJAMIN GRAVES, ESQ<br>PO BOX 3524<br>SPARTANBURG, SC 29304-3524 |

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11 U.S.C. 365(d) (4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property (DI 3434) to Modify Language of Para 4 and Attach Amended Exhibit A**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 407657-93<br>CHARLES A. WILKINS<br>WATERS INC SC MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE NC 28234 | CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN JULIO E MENDOZA JR, ESQ<br>PO DRAWER 2426<br>COLUMBIA SC 29202 |
| CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>CITY VIEW LLC<br>ATTN KATHKEEN HULL, CONTROLLER<br>PO BOX 78145<br>CHARLOTTE, NC 28271 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 315723-40<br>CIRIGNANO, ALBERT J.  SR<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE, NY 11709 | CREDITOR ID: 246286-12<br>CITYVIEW LLC<br>PO BOX 78725<br>C/O MICHAEL E CALANDRA<br>CHARLOTTE, NC 28271-7040 | CREDITOR ID: 315971-41<br>CLARA BOLDOG, AMERICANA EAST INVES<br>C/O DEBOER INTERNATIONAL INC.<br>3705 TAMPA RD, UNIT 1-A<br>OLDSMAR FL 34677 |
| CREDITOR ID: 1198-07<br>CLAYTON CROSSINGS LLC<br>C/O COMMERCIAL PROPERTIES INC<br>1648F NORTH MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 1201-07<br>CLIFFDALE CORNER INC<br>PO BOX 53646<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 411074-15<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 2144-07<br>CLIFFDALE CORNER,INC<br>C/O RIDDLE COMMERCIAL PROPERTIES<br>238 NORTH MCPHERSON CHURCH ROAD<br>FAYETTEVILLE NC 28303 | CREDITOR ID: 407669-93<br>CLUB BOULEVARD INVESTORS, LP<br>PO BOX 2680<br>NORFOLK VA 23501 | CREDITOR ID: 1203-07<br>CMC REAL ESTATE PROGRAM<br>1988 1 LTD 111<br>PO BOX 3506<br>ANN ARBOR, MI 48106-3506 |
| CREDITOR ID: 2146-07<br>CMC REAL ESTATE PROGRAM 1988-1, LT<br>PO BOX 8649<br>ANN ARBOR MI 48106-8649 | CREDITOR ID: 246643-12<br>COLLINS POINTE SHOPPING CENTER<br>C/O CNM ASSOC<br>950 E PACES RD SUITE 900<br>ATLANTA, GA 30326 | CREDITOR ID: 246737-12<br>COMMERCIAL MANAGEMENT CORP<br>COAST PLAZA<br>4800 N FEDERAL HIGHWAY<br>SUITE 209A<br>BOCA RATON, FL 33431 |
| CREDITOR ID: 315766-40<br>COMMERCIAL NET LEASE REALTY INC<br>ATTN HELEN COLLINS<br>PO BOX 992<br>ORLANDO, FL 32802-0992 | CREDITOR ID: 246739-12<br>COMMERCIAL NET LEASE REALTY INC<br>PO BOX 992<br>ATTN HELEN COLLINS<br>ACCT # 100-00597<br>ORLANDO, FL 32802-0992 | CREDITOR ID: 1226-RJ<br>CPM ASSOCIATES LP<br>537 MARKET STREET, SUITE 400<br>CHATTANOOGA TN 37402 |
| CREDITOR ID: 247147-12<br>CPM ASSOCIATES LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 315982-41<br>CROSS CREEK PLAZA<br>C/O USPG MANAGEMENT, LLC<br>10 WEST BROAD STREET, SUITE 16<br>COLUMBUS OH 43215 | CREDITOR ID: 408206-15<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410824-15<br>DANIEL G KAMIN CLARKSVILLE<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 |

SERVICE LIST

Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 410824-15
DANIEL G KAMIN CLARKSVILLE
CROSSING, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 S HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 2177-07
DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA, WA 98513

CREDITOR ID: 1250-07
DAVIS MILL STATION
C/O COLUMBIA PROPERTIES INC
1355 TERRELL MILL ROAD
MARIETTA, GA 30067

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
C/O MCELWEE FIRM PLLC
ATTN: ROBERT P LANEY, ESQ
906 MAIN STREET
NORTH WILKESBORO NC 08659

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 1253-RJ
DDR DOWNREIT LLC
DEPT 435
PO BOX 643474
PITTSBURGH, PA 15264-3474

CREDITOR ID: 410901-15
DDR DOWNREIT, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 1258-07
DEERFOOT MARKETPLACE LLC
6 OFFICE PARK CIRCLE
SUITE 100
BIRINGHAM, AL 35223

CREDITOR ID: 411096-15
DEERFOOT MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN EDWARD J ASHTON, ESQ
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 315780-40
DEVCON ENTERPRISES INC
CORPORATE CENTER WEST
433 SOUTH MAIN STREET STE 300
WEST HARTFORD, CT 06110

CREDITOR ID: 278449-25
DEVELOPERS DIVERSIFIED REALTY CORP
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 2196-07
DIXIE LAND SC LLC
C/O PARKWAY ASSET MANAGEMENT CORP
ATTN PAUL J GINGRAS, PRESIDENT
235 MOORE STREET, SUITE 102
HACKENSACK NJ 07601

CREDITOR ID: 315782-40
DPG FIVE FORKS VILLAGE LLC
DEPT 162403 JD1300
PO BOX 951701
CLEVELAND, OH 44193

CREDITOR ID: 410911-15
DPG FIVE FORKS VILLAGE, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 403425-15
DRAKE RENTAL
ATTN PHIL DRAKE, OWNER
235 EAST PALMER STREET
FRANKLIN NC 28734

CREDITOR ID: 1275-07
DRAKE RENTAL ACCOUNT
C/O PHIL DRAKE
106 PALMER STREET
FRANKLIN, NC 28734

CREDITOR ID: 248515-12
DRINKARD DEVELOPMENT
PO BOX 996
CULLMAN, AL 35056-0996

CREDITOR ID: 1278-07
DURHAM PLAZA ASSOCIATES
C/O HARBOR GROUP MGMT. CO.
PO BOX 2680
999 WATERSIDE DRIVE
NORFOLK, VA 23501

CREDITOR ID: 2200-07
E&A SOUTHEAST LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 2206-07
EBINPORT ASSOC
PO BOX 4452
ROCK  HILL, SC 29732-6452

CREDITOR ID: 410397-15
EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 2207-07
EBR PARTNERSHIP
7732 GOODWOOD BOULEVARD
SUITE V
BATON ROUGE, LA 70806

CREDITOR ID: 248729-12
EBR, LLC
C/O PHELPS DUNBAR, LLP
ATTN RANDY ROUSSEL, ESQ
445 NORTH BLVD, STE 701
BATON ROUGE LA 70802

CREDITOR ID: 248729-12
EBR, LLC
7732 GOODWOOD BLVD,  STE V
BATON ROUGE, LA 70806

CREDITOR ID: 1289-07
ECKSTEIN PROPERTIES LLC
ATTN SHIMON ECKSTEIN
60 BROAD STREET, SUITE 3503
NEW YORK, NY 10004

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 278776-99<br>EDENS & AVANT<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: JAMES CARR/ROBERT LEHANE<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 315787-40<br>EDENS & AVANT INC<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202-0528 | CREDITOR ID: 1294-07<br>EDENS & AVANT PROPERTIES LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46804 | CREDITOR ID: 248884-12<br>ELIOT PROPERTIES<br>C/O M & P SHOPPING CTR<br>ATTN ELIOT M ARNOVITZ<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 1298-07<br>ELIOT PROPERTIES<br>C/O M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360-1700 |
| CREDITOR ID: 315790-40<br>EQUITY ASSOC<br>PO BOX 4452<br>ROCK  HILL, SC 29732-6452 | CREDITOR ID: 410394-15<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 315791-40<br>EQUITY ONE (HUNTERS CREEK) INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 411171-15<br>EQUITY ONE (HUNTER'S CREEK) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 316008-41<br>EQUITY ONE (HUNTER'S CREEK)INC.<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH FL 33179 | CREDITOR ID: 315856-40<br>EYSTER, JOHN C & BARRAN, E LEE<br>PO BOX 1663<br>DECATUR, AL 35602-1663 |
| CREDITOR ID: 2228-07<br>F&M DEVELOPMENTS, LTD<br>2600 E SOUTH BLVD, SUITE 230<br>MONTGOMERY AL 36116 | CREDITOR ID: 249310-12<br>F&M REALTY<br>ATTN ROBIN JEWEL<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | CREDITOR ID: 1321-07<br>FAIRFIELD PARTNERS LP<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 315848-40<br>FIORELLA III, JACK<br>3800 CORPORATE WOODS DRIVE<br>SUITE 100<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 2229-07<br>FIRST REPUBLIC CORP OF AMERICA<br>302 5TH AVENUE<br>NEW YORK, NY 10001-3604 | CREDITOR ID: 1325-07<br>FIRST SECURITY BANK<br>ATTN MS MILDRED GRAY (LAND LESSOR)<br>9118 TINGLE CUT OFF ROAD<br>DORA AL 35062 |
| CREDITOR ID: 315809-40<br>FIRST SECURITY BANK NATL ASSOC<br>ATTN: CORP TRUST SERVICES<br>ACCT# 0510922115<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 278462-24<br>FIRST WASHINGTON REALTY INC<br>7027 THREE CHOPT ROAD, SUITE 210<br>RICHMOND VA 23226 | CREDITOR ID: 2231-07<br>FIRST WASHINGTON REALTY, INC<br>ATTN JEFFREY S DISTENFELD, ESQ<br>4350 EAST WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 |
| CREDITOR ID: 2231-07<br>FIRST WASHINGTON REALTY, INC<br>ATTN JEFFREY S DISTENFELD, ESQ<br>4350 EAST WEST HIGHWAY, SUITE 400<br>BETHESDA MD 20814 | CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>ATLANTA, GA 30305 | CREDITOR ID: 1345-07<br>FOOTHILLS PARTNERSHIP<br>C/O W. R. MARTIN COMPANY<br>PO BOX 3305<br>GREENVILLE, SC 29602-3305 |
| CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ.<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 1354-07<br>FURY'S FERRY SHOPPES<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917 | CREDITOR ID: 2249-07<br>GALILEO CMB T1 HL TX LP<br>PO BOX 74845<br>CLEVELAND, OH 44194-4845 |

SERVICE LIST
Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381956-15<br>GALILEO CMBS T1 HL TX LP<br>C/O CBL & ASSOCIATES MANAGEMENT INC<br>ATTN GARY L RODDY<br>CBL CENTER, SUITE 500<br>2030 HAMILTON PLACE BLVD<br>CHATTANOOGA TN 37421-6000 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO, NC 27533 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>NICHOLLS & CRAMPTON, PA<br>ATTN K SINK/G CRAMPTON, ESQS<br>PO BOX 18237<br>RALEIGH NC 27619 |
| CREDITOR ID: 2256-07<br>GENTILLY SQUARE<br>C/O HULL/STOREY DEVELOPMENT<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | CREDITOR ID: 315825-40<br>GLENWOOD MIDWAY CO LLC<br>16740 BIRKDALE COMMONS PARKWAY<br>SUITE 306<br>HUNTERSVILLE, NC 28078 | CREDITOR ID: 2263-07<br>GLIMCHER PROPERTIES LIMITED PTNRSH<br>NEWBERRY SQUARE SHOPPING CENTER<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 |
| CREDITOR ID: 410985-15<br>GLIMCHER PROPERTIES LP<br>ATTN PATRICIA A POWERS, ESQ.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 |
| CREDITOR ID: 2266-07<br>GRAHAM AND COMPANY<br>2200 WOODCREST PLACE<br>SUITE 210<br>BIRMINGHAM, AL 35209 | CREDITOR ID: 1621-07<br>GRAY, MRS MILDRED V<br>4313 HAZELWOOD ROAD<br>ADAMSVILLE, AL 35005 | CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 |
| CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1391-07<br>GREAT OAK, LLC<br>C/O GMH CAPITAL PARTNERS ASSET<br>3733 UNIVERSITY BLVD W<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 410976-15<br>GREAT OAK, LLC<br>GE CAPITAL REALTY GROUP, INC, AGENT<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW<br>WASHINGTON DC 20005 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, MGG MEMBER<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036 | CREDITOR ID: 2271-07<br>GREENVILLE GROCERY LLC<br>C/O J.P. METZ CO., INC.<br>ATTN: DANIEL M<br>1990 M STREET, N.W.<br>SUITE 650<br>WASHINGTON, DC 20036 |
| CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 1396-07<br>GREENWOOD COMMONS ASSOCIATION<br>C/O COMMERCIAL PROPERTIES INC<br>1648-F N MARKET DRIVE<br>RALEIGH, NC 27609 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI, FL 33161 |
| CREDITOR ID: 1398-07<br>GS II BROOK HIGHLAND LLC<br>DEPT 554000554001<br>PO BOX 73153<br>CLEVELAND, OH 44193 | CREDITOR ID: 410907-15<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2286-07<br>HALPERN ENTERPRISES<br>5269 BUFORD HIGHWAY<br>ATLANTA, GA 30340 |
| CREDITOR ID: 1426-07<br>HERITAGE SPE LLC<br>GROUP #60<br>PO BOX 5-497<br>WOBURN, MA 01815 | CREDITOR ID: 411181-15<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | CREDITOR ID: 1437-07<br>HILLSBORO-LYONS INVESTORS LTD<br>C/O MENIN DEVELOPMENT CO. INC.<br>3501 PGA BLVD.<br>PALM BEACH, FL 33410 |

SERVICE LIST

Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**      **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 | CREDITOR ID: 1468-07<br>IPF HEIGHTS LIMITED PARTNERSHIP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY RD SUITE 1-1650<br>ATLANTA, GA 30339 |
| CREDITOR ID: 1469-07<br>IPF/CAPITAL LIMITED PARTNERSHIP<br>C/O INFINITY PROPERTY MGMT. CORP.<br>2727 PACES FERRY ROAD<br>SUITE 1<br>ATLANTA, GA 30339 | CREDITOR ID: 2320-07<br>IRT PARTNERS LP<br>PO BOX 101384<br>ATLANTA, GA 30392-1384 | CREDITOR ID: 410788-15<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISREAL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 315854-40<br>JDN REALTY CORP<br>ACCT# 190260-JD1766<br>PO BOX 532614  DEPT 260<br>ATLANTA, GA 30353-2614 |
| CREDITOR ID: 1483-RJ<br>JDN REALTY CORPORATION<br>DEPT 320<br>PO BOX 532614<br>ATLANTA, GA 30353-2614 | CREDITOR ID: 410902-15<br>JDN REALTY CORPORATION<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 315860-40<br>JWV (LA) LLC DBA SUNSHINE SQ<br>C/O JW PROPERTIES INC<br>PO BOX 16146<br>MOBILE, AL 36616-0146 |
| CREDITOR ID: 410761-15<br>KAMIN, DANIEL G<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410761-15<br>KAMIN, DANIEL G<br>C/O KAMIN REALTY CO<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 315776-40<br>KAMIN, DANIEL G<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 |
| CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 2347-07<br>KILLEN MARTEPLACE LLC<br>110 WEST TENNESSEE ST<br>FLORENCE, AL 35631 | CREDITOR ID: 2199-07<br>KING EDWARD, INC FKA<br>DRINKARD DEVELOPMENT, INC<br>ATTN ROY H DRINKARD, PRESIDENT<br>PO BOX 996<br>CULLMAN, AL 35056-0996 |
| CREDITOR ID: 1505-07<br>KIR AUGUSTA 1 044 LLC<br>PO BOX 5020<br>3333 NEW HYDE PARK RD<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 410848-15<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1511-07<br>KNIGHTDALE CROSSING LLC<br>C/O MARK PROPERTIES INC MGMT<br>26 PARK PLACE WEST<br>MORRISTOWN, NJ 07960 |
| CREDITOR ID: 408277-99<br>KRUSCH PROPERTIES, LLC<br>C/O KELLY DRYE & WARREN, LLP<br>ATTN: ROBERT L LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 408277-99<br>KRUSCH PROPERTIES, LLC<br>C/O HELD & ISREAL<br>ATTN: EDWIN W HELD, JR., ESQ<br>1301 RIVERPLACE BLVD<br>SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2336-07<br>LA GATTA, JOHN H.O.<br>50 WEST LIBERTY STREET, SUITE 1080<br>RENO NV 89501 |
| CREDITOR ID: 1523-07<br>LAFAYETTE LIFE INSURANCE CO<br>PO BOX 7007<br>MORTGAGE LOAN 8124<br>LAFAYETTE, IN 47903 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 |

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 2373-07
LEATHERMAN ASSOC
706 B JAKE BLVD WEST
SALISBURY, NC 28147

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL GA 30076

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 1552-07
LIFE INSURANCE CO OF GEORGE
C/O COLLIERS CAUBLE
ATTN: JEAN
1349 W PEACHTREE STREET NE
ATLANTA, GA 30309-2956

CREDITOR ID: 1555-07
LINPRO INVESTMENTS INC
C/O PRECISE PROPERTY
6761 WEST INDIAN TOWN ROAD
JUPITER, FL 33458

CREDITOR ID: 407774-99
LINPRO INVESTMENTS INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2358-07
LJ MELODY & COMPANY
PO BOX 297480
HOUSTON, TX 77297

CREDITOR ID: 407666-93
LPI WAYCROSS, INC.
LASSITER PROPERTIES
3000 CORPORATE CENTER DRIVE
SUITE 300
MORROW GA 30260

CREDITOR ID: 1563-07
LUCY COMPANY OF SOUTH CAROLINA
C/O GRUBB & ELLIS WILSON/KIBLER
PO BOX 11312
COLUMBIA, SC 29211

CREDITOR ID: 2359-07
LW SMITH JR TRUST
301 PARK LAKE ROAD
COLUMBIA, SC 29223

CREDITOR ID: 1568-07
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 1574-07
MARIONS HOPE LLC
C/O WACHOVIA SECURITIES
555 CALIFORNIA STREET
SUITE 23
SAN  FRANCISCO, CA 94104

CREDITOR ID: 1929-07
MARKET AT BYRAM LLC, THE
C/O BENNETT, LOTTERHOS, ET AL
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1575-07
MARKET PLACE PARTNERS
MARKET PLACE MGMT INC
449 SOUTH WRENN STREET
HIGH  POINT, NC 27260

CREDITOR ID: 1582-07
MCCOMB ASSOCIATES
C/O FLETHCHER BRIGHT CO
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 2400-07
MCDONOUGH MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1583-07
MCDONOUGH MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY AL 36101-1149

CREDITOR ID: 255884-12
MCDUFFIE SQUARE LP
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 316159-40
METRO INTERNATIONAL PROPERTY
C/O NAVONA INVESTORS
2 EVA RD, STE 221
ETOBICOKE, ON
CANADA

CREDITOR ID: 1615-07
MORRO PALMS SHOPPING CENTER
WELLS FARGO BANK CLNT SERV CNT
420 MONTGOMERY STREET, 7TH FLOOR
SAN  FRANCISCO, CA 94104-7700

CREDITOR ID: 2414-07
MORRO PALMS SHOPPING CENTER PART
C/O MRS. MONA GELLER, TRUSTEE
2938 DIVISADERO STREET
SAN  FRANSICO CA 94123

CREDITOR ID: 410382-15
MORRO PALMS SHOPPING CENTER, GP
C/O COOLEY GODWARD LLP
ATTN J MICHAEL KELLY, ESQ
ONE MARITIME PLAZA, 20TH FLOOR
SAN FRANCISCO CA 94111

CREDITOR ID: 1620-07
MR MALCOLM ROSENBERG
C/O ALLSTORE
2734 COLONIAL AVENUE
ROANOKE, VA 24015

CREDITOR ID: 1622-07
MT DORA MARKETPLACE LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA  RATON, FL 33427-3760

CREDITOR ID: 2427-07
MUSEUM ASSOCIATES
PO BOX 4452
ROCK HILL, SC 29732-4452

CREDITOR ID: 410396-15
MUSEUM ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 2428-07
MYSTIC L.L.C.
P.O. BOX 100
PLATTENVILLE LA 70393

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1626-07<br>NALLEY CONSTRUCTION CO INC<br>C/O PICKENS PARTNERSHIP<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 315821-40<br>NALLEY, GEORGE B JR<br>C/O LAURENS SHOPPING CENTER<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 2331-07<br>NASSAR, JAMIL G.  MD TRUSTEE<br>27030 PACIFIC TERRANCE DRIVE<br>MISSION VIEJO CA 92692 | CREDITOR ID: 1633-07<br>NDC ASSET MANAGEMENT<br>C/O TOWER CENTER ASSOCIATES<br>4415 FIFTH AVENUE<br>PITTSBURGH, PA 15213 |
| CREDITOR ID: 241335-07<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M. BARKER JR, ESQ.<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 257163-12<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE 193007<br>4536 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 315880-40<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE# 876946<br>4536 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 315875-40<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE # 852487<br>4536 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-1334 |
| CREDITOR ID: 2444-07<br>NEWTON DEVELOPMENT, INC<br>250 WASHINGTON STREET<br>PRATTVILLE AL 36067 | CREDITOR ID: 408265-99<br>NEWTON OLDACRE MCDONALD, LLC<br>C/O HARWELL HOWARD HYNE ETAL<br>ATTN: DAVID P CANAS<br>315 DEADERICK STREET<br>SUITE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 2429-07<br>NKC PROPERTIES<br>PO BOX 4479<br>DALTON, GA 30719 |
| CREDITOR ID: 1625-07<br>NOM PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-1689 | CREDITOR ID: 257333-12<br>NORTH & SOUTH STATION<br>C/O DBR ASSET MANAGEMENT INC<br>DIM VASTGOED NV<br>1 FINANCIAL PLAZA<br>FT LAUDERDALE, FL 33394 | CREDITOR ID: 257333-12<br>NORTH & SOUTH STATION<br>C/O GLATTER & ASSOCIATES, PA<br>ATTN ERIC GLATTER, ESQ.<br>1489 W PALMETTO PK RD, SUITE 420<br>BOCA RATON FL 33486 |
| CREDITOR ID: 1651-07<br>NORTH & SOUTH STATION<br>DIM VASTGOED NV<br>C/O DBR ASSET MANAGEMENT INC<br>1 FINANCIAL PLAZA<br>FT  LAUDERDALE, FL 33394 | CREDITOR ID: 1660-07<br>NORTHSIDE DEVELOPMENT GROUP<br>C/O BLANCHARD & CALHOUN COMMER<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909-1808 | CREDITOR ID: 1663-07<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE CCIM<br>1855 LAKELAND DRIVE<br>JACKSON, MS 39216-5763 |
| CREDITOR ID: 2455-RJ<br>NP OF TENNESSEE LP<br>1120 AVENUE OF THE AMERICAS,<br>12TH FLOOR<br>NEW  YORK NY 10036 | CREDITOR ID: 2456-07<br>OAKDALE INVESTORS LP<br>PO BOX 1095<br>GREENWOOD, SC 29648-1095 | CREDITOR ID: 411127-15<br>OAKDALE INVESTORS, LP<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 |
| CREDITOR ID: 411127-15<br>OAKDALE INVESTORS, LP<br>700 MAIN STREET<br>DUNCAN SC 29334 | CREDITOR ID: 2457-07<br>OAKS SHOPPING CENTER INC<br>ATTN: TAMERA T PATITUCCI, EXEC VP<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 |

**Order Correcting Order Dated September 12, 2005 Under 11 U.S.C. 365(d) (4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property (DI 3434) to Modify Language of Para 4 and Attach Amended Exhibit A**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA, GA 30066 | CREDITOR ID: 2073-07<br>O'NEILL, BARRY F.<br>1355 TERRELL MILL ROAD<br>BUILDING 1478<br>MARIETTA GA 30067 | CREDITOR ID: 411133-15<br>ORIX CAPITAL MKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 2459-07<br>ORLANDO 99-FL LLC<br>2800 W. MARCH LANE, SUITE 360<br>STOCKTON CA 95219 | CREDITOR ID: 1678-07<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2463-07<br>PALMETTO PLACE CENTER LLC<br>PO BOX 125<br>HONEA PATH, SC 29654 | CREDITOR ID: 411423-15<br>PALMETTO PLACE, LLC<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN F MARION HUGHES, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602 |
| CREDITOR ID: 1686-07<br>PARK PLAZA LLC<br>C/O REYNOLDS PROPERTIES INC<br>147 BROWN RIVER ROAD<br>LEXINGTON, SC 29072 | CREDITOR ID: 408348-15<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | CREDITOR ID: 410887-15<br>PASCAGOULA PROPERTIES, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 2467-07<br>PASS CHRISTIAN VILLAGE<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 2474-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS, GA 31533-0269 |
| CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>ATTN CHARLEE M FLOWERS<br>113 BASCOM COURT, SUITE A<br>COLUMBUS, GA 31909-8562 |
| CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>AMSOUTH PLAZA, 17TH FLOOR<br>210 E CAPITAL STREET<br>JACKSON MS 39225-2567 | CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | CREDITOR ID: 315833-40<br>PLUNKETT, H C<br>C/O BATESVILLE SECURITY BANK<br>TMAS 7300228<br>PO BOX 690<br>BATESVILLE, MS 38606 |
| CREDITOR ID: 315834-40<br>PLUNKETT, HC<br>PO BOX 5306<br>JACKSON, MS 39296-5306 | CREDITOR ID: 1717-07<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>5200 PARK ROAD<br>SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 2479-07<br>PONDEROSA CENTER INC<br>PO BOX 53729<br>FAYETTEVILLE, NC 28305 |
| CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, LP<br>C/O HENDERSON FRANKLIN STARNES<br>ATTN DOUGLAS B SZABO, ESQ<br>PO BOX 280<br>FORT MYERS FL 33902-0280 |

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, LP<br>1717 WOODSTEAD COURT<br>THE WOODLANDS TX 77380-0077 | CREDITOR ID: 2483-07<br>PRIMAX PROPERTIES LLC<br>1115 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204-2857 | CREDITOR ID: 1728-07<br>PRIMO JUSTICE PROPERTIES LLC<br>ATTN: TERESA SCIAPPA<br>PO BOX 1493<br>STEUBENVILLE, OH 43952 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 1734-07<br>PRINCIPAL LIFE INSURANCE COMPA<br>PO BOX 10387<br>LOAN 399600<br>DES MOINES IA 50306 |
| CREDITOR ID: 1745-07<br>PROFESSIONAL MORTGAGE CO INC<br>PO BOX 1806<br>LOCATION 1235<br>GREENVILLE, SC 29602-1806 | CREDITOR ID: 2488-07<br>PROPERTY CONCEPTS INC<br>545 WATERGATE CT<br>ROSWELL GA 30076-3239 | CREDITOR ID: 1762-07<br>RAPPAPORT MANAGEMENT CO<br>8405 GREENSBORO DRIVE<br>SUITE 830<br>MCLEAN, VA 22102-5118 |
| CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK, IL 60302 | CREDITOR ID: 2504-07<br>RETAIL ASSET MANAGEMENT<br>P O BOX 5666<br>CLEARWATER FL 33758-5666 | CREDITOR ID: 2506-07<br>RETAIL MANAGEMENT GROUP INC<br>PO BOX 8860<br>MOBILE AL 36689 |
| CREDITOR ID: 1774-07<br>RIAL CORPORATION<br>C/O WILLIAM C STILLWAGON<br>319 SOUTH MAPLE AVE<br>GREENSBURG, PA 15601-3218 | CREDITOR ID: 1778-07<br>RIVER OAKS<br>C/O HUGHES REAL ESTATE INC<br>PO BOX 2567<br>GREENSVILLE, SC 29602 | CREDITOR ID: 408299-99<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD<br>SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 2496-07<br>ROARK, RANDY<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY  PARK FL 34201 |
| CREDITOR ID: 410955-15<br>RONALD BENDERSON 1995 TR/BENDERSON<br>85-1 TRUST AKA RON-BEN ASSOCS<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 2521-07<br>ROSEMYR CORP<br>PO BOX 108<br>HENDERSON, NC 27536-0108 |
| CREDITOR ID: 403228-92<br>ROYAL OAKS BRANDON LTD<br>C/O VERONA LAW GROUP, PA<br>ATTN JAY B VERONA, ESQ<br>7235 FIRST AVE SOUTH<br>ST PETERSBURG FL 33707 | CREDITOR ID: 1795-07<br>ROYAL OAKS BRANDON PARTNERS<br>PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST. PETERSBURG, FL 33743 | CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND, FL 32751 |
| CREDITOR ID: 1804-07<br>SALEM CROSSING SHOPPING CENTER<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE<br>ATLANTA, GA 30328 | CREDITOR ID: 2536-07<br>SANDEFUR INVESTMENTS INC<br>ATTN: TAMERA T PATITUCCI, EXEC VP<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | CREDITOR ID: 264608-12<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL 61822 |

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 260495-12
SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 260495-12
SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON
FOUR SEAGATE, NINTH FLOOR
TOLEDO  OH 43604

CREDITOR ID: 2540-07
SAWICKI REALTY CO
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL LLC
C/O LOOPER REED & MCGRAW, PC
ATTN J CARY GRAY, ESQ
1300 POST OAK BLVD, STE 2000
HOUSTON, TX 77056

CREDITOR ID: 2550-07
SG PARTNERSHIP
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 1838-07
SHIELDS PLAZA
E&A SOUTHEAST LIMITED PARTNERSHIP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 261012-12
SHOPPING CENTER GROUP INC
3101 TOWERCREEK PARKWAY, STE 200
ATLANTA, GA 30339

CREDITOR ID: 2565-07
SOUTH CONGAREE W-D PARTNERSHIP
P.O DRAWER 10287
C/O AVTEX COMMERCIAL PROPERTIE
GREENVILLE SC 29603

CREDITOR ID: 1863-07
SOUTH WIN LIMITED PARTNERSHIP
ATTN VICTOR J MILLS
BUILDING 100, SUITE 370
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909

CREDITOR ID: 1863-07
SOUTH WIN LIMITED PARTNERSHIP
C/O JAY M SAWILOWSKY, PC
ATTN JAY M SAWILOWSKY, ESQ
699 BROAD STREET, SUITE 1212
AUGUSTA GA 30901-1453

CREDITOR ID: 1865-07
SOUTHCHASE INVESTORS LLC
C/O TRAMMELL CROW COMPANY
PO BOX 933025
ATLANTA, GA 31193-3025

CREDITOR ID: 1866-07
SOUTHEAST US RETAIL FUND LP
C/O HURRICANE CREEK
PO BOX 7520
THE  WOODLANDS, TX 77387

CREDITOR ID: 411389-15
SOUTHEAST US RETAIL FUND, LP
C/O HENDERSON FRANKLIN STARNES
ATTN DOUGLAS B SZABO, ESQ.
PO BOX 280
FORT MYERS FL 33902-0280

CREDITOR ID: 2571-07
SOUTHERN FARM BUREAU
PO BOX 78
JACKSON, MS 39205

CREDITOR ID: 1874-07
SOUTHGATE PLAZA ASSOCIATES LLC
26 PARK PLACE W
2ND FLOOR
MORRISTOWN, NJ 07960

CREDITOR ID: 2577-07
SOUTHLAND INVESTORS L.P.
2 N.RIVERSIDE PLAZA, 7TH FL
CHICAGO IL 60606

CREDITOR ID: 1875-07
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 2581-07
SOUTHMARK PROPERTIES, LLC
ATTN JAMES A. BRUNO
100 CENTERVIEW DRIVE, SUITE 22
BIRMINGHAM AL 35216

CREDITOR ID: 2582-07
SOUTHWAY INVESTORS
ATTN JEFFREY F BUICE, GP
718 E FREDERICK STREET
GAFFNEY SC 29340

CREDITOR ID: 1881-07
SPILLER INVESTMENT INC
C/O THE TROTMAN CO INC
2525 BELL ROAD
MONTGOMERY, AL 36117

CREDITOR ID: 1890-07
SR JLB JAB LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 1891-07
SR TCS LLC
LOCKBOX# 065-004
PO BOX 028568
MIAMI, FL 33102-8568

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
1192 REYNOLDS AVENUE
GREENWOOD, SC 29649

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 1900-07
STONEBRIDGE VILLAGE
C/O WESTSIDE MGT GROUP LLC
3060 PEACHTREE RD NW
ATLANTA, GA 30305

CREDITOR ID: 1901-07
STRUCTURED PRODUCT SERVICING
FIRST UNION WHOLESALE
LB ACCT13-00002
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1928-07
THC LLC
C/O F&M REALTY
PO BOX 11148
MONTGOMERY, AL 36111

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405983-15<br>THC LLC<br>C/O F&M REALTY<br>2600 E SOUTH BLVD STE 230<br>MONTGOMERY AL 36116 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O EDWARD VAN GUNTEN & CO, LPA<br>ATTN EDWARD A VAN GUNTEN, ESQ<br>6545 W CENTRAL AVENUE, SUITE 209<br>TOLEDO OH 43617-1034 |
| CREDITOR ID: 1916-07<br>TK HARRIS COMM RE SERVICE<br>3930 FULTON DR NW, STE 206<br>CANTON, OH 44718-3040 | CREDITOR ID: 263271-12<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 410810-15<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 |
| CREDITOR ID: 2630-07<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 | CREDITOR ID: 1940-07<br>TOWN'N COUNTRY REALTY<br>OF EASLEY - STORE 1223<br>PO BOX 1929<br>EASLEY, SC 29641-1929 | CREDITOR ID: 1945-07<br>TROY MARKETPLACE LLC<br>C/O SAMCO PROPERTIES INC<br>ATTN SIMONE SPIEGEL<br>455 FAIRWAY DRIVE, SUITE 301<br>DEERFIELD  BEACH, FL 33441 |
| CREDITOR ID: 263610-12<br>TRUSTMARK NATIONAL BANK<br>ATTN ERIC A MILLER<br>CORPORATE ACCTS, RM 610<br>PO BOX 291<br>JACKSON, MS 39205-0291 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>8698 E SAN ALBERTO DR<br>SCOTTSDALE, AZ 85258-4306 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS<br>ATTN: DIANA M THIMMIG<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 1960-07<br>US BANK TRUST NA CORP TRUST<br>REF DUVAL 94600200<br>PO BOX 70870<br>ST  PAUL, MN 55170-9705 |
| CREDITOR ID: 410740-15<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 315918-40<br>USPG PORTFOLIO TWO LLC<br>PO BOX 71-0959<br>COLUMBUS, OH 43271-0959 | CREDITOR ID: 1963-07<br>USRP I LLC SHOPPES OF KILDAIRE<br>5853 COLLECTION CENTER DRIVE<br>LOCKBOX# 5853 LEASE# 2010-001<br>CHICAGO, IL 60693 |
| CREDITOR ID: 1965-07<br>VALRICO SQUARE<br>C/O RETAIL ASSET MANAGEMENT<br>PO BOX 5666<br>CLEARWATER, FL 33758-5666 | CREDITOR ID: 264140-12<br>VICTORY INVESTMENTS INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 2647-07<br>VICTORY INVESTMENTS INC<br>506 MANCHESTER EXPRESSWAY<br>SUITE B5<br>COLUMBUS GA 31904 |
| CREDITOR ID: 2650-07<br>VILLA RICA RETAIL PROPERTIES LP<br>PO BOX 324<br>VILLA  RICA, GA 30180 | CREDITOR ID: 411421-15<br>VILLA RICA RETAIL PROPERTIES, LC<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, SUITE 900<br>ATLANTA GA 30305-1753 | CREDITOR ID: 1974-07<br>VILLAGE MARKETPLACE OF<br>HAW RIVER INC<br>614 N MAIN ST<br>SALISBURY, NC 28144-1507 |
| CREDITOR ID: 407662-93<br>WAREHOUSES, INC. , ASSOC INVEST<br>VICTOR JOHN<br>EDENS & AVANT INC<br>KAHN DEVELOPEMENT COMPANY<br>PO BOX 1608<br>COLUMBIA SC 29202-0528 | CREDITOR ID: 2658-07<br>WATERS INC S C MGMT TRUST ACCT<br>PO BOX 34127<br>CHARLOTTE, NC 28234 | CREDITOR ID: 1986-07<br>WATKINS INVESTMENT<br>ULTRA ASSET ACCT #299-077470<br>PO BOX 14576<br>ST  LOUIS, MO 63178 |

SERVICE LIST

**Order Correcting Order Dated September 12, 2005 Under 11
U.S.C. 365(d) (4) Granting Further Extension of Time to
Assume or Reject Unexpired Leases of Non-Residential
Real Property (DI 3434) to Modify Language of Para 4 and
Attach Amended Exhibit A**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 | CREDITOR ID: 1988-07<br>WAYNESVILLE SHOPPING<br>C/O RONALD L HOOKER<br>PO BOX 744<br>BLOOMINTON, IN 47402 |
| CREDITOR ID: 2663-07<br>WCL FIVE LLC<br>PO BOX 601698<br>CHARLOTTE, NC 28260-1698 | CREDITOR ID: 410925-15<br>WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 | CREDITOR ID: 1980-07<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 |
| CREDITOR ID: 2667-07<br>WD TAMPA TRUST<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DRIVE SUITE 145<br>MONTVALE NJ 07645 | CREDITOR ID: 411027-15<br>WD TAMPA TRUST<br>RIKER DANZIG SCHERER ET AL<br>ATTN MORRISON/TILTON/SPONDER, ESQS<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962 | CREDITOR ID: 411027-15<br>WD TAMPA TRUST<br>C/O HELD & ISRAEL<br>ATTN EDWIN HELD & ADAM FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 407759-99<br>WEBBER COMMERCIAL PROP LLC<br>C/O TRENAM KEMKER ET AL<br>ATTN WILLIAM KNIGHT ZEWADSKI, ESQ<br>PO BOX 1102<br>TAMPA FL 33601-1102 | CREDITOR ID: 1997-07<br>WEBBER COMMERCIAL PROPERTIES L<br>C/O PROFESSIONAL REALTY CONSUL<br>2503 DEL PRADO BOULEVARD<br>CAPE CORAL, FL 33904 | CREDITOR ID: 2000-07<br>WESLEY CHAPEL SC CO LTD<br>ATTN ACCOUNTING DEPT<br>1733 WEST FLETCHER AVENUE<br>TAMPA, FL 33612 |
| CREDITOR ID: 415957-15<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>3495 PIEDMONT ROAD NE<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>ATLANTA GA 30305 | CREDITOR ID: 2005-07<br>WESTLAND SHOPPING CENTER LP<br>C/O STIRLING PROPERTIES<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0787 | CREDITOR ID: 2678-07<br>WESTSIDE CITY INC<br>PO BOX 2567<br>GREENVILLE, SC 29602-2567 |
| CREDITOR ID: 408298-99<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN: EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2686-07<br>WINDSOR PLACE<br>PO BOX 125<br>HONEA PATH, SC 29654-0125 | CREDITOR ID: 411424-15<br>WINDSOR PLACE, LLC<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN F MARION HUGHES, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602 |
| CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 405885-99<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 2021-07<br>WOLFCHASE ASSOCIATES LLC<br>C/O STRATEGIC REALTY SERVICES LLC<br>901 NORTHPOINT PARKWAY SUITE 200<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 1979-07<br>WTH II LLC<br>C/O SPECTRUM REALTY ADVISORS<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 405930-99<br>WTH II LLC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 405930-99<br>WTH II LLC<br>2405 WEST BROAD ST, STE 200<br>ATHENS GA 30606 |

**Total: 402**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER CORRECTING ORDER DATED SEPTEMBER 12, 2005
UNDER 11 U.S.C. § 365(d)(4) GRANTING FURTHER EXTENSION
OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-
RESIDENTIAL REAL PROPERTY (DOCKET NO. 3434) TO MODIFY
LANGUAGE OF PARAGRAPH 4[1] AND ATTACH AMENDED EXHIBIT A[2]**

These cases came before the Court for hearing on September 1, 2005,

upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors")[3] for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors a

further extension of the time period to assume or reject unexpired nonresidential real

property leases (the "Unexpired Leases") (the "Motion"). The Court has read the Motion

and considered the representations of counsel. Based upon the representations of counsel

and without objection by the United States Trustee or any other interested parties, it is

---

[1]  The language in the second sentence of paragraph 4 has been modified to read "…
and (b) delivered all keys to the leased premises in the possession of the tenant to
the affected landlord or, to the management office for the leased premises."
instead of "… and (b) delivered all keys in the possession of the tenant to the
leased premises to the affected landlord or, if at a shopping center, to the mall
management office where the leased premises are located."

[2]  The Schedule of Targeted Leases attached as Exhibit A is amended to remove
Store Numbers 636, 1257, 2282 and 2301.

[3]  All capitalized terms not otherwise defined shall have the meaning ascribed to
them in the Motion.

ORDERED AND ADJUDGED THAT:

1.      The Motion is GRANTED.

2.      Except as provided in numbered paragraphs 3 and 8, the period within which the Debtors must move to assume or reject the Unexpired Leases is extended through December 19, 2005.

3.      The period within which the Debtors must move to assume or reject the Unexpired Lease governing Store 734 is extended through September 30, 2005.

4.      To the extent the Debtors intend to reject an Unexpired Lease, the Debtors shall provide the lessor under such lease with at least ten days notice of such intent.  A rejection of an Unexpired Lease shall be effective, without further order of the Court, on the later of (i) the tenth calendar day following the service of the Rejection Notice; and (ii) the date on which Debtor has (a) vacated and surrendered possession of the premises; and (b) delivered all keys to the leased premises in the possession of the tenant to the affected landlord or, to the management office for the leased premises.  The landlord of any Lease rejected pursuant to this paragraph must file a proof of claim for damages arising from the rejection of the applicable lease within thirty (30) days following the applicable rejection date or be forever barred from asserting any such claim.

5.      The Debtors will electronically file a copy of any notice of intent to reject and provide a copy of such notice to any party with a known interest in property to be abandoned at the applicable store, notifying such party that it must retrieve the property prior to the rejection date or that any such inventory or other property (collectively, the "FF&E") of the Debtors remaining in such store after the applicable

2

rejection date is deemed abandoned. In that event, the applicable landlord has the right to dispose of the FF&E in its sole and absolute discretion, without further order of this Court, and without liability to any person or party whatsoever.

      6.    The Debtors will comply with the mandates of section 365 of the Bankruptcy Code as such Code section is interpreted by this Court, and will perform all the obligations of the Debtors, except those specified in section 365(b)(2), arising from and after the order for relief (the "Postpetition Rental Obligations"). The Debtors agree that the lessor shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations, which motion shall set forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor. The Debtors have agreed that they shall not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this Paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

      7.    The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

      8.    The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Unexpired Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if

the Debtors file a motion seeking a further extension of the time to assume or reject the Unexpired Leases on or before December 19, 2005.

9.    This Court's hearing of the Objections to the Motion filed by PMG Ocean Associates, LP (Docket No. 3192) and Victory Real Estate Investments, LLC et al. (Docket No. 3197) are continued until the omnibus hearing scheduled for September 22, 2005 at 1:00 p.m., at which time the Court shall consider the issues raised in such Objection; provided however, that the consideration of such Objections and any relief granted to PMG Ocean Associates, LP and Victory Real Estate Investments, LLC et al., shall be limited to such parties and shall in no way be deemed to alter the relief granted pursuant to this Order. The time within which the Debtors must move to assume or reject the unexpired lease of nonresidential real property that are the subject of the Objections filed by PMG Ocean Associates, LP and Victory Real Estate Investments, LLC et al. are extended until and through such time as an order adjudicating the Objections is entered by the Bankruptcy Court or such Objections are withdrawn or otherwise resolved.

10.    Notwithstanding anything to the contrary in this order, with respect to the leases identified on the attached list, the Debtors may file a motion to assume or send a Rejection Notice (as defined in the Court's order dated September 8, 2005 granting the Amended Motion of the Debtors (I) To Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) To Assume and Assign Leases, (III) To reject Targeted Leases the Debtors Are Unable To Sell, and (IV) Granting Related Relief (Docket No. 2070)) by September 30, 2005. In the event the Debtors do not file a motion to assume or send a Rejection Notice by September 30,

4

2005, the leases identified on the attached list will be deemed rejected on September 30,

2005.

Dated this ___3___ day of ~~September~~ *October*, ~~2005, in~~ Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

00507761

# EXHIBIT A

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise 2nd Round |
|---|---|---|---|---|---|---|---|---|
| 14 | 440 W. CHERRY ST. | JESUP | GA | VICTORY INVESTMENTS INC. | 4/26/15 | 5X5 years | PR, EO | |
| 20 | 360 ARCHER RD. | GAINESVILLE | FL | ELIOT PROPERTIES | 11/7/05 | 5X5 years | PR, EO | |
| 55 | 311 E 1 ST. | VIDALIA | GA | VICTORY VIDALIA, LLC | 7/31/17 | 6X5 years | PR | |
| 57 | 2630 E. PINETREE BLVD. | THOMASVILLE | GA | PINETREE PARTNERS, LTD. | 10/26/14 | 6X5 years | PR | |
| 147 | 602 BRANNEN ST. | STATESBORO | GA | GENTILLY SQUARE, LLC. | 6/9/13 | 5X5 years | PR, EO | |
| 158 | 147 W. HENDRY STREET | HINESVILLE | GA | A.A.C. INC. | 6/12/06 | 5X5 years | PR | |
| 170 | 7503 N.W. 4TH BLVD | GAINESVILLE | FL | TOWER CENTER ASSOCIATES, LTD. | 1/17/10 | 4X5 years | PR, EO | |
| 178 | 1312 S. MADISON AVE. | DOUGLAS | GA | PERIMETER PLACE ASSOCIATES, L.P. | 3/19/17 | 5X5 years | PR, EO | |
| 181 | 714 4TH ST. | ADEL | GA | MR. FRED BENTLEY, SR. | 1/9/13 | 5X5 years | PR, EO | |
| 188 | 1912 MEMORIAL DR. | WAYCROSS | GA | L P I WAYCROSS, INC. | 8/31/14 | 4X5 years | PR, EO | |
| 223 | 6901 W. OKEECHOBEE BLVD | WEST PALM BEACH | FL | LINPRO INVESTMENTS INC. | 9/17/17 | 5X5 years | PR, EO | x |
| 227 | 18455 PINES BLVD. | PEMBROKE PINES | FL | CHAPEL TRAIL ASSOCIATES, LTD | 5/24/15 | 5X5 years | PR, EO | |
| 320 | 1124 US HWY 1 | NORTH PALM BEACH | FL | WOLCHASE ASSOC, LLC, NORTH PALM, LLC, NORTH PALA | 1/12/20 | 6X5 years | PR, EO | |
| 338 | 4701 HILLSBORO BLVD | COCONUT CREEK | FL | HILLSBORO LYONS INVESTORS LTD | 6/13/10 | 5X5 years | PR, EO | |
| 403 | 1734 SECOND AVE SW | CULLMAN | AL | DRINKARD DEVELOPMENT INC | 11/18/12 | 5X5 years | PR, EO | |
| 404 | 2010 US HWY 280 | PHENIX CITY | AL | NEWTON OLDACRE MCDONALD | 12/7/08 | 5X5 years | PR, EO | |
| 414 | 9120 PKWY E. | BIRMINGHAM | AL | AMERICAN COMMERCIAL REALTY CORP | 1/4/15 | 5X5 years | PR | |
| 415 | 6770 DEERFOOT PKWY | TRUSSVILLE | AL | DEERFOOT MARKETPLACE, LLC. | 3/26/23 | 5X5 years | PR, EO | |
| 417 | 5201 HWY 280 S | BIRMINGHAM | AL | DEVELOPERS DIVERSIFIED REALTY CORP. | 1/5/15 | 5X5 years | PR, EO | |
| 421 | 312 PALISADES BLVD. | BIRMINGHAM | AL | PALISADES INVESTORS, LLC | 12/31/06 | 5X5 years | PR, EO | |
| 423 | 1225 FRANKLIN | TROY | AL | TROY MARKETPLACE LLC | 10/4/09 | 5X5 years | PR, EO | |
| 432 | 1206 S. HWY 231 | OZARK | AL | L. J. MELODY & COMPANY | 5/5/14 | 5X5 years | PR, EO | |
| 449 | 2272 S. BLVD | MONTGOMERY | AL | IPF-CAPITOL L.P | 5/29/11 | 5X5 years | PR | |
| 450 | 511 E. CUMMINGS AVE. | OPP | AL | ALVIN B. CHAN FAMILY, L.P | 11/1/15 | 6X5 years | PR, EO | |
| 519 | 418 INTERSTATE DR. | GREENVILLE | AL | ELM DEVELOPMENT, LTD | 5/29/17 | 5X5 years | PR, EO | |
| 523 | 6523 AARON ARNOUD DR | FAIRFIELD | AL | FAIRFIELD PARTNERS L.P. | 12/19/13 | 5X5 years | PR, EO | |
| 529 | 124 MARKET CENTER DR. | ALABASTER | AL | RANDY ROARK | 8/17/14 | 5X5 years | PR, EO | |
| 530 | 1500 SKYLAND BLVD. E. | TUSCALOOSA | AL | SPILLER INVESTMENTS, INC | 9/28/14 | 5X5 years | PR, EO | |
| 532 | 1390 MONTGOMERY HWY | VESTAVIA | AL | VESTAVIA HILLS 99-AL. LLC | 8/31/19 | 5X5 years | PR, EO | |
| 547 | 2244 HWY 31 S | PELHAM | AL | BIRMINGHAM REALTY CO. | 6/14/14 | 5X5 years | PR, EO | |
| 567 | 790 INDUSTRIAL PARK | PASCAGOULA | MS | PASCAGOULA PROPERTIES, LTD | 3/29/06 | 5X5 years | PR, EO | |
| 575 | 2200 VILLAGE DR. | MOODY | AL | BIRMINGHAM REALTY CO. | 6/21/15 | 5X5 years | PR, EO | |
| 583 | 915 HWY 19 N. | MERIDIAN | MS | JACK FIORELLA III | 3/31/10 | NONE | GL, PR, EO | |
| 593 | 5711 VETERANS PKWY | ADAMSVILLE | AL | ADAM-DIX PROPERTIES CORP | 12/30/16 | 10X5 years | PR, EO | |
| 594 | 710 ACADEMY DR. | BESSEMER | AL | 59 WEST PARTNERS, LTD. | 7/24/16 | 6X5 years | PR, EO | x |
| 597 | 275 COLUMBIANA SQUARE | COLUMBIANA | AL | BIRMINGHAM REALTY CO | 11/11/17 | 5X5 years | PR, EO | |
| 604 | 1800 US 301 N. | PALMETTO | FL | BERGERON WD PALMETTO LLC | 7/21/19 | 5X5 years | PR, EO | |
| 615 | 1945 W. LUMSDEN | BRANDON | FL | PRESTON OIL COMPANY, L.P. | 1/18/20 | 5X5 years | PR, EO | |
| 620 | 850 3RD. AVE. S. | ST. PETERSBURG | FL | ALLARD LLC | 7/15/17 | 6X5 years | PR | |
| 634 | 5715 GUNN HWY | TAMPA | FL | WATKINS INVESTMENTS | 6/19/14 | 6X5 years | PR, EO | |
| 703 | 3705 TAMPA RD | OLDSMAR | FL | CLARA BOLDOG | 10/30/05 | 5X5 years | PR, EO | |
| 716 | 1971 SR 60 | VALRICO | FL | RETAIL ASSET MANAGEMENT | 6/22/08 | 5X5 years | PR, EO | |
| 734 | 3236 LITHIA PINECREST RD. | FT MYERS | FL | ROYAL OAKS BRANDON, L.P. & OCALA BLOCKBUSTER PART | 5/7/11 | 5X5 years | PR, EO | |
| 748 | 18011 S. TAMIAMI TRAIL | WESLEY CHAPEL | FL | WEBBER COMMERCIAL PROPERTIES LLC | 6/17/18 | 5X5 years | PR, EO | x |
| 782 | 5351 VILLAGE MARKET | NEW PORT RICHEY | FL | WESLEY CHAPEL, LTD | 3/30/08 | 5X5 years | PR, EO | |
| 803 | 8615 LITTLE RD | CARY | BENDERSON DEVELOPMENT CO. INC. | 11/9/08 | 5X5 years | PR, EO | |
| 804 | 1393 KILDARE FARM RD | HENDERSON | USRP I, LLC /MACQUARIE COUNTRY WIDE-REGENCY II, LLC | 6/1/06 | 5X5 years | PR | |
| 808 | 1570 DABNEY DR. | ZEBULON | THE ROSEMYR CORPORATION AND WILLIAM L. STARK, SR. | 11/3/13 | 5X5 years | PR, EO | |
| 809 | 506 W GANNON AVE | APEX | DANIEL Q. KAMIN | 3/2/14 | 5X5 years | PR, EO | |
| 811 | 1201 LAURA VILLAGE DR. | WAKE FOREST | HAROLD G. BAGWELL | 12/8/13 | 5X5 years | PR, EO | |
| 882 | 931 DURHAM RD | FAYETTEVILLE | F.R.O. LLC. VII | 5/24/20 | 5X5 years | PR, EO | |
| 883 | 600 REILLY ROAD | FAYETTEVILLE | CLIFFDALE CORNER, INC. | 8/31/14 | 5X5 years | PR, EO | |
| 888 | 5701 YADKIN RD | FAYETTEVILLE | FONDREN PROPERTIES, LLC | 7/20/08 | 5X5 years | PR, EO | |
| 890 | 609 CEDAR CREEK ROAD | ROANOKE RAPIDS | CEDAR CREEK CROSSING ASSOCIATES, LLC | 3/17/09 | 5X5 years | PR | |
| 903 | 1120 E. TENTH ST. | KNIGHTDALE | PARK PLAZA, LLC. | 2/12/17 | 4X5 years | PR | |
| 908 | 7132 US HWY 64 E. | RALEIGH | KNIGHTDALE CROSSING, LLC | 5/21/06 | 5X5 years | PR | |
| 911 | 1514 GARNER STATION BLVD | FUQUAY-VARINA | DIM VASTGOED. N.V | 5/30/10 | 5X5 years | PR | |
| 912 | 1352 N. MAIN ST | GOLDSBORO | GREENWOOD COMMONS ASSOCIATES | 1/5/14 | 4X5 years | PR, EO | |
| | 2411 US 117 SO. | | GENOA ASSOCIATES, LLC. | 1/13/19 | 5X5 years | PR | |

# EXHIBIT A

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise 2nd Round |
|---|---|---|---|---|---|---|---|---|
| 915 | 2060 AVONDALE DR. | DURHAM | NC | CLUB BOULEVARD INVESTORS L.P | 6/10/08 | 5X5 years | PR, EO | |
| 918 | 211 N. BERKELEY BLVD. | GOLDSBORO | NC | MARKET PLACE PARTNERS | 10/4/05 | 4X5 years | PR, EO | |
| 923 | 1407 US 70 W. | CLAYTON | NC | CLAYTON CROSSINGS, LLC | 5/13/12 | 5X5 years | PR, EO | |
| 956 | 50 SOUTH AIRPORT DR | HIGHLAND SPRINGS | VA | | | | | |
| 1003 | 401 W. MARTINTOWN RD. | N AUGUSTA | SC | BLANCHARD AND CALHOUN REAL ESTATE | 11/10/07 | 3X5 years | PR, EO | |
| 1005 | 135 MARKET PLAZA DR | N. AUGUSTA | SC | SOUTH WIN L.P | 1/31/06 | 5X5 years | PR, EO | |
| 1007 | 1763 GORDON HWY | AUGUSTA | GA | EIG GORDON VILLAGE, LLC | 10/12/13 | 3X5 years | PR, EO | |
| 1008 | 1048 YORK ST. S. | AIKEN | SC | NORTHSIDE DEVELOPMENT GROUP | 11/29/15 | 3X5 years | PR, EO | |
| 1015 | 1475 FRANKLIN DAIRY RD. | ANDERSON | SC | CHARLES A. WILLIAMS | 1/21/08 | 3X5 years | PR, EO | |
| 1016 | 605 S. MAIN ST. UNIT # 6 | BELTON | SC | PALMETTO PLACE, LLC | 5/8/16 | 5X5 years | PR, EO | |
| 1018 | 21 PELZER AVE | WILLIAMSTON | SC | TOWN SQUARE DEVELOPMENT | 3/1/09 | 5X5 years | PR | |
| 1020 | 207 ROBERT C DANIEL PKWY | AUGUSTA | GA | AUGUSTA EXCHANGE, LLC | 3/25/08 | 5X5 years | PR, EO | |
| 1023 | 1001 E. FRANKLIN ST. | HARTWELL | GA | HARTWELL PARTNERSHIP | 3/8/15 | 5X5 years | PR, EO | |
| 1024 | 248 ROSMAN HWY | BREVARD | NC | BAKER AND BAKER | 11/14/09 | 5X5 years | PR | |
| 1036 | 507 N. CAROLINE ST. | LAURENS | SC | BLAKE P. GARRETT, JR. AND GEORGE B. NALLEY, JR. | 4/6/08 | 5X5 years | PR, EO | |
| 1049 | 1561 W. HWY 123 | SENECA | SC | LEATHERMAN ASSOCIATES | 10/26/13 | 5X5 years | PR, EO | |
| 1055 | 805 W. WADE HAMPTON BLVD. | GREER | SC | GREER PLAZA, INC. | 9/27/14 | 5X5 years | PR, EO | |
| 1057 | 21 RIDE RD | TRAVELERS REST | SC | GREENVILLE GROCERY LLC | 11/29/15 | 5X5 years | PR, EO | |
| 1076 | 144 E. CHESTNUT DR. | ORANGEBURG | SC | ORANGEBURG SC, LLC | 6/18/17 | 5X5 years | PR, EO | |
| 1077 | 1820 WILSON RD. | NEWBERRY | SC | GLIMCHER PROPERTIES L.P | 12/30/07 | 5X5 years | PR, EO | |
| 1084 | 931 GROVE RD | GREENVILLE | SC | RIVER OAKS PARTNERSHIP | 8/31/09 | 5X5 years | PR, EO | |
| 1086 | 320 ROBERT SMALLS PKWY | BEAUFORT | SC | USRG PORTFOLIO TWO, LLC | 7/17/11 | 5X5 years | PR, EO | |
| 1092 | 3655 RIVERS AVE. | CHARLESTON | SC | ATLANTIC CAROLINA RETAIL, LLC | 5/13/05 | 13X5 years | PR | |
| 1095 | 156 SEA ISLAND PKWY | BEAUFORT | SC | GALILEO CMBS T1 HU, LLC | 9/30/08 | 5X5 years | PR, EO | |
| 1098 | 124 FOOTHILLS DR. | WEST UNION | SC | FOOTHILLS PARTNERSHIP | 8/2/15 | 5X5 years | PR, EO | |
| 1203 | 1520 E. GREENVILLE ST | ANDERSON | SC | WINDSOR PLACE | 9/26/10 | 5X5 years | PR, EO | |
| 1220 | 1049 E. MAIN ST. | WESTMINSTER | SC | WD WESTMINSTER SC, LLC | 12/10/17 | 5X5 years | PR, EO | |
| 1223 | 6101 CALHOUN MEMORIAL HWY | EASLEY | SC | TOWN 'N COUNTRY REALTY OF EASLEY, INC. | 12/31/13 | 4X5 years | PR, EO | |
| 1225 | 700 MAIN ST | DUNCAN | SC | OAKDALE INVESTORS L.P | 6/1/14 | 5X5 years | PR, EO | |
| 1232 | 1407 N. MAIN ST | ABBEVILLE | SC | MORRO PALMS SHOPPING CENTER | 9/5/13 | 5X5 years | PR, EO | |
| 1234 | 675 MAIN ST | WEST COLUMBIA | SC | SHARON BLACKWELL | 4/26/05 | 5X5 years | PR, EO | |
| 1238 | 2768 DECKER BLVD. | COLUMBIA | SC | L.W. SMITH, JR. TRUST | 3/4/18 | 5X5 years | PR, EO | |
| 1243 | 1014 AUGUSTA RD. SE | THOMSON | GA | MCDUFFIE SQUARE, L.P | 11/18/07 | 5X5 years | PR, EO | |
| 1244 | 529 HAMPTON AVE. | PICKENS | SC | PICKENS-NALLY L.P | 2/15/15 | 5X5 years | PR, EO | |
| 1240 | 99 WAYNESVILLE PLAZA | WAYNESVILLE | NC | ROBERT H. PALMER, JR. | 8/23/05 | 4X5 years | PR | |
| 1254 | 44 N. DUNCAN BY-PASS | UNION | SC | DEVELOPERS DIVERSIFIED REALTY CORP | 12/12/10 | 5X5 years | PR, EO | |
| 1256 | 895 SPRINGFIELD RD | SPARTANBURG | SC | IVEY ELECTRIC COMPANY | 11/01/15 | 5X5 years | PR, EO | |
| 1258 | 315 BYPASS 72 | GREENWOOD | SC | STOCKMAN AND NALLEY PARTNERSHIP | 7/31/14 | 2X5 years + 1X10 years | PR, EO | |
| 1259 | 2551 US 25 S. | GREENWOOD | SC | FRANK BOREN | 2/1/18 | 5X5 years | PR, EO | |
| 1264 | 1529 REIDVILLE RD | SPARTANBURG | SC | 12TH STREET & WASHINGTON | 12/1/13 | 5X5 years | PR, EO | |
| 1269 | 110 WILKINSVILLE HWY | GAFFNEY | SC | SOUTHWAY INVESTORS | 11/28/09 | 4X5 years | PR, EO | |
| 1284 | 4497 COLUMBIA RD | MARTINEZ | GA | ARROWHEAD NET LEASE, LLP | 4/5/12 | 5X5 years | PR, EO | |
| 1289 | 366 TURY'S FERRY RD | MARTINEZ | GA | FURY'S FERRY SHOPPES | 12/5/04 | 5X5 years | PR, EO | |
| 1290 | 273 FRANKLIN PLAZA DR | FRANKLIN | GA | PHIL DRAKE AND SUSAN DRAKE | 2/1/09 | 3X5 years | EO | |
| 1297 | 642 SULPHUR SPRINGS RD | GREENVILLE (BEREA) | SC | PRIMO JUSTICE PROPERTIES, LLC | 2/10/13 | 5X5 years | PR, EO | |
| 1301 | 5777 TERRY RD | JACKSON | MS | KRUSCH PROPERTIES, LLC | 4/30/11 | 4X5 years | PR, EO | |
| 1305 | 2526 ROBINSON RD | JACKSON | MS | WESTLAND PLAZA ASSOCIATES L.P | 6/30/11 | 4X5 years | PR | |
| 1306 | 5651 HWY 18 S. | BRANDON | MS | H.C. PLUNKETT | 3/31/16 | 4X5 years | PR | |
| 1331 | 2339 HWY 15 N | LAUREL | MS | NORTHWEST JUNCTION PARTNERS | 11/30/05 | 4X5 years | PR, EO | |
| 1337 | 1209 DELAWARE AVE. | MCCOMB | MS | CPM ASSOCIATES, L.P | 9/30/13 | NONE | PR | |
| 1346 | 476 W. 3RD ST | FOREST | MS | H.C. PLUNKETT | 1/31/13 | 4X5 years | PR | |
| 1350 | 6240 OLD CANTON RD | JACKSON | MS | ECKSTEIN PROPERTIES | 6/30/09 | 4X5 years | PR, EO | |
| 1358 | 420 W. BEACH BLVD | PASS CHRISTIAN | MS | PASS CHRISTIAN VILLAGE | 6/30/15 | 4X5 years | PR, EO | |
| 1360 | 705 HWY 49 BYPASS | MAGEE | MS | EDENS & AVANT PROPERTIES L.P | 1/31/07 | 4X5 years | PR, EO | |
| 1372 | 1022 HWY 51 N | MADISON | MS | MADISON STATION PROPERTIES, LLC | 2/28/11 | 4X5 years | PR, EO | |
| 1402 | 107 HWY 80 E. | CLINTON | MS | NEW PLAN EXCEL REALTY TRUST | 2/9/25 | NONE | PR | |
| 1442 | 3439 HWY 1 S. | DONALDSONVILLE | LA | JWV (LA.), LLC | 11/30/12 | 5X5 years | PR, EO | |
| 1455 | 1250 W. ST PETER ST | NEW IBERIA | LA | NEW IBERIA INVESTORS, LLC | 3/2/08 | 4X5 years | PR, EO | |
| 1458 | 5963 PLANK RD | BATON ROUGE | LA | METRO INTERNATIONAL PROPERTY FUND | 6/22/09 | 6X5 years | PR, EO | X |

## EXHIBIT A

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise 2nd Round |
|---|---|---|---|---|---|---|---|---|
| 1466 | 280 MAIN ST | BAKER | LA | EBR PARTNERSHIP | 11/14/14 | 5X5 years | PR, EO | x |
| 1218 | 1218 ST CHARLES | HOUMA | LA | MYSTIC, LLC | 4/30/14 | 4X5 years | PR, EO | |
| 1469 | 1815 PROSPECT ST | HOUMA | LA | LYNN LIRX MANAGEMENT | 4/16/17 | 5X5 years | PR, EO | |
| 1541 | 805 SHIRLEY RD. | BUNKIE | LA | BUNKIE INVESTMENT COMPANY, INC. | 2/26/17 | 5X5 years | PR, EO | |
| 1551 | 2723 W PINHOOK | LAFAYETTE | LA | SAWICKI REALTY CO | 4/2/17 | 5X5 years | PR, EO | |
| 1556 | 375 CANAL BLVD | THIBODAUX | LA | HASCO PROPERTIES | 4/30/16 | 6X5 years | PR, EO | |
| 1578 | 12250 PLANK RD | BATON ROUGE | LA | THE BROOKWOOD PARTNERSHIP | 6/5/07 | 5X5 years | PR, EO | |
| 1585 | 1555 LOVELANDERS ST. | BATON ROUGE | LA | PJ HEIGHTS, L P | 7/31/05 | 4X5 years | PR, EO | |
| 1587 | 205 S. AIRLINE HWY | GONZALES | LA | ASHJ-BROWN GONZALES | 9/11/11 | 5X5 years | PR, EO | |
| 1589 | 402 S. RANGE AVE | DENHAM SPRINGS | LA | SQ PARTNERSHIP | 9/29/16 | 5X5 years | EO | |
| 1807 | 1750 VERNON ST. SUITE K | LAGRANGE | GA | SOUTHMARK PROPERTIES, LLC | 10/29/17 | 5X5 years | PR, EO | |
| 1826 | 1850 N. COLUMBIA ST | MILLEDGEVILLE | GA | L P J MILLEDGEVILLE, INC | 8/31/14 | 5X5 years | PR, EO | |
| 1827 | 2445 JEFFERSON RD | ATHENS | GA | HOMEWOOD ASSOCIATES, INC | 5/1/16 | 5X5 years | PR, EO | |
| 1851 | 143 HWY 138 | CONYERS | GA | NEW PLAN EXCEL REALTY TRUST | 12/28/09 | 4X5 years | PR, EO | x |
| 1860 | 2518 CLEVELAND HWY | DALTON | GA | N.E.C. PROPERTIES | 8/6/17 | 5X5 years | PR, EO | |
| 1872 | 150 HWY 138 | MONROE | GA | WTH II, LLC | 6/15/18 | 6X5 years | PR, EO | |
| 1903 | 2900-B TRIANA BLVD | HUNTSVILLE | AL | CROSSROADS CENTER, LTD. | 6/12/06 | 5X5 years | PR, EO | |
| 1904 | 200-G OAKWOOD AVE. | HUNTSVILLE | AL | BRONZE CENTERS, L.P | 5/10/10 | 5X5 years | PR, EO | |
| 1907 | 114 BONNERS POINT | ROANOKE | AL | BONNERS POINT LLC | 11/5/06 | 4X5 years | PR, EO | |
| 1909 | 1000 BELTLINE RD SW. | DECATUR | AL | E. LEE BARRAN JAY BARRAN & JOHN & MARY EYSTER | 4/24/09 | 4X5 years | PR, EO | |
| 1912 | 1338 WINCHESTER RD | HUNTSVILLE | AL | E & A SOUTHEAST, L.P | 12/11/16 | 5X5 years | PR, EO | |
| 1917 | 1161 HWY 72 | KILLEN | AL | KILLEN MARKETPLACE, LLC. | 11/3/19 | 5X5 years | PR, EO | |
| 1933 | 1150 DAYTON PIKE | SODDY DAISY | TN | GRE PROPERTIES LLC | 10/16/16 | 5 X 5 years | PR, EO | |
| 1935 | 9498 APISON PIKE | OOLTEWAH | TN | NP OF TENNESSEE LP | 5/15/16 | 5 X 5 years | PR, EO | |
| 1936 | 6644 E RIDGE PIKE | CHATTANOOGA | TN | SOUTHEAST US RETAIL FUND L.P | 7/16/17 | 5 X 5 years | PR, EO | |
| 2001 | 5300 SUNSET RD | CHARLOTTE | NC | BILL AGAPION | 9/30/07 | 5X5 years | PR, EO | |
| 2006 | 1326 ALLEGHANY RD | CHARLOTTE | NC | CITY VIEW, LLC. | 6/2/13 | 5X5 years | PR, EO | |
| 2015 | US HWY 29-64 LEXINGTON CTR. | LEXINGTON | NC | WAREHOUSES, INC., ASSOC. INVESTMENTS, AND VICTOR JO | 1/31/10 | 5X5 years | PR, EO | |
| 2010 | 1033 RANDOLPH ST | THOMASVILLE | NC | SOUTHGATE PLAZA ASSOCIATES, LLC | 8/27/17 | 5X5 years | PR, EO | |
| 2024 | 1025 FANILMA CITY BLVD | CHARLOTTE | NC | FARRAH PROPERTIES, LLC | 11/13/16 | 5X5 years | PR, EO | |
| 2025 | 189 HICKORY TREE RD. | WINSTON SALEM | NC | GLENWOOD MIDWAY COMPANY, LLC | 3/18/08 | 5X5 years | PR, EO | |
| 2029 | 1650 E. BRD ST. | STATESVILLE | NC | BROAD STREET STATION SHOPPING CENTER, LLC. | 12/14/14 | 5X5 years | PR, EO | |
| 2031 | 2620 S. MAIN ST. | HIGH POINT | NC | MARKET PLACE PARTNERS | 10/31/12 | 5X5 years | PR, EO | |
| 2032 | 710 JAKE ALEXANDER BLVD | SALISBURY | NC | LEATHERMAN ASSOCIATES | 12/31/14 | 5X5 years | PR | |
| 2036 | 908 S. SALISBURY AVE. | SALISBURY | NC | ROBERT H. FALMER, JR. | 8/4/13 | 5X5 years | PR, EO | |
| 2040 | 5322 LIBERTY RD | GREENSBORO | NC | JPDM H LLC LATITAT | 2/28/08 | 3X5 years | PR, EO | |
| 2045 | 1206 ROCKINGHAM RD | ROCKINGHAM | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC | 1/4/10 | 1X16 year + 3X5 years | PR, EO | |
| 2048 | 590 S. CANNON BLVD | KANNAPOLIS | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC | 9/28/14 | 5X5 years | PR, EO | |
| 2049 | 1421 E. CONE BLVD | GREENSBORO | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 12/7/14 | 5X5 years | PR, EO | |
| 2052 | 301 EARL RD. | SHELBY | NC | AL DAN FENSION INVESTMENTS -1 | 9/3/06 | 5X5 years | PR, EO | |
| 2062 | 1020 MEBANE OAK RD | MEBANE | NC | WCL FIVE, LLC | 11/10/19 | 5X5 years | PR, EO | |
| 2066 | 1003 W. MAIN ST. | HAW RIVER | NC | THE VILLAGE MARKETPLACE OF HAW RIVER, INC | 11/21/14 | 5X5 years | PR, EO | |
| 2070 | 2449 N. CENTER ST | HICKORY | NC | GEORGE B. VALLEY, JR. | 1/31/10 | 5X5 years | PR | |
| 2081 | US 74/ SPRING ST. | KINGS MOUNTAIN | NC | CALDWELL REALTY & INVESTMENT CO | 1/31/08 | 3X5 years | PR, EO | |
| 2082 | 315 N. MAIN ST | MARION | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 5/28/06 | 5X5 years | PR, EO | |
| 2084 | 2970 S. NEW HOPE RD | GASTONIA | NC | RIAL CORPORATION | 10/7/07 | 5X5 years | PR, EO | |
| 2087 | 109 E. DALLAS RD | STANLEY | NC | IRP PARTNERS, L.P | 10/2/06 | 5X5 years | PR, EO | |
| 2095 | 111 INDEPENDENCE BLVD. | MORGANTON | NC | INDEPENDENCE CROSSING LLC | 7/16/17 | 5 X 5 years | GL, PR, EO | |
| 2099 | 2620 E. MAIN ST. | LINCOLNTON | NC | LIFTER PROPERTIES LAND TRUST AGREEMENT | 11/21/09 | 16X5 years | PR, EO | |
| 2101 | 11108 S. TRYON ST. | CHARLOTTE | NC | PMT PARTNERS V., LLC | 1/6/19 | 5X5 years | PR, EO | |
| 2103 | 7720 NC 770 | EDEN | NC | BILL AGAPION | 8/27/05 | 3X5 years | PR, EO | |
| 2106 | 8522 PINEVILLE MATTHEWS RD. | CHARLOTTE | NC | HERITAGE SPE, LLC. | 12/2/07 | 5X5 years | PR, EO | |
| 2108 | 480 POTTER RD | STALLINGS | NC | POTTER SQUARE ASSOCIATES L.P. | 12/1/13 | 5X5 years | PR, EO | |
| 2112 | 3008 OLD HOLLOW RD | WALKERTOWN | NC | RAPPAPORT MANAGEMENT CO | 1/6/08 | 4X5 years | PR, EO | |
| 2155 | 1787 CHERRY RD. | ROCK HILL | SC | EBINPORT ASSOCIATES | 4/2/15 | 5 X 5 years | PR, EO | |
| 2157 | 933 HECKLE BLVD. | ROCK HILL | SC | EQUITY ASSOCIATES | 1/10/10 | 5 X 5 years | PR, EO | |
| 2159 | 4124 CELANESE RD | ROCK HILL | SC | MUSEUM ASSOCIATES | 8/21/11 | 5 X 5 years | PR, EO | |
| 2165 | 325 W. WESSMARK BLVD | SUMTER | SC | LUCY COMPANY OF SOUTH CAROLINA | 10/17/14 | year to year | PR, EO | |
| 2177 | 599 LANCASTER RD. | CHESTER | SC | MALCOLM ROSENBERG, & ROBERT H PALMER (GROUND LE | 2/4/07 | 8 x 5 years | GL, PR, EO | |

00058768

# EXHIBIT A

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise 2nd Round |
|---|---|---|---|---|---|---|---|---|
| 2180 | 2025 MORGANTON BLVD | LENOIR | NC | LENOR PARTNERS, LLC | 5/5/19 | 5X5 years | PR, EO | |
| 2196 | 421-A BYPASS | N. WILKESBORO | NC | DAY PROPERTIES, LLC | 1/17/10 | 4X5 years | PR, EO | |
| 4008 | WINTER GARDEN VINELAND RD | WINTER GARDEN | FL | SCP WINTER GARDEN FL, LLC | 6/19/22 | 5X5 years | PR | |
| 2202 | 2075 E GULF TO LAKE HWY | INVERNESS | FL | CMC REAL ESTATE PROGRAM 1988-1, LT | 8/12/07 | 5X5 years | PR, EO | |
| 2240 | 4058 13TH ST. | ST CLOUD | FL | THE OAKS SHOPPING CENTER, INC | 7/18/10 | 5X5 years | PR, EO | |
| 2262 | 18840 NEW US HWY 441 | MT DORA | FL | MT. DORA MARKETPLACE, LTD | 8/27/06 | 5X5 years | PR, EO | |
| 2293 | 5465 LAKE HOWELL RD. | WINTER PARK | FL | LAKE HOWELL PLAZA PARTNERSHIP | 1/1/10 | 4X5 years | PR, EO | |
| 2294 | 3093 ALOMA AVE. | OVIEDO | FL | ORLANDO 99-FL, LLC | 8/31/19 | 6X5 years | PR, LO | |
| 2295 | 4195 LAKE MARY BLVD W. | LAKE MARY | FL | SANSHUR INVESTMENTS, INC. | 5/31/17 | 5X5 years | PR, EO | |
| 2312 | 1415 S. NOVA RD | DAYTONA BEACH | FL | GREAT OAK, LLC. | 3/29/09 | 5X5 years | PR, EO | |
| 2316 | 624 BARNES BLVD | ROCKLEDGE | FL | THREE MEADOWS PLAZA PARTNERSHIP | 1/10/16 | 5X5 years | PR, EO | |
| 2361 | 1030 S. FEDERAL HWY | PORT ST. LUCIE | FL | MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP | 11/19/17 | 5X5 years | PR, EO | X |
| 2382 | 155 S. ORLANDO AVE | MAITLAND | FL | DAUKSCH FAMILY PARTNERSHIP; SAMUEL C. ROPER, JR. & ! | 10/1/09 | NONE | GL | |
| 2384 | 1074 MONTGOMERY RD | ALTAMONTE SPRINGS | FL | ALTAMONTE S.S.G., INC. | 10/31/09 | 2X5 years | PR, EO | |
| 2391 | 4161 TOWN CENTER BLVD | ORLANDO | FL | EQUITY ONE (HUNTER'S CREEK), INC. | 9/23/18 | 4X5 years | PR | |
| 2620 | 1770 ELLIS AVE . SUITE 100 | JACKSON | MS | E & A SOUTHEAST, L.P. | 4/30/05 | 4X5 years | N/A | |
| 2624 | 2980 S. FRONTAGE RD | VICKSBURG | MS | THE CIRGNANO FAMILY LTD PARTNERSHIP | 11/30/13 | 4X5 years | N/A | |
| 2627 | 3188 W. N. SIDE DR. | JACKSON | MS | NORTHWEST JUNCTION PARTNERS | 9/30/09 | 4X5 years | PR, EO | |
| 2629 | 5320 I-55 N. | JACKSON | MS | JACKSON-455, LLC. & JAMIE G. NASSER, MD. AND TRUSTEE | 1/31/09 | 1X10 year | GL. | |
| 2661 | 1601 W. KENNEDY BLVD | TAMPA | FL | ARTESIA MEDICAL DEVELOPMENT CO. | 12/4/16 | 5X5 years | N/A | |
| 2663 | 1270-39 WICKHAM RD | MELBOURNE | FL | C & A, LTD. LLC. | 1/19/09 | 5X5 years | N/A | |
| 2703 | 3050H MARTIN LUTHER KING JR. DR. | ATLANTA | GA | WEST RIDGE, LLC. | 7/12/20 | 5X5 years | PR, EO | |
| 2705 | 8777 TARA BLVD. | JONESBORO | GA | WILMINGTON TRUST COMPANY; WILLIAM JADE, ET. AL. | 8/31/14 | 5X5 years | PR, EO | |
| 2706 | 4331 BROWNSVILLE RD | POWDER SPRINGS | GA | SOUTHLAND INVESTORS, L.P | 8/31/14 | 5X5 years | EO | |
| 2707 | 118 S. CEDAR ST | MCDONOUGH | GA | MCDONOUGH MARKETPLACE PARTNERS | 9/14/14 | 4X5 years | PR, EO | |
| 2708 | 2350 SPRING RD | SMYRNA | GA | E & A SOUTHEAST, L.P. | 9/28/08 | 4X5 years | PR, EO | X |
| 2769 | 3121 HWY 34 E. | NEWNAN | GA | CHESTER DIX NEWMAN CORP | 12/31/16 | 5X5 years | EO | |
| 2711 | 6335 HWY 85 | RIVERDALE | GA | ALBION PACIFIC PROP RESOURCES | 9/27/20 | 5X5 years | PR, EO | |
| 2713 | 4801 LAWRENCEVILLE HWY | LILBURN | GA | CC REALTY INTERMEDIATE FUND I, LTD. | 7/27/08 | 4X5 years | PR, EO | |
| 2714 | 6625 HIRAM-DOUGLASVILLE HWY | DOUGLASVILLE | GA | JEB JAR & TOWN CENTER SHOPPES, LTD. | 4/2/17 | 5X5 years | PR, EO | |
| 2715 | 1494 LAWRENCEVILLE SUWANEE RD. | LAWRENCEVILLE | GA | DANIEL G. KAMIN | 3/31/18 | 5X5 years | PR, EO | |
| 2716 | 64 W. BANKHEAD HWY | VILLA RICA | GA | VILLA RICA RETAIL PROPERTIES, LLC | 6/12/16 | 5X5 years | PR, EO | |
| 2718 | 5528 PEACHTREE IND. BLVD | CHAMBLEE | GA | DEVELOPERS DIVERSIFIED REALTY CORP | 10/31/06 | 4X5 years | PR, EO | |
| 2719 | 2985 VILLA RICA HWY SUITE A | DALLAS | GA | COMMERCIAL NET LEASE REALTY CORP | 1/15/17 | 5X5 years | PR, EO | |
| 2721 | 9105 HICKORY FLAT HWY | WOODSTOCK | GA | COMMERCIAL NET LEASE REALTY, INC | 4/23/17 | 5X5 years | PR, EO | |
| 2722 | 1200 BARRETT PKWY | KENNESAW | GA | BARRETT CROSSING SHOPPING CENTER, LLC | 11/7/08 | 5X5 years | PR, EO | |
| 2723 | 5755 ROCKBRIDGE RD | STONE MOUNTAIN | GA | EDENS & AVANT FINANCING II L.P. | 1/12/09 | 4X5 years | PR, EO | |
| 2728 | 2600 GA HWY 138 | STOCKBRIDGE | GA | WENDY D. SAUFE | 4/2/19 | 6X5 years | PR, EO | |
| 2729 | 3101 ROSWELL RD. | MARIETTA | GA | BT MARIETTA, LLC | 8/28/05 | 4X5 years | PR, EO | |
| 2732 | 929 JOE FRANK HARRIS PKWY | CARTERSVILLE | GA | AL DAN PENSION INVESTMENTS -1 | 6/14/10 | 5X5 years | PR, EO | |
| 2734 | 1575 LAWRENCEVILLE HWY | LAWRENCEVILLE | GA | BARRY F. O'NEILL | 10/28/07 | 4X5 years | PR, EO | |
| 2735 | 850 DOGWOOD RD | LAWRENCEVILLE | GA | DOGWOOD FORKS LEASE, LLC. | 9/26/10 | 4X5 years | PR, EO | |
| 2737 | 2116 FAIRBURN RD | DOUGLASVILLE | GA | BELMONT CENTERMARK, L.P | 10/4/09 | 4X5 years | PR, EO | |
| 2738 | 3590 PANOLA RD. | LITHONIA | GA | SALEM CROSSING SHOPPING CENTER, LLC. | 8/16/09 | 4X5 years | PR, EO | |
| 2742 | 8000 ROCKBRIDGE RD | LITHONIA | GA | P & W STONEBRIDGE, LLC. | 3/14/10 | 4X5 years | PR, EO | |

* KEY:

EO - Lease Expansion Option(s)

GL - Ground Lease

PR - Lease provides for Percentage Rent

05008768