UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-03817-3F1 <br><br> (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about October 10, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 11, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   WINN-DIXIE STORES, INC., ET AL.                                                                                    **CASE:**   05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 376019-44<br>MADIX INC<br>ATTN DAVID PAYNE, CREDIT MGR<br>PO BOX 729<br>TERRELL TX 75160 |
| CREDITOR ID: 279243-35<br>MADIX STORE FIXTURES<br>ATTN: DAVID PAYNE/JUSTIN SAUNDERS<br>500 AIRPORT RD<br>TERRELL TX 75160 | CREDITOR ID: 415959-97<br>PROVIMI FOODS INC F/K/A<br>PROVIMI VEAL CORPORATION<br>ATTN: DANIEL R SCHOBER<br>W2103 COUNTY ROAD VV<br>SEYMOUR WI 54165 | CREDITOR ID: 259008-12<br>PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 |
| CREDITOR ID: 265110-12<br>YERECIC LABEL CO<br>ATTN KAREN L FINK, CONTROLLER<br>701 HUNT VALLEY ROAD<br>NEW KENSINGTON, PA 15068 | | |

           **Total:   7**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                   Case No.: 05-03817-3F1
                                                                          Docket No.: 3706

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MADIX INC | MADISON INVESTMENT TRUST - SERIES 4 |
|---|---|
| Name of Transferor | Name of Transferee |

MADIX INC                                          MADISON INVESTMENT TRUST - SERIES 4
ATTN DAVID PAYNE, CREDIT MGR                       ATTN SALLY MEYER
PO BOX 729                                         6310 LAMAR AVE SUITE 120
TERRELL TX 75160                                   OVERLAND PARK KS 66202

Phone: 972 563 5744                                Phone: 800 896 8913
Account No.: 376019                                Account No.: 405907

MADIX STORE FIXTURES
ATTN: DAVID PAYNE/JUSTIN SAUNDERS
500 AIRPORT RD
TERRELL TX 75160

Phone:
Account No.: 279243

Claim No.: 8886                                    Full Transfer:          Partial Transfer: (X)
Date Claim Filed: 07/27/2005                       Transfer Amount: $234,005.15

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/10/2005                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 10, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 3705 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MADIX INC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| MADIX INC<br>ATTN DAVID PAYNE, CREDIT MGR<br>PO BOX 729<br>TERRELL TX 75160 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: 972 563 5744 | Phone: 800 896 8913 |
| Account No.: 376019 | Account No.: 405906 |
| MADIX STORE FIXTURES<br>ATTN: DAVID PAYNE/JUSTIN SAUNDERS<br>500 AIRPORT RD<br>TERRELL TX 75160 | |
| Phone: | |
| Account No.: 279243 | |
| Claim No.: 8886 | Full Transfer:       Partial Transfer: (X) |
| Date Claim Filed: 07/27/2005 | Transfer Amount: $432,153.84 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/10/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 10, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 2601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| PROVIMI VEAL CORPORATION | MADISON INVESTMENT TRUST - SERIES 4 |
|---|---|
| Name of Transferor | Name of Transferee |
| PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 | MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 |
| Phone:<br>Account No.: 259008 | Phone: 800 896 8913<br>Account No.: 405907 |
| PROVIMI FOODS INC F/K/A<br>PROVIMI VEAL CORPORATION<br>ATTN: DANIEL R SCHOBER<br>W2103 COUNTY ROAD VV<br>SEYMOUR WI 54165 | |
| Phone:<br>Account No.: 415959 | |
| Claim No.: 35266<br>Date Claim Filed: 04/07/2005 | Full Transfer:　　Partial Transfer: (X)<br>Transfer Amount: $6,377.38 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/10/2005　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 10, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.        Case No.: 05-03817-3F1
                                              Docket No.: 3460

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PROVIMI VEAL CORPORATION | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: | Phone: 800 896 8913 |
| Account No.: 259008 | Account No.: 405906 |
| PROVIMI FOODS INC F/K/A<br>PROVIMI VEAL CORPORATION<br>ATTN: DANIEL R SCHOBER<br>W2103 COUNTY ROAD VV<br>SEYMOUR WI 54165 | |
| Phone: | |
| Account No.: 415959 | |
| Claim No.: 35266 | Full Transfer:       Partial Transfer: (X) |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $28,218.30 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/10/2005

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 10, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 3813

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| YERECIC LABEL CO | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |
| YERECIC LABEL CO<br>ATTN KAREN L FINK, CONTROLLER<br>701 HUNT VALLEY ROAD<br>NEW KENSINGTON, PA 15068 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: 724 334 3327 | Phone: 800 896 8913 |
| Account No.: 265110 | Account No.: 405906 |

Claim No.: 1431

Date Claim Filed: 05/12/2005

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $9,062.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/10/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 10, 2005.