UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |

### AMENDED STATEMENT OF PAYMENTS MADE BY DEBTORS TO ORDINARY COURSE PROFESSIONALS FOR THE PERIOD ENDING APRIL 6, 2005 AND DURING THIRTEEN WEEK PERIOD ENDING JUNE 29, 2005

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), submit, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business, the attached Amended Statement of Payments Made by Debtors to Ordinary Course Professionals for the Period Ending April 6, 2005 and During Thirteen Week Period Ending June 29, 2005.

Dated: October 11, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  s/ D. J. Baker | By  s/ Cynthia C. Jackson |
|   D. J. Baker |   Stephen D. Busey |
|   Sally McDonald Henry |   James H. Post |
|   Rosalie Walker Gray |   Cynthia C. Jackson, |
|   Steven Barry Eichel |   Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1
Amended Statement of Payments Made by Debtors to Ordinary Course Professionals for the Period Ending April 6, 2005 and During the Thirteen Week Period Ending June 29, 2005

| Vendor | Description of Services | Monthly Cap | Case Cap | Aggregate Amounts Previously Paid From 2/21/05 - 4/5/05 | Aggregate Amounts Paid During Thirteen Week Period Ending June 29, 2005 | Total Amounts Paid |
|---|---|---|---|---|---|---|
| ADA CONSULTANTS OF NE FLORIDA | ADA Compliance Services | $ 30,000.00 | $ 500,000.00 | $ 8,250.08 | $ - | $ 8,250.08 |
| AIB INTERNATIONAL | Food Safety Auditing | $ 30,000.00 | $ 500,000.00 | - | 6,521.00 | 6,521.00 |
| AKERMAN SENTERFITT & EIDSON PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 20,556.49 | 20,556.49 |
| ALLEN NORTON & BLUE PA CORAL GABLES | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 13,255.90 | 13,255.90 |
| ASHE & RAFUSE LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 637.50 | 637.50 |
| BAKER DONELSON BEARMAN CALDWELL | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 1,909.00 | 1,909.00 |
| CLARKE SILVERGLATE CAMPBELL WILLIAMS | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 17,019.91 | 17,019.91 |
| COFFMAN, COLEMAN, ANDREWS & GROGAN | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 4,184.36 | 4,184.36 |
| CONSTANGY BROOKS & SMITH LLC | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 83,809.91 | 83,809.91 |
| EPSTEIN BECKER & GREEN P C | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 21,542.95 | 21,542.95 |
| HOLLAND & KNIGHT LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 22,249.70 | 22,249.70 |
| HOGAN & HARTSON LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | 307.57 | 2,700.00 | 3,007.57 |
| HOLT NEY ZATCOFF & WASSERMAN LLP | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 2,265.15 | 2,265.15 |
| KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 677.00 | 677.00 |
| LANE POWELL SPEARS LUBERSKY | Aircraft Counsel | $ 30,000.00 | $ 500,000.00 | - | 25,270.29 | 25,270.29 |
| LILES GAVIN COSTANTINO & MURPHY | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 11,181.83 | 11,181.83 |
| LYONS PIPES & COOK | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 20,326.45 | 20,326.45 |
| MANNING FULTON AND SKINNER PA | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 6,760.37 | 6,760.37 |
| MCGLINCHEY STAFFORD | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 1,594.50 | 1,594.50 |
| NATIONAL REGISTRY OF FOOD SAFETY PROFESSIONALS | Educational/Certification Services | $ 30,000.00 | $ 500,000.00 | 4,960.00 | 4,980.00 | 9,940.00 |
| OGLETREE DEAKINS NASH | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 9,246.50 | 9,246.50 |
| ROGERS TOWERS BAILEY JONES & GAY | Non-bankruptcy legal counsel | $ 30,000.00 | $ 500,000.00 | - | 7,149.50 | 7,149.50 |
| Totals | | | | $ 13,517.65 | $ 283,838.31 | $ 297,355.96 |

536823/6A