UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtor, | Chapter 11 |
| | Jointly Administered |

## AMENDED NOTICE OF EVIDENTIARY HEARING
### (AS TO DATE ONLY)

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an evidentiary hearing is scheduled for **November 17, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion of Schreiber Foods, Inc. to Have the Court Set a Specific Date for the Debtor to Assume or Reject Executory Contract, Pursuant to Bankruptcy Code §365(d)(2) (Docket No. 3815).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

QBNAP\477653.3

the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse

Dated: October 12, 2005

                                              QUARLES & BRADY LLP

By: _____/s/_____
    Ned R. Nashban, Esquire
    Florida Bar No. 717230
    Attorneys for Creditor
    One Lincoln Place
    1900 Glades Road, Suite 355
    Boca Raton, FL 33431
    561.368.5400
    561.368.1996 Facsimile
    nrn@quarles.com

    and

Jerome E. Smyth, Esquire
LIEBMAN, CONWAY, OLEJNICZAK &
JERRY, S.C
231 S. Adams Street
P.O. Box 23200,
Green Bay, Wisconsin 54305-3200
920.437.0476
920.437.2868 Facsimile
jes@lcojlaw.com

Co-Counsel for Schreiber Foods, Inc.

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that I caused a copy of the foregoing Notice of Evidentiary Hearing to be served debtor's attorneys, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Stephen Busey, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; the U.S. Trustee; Counsel for the Official Committee of Unsecured Creditors; Counsel for the Official Committee of Equity

Interestholders; and the Local Rule 1007-2 Parties in Interest electronically and to Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, FL 32254-3699 by U.S. Mail, this 12th day of October, 2005.

QUARLES & BRADY LLP

By: _____
Ned R. Nashban, Esquire
Florida Bar No. 717230
nrn@quarles.com
Co-Counsel for Schreiber Foods, Inc.
1900 Glades Road
Suite 355
Boca Raton, FL   33431
561.368.5400 Telephone
561.368.1996 Facsimile