UNITED STATES BANKRUPTCY COURT
MIDDLE               FLORIDA
~~SOUTHERN~~ DISTRICT OF ~~NEW YORK~~

3817.3F1

IN RE:        LINUS NOEL                    CASE NO. 05-~~11063~~

SECTION "F-1"

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears on behalf of Linus Noel, a creditor and party in interest in the above captioned and numbered case, and files this Notice of Appearance pursuant to 11 U.S.C. 1109 (b) and Rule 901 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, 3017, 3020, 6007, 9007, 9013, 9010 and 9027, Appear respectfully requests that all notices in this case be given to and served upon the following:

The Caluda Law Firm<br>
Robert J. Caluda, Attorney at Law, L.L.C.<br>
3232 Edenborn Avenue<br>
Metairie, Louisiana 70002<br>
Telephone: (504) 586-0361<br>
Facsimile: (504) 522-5161<br>
rcaluda@rcaluda.com

RECEIVED AUG 2 9 2005 U.S BANKRUPTCY COURT SO. DIST. OF NEW YORK

**PLEASE TAKE FURTHER NOTICE** that to pursuant Bankruptcy Rules 2002 and 9007, the foregoing request covers not only the notices and papers referred to in the rules specified above, but all other notices and papers including but not limited to notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint or demand,

whether formal or informal, whether written or oral, and whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, e-mail, or otherwise: (i) which affect of seek to affect in any way rights or interest of or to (a) the Debtor, (b) property in which the Debtor may claim an interest, (c) property in the possession, custody, or control of the Debtor; or (ii) which seek to require any act, payment, or other conduct by Winn Dixie Stores, Inc.,

**PLEASE TAKE FURTHER NOTICE** that Linus Noel does not intend that this Notice of Appearance and demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its' right to trial by jury in any proceeding so trivial in this case or any case, controversy, or proceeding related to this case, or to any other rights, claims, actions, set offs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions. defenses, set offs, and recoupments Linus Noel expressly reserves.

Respectfully submitted this 25 day of Aug, 2005.

**ROBERT J. CALUDA, LA BAR # 3804**
Attorney for Debtor, Linus Noel
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each properly addressed and postage prepaid on this 25 day of Aug, 2005