Walter F. McArdle (ALA Bar No. 2446-R69W)
SPAIN & GILLON, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 3-05-bk-3817 |
| Debtors. | * | (Jointly Administered) |

## APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

Comes now Golden Flake Snack Foods, Inc., creditor in the above-styled bankruptcy case (hereinafter "Golden Flake"), and moves this Court for the entry of an order allowing it a Chapter 11 administrative expense pursuant to 11 U.S.C. §503(b) and 11 U.S.C. §507(a)(1) and requiring the immediate payment thereof and as grounds therefor, avers as follows:

1. Golden Flake is a vendor, who supplies Winn Dixie Stores, Inc., and its affiliates (hereinafter "Winn Dixie") with snack food products. Pursuant to the agreement between the parties, Golden Flake rents shelf space from Winn Dixie at its various stores. The space is leased for the placement of Golden Flake products in Winn Dixie stores.

2. On or about April 6, 2005, Winn Dixie took a credit against outstanding invoices owed by Winn Dixie to Golden Flake in the amount of $157,000.00 to pay for rented shelf space. Not all of the space rented was income producing, and, therefore,

Golden Flake is entitled an administrative expense for repayment of the sum of $71,307.69, representing the payment for shelf space as to which no benefit was received by Golden Flake.

4. Winn Dixie has previously agreed that Golden Flake is entitled to an administrative expense in the amount of $71,307.69 for this post-petition transaction.

5. Golden Flake submits that it is entitled to an administrative expense in this case pursuant to the provisions of 11 U.S.C. §503(b) and 11 U.S.C. §507(a)(1).

WHEREFORE, PREMISES CONSIDERED, Golden Flake requests this Court to enter an order allowing it an administrative expense claim in this case in the amount of $71,307.69 and also ordering Winn Dixie to pay said claim and for such other and further relief to which Golden Flake is entitled.

_____
Nina M. LaFleur

Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202
Phone: (904) 358-4000
0107451

_____
Walter F. McArdle

Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Phone: (205) 581-6295
Facsimile: (205) 324-8866

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the parties via U.S. Mail on this 13th day of October, 2005.

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher &Flom, LLP
Four Times Square
New York, NY 10036-6522

Dennis F. Dunne, Esq.
Millbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Office of the United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, Florida 32801

_____
Of Counsel