UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON OCTOBER 14, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on October 14, 2005 at 1:00 p.m. (ET):

**A.     Uncontested Matters**

*Amended Motion (i) for Authority to Reject Real Property Leases and Subleases and to Abandon Related Personal Property and (ii) to Establish Bar Date for Any Rejection Damage Claims (Leased Facilities) (Docket No. 3804)*

Objection Deadline:  October 10, 2005.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

**B.     Contested Matters**

> *Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

| | | |
|---|---|---|
| Purchaser(s): | (a) | Valrico Partners, LP, **Store No. 716** (Docket No. 3376); and |
| | (b) | FW NC-Shoppes of Kildare, LLC, **Store No. 803** (Docket No. 3378). |

Objections to Sales:  No objections have been filed.

Status:  The Debtors will continue the hearing on the Motion to November 4, 2005.

Dated:  October 13, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

00510318