UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Chapter 11

WINN-DIXIE STORES, INC., et. al.,                Case No: 3-05-bk-03817-JAF

Debtors.                                                        Jointly Administered
_____/

**APPLICATION TO EMPLOY JENNIS & BOWEN, P.L. AS LOCAL COUNSEL NUNC PRO TUNC FOR THE EQUITY SECURITY HOLDERS COMMITTEE**

The Equity Security Holders Committee (the "Equity Committee), for the estate of WINN-DIXIE STORES, INC. (the "Debtors"), pursuant to Bankruptcy Code § 1103(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, respectfully requests that this Court approve the Committee's application herein to authorize the employment of JENNIS & BOWEN, P.L. ("Jennis & Bowen") *nunc pro tunc* to August 18, 2005 as local counsel to the Equity Committee, and in support thereof respectfully represents as follows:

**BACKGROUND**

1. On February 21, 2005 (the "Petition Date"), the Debtors filed their Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their business and managing their properties as Debtors in Possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code and order of this Court.

2. The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the names "Winn-Dixie" and "Winn-Dixie Marketplace". According to published reports, the Debtors are the eighth largest food

{00040853.DOC;1}

retailer in the United States and one of the largest in the Southeast. The Debtors' business was founded in 1925 with a single story building and has grown through acquisitions and internal expansions to encompass over 1,000 stores.

  3. On August 17, 2005, the United States Trustee appointed the Equity Committee pursuant to Section 1102 of the Bankruptcy Code, and appointed the following five members to serve: (a) Brandes Investment Partners, L.P., (b) Houston N. Maddox, (c) Poul Madsen, (d) Michael Nakonechny, and (e) Kenneth M. Thomas. At the organizational meeting, the Equity Committee duly selected the firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), as counsel to represent it during these chapter 11 cases. To assist Paul Hastings in the performance of its duties as legal counsel for the Equity Committee, the committee seeks to also employ the law firm of Jennis & Bowen as local co-counsel for the Equity Committee.

  4. The Equity Committee's primary duty is to assure adequate representation of equity security holders in these chapter 11 cases. Pursuant to Section 1102 of the Bankruptcy Code, the Equity Committee may:

  a) consult with the trustee or Debtors-in-possession concerning the administration of the case;

  b) investigate the acts, conduct, assets, liabilities and financial condition of the Debtors, the operations of the Debtors and the desirability of the continuance of such business and any other matter relevant to the case or to the formulation of a plan;

  c) participate in the formulation of a plan, advise those represented by such committee of the committee's determination as to any plan formulated, and collect and file with the court acceptances or rejections of a plan; and

        d)        perform such other services as are in the interest of those represented.

In sum, the Equity Committee has the power to engage in any of the above-listed acts in furtherance of representing the equity security holders in these chapter 11 cases.

## EMPLOYMENT OF JENNIS & BOWEN, P.L.

5.        On September 7, 2005, Paul Hastings filed its Application Authorizing n*unc pro tunc* Employment and Retention as legal counsel to the Equity Committee (Doc. No. 3386)

6.        The Equity Committee and Paul Hastings have chosen Jennis & Bowen, P.L. to serve as local co-counsel to represent its interests in these chapter 11 proceedings. David S. Jennis ("Jennis") and Chad S. Bowen ("Bowen") would assume primary responsibility as local bankruptcy counsel. Messrs. Jennis and Bowen are experienced bankruptcy practitioners and have represented both creditors and debtors in other bankruptcy reorganization cases. Jennis & Bowen maintains its office in Tampa, Florida.

7.        Pursuant to Bankruptcy Code § 1103(a), the Equity Committee seeks to retain Jennis & Bowen as local co-counsel. Subject to the control and further order of this Court, Jennis & Bowen is prepared to assist Paul Hastings in rendering the following services to the Equity Committee:

        a)        Advise the Equity Committee with respect to its rights, powers, and duties in these cases,

        b)        Assist the Equity Committee in analyzing its claims and interests and in negotiating with creditors and the Debtors,

        c)        Assist the Equity Committee in its analysis of, and negotiations with, the Debtors or any third parties concerning matters related to, among

other things, the terms of any chapter 11 plan of reorganization or liquidation,

       d)       Assist and advise the Equity Committee with respect to its communications with the general equity body regarding significant matters in these cases,

       e)       Review, analyze, and advise the Equity Committee with respect to documents filed with the Court, and make appearances with respect thereto, as necessary,

       f)       Assist the Equity Committee in preparing pleadings and applications as may be necessary in furtherance of the Equity Committee's interests and objectives, and make appearances with respect to, as necessary, and

       g)       Perform such other legal services as may be required and are deemed to be in the interests of the Equity Committee in accordance with the Equity Committee's powers and duties.

8.       The retention of Jennis & Bowen as local counsel satisfies the designation and consent to act requirements of L.B.R. 2090-1 (c)(1).

9.       As more specifically set forth in the Declaration of David S. Jennis filed in support of this Application, Jennis & Bowen has not previously represented any equity security holder on an individual basis or any equity committee member on an individual basis. The Declaration of David S. Jennis sets forth this and all other connections with the Equity Committee. Jennis & Bowen's proposed representation of the Equity Committee does not extend to the representation of any equity security holder on an individual basis or to the representation of any Equity Committee member on an individual basis.

10.       To the best of the Equity Committee's knowledge, Jennis & Bowen is

qualified to serve as local co-counsel to the Equity Committee pursuant to section 1103(a) of the Bankruptcy Code.

11. Further, except as disclosed in the Declaration of David S, Jennis with respect to Jennis & Bowen's prior representation of Lake Placid Groves LLC, a PACA creditor whose claim has been paid in full, and the brief representation of Cameron Sanford Company LLC, in connection with a Motion to Assume a single story location, to the best of the Equity Committee's knowledge, Jennis & Bowen is a disinterested person and does not hold or represent any interest adverse to the Estate.

## COMPENSATION AND REIMBURSEMENT

12. Pursuant to the fee motion process and the Court's approval, Jennis & Bowen will charge the Equity Committee for legal services rendered on an hourly basis in accordance with the Firm's ordinary and customary hourly rates in effect on the date the services are rendered. The Jennis & Bowen current hourly rates for attorneys include:

| David S. Jennis, Partner, Tampa, FL. | $285.00 per hour |
| Chad S. Bowen, Partner, Tampa, FL. | $225.00 per hour |

13. Additional attorneys and legal assistants will be staffed to work on this representation as necessary.

14. The hourly rate of each professional working on these cases will be clearly reflected in monthly, interim and final fee motions. Usual and necessary expenses as are charged to all Jennis & Bowen clients will be set forth in detail as part of the fee motions process.

15. The hourly rates set forth above are Jennis & Bowen's hourly rates for

work of this nature.  These hourly rates are subject to periodic review and change, generally annually, to reflect changes in the economy, experience, and other factors.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Jennis & Bowen to outside copying services for use in mass mailings, travel expenses, computerized research, transcription costs, as well as secretarial, overtime, and other ordinary overhead expenses.  Jennis & Bowen will charge the Equity Committee for these expenses in a manner and at rates consistent with charges made generally to Jennis & Bowen's other clients.  Jennis & Bowen believes that it is fair to charge these expenses to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients.

WHEREFORE, the Equity Committee and Jennis & Bowen respectfully request entry of an order authorizing the retention and employment of Jennis & Bowen to represent the Equity Committee in this case, as more fully set forth above, and granting such other relief as is appropriate.

Dated this __13th__ day of October, 2005.

>     ___/S/ David S. Jennis_____
> David S. Jennis, Esquire
> Florida Bar No. 775940
> Chad S. Bowen, Esquire
> Florida Bar No. 0138290
> **Jennis & Bowen, P.L.**
> 400 N. Ashley Dr., Ste. 2540
> Tampa, FL 33602
> Telephone: (813) 229-1700
> Facsimile: (813) 229-1707
> djennis@jennisbowen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by electronic service and/or U.S. Mail, postage prepaid to the United States Trustee, Elena L. Escamilla, and Kenneth C. Meeker, 135 W. Central Blvd., Suite 620, Orlando, FL.  32806, James D. Wareham and Carolyn (Keri) Chayavadhanangkur, Counsel for the Equity Committee, Paul, Hastings, Janofsky & Walker, LLP, 875 15th Street, N.W., Washington, D.C.  20005, Stephen D. Busey, Counsel for Debtors, Smith, Hulsey, & Busey, 225 Water Street, Suite 1800, Jacksonville, FL.  32202, Adam Ravin, of Skadden, Arps, Slate, Meagher & Flom, LLP, Four Time Square, New York, NY.  10036, Dennis F. Dunne, of Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY.  10005, and John B. Macdonald, of Akermann Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL.  32202, and on this  _13th_  day of October, 2005.

/S/ David S. Jennis_____
David S. Jennis

{00040853.DOC;1}