

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Friday
October 14, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion (i) for Authority to Reject Real Property Leases and Subleases and to Abandon Related Personal Property and (ii) to Establish Bar Date for Any Rejection Damage Claims (Leased Facilities) Filed by Debtor (3804)

*Motion Granted*

*Order Signed*

**APPEARANCES:**
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD
                MATTHEW S. BARR

R..  .ING: