

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
October 14, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief filed by Debtor (2707)

PURCHASER:      (1) Valrico Partners, LP Store 716 (Doc. 3376) Term

(2) FW NC-Shoppes of Kildare, LLC Store 803 (Doc. 3378) Term –

Con't to Nov 4, 2005 @ 10:00 AM

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

RULING: