**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SHAUN KEVIN JOHNSON MICHELLE SUE JOHNSON AND MICAH NICOLE JOHNSON**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson (collectively, the "Johnsons") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by the Johnsons (the "Motion") (Docket No. 3572) for final hearing on or after January 30, 2006, and (ii) the continuation of the automatic stay in effect

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

pending the conclusion of such hearing and determination of the Johnsons' Motion for Relief from Stay. Nothing in this Stipulation shall bar the Johnsons from seeking a determination of the scope of, or relief from, the automatic stay as it may apply to any non-debtor party.

Dated: October 14, 2005

| WILCOX LAW FIRM | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Robert D. Wilcox*\*  <br>     Robert D. Wilcox | By  *s/ James H. Post*  <br>     James H. Post |
| Florida Bar Number 755168<br>6817 Southpoint Parkway, Suite 1302<br>Jacksonville, FL 32216<br>(904) 281-0700<br>(904) 513-9201 Fax<br>rwilcox@wilcoxlawfirm.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| -and- | -and- |
| Charles R. Godwin, Esquire<br>Alabama Bar ID GOD004<br>10388 Highway 31<br>Atmore, Alabama 36502<br>(251) 368-1417 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| Attorneys for Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson | |
| \* Counsel has authorized his electronic signature. | Attorneys for the Debtors |

00511451

2