UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------X
In re:                                              :
                                                    :     Chapter 11
**Winn Dixie Stores, Inc.**                         :
                                                    :     Case No.: **05-03817**
                                                    :
                    Debtors.                        :     Claim Amount: **$15,179.63**
                                                    :
-----------------------------------------------------------------X

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

From: (Transferee)    **City of Robertsdale**
                      c/o Kenneth R. Raines
                      Post Office Box 429
                      Robertsdale, AL 36567

To: (Transferor)      **Hain Capital Opportunities, LLC**
                      **301 Route 17, 6th Floor**
                      **Rutherford, NJ 07070**
                      **Attn: Ganna Liberchuk**

A transfer of all right, title and interest in **and to Claim of City of Robertsdale** (the "Transferor") in the amount of **$15, 179.63** against **Winn Dixie Stores, Inc.,** is hereby acknowledged.

This transfer is evidenced by the Evidence of Transfer of Claim attached as Exhibit "A".

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 200__.
INTERNAL CONTROL NO. _____
Copy (check): Claims Agent _____ Transferor_____ Transferee _____ Debtor's Attorney_____

                                             _____
                                             Deputy Clerk

KL2:2192872.1