UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
---------------------------------------------------------------X
In re:                                                         :
                                                               :   Chapter 11
**Winn Dixie Stores, Inc.**                                    :   Case No.:    05-03817
                                                               :   **Claim No.:    2573**
                     Debtors.                                  :   Claim Amount: **$108, 216.00**
---------------------------------------------------------------X

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

From: (Transferor)    Joseph Enterprises
                      c/o Larry Wong
                      425 California Street
                      Suite 1300
                      San Francisco, CA 94104

To: (Transferee)      **Hain Capital Opportunities, LLC**
                      **301 Route 17, 6th Floor**
                      **Rutherford, NJ 07070**
                      **Attn: Ganna Liberchuck**

A transfer of all right, title and interest in and to **Claim Number 2573 of Joseph Enterprises** (the "Transferor") in the amount of **$108, 216.00** against **Winn Dixie Stores, Inc.,** is hereby acknowledged.

This transfer is evidenced by the Evidence of Transfer of Claim attached as Exhibit "A".

By filing this Notice pursuant to Rule 3001(e)(2), you affirm that you have searched the official claims register and that the Transferor has previously filed a Proof of Claim.

-------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 200__.
INTERNAL CONTROL NO. _____
Copy (check): Claims Agent _____ Transferor_____ Transferee _____ Debtor's Attorney_____

                                                              _____
                                                              Deputy Clerk

KL2:2192872.1