**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:     Case No. 3:05−bk−03817−JAF
           Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

     NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled for final hearing to February 6, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated October 17, 2005 .

                    David K Oliveria , Clerk of Court
                    300 North Hogan Street Suite 3−350
                    Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
Attorney for Movant
US Trustee