F I L E D
JACKSONVILLE, FLORIDA

OCT 1 7 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

```
-----------------------------------------------x
In re                                          )          Chapter 11
                                               )
WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817
                                               )
                         Debtors.              )          (Jointly Administered)
                                               )
-----------------------------------------------x
```

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE

PLEASE TAKE NOTICE,   that Nathalie Klein, pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. Section 1109(b), and Rule 9010 of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the addressed set forth below.

PLEASE TAKE FURTHER NOTICE, that demand is hereby also made for services of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganizations and answering or reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

Nathalie Klein
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Date:   October 6, 2005         By:   _Nathalie Klein_ SHK
        Greenwich, CT                      Nathalie Klein