[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On October 17, 2005, Ganna Liberchuk on behalf of Hain Capital Opportunities, LLC filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated October 18, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Joseph Enterprises, c/o Larry Wong, 425 California Street, Suite 1300, San Francisco, CA 94104
Hain Capital Opportunities, LLC, 301 Route 17, 6th Floor, Rutherford, NJ 07070, Attn: Ganna Liberchuk