UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of Order Authorizing Debtors' to Reject Real Property Leases and Abandon Related Personal Property and Establishing Rejection Damage Claim Bar Date (Docket No. 3879) was furnished (i) electronically and/or by mail on October 10, 2005 and/or October 18, 2005 to those parties on the attached Master Service List and (ii) by mail on October 18, 2005 to ZSF/WD Montgomery-Gunter, LLC, c/o Zurich Global Investment Advisors, Attn: Christian Halabi, 105 East 17th Street, Fourth Floor, New York, New York 10003, ZSF/WD High Point, LLC, c/o Zurich Global Investment Advisors, Attn: Christian Halabi, 105 East 17th Street, Fourth Floor, New York, New York 10003, ZSF/WD Greenville, LLC, c/o Zurich Global Investment Advisors, Attn: Christian Halabi, 105 East 17th Street, Fourth Floor, New York, New York 10003, ZSF/WD Charlotte, LLC, c/o Zurich Global Investment Advisors, Attn: Christian Halabi, 105 East 17th Street, Fourth Floor, New York, New York 10003, ZSF/WD Atlanta, LLC, c/o Zurich Global Investment Advisors, Attn: Christian Halabi, 105 East 17th Street, Fourth Floor, New York, New York 10003, Country Boy's, Allen R. Walcher & Lucy G. Walcher, 2917 Wade

Hampton Boulevard, Taylors, SC 29687, and AirGate PCS, Inc., Attn: Elizabeth A. Prothero, Harris Tower, 233 Peachtree Street, North East, Suite 1700, Atlanta, GA 30303.

Dated: October 18, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00497425