UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### NOTICE OF EVIDENTIARY HEARING

Please take notice that, on **Thursday**, **November 17, 2005**, beginning **at 1:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, creditor, Golden Flake Snack Foods, Inc., will call up for hearing and disposition before the Honorable Jerry A. Funk its **Application for Allowance and Payment of Administrative Expenses in the amount of $71,307.69** (Docket No. 3870). The hearing will be held in Courtroom 4D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

Only objections filed with the Court and served on D.J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 and on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **November 10, 2005** will be considered by the Bankruptcy Court at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores, Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pant suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED this 20th day of October, 2005.

**STUTSMAN & THAMES, P.A.**

By /s/ *Nina M. LaFleur*
Nina M. LaFleur

Florida Bar Number 0107451
121 W. Forsyth Street, Ste. 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Golden Flake Snack Foods, Inc.

57607