**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                         CASE NO.: 3:05-bk-03817-JAF
                                                                                                    Chapter 11
WINN-DIXIE STORES, INC.,

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

Creditor, TED GLASRUD ASSOCIATES OF DELAND, FL, INC., a Florida corporation, (hereinafter referred to as "TED GLASRUD"), and hereby amends the Certificate of Service in the previously filed Motion for Relief from Stay and shows unto the Court as follows:

    1.    Movant filed a Motion for Relief from Stay on September 16, 2005 and served a copy of this Motion on the Debtor by first class United States mail addressed to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699 and upon Debtor's attorney, Adam Ravin by first class United States mail addressed to Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036.

    2.    The US Trustee, Counsel for the Unsecured Creditor's Committee and all other parties in interest pursuant to Local Rule 1007(d) were served by electronic notification.

WHEREFORE, Creditor prays that this Honorable Court will set the Motion for Relief from Stay on file herein for hearing at a date and time convenient to the Court and the parties.

    Respectfully submitted,

    KELLEY & FULTON, P.A.
    Attorney for Ted Glasrud Associates
    of Deland, FL, Inc.
    1665 Palm Beach Lakes Blvd.
    The Forum - Suite 1000
    West Palm Beach, Florida 33401
    Telephone No.:  (561) 491-1200
    Facsimile No.:  (561) 684-3773

    By: /s/ Craig I. Kelley
        Craig I. Kelley, Esquire
        Florida Bar No.: 782203

F:\CLIENTS\Rutland, Leonard\COS.wpd