[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On October 17, 2005, Ganna Liberchuk on behalf of Hain Capital Opportunities, LLC filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated October 18, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
City of Robertsdale, c/o Kenneth R. Raines, P.O. Box 429, Robertsdale, AL 36567
Hain Capital Opportunities, LLC, 301 Route 17, 6th Floor, Rutherford, NJ 07070, Attn: Ganna Liberchuk

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes         Page 1 of 1              Date Rcvd: Oct 18, 2005
Case: 05-03817               Form ID: pdfdoc      Total Served: 2

The following entities were served by first class mail on Oct 20, 2005.
              +City of Robertsdale,   c/o Kenneth R. Raines,   P.O. Box 429,   Robertsdale, AL 36567-0429
cr            +Hain Capital Opportunities, LLC,   301 Route 17,   6th floor,   Rutherford, NJ 07070-2575
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2005**                    **Signature:**    *Joseph Speetjens*