**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing and assignment of the lease to Wal-Mart Stores East, L.P. for store number 739 located in Naples, Florida. A copy of the closing statement is attached.

Dated: October 21, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker* | By   *s/ Cynthia C. Jackson* |
|    D. J. Baker |    Stephen D. Busey |
|    Sally McDonald Henry |    James H. Post |
|    Rosalie Gray |    Cynthia C. Jackson (FBN 498882) |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00512140.DOC

## INDIVIDUAL STORE CLOSING STATEMENT

**BUYER:** Wal-Mart Stores East, LP, a Delaware limited partnership

**SELLER:** Winn-Dixie Stores, Inc., a Florida corporation

**ESCROW AGENT and SETTLEMENT AGENT:** Near North National Title LLC

**PROPERTY:** Store No. 739, 5010 Airport Road North, Naples, FL

**CLOSING DATE:** October 11, 2005

### SELLER'S STATEMENT

**BASE PURCHASE PRICE:**

| | |
|---|---|
| BASE PURCHASE PRICE: | $2,050,000.00 |
| SUPPLIES PRICE: | $0.00 |
| TOTAL BASE PURCHASE PRICE AND SUPPLIES PRICE: | **$2,050,000.00** |

**Less Adjustments (Debit):**

| | | |
|---|---|---|
| Seller's Prorated Share of Taxes and Other Charges Payable Under Lease (1) | ($76,574.11) | |
| Buyer's Prorated Share of Rents Paid in Advance Under Sublease (2) | 0 | |
| Total Debits to Seller: | ($76,574.11) | |

**Plus Adjustments (Credit):**

| | |
|---|---|
| Seller's Prorated Share of Rent Paid in Advance Under Lease (3) | $0.00 |
| Buyer's Share of Environmental Assessment Costs | $1,500.00 |
| Total Credits to Seller: | $1,500.00 |
| **NET DEBIT/CREDIT TO SELLER** | ($75,074.11) |

**Less Closing Costs Payable by Seller:**

| | | |
|---|---|---|
| Title Exam Fees | ($1,400.00) | |
| Cure Costs (See 7-11, Schedule of Disbursements) | $0.00 | |
| Transfer Taxes | $0.00 | |
| **Total Seller's Closing Costs:** | ($1,400.00) | |
| **AMOUNT DUE TO/FROM SELLER** | | $1,973,525.89 |

**BUYER'S STATEMENT**

| | | |
|---|---|---|
| **BASE PURCHASE PRICE:** | $2,050,000.00 | |
| **SUPPLIES PRICE:** | $0.00 | |
| **TOTAL BASE PURCHASE PRICE AND SUPPLIES PRICE:** | | $2,050,000.00 |

**Less Adjustments (Credit):**

| | | |
|---|---|---|
| Amount of Base Deposit | ($205,000.00) | |
| Seller's Prorated Share of Taxes and Other Charges Payable Under Lease (1) | ($76,574.11) | |
| Buyer's Prorated Share of Rents Paid in Advance under Sublease (2) | $0.00 | |
| **Total Credits to Buyer:** | ($281,574.11) | |

**Plus Adjustments (Debit):**

| | | |
|---|---|---|
| Seller's Prorated Share of Rents and Other Charges Paid in Advance Under Lease (3) | | $0.00 |
| Buyer's Share of Environmental Assessment Costs | | $1,500.00 |
| **Total Debits to Buyer:** | | $1,500.00 |
| **NET DEBIT/CREDIT TO BUYER** | | ($280,074.11) |



**Plus Closing Costs Payable by Buyer:**

| | |
|---|---:|
| Buyer's Attorneys' Fees & Costs | P.O.C. |
| Title Insurance Premium and exam fees to CTIC | $3,725.00 |
| October Rent and CAM Payment to Landlord | $38,863.12 |
| Buyer's Brokerage Fees | $0.00 |
| Closing Escrow Fees | $1,500.00 |
| Recording Fees (estimated) | $0.00 |
| **Total Buyer's Closings Costs:** | $44,088.12 |
| **AMOUNT DUE FROM BUYER AT CLOSING** | $1,814,014.01 |

## SCHEDULE OF DISBURSEMENTS

| | | |
|---|---:|---:|
| 1. Amount of Base Deposit from Escrow Agent | | $205,000.00 |
| 2. Net Amount Due From Buyer | | $1,814,014.85 |
| **TOTAL RECEIPTS:** | | $2,019,014.85 |
| 1. The Blackstone Group L.P. (Seller's Brokers Fees) | P.O.C. | |
| 2. The Food Partners, LLC (Seller's Brokers Fees) | $0.00 | |
| 3. DJM Asset Management, LLC (Seller's Brokers Fees) | $0.00 | |
| 4. Chicago Title Insurance Company | ($3,725.00) | |
| 5. Near North National Title LLC (Title Examination Fees and and Costs) | ($1,400.00) | |
| 6. Near North National Title LLC Escrow Fee | ($1,500.00) | |
| 7. Landlord (October Rent and CAM Payment) | ($38,863.13) | |

| | | |
|---|---|---|
| 8. Landlord<br>(Real Estate Tax Cure Costs, if any) | $0.00 | |
| 9. Landlord<br>(Personal Property Tax Cure Costs, if any) | $0.00 | |
| 10. Landlord<br>(Insurance Cure Costs, if any) | $0.00 | |
| 11. Landlord<br>(CAM Cure Costs, if any) | $0.00 | |
| 12. Due to Seller<br>(Proceeds to Seller) | ($1,973,525.89) | |
| **TOTAL DISBURSEMENTS** | **($2,019,014.02)** | |
| **BALANCE AFTER DISBURSEMENTS:** | | $0.00 |

**Notes:**

1. **2005 Prorations - Amounts Not Yet Paid and Payable.** Prorations are based on (i) an estimate of 2005 real estate taxes derived from actual 2004 amounts payable by Tenant in arrears in accordance with lease and (ii) an estimate of 2005 insurance charges derived from actual 2004 amounts payable by Tenant in arrears in accordance with the lease. Buyer will be responsible for the payment of such charges for 2005 and subsequent years. Rent prorations are based on amounts due under the Lease for October 2005. Buyer will be responsible for October 11, 2005 and thereafter. CAM prorations are based on amounts due under the Lease for September and October 2005. Buyer will be responsible for CAM charges that become due and payable from October 11, 2005 and thereafter. Prorations are as follows:

**Real Estate Taxes**

**Store No. 739**

| | | |
|---|---|---|
| 2005 Real Estate Taxes | $64,135.32 | |
| Per Diem Tax Amount | $175.71 | |
| Seller's Share of 2005 Taxes<br>(1/1/05 - 10/11/05) (283 days) | $49,725.93 | |
| **TOTAL REAL ESTATE TAXES** | | $49,725.93 |

**Personal Property Taxes**
Seller to pay outside of closing, since personal property is not being conveyed.

**INSURANCE**

**Store No. 739**

| | | |
|---|---|---|
| 2005 Insurance | $17,850.27 | |
| Per Diem Insurance Amount | $48.90 | |
| Seller's Share of 2005 Insurance<br>(1/1/05 - 10/11/05) (283 days) | $13,838.70 | $13,838.70 |

**RENT**

**Store No. 739**
| | | |
|---|---|---|
| Total 2005 October Rent | $33,663.33 | |
| Per Diem Rent | $1,085.91 | |
| Seller's Prorated Share (10/1/05-10/11/05) (11days) | $11,945.01 | $11,945.01 |

**CAM**

**Store No. 739**
| | | |
|---|---|---|
| Total October 2005 CAM | $3,000.00 | |
| Per Diem CAM | $96.77 | |
| Seller's Prorated Share (10/1/05-10/11/05) (11days) | $1,064.77 | $1,064.47 |

**Total Amount of Seller's Prorated Share of 2005 Prorations:** $76,574.11

2. <u>October 2005 Sublease Prorations - Amounts Previously Received by Seller</u>. Prorations are based on October 2005 rents previously paid to Seller in accordance with the applicable Sublease. Buyer will be responsible for the collection of such charges that become due and payable for October 5, 2005 and thereafter. Prorations are as follows:

**Store No. 739**
Total September 2005 Rent Paid
Per Diem Rent
Buyer's Prorated Share
(9/1/05-9/30/05) (30 days)

**Total Amount of Buyer's Prorated Share of August Prorations:**

3. <u>2005 Rent Prorations - Amounts Previously Paid by Seller</u>. Proration is based on 2005 October rent previously paid by Seller in accordance with the applicable Lease. Buyer will be responsible for the payment of such charges that become due and payable for October 5, 2005 and thereafter. Prorations are as follows:

**Store No.**
| | |
|---|---|
| Total October 2005 Rent Paid | $0.00 |
| Per Diem Rent | $0.00 |
| Buyer's Prorated Share | $0.00 |

**Total Amount of Buyer's Prorated Share of 2005 Rent Prorations** $0.00



4. <u>Utility Deposits and Charges</u>. All utility deposits will be returned to Seller directly by the respective utility companies. Seller will be responsible for payment of any portion of any utility charges attributable to utility service (including telephone service) provided through and including the date hereof. Buyer will be responsible for payment of any new utility deposits which may be assessed by the respective utility companies and for payment of any portion of such utility charges attributable to utility service provided subsequent to the date hereof. The party responsible for each share of such utility charges will pay such charges promptly and without demand therefor. Each party agrees to indemnify and hold harmless the other party from and against liability for payment of the first party's share of such utility charges.

5. <u>Adjustments</u>. Seller and Buyer acknowledge and agree that any amounts not determinable as of the Closing Date or reflected on this Closing Statement will be taken into account at the Closing based on good faith estimates with the actual amount to be calculated by Seller and Buyer as soon as practicable after the actual amounts are determinable with an appropriate adjustment to be paid by the appropriate party promptly after determination. Seller and Buyer also acknowledge and agree to execute any documents necessary to correct any errors or omissions in the Closing Statement with an appropriate adjustment to be paid by the appropriate party promptly after determination. Buyer agrees that it will timely make all required notifications to appropriate taxing authorities to effect the change in party responsible for taxes.

6. <u>Capitalized Terms</u>. Capitalized terms used herein will have the meanings ascribed to them in the Purchase Agreement.

The undersigned parties acknowledge and agree to this Closing Statement as of this 11th day of October 2005, and hereby authorize Near North National Title LLC, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**

**Winn-Dixie Stores, Inc.,**
a Florida corporation

By: _____
Name: LAURENCE B. APPEL
Title: Senior Vice-President

**BUYER:**

**Wal-Mart Stores East, LP,**
a Delaware limited partnership

By: WSE Management, LLC,
a Delaware limited liability company,
General Partner

By: _____
Name: _____
Title: _____

LEGAL APPROVED
ATTY: _____
DATE: 10-11-05

Reviewed By
_____
XRoads
Date: _____

The undersigned parties acknowledge and agree to this Closing Statement as of this 11th day of October 2005, and hereby authorize Near North National Title LLC, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**

Winn-Dixie Stores, Inc.,
a Florida corporation

By:_____
Name:_____
Title:_____

**BUYER:**

Wal-Mart Stores East, LP,
a Delaware limited partnership

By: WSE Management, LLC,
a Delaware limited liability company,
General Partner

By: _[signature]_
Name: John E Clarke
Title: Assistant Vice President

7

739(Walmart)

The undersigned parties acknowledge and agree to this Closing Statement as of this 11th day of October 2005, and hereby authorize Near North National Title LLC, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**

**Winn-Dixie Stores, Inc.,**
a Florida corporation

By:_____
Name:_____
Title:_____

**BUYER:**

**Wal-Mart Stores East, LP,**
a Delaware limited partnership

By:  WSE Management, LLC,
     a Delaware limited liability company,
     General Partner

By:_____
Name: Kitty E Clarke
Title: Assistant Vice President