

## IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| WINN DIXIE LOUISIANA, INC., | | |
| ET AL | * | CASE NO. 05-03817-3F1 |
| | * | (JOINTLY ADMINISTERED) |
| DEBTOR | | |

\* \* \* \* \* \* \*

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE

**PLEASE TAKE NOTICE,** that THOMAS J. LUTKEWITTE has been retained as attorney for Avondale Square Limited Partnership in the above referenced proceedings and pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, and the undersigned request that all Notices given are required to be served and this case be given to and served upon the following:

THOMAS J. LUTKEWITTE
FAVRET, DEMAREST, RUSSO & LUTKEWITTE
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes the Notice and papers referred to in Section 1109(b) of Title 11, U.S. Code or Rules 2002, 3017 or 9007 of the Bankruptcy Rules and also includes without limitation, any plan of reorganization and objections thereto, and notice of any orders, pleadings, motions, applications, complaints, demand, hearings, disclosure statements, answers, responses, memorandum or briefs in support of the foregoing and any other documents brought before the court with respect of these proceedings, whether formal or informal, whether written or oral and whether transmitted

or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

      New Orleans, Louisiana, this _____ day of _____, 2005.

      Respectfully Submitted,

      FAVRET, DEMAREST, RUSSO & LUTKEWITTE
      A Professional Law Corporation

      _____
      THOMAS J. LUTKEWITTE, #9196
      BRAD P. SCOTT, #28220
      1515 Poydras Street, Suite 1400
      New Orleans, Louisiana 70112
      Telephone: (504) 561-1006
      Facsimile: (504) 523-0699

## CERTIFICATE

I hereby certify that a copy of the above and foregoing pleading has been served upon opposing counsel by placing same in the United States Mail, properly addressed and postage prepaid on this 17 day of October, 2005.

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

      _____
      THOMAS J. LUTKEWITTE

C:\Terri\Clients and Files\Avondale Sq Ltd Part\Winn Dixie 3222.022624\Misc\Req for Notice.doc

2