UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------X
In re:                                            :
                                                  :    Chapter 11
**Winn Dixie Stores, Inc.**                       :    Case No.:   **05-03817**
                                                  :    **Claim No.:   2573**
             Debtors.                             :    Claim Amount: **$108, 216.00**
-----------------------------------------------------------X

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

From: (Transferor)   Joseph Enterprises
                     c/o Larry Wong
                     425 California Street
                     Suite 1300
                     San Francisco, CA 94104

To: (Transferee)     **Hain Capital Opportunities, LLC**
                     **301 Route 17, 6th Floor**
                     **Rutherford, NJ  07070**
                     **Attn: Ganna Liberchuck**

A transfer of all right, title and interest in and to **Claim Number 2573 of Joseph Enterprises** (the "Transferor") in the amount of **$108, 216.00** against **Winn Dixie Stores, Inc.**, is hereby acknowledged.

This transfer is evidenced by the Evidence of Transfer of Claim attached as Exhibit "A".

By filing this Notice pursuant to Rule 3001(e)(2), you affirm that you have searched the official claims register and that the Transferor has previously filed a Proof of Claim.

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 200__.
INTERNAL CONTROL NO. _____
Copy (check): Claims Agent ____ Transferor____ Transferee ____ Debtor's Attorney____


                                                  _____
                                                  Deputy Clerk

KL2:2192872.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Joseph Enterprises, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Opportunities, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$108,216.00** associated with proof of claim number **2573** against Winn-Dixie Procurement Inc. (the "Debtor"), Chapter 11 Case No. 05-11082 United States Bankruptcy Court for the **Middle District of Florida** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd day of September, 2005.

JOSEPH ENTERPRISES, Inc.

By: _____
Name: LARRY WONG
Title: Controller

HAIN CAPITAL OPPORTUNITIES, LLC
By R. Koltai Advisors, LLC
its Managing Member

By: _____
Robert Koltai, Manager