

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
October 24, 2005

HONORABLE JERRY A. FUNK

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 01:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/C. JACKSON/J. POST
Trustee:

HEARING:

MOTION FOR CLARIFICATION OF LETTER RULING DATED OCTOBER 14, 2005 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS (3893) (filed under seal)

Obj and Response to Motion by Creditor Committee's Motion for Clarification (3902) (filed under seal)

Response by UST to Motion (3903) (filed under seal)

APPEARANCES:

US TRUSTEE: ELENA ESCAMILLA
WD RETIREES: JERRETT M. MCCONNELL
WACHOVIA: BETSY C. COX
EQUITY CMTEE: KAROL K. DENNISTON
COMMITTEE OF UNSECURED CREDITORS: JOHN MACDONALD/PATRICK PATANGAN

RULING:

Order by Busey

prprpt2