# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.** | **(Jointly Administered)** |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about October 20, 2005, I caused copies of:

• **the Order Under 11 U.S.C. § 365(d)(4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 24, 2005

_____
Kathleen M. Logan

Code: AX

# EXHIBIT A
# SERVICE LIST

**SUPPLEMENTAL SERVICE LIST**

**Order Under 11 U.S.C. 365(d)(4) Granting Further**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241477-12
ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447-9998

CREDITOR ID: 1016-07
ADAMS REALTY
ATTN: JAMES L ADAMS
220 W PUSHMALAHA STREET
BUTLER, AL 36904

CREDITOR ID: 315726-40
ALVYN L WOODS, INC
C/O MARTIN HIMEL PEYTAVIN & NOBILE
ATT MALCOLM J PEYTAVIN
2295 TEXAS STREET SUITE B
PO BOX 278
LUTCHER LA 70071-0278

CREDITOR ID: 278404-25
ALVYN L. WOODS INC.
PO BOX 396
LUTCHER LA 70071

CREDITOR ID: 1086-RJ
AVONDALE SQUARE LIMITED PARTNERSHIP
100 CONTI STREET
NEW ORLEANS LA 70130

CREDITOR ID: 315733-40
AVONDALE SQUARE LP
C/O FAVRET DEMAREST RUSSO ET AL
ATTN THOMAS J LUTKEWITTE, ESQ
1515 POYDRAS STREET
NEW ORLEANS LA 70112

CREDITOR ID: 278414-25
BARBAREE G. ROSENBAUM, TRUSTEES
LAURA C. KIMBRELL, ET AL
CO-TRUSTEES
PO BOX 3007
MERIDIAN MS 39303

CREDITOR ID: 315738-40
BENNETT V YORK
C/O YORK DEVELOPMENTS
112 SHEFFIELD LOOP STE D
HATTIESBURG, MS 39402

CREDITOR ID: 315747-40
BROADMOOR DEVELOPMENT COMPANY
PO BOX 3007
MERIDIAN, MS 39303-3007

CREDITOR ID: 1144-07
BROOKWOOD FLAMINGO PARTNERS LP
C/O PMAT FLAMINGO, LLC
4716 CARTHAGE ST
METAIRIE LA 70002

CREDITOR ID: 1145-07
BROOKWOOD LLC
C/O STIRLING PROPERTIES
DEPT 1149
PO BOX 62600
NEW ORLEANS, LA 70162-2600

CREDITOR ID: 2096-07
BROOKWOOD SHOPPING CENTER
C/O STIRLING PROPERTIES, INC
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

CREDITOR ID: 2096-07
BROOKWOOD SHOPPING CENTER
C/O FRANSEN & HARDIN APLC
ATTN ALLAIN F HARDIN, ESQ
PO BOX 52676
NEW ORLEANS LA 70152-2676

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO LLC
3621 RIDGELAKE DRIVE
SUITE 203
METAIRIE, LA 70002-1739

CREDITOR ID: 2100-07
BUNKIE INVESTMENT COMPANY, LLC
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002

CREDITOR ID: 2101-07
BY-PASS PARTNERSHIP
PO BOX 1075
HAMMOND LA 70404-1075

CREDITOR ID: 1185-07
CENTRAL PROGRESSIVE BANK
ATTN: JAMES J. VENEZIA, EXEC VP
29092 KRENTEL ROAD
LACOMBE, LA 70445

CREDITOR ID: 2221-07
ERNST PROPERTIES, INC.
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET SUITE 2300
NEW ORLEANS LA 70130-6078

CREDITOR ID: 1317-07
EUTIS MORTGAGE CORPORATION
1100 POYDRAS STREET, SUITE 2525
NEW ORLEANS, LA 70163

CREDITOR ID: 2273-07
GULF COAST PROPERTIES
PO BOX 24087
NEW ORLEANS, LA 70184-4087

CREDITOR ID: 315836-40
HAMMERDALE INC
C/O R ALEX SMITH
PO DRAWER 3308
MERIDIAN, MS 39303

CREDITOR ID: 1416-07
HASCO PROPERTIES
PO BOX 681
MC COMB MS 39648-0681

CREDITOR ID: 2293-07
HASCO PROPERTIES
PO BOX 681
MC COMB, MS 39648-0681

CREDITOR ID: 251330-12
HASCO-THIBODEAUX LLC
PO BOX 681
MCCOMB, MS 39648-0681

CREDITOR ID: 315839-40
HAYDEL REALTY COMPANY INC
PO BOX 26194
NEW ORLEANS, LA 70186-6194

CREDITOR ID: 2326-07
JB LEVERT LAND CO INC
PO BOX 518
METAIRE, LA 70004-0518

CREDITOR ID: 1504-RJ
KINGFISHER INC
PO BOX 47
LULING LA 70070-0047

**SUPPLEMENTAL SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting Further**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

CREDITOR ID: 278644-24
KINGFISHER, INC.
INDUSTRIAL DEVELOPMENT BOARD OF THE
PARISH OF ST. CHARLES - LOUISIANA
THE COURTHOUSE
HAHNVILLE LA 70057

CREDITOR ID: 2265-07
KONRAD, GORDON K.
PO BOX 10890
JEFFERSON LA 70181

CREDITOR ID: 1536-07
LAPALCO VILLAGE SHOP CEN
7809 AIRLINE HWY SU 309
METAIRIE LA 70003

CREDITOR ID: 2368-07
LAPALCO VILLAGE SHOPPING CENTER
7809 AIRLINE HWY SU 309
METAIRIE, LA 70003

CREDITOR ID: 2379-07
LINCOLN SQUARE PARTNERS LP
3212 BROOKWOOD DR
HATTIESBURG, MS 39401

CREDITOR ID: 1929-07
MARKET AT BYRAM LLC, THE
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG, MS 39402

CREDITOR ID: 1577-07
MARKETOWN INVESTORS INC
PO BOX 2130
BAY  ST  LOUIS MS 39521-2130

CREDITOR ID: 2394-07
MARKETOWN INVESTORS INC
ATTN ROBERT KANE
PO BOX 2130
BAY SAINT LOUIS, MS 39521

CREDITOR ID: 2395-07
MARRERO LAND & IMPROVEMENT ASSOC.
WESTWOOD SHOPPING CENTER
5201 WESTBANK EXPRESSWAY
MARRERO LA 70072

CREDITOR ID: 279443-99
MARRERO LAND&IMPROVEMENT ASSN LLD
ATTN VINCENT A VASTOLA, DIR
5201 WESTBANK EXPRESSWAY, SUITE 400
MARRERO LA 70072

CREDITOR ID: 410689-15
PACIERA, VINCENT ET AL DBA
PARK PLAZA SHOPPING CTR LLC
ATTN KIRTH M PACIERA, OWNER/MEMBER
PO BOX 24087
NEW ORLEANS LA 70184

CREDITOR ID: 1687-07
PARK PLAZA SHOPPING CENTER LLC
PO BOX 24087
NEW ORLEANS, LA 70184

CREDITOR ID: 2464-07
PARK PLAZA SHOPPING CTR LLC
1151 ROBERT E LEE BLVD
NEW  ORLEANS LA 70124-0005

CREDITOR ID: 269333-16
PGM DIAMONDHEAD, LLC
ATTN CHARLES F MCREYNOLDS
248 DEBUYS ROAD, SUITE 29
BILOXI, MS 39531

CREDITOR ID: 315889-40
PINEBELT PARTNERS INC
PO BOX 6426
LAUREL, MS 39441

CREDITOR ID: 411089-15
PMAT FLAMINGO, LLC
C/O SHER GARNER CAHILL ET AL
ATTN NEAL J KLING, ESQ
909 POYDRAS STREET, 28TH FLOOR
NEW ORLEANS LA 70112

CREDITOR ID: 1723-07
PRB INVESTMENTS LLC
ATTN: PHILLIP BULLIARD
2424 EDENBORN AVENUE
SUITE 600
METAIRIE, LA 70001

CREDITOR ID: 2520-07
RORELORY-LAPLACE, LLC
ATTN: ROBERT D. HESS
1916 BUTTERNUT AVENUE
METAIRIE LA 70001

CREDITOR ID: 1271-RJ
SHANRI HOLDINGS CORP FKA
C/O SESSIONS FISHMAN & NATHAN, LLP
ATTN J DAVID FORSYTH, ESQ
201 ST CHARLES AVE, SUITE 3500
NEW ORLEANS LA 70170

CREDITOR ID: 1850-07
SIZELER COMPANIES
PO BOX 62073
NEW ORLEANS, LA 70162

CREDITOR ID: 2576-07
SOUTHGATEREALTY,LLC
112 SHEFFIELD LOOP
SUITE D
HATTIESBURG MS 39402

CREDITOR ID: 1882-07
SPISHORES LLC
ATTN SIZELER PROPERTIES DEPOSI
PO BOX 62799
NEW  ORLEANS, LA 70162

CREDITOR ID: 2586-07
SPIWACHEE, INC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062-5596

CREDITOR ID: 278574-24
STIRLING PROPERTIES
ATTN: DONNA TAYLOR
109 NORTHPARK BOULEVARD
SUITE 300
COVINGTON LA 70433

CREDITOR ID: 263054-12
TIGER SEAL & GASKET MFG CO INC
2522 CONNECTICUT AVENUE
KENNER LA 70062

CREDITOR ID: 1951-07
TUNICA VILLAGE PARTNERSHIP
C/O ACADIAN MANAGEMENT
ATTN BARBARA KIZER, OWNER
PO BOX 1268
MADISONVILLE, LA 70447

CREDITOR ID: 410517-15
VILLAGE AURORA I, LLC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062

**SUPPLEMENTAL SERVICE LIST**
**Order Under 11 U.S.C. 365(d)(4) Granting Further**
**Extension of Time to Assume or Reject Unexpired**
**Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 1998-07
WEEKI WACHEE VILLAGE SHOP CENTER
C/O SIZELER PROPERTY INVESTORS
DEPOSITORY ACCOUNT
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 264647-12
WEST NAPOLEON JOINT VENTURE
C/O MELTZER PROPERTIES LTD
ATTN JOHN A MELTZER
4621 WEST NAPOLEON AVE, STE 210
METAIRIE, LA 70001

CREDITOR ID: 2008-07
WESTWOOD SHOPPING CENTER
C/O MARRERO LAND
5201 WESTBANK EXPRESSWAY
MARRERO, LA 70072

CREDITOR ID: 1115-07
YORK, BENNETT V.
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG MS 39402

CREDITOR ID: 2027-07
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2692-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2028-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE LA 70002

**Total:   61**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**~~AMENDED~~ ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING**
**FURTHER EXTENSION OF TIME TO ASSUME OR REJECT**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

These cases came before the Court for hearing on September 1, 2005, upon the motion of Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1] for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors a further extension of the time period to assume or reject unexpired nonresidential real property leases (the "Unexpired Leases") (the "Motion"). The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is GRANTED.

2.      Except as provided in numbered paragraphs 3 and 8, the period within which the Debtors must move to assume or reject the Unexpired Leases is extended through December 19, 2005.

---

[1]      All capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.

3.     The period within which the Debtors must move to assume or reject the Unexpired Lease governing Store 734 is extended through September 30, 2005.

4.     To the extent the Debtors intend to reject an Unexpired Lease, the Debtors shall provide the lessor under such lease with at least ten days notice of such intent.  A rejection of an Unexpired Lease shall be effective, without further order of the Court, on the later of (i) the tenth calendar day following the service of the Rejection Notice; and (ii) the date on which Debtor has (a) vacated and surrendered possession of the premises; and (b) delivered all keys in the possession of the tenant to the leased premises to the affected landlord or, if at a shopping center, to the mall management office where the leased premises are located.  The landlord of any Lease rejected pursuant to this paragraph must file a proof of claim for damages arising from the rejection of the applicable lease within thirty (30) days following the applicable rejection date or be forever barred from asserting any such claim.

5.     The Debtors will electronically file a copy of any notice of intent to reject and provide a copy of such notice to any party with a known interest in property to be abandoned at the applicable store, notifying such party that it must retrieve the property prior to the rejection date or that any such inventory or other property (collectively, the "FF&E") of the Debtors remaining in such store after the applicable rejection date is deemed abandoned.  In that event, the applicable landlord has the right to dispose of the FF&E in its sole and absolute discretion, without further order of this Court, and without liability to any person or party whatsoever.

6.     The Debtors will comply with the mandates of section 365 of the Bankruptcy Code as such Code section is interpreted by this Court, and will perform all

2

the obligations of the Debtors, except those specified in section 365(b)(2), arising from and after the order for relief (the "Postpetition Rental Obligations"). The Debtors agree that the lessor shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations, which motion shall set forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor. The Debtors have agreed that they shall not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this Paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

7.      The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

8.      The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Unexpired Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if the Debtors file a motion seeking a further extension of the time to assume or reject the Unexpired Leases on or before December 19, 2005.

9.      This Court's hearing of the Objections to the Motion filed by PMG Ocean Associates, LP (Docket No. 3192) and Victory Real Estate Investments, LLC et al. (Docket No. 3197) are continued until the omnibus hearing scheduled for September 22, 2005 at 1:00 p.m., at which time the Court shall consider the issues raised in such

00507761.DOC

Objection; provided however, that the consideration of such Objections and any relief granted to PMG Ocean Associates, LP and Victory Real Estate Investments, LLC et al., shall be limited to such parties and shall in no way be deemed to alter the relief granted pursuant to this Order. The time within which the Debtors must move to assume or reject the unexpired lease of nonresidential real property that are the subject of the Objections filed by PMG Ocean Associates, LP and Victory Real Estate Investments, LLC et al. are extended until and through such time as an order adjudicating the Objections is entered by the Bankruptcy Court or such Objections are withdrawn or otherwise resolved.

10.     Notwithstanding anything to the contrary in this order, with respect to the leases identified on the attached list, the Debtors may file a motion to assume or send a Rejection Notice (as defined in the Court's order dated September 8, 2005 granting the Amended Motion of the Debtors (I) To Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) To Assume and Assign Leases, (III) To reject Targeted Leases the Debtors Are Unable To Sell, and (IV) Granting Related Relief (Docket No. 2070)) by September 30, 2005. In the event the Debtors do not file a motion to assume or send a Rejection Notice by September 30, 2005, the leases identified on the attached list will be deemed rejected on September 30, 2005.

Dated this *12* day of September, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

00507761.DOC

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | ST | City | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 440 W. CHERRY ST. | GA | JESUP | VICTORY INVESTMENTS, INC. | 4/26/15 | 5X5 years | PR, EO | | |
| 20 | 3503 ARCHER RD. | FL | GAINESVILLE | ELIOT PROPERTIES | 11/7/05 | 5X5 years | PR, EO | | |
| 55 | 312 E. 1 ST. | GA | VIDALIA | VICTORY VIDALIA, LLC. | 7/31/17 | 6X5 years | PR | | |
| 57 | 2830 E. PINETREE BLVD. | GA | THOMASVILLE | PINETREE PARTNERS, LTD. | 10/26/14 | 6X5 years | PR, EO | | |
| 147 | 602 BRANNEN ST. | GA | STATESBORO | GENTILLY SQUARE, LLC | 6/9/13 | 5X5 years | PR | | |
| 158 | 147 W. HENDRY STREET | GA | HINESVILLE | A.A.C., INC. | 6/12/06 | 5X5 years | PR | | |
| 170 | 7303 N.W. 4TH BLVD. | FL | GAINESVILLE | TOWER CENTER ASSOCIATES, LTD. | 1/17/10 | 4X5 years | PR, EO | | |
| 178 | 1312 S. MADISON AVE. | GA | DOUGLAS | PERIMETER PLACE ASSOCIATES, L.P. | 3/19/17 | 5X5 years | PR, EO | | |
| 181 | 714 4TH ST | GA | ADEL | MR. FRED BENTLEY, SR. | 1/1/13 | 5X5 years | PR, EO | | |
| 188 | 1912 MEMORIAL DR. | GA | WAYCROSS | L.P.I WAYCROSS, INC. | 8/31/14 | 4X5 years | PR, EO | | |
| 223 | 6901 W. OKEECHOBEE BLVD. | FL | WEST PALM BEACH | LINPRO INVESTMENTS INC. | 9/17/17 | 5X5 years | PR, EO | | X |
| 227 | 18455 PINES BLVD. | FL | PEMBROKE PINES | CHAPEL TRAIL ASSOCIATES, LTD | 5/24/15 | 5X5 years | PR, EO | | |
| 320 | 11241 US HWY 1 | FL | NORTH PALM BEACH | WOLFCHASE ASSOC... LLC., NORTH PALM LLC., NORTH PALM | 1/12/20 | 6X5 years | PR, EO | | |
| 338 | 4301 HILLSBORO BLVD. | FL | COCONUT CREEK | HILLSBORO-LYONS INVESTORS LTD | 6/13/10 | 5X5 years | PR, EO | | |
| 403 | 1734 SECOND AVE. SW | AL | CULLMAN | DRINKARD DEVELOPMENT, INC. | 11/18/12 | 5X5 years | PR, EO | | |
| 404 | 2010 US HWY 280 | AL | PHENIX CITY | NEWTON OLDACRE MCDONALD | 12/7/08 | 5X5 years | PR, EO | | |
| 414 | 9120 PKWY E. | AL | BIRMINGHAM | AMERICAN COMMERCIAL REALTY CORP. | 1/4/15 | 5X5 years | PR, EO | | |
| 415 | 6730 DEERFOOT PKWY | AL | TRUSSVILLE | DEERFOOT MARKETPLACE, LLC | 3/26/23 | 5X5 years | PR | | |
| 417 | 5201 HWY 280 S. | AL | BIRMINGHAM | DEVELOPERS DIVERSIFIED REALTY CORP. | 1/5/15 | 5X5 years | PR, EO | | |
| 421 | 312 PALISIDES BLVD. | AL | BIRMINGHAM | PALISADES INVESTORS, LLC. | 12/3/06 | 5X5 years | PR, EO | | |
| 423 | 1225 FRANKLIN | AL | TROY | TROY MARKETPLACE LLC | 10/4/09 | 5X5 years | PR, EO | | |
| 432 | 1206 S. HWY 231 | AL | OZARK | L.J MELODY & COMPANY | 5/5/14 | 5X5 years | PR, EO | | |
| 449 | 2272 S. BLVD. | AL | MONTGOMERY | IPF-CAPITOL L.P. | 5/29/11 | 5X5 years | PR | | |
| 450 | 511 E. CUMMINGS AVE. | AL | OPP | ALVIN B. CHAN FAMILY, L.P. | 11/1/15 | 6X5 years | PR, EO | | |
| 519 | 145 INTERSTATE DR. | AL | GREENVILLE | F&M DEVELOPMENT, LTD | 5/29/17 | 5X5 years | PR, EO | | |
| 523 | 6523 AARON ARNOVO DR. | AL | FAIRFIELD | FAIRFIELD PARTNERS L.P. | 12/15/13 | 5X5 years | PR, EO | | |
| 529 | 124 MARKET CENTER DR. | AL | ALABASTER | RANDY ROARK | 8/17/14 | 5X5 years | PR, EO | | |
| 530 | 1500 SKYLAND BLVD. E. | AL | TUSCALOOSA | SPILLER INVESTMENTS, INC | 9/28/14 | 5X5 years | PR, EO | | |
| 532 | 1300 MONTGOMERY HWY | AL | VESTAVIA | VESTAVIA HILLS 99-AL. LLC. | 8/31/19 | 6X5 years | PR, EO | | |
| 547 | 2244 HWY 31 S. | AL | PELHAM | BIRMINGHAM REALTY CO. | 6/14/14 | 5X5 years | PR, EO | | |
| 573 | 3501 DENNY AVE. | MS | PASCAGOULA | PASCAGOULA PROPERTIES, LTD. | 3/20/16 | 5X5 years | PR, EO | | |
| 575 | 2200 VILLAGE DR. | AL | MOODY | BIRMINGHAM REALTY CO | 6/21/15 | 5X5 years | PR, EO | | |
| 583 | 915 HWY 19 N. | MS | MERIDIAN | JACK FIORELLA III | 3/31/10 | NONE | PR, EO | | |
| 593 | 5711 VETERANS PKWY | AL | ADAMSVILLE | ADAM-DIX PROPERTIES CORP. | 12/30/16 | 10X5 years | GL, PR, EO | | |
| 594 | 710 ACADEMY DR. | AL | BESSEMER | 59 WEST PARTNERS, LTD. | 7/24/16 | 6X5 years | PR, EO | | |
| 597 | 275 COLUMBIANA SQUARE | AL | COLUMBIANA | BIRMINGHAM REALTY CO. | 11/11/17 | 5X5 years | PR, EO | | |
| 604 | 1800 US 301 N. | FL | PALMETTO | BERGERON WD PALMETTO, LLC | 7/21/19 | 5X5 years | PR, EO | | |
| 615 | 1945 W. LUMSDEN | FL | BRANDON | PRESTON OIL COMPANY, L.P. | 11/8/20 | 5X5 years | PR, EO | | |
| 620 | 8503 RD. AVE. S. | FL | ST. PETERSBURG | ALLARD LLC. | 7/15/17 | 5X5 years | PR | | |
| 634 | 5715 GUNN HWY | FL | TAMPA | WATKINS INVESTMENTS | 6/19/14 | 6X5 years | PR, EO | | |
| 636 | 8702 HUNTER LAKE DR. | FL | TAMPA | WD TAMPA TRUST | 9/5/21 | 5X5 years | PR, EO | | X |
| 703 | 3705 TAMPA RD. | FL | OLDSMAR | CLARA BOLDOG | 10/30/05 | 5X5 years | PR, EO | | X |
| 716 | 1971 SR 60 | FL | VALRICO | RETAIL ASSET MANAGEMENT | 6/22/08 | 5X5 years | PR, EO | | |
| 734 | 3236 LITHIA PINECREST RD. | FL | VALRICO | ROYAL OAKS BRANDON, L.P. & OCALA BLOCKBUSTER PARTNE | 5/7/11 | 5X5 years | PR, EO | | |
| 740 | 18011 S. TAMIAMI TRAIL | FL | FT. MYERS | WEBBER COMMERCIAL PROPERTIES, LLC. | 6/17/18 | 5X5 years | PR, EO | | |
| 748 | 5351 VILLAGE MARKET | FL | WESLEY CHAPEL | WESLEY CHAPEL, LTD. | 3/30/08 | 5X5 years | PR, EO | | |
| 752 | 8615 LITTLE RD. | FL | NEW PORT RICHEY | BENDERSON DEVELOPMENT CO. INC. | 11/9/08 | 5X5 years | PR, EO | | |
| 803 | 1393 KILDAIRE FARM RD | NC | CARY | USRP I. LLC./MACQURE COUNTRY WIDE-REGENCY II, LLC | 6/11/06 | 5X5 years | PR | | X |
| 804 | 1520 DABNEY DR. | NC | HENDERSON | THE ROSEMYR CORPORATION AND WILLIAM L. STARK, SR. | 11/3/13 | 5X5 years | PR, EO | | |
| 808 | 506 W GANNON AVE | NC | ZEBULON | DANIEL G. KAMIN | 3/2/14 | 5X5 years | PR, EO | | |
| 809 | 1210 LAURA VILLAGE DR. | NC | APEX | HAROLD G. BAGWELL | 12/8/13 | 5X5 years | PR, EO | | |
| 811 | 931 DURHAM RD. | NC | WAKE FOREST | F.R.O., LLC. VII | 5/24/20 | 5X5 years | PR, EO | | |
| 882 | 690 REILY ROAD | NC | FAYETTEVILLE | CLIFFDALE CORNER, INC. | 8/31/14 | 5X5 years | PR, EO | | |

## SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 883 | 5701 YADKIN RD. | FAYETTEVILLE | NC | PONDEROSA CENTER, INC. | 7/20/08 | 5X5 years | PR | | |
| 884 | 600 CEDAR CREEK ROAD | FAYETTEVILLE | NC | CEDAR CREEK CROSSING ASSOCIATES, LLC | 3/17/19 | 5X5 years | PR, EO | | |
| 888 | 1120 E. TENTH ST. | ROANOKE RAPIDS | NC | PARK PLAZA, LLC. | 2/12/17 | 5X5 years | PR | | |
| 890 | 7132 US HWY 64 E. | KNIGHTDALE | NC | KNIGHTDALE CROSSING, LLC. | 5/21/06 | 5X5 years | PR | | |
| 903 | 1514 GARNER STATION BLVD | RALEIGH | NC | DIM VASTGOED, N.V. | 5/30/10 | 4X5 years | PR, EO | | |
| 908 | 1352 N. MAIN ST. | FUQUAY-VARINA | NC | GREENWOOD COMMONS ASSOCIATES | 1/5/14 | 5X5 years | PR, EO | | |
| 912 | 2441 US 117 SO. | GOLDSBORO | NC | GENOA ASSOCIATES, LLC | 1/13/19 | 5X5 years | PR | | |
| 915 | 2000 AVONDALE DR | DURHAM | NC | CLUB BOULEVARD INVESTORS L.P. | 6/10/18 | 5X5 years | PR, EO | | |
| 918 | 211 N. BERKELEY BLVD. | GOLDSBORO | NC | MARKET PLACE PARTNERS | 10/4/05 | 4X5 years | PR, EO | | |
| 923 | 11407 US 70 W. | CLAYTON | NC | CLAYTON CROSSINGS, LLC. | 5/13/12 | 5X5 years | PR, EO | | |
| 956 | 50 SOUTH AIRPORT DR | HIGHLAND SPRINGS | VA | | | | | | |
| 1003 | 401 W. MARTINTOWN RD. | N AUGUSTA | SC | BLANCHARD AND CALHOUN REAL ESTATE | 11/10/07 | 3X5 years | PR, EO | | |
| 1005 | 135 MARKET PLAZA DR. | N. AUGUSTA | SC | SOUTH WIN L.P. | 1/31/16 | 5X5 years | PR, EO | | |
| 1007 | 1763 GORDON HWY | AUGUSTA | GA | EIG GORDON VILLAGE, LLC. | 10/12/13 | 5X5 years | PR, EO | | |
| 1008 | 1048 YORK ST. N. | AIKEN | SC | NORTHSIDE DEVELOPMENT GROUP | 11/29/15 | 5X5 years | PR, EO | | |
| 1015 | 1475 PEARMAN DAIRY RD. | ANDERSON | SC | CHARLES A. WILKINS | 1/21/18 | 5X5 years | PR, EO | | |
| 1016 | 605 S. MAIN ST. UNIT # 6 | BELTON | SC | PALMETTO PLACE, LLC | 5/8/16 | 5X5 years | PR, EO | | |
| 1018 | 21 PELZER AVE. | WILLIAMSTON | SC | TOWN SQUARE DEVELOPMENT | 3/1/09 | 5X5 years | PR, EO | | |
| 1020 | 207 ROBERT C DANIEL PKWY | AUGUSTA | GA | AUGUSTA EXCHANGE, LLC | 3/25/18 | 5X5 years | PR, EO | | |
| 1023 | 1000 E. FRANKLIN ST. | HARTWELL | GA | HARTWELL PARTNERSHIP | 3/8/15 | 5X5 years | PR, EO | | |
| 1034 | 245 ROSMAN HWY | BREVARD | NC | BAKER AND BAKER | 11/14/09 | 5X5 years | PR | | |
| 1036 | 507 N. CAROLINE ST. | LAURENS | SC | BLAKE P. GARRETT, JR. AND GEORGE B. NALLEY, JR. | 4/6/08 | 3X5 years | PR, EO | | |
| 1049 | 1561 W. HWY 123 | SENECA | SC | LEATHERMAN ASSOCIATES | 10/26/13 | 5X5 years | PR, EO | | |
| 1055 | 805 W. WADE HAMPTON BLVD. | GREER | SC | GREER PLAZA, INC. | 9/7/14 | 5X5 years | PR, EO | | |
| 1057 | 21 ROE RD. | TRAVELERS REST | SC | GREENVILLE GROCERY LLC | 11/29/15 | 5X5 years | PR, EO | | |
| 1076 | 1481 CHESTNUT DR. | ORANGEBURG | SC | DIXIELAND SC, LLC. | 6/18/17 | 5X5 years | PR, EO | | |
| 1077 | 1820 WILSON RD. | NEWBERRY | SC | GLIMCHER PROPERTIES L.P. | 12/9/07 | 5X5 years | PR, EO | | |
| 1084 | 951 GROVE RD. | GREENVILLE | SC | RIVER OAKS PARTNERSHIP | 8/15/09 | 5X5 years | PR, EO | | |
| 1086 | 320 ROBERT SMALLS PKWY | BEAUFORT | SC | USPG PORTFOLIO TWO, LLC. | 7/17/11 | 5X5 years | PR, EO | | |
| 1092 | 3655 RIVERS AVE. | CHARLESTON | SC | ATLANTIC CAROLINA RETAIL, LLC. | 5/13/05 | 1X5 years | PR | | |
| 1095 | 136 SEA ISLAND PKWY | BEAUFORT | SC | GALILEO CMBS T1 HL, LLC. | 9/30/08 | 3X5 years | PR, EO | | |
| 1098 | 134 FOOTHILLS DR. | WEST UNION | SC | FOOTHILLS PARTNERSHIP | 8/2/15 | 5X5 years | PR, EO | | |
| 1203 | 1520 E. GREENVILLE ST. | ANDERSON | SC | WINDSOR PLACE | 9/26/10 | 5X5 years | PR, EO | | |
| 1220 | 1049 E. MAIN ST | WESTMINSTER | SC | WD WESTMINSTER SC, LLC. | 12/10/17 | 5X5 years | PR, EO | | |
| 1223 | 6101 CALHOUN MEMORIAL HWY | EASLEY | SC | TOWN 'N COUNTRY REALTY OF EASLEY, INC. | 12/31/13 | 4X5 years | PR, EO | | |
| 1225 | 700 MAIN ST. | DUNCAN | SC | OAKDALE INVESTORS L.P. | 6/1/14 | 5X5 years | PR, EO | | |
| 1232 | 1407 N. MAIN ST. | ABBEVILLE | SC | MORRO PALMS SHOPPING CENTER | 9/5/13 | 5X5 years | PR, EO | | |
| 1235 | 675 MAIN ST | WEST COLUMBIA | SC | SHARRON BLACKWELL | 4/26/15 | 5X5 years | PR, EO | | |
| 1238 | 2768 DECKER BLVD | COLUMBIA | SC | L.W. SMITH, JR. TRUST | 3/4/18 | 5X5 years | PR, EO | | |
| 1243 | 1014 AUGUSTA RD. SE. | THOMSON | GA | MCDUFFIE SQUARE, L.P. | 11/18/07 | 5X5 years | PR, EO | | |
| 1244 | 529 HAMPTON AVE. | PICKENS | SC | PICKENS-NALLY, L.P. | 2/15/15 | 5X5 years | PR, EO | | |
| 1249 | 99 WAYNESVILLE PLAZA | WAYNESVILLE | NC | ROBERT H. PALMER, JR. | 8/23/05 | 4X5 years | PR | | |
| 1255 | 441 N. DUNCAN BYPASS | UNION | SC | DEVELOPERS DIVERSIFIED REALTY CORP. | 12/12/10 | 5X5 years | PR, EO | | |
| 1256 | 895 SPRINGFIELD RD | SPARTANBURG | SC | IVEY ELECTRIC COMPANY | 11/1/15 | 5X5 years | PR, EO | | |
| 1257 | 254 CEDAR SPRINGS RD. | SPARTANBURG | SC | CEDAR SPRINGS CENTER ASSOCIATES | 5/17/05 | 6X5 years | PR, EO | | |
| 1258 | 315 BYPASS 72 | GREENWOOD | SC | STOCKMAN AND NALLEY PARTNERSHIP | 7/31/14 | 2X5 years + 1X10 years | PR, EO | | |
| 1259 | 2551 US 25 S. | GREENWOOD | SC | FRANK BOREN | 2/11/18 | 5X5 years | PR, EO | | |
| 1264 | 1529 REIDVILLE RD. | SPARTANBURG | SC | 12TH STREET & WASHINGTON | 12/1/13 | 5X5 years | PR, EO | | |
| 1269 | 110 WILKINSVILLE HWY | GAFFNEY | SC | SOUTHWAY INVESTORS | 11/28/09 | 4X5 years | PR, EO | | |
| 1284 | 4487 COLUMBIA RD. | MARTINEZ | GA | ARROWHEAD NET LEASE, L.P. | 6/5/12 | 5X5 years | PR, EO | | |
| 1289 | 366 FURY'S FERRY RD | MARTINEZ | GA | FURY'S FERRY SHOPPES | 12/5/10 | 5X5 years | PR, EO | | |
| 1290 | 273 FRANKLIN PLAZA DR | FRANKLIN | NC | PHIL DRAKE AND SUSAN DRAKE | 2/1/09 | 3X5 years | EO | | |
| 1297 | 642 SULPHUR SPRINGS RD | GREENVILLE (BEREA) | SC | PRIMO JUSTICE PROPERTIES, LLC. | 2/10/13 | 5X5 years | PR, EO | | |

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 1301 | 5777 TERRY RD. | JACKSON | MS | KRUSCH PROPERTIES, LLC. | 4/30/11 | 4X5 years | PR, EO | | |
| 1305 | 2526 ROBINSON RD. | JACKSON | MS | WESTLAND PLAZA ASSOCIATES, L.P. | 6/30/11 | 4X5 years | PR | | |
| 1306 | 5663 HWY 25 | BRANDON | MS | H.C. PLUNKETT | 3/31/16 | 4X5 years | PR | | |
| 1331 | 2339 HWY 15 N. | LAUREL | MS | NORTHWEST JUNCTION PARTNERS | 11/30/05 | 4X5 years | PR, EO | | |
| 1337 | 1209 DELAWARE AVE | MCCOMB | MS | CPM ASSOCIATES, L.P. | 9/30/13 | NONE | PR, EO | | |
| 1346 | 476 W. 3RD. ST. | FOREST | MS | H.C. PLUNKETT | 1/31/13 | 4X5 years | PR | | |
| 1350 | 6240 OLD CANTON RD. | JACKSON | MS | ECKSTEIN PROPERTIES | 6/30/09 | 4X5 years | PR, EO | | |
| 1358 | 420 W. BEACH BLVD. | PASS CHRISTIAN | MS | PASS CHRISTIAN VILLAGE | 6/30/15 | 4X5 years | PR, EO | | |
| 1360 | 705 HWY 49 BYPASS | MAGEE | MS | EDENS & AVANT PROPERTIES L.P. | 1/31/07 | 4X5 years | PR, EO | | |
| 1372 | 1022 HWY 51 N. | MADISON | MS | MADISON STATION PROPERTIES, LLC. | 2/28/11 | 4X5 years | PR, EO | | |
| 1402 | 107 HWY 80 E. | CLINTON | MS | NEW PLAN EXCEL REALTY TRUST | 2/9/25 | NONE | PR | | |
| 1442 | 3439 HWY 1 S. | DONALDSONVILLE | LA | JWV (LA.) LLC. | 11/30/12 | 5X5 years | PR, EO | | |
| 1455 | 1150 W. ST. PETER ST. | NEW IBERIA | LA | NEW IBERIA INVESTORS, LLC. | 3/2/08 | 3X5 years | PR, EO | | × |
| 1458 | 5963 PLANK RD. | BATON ROUGE | LA | METRO INTERNATIONAL PROPERTY FUND | 6/22/09 | 6X5 years | PR, EO | | × |
| 1466 | 280 MAIN ST. | BAKER | LA | EBR PARTNERSHIP | 11/14/14 | 5X5 years | PR, EO | | |
| 1468 | 1218 ST. CHARLES | HOUMA | LA | MYSTIC, LLC. | 4/30/14 | 4X5 years | PR, EO | | |
| 1469 | 1815 PROSPECT ST. | HOUMA | LA | LYNN KIRK MANAGEMENT | 4/16/17 | 5X5 years | PR, EO | | |
| 1544 | 805 SHIRLEY RD. | BUNKIE | LA | BUNKIE INVESTMENT COMPANY, INC. | 2/26/17 | 5X5 years | PR, EO | | |
| 1551 | 2723 W. PINHOOK | LAFAYETTE | LA | SAWICKI REALTY CO. | 4/2/17 | 5X5 years | PR, EO | | |
| 1556 | 375 CANAL BLVD | THIBODAUX | LA | HASCO PROPERTIES | 4/30/16 | 6X5 years | PR, EO | | |
| 1578 | 12250 PLANK RD. | BATON ROUGE | LA | THE BROOKWOOD PARTNERSHIP | 6/5/07 | 5X5 years | PR, EO | | |
| 1585 | 5355 GOVERNMENT ST. | BATON ROUGE | LA | IPF/HEIGHTS L.P. | 7/31/05 | 4X5 years | PR, EO | | |
| 1587 | 209 S. AIRLINE HWY | GONZALES | LA | ASHY-BROWN GONZALES | 9/11/11 | 5X5 years | PR, EO | | × |
| 1589 | 402 S. RANGE AVE. | DENHAM SPRINGS | LA | SG PARTNERSHIP | 9/29/16 | 5X5 years | EO | | |
| 1807 | 1750 VERNON ST. SUITE K | LAGRANGE | GA | SOUTHMARK PROPERTIES, LLC. | 10/29/17 | 5X5 years | PR, EO | | |
| 1826 | 1850 N. COLUMBIA ST. | MILLEDGEVILLE | GA | L.P.I MILLEDGEVILLE, INC. | 8/31/14 | 5X5 years | PR, EO | | |
| 1827 | 2415 JEFFERSON RD. | ATHENS | GA | HOMEWOOD ASSOCIATES, INC. | 5/1/16 | 5X5 years | PR, EO | | |
| 1851 | 1145 HWY 441 N. | CORNELIA | GA | NEW PLAN EXCEL REALTY TRUST | 12/28/09 | 4X5 years | PR, EO | | |
| 1860 | 2518 CLEVELAND HWY | DALTON | GA | N.K.C. PROPERTIES | 8/6/17 | 5X5 years | PR, EO | | |
| 1872 | 150 HWY 138 | MONROE | GA | WTH II, LLC. | 6/15/18 | 6X5 years | PR, EO | | |
| 1903 | 2900-B TRIANA BLVD. | HUNTSVILLE | AL | CROSSROADS CENTER, LTD. | 6/12/06 | 5X5 years | PR, EO | | |
| 1904 | 200-G OAKWOOD AVE. | HUNTSVILLE | AL | BRONZE CENTERS, L.P. | 5/10/10 | 5X5 years | PR, EO | | |
| 1907 | 114 BONNERS POINT | ROANOKE | AL | BONNER'S POINT, LLC. | 1/15/06 | 4X5 years | PR, EO | | |
| 1909 | 1000 BELTLINE RD. SW. | DECATUR | AL | E. LEE BARRAN, JAY BARRAN & JOHN & MARY EYSTER | 4/24/09 | 4X5 years | PR, EO | | |
| 1912 | 1338 WINCHESTER RD. | HUNTSVILLE | AL | E & A SOUTHEAST, L.P. | 12/11/16 | 5X5 years | PR, EO | | |
| 1917 | 1161 HWY 72 | KILLEN | AL | KILLEN MARKETPLACE, LLC. | 11/3/19 | 5X5 years | PR, EO | | |
| 1933 | 11150 DAYTON PIKE | SODDY DAISY | TN | GRE PROPERTIES, LLC. | 10/16/16 | 5 X 5 years | PR, EO | | |
| 1935 | 9408 APISON PIKE | OOLTEWAH | TN | NP OF TENNESSEE LP | 5/15/16 | 5 X 5 years | PR, EO | | |
| 1936 | 8644 E. BRAINERD | CHATTANOOGA | TN | SOUTHEAST US RETAIL FUND L.P | 7/16/17 | 5 X 5 years | PR, EO | | |
| 2001 | 5300 SUNSET RD. | CHARLOTTE | NC | BILL AGAPION | 9/30/07 | 4X5 years | PR, EO | | |
| 2006 | 1526 ALLEGHANY RD. | CHARLOTTE | NC | CITY VIEW, LLC. | 6/2/13 | 5X5 years | PR, EO | | |
| 2015 | US HWY 29-64 LEXINGTON CTR. | LEXINGTON | NC | WAREHOUSES, INC., ASSOC. INVESTMENTS, AND VICTOR JOHN | 1/31/10 | 5X5 years | PR, EO | | |
| 2019 | 1033 RANDOLPH ST. | THOMASVILLE | NC | SOUTHGATE PLAZA ASSOCIATES, LLC. | 8/27/17 | 5X5 years | PR, EO | | |
| 2024 | 10215 UNIVERSITY CITY BLVD | CHARLOTTE | NC | PRIMAX PROPERTIES, LLC. | 11/13/16 | 5X5 years | PR, EO | | |
| 2025 | 189 HICKORY TREE RD. | WINSTON SALEM | NC | GLENWOOD MIDWAY COMPANY, LLC. | 3/18/18 | 5X5 years | PR, EO | | |
| 2029 | 1650 E. BRD. ST. | STATESVILLE | NC | BROAD STREET STATION SHOPPING CENTER, LLC. | 12/14/14 | 5X5 years | PR, EO | | |
| 2031 | 2620 S. MAIN ST. | HIGH POINT | NC | MARKET PLACE PARTNERS | 10/31/12 | 5X5 years | PR | | |
| 2032 | 710 JAKE ALEXANDER BLVD. | SALISBURY | NC | LEATHERMAN ASSOCIATES | 12/31/14 | 5X5 years | PR, EO | | |
| 2036 | 908 N. SALISBURY AVE. | SALISBURY | NC | ROBERT H. PALMER, JR. | 8/4/13 | 5X5 years | PR, EO | | |
| 2040 | 5322 LIBERTY RD. | GREENSBORO | NC | JOHN H O. LAGATTA | 2/25/08 | 3X5 years | PR, EO | | |
| 2045 | 1206 ROCKINGHAM RD | ROCKINGHAM | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC. | 1/4/10 | 1X10 year + 3X5 years | PR, EO | | |
| 2048 | 950 S. CANNON BLVD. | KANNAPOLIS | NC | ALVIN LAPIDUS & LOIS LAPIDUS, LLC. | 9/28/14 | 5X5 years | PR, EO | | |
| 2049 | 1421 E. CONE BLVD. | GREENSBORO | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 12/7/14 | 5X5 years | PR, EO | | |

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 2052 | 301 EARL RD. | SHELBY | NC | AL DAN PENSION INVESTMENTS - I | 9/3/06 | 5X5 years | PR, EO | | |
| 2062 | 1020 MEBANE OAK RD. | MEBANE | NC | WCL FIVE, LLC. | 11/10/19 | 5X5 years | PR, EO | | |
| 2066 | 1003 W. MAIN ST. | HAW RIVER | NC | THE VILLAGE MARKETPLACE OF HAW RIVER, INC. | 11/2/14 | 5X5 years | PR, EO | | |
| 2070 | 2449 N. CENTER ST. | HICKORY | NC | GEORGE B NALLEY, JR. | 1/31/10 | 3X5 years | PR | | |
| 2081 | US 74/ SPRING ST. | KINGS MOUNTAIN | NC | CALDWELL REALTY & INVESTMENT CO. | 1/31/08 | 5X5 years | PR, EO | | |
| 2082 | 315 N. MAIN ST. | MARION | NC | THE FIRST REPUBLIC CORPORATION OF AMERICA | 5/28/06 | 5X5 years | PR, EO | | |
| 2084 | 2970 S. NEW HOPE RD. | GASTONIA | NC | RIAL CORPORATION | 10/7/07 | 5X5 years | PR, EO | | |
| 2087 | 109 E. DALLAS RD. | STANLEY | NC | IRT PARTNERS L.P | 10/2/06 | 5X5 years | PR, EO | | |
| 2095 | 111 INDEPENDENCE BLVD | MORGANTON | NC | INDEPENDENCE CROSSING, LLC. | 7/16/17 | 5X5 years | PR, EO | | |
| 2099 | 2620 E. MAIN ST. | LINCOLNTON | NC | LIFTER PROPERTIES LAND TRUST AGREEMENT | 11/21/09 | 16X5 years | GL, PR, EO | | |
| 2101 | 1108 S. TRYON ST. | CHARLOTTE | NC | PMT PARTNERS V., LLC. | 1/6/19 | 5X5 years | PR, EO | | |
| 2103 | 7720 NC 770 | EDEN | NC | BILL AGAPION | 8/27/05 | 3X5 years | PR, EO | | |
| 2106 | 8322 PINEVILLE MATHEWS RD. | CHARLOTTE | NC | HERITAGE SPE, LLC. | 12/2/07 | 5X5 years | PR, EO | | |
| 2108 | 4400 POTTER RD. | STALLINGS | NC | POTTER SQUARE ASSOCIATES L.P | 12/1/13 | 5X5 years | PR, EO | | |
| 2112 | 3008 OLD HOLLOW RD. | WALKERTOWN | NC | RAPPAPORT MANAGEMENT CO. | 1/6/08 | 4X5 years | PR, EO | | |
| 2155 | 1787 CHERRY RD. | ROCK HILL | SC | EBINPORT ASSOCIATES | 4/2/15 | 5 X 5 years | PR, EO | | |
| 2157 | 933 HECKLE BLVD | ROCK HILL | SC | EQUITY ASSOCIATES | 1/10/10 | 5 X 5 years | PR, EO | | |
| 2159 | 4124 CELANESE RD. | ROCK HILL | SC | MUSEUM ASSOCIATES | 8/21/11 | 5 X 5 years | PR, EO | | |
| 2165 | 325 W. WESMARK BLVD. | SUMTER | SC | LUCY COMPANY OF SOUTH CAROLINA | 10/17/14 | year to year | PR, EO | | |
| 2177 | 599 LANCASTER RD. | CHESTER | SC | MALCOLM ROSENBERG, & ROBERT H. PALMER (GROUND LEAS | 2/4/07 | 8 x 5 years | GL, PR, EO | | x |
| 2180 | 2025 MORGANTON BLVD. | LENOIR | NC | LENOIR PARTNERS, LLC. | 5/5/19 | 5X5 years | PR, EO | | |
| 2196 | 421-A BYPASS | N. WILKESBORO | NC | DAY PROPERTIES, LLC. | 1/17/10 | 4X5 years | PR, EO | | |
| 2200 | 4008 WINTER GARDEN VINELAND RD. | WINTER GARDEN | FL | SCP WINTER GARDEN FL, LLC. | 6/19/22 | 5X5 years | PR | | |
| 2202 | 2675 E GULF TO LAKE HWY | INVERNESS | FL | CMC REAL ESTATE PROGRAM 1988-1, LT | 8/12/07 | 5X5 years | PR, EO | | |
| 2240 | 4058 13TH ST | ST CLOUD | FL | THE OAKS SHOPPING CENTER, INC. | 7/18/10 | 5X5 years | PR, EO | | |
| 2262 | 18840 NEW US HWY 441 | MT DORA | FL | MT. DORA MARKETPLACE, LTD. | 8/27/06 | 5X5 years | PR, EO | | |
| 2282 | 12351 S. ORANGE BLSM TR. | ORLANDO | FL | SOUTHCHASE INVESTORS, LLC. | 5 X 5 | 5X5 years | PR, EO | x | |
| 2293 | 5465 LAKE HOWELL RD. | WINTER PARK | FL | LAKE HOWELL PLAZA PARTNERSHIP | 1/11/10 | 4X5 years | PR, EO | | |
| 2294 | 3053 ALOMA AVE | OVIEDO | FL | ORLANDO 99-FL, LLC. | 8/31/19 | 6X5 years | PR, EO | | |
| 2295 | 4195 LAKE MARY BLVD. W. | LAKE MARY | FL | SANDEFUR INVESTMENTS, INC. | 5/21/17 | 5X5 years | PR, EO | | |
| 2301 | 2722 N. PINE HILLS RD | ORLANDO | FL | | | | PR, EO | | |
| 2312 | 1415 S. NOVA RD. | DAYTONA BEACH | FL | GREAT OAK, LLC. | 3/29/09 | 5X5 years | PR, EO | | |
| 2316 | 624 BARNES BLVD. | ROCKLEDGE | FL | THREE MEADOWS PLAZA PARTNERSHIP | 1/10/16 | 5X5 years | PR, EO | | |
| 2361 | 10330 S. FEDERAL HWY | PORT ST. LUCIE | FL | MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP | 11/19/17 | 5X5 years | PR, EO | | |
| 2382 | 155 S. ORLANDO AVE. | MAITLAND | FL | DAUKSCH FAMILY PARTNERSHIP; SAMUEL C. ROPER, JR.; & SNI | 10/1/09 | NONE | GL | | |
| 2384 | 1074 MONTGOMERY RD. | ALTAMONTE SPRINGS | FL | ALTAMONTE S.S.G., INC. | 10/31/09 | 2X5 years | PR, EO | | |
| 2391 | 4161 TOWN CENTER BLVD | ORLANDO | FL | EQUITY ONE (HUNTER'S CREEK) INC. | 9/23/18 | 5X5 years | PR, EO | | |
| 2620 | 1770 ELLIS AVE., SUITE 100 | JACKSON | MS | E & A SOUTHEAST. L.P. | 4/30/05 | 4X5 years | PR | | |
| 2624 | 2080 S. FRONTAGE RD. | VICKSBURG | MS | THE CRIGNANO FAMILY LTD. PARTNERSHIP | 11/30/13 | 4X5 years | N/A | | x |
| 2627 | 3188 W. N.SIDE DR. | JACKSON | MS | NORTHWEST JUNCTION PARTNERS | 9/30/09 | 4X5 years | PR, EO | | |
| 2629 | 5320 I-55 N. | JACKSON | MS | JACKSON-155, LLC.; & JAMIL G. NASSER, MD. AND TRUSTEE | 1/31/09 | 1X10 year | GL | | |
| 2661 | 1601 W. KENNEDY BLVD | TAMPA | FL | ARTESIA MEDICAL DEVELOPMENT CO. | 12/4/16 | 5X5 years | N/A | | |
| 2663 | 1270-39 WICKHAM RD. | MELBOURNE | FL | C. & A. LTD., LLC. | 1/19/09 | 5X5 years | N/A | | |
| 2703 | 3050H MARTIN LUTHER KING JR. DR. | ATLANTA | GA | WEST RIDGE, LLC. | 7/12/20 | 5X5 years | PR, EO | | |
| 2705 | 8777 TARA BLVD | JONESBORO | GA | WILIMINGTON TRUST COMPANY, WILLIAM JADE, ET AL. | 8/31/14 | 5X5 years | PR, EO | | |
| 2706 | 4331 BROWNSVILLE RD. | POWDER SPRINGS | GA | SOUTHLAND INVESTORS L.P. | 8/31/14 | 6X5 years | EO | | |
| 2707 | 110 S. CEDAR ST. | MCDONOUGH | GA | MCDONOUGH MARKETPLACE PARTNERS | 9/14/14 | 4X5 years | PR, EO | | |
| 2708 | 2350 SPRING RD. | SMYRNA | GA | E & A SOUTHEAST, L.P. | 9/28/08 | 4X5 years | PR, EO | | |
| 2709 | 3121 HWY 34 E | NEWMAN | GA | CHESTER DIX NEWMAN CORP | 12/31/16 | 4X5 years | EO | | |
| 2711 | 6335 HWY 85 | RIVERDALE | GA | ALBION PACIFIC PROP RESOURCES | 9/27/20 | 5X5 years | PR, EO | | x |
| 2713 | 4801 LAWRENCEVILLE HWY | LILBURN | GA | CC REALTY INTERMEDIATE FUND I, LTD. | 7/27/08 | 4X5 years | PR, EO | | |
| 2714 | 6625 HIRAM-DOUGLASVILLE HWY | DOUGLASVILLE | GA | JLR/JAB & TOWN CENTER SHOPPES, LTD. | 4/2/17 | 5X5 years | PR, EO | | |
| 2715 | 1404 LAWRENCEVILLE SUWANEE RD. | LAWRENCEVILLE | GA | DANIEL G. KAMIN | 3/31/18 | 1X5 years | PR, EO | | |

# SCHEDULE OF TARGETED LEASES

| Winn-Dixie Store No. | Store Address | City | ST | Landlord | Lease Expiration Date | Renewal Options | Description | Enterprise Stores | 2nd Round Stores |
|---|---|---|---|---|---|---|---|---|---|
| 2716 | 64 W. BANKHEAD HWY | VILLA RICA | GA | VILLA RICA RETAIL PROPERTIES, LLC. | 6/12/16 | 5X5 years | PR, EO | | |
| 2718 | 5528 PEACHTREE IND. BLVD. | CHAMBLEE | GA | DEVELOPERS DIVERSIFIED REALTY CORP. | 10/31/06 | 5X5 years | PR, EO | | |
| 2719 | 2285 VILLA RICA HWY SUITE A | DALLAS | GA | COMMERCIAL NET LEASE REALTY, INC. | 1/15/17 | 5X5 years | PR, EO | | |
| 2721 | 9105 HICKORY FLAT HWY | WOODSTOCK | GA | COMMERCIAL NET LEASE REALTY, INC. | 4/23/17 | 5X5 years | PR, EO | | |
| 2722 | 1200 BARRETT PKWY | KENNESAW | GA | BARRETT CROSSING SHOPPING CENTER, LLC. | 11/2/08 | 4X5 years | PR, EO | | |
| 2723 | 5755 ROCKBRIDGE RD. | STONE MOUNTAIN | GA | EDENS & AVANT FINANCING II L.P. | 1/12/09 | 4X5 years | PR, EO | | |
| 2728 | 2600 GA HWY 138 | STOCKBRIDGE | GA | WENDY D. SAUPE | 6/2/19 | 6X5 years | PR, EO | | |
| 2729 | 3101 ROSWELL RD. | MARIETTA | GA | BT MARIETTA, LLC. | 8/28/05 | 4X5 years | PR, EO | | |
| 2732 | 929 JOE FRANK HARRIS PKWY | CARTERSVILLE | GA | AL DAN PENSION INVESTMENTS - I | 6/14/10 | 5X5 years | PR, EO | | |
| 2734 | 1575 LAWRENCEVILLE HWY | LAWRENCEVILLE | GA | BARRY F. O'NEILL | 10/28/07 | 4X5 years | PR, EO | | |
| 2735 | 850 DOGWOOD RD. | LAWRENCEVILLE | GA | DPG FIVE FORKS VILLAGE, LLC. | 9/26/10 | 4X5 years | PR, EO | | |
| 2737 | 2116 FAIRBURN RD. | DOUGLASVILLE | GA | BELMONT/CENTERMARK. L.P. | 10/4/09 | 4X5 years | PR, EO | | |
| 2738 | 3590 PANOLA RD. | LITHONIA | GA | SALEM CROSSING SHOPPING CENTER, LLC. | 8/16/09 | 4X5 years | PR, EO | | |
| 2742 | 8000 ROCKBRIDGE RD. | LITHONIA | GA | P & W STONEBRIDGE, LLC. | 3/14/10 | 4X5 years | PR, EO | | |

* KEY:

EO - Lease Expansion Option(s)
GL - Ground Lease
PR - Lease provides for Percentage Rent

WD  Schedule of Unsold Stores (00507411-3)v2.XLS