## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.   On or about October 19, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 24, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 1258-07
DEERFOOT MARKETPLACE LLC
C/O RGS PROPERTIES INC
ATTN: DICK SCHMALZ
6 OFFICE PARK CIRCLE, STE 100
BIRINGHAM, AL 35223

CREDITOR ID: 411096-15
DEERFOOT MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN EDWARD J ASHTON, ESQ
1819 5TH AVENUE NORTH, SUITE 1100
BIRMINGHAM AL 35203

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: DANIELLE K GRECO
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 253398-12
JOSEPH ENTERPRISES
ATTN LARRY WONG, CONTROLLER
425 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CA 94104

**Total:   5**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                        Case No.: **05-03817-3F1**

                                                                                   Docket No.: **3886**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DEERFOOT MARKETPLACE, LLC                          FIRST COMMERCIAL BANK

Name of Transferor                                 Name of Transferee

DEERFOOT MARKETPLACE, LLC                          FIRST COMMERCIAL BANK
C/O WALSTON WELLS ANDERSON ET AL                   C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN EDWARD J ASHTON, ESQ                          ATTN: DANIELLE K GRECO
1819 5TH AVENUE NORTH, SUITE 1100                  1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203                                ONE FEDERAL PLACE
                                                   BIRMINGHAM AL 35203-2104

Phone: 205 244 5260                                Phone: 205 521 8000
Account No.: 411096                                Account No.: 416237

DEERFOOT MARKETPLACE LLC
C/O RGS PROPERTIES INC
ATTN: DICK SCHMALZ
6 OFFICE PARK CIRCLE, STE 100
BIRINGHAM, AL 35223

Phone:
Account No.: 1258

Claim No.: 11036                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 08/01/2005                       Transfer Amount: $23,109.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/19/2005                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 19, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

Docket No.: 3886

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DEERFOOT MARKETPLACE, LLC | FIRST COMMERCIAL BANK |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| DEERFOOT MARKETPLACE, LLC | FIRST COMMERCIAL BANK |
| C/O WALSTON WELLS ANDERSON ET AL | C/O BRADLEY ARANT ROSE & WHITE LLP |
| ATTN EDWARD J ASHTON, ESQ | ATTN: DANIELLE K GRECO |
| 1819 5TH AVENUE NORTH, SUITE 1100 | 1819 FIFTH AVENUE NORTH |
| BIRMINGHAM AL 35203 | ONE FEDERAL PLACE |
| | BIRMINGHAM AL 35203-2104 |
| | |
| Phone: 205 244 5260 | Phone: 205 521 8000 |
| Account No.: 411096 | Account No.: 416237 |

DEERFOOT MARKETPLACE LLC
C/O RGS PROPERTIES INC
ATTN: DICK SCHMALZ
6 OFFICE PARK CIRCLE, STE 100
BIRINGHAM, AL 35223

Phone:
Account No.: 1258

| | |
|---|---|
| Claim No.: 11037 | Full Transfer: (X)       Partial Transfer: |
| Date Claim Filed: 08/01/2005 | Transfer Amount: $23,109.12 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.           Case No.: 05-03817-3F1

Docket No.: 3886

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DEERFOOT MARKETPLACE, LLC | FIRST COMMERCIAL BANK |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| DEERFOOT MARKETPLACE, LLC | FIRST COMMERCIAL BANK |
| C/O WALSTON WELLS ANDERSON ET AL | C/O BRADLEY ARANT ROSE & WHITE LLP |
| ATTN EDWARD J ASHTON, ESQ | ATTN: DANIELLE K GRECO |
| 1819 5TH AVENUE NORTH, SUITE 1100 | 1819 FIFTH AVENUE NORTH |
| BIRMINGHAM AL 35203 | ONE FEDERAL PLACE |
| | BIRMINGHAM AL 35203-2104 |

| | |
|---|---|
| Phone: 205 244 5260 | Phone: 205 521 8000 |
| Account No.: 411096 | Account No.: 416237 |

DEERFOOT MARKETPLACE LLC
C/O RGS PROPERTIES INC
ATTN: DICK SCHMALZ
6 OFFICE PARK CIRCLE, STE 100
BIRINGHAM, AL 35223

Phone:
Account No.: 1258

| | |
|---|---|
| Claim No.: 11889 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 10/07/2005 | Transfer Amount: $1,644,921.94 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/19/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 3886 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DEERFOOT MARKETPLACE, LLC | FIRST COMMERCIAL BANK |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| DEERFOOT MARKETPLACE, LLC | FIRST COMMERCIAL BANK |
| C/O WALSTON WELLS ANDERSON ET AL | C/O BRADLEY ARANT ROSE & WHITE LLP |
| ATTN EDWARD J ASHTON, ESQ | ATTN: DANIELLE K GRECO |
| 1819 5TH AVENUE NORTH, SUITE 1100 | 1819 FIFTH AVENUE NORTH |
| BIRMINGHAM AL 35203 | ONE FEDERAL PLACE |
| | BIRMINGHAM AL 35203-2104 |

| | |
|---|---|
| Phone: 205 244 5260 | Phone: 205 521 8000 |
| Account No.: 411096 | Account No.: 416237 |

DEERFOOT MARKETPLACE LLC
C/O RGS PROPERTIES INC
ATTN: DICK SCHMALZ
6 OFFICE PARK CIRCLE, STE 100
BIRINGHAM, AL 35223

Phone:
Account No.: 1258

| | |
|---|---|
| Claim No.: 11890 | Full Transfer: (X)          Partial Transfer: |
| Date Claim Filed: 10/07/2005 | Transfer Amount: $1,644,921.94 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/19/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 19, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 3883

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOSEPH ENTERPRISES                         HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferor                         Name of Transferee

JOSEPH ENTERPRISES                         HAIN CAPITAL OPPORTUNITIES LLC
ATTN LARRY WONG, CONTROLLER                ATTN GANNA LIBERCHUK
425 CALIFORNIA STREET, SUITE 300           301 ROUTE 17 6TH FLOOR
SAN FRANCISCO, CA 94104                     RUTHERFORD NJ 07070

Phone: 415 397 6992                        Phone: 201 896 6100
Account No.: 253398                        Account No.: 411409

Claim No.: 2573                            Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 05/23/2005               Transfer Amount: $108,216.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/19/2005                           /s/ Logan & Company, Inc.

                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 19, 2005.