# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

                  Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about October 20, 2005, I caused copies of:

• **the Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 24, 2005

                                 Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**    **WINN-DIXIE STORES, INC., ET AL.**                                                                                                    **CASE:**   **05-03817-3F1**

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 411399-97
ST ROSE NURSERY
C/O COLEMAN JOHNSON ARTIQUES ET AL
ATTN: RICHARD B JURISICH JR, ESQ
321 ST CHARLES AVE, 10TH FL
NEW ORLEANS LA 70195

CREDITOR ID: 261760-12
ST ROSE NURSERY
ATTN DAVID ROBINSON, CONTROLLER
PO BOX 95339
NEW ORLEANS, LA 70195

        **Total:   3**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3445

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ST ROSE NURSERY

Name of Transferor

ST ROSE NURSERY
ATTN DAVID ROBINSON, CONTROLLER
PO BOX 95339
NEW ORLEANS, LA 70195


Phone:
Account No.: 261760

ST ROSE NURSERY
C/O COLEMAN JOHNSON ARTIQUES ET AL
ATTN: RICHARD B JURISICH JR, ESQ
321 ST CHARLES AVE, 10TH FL
NEW ORLEANS LA 70195


Phone:
Account No.: 411399


HAIN CAPITAL OPPORTUNITIES LLC

Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 6TH FLOOR
RUTHERFORD NJ 07070


Phone: 201 896 6100
Account No.: 411409


Claim No.: 1233

Date Claim Filed: 05/10/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $257,685.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/20/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 20, 2005.