UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about October 24, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: October 24, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
Page 1 of 1
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416263-97<br>CAREERSTAFF UNLIMITED INC<br>ATTN: DIANNE GILBY<br>101 SUN AVENUE NE<br>ALBUQUERQUE NM 87109 | CREDITOR ID: 244510-12<br>CAREERSTAFF UNLIMITED INC<br>PO BOX 200528<br>HOUSTON, TX 77216-0528 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |

     Total:   3

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

                                                Docket No.: 3910

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CAREERSTAFF UNLIMITED INC | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

CAREERSTAFF UNLIMITED INC
PO BOX 200528
HOUSTON, TX 77216-0528

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone:                                          Phone: 800 896 8913
Account No.: 244510                             Account No.: 405906

CAREERSTAFF UNLIMITED INC
ATTN: DIANNE GILBY
101 SUN AVENUE NE
ALBUQUERQUE NM 87109

Phone:
Account No.: 416263

Claim No.: 33332                                Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $2,312.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/24/2005                                /s/ Logan & Company, Inc.
                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 24, 2005.