UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES
AND FOR EXPEDITED HEARING
(WINN-DIXIE STORE #432),
(OZARK, ALABAMA)
FILED BY KIRKLAND FINANCIAL, LLC

The creditor, **Kirkland Financial, LLC** (the "Creditor"), by its undersigned attorneys, moves for an order allowing and directing the immediate payment of administrative expenses, as more fully appears below:

1.　As set forth in the attached Direct Assignment of Rents, the Creditor is the assignee of the rents for the property (the "Leased Premises") that the debtors operated as Winn-Dixie Store #432 in Ozark, Alabama. Winn-Dixie Montgomery, Inc. ("Tenant"), is the tenant under the Lease dated May 10, 1994 ("Lease"). Winn-Dixie Stores, Inc. (collectively with the Tenant, the "Debtors"), is the guarantor of the obligations of the Tenant under the Lease pursuant to the terms of the Corporate Guaranty of Lease Obligations dated May 10, 1994 ("Guaranty"). The Debtors are debtors in these jointly administered cases and this Request is made as to both Debtors, jointly and severally.

2.　Debtors filed these cases under Chapter 11 of the Bankruptcy Code on February 21, 2005, in the United States Bankruptcy Court for Southern District of New York. On April 13, 2005, that court transferred the venue of the cases to this Court.

3.	In the Order Under 11 U.S.C. § 365(d)(4) Granting Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property entered on May 6, 2005 (Docket No. 1070) this Court directed the Debtors to honor all Postpetition Rental Obligations arising under the Lease.  In the Order Under 11 U.S.C. § 365(d)(4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property entered on September 12, 2005 (Docket No. 3434), this Court directed the Debtors to honor all Postpetition Rental Obligations arising under the Lease, and set out the Debtors' agreement that lessors may file a motion seeking to compel the Debtors to honor Postpetition Rental Obligations and that Debtors shall not oppose a lessor's request for an expedited hearing on such a motion.

4.	Pursuant to Notice of Rejection of Unexpired Lease dated September 14, 2005, Tenant rejected the Lease.

5.	Under § 8 of the Lease, Debtors are obligated to pay for real estate and other taxes ("<u>Additional Rent</u>").  The real estate taxes due and owing for October 1, 2005, is $20,352.00.

6.	Debtors owe Creditor unpaid Additional Rent in the amount of $20,352.00.

WHEREFORE, Creditor prays:

1. That the Court will grant its Application and allow Creditor an Administrative Expense Claim in the total amount of Additional Rent of $20,352;

2. that the Court will set a hearing on this Motion on an expedited basis; and

3. that the Court will order Debtors, jointly and severally, to pay immediately the amount of Creditor's administrative expense claim as determined by the Court pursuant to this Motion.

        Respectively Submitted,

        <u>s/C. Ellis Brazeal III</u>
        C. Ellis Brazeal
        Attorney for Kirkland Financial, LLC

**OF COUNSEL:**

Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

        I do hereby certify that I have served a copy of Motion for Allowance and Payment of Administrative Expenses and for Expedited Hearing by Kirkland Financial, LLC, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

        D.J. Baker
        Skadden, Arps, Slate, Meagher & Flom, LLP
        Four Times Square
        New York, New York 10036

        Cynthia C. Jackson
        Smith, Hulsey & Busey
        225 Water Street
        Suite 1800
        Jacksonville, Florida 32202

        This the \24th\ day of October, 2005

        <u>\s\ C. Ellis Brazeal III</u>
        OF COUNSEL