# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## STIPULATION TO CONTNUE HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BETTY TERRELL

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Betty Terrell (the "Movant") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by the Movant (Docket No. 2634) for final hearing on or after January 23, 2006, and (ii) the continuation of the automatic stay in effect pending

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

the conclusion of such hearing and determination of the Movant's Motion for Relief from Stay.

Dated: October 24, 2005

| CHURCH, MINOR, ABBOTT, FURR & DAVIS, P.C. | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Matt Abbott*<br>        Matt Abbott | By   *s/ James H. Post*<br>        James H. Post |
| Alabama Bar Nunber ASB-3107-P70A<br>Mississippi Bar Number MSB-100293<br>1609 Cogswell Avenue<br>Pell City, Alabama  35125<br>(205) 338-2295<br>pmabbott2002@yahoo.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Attorneys for Betty Terrell | -and- |
| *Counsel has authorized his electronic signature | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
|  | Attorneys for the Debtors |

512308