# HelmsRoark

March 29, 2005

Winn-Dixie Real Estate Department
600 Edwards Ave.
Harahan, LA 70123
Attn: Jay Archambault

RE:  2004 ANCILLARY CHARGES    STORE # 529
     ALABASTER MARKET CENTER
                INVOICE  Net 60 Days

COMMON AREA MAINTENANCE

| | | | |
|---|---|---|---|
| Tenant C.A.M. Expenses: | 52,162.92 | | |
| Tenant Square Footage: | 44,936 | | |
| Total GLA Square Footage: | 64,836 | | |
| Tenant Prorata Share Percentage: | 69.31% | | |
| Prorata CAM Charges: | | 36,154.12 | |
| 15% Administrative Fee: | | .00 | |
| Total Tenant CAM Charge: | | | 36,154.14 |
| Less Monthly Tenant Contributions: | | | 28,784.68 |

**Total CAM Charge:**                                                    7,369.44

INSURANCE:

| | | | |
|---|---|---|---|
| Total Insurance: | 9,485.43 | | |
| Tenant Square Footage: | 44,936 | | |
| Total G.L.A. Square Footage: | 64,836 | | |
| Prorata Share %: | 69.31% | | |
| Prorata Insurance: | | 6,574.35 | |
| Less Tenant Contributions: | | 6,574.35 | |

Total Insurance Charge                                                    .00

PROPERTY TAXES:

| | | | |
|---|---|---|---|
| Total Property Taxes: | 50,431.68 | | |
| Tenant Square Footage: | 44,936 | | |
| Total G.L.A. Square Footage: | 64,836 | | |
| Prorata Share %: | 69.31% | | |
| Prorata Taxes | | 34,954.19 | |
| Less Payment | CK 7419600 | 34,954.19 | |

**Total Tax Charge:**                                                    .00

**TOTAL DUE FROM TENANT:**                                              7,369.44

PLEASE SUBMIT PAYMENT TO:  Alabaster Marketcenter
                           % Helms-Roark, Inc.
                           P.O. Box 1149
                           Montgomery,    AL
                           36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681


EXHIBIT A

# HelmsRoark

October 5, 2005

Kim Neil
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

RE: 2004 ANCILLARY CHARGES
     STORE # 529
     ALABASTER MARKET CENTER

## INVOICE

**PROPERTY TAXES:**

| | | | |
|---|---|---|---|
| Total Property Taxes: | 46,638.07 | | |
| Tenant Square Footage: | 44,936 | | |
| Total G.L.A. Square Footage: | 64,836 | | |
| Prorata Share %: | 69.31% | | |
| Prorata Taxes | 1-1-05 – 2-22-05 | 52 Days | 4,605.18 |
| Less Payment | | | 0.00 |

**TOTAL DUE FROM TENANT:**                                                      $4,605.18

PLEASE SUBMIT PAYMENT TO:    Alabaster Marketcenter
%  Helms-Roark, Inc.
P.O. Box 1149
Montgomery, AL 36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681