# HelmsRoark

September 14, 2005

Winn-Dixie Real Estate Department.
Attention: Jay Archambault, Area Property Manager
600 Edwards Avenue
Harahan, LA 70123

Re:    Alabaster Market Center Winn-Dixie # 529
         Alabaster, Alabama
         Quarterly Insurance Billing
         1st Qtr 2005

## CORRECTED INVOICE

| | | |
|---|---|---|
| 1st Quarter 2005 Insurance | | $ 748.02 |
| Tenant Square Footage: | 44,936 | |
| Total G.L.A. Square Footage: | 64,836 | |
| Prorata Share %: | 69.31% | |

From February 22 to March 31, 2005
Pro rata Insurance                 $ 518.45

*[handwritten:]* + 702.08 - Billed 9-14 w for
─────── Jan 1, 2005 - Feb. 21,
1,220.53   2005 premium.

Please remit to:    Alabaster Market Center
                        % Helms-Roark, Inc.
                        P O Box 1149
                        Montgomery, AL 36101-1149


EXHIBIT 13

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681



# THE CONE COMPANY, Inc.
### INSURANCE BROKERAGE • RISK MANAGEMENT

## ---------------- INVOICE ----------------

**Alabaster Market Center**
c/o Helms Roark
100 Commerce St, Ste 401
Montgomery AL  36804

Invoice Date   02/01/05

Invoice No.   Feb05

**Named Insured:** Alabaster Market Center

Amount Remitted:

Please return this portion with your payment.

Make checks payable to:  The Cone Company, Inc.

| EFFECTIVE DATE | POLICY PERIOD | COVERAGE DESCRIPTION | Transaction Amount |
|---|---|---|---|
|  | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br><br>February 2005 Installment | $584.50 |

REC'D: 2-1-05
APPROVED: CW                5442
DATE APPRD: 2-7-05
CHG TO: Am 090
PAID CK#: 1081
DATE: 2-9-05

***Premium Due and Payable on Effective Date***

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106

**Make checks payable to: The Cone Company, Inc.**

| EFFECTIVE DATE | POLICY PERIOD | COVERAGE DESCRIPTION | Transaction Amount |
|---|---|---|---|
| | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br><br>March 2005 Installment | $584.50 |

*Premium Due and Payable on Effective Date*

Handwritten stamp:
- 3-3-05  $84.50
- APPROVED: CW
- DATE APPR'D: 3-7-05
- CHG TO: AM 062
- PAID CK# 1090
- DATE: 3-9-05

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106

# HelmsRoark

September 14, 2005

Winn-Dixie Real Estate Department.
Attention: Jay Archambault, Area Property Manager
600 Edwards Avenue
Harahan, LA 70123

Re:   Alabaster Market Center Winn-Dixie # 529
      Alabaster, Alabama
      Quarterly Insurance Billing
      2nd Qtr 2005

## CORRECTED INVOICE

| | | |
|---|---|---|
| 2nd Quarter 2005 Insurance | | $ 1,753.50 |
| Tenant Square Footage: | 44,936 | |
| Total G.L.A. Square Footage: | 64,836 | |
| Prorata Share %: | 69.31% | |
| | | |
| Pro rata Insurance | | $ 1,215.35 |

Please remit to:    Alabaster Market Center
                    % Helms-Roark, Inc.
                    P O Box 1149
                    Montgomery, AL 36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

Make checks payable to: The Cone Company, Inc.

| EFFECTIVE DATE | POLICY PERIOD | DESCRIPTION | Transaction Amount |
|---|---|---|---|
| | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br>April 2005 Installment | $584.50 |

REC'D: 4-4-05
APPROVED: (initials)
DATE APPRD: 4-4-05    545⁹
CHG TO: AM 090
PAID CK# 1098
DATE: 4-7-05

*Premium Due and Payable on Effective Date

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106

Make Checks payable to: The Cone Company, Inc.

| EFFECTIVE DATE | | | Transaction Amount |
|---|---|---|---|
| | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br>May 2005 Installment | $584.50 |
| | | REC'D: 5-2-05<br>APPROVED: CW<br>DATE APPRD: 5-2-05  5468<br>CHG TO: AM090<br>PAID CK# 1107<br>DATE: 5-4-05 | |
| | | Premium Due and Payable on Effective Date | |

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106

| EFFECTIVE DATE | POLICY PERIOD | COVERAGE DESCRIPTION | Transaction Amount |
|---|---|---|---|
| | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br><br>June 2005 Installment<br><br>REC'D: 6-3-05<br>APPROVED: CW<br>DATE APPRD: 6-6-05   5484<br>CHG TO: AM 090<br>PAID CK# 1123<br>DATE: 6-8-05 | $584.50 |

*Premium Due and Payable on Effective Date*

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106

# HelmsRoark

September 14, 2005

Winn-Dixie Real Estate Department.
Attention: Jay Archambault, Area Property Manager
600 Edwards Avenue
Harahan, LA 70123

Re:  Alabaster Market Center Winn-Dixie # 529
     Alabaster, Alabama
     Quarterly Insurance Billing
     3rd Qtr 2005

## CORRECTED INVOICE

| | | |
|---|---|---|
| 3rd Quarter 2005 Insurance | | $ 1,169.00 |
| Tenant Square Footage: | 44,936 | |
| Total G.L.A. Square Footage: | 64,836 | |
| Prorata Share %: | 69.31% | |
| | | |
| Pro rata Insurance | | $ 810.23 |

Please remit to:    Alabaster Market Center
                    % Helms-Roark, Inc.
                    P O Box 1149
                    Montgomery, AL 36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

Make checks payable to: The Cone Company, Inc.

| EFFECTIVE DATE | POLICY PERIOD | COVERAGE DESCRIPTION | Transaction Amount |
|---|---|---|---|
| | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br>July 2005 Installment | $584.50 |

REC'D: 7-5-05
APPROVED: CCO        5468
DATE APPRD: 7-5-05
CHG TO: AM 090
PAID CK# 1138
DATE: 7-6-05

*Premium Due and Payable on Effective Date

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106

Make checks payable to: The Cone Company, Inc.

| EFFECTIVE DATE | POLICY PERIOD | COVERAGE DESCRIPTION | Transaction Amount |
|---|---|---|---|
|  | 10/11/04-05 | United Fire Group<br><br>Commercial Package Policy<br><br>**FINAL PAYMENT**<br><br>August 2005 Installment<br><br>REC'D: 8-5-05<br>APPROVED: ECO<br>DATE APPRD: 8-8-05  5504<br>CHG TO: AM 090<br>PAID CK#: 1143<br>DATE: 8-10-05 | $584.50 |

*Premium Due and Payable on Effective Date

P.O. Box 230549 • Montgomery, AL 36123 • (334) 272-4791 • Fax (334) 272-4795 • www.theconecompany.com
The Sterling Center • 4121 Carmichael Road, Suite 401 • Montgomery, AL 36106