October 5, 2005

# HelmsRoark

Kim Neil
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

RE:   2004 ANCILLARY CHARGES
      STORE # 529
      ALABASTER MARKET CENTER

## INVOICE

**PROPERTY TAXES:**

| | | | |
|---|---|---|---|
| Total Property Taxes: | 46,638.07 | | |
| Tenant Square Footage: | 44,936 | | |
| Total G.L.A. Square Footage: | 64,836 | | |
| Prorata Share %: | 69.31% | | |
| Prorata Taxes | 2-22-05 – 9-30-05 | 221 Days | 19,572.03 |
| Less Payment | | | 0.00 |

**TOTAL DUE FROM TENANT:**                                          $19,572.03

PLEASE SUBMIT PAYMENT TO:   Alabaster
                            Marketcenter
                            %  Helms-Roark, Inc.
                            P.O. Box 1149
                            Montgomery, AL
                            36101-1149


EXHIBIT C

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

DON ARMSTRONG
PROPERTY TAX COMMISSIONER, SHELBY COUNTY
P.O. Box 1298
Columbiana, Alabama 35051

## Courtesy Tax Notice

TAX YEAR: 2005    RECEIPT 17028
TOTAL DUE: $46,638.72
PARCEL I.D. 231021002027000

DESCRIPTION
BEG @ INTER S ROW 6TH AVE SW
&E ROW L&N R/R SW ALG ROW 6
03 SE257 SW15 SE187.28 TO NW
ROW STATE HWY 119 NELY ALG
ROW 379.9 N548.04 W365.68 TO
POB
S: 02 T: 21S R: 03W
ACRES: 8.50

TOTAL MARKET VALUE      5,285,440.00
TOTAL ASSESSED VALUE      863,680.00
HOMESTEAD VALUE                 0.00
CURRENT USE VALUE               0.00
MUNICIPALITY            ALABASTER

[ 79932 ]

BO10

---

PRESORTED
FIRST-CLASS M
U.S. POSTAGE
PAID
COLUMBIANA,
Permit No. 21

COLUMBIANA AL 35051

RETURN THIS STUB WITH PAYMENT

Tax Year: 2005    Receipt    1702
TOTAL TAXES:    $46,638.7

Parcel I.D. 231021002027000

Owner Name and Address

ROARK RANDY
PO BOX 1149
MONTGOMERY    AL 36101

