May 27, 2005                                                          # HelmsRoark

Winn Dixie Stores, Inc.
P. O. Box 1760
Garner, NC 27529

Attn: Carol Canady
      Area Property Manager
January 1—2005 thru 2-21-2005              **Pre Filing**
RE:    2005   CAM & Insurance
       The Oaks Center Store 2707

| | | |
|---|---:|---:|
| Common Area Maintenance | $ 9,112.49 | |
| Tenant Square Footage: | 44,000 | |
| Total GLA Square Footage: | 63,850 | |
| Tenant Prorata Share Percentage | 69.90 % | |
| Prorata CAM Charges | | $ 6,369.91 |
| | | |
| Total Insurance:   Premium $ 1,895.00 | $ 874.44 | |
| Tenant Square Footage: | 44,000 | |
| Total G.L.A. Square Footage: | 63,850 | |
| Prorata Share %: | 69.90% | |
| Prorate Insurance Charges | | $ 611.23 |

Total due   Jan 01 thru Feb 21, 2005

                                                                $ 6,981.14


**TOTAL DUE FROM TENANT:**                                       $ 6,981.14

   PLEASE SUBMIT PAYMENT TO:    McDonough
                                Marketplace
                                Partners
                                % Helms-Roark,
                                Inc.
                                P.O. Box 1149
                                Montgomery,
                                AL 36101-1149


EXHIBIT A

                                            Helms Roark, Inc.
                                         Real Estate Development
                                            P.O. Box 1149 (36101)
                                       100 Commerce St., Suite 401
                                            Montgomery, AL 36104
                                                  (334) 264-1102
                                             FAX (334) 264-6681