August 17, 2005

# HelmsRoark

Carol Canady  
Area Property Manager Northern Region  
Winn Dixie / Save Rite Stores  
P. O. Box 1760  
Garner, NC 27529

              **Post Filing**     **July 1 – 31, 2005**  
RE:   CAM & Insurance  
       The Oaks Center Store 2707

| | | |
|---|---:|---:|
| Common Area Maintenance | $2,570.76 | |
| Tenant Square Footage: | 44,000 | |
| Total GLA Square Footage: | 63,850 | |
| Tenant Prorata Share Percentage | 69.90 % | |
| Prorata CAM Charges | | $1,796.96 |
| | | |
| Total Insurance: Premium | $ 1,895.00 | |
| Tenant Square Footage: | 44,000 | |
| Total G.L.A. Square Footage: | 63,850 | |
| Prorata Share %: | 69.90% | |
| Prorate Insurance Charges | | $ 1,324.61 |

**TOTAL DUE FROM TENANT:**                                                               $ 3,121,.57

PLEASE SUBMIT PAYMENT TO:   McDonough Marketplace Partners  
                                                  % Helms-Roark, Inc.  
                                                  P.O. Box 1149  
                                                  Montgomery, AL 36101-1149


EXHIBIT B

Helms Roark, Inc.  
Real Estate Development  
P.O. Box 1149 (36101)  
100 Commerce St., Suite 401  
Montgomery, AL 36104  
(334) 264-1102  
FAX (334) 264-6681

September 14, 2005

# HelmsRoark

Carol Canady
Area Property Manager Northern Region
Winn Dixie / Save Rite Stores
P. O. Box 1760
Garner, NC 27529

        **Post Filing    August 1 – 31, 2005**
RE:   CAM & Insurance
        The Oaks Center Store 2707

| | | |
|---|---|---|
| Common Area Maintenance | $3,041.23 | |
| Tenant Square Footage: | 44,000 | |
| Total GLA Square Footage: | 63,850 | |
| Tenant Prorata Share Percentage | 69.90 % | |
| Prorata CAM Charges | | $2,125.82 |
| | | |
| Total Insurance:  Premium | | |
| Tenant Square Footage: | 44,000 | |
| Total G.L.A. Square Footage: | 63,850 | |
| Prorata Share %: | 69.90% | |
| Prorate Insurance Charges | | |

**TOTAL DUE FROM TENANT:**                                               $ 2,125.82

PLEASE SUBMIT PAYMENT TO:   McDonough Marketplace Partners
                                                     % Helms-Roark, Inc.
                                                     P.O. Box 1149
                                                     Montgomery, AL 36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

September 28, 2005

# HelmsRoark

Telsa Tinsley
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254

     **Post Filing**  **September 1 – 30, 2005**
RE: CAM & Insurance
   The Oaks Center Store 2707

| | | |
|---|---:|---:|
| Common Area Maintenance | $3,797.98 | |
| Tenant Square Footage: | 44,000 | |
| Total GLA Square Footage: | 63,850 | |
| Tenant Prorata Share Percentage | 69.90 % | |
| Prorata CAM Charges | | $2,654.79 |
| | | |
| Total Insurance: Premium | | |
| Tenant Square Footage: | 44,000 | |
| Total G.L.A. Square Footage: | 63,850 | |
| Prorata Share %: | 69.90% | |
| Prorate Insurance Charges | | |

**TOTAL DUE FROM TENANT:**                     $ 2,654.79

  PLEASE SUBMIT PAYMENT TO: McDonough
                   Marketplace
                   Partners
                   % Helms-Roark,
                   Inc.
                   P.O. Box 1149
                   Montgomery,
                   AL 36101-1149

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681
