October 5, 2005　　　　　　　　　　　　　　　　　　　　　　**HelmsRoark**

Kim Neil
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

RE:   2004 ANCILLARY CHARGES
　　　STORE # 1820 Changed to #2707
　　　THE OAKS CENTRE

## CORRECTED INVOICE

**PROPERTY TAXES:**

| | | | |
|---|---|---|---|
| Total Property Taxes: | 61,884.54 | | |
| Tenant Square Footage: | 44,000 | | |
| Total G.L.A. Square Footage: | 63,850 | | |
| Prorata Share %: | 69.90% | | |
| Prorata Taxes | 2-22-05 – 9-30-05 | 221 Days | 26,191.40 |
| Less Payment | | | 0.00 |

**TOTAL DUE FROM TENANT:**　　　　　　　　　　　　　　　$26,191.40

PLEASE SUBMIT PAYMENT TO:　　McDonough Marketplace Partners
　　　　　　　　　　　　　　　　c/o  Helms-Roark, Inc.
　　　　　　　　　　　　　　　　P.O. Box 1149
　　　　　　　　　　　　　　　　Montgomery, AL  36101-1149

EXHIBIT C

Helms Roark, Inc.
Real Estate Development
P.O. Box 1149 (36101)
100 Commerce St., Suite 401
Montgomery, AL 36104
(334) 264-1102
FAX (334) 264-6681

# 2005 Property Tax Statement

| Bill No. | Due Date | TOTAL DUE |
|---|---|---|
| 2005-42091 | 11/15/2005 | 61,884.54 |

Andy Pipkin
Henry County Tax Commissioner
140 Henry Parkway
Post Office Box 488
McDonough, GA 30253
co.henry.ga.us
MAKE CHECK OR MONEY ORDER PAYABLE TO:
Henry County Tax Commissioner

Map: M20-10010000

Payment good through: 11/15/2005
Printed: 09/02/2005

Location: 110 SOUTH ZACK HINTON PK

If your bill shows BACK TAXES DUE, PAYMENTS RECEIVED WILL BE APPLIED TO THE OLDEST BILL.

If you disagree with the VALUE assigned by the Tax Assessors, you should file a tax return between January 1 and April 1. Information on filing a return can be obtained from the Tax Commissioner's office or @ www.henry.ga.us

1% INTEREST Per Month, will be added if not paid by due date.
A 10% PENALTY will be applied on any bill 90 days past due.

You may Pay your taxes via the web @ www.co.henry.ga.us

****AUTO**MIXED AADC 373
MCDONOUGH MARKETPLACE PARTNERS
PO BOX 1149
MONTGOMERY, AL 36101-1149

**RETURN THIS PORTION WITH PAYMENT**
(1% interest per month will be added if not paid by due date)

---

Andy Pipkin
Henry County Tax Commissioner
140 Henry Parkway
Post Office Box 488
McDonough, GA 30253
co.henry.ga.us

Phone: (770) 954-2470  Fax: (770) 954-2877

**Tax Payer:** MCDONOUGH MARKETPLACE PARTNERS
**Map Code:** M20-10010000    REAL
**Description:** LLot: 135  LDist: 7
**Location:** 110 SOUTH ZACK HINTON PK
**Bill No:** 2005-42091
**District:** 002  MCDONOUGH

| Building Value | Land Value | Acres | Fair Market Value | Due Date | Billing Date | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|
| 3,656,000 | 522,000 | 8.0300 | 4,178,000 | 11/15/2005 | | 11/15/2005 | |

| Entity | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| STATE TAX | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | .250 | 417.80 | | 417.80 |
| COUNTY TAX(MCDONOUGH) | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | 14.130 | 23,614.06 | | 14,639.72 |
| SALES TAX CR(MCDONOUGH) | | | | 1,671,200.00 | -2.890 | | -4,829.77 | |
| POLICE/FIRE CREDIT (MCDON) | | | | 1,671,200.00 | -2.460 | | -4,111.15 | |
| ROLLBACK CR-MCD | | | | 1,671,200.00 | -.020 | | -33.42 | |
| COUNTY SCHOOL M&O | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | 19.400 | 32,421.28 | | 32,421.28 |
| COUNTY SCHOOL BOND | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | 3.060 | 5,113.87 | | 5,113.87 |
| COUNTY WATER | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | 2.000 | 3,342.40 | | 3,342.40 |
| HOSPITAL | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | 1.000 | 1,671.20 | | 1,671.20 |
| CITY TAX(MCDONOUGH) | 4,178,000.00 | 1,671,200.00 | | 1,671,200.00 | 2.560 | 4,278.27 | | 4,278.27 |
| TOTALS | | | | | 37.030 | 70,858.88 | -8,974.34 | 61,884.54 |

Homeowners are entitled to homestead exemptions on property where they live. You must file by March 1, 2006 for the 2006 tax year. If you are 62 years of age before Jan. 1, 2006, you may qualify for age exemptions. Please contact our office @ (770) 954-2470 for details. Information is also available on disability and disabled veterans exemptions. Homestead forms may be downloaded at our website www.co.henry.ga.us

| | |
|---|---|
| Current Due | 61,884.54 |
| Penalty | 0.00 |
| Interest | 0.00 |
| Other Fees | 0.00 |
| Previous Payments | 0.00 |
| Back taxes | 0.00 |
| TOTAL DUE | 61,884.54 |