# GARDBERG & CLAUSEN, P.C.

ATTORNEYS AT LAW

JONATHAN P. GARDBERG
LINDA F. CLAUSEN*▼

MARNI REAGAN†
COLIN E. KEMMERLY*
MICHAEL TONDER▼

1015 MONTLIMAR DRIVE, SUITE B-4
MOBILE, ALABAMA 36609

TEL.
(251) 343-1111
(800) 332-1529
FAX
(251) 342-3747

ALSO ADMITTED IN:
*LOUISIANA
†FLORIDA
▼MISSISSIPPI

October 20, 2005

U. S. Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 N Hogan St, Ste 3-350
Jacksonville, FL 32202-4267

RE: Case No. 05-03817-3F1

Dear Sir or Madam:

*Claim 6048*

This letter is to confirm that Gardberg & Clausen, P. C. is no longer representing Ms. Abercrombie for her personal injury case. Please send all future correspondence to Ms. Abercrombie at her home address, which is 8440 Lake Louise Drive, Theodore, Alabama 36582 and remove our name from the record.

Very truly yours,

Marni Reagan

MAR:bgd

d on server/nancy abercrombie/ltr to bankruptcy court that we are not long rep client