UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | Case No. 05-03817 |
| ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(E)(2)

1. To Transferors:
S-T Properties
16691 Gothard Street, Suite H
Huntington Beach, CA 92647-4494

and

Stewart Development Co. VI
16691 Gothard Street, Suite H
Huntington Beach, CA 92647-4494

With a copy to:

Brent Liljestrom, Esquire
Sheppard, Mullin, Richter and Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626

2. Your claim for all lease rejection damages against the Debtors has been transferred to the Transferee:

Reassure America Life Assurance Company
c/o CapMark Services, Inc.
Three Ravinia Drive
Suite 200
Atlanta, GA 30346
Attention: Charlotte Kollin

With copies to:
GMAC Commercial Mortgage Corporation
Three Ravinia Drive
Suite 200
Atlanta, GA 30346
Attention: Susan C. Tarnower, Esquire

PHI\1427285.4

and

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit "A".

3. If you <u>do</u> <u>not</u> object to the transfer of your claim, no action is required. If you do object to such transfer, you must within 20 days of the date of this Notice file a written objection with the United States Bankruptcy Court for the Middle District of Florida, with a copy to Transferee and its counsel at their respective addresses listed herein.

REASSURE AMERICA LIFE ASSURANCE COMPANY

By: _Margery N. Reed_
One of Its Attorneys

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1518

PH1\1427285.4                                             2

# EXHIBIT "A"

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Winn-Dixie Stores, Inc. and the United States Bankruptcy Court for the Middle District of Florida.

For value received, the receipt, adequacy and sufficiency of which are hereby acknowledged, S-T PROPERTIES, a California general partnership ("S-T"), and STEWART DEVELOPMENT CO. VI, a California limited partnership, d/b/a Stewart Development Co., VI Limited Partnership ("Stewart"; collectively with S-T, the "**Assignor**") hereby acknowledges that it has unconditionally and irrevocably sold, transferred and assigned to REASSURE AMERICA LIFE ASSURANCE COMPANY f/k/a Royal Maccabees Life Insurance Company, by and through its agent Swiss Re Asset Management (Americas) Inc., f/k/a, Swiss Re Investors, Inc., by its authorized agent CapMark Services, Inc. ("**Assignee**") all of Assignor's right, title, interest, and causes of action in and to, or arising under or in connection with, any and all claims of Assignor against Winn-Dixie Stores, Inc. and/or one or more of its affiliates (collectively, the "**Debtors**"), in their chapter 11 bankruptcy case, No. 05-11063 (Jointly Administered) (the "**Bankruptcy Case**"), as set forth in that certain Assignment of Transfer of Claim Agreement dated as of October 14, 2005, between Assignor and Assignee.

Assignor hereby represents that it has not filed a proof of claim in the Bankruptcy Case and hereby expressly assigns the exclusive right to file proof(s) of claim in the Bankruptcy Case and the exclusive right to receive payment and distributions of money or property in respect of such proof(s) of claim to the Assignee. Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law or regulation. Assignor acknowledges,

PH1\1427286.3

agrees and hereby stipulates that the Bankruptcy Court, without further notice to Assignor, may enter an Order transferring the Claim to Assignee and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notice relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee at the following address:

>   Reassure America Life Assurance Company
>   c/o CapMark Services, Inc.
>   Three Ravinia Drive
>   Suite 200
>   Atlanta, GA 30346
>   Attention: Charlotte Kollin

>   With copies to:
>   GMAC Commercial Mortgage Corporation
>   Three Ravinia Drive
>   Suite 200
>   Atlanta, GA 30346
>   Attention: Susan C. Tarnower, Esquire

>   and

>   Margery N. Reed, Esquire
>   Duane Morris LLP
>   30 South 17th Street
>   Philadelphia, PA 19103-4196

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, this **EVIDENCE OF TRANSFER OF CLAIM** is executed as of October 14, 2005.

STEWART DEVELOPMENT CO. VI

By: _____
Christopher J. Toland, as Trustee of the
Toland Family Trust U/D/T dated 3/16/87,
as amended
General Partner

And
By: _____
Richard A. Marshack, Liquidating Agent for
the Liquidation Estate of J. Wayne Stewart
and Jean M. Stewart, case no. SA 9130408
JR, and not in his personal capacity or as a
partner of Shulman Hodges & Bastian LLP
General Partner

S-T PROPERTIES

By: Stewart Development Co. VI,
Its General Partner

By: _____
Christopher J. Toland, as Trustee of
the Toland Family Trust U/D/T
dated 3/16/87, as amended
General Partner

And
By: _____
Richard A. Marshack, Liquidating
Agent for the Liquidation Estate
of J. Wayne Stewart and Jean M.
Stewart, case no. SA 9130408 JR,
and not in his personal capacity
or as a partner of Shulman Hodges
& Bastian LLP
General Partner

3

PH1\1427286.3