IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that JACKSON I-55, LLC hereby appears through its undersigned counsel, DOUGLAS C. NOBLE of PHELPS DUNBAR LLP, and demands service of all notice and papers herein upon:

> PHELPS DUNBAR LLP
> 111 East Capitol, Suite 600
> Post Office Box 23066
> Jackson, Mississippi 39225-3066
> Attn: Douglas C. Noble
> nobled@phelps.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii)

JO:99310640-1

the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated this the 26th day of October, 2005.

Respectfully submitted,

**JACKSON I-55, LLC**

By: /s/ Douglas C. Noble

Douglas C. Noble, MS Bar No. 10526
**PHELPS DUNBAR LLP**
111 East Capitol, Suite 600
Post Office Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601) 360-9777

Donald H. Whittemore, FL Bar No. 502073
**PHELPS DUNBAR LLP**
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date set forth below I served a copy of Jackson I-55, LLC's Notice of Appearance and Demand for Service of Papers upon the following persons via electronic mail and/or U.S. Mail, postage prepaid:

| | |
|---|---|
| Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jackson, FL  32202<br>(busey@smithhulsey.com)<br>(jpost@smithhulsey.com)<br>(cjackson@smithhulsey.com) | David J. Baker<br>Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>(djbaker@skadden.com)<br>(aravin@skadden.com) |
| Elena L. Escamilla<br>Kenneth C. Meeker<br>Office of the United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL  32801<br>(elena.1.escamilla@usdoj.gov)<br>(USTP.Region21.OR.ECF@usdoj.gov) | |

Dated this the 26th day of October, 2005.

                                                     /s/ Douglas C. Noble