## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## DEBTORS' RESPONSE IN OPPOSITION TO CONCORD-FUND IV RETAIL, L.P.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW REMEDIATION OF CODE VIOLATIONS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), file this response in opposition to the Motion for Relief from the Automatic Stay to Allow Remediation of Code Violations filed by Concord-Fund IV Retail, L.P. (Docket No. 2948) and say:

1. Concord-Fund IV Retail, L.P. (the "Movant") has not demonstrated cause for relief from the stay.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

  2. The Debtors respectfully request that the Court deny the Motion and grant such other and further relief as it deems just and proper.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  */s/ D. J. Baker* <br>  D. J. Baker<br>  Sally McDonald Henry<br>  Rosalie W. Gray | By  */s/ Cynthia C. Jackson* <br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York  10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically and/or by mail to Edwin W. Held, Jr., Esq., 1301 Riverplace Blvd., Suite 1916, Jacksonville, Florida 32207; Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. MacDonald, Esq., Akerman Senterfitt, 50 N. Laura Street, Jacksonville, Florida 32202; and Elena L. Escamilla, Esq., 135 W. Central Boulevard, Suite 620, Orlando, Florida 32806, this 26th day of October, 2005.



            *s/Cynthia C. Jackson*
              Attorney

Winn Dixie Response in Opposition to Concord-Fund 10-05 (00512366)