IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Phelps Dunbar LLP files this Verified Statement of Multiple Representation and provides the following information:

Phelps Dunbar LLP has been engaged to represent Crowder Family Joint Venture ("CFJV"), Madison Station Properties, LLC ("Madison"), and Jackson I-55, LLC ("Jackson") in the above-captioned case. CFJV, Madison and Jackson are owners of properties that were leased by debtor Winn-Dixie Montgomery, Inc. and guaranteed by Winn-Dixie Stores, Inc.; CFJV's lease has been assumed and assigned with the amount of cure costs to be paid by the debtors yet to be determined, while the debtors have rejected its leases with Madison and Jackson. CFJV, Madison and Jackson are not believed to have conflicting interests in this case.

Phelps Dunbar LLP's representation of CFVJ in connection with this matter began in or around June 8, 2004. CFJV's address is 3638 Cavalier Drive, Jackson, MS 39216-3501, ATTN: Kathy C. Kirchmayer.

Phelps Dunbar LLP's representation of Madison in connection with this matter began in or around March 9, 2005. Madison's address is 6360 I-55 North, Suite 210, Jackson, MS 39211, ATTN: John S. Stratton.

JO:99310672-1

1

Phelps Dunbar LLP's representation of Jackson in connection with this matter began in or around October 19, 2005. Jackson's address is Jackson I-55, LLC, c/o Centex Concord Property Mgmt, LLC, ATTN: Fran E. Jones, 1151 N. State Street, Jackson, MS 39202.

CFJV, Madison and Jackson have been fully informed of Phelps Dunbar LLP's dual representation and have consented thereto.

THIS the 26th day of October, 2005.

                Respectfully submitted,

                By: /s/ Douglas C. Noble

                Douglas C. Noble, MS Bar No. 10526
                **PHELPS DUNBAR LLP**
                111 East Capitol, Suite 600
                Post Office Box 23066
                Jackson, Mississippi 39225-3066
                Telephone: (601) 352-2300
                Facsimile: (601) 360-9777

                Donald H. Whittemore, FL Bar No. 502073
                **PHELPS DUNBAR LLP**
                100 South Ashley Drive, Suite 1900
                Tampa, Florida 33602
                Telephone: (813) 472-7550
                Facsimile: (813) 472-7570

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served a copy of the foregoing <u>Verified Statement of Multiple Representation</u> upon the following persons via electronic mail and/or U.S. Mail, postage prepaid:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jackson, FL  32202
(busey@smithhulsey.com)
(jpost@smithhulsey.com)
(cjackson@smithhulsey.com)

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
(djbaker@skadden.com)
(aravin@skadden.com)

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL  32801
(elena.l.escamilla@usdoj.gov)
(USTP.Region21.OR.ECF@usdoj.gov)

SO CERTIFIED this the 26th day of October, 2005.

/s/ Douglas C. Noble