UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et. al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**LEASE REJECTION CLAIMS OF WD HILLARD LLC (STORE NO. 2715) AND DANIEL G KAMIN (STORE NO. 808)**

WD Hillard, LLC and Daniel G. Kamin hereby assert lease rejection claims in connection with the rejection of the leases for Store No. 808 (**Exhibit 1**) and Store No. 2715 (**Exhibit 2**) in the amounts set forth in the attached Proofs of Claim.

        Respectfully submitted,

        **WD HILLARD, LLC and DANIEL G. KAMIN**

        By:  /s/  Sara E. Lorber_____

        One of Their Attorneys

Richard S. Lauter
Sara E. Lorber
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois  60603
Tel. (312) 346-8000
Fax: (312) 269-8869
rlauter@seyfarth.com
slorber@seyfarth.com

CH1 10972990.1

## **CERTIFICATE OF SERVICE**

I, Sara E. Lorber, an attorney, do hereby certify that on July 14, 2005, I electronically filed a true and correct copy of the foregoing LEASE REJECTION CLAIMS OF WD HILLARD, LLC AND DANIEL G. KAMIN, and caused same to be served via electronic mail and/or U.S. Mail to those parties listed on the Master Service List.

/s/ Sara E. Lorber

CH1 10972990.1