UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The Court finds that the Notice of Appearance and Request for Notices filed by Thomas J. Lutkewitte on behalf of Avondale Square Limited Partnership on October 21, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance and Request for Notices filed by Thomas J. Lutkewitte on behalf of Avondale Square Limited Partnership on October 21, 2005 is stricken from the record.

**DATED October 24, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Thomas J. Lutkewitte, 1515 Poydras St., Suite 1400, New Orleans, LA 70112
Attorneys for Debtor

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Oct 24, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 3
```

The following entities were served by first class mail on Oct 26, 2005.
aty          +Adam Ravin,   Skadden Arps Slate Meagher & Flom, LLP,   Four Times Square,
               New York, NY 10036-6522
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
             +Thomas J. Lutkewitte,   1515 Poydras St., Suite 1400,   New Orleans, LA 70112-4500

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2005**                          **Signature:**    _Joseph Speetjens_