UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| WAYNE BOYD | * | Bankruptcy Action No. |
| Plaintiff | * | 05-03817-3-F1 |
| | * | |
| v. | * | |
| | * | |
| WINN DIXIE STORES, INC. | * | Civil Action No. |
| Defendant | * | 1:05-CV-155-C |

**MOTION FOR CONTINUANCE**

REQUEST FOR A CONTINUANCE(Adjournment of Proceedings to another Specific Day) IN THIS CASE UNTIL THE COURT HAS HAD AN OPPORTUNITY TO CONSIDER PLAINTIFF'S MOTION OF OCTOBER 13, 2005(filed marked October 17, 2005) TO HAVE VENUE IN THIS CASE TRANSFERRED FROM THE U. S. BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA BACK TO THE U. S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS.(**asking for a continuance of the October 31st, 2005 evidentiary hearing**)

FURTHER YOUR AFFIANT SAYETH NOT

x *Wayne Boyd*

Wayne Boyd                    DATED: October 26th, 2005
appearing Pro Se
332 Girard Street
Baird, Texas 79504

On the 26th day of October, 2005, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in, and who executed the foregoing affidavit(and motion), and acknowledged that he executed the same as his free act and deed.

*[signature]*

Notary Public
My commission expires: 3-9-2006

TAMMY T. WALKER
Notary Public State of Texas
My Commission Expires

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)

Wayne Boyd, plaintiff, ~~Appellant~~, for his affidavit, being first duly sworn, deposes and states:

I hereby certify that on   October 26th   ,2005, a true and correct copy of the **MOTION FOR CONTINUANCE**           by Wayne Boyd, plaintiff ~~and Appellant~~, has been mailed to all parties of record.  MAILED TO:

David K. Oliveria, Clerk of Court
U. S. Bankruptcy Court
300 North Hogan Street
Suite 3-350
Jacksonville, Fl. 32202

FURTHER YOUR AFFIANT SAYETH NOT

X _____Wayne Boyd_____
Wayne Boyd
Appearing Plaintiff(Appellant) Pro Se
332 Girard Street
Baird, Texas 79504

On this  26  day of  Oct  , 2005, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in and who executed the foregoing affidavit, and acknowledged that he executed the same as his act and deed.

_____
Notary Public
My commission expires on: 3-9-2006

[Notary Seal: TAMMY T WALKER, Notary Public, State of Texas, My Commission Expires 03-09-2006]

PARTIES OF RECORD:(mailed)

Winn-Dixie Stores, Inc. Debtor
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin, Attorney for Debtor
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

United States Trustee
135 W. Central Blvd.,Suite 620
Orlando, Fl. 32801

Dennis F. Dunne, Counsel for Unsecured Creditors Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Counsel for Unsecured Creditors Committee
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

PARTIES OF RECORD: (FAXED)

Leanne McKnight Prendergast
LAW OFFICES
SMITH, HULSEY, & BUSEY FAX #904.359.7708
1800 Wachovia Bank Tower
225 Water Street-Jacksonville, Flordia 32201-3315