UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

CASE NO. 3-05-bk-03817-JAF
CHAPTER 11

Jointly Administered

## DESIGNATION OF LOCAL COUNSEL AND CONSENT TO ACT

I, C. Ellis Brazeal, an attorney with the law firm of Walston, Wells & Birchell L.L.P. hereby designate as local counsel for Creditors McDonough Marketplace Partners, L.L.C., Randy Roark, Deerfoot Marketplace, L.L.C., and Killen Marketplace, L.L.C. in the above-captioned matters:

    Charles S. McCall, Esquire
    Holland & Knight LLP
    50 N. Laura Street, Suite 3900
    Jacksonville, Florida 32202
    (904) 353-2000
    (904) 358-1832 (facsimile)

Dated this 28th day of October, 2005.

    /s/ C. Ellis Brazeal
    C. Ellis Brazeal
    Alabama Bar No.: ASB-1028-R73C
    Walston, Wells & Birchell L.L.P.
    One Federal Place
    1819 5th Avenue N., Suite 1100
    Birmingham, Alabama 32503
    Telephone: (205) 244-5200
    Facsimile: (205) 244-5437
    Attorneys for McDonough
    Marketplace Partners, L.L.C.,
    Randy Roark, Deerfoot
    Marketplace L.L.C., and

## CONSENT TO ACT

I, Charles S. McCall, hereby consent to act as local counsel of record for the creditors identified above pursuant to L.B.R. Rule 2090-1.

Dated this 28th day of October, 2005.

**Holland & Knight LLP**

/s/ Charles S. McCall
Charles S. McCall, Esquire
Fla. Bar No. 765510
50 N. Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872

# 3330806_v1