

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
October 31, 2005

HONORABLE JERRY A. FUNK　　　　　　　　　　　　JACKSONVILLE

CASE NUMBER: 05-03817-3F1　　　　　　　　　　　HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/ C. JACKSON (J. POST)
Trustee:

HEARING:

1. ~~FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY BETTY TERRELL (2634)~~

OFF - Rescheduled for 2/6/06 @ 2:00 p.m.

R/S    A/P    F/HRG

ORDER:

MOTION FOR RELIEF FROM STAY FILED BY WAYNE BOYD (3760)

(3957) Motion for Continuance filed by Wayne Boyd

R/S    A/P    F/HRG

ORDER:

Deny - Post to O.V.

APPEARANCES:

J. MACDONALD FOR UNSEC. CRED. COMMITTEE Patterson -
~~R MATTHEW ABBOTT FOR BETTY TERRELL~~
WAYNE BOYD - PRO SE

RULING:

prorpt2