UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

ORDER GRANTING MOTION OF D.D.I., INC. TO QUASH
SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER

Upon the motion (the "Motion") of D.D.I., Inc. ("DDI"), pursuant to Rules 26(b) and (c), 37(a)(4)(A) and 45(c) of the Federal Rules of Civil Procedure, incorporated herein pursuant to Rules 7026, 7037, 9014(c) and 9016 of the Federal Rules of Bankruptcy Procedure, to (i) quash the subpoena duces tecum (the "Subpoena") issued by the Creditors' Committee[1] on DDI in connection with the Disbandment Motion, (ii) enter a protective order enjoining the further pursuit of discovery from DDI and (iii) compensating DDI to the extent appropriate based on the Creditors' Committee's actions; and the Court having reviewed the Motion and the Steinberg Certification, considered the evidence and heard argument of counsel; and it appearing that there is good and sufficient cause to grant the relief requested in the Motion; and good and sufficient notice of the Motion and of the hearing thereon having been given, and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Subpoena is quashed; and it is further

ORDERED, that a protective order is hereby entered precluding the Creditors'

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Motion.

Committee from taking discovery of DDI, a non-party, with respect to any matters related to the Disbandment Motion; and it is further

ORDERED, that DDI is hereby awarded any and all reasonable attorneys' fees and costs incurred in filing and prosecuting the Motion; and it is further

ORDERED, that counsel for the DDI shall file a statement detailing any and all fees and costs awarded herein related to the prosecution of the Motion within thirty (30) days of this Order and counsel for the Creditors' Committee may comment on the reasonableness thereof within twenty (20) days thereafter, after which this Court will then make an appropriate award; and it is further

ORDERED, that this Court shall retain jurisdiction to interpret and enforce this Order.

Dated: Jacksonville, Florida
       November ___, 2005

_____
Jerry A. Funk
United States Bankruptcy Judge