**Exhibit "B"**

12th Street & Washington Associates
c/o Blanchard and Calhoun Commercial Corporation
2743 Perimeter Pkwy
Blding 100, Ste 370
Augusta, GA  30909

To:    Winn Dixie Raleigh, Inc.
       Carol Cannady
       P.O. Box 8000
       Clayton, NC  27520

Re:    Spartanburg Store #1264
       1529 Reidville Road

Date:  April 6, 2005

FOR COMMON AREA MAINTENANCE SERVICES

January – March 2005                          $14,503.63
Pro-Rata Share of 44,000 SF = 75.86%          x  .7586
                                              $11,002.45

---

Please make check payable to 12th Street & Washington Associates and mail to 8698 E. San Alberto, Scottsdale, Arizona 85253, Attn: Eva Sperber-Porter.

If you have any questions concerning this invoice, please contact Janet Gordon at 706-722-5565.



12th Street & Washington Associates
c/o Blanchard and Calhoun Commercial Corporation
2743 Perimeter Pkwy
Blding 100, Ste 370
Augusta, GA 30909

To:    Winn Dixie Raleigh, Inc.
       Carol Cannady
       P.O. Box 8000
       Clayton, NC 27520

Re:    Spartanburg Store #1264
       1529 Reidville Road

Date:  July 01, 2005

FOR COMMON AREA MAINTENANCE SERVICES

April - June 2005                              $9,385.97
Pro-Rata Share of 44,000 SF = 75.86%           x  .7586
                                               $7,120.20

Please make check payable to 12th Street & Washington Associates and mail to 8698 E. San Alberto, Scottsdale, Arizona 85253, Attn: Eva Sperber-Porter.

If you have any questions concerning this invoice, please contact Janet Gordon at 706-722-5565.


COPY

12th Street & Washington Associates
c/o Blanchard and Calhoun Commercial Corporation
2743 Perimeter Pkwy
Blding 100, Ste 370
Augusta, GA  30909

To:     Winn Dixie Raleigh, Inc.
        Carol Cannady
        P.O. Box 8000
        Clayton, NC  27520

Re:     Spartanburg Store #1264
        1529 Reidville Road

Date:  October 1, 2005

FOR COMMON AREA MAINTENANCE SERVICES

July-September 2005                        $11,544.52
Pro-Rata Share of 44,000 SF = 75.86%       x  .7586
                                           $8,757.67

---

Please make check payable to 12th Street & Washington Associates and mail to 8698 E. San Alberto, Scottsdale, Arizona 85253, Attn:  Eva Sperber-Porter.

If you have any questions concerning this invoice, please contact Janet Gordon at 706-722-5565.

| | 12th Street & Washington 1529 Reidville Rd Spartanburg, SC CAM - 3rd Qtr 2005 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | VENDOR | INVOICE # | AMOUNT | | | | | |
| 6/8/2005 | Duke Power | n/a | 1,860.33 | Invoice from June 05 not included in 2nd Qtr CAM | | | | |
| 7/5/2005 | Duke Power | n/a | 16.29 | | | | | |
| 8/3/2005 | Duke Power | n/a | 16.00 | | | | | |
| 8/15/2005 | Duke Power | n/a | 3,640.53 | | | | | |
| 9/6/2005 | Duke Power | n/a | 15.75 | | | | | |
| 9/6/2005 | Duke Power | n/a | 1,833.62 | | | | | |
| 7/1/2005 | Grasshoppers, Inc. | 0705-007 | 618.75 | | | | | |
| 8/1/2005 | Grasshoppers, Inc. | 0805-024 | 618.75 | | | | | |
| 9/1/2005 | Grasshoppers, Inc. | 0905-023 | 646.25 | | | | | |
| 7/15/2005 | RL Services | 690 | 600.00 | | | | | |
| 8/15/2005 | RL Services | 742 | 600.00 | | | | | |
| 9/15/2005 | RL Services | 784 | 600.00 | | | | | |
| 8/2/2005 | Spartanburg Water System | n/a | 79.35 | | | | | |
| 7/1/2005 | East Coast Signs & Lighting | ECS1614 | 149.90 | Parking lot lighting repair - trip charge | | | | |
| 8/12/2005 | W.N Kirkland Mechanical | 61664 | 250.00 | Plumbing repairs | | | | |
| | | Total: | 11,544.52 | | | | | |

Exhibit "C"



# Spartanburg County Treasurer's Office
### 366 North Church Street, Suite 300, Spartanburg, South Carolina 29303
### (864) 596-2603

## Tax Year - 2005

### Detailed Property Tax Information

**Account #:** 166048-05-3

**Owner Name:** 12TH STREET & WASHINGTON*

**Address:** 12TH STREET & WASHINGTON*
PO BOX 3256

**City/State:** SPARTANBURG SC

**Zip:** 29304-3256

**District:** 6SS Z

**Town Code:**

**Levy:** 352.40

**Map #:** 6-21-14-067.01

**Assessed Value:** $18,450.00

**Tax Value:** $307,500.00

**Net Tax:** $6,501.78

**Status:** Unpaid

**Date Paid:**

**Description:** 0 JOHN B WHITE SR BLVD

---

©2002 Spartanburg County Government. All Rights Reserved. Legal Disclaimer.

For additional Property Information click here to query the **Assessor's Office** information.

Pay Taxes Online!



# Spartanburg County Treasurer's Office

366 North Church Street, Suite 300, Spartanburg, South Carolina 29303
(864) 596-2603

## Tax Year - 2005

### Detailed Property Tax Information

**Account #:** 166049-05-3

**Owner Name:** 12TH STREET & WASHINGTON*

**Address:** 12TH STREET & WASHINGTON*
8699 E SAN ALBERTO DR

**City/State:** SCOTTSDALE AZ

**Zip:** 85258-4307

**District:** 6SS Z

**Town Code:**

**Levy:** 352.40

**Map #:** 6-21-14-067.00

**Assessed Value:** $198,030.00

**Tax Value:** $3,300,500.00

**Net Tax:** $69,785.78

**Status:** Unpaid

**Date Paid:**

**Description:** 1529 JOHN B WHITE SR BL

©2002 Spartanburg County Government. All Rights Reserved. Legal Disclaimer.

For additional Property Information click here to query the **Assessor's Office** information.

Pay Taxes Online!

Exhibit "D"

MAR-25-2005 FRI 04:04 PM BLANCHARD AND CALHOUN        FAX NO. 706 722 6980              P. 02

Page 1 of 2

**ST PAUL**
**TRAVELERS**                03309 -L2

TRAVELERS SERVICE CENTER
P.O. BOX 1564
ELMIRA, NY 14902-1564

## Account Bill

Account No.    1450Y5064
Date of This Bill  03/21/05

| TOTAL BALANCE |
|---|
| $7,248.00 |
| **MINIMUM DUE** |
| $3,630.00 |

12TH & WASHINGTON ASSOC LTD
C/O BLANCHARD & CALHOUN COMML
2743 PERIMETER PKWY, STE 370
AUGUSTA        GA   30909

PAYMENT MUST BE RECEIVED BY:
APRIL 10, 2005

ACCOUNT BILLING SUMMARY

| POLICY | TYPE | POLICY PERIOD | MIN. DUE | BALANCE |
|---|---|---|---|---|
| 777Y4715 688 | Commercial Package | 04/10/05 To 04/10/06 | $3,394.00 | $6,788.00 |
| 777Y5773 CUP | Umbrella Policy | 04/10/05 To 04/10/06 | 230.00 | 460.00 |
| | | Current Installment Charge | 6.00 | |
| TOTAL BALANCE | | | $3,630.00 | $7,248.00 |

TRANSACTIONS SINCE LAST STATEMENT

Total Transactions (See Transaction Detail Section)                    +7,248.00

TOTAL BALANCE                                                              $7,248.00

CONTINUED ON NEXT PAGE

*Please detach the payment coupon and mail with your payment in the enclosed envelope to.*
*ST. PAUL TRAVELERS, CL & SPECIALTY REMITTANCE CENTER, HARTFORD, CT 06183-1008.*

6484428    2005080  5806   700 05V101

**Payment Coupon**   *Make checks payable to:* ST. PAUL TRAVELERS

BLANCHARD & CALHOUN INS
12TH & WASHINGTON ASSOC LTD

1450Y5064

Include Account Number on the check.

Change of Address?
Place an "X" here
Print changes on reverse side.

PAYMENT MUST BE RECEIVED BY
APRIL 10, 2005

ST. PAUL TRAVELERS
CL & SPECIALTY REMITTANCE CENTER
HARTFORD, CT 06183-1008

| TOTAL BALANCE |
|---|
| $7,248.00 |
| **MINIMUM DUE** |
| $3,630.00 |
| AMOUNT ENCLOSED |

993134353025353036344039393939500003630000072480011