Exhibit "E"

**October 21, 2005**

# WINN DIXIE
## Spartanburg, South Carolina



## BUILDING CONDITION ASSESSMENT
## FOR
## MECHANICAL, ELECTRICAL & STRUCTURAL SYSTEMS



ALTMAN ENGINEERING, Inc.
*INDUSTRIAL o COMMERCIAL o INSTITUTIONAL o GOVERNMENTAL*
SPARTANBURG — SOUTH CAROLINA

1

## Table of Contents

| Section | Description | Page |
|---|---|---|
|  | Table of Contents | 2 |
| I | Objective | 3 |
| II | Summary | 4 |
| III | Conclusions | 5 |
| IV | Recommendations | 8 |
| V | Discussion & Findings | 9 |
| VI | Appendix | 31 |

## SECTION 1 - OBJECTIVE:

Evaluate existing building conditions at the recently closed WINN DIXIE MARKETPLACE - Reidville Road, Spartanburg, S.C. to distinguish normal building usage deterioration from that resulting from deferred building maintenance.

## SECTION II - SUMMARY :

Site observations of building structural, mechanical and electrical systems indicated that the building has been poorly maintained and shows evidence of deteriorated conditions beyond that expected under normal building usage with periodic repairs and scheduled facility systems maintenance. Equipment that would have been expected to last a minimum of 15 to 20 years, was determined to have passed its useful life after 10 years of operation. Roof-top air conditioners were observed to have excessively dirty filters or no filters at all. The primary building air conditioner service records indicate that the equipment was last serviced on May of 2001.

Of special significance is that the building has been vacated in an unsafe condition. Electrical services have been "cut loose" from removed equipment leaving conduit with projecting power wiring of various voltages capped or in some cases taped at floor level. These wires often project above the floor (where reach-in freezers and coolers were located), drape off of walls in coils, or project from abandoned conduit into pathways. The unidentified power circuits have not been disconnected at the panel breakers and for the most part, the breakers were determined to be placed in the "on" position. The building has been left in an unsafe and unusable condition.

**SECTION III - CONCLUSIONS:**

The following conclusions were drawn from site visit observations:
1) The building has been vacated in an unsafe and unusable condition. Power wiring has been improperly terminated and circuits not disconnected or turned off at the power panel.

1) Building mechanical systems are in an advanced state of disrepair. The roof mounted central air conditioning system maintenance records indicate that the equipment has not be serviced since May of 2001. Filters appear not to have been changed frequently, fan belts are uniformly tensioned, and the fan cowl (located after the filters) is caked with dirt. The equipment curb of this unit was observed to be in a state of disrepair with ineffective caulking placed at the perimeter in an attempt to prevent water leakage into the building. The flashing is deteriorated and will require repair.

2) Insulation is deteriorated or fallen away from exposed refrigerant lines to an from the primary building air conditioner at roof level .Lines originally insulated no longer are insulated.

3) Self-contained zone air conditioners for the Deli, Pharmacy and Office are in disrepair. Site observations indicated that these units did not have filters installed in the unit filter section and the filter cover was dislodged and left open to atmospheric conditions. Convenience outlet covers were observed to be removed exposing the outlet to outside conditions, and the power disconnects were observed to be in a deteriorated condition. One unit's condensate piping discharged directly to the pitch pocket where the power conduit was routed through the roof.

4) A combination exhaust/make-up air unit was removed from the Southwest side of the roof area. The roof curb has been partially patched and power wiring supporting the unit left exposed on the roof. The roof penetration has not been properly sealed nor has the power wiring that fed the unit been properly terminated.

5) A combination exhaust/make-up air unit (similar to that referred to in Item #4 above) has component panels missing. No filters were observed to be installed on any of these units. The units are required by code to separate exhaust air from the intake air by at least 10 feet. With the panels missing, one of the systems operates in violation of the mechanical code.

6) The roof membrane is in need of repair. The built-up roof surfaces are intended to be sealed with a tar and gravel final finish. This covering has been "worn away" at many locations, especially near the rear of the building where all of the rain water is drained from the roof into gutters. Approximately 12" to 18" of the roofing near the gutters is clear of tar and gravel and shows evidence of cracking.

7) Exterior walls on the West and South (rear) sides show large accumulations of mold where roof drainage apparently overflows the gutter systems. The exterior wall coating was observed to be "flaking" and exposing the block surface.

8) The building has been vacated with an unsightly exterior slab with perimeter remnants of support elements for a an adjacent building space addition that was partially removed. The exterior wall has been closed with masonry yet the interface of the appendage "room" shows evidence of damage that will require repair.

9) Power wiring was left exposed at locations where equipment was removed.

10) Phone, computer and accessory wiring was observed to be cut at the location of conduit penetration to rooms. This cable will require removal or extensive work to identify and trace.

11) Ceilings throughout the facility are excessively dirty as a direct result of lack of maintenance. Dirt from within the building appears to have circulated through the air conditioning systems, supply diffusers and return air grilles and propagated to the ceiling areas during the recirculation process. Replacement of all ceiling tile will be necessary. Lighting fixtures and grilles must be cleaned.

12) Ductwork is excessively dirty due to the lack of filtering systems used. Before any ceilings or fixtures are cleaned and placed back into service, the ductwork and air handling equipment must be cleaned or the new ceilings and fixtures will be exposed to dirt carried from the interior surfaces of the ductwork.

13) Compressors supporting the coolers are leaking oil on the floor of the equipment mezzanine. A pool of oil has accumulated on the floor near the compressor installation.

14) Sales and cashier area floors are significantly damaged. It could not be determined if the damage was the result of fork truck traffic during removal of shelving and reach-in frozen food equipment or as a result of other means. In any event, floor tile is warped, dislodged, torn or absent at many locations. Areas beneath the sales coolers are excessively dirty, power conduits left exposed, and wires protruding from the conduit.

15) The following items/areas were determined to be left in relatively good condition:
   oo Front windows and store front doors
   oo Interior pipe racking and insulation at approximate 12' to 15' elevation.
   oo Electrical room switch gear and panels
   oo Restrooms (except for cleaning)
   oo Bakery water heater
   oo Bakery exhaust hood & fire suppression system
   oo Bakery oven (excessively dirty on heating side venting)
   oo Deli Smoker
   oo Deli Coolers
   oo Large (24'x22') Meat Cooler
   oo Food freezer (attached to rear of building)
   oo Dairy Cooler (attached to rear of building)
   oo Produce Cooler (attached to rear of building)

16) Many coolers remain in-place as with the supporting cooling equipment compressors and roof mounted condenser systems. This equipment is of value but will require a directed effort to sell and an especially significant work effort to remove. Some of the coolers penetrate exterior walls. Removal of this equipment will require masonry closure of the resulting exterior wall opening. The condensers at roof level are mounted on roof supports that will require closure or resealing after the roof mounted equipment is removed.

17) All equipment roof curbs were observed to be in need of repair due to exposure to the outside elements and sun. The curb flashing and sealing is cracking and appears at many locations to be leaking.

## SECTION IV - RECOMMENDATIONS

Recommendations for corrective actions necessary to prepare the building for a new tenant include the following items:

1) Immediately correct hazardous electrical conditions (projecting conduit and power wiring termination, disconnection of unused circuits at the panel boards, and removal of projecting receptacles not scheduled for re-use in the foreseeable future). <u>This is a safety and liability issue.</u> All power cables and circuits must be properly terminated in conformance with the electrical code. (All power cables must terminate properly in an approved electrical box and the circuit breaker laced in the "off" position, or the wiring is to be pulled (removed) back to the circuit panel and disconnected from the breaker. Remove power wiring and recess conduit floor projections to below finished floor. Re-establish finished floor by toweling concrete repair finish.

2) Make provisions to clean <u>interior</u> of all ductwork prior to cleaning supply diffusers, grilles replacing ceiling tile or cleaning ceiling lighting fixtures. Ductwork is sufficiently dirty that cleaning or replacing these other items will only require that the items be cleaned or replaced again.

3) Subsequent to cleaning ductwork, clean all lighting fixtures, replace lamps and clean diffusers and grilles.

4) Clean and service the primary building self-contained air conditioner unit. This unit is equipped with electric heating elements necessary to heat the building. If refrigerant compressors previously used for the coolers are not expected to be re-used, remove the heat reclaim refrigerant piping routed over the roof to the packaged air conditioner, patch and seal all penetrations. (Note that the heat reclaim coil should be left intact with the unit for potential re-use at a later date.

5) Replace the two 2-ton cooling capacity self-contained roof top units (one originally serving the front office, customer service and pharmacy areas, and the other previously serving the employee break area and development center at the rear of the building).

6) Upgrade the roof to correct identified deficiencies. Re-flash and re-establish curb weather proofing on all equipment, supports, piping and conduit penetrations of the roof. Correct drainage overflow areas at gutters to eliminate overflow areas at gutters to eliminate overflow to exterior walls.

7) Re-caulk all building exterior wall expansion joints where caulking has deteriorated. Use flexible sealant such as GE Silicone II 25 year sealant/caulk, color to match adjacent space.

8) Weather seal all doors (front, rear personnel doors, dock doors, electrical room doors, mechanical room door and crane rail access panel door openings.

9) Service all exhaust air and make-up air fans remaining on the roof (grease/oil and replace fan belts.

10) Clean all occupied space floors and walls (sales area, mechanical room, restrooms, offices, service areas, former bakery area, etc.)

11) Pressure clean and wash all exterior wall surfaces, remove mold, seal, prime and final paint coat all exterior wall surfaces of the building (front, back and sides).

## SECTION V - DISCUSSION & FINDINGS:

The Winn Dixie facility, presently in a state of closure, occupies a floor plan area of approximately 44,000 square feet, all under one roof. The building is equipped with a two rear loading dock areas (one designated for receiving, the other for miscellaneous merchandise), processing and storage areas, complete with supporting electrical and mechanical equipment and machine areas. The building is air conditioned with three independent air conditioners, i.e. a large (66 ton cooling capacity) roof-ton air conditioner serving the sales areas, rear receiving, deli, produce and meat processing areas. Two other smaller packaged roof top units (each one 2 ton nominal cooling capacity) served respectively, the front area offices and pharmacy, and the rear employee development & break areas. Toilet exhaust fans, exhaust hood fans, and make-up air systems remain on the roof.

A preliminary site walk through was made on September 28, 2005 during the final days of tenant equipment removal and store clearance. During this walk-through, Mr. Lance Wilhite of the Gordon Brothers Group (GB Fixed Asset Solutions, LLC) escorted us through the facility while his workers proceeded to tear-out and remove sales area exposed coolers, freezers and fixtures. All lights and utilities were in full operation at this time. The removal process appeared to be performed in a somewhat panicked state in that fork trucks were feverously demolishing everything in sight and transporting the components to a large portable trash bin in the rear parking lot of the building. During the walk-through we were asked not the take pictures "because the pictures would not reflect the condition of the building after the demolition was completed and the facility vacated." In retrospect, pictures should have been taken at that time since all power and water services had been terminated and shut off prior to our "approved entry" to the building after the tenant had vacated the premises. Observations made subsequent to that first visit, after the utilities were shut off, were made in a dark, pitch black environment with flashlights. The photos taken during this authorized entry were taken in the this dark environment with camera flash assistance.

### Building Observations: Structure, Mechanical & Electrical Related

Building observations are classified by area and type in the following paragraphs with accompanying photographs to more accurately depict existing conditions. Specifically, the observations are divided into the following areas:

 o Building Condition Related to Deferred Maintenance for the following categories
   oo Building Structure (Exterior and Interior Walls, Roof, etc.)
   oo Building Mechanical Equipment Related
   oo Building Electrical Related

 o Building Condition Related to Demolition Procedures while Evacuating the Facility
   oo Mechanical Systems
   oo Electrical Systems

**Building Structure: Exterior Walls**
Building observations are classified by area and type in the following paragraphs with accompanying photographs to more accurately depict existing conditions. The building exterior presents a rather dingy uninviting image due to the lack of cleaning or painting of the exterior surfaces. Photographs 1, 2 & 3 show the front entry area of the building. The front elevations show streaking of the exterior wall surfaces. The exterior surfaces are porous and retain airborne contaminants that later streak when wetted. Close observations further confirmed that no attempt had been made to clear or otherwise neutralize the apparent dirty surfaces.



Figure 1
North Elevation – Front Entry



Figure 2
Sidewalk Entry at Front of Building



Figure 3
Front Entry Marquee

11

The building exterior side walls and rear of show evidence of deteriorated paint coatings. Figure 4 illustrates exterior wall surfaces near the rear loading dock area. The discolorations to the left of this photo is caused by drainage water bypassing the gutters and running down the exterior wall surfaces. Figure 5 is a photograph of mold accumulation and staining on the opposite side of the building near the electrical room entrance.



Figure 4
Exterior Wall Coating Deterioration- Rear Loading Dock



Figure 5
Exterior Wall Coating Deterioration - Electrical Room Entry

12

The exterior walls appear to be structurally sound, without foundation settlement, settlement cracks or physical damage except where outside structures have been removed and wall penetrations patched. Figures 6 & 7 show the West wall of the facility



Figure 6
Exterior Wall Adjacent of Winn Dixie
(Behind Check Cashing)



Figure 7
West Wall - Structure Removed
(Behind Check Cashing Store)



Figure 8
East Side Loading Dock Area
(one of two loading docks)

13

### **Building Structure: Roof Areas**

Building roof areas were observed to be in need of repair since considerable stone has been washed away exposing the upper membrane. Although the membrane appears to be intact, the action of the stone to reduce the water velocity and scrubbing of roof surfaces is compromised without the stone over all surfaces. The roof slopes from front to back of the building and discharges considerable water at the eave trough entries. It is at the eave trough entry that the most exposure is made to roof surface...that being where the largest volume rate of water is discharged. Figures 9 & 10 show areas most affected by the eroding effect of frequent and extended roof storm water discharges. Certain other locations on the roof were observed to have insufficient stone cover.

 

Figure 9
Mezzanine Roof - Rear of Building
Eroded Roof Stone Cover at Gutters

Figure 10
Main Roof - Rear of Building
Eroded Roof Stone Cover at Gutters

The roof surface and equipment curb flashings to the roof are in a state of disrepair that will require immediate attention to correct. During the site visit several photographs were taken of exposed areas of the roof where stone has washed away, and of the curbs that display a "cracking and separation" of the roofing. Figures 11, 12, 13 and 14 illustrate the deteriorating condition of the roof system and curb interfaces with the roof. Although the condition may be attributed to an expected normal wear, the roof should be maintained on a regular basis and not left to deteriorate to an unusable condition.



Figure 11
Main Roof - Center of Building
Thinning Roof Stone Cover
(Photo Illustrates need for roof maintenance)



Figure 12
Main Roof - Center of Building
Eroded Roof Stone Cover at Isolated Locations
(Photo illustrates need for roof maintenance)



Figure 13
Equipment Curb Flashing Deteriorated
(typical of all curb interfaces with roof)

Figure 14
Conduit Pitch Pocket
(Photo illustrates cracking & separation of
pitch at interface with conduit requiring
maintenance to re-establish weather seal)

15