## Building Interior

Observations within the building indicated that interior partitions and wall signage remained in various states of disrepair due to demolition of shelving and removal of equipment. Drop ceiling areas within the deli area remain partially supported where the deli cooler was removed (Figure 15), and gypsum board wall covering torn where conduit was pulled though the wall during equipment removal (Figure 16). Figure 17 shows the condition of the West wall of the building in the vicinity of the produce section. This wall , although needing work, is in relatively good condition.



Figure 15
Drop Ceiling Left Partially Supported
Where Deli Cooler Removed





Figure 16
Conduit Pulled Though Wall
(Damage Occurring During Demolition)

Figure 17
Existing Wall Covering Partially Intact

## Building Interior - Ceilings & Supply Air Grilles

Building ceilings were observed to the dirty near supply air diffusers as a result of the lack of maintenance of the mechanical equipment to maintain filter changes. Figure 18 illustrates the condition of the ceiling areas near the air conditioning diffusers and grilles throughout the facility. At other locations away from the diffusers and grilles, the ceilings appeared to be in good condition. Replacement dirty tile would appear to be an immediate solution; however, the dirt covers the internal surfaces of the supply air ductwork such that even though the ceiling tile may be replaced they will shortly return to the state they are in unless the ductwork is cleaned internally.



Figure 18
Dirty Ceilings Near Diffusers

## Building Interior - Floors

The sales floor tile near the locations of removed reach-in coolers and freezers were observed to display excessive damage, primarily the result of the equipment removal process. During the initial site visit, prior to tenant turn-over, fork trucks were feverously tearing out equipment that included the reach-in coolers and freezers. The floor damage shown on Figures 19 and 22 is the result of the fork truck movements. Figures 20 and 21 further show dirty floors exposed beneath the equipment removed and at the cashier check-out locations.



Figure 19
Floors Near Reach-in Coolers



Figure 20
Floors Near  Check-out Counters



Figure 21
Floors Near Check-out Counters
(Photo Illustrates Condition of Floors after Tenant Vacated Premise)



Figure 22
Floor Damage Near Reach-in Coolers (Typical)

**Building Mechanical: Mechanical Equipment**

Building mechanical systems were determined to be in poor condition. Observations of the self-contained roof located units (Figures 23, 24 and 30) indicate that they have been infrequently serviced. Even the most basic of service related activities was not performed. Some of the units did not have filters in place and most appear not have filters installed for extended periods of time as evidenced by the dirt on supply air diffusers, return air grilles, ceiling tile and lighting fixtures. Insulation was observed to have fallen away from many of the refrigerant lines on the roof. Figure 24 is a photograph of the primary self-contained, packaged air conditioner. This unit serves cooling and heating needs for the sales and rear storage areas. Observations and inspections made within unit using access doors show that the unit has not been maintained since May of 2001 (refer to Figure 28). The filters, appear to have been changed infrequently and were dirty at the time of the site visit (Figures 25 and 26). The fan cowling shown in Figure 27 (downstream of the filters) was equally dirty. One of the fan drive belts (also shown in this figure) appears to be loose and the others questionably tensioned. The unit has not been well maintained.



Figure 23
Roof Mounted 2-ton Cooling Capacity York Air Conditioner
(Unit Air Conditions Employee Development Center Below)
(This unit and similar unit at front office are in poor condition)
(Filters have been permanently removed from both units and condensate
discharges directly over the power conduit penetration to the roof)



Figure 24
Building Primary Packaged Air Conditioner
(Refrigeration Section to Right, Filter Section at Middle & Fan Section at Left
(Heat reclamation refrigeration piping shown at foreground with deteriorated insulation)



Figure 25
View of Filters
(Photo Shows Dirty Filters)



Figure 26
Filter Bank Access Door Open
Revealing Dirt on Access Door



Figure 27
Main Air Roof Top Air Conditioner
Dirt on Fan Cowling & Loose Belting
(Photo illustrates dirt accumulation on equipment downstream of filters and loose belting)



Figure 28
Primary Air Condition Maintenance Log
(Indicating Last Service of May 2001)
Maintenance Log Located Inside of Unit

The condition of heat reclaim refrigerant lines and insulation exterior to the primary air handler is poor. Most of the insulation has been stripped from the lines or fallen away as shown in Figure 29. This condition is unacceptable and is representative the attention devoted to maintaining equipment. The ability of the equipment to adequately reclaim heat is questionable since the refrigerant lines are all be stripped of insulation.

Figure 29
Insulation Stripped from Refrigerant Lines
Cooler Compressor Heat Reclaim/Recovery System
(Used to supplement building heat during winter)
Primary Packaged Air Conditioner at Roof Level

(Note the packaged air conditioner is self-contained with electrical heating elements used for building occupied space heating. The heat reclaim provisions are used to recovery heat developed in the cooler refrigeration compression process to 1) preheat domestic water and 2) to provide an accessory heat to reduce electrical heating requirements for the occupied spaces)

22

Other mechanical equipment located on the roof was observed to be in equally poor condition. Two packaged two-ton capacity air conditioners (Figures 23 dedicated for employee development and break to the rear of the building, and Figure 30 dedicated to the office, pharmacy and customer service areas) were inspected and determined to have had the filters permanently removed. Inspections of the grilles and ceiling areas served by these units further confirmed that the units did not operate with filters and no filter grilles were provided. Figure 16 illustrates the condition of the unit used for the pharmacy/office areas.



Figure 30
Deteriorated Condition Two Ton Capacity Unit
Used for Pharmacy & Managers Offices
(Unit Was Lacking Filters & No Filter Grilles Provided in Occupied Space)



Figure 31
Service Outlet Exposed & Condensate
Discharges to Power Supply Pitchpocket



Figure 32
Filter Panel Dislodged & Filter
Permanently Removed

Cooler related mechanical equipment left in-place on the mezzanine level mechanical equipment room and roof levels (compressor installation shown in Figures 33, 34 and 35) is considered of significant value. Attempts should be made to recover market value for this equipment which may be significant. The equipment must however be placed in marketable condition meaning that it will require disconnection, proper sealing and storing at a location that can be easily transported. The equipment includes multiple compressors and remote roof mounted condensers. It is to be emphasized that the equipment must be properly disconnected, refrigerant and oil ports sealed and projecting controls, sensors and valves protected. Damage to any of these items will greatly reduce its value. At the present time this equipment appears to be in "good" condition, although there is an oil leak that has propagated to the floor. This was an apparent maintenance item that surely was present during the functioning of the Winn Dixie store that was not addressed. As long as the equipment is not energized prior to fixing the leaks the equipment damage should be minor. If abandoned for long periods of time the oil leak could become an issue that may leak to the lower level of the building. Figures 34 and 35 show this equipment and the present oil leak to the floor.



Figure 33
Mechanical Room Cooler Compressor Installation





Figure 34
Cooler Compressor Installation at Mezzanine

Figure 35
Compressor Oil Leak in Mechanical Room

## Building Electrical

Record plans dated 2-14-93 show electrical requirements specifically for WINN DIXIE. An overview of the electrical system reveals generally what would be expected for an eleven or twelve year old food store facility. The condition of the electrical equipment is and wiring generally is good. Since electrical power was not available, check out and operation of the remaining equipment and wiring was not an option. The lighting system appears to be in good condition; however, lamps and ballasts may or may not be good. The general area lighting arrangement is shown in Figures 36 and 36a.





Figure 36 &36a
Sales Area Lighting Arrangement

The electrical system is fed from a 500 KVA, 208Y/120 Volt pad mounted transformer located on the Southwest (rear) corner of the building. The service and switchboard is 3000 Amp, 208Y/120 Volt with circuits feeding panel boards and other specialty equipment. There appears to be sufficient electrical equipment and feeder wiring to provide power for most any tenant; however, modification of the facility will be required to meet the requirements of any new tenant.  Refer to Figures 37, 38, 39 and 40, showing a sample of the electrical distribution and branch circuit equipment. There is a considerable amount of wiring still in-place for compressors feeding coolers and freezers previously used for food preservation.





Figure 37
Electrical Switchgear

Figure 38
Electrical Switchgear

Figure 39
Electrical Switchgear

**Building Electrical, cont'd**



Figure 40
Electrical Distribution Breaker Panels
Located in Electrical Room

General Maintenance of Equipment

Generally, the electrical equipment used does not require a great deal of maintenance. The lighting system is an exception. Lamps should be replaced on a routine basis usually accompanying a good cleaning of the lighting fixture lens and housing. The existing fixtures have a substantial accumulation of dirt. Without power, the operability of the lamps and ballasts could not be determined. Several of the power disconnects at the HVAC equipment were observed to show evidence of corrosion. Receptacles for checkout equipment (located under the check-out counters) are excessively dirty and can be considered hazardous. Refer to Figure 41, showing the condition of checkout area receptacles.

Condition of Electrical System after Removal of Fixtures

There was very little effort expended to remove wiring for WINN DIXIE fixtures or equipment that was removed. Generally, the wiring was "cut loose" at the equipment and taped (or wire nuts attached to the end wiring terminals), with wires left hanging loose in most cases. (Refer to Figures 42, 43, 44, 45, 46, 47, and 48 attached illustrating the condition of power wiring left exposed.

Wiring generally was not disconnected from the panelboard breakers. Some breakers remained in the "on" position, and some were turned "off". Conduit stubs from floors, walls, and ceilings were left dangling with wiring hanging loose.

Breakers should have been turned off and wiring to the removed equipment should have been removed. Exposed conduit should have been removed. Conduit stubs from the floor should have been cut and properly covered at the floor leaving a smooth and finished floor.

Telephone and data cables were cut loose and abandoned where the equipment was removed. Refer to Figures 49, and 50. Showing exposed data and telephone conduit and wiring.

Fire Alarm System & Power Panel Boards

The fire alarm system could not be tested due to the absence of power. Observations at the mezzanine level indicated that a panel board cover was dislodged and not securely attached. The cover should have been repaired as an item of normal maintenance. Refer to Figure 51 showing this panel.



Figure 41
Check-out Area Receptacles

 

Figure 42
Exhaust Fan/ Makeup Air Assembly
Temporarily Patched Roof Curb

Figure 43
Power Wiring Conduit with Exposed Wiring
Wiring Not Properly Terminated

 

Figure 44
Exposed Conduit & Wiring at Floor
(Sales Floor Area Exposed Wiring)

Figure 45
Exposed Conduit at Reach-in Cooler Location
(Wiring Improperly Terminated)





Figure 46
Exposed Electrical Wiring (at Head Level)

Figure 47
Exposed Communication Wiring





Figure 48
Equipment Control Panel Disconnected

Figure 49
Receptacle & Data Cables



Figure 50
Telephone Panel



Figure 51
Electrical Panel on Mezzanine Dislodged
(Panel Face Not Attached Securely to Panel Case)

**<u>APPENDIX</u>**

# RESUME

**WILLIAM A. ALTMAN**

ALTMAN ENGINEERING
402 Rainbow Lake Road
Boiling Springs, S.C. 29316

## QUALIFICATION SUMMARY

Registered Professional Engineer with Masters Degree in Mechanical Engineering and forty years experience in design and equipment specification of industrial, commercial, institutional and governmental construction projects. Design professional qualified and experienced in mechanical and structural design. In responsible charge of development of project construction plans, calculations, design and selection of equipment.

## EXPERIENCE:

1978 to Present: Engineer/Owner, **Altman Engineering, Inc., Boiling Springs, S.C.**
Project acquisition, development and execution. Responsible for all aspects of project including engineering design and calculations, preparation of specifications, personnel supervision, AutoCAD drafting and final presentation to the owner representative. Project work ranged from direct governmental work with the U.S. Navy and Polaris Missile Facility in Charleston, S.C., to local facility engineering design support for industrial, commercial and institutional applications. Work included Mechanical (HVAC & Steam Systems), Plumbing and Structural systems design.

1974 to 1978, Mechanical Engineer, **Lockwood Greene Engineers, Inc.** Spartanburg, S.C.
Project mechanical systems design and supervision.  Work entailed project organization, scheduling, manhour estimates and technical evaluation, mechanical systems design, assessment and application of process equipment. Depending upon project complexity, responsibilities ranged from direction and supervision of project personnel to preparation of calculations, plans and specifications. Responsible for selection and layout of mechanical system design requirements including preparation of detailed piping and equipment specifications for steam, compressed air, plumbing and waste treatment systems. Prepared  feasibility and system evaluation studies.

1965 to 1974, Analyical Design Engineer, **General Electric Company**, Evandale, Ohio.
Design of aircraft engine exhaust system flow paths and nacelle contours to minimize internal pressure losses and external drag. Responsible for development of engine forward/ reverse thrust and performance flow coefficients used to qualify air craft for flight worthiness. Coordinated model and full scale engine tests for subsequent aircraft flight certification performance correlations of the CF6 and SST aircraft engines.

1967 to 1969, Systems Engineer, **The Boeing Company,** Cape Kennedy, Florida
Saturn V system assessment of cryogenic, pneumatic, hydraulic and propellant systems for proper design and functional compatibility during pre-launch operational environments. Provided assessment reports to NASA representatives for incorporation into pre-launch and launch systems design.

1965 to 1967, Analytical Design and Experimental Research Engineer, **Pratt & Whitney Aircraft,** East Hartford, Connecticut/North Palm Beach Florida.
Analytical design and test of aircraft engine compressor systems. Tested and evaluated RL-10 rocket engine liquid oxygen pump cavitating characteristics for improving performance. Organized test programs to evaluate design influence parameters on overall aircraft engine performance for the JT9-D jet engine used on the Boeing 747 and Lockheed L-1011 air bus.

## MULTI-STATE PROFESSIONAL REGISTRATION:

Registered Professional Engineer in States of South Carolina, Ohio, Florida, Georgia, Tennessee, North Carolina, Virginia, Mississippi, Kentucky, Virginia, Alabama, and Louisiana.

## EDUCATION:

Bachelor Degree in Mechanical Engineering, 1965, University of Florida
Masters Degree in Mechanical Engineering, 1969 University of Florida

## RESUME

**HUBERT L. JENKINS**

JENKINS ENGINEERING
1319 Henderson Road
Chesnee, S.C. 29323

**QUALIFCATION SUMMARY:**
Registered Professional Engineer with BEE (Bachelor of Electrical Engineering) Degree in Electrical Engineering and 46 years experience in design and equipment specification of industrial, commercial, institutional and governmental construction projects. Design professional qualified and experienced in electrical design and supervision. In responsible charge of development of project construction plans, calculations, design and selection of equipment.

**EXPERIENCE:**
1989 to Present: Private Practice as Electrical Engineer, Chesnee, S.C.
Project acquisition, development and execution of all in-house projects. Responsible for all aspects of projects including electrical engineering design and calculations, preparation of specifications, drawings and bidding documents for construction projects. Projects obtained directly from owner and as subcontracts from Architects, Food Chains, Motels, Contractors and other Engineers. Included in these projects were banks, restaurants and schools, churches, food stores, food processing facilities, industrial plants, and local governmental facilities.

1984 to 1989: Electrical Engineering Partner, EME Associates, Inc. located in Chesnee, S.C. and Spartanburg, S.C.
Worked with Mechanical Engineering partner to perform electrical engineering projects similar to current projects now performed in private practice.

1959 to 1984: Electrical Engineer , Lockwood Greene Engineers, Inc., Spartanburg, S.C.
Progressed from "Junior Engineer" to "Engineer" to "Assistant Department Head", to "Group Leader" on major projects. Work included project design, supervision, checking and approval of design documents. Work included feasibility studies, conceptual design and coordination with other systems design. Responsible for inspection of facilities installed by contractors.

1962: Leave-of-absence from Lockwood Greene Engineers, Inc.
Attended 10 week Officer Candidate School in Fort Benning, Ga.  Commissioned as 2nd Lt in the NC Army National Guard.

1958 to 1959: U.S. Naval Weapons Station, Yorktown, Va.
Junior engineer responsible for testing and preparing test procedures for testing underwater mines.

1959: Active Military Duty at Fort Knox, Kentucky & Fort Bliss, Texas while member of Virgina National Guard
Basic military training and Nike Ajax Missile Training.

**MULTI-STATE PROFESSIONAL REGISTRATION:**
Registered Professional Engineer in States of South Carolina, North Carolina, Virginia, Tennessee, Kentucky, Pennsylvania, Illinois, Michigan, Massachusetts, Indiana, Maryland, Ohio, Mississippi, Georgia, Alabama, Florida, Louisiana, Arkansas, Texas, Kansas, California, Washington State. Also a member of  NCEE.

**EDUCATION:**
Bachelor of Electrical Engineering Degree, 1958, NC State University