UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817-3F1 |
| | ) |
| **WINN-DIXIE STORES, INC.** | ) Chapter 11 |
| | ) (Jointly Administered) |
| Debtor. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### FOR CREDITOR, BAXLEY ZAMAIGAS (STORE #133)

Ronald B. Cohn, as attorney for Creditor, Baxley Zamaigas (Store #133), hereby withdraws his Notice of Appearance for said creditor and requests that his name be removed from the mailing matrix for all matters in the above-styled proceeding.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2005, I served a copy of the foregoing via first-class mail, postage prepaid, and electronic mail, upon the following:

D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
cjackson@smithhulsey.com

                                        ARNSTEIN & LEHR, LLP
                                        1110 N. Florida Avenue (33602)
                                        Post Office Box 3424
                                        Tampa, Florida 33601-3424
                                        (813) 254-1400
                                        Attorneys for Baxley Zamaigas

                                        Ronald B. Cohn, Esquire
                                        Florida Bar #599786