|  |  |
|---|---|
| In re ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIES STORES, INC., et al., ) |  |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                          )   SS.
COUNTY OF NEW YORK  )

Ronald Cappiello, being duly sworn, deposes and says:

1. Deponent is not a party to the action and is over 18 years of age.

2. On October 31, 2005, I caused to be served true copies of **Motion To Quash Subpoena Duces Tecum And For Protective Order**, dated October 31, 2005, by first-class, United States mail upon the parties listed below at their last known address:

| | |
|---|---|
| Adam Ravin, Esq. | Cynthia C. Jackson, Esq. |
| Skadden Arps Slate Meagher & Flom, LLP | Smith Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY | Jacksonville, FL 32201 |
| | |
| Elena L. Escamilla, Esq. | Dennis F. Dunne, Esq. |
| Office of the United States Trustee | Milbank, Tweed, Hadley & McCloy LLP |
| 135 W. Central Boulevard | 1 Chase Manhattan Plaza |
| Orlando, FL 32801 | New York, NY 10005 |

2

| | |
|---|---|
| John P. Macdonald, Esq.<br>Ackerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 | Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtreet Street, Suite 2400<br>Atlanta, GA  30308 |

Douglas D. Chunn, Esq.
Douglas D. Chunn, P.A.
One Independent Drive, Suite 3201
Jacksonville, FL  32202


Dated:  New York, New York
　　　　October 31, 2005


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/Ronald Cappiello
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ronald Cappiello

Sworn to before me this
31st day of October, 2005

/s/Gurnel Jean-Louis
　　　Notary Public
**GURNEL JEAN-LOUIS**
**Notary Public, State of New York**
**No. 01JE6016979**
**Qualified in Queens County**
**Commission Expires Nov. 30. 2006**

Affdvt Svce Quash Supoena.doc　　　　　　2