# UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
Winn-Dixie Stores, Inc.

Case Number –3-05-bk-3817-3F1

Debtor(s)
Adversary Number - N/A

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: 09/09/05

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Winn-Dixie Stores, Inc.
Attorney:    Cynthia C. Jackson, 225 Water St., Ste 1800, Jacksonville, FL 32202
             Sally McDonald Henry, Four Times Square, New York, NY 10036

Appellee(s): Old Dixie Produce & Packaging, Inc.
Attorney:    Nicholas V. Pulignano, Jr., 1200 Riverplace Blvd., Ste 800, Jacksonville, FL 32207

**Title and Date of Orders Appealed** - Order Sustaining Objection of Old Dixie Produce & Packaging, Inc. to Debtors' Report Regarding its Claim under the Perishable Agricultural Commodities Act entered August 30, 2005

Items included in transmittal pursuant to F.R.B.P. 8003(b):

| | |
|---|---|
| (X) Notice of Appeal | ( ) Any Answers(s) |
| (X) Designation in Appeal of Appellant | (X) Transcripts |
| ( ) Designation in Cross Appeal | ( ) Exhibits |
| ( ) Other: | |

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County    Date October 28, 2005    By: Cathy Perkins

District Court Case Number    3:05-cv-1112-J-16TEM

3983