UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In Re:                                          Chapter 11

WINN DIXIE STORES, INC., et al.,                Case No. 05-03817-3F1

Debtors                                         (Jointly Administered)

_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE QUESTIONNAIRE

**COMES NOW** the following CLAIMANTS, by and through undersigned counsel, and respectfully request an Extension of time submit questionnaire, and as grounds therefore would show:

1.     Due to Hurricane Wilma and the hardships caused in its aftermath,  an extension of thirty (30) days is requested in which to submit the completed Questionnaire for Litigation Claimants.

| CLAIMANT | CLAIM NO. |
|----------|-----------|
| **CAROL BELANGER** | **Claim No. 2234** |
| **MULHOUSE LEGERME** | **Claim No. 1508** |
| **ROSARIO CHILDRESS** | **Claim No. 1523** |
| **GLOVER CORNEILLE (Minor)** | **Claim No. 1395** |

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by fax and U.S. mail to **JAMES H. POST, ESQ.,**  225 Water Street, 1800 Wachovia Bank Tower, Jacksonville, FL 32202, this 28th day of October, 2004.

ROBERT P. DiSTEFANO, P.A.
Attorney for Claimants
7471 West Oakland Park Boulevard
Suite 106
Fort Lauderdale, Florida 33319
(954) 572-8000

By: _____
ROBERT P. DiSTEFANO
FBN 437761