UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors | (Jointly Administered) |

## NOTICE OF FILING

**COMES NOW** the following Claimants, by and through undersigned counsel, and files this Notice of Filing **Letter to Logan & Company, Inc., Claims Agent re: Extension of Time to Submit Questionnaire,** a copy of which is attached hereto and made a part hereof, to wit:

| | |
|---|---|
| **CAROL BELANGER** | **Claim No. 2234** |
| **MULHOUSE LEGERME** | **Claim No. 1508** |
| **ROSARIO CHILDRESS** | **Claim No. 1523** |
| **GLOVER CORNEILLE (Minor)** | **Claim No. 1395** |

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by fax and U.S. mail to **JAMES H. POST, ESQ.**, 225 Water Street, 1800 Wachovia Bank Tower, Jacksonville, FL 32202 and **KATE LOGAN**, Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 070403, this 28th day of October, 2004.

ROBERT P. DiSTEFANO, P.A.
Attorney for Claimants
7471 West Oakland Park Boulevard
Suite 106
Fort Lauderdale, Florida 33319
(954) 572-8000

By: _____
ROBERT P. DiSTEFANO
FBN 437761

*Law Offices of*

# ROBERT P. DiSTEFANO, P.A.

ROBERT P. DiSTEFANO
JARED BOSSOLA
FRED DeBERARDINIS*
RICHARD A. RUHL*

*OF COUNSEL

SUITE 106
7471 WEST OAKLAND PARK BOULEVARD
FORT LAUDERDALE, FLORIDA 33319

BROWARD (954) 572-8000
PALM BEACH (561) 364-9444
TELEFAX (954) 572-7895

PRACTICE LIMITED TO:
TRIAL PRACTICE
PERSONAL INJURY
WRONGFUL DEATH
CRIMINAL LITIGATION
AVIATION LITIGATION
PRODUCTS LIABILITY
MEDICAL MALPRACTICE
NURSING HOME ABUSE

October 28, 2005

**VIA FAX (973) 509-3191**

Ms. Kate Logan
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 070403

Re:    *Proof of Claim No.*    :    *1395*
       *Claimant*              :    *Glover (Minor) Corneille*
       *Entity*                :    *Winn-Dixie Stores, Inc.*
       *Sedgwick Claim No.*    :    *A211201722-0001-01*
       *Date of Incident*      :    *2/8/02*

Dear Ms. Logan:

Please be advised that this firm represents the above referenced claimant.

Due to Hurricane Wilma, we are unable to have our client complete the Questionnaire for Litigation Claimants by the November 1, 2005 date. Therefore, we are requesting an extension of 30 days to complete said form.

Thank you for your cooperation in this matter.

Very truly yours,

Robert P. DiStefano

RPD/alb
cc: Stephanie Knight, Sedgwick CMS via fax (904) 419-5365
    U.S. Bankruptcy Court

*Law Offices of*
# ROBERT P. DiSTEFANO, P.A.

| | | |
|---|---|---|
| ROBERT P. DiSTEFANO<br>JARED BOSSOLA<br>FRED DeBERARDINIS*<br>RICHARD A. RUHL*<br><br>*OF COUNSEL | SUITE 106<br>7471 WEST OAKLAND PARK BOULEVARD<br>FORT LAUDERDALE, FLORIDA 33319<br>-------------<br>BROWARD (954) 572-8000<br>PALM BEACH (561) 364-9444<br>TELEFAX (954) 572-7895 | PRACTICE LIMITED TO:<br>TRIAL PRACTICE<br>PERSONAL INJURY<br>WRONGFUL DEATH<br>CRIMINAL LITIGATION<br>AVIATION LITIGATION<br>PRODUCTS LIABILITY<br>MEDICAL MALPRACTICE<br>NURSING HOME ABUSE |

October 28, 2005

**VIA FAX (973) 509-3191**

Ms. Kate Logan
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 070403

*Re:*   ***Proof of Claim No.***   :   *1523*
          ***Claimant***                  :   ***Rosario Childress***
          ***Entity***                      :   ***Winn-Dixie Stores, Inc.***
          ***Sedgwick Claim No.*** :   *A311213371*
          ***Date of Incident***       :   *10/4/03*

Dear Ms. Logan:

Please be advised that this firm represents the above referenced claimant.

Due to Hurricane Wilma, we are unable to have our client complete the Questionnaire for Litigation Claimants by the November 1, 2005 date. Therefore, we are requesting an extension of 30 days to complete said form.

Thank you for your cooperation in this matter.

Very truly yours,

Robert P. DiStefano

RPD/alb
cc: Yolanda Davis, Sedgwick CMS via fax (904) 419-5365
    U.S. Bankruptcy Court

*Law Offices of*

# ROBERT P. DiSTEFANO, P.A.

ROBERT P. DiSTEFANO
JARED BOSSOLA
FRED DeBERARDINIS*
RICHARD A. RUHL*

*OF COUNSEL

SUITE 106
7471 WEST OAKLAND PARK BOULEVARD
FORT LAUDERDALE, FLORIDA 33319
———
BROWARD (954) 572-8000
PALM BEACH (561) 364-9444
TELEFAX (954) 572-7895

PRACTICE LIMITED TO:
TRIAL PRACTICE
PERSONAL INJURY
WRONGFUL DEATH
CRIMINAL LITIGATION
AVIATION LITIGATION
PRODUCTS LIABILITY
MEDICAL MALPRACTICE
NURSING HOME ABUSE

October 28, 2005

**VIA FAX (973) 509-3191**

Ms. Kate Logan
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 070403

Re:   *Proof of Claim No.*   :   *1508*
      *Claimant*              :   *Mulhouse Legerme*
      *Entity*                :   *Winn-Dixie Stores, Inc.*
      *Sedgwick Claim No.*   :   *A3112121-0001-01*
      *Date of Incident*     :   *9/13/03*

Dear Ms. Logan:

Please be advised that this firm represents the above referenced claimant.

Due to Hurricane Wilma, we are unable to have our client complete the Questionnaire for Litigation Claimants by the November 1, 2005 date. Therefore, we are requesting an extension of 30 days to complete said form.

Thank you for your cooperation in this matter.

Very truly yours,

Robert P. DiStefano

RPD/alb
cc: Yolanda Davis, Sedgwick CMS via fax (904) 419-5365
    U.S. Bankruptcy Court

*Law Offices of*

# ROBERT P. DiSTEFANO, P.A.

ROBERT P. DiSTEFANO
JARED BOSSOLA
FRED DeBERARDINIS*
RICHARD A. RUHL*

*OF COUNSEL

SUITE 106
7471 WEST OAKLAND PARK BOULEVARD
FORT LAUDERDALE, FLORIDA 33319

BROWARD (954) 572-8000
PALM BEACH (561) 364-9444
TELEFAX (954) 572-7895

PRACTICE LIMITED TO:
TRIAL PRACTICE
PERSONAL INJURY
WRONGFUL DEATH
CRIMINAL LITIGATION
AVIATION LITIGATION
PRODUCTS LIABILITY
MEDICAL MALPRACTICE
NURSING HOME ABUSE

October 28, 2005

**VIA FAX (973) 509-3191**

Ms. Kate Logan
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 070403

Re:  *Proof of Claim No.*   :   2234
     *Claimant*             :   *Carol Belanger*
     *Entity*               :   *Winn-Dixie Montgonery, Inc.*
     *Sedgwick Claim No.*   :   *A411213041-0001-01*
     *Date of Incident*     :   *9/9/04*

Dear Ms. Logan:

Please be advised that this firm represents the above referenced claimant.

Due to Hurricane Wilma, we are unable to have our client complete the Questionnaire for Litigation Claimants by the November 1, 2005 date. Therefore, we are requesting an extension of 30 days to complete said form.

Thank you for your cooperation in this matter.

Very truly yours,

Robert P. DiStefano

RPD/alb
cc: Yolanda Davis, Sedgwick CMS via fax (904) 419-5365
    U.S. Bankruptcy Court