## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    Case No.:  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          Chapter 11

     Debtors.

_____/

### CERTIFICATE OF SERVICE

I, Amy E. Lowen, an attorney with the firm of Greenberg Traurig, P.A., hereby certify that on this 1st day of November, 2005, I caused the ***Motion for Enlargement of Time to File Claims for Rejection Damages by IRT Partners, L.P. and Equity One (Hunter's Creek) Inc. Due to the Effects of Hurricane Wilma*** filed in this case as docket no. 3979 to be served via email and by first class mail, postage prepaid, to the parties listed on the attached Service Lists.

Dated: November 1, 2005

**GREENBERG TRAURIG, P.A.**
Counsel for Equity One, Inc. and its Affiliates
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Fax:  (407) 420-5909

By: /s/ Amy E. Lowen_____
AMY E. LOWEN
Florida Bar #: 0492248

JOHN B. HUTTON
Florida Bar No. 902160
MARK D. BLOOM
Florida Bar No. 303836
**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

**Notice will be electronically mailed to:**

P Matthew Abbott pmabbott2002@yahoo.com,

Albert H Adams irbylawfirm@bellsouth.net,

Rachel E Adams radams@sctlaw.com,

Amroc Investments, LLC dleinwand@amrocinvestments.com,

Elizabeth T Baer bbaer@balch.com,

D. J. Baker djbaker@skadden.com,

Kenneth C Baker kcbaker@eastmansmith.com,

Zachary J Bancroft zachary.bancroft@lowndes-law.com

Dale R Baringer dale@sb-lawfirm.com

Earl M. Barker embarker@bellsouth.net, hollynf@bellsouth.net,dlhartwell@bellsouth.net

Kelly M Barnhart kbarnhart@mskpc.com

Matthew Scott Barr mbarr@milbank.com,
lmandel@milbank.com,jmilton@milbank.com,mcomerford@milbank.com,Snaik@milbank.com
,jclark2@milbank.com

Gene Barton gbarton@1-stopnet.com,

Matt E Beal matt.beal@lowndes-law.com

Sabrina C Beavens sbeavens@iurillolaw.com

Jeffrey R. Becker vsteward@hidayricke.com

Keith L Bell kbell@cphlaw.com

Marc A. Ben-Ezra mben-ez ra@fcllaw.com,

Leslie A Berkoff lberkoff@moritthock.com

Richard J Bernard rbernard@nixonpeabody.com

Brendan G. Best bbest@dykema.com,

James E Bird jbird@pswslaw.com

Leyza F Blanco lfb@katzbarron.com,

David A. Blansky dab@lhmlawfirm.com,

Wanda Borges borgeslawfirm@aol.com,

Chad S. Bowen ecf@jennisbowen.com

Michael T. Bowlus mbowlus@fjbd.com,

Jean Winborne Boyles jboyles@jhvgmlaw.com

Dust in P Branch dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,cora.sagara@kattenlaw.com,jeri.bradshaw@kattenlaw.com,alicia.c
astellanos@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com

Clyde E Brazeal ebrazeal@walstonwells.com,

Wendy D Brewer wbrewer@btlaw.com,
marilyn.strange@btlaw.com,bankruptcyindy@btlaw.com

John P Brice lexbankruptcy@wyattfirm.com

Brian P Britt cpizzotti@wbbwlaw.com

Robert J Brown lexbankruptcy@wyattfirm.com

Scott N Brown snb@smrw.com,

Andrew M. Brumby abrumby@shutts-law.com, rhicks@shu tts-law.com

W. Steven Bryant hobankecf@lockeliddell.com,

Jason B. Burnett jburnett@gray-robinson.com, jconley@gray-robinson.com

Michael G Busenkell mbusenkell@mnat.com,

Stephen D. Busey busey@smithhulsey.com,

Thomas R. Califano thomas.califano@dlapiper.com,

David P Canas dpc@h3gm.com,

L Phillip Canova pcanova@eatel.net, canodel109@eatel.net

James S. Carr jcarr@kelleydrye.com

Linda J. Casey caseyl@pepperlaw.com

George B Cauthen george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion flc@psstf.com,

Robin Bryan Cheatham robin.cheatham@arlaw.com,

Ronald B. Cohn roncohn@cohncohnlaw.com,

Michael E Collins mcollins@manierherod.com,
mfranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com

Neal D. Colton NColton@Cozen.com

Contrarian Funds, LLC alisa@contrariancapital.com,

David J Cook cookdavidj@aol.com,

C. Timothy Corcoran ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com

Betsy C Cox bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo dcrapo@gibbonslaw.com,

John J Cruciani jcruciani@blackwellsanders.com

Timothy J. Curtin tjcurtin@varnumlaw.com,

Gardner F. Davis gdavis@foley.com, bmjones@foley.com

Ryan E Davis rdavis@whww.com, rwilliams@whww.com

Michael R DeMinico mike.deminico@dennishernandez.com,

Robert Dehney rdehney@mnat.com,

Caryl E Delano cdelano@addisondelano.com,
dlesnek@addisondelano.com,litigation1@addisondelano.com

Developers Diversified Realty Corp. hsmith@ddrc.com

Charles H. Dittmar dittmarlaw@tampabaydsl.com, patofs@tampabaydsl.com

Mary Joanne Dowd dowd.mary@arentfox.com

Christie L Dowling cdowling@balch.com,

Mark G Duncan mduncan@dwyercambre.com,

Dennis F. Dunne ddunne@milbank.com,

David W. Dykhouse dwdykhouse@pbwt.com,

Andrew B. Eckstein aeckstein@blankrome.com,

Henr y A. Efroymson henry.efroymson@icemiller.com,

Jason H Egan jegan@mowreylaw.com,

Judith Elkin judith.elkin@haynesboone.com,

Earle I Erman eerman@ermanteicher.com

Elena L Escamilla elena.l.escamilla@usdoj.gov

William J. Factor wfactor@seyfarth.com,

Fair Harbor Capital, LLC fglass@fairharborcapital.com,

Lara Roeske Fernandez lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell ferrell@taftlaw.com

Charles J. Filardi cfilardi@pepehazard.com

B rian T FitzGerald fitzgeraldb@hillsboroughcounty.org,
britei@hillsboroughcounty.org,szpicekg@hillsboroughcounty.org,litigation@hillstax.org

J David Forsyth jdf@sessions-law.com,

Sally B Fox sfox@esclaw.com,

Shawn Randall Fox sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank jfrank@fgllp.com

Mark J Friedman mark.friedman@dlapiper.com,

Adam Frisch afrisch@hilawfirm.com,

Todd Mark Galante tmg@stjohnlaw.com

J. Nathan Galbreath ngalbreath@pattonboggs.com,

Gi ll R Geldreich icflorida@state.tn.us

Melody D Genson melodydgenson@verizon.net

Charles L. Gibbs cgibbs@mcguirewoods.com,
dfoley@mcguirewoods.com,jmaddock@mcguirewoods.com,mschmahl@mcguirewoods.com

Gary Ginsburg gginsburg@ngmpc.com,

James J. Glover jglover@wlj.com,

Priscilla W. Grannis priscilla@rjlaw.com,

Danielle K Greco dgreco@bradleyarant.com,
Jesse.Slaton@Wakm.com,emarxjr@marxbrothersinc.com

Ira S. Greene isgreene@hhlaw.com,

Reginald A. Greene reginald.greene@bellsouth.com,

Paige A. Greenlee pgreenlee@hwhlaw.com, cbeilin@hwhlaw.com

Rudi R. Grueneberg rrg@rglawgroup.com,

Allen J Guon aguon@shawgussis.com,

Marc L. Hamroff mhamroff@moritthock.com,

Catherine A Harrison charrison@millermartin.com,
pjstarr@millermartin.com;gbisbee@millermartin.com

John W Harrison kandklaw_jwh@msn.com,

Patrick L. Hayden phayden@mcguirewoods.com

Edwin W. Held eheld@hilawfirm.com,

Larry D. Henin &nb sp lhenin@andersonkill.com,

Neil E Herman Nherman@morganlewis.com,

Kenneth D. Herron kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com

David E. Hicks courtinfo@bcylaw.com

Terrance A Hiller tah@kompc.com

Robert L Holladay robert.holladay@youngwilliams.com,

Ralph E Hood rhood@khmllp.com,

Brian D. Huben brian.huben@kmzr.com,

Patrick L Huffstickler plhuffst@coxsmith.com

John B Hutton huttonj@gtlaw.com,

Kimberly H. Israel khisrael@hilawfirm.com,

Cynthia C. Jackson cjackson@smithhulsey.com,

Edward P Jackson edward@edwardpjackson.com, jo@edwardpjackson.com

Solomon J. Jaskiel soljas@aol.com,

David S. Jennis ecf@jennisbowen.com

Richard K. Jones rkjones@mppkj.com,

Benjamin A Kahn bkahn@npaklaw.com, donna.roland@jpfinancial.com

Jon E Kane jkane@mateerharbert.com, ccrumrine@mateerharbert.com
Ronald Scott Kaniuk &n bsp rkaniuklaw@aol.com,

Andrew C. Kassner kassneac@dbr.com,

Dena C Kaufman dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com

Michael A Kaufman michael@mkaufmanpa.com,

Craig I Kelley craig@kelleylawoffice.com,

Elena P. Ketchum eketchum.ecf@srbp.com

Roy S Kobert orlandobankruptcy@broadandcassel.com

Michael S Kogan mkogan@ecjlaw.com,

Alan W Kornberg akornberg@paulweiss.com,
jgladstone@paulweiss.com,cweidler@paulweiss.com

John W Kozyak jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com

Stuart A. Krause skrause@zeklaw.com,

Ian J Kukoff ian.kukoff@blaxgray.com,

Jeffrey Kurtzman JKurtzma@Klehr.com,

Nina M LaFleur nlafleur@stutsman-thames.com

Maria J LaSala mjlasala@aol.com,

Darryl S. Laddin bkrfilings@agg.com ,

Thomas J Lallier tlallier@foleymansfield.com

Robert P Laney blaney@mcelweefirm.com,
Elena Lazarou &n bsp elazarou@reedsmith.com,

Robert L LeHane rlehane@kelleydrye.com

Thomas J Leanse thomas.leanse@kattenlaw.com

David E Lemke david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Chris Lenhart lenhart.chris@dorseylaw.com,

Alvin R Lenoir alvinlenoir@yahoo.com,

Bruce Levinson b.levinson@verizon.net

Stephen Lewis slewis@stoltzusa.com

Alan Jay Lipkin maosbny@willkie.com,

Liquidity Solutions, Inc & nbsp lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Sara E Lorber slorber@seyfarth.com,

Joseph Lubertazzi JLubertazzi@McCarter.com,

John B. Macdonald john.macdonald@akerman.com

Jeffrey S. Margolin margolin@hugheshubbard.com,

Bradley R Markey brmarkey@Stutsman-thames.com, SMRandle@Stutsman-Thames.com

Johanna E Markind jmarkind@att.net,

Ronald J Marlowe rjmarlowe@arnstein.com,

Luis Martinez-Monfort lmmonfort@mpdlegal.com,

Kenneth G. M. Mather kmather@hinsha wlaw.com

Walter F. McArdle wfm@spain-gillon.com,

Charles W. McBurney cmcburney@bellsouth.net,

Jerrett M. McConnell bankruptcy@fandmlaw.com

C Luckey McDowell luckey.mcdowell@bakerbotts.com,

David R McFarlin dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com

William S McMahon wmcmahon@choate.com,

Austin L. McMullen amcmulle@bccb.com,

Marc T McNamee mmcnamee_br@nealharwell.com

Derek F Meek dmeek@burr.com,

Kenneth C. Meeker USTP.Region21.OR.ECF@usdoj.gov

Richard M. Meth rmmnybankruptcy@pitneyhardin.com

Lawrence H Meuers lmeuers@meuerslawfirm.com,

G Christopher Meyer cmeyer@ssd.com,

Todd C Meyers tmeyers@kilpatrickstockton.com, DFliman@KilpatrickStockton.com

Albert H. Mickler court@planlaw.com,

Christopher C. Miller cmiller@mgm.com,

Kathleen M. Miller kmm@skfdelaware.com

Stephen M Miller smiller@ morrisjames.com,

Stephan William Milo smilo@wawlaw.com

Mark Minuti mminuti@saul.com,

T David Mitchell tdavidmitchell@msn.com

Joseph Thomas Moldovan jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore bsmoore@pbnlaw.com,

John A Moore jmoore@pogolaw.com,

Lee P Morgan lmorgan@morganlawyers.com,

Deborah M Morris deborah.m.morris@usdoj.gov

Andrew L. Morrison amorrison@reedsmith.com,

C Daniel Motsinger cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com

Ned R Nashban nrn@quarles.com, jdb@quarles.com

Larren M Nashelsky lnashelsky@mofo.com

Albert F. Nasuti anasuti@tokn.com

Bruce S. Nathan bnathan@lowenstein.com,

Carole Neville cneville@sonnenschein.com,

Tammy M. Nick nicklaw@eatel.net,

James J. Niemeier jniemeier@mnmk.com,awoodard@mnmk.com,

Douglas C Noble nobled@phelps.com, hoffmank@phelps.com

Merritt A. Pardini merritt.pardini@kmzr.com,

Barbra R. Parlin nyc-bkcyecf@hklaw.com

Patrick P. Patangan patrick.patangan@akerman.com

Aaron D. Patton apatton@murrayfrank.com,

Robert Perry rperry@hilawfirm.com

Christian A Petersen cpetersen@gunster.com

Edward J Peterson epeterson.ecf@srbp.com

David L Pollack pollack@ballardspahr.com,

Geraldine E Ponto gponto@gibbonslaw.com

James H. Post jpost@smithhulsey.com,

Nicholas V. Pulignano npulignano@marksgray.com, slw@marksgray.com

Paul Pysczynski paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com

Rex D. Rainach rainach@msn.com,

Craig V Rasile crasile@hunton.com,

Peter J Rathwell prathwell@swlaw.com,

Adam Ravin aravin@skadden.com,
rgray@skadden.com,lbonache@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dt
uretsk@skadden.com,dkaloudi@skadden.com

Eric T. Ray eray@balch.com,

Diane G. Reed dianegreed@sbcglobal.net,

Jo Christi Re ed jcreed@ sonnenschein.com,

Jeffrey C. Regan jregan@hdrd-law.com,

Steven J. Reisman sreisman@cm-p.com , athau@cm-p.com

Sarah Richardson srichard@co.pinellas.fl.us,

Larry B. Ricke larry.ricke@leonard.com,

Craig P. Rieders crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel fringel@pobox.com,

John T Rogerson jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,

Adam L. Rosen mail@srsllp.com

Avrum J. Rosen arosen@avrumrosenlaw.com,

Mitchell S Rosen mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Paul M Rosenblatt prosenblatt@kilpatrickstockton.com,

Neal M. Rosenbloom NRosenbloom@finkgold.com,

Jason A Rosenthal jrosenthal@foley.com

Fox Rothschild nybkfilings@foxrothschild.com

Edward P Rowan erowan@kittrell-rowan.com,

J Casey Roy roy@mcclainleppert.com,

David S Rubin drubin@kswb.com,

Robert B. Rub in brubin@b urr.com

Rachel L Rubio rrubio@mdrtlaw.com

Shelley D Rucker srucker@millermartin.com

Teresa Sadutto tsadutto@platzerlaw.com,

Anthony M Salzano asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez afspalaw@aol.com,

Michael M Schmahl mschmahl@mcguirewoods.com,

Marvin S. Schulman mschulmanpa@aol.com,

Sarah L Schultz sschultz@akingump.com,

Gregory J. Seketa franklin.berg@4086.com,
Ed S. Sell eds@sell-melton.com

Susan H Sharp ssharp.ecf@srbp.com

Andrew Howard Sherman asherman@sillscummis.com,

Lynn Welter Sherman lsherman@hwhlaw.com, mschaeffer@hwhlaw.com

Bradley S Shraiberg bshraiberg@kpkb.com

R Scott Shuker bankruptcynotice@groneklatham.com,

Timothy P. Shusta shustat@phelps.com,
yosta@phelps.com,hootsela@phelps.com,wildere@phelps.com

Wendy M Simkulak wmsimkulak@duanemorris.com,

Peter L. Slinn plslinn@stoel.com

Thomas R. Slome mail@srsllp.com

Aaron C Smith asmith@lordbissell.com,

Anthony J. Smits anthony.smits@bingham.com

Richard G. Smolev rsmolev@kayescholer.com,

Marc P. Solomon msolomon@burr.com,

Arthur J Spector aspector@bergersingerman.com

Mark D. Speed mds@markdspeedlaw.com,

Alex Spizz aspizz@tnsj-law.com, snobles@tnsj-law.com

David N Stern dstern@mckennalong.com, schandler@mckennalong.com

Don M Stichter dstichter.ecf@srbp.com

Sabrina L. Streusand streuss@hughesluce.com,

Debra Sudock dsudock@kelleydrye.com

Jimmy Ray Summerlin jimmys@hickorylaw.com,

Stephen B. Sutton ssutton@lathropgage.com,

Douglas B Szabo douglas.szabo@henlaw.com, eileen.haywood@henlaw.com

Joel L. Tabas jtabas@tfsmlaw.com,

Tina M Talarchyk ttalarch@hodgsonruss.com

Gene B Tarr gbt@btcmlaw.com

Richard R. Thames rrthames@stutsman-thames.com, ras@stutsman-thames.com < BR>
Diana M. Thimmig dthimmig@ralaw.com,

Janet H. Thurston cohenthurston@cs.com,

Laura L. Torrado ltorrado@bear.com,

Trade-Debt.net tmcguire@trade-debt.net,

Ronald M Tucker rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,danasmith@simon.com,ncaldwell@simon.com

Jeanine Ackerson Ullo jeanine@mcbridefirm.com,

United States Trustee - JAX USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik rurbanik@munsch.com,

Lori V. Vaughan lvaughan@foley.com, mgrettenberger@foley.com

Ja y B Verona jay@veronalawgroup.com, laura@veronalawgroup.com

David H Wander dwander@wanderlaw.com

Richard Whitney Ward rwward@airmail.net,

Michael D. Warner bankruptcy@warnerstevens.com,

Allan C Watkins watkinslaw@worldnet.att.net,

Leslie G Weeks lgw@helmsinglaw.com,

Alan M. Weiss alan.weiss@hklaw.com,

Margaret R Westbrook lhogewood@kennedycovington.com,
cevans@kennedycovington.com;jfink@kennedycovington.com;bfork@kennedycovington.com

David B. Wheeler davidwheeler@mvala w.com,

Stephen D Wheelis steve@wheelis-rozanski.com,

William Douglas White wdw@mccarthywhite.com

Robert D Wilcox rwilcox@wilcoxlawfirm.com

John J. Wiles bankruptcy@evict.net

Amy Pritchard Williams swilliams@kennedycovington.com,

Jonathan R Williams jwilliams@melandrussin.com,

Frank J. Wright bankruptcy@hswgb.com,

William Knight Zewadski z@trenam.com,

Scott A. Zuber szuber@pitneyhardin.com

**Notice will not be electronically mailed to:**

ASM Capital, L.P.
7600 Jericho Turnpike
Suite 302
Woodbury, NY 11797

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arizona Beverage Co., LLC
2450 West Copans Road
Pompano Beach, FL 33069

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Philip Baker
P.O. Box 1078
Lynchburg, VA 24505

Michael R. Bakst
Elk, Bankier, Christu & Bakst, LLP
222 Lakeview Avenue
Suite 1330
West Palm Be, FL 33401

Margaret A. Benton
LAW OFFICE OF MARGARET A. BENTON
800 Virginia Ave., Suite 10
Fort Pierce, FL 34982

Rachel S. Budke
Law Department, FL. Power and Light Co.
700 Universe Boulevard
Juno Beach, FL 33408

Charles A Buford
2560 Gulf to Bay Blvd., Ste. 300
Clearwater, FL 33765

Maria C. Burch
6781 Edenfield Rd. #1210
Jacksonville, FL

Burch Equipment Group, et al
c/o Law Offices of Bruce Levins
747 Third Avenue
4th Floor
New York, NY 10017-2803

Roger D. Burton
1905 14th Avenue Sou th
Birmingham, AL 35205

Robert J. Caluda
3232 Edenborn Avenue
Metairie, LA 70002

Cameron Sanford Company, LLC
c/o Jennis & Bowen, PL
400 North Ashley Drive
Suite 2540
Tampa, FL 33602

Chester Dix Alexandra Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Crawfordville Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 322070

Chester Dix Crescent Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Florence Corporation
1301 Riverplace Blvd.
Suite 1916

Jacksonville, FL 32207

Chester Dix Fort Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Hurst Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Jefferson Corporation
1301 Riverplace Blvd .
Suite 1916
Jacksonville, FL 32207

Chester Dix LaBelle Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Lake Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Newman Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Pikeville Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Wauchula Corporation
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Chester Dix Williston Corporation
1301 Riverplace Blvd.
Suite 1916

Jacksonville, FL 32207

Emily Chou
1700 City Center Tower II
301 Commerce St.
Fort Worth, TX 76102

Douglas D Chunn
One Independent Drive
Suite 3201
Jacksonville, FL 32202

City of Fairh ope
Wilkins, Bankester, Biles & Wynne
c/o Brian P. Britt
PO Box 1367
Fairhope, AL 36532

Karol K. Denniston
600 Peachtree St., N.E., 24th Floor
Atlanta, GA

Carolyn Hochsta Dicker
Klehr, Harrison, Harvey,
Branzburg & Ellers, LLP
260 South Broad Street
Philadelphia, PA 19102

Fox Rothschi
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Steven Barry Frankoff
15014 Marlebone Court
Houston, TX 77069

Frederick J. Gant
322 West Cervantes Street
Pensacola, FL 32501

Mary E. Gardner
Keaton & Associates

Suite 903
1278 West Northwest Highway
Palatine, IL 60067

Frederick P. Gilmore
116 Court Street
Grove Hill, AL 36451-3227

Eric S Glatter
1489 West Palmetto Park Road
Suite 420
Boca Raton, F L 33486

William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Susan M. Hassinger
570 Delaware Avenue
Buffalo, NY 14202

Edwin W. Held
Held & Israel
1301 Riverplace Blvd.
Suite 1916
Jacksonville, FL 32207

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Sally M. Henry
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Phillip M Hudson
201 S Biscayne Blvd Ste 400
Miami, FL 33131

Laurel M. Isicoff
Kozyak, Tropin & Throckmorton, P.A.

2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Glenn E. Ketner
P.O. Box 1308
Salisbury, NC 28145-1308

Alfred C. Knight
One High Ridge Park
Stamford, CT 06905

Gerard M. Kouri
10021 P ines Blvd., #202
Pembroke Pines, FL 33024-6191

Stephen B. Kuhn
590 Madison Avenue
New York, NY

Alex Lancaster
P.O. Drawer 4257
Sarasota, FL 34230

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

John Lewis
a/f The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

Eric Ludin
5720 Central Avenue
St. Petersburg, FL 33707

Thomas Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112

James W. Martin
One Securities Centre, Suite 300

3490.Piedmont Rd., N.E.

Michael O. Massey
4421 NW Blitchton Road, PMB 417
Ocala, FL 34482

Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326

Robert C. Meyer
2223 Coral Way
Miami, FL 33145

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

John E. Mufson
2213 N. University Drive
Pembroke Pines, FL 33024

Omar Nelson
P.O. Box 1178
Jackson, MS 392 15

John Noland
Henderson, Franklin, Starnes & Holt
P.O. Box 280
Fort Myers, FL 33902

PC Woo, Inc. dba Mega Toys
6443 E. Slauson Ave.
Commerce, CA 90040

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street

Gainesville, FL 32601

Alan R. Parlapiano
Fine, Farkash & Parlapiano, P.A.
622 Northeast First Street
Gainesville, FL 32601

Brad J. Patten
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
Gainesville, GA 30503

Armando Perez
Interamerican Plaza
701 S.W. 27th Avenue Suite 1205
Miami, FL 33135

Sean Pittman
528 East Park Avenue
Tallahassee, FL 32301

Craig A Pugatch
Rice Pugatch Robinson and Schiller, PA
101 NE Third Avenue, Ste 1800
Fort Lauderdale, FL 33301

Jeffrey N. Rich
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022-6030

Jay Rothlein
800 West Avenue
Suite C-1
Miami Beach, FL 33139

Michael C. Scarafile
P.O. Box 1431
Charleston, SC 29402

Robert K. Scheinbaum
Podvey, Sachs, Meanor, Catenacci,
Hildner & Cocoziello
One Riverfront Plaza
Newark, NJ 07102

Amy L. Sergent
P.O. Drawer 4257
Sarasota, FL 34230

Joel M. Shafferman
40 Wall Street, 35th Floor
New York, NY 10005

William H. Short
P.O. Box 11889
Columbia, SC 29211-1889

Judy D Thompson
301 S. College Street, Ste 2300
Charlotte, NC 28202

Mark A. Thompson
1300 Commerce Drive, 5 th Floor
Decatur, GA 30030