UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO CONTNUE HEARING ON MOTION FOR**
**RELIEF FROM STAY FILED BY CONCORD FUND IV RETAIL, L.P.**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Concord Fund IV Retail, L.P. (the "Movant") stipulate and agree to (i) the continuance and rescheduling of the final hearing on the Motion for Relief from Stay filed by the Movant (the "Motion") (Docket No. 2948) to a date certain on or after December 1, 2005 upon which the Court's calendar could accommodate a two-hour hearing on the matter and (ii) the continuation of the automatic

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

stay in effect pending the conclusion of such hearing and determination of the Motion under § 362(d).

Dated:  November 1, 2005

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By  *_s/ Edwin W. Held, Jr._*<br>     Edwin W. Held, Jr.<br>     David L. Gay | By  _s/ Cynthia C. Jackson_<br>     Cynthia C. Jackson |
| Florida Bar Number 162574<br>Florida Bar Number 839221<br>1301 Riverplace Boulevard, Suite 1916<br>Jacksonville, Florida  32207<br>(904) 398-7038<br>(904) 398-4283 (facsimile)<br>eheld@hilawfirm.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Attorneys for Concord Fund IV Retail, L.P. | -and- |
| * Counsel has authorized his electronic signature. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
|  | Attorneys for the Debtors |

509709