**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING ON MOTION OF D.D.I., INC. TO QUASH**
**SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that on October 31, 2005, D.D.I., Inc. ("DDI") filed *Motion of D.D.I., Inc. to Quash Subpoena Duces Tecum and for Protective Order* (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on November 4, 2005 at 10:30 a.m. before the Honorable Jerry A. Funk in the United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D Jacksonville, Florida 32202. Only objections filed with the Court and served on Arthur Steinberg, Esq. at asteinberg@kayescholer.com and Steven R. Wirth, Esq. at swirth@kayescholer.com, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 so as to be received by November 3, 2005 at 12:00 p.m. will be considered by the Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: New York, New York
       November 1, 2005

                              KAYE SCHOLER LLP

                              /s/ Steven R. Wirth
                              Arthur Steinberg, Esq.
                              Steven R. Wirth, Esq.
                              425 Park Avenue
                              New York, New York 10022
                              (212) 836-8000

                              *Counsel for D.D.I., Inc.*