UNITED STATES BANKRUPTCY COURT
MIDDILE DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re | Case No. 05-03817-3F1 |
|  | Chapter 11 |
| WINN-DIXIES STORES, INC., et al., |  |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )   SS.
COUNTY OF NEW YORK  )

Laurie Schwall, being duly sworn, deposes and says:

1. Deponent is not a party to the action and is over 18 years of age.

2. On November 1, 2005, I caused to be served true copies of **Notice of Hearing on Motion To Quash Subpoena Duces Tecum And For Protective Order**, dated November 1, 2005, by overnight mail upon the parties listed below at their last known address:

| | |
|---|---|
| Adam Ravin, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY | Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32201 |
| Elena L. Escamilla, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard<br>Orlando, FL  32801 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |

31171481.DOC

| | |
|---|---|
| John P. Macdonald, Esq.<br>Ackerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 | Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtreet Street, Suite 2400<br>Atlanta, GA  30308 |
| Douglas D. Chunn, Esq.<br>Douglas D. Chunn, P.A.<br>One Independent Drive, Suite 3201<br>Jacksonville, FL  32202 | |

Dated:  New York, New York
         November 1, 2005

                                                              /s/ Laurie Schwall
                                                              Laurie Schwall

Sworn to before me this
1st day of November 2005


/s/ Demetra V. Versocki          Notary Public, State of New York
NOTARY PUBLIC                    No. 01VE6015088
                                 Qualified in Queens County
                                 Commission Expires Oct. 26, 2006