UNITED STATES BANKRUPTCY COURT
MIDDILE DISTRICT OF FLORIDA

In re ) Case No. 05-03817-3F1
) Chapter 11
WINN-DIXIES STORES, INC., et al., )
)
Debtors. ) Jointly Administered
)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.
COUNTY OF NEW YORK )

Laurie Schwall, being duly sworn, deposes and says:

1. Deponent is not a party to the action and is over 18 years of age.

2. On November 1, 2005, I caused to be served true copies of **Supplement to Certification of Arthur Steinberg, Esq. in Support of Motion of D.D.I, to Quash Subpoena Duces Tecum And For Protective Order**, dated November 1, 2005, by overnight mail upon the parties listed below at their last known address:

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201

Elena L. Escamilla, Esq.
Office of the United States Trustee
135 W. Central Boulevard
Orlando, FL  32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

31171491.DOC

John P. Macdonald, Esq.  
Ackerman Senterfitt  
50 North Laura Street, Suite 2500  
Jacksonville, FL  32202  

Douglas D. Chunn, Esq.  
Douglas D. Chunn, P.A.  
One Independent Drive, Suite 3201  
Jacksonville, FL  32202  

Jesse H. Austin, III, Esq.  
Paul, Hastings, Janofsky & Walker LLP  
600 Peachtreet Street, Suite 2400  
Atlanta, GA  30308  

Dated:  New York, New York  
           November 1, 2005  

/s/ Laurie Schwall  
Laurie Schwall  

Sworn to before me this  
1st day of November 2005  

/s/ Demetra V. Versocki  
NOTARY PUBLIC  

Notary Public, State of New York  
No. 01VE6015088  
Qualified in Queens County  
Commission Expires Oct. 26, 2006  

31171491.DOC                                2