

**BOULT • CUMMINGS®**
**CONNERS • BERRY**PLC

Austin L. McMullen
(615) 252-2307
Fax: (615) 252-6307
Email: amcmullen@boultcummings.com

February 28, 2005

*<u>Via Federal Express</u>*
Winn-Dixie Stores, Inc.
c/o David J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

   Re: Demand for Reclamation / Winn-Dixie Stores, Inc. and affiliated Debtors
     (collectively the "Debtors")

Dear Mr. Baker:

  This firm represents Doane Pet Care Company ("Seller"). Pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the Bankruptcy Code, Seller hereby demands return of all goods received by Debtors within the applicable period including, but not limited to, the goods that are subject to the invoices listed on <u>Exhibit A</u> attached hereto. At Debtors' request, Seller will provide Debtors with copies of all invoices identifying the goods subject to this demand for reclamation. If you have any questions regarding this demand, please contact me immediately.

         Very truly yours,

         BOULT, CUMMINGS, CONNERS & BERRY, PLC

         By: *[signature]*
           Austin L. McMullen

ALM/
Enclosure

1028522 v1
100592-054
2/28/2005

LAW OFFICES
1600 DIVISION STREET • SUITE 700 • P.O. BOX 340025 • NASHVILLE • TN • 37203
TELEPHONE 615.244.2582 FACSIMILE 615.252.6380 www.boultcummings.com

## EXHIBIT A

| Invoice number | Invoice date | Invoice amount |
|---|---|---|
| 159565 | February 10, 2005 | $7,833.00 |
| 159566 | February 10, 2005 | $383.00 |
| 160867 | February 12, 2005 | $8,377.56 |
| 162083 | February 16, 2005 | $8,105.67 |
| 162647 | February 17, 2005 | $9,234.36 |
| 162648 | February 17, 2005 | $9,844.55 |
| 163257 | February 19, 2005 | $10,515.54 |
| 163687 | February 19, 2005 | $7,460.00 |
| 163688 | February 19, 2005 | $8,947.33 |
|  | Total: | $70,701.01 |