

PAGE NO: 1
INVOICE NO: 159565
INVOICE DATE: 2/10/05
ORDER NO: 994894

**DOANE PET CARE**
P. O. Box 2487
Brentwood, TN. 37024-2487

REMIT TO:
Doane Pet Care
Bank of America N.A.
P.O. Box 402606
Atlanta            GA 30384-2606

TERMS: 2% 10/NET 30

SHIPPED FROM:
DOANE PET CARE - MCKENZIE

INVOICE TO:  82428                    TRAILER: 5320024
WINN DIXIE STORES-MIAMI
WINN DIXIE GROCERY
PO BOX 40026
JACKSONVILLE     FL 32203

SHIP TO: 1
WINN-DIXIE STORES, INC.
MIAMI WAREHOUSE-GROCERY
3300 N.W. 123 ST.
SUITE 3
MIAMI            FL 33167

| CUSTOMER P.O. # | DATE ORDER REC'D | DATE SHIPPED | CARRIER | REGION / SALESPERSON | SHIP TO P O # |
|---|---|---|---|---|---|
| 617869 | 2/02/05 | 2/09/05 | RBTW | 300 Vaughn Oakley | |

| CASE UPC MFG | QUANTITY | PRODUCT SIZE & DESCRIPTION | GROSS WEIGHT | UNIT | PROM | PROM | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 0988133301 | 1050 | 1/18 LB TRAILBLAZER BITE SIZE BG | 19425 | 4.830 | 1.1000 | | 3916.50 |
| 0988133401 | 1050 | 1/18 LB TRAILBLAZER PREM CHNK BG | 19425 | 4.830 | 1.1000 | | 3916.50 |
| 600035 | 42 | CHEP PALLETS                 EA | 2730 | .000 | | | .00 |

NET DUE DATE OF 3/12/05
DISCOUNT AVAILABLE OF      156.66   IF PAID BEFORE  2/20/05

| B/L NUMBER | 2100 TOTAL | ORDER COMPLETE | 38850 TOTAL | PAY THIS AMOUNT | 7833.00 TOTAL AMOUNT |
|---|---|---|---|---|---|

Reduction of remittance for this Invoice
I. Due to damage or Shortage must be supported by:
   A. Inspection Report signed by Carrier's Agent.
   B. Salvage Receipt for Damaged Goods.
   C. Delivery Receipt signed by Carrier's Agent

II. Due to Allowances, Pricing,
    Discounts - must be supported
    by proper documentation

# WE OFFER EDI SERVICES!!

# DOANE PET CARE COMPANY
## STRAIGHT BILL OF LADING - SHORT FORM - NOT NEGOTIABLE

Page 1

**CARRIER'S RECEIPT AND AGREEMENT** — Received, subject only to the rates, rules and charges agreed to, in writing by the Shipper and Carrier at the time of shipment. Carrier, by signing this document receives the property described below in apparent good order, except as noted. Carrier agrees to deliver this shipment to the intended destination in the same condition as received. Carrier shall be liable for the full actual loss suffered as a result of carrier's failure to deliver this shipment in the same condition and count as tendered, unless otherwise agreed to in writing. Carrier shall deliver this shipment with reasonable dispatch, unless a delivery time is specified on this document, and provide to Shipper evidence of delivery upon request.

**SHIPPER:**
DOANE PET CARE
PLANT NO: 547
633 EUCLID AVE.
MCKENZIE TN 38201

**CONSIGNEE:**
WINN-DIXIE STORES, INC.
MIAMI WAREHOUSE-GROCERY
3300 N.W. 123 ST.
MIAMI FL 33167

Date: 02/09/2005  Bill of Lading #: A0018016-02
Carrier: C H ROBINSON
Trailer #: 5320024   Seal #: 0063086
Terms: PREPAY   PRO#: 807310147
Master Bill of Lading Reference #: A0018016

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. DOANE PET CARE COMPANY

**C.O.D. SHIPMENT**
C.O.D. Amount: _____
C.O.D. Fee: _____
Total Charges: _____

| No. of Pkg's | Pkg Type | No. of Pieces | UPC Number | Description | Gross Weight | Class or Rate |
|---|---|---|---|---|---|---|
| DPC | ORDER:994894 | | | CUST P/O#617869  SHIP P/O# | | |
| | | | | FAX 800-870-0014 | | |
| | | | | CAN GET N 10 DAY W/O PL ITEM | | |
| | | | | SHIPMENT OF THIS ORDER IS ACCE | | |
| | | | | PTANCE OF THE NET COST | | |
| | | | | PAYMENT OBLIGATION WILL BEGIN | | |
| | | | | UPON RECEIPT OF GOODS | | |
| | | | | NOTIFY BUYER IF UNABLE TO SHIP | | |
| | | | | OR CHANGE IN QTY | | |
| | | | | SHOW P.O. NO. ON BOL AND INVOI | | |
| | | | | CE. SHIP AS ORDERED | | |
| | | | | DELIVERY BY APPT. ONLY, CALL R | | |
| | | | | ECV. DEPT. IN ADVANCE | | |
| | | | | CS-Ships with orders: 995037/6 | | |
| | | | | 17870 | | |
| 42 | EA | 42 | 600035 | CHEP PALLETS | 2730.00 | 50.0 |
| 1050 | BG1050 | | 0988133301 | 1/18 LB TRAILBLAZER BITE SIZE | 19425.00 | 50.0 |
| 1050 | BG1050 | | 0988133401 | 1/18 LB TRAILBLAZER PREM CHNK | 19425.00 | 50.0 |
| 2100 | | | | | | |

Dam## 33301
Dam## 33401  DAMAGE DUE TO LOADING (FRONT)
TOTAL 41580.00

2100 Total No. of Pkgs on   42 Pallets

|  | Origin | Dest. | For Exchange Purposes Only | Origin | Dest. |
|---|---|---|---|---|---|
| Time In: | | | Pallets Received | | |
| Time Out: | | | Pallets Shipped | | |
| Delivery Date: Scheduled 021105 Actual | | | Pallets Received | | |
| Delivery Time: 120000 | | | Pallets Returned | | |
| Contact: | | | For Prepaid Shipments, Send Freight Bill To: | | |

This is to certify the above materials are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_Danny Hall_
Shippers Signature

SPECIAL COMMENTS:  DELIVERY PHONE 305-769-6666

REMIT TO:
NFI INTERACTIVE
P.O. BOX 9001
CHERRY HILL NJ 08003

_signature_ 2-9-05
Carrier Signature     Date

**CARRIER**

# DOANE PET CARE COMPANY
## STRAIGHT BILL OF LADING - SHORT FORM - NOT NEGOTIABLE

Page

CARRIER'S RECEIPT AND AGREEMENT — Received, subject only to the rates, rules and charges agreed to, in writing by the Shipper and Carrier at the time of shipment. Carrier, by signing this document receives the property described below in apparent good order, except as noted. Carrier agrees to deliver this shipment to the intended destination in the same condition as received. Carrier shall have the right, in case of physical necessity, to forward this shipment by carrier or route between the point of shipment and the point of destination. Carrier shall be liable for the full actual loss suffered as a result of carrier's failure to deliver this shipment in the same condition and count as tendered, or otherwise agreed to in writing. Carrier shall deliver this shipment with reasonable dispatch, unless a delivery time is specified on this document, and provide to Shipper evidence of delivery upon request.

**SHIPPER:** DOANE PET CARE
PLANT NO. 547
633 EUCLID AVE.
MCKENZIE                TN 38201
**CONSIGNEE:** See Below

Date: 02/09/2005  Bill of Lading #: A0018016
Carrier: C H ROBINSON
Trailer #: 5320024         Seal #: 0063086
Terms:                     PRO #: 807310147
Master Bill of Lading Reference #: A0018016

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. DOANE PET CARE COMPANY

**C.O.D. SHIPMENT**
C.O.D. Amount: _____
C.O.D. Fee: _____
Total Charges: _____

| No. of Pkgs | Pkg Type | No. of Pieces | UPC Number | Description | Gross Weight | Class or Rate |
|---|---|---|---|---|---|---|
| 44 | EA | 44 | | CHEP PALLETS | 2860.00 | 50.0 |
| 2200 | BG | 2200 | | PETFOOD | 40700.00 | 50.0 |

02/11/05

WINN-DIXIE STORES, INC.
POMPANO WAREHOUSE
1141 S.W. 12TH AVE.
POMPANO BEACH         FL 33069

SEAL: 0063086

WINN-DIXIE STORES, INC.
MIAMI WAREHOUSE-GROCERY
3300 N.W. 123 ST.
MIAMI                 FL 33167

SEAL: 0063086

DAMAGE DUE TO LOADING (FRONT)
TOTAL 43560.00

| 2200 | Total No. of Pkgs on | 44 Pallets | Origin | Dest. | For Exchange Purposes Only | Origin | Dest. |
|---|---|---|---|---|---|---|---|
| | | | | | Pallets Received | | |
| | | | Time In | | Pallets Shipped | | |
| | | | Time Out | | Pallets Received | | |
| | | | Scheduled | Actual | Pallets Returned | | |
| | | | Delivery Date: 021105 | | For Prepaid Shipments, | | |
| | | | Delivery Time: 120000 | | Send Freight Bill To: | | |
| | | | Contact: | | | | |

This is to certify the above materials are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_Danny Hall_
Shippers Signature
SPECIAL COMMENTS:

02-11-05

REMIT TO:
NFI INTERACTIVE
P.O. BOX 9001
CHERRY HILL          NJ 08003

Carrier Signature         Date 2-9-05

**CARRIER**



PAGE NO: 1
INVOICE NO: 159566
INVOICE DATE: 2/10/05
ORDER NO: 995037

**REMIT TO:**
Doane Pet Care
Bank of America N.A.
P.O. Box 402606
Atlanta GA 30384-2606

DOANE PET CARE
P. O. Box 2487
Brentwood, TN. 37024-2487

TERMS: 2% 10/NET 30

SHIPPED FROM:
DOANE PET CARE - MCKENZIE

**INVOICE TO:**
82428
WINN DIXIE STORES-MIAMI
WINN DIXIE GROCERY
PO BOX 40026
JACKSONVILLE FL 32203

TRAILER: 5320024

**SHIP TO:**
2
WINN-DIXIE STORES, INC.
POMPANO WAREHOUSE
1141 S.W. 12TH AVE.
POMPANO BEACH FL 33069

| CUSTOMER P.O. # | DATE ORDER REC'D | DATE SHIPPED | CARRIER | REGION / SALESPERSON | SHIP TO P.O.# |
|---|---|---|---|---|---|
| 617870 | 2/02/05 | 2/09/05 | RBTW | 300 Vaughn Oakley | |

| CASE UPC MFG | QUANTITY | PRODUCT SIZE & DESCRIPTION | GROSS WEIGHT | UNIT | PROM | PROM | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 0988133401 | 100 | 1/18 LB TRAILBLAZER PREM CHNK BG | 1850 | 4.830 | 1.1000 | | 373.00 |
| 600035 | 2 | CHEP PALLETS EA | 130 | .000 | | | .00 |
| NET DUE DATE OF 3/12/05 | | | | | | | |
| DISCOUNT AVAILABLE OF 7.46 IF PAID BEFORE 2/20/05 | | | | | | | |

| B/L NUMBER | 100 TOTAL | ORDER COMPLETE | 1850 TOTAL | PAY THIS AMOUNT | 373.00 TOTAL AMOUNT |
|---|---|---|---|---|---|

Reduction of remittance for this Invoice
I. Due to damage or Shortage must be supported by:
  A. Inspection Report signed by Carrier"s Agent.
  B. Salvage Receipt for Damaged Goods.
  C. Delivery Receipt signed by Carrier's Agent
II. Due to Allowances, Pricing, Discounts - must be supported by proper documentation

# WE OFFER EDI SERVICES!!

# DOANE PET CARE COMPANY
## STRAIGHT BILL OF LADING - SHORT FORM - NOT NEGOTIABLE

Page 1

**CARRIER'S RECEIPT AND AGREEMENT** - Received, subject only to the rates, rules and charges agreed to, in writing by the Shipper and Carrier at the time of shipment. Carrier, by signing this document receives the property described below in apparent good order, except as noted. Carrier agrees to deliver this shipment to the intended destination in the same condition as received. Carrier shall have the right, in case of physical necessity, to forward this shipment by any carrier or route between the point of shipment and the point of destination. Carrier shall be liable for the full actual loss suffered as a result of carrier's failure to deliver this shipment in the same condition and count as tendered, unless otherwise agreed to in writing. Carrier shall deliver this shipment with reasonable dispatch, unless a delivery time is specified on this document, and provide to Shipper evidence of delivery upon request.

**SHIPPER:**
DOANE PET CARE
PLANT NO. 547
633 EUCLID AVE
MCKENZIE                TN 38201

**CONSIGNEE:**
WINN-DIXIE STORES, INC.
POMPANO WAREHOUSE
1141 S.W. 12TH AVE.
POMPANO BEACH    FL 33069

Date: 02/09/2005    Bill of Lading #: A0018016-01
Carrier: C H ROBINSON
Trailer #: 5320024    Seal #: 0063086
Terms: PREPAY        PRO#: 807310147
Master Bill of Lading Reference #: A0018016

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. DOANE PET CARE COMPANY

**C.O.D. SHIPMENT**
C.O.D. Amount: ___
C.O.D. Fee: ___
Total Charges: ___

| No. of Pkgs | Pkg Type | No. of Pieces | UPC Number | Description | Gross Weight | Class or Rate |
|---|---|---|---|---|---|---|
| DPC | | ORDER:995037 | | CUST P/O#617870    SHIP P/O# | | |
| | | | | FAX 800-870-0014 | | |
| | | | | CAN GET N 10 DAY W/O PL ITEM | | |
| | | | | SHIPMENT OF THIS ORDER IS ACCE | | |
| | | | | PTANCE OF THE NET COST | | |
| | | | | PAYMENT OBLIGATION WILL BEGIN | | |
| | | | | UPON RECEIPT OF GOODS | | |
| | | | | NOTIFY BUYER IF UNABLE TO SHIP | | |
| | | | | OR CHANGE IN QTY | | |
| | | | | SHOW P.O. NO. ON BOL AND INVOI | | |
| | | | | CE. SHIP AS ORDERED | | |
| | | | | DELIVERY BY APPT. ONLY, CALL R | | |
| | | | | ECV. DEPT. IN ADVANCE | | |
| | | | | CS-Ships with orders: 994894/6 | | |
| | | | | 17869 | | |
| 2 | EA | 2 | 600035 | CHEP PALLETS | 130.00 | 50.0 |
| 100 | BG | 100 | 0988133401 | 1/18 LB TRAILBLAZER PREM CHNK | 1850.00 | 50.0 |
| | | 100 | | | TOTAL 1980.00 | |

W/D POMP
JGP
100
02/11/0

| 100 Total No. of Pkgs on | 2 Pallets | Origin | Dest. | For Exchange Purposes Only | Origin | Dest. |
|---|---|---|---|---|---|---|
| | | Time In: | | Pallets Received | | |
| | | Time Out: | | Pallets Shipped | | |
| | | Scheduled | Actual | Pallets Received | | |
| | | Delivery Date: 021105 | | Pallets Returned | | |
| | | Delivery Time: 080000 | | For Prepaid Shipments, Send Freight Bill To: | | |
| | | Contact: | | | | |

This is to certify the above materials are properly classified, described, packaged, marked, labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Danny Hall
Shipper's Signature     DELIVERY PHONE 954-783-2854

**SPECIAL COMMENTS:**

REMIT TO:
NFI INTERACTIVE
P.O. BOX 9001
CHERRY HILL    NJ 08003

_____    2-9-05
Carrier Signature       Date

**CARRIER**