## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Case No. 05-03817-3F1 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL OF FLORIDA POWER CORPORATION d/b/a PROGRESS ENERGY FLORIDA, INC. FROM THE (I) OBJECTION OF CERTAIN UTILITY COMPANIES TO MOTION OF DEBTORS FOR ORDER (A) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT, (B) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, AND (C) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE, AND (II) MOTION OF UTILITY COMPANIES TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT
### [Docket No. 260]

Florida Power Corporation d/b/a Progress Energy Florida, Inc., by counsel, hereby withdraws from the (I) Objection to Motion of Debtors For Order (A) Deeming Utilities Adequately Assured of Payment, (B) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, and (C) Establishing Procedures For Resolving Requests For Additional Assurance, and (II) Motion of Utility Companies to Determine Adequate Assurance of Payment (the "Objection"), Docket No. 260.

Jacksonville, Florida

Dated: November 2, 2005

STUTSMAN & THAMES, P.A.

By:

Richard Thames
Nina M. LaFleur
Stutsman & Thames, P.A.
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
Telephone (904) 358-4000
Facsimile (904) 358-4001

and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862

*Co-Counsel for Florida Power Corporation d/b/a
Progress Energy Florida, Inc.*

2