UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## FLORIDA TAX COLLECTORS' NOTICE OF FILING SECOND SUPPLEMENT TO EXHIBIT 1 TO THE ORDER GRANTING FLORIDA TAX COLLECTORS' MOTION TO EXTEND CLAIMS BAR DATE

The Florida Tax Collectors, through their undersigned counsel, hereby file the attached Second Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date (Docket No. 3069) entered on August 18, 2005 ("the Order"), and state:

The proofs of claim filed by Florida Tax Collectors prior to August 22, 2005 as identified on the attached Second Supplement were inadvertently not included in Exhibit 1 to the Order. In accordance with the Order, the Florida Tax Collectors' proofs of claim as identified in the attached Second Supplement are also deemed withdrawn without prejudice and the claims agent is authorized to mark the claims as "withdrawn" on the claims register.

Respectfully submitted,

Florida Tax Collectors

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Florida Tax Collectors' Notice of Filing Second Supplement to Exhibit 1 to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date* has been furnished by *Notice of Electronic Filing* this 2 day of November, 2005 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); and John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com).

_____
Brian T. FitzGerald, Esq.

# FLORIDA TAX COLLECTORS' CLAIMS NOT INCLUDED IN EXHIBIT 1 TO ORDER EXTENDING CLAIMS BAR DATE FOR FLORIDA TAX COLLECTORS
## These Claims are also Withdrawn Without Prejudice Pursuant to the Order (Docket No. 3069)

| Tax Collector | Claim Numbers |
| --- | --- |
| Brevard County | 5615, 5616, 5617, 5618, 5619, 5620, 5621, 5622, 5623, 5624, 5625, 5626, 5627, 5628, 5629, 5630, 5631, 5632, 5633, 5634, 5635, 5636, 5637 |
| Collier County | 3240 |
| Madison County | 1778* |
| Marion County | 11198, 11199, 11200, 11201, 11202, 11203, 11204, 11205, 11206, 11207 |
| Orange County | 6387, 6412, 6413, 6414, 6415, 6416, 6417 |
| Seminole County | 7414, 7415, 7416, 7417, 7418, 7419, 8494 |
| Suwannee County | 9451, 9452 |

*This Claim Number replaces and supercedes Claim Number 1779 for Madison County as identified on the First Supplement to Exhibit 1 (Docket No. 3092).