UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

_____
                                              )
In re                                         )          Case No. 05-03817-3F1
                                              )          Chapter 11
WINN-DIXIES STORES, INC., et al.,             )
                                              )
                        Debtors.              )          Jointly Administered
_____)

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE FOR MOTION OF
D.D.I. TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER.**

PLEASE TAKE NOTICE that on October 31, 2005 (Docket No. 3977)  I, Steven R.

Wirth, Esq. filed a Motion of D.D.I. to Quash Subpoena Duces Tecum and for Protective Order**.**

PLEASE TAKE FURTHER NOTICE that in furtherance of the Motion on November 1,

2005 (Docket No. 3981) I filed with the Court the attached Affidavit of Service for Motion of

D.D.I. to Quash Subpoena Duces Tecum and for Protective Order**.**


Dated: New York, New York
       November 2, 2005


                                    /s/ Steven R. Wirth_____
                                    STEVEN R. WIRTH Fla. Bar No. 118163


31171902.WPD

```
                                              )
In re                                         )        Case No. 05-03817-3F1
                                              )        Chapter 11
WINN-DIXIES STORES, INC., et al.,             )
                                              )
                              Debtors.        )        Jointly Administered
                                              )
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )        SS.
COUNTY OF NEW YORK   )

Ronald Cappiello, being duly sworn, deposes and says:

1.    Deponent is not a party to the action and is over 18 years of age.

2.    On October 31, 2005, I caused to be served true copies of **Motion To Quash**

**Subpoena Duces Tecum And For Protective Order**, dated October 31, 2005, by first-class,

United States mail upon the parties listed below at their last known address:

Adam Ravin, Esq.                          Cynthia C. Jackson, Esq.
Skadden Arps Slate Meagher & Flom, LLP    Smith Hulsey & Busey
Four Times Square                         225 Water Street, Suite 1800
New York, NY                              Jacksonville, FL  32201

Elena L. Escamilla, Esq.                  Dennis F. Dunne, Esq.
Office of the United States Trustee       Milbank, Tweed, Hadley & McCloy LLP
135 W. Central Boulevard                  1 Chase Manhattan Plaza
Orlando, FL  32801                        New York, NY  10005

Affdvt Svce Quash Supoena.doc

2

John P. Macdonald, Esq.                Jesse H. Austin, III, Esq.
Ackerman Senterfitt                   Paul, Hastings, Janofsky & Walker LLP
50 North Laura Street, Suite 2500      600 Peachtreet Street, Suite 2400
Jacksonville, FL  32202             Atlanta, GA  30308

Douglas D. Chunn, Esq.
Douglas D. Chunn, P.A.
One Independent Drive, Suite 3201
Jacksonville, FL  32202

Dated:  New York, New York
         October 31, 2005

                                         _____/s/Ronald Cappiello_____
                                           Ronald Cappiello

Sworn to before me this
31st day of October, 2005

/s/Gurnel Jean-Louis_____
     Notary Public
**GURNEL JEAN-LOUIS**
**Notary Public, State of New York**
**No. 01JE6016979**
**Qualified in Queens County**
**Commission Expires Nov. 30. 2006**