UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIES STORES, INC., et al., ) |  |
| ) |  |
| Debtors. ) | Jointly Administered |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE FOR THE NOTICE OF HEARING ON MOTION OF D.D.I. TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER.**

PLEASE TAKE NOTICE that on November 1, 2005 (Docket No. 3994) I, Steven R. Wirth, Esq. filed a Notice of Hearing on Motion of D.D.I. to Quash Subpoena Duces Tecum and for Protective Order.

PLEASE TAKE FURTHER NOTICE that in furtherance of the Notice of Hearing, on November 1, 2005 (Docket No. 3996) I filed with the Court the attached Affidavit of Service for the Notice of Hearing on Motion of D.D.I. to Quash Subpoena Duces Tecum and for Protective Order.

Dated: New York, New York
       November 2, 2005

　　　　　　　　　　　　　　　　　　　　　/s/ Steven R. Wirth
　　　　　　　　　　　　　　　　　　　　　STEVEN R. WIRTH Fla. Bar No. 118163

31171895.WPD

UNITED STATES BANKRUPTCY COURT
MIDDILE DISTRICT OF FLORIDA

| | |
|---|---|
| In re | Case No. 05-03817-3F1 |
| | Chapter 11 |
| WINN-DIXIES STORES, INC., et al., | |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  SS.
COUNTY OF NEW YORK   )

Laurie Schwall, being duly sworn, deposes and says:

1.  Deponent is not a party to the action and is over 18 years of age.

2.  On November 1, 2005, I caused to be served true copies of **Notice of Hearing on Motion To Quash Subpoena Duces Tecum And For Protective Order**, dated November 1, 2005, by overnight mail upon the parties listed below at their last known address:

Adam Ravin, Esq.  
Skadden Arps Slate Meagher & Flom, LLP  
Four Times Square  
New York, NY  

Cynthia C. Jackson, Esq.  
Smith Hulsey & Busey  
225 Water Street, Suite 1800  
Jacksonville, FL  32201  

Elena L. Escamilla, Esq.  
Office of the United States Trustee  
135 W. Central Boulevard  
Orlando, FL  32801  

Dennis F. Dunne, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY  10005  

31171481.DOC

2

John P. Macdonald, Esq.  
Ackerman Senterfitt  
50 North Laura Street, Suite 2500  
Jacksonville, FL  32202  

Douglas D. Chunn, Esq.  
Douglas D. Chunn, P.A.  
One Independent Drive, Suite 3201  
Jacksonville, FL  32202  

Jesse H. Austin, III, Esq.  
Paul, Hastings, Janofsky & Walker LLP  
600 Peachtreet Street, Suite 2400  
Atlanta, GA  30308  

Dated:  New York, New York  
        November 1, 2005  

                                             /s/ Laurie Schwall  
                                             Laurie Schwall  

Sworn to before me this  
1st day of November 2005  


/s/ Demetra V. Versocki            Notary Public, State of New York  
NOTARY PUBLIC                      No. 01VE6015088  
                                   Qualified in Queens County  
                                   Commission Expires Oct. 26, 2006  

31171481.DOC                    2