UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIES STORES, INC., et al., ) |  |
| ) |  |
| Debtors. ) | Jointly Administered |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE FOR THE SUPPLEMENT TO CERTIFICATION OF ARTHUR STEINBERG, ESQ, IN SUPPORT OF MOTION OF D.D.I. TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that on November 1, 2005 (Docket No. 3995) I, Steven R. Wirth, Esq. filed a Supplement to Certification of Arthur Steinberg, Esq, in Support of Motion of D.D.I. to Quash Subpoena Duces Tecum and for Protective Order.

PLEASE TAKE FURTHER NOTICE that in furtherance of the Supplement, on November 1, 2005 (Docket No. 3997) I filed with the Court the attached Affidavit of Service for the Supplement to Certification of Arthur Steinberg, Esq, in Support of Motion of D.D.I. to Quash Subpoena Duces Tecum and for Protective Order.

Dated: New York, New York
       November 2, 2005

/s/ Steven R. Wirth
STEVEN R. WIRTH Fla. Bar No. 118163

31171847.WPD

UNITED STATES BANKRUPTCY COURT
MIDDILE DISTRICT OF FLORIDA

|  |  |
|---|---|
| In re ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| WINN-DIXIES STORES, INC., et al., ) |  |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) |  |

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )   SS.
COUNTY OF NEW YORK  )

Laurie Schwall, being duly sworn, deposes and says:

1. Deponent is not a party to the action and is over 18 years of age.

2. On November 1, 2005, I caused to be served true copies of **Supplement to Certification of Arthur Steinberg, Esq. in Support of Motion of D.D.I, to Quash Subpoena Duces Tecum And For Protective Order**, dated November 1, 2005, by overnight mail upon the parties listed below at their last known address:

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201

Elena L. Escamilla, Esq.
Office of the United States Trustee
135 W. Central Boulevard
Orlando, FL  32801

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

31171491.DOC

2

| | |
|---|---|
| John P. Macdonald, Esq.<br>Ackerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 | Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtreet Street, Suite 2400<br>Atlanta, GA  30308 |
| Douglas D. Chunn, Esq.<br>Douglas D. Chunn, P.A.<br>One Independent Drive, Suite 3201<br>Jacksonville, FL  32202 | |

Dated:  New York, New York
            November 1, 2005

/s/ Laurie Schwall
Laurie Schwall

Sworn to before me this
1st day of November 2005

/s/ Demetra V. Versocki
NOTARY PUBLIC

Notary Public, State of New York
No. 01VE6015088
Qualified in Queens County
Commission Expires Oct. 26, 2006