# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CASE NO:** 3:05-bk-3817
**Chapter** 11

IN RE:

**WINN-DIXIE STORES, INC.,**

   **Debtor(s)**

## ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE AND NOTICE OF FILING

   The Court finds that the Motion for Extension of Time to File Questionnaire and Notice of Filing Letter to Logan & Co., Inc. Re: Extension of Time to Submit Questionnaire filed by Robert P. DiStefano on behalf of Carol Belanger, Mulhouse Legerme, Rosario Childress and Glover Corneille on October 31, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

   **ORDERED**:

   The Motion for Extension of Time to File Questionnaire and Notice of Filing Letter to Logan & Co., Inc. Re: Extension of Time to Submit Questionnaire filed by Robert P. DiStefano on behalf of Carol Belanger, Mulhouse Legerme, Rosario Childress and Glover Corneille on October 31, 2005 is stricken from the record.

   **DATED November 2, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Kate Logan, 546 Valley Rd., Upper Montclair, NJ 07043
Attorneys for Debtor
Robert P. DiStefano, 7471 West Oakland Park Blvd., Suite 106, Ft. Lauderdale, FL 33319