UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## FLORIDA TAX COLLECTORS' SECOND MOTION TO EXTEND CLAIMS BAR DATE

The tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton (hereinafter collectively "Florida Tax Collectors"), pursuant to Federal Rules of Bankruptcy Procedure 3003(c)(3) and 9006(b)(1), respectfully move the Court for an additional extension of time within which the Florida Tax Collectors may file their claims for the Debtors' 2005 ad valorem real property and tangible personal property taxes in these cases, and state:

1.  Pursuant to the Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date (Docket No. 3069) entered on August 18, 2005, the current bar date for the filing of claims for the Debtors' 2005 ad valorem real property and tangible personal property taxes is November 7, 2005.

2. The offices of several Florida Tax Collectors in south Florida have been seriously affected by Hurricane Wilma, including suffering physical damage from Hurricane Wilma; the extended closing of several Tax Collector offices; the loss of electric power and other utility services; and understaffing due to the personal effects of Hurricane Wilma on the employees of various Florida Tax Collectors.

3. As a result of the effects of Hurricane Wilma, various Florida Tax Collectors having a significant number of ad valorem tax claims are unable to generate and finalize their 2005 ad valorem tax bills in time to comply with the current November 7, 2005 claims bar date. Accordingly, the Florida Tax Collectors request an extension of time until November 23, 2005 for filing claims for the Debtors' 2005 ad valorem real property and tangible personal property taxes.

4. The undersigned counsel for the Florida Tax Collectors has conferred with Debtors' counsel and has submitted this motion to Debtors' counsel prior to filing with the Court, and Debtors' counsel consent to the granting of the relief sought by the Florida Tax Collectors pursuant to this motion.

Wherefore, the Florida Tax Collectors request that the bar date for the filing of claims for the Debtors' 2005 ad valorem real property and tangible personal property taxes be extended from November 7, 2005 until November 23, 2005, and for any other proper relief.

Respectfully submitted,

Florida Tax Collectors

By: _____
Brian T. FitzGerald
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110

>Tampa, Florida 33601-1110
>Ph: 813-272-5670
>Fx: 813-272-5231
>fitzgeraldb@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by *Notice of Electronic Filing* this 2 day of November, 2005 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); and John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com).

_____
Brian T. FitzGerald, Esq.