**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 4, 2005** at **10:30 a.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider Debtors' Motion for Protective Order in Connection with Discovery Related to Creditors Committee's Motion to Disband Equity Committee (Docket No. 3991) (the "Motion"). **In accordance with the Court's Order of September 12, 2005 (Docket No. 3436) (the 'Order"), access to the hearing on the Motion is limited to the Limited Recipients, as defined in the Order and the Debtors' motion Regarding Filing Under Seal of Pleadings Related to Appointment of Equity Committee (Docket No. 3309).**

The hearing may be continued upon announcement made in open court without further notice. Any Limited Recipient opposing the relief sought at this hearing must appear at the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

hearing or any objections or defenses may be deemed waived.  All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  November 2, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray | By  *s/ James H. Post*  <br>    Stephen D. Busey <br>    James H. Post (FBN 175460) <br>    Cynthia C. Jackson |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(917) 777-2150 (facsimile) <br>djbaker@skadden.com | 225 Water Street, Suite 1800 <br>Jacksonville, Florida  32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was furnished electronically and/or by mail on November 2, 2005, to the following parties:

David Jennis, Esq.
Jennis & Bowen
400 N. Ashley Dr., Suite 2540
Tampa, Florida  33602

Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801

Betsy Cox, Esq.
Rogers Towers PA
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32207

Patrick P. Patangan, Esq.
John B. Macdonald, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202

Karol K. Dennison, Esq.
Paul, Hastings, et al.
600 Peachtree St., NE, 25th Floor
Atlanta, Georgia  30308

Jarrett M. McConnell, Esq.
Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216

Jonathan N. Helfat, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York  10169-0075

Susan Sherrill-Beard, Esq.
Senior Bankruptcy Attorney
U.S. Securities & Exchange Commission
Atlanta District Office, Suite 1000
3475 Lenox Road, N.E.
Atlanta, Georgia  30326-1232

                                   */s/ James H. Post*
                                         Attorney

00513056.DOC