

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Wednesday
November 02, 2005

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 09:30 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY
Trustee:

HEARING:

CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY CONCORD-FUND IV RETAIL, LP (2948)


R/S    A/P    F/HRG

ORDER:


APPEARANCES:

(2 HOURS)


RULING:

RESCHEDULED TO FEB 8, 2006 @ 9:30 - CLERK TO NTC