## VERIFICATION

STATE OF __Florida__

COUNTY OF __Pinellas__

BEFORE ME, the undersigned authority, personally came and appeared Maureen Fitzgerald-Marhold, who first being sworn, did depose and say that she has read the foregoing Complaint and that the statements of fact contained therein are true and correct.

_____
Maureen Fitzgerald-Marhold

SWORN TO AND SUBSCRIBED Before Me,

Notary, in __St. Petersburg Florida__, on this the __11__ day of __October__, 2005.

_____
NOTARY PUBLIC

Leta G. Medina
My Commission DD272315
Expires December 03, 2007