EXHIBIT "A"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| | |

FLORIDA COMMISSION ON HUMAN RELATIONS and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Maureen Fitzgerald-Marhold
**HOME TELEPHONE** (Include Area Code): (941)776-3876
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 3024 Wilderness Blvd. East, Parrish, FL 34219
**DATE OF BIRTH**: 3/21/66

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Winn Dixie Stores, Inc.
**NUMBER OF EMPLOYEES, MEMBERS**: > 15
**TELEPHONE** (Include Area Code):
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 3304 Sydney Rd., Plant City, FL 33566
**COUNTY**: Hillsborough

**NAME**: Winn Dixie Stores, Inc.
**TELEPHONE NUMBER** (Include Area Code): (904)783-5000
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 5050 Edgewood Court, Jacksonville, FL 32254
**COUNTY**: Duval

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(e's))
[ ] Race  [ ] Color  [X] Sex  [ ] Religion  [ ] Age
[X] Retaliation  [ ] National Origin  [ ] Disability  [ ] OTHER

**DATE DISCRIMINATION TOOK PLACE EARLIEST**: 5/15/2004  8/2/2004
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I. Personal Harm:**

I was terminated from my position as Plant Engineer/Compliance Officer on the basis I am female. In May 2004, Winn Dixie brought in a male employee (Buck Bankston) from its Miami operations to work under me. Despite his lack of knowledge, cooperation and effort, I was ultimately replaced by him on or about August 2, 2004. I am a superior employee with top-notch credentials and performance evaluations, so performance is not an issue. I also routinely worked 90-100 hours per week, so effort and attendance is not a problem. Buck Bankston (who replaced me) made derogatory remarks about my gender, and once said, "I will not report to a woman." Also, I believe I may have been retaliated against for complaining about being treated by Buck Bankston differently on the account of my gender.

**II. Respondent's Reason for Personal Harm**

None given.

**III. Discrimination Statement:**

I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act, and/or Title VII of the Federal Civil Rights Act of 1964, as amended.

[x] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

9-9-04
Date / Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)