EXHIBIT "B"



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Tampa Area Office

501 East Polk Street, Room 1020
Tampa, FL 33602
(813) 228-2310
TTY (813) 228-2003
FAX (813) 228-2841

EEOC Charge No: 151-2004-02554

Maureen Fitzgerald-Marhold
3024 Wilderness Blvd., East
Parrish, Florida 34219

Charging Party

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Respondent

Letter of Determination

On behalf of the Commission I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended and timeliness, deferral and all other requirements for coverage have been met.

Charging Party alleged that on August 2, 2004, she was discharged from her position as Plant Engineer/Compliance Officer because of her sex, female, and in retaliation for complaining about discriminatory remarks due to her gender.

Examination of the available evidence indicates that there is reasonable cause to believe that a violation of Title VII has occurred.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Sections 706 and 709 of Title VII and the Commission Regulations apply to information obtained during conciliation.

Page 2 of 2
Charge No. 151-2004-02554

An invitation to conciliate is enclosed. Please contact Maria I. Melendez, Investigator, (813) 228-2065, within fifteen (15) days of your receipt of this document to indicate the Respondent's willingness to proceed with conciliation efforts. If no response is received within this time period, it will be interpreted as an unwillingness on the part of the Respondent to participate in conciliation efforts. At that time, conciliation efforts will cease.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. A Commission representative will contact each party in the near future to begin conciliation.

You are reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

6/8/05
Date

Manuel Zurita
Area Director

cc: David C. Netzley, II, Esquire
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Richard F. Meyers, Esquire
9340 North 56th St., Suite 220-A
Temple Terrace, Florida 33617