UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO ABATE PROCEEDINGS ON DISBANDMENT
MOTION AND TO ADJOURN EVIDENTIARY HEARING
SCHEDULED FOR NOVEMBER 16, 2005**

The official committee of unsecured creditors (the "Committee") appointed in the chapter 11 cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors") moves the Court for entry of an order abating all proceedings, including all discovery and related motions, presently pending on the Committee's Motion for Entry of Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding Official Committee of Equity Security Holders (filed under seal at Docket No. 3363) (the "Disbandment Motion"), and adjourning the evidentiary hearing currently scheduled on the Disbandment Motion for November 16, 2005. In support thereof, the Committee respectfully represents as follows:

**BACKGROUND**

1. On February 21, 2005 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "New York Bankruptcy Court").

2. On March 1, 2005, the United States Trustee duly appointed the Committee.

3. By Order dated April 13, 2005, the New York Bankruptcy Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for

{JA254852;2}                               1

procedural purposes only. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

4. On August 17, 2005, the United States Trustee filed a notice appointing an official committee of equity security holder of Winn-Dixie Stores, Inc., et al. (the "Equity Committee").

5. On September 2, 2005, the Committee filed the Disbandment Motion in accordance with this Court's Administrative Order Pursuant to Bankruptcy Code Section 107(b) and Bankruptcy Rule 9018 Granting Leave to File Motion Seeking Disbandment of Equity Committee Under Seal (Docket No. 3342)(the "Committee Seal Order"). Pursuant to the Consent Order Regarding Scheduling and Discovery Issues Related to Motion of Official Committee of Unsecured Creditors Seeking Disbandment of Equity Committee (the "Consent Order") (Docket No. 3509), a hearing on the Disbandment Motion is scheduled for November 16, 2005.

6. The Limited Recipients (as that term is defined in the Committee Seal Order) have exchanged numerous discovery requests on matters addressing the Disbandment Motion, and resulting discovery disputes have arisen which have triggered various motions for protective order or other discovery objections, all of which appear to require court resolution.

**RELIEF REQUESTED**

7. The U.S. Trustee has requested the Committee to abate all proceedings regarding the Disbandment Motion, including all pending discovery and related motions, and to adjourn the hearing on the Disbandment Motion presently scheduled for November 16, 2005, without prejudice, so that the issue of whether or not the Equity Committee should be disbanded can be

properly reviewed by the U.S. Trustee at this time. The U.S. Trustee has announced her intention to request documents from the Debtors relevant to the analysis so that a determination by the U.S. Trustee may be quickly made as to whether the Equity Committee should now be disbanded.

8. In deference to the request of the U.S. Trustee, and in order to advance the resolution of issues involving the disbandment of the Equity Committee with the least expenditure of estate resources, the Committee seeks an abatement of all proceedings on the Disbandment Motion, including all discovery and motions directed thereto, and an adjournment of the evidentiary hearing scheduled on the Disbandment Motion for November 16, 2005, without prejudice, with the Disbandment Motion and all related discovery and pending discovery motions to be placed back upon the Court's calendar upon subsequent motion to and order of the Court.

9. The Committee has conferred with counsel for the Debtors, the Office of the United States Trustee, the Equity Committee, and the Ad Hoc Committee of Winn-Dixie Retirees, and has advised counsel for the Securities and Exchange Commission of the Committee's anticipated request for this abatement and adjournment. The Committee is authorized to represent to the Court that the Debtors, the Office of the United States Trustee, the Equity Committee, and the Ad Hoc Committee of Winn-Dixie Retirees have no objection to the requested abatement and adjournment, without prejudice to and preserving all rights, both procedural and substantive, of all interested parties, and the Committee has received no objection from the Securities and Exchange Commission to the Committee's announced intention to seek this abatement and adjournment.

**CONCLUSION**

WHEREFORE, the Committee respectfully requests that this Court enter its Order abating the Disbandment Motion and adjourning the evidentiary hearing on the Disbandment Motion presently scheduled for November 16, 2005, without prejudice to and preserving all rights, both procedural and substantive, of all interested parties, with the Disbandment Motion and all related discovery and pending discovery motions to be placed back upon the Court's calendar upon subsequent motion to and order of the Court.

Dated:  November 2, 2005

              AKERMAN SENTERFITT

              By:   /s/ John B. Macdonald
                 John B. Macdonald
                 Florida Bar No. 230340
                 Email: john.macdonald@akerman.com
                 Patrick P. Patangan
                 Florida Bar No. 348340
                 Email: patrick.patangan@akerman.com
                 50 North Laura Street, Suite 2500
                 Jacksonville, Florida  32202
                 Telephone: (904) 798-3700
                 Facsimile: (904) 798-3730

              Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

                 - and -

              MILBANK, TWEED, HADLEY & McCLOY LLP
              Luc A. Despins (LD 5141)
              Dennis F. Dunne (DD 7543)
              Robert E. Winter (RW 9937)
              1 Chase Manhattan Plaza
              New York, New York 10005
              (212) 530-5000

              Co-counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 2nd day of November, 2005, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtors, c/o James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; D. J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; David Jennis, Esq., Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, FL 33602; Karol K. Denniston, Esq., Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street NE, Suite 2400, Atlanta, GA 30308; Jerrett M. McConnell, Esq., Friedline & McConnell, 1756 University Boulevard South, Jacksonville, FL 32216; Susan Sherrill-Beard, Esq., U.S. Securities and Exchange Commission, Atlanta District Office, Suite 1000, 3475 Lenox Road , N.E., Atlanta, GA 30326-1232, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.



/s/ John B. Macdonald
Attorney