UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
NOV - 2 2005
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.
_____/

CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

JOINTLY ADMINISTERED

## MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE FOR LITIGATION CLAIMANTS

Litigation Claimants Teresita Blanco #410708, Robert Brooks #410707, Ofelia Calle #410705, Brenda Nelson #410703 and Aislinn Ortiz #410709, a minor through her natural guardian Theresa Van Buren, creditors in the above referenced matter, move for an extension of time to file their Questionnaires for Litigation Claimants, and say:

1. Counsel for the above claimants resides and practices in Broward County, Florida and has been unable to complete and serve the Questionnaires due to the effects of Hurricane Wilma.

2. Counsel was locked out of his office following the hurricane until October 31, 2005 and has only had power and phone service restored as of the date of filing this Motion. Counsel's staff has not yet returned to work since the storm and counsel still does not have Internet access for electronic filing.

3. Further, counsel has been unable to make contact with several of the claimants since the approach of Hurricane Wilma.

4. Counsel requests a 30 day extension of time to file and serve the Questionnaires.

I HEREBY CERTIFY that I am a member in good standing of the Middle District of Florida and that a true and correct copy of the forgoing was furnished by mail (in the absence of Internet access) to the following this 31st day of October, 2005:

James Post
Smith, Hulsey & Busey
225 Water Street, Ste 1800
Jacksonville, FL 32202

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, NJ 07043

DAVID W. LANGLEY, P.A.
8181 W Broward Boulevard
Suite 204
Plantation, FL 33324-2049
Telephone: (954) 356-0450
Facsimile: (954) 356-0451
dave@flalawyer.com

By: David W. Langley, Esq.
FBN 348279