**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05−bk−03817−JAF<br>Chapter 11 |
| Winn−Dixie Stores, Inc | |
| _____Debtor(s)_____/ | |

NOTICE OF CONTINUED FINAL HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Concord−Fund IV Retail, LP is continued for final hearing to February 8, 2006 at 9:30 a.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated November 3, 2005 .

                      David K Oliveria , Clerk of Court
                      300 North Hogan Street Suite 3−350
                      Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors
Movant