UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | ) | |
| | ) | Case No. 05-3817-3F1 |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## AMENDED UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Byron L. Saintsing, of the Firm of Smith Debnam Narron Wyche Saintsing & Myers, LLP ("Smith Debnam"), counsel for Greenwood Commons Associates ("Greenwood") and Sunstate Equities, Inc. ("Sunstate"), creditors and parties in interest in the above captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, Byron L. Saintsing states as follows:

1.      On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 3, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.      Pursuant to Bankruptcy Local Rule 2090-1 (c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1 (c) provides that the Court may waive such designation for good cause shown.

3.      The matters pertaining to Greenwood and Sunstate at issue in these jointly-administered Chapter 11 cases are limited to the rejections of two single store leases and the administrative claims and damages the creditors are entitled to as a result of the rejections. The retention of local counsel would impose an additional financial burden on Greenwood and Sunstate.

4.      The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

5.      Based on the foregoing, Byron L. Saintsing requests that the Court grant him leave to represent Greenwood Commons Associates and Sunstate Equities, Inc. without the necessity of designating local counsel.

WHEREFORE, Byron L. Saintsing respectfully requests that the Court enter an Order authorizing him to represent Greenwood Commons Associates and Sunstate Equities, Inc. without designating local counsel and granting him such other and further relief to which he may be entitled.

This the 2nd day of November, 2005.

/s/ Byron L. Saintsing
Byron L. Saintsing (NC Bar No. 16035)
of SMITH DEBNAM NARRON
    WYCHE SAINTSING & MYERS, LLP
Post Office Box 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000
Facsimile: (919) 250-2211
Email: Bsaintsing@smithdebnamlaw.com

Counsel for GREENWOOD COMMONS
    ASSOCIATES and SUNSTATE EQUITIES, INC.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC.,** *et al.* | ) | |
| | ) | **Case No. 05-3817-3F1** |
| **Debtors.** | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Byron L. Saintsing, of SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, L.L.P., Attorneys at Law, hereby certify:

That I am, and at all times hereinafter-mentioned was, more that eighteen (18) years of age;

That on the 3rd day of November, 2005, I served copies of the foregoing AMENDED UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL upon the following by mailing a copy thereof, postage prepaid:

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attorney for Debtor

Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

United States Trustee-JAX
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

I certify under penalty of perjury that the foregoing is true and correct.

This the 3rd day of November, 2005.


/s/ Byron L. Saintsing
Byron L. Saintsing