UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS**
**HEARING TO BE HELD ON NOVEMBER 4, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on November 4, 2005 at 1:00 p.m. (ET):

**A.   Uncontested Matters**

   *1.   Motion for Order Authorizing (I) Retroactive Rejection of Jacksonville Warehouse Lease and Sublease and (II) Abandonment of Related Personal Property (Docket No. 3874)*

   Objection Deadline:  November 1, 2005

   Objections:          No objections have been filed.

   Status:              The Debtors will proceed with the Motion.

B. **Contested Matters**

    *1.  Motion for Determination of Unresolved Reclamation Claims (Docket No. 3730)*

Objection Deadline: October 28, 2005.

Objections: Doane Pet Care Company (Docket No. 3998)

Status: The Debtors have been informed by Doane that it will withdraw the Objection. The Debtors will proceed with the motion.

    *2.  Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

Purchaser(s):
(a) Valrico Partners, LP, **Store No. 716** (Docket No. 3376); and
(b) FW NC-Shoppes of Kildare, LLC, **Store No. 803** (Docket No. 3378).

Objections to Sales: No objections have been filed.

Status: The Debtors will proceed with the Motion.

*3.     Motion for Order Authorizing and Approving (i) Rejection of Real Property Leases and Subleases (ii) Abandonment of Related Personal Property and (iii) the Settlement Agreement with E.W. James (Docket No. 3489)*

This Motion was granted with respect to all non-objecting landlords and subtenants by Order of this Court dated October 7, 2005 (Docket No. 3836). The Motion remains pending only with respect to the objection of Mr. Lifter.

Objection Deadline: September 30, 2005.

Objections:    Bennett Lifter (Docket No. 3718).

Status:    The Debtors and the Movant have agreed to continue this matter to November 17, 2005.

### C. **Late-filed Motions:**

    4. *Florida Tax Collectors' Second Motion to Extend Claims Bar Date (Docket No. 4008)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Movant will proceed with the Motion.

Dated: November 3, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(212) 735-2000 (facsimile) <br>djbaker@skadden.com | 225 Water Street, Suite 1800 <br>Jacksonville, Florida 32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00510321