UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,                    Case No. 05-03817-3F1

        Debtor,                                    Chapter 11

                                        Jointly Administered

## AMENDED NOTICE OF EVIDENTIARY HEARING
### (AS TO DATE ONLY)

TO PARTIES IN INTEREST:

       PLEASE TAKE NOTICE that an evidentiary hearing is scheduled for **December 15, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion of Schreiber Foods, Inc. to Have the Court Set a Specific Date for the Debtor to Assume or Reject Executory Contract, Pursuant to Bankruptcy Code §365(d)(2) (Docket No. 3815).

       You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

       You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse

Dated:  November 3, 2005

QUARLES & BRADY LLP

By: _____

        Ned R. Nashban, Esquire
        Florida Bar No. 717230
        Attorneys for Creditor
        One Lincoln Place
        1900 Glades Road, Suite 355
        Boca Raton, FL  33431
        561.368.5400
        561.368.1996 Facsimile
        nrn@quarles.com

        and

Jerome E. Smyth, Esquire
LIEBMAN, CONWAY, OLEJNICZAK &
JERRY, S.C
231 S. Adams Street
P.O. Box 23200,
Green Bay, Wisconsin 54305-3200
920.437.0476
920.437.2868 Facsimile
jes@lcojlaw.com

Co-Counsel for Schreiber Foods, Inc.

## CERTIFICATE OF SERVICE

    **I HERBY CERTIFY** that I caused a copy of the foregoing Notice of Evidentiary Hearing to be served debtor's attorneys, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Stephen Busey, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; the U.S. Trustee; Counsel for the Official Committee of Unsecured Creditors; Counsel for the Official Committee of Equity

Interestholders; and the Local Rule 1007-2 Parties in Interest electronically and to Winn-Dixie

Stores, Inc., at 5050 Edgewood Court, Jacksonville, FL 32254-3699 by U.S. Mail, this 3rd day of

November, 2005.

QUARLES & BRADY LLP

By:_____

     Ned R. Nashban, Esquire
     Florida Bar No. 717230
     nrn@quarles.com
     Co-Counsel for Schreiber Foods, Inc.
     1900 Glades Road
     Suite 355
     Boca Raton, FL   33431
     561.368.5400 Telephone
     561.368.1996 Facsimile