**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | *Chapter 11* |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## SECOND AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES AND SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Winn-Dixie Stores, Inc. (the "Debtor") hereby submits its Second Amendment to Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases (the "Amended Schedules") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007 and 1009. Schedule F is amended to add those creditors listed on the attached Exhibit A and Schedule G is amended to add those creditors listed on the attached Exhibit B.

The Debtor has used its best efforts to compile the information contained in the Amended Schedules, based on its books and records maintained in the ordinary course of business. The amended information relates solely to Schedule F and Schedule G.

The Debtor's Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases filed on April 7, 2005 (the "Original Schedules") and these Amended Schedules remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial or other data contained in the Original Schedules and/or these Amended Schedules. The Debtor reserves the right to amend the Original Schedules and/or these Amended Schedules from time to time as may be necessary or appropriate.

The Notes to Schedules that were filed with the Original Schedules are hereby incorporated by reference into the Amended Schedules.

Logan & Company, Inc., the Debtor's claims agent, has served each of the creditors listed in the Amended Schedules with the following: (i) Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines, (ii) Notice of Second Amended Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases, (iii) Notice of Deadline Requiring Filing of Proofs of Claim on or before November 30, 2005 and (iv) a personalized proof of claim form providing notification of how the creditor's claim was listed in the Amended Schedules. Logan & Company, Inc. will file a supplemental affidavit of service evidencing such service.

## **Declaration**

I, Bennett L. Nussbaum, declare under penalty of perjury that I have reviewed the Amended Schedules and that they are true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: October 31, 2005

_____
Signature

Bennett L. Nussbaum_____
Name

Senior Vice President & Chief Financial Officer_____
Title

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC.**                                      **Case No: 05-03817-3F1**

### SUMMARY OF SECOND AMENDMENT TO SCHEDULES

Indicate as to each schedule whether that schedule is attached.

Report totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liability.

| NAME OF SCHEDULE | ATTACHED (YES/NO) * | ASSETS | LIABILITIES |
|---|---|---|---|
| A.  Real Property | No | $131,530,139.10 | |
| B.  Personal Property | No | $1,593,163,542.18 | |
| C.  Property Claimed As Exempt | No | | |
| D.  Creditors Holding Secured Claims ** | No | | $444,505,438.00 |
| E.  Creditors Holding Unsecured Priority Claims | No | | $0.00 |
| F.  Creditors Holding Unsecured Nonpriority Claims | Yes | | $599,115,119.12 |
| G.  Executory Contracts and Unexpired Leases | No | | |
| H.  Codebtors | No | | |
| **EXHIBITS TO SCHEDULE** | | | |
| I.  Current Income of Individual Debtor(s) | No | | |
| J.  Current Expenditure of Individual Debtor(s) | No | | |
| **TOTALS *** | | **$1,724,693,681.28** | **$1,043,620,557.12** |

*Such schedule was attached to the Original Schedules.

**Obligations owing to Wachovia Bank, N.A. as of the Petition Date were subsequently satisfied with the proceeds of the Debtor's Court-approved Debtor in Possession financing facility.

***Liability amounts on this summary page do not include amounts associated with contingent, unliquidated or disputed claims.  Thus, actual liability may exceed the amounts stated herein.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  WINN-DIXIE STORES, INC.                                   Case No.:   05-03817-3F1

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account  number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in **Schedules D and E.**   If all creditors will not fit on this page, use the continuation sheet provided.  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete **Schedule H - Codebtors.**

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated. "  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in  more than one of these three columns.)  Report total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the **Summary of Schedules.**

### SCHEDULE F NOTES

THE DEBTOR PAYS OBLIGATIONS ON BEHALF OF ITS DEBTOR SUBSIDIARIES AND AFFILIATES.  THEREFORE, CERTAIN OBLIGATIONS THAT ARE LISTED AS CLAIMS ON THE SCHEDULE F FILED BY CERTAIN OF SUCH SUBSIDIARIES AND AFFILIATES MAY BE CONSIDERED TO BE OBLIGATIONS OF THE DEBTOR.  THE FACT THAT ANY SUCH OBLIGATIONS ARE NOT LISTED ON THIS SCHEDULE F SHALL NOT CONSTITUTE AN ADMISSION AS TO THE ENTITY THAT IS RESPONSIBLE FOR SUCH OBLIGATIONS.

CERTAIN CLAIMS LISTED IN THIS SCHEDULE MAY BE DESIGNATED AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED.  A FAILURE TO DESIGNATE A CLAIM ON THIS SCHEDULE AS CONTINGENT, UNLIQUIDATED AND/OR DISPUTED DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CLAIM IS NOT SUBJECT TO OBJECTION.  THE DEBTOR RESERVES THE RIGHT TO DISPUTE, OR ASSERT OFFSETS OR DEFENSES TO, ANY CLAIM REFLECTED ON THIS SCHEDULE AS TO NATURE, AMOUNT, LIABILITY OR STATUS.

THIS SCHEDULE DOES NOT INCLUDE WORKERS' COMPENSATION CLAIMS AUTHORIZED TO BE PAID PURSUANT TO THE FINAL ORDER GRANTING AUTHORITY TO CONTINUE PRE-PETITION INSURANCE AND WORKERS' COMPENSATION PROGRAMS AND TO PAY PRE-PETITION PREMIUMS, RELATED OBLIGATIONS, AND PREMIUM FINANCING PAYMENTS ENTERED MARCH 15, 2005.

CERTAIN OTHER CREDITORS WHOSE CLAIMS ARE AUTHORIZED TO BE PAID BY THE FOLLOWING "FIRST DAY" ORDERS ENTERED BY THE COURT MAY NOT BE INCLUDED IN THIS SCHEDULE: (I) FINAL ORDER AUTHORIZING DEBTORS TO PAY (A) PRE-PETITION COMPENSATION, PAYROLL TAXES, EMPLOYEE BENEFITS, AND RELATED EXPENSES, (B) EXPENSES RELATED TO INDEPENDENT CONTRACTORS, AND (C) RETIREE BENEFITS ENTERED MARCH 15, 2005, (II) FINAL ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PRE-PETITION CUSTOMER OBLIGATIONS ENTERED MARCH 15, 2005, (III) FINAL ORDER AUTHORIZING THE DEBTORS TO TURN OVER CERTAIN FUNDS HELD IN TRUST AND TO CONTINUE PERFORMANCE AND HONOR OBLIGATIONS UNDER CONSIGNMENT ARRANGEMENTS ENTERED MARCH 15, 2005, (IV) FINAL ORDER AUTHORIZING PAYMENT OF PRE-PETITION COMMON CARRIER AND WAREHOUSE CHARGES ENTERED MARCH 15, 2005, (V) FINAL ORDER AUTHORIZING DEBTORS TO PAY CERTAIN WORK-IN-PROGRESS CLAIMS OF ON-SITE PROVIDERS AS NECESSARY TO AVOID DISRUPTION TO OPERATIONS ENTERED MARCH 15, 2005 AND (VI) FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS ENTERED MARCH 15, 2005.

CERTAIN CREDITORS OWE AMOUNTS TO THE DEBTOR AND MAY HAVE VALID SETOFF RIGHTS WITH RESPECT TO SUCH AMOUNTS.  THE DEBTOR HAS NOT REVIEWED THE VALIDITY OF THE SETOFF RIGHTS AND HEREBY RESERVES ALL RIGHTS TO CHALLENGE SUCH SETOFF RIGHTS.  NEVERTHELESS, IN SCHEDULING THE CLAIMS OF SUCH CREDITORS, IN PARTICULAR TRADE VENDORS, THE DEBTOR HAS FACTORED IN THE AMOUNTS OWED BY THE CREDITORS TO THE DEBTOR AND HAS REDUCED THE SCHEDULED CLAIMS ACCORDINGLY.  IN OTHER CASES, INCLUDING UTILITIES WITH DEPOSITS, BONDS OR LETTERS OF CREDIT, THE DEBTOR HAS NOT REDUCED THE SCHEDULED CLAIMS TO REFLECT ANY SUCH RIGHT OF SETOFF, ALTHOUGH WHERE PRACTICABLE THE DEBTOR HAS INDICATED THAT THE SCHEDULED CLAIMS ARE CONTINGENT IN RECOGNITION OF A POTENTIAL SETOFF.

### See Attached

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re:   **WINN-DIXIE STORES, INC.**                               Case No.:   **05-03817-3F1**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED ACCOUNTS PAYABLE** | | | | | | |
| ANDERSON, JOHN<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254<br>Creditor: 416245 - O1 | 02/21/2005 | | | | | $1,500.00 |
| CODINA, ARMANDO M<br>THE CODINA GROUP, INC.<br>355 ALHAMBRA CIRCLE, SUITE 900<br>CORAL GABLES  FL  33134<br>Creditor: 242550 - 12<br>Vendor: 0000808918 | 02/21/2005 | | | | | $28,681.35 |
| DASBURG, JOHN H.<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254<br>Creditor: 416246 - O1 | 02/21/2005 | | | | | $1,500.00 |
| ESTATE OF FOWLER, TILLIE<br>C/O BUCK FOWLER<br>BROADVIEW TOWERS, UNIT 12-A<br>1596 LANCSTER TERRACE<br>JACKSONVILLE  FL  32204<br>Creditor: 377468 - 44 | 02/21/2005 | | | | | $1,500.00 |
| HAUER CUSTOM MANUFACTURING<br>C/O STEVENS & LEE<br>ATTN: JEFFREY A HARENZA, ESQ<br>111 NORTH 6TH STREET<br>PO BOX 679<br>READING  PA  19603-0679<br>Creditor: 415968 - BD | 02/21/2005 | | | | | $16,934.08 |
| NORTH, JULIA B.<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254-3699<br>Creditor: 378213 - 45 | 02/21/2005 | | | | | $32,635.64 |
| PATIENT FIRST<br>C/O RECEIVABLES MGMNT SYS<br>PO BOX 8630<br>RICHMOND  VA  23226-0630<br>Creditor: 415964 - BD | 02/21/2005 | | | | | $327.50 |
| PROGRESSIVE BUSINESS PUBLICATIONS<br>C/O INT'L CREDIT RECOVERY INC<br>300 MAIN STREET<br>PO BOX 992<br>VESTAL  NY  13851<br>Creditor: 415967 - BD | 02/21/2005 | | | | | $230.00 |

**PAGE TOTAL:**                    **$83,308.57**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                          **Case No.:   05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   AMENDED ACCOUNTS PAYABLE** | | | | | | |
| RIDER, CARLETON T.<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699<br>Creditor: 411048 - 15 | 02/21/2005 | | | | | $5,756.65 |
| TOWNSEND, RONALD<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699<br>Creditor: 411034 - 15 | 02/21/2005 | | | | | $4,000.00 |
| **TOTAL SECTION:  AMENDED ACCOUNTS PAYABLE** | | | | | | **$93,065.22** |

PAGE TOTAL:                    <u>$9,756.65</u>

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:   05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| ACE AMERICAN INSURANCE COMPANY C/O ACE USA ATTN EDWARD A MUNGIOLE AVP, CR MGT TWO LIBERTY PLACE PHILADELPHIA  PA  19103 Creditor: 410372 - 15 | 02/21/2005 | X | | | | UNLIQUIDATED |
| ACE BERMUDA INSURANCE, LTD. THE ACE BUILDING 17 WOODBOURNE AVENUE HAMILTON   HM 08  BERMUDA Creditor: 411329 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| AIG AVIATION, INC. 100 COLONY SQUARE, SUITE 1000 1175 PEACHTREE STREET, NE ATLANTA  GA  30361 Creditor: 411330 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| AMERICAN CAS. CO. OF READING PA CNA INSURANCE CO 40 WALL STREET NEW YORK  NY  10005 Creditor: 411331 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| AMERICAN GUARANTEE LIABILITY (ZURICH) ZURICH EXCESS CASUALTY 3003 SUMMIT BOULEVARD SUITE 1800 ATLANTA  GA  30319 Creditor: 411332 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| ARCH INSURANCE CO. EXECUTIVE ASSURANCE UNDERWRITING ONE LIBERTY PLAZA, 53RD FLOOR NEW YORK  NY  10008 Creditor: 411333 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| ATLAS VENDING 205 WOODS LAKE ROAD GREENVILLE  SC  29607 Creditor: 411334 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| AWAC - SIDE A DIC (BERMUDA) BERMUDA COMMERCIAL BANK BUILDING 43 VICTORIA STREET HAMILTON   HM 12  BERMUDA Creditor: 411335 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |

PAGE TOTAL:                  $0.00

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re:   WINN-DIXIE STORES, INC.**                                **Case No.:   05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| AWAC LTD. (BERMUDA) BERMUDA COMMERCIAL BANK BUILDING 43 VICTORIA STREET HAMILTON   HM 12  BERMUDA Creditor: 411336 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| AXIS (BERMUDA) AXIS SPECIALTY LIMITED 106 PITTS ROAD PEMBROKE   HM 08  BERMUDA Creditor: 411337 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| AXIS SURPLUS INSURANCE COMPANY C/O MARSH USA INC PO BOX 100357 ATLANTA, GA  30384-0357 Creditor: 397621 - 72 | 02/21/2005 | X | | | | UNLIQUIDATED |
| AXIS US AXIS FINANCIAL INSURANCE SOLUTIONS CONNELL CORPORATE PARK PO BOX 357 BERKELEY HEIGHTS  NJ  07922-0357 Creditor: 411339 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| COMMONWEALTH INSURANCE COMPANY C/O MARSH USA INC PO BOX 100357 ATLANTA, GA  30384-0357 Creditor: 397628 - 72 | 02/21/2005 | X | | | | UNLIQUIDATED |
| DOLPHIN CAPITAL CORP PO BOX 605 MOBERLY, MO  65270-0605 Creditor: 248287 - 12 Vendor: 0000810819 | 02/21/2005 | X | | | | UNLIQUIDATED |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU C/O MARSH USA INC PO BOX 100357 ATLANTA, GA  30384-0357 Creditor: 397632 - 72 | 02/21/2005 | X | | | | UNLIQUIDATED |
| FEDERAL INSURANCE CO. CHUBB GROUP OF INSURANCE COS. 82 HOPMEADOW STREET SIMBSURY  CT  06070-7683 Creditor: 411343 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |

**PAGE TOTAL:**                **$0.00**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:   05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| FLORIDA POWER & LIGHT COMPANY<br>P O BOX 25426<br>MIAMI  FL  33102<br>Creditor: 411344 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| GREAT AMERICAN ASSURANCE<br>8510 MCALPINE PARK DRIVE, SUITE 114<br>CHARLOTTE  NC  28211<br>Creditor: 411345 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| HANSEATIC INSURANCE CO. (BERMUDA) LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON   HM 11  BERMUDA<br>Creditor: 411346 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| HOUSTON CASUALTY COMPANY<br>HCC GLOBAL FINANCIAL PRODUCTS<br>PO BOX 4018<br>FARMINGTON  CT  06034<br>Creditor: 411347 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA,  GA  30384-0357<br>Creditor: 397655 - 72 | 02/21/2005 | X | | | | UNLIQUIDATED |
| LIBERTY INS. UNDERWRITERS, INC.<br>55 WATER STREET, 18TH FLOOR<br>NEW YORK  NY  10041<br>Creditor: 411350 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY/RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK  NY  10022-1906<br>Creditor: 278836 - 99<br> Vendor: DI 63/138/1391/1516 | 02/21/2005 | X | | | | UNLIQUIDATED |

**PAGE TOTAL:**                    <u>$0.00</u>

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:   05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| LIBERTY MUTUAL INSURANCE EUROPE LTD. GROUND FLOOR, GUILD HOUSE INTERNATIONAL FINANCIAL SVCS CENTER DUBLIN    IRELAND Creditor: 411352 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| LLOYDS OF LONDON C/O MARSH USA INC PO BOX 100357 ATLANTA,  GA  30384-0357 Creditor: 397656 - 72 | 02/21/2005 | X | | | | UNLIQUIDATED |
| MAGNA CARTA INSURANCE LTD. WINDSOR PLACE 18 QUEEN STREET HAMILTON   HM 12  BERMUDA Creditor: 411354 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| MAX RE - SIDE-A DIC (BERMUDA) 2 FRONT STREET PO BOX 3565 HAMILTON   HM KX  BERMUDA Creditor: 411355 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| MAX RE LTD (BERMUDA) 2 FRONT STREET PO BOX 2565 HAMILTON   HM KX  BERMUDA Creditor: 411356 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| MODERN LEASING, INC. OF IOWA PO BOX 663 DES MOINES  IA  50303 Creditor: 411357 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, ET AL C/O AIG LAW DEPT - BANKRUPTCY ATTN MICHELLE A LEVITT, ESQ. 70 PINE STREET, 31ST FLOOR NEW YORK  NY  10270 Creditor: 411179 - 15 | 02/21/2005 | X | | | | UNLIQUIDATED |
| PHOENIX CLOSURES 1899 HIGH GROVE LANE NAPERVILLE  IL  60540 Creditor: 411360 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |

**PAGE TOTAL:**                    **$0.00**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| PUBLIC WORKS COMMISSION CITY OF FAYETTEVILLE 955 WILMINGTON ROAD FAYETTEVILLE  NC  28302 Creditor: 416252 - BD | 02/21/2005 | X | | | | UNLIQUIDATED |
| QUANTA SPECIALITY LINES INSURANCE COMPANY QUANTA US HOLDINGS, 10 ROCKEFELLER PLAZA, 3RD FLOOR NEW YORK  NY  10020 Creditor: 411361 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| RLI INSURANCE COMPANY 9025 NORTH LINDBERG DRIVE PEORIA  IL  61615-1431 Creditor: 411363 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| SMITHFIELD PACKING CO, INC, THE C/O MCGUIREWOODS, LLP ATTN ROBERT A COX, JR ESQ 100 N TRYON STREET, SUITE 2900 CHARLOTTE  NC  28202-4011 Creditor: 410797 - 15 | 02/21/2005 | X | | | | UNLIQUIDATED |
| SR INTERNATIONAL BUS INS CO LTD C/O MARSH USA INC PO BOX 100357 ATLANTA,  GA  30384-0357 Creditor: 397669 - 72 | 02/21/2005 | X | | | | UNLIQUIDATED |
| ST PAUL MERCURY THE ST. PAUL COMPANIES 385 WASHINGTON STREET ST PAUL  MN  55102-1396 Creditor: 411366 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| ST. PAUL (BERMUDA) LTD. BURNABY BUILDING 16 BURNABY STREET HAMILTON    HM JX  BERMUDA Creditor: 411367 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| ST. PAUL FIRE & MARINE INS. CO., 233 BROADWAY, 26TH FLOOR NEW YORK  NY  10279 Creditor: 411368 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |

PAGE TOTAL:        <u>$0.00</u>

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re:   **WINN-DIXIE STORES, INC.**                                    Case No.:   **05-03817-3F1**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| STARR EXCESS (BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE   HM 08  BERMUDA<br>Creditor: 411369 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| STARR EXCESS LIABILITY INS. INT'L LTD. (BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE   HM 08  BERMUDA<br>Creditor: 411370 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| STARR EXCESS LIABILITY INSURANCE<br>29 RICHMOND ROAD<br>PEMBROKE   HM 08  BERMUDA<br>Creditor: 411371 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| THE HARTFORD<br>PO BOX 2999<br>UNIT A 2W<br>HARTFORD  CT  06104-2999<br>Creditor: 411372 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| TWIN CITY FIRE INSURANCE COMPANY<br>UNDERWRITERS AT HARTFORD PLAZA<br>HARTFORD  CT  06115<br>Creditor: 411373 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| XL INSURANCE AMERICA INC. (BERMUDA)<br>ONE BERMUDIANA ROAD<br>HAMILTON   HM 2245  BERMUDA<br>Creditor: 411375 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE  TN  37219<br>Creditor: 411316 - 15 | 02/21/2005 | X | | | | UNLIQUIDATED |

PAGE TOTAL:                    $0.00

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                      **Case No.:   05-03817-3F1**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | |
| ZURICH AMERICAN INSURANCE COMPANY ONE LIBERTY PLAZA 30TH FLOOR NEW YORK  NY  10006 Creditor: 411378 - GX | 02/21/2005 | X | | | | UNLIQUIDATED |
| **TOTAL SECTION:  AMENDED POTENTIAL CONTRACT/LEASE OBLIGATIONS** | | | | | | **$0.00** |
| **TOTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS:** | | | | | | **$93,065.22** |

PAGE TOTAL:                    $0.00

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  WINN-DIXIE STORES, INC.                                    Case No.:  05-03817-3F1

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

### SCHEDULE G NOTES

**LISTING A CONTRACT OR AGREEMENT ON THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR AGREEMENT IS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE OR THAT SUCH CONTRACT OR AGREEMENT WAS IN EFFECT ON THE PETITION DATE OR IS VALID OR ENFORCEABLE.  ANY AND ALL OF THE DEBTOR'S RIGHTS, CLAIMS AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND AGREEMENTS LISTED ON THIS SCHEDULE ARE HEREBY RESERVED AND PRESERVED.**

**OMISSION OF A CONTRACT OR AGREEMENT FROM THIS SCHEDULE DOES NOT CONSTITUTE AN ADMISSION THAT SUCH OMITTED CONTRACT OR AGREEMENT IS NOT AN EXECUTORY CONTRACT OR UNEXPIRED LEASE.  THE DEBTOR'S RIGHTS UNDER THE BANKRUPTCY CODE WITH RESPECT TO ANY SUCH OMITTED CONTRACTS OR AGREEMENTS ARE NOT IMPAIRED BY THE OMISSION.  THIS SCHEDULE MAY BE AMENDED AT ANY TIME TO ADD ANY OMITTED CONTRACT OR AGREEMENT.**

**See Attached**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:   **WINN-DIXIE STORES, INC.**                          Case No.:   **05-03817-3F1**

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| ACE AMERICAN INSURANCE COMPANY C/O ACE USA ATTN EDWARD A MUNGIOLE AVP, CR MGT TWO LIBERTY PLACE PHILADELPHIA  PA  19103 Creditor: 410372 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - XOOG21976283 |
| ACE AMERICAN INSURANCE COMPANY C/O ACE USA ATTN EDWARD A MUNGIOLE AVP, CR MGT TWO LIBERTY PLACE PHILADELPHIA  PA  19103 Creditor: 410372 | INSURANCE CONTRACT -- PROPERTY INSURANCE - CRXD35647788 |
| ACE AMERICAN INSURANCE COMPANY C/O ACE USA ATTN EDWARD A MUNGIOLE AVP, CR MGT TWO LIBERTY PLACE PHILADELPHIA  PA  19103 Creditor: 410372 | INSURANCE CONTRACT -- PROPERTY INSURANCE - CRXD35647788 (2ND LAYER) |
| ACE AMERICAN INSURANCE COMPANY C/O ACE USA ATTN EDWARD A MUNGIOLE AVP, CR MGT TWO LIBERTY PLACE PHILADELPHIA  PA  19103 Creditor: 410372 | INSURANCE CONTRACT -- GENERAL LIABILITY INSURANCE POLICY - XSL G21708069 |
| ACE AMERICAN INSURANCE COMPANY C/O ACE USA ATTN EDWARD A MUNGIOLE AVP, CR MGT TWO LIBERTY PLACE PHILADELPHIA  PA  19103 Creditor: 410372 | INSURANCE CONTRACT -- AUTOMOBILE LIABILITY POLICY XSA H8015399 |
| ACE BERMUDA INSURANCE, LTD. THE ACE BUILDING 17 WOODBOURNE AVENUE HAMILTON    HM 08  BERMUDA Creditor: 411329 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - PUNITIVE DAMAGES - WIN0091PD204 |
| AIG AVIATION, INC. 100 COLONY SQUARE, SUITE 1000 1175 PEACHTREE STREET, NE ATLANTA  GA  30361 Creditor: 411330 | INSURANCE CONTRACT -- AVIATION LIABILITY AND PHYSICIAL DAMAGE |
| AMERICAN CAS. CO. OF READING PA CNA INSURANCE CO 40 WALL STREET NEW YORK  NY  10005 Creditor: 411331 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 268049476 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:   **WINN-DIXIE STORES, INC.**                                    **Case No.:   05-03817-3F1**

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| AMERICAN GUARANTEE LIABILITY (ZURICH) ZURICH EXCESS CASUALTY 3003 SUMMIT BOULEVARD SUITE 1800 ATLANTA  GA  30319 Creditor: 411332 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - AEC930041003 |
| ARCH INSURANCE CO. EXECUTIVE ASSURANCE UNDERWRITING ONE LIBERTY PLAZA, 53RD FLOOR NEW YORK  NY  10008 Creditor: 411333 | INSURANCE CONTRACT -- PROPERTY INSURANCE - 31PRP3475100 |
| ARCH INSURANCE CO. EXECUTIVE ASSURANCE UNDERWRITING ONE LIBERTY PLAZA, 53RD FLOOR NEW YORK  NY  10008 Creditor: 411333 | INSURANCE CONTRACT -- POLICY NO. 31PR3475200 |
| ARCH INSURANCE CO. EXECUTIVE ASSURANCE UNDERWRITING ONE LIBERTY PLAZA, 53RD FLOOR NEW YORK  NY  10008 Creditor: 411333 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY - DOX 0002402-00 |
| ATLAS VENDING 205 WOODS LAKE ROAD GREENVILLE  SC  29607 Creditor: 411334 | SERVICE AGREEMENT -- VENDING MACHINES,  STORE: SUPERBRAND DAIRY, LOCATION: GREENVILLE |
| AWAC - SIDE A DIC (BERMUDA) BERMUDA COMMERCIAL BANK BUILDING 43 VICTORIA STREET HAMILTON    HM 12  BERMUDA Creditor: 411335 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- C 004154 / 001 |
| AWAC LTD. (BERMUDA) BERMUDA COMMERCIAL BANK BUILDING 43 VICTORIA STREET HAMILTON    HM 12  BERMUDA Creditor: 411336 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- C 002670/002 |
| AXIS (BERMUDA) AXIS SPECIALTY LIMITED 106 PITTS ROAD PEMBROKE   HM 08  BERMUDA Creditor: 411337 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY - 1127380104 QA |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:   **WINN-DIXIE STORES, INC.**                                      Case No.:   **05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| AXIS SURPLUS INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA  30384-0357<br>Creditor: 397621 | INSURANCE CONTRACT -- PROPERTY INSURANCE - EAF700868 |
| AXIS US<br>AXIS FINANCIAL INSURANCE SOLUTIONS<br>CONNELL CORPORATE PARK<br>PO BOX 357<br>BERKELEY HEIGHTS  NJ  07922-0357<br>Creditor: 411339 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- ENN 504456-00 |
| COMMONWEALTH INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA  30384-0357<br>Creditor: 397628 | INSURANCE CONTRACT -- PROPERTY INSURANCE - US5066 |
| DOLPHIN CAPITAL CORP<br>PO BOX 605<br>MOBERLY,  MO  65270-0605<br>Creditor: 248287 | EQUIPMENT LEASE -- COPIER LEASE - SAVIN 9955 AND SAVIN 2535, LOCATION: ATLANTA PLANT |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA  30384-0357<br>Creditor: 397632 | INSURANCE CONTRACT -- PROPERTY INSURANCE - MQCZ91527241034 |
| FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY  CT  06070-7683<br>Creditor: 411343 | INSURANCE CONTRACT -- SPECIAL CRIME INSURANCE - 8197-5378 |
| FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY  CT  06070-7683<br>Creditor: 411343 | INSURANCE CONTRACT -- FIDUCIARY LIABILITY INSURANCE - 8197-5270 |
| FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY  CT  06070-7683<br>Creditor: 411343 | INSURANCE CONTRACT -- OUTSIDE DIRECTORSHIP LIABILITY INSURANCE POLICY- 8197-5270 |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                      Case No.:   **05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY  CT  06070-7683<br>Creditor: 411343 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 8144-8282 |
| FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY  CT  06070-7683<br>Creditor: 411343 | INSURANCE CONTRACT -- CRIME INSURANCE (THEFT, FORGERY, FRAUD, ETC.) POLICY- 6801-6841 |
| FLORIDA POWER & LIGHT COMPANY<br>P O BOX 25426<br>MIAMI  FL  33102<br>Creditor: 411344 | UTILITY AGREEMENT -- COMMERCIAL/INDUSTRIAL LOAN CONTROL PROGRAM AGREEMENT - 37728-79783, STORE : DC - MIAMI |
| GREAT AMERICAN ASSURANCE<br>8510 MCALPINE PARK DRIVE, SUITE 114<br>CHARLOTTE  NC  28211<br>Creditor: 411345 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - EXC5166002 |
| HANSEATIC INSURANCE CO. (BERMUDA) LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON    HM 11  BERMUDA<br>Creditor: 411346 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - PUNITIVE DAMAGE - HIPD200533 |
| HANSEATIC INSURANCE CO. (BERMUDA) LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON    HM 11  BERMUDA<br>Creditor: 411346 | INSURANCE CONTRACT -- EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY -  PUNITIVE DAMAGES - HIPD200577 |
| HOUSTON CASUALTY COMPANY<br>HCC GLOBAL FINANCIAL PRODUCTS<br>PO BOX 4018<br>FARMINGTON  CT  06034<br>Creditor: 411347 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY - 24-MG-04-A7152 |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 | INSURANCE CONTRACT -- EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY- 550-66-74 |

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                        **Case No.:  05-03817-3F1**

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 | INSURANCE CONTRACT -- STAND-ALONE TERORISM POLICY -1-TRIA1-CA |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 | INSURANCE CONTRACT -- STAND-ALONE TERORISM POLICY - 1-TRIA2-CA |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 | INSURANCE CONTRACT -- STAND-ALONE TERORISM POLICY - 1-TRIA2-PR |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 | INSURANCE CONTRACT -- STAND-ALONE TERORISM POLICY - TERD35844727 |
| ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK  NY  10038<br>Creditor: 411348 | INSURANCE CONTRACT -- STAND-ALONE TERORISM POLICY - TERD3584465A |
| LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA,  GA  30384-0357<br>Creditor: 397655 | INSURANCE CONTRACT -- PROPERTY INSURANCE - DP312904 |
| LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA,  GA  30384-0357<br>Creditor: 397655 | INSURANCE CONTRACT -- PROPERTY INSURANCE - 7471272 |
| LIBERTY INS. UNDERWRITERS, INC.<br>55 WATER STREET, 18TH FLOOR<br>NEW YORK  NY  10041<br>Creditor: 411350 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - LQI-B71-198262-014 |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re:  WINN-DIXIE STORES, INC.**                                    **Case No.:   05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY/RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK  NY  10022-1906<br>Creditor: 278836 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 192951-014 |
| LIBERTY MUTUAL INSURANCE EUROPE LTD.<br>GROUND FLOOR, GUILD HOUSE<br>INTERNATIONAL FINANCIAL SVCS CENTER<br>DUBLIN     IRELAND<br>Creditor: 411352 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - PUNITIVE DAMAGE - 198-262-014-PD |
| LLOYDS OF LONDON<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA  30384-0357<br>Creditor: 397656 | INSURANCE CONTRACT -- PROPERTY INSURANCE  - DP315204 |
| MAGNA CARTA INSURANCE LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON    HM 12  BERMUDA<br>Creditor: 411354 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - PUNITIVE DAMAGES - MCPD201444 |
| MAX RE - SIDE-A DIC (BERMUDA)<br>2 FRONT STREET<br>PO BOX 3565<br>HAMILTON    HM KX  BERMUDA<br>Creditor: 411355 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 5178-509-PLFF-2004 |
| MAX RE LTD (BERMUDA)<br>2 FRONT STREET<br>PO BOX 2565<br>HAMILTON    HM KX  BERMUDA<br>Creditor: 411356 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 5178-509-PLFF-2004 |
| MODERN LEASING, INC. OF IOWA<br>PO BOX 663<br>DES MOINES  IA  50303<br>Creditor: 411357 | EQUIPMENT LEASE -- VENDING MACHINE LEASE -  SERVICE AGREEMENT ADDENDUM |
| NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK  NY  10270<br>Creditor: 411179 | INSURANCE CONTRACT -- EXCESS FIDUCIARY LIABILITY INSURANCE POLICY- 03810620 |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                              Case No.:  **05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, ET AL C/O AIG LAW DEPT - BANKRUPTCY ATTN MICHELLE A LEVITT, ESQ. 70 PINE STREET, 31ST FLOOR NEW YORK  NY  10270 Creditor: 411179 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 358-69-63 |
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, ET AL C/O AIG LAW DEPT - BANKRUPTCY ATTN MICHELLE A LEVITT, ESQ. 70 PINE STREET, 31ST FLOOR NEW YORK  NY  10270 Creditor: 411179 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 358-69-53 |
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, ET AL C/O AIG LAW DEPT - BANKRUPTCY ATTN MICHELLE A LEVITT, ESQ. 70 PINE STREET, 31ST FLOOR NEW YORK  NY  10270 Creditor: 411179 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 397-36-93 |
| PUBLIC WORKS COMMISSION CITY OF FAYETTEVILLE 955 WILMINGTON ROAD FAYETTEVILLE  NC  28302 Creditor: 416252 | UTILITY CONTRACT -- NORTHERN REGION |
| QUANTA SPECIALITY LINES INSURANCE COMPANY QUANTA US HOLDINGS, 10 ROCKEFELLER PLAZA, 3RD FLOOR NEW YORK  NY  10020 Creditor: 411361 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- CD 0100038804 |
| RLI INSURANCE COMPANY 9025 NORTH LINDBERG DRIVE PEORIA  IL  61615-1431 Creditor: 411363 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- EPG 0002702A |
| RLI INSURANCE COMPANY 9025 NORTH LINDBERG DRIVE PEORIA  IL  61615-1431 Creditor: 411363 | INSURANCE CONTRACT -- EXCESS FIDUCIARY LIABILITY INSURANCE POLICY- EPG 00022703A |
| SMITHFIELD PACKING CO, INC, THE C/O MCGUIREWOODS, LLP ATTN ROBERT A COX, JR ESQ 100 N TRYON STREET, SUITE 2900 CHARLOTTE  NC  28202-4011 Creditor: 410797 | PURCHASE AGREEMENT -- PRIVATE LABEL AGREEMENT FOR HOT DOGS, BOLOGNA AND PROCESSED PRODUCTS |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                                    Case No.:  **05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| SR INTERNATIONAL BUS INS CO LTD<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA  30384-0357<br>Creditor: 397669 | INSURANCE CONTRACT -- PROPERTY INSURANCE - 6043000001 |
| ST PAUL MERCURY<br>THE ST. PAUL COMPANIES<br>385 WASHINGTON STREET<br>ST PAUL  MN  55102-1396<br>Creditor: 411366 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 529 CM 02222 |
| ST. PAUL (BERMUDA) LTD.<br>BURNABY BUILDING<br>16 BURNABY STREET<br>HAMILTON   HM JX  BERMUDA<br>Creditor: 411367 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - PUNITIVE DAMAGES - STPBPB292SEU04 |
| ST. PAUL FIRE & MARINE INS. CO.,<br>233 BROADWAY, 26TH FLOOR<br>NEW YORK  NY  10279<br>Creditor: 411368 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY POLICY- QI09001208 |
| STARR EXCESS (BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE   HM 08  BERMUDA<br>Creditor: 411369 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 4649483 |
| STARR EXCESS (BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE   HM 08  BERMUDA<br>Creditor: 411369 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 4649481 |
| STARR EXCESS LIABILITY INS. INT'L LTD.<br>(BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE  HM 08  BERMUDA<br>Creditor: 411370 | INSURANCE CONTRACT -- EXCESS LIABILITY INSURANCE POLICY - 6340826 |
| STARR EXCESS LIABILITY INSURANCE<br>29 RICHMOND ROAD<br>PEMBROKE   HM 08  BERMUDA<br>Creditor: 411371 | INSURANCE CONTRACT -- EMPLOYMENT PRACTICES LIABILITY INSURANCE - PUNITIVE DAMAGES - 5373656 |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**                                    Case No.:  **05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| THE HARTFORD<br>PO BOX 2999<br>UNIT A 2W<br>HARTFORD  CT  06104-2999<br>Creditor: 411372 | INSURANCE CONTRACT -- BUSINESS TRAVEL ACCIDENT INSURANCE POLICY - 10-ETB-16870 |
| TWIN CITY FIRE INSURANCE COMPANY<br>UNDERWRITERS AT HARTFORD PLAZA<br>HARTFORD  CT  06115<br>Creditor: 411373 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- 00DA 022305304 |
| XL INSURANCE AMERICA INC. (BERMUDA)<br>ONE BERMUDIANA ROAD<br>HAMILTON    HM 2245  BERMUDA<br>Creditor: 411375 | INSURANCE CONTRACT -- EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY- XLEPL-01450 |
| XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE  TN  37219<br>Creditor: 411316 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- ELU 087368-04 |
| XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE  TN  37219<br>Creditor: 411316 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- ELU 087364-04 |
| XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE  TN  37219<br>Creditor: 411316 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- ELU 087366-04 |
| XL SPECIALTY INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN MICHAEL E COLLINS, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2200<br>NASHVILLE  TN  37219<br>Creditor: 411316 | INSURANCE CONTRACT -- PROPERTY INSURANCE - US00006556PR04A |
| ZURICH AMERICAN INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>30TH FLOOR<br>NEW YORK  NY  10006<br>Creditor: 411378 | INSURANCE CONTRACT -- PROPERTY INSURANCE - XPP273387607 (2ND LAYER) |

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re:  **WINN-DIXIE STORES, INC.**

Case No.:   **05-03817-3F1**

### Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **SECOND AMENDMENT TO SCHEDULE G** |
| ZURICH AMERICAN INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>30TH FLOOR<br>NEW YORK  NY  10006<br>Creditor: 411378 | INSURANCE CONTRACT -- PROPERTY INSURANCE - XPP273387607 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>30TH FLOOR<br>NEW YORK  NY  10006<br>Creditor: 411378 | INSURANCE CONTRACT -- EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY- EOC 5434686-00 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>30TH FLOOR<br>NEW YORK  NY  10006<br>Creditor: 411378 | INSURANCE CONTRACT -- DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY- DOC 586062200 |