UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE FOR LITIGATION CLAIMANTS

The Court finds that the Motion for Extension of Time to File Questionnaire for Litigation Claimants filed by David W. Langley on behalf of Teresita Blanco, Robert Brooks, Ofelia Calle, Brenda Nelson and Aislinn Ortiz on November 2, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Extension of Time to File Questionnaire for Litigation Claimants filed by David W. Langley on behalf of Teresita Blanco, Robert Brooks, Ofelia Calle, Brenda Nelson and Aislinn Ortiz on November 2, 2005 is stricken from the record.

**DATED November 3, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043
David W. Langley, 8181 W. Broward Blvd., Ste 204, Plantation, FL 33324-2049