UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

# NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that commencing at **10:30 a.m. (prevailing Eastern Time) on Friday, November 4, 2005**, the Court will convene a hearing on the Motion of Official Committee of Unsecured Creditors to Abate Proceedings on Disbandment Motion and to Adjourn Evidentiary Hearing Scheduled for November 16, 2005, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

The hearing may be continued upon announcement made in open court without further notice.

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

{JA255078;1}

AKERMAN SENTERFITT

By: /s/ *John B. Macdonald*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

  - and -

MILBANK, TWEED, HADLEY & M$^{c}$CLOY LLP
Luc A. Despins (LD 5141)
Dennis F. Dunne (DD 7543)
Robert E. Winter (RW 9937)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 3rd day of November, 2005, to: Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtors, c/o James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; D. J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; David Jennis, Esq., Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, FL 33602; Karol K. Denniston, Esq., Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street NE, Suite 2400, Atlanta, GA 30308; Jerrett M. McConnell, Esq., Friedline & McConnell, 1756 University Boulevard South, Jacksonville, FL 32216; Susan Sherrill-Beard, Esq., U.S. Securities and Exchange Commission, Atlanta District Office, Suite 1000, 3475 Lenox Road , N.E., Atlanta, GA 30326-1232, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

                                                                  /s/ *John B. Macdonald*
                                                                  Attorney

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Thu Nov  3 16:36:49 EST 2005 | ACE American Insurance Company<br>c/o Duane Morris LLP<br>Attention:  Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 | P Matthew Abbott<br>Church Minor Abbott Furr & Davis PC<br>1609 Cogswell Avenue<br>Pell City, AL 35125 |
| Ad Hoc Committee of Winn-Dixie Retirees<br>c/o Friedline & McConnell, P.A.<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 | Albert H Adams Jr<br>Irby Law Firm LLC<br>Post Office Box 910<br>Eufaula, AL 36027-0910 | Rachel E Adams<br>Stovash Case & Tingley PA<br>200 South Orange Avenue<br>Suite 1220<br>Orlando, FL 32801 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301,  33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103 |
| Elizabeth T Baer<br>Balch & Bingham LLP<br>14 Piedmont Center<br>Suite 1100<br>Atlanta, GA 30305 | D.J. Baker<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Kenneth C Baker<br>Eastman & Smith LTD<br>One Seagate<br>24th Floor<br>Toledo, OH 43604 |
| Philip Baker<br>P.O. Box 1078<br>Lynchburg, VA 24505 | Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201 | Michael R. Bakst<br>Elk, Bankier, Christu & Bakst, LLP<br>222 Lakeview Avenue<br>Suite 1330<br>West Palm Be, FL 33401 |
| Zachary J Bancroft<br>Post Office Box 2809<br>Orlando, FL 32802-2809 | Dale R Baringer<br>Schaneville & Baringer<br>918 Government Street<br>Baton Rouge, LA 70802 | Earl M. Barker Jr.<br>Slott,  Barker & Nussbaum<br>334 E. Duval St.<br>Jacksonville, FL 32202 |
| Kelly M Barnhart<br>Marcus Santoro & Kozak PC<br>1435 Crossways Boulevard<br>Suite 300<br>Chesapeake, VA 23320 | Matthew Scott Barr<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | Gene Barton<br>P O Box 455<br>Pontotoc, MS 38863 |
| Matt E Beal<br>450 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | Sabrina C Beavens<br>Iurillo & Associates, P.A.<br>Sterling Square<br>600 First Avenue North, Suite 308<br>St. Petersburg, FL 33701 | Jeffrey R. Becker<br>Hiday & Ricke, P.A.<br>P.O. Box 550858<br>Jacksonville, FL 32255 |
| Keith L Bell Jr<br>Clark Partington Hart<br>Post Office Box 13010<br>Pensacola, FL 32502 | Marc A. Ben-Ezra<br>Marc A Ben-Ezra PA<br>951 Northeast 167th Street<br>Suite 204<br>North Miami Beach, FL 33162 | Margaret A. Benton<br>LAW OFFICE OF MARGARET A. BENTON<br>800 Virginia Ave., Suite 10<br>Fort Pierce, FL 34982 |
| Leslie A Berkoff<br>Moritt Hock Hamroff Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 | Richard J Bernard<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022 | Brendan G. Best<br>400 Renaissance Center<br>Detroit, MI 48243-1668 |

| | | |
|---|---|---|
| Bi-Lo, LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309,  30309 | Stephenie M Biernacki<br>GrayRobinson, PA<br>201 N Franklin Street, Suite 2200<br>PO Box 3324<br>Tampa, FL 33601 | James E Bird<br>Polsinelli Shalton Welte Suelthaus PC<br>700 West 47th Street<br>Suite 1000<br>Kansas City, MO 64112 |
| Leyza F Blanco<br>Katz Barron Squitero Faust<br>2699 South Bayshore Drive<br>Seventh Floor<br>Miami, FL 33133 | David A. Blansky<br>LeMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Suite 201<br>Wantagh, NY 11793 | Wanda Borges<br>Borges & Associates LLC<br>575 Underfill Boulevard<br>Suite 100<br>Syosset, NY 11791 |
| Chad S. Bowen<br>Jennis & Bowen, PA<br>400 N Ashley Drive, Suite 2540<br>Tampa, FL 33602 | Michael T. Bowlus<br>Ford, Bowlus, et al.<br>10110 San Jose Blvd.<br>Jacksonville, FL 32257 | Jean Winborne Boyles<br>Johnson Hearn Vinegar Gee & Mercer PLLC<br>Post Office Box 1776<br>Raleigh, NC 27602 |
| Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Clyde E Brazeal III<br>Walston Wells Anderson & Birchall LLP<br>1819 5th Avenue North<br>Suite 1100<br>Birmingham, AL 35203 | Wendy D Brewer<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 |
| Brian J. Grieco<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, New York 10022 | John P Brice<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Brian P Britt<br>Wilkins Bankester Biles & Wynne PA<br>Post Office Box 1367<br>Fairhope, AL 36533 |
| Robert J Brown<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Scott N Brown Jr<br>Spears Moore Rebman & Williams<br>Post Office Box 1749<br>Chattanooga, TN 37401-1749 | Andrew M. Brumby<br>Shutts & Bowen LLp<br>Post Office Box 4956<br>Orlando, FL 32802 |
| W. Steven Bryant<br>Locke Liddell & Sapp, LLP<br>600 Travis Street # 2600<br>Houston, TX 77002-3095 | Rachel S. Budke<br>Law Department, FL. Power and Light Co.<br>700 Universe Boulevard<br>Juno Beach, FL 33408 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 |
| Charles A Buford<br>2560 Gulf to Bay Blvd., Ste. 300<br>Clearwater, FL 33765 | Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 | Jason B. Burnett<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1675<br>Jacksonville, FL 32202 |
| Roger D. Burton<br>1905 14th Avenue South<br>Birmingham, AL 35205 | Michael G Busenkell<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | Stephen D. Busey<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis<br>IN, 46204-2079 46204-2079 | Thomas R. Califano<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>29th Floor<br>New York, NY 10020-1104 | Robert J. Caluda<br>3232 Edenborn Avenue<br>Metairie, LA 70002 |

| | | |
|---|---|---|
| David P Canas<br>Harwell Howard Hyne Gabbert & Manner PC<br>315 Deaderick Street<br>Suite 1800<br>Nashville, TN 37238 | L Phillip Canova Jr<br>Canova & Delahaye<br>58156 Court Street<br>Plaquemine, LA 70764 | CapMark Services, Inc., as servicer<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 |
| Cardinal Entities Company, LLC<br>c/o Bradley R. Markey, Esq.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202,  32202 | James S. Carr<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 |
| Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | George B Cauthen<br>Nelson Mullins Riley & scarborough LLP<br>Post Office Box 11070<br>1320 Main Street - 17th Floor<br>Columbia, SC 29211 | Lee Champion<br>Page Scrantom Sprouse Tucker & Ford, P.C<br>1111 Bay Avenue<br>3rd Floor<br>Columbus, GA 31901 |
| Emily Chou<br>1700 City Center Tower II<br>301 Commerce St.<br>Fort Worth, TX 76102 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 | Douglas D Chunn<br>One Independent Drive<br>Suite 3201<br>Jacksonville, FL 32202 |
| Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL  32802-3353,  32802-3353 | Ronald B. Cohn<br>Cohn & Cohn PA<br>P O Box 3424<br>Tampa, FL 33601 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802,  32802 |
| Michael E Collins<br>Manier & Herod<br>150 4th Avenue North Suite 2200<br>Nashville, TN 37220 | Neal D. Colton<br>Cozen O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | David J Cook<br>Cook Perkiss & Lew<br>Post Office Box 270<br>San Francisco, CA 94104 | C. Timothy Corcoran<br>400 N. Ashley Dr., Ste. 2540<br>Tampa, FL 33602 |
| Betsy C Cox<br>Rogers Towers<br>1301 Riverplace Boulevard<br>Suite 1500<br>Jacksonville, FL 32207 | David N Crapo<br>Gibbons, Del Deo, Dolan etal<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | John J Cruciani<br>Blackwell Sanders Peper Martin LLP<br>4801 Main Street<br>Suite 1000<br>Kansas City, MO 64112 |
| Timothy J. Curtin<br>Varnum Riddering Schmidt & Howlett, LLP<br>333 Bridge Street NW Suite 1700<br>P.O. Box 3<br>Grand Rapids, MI 49501-0352 | Gardner F. Davis<br>Foley & Lardner LLP<br>Post Office Box 240<br>Jacksonville, FL 32201 | Ryan E Davis<br>Winderweedle Haines Ward & Woodman PA<br>Post Office Box 1391<br>Orlando, FL 32802 |
| Day Properties, Inc.<br>c/o Robert Laney, Esquire<br>906 Main Street<br>North Wilkesboro, NC  28659 | Michael R DeMinico<br>Dennis Hernandez & Associates, PA<br>3339 West Kennedy Boulevard<br>Tampa, FL 33609 | Robert Dehney<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| Caryl E Delano<br>Addison & Delano, P.A.<br>PO Box 2175<br>Tampa, FL 33601-2175 | Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Karol K. Denniston<br>600 Peachtree St., N.E., 24th Floor<br>Atlanta, GA |
| Robert P. DiStefano<br>7471 West Oakland Park Blvd.<br>Suite 106<br>Ft. Lauderdale, FL 33319 | Carolyn Hochsta Dicker<br>Klehr, Harrison, Harvey,<br>Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102 | Charles H. Dittmar Jr<br>Law Office of Charles H Dittmar, Jr<br>1411 North Westshore Blvd #203<br>Tampa, FL 33607-4529 |
| Mary Joanne Dowd<br>Arent Fox<br>1050 Connecticut Avenue Northwest<br>Washington, DC 20036 | Christie L Dowling<br>Balch & Bingham LLP<br>1901 Sixth Avenue North<br>Birmingham, AL 35209 | Mark G Duncan<br>Dwyer & Cambre<br>3421 North Causeway Boulevard<br>Metairie, LA 70002 |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | David W. Dykhouse<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 |
| Andrew B. Eckstein<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174 | Henry A. Efroymson<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 | Jason H Egan<br>Mowrey & Biggins PA<br>515 North Adams Street<br>Tallahassee, FL 32301 |
| Judith Elkin<br>Haynes and Boone, LLP<br>901 Main Street<br>Suite 3100<br>Dallas, TX 75202 | Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Earle I Erman<br>Erman Teicher Miller Zucker & Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield, MI 48034-2162 |
| Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 | William J. Factor<br>Seyfarth, Shaw, Fairweather & Geraldson<br>55 E. Monroe Street<br>Suite 4200<br>Chicago, IL 60603 | Lara Roeske Fernandez<br>Trenam, Kemker, et al<br>P O Box 1102<br>Tampa, FL 33601 |
| Richard L Ferrell III<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 | Charles J. Filardi Jr<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Brian T FitzGerald<br>Hillsborough County Attorney<br>Senior Assistant County Attorney<br>601 E Kennedy Boulevard, 14th Floor<br>Tampa, FL 33602 |
| Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | J David Forsyth<br>Sessions Fishman & Nathan LLP<br>201 Saint Charles Avenue Suite 3500<br>New Orleans, LA 70170 | Sally B Fox<br>Emmanuel Sheppard & Condon<br>30 South Spring Street<br>Pensacola, FL 32502 |
| Shawn Randall Fox<br>McGuireWoods LLP<br>1345 Avnue of the Americas<br>New York, NY 10128 | Fox Rothschi<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Joseph D Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610 |

Steven Barry Frankoff
15014 Marlebone Court
Houston, TX 77069

Mark J Friedman
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209

Adam Frisch
Held & Israel
1301 Riverplace Blvd Suite 1916
Jacksonville, FL 32207


Todd Mark Galante
St. John & Wayne, L.L.C.
Heron Tower
70 East 55th Street
New York, NY 10022

J. Nathan Galbreath
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201

Frederick J. Gant
322 West Cervantes Street
Pensacola, FL 32501


Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008,  27114-500


Melody D Genson
Melody D Genson, PA
3665 Bee Ridge Road, Suite 316
Sarasota, FL 34233

Charles L. Gibbs
McGuire Woods LLP
50 North Laura Street, Suite 3300
Jaksonville, FL 32202-3661

Frederick P. Gilmore
116 Court Street
Grove Hill, AL 36451-3227


Gary Ginsburg
Neiman Ginsburg & Mairanz, PC
39 Broadway, 25th Floor
New York, NY 10006

Eric S Glatter
1489 West Palmetto Park Road
Suite 420
Boca Raton, FL 33486

James J. Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201


Priscilla W. Grannis
Rynn & Janowsky, LLP
6017 Pine Ridge Road, No. 341
Naples, FL 34119

Danielle K Greco
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Ira S. Greene
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022


Reginald A. Greene
Bellsouth Telecommunications, Inc.
675 W. Peachtree Street
Atlanta, GA 30375

Paige A. Greenlee
Hill, Ward & Henderson
101 E Kennedy Boulevard
Tampa, FL 33602

Rudi R. Grueneberg
Grueneberg Law Group, LLC
704 East Main Street
Bldg. E
Moorestown, NJ 08057


Allen J Guon
Shaw Gussis Fishman Glantz Wolfson
321 North Clark Street
Suite 800
Chicago, IL 60610

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Marc L. Hamroff
Moritt, Hock & Hamroff, LLP
400 Garden City Plaza
Suite 202
Garden City, NY 11530


William F. Harmeyer
7322 Southwest Freeway
Suite 475
Houston, TX 77074

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street Northeast
Atlanta, GA 30309

John W Harrison Jr
2100 Gardiner Lane
Suite 103-B
Louisville, KY 40205


Susan M. Hassinger
570 Delaware Avenue
Buffalo, NY 14202

Patrick L. Hayden
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105

Edwin W. Held Jr.
1301 Riverplace Blvd., Ste. 1916
Jacksonville, FL 32207

| | | |
|---|---|---|
| Edwin W. Held Jr.<br>Held & Israel<br>1301 Riverplace Blvd.<br>Suite 1916<br>Jacksonville, FL 32207 | Larry D. Henin<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Sally M. Henry<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522 |
| Neil E Herman<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | Kenneth D. Herron Jr.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | David E. Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601 |
| Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 | Terrance A Hiller<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Highway<br>Suite 950<br>Southfield, MI 48075 | Robert L Holladay Jr<br>YoungWilliams PA<br>Post Office Box 23059<br>Jackson, MS 39225-3059 |
| Ralph E Hood<br>Kizer Hood & Morgan LLP<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 | Brian D. Huben<br>Katten Muchin Zavis Rosenman<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | Phillip M Hudson<br>201 S Biscayne Blvd Ste 400<br>Miami, FL 33131 |
| Patrick L Huffstickler<br>Cox Smith Matthews Incorporated<br>112 East Pecan Street<br>Suite 1800<br>San Antonio, TX 78205 | John B Hutton<br>Greenberg Traurig PA<br>1221 Brickell Avenue<br>Miami, FL 33131 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 |
| International Business Machines Corp.<br>%Ronald J. Marlowe<br>ARNSTEIN & LEHR LLP<br>1110 N. Florida Ave.<br>Tampa, FL 33602, 33602 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Laurel M. Isicoff<br>Kozyak, Tropin & Throckmorton, P.A.<br>2525 Ponce De Leon<br>9th Floor<br>Coral Gables, FL 33134 |
| Kimberly H. Israel<br>Held & Israel<br>1301 Riverplace Blvd Suite 1916<br>Jacksonville, FL 32207 | Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Edward P Jackson<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202 |
| Solomon J. Jaskiel<br>275 Madison Avenue<br>11th Floor<br>New York, NY 10016 | David S. Jennis<br>Jennis & Bowen, PL<br>400 N Ashley Drive, Suite 2540<br>Tampa, FL 33602 | Jerrett M. McConnell<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 |
| Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 | John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO 64112 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 |
| Richard K. Jones<br>Moseley, Prichard, Parrish, Knight et al<br>501 West Bay Street<br>Jacksonville, FL 32202 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304, 44114-1304 | Benjamin A Kahn<br>Nexsen Pruet Adams Kleemeier PLLC<br>Post Office Box 3463<br>Greensboro, NC 27402 |

Jon E Kane
Mateer & Harbert PA
Post Office Box 2854
Orlando, FL 32802

Ronald Scott Kaniuk
Taplin & Associates
340 Fifth Avenue Suite 2418
New York, NY 10118

Andrew C. Kassner
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Dena C Kaufman
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Michael A Kaufman
Michael A Kaufman PA
1601 Forum Place
Suite 404
West Palm Beach, FL 33401

Craig I Kelley
Craig I Kelley & Associates PA
1665 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Elena P. Ketchum
Stichter, Riedel, Blain & Prosser
110 E. Madison St., Suite 200
Tampa, FL 33602

Glenn E. Ketner Jr.
P.O. Box 1308
Salisbury, NC 28145-1308

Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802, 32802

Alfred C. Knight
One High Ridge Park
Stamford, CT 06905

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802

Michael S Kogan
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA 90212

Alan W Kornberg
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Gerard M. Kouri
10021 Pines Blvd., #202
Pembroke Pines, FL 33024-6191

John W Kozyak
Kozyak, Tropin & Throckmorton, PA
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

Stuart A. Krause
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Stephen B. Kuhn
590 Madison Avenue
New York, NY

Ian J Kukoff
Blaxberg, Grayson, Kukoff & Segal
25 Southeast Second Ave, Suite 730
Miami, FL 33131

Jeffrey Kurtzman
Klehr Harrison Harvey Branzburg & Ellers
260 South Broad Street
Philadelphia, PA 19102

Nina M LaFleur
Stutsman & Thames
121 W. Forsyth St. Suite 600
Jacksonville, Fl 32202-3848

Maria J LaSala
1410 Valley Road
Wayne, NJ 07470

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Thomas J Lallier
Foley & Mansfield PLLP
250 Marquette Avenue
Suite 1200
Minneapolis, MN 55401

Alex Lancaster
P.O. Drawer 4257
Sarasota, FL 34230

David M. Landis
Mateer & Harbert, P.A.
225 East Robinson Street
Suite 2854
Orlando, FL 32802-2854

Robert P Laney
McElwee Firm PLLC
906 Main Street
North Wilkesboro, NC 28659

Lassiter Properties, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
PO Box 3353
Orlando, FL 32802, 32802

Elena Lazarou
Reed Smith, LLP
599 Lexington Ave.
New York, NY 10022

| | | |
|---|---|---|
| Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas J Leanse<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012 | David E Lemke<br>Waller Lansden Dortch & Davis PLLC<br>Post Office Box 198966<br>Nashville, TN 37219-8966 |
| Chris Lenhart<br>Dorsey & Whitney, LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402-1498 | Alvin R Lenoir<br>Lenoir & Associates LLC<br>1934 Washington Road<br>East Point, GA 30344 | Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 |
| Bruce Levinson<br>Law Offices of Bruce Levinson<br>747 3rd Avenue<br>New York, NY 10017 | John Lewis<br>a/f The Coca-Cola Company<br>P.O. Box 1734<br>Atlanta, GA 30301 | Stephen Lewis<br>725 Conshohocken State Road<br>Bala Cynwyd, PA 19004 |
| Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Alan Jay Lipkin<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Sara E Lorber<br>Seyfarth Shaw LLP<br>55 East Monroe Street<br>Suite 4200<br>Chicago, IL 60603-5803 | Amy E Lowen<br>Greenberg Traurig PA<br>450 South Orange Avenue<br>Suite 650<br>Orlando, FL 32801 | Joseph Lubertazzi Jr.<br>McCarter & English,  LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 |
| Eric Ludin<br>5720 Central Avenue<br>St. Petersburg, FL 33707 | Thomas Lutkewitte<br>1515 Poydras Street, Suite 1400<br>New Orleans, LA 70112 | John B. Macdonald<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 |
| Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Bradley R Markey<br>Stutsman & Thames P.A.<br>121 W. Forsyth St Suite 600<br>Jacksonville, FL 32202 |
| Johanna E Markind<br>Law Offices of Daniel B Markind<br>1500 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19102 | Ronald J Marlowe<br>Arnstein & Lehr, LLP<br>1110 N Florida Avenue<br>Tampa, FL 33602 | Luis Martinez-Monfort<br>Mills, Paskert, Divers, P.A.<br>100 North Tampa St.<br>Suite 2010<br>Tampa, FL 33602 |
| Michael O. Massey<br>4421 NW Blitchton Road, PMB 417<br>Ocala, FL 34482 | Kenneth G. M. Mather Esq.<br>Hinshaw & Culbertson, LLP<br>100 South Ashley Dr.<br>Suite 500<br>Tampa, FL 33602 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 |
| Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, AL 35203 | Annette Kerlin McBrayer<br>945 East Paces Ferry Rd., Ste 2700<br>Atlanta, GA 30326 | Charles W. McBurney Jr.<br>6550 St. Augustine Road Suite 105<br>Jacksonville, FL 32217 |

Jerrett M. McConnell
Friedline & McConnell, P.A.
1756 University Blvd South
Jacksonville, FL 32216

C Luckey McDowell
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

David R McFarlin
Wolff, Hill, McFarlin & Herron, P.A
1851 West Colonial Drive
Orlando, FL 32804

William S McMahon
Choate Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02103

Austin L. McMullen
Boult Cummings Conners & Berry
1600 Division Street
Suite 700
Nashville, TN 37203

Marc T McNamee
Neal & Harwell PLC
150 Fourth Avenue North
Suite 2000
Nashville, TN 37219

Derek F Meek
Burr & Forman LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203

Kenneth C. Meeker
United States Trustee
135 W. Central Blvd Suite 620
Orlando, FL 32801

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Richard M. Meth
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Lawrence H Meuers
Meuers Law Firm PL
5395 Park Central Court
Naples, FL 34109

G Christopher Meyer
Squire Sanders & Dempsey LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Robert C. Meyer
2223 Coral Way
Miami, FL 33145

Todd C Meyers
Kilpatrick Stockton LLP
1100 Peachtree Street Northeast
Suite 2800
Atlanta, GA 30309-4530

Albert H. Mickler
5452 Arlington Expy
Jacksonville, FL 32211

Christopher C. Miller
10250 Constellation Boulevard
Los Angeles, CA 90067

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
7th Floor
Wilmington, DE 19899

Stephen M Miller
Morris James Hitchens & Williams LLP
222 Delaware Avenue
Post Office Box 2306
Wilmington, DE 19899-2306

Stephan William Milo
Wharton Aldhizer & Weaver PLC
125 South Augusta Street
Suite 2000
Harrisonburg, VA 22801

Mark Minuti
Saul Ewing, LLP
222 Delaware Avenue Suite 1200
P.O. Box 1
Wilmington, DE 19899

T David Mitchell
Brenner Kaprosy LLP
50 East Washington Street
Chagrin Falls, OH 44022

Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Brett S. Moore
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

John A Moore
Powell Goldstein LLP
1201 West Peachtree Street Northwest
14th Floor
Atlanta, GA 30309

Lee P Morgan
Morgan & Morgan
Post Office Box 48359
Athens, GA 30604

Deborah M Morris
US Department of Justice - Tax Division
Post Office Box 14198
Washington, DC 20044

Andrew L. Morrison
Reed Smith LLP
375 Park Avenue
17th Floor
New York, NY 10152-1799

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Adam Moskowitz
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

| | | |
|---|---|---|
| C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square<br>Suite 2800<br>Indianapolis, IN 46204-2079 | John E. Mufson<br>2213 N. University Drive<br>Pembroke Pines, FL 33024 | Ned R Nashban<br>Quarles & Brady LLP<br>One Lincoln Place<br>1900 Glades Road, Suite 355<br>Boca Raton, FL 33431 |
| Larren M Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Albert F. Nasuti<br>Thompson, O'Brien, Kemp & Nasuti, P<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 |
| Omar Nelson<br>P.O. Box 1178<br>Jackson, MS 39215 | Carole Neville<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | Tammy M. Nick<br>676 East I-10 Service Road<br>Slidell, LA 70461 |
| James J. Niemeier<br>McGrath North Mullin & Kratz, PC<br>1601 Dodge Street<br>First National Tower, Suite<br>Omaha, NE 68102 | Douglas C Noble<br>Phelps Dunbar LLP<br>Post Office Box 23066<br>Jackson, MS 39225-3066 | John Noland<br>Henderson, Franklin, Starnes & Holt<br>P.O. Box 280<br>Fort Myers, FL 33902 |
| Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326,  30326 | Merritt A. Pardini<br>Katten Muchin Zavis Rosenman<br>575 Madison Avenue<br>New York, NY 10022 |
| Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 | Alan R. Parlapiano<br>Fine, Farkash & Parlapiano, P.A.<br>622 Northeast First Street<br>Gainesville, FL 32601 | Barbra R. Parlin<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007-3189 |
| Patrick P. Patangan<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 | Brad J. Patten<br>Smith, Gilliam, Williams & Miles, P.A.<br>P.O. Box 1098<br>Gainesville, GA 30503 | Aaron D. Patton<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 |
| Armando Perez<br>Interamerican Plaza<br>701 S.W. 27th Avenue Suite 1205<br>Miami, FL 33135 | Robert Perry<br>Held & Israel<br>1301 Riverplace Blvd. Ste.# 1916<br>Jacksonville, FL 32207 | Christian A Petersen<br>Gunster Yoakley & Stewart PA<br>500 East Broward Boulevard<br>Suite 1400<br>Fort Lauderdale, FL 33394 |
| Edward J Peterson III<br>Stichter, Riedel, Blain & Prosser, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 | Sean Pittman<br>528 East Park Avenue<br>Tallahassee, FL 32301 | David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103 |
| Geraldine E Ponto<br>Gibbons Del Deo Dolan Griffinger<br>One Riverfront Plaza<br>Newark, NJ 07102-5496 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326,  30326 |

| | | |
|---|---|---|
| Principal Life Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 | Craig A Pugatch<br>Rice Pugatch Robinson and Schiller, PA<br>101 NE Third Avenue, Ste 1800<br>Fort Lauderdale, FL 33301 | Nicholas V. Pulignano Jr.<br>Marks Gray, P.A.<br>1200 Riverplace Blvd Suite 800<br>Jacksonville, FL 32201 |
| Paul Pysczynski<br>Lancaster & Eure, PA<br>PO Drawer 4257<br>Sarasota, FL 34230 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Rex D. Rainach<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 |
| Craig V Rasile<br>Hunton & Williams, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 | Peter J Rathwell<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 | Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| Eric T. Ray<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 2600<br>P.O. Box 3<br>Birmingham, AL 35201-0306 | Diane G. Reed<br>Reed and Reed<br>501 N. College Street<br>Waxahachie, TX 75165 | Jo Christi Reed<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Jeffrey C. Regan<br>Hedrick, Dewberry, Regan & Durant, PA<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | Jeffrey N. Rich<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022-6030 |
| Sarah Richardson<br>Pinellas County Attorney's Office<br>315 Court Street<br>Clearwater, FL 33756 | Larry B. Ricke<br>Leonard, Street and Deinard<br>150 South Fifth Street<br>suite 2300<br>Minneapolis, MN 55402 | Craig P. Rieders<br>Genovese Lichtman Joblove & Battist<br>100 S.E. 2nd Ave., Suite 3600<br>Miami, FL 33131 |
| Fred B. Ringel<br>Robinson Brog Leinwand Greene Genovese &<br>Gluck P.C.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105-0143 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 | John T Rogerson III<br>Volpe Bajalia Wickes Rogerson & Galloway<br>1301 Riverplace Boulevard<br>Suite 1700<br>Jacksonville, FL 32207 |
| Adam L. Rosen<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Ninth Floor<br>Uniondale, NY 11533-3622 | Avrum J. Rosen<br>Law Office of Avrum J. Rosen<br>38 New Street<br>Huntington, NY 11743 | Mitchell S Rosen<br>Rosen Law Group LLC<br>950 East Paces Ferry Road<br>Suite 3250<br>Atlanta, GA 30326 |
| Paul M Rosenblatt<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street Northeast<br>Suite 2800<br>Atlanta, GA 30309-4530 | Neal M. Rosenbloom<br>Finkel Goldstein Rosenbloom Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 | Jason A Rosenthal<br>Foley & Lardner<br>111 North Orange Avenue<br>Suite 1800<br>Orlando, FL 32801 |
| Jay Rothlein<br>800 West Avenue<br>Suite C-1<br>Miami Beach, FL 33139 | Fox Rothschild<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016 | Edward P Rowan<br>Kittrell & Rowan PC<br>Post Office Box 264<br>Mobile, AL 36601 |

| | | |
|---|---|---|
| J Casey Roy<br>McClain Leppert & Maney PC<br>South Tower Pennzoil Place<br>711 Louisiana Suite 3100<br>Houston, TX 77002 | David S Rubin<br>Kantrow Spaht Weaver & Blitzer<br>Post Office Box 2997<br>Baton Rouge, LA 70821-2997 | Robert B. Rubin<br>Burr & Forman LLP<br>420 North 20th Street Suite 3100<br>Birmingham, AL 35023 |
| Rachel L Rubio<br>Markowitz Davis Ringel & Trusty PA<br>9130 South Dadeland Boulevard<br>Suite 1225<br>Miami, FL 33156 | Shelley D Rucker<br>Miller & Martin<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402 | Teresa Sadutto<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 |
| Byron L Saintsing<br>Post Office Box 26268<br>Raleigh, NC 27611 | Anthony M Salzano<br>Pasco Co Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Suite 340<br>New Port Richey, FL 34654 | Anthony F Sanchez<br>Law Offices of Anthony F Sanches PA<br>Alfred I Dupont Building<br>169 East Flagler Street<br>Suite 1500<br>Miami, FL 33131 |
| Michael C. Scarafile<br>P.O. Box 1431<br>Charleston, SC 29402 | Michael M Schmahl<br>McGuire Woods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601 | Marvin S. Schulman<br>2800 Weston Road, Suite 201<br>Weston, FL 33331 |
| Sarah L Schultz<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue<br>Suite 4100<br>Dallas, TX 75201 | Gregory J. Seketa<br>40/86 Advisorts Inc.<br>535 N. College Drive<br>Carmel, IN 46032 | Ed S. Sell III<br>Sell & Melton LLP<br>Post Office Box 229<br>Macon, GA 31202-0229 |
| Amy L. Sergent<br>P.O. Drawer 4257<br>Sarasota, FL 34230 | Joel M. Shafferman<br>40 Wall Street, 35th Floor<br>New York, NY 10005 | Susan H Sharp<br>Stichter, Riedel, Blain & Prosser<br>110 E Madison Street, Suite 200<br>Tampa, FL 33602 |
| Andrew Howard Sherman<br>Sills Cummis Radin Tischman Epstein &<br>Gross<br>712 5th Avenue<br>20th Floor<br>New York, NY 10019 | Lynn Welter Sherman<br>Hill Ward & Henderson<br>P O Box 2231<br>Tampa, Fl 33601 | William H. Short<br>P.O. Box 11889<br>Columbia, SC 29211-1889 |
| Bradley S Shraiberg<br>Kluger Peretz Kaplan & Berlin<br>20283 State Road 7<br>Suite 300<br>Boca Raton, FL 33498 | R Scott Shuker<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 | Wendy M Simkulak<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 |
| Peter L. Slinn<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 | Thomas R. Slome<br>Scarcella Rosen & Slome LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553 | Aaron C Smith<br>Lord Bissell & Brook LLP<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| Anthony J. Smits<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 | Richard G. Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Marc P. Solomon<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |

| | | |
|---|---|---|
| James E Sorenson<br>Williams Gautier Gwynn & DeLoach PA<br>Post Office Box 4128<br>Tallahassee, FL 32315 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211, 29211 |
| Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309, 30309 | Arthur J Spector<br>Berger Singerman<br>350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Mark D. Speed<br>83 Maiden Lane<br>New York, NY 10038 |
| Alex Spizz<br>Todtman Nachamie Spizz & Johns PC<br>425 Park Avenue<br>5th Floor<br>New York, NY 10022 | David N Stern<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308 | Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 |
| Sabrina L. Streusand<br>Hughes & Luce, LLP<br>111 Congress Avenue Suite 900<br>Austin, TX 78701 | Debra Sudock<br>Kelley, Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Jimmy Ray Summerlin Jr<br>Young Morphis Bach & Taylor LLP<br>Post Office Drawer 2428<br>Hickory, NC 28603 |
| Stephen B. Sutton<br>Lathrop & Gage, L.C.<br>2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612 | Douglas B Szabo<br>Henderson, Franklin, Starnes & Holt PA<br>PO Box 280<br>Ft. Myers, FL 33902 | TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 |
| TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | Joel L. Tabas<br>Tabas Freedman Soloff & Miller PA<br>25 Southeast 2nd Avenue<br>Suite 919<br>Miami, FL 33131 | Tina M Talarchyk<br>Hodgson Russ LLP<br>1801 North Military Trail<br>Suite 200<br>Boca Raton, FL 33431 |
| Gene B Tarr<br>Blanco Tackabery Combs & Matamoros PA<br>Post Office Drawer 25008<br>Winston-Salem, NC 27114-5008 | Richard R. Thames<br>Stutsman & Thames, P.A.<br>121 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |
| Diana M. Thimmig<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Ctr Ninth Floor<br>Cleveland, OH 44114 | Judy D Thompson<br>301 S. College Street, Ste 2300<br>Charlotte, NC 28202 | Mark A. Thompson<br>1300 Commerce Drive, 5th Floor<br>Decatur, GA 30030 |
| Janet H. Thurston<br>Cohen & Thurston, P.A.<br>1723 Blanding Blvd Suite 102<br>Jacksonville, FL 32210 | Laura L. Torrado<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179 | Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 |
| Jeanine Ackerson Ullo<br>McBride Ullo & Lorenz PA<br>135 West Central Boulevard<br>Suite 1100<br>Orlando, FL 32801 | United States Trustee - JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202 |

| | | |
|---|---|---|
| Lori V. Vaughan<br>Foley & Lardner<br>P.O. Box 3391<br>Tampa, FL 33601 | Jay B Verona<br>Verona Law Group, P.A.<br>7235 First Avenue South<br>St. Petersburg, FL 33707 | Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791 |
| David H Wander<br>Wander & Associates PC<br>641 Lexington Avenue<br>21st Floor<br>New York, NY 10021 | Richard Whitney Ward<br>2527 Fairmount Street<br>Dallas, TX 75024 | Michael D. Warner<br>Warner, Stevens & Doby, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |
| Allan C Watkins<br>Watkins Law Firm, PA<br>707 N Franklin Street, Suite 750<br>Tampa, FL 33602 | Leslie G Weeks<br>Helmsing Leach Herlong Newman & Rouse<br>Post Office Gox 2767<br>Mobile, AL 36652 | Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura St., Suite 3900<br>Jacksonville, FL 32202 |
| Margaret R Westbrook<br>Kennedy Covington Lobdell & Hickman LLP<br>Post Office Box 1070<br>Raleigh, NC 27602-1070 | David B. Wheeler<br>Moore & Van Allen PLLC<br>P.O. Box 22828<br>Charleston, SC 29413-2828 | Stephen D Wheelis<br>Wheelis & Rozanski<br>Post Office Box 13199<br>Alexandria, LA 71315-3199 |
| William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 | Robert D Wilcox<br>Wilcox Law Firm<br>6817 Southpoint Parkway<br>Suite 1302<br>Jacksonville, FL 32216 | John J. Wiles<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, GA 30060-7946 |
| Amy Pritchard Williams<br>Kennedy Covington Lobdell & Hickman LLP<br>214 North Tryon Street<br>47th Floor<br>Charlotte, NC 28202 | Jonathan R Williams<br>Meland, Russin, Hellinger & Budwick, PA<br>200 S. Biscayne Blvd Ste 3000<br>Miami, FL 33131 | Winn-Dixie Stores, Inc<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 |
| Steven R Wirth<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Frank J. Wright<br>Hance Scarborough Wright Ginsberg<br>& Brusilow, LLP<br>14755 Preston Road # 600<br>Dallas, TX 75254 | William Knight Zewadski<br>Trenam, Kemker, Scharf, Barkin, et al<br>P.O. Box 1102<br>Tampa, FL 33602 |
| Scott A. Zuber<br>Pitney Hardin Kipp & Szuch, LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0950 | | |