# UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re:
Winn-Dixie Stores, Inc.

Case Number –3-05-bk-3817-3F1
Adversary Number - N/A

Debtor(s)

## -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: 09/09/05

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Winn-Dixie Stores, Inc.
Attorney:    Cynthia C. Jackson, 225 Water St., Ste 1800, Jacksonville, FL 32202
             Sally McDonald Henry, Four Times Square, New York, NY 10036

Appellee(s): Old Dixie Produce & Packaging, Inc.
Attorney:    Nicholas V. Pulignano, Jr., 1200 Riverplace Blvd., Ste 800, Jacksonville, FL 32207

**Title and Date of Orders Appealed** - Order Sustaining Objection of Old Dixie Produce & Packaging, Inc. to Debtors' Report Regarding its Claim under the Perishable Agricultural Commodities Act entered August 30, 2005

Items included in transmittal pursuant to F.R.B.P. 8003(b):

(X) Notice of Appeal
(X) Designation in Appeal of Appellant
( ) Designation in Cross Appeal
( ) Other:

( ) Any Answers(s)
(X) Transcripts
( ) Exhibits

Case number(s) of Pending Appeal(s) in this Case: none

County of Residence: Duval County    Date October 28, 2005    By: Cathy Perkins

District Court Case Number    3:05-cv-1112-J-16TEM

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy            Page 1 of 1              Date Rcvd: Nov 01, 2005
Case: 05-03817               Form ID: pdfdoc         Total Served: 2

The following entities were served by first class mail on Nov 03, 2005.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Nicholas V. Pulignano, Jr.,   Marks Gray, P.A.,   1200 Riverplace Blvd Suite 800,
              Jacksonville, FL 32207-1834

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 03, 2005**                          **Signature:** *Joseph Speetjens*