**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                Chapter 11

WINN-DIXIE STORES, INC                            Case No. 3:05-bk-03817-JAF

      Debtor.
_____/

**SUPPLEMENTAL CERTIFICATE OF SERVICE**
**TO MAUREEN FITZGERALD-MARHOLD'S**
**<u>VERIFIED MOTION FOR RELIEF FROM STAY</u>**

      I HEREBY CERTIFY that a true and correct copy of "Maureen Fitzgerald-Marhold's Verified Motion For Relief From Stay" has been furnished by electronic means on the 2nd day of November, 2005, and/or via U.S. Mail on the 3rd day of November, 2005, to the attached Rule 1007(d) parties in interest.

      <u>/s/ Stephenie M. Biernacki</u>
      **JOHN A. ANTHONY, ESQUIRE**
      Florida Bar Number: 0731013
      **STEPHENIE M. BIERNACKI, ESQUIRE**
      Florida Bar Number: 0127299
      GRAY ROBINSON, P.A.
      201 N. Franklin Street, Suite 2200
      Post Office Box 3324
      Tampa, Florida 33601-3324
      Telephone: (813) 273-5000
      Facsimile: (813) 273-5145

      Attorneys for Maureen Fitzgerald-Marhold

# 719240 v1/cd