**3:05-bk-03817-JAF** Winn-Dixie Stores, Inc
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jerry A. Funk
**Date filed:** 02/21/2005 **Date of last filing:** 11/03/2005

# Creditors

**ACE American Insurance Company**
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196                                (lr1007)

**Ad Hoc Committee of Winn-Dixie Retirees**
c/o Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216                                     (lr1007)

**Albert H. Adams, Jr.**
P.O. Box 910, Eufaula, AL. 36072-0910                      (lr1007)

**Appraisers Associated Ltd.**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207                                     (lr1007)

**Arthur J. Spector**
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301                                  (lr1007)

**Arthur J. Spector**
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301                                  (lr1007)

**Ashely M. Chan, Esquire**
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103                                     (lr1007)

**Baker Botts L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201                                        (lr1007)

**Bi-Lo, LLC**
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309                                          (lr1007)

**Brian J. Grieco**
Hogan & Hartson L.L.P.                                     (lr1007)

875 Third Avenue  
New York, New York 10022

**Buffalo Rock Co.**  
c/o R. Scott Shuker  
Gronek & Latham, LLP  (lr1007)  
P.O. Box 3353  
Orlando, FL 32802-3353

**Burlington Associates LP**  
c/o Mitchell S. Rosen, Esq.  
Rosen Law Group, LLC  (lr1007)  
950 E. Paces Ferry Road, Suite 3250  
Atlanta, Georgia 30326

**C Daniel Motsinger**  
Krieg DeVault LLP  
One Indiana Square, Suite 2800  
Indianapolis  (lr1007)  
IN  
46204-2079

**CapMark Services, Inc., as servicer**  
c/o Duane Morris LLP  
Attention: Margery N. Reed, Esquire  
Wendy M. Simkulak, Esquire  (lr1007)  
30 South 17th Street  
Philadelphia, PA 19103-4196

**Cardinal Entities Company, LLC**  
c/o Bradley R. Markey, Esq.  
121 W. Forsyth Street  (lr1007)  
Suite 600  
Jacksonville, FL 32202

**Catherine A Harrison**  
Miller & Martin PLLC  
1170 Peachtree Street NE, Suite 800  (lr1007)  
Atlanta GA 30309

**Christian A. Petersen, Esquire**  
Gunster, Yoakley & Stewart, P.A.  
500 E. Broward Blvd. Suite 1400  (lr1007)  
Fort Lauderdale, Florida 33394

**Citrus World, Inc., d/b/a Florida's Natural**  
c/o R. Scott Shuker  
Gronek & Latham, LLP  (lr1007)  
P.O. Box 3353  
Orlando, FL 32802-3353

**Cole Fine Foods**  
c/o Roy S. Kobert, Esquire  
Broad and Cassel  (lr1007)  
P.O. Box 4961  
Orlando, Florida 32802

**Concord-Fund IV Retail, L.P.**  
c/o Held & Israel  
1301 Riverplace Blvd. #1916  
Jacksonville, FL 32207  
(lr1007)

**Conecuh Sausage Co., Inc.**  
c/o Held & Israel  
1301 Riverplace Blvd. #1916  
Jacksonville, FL 32207  
(lr1007)

**Day Properties, Inc.**  
c/o Robert Laney, Esquire  
906 Main Street  
North Wilkesboro, NC 28659  
(lr1007)

**Dena Copulsky Kaufman**  
Hogan & Hartson L.L.P.  
875 Third Avenue  
New York, NY 10022  
(lr1007)

**Earl M. Barker, Jr.**  
Slott, Barker & Nussbaum  
334 East Duval Street  
Jacksonville, Florida 32202  
(lr1007)

**Elston/Leetsdale, LLC**  
c/o Held & Israel  
1301 Riverplace Blvd. #1916  
Jacksonville, FL 32207  
(lr1007)

**Flagler Retail Associates, Ltd.**  
c/o Held & Israel  
1301 Riverplace Blvd. #1916  
Jacksonville, FL 32207  
(lr1007)

**Gehr Florida Development, LLC**  
c/o Held & Israel  
1301 Riverplace Blvd. #1916  
Jacksonville, FL 32207  
(lr1007)

**Gene B Tarr Esq**  
Attorney for Domino Foods, Inc. and  
Florida Crystals Food Corporation  
PO Drawer 25008  
Winston-Salem NC 27114-5008  
(lr1007)

**Gustafson's, LLC**  
c/o R. Scott Shuker  
Gronek & Latham, LLP  
P.O. Box 3353  
Orlando, FL 32802-3353  
(lr1007)

**Hillandale Farms, Inc.**  
Post Office Box 2109  
Lake City, Florida 32056-2109  
(lr1007)

**Inland Retail Real Estate Trust, Inc.**
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802

(lr1007)

**International Business Machines Corp.**
%Ronald J. Marlowe
ARNSTEIN & LEHR LLP
1110 N. Florida Ave.
Tampa, FL 33602

(lr1007)

**Ira S. Greene**
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

(lr1007)

**Jerrett M. McConnell**
1756 University Blvd. S.
Jacksonville, FL 32216

(lr1007)

**Jimmy R. Summerlin, Jr.**
Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603

(lr1007)

**John J. Cruciani**
Blackwell Sanders Peper Martin, LP
4801 Main Street, Ste. 1000
Kansas City, MO 64112

(lr1007)

**John J. Wiles, Esq.**
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia
30060-7946

(lr1007)

**Joseph C. Weinstein**
Squire Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

(lr1007)

**Kenneth C Baker Esq**
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

(lr1007)

**Kilpatrick Stockton LLP**
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

(lr1007)

**Kite Realty Group Trust**
c/o Roy S. Kobert, Esquire

Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802

(lr1007)

**Lassiter Properties, Inc.**
c/o R. Scott Shuker
Gronek & Latham, LLP
PO Box 3353
Orlando, FL 32802

(lr1007)

**Lenoir Partners LLC**
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326

(lr1007)

**Liberty Mutual Insurance Company**
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600
Jacksonville, FL 32202

(lr1007)

**Long Wholesale, Inc. d/b/a CCC Beauty Supply**

c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Maples Gas Company**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Matt E. Beal, Esq.**
Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802

(lr1007)

**Meridian Coca-Cola Bottling Company**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Mosby's Packing Company, Inc.**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Northeast MS Coca-Cola Bottling Co., Inc.**
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

(lr1007)

**Oakwood Village Associates**
c/o Mitchell S. Rosen, Esq.

Rosen Law Group, LLC  
950 E. Paces Ferry Road  
Atlanta, Georgia 30326                                  (lr1007)

**Potter Square Associates**  
c/o Mitchell S. Rosen, Esq.  
Rosen Law Group, LLC                                    (lr1007)  
950 E. Paces Ferry Road, Suite 3250  
Atlanta, Georgia 30326

**Principal Life Insurance Company**  
c/o Duane Morris LLP  
Attention: Margery N. Reed, Esquire  
Wendy M. Simkulak, Esquire                              (lr1007)  
30 South 17th Street  
Philadelphia, PA 19103-4196

**Rachel E. Adams, Esq.**  
200 S. Orange Avenue  
Suite 1220                                              (lr1007)  
Orlando, Florida 32801

**Randall A. Rios**  
700 Louisiana Ste 4600 Houston, Tx 77002                (lr1007)

**Robert D. Wilcox**  
Wilcox Law Firm  
10201 Centurion Parkway N., Suite 600                   (lr1007)  
Jacksonville, FL 32256

**Southeast Milk, Inc.**  
c/o R. Scott Shuker  
Gronek & Latham, LLP                                    (lr1007)  
P.O. Box 3353  
Orlando, FL 32802-3353

**Southeast-Atlantic Beverage Corporation**  
Nelson Mullins Riley & Scarborough LLP  
1320 Main St., 17th Floor (29201)                       (lr1007)  
PO Box 11070  
Columbia, SC 29211

**Southern Family Markets Acquisition LLC**  
Kilpatrick Stockton LLP  
C/o Paul M. Rosenblatt                                  (lr1007)  
1100 Peachtree Street, Suite 2800  
Atlanta, GA 30309

**TA Cresthaven, LLC**  
c/o Held & Israel  
1301 Riverplace Blvd #1916                              (lr1007)  
Jacksonville, FL 32207

**TA/Western, LLC**  
c/o Held & Israel                                       (lr1007)  
1301 Riverplace Blvd #1916

Jacksonville, FL 32207

**The Coca-Cola Company**
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900
Jacksonville, FL 32202

(lr1007)

**Wanda Borges**
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

(lr1007)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/03/2005 16:52:40 | | | |
| PACER Login: | gh0061 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 3:05-bk-03817-JAF Creditor Type: lr1007 |
| Billable Pages: | 3 | Cost: | 0.24 |