UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

### ORDER DENYING RELIEF FROM STAY AND RELATED MOTIONS

This case is before the Court upon the Motion to the Bankruptcy Court to Start Over with Plaintiff's Suit – Asking to Remove the Automatic Stay (the "Lift Stay Motion") filed by Wayne Boyd (the "Movant") on October 4, 2005 (Doc. No. 3760). Based upon the failure of the Movant to appear in support of the Lift Stay Motion, the Court considers the motion to have been abandoned. Accordingly, it is

ORDERED:

1. The Lift Stay Motion is denied.

2. The Movant also filed two related motions (i) a Motion to Have Venue in this Case Transferred from the United States Bankruptcy Court for the Middle District of Florida Back to the United States Bankruptcy Court for the Northern District of Texas, filed on November 1, 2005 (Doc. No. 3989), and (ii) a Motion for Continuance, filed on October 27, 2005 (Doc. No. 3957). These related motions are denied as moot.

Dated this __3__ day of November, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post
[James H. Post is directed to mail a copy of this Order to Movant.]

00512886