UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3 FL

IN RE:

CHAPTER 11
Jointly Administered

WINN-DIXIE STORES, INC., et. al.,

Debtors.
_____/

**AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE LEASE REJECTION CLAIMS DATED OCTOBER 28, 2005**

This matter came before this Court on Motion of LNR Partners, Inc. for Extension of Time to File Lease Rejection Claims. The Court has reviewed the motion and considered the representations of counsel. It is

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. The deadline to file rejection claims for the stores listed on Exhibit "A" of this order is extended to November 3, 2005.

Dated: November 4, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[John W. Kozyak is directed to serve copies of this order on all parties who received copies of the Motion]

2162/219/259136.1

# EXHIBIT A

Store No. 2240 – Oaks Shopping Center
Store No. 883 – Ponderosa Shopping Center
Store No. 890 – Knightdale Crossing
Store No. 2112 – Center Stage at Walkertown
Store No. 1003 – North Hills Shopping Center
Store No. 1544 – Bunkie, LA

2162/219/259147.1