UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter   11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

The Court finds that the Request for Allowance and Payment of Administrative Expense filed by Stanley K. Joynes, III on behalf of JNB Company of Virginia, LLC on November 3, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Allowance and Payment of Administrative Expense filed by Stanley K. Joynes, III on behalf of JNB Company of Virginia, LLC on November 3, 2005 is stricken from the record.

DATED November 4, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Dennis F. Dunne, Counsel for Official Committee of Unsecured Creditors
US Trustee
Stanley K. Joynes, III, P.O. Box 1311, Richmond, VA 23218-1311