**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF ESTABLISHMENT OF SPECIAL BAR DATE APPLICABLE**
**TO CERTAIN SUBSEQUENTLY IDENTIFIED CLAIMANTS**

PLEASE TAKE NOTICE THAT:

Pursuant to the requirements of paragraph 16(c) of the Order (A) Establishing

Deadline for Filing Proofs of Claim, (B) Approving Proof of Claim Form, (C) Approving Proof

of Claim Filing Deadline Notices, (D) Conditionally Approving Mailing and Publication

Procedures and (E) Conditionally Providing Certain Supplemental Relief, dated April 28, 2005,

the Debtors hereby advise the Court of the establishment of November 30, 2005 at 5:00 P.M.

Eastern Standard Time (the "Special Bar Date") as a special bar date for (a) parties who were

listed in the Second Amended Schedules of Assets and Liabilities and Schedule of Executory

Contracts and Unexpired Leases, filed by Winn-Dixie Stores, Inc. on November 3, 2005 (the

"Schedule Amendment Creditors"); (b) parties who were mailed the initial bar date notice but as

to which a remailing is necessary (the "Initial Mailing Parties"); and (c) certain subsequently

identified potential claimants who were not identified in time to receive notice of the original bar

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling
Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige
Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc.,
Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

date established in these cases (together with the Schedule Amendment Creditors and the Initial

Mailing Parties, the "Subsequently Identified Claimants").

On November 3, 2005, each of the Subsequently Identified Claimants was mailed

a copy of a notice establishing the Special Bar Date, a copy of which is attached hereto as

Exhibit A.  Each of the Schedule Amendment Parties was also mailed a copy of a notice

regarding the filing of the Second Amended Schedules, a copy of which is attached hereto as

Exhibit B.  A list of the Subsequently Identified Claimants is attached hereto as Exhibit C.

THE SPECIAL BAR DATE APPLIES ONLY TO THE SUBSEQUENTLY

IDENTIFIED CLAIMANTS IDENTIFIED ON EXHIBIT C.  A copy of this Notice has been

sent to (a) the Office of the United States Trustee, (b) counsel to the Official Committee of

Unsecured Creditors, (c) counsel to the Official Committee of Equity Security Holders and (d)

counsel to the Debtors' post petition secured lender.

Dated:  November 4, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By     s/ D. J. Baker                          By     s/ Cynthia C. Jackson
       D. J. Baker                                    Stephen D. Busey
       Sally McDonald Henry                           James H. Post
       Rosalie Walker Gray                            Cynthia C. Jackson,
       Jane M. Leamy                                      Florida Bar Number 498882
Four Times Square                             225 Water Street, Suite 1800
New York, New York 10036                      Jacksonville, Florida  32202
(212) 735-3000                                (904) 359-7700
(212) 735-2000 (facsimile)                    (904) 359-7708 (facsimile)
djbaker@skadden.com                           cjackson@smithhulsey.com

Co-Attorneys for Debtors                      Co-Attorneys for Debtors

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

### NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM
### ON OR BEFORE NOVEMBER 30, 2005, AT 5:00 P.M. EASTERN TIME

### (APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS)

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida  32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia  31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia  31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida  32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana  70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama  36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina  27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6078837 | 05-03840-3F1 |

## PLEASE TAKE NOTICE THAT:

1.    **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2.    **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.  **ENTRY OF THE BAR DATE ORDER.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date"). The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants (the "Subsequently Identified Claimants").  Therefore, the Debtors hereby establish **November 30, 2005 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to the Subsequently Identified Claimants.  The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, but only if such claims are alleged by the Subsequently Identified Claimants.

4.  **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured

5.  **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if:

   A.  You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

   B.  Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

   C.  Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

   D.  You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

   E.  Your claim has already been paid by the Debtors with authorization of the Court; or

   F.  You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.  **WHAT TO FILE.**  If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.  YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

 If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If  your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.  **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on November 30, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Special Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**  If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other

claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.    **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE.  EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON NOVEMBER 30, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10.    **THE DEBTORS' SCHEDULES AND ACCESS THERETO.**  You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com.  Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11.    **FURTHER INFORMATION.**  If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.  DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  October 31, 2005

FOR THE COURT:
**David K. Oliveria, Clerk of the Bankruptcy Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF SECOND AMENDED SCHEDULES OF ASSETS AND LIABILITIES AND SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

        PLEASE TAKE NOTICE that, on November 3, 2005, Winn-Dixie Stores, Inc., one of the above-captioned debtors and debtors-in-possession (collectively, the Debtors"), filed its Second Amended Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases (the "Amended Schedules") with the United States Bankruptcy Court for the Middle District of Florida.  Pursuant to the Amended Schedules, Winn-Dixie Stores, Inc. has added certain parties to Schedule F and G of the Schedule of Assets and Liabilities and Schedule of Executory Contracts (each a "Subsequently Identified Party").

        PLEASE TAKE FURTHER NOTICE that, pursuant to the Notice of Special Bar Date, a Subsequently Identified Party must file a proof of claim no later than **November 30, 2005** or be forever barred, estopped and enjoined from asserting a claim against the Debtors.  A copy of the Notice of Special Bar Date Requiring Filing of Proofs of Claims on or Before November 30, 2005 and a proof of claim form is enclosed herewith.

Dated:  November 3, 2005


| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    _s/ D. J. Baker_ | By    _s/ Cynthia C. Jackson_ |
|          D. J. Baker |          Stephen D. Busey |
|          Sally McDonald Henry |          James H. Post |
|          Rosalie Walker Gray |          Cynthia C. Jackson, |
|          Jane M. Leamy |          Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**EXHIBIT C**

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Identified Potential Claimants)**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416897-AV<br>3 PL INC<br>4284 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 416885-AV<br>A-1 GLASS SERVICE INC<br>PO BOX 1788<br>COVINGTON LA 70433 | CREDITOR ID: 387331-BD<br>ABREU, FELIX<br>81 COMMODORE DRIVE<br>PLANTATION FL 33325 |
| CREDITOR ID: 410372-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410372-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN EDWARD A MUNGIOLE AVP, CR MGT<br>TWO LIBERTY PLACE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411329-GX<br>ACE BERMUDA INSURANCE, LTD.<br>THE ACE BUILDING<br>17 WOODBOURNE AVENUE<br>HAMILTON HM 08<br>BERMUDA |
| CREDITOR ID: 416886-AV<br>ACS STATE HEALTHCARE<br>PO BOX 6014<br>RIDGELAND MS 39158-6014 | CREDITOR ID: 416505-L1<br>ADDISON, ANDRE(MINOR)<br>37 FOUR O'CLOCK LANE<br>WAGGAMAN LA 70094 | CREDITOR ID: 416711-L1<br>ADDISON, ANDRE(MINOR)<br>C/O FORD T HARDY, JR, ATTORNEY AT LAW<br>ATTN: FORD T. HARDY, JR., ESQ.<br>839 ST CHARLES AVENUE<br>SUITE 312<br>NEW ORLEANS LA 70130 |
| CREDITOR ID: 416881-AV<br>AFTER HOURS ROAD SERVICE INC<br>5341 TRAMMEL STREET<br>NAPLES FL 34133 | CREDITOR ID: 411330-GX<br>AIG AVIATION, INC.<br>100 COLONY SQUARE, SUITE 1000<br>1175 PEACHTREE STREET, NE<br>ATLANTA GA 30361 | CREDITOR ID: 416915-AV<br>AIR CONSULTING AND ENGINEERING INC<br>2106 N W 67TH PLACE SUITE 4<br>GAINESVILLE FL 32653 |
| CREDITOR ID: 416722-L1<br>ALBERTOWIKZ, BETTY<br>C/O KINSEY, TROXEL, JOHNSON & WALBORSKY, P.A<br>ATTN: KINSEY, TROXEL, JOHNSON & WALBORSKY, P.A<br>P.O. BOX 12686<br>PENSACOLA FL 32574-2686 | CREDITOR ID: 416519-L1<br>ALBERTOWIKZ, BETTY<br>601 N HWY 231 LOT 1<br>PANAMA CITY FL 32404 | CREDITOR ID: 416562-L1<br>ALFORD, ELLA<br>9205 NW 30TH AVENUE<br>MIAMI FL 33147 |
| CREDITOR ID: 416750-L1<br>ALFORD, ELLA<br>C/O REMER & GEORGES-PIERRE, P.A.<br>ATTN: IVETTE GONZALEZ, ESQ.<br>100 N. BISCAYNE BLVD.<br>SUITE 1003<br>MIAMI FL 33132 | CREDITOR ID: 416848-AV<br>ALPHA INDUSTRIAL SUPPLIES<br>PO BOX 75465<br>TAMPA FL 33675-0465 | CREDITOR ID: 411331-GX<br>AMERICAN CAS. CO. OF READING PA<br>CNA INSURANCE CO<br>40 WALL STREET<br>NEW YORK NY 10005 |
| CREDITOR ID: 411332-GX<br>AMERICAN GUARANTEE LIABILITY (ZURICH)<br>ZURICH EXCESS CASUALTY<br>3003 SUMMIT BOULEVARD<br>SUITE 1800<br>ATLANTA GA 30319 | CREDITOR ID: 408378-BD<br>AMERICAN MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>ATTN: RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 408377-BD<br>AMERICAN MOTORISTS INSURANCE<br>ATTN RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 |
| CREDITOR ID: 408379-BD<br>AMERICAN PROTECTION INSURANCE CO<br>ATTN RMG COLLECTIONS M-1<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 416594-L1<br>AMERSON, JOE., JR<br>301 63RD PLACE<br>APT C-20<br>MERIDIAN MS 39301 | CREDITOR ID: 416245-O1<br>ANDERSON, JOHN<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 416684-L1<br>ANDERSON, TAMITHA<br>34 NOBLES ROAD<br>LAUREL MS 39443 | CREDITOR ID: 416832-L1<br>ANDERSON, TAMITHA<br>C/O HORTMAN HARLOW MARTINDALE BASSI ROBINSON<br>ATTN: EUGENE M. HARLOW, ESQ.<br>P. O. BOX 1409<br>LAUREL MS 39441-1409 | CREDITOR ID: 416550-L1<br>ANTHES, DAVID<br>315 WOODYS LANE<br>STANLEY NC 28164 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416919-AV<br>APARTMENT FIRE EXTINGUISHER SRV<br>5200 BEACH BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 411333-GX<br>ARCH INSURANCE CO.<br>EXECUTIVE ASSURANCE UNDERWRITING<br>ONE LIBERTY PLAZA, 53RD FLOOR<br>NEW YORK NY 10008 | CREDITOR ID: 416715-L1<br>ARKEDRA STONEY (MINOR)<br>C/O JACQUELINE J. BIRD, ATTORNEY AT LAW<br>ATTN: JACQUELINE J. BIRD, ATTORNEY AT LAW<br>128 SALEM COURT<br>TALLAHASSEE FL 32301 |
| CREDITOR ID: 416567-L1<br>ASH, EVELYN<br>3590 VIA POICIANA<br>BUILDING 4, APT 102<br>LAKE WORTH FL 33460 | CREDITOR ID: 415982-L1<br>ASHLEY, CANDI<br>2113 TERRY LANE<br>AUBURNDALE FL 33823 | CREDITOR ID: 416726-L1<br>ASHLEY, CANDI<br>C/O KENNEDY LAW GROUP<br>ATTN: JOHN MALKOWSKI, ESQ.<br>5100 W. KENNEDY BLVD.<br>SUITE 100<br>TAMPA FL 33609 |
| CREDITOR ID: 411334-GX<br>ATLAS VENDING<br>205 WOODS LAKE ROAD<br>GREENVILLE SC 29607 | CREDITOR ID: 416692-L1<br>AUGUSTUS, TONYA<br>8061 SKYSAIL AVENUE<br>BATON ROUGE LA 70820 | CREDITOR ID: 416836-L1<br>AUGUSTUS, TONYA<br>C/O MILLER, LUCIUS, AND HAMPTON<br>ATTN: GREGORY J. MILLER, ESQUIRE<br>3960 GOVERNMENT ST.<br>BATON ROUGE LA 70806 |
| CREDITOR ID: 415984-L1<br>AUSTIN, WILLIE B<br>P.O. BOX 111<br>PINE HILL AL 36769 | CREDITOR ID: 411335-GX<br>AWAC - SIDE A DIC (BERMUDA)<br>BERMUDA COMMERCIAL BANK BUILDING<br>43 VICTORIA STREET<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 411336-GX<br>AWAC LTD. (BERMUDA)<br>BERMUDA COMMERCIAL BANK BUILDING<br>43 VICTORIA STREET<br>HAMILTON  HM 12<br>BERMUDA |
| CREDITOR ID: 411337-GX<br>AXIS (BERMUDA)<br>AXIS SPECIALTY LIMITED<br>106 PITTS ROAD<br>PEMBROKE  HM 08<br>BERMUDA | CREDITOR ID: 397621-72<br>AXIS SURPLUS INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 411339-GX<br>AXIS US<br>AXIS FINANCIAL INSURANCE SOLUTIONS<br>CONNELL CORPORATE PARK<br>PO BOX 357<br>BERKELEY HEIGHTS NJ 07922-0357 |
| CREDITOR ID: 416570-L1<br>BALDWIN, FRANKIE<br>ROSEN & CHALIK P.A<br>300 NORTHWEST 82ND AVE<br>PLANTATION FL 33324 | CREDITOR ID: 416755-L1<br>BALDWIN, FRANKIE<br>C/O TAYLOR HODKIN KOPELOWITZ & OSTROW, P.A.<br>ATTN: BRIAN KOPELOWITZ<br>350 E. LAS OLAS BLVD.<br>SUITE 1440<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 415986-L1<br>BARKER, ROBERT M<br>PO BOX 945<br>CHATHAM VA 24531 |
| CREDITOR ID: 403552-BD<br>BASELINE DEVELOPMENT LLC<br>ATTN: LINDA SUYDAM, GEN MGR<br>155 WEST NEW YORK AVENUE, SUITE 200<br>SOUTHERN PINES NC 28387 | CREDITOR ID: 415987-L1<br>BAUDON, MARIE T<br>12920 NW 1ST AVENUE<br>MIAMI FL 33168 | CREDITOR ID: 406373-MS<br>BEAM, MARCUS<br>2345 MT. GALLANT RD.<br>ROCKHILL SC 29730 |
| CREDITOR ID: 415988-L1<br>BEAUDRIE, KEN<br>765 BELLSHIRE BLVD<br>ORANGE PARK FL 32065 | CREDITOR ID: 415989-L1<br>BECERRA, ALEYDA<br>5607 OASIS POINT<br>OVIEDO FL 32765 | CREDITOR ID: 8126-BD<br>BELL, MAURICE T<br>6603 CHAUTEA FOREST RD #D15<br>RIVERDALE GA 30296 |
| CREDITOR ID: 415990-L1<br>BENEDICT, ANDREA<br>1720 HURRICANE ROAD<br>LOT 72<br>TUSCALOOSA AL 35401 | CREDITOR ID: 415991-L1<br>BENEDICT, ANDREA<br>NAT BRYAN, ESQ<br>MARSH, RICKARD & BRYAN<br>800 SHADES CREEK PARKWAY<br>SUITE 600D<br>BIRMINGHAM AL 35209 | CREDITOR ID: 415994-L1<br>BERRY, CHASTITY<br>MICHAEL NEIDENBACH, ESQ.<br>MICHAEL E NEIDENBACH, ATTORNEY AT LAW<br>210 WASHINGTON ST. NW<br>STE# 103<br>GAINESVILLE GA 30501 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 415993-L1<br>BERRY, CHASTITY<br>4660 JIM HOOD RD.<br>GAINESVILLE GA 30507 | CREDITOR ID: 406382-MS<br>BERRY, WEBSTER<br>RT. 1 BOX 567-1<br>MACCLENNEY FL 32063 | CREDITOR ID: 416665-L1<br>BIONDOLILLO, ROBERT<br>2203 SE SANTA BARBARA<br>CAPE CORAL FL 33990 |
| CREDITOR ID: 416718-L1<br>BIRCH, BARRY<br>C/O LAW OFFICE OF MARK J. LEEDS<br>ATTN: MARK J. LEEDS ESQ.<br>633 SOUTH FEDERAL HWY<br>8TH FLOOR<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 416515-L1<br>BIRCH, BARRY<br>7717 ASHMONT CIRCLE<br>TAMARAC FL 33319 | CREDITOR ID: 416890-AV<br>BIRMINGHAM TOWING & RECOVERY INC<br>PO BOX 610158<br>BIRMINGHAM AL 35261 |
| CREDITOR ID: 416789-L1<br>BISHOP, MARGARET<br>C/O DANIEL J. LEEPER & SILVIA JIMENEZ LEEPER<br>ATTN: DANIEL J. LEEPER, ESQ.<br>5450 FIRST AVE. NORTH, SUITE B<br>ST. PETERSBURG FL 33710 | CREDITOR ID: 416618-L1<br>BISHOP, MARGARET<br>1833 YORK STREET<br>GULFPORT FL 33707 | CREDITOR ID: 406392-MS<br>BLEVINS, RICHARD S.<br>1224 WOODHILL COURT<br>MONTGOMERY AL 36109 |
| CREDITOR ID: 416895-AV<br>BMH NORTH MISSISSIPPI<br>PO BOX 946<br>OXFORD MS 38655 | CREDITOR ID: 416894-AV<br>BOEHRINGER INGELHEIM CONSUMER HEALTH<br>PO BOX 75303<br>CHICAGO IL 60675-5303 | CREDITOR ID: 95266-BD<br>BOHANNON, CHRISTINE L<br>9001 VILLAGE GREEN BLVD<br>CLERMONT FL 34711-8579 |
| CREDITOR ID: 416499-L1<br>BORGE, ALEXANDREA (MINOR)<br>5112 BIRCH DRIVE<br>FT. PIERCE FL 34982 | CREDITOR ID: 416707-L1<br>BORGE, ALEXANDREA (MINOR)<br>C/O GARY WILLIAMS PARENTI FINNEY LEWIS ETAL<br>ATTN: VINCENT SWIFT<br>221 E. OSCEOLA STREET<br>STUART FL 34994 | CREDITOR ID: 415998-L1<br>BORRERO, DORA M<br>PAUL E. SUSS, ESQ<br>PAUL E. SUSS, P.A., ATTORNEY AT LAW<br>20826 WEST DIXIE HWY<br>AVENTURA FL 33180 |
| CREDITOR ID: 407787-BD<br>BOSTIC, ANTONELLA RAQUEL<br>100 CASTOR DR #O3<br>NORCROSS GA 30071 | CREDITOR ID: 416659-L1<br>BOSTIC, RAQUEL<br>100 CASTOR DRIVE<br>APT 03<br>NORCROSS GA 30071 | CREDITOR ID: 10427-BD<br>BOYANCE, SHEQUANA L<br>510 JAX ST #F1<br>JACKSONVILLE FL 32211 |
| CREDITOR ID: 416000-L1<br>BOYLE, DANIEL<br>TONY GRIFFITH, ESQ<br>TANNEY, ENO, TANNEY, GRIFFITH & INGRAM,<br>29605 US HWY 19 NORTH STE 210<br>CLEARWATER FL 33761 | CREDITOR ID: 415999-L1<br>BOYLE, DANIEL<br>2311 MALCOM DRIVE<br>PALM HARBOR FL 34683 | CREDITOR ID: 406406-MS<br>BRADLEY, JACKIE L.<br>838 HCR 2421 E<br>HILLSBOROUGH TX 76645 |
| CREDITOR ID: 406412-MS<br>BRANDT, STEVE<br>14601 GREATER PINES BLVD.<br>CLAIRMONT FL 32247 | CREDITOR ID: 416001-L1<br>BRANNON, CHARLOTTE<br>2 VILLAGE WEST CT<br>SPARTANBURG SC 29301 | CREDITOR ID: 416002-L1<br>BRANNON, CHARLOTTE<br>GARY M WOOD ESQ<br>GARY MICHAEL WOOD ATTORNEY AT LAW<br>819-A JOHN B WHITE SR BLVD<br>SPARTANBURG SC 29306 |
| CREDITOR ID: 416003-L1<br>BRAVO, YENIS<br>MICHAEL LIBMAN, ESQ<br>LAW OFFICES OF MICHAEL I. LIBMAN<br>2439 N.W. 7TH ST, SUITE 5<br>MIAMI FL 33125 | CREDITOR ID: 416004-L1<br>BRAZIL, WENDY<br>1070 SR 62<br>BOWLING GREEN FL 33834 | CREDITOR ID: 406420-MS<br>BRISTER, WILLIE E.<br>5428 SHAMROPS DR.<br>KENNER LA 70062 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 416879-AV
BROOKHAVEN DAILY READER
PO BOX 551
BROOKHAVEN MS 39602

CREDITOR ID: 406424-MS
BROOKS, JON
8021 MORNING LANE
FT WORTH TX 76123

CREDITOR ID: 416006-L1
BROWN, JEANETTE
HENRY A. DILLON, III., ESQ
HENRY A. DILLION, III, ATTORNEY AT LAW
2475 CANAL STREET
NEW ORLEANS LA 70119

CREDITOR ID: 416005-L1
BROWN, JEANETTE
4444 LONELY OAD DRIVE
NEW ORLEANS LA 70126

CREDITOR ID: 416007-L1
BUCKNER, MARY
548 VERN DRIVE
ORLANDO FL 32805

CREDITOR ID: 416849-AV
BUFFALO ANDERSON ASSOCIATES WR-1
PO BOX 660
BUFFALO NY 14201-0660

CREDITOR ID: 416008-L1
BUIGAS, MARIA ELENA
8701 SW 12THS TREET
APT #31
MIAMI FL 33174

CREDITOR ID: 406439-MS
BURNS, ROBERT B.
7011 N. 56TH ST.
TAMPA FL 33617

CREDITOR ID: 416010-L1
BURRELL, HELEN
2441 ADAMS AVE
DELTONA FL 32725

CREDITOR ID: 102143-BD
BURRIS, CAMERON P
1678 PONTIAC CIR N
MELBOURNE FL 32935-4968

CREDITOR ID: 416012-L1
BYRD, MARGARET
3616 S. CANAL DRIVE
FLORENCE SC 29505

CREDITOR ID: 416013-L1
BYRD, MARGARET
JAMES MCBRATNEY, ESQ
MCBRATNEY LAW FIRM, PA
P.O. BOX 3890
FLORENCE SC 29502

CREDITOR ID: 416014-L1
BYRD, MARVIETTA
1233 LYNNWOOD ST.
BIRMINGHAM AL 35215

CREDITOR ID: 416610-L1
CAAHBOUDAGIANTZ, LENA
2629 JACKSON LANDING ROAD
PICAYUNE MS 39466

CREDITOR ID: 416784-L1
CAAHBOUDAGIANTZ, LENA
C/O ROME, ARATA & BAXLEY, LLC
ATTN: W. CHAD STELLY, MSB
650 POYDRAS STREET
SUITE 2107
NEW ORLEANS LA 70130

CREDITOR ID: 416889-AV
CAHABA MEDICAL CARE
195 HOSPITAL DRIVE
CENTREVILLE AL 35042

CREDITOR ID: 416015-L1
CALVERT, MAGGIE
4024 4TH AVE
BRIGHTON AL 35020

CREDITOR ID: 416875-AV
CAROLS A GARCIA SANCHEZ
1118 NORTH H STREET
LAKE WORTH FL 33460

CREDITOR ID: 416016-L1
CARROLL, DIAHANN
634 ROY HUIE RD
APT 15-B
RIVERDALE GA 30274

CREDITOR ID: 416696-L1
CARVER, VERNON S
301 HIGHLANDS WOOD DR
FRANKLIN NC 28734

CREDITOR ID: 416563-L1
CEDOTAL, ELROY L
11007 CHERYLL DRIVE
DENHAM SPRINGS LA 70706

CREDITOR ID: 416751-L1
CEDOTAL, ELROY L
C/O MCGLYNN, GLISSON & KOCH
ATTN: CHRISTOPHER D. GLISSON, ESQ.
340 FLORIDA ST
PO BOX 1909
BATON ROUGE LA 70821

CREDITOR ID: 416906-AV
CHABAD OF KEY BISCAYNE
211 GREENWOOD DRIVE
KEY BISCAYNE FL 33149

CREDITOR ID: 416638-L1
CHAIDEZ, MICHAEL
C/O AMERICAN INTERNATIONAL REC
4501 NORTH POINT PKWY, SUITE 2
ALPHARETTA GA 300222423

CREDITOR ID: 416017-L1
CHAMBERS, PATTY
2707 KINGSTON HWY
ROME GA 30161

CREDITOR ID: 416018-L1
CHAMBERS, PATTY
KRISTY L. CORDLE, ESQ
BRINSON, ASKEW & BERRY
P O BOX 5513
ROME GA 30161-161

CREDITOR ID: 15374-BD
CHAMBERS, VINCENT E
1665 VALEVIEW CT
APOPKA FL 32712

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416884-AV<br>CHARLES GUILLORY INC<br>PO BOX 947<br>EUNICE LA 70535 | CREDITOR ID: 416903-AV<br>CHARLES T MORONEY JR<br>878 JW WARREN ROAD<br>EAST DUBLIN GA 31027 | CREDITOR ID: 416020-L1<br>CHARNECO, FRANCESCA<br>DENNIS MURRAY, ESQ<br>BOGIN, MUNNS & MUNNS<br>P.O. BOX 2807<br>ORLANDO FL 32802-2807 |
| CREDITOR ID: 416019-L1<br>CHARNECO, FRANCESCA<br>835 SWEETBRIER DR<br>DELTONA FL 32725 | CREDITOR ID: 416920-AV<br>CHISESI HOLDINGS LLC<br>13501 RIVERLAKE DRIVE<br>COVINGTON LA 70435 | CREDITOR ID: 416916-AV<br>CHOWAN MEDICAL CENTER PA<br>PO BOX 429<br>EDENTON NC 27932-0429 |
| CREDITOR ID: 416705-L1<br>CHRISTIAN, YVONEE<br>1525 IVY MEADOW DRIVE<br>CHARLOTTE NC 28213 | CREDITOR ID: 416861-AV<br>CITY OF OAKDALE<br>PO BOX 728<br>OAKDALE LA 71463 | CREDITOR ID: 416918-AV<br>CLARK SALES DISPLAY INC<br>PO BOX 1007<br>TAVARES FL 32778 |
| CREDITOR ID: 416620-L1<br>CLARK, MARGARET<br>6233 DEERHAVEN LANE<br>LOVELAND OH 45140 | CREDITOR ID: 416791-L1<br>CLARK, MARGARET<br>C/O THE LAW OFFICE OF GREGORY M. WETHERALL<br>ATTN: GREGORY M. WETHERALL, ESQ.<br>4030 MT. CARMEL-TOBACCO RD.<br>CINCINNATI OH 45255 | CREDITOR ID: 242550-12<br>CODINA, ARMANDO M<br>THE CODINA GROUP, INC.<br>355 ALHAMBRA CIRCLE, SUITE 900<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 416023-L1<br>COLLINS, GAIL<br>H EDWARD KNOX, ESQ<br>KNOX, BROTHERTON, KNOX & GODFREY<br>P.O. BOX 30848<br>CHARLOTTE NC 28230-0848 | CREDITOR ID: 416022-L1<br>COLLINS, GAIL<br>316 BELLWOOD DR<br>BELMONT NC 28012 | CREDITOR ID: 406505-MS<br>COLVIN, WILLIAM E.<br>5200 SAN JOSE BLVD.<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 416850-AV<br>COMBINED LAND CO INC<br>225 S HANCOCK ST<br>C/O JOSEPH MENDOLA<br>ROCKINGHAM NC 28379-3664 | CREDITOR ID: 397628-72<br>COMMONWEALTH INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 407807-BD<br>COMMONWEALTH OF PENNSYLVANIA<br>ATTN: ROSEANN LATIMORE<br>BUREAU OF COMPLIANCE<br>DEPT. 280946<br>HARRISBURG PA 17128-0946 |
| CREDITOR ID: 416026-L1<br>CORREA, CARLOS<br>APPALACHEE CORRECTIONAL INSTIT<br>DC #A-K51488<br>SNEADS FL 32460 | CREDITOR ID: 416027-L1<br>COURET, MAXIN<br>161 OCEAN DRIVE<br>BATON ROUGE LA 70806 | CREDITOR ID: 416647-L1<br>COUSIN, MONICA JANE<br>PO BOX 5934<br>SLIDELL LA 70469 |
| CREDITOR ID: 416898-AV<br>CRESTMARK BANK FBO ULTRA PET COMPANY INC<br>LOCKBOX 933223<br>3585 ATLANTA AVENUE<br>HAPEVILLE GA 30354 | CREDITOR ID: 416820-L1<br>CURTIS, ROGER<br>C/O LICHTBLAU & GOLDENBERG, P.A.<br>ATTN: STUART E. GOLDENBERG, ESQ.<br>631 U.S. HIGHWAY ONE<br>SUITE 306<br>NORTH PALM BEACH FL 33408 | CREDITOR ID: 416668-L1<br>CURTIS, ROGER<br>1326 SOUTH M STREET<br>LAKE WORTH FL 33460 |
| CREDITOR ID: 416888-AV<br>D&S LAWNCARE SERVICE<br>4975 HONEST BOB ROAD<br>MAIDEN NC 28650 | CREDITOR ID: 416029-L1<br>DANIEL, PAMELA<br>JOSEPH M. TODD, ESQ<br>JOSEPH M. TODD, P.C.<br>104 S. MAIN ST.<br>JONESBORO GA 30236 | CREDITOR ID: 416028-L1<br>DANIEL, PAMELA<br>3180 BLACKFOOT LANE<br>REX GA 30273 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　　　　　　　　　　　　**CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416031-L1<br>DANIELS, GWENDOLYN<br>MAX LABRANCHE, ESQ<br>LABRANCHE AND LEJEUNE<br>5757 CORPORATE BOULEVARD<br>SUITE 101<br>BATON ROUGE LA 70808-2584 | CREDITOR ID: 416030-L1<br>DANIELS, GWENDOLYN<br>11231 CYPRESS GLEN AVENUE<br>BAKER LA 70714 | CREDITOR ID: 416246-O1<br>DASBURG, JOHN H.<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 411327-BD<br>DAVIS, MARKEETIA<br>C/O M.A. BASS JR<br>113 DOWNING STREET<br>PO BOX 712<br>HAZELHURST MS 39083 | CREDITOR ID: 398451-78<br>DAVIS, OLIVER W.<br>470 CRANBERRY LANE<br>FLEETWOOD NC 28626 | CREDITOR ID: 416687-L1<br>DAVIS, TERRY<br>C/O J. LYNN PONDER<br>PO BOX 217<br>AMITE LA 70422 |
| CREDITOR ID: 406557-MS<br>DAWSON, CURTISS C.<br>929 MADEWOOD RD.<br>LA PLACE LA 70068 | CREDITOR ID: 416034-L1<br>DEAL, DANIEL K<br>448 BEACHWOOD DR.<br>CRAWFORDVILLE FL 32327 | CREDITOR ID: 416035-L1<br>DEAL, KATHERINE<br>448 BEACHWOOD DR<br>CRAWFORDVILLE FL 32327 |
| CREDITOR ID: 416036-L1<br>DEAL, KATHERINE<br>RICHARD W. RENO, ESQ<br>RICHARD W. RENO, P.A.<br>P. O. BOX 368<br>CRAWFORDVILLE FL 32326-0368 | CREDITOR ID: 406561-MS<br>DECLUE, CHARLES<br>BOX 341<br>TAVERNIER FL 33070 | CREDITOR ID: 406568-MS<br>DENTON, JERRY<br>126 NEWFIELD STREET<br>ST. SIMONS ISLAND GA 31522 |
| CREDITOR ID: 406569-MS<br>DERISO, CHARLES W.<br>3270 HIDDEN FOREST DR.<br>SNELLVILLE GA 30278 | CREDITOR ID: 388080-BD<br>DEVANCE, ROBERT<br>100 WHITE STREET<br>HAMMOND, LA 70403 | CREDITOR ID: 408367-BD<br>DISCOVER<br>5 BATTERSON PARK RD<br>FARMINGTON  CT 06032 |
| CREDITOR ID: 119979-BD<br>DIXON, MELISSA A<br>250 PALM CIR W APT 305<br>PEMBROKE PINES FL 33025-1188 | CREDITOR ID: 120021-BD<br>DIXON, TERRY<br>250 PALM CIR W APT 305<br>PEMBROKE PINES FL 33025-1188 | CREDITOR ID: 120029-BD<br>DIXON, TRUDIE M<br>250 PALM CIR W APT 305<br>PEMBROKE PINES FL 33025-1188 |
| CREDITOR ID: 248287-12<br>DOLPHIN CAPITAL CORP<br>PO BOX 605<br>MOBERLY, MO 65270-0605 | CREDITOR ID: 416812-L1<br>DORSEY, PEGGY<br>C/O GOLDFARB, GOLD, GONZALEZ & WALD, P.A.<br>ATTN: JUSTIN C. LETO, ESQUIRE<br>100 SE 2ND ST.<br>MIAMI FL 33131 | CREDITOR ID: 416653-L1<br>DORSEY, PEGGY<br>18830 SW 113TH AVE.<br>MIAMI FL 33157 |
| CREDITOR ID: 416817-L1<br>DOWELL, RICKEY<br>C/O HIGGS AND EMERSON<br>ATTN: J. ZACH HIGGS, JR.<br>405 FRANKLIN STREET<br>HUNTSVILLE AL 35801 | CREDITOR ID: 416663-L1<br>DOWELL, RICKEY<br>12613 HIGHWAY 231- 431 NORTH<br>MERIDIANVILLE AL 35759 | CREDITOR ID: 416702-L1<br>DRUCK, WILLIAM<br>2926 NE JACKSONVILLE RD<br>OCALA FL 34479 |
| CREDITOR ID: 411395-BD<br>DUCINVIL, THERAMENE<br>C/O EEOC<br>MIAMI DISTRICT OFFICE<br>2 SOUTH BISCAYNE BLVD, STE 2700<br>MIAMI FL 33131 | CREDITOR ID: 416851-AV<br>EAGLE CREEK COMMERCIAL CO INC<br>2430 STANFORD COURT<br>NAPLES FL 34112 | CREDITOR ID: 416719-L1<br>EARLY, BENJAMIN (MINOR)<br>C/O TEDDY & MEEKINS, P.L.L.C.<br>ATTN: RALPH W MEEKINS, ATTY<br>1219 FALLSTON ROAD<br>SHELBY NC 28150 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416516-L1<br>EARLY, BENJAMIN (MINOR)<br>520 DOBBINS RD<br>ELLENBORO NC 28040 | CREDITOR ID: 385682-BD<br>EASLEY, BLANCA I<br>835 WEST LUCY STREET<br>APT 166<br>FLORIDA CITY, FL 33034 | CREDITOR ID: 416893-AV<br>EATON POWER QUALITY CORP<br>PO BOX 93531<br>CHICAGO IL 60673-3531 |
| CREDITOR ID: 416795-L1<br>ECKENROD, MARY J<br>C/O DENNIS HERNANDEZ & ASSOCIATES<br>ATTN: ROBERT K MICHAEL ESQ<br>2946 GULF TO BAY BLVD<br>CLEARWATER FL 33759-4222 | CREDITOR ID: 416039-L1<br>ECKENROD, MARY J<br>4830 DOVE LANE<br>AUBURNDALE FL 33823 | CREDITOR ID: 416040-L1<br>ECKENROD, MARY J<br>DENNIS HERNANDEZ, ESQ<br>ROBERT K MICHAEL ESQ<br>3339 WEST KENNEDY BLVD<br>TAMPA FL 33609 |
| CREDITOR ID: 416041-L1<br>EDMOND, CARLA<br>12250 ATLANTIC BLVD #408<br>JACKSONVILLE FL 32225 | CREDITOR ID: 416671-L1<br>EDMONDS, ROSE<br>2807 INDEPENDENT CHURCH ROAD<br>EMPORIA VA 23847 | CREDITOR ID: 416874-AV<br>EDS PLUMBING<br>45060 SUB STATION<br>PO BOX 216<br>HAMMOND LA 70404 |
| CREDITOR ID: 416580-L1<br>ELLIS, HENRY<br>8327 METTO RD.<br>JACKSONVILLE FL 32244 | CREDITOR ID: 406605-MS<br>ELLIS, MALLARD A.<br>5308 AMSTERDAM PLACE<br>RALEIGH NC 27606 | CREDITOR ID: 397632-72<br>EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 |
| CREDITOR ID: 406609-MS<br>ENGLISH, CLARENCE<br>109 MAYFAIR DR.<br>TAYLORS SC 29687 | CREDITOR ID: 416042-L1<br>ESCAMILLA, BETTY<br>3231 PINEHURST DR<br>LAKE WORTH FL 33467 | CREDITOR ID: 377468-44<br>ESTATE OF FOWLER, TILLIE<br>C/O BUCK FOWLER<br>BROADVIEW TOWERS, UNIT 12-A<br>1596 LANCSTER TERRACE<br>JACKSONVILLE FL 32204 |
| CREDITOR ID: 416754-L1<br>ESTRADA, FRANCISCO<br>C/O EDWARD M. HARRIS, P.C.<br>ATTN: EDWARD HARRIS, ESQ.<br>315 WEST PONCE DE LEON AVENUE<br>DECATUR GA 30030 | CREDITOR ID: 416569-L1<br>ESTRADA, FRANCISCO<br>740 GLEN ROAD<br>FAIRBURN GA 30213 | CREDITOR ID: 416043-L1<br>ESTRADA, GLADYS<br>1551 TYLER ST.<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 416044-L1<br>ESTRADA, GLADYS<br>ALBERT BENZRIHEM, ESQ<br>ALBERT BENZRIHEM, P. A.<br>4801 SOUTH UNIVERSITY AVE.<br>SUITE. 3070<br>FT. LAUDERDALE FL 33302 | CREDITOR ID: 406615-MS<br>EVANS, KEITH<br>11051 N.W. 29TH ST.<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 416046-L1<br>EVANS, NEDRA<br>BRETT BORROW, ESQ<br>MUSTELL & BORROW<br>4100 N.E. 2 AVE. STE. 202<br>MIAMI FL 33137 |
| CREDITOR ID: 416045-L1<br>EVANS, NEDRA<br>8461 NW 6TH AVE.<br>MIAMI FL 33150 | CREDITOR ID: 416049-L1<br>FARMER, RANDI<br>BENJAMIN J. FREEMAN, ESQ<br>HALL & SMITH, ATTORNEYS AT LAW<br>360 N. OAKES STREET<br>DOTHAN AL 36303 | CREDITOR ID: 416048-L1<br>FARMER, RANDI<br>13063 OLD PIKE ROAD<br>MATHEWS AL 36052 |
| CREDITOR ID: 411343-GX<br>FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY CT 06070-7683 | CREDITOR ID: 416050-L1<br>FERRUGGIA, KATHY<br>7576 RED RIVER ROAD<br>WEST PALM BEACH FL 33411 | CREDITOR ID: 416597-L1<br>FIGUEROA, JUAN<br>2390 NW 51ST STREET<br>MIAMI FL 33142 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 416776-L1
FIGUEROA, JUAN
C/O BERMUDEZ, HARALSON & TOME
ATTN: JUAN CARLOS BERMUDEZ, ESQ.
8300 N.W. 53RD STREET
SUITE 300
MIAMI FL 33166

CREDITOR ID: 408384-BD
FIRST UNION NATIONAL BANK
ATTN:  INTERNATIONAL DIVISION
200 S BISCAYNE BLVD 12TH FL
MIAMI FL 33131

CREDITOR ID: 406637-MS
FLEETWOOD, LEWIS N.
601 W. SYLVAN DR., #813
BRANDON FL 33510

CREDITOR ID: 416891-AV
FLORIDA HOSPITAL HEARTLAND
PO BOX 862306
ORLANDO FL 32886-2306

CREDITOR ID: 411344-GX
FLORIDA POWER & LIGHT COMPANY
P O BOX 25426
MIAMI FL 33102

CREDITOR ID: 416717-L1
FLOWERS, BARBARA
C/O LAW OFFICES OF KEITH & HAMM
ATTN: JACOB A. DUBIN
235 S. MCDONOUGH ST
MONTGOMERY AL 36104

CREDITOR ID: 416514-L1
FLOWERS, BARBARA
2252 AJAX ST
MONTGOMERY AL 36117

CREDITOR ID: 406644-MS
FORDHAM, STEPHEN
2800 WESTWICK COURT
RALEIGH NC 27615

CREDITOR ID: 406648-MS
FOY, ALLEN
18 CABIN BAR DRIVE
CLAYTON NC 27520

CREDITOR ID: 406650-MS
FRADY, LYMAN D.
135 FOXWOOD DR.
AIKEN SC 29801

CREDITOR ID: 416051-L1
FRANKLIN, DORAL
2508 ACACIA ST.
NEW ORLEANS LA 70122

CREDITOR ID: 416840-L1
FRANKLIN, WYDONNA
C/O HARRY E. CANTRELL, ATTY..
ATTN: HARRY E. CANTRELL JR. ESQ.
309 BAARONNE STREET, STE 300
NEW ORLEANS LA 70112

CREDITOR ID: 416704-L1
FRANKLIN, WYDONNA
2508 ACACIA ST
NEW ORLEANS LA 70122

CREDITOR ID: 416052-L1
FRAZIER, THEDA M
11050 HARTS ROAD
JACKSONVILLE FL 32218-3767

CREDITOR ID: 416760-L1
FRIED, GLORIA J
C/O WILLIAM P. KEENAN
ATTN: WILLIAM P. KEENAN, P.A.
1718 PEACHTREE ST NW
SUITE 596 SOUTH
ATLANTA GA 30309-2454

CREDITOR ID: 416575-L1
FRIED, GLORIA J
900 MOULTRIE RD
ALBANY GA 31705

CREDITOR ID: 416053-L1
FULLER, CASSANDRA
JACK O MORSE, ESQ
JACK O MORSE LAW FIRM
191 CLEVELAND AVE
ATLANTA GA 30315

CREDITOR ID: 416900-AV
FUQUAY URGENT CARE AND FAMILY CLINIC
1418 N MAIN STREET
FUQUAY VARINA NC 27526

CREDITOR ID: 406654-MS
FUTCH, KEN
221 SPARROW BRANCH CIRCLE
JACKSONVILLE FL 33259

CREDITOR ID: 416592-L1
GARCIA, JESUS
1034 BSW 123 PL
MIAMI FL 33184

CREDITOR ID: 416055-L1
GARRETT, ALICE
109 POPLAR PLACE
AIKEN SC 29803

CREDITOR ID: 416862-AV
GENERAL WHOLESALE BEER
1271 TACOMA DR
ATLANTA GA 30318

CREDITOR ID: 416917-AV
GENISOY FOOD CO
DEPT 2216
TULSA OK 74182

CREDITOR ID: 398556-78
GENTRY, DANIEL
7404 ENGLEWOOD CT
FT. WORTH TX 76148

CREDITOR ID: 416904-AV
GEORGE TROUT
6900 DAUPHIN ISLAND PARKWAY
LOT 39
MOBILE AL 36605

CREDITOR ID: 416867-AV
GEORGIA DEPARTMENT OF NATURAL RESOURCES
PO BOX 101161
RADIOACTIVE MATERIALS PROGRAM
RADIOACTIVE MATERIALS FEES
ATLANTA GA 30392

CREDITOR ID: 406671-MS
GIBBS, JOHNNIE G.
2965 BRUCE CIRCLE
SUMTER SC 29154

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406673-MS<br>GILLEY, JAMES C.<br>24 TURTLEBACK TR.<br>PONTE VEDRA FL 32082 | CREDITOR ID: 411420-BD<br>GLOVES-HUGHES, RUTHIE<br>PO BOX 90<br>BRADLEY FL 33835 | CREDITOR ID: 416056-L1<br>GOMEZ, MARINA<br>8315 NW 171ST STREET<br>MIAMI FL 33015 |
| CREDITOR ID: 416057-L1<br>GOMEZ, MARINA<br>PEDRO J. FUENTES, ESQ<br>LAW OFFICES OF PEDRO J. FUNTES, CID<br>2650 BISCAYNE BLVD.<br>MIAMI FL 33137 | CREDITOR ID: 416746-L1<br>GONZALEZ-JIMENEZ, DELIA<br>C/O GORDON & DONER PA<br>ATTN: DANIEL G. WILLIAMS, ESQUIRE<br>4114 NORTHLAKE BLVD., STE 200<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 416554-L1<br>GONZALEZ-JIMENEZ, DELIA<br>C/O STEVEN C. SIMON<br>1645 PALM BEACH LAKES BLVD., S<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 416869-AV<br>GORDON COUNTY TAX COMMISSIONER<br>PO BOX 337<br>PROPERT YTAX<br>CALHOUN GA 30701-0337 | CREDITOR ID: 416669-L1<br>GORNEY, RONALD JR<br>12521 CONDOR DR.<br>JACKSONVILLE FL 32223 | CREDITOR ID: 416821-L1<br>GORNEY, RONALD JR<br>C/O LAW OFFICES OF ERIC S. BLOCK, P.A.<br>ATTN: ERIC S. BLOCK, ESQ.<br>6817 SOUTHPOINT PKWY; STE 2502<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 406689-MS<br>GRANT, JAMES<br>153 COCKATIEL DR.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 416602-L1<br>GRANT, KAWANDA<br>65 TURNER PLACE<br>MONTGOMERY AL 36109 | CREDITOR ID: 416060-L1<br>GRANT, KAWANDA<br>KAREN MASTIN, ESQ<br>SANDRA H. LEWIS<br>P.O. BOX 686<br>MONTGOMERY AL 36101-0686 |
| CREDITOR ID: 416896-AV<br>GRAY ROBBINSON<br>PO BOX 3068<br>ORLANDO FL 32802 | CREDITOR ID: 411345-GX<br>GREAT AMERICAN ASSURANCE<br>8510 MCALPINE PARK DRIVE, SUITE 114<br>CHARLOTTE NC 28211 | CREDITOR ID: 406697-MS<br>GRIMBALL, THOMAS P.<br>RT 4 1027 DRIFTWOOD LANE<br>ANDERSON SC 29624 |
| CREDITOR ID: 416062-L1<br>HAAS, MARILYN J<br>BRYAN VIGNESS, ESQ<br>MORGAN & MORGAN, P.A.<br>PO BOX 9504<br>FT MYERS FL 33906-9504 | CREDITOR ID: 416061-L1<br>HAAS, MARILYN J<br>216 CAVALIER CT.<br>NORTH FORT MYERS FL 33917 | CREDITOR ID: 416063-L1<br>HAHN, LOIS F<br>4090 FOREST BROOK DR.<br>EDGEMOOR SC 29712 |
| CREDITOR ID: 416064-L1<br>HAJI DATOO, NADIA A<br>BRAD KAPLAN ESQ.<br>KAPLAN & SEIFTER<br>7 LENOX POINTE, NE<br>ATLANTA GA 30324 | CREDITOR ID: 406707-MS<br>HALL, ROBERT J JR<br>PO BOX 290696<br>PORT ORANGE FL 32129 | CREDITOR ID: 411346-GX<br>HANSEATIC INSURANCE CO. (BERMUDA) LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON  HM 11<br>BERMUDA |
| CREDITOR ID: 140910-BD<br>HARE, EMILY A<br>404 QUAKER CREEK DR<br>MEBANE NC 27302-6704 | CREDITOR ID: 416065-L1<br>HARPSTER, AMETHYST<br>RICHARD A. STAGGARD, ESQ<br>FARAH & FARAH, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 411326-BD<br>HARRIS, JOHNNIE<br>5015-B FISHLODGE ROAD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 411326-BD<br>HARRIS, JOHNNIE<br>C/O M.A. BASS JR<br>113 DOWNING STREET<br>PO BOX 712<br>HAZELHURST MS 39083 | CREDITOR ID: 411322-BD<br>HASTY, RANDAL<br>PO BOX 1056<br>MATTHEWS NC 28105 | CREDITOR ID: 415968-BD<br>HAUER CUSTOM MANUFACTURING<br>C/O STEVENS & LEE<br>ATTN: JEFFREY A HARENZA, ESQ<br>111 NORTH 6TH STREET<br>PO BOX 679<br>READING PA 19603-0679 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 415968-BD<br>HAUER CUSTOM MANUFACTURING<br>C/O STEVENS & LEE<br>ATTN: JEFFREY A HARENZA, ESQ<br>111 NORTH 6TH STREET<br>PO BOX 679<br>READING PA 19603-0679 | CREDITOR ID: 416067-L1<br>HAYES, RAIQWAN<br>702 LINCOLN AVE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 416069-L1<br>HAYNES, CRAIG<br>MONROE FELDMAN, ESQ<br>FELDMAN & ASSOCIATES, P.C.<br>1518 MONROE DR., NE<br>ATLANTA GA 30324 |
| CREDITOR ID: 416068-L1<br>HAYNES, CRAIG<br>5357 SALEM SPRINGS DR<br>LITHONIA GA 30038 | CREDITOR ID: 416615-L1<br>HAYNES, LYDIA<br>1005 WEBER ST<br>FRANKLIN LA 70538 | CREDITOR ID: 416788-L1<br>HAYNES, LYDIA<br>C/O JOSLYN R. ALEX,<br>ATTN: JOSLYN ALEX ESQ.<br>PO BOX 126<br>BREAUX BRIDGE LA 70517 |
| CREDITOR ID: 386061-BD<br>HEBERT, DONNA<br>PO BOX 530773<br>LAKE PARK FL 33403 | CREDITOR ID: 416070-L1<br>HELTON, HENRY<br>812 CEBU PL<br>MELBOURNE FL 32940-6945 | CREDITOR ID: 416583-L1<br>HELTON, IRMA JEAN<br>307 TUMLIN LAKE RD<br>TEMPLE GA 30179 |
| CREDITOR ID: 416071-L1<br>HENDERSON, JR. (MINO, MICHAEL HENDERSON,<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416072-L1<br>HENDERSON, MICHAEL<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416640-L1<br>HENDERSON, MICHAEL JR., (MINOR)<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 |
| CREDITOR ID: 416073-L1<br>HENDERSON, RAVEN<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416709-L1<br>HENDRICKS, ALFREDA<br>C/O LAW OFFICES OF BURNETTI, P.A.<br>ATTN: LINA M LOPEZ<br>4899 BELFORT ROAD, SUITE 160<br>JACKSONVILLE FL 32256 | CREDITOR ID: 416502-L1<br>HENDRICKS, ALFREDA<br>908 SPEARING STREET<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 144816-BD<br>HERNANDEZ, DANIEL<br>8005 NW 8TH ST APT 207<br>MIAMI FL 33126-2851 | CREDITOR ID: 406758-MS<br>HICKS, LAWRENCE M.<br>2320 CROMWELL DRIVE<br>ARLINGTON TX 76018 | CREDITOR ID: 406759-MS<br>HIGHFILL, RICHARD<br>800 W MONROE STREET<br>MA;YODAN NC 27027 |
| CREDITOR ID: 416870-AV<br>HILLSBOROUGH COUNTY<br>OFFICE OF THE FIRE MARSHAL<br>PO BOX 310398<br>TAMPA FL 33680 | CREDITOR ID: 406766-MS<br>HO, HOANG<br>601 CARDIFF<br>IRVINE CA 92606 | CREDITOR ID: 406767-MS<br>HODOVANICH, ROBERT<br>340 NE 30TH ST.<br>POMPANO BEACH FL 33064 |
| CREDITOR ID: 406768-MS<br>HOFF, SUZANNE (OGAWA)<br>2071 B CLOVER CT<br>BOWLING GREEN KY 42101 | CREDITOR ID: 416077-L1<br>HOLLAND, BRIGITTE<br>C. DONALD DETKY, ESQ<br>RAHAIM, WATSON, DEARING, BERRY & MOORE<br>3127 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416076-L1<br>HOLLAND, BRIGITTE<br>5038 CAMPANELLA ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 416078-L1<br>HOLLETT, MARCIA<br>P.O. BOX 251<br>WINDERMERE FL 34786 | CREDITOR ID: 406775-MS<br>HOLZ, LOGAN<br>666 KILCHURN DR.<br>ORANGE PARK FL 32073 | CREDITOR ID: 416708-L1<br>HOOD, ALFRED S<br>C/O STAMPLEY & SMITH<br>ATTN: GILBERT STAMPLEY ESQ.<br>1010 COMMON STREET<br>SUITE 1740<br>NEW ORLEANS LA 70112 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416501-L1<br>HOOD, ALFRED S<br>4345 JEANNEMARIE PLACE<br>NEW ORLEANS LA 70122 | CREDITOR ID: 406777-MS<br>HOOKS, RODNEY<br>4715 CARDINAL BLVD<br>RALEIGH NC 27604 | CREDITOR ID: 406779-MS<br>HOPKINS, ROBERT<br>106 FRANKLIN CT.<br>SUMMERVILLE SC 29483 |
| CREDITOR ID: 411347-GX<br>HOUSTON CASUALTY COMPANY<br>HCC GLOBAL FINANCIAL PRODUCTS<br>PO BOX 4018<br>FARMINGTON CT 06034 | CREDITOR ID: 406786-MS<br>HOWARD, TERRY<br>114 SADDLEHORN COURT<br>WOODSTOCK GA 30188 | CREDITOR ID: 416081-L1<br>HOWELL, CAROLYN<br>NATHANIEL H. BLACKMON, III, ESQ<br>BLACKMON & DUDLEY<br>2009 CASCADE RD., S.W.<br>ATLANTA GA 30311 |
| CREDITOR ID: 416080-L1<br>HOWELL, CAROLYN<br>3446 CHELSY PARK LANE #A<br>NORCROSS GA 30092 | CREDITOR ID: 406791-MS<br>HUDSON, GARY L.<br>428 VILLAGE GREEN DR. S., APT. 2605<br>NASHVILLE TN 32256 | CREDITOR ID: 416084-L1<br>HUGHES, ANGEL<br>LARS-ERIK PIERSON, ESQ<br>LARS-ERIK PIERSON, ESQ.<br>13017 ARDARA LANE<br>MIDLOTHIAN VA 23114 |
| CREDITOR ID: 416083-L1<br>HUGHES, ANGEL<br>7804 BRONZE LANE<br>PRINCE GEORGE VA 23875 | CREDITOR ID: 411348-GX<br>ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK NY 10038 | CREDITOR ID: 416883-AV<br>IMAGINE PRINT SOLUTIONS<br>SDS 12-2000<br>PO BOX 86<br>MINNEAPOLIS MN 55488-2000 |
| CREDITOR ID: 406808-MS<br>JACKSON, KENNETH M.<br>RT. 2 BOX 318-1<br>RUSSELLVILLE KY 42276 | CREDITOR ID: 416905-AV<br>JACKSONVILLE TRANSPORTATION AUTHORITY<br>PO DRAWER O<br>100 NORTH MYRTLE AVENUE<br>JACKSONVILLE FL 32203 | CREDITOR ID: 416086-L1<br>JEAN, MELIA<br>831 B FLOWER LANE<br>IMMOKALEE FL 34142 |
| CREDITOR ID: 416087-L1<br>JEAN, MELIA<br>STEVEN REINSTEIN, ESQ<br>LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.<br>9100  S. DADELAND BLVD.<br>SUITE 1010<br>MIAMI FL 33156 | CREDITOR ID: 406818-MS<br>JENSCHKE, SCOTT<br>3734 TYNEMOORE TRACE<br>SMYRNA GA 30080 | CREDITOR ID: 416542-L1<br>JIMENEZ, CONSOELO<br>415-1/2 NORTH CHICAGO ST.<br>LOS ANGELES CA 90033 |
| CREDITOR ID: 416738-L1<br>JIMENEZ, CONSOELO<br>C/O LAW OFFICES OF DARRIGO & DIAZ, P.A.<br>ATTN: EDDIE JIMENEZ, ESQUIRE<br>4503 NORTH ARMENIA AVENUE<br>SUITE 101<br>TAMPA FL 33603 | CREDITOR ID: 296692-BD<br>JOHN STEPHEN LAWTON<br>1478 16TH STREET<br>SARASOTA FL 34236 | CREDITOR ID: 416712-L1<br>JOHNSON, ANGEL<br>C/O VINET & VINET<br>ATTN: JOE JOLLISSAINT<br>11817 BRICKSOME AVE<br>SUITE A<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 416506-L1<br>JOHNSON, ANGEL<br>2815 SOUTH DERBENEY<br>NEW ORLEANS LA 70125 | CREDITOR ID: 416092-L1<br>JOHNSON, RANDY<br>4034 33RD AVE<br>MERIDIAN MS 39301 | CREDITOR ID: 416833-L1<br>JOHNSON, TERESA<br>C/O BRENT ADAMS & ASSOCIATES<br>ATTN: BRENT ADAMS, ESQ.<br>4208 SIX FORKS ROAD<br>SUITE 360<br>RALEIGH NC 27609 |
| CREDITOR ID: 416686-L1<br>JOHNSON, TERESA<br>781 CARRIAGE TRAIL<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 416739-L1<br>JONES, CORNELIA<br>C/O BEVERLY D. BASDEN, PC.<br>ATTN: BEVERLY BASDEN<br>1503 WOODLAND AVE.<br>SANFORD NC 27330 | CREDITOR ID: 416543-L1<br>JONES, CORNELIA<br>12229 HIGHWAY 421 S.<br>BROADWAY NC 27505 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 416093-L1
JONES, ELIZABETH
C/O WOODBURN S. WESLEY
88 NE EGLIN PARKWAY
FORT WALTON BEACH FL 32548

CREDITOR ID: 408374-BD
KEMPER CASUALTY
ATTN KRM LAW DEPT
ONE WORLD TRADE CENTER
NEW YORK NY 10048

CREDITOR ID: 408373-BD
KEMPER CASUALTY
ATTN: JOHN DOYLE CREDIT OFFICER
155 VILLAGE BLVD STE 300
PRINCETON NJ 08540

CREDITOR ID: 408370-BD
KEMPER GROUP
ATTN: PAT FUSCO
2877 BRANDYWINE RD
ATLANTA GA 30341

CREDITOR ID: 408382-BD
KEMPER INSURANCE COMPANIES
ATTN RMG COLLECTIONS M-1
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 408385-BD
KEMPER RISK MANAGEMENT SERVICES
ATTN: RMG FINANCIAL SERVICES
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 41488-BD
KENDALL, REGINALD E
4511 21ST AVE W
BRADENTON FL 34209

CREDITOR ID: 416096-L1
KIDD, NORMA
7930 NW 7TH ST. #204
PEMBROKE PINES FL 33024

CREDITOR ID: 416097-L1
KIDD, NORMA
JOHN MOONEY, ESQ.
LEHRMAN & LEHRMAN, PA
1801 NORTH PINE ISLAND RD
SUITE 103
PLANTATION FL 33322

CREDITOR ID: 406852-MS
KING, LARRY
19734 CALLAWAY HILLS LANE
DAVIDSON NC 28036

CREDITOR ID: 416558-L1
KIT, DIANNA
917 27TH STREET CT E
BRADENTON FL 34208

CREDITOR ID: 406855-MS
KITCHENS JR., BENARD O.
4968 RED PINE CT.
JACKSONVILLE FL 32210

CREDITOR ID: 416775-L1
KOLINSKY, JOHN
C/O WILLIAM W. PRICE, P.A.
ATTN: WILLIAM W. PRICE
320 FERN ST.
WEST PALM BEACH FL 33401

CREDITOR ID: 416596-L1
KOLINSKY, JOHN
7393 NAUTICA WAY
LAKE WORTH FL 33467

CREDITOR ID: 416098-L1
KUSNAK-LEITH, REBECCA J
ANDREW W. HORN, ESQ
LAW OFFICES OF ANDREW W. HORN
ONE SOUTHEAST 3RD AVE
MIAMI FL 33131

CREDITOR ID: 416853-AV
L & A PROCESS SYSTEMS INC
1704 RELIANCE ST
MODESTO CA 95358-5752

CREDITOR ID: 416914-AV
L EMILY JONES FINAL STITCH ALTERATIONS
POST OFFICE BOX 812
HAMMOND LA 70401

CREDITOR ID: 416868-AV
LAMONT E HOOD
2404 LOCH PLACE
GREENSBORO NC 27405

CREDITOR ID: 416282-BD
LANIER WORLDWIDE INC
2300 PARKLAKE DRIVE
ATLANTA GA 30345-2979

CREDITOR ID: 416282-BD
LANIER WORLDWIDE INC
C/O WARGO & FRENCH
ATTN: JULIE JARED, ESQ
1170 PEACHTREET ST, STE 2020
ATLANTA GA 30309

CREDITOR ID: 387244-BD
LAWHON, VERONICA
550 JACKSON AVENUE #503
CAPE CANAVERAL FL 32920

CREDITOR ID: 406887-MS
LAWRENCE SR., RONNEY T.
203 18TH ST. NW
BRADENTON FL 33505

CREDITOR ID: 416099-L1
LAWSON, ANNETTE
3801 EDWARDS AVE.
JACKSON MS 39213

CREDITOR ID: 416100-L1
LEAMON, VICTOR
P.O. BOX 1396
DAPHNE AL 36526

CREDITOR ID: 406895-MS
LEE, JOHN D.
2931 MUSCADINE TRAIL
GAINESVILLE GA 30506

CREDITOR ID: 416101-L1
LEE, TRACY
2508 ACACIA ST
NEW ORLEANS LA 70122

CREDITOR ID: 416102-L1
LEFTENANTLA, JEANA
JOHNNATHAN RICHARDSONESQ
THE LAW OFFICES OF JONATHAN RICHARDSON
1140 KILDAIRE FARM RD
SUITE 305
CARY NC 27511

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416643-L1<br>LEFTWICH, MILDRED<br>P.O BOX 211<br>ARAB AL 35016 | CREDITOR ID: 416803-L1<br>LEFTWICH, MILDRED<br>C/O MCKINNEY, BRASWELL & CLIFF HILL, L.L.C.<br>ATTN: JEFFERY W MCKINNEY<br>501 MADISON STREET, SUITE 200B<br>HUNTSVILLE AL 35801 | CREDITOR ID: 416104-L1<br>LEON, DEBRA<br>PO BOX 805<br>NEW ROADS LA 70760 |
| CREDITOR ID: 416103-L1<br>LEON, DEBRA<br>LONNY GUIDROZ, ESQ<br>WARD, CARRIERE & GUIDROZ, L.L.C.<br>2312 FALSE RIVER DR # C<br>NEW ROADS LA 70760 | CREDITOR ID: 416752-L1<br>LEWIS, ESSIE<br>C/O MCPHILLIPS SHINBAUM, LLP<br>ATTN: KAREN S. RODGERS<br>516 SOUTH PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 416566-L1<br>LEWIS, ESSIE<br>942 S UNION ST.<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 165374-BD<br>LEWIS, SHONDANELL M<br>4601 MACARTHUR BLVD APT 33<br>NEW ORLEANS LA 70131-7003 | CREDITOR ID: 416912-AV<br>LEXINGTON CENTER LLC<br>PO BOX 1608<br>COLUMBIA SC 29202 | CREDITOR ID: 397655-72<br>LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 |
| CREDITOR ID: 411350-GX<br>LIBERTY INS. UNDERWRITERS, INC.<br>55 WATER STREET, 18TH FLOOR<br>NEW YORK NY 10041 | CREDITOR ID: 278836-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY/RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 | CREDITOR ID: 411352-GX<br>LIBERTY MUTUAL INSURANCE EUROPE LTD.<br>GROUND FLOOR, GUILD HOUSE<br>INTERNATIONAL FINANCIAL SVCS CENTER<br>DUBLIN<br>IRELAND |
| CREDITOR ID: 416802-L1<br>LIEBEL, MICHAEL<br>C/O PATRICK J BALLARD ATTORNEY AT LAW<br>ATTN: PATRICK J BALLARD ESQ<br>2214 SECOND AVE NORTH STE 100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 416107-L1<br>LIEBEL, MICHAEL<br>PO BOX 0512<br>GULF SHORES AL 36547 | CREDITOR ID: 416675-L1<br>LINDSAY, SHARHONDA<br>5403 WILLIAM GRANT WAY<br>APT 301<br>TAMPA FL 33610 |
| CREDITOR ID: 416909-AV<br>LIVINGSTON PARISH MOSQUITO ABATEMENT DIS<br>PO BOX 1178<br>DENHAM SPRINGS LA 70727 | CREDITOR ID: 397656-72<br>LLOYDS OF LONDON<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 166409-BD<br>LOCKLEY, HERMAN M<br>1335 COURTLAND DR APT H<br>RALEIGH NC 27604-1373 |
| CREDITOR ID: 416109-L1<br>LODTZ, ALICE<br>FRANK STENOWSKI, ESQ<br>COGHLAN KUKANKOS COOK LLC<br>55 WEST WACKER DR.<br>SUITE 1210<br>CHICAGO IL 60601-1612 | CREDITOR ID: 416108-L1<br>LODTZ, ALICE<br>1234 48TH AVENUE DRIVE EAST<br>BOX 150<br>BRADENTON FL 34203 | CREDITOR ID: 416112-L1<br>LOUIS, KENNIE<br>CHARLIE BAGLAN, ESQ<br>CHARLIE BAGLAN & ASSOCIATES<br>PO BOX 1289<br>BATESVILLE MS 38606 |
| CREDITOR ID: 416111-L1<br>LOUIS, KENNIE<br>1475 HIGHLAND AVE.<br>GREENVILLE MS 38701 | CREDITOR ID: 416113-L1<br>LOUISSAINT, MYRLANDE<br>C. LINTON BARNES, ESQ<br>CAZEAU, LINTON BARNES, LLC<br>168 SE FIRST ST<br>SUITE 603<br>MIAMI FL 33131 | CREDITOR ID: 416116-L1<br>LOWRY, RYAN<br>PETER J. SOMERA, ESQ<br>GLINN, SOMERA & SILVA<br>212 N FEDERAL HIGHWAY<br>DEERFIELD BEACH FL 33441 |
| CREDITOR ID: 416115-L1<br>LOWRY, RYAN<br>932 S.W. 57TH DRIVE<br>GAINESVILLE FL 32607 | CREDITOR ID: 408376-BD<br>LUMBERMMENS MUTUAL CASUALTY CO<br>ATTN: RMG COLLECTIONS M-1<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 416636-L1<br>LYONS, MELVIN<br>606 GAMBLE ST<br>GREENVILLE MS 38701 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 168680-BD<br>MACK, SEBRINA C<br>PO BOX 61193<br>JACKSONVILLE FL 32236-1193 | CREDITOR ID: 416507-L1<br>MAGEE, ANGELA<br>C/O EUGEN C. TULLIS ATTORNEY A<br>PO BOX 74<br>RALEIGH MS 39153 | CREDITOR ID: 411354-GX<br>MAGNA CARTA INSURANCE LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON  HM 12<br>BERMUDA |
| CREDITOR ID: 416119-L1<br>MALDONADO, PEDRO<br>FRANK VERDI, ESQ<br>THE LAW OFFICES OF FRANK VERDI<br>18550 N. DALE MABRY HWY.<br>LUTZ FL 33548 | CREDITOR ID: 416118-L1<br>MALDONADO, PEDRO<br>448 BROADCOVE<br>KISSIMMEE FL 34759 | CREDITOR ID: 397055-66<br>MANDELL, BRIAN<br>1856 LAKOTNA DRIVE<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 416120-L1<br>MARSHALL, MILLIE<br>JACK O MORSE, ESQ<br>JACK O MORSE LAW FIRM<br>191 CLEVELAND AVE<br>ATLANTA GA 30315 | CREDITOR ID: 416121-L1<br>MARSHALL, TRACEY<br>1122 69TH STREET<br>TAMPA FL 33619 | CREDITOR ID: 408388-BD<br>MARSHALL, TRACY<br>C/O LAW FIRM OF MICHAEL STEPAKOFF<br>ATTN: RICKY<br>8370 W HLLSBOROUGH AVE<br>SUITE 208<br>TAMPA FL 33615 |
| CREDITOR ID: 416122-L1<br>MARTIN, CLINTON<br>1807 HIGHWAY 14TH EAST<br>SELMA AL 36701 | CREDITOR ID: 416736-L1<br>MARTIN, CLINTON<br>C/O CHRISTMAS Y. GREEN, P.A.<br>ATTN: CHRISTMAS Y. GREEN<br>116 MABRY ST<br>SELMA AL 36701 | CREDITOR ID: 406935-MS<br>MARTIN, TIM<br>1400 NATURE DRIVE, APT 2G<br>JACKSONVILLE NC 28546 |
| CREDITOR ID: 416123-L1<br>MARTINEZ, GRISEL<br>PAUL WOODS, ESQ<br>PAUL B. WOODS<br>8367 BIRD ROAD<br>MIAMI FL 33155 | CREDITOR ID: 416125-L1<br>MARTINEZ, RAQUEL<br>FRANK S. BUCK, ESQ<br>FRANK S. BUCK, ESQUIRE<br>P. O. BOX 55089<br>2160 14TH AVE., S.<br>BIRMINGHAM AL 35225-5089 | CREDITOR ID: 416124-L1<br>MARTINEZ, RAQUEL<br>4249 HATHAWAY LANE<br>MOUNT OLIVE AL 35117 |
| CREDITOR ID: 416880-AV<br>MASTER'S CAR STEREO<br>1414 EAST WASHINGTON STREET<br>GREENVILLE SC 29607 | CREDITOR ID: 406940-MS<br>MATHIS, CRAIG H.<br>808 CRESTLINE DR.<br>MEXIA TX 76667 | CREDITOR ID: 411355-GX<br>MAX RE - SIDE-A DIC (BERMUDA)<br>2 FRONT STREET<br>PO BOX 3565<br>HAMILTON  HM KX<br>BERMUDA |
| CREDITOR ID: 411356-GX<br>MAX RE LTD (BERMUDA)<br>2 FRONT STREET<br>PO BOX 2565<br>HAMILTON  HM KX<br>BERMUDA | CREDITOR ID: 406944-MS<br>MAY, JOSEPH B.<br>512 SOPHIA ST.<br>RIVER RIDGE LA 70123 | CREDITOR ID: 406946-MS<br>MCCARTHY JR., TIMOTHY F.<br>2454 CAROLTON RD.<br>MAITLAND FL 32751 |
| CREDITOR ID: 398828-78<br>MCCORQUODALE, JIMMY S.<br>4009 APPLETON WAY<br>WILMINGTON NC 28412 | CREDITOR ID: 406952-MS<br>MCCOSHAM, CATHY<br>7978 BUCKLAND DR.<br>CINNCINNATTI OH 45249 | CREDITOR ID: 406961-MS<br>MCGUIRE, DWANE T.<br>2113 N. TAFT<br>LOVELAND CO 80538 |
| CREDITOR ID: 416126-L1<br>MCKEE, VICKY<br>5657 MAGNOLIA<br>JACKSON MS 39206 | CREDITOR ID: 416697-L1<br>MCKEE, VICKY<br>5651 MAGNOLIA DR.<br>JACKSON MS 39209 | CREDITOR ID: 406969-MS<br>MCMILLAN, JAMES<br>8987 STONERIDGE PLACE<br>MONTGOMERY AL 36117 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416818-L1<br>MCMILLAN, ROBBIE<br>C/O RONALD TANET<br>ATTN: RONALD TANET, ESQUIRE<br>1615 POYDRAS  STE. 850<br>NEW ORLEANS LA 70112 | CREDITOR ID: 416664-L1<br>MCMILLAN, ROBBIE<br>2353 ALEX KORMAN<br>HARVEY LA 70058 | CREDITOR ID: 416127-L1<br>MCNAIR-WILLIAMS, ANISA<br>4218 NW 37TH TERRACE<br>LAUDERDALE LAKES FL 33319 |
| CREDITOR ID: 416756-L1<br>MCNEIL, FREDDIE<br>C/O JAMES A. JOHNSON, P.C.<br>ATTN: HENDRIK S. SNOW, ESQUIRE<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 416571-L1<br>MCNEIL, FREDDIE<br>2008 CLINTON STREET<br>MOBILE AL 36617 | CREDITOR ID: 416131-L1<br>MENDOZA, MIRNA<br>EDUARDO OLIVERA ESQ<br>PERSONAL INJURY LEGAL TEAM, P.A.<br>1506 N.E. 162ND ST.<br>SUITE 100<br>NORTH MIAMI BEACH FL 33162 |
| CREDITOR ID: 416130-L1<br>MENDOZA, MIRNA<br>8650 SADDLEBROOK CIRCLE<br>APT 2103<br>NAPLES FL 34103 | CREDITOR ID: 416132-L1<br>MERCADO, JASMINE<br>JASON CHALIK, ESQ<br>ROSEN & CHALIK, P. A.<br>300 NORTHWEST 82ND AVE.<br>SUITE 414<br>PLANTATION FL 33324 | CREDITOR ID: 406984-MS<br>MEREDITH, MARYLL<br>3381 COLUMBIA TRACE<br>DECATUR GA 30032 |
| CREDITOR ID: 416907-AV<br>MICHELINA'S INC<br>FEDI VENDOR<br>1314 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 416134-L1<br>MILES, LOISE<br>1202 W. 28TH ST.<br>JACKSONVILLE FL 32209 | CREDITOR ID: 416854-AV<br>MILK TRANSPORT SERVICES LP<br>PO BOX 889<br>913 SHELTON DRIVE<br>CABOOL MO 65689 |
| CREDITOR ID: 406992-MS<br>MILLER, DANNY R.<br>3819 EVERGLADES RD.<br>LAKE PARK FL 33410 | CREDITOR ID: 51307-BD<br>MILLER, JASIME V<br>1789 BOULEVARD DE PROVINCE APT C<br>BATON ROUGE LA 70816-8695 | CREDITOR ID: 416678-L1<br>MILLER-JOHNSON, SHERYLL<br>17655 SW 6TH<br>PEMBROKE PINES FL 33029 |
| CREDITOR ID: 416806-L1<br>MIRON-JONES-CHANG, YEN<br>C/O BRAUN-REE<br>ATTN: ANDREW S REE ESQ<br>2133 LAWRENCEVILLE SUWANEE RD<br>#14-406<br>SUWANEE GA 30024 | CREDITOR ID: 416646-L1<br>MIRON-JONES-CHANG, YEN<br>708 N. HILL PKWY<br>CHAMBLEE GA 30341 | CREDITOR ID: 416137-L1<br>MIRTH, GAIL<br>BRETT L. BORROW, ESQ<br>MUSTELL &  BORROW<br>4100 N.E. 2 AVE. STE. 202<br>MIAMI FL 33137 |
| CREDITOR ID: 416136-L1<br>MIRTH, GAIL<br>2928 NW 64TH STREET<br>MIAMI FL 33147 | CREDITOR ID: 411357-GX<br>MODERN LEASING, INC. OF IOWA<br>PO BOX 663<br>DES MOINES IA 50303 | CREDITOR ID: 416753-L1<br>MONROE, EVERGREEN<br>C/O CANNON LAW FIRM<br>ATTN: CRAIG CANNON<br>PO BOX 1986<br>OCALA FL 34478-1986 |
| CREDITOR ID: 416568-L1<br>MONROE, EVERGREEN<br>603 SE 15 DRIVE<br>GAINESVILLE FL 32641 | CREDITOR ID: 416287-BD<br>MONROE, EVERGREEN<br>C/O THE CANNON LAW FIRM<br>ATTN: CRAIG J CANNON, ESQ<br>PO BOX 1986<br>OCALA FL 34478-1986 | CREDITOR ID: 416139-L1<br>MOORE, BEN<br>105 MARQUEZ CT.<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 181113-BD<br>MORICE, ERASMO R<br>9840 N KENDALL DR APT A104<br>MIAMI FL 33176-1848 | CREDITOR ID: 416140-L1<br>MORRIS, CHANDA D<br>MICKEY MASON, ESQ<br>BERNARD & ANGELLE<br>234 ST. LANDRY ST.<br>SUITE 2-F<br>LAFAYETTE LA 70506 | CREDITOR ID: 416691-L1<br>MORRIS, TINA<br>171 C ATLANTIC AVE.<br>HAMPTON VA 23664 |

SERVICE LIST
**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416143-L1<br>MOSLEY, APRIL<br>4312 EAST VIEW<br>MOBILE AL 36618 | CREDITOR ID: 416764-L1<br>MUNIZ-SILVA, ILDA<br>C/O MOSKOWITZ & DENNIS, PLLC<br>ATTN: KEVIN DENNIS<br>3111 STIRLING RD<br>SUITE C-303<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 416581-L1<br>MUNIZ-SILVA, ILDA<br>7611 LAUREL VALLEY RD<br>FORT MYERS FL 33912 |
| CREDITOR ID: 398899-78<br>MYERS, DAVID E<br>7320 PINEWALKER DRIVE S<br>MARGATE FL 33063 | CREDITOR ID: 408381-BD<br>NATIONAL LOSS CONTROL SERVICE  CORP<br>ATTN:  RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 411179-15<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK NY 10270 |
| CREDITOR ID: 408380-BD<br>NATLSCO INC<br>ATTN:  RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 416901-AV<br>NC DEPARTMENT OF AGRICULTURE AND<br>1015 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1051 | CREDITOR ID: 408211-BD<br>NORTH, BARBARA<br>1411 BIRCH CREEK DRIVE<br>ORLANDO FL 32828 |
| CREDITOR ID: 378213-45<br>NORTH, JULIA B.<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | CREDITOR ID: 416612-L1<br>O'NEIL, LOU E<br>388 JEAN PIERRIE RD<br>VILLE PLATTE LA 70586 | CREDITOR ID: 416785-L1<br>O'NEIL, LOU E<br>C/O DONALD L. MAYEUX, PA<br>ATTN: DONAL L MAYEUX, ESQ.<br>P.O. BOX 1460<br>211 N SECOND ST.<br>EUNICE LA 70535 |
| CREDITOR ID: 407044-MS<br>OOSTIN, KENNETH<br>4412 HOLLOWAY MEADOW LN<br>PLANT CITY  FL 33567-1687 | CREDITOR ID: 408363-BD<br>OPRA<br>ATTN: COLLECTIONS<br>400 S LASALLE STREET, 6TH FLOOR<br>CHICAGO IL 60605 | CREDITOR ID: 305271-BD<br>OSCAR A JACQUES<br>2029 N ROMAN ST<br>NEW  ORLEANS LA 70116 |
| CREDITOR ID: 407041-MS<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK FL 32073 | CREDITOR ID: 416810-L1<br>OSTROW, PAMELA<br>C/O JOHN A. WILKERSON<br>ATTN: JOHN A. WILKERSON<br>1120 BEVILLE ROAD STE D<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 416145-L1<br>OWENS, FREDRICK C<br>219 WEEMS ST<br>PICAYUNE MS 39466 |
| CREDITOR ID: 407059-MS<br>PARSON, CLIFTON D.<br>538 ELMNER DR.<br>MARS HILL NC 28754 | CREDITOR ID: 415964-BD<br>PATIENT FIRST<br>C/O RECEIVABLES MGMNT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 | CREDITOR ID: 415964-BD<br>PATIENT FIRST<br>C/O RECEIVABLES MGMNT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 |
| CREDITOR ID: 416877-AV<br>PAVILION BOLLWEEVIL & BP BPLLWEEVIL LLC<br>C/O BROMONT PROPERTY MGMT LLC<br>PO BOX 98327<br>REFERENCE BOLLWEEVIL SHOPPING CENTE<br>PHOENIX AZ 85038-0327 | CREDITOR ID: 416882-AV<br>PEAK 10 INC<br>PO BOX 534390<br>ATLANTA GA 30353-4390 | CREDITOR ID: 407079-MS<br>PETTIT, JOSEPH E.<br>1009 CHISHOLM WAY<br>LILBURN GA 30047 |
| CREDITOR ID: 411360-GX<br>PHOENIX CLOSURES<br>1899 HIGH GROVE LANE<br>NAPERVILLE IL 60540 | CREDITOR ID: 411324-BD<br>PIERRE, RUBEN<br>550 NW 18TH STREET, APT B<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 411324-BD<br>PIERRE, RUBEN<br>C/O EHRLICH & TIPTON LLC<br>ATTN: KENNETH E EHRLICH, ESQ<br>5405 OKEECHOBEE BLVD, STE 301-B<br>WEST PALM BEACH FL 33417 |

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:    05-03817-3F1**

CREDITOR ID: 416283-BD
PITNEY BOWES INC
C/O CREDITO MANAGEMENT CORP
PO BOX 410
WESTBROOK CT 06498-0410

CREDITOR ID: 416855-AV
POINTE COUPEE GENERAL HOSPITAL
2202 FALSE RIVER DR
NEW ROADS LA 70760

CREDITOR ID: 407092-MS
POLLOCK JR., JESSE T.
9921 FARMINGTON
BEN BROOK TX 76126

CREDITOR ID: 416690-L1
POOLE, THOMAS JASON
C/O DAVEY L TUCKER
PO BOX 1261
JACKSON MS 392151261

CREDITOR ID: 407101-MS
PRESCOTT, JOHN T.
610 NW 102 WAY
PLANTATION FL 33324

CREDITOR ID: 415967-BD
PROGRESSIVE BUSINESS PUBLICATIONS
C/O INT'L CREDIT RECOVERY INC
300 MAIN STREET
PO BOX 992
VESTAL NY 13851

CREDITOR ID: 415967-BD
PROGRESSIVE BUSINESS PUBLICATIONS
C/O INT'L CREDIT RECOVERY INC
300 MAIN STREET
PO BOX 992
VESTAL NY 13851

CREDITOR ID: 407103-MS
PROPES, RICHARD
3 BLACK KNOB COURT
GREENVILLE SC 29686

CREDITOR ID: 416252-BD
PUBLIC WORKS COMMISSION
CITY OF FAYETTEVILLE
955 WILMINGTON ROAD
FAYETTEVILLE NC 28302

CREDITOR ID: 416252-BD
PUBLIC WORKS COMMISSION
CITY OF FAYETTEVILLE
955 WILMINGTON ROAD
FAYETTEVILLE NC 28302

CREDITOR ID: 411361-GX
QUANTA SPECIALITY LINES INSURANCE COMPANY
QUANTA US HOLDINGS,
10 ROCKEFELLER PLAZA, 3RD FLOOR
NEW YORK NY 10020

CREDITOR ID: 416148-L1
RAGLAND, WILBERT
JAMES P GREEN ESQ
LAW OFFICES OF JAMES P GREEN
626 S GARNETT ST
P.O. BOX 862
HENDERSON NC 27536

CREDITOR ID: 416147-L1
RAGLAND, WILBERT
411 BURWELL AVE
HENDERSON NC 27537

CREDITOR ID: 416614-L1
RAMOS, LUZ
81 NW 44TH STREET
MIAMI FL 33127

CREDITOR ID: 416787-L1
RAMOS, LUZ
C/O THE LAW OFFICES OF CARLOS A. VELASQUEZ
ATTN: CARLOS A. VELASQUEZ, ESQ.
8181 WEST BROWARD BLVD.
SUITE 380
PLANTATION FL 33324

CREDITOR ID: 416892-AV
RAXMAN PUBLICATIONS INC
PO BOX 3542
CHAMPLAIN NY 12919-3542

CREDITOR ID: 406246-BD
RCG INFORMATION TECHNOLOGY
4700 MILLENIA BLVD STE 370
ORLANDO FL 32839-6014

CREDITOR ID: 416151-L1
REDDING, ANDRE
ANGELA O'NEIL, ESQ
BEST & ANDERSON, P.A.
1201 E. ROBINSON ST.
ORLANDO FL 32801-2115

CREDITOR ID: 416150-L1
REDDING, ANDRE
1113 TROPIC STREET
TITUSVILLE FL 32796

CREDITOR ID: 407119-MS
REED, BILLY R.
341 MOEADOWRIDGE DR.
TUSCALOOSA AL 35405

CREDITOR ID: 407124-MS
REYNOLDS, WILLIAM F.
368 BERKELEY ROAD
ROCK HILL SC 29832

CREDITOR ID: 416624-L1
RIBAS, MARIA L
14722 SW 36TH TERRACE
MIAMI FL 33185

CREDITOR ID: 416792-L1
RIBAS, MARIA L
C/O ABRAHAM & AGNOLI,  P.A.
ATTN: LANE ABRAHAM, ESQ.
2701 SOUTH BAYSHORE DRIVE
SUITE 403
MIAMI FL 33133

CREDITOR ID: 411048-15
RIDER, CARLETON T.
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 416727-L1
RIOS, CARLOS
C/O SHERRIS & REYNOLDS, PA
ATTN: CARL E. REYNOLDS
PO BOX 3228
ORLANDO FL 32802

CREDITOR ID: 416527-L1
RIOS, CARLOS
9751 EDEN PARK AVE
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 416155-L1
RIPOLL, MIRIAM
RAFAEL CAMPS, ESQ
RAFAEL CAMPS, P.A.
1080 WOODCOCK ROAD
ORLANDO FL 32803

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 416154-L1
RIPOLL, MIRIAM
7913 CAROLINA LANE
ORLANDO FL 32825

CREDITOR ID: 416598-L1
RISSIOTIS, JULIE
1540 EUCLID AVENUE
APT 201
MIAMI BEACH FL 33139

CREDITOR ID: 411363-GX
RLI INSURANCE COMPANY
9025 NORTH LINDBERG DRIVE
PEORIA IL 61615-1431

CREDITOR ID: 416910-AV
RN EXPERTISE INC
691 DOUGLAS AVENUE SITE #101
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 407142-MS
RODENMAYER, NELSON
132 DEERWOOD ROAD
TOLLAND CT 06084

CREDITOR ID: 416162-L1
ROGERS, JOAN
TIMOTHY FARROW, ESQ
FARROW & PULICE, P.A.
3665 BEE RIDGE RD.
SUITE 106
SARASOTA FL 34233

CREDITOR ID: 416161-L1
ROGERS, JOAN
7125 FRUITVILLE ROAD
APT 1382
SARASOTA FL 34923

CREDITOR ID: 416856-AV
ROLLADEN INC
550 ANSIN BLVD
HALLANDALE FL 33009

CREDITOR ID: 416921-AV
ROSS PRODUCTS DIVISION
75 REMITTANCE DRIVE
SUITE 1310
CHICAGI IL 60675-1310

CREDITOR ID: 399024-78
ROWLAND, AL R.
1531 HARRINGTON PARK DRIVE
JACKSONVILLE, FL 32225

CREDITOR ID: 407158-MS
RUSSELL, WAYNE V.
601 NORMANDY STREET
CARY NC 27511

CREDITOR ID: 416743-L1
SANCHEZ, DAVID
C/O ZAPPITELL & KAPRAL, P.A.
ATTN: STEPHEN M. KAPRAL, JR., ESQ.
5355 TOWN CENTER ROAD
SUITE 1105
BOCA RATON FL 33486

CREDITOR ID: 416551-L1
SANCHEZ, DAVID
512 NW 108TH TERR
PEMBROKE PINES FL 33026

CREDITOR ID: 411391-BD
SANTANA, HARRY
940 LAKE DRIVE
APOPKA FL 32703

CREDITOR ID: 411391-BD
SANTANA, HARRY
C/O EEOC - PHOENIX DISTRICT OFFICE
ATTN: AROS, AL
3300 N. CENTRAL AVE.,
SUITE 690
PHOENIX AZ 850121848

CREDITOR ID: 411391-BD
SANTANA, HARRY
C/O ORLANDO OFFICE OF HUMAN RELATIO
PO BOX 4990
ORLANDO FL 2802-490

CREDITOR ID: 416164-L1
SANTANA, MARGARITA
1322 NORTH F STREET
LAKE WORTH FL 33460

CREDITOR ID: 399045-78
SCHMIDT, CHARLES
1117 CHICKSTER ST
ORLANDO FL 32803

CREDITOR ID: 399046-78
SCHNECKLOTH, ALBERT H.
1654 CUNNINGHAM ESTATES
JACKSONVILLE, FL 32259

CREDITOR ID: 416716-L1
SCOTT, AUDRA
C/O GAUDIN AND GAUDIN ATTY AT LAW
ATTN: PIERRE F. GAUDIN, ESQUIRE
P.O. BOX 156
1088 FOURTH ST.
GRETNA LA 70053

CREDITOR ID: 416513-L1
SCOTT, AUDRA
2017 TUSKAGEEE DR
MARRERO LA 70072

CREDITOR ID: 416635-L1
SERAILLE, MELISSA
206 EAST JEFFERSON ST
APT 203
VILLE PLATTE LA 70586

CREDITOR ID: 416799-L1
SERAILLE, MELISSA
C/O LAW OFFICE OF
ATTN: DONALD MAYEAUX
PO BOX 1460
EUNICE LA 70535

CREDITOR ID: 416167-L1
SHAMBERGER, DEBORAH J
TREVOR FULLER, ESQ.
THE FULLER LAW FIRM
212 S TRYON ST
SUITE 1640
CHARLOTTE NC 28281

CREDITOR ID: 416166-L1
SHAMBERGER, DEBORAH J
10407 WILSON GLEN DR
CHARLOTTE NC 28214

CREDITOR ID: 416169-L1
SHANNON, PEGGY
MICHAEL ATWATER, ESQ
ATWATER AND DAVIS, LLC
1470 EBENEZER RD
ROCK HILL SC 29732

CREDITOR ID: 416168-L1
SHANNON, PEGGY
123 HICKORY LANE
YORK SC 29745

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Identified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416564-L1<br>SHELTON, ERNESTINE H<br>3618 BARRINGTON PLACE<br>DECATUR GA 30032 | CREDITOR ID: 407193-MS<br>SHPTAUGH, JOHN D.<br>3657 WINGED FOOT CR.<br>GREEN COVE SPRINGS FL 32043 | CREDITOR ID: 416170-L1<br>SILVA, DELIA<br>151 GRANDO BLVD, APT# 1020<br>BISCAYNE FL 33149 |
| CREDITOR ID: 416172-L1<br>SILVA-MUNIZ, ILDA<br>KEVIN DENNIS, ESQ<br>MOSKOWITZ & DENNIS, PLLC<br>3111 STIRLING RD<br>SUITE C-303<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 416171-L1<br>SILVA-MUNIZ, ILDA<br>7611 LAUREL VALLEY RD<br>FORT MYERS FL 33912 | CREDITOR ID: 416174-L1<br>SIMMONS, JANICE<br>JAMES R. BOWLES, ESQ<br>BOWLES & COTTLE, ATTORNEYS AT LAW<br>2 SOUTH DUBOIS AVENUE<br>TALLASSEE AL 36078 |
| CREDITOR ID: 416173-L1<br>SIMMONS, JANICE<br>220 FRIENDSHIP RD #4<br>TALLASSEE AL 36078 | CREDITOR ID: 407198-MS<br>SIMMONS, MICHAEL J.<br>331 MARYLAND<br>ST. CLOUD FL 32769 | CREDITOR ID: 407200-MS<br>SINCLAIR, JOHN<br>8237 FOREST RD.<br>CINNCINATTI OH 45255 |
| CREDITOR ID: 416175-L1<br>SING, ELISA<br>1847 BENTLEY BLVD.<br>KISSIMMEE FL 34741 | CREDITOR ID: 416176-L1<br>SING, ELISA<br>JONATHAN ROTHSTEIN, ESQ<br>ROTSTEIN & SHIFFMAN, LLP<br>309 OAKRIDGE BLVD<br>SUITE B<br>DAYTONA FL 32118 | CREDITOR ID: 416662-L1<br>SIZEMORE, RAY S<br>6537 SUTHERLAND AVENUE<br>NEW PORT RICHEY FL 34652 |
| CREDITOR ID: 416549-L1<br>SMITH, DARRIN (MINOR)<br>4570 FELICIANA DRIVE<br>NEW ORLEANS LA 70126 | CREDITOR ID: 416179-L1<br>SMITH, GRACE<br>EDWARD D. CARLSON, ESQ<br>CARLSON MEISSNER HART & HAYSLETT PA<br>250 BLECHER ROAD N SUITE 102<br>CLEARWATER FL 33765 | CREDITOR ID: 416178-L1<br>SMITH, GRACE<br>312 MCBRIENRD.<br>CHATTANOOGA TN 37411 |
| CREDITOR ID: 416180-L1<br>SMITH, ODESSA<br>3921 NC HWY 65<br>REIDSVILLE NC 27320 | CREDITOR ID: 416826-L1<br>SMITH, SHARING<br>C/O THE LAW OFFICES OF WILLIAM F. SOUZA, PA<br>ATTN: CHAD C. HASTINGS, ESQUIRE<br>155 NW 167TH ST., PH<br>NORTH MIAMI BEACH FL 33169 | CREDITOR ID: 416676-L1<br>SMITH, SHARING<br>19213 NW 34TH COURT<br>MIAMI FL 33147 |
| CREDITOR ID: 410797-15<br>SMITHFIELD PACKING CO, INC, THE<br>C/O MCGUIREWOODS, LLP<br>ATTN ROBERT A COX, JR ESQ<br>100 N TRYON STREET, SUITE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 407218-MS<br>SMOAK, TERRY<br>3222 CONCORD WAY<br>PLANT CITY FL 33566 | CREDITOR ID: 399090-78<br>SNIPES, JOHN<br>1718 INDIA HOOK ROAD<br>ROCK HILL, SC 29732 |
| CREDITOR ID: 416182-L1<br>SPARKS, CINDY<br>KENNETH MCKENNA, ESQ<br>DELLECKER, WILSON & KING,  P.A.<br>719 VASSAR STREET<br>ORLANDO FL 32804 | CREDITOR ID: 416181-L1<br>SPARKS, CINDY<br>4642 CALENDULA DR.<br>ORLANDO FL 32839 | CREDITOR ID: 416184-L1<br>SPARKS, KHARI<br>KENNETH MCKENNA, ESQ<br>DELLECKER, WILSON & KING,  P.A.<br>719 VASSAR STREET<br>ORLANDO FL 32804 |
| CREDITOR ID: 416183-L1<br>SPARKS, KHARI<br>4642 CALENDULA DRIVE<br>ORLANDO FL 32839 | CREDITOR ID: 411427-BD<br>SPECIALTY TECHNICAL PUBLISHERS<br>UNIT 10, 1225 EAST KEITH ROAD<br>NORTH VANCOUVER BC V7J 1J3<br>CANADA | CREDITOR ID: 408234-BD<br>SPENCE, CHRISTOPHER G<br>5211 NW 17TH AVENUE<br>MIAMI FL 33142 |

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

CREDITOR ID: 407232-MS
SPIVEY, RONNIE A.
200 BISCAYNE BLVD. WAY
APT.10H
MAIMI FL 33131

CREDITOR ID: 416186-L1
SPRUILL, CALVIN., JR
JOSEPH PACK, ESQ
BRIGHT & CHIMERA, P.A.
135 S.E. FIFTH AVE.
SUITE 200
DELRAY BEACH FL 33484

CREDITOR ID: 416185-L1
SPRUILL, CALVIN., JR
225 NW SEVENTH AVE
DELRAY BEACH FL 33444

CREDITOR ID: 397669-72
SR INTERNATIONAL BUS INS CO LTD
C/O MARSH USA INC
PO BOX 100357
ATLANTA, GA 30384-0357

CREDITOR ID: 411366-GX
ST PAUL MERCURY
THE ST. PAUL COMPANIES
385 WASHINGTON STREET
ST PAUL MN 55102-1396

CREDITOR ID: 411367-GX
ST. PAUL (BERMUDA) LTD.
BURNABY BUILDING
16 BURNABY STREET
HAMILTON  HM JX
BERMUDA

CREDITOR ID: 411368-GX
ST. PAUL FIRE & MARINE INS. CO.,
233 BROADWAY, 26TH FLOOR
NEW YORK NY 10279

CREDITOR ID: 416729-L1
STANLEY, CARRIE
C/O CLARK HALL
ATTN: CLARK HALL
924 3RD AVE.
GADSDEN AL 35901

CREDITOR ID: 416530-L1
STANLEY, CARRIE
15 COMNOCK AVENUE
GADSDEN AL 35902

CREDITOR ID: 411369-GX
STARR EXCESS (BERMUDA)
29 RICHMOND ROAD
PEMBROKE  HM 08
BERMUDA

CREDITOR ID: 411370-GX
STARR EXCESS LIABILITY INS. INT'L LTD. (BERMUDA)
29 RICHMOND ROAD
PEMBROKE  HM 08
BERMUDA

CREDITOR ID: 411371-GX
STARR EXCESS LIABILITY INSURANCE
29 RICHMOND ROAD
PEMBROKE  HM 08
BERMUDA

CREDITOR ID: 416188-L1
STEWART, JAMES
PATRICK S. ARRINGTON, ESQ
THE LAW OFFICES OF PATRICK S. ARRINGTON
1302 MAIN STREET
P.O. BOX 545
GREENSBORO AL 36744

CREDITOR ID: 416187-L1
STEWART, JAMES
P.O. BOX 34
CENTERVILLE AL 35042

CREDITOR ID: 416190-L1
STIIT, BETH A
HENRY T SWANN, ESQ
HENRY T. SWANN, III
P. O. BOX 4415
ST. AUGUSTINE FL 32085

CREDITOR ID: 416189-L1
STIIT, BETH A
609 NORTH 6TH STREET
APT 6
SENECA KS 66538

CREDITOR ID: 407249-MS
STOLZ, GARY
2075 MARY ANN LANE
BURLESON TX 76028

CREDITOR ID: 407250-MS
STONE, GEORGE W.
102 JACKSON LANE
HENDERSONVILLE TN 37075

CREDITOR ID: 416512-L1
STONEY, ARKEDRA (MINOR)
279 ROSS RD
TALLAHASSEE FL 32301

CREDITOR ID: 407252-MS
STREMPEL JR., EDWARD P.
401 ARROWHEAD DR.
MONTGOMERY AL 36117

CREDITOR ID: 407260-MS
STURGILL, HARLEY NELSON
2230 WINDING CREEK LANE
JACKSONVILLE FL 32216

CREDITOR ID: 416545-L1
SUMMERS, DALE
C/O STEPHEN C. BULLOCK
P.O. BOX 1029
LAKE CITY FL 32056

CREDITOR ID: 411323-BD
SWANKO, JACOB
940 LAKE DRIVE
APOPKA FL 32703

CREDITOR ID: 411323-BD
SWANKO, JACOB
C/O EEOC
TAMPA AREA OFFICE
501 EAST POLK ST, RM 1000
TAMPA FL 33062

CREDITOR ID: 416902-AV
TAC EXTREME CORP
14629 SW 104TH STREET
#235
MIAMI FL 33186

CREDITOR ID: 416911-AV
TAMPA ELECTRIC
702 FRANKLIN STREET
TAMPA FL 33602

CREDITOR ID: 416733-L1
TAYLOR, CHERYLE
C/O HARRELL AND JOHNSON, PA.
ATTN: SCOTT A. CLEARY, ESQUIRE
4735 SUNBEAM ROAD
JACKSONVILLE FL 32257

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416534-L1<br>TAYLOR, CHERYLE<br>9224 JAY BIRD CIRCLE EAST<br>JACKSONVILLE FL 32257 | CREDITOR ID: 416193-L1<br>TAYLOR, MELVINA<br>EDWARD E. MAY, II, ESQ<br>LAW OFFICE OF EDWARD E. MAY, II<br>1820 7TH AVE. NORTH, STE. 108<br>BIRMINGHAM AL 35203-2223 | CREDITOR ID: 416192-L1<br>TAYLOR, MELVINA<br>313 NIGHT AVE<br>HUEYTOWN AL 35023 |
| CREDITOR ID: 416866-AV<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | CREDITOR ID: 407269-MS<br>TEASDALE, WALTER<br>6507 STAFFORD TERRACE AVE.<br>PLANT CITY FL 33565 | CREDITOR ID: 416197-L1<br>TERRY, SHON H<br>JULIAN AYCOX, ESQ<br>AYCOX & ASSOCIATES<br>975 MARTIN STREET<br>ATLANTA GA 30315 |
| CREDITOR ID: 416196-L1<br>TERRY, SHON H<br>5634 BECKINRIDGE<br>DULUTH GA 30096 | CREDITOR ID: 411372-GX<br>THE HARTFORD<br>PO BOX 2999<br>UNIT A 2W<br>HARTFORD CT 06104-2999 | CREDITOR ID: 416198-L1<br>THOMAS, AKASHEYN<br>500 PINSON ROAD, APT M-4<br>ALBANY GA 31705 |
| CREDITOR ID: 416200-L1<br>THOMAS, RONALD<br>JOSEPH M. WILLIAMS, ESQ<br>LAW OFFICES OF JOSEPH M. WILLIAMS P.A.<br>1701 JAMES L. REDMAN PRKWY<br>PLANT CITY FL 33567 | CREDITOR ID: 416199-L1<br>THOMAS, RONALD<br>1025 S. OHIO AVE<br>LAKELAND FL 33803 | CREDITOR ID: 416201-L1<br>THOMAS, TAYLOR<br>3815 N.W. 207TH TERRACE<br>MIAMI FL 33055 |
| CREDITOR ID: 407280-MS<br>THOMPSON, CLYDE<br>2632 LEXINGTON DR.<br>LA PLACE LA 70068 | CREDITOR ID: 416829-L1<br>THRASH, SHIRLEY<br>C/O CHARLES M. MORRIS, P.C.<br>ATTN: CHARLES MORRIS, PC<br>PO BOX 47<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 416680-L1<br>THRASH, SHIRLEY<br>5825 HILL ROAD<br>POWDER SPRINGS GA 30127 |
| CREDITOR ID: 416899-AV<br>TMFM QUINCY<br>178 LASALLE LEFFALL DRIVE<br>QUINCY FL 32351 | CREDITOR ID: 411034-15<br>TOWNSEND, RONALD<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 416878-AV<br>TRAILER RENTAL INC<br>PO BOX 910148<br>DALLAS TX 75391-0148 |
| CREDITOR ID: 416857-AV<br>TRANSYLVANIA COMMUNITY<br>HOSPITAL<br>PO BOX 1116<br>BREVARD NC 28712-1116 | CREDITOR ID: 407304-MS<br>TROUTMAN JR., ROBERT T.<br>2363 HEDRICK MILL RD.<br>LEXINGTON NC 27292 | CREDITOR ID: 416202-L1<br>TRUJILLO, MARIA<br>JUAN CARLOS FUENTES, ESQ<br>JEFFREY EXPOSITO, P.A.<br>2955 S.W. 8TH ST.<br>MIAMI FL 33135 |
| CREDITOR ID: 416204-L1<br>TUCKER, KIA<br>BRAD KAPLAN ESQ.<br>KAPLAN & SEIFTER<br>7 LENOX POINTE, NE<br>ATLANTA GA 30324 | CREDITOR ID: 416203-L1<br>TUCKER, KIA<br>601 WILBURN AVENUE<br>APT D<br>LAGRANGE GA 30240 | CREDITOR ID: 416765-L1<br>TULLOS, INEZ<br>C/O JESSE P. LAGARDE<br>ATTN: JESSE P. LAGARDE<br>PO BOX 326<br>AMITE LA 70422 |
| CREDITOR ID: 416582-L1<br>TULLOS, INEZ<br>13179 CENTER STREET<br>KENTWOOD LA 70444 | CREDITOR ID: 407308-MS<br>TUMLIN, STANLEY L.<br>1572 BENT RIVER CIRCLE<br>BIRMINGHAM AL 35216 | CREDITOR ID: 411373-GX<br>TWIN CITY FIRE INSURANCE COMPANY<br>UNDERWRITERS AT HARTFORD PLAZA<br>HARTFORD CT 06115 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 407310-MS
TYNER, JERRY D.
5501 ASPEN LANE
FT. WORTH TX 76112

CREDITOR ID: 416683-L1
UDOINYION, SUNDAY N
PO BOX 80903
CHAMBLEE GA 30366

CREDITOR ID: 416887-AV
UMB BANK N A
PO BOX 419260
KANSAS CITY MO 64141-6250

CREDITOR ID: 410363-BD
UNITED STATES DEPT OF AGRICULTURE
ATTN: JANE E SERVAIS
HEAD LICENSE & PROGRAM REVIEW
PACA BRANCH, SW MAIL STOP 0245
1400 INDEPENDENCE AVE
WASHINGTON DC 20250-0245

CREDITOR ID: 408368-BD
UNITED STATES FIDELITY & GUARANTY C
C/O DISCOVERY MANAGERS
5 BATTERSON PARK DR
FARMINGTON CT 06032

CREDITOR ID: 416206-L1
USSA, RUBY
DENNIS PHILLIPS, ESQ
LAW OFFICES OF DENNIS PHILLIPS, PA
600 N. PINE ISLAND RD #450
PLANTATION FL 33324

CREDITOR ID: 416205-L1
USSA, RUBY
18762 NW 23 STREET
PEMBROKE PINES FL 33029

CREDITOR ID: 416695-L1
VALDES, MARIA
C/O JASON S. REMER, ESQ.
100 NORTH BISCAYNE BLVD. #1003
MIAMI FL 33132

CREDITOR ID: 416208-L1
VANBUREN, BETTY J
GRETA R. JOHNSON, ESQ
JOHNSON & ASSOCIATES
P. O. BOX 9162
JACKSON MS 39206

CREDITOR ID: 416207-L1
VANBUREN, BETTY J
315 TAYLOR STREET
JACKSON MS 39216

CREDITOR ID: 416210-L1
VASQUEZ, JOSEFA N
JOSE CARRILLO, ESQ.
CARRILLO & CARRILLO, P.A.
3663 S.W. 8TH STREET
SUITE 214
MIAMI FL 33135

CREDITOR ID: 416209-L1
VASQUEZ, JOSEFA N
4531 SW 5TH STREET
MIAMI FL 33126

CREDITOR ID: 416212-L1
VERKON, STACEE
MICHAEL RAYBURN, ESQ
WHIBBS & WHIBBS, P.A.
105 E. GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 416211-L1
VERKON, STACEE
86 FROSTED POND PLACE
THE WOODLANDS TX 77381

CREDITOR ID: 407322-MS
VICK, BILL
1213 JUSTIN LANE
CROWLEY TX 73036

CREDITOR ID: 411419-BD
VINES, BECKY
C/O KELLY VINES
1540 N VAN WERT ROAD
VILLA RICA GA 30180

CREDITOR ID: 416603-L1
VINES, KELLY (MINOR)
1540 N. VAN WERT ROAD
VILLA RICA GA 30180

CREDITOR ID: 416779-L1
VINES, KELLY (MINOR)
C/O THE VAN PELT LAW FIRM
ATTN: JOHN DUFOUR
527 NEWNAN STREET
CARROLLTON GA 30117

CREDITOR ID: 416214-L1
VITARELLI, PEGGY
W. MARC HARDESTY, ESQ
HARDESTY & TYDE P.A.
4004 ATLANTIC BLVD
SUITE 1B
JACKSONVILLE FL 32207

CREDITOR ID: 416213-L1
VITARELLI, PEGGY
6351 BLUEBIRD RD
JACKSONVILLE FL 32219

CREDITOR ID: 416835-L1
VOLCE, THIAS
C/O CELESTE & ASSOCIATES, P.A.
ATTN: MICHAEL J. CELESTE, JR.
580 VILLAGE BLVD
BRANDYWINE CENTRE, SUITE 315
WEST PALM BCH FL 33409

CREDITOR ID: 416535-L1
VOLCY, CHRISLENE
57 BOXTON LANE
BOYNTON BEACH FL 33426

CREDITOR ID: 408383-BD
WACHOVIA BANK, NA
ATTN: STANDBY LETTERS OF CREDIT
401 LINDEN ST 1ST FLOOR
WINSTON-SALEM NC 27101

CREDITOR ID: 416217-L1
WALKER, DIANE
ROBERT JOYCE, ESQ
JOYCE & REYES, P.A.
307 S. HYDE PARK BLVD
TAMPA FL 33606

CREDITOR ID: 416216-L1
WALKER, DIANE
440 SADDLE BAG LANE
LAKELAND FL 33801

CREDITOR ID: 416860-AV
WALLACE ENTERPRISES INC
5370 OAKDALE RD
SMYRNA GA 30082-7100

CREDITOR ID: 416219-L1
WALLACE, CASSIE AARON
MARTIN L HOFFMAN ESQ
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. MIAMI BEACH BLVD STE201
MIAMI FL 33162

SERVICE LIST
Notice of Special Bar Date Requiring Filing of
Proofs of Claim on or Before November 30, 2005,
at 5:00 P.M. Eastern Time
(Applicable Only to Certain Subsequently
Identified Potential Claimants)

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 416218-L1
WALLACE, CASSIE ARRON
1021 NW 23RD TERRACE
POMPANO BEACH FL 33069

CREDITOR ID: 407334-MS
WALLACE, HAYWOOD
2415 DANIELS LANDING DRIVE
FOREST PARK FL 32003

CREDITOR ID: 416588-L1
WALTER, JANIS E
435 KILE LN. SW
APT 215
CLEVELAND TN 37311

CREDITOR ID: 416770-L1
WALTER, JANIS E
C/O LOGAN, THOMPSON, MILLER, BILBO, THOMPSON
ATTN: JIMMY W. BILBO, ESQ.
30 SECOND STREET
P.O. BOX 191
CLEVELAND TN 37364-0191

CREDITOR ID: 407339-MS
WALTERS, ROBERT
642 DOOLEY LANE
NAMPA ID 83686

CREDITOR ID: 415955-BD
WARNEY, MARK
100 POT BELLY PIG TRAIL
DOUGLAS GA 31533

CREDITOR ID: 416626-L1
WARNEY, MARK
100 POT BELLY PIG TRAIL
DOUGLAS GA 31533

CREDITOR ID: 411325-BD
WASHINGTON, SLOVICKA
C/O M.A. BASS JR
113 DOWNING STREET
PO BOX 712
HAZELHURST MI 39083

CREDITOR ID: 230325-BD
WATSON, CAROLYN M
6153 SEVEN SPRINGS BLVD #UNIT 28
GREENACRES FL 33463-1607

CREDITOR ID: 407348-MS
WATTS, JAMES D
19195 WILD OAK LANE
PONCHATOULA LA 70454

CREDITOR ID: 416221-L1
WHITE, DAJUVETTE
C/O KITCHENS & ASSOCIATES
1319 VETERANS
METAIRIE LA 70005

CREDITOR ID: 416811-L1
WHITFIELD, PATSY
C/O ZEVIN & ROSENBLOUM, P.C.
ATTN: MICHAEL ROSENBLOUM
230 PEACHTREE ST. N.W.
SUITE 2275
ATLANTA GA 30303

CREDITOR ID: 416652-L1
WHITFIELD, PATSY
P.O. BOX 962419
RIVERDALE GA 30296

CREDITOR ID: 416913-AV
WIGGINS PHOTOGRAPHY
298 COMMERCE PARK DRIVE
SUITE E
RIDGELAND MS 39157

CREDITOR ID: 416224-L1
WIGGINS, ANN
RANDY A. BYRD, ESQ
THE LAW OFFICE OF BLAKE R. MAISLIN, LLC
906 MAIN STREET, SUITE 500
CINCINNATTI OH 45202

CREDITOR ID: 416223-L1
WIGGINS, ANN
3898 MAGNOLIA DR
AMELIA OH 45102

CREDITOR ID: 416714-L1
WIGGINS, ANN
C/O THE LAW OFFICE OF BLAKE R. MAISLIN, LLC
ATTN: RANDY A. BYRD, ESQUIRE
214 E. 9TH STREET, 5TH FLOOR
MAISLIN PROFESSIONAL CENTER
CINCINNATTI OH 45202

CREDITOR ID: 416509-L1
WIGGINS, ANN
3898 MAGNOLIA DR
AMELIA OH 45102

CREDITOR ID: 407373-MS
WILDEY, THOMAS
7347 BARATERIA BLVD
MARRERO LA 70072

CREDITOR ID: 399231-78
WILKINSON, THOMAS
365 QUAIL DRIVE
SALISBURY MC 28147

CREDITOR ID: 416908-AV
WILLIAMS SAUSAGE INC
FEDI VENDOR
5132 OLD TROY HICKMAN ROAD
UNION CITY TN 38261

CREDITOR ID: 416730-L1
WILLIAMS, CHARLES
C/O WAYNE GARRETT ALC
ATTN: WAYNE GARRETT, ESQ.
P.O. BOX 19466
NEW ORLEANS LA 70179

CREDITOR ID: 416531-L1
WILLIAMS, CHARLES
3906 ORLEANS AVE
NEW ORLEANS LA 70119

CREDITOR ID: 416226-L1
WILLIAMS, CLEAVON
JOHN J. FINCKBEINER, JR., ESQ.
DYSART & TABARY, LLP
THREE COURTHOUSE SQUARE
CHALMETTE LA 70043

CREDITOR ID: 416225-L1
WILLIAMS, CLEAVON
2433 CLOVER ST
NEW ORLEANS LA 70122

CREDITOR ID: 416538-L1
WILLIAMS, CLEAVON (MINOR)
2433 CLOVER ST
NEW ORLEANS LA 70122

CREDITOR ID: 416735-L1
WILLIAMS, CLEAVON (MINOR)
C/O DYSART & TABARY, LLP
ATTN: JOHN J. FINCKBEINER, JR.
THREE COURTHOUSE SQUARE
CHALMETTE LA 70043

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 416539-L1
WILLIAMS, CLEVIA
3620 ARCH STREET
ORLANDO FL 328087408

CREDITOR ID: 416227-L1
WILLIAMS, CLEVIA
3620 ARCH STREET
ORLANDO FL 32808-7408

CREDITOR ID: 399234-78
WILLIAMS, GERALD
4343 PAXTON WAY
BIRMINGTON AL 35242

CREDITOR ID: 416631-L1
WILLIAMS, MARY LOUISE
471 PINEY FOREST RD
DANVILLE VA 24540

CREDITOR ID: 416796-L1
WILLIAMS, MARY LOUISE
C/O CLEMENS & CLEMENS, P.C.
ATTN: J. CHRISTOPHER CLEMENS
231 BOULEVARD
SALEM VA 24153

CREDITOR ID: 416819-L1
WILLIAMS, ROBERT E
C/O PETE QUEZADA, LTD
ATTN: PETE QUEZADA
SUITE 212 C - CORPORATE CENTER
COLUMBUS GA 31901

CREDITOR ID: 416666-L1
WILLIAMS, ROBERT E
C/O PETE QUEZADA
SUITE 212 C-CORPORATE CENTER
COLUMBUS GA 31901

CREDITOR ID: 416858-AV
WINN DIXIE TAMPA, INC
FEDI VENDOR
P O BOX 40555
JACKSONVILLE FL 32203-0555

CREDITOR ID: 416871-AV
WORK WELL
PO BOX 22844
JACKSON MS 39225-2844

CREDITOR ID: 416859-AV
WORLD VARIETY PRODUCE INC
PO BOX 21127
LOS ANGELES CA 90021

CREDITOR ID: 407394-MS
WRIGHT, JAMES A.
P.O. BOX 490
HOMOSASSA SPRING FL 34447

CREDITOR ID: 411375-GX
XL INSURANCE AMERICA INC. (BERMUDA)
ONE BERMUDIANA ROAD
HAMILTON  HM 2245
BERMUDA

CREDITOR ID: 411316-15
XL SPECIALTY INSURANCE COMPANY
C/O MANIER & HEROD, PC
ATTN MICHAEL E COLLINS, ESQ
150 FOURTH AVENUE NORTH, SUITE 2200
NASHVILLE TN 37219

CREDITOR ID: 407397-MS
YANDELL, WILLIS
1209 BORA BORA
KEMP TX 75143

CREDITOR ID: 416606-L1
YATES, KEVIN
1126 22ND AVENUE NORTH
SAINT PETERSBURG FL 33704

CREDITOR ID: 416230-L1
YATES, KEVIN
1126 22ND AVENUE NORTH
SAINT PETERSBURG FL 33704

CREDITOR ID: 416231-L1
YEN, MIRON JONES-CHANG
708 N. HILL PKWY
CHAMBLEE GA 30341

CREDITOR ID: 416541-L1
YOPP, CONNIE
C/O ERICA S. WEST
2151 SKIBO RD, SUITE 102
FAYETTEVILLE NC 28314

CREDITOR ID: 416737-L1
YOPP, CONNIE
C/O BRENT & ADAMS ASSOCIATES
ATTN: BRENTON D. ADAMS
2151 SKIBO RD SUITE 102
FAYETTEVILLE NC 28314

CREDITOR ID: 416233-L1
YOUNG, MARSHAINA
HAROLD L SEBRING III ESQ
SEBRING LAW A PERSONAL INJURY LAW FIRM
2529 W BUSCH BLVD  STE 100
TAMPA FL 33618

CREDITOR ID: 416232-L1
YOUNG, MARSHAINA
1114 SPRUCE STREET
TAMPA FL 33607

CREDITOR ID: 416627-L1
YOUNG, MARSHAINA (MINOR)
1114 SPRUCE STREET
TAMPA FL 33607

CREDITOR ID: 416794-L1
YOUNG, MARSHAINA (MINOR)
C/O SEBRING LAW A PERSONAL INJURY LAW FIRM
ATTN: HAROLD L SEBRING III ESQ
2529 W BUSCH BLVD  STE 100
TAMPA FL 33618

CREDITOR ID: 407405-MS
ZAMULIO, ELMER Y.
3720 W. 10TH COURT
HIALEAH FL 33012

CREDITOR ID: 416761-L1
ZAPATA, GLORIA
C/O KARMIN, ADLER & PADOWITZ
ATTN: MICHAEL FEINER
300 S.E. 2ND ST.
SUITE 860
FT. LAUDERDALE FL 33301

CREDITOR ID: 416235-L1
ZAPATA, GLORIA
MICHAEL FEINER, ESQ
KARMIN, ADLER & PADOWITZ
300 S.E. 2ND ST.
SUITE 860
FT. LAUDERDALE FL 33301

CREDITOR ID: 416234-L1
ZAPATA, GLORIA
4344 NW 9  AVE,  #1147
POMPANO BEACH FL 33064

**SERVICE LIST**

**Notice of Special Bar Date Requiring Filing of**
**Proofs of Claim on or Before November 30, 2005,**
**at 5:00 P.M. Eastern Time**
**(Applicable Only to Certain Subsequently**
**Indentified Potential Claimants)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:  05-03817-3F1**

CREDITOR ID: 416576-L1
ZAPATA, GLORIA
4344 NW 9  AVE,  #1147
POMPANO BEACH FL 33064

CREDITOR ID: 411378-GX
ZURICH AMERICAN INSURANCE COMPANY
ONE LIBERTY PLAZA
30TH FLOOR
NEW YORK NY 10006

      **Total:   650**