

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Friday
November 04, 2005

**HONORABLE JERRY A. FUNK**   JACKSONVILLE

CASE NUMBER: 05-03817-3F1   HEARING TIME: 10:30 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY
Trustee:

HEARING:

1. MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER FILED BY DDI, INC. (3977)

2. MOTION FOR PROTECTIVE ORDER IN CONNECTION WITH DISCOVERY RELATED TO CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE FILED BY DEBTOR (3991)

3. MOTION FOR ORDER ENLARGING TIME WITHIN WHICH TO COMPLY WITH DISCOVERY DEADLINES AND FOR PROTECTIVE ORDER IN CONNECTION WITH DISCOVERY FILED BY OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS (3999)

APPEARANCES:

US TRUSTEE:   ELENA ESCAMILLA
WD RETIREES:  JERRETT M. MCCONNELL
WACHOVIA:     BETSY C. COX
EQUITY CMTEE: KAROL K. DENNISTON
UNSEC. CRED:  JOHN B. MACDONALD

RULING:

1 - 3. ABATED
ORDER SIGNED ON M/ABATE PROCEEDINGS

prorpt2