UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING MOTION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
ABATE PROCEEDINGS ON DISBANDMENT MOTION AND TO ADJOURN
EVIDENTIARY HEARING SCHEDULED FOR NOVEMBER 16, 2005**

This case came before the Court on November 4, 2005, upon the motion (Docket No. 4013) (the "Motion") of the Official Committee of Unsecured Creditors (the "Creditors Committee") for entry of an order abating all proceedings, including all discovery and related motions, presently pending on the Creditors Committee's Motion for Entry of Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding Official Committee of Equity Security Holders (filed under seal at Docket No. 3363) (the "Disbandment Motion").[1] Upon consideration, no objection to the Motion having been received, and based upon the reasons stated in open court, it is

ORDERED:

1. The Motion is granted.

2. All deadlines for discovery and pleadings set forth in the Consent Order Regarding Scheduling and Discovery Issues Related to Motion of Official Committee of Unsecured Creditors Seeking Disbandment of Equity Committee (the "Consent Order") (Docket No. 3509) are suspended without prejudice to and preserving all rights, both procedural and substantive, of all interested parties.

---

[1] Capitalized terms not otherwise defined herein have the meanings set forth in the Motion.
{JA255057;3}

3. The evidentiary hearing on the Disbandment Motion, presently scheduled for November 16, 2005, is adjourned.

4. The hearing on the following motions related to the Disbandment Motion (the "Discovery Motions") is adjourned without prejudice:

   a. Motion Of D.D.I., Inc. To Quash Subpoena Duces Tecum And For Protective Order (Docket No. 3977);

   b. Debtors' Motion for Protective Order in Connection with Discovery Related to Creditors Committee's Motion to Disband Equity Committee (filed under seal at Docket No. 3991); and

   c. Equity Committee's Motion for (i) Order Enlarging Time Within Which to Comply with Discovery Deadlines; and (ii) Protective Order in Connection with Discovery Requests (filed under seal at Docket No. 3999).

5. Nothing herein shall preclude the Creditors Committee from requesting from the Court a renewed hearing date on the Disbandment Motion or any interested party from filing pleadings objecting to the Disbandment Motion. The pleading and discovery deadlines on such renewed Disbandment Motion shall be in accordance with a schedule agreed to by the Limited Recipients or, in the absence of such agreement, imposed by the Court.

6. Nothing herein shall preclude the proponents of the Discovery Motions from renewing such Motions.

Dated this ____ day of November, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

D.J. Baker, Esq.

{JA255057;3}2

Matthew S. Barr, Esq.
Stephen D. Busey, Esq.
Betsy C. Cox, Esq.
Karol K. Denniston, Esq.
Jonathan N. Helfat, Esq.
David Jennis. Esq.
John B. Macdonald, Esq.
Jerrett M. McConnell, Esq.
Susan Sherrill-Beard, Esq.
Arthur Steinberg, Esq.
United States Trustee