

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Friday
November 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post ρ

Motion for Determination of Unresolved Reclamation Claims Filed by Debtor (3730)

Objection to Motion filed by Doane Pet Care Company (Doc. 3998)

*Settled - Granted*

*ord/signed*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD ρ
                   MATTHEW S. BARR
DOANE PET CARE:    JAMES SORENSON/AUSTIN L. MCMULLEN

RULING: