UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER APPROVING DEBTORS' MOTION FOR
DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS**

These cases came before the Court for hearing on November 4, 2005, on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), for an order to determine unresolved reclamation claims (the "Motion") (Docket No. 3730). Upon consideration, it is

ORDERED AND ADJUDGED:

1.  The Motion is granted.

2.  As to the reclamation vendors identified in Exhibit 1 attached, the agreed upon gross reclamation amounts set forth in Exhibit 1 are deemed to be established material facts and law of the case in these proceedings. All other issues relating to claims of the reclamation vendors identified in Exhibit 1 (except those previously waived by the Debtors) shall be adjudicated by this Court pursuant to an evidentiary hearing. Such hearing will be scheduled by this Court upon the filing of a joint request by the Debtors and the reclamation vendor, which will include the estimated total time for such hearing.

3.  As to the reclamation vendors identified in Exhibit 2 attached, the gross reclamation amounts, the pre-petition accounts payable credits and the pre-petition account receivable amounts as set forth in Exhibit 2 attached are deemed to be established material facts

and law of the case in these proceedings and the amount of the setoffs (in columns 3 and 4) shall be deducted from the Reconciled Reclamation Claim (column 2) resulting in an allowed reclamation claim, subject to a determination of the consumption rate (column 5). All other issues relating to claims of the reclamation vendors identified in Exhibit 2 (except those previously waived by the Debtors) shall be adjudicated by this Court pursuant to an evidentiary hearing. Such hearing shall be scheduled by this Court upon the filing of a joint request by the Debtors and the reclamation vendor, which will include the estimated total time for such hearing.

4. As to the reclamation vendors identified in Exhibit 3 attached, all unresolved issues relating to those claims (except those previously waived by the Debtors) shall be adjudicated by this Court pursuant to an evidentiary hearing. Such hearing will be scheduled by this Court upon the filing of a joint request by the Debtors and the reclamation vendor, which will include the estimated total time for such hearing.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

509843

Exhibit 1: Reclamation Claimants That Agree with Debtors' Proposed and Analyzed Gross Reclamation Amount but not yet Opted-in to the Trade Lien Stipulation

| No. | Reclamation Claimant | (1) Agreed Gross Reclamation Claim | (2) Deduct for AP Credits (a) | (3) Deduct for AR - Promotional Allowances (a) | |
|---|---|---|---|---|---|
| 1 | A Duda & Sons, Inc | 25,476.18 | (60.08) | 0.00 | |
| 2 | Acadiana Bottling Co, Inc | 86,689.40 | 0.00 | 0.00 | |
| 3 | ACCO Brands, Inc | 6,680.78 | 0.00 | (1,256.73) | |
| 4 | ACH Food Companies | 31,101.52 | (759.14) | (12,126.99) | |
| 5 | Admiralty Island Fisheries dba Aqua Star | 34,278.00 | (62.10) | (4,413.20) | |
| 6 | Alberto Culver USA, Inc | 115,755.90 | (16,346.33) | (246,375.01) | |
| 7 | Albertville Quality Foods, Inc | 7,795.20 | 0.00 | 0.00 | |
| 8 | Alcoa Consumer Products | 168,931.03 | (54.00) | 0.00 | |
| 9 | Allegro Mfg Inc | 873.80 | 0.00 | (278.59) | |
| 10 | Allen Flavors Inc-Hornell Brewing Company | 273,956.56 | 0.00 | 0.00 | |
| 11 | American Italian Pasta Company | 102,020.86 | (3,677.30) | (135.63) | |
| 12 | Arizona Beverage Co, LLP | 34,376.00 | (2,263.32) | (1,927.80) | |
| 13 | Austin (James Austin Company) | 57,724.61 | (976.15) | 0.00 | |
| 14 | Ballard Petroleum, Inc | 40,638.30 | 0.00 | 0.00 | |
| 15 | Bar-S Foods Co | 83,907.78 | 0.00 | 0.00 | |
| 16 | Beechnut Nutrition Corporation | 64,259.22 | (224.30) | (8,701.17) | |
| 17 | Beiersdorf Inc | 54,914.76 | (2,922.08) | (10,116.18) | |
| 18 | Belco Distributors | 48,676.77 | (60.00) | (111,170.93) | |
| 19 | Ben-Arnold Sunbelt Beverage Company | 12,475.33 | 0.00 | 0.00 | |
| 20 | BIC USA Inc. | 27,795.36 | (894.24) | (905.01) | |
| 21 | Bristol Meyers Consumer Products | 15,834.00 | (21,086.34) | (17,721.22) | |
| 22 | C.F. Sauer Co | 109,445.37 | (13,405.01) | (247.56) | |
| 23 | Camerican International, Inc | 20,174.00 | 0.00 | 0.00 | |
| 24 | Cargill Inc.'s Salt | 10,009.44 | (3,595.70) | 0.00 | (b) |
| 25 | Cargill Inc.'s Sweetners | 117,850.07 | 0.00 | 0.00 | (b) |
| 26 | Chattem, Inc | 71,896.44 | (18,187.17) | (3,910.90) | |
| 27 | Checkpoint Systems, Inc | 22,787.00 | 0.00 | 0.00 | |
| 28 | Chloe Foods | 149,436.81 | (383.89) | 0.00 | |
| 29 | CITGO Petroleum Corp | 41,910.54 | 0.00 | 0.00 | |
| 30 | Coastal Beverage, Ltd | 825.30 | 0.00 | 0.00 | |
| 31 | Coca-cola Bottling Company United Inc | 273,596.74 | 0.00 | 0.00 | |
| 32 | Colorado Boxed Beef Company | 0.00 | (62.89) | 0.00 | |
| 33 | Community Coffee Company LLC | 75,876.95 | (1,896.25) | (52.63) | |
| 34 | Conecuh Sausage Company | 28,870.08 | (764.16) | 0.00 | |
| 35 | Consolidated Biscuit Company | 405,569.88 | (9,112.24) | 0.00 | |
| 36 | Conwood Sales Company, LP | 32,623.20 | (357.36) | 0.00 | |
| 37 | Dart Container Corporation | 27,297.47 | 0.00 | 0.00 | |
| 38 | Degussa Flavors & Fruit Systems, LLC | 43,265.00 | 0.00 | 0.00 | |
| 39 | Del Laboratories, Inc | 5,810.40 | (21,879.68) | (244,042.82) | |
| 40 | Del Pharmaceuticals, Inc | 19,080.00 | 0.00 | 0.00 | |
| 41 | Dole Packaged Foods Company | 118,841.99 | (22,025.67) | (6,933.44) | |
| 42 | Fabri-Kal | 3,305.60 | 0.00 | 0.00 | |
| 43 | Fastener For Retail, Inc | 13,747.17 | 0.00 | 0.00 | |
| 44 | First Coast Pallet, Inc | 2,080.08 | 0.00 | 0.00 | |
| 45 | First Quality Hygienic, Inc. | 20,521.20 | (621.65) | (1,298.22) | |
| 46 | Fiskars Brands | 1,368.00 | 0.00 | (78.91) | |
| 47 | Florida Crystals Food Corp | 25,879.32 | (7,013.79) | (731.27) | |
| 48 | Flowers Foods Specialty Group LLC | 0.00 | 0.00 | 0.00 | |
| 49 | Foster Poultry Farms | 5,080.32 | (19.52) | 0.00 | |
| 50 | Frozen Specialties, Inc. | 40,185.00 | (275.50) | 0.00 | |
| 51 | Gerber Products Company | 85,588.66 | (63,113.07) | (3,004.58) | |
| 52 | Gwaltney of Smithfield, Ltd | 1,063,957.01 | (26,389.91) | (15.44) | |
| 53 | Henkel Consumer Adhesives | 3,734.04 | 0.00 | 0.00 | |
| 54 | Irving Tissue | 4,646.40 | 0.00 | 0.00 | |
| 55 | JJ Keller & Associates, Inc | 0.00 | 0.00 | 0.00 | |

**Exhibit 1: Reclamation Claimants That Agree with Debtors' Proposed and Analyzed Gross Reclamation Amount but not yet Opted-in to the Trade Lien Stipulation**

| No. | Reclamation Claimant | (1) Agreed Gross Reclamation Claim | (2) Deduct for AP Credits (a) | (3) Deduct for AR - Promotional Allowances (a) | |
|---|---|---|---|---|---|
| 56 | Johnsonville Sausage LLC | 179,449.40 | (2,503.20) | (25.59) | |
| 57 | Just Born, Inc. | 6,986.16 | (10,039.12) | (1,935.04) | |
| 58 | Kao Brands Company | 51,879.60 | (21,829.66) | (8,135.25) | |
| 59 | King's Food Products | 10,567.68 | 0.00 | 0.00 | |
| 60 | Krispy Kreme Doughnut Corp | 393,180.57 | (94,001.26) | 0.00 | (c) |
| 61 | L&R Farms, Inc. | 266,399.10 | (3,057.50) | 0.00 | |
| 62 | Land O'Lakes, Inc | 296,264.70 | (177.60) | (67.32) | |
| 63 | Laura's Lean Beef | 4,617.00 | 0.00 | 0.00 | |
| 64 | Lea & Perrins, Inc | 23,274.33 | (605.75) | (1,572.15) | |
| 65 | Libbey | 3,512.76 | (10,699.96) | (282,384.80) | |
| 66 | Lorillard Tobacco Company | 0.00 | 0.00 | (21,643.42) | |
| 67 | Marcal Paper Mills, Inc | 71,961.20 | (1,552.35) | (275.91) | |
| 68 | Maybelline-Garnier | 65,942.58 | (7,363.36) | (155,888.24) | |
| 69 | McCormick & Company, Inc | 100,307.28 | (530.16) | (2,407.89) | |
| 70 | McKee Foods Corp | 508,239.11 | (1,037.27) | 0.00 | |
| 71 | Michael Foods, Inc | 10,425.60 | 0.00 | (124.12) | |
| 72 | Mid-Gulf Bakery LLC | 41,922.90 | 0.00 | 0.00 | |
| 73 | Mosby's Packing Company, Inc | 21,798.09 | 0.00 | 0.00 | |
| 74 | Mrs Stratton's Salads, Inc | 11,202.42 | (94.71) | 0.00 | |
| 75 | Multifoods | 38,585.73 | 0.00 | 0.00 | |
| 76 | NCR Corp | 11,016.90 | (2,581.85) | 0.00 | |
| 77 | New Era Canning Company | 0.00 | (3,625.00) | 0.00 | |
| 78 | Newell Rubbermaid, Inc. | 47,557.66 | (1,259.50) | (17,521.78) | |
| 79 | North Coast Processing, Inc (and/or ED Smith USA, Inc) | 35,399.52 | 0.00 | 0.00 | |
| 80 | Novartis Consumer Health, Inc | 105,303.72 | (315.36) | (28,143.94) | |
| 81 | On-Cor Frozen Foods, LLC | 9,625.44 | (762.90) | (897.51) | |
| 82 | Pacific Coast Producers | 13,279.19 | (3,419.22) | 0.00 | |
| 83 | Pennington Seed, Inc (Penn Pak) | 22,684.40 | (3,961.79) | (28,627.12) | |
| 84 | Perrigo | 14,454.84 | (2,241.13) | 0.00 | |
| 85 | Peter Pan Seafoods, Inc | 70,523.44 | (15,742.60) | (89.68) | |
| 86 | Pharmacare Health Services, Inc | 20,558.98 | 0.00 | 0.00 | |
| 87 | Pom Wonderful LLC | 3,670.80 | (92.55) | 0.00 | |
| 88 | Premier Beverage | 619,779.40 | 0.00 | 0.00 | |
| 89 | Promotions Unlimited Corporation | 19,321.74 | 0.00 | 0.00 | |
| 90 | RC2 Brands, Inc | 8,372.34 | (470.88) | (969.04) | |
| 91 | Refron, Inc | 44,981.63 | (17,999.29) | 0.00 | |
| 92 | Republic Plastics, LTD | 17,229.40 | (26.00) | 0.00 | |
| 93 | Republic Tobacco LP | 2,917.68 | (24.54) | (319.01) | |
| 94 | RL Ziegler | 32,335.12 | 0.00 | 0.00 | |
| 95 | Rockline Industries | 85,525.64 | 0.00 | (80.99) | |
| 96 | Russell Oil Company | 84,805.61 | 0.00 | 0.00 | |
| 97 | Saf-T-Gard International | 3,719.10 | (141.60) | 0.00 | |
| 98 | Sanford LP (Newell Rubbermaid) | 670.08 | 0.00 | 0.00 | |
| 99 | Schick Wilkinson Sword, division of Energizer | 35,798.40 | (1,550.52) | (10,604.64) | |
| 100 | Schuster Marketing Corp | 6,393.60 | 0.00 | (797.47) | |
| 101 | Schwan's Bakery, Inc | 262,170.65 | (6,936.00) | (72,795.71) | |
| 102 | Schwan's Consumer Brands, North America, Inc. | 104,329.81 | (8,318.46) | 0.00 | |
| 103 | Schwarzkopf & Henkel | 17,898.00 | (4,326.48) | (93,045.02) | |
| 104 | Seneca Foods Corp | 95,697.07 | (280.57) | (20.32) | |
| 105 | Sergeant's Pet Care Products | 6,461.04 | (341.87) | (73,031.59) | |
| 106 | Signature Brands, LLC | 25,408.05 | (8.46) | (15,282.91) | |
| 107 | Simmons Allied Pet Foods, Inc | 5,616.00 | (847.68) | (230.52) | |
| 108 | Smithfield Packing Company, Inc | 849,840.77 | (10,602.70) | 0.00 | |
| 109 | St Johns Beverage Company, Inc | 201,408.44 | (1,330.73) | 0.00 | |
| 110 | Swisher International, Inc | 32,405.80 | (2,725.08) | (379.27) | |

**Exhibit 1: Reclamation Claimants That Agree with Debtors' Proposed and Analyzed Gross Reclamation Amount but not yet Opted-in to the Trade Lien Stipulation**

| No. | Reclamation Claimant | (1) Agreed Gross Reclamation Claim | (2) Deduct for AP Credits (a) | (3) Deduct for AR - Promotional Allowances (a) |
|---|---|---|---|---|
| 111 | Sysco Food Svc South of Florida | 4,615.90 | 0.00 | 0.00 |
| 112 | Tai Foong USA, Inc | 9,900.00 | 0.00 | 0.00 |
| 113 | Tate & Lyle Sucralose, Inc | 9,144.23 | 0.00 | 0.00 |
| 114 | The Great Fish Company, LLC | 26,208.00 | (83.40) | 0.00 |
| 115 | The Jel Sert Company | 5,041.20 | (36.00) | (2,575.54) |
| 116 | The Scotts Company & Subsidiaries | 0.00 | 0.00 | 0.00 |
| 117 | Tree of Life Inc (Gourmet Awards) | 459,497.99 | (1,034.87) | 0.00 |
| 118 | U.S. Smokeless Tobacco Brands, Inc | 22,228.20 | (18.86) | (1,640.61) |
| 119 | United Sugars Corporation | 116,945.46 | (11.95) | 0.00 |
| 120 | US Foodservice (Alabama) | 3,461.04 | 0.00 | 0.00 |
| 121 | Vanguard Plastics, Inc | 39,591.90 | 0.00 | 0.00 |
| 122 | Welch Foods, Inc | 320,216.96 | (23,924.78) | 0.00 |
| 123 | Wenner Bread Products, Inc | 118,495.10 | 0.00 | 0.00 |
| 124 | Willert Home Products, Inc | 3,547.74 | 0.00 | (7.50) |
| 125 | Worlds Kitchen | 16,114.15 | (160.20) | (28.89) |
| 126 | WOW Dinnerware | 197,341.68 | (496.80) | 0.00 |
| 127 | Wyeth Consumer Healthcare | 404,853.96 | (9,027.98) | (240,267.72) |
| 128 | Zatarain's Partnership, LP | 49,168.20 | (20,264.52) | 0.00 |

**Footnotes**

(a) If vendor opts-in to Trade Lien Program, these amounts might be reduced under paragraph 7 of the Reclamation/Trade Lien Stipulation.

(b) Cargill submitted three separate reclamation claims. The parties agreed to the gross reclamation amount of two of these claims. These are listed on Exhibit 1. Cargill disagreed with Debtors' reconciliation of their third claim, which is listed on Exhibit 3.

(c) Krispy Kreme Doughnut Corporation filed its reclamation claim along with 18 of its affiliates. In a letter dated August 9, 2005, Krispy Kreme Doughnut Corporation and its affiliates agreed to the net reclamation amount of $299,179.31 after the AP offsets. Since then, Krispy Kreme Doughnut Corporation has opted-in with the agreed gross reclamation claim of $142,337.43 for just their portion of the net reclamation claim. The remaining 12 affiliates have not opted-in to the Trade Lien Program yet, but have agreed that the remaining gross reclamation amount is $122,968.31.

November 4, 2005
Exhibits v25                                        3/3

Exhibit 2: Reclamation Claimants That Did Not Respond to the Statement of Reclamation and Whose Claim is Therefore Allowed as Set Forth Below

| No. | Reclamation Claimant | (1) Reclamation Demand Submitted by Claimant | (2) Debtors' Reconciled Reclamation Claim to Which Creditor Did Not Object, Which is Therefore the Allowed Gross Reclamation Claim | (3) Deduct for AP Credits (a) | (4) Deduct for AR - Promotional Allowances (a) | (5) Allowed Reclamation Claim Subject to Consumption |
|---|---|---|---|---|---|---|
| 1 | Altadis USA Inc | 10,694.30 | 5,195.50 | (218.40) | 0.00 | 4,977.10 |
| 2 | American Foods Group | 117,176.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | Associated Brands | 8,996.33 | 2,060.66 | (74.88) | 0.00 | 1,985.78 |
| 4 | Bay City Produce | 84,181.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | Blue Diamond Growers | 23,183.60 | 10,538.00 | 0.00 | 0.00 | 10,538.00 |
| 6 | Borden Dairy (Milk Products, LP) | 16,342.87 | 15,781.52 | (7.18) | 0.00 | 15,774.34 |
| 7 | Burkhardt Sales and Service | 1,548.05 | 287.35 | 0.00 | 0.00 | 287.35 |
| 8 | Busch Transou dba Tri-Eagle Sales | 892.75 | 226.05 | 0.00 | 0.00 | 226.05 |
| 9 | Castleberry's Food Company | 72,077.21 | 0.00 | (5,505.71) | 0.00 | (5,505.71) |
| 10 | Chiquita Brands International | 116,456.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 | Coca-Cola Bottling Company - Durham | 4,825.31 | 2,714.31 | 0.00 | 0.00 | 2,714.31 |
| 12 | Country Garden Silks | 1,557.00 | 1,497.00 | 0.00 | 0.00 | 1,497.00 |
| 13 | Cumberland Swan Holdings, Inc | 8,206.44 | 0.00 | (1,647.85) | (310.00) | (1,957.85) |
| 14 | Dale's Sauces, Inc | 53,438.40 | 37,156.80 | (29.36) | 0.00 | 37,127.44 |
| 15 | Delizza, Inc | 7,444.08 | 0.00 | 0.00 | (2,000.00) | (2,000.00) |
| 16 | DSC Sales, Inc | 638,884.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | Dynamic Scan | 0.00 | 3,661.55 | 0.00 | 0.00 | 3,661.55 |
| 18 | Empress International Ltd | 320,862.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | Excalibur Seasoning Co, Ltd | 22,079.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | ExxonMobil Chemical Company | 125,758.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | ExxonMobil Lubricants & Petroleum Specialties | 2,151.89 | 1,451.19 | 0.00 | 0.00 | 1,451.19 |
| 22 | Fresh Express Inc | 576,273.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | Frieda's Inc | 27,090.20 | 1,077.50 | 0.00 | 0.00 | 1,077.50 |
| 24 | GFA Brands, Inc. | 107,286.70 | 10,183.26 | (18,836.36) | (1,869.77) | (10,522.87) |
| 25 | Gold Coast Eagle Distributing (Budweiser) | 2,589.35 | 776.50 | 0.00 | 0.00 | 776.50 |
| 26 | Gold Kist, Inc. | 84,578.27 | 84,578.27 | (515.20) | 0.00 | 84,063.07 |
| 27 | Hamilton Beach/Proctor-Silex, Inc. | 7,066.70 | 1,585.60 | (46,600.00) | (3,723.73) | (48,738.13) |
| 28 | Hanover Foods Corporation | 22,747.36 | 12,507.53 | (896.76) | (12,986.20) | (1,375.43) |
| 29 | Heinemann's Inc | 79,803.00 | 69,273.00 | (2,464.20) | 0.00 | 66,808.80 |
| 30 | Iberia World Foods Corp | 160,083.68 | 66,980.75 | 0.00 | 0.00 | 66,980.75 |
| 31 | John B. Stanfilippo & Son, Inc. | 42,651.44 | 0.00 | (350.90) | 0.00 | (350.90) |
| 32 | Jones Dairy Farm | 19,492.98 | 9,187.26 | (41.73) | (68.60) | 9,076.93 |
| 33 | Kennesaw Fruit & Juice | 16,915.62 | 6,617.22 | 0.00 | 0.00 | 6,617.22 |
| 34 | Lake Placid Groves, LLC ("Lake Placid") | 90,310.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | Maxell Corp of America | 2,110.50 | 135.00 | 0.00 | 0.00 | 135.00 |
| 36 | Meyer's Bakeries, Inc | 64,897.90 | 61,161.10 | (2,532.44) | 0.00 | 58,628.66 |
| 37 | National Tobacco | 5,207.55 | 718.89 | 0.00 | 0.00 | 718.89 |
| 38 | Otis Spunkmeyer Inc | 23,232.35 | 8,685.62 | 0.00 | 0.00 | 8,685.62 |
| 39 | Paul Mueller Company | 2,036.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40 | Pro's Choice Beauty Care, Inc | 24,545.50 | 9,454.00 | (1,937.05) | 0.00 | 7,516.95 |
| 41 | Provimi Veal Corp | 8,242.25 | 6,882.50 | (239.40) | 0.00 | 6,643.10 |
| 42 | Purcell International, Inc | 287,706.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43 | Reily Foods Company | 113,373.86 | 69,578.34 | 0.00 | (13,621.62) | 55,956.72 |
| 44 | Silver Eagle Distributors, Ltd | 2,832.53 | 673.30 | 0.00 | 0.00 | 673.30 |
| 45 | Southern Eagle Distributing | 2,246.65 | 645.15 | 0.00 | 0.00 | 645.15 |
| 46 | Sun and Fun Sales | 0.00 | 3,661.55 | 0.00 | 0.00 | 3,661.55 |
| 47 | SW (Red) Smith, Inc | 7,767.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48 | Sysco Food Svcs of Central Alabama | 783.96 | 368.21 | 0.00 | 0.00 | 368.21 |
| 49 | Sysco, Jacksonville | 658.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 | The Hartz Mountain Corporation | 108,960.53 | 55,841.26 | (1,766.52) | (17,714.19) | 36,360.55 |
| 51 | The WE Bassett Company, Inc | 2,030.76 | 968.40 | 0.00 | (242.00) | 726.40 |
| 52 | Upper Crust, Ltd | 37,260.24 | 0.00 | (7,052.61) | 0.00 | (7,052.61) |
| 53 | Vestcom New Century LLC | 67,595.89 | 28,961.61 | 0.00 | 0.00 | 28,961.61 |
| 54 | Wayne, a division of Dresser, Inc | 23,149.12 | 12,109.00 | 0.00 | 0.00 | 12,109.00 |
| 55 | Worldwide Merchandise Resources Corp | 86,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Footnotes**
(a) If vendor opts-in to Trade Lien Program, these amounts might be reduced under paragraph 7 of the Reclamation/Trade Lien Stipulation.

Exhibit 3: Reclamation Claimants that Disagreed with Statement of Reclamation

| No. | Reclamation Claimant | (1) Reclamation Demand Submitted by Claimant | (2) Debtors' Reconciled Amount | (3) Deduct for AP Credits (a) | (4) Deduct for AR - Promotional Allowances (a) | |
|---|---|---|---|---|---|---|
| 1 | Anderson News Company | 3,803,744.99 | 2,287,571.08 | (22,403.25) | (17,411,461.00) | |
| 2 | Baker & Taylor | 132,188.61 | 35,311.32 | (187,848.59) | 0.00 | |
| 3 | Barilla America, Inc | 220,517.85 | 92,377.28 | (72,749.33) | (5.28) | |
| 4 | Bayer Corporate & Business Services, LLC | 253,920.66 | 154,414.74 | (20,863.00) | (160,285.70) | |
| 5 | Cadbury Adams USA, LLC | 345,970.97 | 48,942.76 | (34,022.70) | (3,406.57) | |
| 6 | Cargill Meat Solutions Corporation | 730,839.30 | 214,864.14 | (12,656.63) | 0.00 | |
| 7 | CNS, Inc | 25,204.32 | 17,504.16 | (1,248.07) | 0.00 | |
| 8 | Coca-cola Bottling Company Consolidated | 338,018.91 | (1,143,379.05) | (33,497.70) | (33.03) | |
| 9 | Coca-Cola Bottling Company - Meridian | 8,469.72 | 1,733.56 | 0.00 | 0.00 | |
| 10 | Colgate-Palmolive Co | 262,519.88 | 160,016.92 | (2,024.19) | (253,007.48) | |
| 11 | Commonwealth Brands, Inc | 28,684.80 | 5,826.60 | 0.00 | (14,659.82) | |
| 12 | Cole's Quality Foods, Inc | 125,785.20 | 49,289.80 | (5,484.40) | (1,443.53) | |
| 13 | Corr-Williams Company | 21,399.55 | 13,757.06 | 0.00 | 0.00 | |
| 14 | Coty LLC | 115,445.56 | 33,466.95 | (8,418.42) | (7,956.17) | |
| 15 | D.L. Lee & Sons, Inc | 26,095.98 | 25,646.57 | 0.00 | 0.00 | |
| 16 | Dannon Company, Inc | 337,778.31 | 262,061.27 | (18,084.14) | (374,939.95) | |
| 17 | Dawn Food Products | 404,180.97 | 267,393.63 | (9,343.90) | 0.00 | |
| 18 | Doane Pet Care Company | 70,701.01 | 62,485.01 | (352.69) | (65.49) | |
| 19 | Domino Foods, Inc | 129,190.91 | 105,940.21 | (208.08) | (66.72) | |
| 20 | EAS | 12,682.08 | 4,691.52 | 0.00 | (69,479.94) | |
| 21 | Falcon Farms | 389,543.64 | 241,236.69 | (234.00) | 0.00 | |
| 22 | Fieldale Farm Corporation | 161,807.90 | 74,740.59 | 0.00 | 0.00 | |
| 23 | Front-End Services Corporation | 631,220.00 | 148,000.00 | 0.00 | 0.00 | |
| 24 | Hallmark Cards | 0.00 | 0.00 | 0.00 | 0.00 | (b) |
| 25 | Hasbro, Inc. | 8,593.03 | 561.56 | 0.00 | (150.00) | |
| 26 | Henschel-Steinau | 91,129.85 | 0.00 | 0.00 | 0.00 | |
| 27 | Hobart Corporation | 195,410.19 | 0.00 | 0.00 | 0.00 | |
| 28 | HP Hood LLC | 320,147.88 | 112,954.20 | (14,699.80) | (2,381.51) | |
| 29 | Interstate Brands Corporation | 1,097,037.11 | 483,702.11 | (937.20) | 0.00 | |
| 30 | Krispy Kreme of South Florida, LLC | 67,135.61 | 39,392.59 | 0.00 | 0.00 | |
| 31 | Metro-Goldwyn-Mayer Home Entertainment LLC | 159,428.46 | 33,732.23 | (352,845.11) | (28,862.06) | |
| 32 | Mott's, LLP | 237,044.24 | 108,416.22 | 0.00 | 0.00 | |
| 33 | Paramount Farms, Inc | 23,783.87 | 8,960.06 | (360.00) | 0.00 | |
| 34 | Paskert Distributing, Inc | 88,520.68 | 90,925.63 | (9,891.07) | 0.00 | |
| 35 | Peace River Distributing, Inc | 1,690.90 | 578.10 | 0.00 | 0.00 | |
| 36 | Pepsi Cola Bottling of Greenville, SC (Beverage South, Inc) | 13,325.87 | 0.00 | 0.00 | 0.00 | |
| 37 | PepsiAmericas, Inc | 441,421.75 | 315,723.30 | 0.00 | 0.00 | |
| 38 | Pepsi-Cola Bottling Company of Charlotte, Inc | 55,575.38 | 51,449.70 | 0.00 | 0.00 | |
| 39 | Pepsi-Cola Bottling Company of Hickory, NC | 51,062.37 | 3,183.96 | 0.00 | 0.00 | |
| 40 | Pepsi-Cola Winfield Alabama | 6,807.55 | 0.00 | 0.00 | 0.00 | |
| 41 | Personal Optics | 48,177.48 | 12,265.16 | (16,873.02) | 0.00 | |
| 42 | Pioneer Paper & Plastics, Inc | 288,430.23 | 91,033.22 | 0.00 | 0.00 | |
| 43 | Processor's Choice Inc | 4,411.20 | 0.00 | 0.00 | 0.00 | |
| 44 | Ranir Corporation | 16,387.20 | 10,707.84 | 0.00 | 0.00 | |
| 45 | Rexam Beverage Can Company | 444,686.18 | 389,712.75 | 0.00 | (9,116.67) | |
| 46 | Ross Products Division, Abbott Laboratories, Inc | 1,097,017.22 | 270,579.64 | 0.00 | 0.00 | |
| 47 | Schering-Plough HealthCare Products | 617,007.18 | 614,566.08 | (23,797.56) | (486.36) | |
| 48 | Schreiber Foods, Inc. | 2,092,369.56 | 1,000,021.05 | (6,773.05) | (16,034.93) | |
| 49 | Southeast Provisions, LLC | 167,452.37 | 74,618.04 | (983.10) | 0.00 | |
| 50 | Southern Wine & Spirits Florida (South Carolina) | 31,330.10 | 23,697.30 | 0.00 | 0.00 | |
| 51 | Southern Wine & Spirits of Florida (Central Florida) | 293,775.00 | 252,630.79 | (2,106.00) | 0.00 | |
| 52 | Southern Wine & Spirits of Florida (North Florida) | 434,855.00 | 378,520.98 | 0.00 | 0.00 | |
| 53 | Southern Wine & Spirits of Florida (South Florida) | 452,718.50 | 393,564.61 | 0.00 | 0.00 | |
| 54 | Swift & Company | 195,571.65 | 97,033.35 | 0.00 | 0.00 | |
| 55 | Sylvania Lighting Services | 105,000.00 | 0.00 | 0.00 | 0.00 | |
| 56 | Turtle Wax, Inc | 25,809.79 | 20,971.98 | (798.45) | (390.75) | |
| 57 | Tyson Foods, Inc | 1,312,838.86 | 792,514.42 | (14,845.66) | (20.12) | |

**Footnotes**

(a) If vendor opts-in to Trade Lien Program, these amounts might be reduced under paragraph 7 of the Reclamation/Trade Lien Stipulation.

(b) Hallmark's original demand dated 2/18/05 included no claim amount or supporting documentation. Subsequently, the claim was verbally withdrawn. Hallmark is a SBT (scanned based trade vendor). Pursuant to a motion filed with the court, docket #538, the debtor is permitted to pay for consignment goods (scan based inventory) delivered pre-petition in the normal course of business. Hallmark's accounts payable balance is current. Hallmark submitted a second claim on June 15, 2005, which was late.

November 4, 2005
Exhibits v25

EXHIBIT 3
1/1