

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
November 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief filed by Debtor (2707)

PURCHASER:    (1) Valrico Partners, LP Store 716 (Doc. 3376)  - Cont'd to 11/17 AOCNFN

(2) FW NC-Shoppes of Kildare, LLC Store 803 (Doc. 3378)  Granted
  Consent ord/Jackson

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                            MATTHEW S. BARR

                            Eddie Held p

Valrico + FW NC Shoppes
RULING: