

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Friday
November 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order Authorizing and Approving (i) Rejection of Real Property Leases and Subleases (ii) Abandonment of Related Personal Property and (iii) the Settlement Agreement with E.W. James Filed by Debtor (3489)

Objection to Motion by Bennett Lifter (Doc. 3718)      *Cont'd to Dec. 1st.*

*AOCNFN*

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR
BENNETT LIFTER:          MARC BEN-EZRA

RULING: