

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
November 4, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Motion to Extend Claims Bar Date Filed by Florida Tax Collectors (4008)

*Extension to November 23, 2005*

*Granted - ord/signed*

APPEARANCES:
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD
                        MATTHEW S. BARR
FL TAX COLLECTORS:      BRIAN FITZGERALD p

RULING: