UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*,) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |
| Debtors. ) | |
| ) | |

## ORDER GRANTING FLORIDA TAX COLLECTORS' SECOND MOTION TO EXTEND CLAIMS BAR DATE

This case is before the Court upon the Florida Tax Collectors' Second Motion to Extend Claims Bar Date (the "Motion") filed on November 2, 2005 (Docket No. 4008). At a hearing on this matter on November 4, 2005, the Debtors, the Official Committee of Unsecured Creditors and the United States Trustee represented that they do not oppose the relief requested in the Motion. The Court therefore finds that the Motion is unopposed by interested parties. Accordingly, it is

ORDERED:

1. The Motion is granted.

2. The claims bar date set forth in this Court's August 18, 2005 Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date (Docket No. 3069) is hereby extended so that claims filed by the Florida Tax Collectors[1] for 2005 ad valorem real property

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

and tangible personal property taxes shall be filed so as to be received on or before November 23, 2005.

Dated this 4 day of November, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Brian T. FitzGerald, Esq.
[Brian T. FitzGerald is directed to mail a copy of this Order to all parties served with the Motion]

PMT\WinnDixieTC\Proposed Order\doc#28320763