[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05−bk−03817−JAF
                                                                       Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED FINAL HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Iris and Sam Davidson is rescheduled for final hearing to February 6, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated November 4, 2005 .

                            David K Oliveria , Clerk of Court
                            300 North Hogan Street Suite 3−350
                            Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors
Movant's Attorney