**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE AND NOTICE OF FILING

The Court finds that the Motion for Extension of Time to File Questionnaire and Notice of Filing Letter to Logan & Co., Inc. Re: Extension of Time to Submit Questionnaire filed by Robert P. DiStefano on behalf of Carol Belanger, Mulhouse Legerme, Rosario Childress and Glover Corneille on October 31, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Extension of Time to File Questionnaire and Notice of Filing Letter to Logan & Co., Inc. Re: Extension of Time to Submit Questionnaire filed by Robert P. DiStefano on behalf of Carol Belanger, Mulhouse Legerme, Rosario Childress and Glover Corneille on October 31, 2005 is stricken from the record.

**DATED** November 2, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Kate Logan, 546 Valley Rd., Upper Montclair, NJ 07043
Attorneys for Debtor
Robert P. DiStefano, 7471 West Oakland Park Blvd., Suite 106, Ft. Lauderdale, FL 33319

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1              Date Rcvd: Nov 02, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 3

The following entities were served by first class mail on Nov 04, 2005.
aty         +James H. Post,    Smith Hulsey & Busey,    225 Water St., Suite 1800,    Jacksonville, FL 32202-4494
aty         +Robert P. DiStefano,    7471 West Oakland Park Blvd.,    Suite 106,    Ft. Lauderdale, FL 33319-4921
unk         +Logan & Company, Inc.,    Logan & Company, Inc.,    546 Valley Road,
              Upper Montclair, NJ 07043-1896

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2005**                                           **Signature:** _Joseph Speetjens_