[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED FINAL HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Iris and Sam Davidson is rescheduled for final hearing to February 6, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated November 4, 2005 .

David K Oliveria , Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors
Movant's Attorney

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1              Date Rcvd: Nov 04, 2005
Case: 05-03817                Form ID: 3902a           Total Served: 2

The following entities were served by first class mail on Nov 06, 2005.
aty         +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
cr          +Iris and Sam Davidson,   Terrell Hogan,   233 East Bay Street,   8th Floor,
              Jacksonville, FL 32202-3452
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2005**                        **Signature:** _Joseph Speetjens_