UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3 FL

IN RE:

CHAPTER 11
Jointly Administered

WINN-DIXIE STORES, INC., et. al.,

Debtors.
_____/

**AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE LEASE REJECTION CLAIMS DATED OCTOBER 28, 2005**

This matter came before this Court on Motion of LNR Partners, Inc. for Extension of Time to File Lease Rejection Claims. The Court has reviewed the motion and considered the representations of counsel. It is

ORDERED AND ADJUDGED that:

1. The Motion is GRANTED.

2. The deadline to file rejection claims for the stores listed on Exhibit "A" of this order is extended to November 3, 2005.

Dated: November 4, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[John W. Kozyak is directed to serve copies of this order on all parties who received copies of the Motion]

2162/219/259136.1

## EXHIBIT A

Store No. 2240 – Oaks Shopping Center
Store No. 883 – Ponderosa Shopping Center
Store No. 890 – Knightdale Crossing
Store No. 2112 – Center Stage at Walkertown
Store No. 1003 – North Hills Shopping Center
Store No. 1544 – Bunkie, LA

2162/219/259147.1

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes             Page 1 of 1              Date Rcvd: Nov 04, 2005
Case: 05-03817                  Form ID: pdfdoc          Total Served: 1
```

The following entities were served by first class mail on Nov 06, 2005.
aty          +John W Kozyak,   Kozyak, Tropin & Throckmorton, PA,   2525 Ponce De Leon,   9th Floor,
              Coral Gables, FL 33134-6037

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2005**                    Signature:   *Joseph Speetjens*