**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

The Court finds that the Request for Allowance and Payment of Administrative Expense filed by Stanley K. Joynes, III on behalf of JNB Company of Virginia, LLC on November 3, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Allowance and Payment of Administrative Expense filed by Stanley K. Joynes, III on behalf of JNB Company of Virginia, LLC on November 3, 2005 is stricken from the record.

DATED November 4, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Dennis F. Dunne, Counsel for Official Committee of Unsecured Creditors
US Trustee
Stanley K. Joynes, III, P.O. Box 1311, Richmond, VA 23218-1311

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Nov 04, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on Nov 06, 2005.
cr          +JNB Company of Virginia, LLC,   c/o Stanley K. Joynes III,   101 South Fourteenth St.,
              Richmond, VA 23219-4127
             Stanley K. Joynes, III,   P.O. Box 1311,   Richmond, VA  23218-1311

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2005**                                      **Signature:**   _Joseph Speetjens_