UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: )
) Chapter 11
) CASE NO. 05-03817-3F1
WINN-DIXIE STORES, INC., et al., ) (Jointly Administered)
) Judge Jerry A. Funk
Debtors. )
)

## ORDER GRANTING FLORIDA TAX COLLECTORS' SECOND MOTION TO EXTEND CLAIMS BAR DATE

This case is before the Court upon the Florida Tax Collectors' Second Motion to Extend Claims Bar Date (the "Motion") filed on November 2, 2005 (Docket No. 4008). At a hearing on this matter on November 4, 2005, the Debtors, the Official Committee of Unsecured Creditors and the United States Trustee represented that they do not oppose the relief requested in the Motion. The Court therefore finds that the Motion is unopposed by interested parties. Accordingly, it is

ORDERED:

1.  The Motion is granted.

2.  The claims bar date set forth in this Court's August 18, 2005 Order Granting Florida Tax Collectors' Motion to Extend Claims Bar Date (Docket No. 3069) is hereby extended so that claims filed by the Florida Tax Collectors[1] for 2005 ad valorem real property

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

PMT\WinnDixieTC\Proposed Order\doc#28320763

and tangible personal property taxes shall be filed so as to be received on or before November 23, 2005.

Dated this 4 day of November, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Brian T. FitzGerald, Esq.
[Brian T. FitzGerald is directed to mail a copy of this Order to all parties served with the Motion]

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Nov 04, 2005
Case: 05-03817              Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Nov 06, 2005.
aty         +Brian T FitzGerald,   Hillsborough County Attorney,   Senior Assistant County Attorney,
              601 E Kennedy Boulevard, 14th Floor,   Tampa, FL 33602-4932

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2005**                    **Signature:** *Joseph Speetjens*