UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC. et al.                           CASE NO. 05-03817-3f1

CHAPTER 11

DEBTOR

**APPLICATION BY WEBB/LEXINGTON VENTURES NO. 108, LTD FOR ALLOWANCE AND TO REQUIRE PAYMENT OF ADMINISTRATIVE EXPENSES**

Webb/Lexington Ventures No. 108, LTD ("LEX/108") moves pursuant to 11 U.S.C. §503 (b) (1) (A) of the Bankruptcy Code for allowance and payment of administrative expenses due by Winn Dixie Stores, Inc. ("Debtor") and its subsidiaries and affiliates under a lease of non-residential real property between the petition date and date on which the lease was rejected, and in support thereof states as follows:

1. Debtor filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Bankruptcy Code on February 21, 2005 ("Petition Date").

2. LEX/108 leased to Debtor non-residential real property identified by Debtor as Store No. 1652, at 3725 Harrodsburg Road, Lexington, Kentucky 40503 ("Property").

3. Debtors leased the Property from LEX/108 between the Petition Date and October 31, 2005, when said lease was deemed rejected by order of the Court. (Exhibit A – DE #3836).

4. Debtor owes LEX/108 additional rent of $36,587.76 under the lease which accrued between the Petition Date and October 31, 2005, as stated in Exhibit B.

WHEREFORE, LEX/108 respectfully requests this Court to enter an order allowing it an administrative expense claim in this case pursuant to U.S.C. § 503(b)(1) and 507(a)(1) in the amount of $36,587.76.

Dated: November 7, 2005

Respectfully submitted,

FOWLER, MEASLE & BELL, LLP

*/s/ John E. Hinkel, Jr.*_____
John E. Hinkel, Jr., Esq.
300 W. Vine St Suite 600
Lexington KY 40507-1660
Telephone: (859) 252-6700
Facsimile: (859) 255-3735
Email: jhinkel@fmblaw.com

ATTORNEYS FOR WEBB/LEXINGTON
VENTURES NO. 108, LTD

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this the 7th day of November 2005, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case

_*/s/ John E. Hinkel, Jr.*_____
ATTORNEY FOR WEBB/LEXINGTON
VENTURES NO. 108, LTD

256201.1/7066.00016