| United States Bankruptcy Court<br>Middle District of Florida<br>Jacksonville Division | Administrative<br>Expense Claim<br>Request |
|---|---|

Debtor against which claim is asserted:
**Winn Dixie Stores, Inc. et al.**

Case Name and Number:
**05-03817-3F1**

NOTE: This form should not be used to make a claim in connection with a request to the Debtors prior to the commencement of the case. This Administrative Expense connection with a request for payment of an administrative expense arising after U.S.C. § 503.

for payment for goods or services provided Claim Request form is to be used solely In commencement of the case pursuant to 11

Name of Creditor

**WEBB/LEXINGTON VENTURES NO. 108, LTD**

c/o Fowler, Measle & Bell, LLP
300 West Vine Street, Suite 600
Lexington, KY 40507-1660

Telephone: 859-252-6700

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: **LEX/108**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

1. BASIS FOR CLAIM
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☒ Other (Describe briefly) **Expenses/Damages on Rejection of Real Property Lease ***

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed

2. DATE DEBT WAS INCURRED   12/11/1989

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ **36,587.76**
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): Real Property Lease expenses due from date of bankruptcy until October 31, 2005 (rejection of lease).

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11"/

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of Claim.

Date
**11/7/2005**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

/s/ John E. Hinkel, Jr. Esq.

**EXHIBIT B**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Winn Dixie Stores, Inc. et al.
United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
Case No. 05-03817
Chapter 11

Administrative Expense regarding Rejection of lease from date of bankruptcy petition to October 31, 2005.

| | |
|---|---|
| 2005 Operating Expenses through October 31, 2005 | $ 11,349.68 |
| 2005 Real Estates taxes through October 31, 2005 | $ 25,238.08 |
| Balance Due: | $ 36,587.76 |

**Copy of the Lease will be provided upon request.

256026.2/7066.00016

# W
# The Webb Companies

### INTER-OFFICE MEMORANDUM

TO: JOHN HINKEL

FROM: RON TRITSCHLER

DATE: OCTOBER 27, 2005

RE: WINN-DIXIE – PALOMAR CENTRE

*************************************************************************

Winn-Dixie owes LEX/108, LLC the following amounts for taxes and operating expenses through October 31, 2005:

| | | |
|---|---|---|
| a) | Balance of 2004 Operating Expenses (Pre-bankruptcy): | $ 6,096.80 |
| b) | 2005 Operating Expenses through October 31, 2005 (Post-bankruptcy): | $11,349.68 ← |
| c) | 2005 Real Estate Taxes through October 31, 2005 (Post-bankruptcy): | $25,238.08 ← |
| d) | 2005 Real Estate Taxes (Pre-bankruptcy): | $ 2,573.62 |

Set out below is the base rent information regarding the Winn-Dixie – LEX/108, LLC Lease. Based upon the current rental status, commencing November 1, 2005 LEX/108, LLC will receive $10,042.00 less per month from E.W. James than it received in monthly rent from Winn-Dixie.

A. The Winn-Dixie Lease terminates on October 1, 2010 and provides for monthly base rental payments of $21,875.00.

B. Pursuant to the attached letter agreement, E.W. James will pay monthly rent of $10,833.00 to LEX/108, LLC commencing November 1, 2005. Either party may terminate the lease arrangement upon sixty (60) days advanced notice. The monthly shortfall is $10,042.00



# The Webb Companies

October 21, 2005

Mr. Kenneth Pink
E.W. James, Inc.
1308-14 Nailing Drive
Union City, TN 38261

RE: WINN-DIXIE SPACE

Dear Mr. Pink:

Please be advised that LEX/108, LLC the Landlord which owns the property located at 3725 Harrodsburg Road agrees to the rental terms set out in your letter of October 12, 2005 including the base annual rent of $130,000.00 annually payable in monthly payments of $10,833.00 plus normal CAM charges as set out in the lease with Winn-Dixie. The rental terms shall be effective November 1, 2005 and are conditional upon either party providing sixty (60) days advanced notice as described in your letter. In the event that any required notice is provided by either E.W. James or LEX/108, LLC, such notice must be in writing.

One housekeeping item which must be addressed is insurance. Please submit to my attention a certificate of insurance in which LEX/108, LLC is named as an additional insured.

With respect to the equipment, we have asked our outside legal counsel to review the documentation regarding the sale of Winn-Dixie's equipment to E.W. James. I will share your letter with him.

I look forward to working with you.

Sincerely,

Ronald C. Tritschler
CEO/Legal Counsel

cc: Ken Michul

SUITE 3000 · LEXINGTON FINANCIAL CENTER · LEXINGTON, KENTUCKY 40507
859/253-0000 · FACSIMILE 859/281-5687 · www.thewebbcompanies.com