UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et. al.,

Debtor
_____/

CASE NO: 05-03817-3FQ
(Jointly Administered)
CHAPTER 11

## MOTION FOR LEAVE TO ALLOW LATE FILING OF LEASE REJECTION CLAIM

COMES NOW, Artesia Medical Development Company ("Landlord"), by and through its undersigned counsel, and files this Motion for Leave to Allow Late Filing of Lease Rejection Claim and in support thereof would show as follows:

1. This case was commenced on February 21, 2005 by the filing of a voluntary petition under Chapter 11 of the United States Code, by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates ("Debtors").

2. The Landlord owns the property that the Debtors operated as Winn-Dixie/"Save Rite" Store # 2661 ("Demised Premises").

3. On or about September 30, 2005 ("Rejection Date"), the Debtors rejected the Lease dated February 14, 1996 ("Lease") and surrendered possession to the Landlord.

4. Pursuant to this Court's order setting rejection procedures [D.E. 3754], it is believed that the deadline to file a claim for damages arising from rejection of the applicable lease was Monday, October 31, 2005.

5. The undersigned counsel was directed to prepare and file a rejection claim on behalf of the Creditor. Unfortunately, due to hurricane Wilma, his law office lost power and it was not fully operational until November 3, 2005.

6. Under the circumstances, the Landlord respectfully requests that this Court grant the relief sought in this motion.

File # 14922

1

7. Attached as Exhibit A is a copy of the Amended Proof of Claim (without exhibits) that was sent by the Landlord via overnight mail on November 7, 2005 to Logan & Company, Inc. at 546 Valley Road, Upper Montclair New Jersey 07043.

WHEREFORE, Artesia Medical Development Company respectfully requests this Court allow this filing of the Amended Proof of Claim for damages arising from the rejection of the Lease as being timely filed and grant such other and further relief as this Court deems just and necessary.

I HEREBY CERTIFY that on November 7, 2005, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Ben-Ezra & Katz, P.A.
951 NE 167th Street, Suite 204
N. Miami Beach, FL 33162
Telephone: (305) 770-4100
Fax:         (305) 653-2329

By: /S/ Marc A. Ben-Ezra
    MARC A., BEN-EZRA
    Fla. Bar No. 861189