| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION | | CHAPTER 11 AMENDED PROOF OF CLAIM |
|---|---|---|
| In re: Winn Dixie Stores, et al., Jointly Administered **Name of Debtor Against Which Claim is asserted:** Winn-Dixie Stores, Inc. Case No. 05-03817-3F1 | Case Number 05-03817-3F1 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor ARTESIA MEDICAL DEVELOPMENT CO., Name and Address where Notices should be sent Ben-Ezra & Katz, P.A. 951 NE 167th Street, Suite 204 North Miami Beach, FL 33162 Telephone No. (305) 770-4100 Fax No. (305) 653-2329 | [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. [ ] Check box if you have never received any notices from the bankruptcy court in this case. [X] Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

Account or other number by which creditor identifies debtor: N/A

Check here if [ ] replaces this claim   [X] amends a previously filed claim, dated: 07/27/2005

**1. Basis for claim**
- [ ] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other (describe briefly)
- [ ] Taxes
- [ ] Severance Agreement
- [ ] Refund
- [X] Real Property Lease
- [ ] Retiree benefits as defined in 11 U.S.C. §1114(a)
- [ ] Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from _____ To _____
        Date              Date

**2. Date debt was incurred:** February 14, 1996

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $1,480,384.84 (Unsecured Non-Priority Claim)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
[ ] Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
[ ] Real Estate   [ ] Motor Vehicle
[ ] Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any:

**6. Unsecured Priority Claim.**
[ ] Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
[ ] Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
[ ] Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
[ ] Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6).
[ ] Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7).
[ ] Taxes or penalties of governmental units - 11 U.S.C. §507(a)(8).
[ ] Other - Specify applicable paragraph of 11 U.S.C. §507(a)(___).
*For cases commenced on or after 4/1/07. Amounts are subject to adjustment every 3 years.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and a copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

THIS SPACE IS FOR COURT USE ONLY

| Date 11/7/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any) MARISOL MORALES, ATTORNEY |
|---|---|

EXHIBIT A

Our file 14922

## **BREAKDOWN OF REJECTION CLAIM**

| | |
|---|---|
| RENTS FROM 03/01/2005 TO 02/29/2006[1] | $589,000.00 |
| INSURANCE | $85,000.00 |
| 2005 TAXES | $144,324.64 |
| ESTIMATED PRO RATA SHARE FOR 2006 TAXES[2] | $34,000.00 |
| ESTIMATED REPAIRS[3] | $82,200.00 |
| ESTIMATED UTILITIES/ MAINTENANCE | $296,310.20 |
| ADA REPAIRS | $250,000.00 |
| **TOTAL CLAIMED AMOUNT** | **$1,480,834.84** |

The claimed amount includes rents reserved under the lease for One (1) year following the petition, including rents and CAM.

The claimed amount also includes an unsecured claim in the amount of $250,000.00 based on the Debtors' violation of Title III of Americans with Disabilities Act, 42 U.S.C. § 12181 et. seq. ("ADA") at the leased premises. Under the terms of the subject Lease, the Debtors are responsible for the design and construction of the premises and for any failure of the premises to comply with disability access laws, and thus for its remediation.

Under the Lease, Debtors are obligated to reimburse Creditor for, or pay directly to the taxing authority the taxes due on the Demised Premises. In the event the Debtors fail to honor their obligation, the Creditor reserves all rights to seek payment of the real estates tax due for the 2005 tax year as an administrative expense claim.

The creditor reserves the right to amend this claim when the amount of the Creditor's claim changes, or in the event Debtors fail to pay any amount which accrues or becomes due after the Petition Date. The Creditor may have and hereby reserves all rights to assert an administrative expense claim.

---

[1] Base Rent per month is $49,083.33.
[2] Estimated 2006 Taxes are $204,000.00. Thus, the Debtors estimated pro rata share of the total estimated taxes for the months of January and February 2006 are $34,000.00.
[3] See attached Inspection Report.

## SUMMARY OF DOCUMENTS ATTACHED

A. Lease dated February 14, 1996 and Assignments of Lease.

B. Hillsborough County Notice of Ad Valorem Taxes and Non-Ad Valorem Assessments.

C. Commercial Inspection Report dated September 30, 2005 with estimate of cost to repair and restore.