UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et. al.,

      Debtor

_____/

CASE NO: 05-03817-3FQ
(Jointly Administered)
CHAPTER 11

## REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

COMES NOW Artesia Medical Development Company ("Landlord"), by and through its undersigned counsel, and files this Request for Allowance of Administrative Claim and in support thereof would show as follows:

1.      This case was commenced on February 21, 2005 by the filing of a voluntary petition under Chapter 11 of the United States Code, by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates ("Debtors").

2.      The Landlord owns the property that the Debtors operated as Winn-Dixie/Save Rite Store # 2661 ("Demised Premises").

3.      On or about September 30, 2005 ("Rejection Date"), the Debtors rejected the Lease dated February 14, 1996 ("Lease") and surrendered possession to the Landlord. A copy of the applicable Lease is attached hereto as Exhibit A.

4.      Pursuant to this Court's order setting rejection procedures [D.E. 3754], this Court directed the Debtors to honor all "Postpetition Rental Obligation" arising under the Lease. The order further provides for the Debtors' agreement that Landlords "shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligation."

5.      Under the Lease, the Debtors are obligated to pay and reimburse to the Landlord as additional rent the amount of the annual ad valorem real estate taxes levied against the Demised Premises.

6.      As shown on the attached Exhibit B, the real estate tax due for the 2005 tax year is $144,324.64. The real estate tax that accrued from January to Rejection Date is $107,551.51. The real estate tax that accrued Postpetition to the Rejection Date is $87,385.60. The Landlord should be allowed and administrative expense claim for these taxes.

7.      The Debtors were also directed to vacate the Demised Premises in the condition required by the Lease [D.E. 3405].

8.      Under the terms of the Lease, the Debtors are also contractually obligated to 1) maintain the building, appurtenances, sidewalks, parking and service areas, in good and tenantable condition; 2) repair throughout the term of the Lease and, at or before the end of the term of the Lease, repair or reimburse the Landlord for the cost of repairing any damage to the Demised Premises; and 3) yield the Demised Premises "in a good and tenantable condition."

9.      As shown by the Inspection Report, attached hereto as Exhibit C, the Debtors have failed to vacate the Demised Premises in the condition required by the Lease. The estimated cost to repair and restore the Demised Premises to good and tenantable condition is $82,200.00. These damages arose from the Debtors post-petition termination of the Lease. The bankruptcy estate benefited from the use and occupancy of the Demised Premises, up to and including the Rejection Date, by allowing the Debtors to continue business and to generate revenue in the normal course; thereby making this an administrative expense claim entitled to first priority.

10.    The Creditor reserves the right to amend or modify this Request for Administrative Claim in the event discovery or future events make it necessary.

WHEREFORE, Artesia Medical Development Company respectfully requests this Court enter an order, after notice and hearing, directing the Debtors to pay immediately the amount of administrative expense claim as determined by the Court and grant such other and further relief as this Court deems just and necessary.

I HEREBY CERTIFY that on November 7, 2005, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Ben-Ezra & Katz, P.A.
951 NE 167th Street, Suite 204
N. Miami Beach, FL  33162
Telephone: (305) 770-4100
Fax:        (305) 653-2329

By: /S/ Marc A. Ben-Ezra
    MARC A., BEN-EZRA
    Fla. Bar No. 861189

File # 14922