## HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

2005 — PIN A-23-29-18-4S3-000010-00001.0 — 183812-0000 — TBH

| Taxing Authority | | | | | TAX AMOUNT |
|---|---|---|---|---|---|
| [illegible] | 5977413 | 0 | 5977413 | 6.92570 | 41,397.77 |
| ENVIRONMENTAL LAND | 5977413 | 0 | 5977413 | 0.08400 | 502.10 |
| LIBRARY SERVICE | 5977413 | 0 | 5977413 | 0.69230 | 4,138.16 |
| [illegible] | 5977413 | 0 | 5977413 | 0.00900 | 53.80 |
| SCHOOL - LOCAL | 5977413 | 0 | 5977413 | 2.76000 | 16,497.66 |
| SCHOOL - STATE | 5977413 | 0 | 5977413 | 5.16800 | 30,891.27 |
| PORT AUTHORITY | 5977413 | 0 | 5977413 | 0.26000 | 1,554.13 |
| HILLS CO TRANSIT AUTHORITY | 5977413 | 0 | 5977413 | 0.50000 | 2,988.71 |
| CHILDRENS BOARD | 5977413 | 0 | 5977413 | 0.50000 | 2,988.71 |
| WATER MANAGEMENT | 5977413 | 0 | 5977413 | 0.42200 | 2,522.47 |
| WATER MANAGEMENT H | 5977413 | 0 | 5977413 | 0.28500 | 1,703.56 |
| TAMPA CITY | 5977413 | 0 | 5977413 | 6.53900 | 39,086.30 |
| | | | | 24.14500 | 144,324.64 |

### NON-AD VALOREM ASSESSMENTS

| CITY OF TAMPA -- STORMWATER | STORMWATER CONTROL | 2,020.32 |
|---|---|---|

ARTESIA MEDICAL DEVELOPMENT COMPANY — 2,020.32 / 146,344.96

Partial Legal Description: FULLER'S SUBDIVISION PARCEL OF LAND BEING A PORTION OF BLOCK 10 INCL A PORTION OF 10 FT ALLEY LYING WITHIN AND TOGETHER WITH ALL OF LOTS 1 THRU 24 INCL BLOCK 7 INCLUDING VACATED ALLEY LYING WITHIN SD

*If paying by mail: Please detach and return bottom part with your payment.*

## HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

PIN A-23-29-18-4S3-000010-00001.0   PROP ID 2020295   Tax Year 2005

**Amount - If Paid by:** (Payable in US Funds)

| Amount | By |
|---|---|
| 140,491.16 | Nov 30 05 |
| 141,954.61 | Dec 31 05 |
| 143,418.06 | Jan 31 06 |
| 144,881.51 | Feb 28 06 |
| 146,344.96 | Mar 31 06 |
| 150,738.06 | Delinquent * Apr 1-May 31 06 |

* Certified Funds Required

TOTAL 5977413   TBH   183812-0000
JUST VALUE 5977413

FULLER'S SUBDIVISION PARCEL OF LAND BEING A PORTION OF BLOCK 10 INCL A PORTION OF 10 FT ALLEY LYING WITHIN AND TOGETHER WITH ALL OF LOTS 1 THRU 24 INCL BLOCK 7 INCLUDING VACATED ALLEY LYING WITHIN SD etc.

DOUG BELDEN, TAX COLLECTOR
601 E. KENNEDY BLVD. 14TH FLOOR
TAMPA FL 33602-4931

ARTESIA MEDICAL DEVELOPMENT COMPANY
1674 MERIDIAN AVE STE 201
MIAMI BEACH FL 33139-2825

0001   18381200007   0146344965



EXHIBIT B