# NP | NATIONAL PROPERTY INSPECTIONS®

4218 W. Barcelona * Tampa, FL 33629
Bus. (813) 839-9490 * Cell (813) 361-9108*www.npiweb.com/raney

---

# COMMERCIAL INSPECTION REPORT

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| **Building Description:** | SaveRite Grocery Store 60,000 SF | **Estimated Age:** | 8 Years |
| **Address:** | 1601 W. Kennedy | **Weather:** | Sunny |
| **Client Name:** | Marvin Katz Marc A. Ben-Ezra P.A. Phone (305) 770-4100 | **Temperature:** | 90 Degrees |
| **Date of Inspection:** | 30 Sept 2005 | **Inspection Fee:** | $2,950.00 |

## CONVENTIONS USED IN THIS REPORT

Commercial Buildings, such as the one listed above, should be viewed as "high-use" "high-traffic." Normal "wear and tear," such as smudges of paint, marring of woodwork, stains in carpet, etc., are not necessarily part of this report. The owner of this building should expect and budget for "on-going" maintenance and expense of various types.

Select photographs may be attached to this report to help demonstrate the location of and nature of specific items mentioned in the report. Underlining is used to high light specific information. All the report should be read and understood.

## SCOPE OF THE INSPECTION

This is a visual inspection of readily accessible areas and not technically exhaustive. Some items e.g., windows, doors and electrical outlets are inspected on a random sampling basis. Hidden or obstructed items may not be observed.

This report is not intended to address environmental issues such as asbestos, lead paint, mold, air-borne pollutants, etc. Further, this report is not intended to be a code compliance inspection and does not address issues such as ADA (American With Disabilities Act).

National Property Inspections expresses no opinion on the condition of this property beyond what is set forth in this written report. National Property Inspections can not predict how the building may be used or modified in the future.



**EXHIBIT**
C

*"Independently Owned and Operated"*

# NATIONAL PROPERTY INSPECTIONS®

4218 W. Barcelona * Tampa, FL 33629
Bus. (813) 839-9490 * Cell (813) 361-9108*www.npiweb.com/raney

## PRE-INSPECTION AGREEMENT

The client understands that this inspection is only a visual review of readily accessible areas. It is not technically exhaustive and no excavation, disassembly or removal of obstructions is preformed.  Hidden or obstructed defects may not be observed.  In addition, some property components are inspected on a random sampling of like items, i.e., electrical outlets, windows, doors, etc.  Therefore, every defect may not be identified.

National Property Inspections encourages the client to be present at the inspection.  This will enable the inspector to point out specific observations, as well as help the client better understand any comments provided in the report.

The client understands, accepts and agrees that National Property Inspections does not imply or expressly warrant or guarantee the inspection report, or the condition of the subject property.  Damages for any claimed deficiency in the inspection of the subject property to discover a claimed defect, shall be limited to the fee charged for the inspection.  In the event of any action or suit by the client against National Property Inspections, to recover damages or for remedies exceeding the inspection fee, the client shall pay all reasonable costs and attorney's fees as part of any such action or suit incurred by or on behalf of National Property Inspections, if National Property Inspections prevails, whether by dismissal or adjudication.  Any legal action must be brought within two (2) years from the date of the inspection or will be deemed waived and forever barred.

National Property Inspections expresses no opinion on the condition of this property beyond what is set forth in this written report.  This report is not intended to address environmental issues such as asbestos, lead paint, mold, or air-borne pollutants.  The client may wish to obtain those type of inspections from another company that provides environmental inspections.

National Property Inspections does not inspect for compliance with building codes or regulations of any governmental or non-governmental body entity or agency.  Likewise, National Property Inspections has not inspected for compliance with ADA (Americans With Disabilities Act).

Mike Raney, 30 Sept 05
Inspector Signature, Date

Signed, 30 Sept 05
Client Signature, Date

**XXXX** Client not present to sign

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

## EXTERIOR

## General Description:

60,000 SF Grocery store to include an office area, liquor sales area, deli, bakery, three restrooms, meat and produce prep areas, and a warehouse area
> Asphalt parking
> Masonry walls
> Steel trusses and metal roof deck
> Asphalt rolled roofing
> Clay tile front roof
> Stucco front exterior with painted block on all other side.
> Metal stud walls
> Suspended ceilings
> Mechanical

## Grading and Drainage:
Lot is near level.

Store parking is equipped with three (3) area inlets in the parking areas.

The roof drainage system empties in to a lift station in the rear of the building. See Photograph 8. This system could not be operated due to the lack of water. Visually, the system most likely operates acceptable due to no water backup. This equipped with a self monitoring system which registered no errors.

The following apply:
1. Loading Dock Drainage:
   There is water present at the base of the loading dock ramp. See Photograph 9. Water is not draining from the area through the drop inlet, indicating the underground system is clogged.

## Landscaping:
Subject is landscaped both in the parking islands and the building perimeter.



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

**The following apply:**
1. Trees in contact with the rear of the building. See Photograph 2.
2. Dead shrubs / missing mulch in islands. See Photograph 3.
3. Trash in landscaping.
4. Undermined rear steps. See Photograph 4.

## Landscape sprinklers:
All areas are sprinkled. Controls could not be located for testing.

**The following apply:**
1. Capped heads to the north of the main entry. See Photograph 5.
2. Exposed sprinkler piping around the rear and north sides of the building. See Photograph 7.
3. Broken heads throughout system.

Recommend review of system by a certified sprinkler contractor.

## Asphalt Parking:
Parking consists of 133 parking spaces and 7 handicap spaces.   Stripping is in fair condition.

**The following apply:**
1. Lot is stained. See Photograph 7.

## Concrete:
Concrete curbs, sidewalks, and flatwork. All found to be acceptable.
Concrete floor of the facility was found to acceptable. Typical cracks do exist.

**The following apply:**
1. Damaged slab at dock approach. See Photograph 10.
2. Tripping hazard along rear sidewalk. See Photograph 11. Any lip over ¾ inch is considered a hazard.

Recommend repair by a certified contractor.



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

## Masonry:
All exterior walls are masonry. The structure is acceptable.

The following apply:
1. Cracks can be seen in the north, south, and west walls of the building. One of these is as follows: Rear wall: To the south of the mechanical room. See Photograph 12.
2. Loading Dock: To the north of the north overhead door, is a masonry crack running the length of the door. See Photograph 13. This appears to have been caused from trucks unloading materials. The surrounding areas are stable, but damage has occurred to the wall. Recommend review and repair by a certified contractor.

## Wood:
No visible termite damage was seen at the time of the inspection.

## Structural Steel:
Steel trusses and metal deck were found to be acceptable.

## Roofing:
System is constructed of asphalt rolled roofing over the main facility.
Gutters extend along the rear of the building. See below.
Aluminum parapet wall cap. System was acceptable.
Clay tile over the front mansard roofs. See Below.

The following apply:
1. There are approximately 7 areas of "bubbling". Average size is 2 foot x 2 foot. See Photograph 14. These are caused by trapped water or air.
2. There are suspected roof leaks over main grocery area. Per the Store Manager, a work order has been submitted for these repairs. The visible leaks were located as follows:
    A. Center of the store. See Photograph 22. These areas are located under abandoned roof penetrations pipes and curbs. See Photograph 25. It is suspected that these conduits may be allowing water in to the building.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

3.   Deteriorated roof pads. See Photograph 15.
4.   Several areas of previous patches, approximately 5 each. See Photograph 17. The south seam of this patch is peeling away from the roof. See Photograph 16.
5.   Loose hatch cover. See Photograph 20.
6.   The gutters over the south coolers are allowing water to pour on to these units. See Photograph 21.
7.   The condenser over the liquor store is leaking condensate on to the roof. See Photograph 18. This has caused most of the protective granules to wash away in this area.
8.   South Roof Curb: It appears that a chemical was spilled in this area and has caused the top layer of the roof to peel away. See Photograph 19.
9.   Loose tile along the south end of the front roof. See Photograph 23.
10.  Damaged overhang. See Photograph 24.
11.  Open pipe ends from mechanical room. See Photograph 29. This is where the cooling piping was removed and may allow water into the building.

Recommend review and repair by a certified roofing contractor.

## Stucco:
The exterior finish of the cement stucco over CMU block. Rated marginal due to the below listed.

### The following apply:
1.   Cracked / damaged stucco.
     Front, north side. See Photograph 26.
     Front, south side. See Photograph 27.
     Damage at front, north corner. See Photograph 28.

Recommend review by a certified stucco contractor.



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

## Doors and Windows:

| | |
|---|---|
| Main front Doors: | Automatic Besam slider doors. Operation was acceptable. |
| Liquor Store Entry: | Automatic Besam swing doors. Operation was acceptable. |
| Exterior Building Doors: | Metal doors and frames. Acceptable. |
| Interior Building Doors: | Wood doors with metal frames. Marginal. |

### The following apply:

1. Men's Restroom: Door rubs frame. No evidence of damage could be seen.
2. The impact doors from the produce prep area into the main warehouse are damaged. The left door is pulled away from the frame. See Photograph 37.
3. The impact door to the main show room are also damaged.

## Finishes:

Main Grocer and Liquor Areas:
   VCT Tile.
Deli and Meat Prep Areas:
   Non-skid ceramic tile.
Ceramic wall tile in deli, meat prep, and mop sink areas.

### The following apply:

1. Approximately 300 sq ft of damage/missing VCT flooring due to the removal of equipment. See Photograph 30.
2. Ceramic Tile:
   Deli Area: Cracked / damaged tile where the coolers were removed. See Photograph 31.
   Meat Prep: Cracked floor tile. See Photograph 32.
3. Torn screening above meat prep area. See Photograph 33.

## Specialties:

Units were found to be in good repair, free of damage. Some graffiti exist.



## NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

**Louvers:**
Metal, screened louvers.

**The following apply:**
1.  Damaged louvers and screens on the north side of the mechanical roof. See Photograph 34.

**Fire Suppression:**
Fire connection located on southwest corner of building.

Fire Extinguishers
    Fully charged.
    Serviced June 2005.

Fire Suppression Ansul Hoods located in the Bakery and Meat Areas.
    R102 Wet Chemical System
    All hoods inspected in June 3, 2005.
    Vigil, Inc (813) 932-9100

    Emergency Exit Signs:
        Acceptable.
    Sprinkler System:
        ASAP Automatic Sprinklers and Piping.
        (727) 559-7777
        Inspected June 2005
    Fire Alarm System:
        Silent Knight Model SK-5208
        Tested March 2005 by All Phase Security at (727) 328-2272

We spoke to the Fire Alarm / Sprinkler Contractors. These are self monitoring systems and will alarm if trouble is detected.



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

## Loading dock Equipment:
Dock Bumpers:
> Missing / damaged bumpers.   See Photograph 36.

Overhead Doors:
> Two, manually operated doors.
> Acceptable.

## Plumbing:
Building contains:

Men's Restroom:
> 2 sinks, 2 urinals, and 2 toilets.  One handicap stall.

Women's Restroom.
> 7 sinks and 7 toilets.  Two handicap stalls.

Copper water supply lines, PVC waste, and PVC vents.
All faucets and drains were tested.

Hot Water Heaters:
1. Mueller
   Age: 5 years, 120 Gallon, Electric, Acceptable.
2. AO Smith
   Age: 8 years, 119 Gallon, Electric, Acceptable.
3. AO Smith
   Age: 8 years, 119 Gallon, Electric, Acceptable.
4. Liquor Store Water Heater.  INOPERATIVE
   AO Smith
   Age: 8 years, 10 Gallon, Electric, Defective.

## The following apply:
1. Men's Restroom:
   A. Urinals are slow to flush.
   B. Stopper inoperative in far left sink.
   C. Two toilets not secured to floor.
2. Women's Restroom:
   A. Sink stoppers inoperative.
   B. Three toilets are not secured to the floor.
3. Produce Mop Sink:

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

    A.    Missing cold water handle.
           Hot water handle loose.
           Vacuum break faucet leaks from vacuum valve.

4.    Produce Prep Area:
    A.    Broken PVC drain.  See Photograph 38.
    B.    Leaking sink shut off valve.

5.    Meat Prep Floor Sink:
    A.    Sink leaks at neck.  It is also difficult to shut off.

6.    The hot water heater in the liquor store is not working.  This is possibly due to disabled outlets.

7.    Liquor Store Water Fountain:  The drinking spout is cracked.  See Photograph 39.

## Heating and Cooling:

Main Facility Unit:
    Season 4, Age:  8 years, Model 1SPK44-0924-ES140-37HR
    Altech Controller System.
    Size: 100 Tons.  One Zone.

The following apply:
    Compressor:

| | |
|---|---|
| Rated Voltage: | 208 |
| Rated Amperage: | 73.7 |
| Acceptable | |

    Evaporator:

| | |
|---|---|
| Fan Motor Volts | 208 |
| Fan Motor Amps | 43 |
| Entering Temperature | 73 |
| Leaving Temperature | 61 |

Condenser:

| | |
|---|---|
| Entering Temperature | 87 |
| Leaving Temperature | 112 |
| Ambient Temperature | 87 |
| Fan Motor Amps | 60 |
| Acceptable | |



## NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

Evaporator – Chiller:
> GE Blower motor.
> 30 HP, 1765 RPM

### The following apply:
1. Evaporator filters very dirty.  See Photogarph 42.
2. The variable speed controls have been disabled, resulting in the fan running at full speed at all times.  This prevents the unit from regulating air flow as building temperatures change.  This also reduces the efficiency of the unit.
3. Condenser coils are dirty.
4. Belts are in need of replacement.
5. Temperature differential is 12 degrees, which is out of the acceptable range.

Front Roof Top Unit:
> Located over the front offices.
> Carrier, Age:  8 years, Model 50TJ-005-501
> This serves the office areas and liquor store.

### The following apply:
1. The condensate drain from the unit is leaking and does not extend off the roof of the building.
2. Filters are dirty.
3. Dirty evaporator and condenser coils.
4. Condenser fan motor is vibrating, possible indicating deteriorated bearings.
5. Temperature differential is 15 degrees, which is out of the acceptable range.



## NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

Refrigeration:

<u>The following apply:</u>
1.   Most of the copper refrigeration piping was abandoned in place i.e. under the slab.  See Photograph 45.  This may have to be tapped into for new equipment and / or removed and reinstalled.

Recommend review and repair by a certified heating and cooling contractor.

## **Electrical:**

<u>The systems consist of the following:</u>

Three Phase, Underground service drop.

Main 2000 amp Service Panel serving the Panels as follows:

| | |
|---|---|
| PMA | 200 amp |
| PS | 200 amp |
| PL | 200 amp |
| PLA | 200 amp |
| PH | 225 amp |
| LL | 200 amp |
| PK | 225 amp |
| PM | 200 amp |
| PA | 150 amp |
| PLL | 150 amp |

<u>Sub Panel 1600 amp serving the Panels as follows:</u>

| | |
|---|---|
| PB | 400 amp |
| RTU | 450 amp |

The system is acceptable for this type of facility.

<u>The following apply (These deficiencies exist from the previous inspection)</u>
1.   Main electrical room there was a ½ inch conduit which is not strapped down.  This runs over the MDP Panel.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

2. Panel PG: Missing two blank covers for breaker spaces.

3. Panel PL circuit #1 – This has a 30 amp, 1 pole breaker with a #10 wire on it, which is oversized for this size breaker. This is acceptable per code, if the breaker is labeled as feeding lighting. It could be that this wire is oversized for voltage drop reasons and the breaker should be changed to a 20 amp. It could also be that this breaker is labeled incorrectly. This is stated because all lighting is normally on a 20 amp breaker.

4. Panel PHA, Circuit #25 – This is a 30 amp, 1 Pole breaker with a #10 wire labeled "Fans & A/S Heaters". The maintenance personnel informed that this feeds the door heaters for the reach-in cooler and that there is no over current protection inside the units. These are wired with #12 (20 amp) wire to the door heaters. This should be reviewed at the equipment vendor to insure that this is the correct installation.

5. Panel PMA, Circuits #31, 33, 35: No label for what this breaker is feeding.

6. Panel PB, Circuits #34, 36: This is a 30 amp 2 pole breaker with #12 wire (20 amp wire). It is labeled as a "Display Cases". This could be correct installion if these "display cases" have a nameplate requiring the oversized breaker for start up current.

7. Panel PB: Panel has a "homemade" fabricated collar to fill the gap between the panel cover and the dead front, caused by the wall thickness exceeding the panel depth. This collar is not UL listed and is not code compliant.

8. Panel MDP: Inside the main switchboard there are 500 MCM wires that are not terminated and hanging loosely in the panel. This is not a code issue; however, these should at least be labeled as to their purpose or removed.

9. Panel MDP: This main switchboard is missing the majority of the bolts that hold the cover on. These must be replaced to meet UL listing.

10. Panel CP and PM: These panels are mislabeled in that Panel CP is actually Panel PM.

11. Missing cover over exterior outlet to the north of the front door. See Photograph 39.



## NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

12. Open electrical junction boxes over office areas. See Photograph 40. These should have covers.
13. Produce Prep Area:
    Outlets not GFCI protected around sinks.
14. Meat Prep Area:
    A.   2 each GFCI outlets not working under window to Meat Cooler Prep Area.
    B.   5 each GFCI outlets in the southeast corner of the room not working.

New Items of Concern:

1. Apprx 30 conduit runs are not terminating in proper electrical boxes. See Photograph 43.
2. Unsafe conduits / lighting / supports in the rear mechanical room. See Photograph 44.
3. Most of the outlets in the rear of the building have been disabled due to equipment removal.
4. It is recommended that an electrician review this building and make all electrical connections safe. Also, a full review will be needed to trace all circuits before they are brought back online.
5. If the new tenant does not use the existing floor wiring connection, all wiring and circuits will have to be removed.

## Lighting:

The system consists of 2x4 flush mounted fluorescent fixtures.

The following apply:

1. Missing can light over front door. See Photograph 41.
2. With a new tenant, lighting may have to be reconfigured.

## Generator: Has been removed. See Photograph 40.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

## Summary/Overall Assessment

Please take the time to read the entire report. If you think of additional questions, feel free to call the inspector. Items not addressed in the report were not inspected.

The following are some of the points of interest:

**Grading and Drainage:**
1. Loading Dock Drainage:
   There is water present at the base of the loading dock ramp. See Photograph 9. Water is not draining from the area through the drop inlet, indicating the underground system is clogged.

**Landscaping:**
1. Trees in contact with the rear of the building. See Photograph 2.
2. Dead shrubs / missing mulch in islands. See Photograph 3.
3. Trash in landscaping.
4. Undermined rear steps. See Photograph 4.

**Landscape sprinklers:**
1. Capped heads to the north of the main entry. See Photograph 5.
2. Exposed sprinkler piping around the rear and north sides of the building. See Photograph 7.
3. Broken heads throughout system.

**Asphalt Parking:**
1. Lot is stained. See Photograph 7.

**Concrete:**
1. Damaged slab at dock approach. See Photograph 10.
2. Tripping hazard along rear sidewalk. See Photograph 11. Any lip over ¾ inch is considered a hazard.

**Masonry:**
1. Cracks can be seen in the north, south, and west walls of the building. One of these is as follows: Rear wall: To the south of the mechanical room. See Photograph 12.
2. Loading Dock: To the north of the north overhead door, is a masonry crack running the length of the door. See Photograph 13. This appears to have been caused from trucks unloading materials.
   The surrounding areas are stable, but damage has occurred to the wall.

**Wood:**
1. No visible termite damage was seen at the time of the inspection.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

## Roofing:

1. There are approximately 7 areas of "bubbling". Average size is 2 foot x 2 foot. See Photograph 14. These are caused by trapped water or air.
2. There are suspected roof leaks over main grocery area. Per the Store Manager, a work order has been submitted for these repairs. The visible leaks were located as follows:

   A. Center of the store. See Photograph 22. These areas are located under abandoned roof penetrations pipes and curbs. See Photograph 25. It is suspected that these conduits may be allowing water in to the building.

3. Deteriorated roof pads. See Photograph 15.
4. Several areas of previous patches, approximately 5 each. See Photograph 17. The south seam of this patch is peeling away from the roof. See Photograph 16.
5. Loose hatch cover. See Photograph 20.
6. The gutters over the south coolers are allowing water to pour on to these units. See Photograph 21.
7. The condenser over the liquor store is leaking condensate on to the roof. See Photograph 18. This has caused most of the protective granules to wash away in this area.
8. South Roof Curb: It appears that a chemical was spilled in this area and has caused the top layer of the roof to peel away. See Photograph 19.
9. Loose tile along the south end of the front roof. See Photograph 23.
10. Damaged overhang. See Photograph 24.
11. Open pipe ends from mechanical room. See Photograph 29. This is where the cooling piping was removed and may allow water into the building.

## Stucco:

1. Cracked / damaged stucco.
   Front, north side. See Photograph 26.
   Front, south side. See Photograph 27.
   Damage at front, north corner. See Photograph 28.

## Doors and Windows:

1. Men's Restroom: Door rubs frame. No evidence of damage could be seen.
2. The impact doors from the produce prep area into the main warehouse are damaged. The left door is pulled away from the frame. See Photograph 37.
3. The impact door to the main show room are also damaged.

## Finishes:

1. Approximately 300 sq ft of damage/missing VCT flooring due to the removal of equipment. See Photograph 30.
2. Ceramic Tile:
   Deli Area: Cracked / damaged tile where the coolers were removed. See Photograph 31.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*

---

Meat Prep: Cracked floor tile. See Photograph 32.
3.   Torn screening above meat prep area. See Photograph 33.

**Louvers:**
1.   Damaged louvers and screens on the north side of the mechanical roof. See Photograph 34.

**Fire Suppression:**
We spoke to the Fire Alarm / Sprinkler Contractors. These are self monitoring systems and will alarm if trouble is detected.

**Loading dock Equipment:**
Dock Bumpers:
Missing / damaged bumpers. See Photograph 36.

**Plumbing:**
1.   Men's Restroom:
   A.   Urinals are slow to flush.
   B.   Stopper inoperative in far left sink.
   C.   Two toilets not secured to floor.
2.   Women's Restroom:
   A.   Sink stoppers inoperative.
   B.   Three toilets are not secured to the floor.
3.   Produce Mop Sink:
   A.   Missing cold water handle.
      Hot water handle loose.
      Vacuum break faucet leaks from vacuum valve.
4.   Produce Prep Area:
   A.   Broken PVC drain. See Photograph 38.
   B.   Leaking sink shut off valve.
5.   Meat Prep Floor Sink:
   A.   Sink leaks at neck. It is also difficult to shut off.
6.   The hot water heater in the liquor store is not working. This is possibly due to disabled outlets.
7.   Liquor Store Water Fountain: The drinking spout is cracked. See Photograph 39.

**Heating and Cooling:**
Large Unit:
1.   Evaporator filters very dirty. See Photogarph 42.
2.   The variable speed controls have been disabled, resulting in the fan running at full speed at all times. This prevents the unit from regulating air flow as building temperatures change. This also reduces the efficiency of the unit.
3.   Condenser coils are dirty.
4.   Belts are in need of replacement.
5.   Temperature differential is 12 degrees, which is out of the acceptable range.
Front Roof Top Unit:



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

1. The condensate drain from the unit is leaking and does not extend off the roof of the building.
2. Filters are dirty.
3. Dirty evaporator and condenser coils.
4. Condenser fan motor is vibrating, possible indicating deteriorated bearings.
5. Temperature differential is 15 degrees, which is out of the acceptable range.

**Refrigeration:**

1. Most of the copper refrigeration piping was abandoned in place i.e. under the slab. See Photograph 45. This may have to be tapped into for new equipment and / or removed and reinstalled.

**Electrical:**

These deficiencies exist from the previous inspection

1. Main electrical room there was a ½ inch conduit which is not strapped down. This runs over the MDP Panel.
2. Panel PG: Missing two blank covers for breaker spaces.
3. Panel PL circuit #1 – This has a 30 amp, 1 pole breaker with a #10 wire on it, which is oversized for this size breaker. This is acceptable per code, if the breaker is labeled as feeding lighting. It could be that this wire is oversized for voltage drop reasons and the breaker should be changed to a 20 amp. It could also be that this breaker is labeled incorrectly. This is stated because all lighting is normally on a 20 amp breaker.
4. Panel PHA, Circuit #25 – This is a 30 amp, 1 Pole breaker with a #10 wire labeled "Fans & A/S Heaters". The maintenance personnel informed that this feeds the door heaters for the reach-in cooler and that there is no over current protection inside the units. These are wired with #12 (20 amp) wire to the door heaters. This should be reviewed at the equipment vendor to insure that this is the correct installation.
5. Panel PMA, Circuits #31, 33, 35: No label for what this breaker is feeding.
6. Panel PB, Circuits #34, 36: This is a 30 amp 2 pole breaker with #12 wire (20 amp wire). It is labeled as a "Display Cases". This could be correct installion if these "display cases" have a nameplate requiring the oversized breaker for start up current.
7. Panel PB: Panel has a "homemade" fabricated collar to fill the gap between the panel cover and the dead front, caused by the wall thickness exceeding the panel depth. This collar is not UL listed and is not code compliant.
8. Panel MDP: Inside the main switchboard there are 500 MCM wires that are not terminated and hanging loosely in the panel. This is not a code issue; however, these should at least be labeled as to their purpose or removed.
9. Panel MDP: This main switchboard is missing the majority of the bolts that hold the cover on. These must be replaced to meet UL listing.
10. Panel CP and PM: These panels are mislabeled in that Panel CP is actually Panel PM.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

11.   Missing cover over exterior outlet to the north of the front door. See Photograph 39.

12.   Open electrical junction boxes over office areas. See Photograph 40. These should have covers.

13.   Produce Prep Area:
Outlets not GFCI protected around sinks.

14.   Meat Prep Area:

    A.   2 each GFCI outlets not working under window to Meat Cooler Prep Area.

    B.   5 each GFCI outlets in the southeast corner of the room not working.

## New Items of Concern:

1.   Apprx 30 conduit runs are not terminating in proper electrical boxes. See Photograph 43.

2.   Unsafe conduits / lighting / supports in the rear mechanical room. See Photograph 44.

3.   Most of the outlets in the rear of the building have been disabled due to equipment removal.

4.   It is recommended that an electrician review this building and make all electrical connections safe. Also, a full review will be needed to trace all circuits before they are brought back online.

5.   If the new tenant does not use the existing floor wiring connection, all wiring and circuits will have to be removed.

## Lighting:

1.   Missing can light over front door. See Photograph 41.

2.   With a new tenant, lighting may have to be reconfigured.

**Generator:** Has been removed. See Photograph 40.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

"As with any office building, this structure receives a lot of use and will need significant and on-going maintenance."

National Property Inspections, Mike Raney
**Inspector**

5 Oct 2005
**Date**



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*

### Photo Log:

Photos are used to help identify the location and nature of defects. Photos are not taken of every defect.



Photograph 1: Building Front



Photograph 2: Trees in contact with building rear.



Photograph 3: Dead shrubs / Missing mulch.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photogarph 4: Undermined rear steps.



Photograph 5: Capped sprinkler heads.



Photograph 6: Exposed sprinkler lines.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 7:  Stained parking lot.



Photograph 8:  Rear lift station.



Photograph 9: Loading dock drainage.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 10:  Cracked dock apron.



Photograph 11:  Tripping hazard along rear sidewalk.



Photograph 12:  Rear crack in CMU wall.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*



Photograph 13:  Damaged area to the north of loading dock door.



Photograph 14:  Roof bubbling.



Photograph 15:  Deteriorated roof pads.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 16:  Seams at patch separating from roof.



Photograph 17:  Overview of patch.



Photograph 18:  Leaking condensate at Liquor Store condenser.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 19:  Roofing damage at sealed roof curbing.



Photograph 20:  Loose roof hatch.



Photograph 21:  Leaking gutter.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 22:  Suspected leak in store.



Photograph 23:  Loose clay tile over south overhang.



Photograph 24:  Damaged metal overhang over the south personnel door.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 25:  Uncapped roof penetration.



Photograph 26:  Cracked stucco.



Photograph 27:  Damaged stucco.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 28:  Damaged stucco.



Photograph 29:  Open pipe ends.



Photograph 30:  Damaged areas of VCT.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 31:  Damaged quarry tile.



Photograph 32:  Damaged floor tile.



Photograph 33:  Torn screen at meat prep.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 34:  Damaged louver and screen.



Photograph 35:  Removed protective bumper.



Photograph 36:  Damaged / missing dock bumpers.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 37: Damaged impact doors.



Photograph 38: Damaged drain line.



Photograph 39: Leaking drinking spout.



# NATIONAL PROPERTY INSPECTIONS

*"North America's Premier Inspection Service"*



Photograph 40:  Removed generator.



Photograph 41:  Missing can light above front door.



Photograph 42:  Dirty filters.

*"Independently Owned and Operated"*



# NATIONAL PROPERTY INSPECTIONS
*"North America's Premier Inspection Service"*



Photograph 43:  Exposed wiring.



Photograph 44:  Mechanical room.



Photograph 45:  Abandoned piping.

*"Independently Owned and Operated"*

| Items | Description | | | | | | Cost |
|---|---|---|---|---|---|---|---|
| | Repair estimate for Save Rite Grocery Store | | | | | | Amd5e002 |
| 1 | Underground Drainage/correct @ loading dock | | | | | | |
| 2 | Landscaping/Sprinkler System | | | | | | $ 1,500 |
| 3 | Overlay Parking Lot/Clean | | | | | | $ 5,000 |
| 5 | Drywall Repairs | | | | | | $ 20,000 |
| 6 | Masonry Repairs @ Door | | | | | | $ 26,000 |
| 7 | Roof patch Repairs/deteriorated areas | | | | | | $ 2,500 |
| 8 | Repair Metal Overhang | | | | | | $ 750 |
| 9 | Stucco siding repairs | | | | | | $ 1,500 |
| 10 | VCT Flooring | | | | | | $ 500 |
| | Fill holes: approximately 15 spots | | | | | | $ 5,000 |
| | Repair tile: 25 each X 10 SF | | | | | | |
| | Bluff Floor: 50,000 Square Feet | | | | | | |
| | 216 Linear Feet at Base | | | | | | |
| 11 | Quarry Tile | | | | | | |
| | 400 SF of tile in the areas of cooler removal. | | | | | | |
| 12 | Torn Screen at Meat Prep | | | | | | $ 3,000 |
| 13 | Torn damaged louvers | | | | | | $ 250 |
| 14 | Plumbing | | | | | | $ 500 |
| | Leaky valve at Produce Prep | | | | | | $ 2,500 |
| | Broken Drain at Deli | | | | | | |
| | Repair faucet at floor sinks. | | | | | | |
| | 5 Loose toilets | | | | | | |
| | Repair Drinking fountain | | | | | | |
| 15 | HVAC | | | | | | |
| | Repair controls and service units. | | | | | | $ 6,200 |
| | This will be the replacement of the controls. | | | | | | |
| 16 | Electrical | | | | | | |
| | | | | | | | $ 5,000 |
| | Total Repairs | | | | | | $ 82,200 |
| | ***These are rough estimates due to the lack of specifics for furture building use. | | | | | | |