FILED
JACKSONVILLE, FLORIDA

NOV - 7 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: ) CASE NO.: 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors ) Jointly Administered

## APPLICATION FOR REIMBURSEMENT OF ATTORNEY'S FEES FOR RECLAMATION VENDOR/PARTICIPATING VENDOR

**NOW COMES** Richard D. Sparkman, attorney for Warren Oil Company, Inc., a reclamation vendor/participating vendor in the above-referenced bankruptcy proceeding, and seeks reimbursement of legal fees in the amount of $4,291.12 pursuant to paragraph 15 of the Stipulation annexed to the Order Amending Order dated August 5, 2005.

Richard D. Sparkman seeks reimbursement for his attorney's fees in representation of Warren Oil Company, Inc. at his normal hourly rate of $300.00 per hour. His reimbursement for paralegal rate is $85.00 per hour. Time was kept in one-tenth hour increments and is more specifically set forth in the detailed time sheets annexed as exhibits to this application.

**WHEREFORE**, Richard D. Sparkman prays that he have and recover reimbursement of his reasonable attorney's fees in the amount of $4,291.12 as reimbursement to Warren Oil Company, Inc., Vendor, for their reasonable legal fees incurred in connection with the negotiation and development of the reclamation/trade lien program.

This the 4th day of November, 2005.

RICHARD D. SPARKMAN & ASSOCIATES, P. A.

BY: _____
Richard D. Sparkman
Attorney for Warren Oil Company
N. C. State Bar No. 6857
PO Box 1687
Angier, NC 27501
(919) 639-6181

WARREN OIL COMPANY

RE: WINN DIXIE STORES - RECLAMATION CLAIM
05-035

TIME SHEETS

| DATE | SERVICES RENDERED | TIME {TRAVEL} [PARALEGAL] ATTORNEY | EXPENSE |
|---|---|---|---|
| 2-22-05 | TCF Client re: Winn Dixie reclamation rights | 3 hrs. | Fax -8@.20=$1.60 |
| 2-22-05 | 2nd TCF Client re: Reclamation | [.6] | |
| 2-22-05 | Review Winn Dixie press release | | |
| 2-22-05 | Additional TCF Client re: Status of bankruptcy proceeding; preparation of reclamation letter to Winn Dixie | | |
| 2-22-05 | Pacer search of case | | Pacer costs-$7.00 |
| 2-22-05 | Fax of reclamation letter to Atty. for Debtor | | Fax-$18.00 |
| 2-24-05 | Teleconf. w/Client re: Reclamation status | .2 | |
| 2-28-05 | Let to Client re: Order for reclamation claims; fax of letter & Order to Client | .3 | Copies=10@.20=$2.00 Fax-10@$.20=$2.00 Postage-$.60 |
| 2-28-05 | TCF&T Client re: Final hearing on Interim Order re: Reclamation | .1 | |
| 2-28-05 | Review Reclamation Procedures Order; PACA Order, Interim & Final Financing Orders | 1 | |
| 2-28-05 | TCT & Fax of Same to Client | .3 | |
| 4-4-05 | Review reclamation defense procedures Order & letter re: Same to Client | .5 [.2] | Copies-14@.20=$2.80 Postage-$.83 |
| 5-5-05 | Review Notices re: Transfer of cases to Middle District of Florida | .2 | |
| 5-11-05 | Review Motion extending time to file reclamation statement | .3 | |
| 5-20-05 | Review Oder Extending Time for debtor to file Statement of Reclamation | .1 | |


| DATE | SERVICES RENDERED | TIME {TRAVEL} [PARALEGAL] ATTORNEY | EXPENSE |
|---|---|---|---|
| 6-8-05 | E-mail from & to Client re: e-mail service of matters | .1 | |
| 6-10-05 | Review proof of claim of client & TCT client re: Same | .2 | |

TOTAL PARALEGAL TIME =   .8  HOURS @ $ 85.00 PER HOUR=        $     68.00

TOTAL ATTORNEY TIME =  6.3 HOURS @ $300.00 PER HOUR =         $ 1,890.00

TOTAL FEES                                                    $ 1,958.00

TOTAL ATTORNEY EXPENSE=                                       $     34.83

TOTAL AMOUNT DUE                                              $ 1,992.83

WARREN OIL COMPANY

RE: Winn-Dixie Stores - Chapter 11 ( Reclamation Claim)

TIME SHEETS

| DATE | SERVICES RENDERED | TIME {TRAVEL} [PARALEGAL] ATTORNEY | EXPENSE |
|---|---|---|---|
| 7-6-05 | Review E-mail to Motion for Stipulation between trade vendors & reclamation claims & Notice of Hearing | 1.5 | |
| 7-6-05 | Review Notice of Reclamation Defenses; Final Order re: Procedures for treatment of reclamation claims l& State of Reclamation by debtor | 1 | |
| 7-7-05 | Review Amended Notice re: Reclamation claims hearing on stipulation between debtor & trade vendors | .3 | |
| 7-11-05 | Review reclamation statement from Wuertz | .2 | |
| 7-11-05 | Review e-mails re: Reclamation notices | .3 | |
| 7-11-05 | TCT Client re: Same | .1 | |
| 7-11-05 | Preparation draft of letter re: Signing acceptance Statement of Reclamation | .3 | |
| 7-14-05 | Preparation Reclamation Agreement & let. To Winn Dixie & copy to Client | .3 [.3] | Copies-19@.20=$3.80 Postage-$1.80 |
| 8-17-05 | TCF&T Client re: Winn Dixie stipulation & orders | .3 | |
| 8-27-05 | Review Order & corrected Order re: Stipulation between debtor & vendors | 1.5 | |
| 8-27-05 | Review Proof of Claim & instructions | .3 | |
| 9-10-05 | Let. To debtor agents re: Participation in Reclamation Trade Lien Program & Application for Reimbursement of Attorney's Fees | .6 [.8] | Copies-18@.20=$3.60 Postage-$1.34 |
| 9-17-05 | Review Opt in & Reclamation Trade Lien Program Agreement & e-mail from & to Client re: Same | .3 | |
| 9-22-05 | Fax of term memo & correspondence to Atty. Simon | | Fax-$4.00 |

| DATE | SERVICES RENDERED | TIME {TRAVEL} [PARALEGAL] ATTORNEY | EXPENSE |
|---|---|---|---|
| 9-22-05 | Preparation Application for Reimbursement of Attorney Fees for Reclamation Vendor/Participating Vendor | .4 [.5] | Copies-12@.20=$2.40 |
| 10-10-02 | Let to Client w/bill for services rendered and re-imbursement of attorney fees from Winn Dixie | .2 | |

TOTAL PARALEGAL TIME =   1.6  HOURS@ $ 85.00PER HOUR=        $ 135.00
TOTAL ATTORNEY TIME = 7.6 HOURS @ $300.00  PER HOUR =         $2,280.00

TOTAL FEES                                                                                              $2,281.35
TOTAL ATTORNEY EXPENSE=                                                                  $   16.94

TOTAL AMOUNT DUE                                                                                $2,298.29

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Diane A. Sparkman, of PO Box 1687, Angier, NC 27501, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 4th day of November, 2005, I served a copy of the foregoing **APPLICATION FOR REIMBURSEMENT OF ATTORNEY'S FEES FOR RECLAMATION VENDOR/PARTICIPATING VENDOR** to the parties in interest as indicated below:

**Debtor:**
Winn-Dixie Stores, Inc.
Attn.: Managing Agent
5050 Edgewood Court
Jacksonville, FL 32254-3699

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street
1800 Wachovia Tower
Jacksonville, FL 32202

**Creditors' Committee:**
Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc., et al.
c/o Dennie F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald
Attorney at Law
50 North Laura St., Suite 2500
Jacksonville, FL 32202

**DIP Agent:**
**Wachovia Bank National Association**
**c/o Betsy C. Cox, Attorney**
**Rogers Towers**
**1301 Riverplace Boulevard, Suite 1500**
**Jacksonville, FL 32207**

by depositing copies hereof in a pre-addressed envelope with sufficient postage thereon in a post office of official depository under the exclusive care and custody of the United States Postal Service.

I certify under the penalty of perjury that the foregoing is correct.

Executed on: November 4, 2005

RICHARD D. SPARKMAN & ASSOCIATES, P. A.

BY: *Diane A. Sparkman*
Diane A. Sparkman
Legal Assistant
PO Box 1687
Angier, NC 27501
(919) 639-6181