UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                              )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                              Chapter 11
         Debtors.                    )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Denying Relief from Stay and Related Motions (Docket No. 4031) was furnished by facsimile and by mail on November 8, 2005 to Wayne Boyd, 332 Girard Street, Baird, Texas 79504.

Dated: November 8, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ D. J. Baker* <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By *s/ Leanne McKnight Prendergast* <br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast<br>     (FBN 0059544) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |