**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05−bk−03817−JAF
         Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CONTINUED FINAL HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Concord−Fund IV Retail, LP is continued for final hearing to February 8, 2006 at 9:30 a.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated November 3, 2005 .

                          David K Oliveria , Clerk of Court
                          300 North Hogan Street Suite 3−350
                          Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Counsel for Official Committee of Unsecured Creditors
Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1           Date Rcvd: Nov 03, 2005
Case: 05-03817                Form ID: 3902a         Total Served: 2

The following entities were served by first class mail on Nov 05, 2005.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +Edwin W. Held, Jr.,   Held & Israel,   1301 Riverplace Blvd.,   Suite 1916,
              Jacksonville, FL 32207-9024

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2005**                    **Signature:**      _Joseph Speetjens_