UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE FOR LITIGATION CLAIMANTS

The Court finds that the Motion for Extension of Time to File Questionnaire for Litigation Claimants filed by David W. Langley on behalf of Teresita Blanco, Robert Brooks, Ofelia Calle, Brenda Nelson and Aislinn Ortiz on November 2, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Extension of Time to File Questionnaire for Litigation Claimants filed by David W. Langley on behalf of Teresita Blanco, Robert Brooks, Ofelia Calle, Brenda Nelson and Aislinn Ortiz on November 2, 2005 is stricken from the record.

**DATED November 3, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043
David W. Langley, 8181 W. Broward Blvd., Ste 204, Plantation, FL 33324-2049

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1               Date Rcvd: Nov 03, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Nov 05, 2005.
aty         +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
             David W. Langley,   8181 W. Broward Blvd., Ste 204,   Plantation, FL 33324-2049
unk         +Logan & Company, Inc.,   Logan & Company, Inc.,   546 Valley Road,
              Upper Montclair, NJ 07043-1896

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 05, 2005**                              **Signature:**   _Joseph Speetjens_