UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about November 8, 2005, I caused copies of:

- **the Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: November 8, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 254936-12<br>LOG HOUSE FOODS, INC<br>SDS 12-0870<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0870 | CREDITOR ID: 404012-15<br>LOG HOUSE FOODS, INC<br>ATTN LARAE ROGERS, CONTROLLER<br>700 BERKSHIRE LANE N<br>PLYMOUTH MN 55441 |
| CREDITOR ID: 259617-12<br>RICHMOND GREENHOUSES<br>ATTN: GERALD VANDERNUGT, PRES<br>11211 BAYVIEW AVENUE<br>RICHMOND HILLS, ON L4S 1L8<br>CANADA | | |

       Total:   4

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 3984 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LOG HOUSE FOODS, INC | HAIN CAPITAL OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |
| | |
| LOG HOUSE FOODS, INC | HAIN CAPITAL OPPORTUNITIES LLC |
| SDS 12-0870 | ATTN GANNA LIBERCHUK |
| PO BOX 86 | 301 ROUTE 17 6TH FLOOR |
| MINNEAPOLIS, MN 55486-0870 | RUTHERFORD NJ 07070 |
| | |
| Phone: | Phone: 201 896 6100 |
| Account No.: 254936 | Account No.: 411409 |
| | |
| LOG HOUSE FOODS, INC | |
| ATTN LARAE ROGERS, CONTROLLER | |
| 700 BERKSHIRE LANE N | |
| PLYMOUTH MN 55441 | |
| | |
| Phone: 763 546 8395 | |
| Account No.: 404012 | |
| | |
| Claim No.: 35056 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $31,224.56 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/08/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 8, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                      Case No.: 05-03817-3F1

                                                            Docket No.: 3985

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| RICHMOND GREENHOUSES | HAIN CAPITAL OPPORTUNITIES LLC |
|---|---|
| Name of Transferor | Name of Transferee |

| RICHMOND GREENHOUSES | HAIN CAPITAL OPPORTUNITIES LLC |
|---|---|
| ATTN: GERALD VANDERNUGT, PRES | ATTN GANNA LIBERCHUK |
| 11211 BAYVIEW AVENUE | 301 ROUTE 17 6TH FLOOR |
| RICHMOND HILLS, ON L4S 1L8 CANADA | RUTHERFORD NJ 07070 |

| Phone: 905 884 8175 | Phone: 201 896 6100 |
|---|---|
| Account No.: 259617 | Account No.: 411409 |

| Claim No.: 35296 | Full Transfer: (X)    Partial Transfer: |
|---|---|
| Date Claim Filed: 04/07/2005 | Transfer Amount: $107,338.20 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/08/2005                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 8, 2005.