# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about November 3, 2005, I caused copies of:

- the **Notice of Special Bar Date Requiring Filing of Proofs of Claim on or Before November 30, 2005, at 5:00 P.M. Eastern Time (Applicable only to Certain Subsequently Identified Potential Claimants)**
- the **Proof of Claim Form**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List (MSP Participants and Other Misc. Potential Claimants) attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: November 8, 2005

_____
Kathleen M. Logan

Code: BE & BF

# EXHIBIT A
# SERVICE LIST

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 416897-AV
3 PL INC
4284 PAYSPHERE CIRCLE
CHICAGO IL 60674

CREDITOR ID: 416885-AV
A-1 GLASS SERVICE INC
PO BOX 1788
COVINGTON LA 70433

CREDITOR ID: 387331-BD
ABREU, FELIX
81 COMMODORE DRIVE
PLANTATION FL 33325

CREDITOR ID: 416886-AV
ACS STATE HEALTHCARE
PO BOX 6014
RIDGELAND MS 39158-6014

CREDITOR ID: 416505-L1
ADDISON, ANDRE(MINOR)
37 FOUR O'CLOCK LANE
WAGGAMAN LA 70094

CREDITOR ID: 416711-L1
ADDISON, ANDRE(MINOR)
C/O FORD T HARDY, JR, ATTORNEY AT LAW
ATTN: FORD T. HARDY, JR., ESQ.
839 ST CHARLES AVENUE
SUITE 312
NEW ORLEANS LA 70130

CREDITOR ID: 416881-AV
AFTER HOURS ROAD SERVICE INC
5341 TRAMMEL STREET
NAPLES FL 34133

CREDITOR ID: 416915-AV
AIR CONSULTING AND ENGINEERING INC
2106 N W 67TH PLACE SUITE 4
GAINESVILLE FL 32653

CREDITOR ID: 416722-L1
ALBERTOWIKZ, BETTY
C/O KINSEY, TROXEL, JOHNSON & WALBORSKY, P.A
ATTN: KINSEY, TROXEL, JOHNSON & WALBORSKY, P.A
P.O. BOX 12686
PENSACOLA FL 32574-2686

CREDITOR ID: 416519-L1
ALBERTOWIKZ, BETTY
601 N HWY 231 LOT 1
PANAMA CITY FL 32404

CREDITOR ID: 416562-L1
ALFORD, ELLA
9205 NW 30TH AVENUE
MIAMI FL 33147

CREDITOR ID: 416750-L1
ALFORD, ELLA
C/O REMER & GEORGES-PIERRE, P.A.
ATTN: IVETTE GONZALEZ, ESQ.
100 N. BISCAYNE BLVD.
SUITE 1003
MIAMI FL 33132

CREDITOR ID: 416848-AV
ALPHA INDUSTRIAL SUPPLIES
PO BOX 75465
TAMPA FL 33675-0465

CREDITOR ID: 408378-BD
AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY
ATTN:  RMG COLLECTIONS
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 408377-BD
AMERICAN MOTORISTS INSURANCE
ATTN RMG COLLECTIONS
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 408379-BD
AMERICAN PROTECTION INSURANCE CO
ATTN RMG COLLECTIONS M-1
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 416594-L1
AMERSON, JOE., JR
301 63RD PLACE
APT C-20
MERIDIAN MS 39301

CREDITOR ID: 416832-L1
ANDERSON, TAMITHA
C/O HORTMAN HARLOW MARTINDALE BASSI ROBINSON
ATTN: EUGENE M. HARLOW, ESQ.
P. O. BOX 1409
LAUREL MS 39441-1409

CREDITOR ID: 416684-L1
ANDERSON, TAMITHA
34 NOBLES ROAD
LAUREL MS 39443

CREDITOR ID: 416550-L1
ANTHES, DAVID
315 WOODYS LANE
STANLEY NC 28164

CREDITOR ID: 416919-AV
APARTMENT FIRE EXTINGUISHER SRV
5200 BEACH BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 416715-L1
ARKEDRA STONEY (MINOR)
C/O JACQUELINE J. BIRD, ATTORNEY AT LAW
ATTN: JACQUELINE J. BIRD, ATTORNEY AT LAW
128 SALEM COURT
TALLAHASSEE FL 32301

CREDITOR ID: 416567-L1
ASH, EVELYN
3590 VIA POICIANA
BUILDING 4, APT 102
LAKE WORTH FL 33460

CREDITOR ID: 415982-L1
ASHLEY, CANDI
2113 TERRY LANE
AUBURNDALE FL 33823

CREDITOR ID: 416726-L1
ASHLEY, CANDI
C/O KENNEDY LAW GROUP
ATTN: JOHN MALKOWSKI, ESQ.
5100 W. KENNEDY BLVD.
SUITE 100
TAMPA FL 33609

CREDITOR ID: 416692-L1
AUGUSTUS, TONYA
8061 SKYSAIL AVENUE
BATON ROUGE LA 70820

CREDITOR ID: 416836-L1
AUGUSTUS, TONYA
C/O MILLER, LUCIUS, AND HAMPTON
ATTN: GREGORY J. MILLER, ESQUIRE
3960 GOVERNMENT ST.
BATON ROUGE LA 70806

CREDITOR ID: 415984-L1
AUSTIN, WILLIE B
P.O. BOX 111
PINE HILL AL 36769

CREDITOR ID: 416755-L1
BALDWIN, FRANKIE
C/O TAYLOR HODKIN KOPELOWITZ & OSTROW, P.A.
ATTN: BRIAN KOPELOWITZ
350 E. LAS OLAS BLVD.
SUITE 1440
FORT LAUDERDALE FL 33301

CREDITOR ID: 416570-L1
BALDWIN, FRANKIE
ROSEN & CHALIK P.A
300 NORTHWEST 82ND AVE
PLANTATION FL 33324

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 415986-L1
BARKER, ROBERT M
PO BOX 945
CHATHAM VA 24531

CREDITOR ID: 403552-BD
BASELINE DEVELOPMENT LLC
ATTN: LINDA SUYDAM, GEN MGR
155 WEST NEW YORK AVENUE, SUITE 200
SOUTHERN PINES NC 28387

CREDITOR ID: 415987-L1
BAUDOIN, MARIE T
12920 NW 1ST AVENUE
MIAMI FL 33168

CREDITOR ID: 406373-MS
BEAM, MARCUS
2345 MT. GALLANT RD.
ROCKHILL SC 29730

CREDITOR ID: 415988-L1
BEAUDRIE, KEN
765 BELLSHIRE BLVD
ORANGE PARK FL 32065

CREDITOR ID: 415989-L1
BECERRA, ALEYDA
5607 OASIS POINT
OVIEDO FL 32765

CREDITOR ID: 8126-BD
BELL, MAURICE T
6603 CHAUTEA FOREST RD #D15
RIVERDALE GA 30296

CREDITOR ID: 415991-L1
BENEDICT, ANDREA
NAT BRYAN, ESQ
MARSH, RICKARD & BRYAN
800 SHADES CREEK PARKWAY
SUITE 600D
BIRMINGHAM AL 35209

CREDITOR ID: 415990-L1
BENEDICT, ANDREA
1720 HURRICANE ROAD
LOT 72
TUSCALOOSA AL 35401

CREDITOR ID: 415994-L1
BERRY, CHASTITY
MICHAEL NEIDENBACH, ESQ.
MICHAEL E NEIDENBACH, ATTORNEY AT LAW
210 WASHINGTON ST. NW
STE# 103
GAINESVILLE GA 30501

CREDITOR ID: 415993-L1
BERRY, CHASTITY
4660 JIM HOOD RD.
GAINESVILLE GA 30507

CREDITOR ID: 406382-MS
BERRY, WEBSTER
RT. 1 BOX 567-1
MACCLENNEY FL 32063

CREDITOR ID: 416665-L1
BIONDOLILLO, ROBERT
2203 SE SANTA BARBARA
CAPE CORAL FL 33990

CREDITOR ID: 416515-L1
BIRCH, BARRY
7717 ASHMONT CIRCLE
TAMARAC FL 33319

CREDITOR ID: 416718-L1
BIRCH, BARRY
C/O LAW OFFICE OF MARK J. LEEDS
ATTN: MARK J. LEEDS ESQ.
633 SOUTH FEDERAL HWY
8TH FLOOR
FORT LAUDERDALE FL 33301

CREDITOR ID: 416890-AV
BIRMINGHAM TOWING & RECOVERY INC
PO BOX 610158
BIRMINGHAM AL 35261

CREDITOR ID: 416618-L1
BISHOP, MARGARET
1833 YORK STREET
GULFPORT FL 33707

CREDITOR ID: 416789-L1
BISHOP, MARGARET
C/O DANIEL J. LEEPER & SILVIA JIMENEZ LEEPER
ATTN: DANIEL J. LEEPER, ESQ.
5450 FIRST AVE. NORTH, SUITE B
ST. PETERSBURG FL 33710

CREDITOR ID: 406392-MS
BLEVINS, RICHARD S.
1224 WOODHILL COURT
MONTGOMERY AL 36109

CREDITOR ID: 416895-AV
BMH NORTH MISSISSIPPI
PO BOX 946
OXFORD MS 38655

CREDITOR ID: 416894-AV
BOEHRINGER INGELHEIM CONSUMER HEALTH
PO BOX 75303
CHICAGO IL 60675-5303

CREDITOR ID: 95266-BD
BOHANNON, CHRISTINE L
9001 VILLAGE GREEN BLVD
CLERMONT FL 34711-8579

CREDITOR ID: 416707-L1
BORGE, ALEXANDREA (MINOR)
C/O GARY WILLIAMS PARENTI FINNEY LEWIS ETAL
ATTN: VINCENT SWIFT
221 E. OSCEOLA STREET
STUART FL 34994

CREDITOR ID: 416499-L1
BORGE, ALEXANDREA (MINOR)
5112 BIRCH DRIVE
FT. PIERCE FL 34982

CREDITOR ID: 415998-L1
BORRERO, DORA M
PAUL E. SUSS, ESQ
PAUL E. SUSS, P.A., ATTORNEY AT LAW
20826 WEST DIXIE HWY
AVENTURA FL 33180

CREDITOR ID: 407787-BD
BOSTIC, ANTONELLA RAQUEL
100 CASTOR DR #O3
NORCROSS GA 30071

CREDITOR ID: 416659-L1
BOSTIC, RAQUEL
100 CASTOR DRIVE
APT 03
NORCROSS GA 30071

CREDITOR ID: 10427-BD
BOYANCE, SHEQUANA L
510 JAX ST #F1
JACKSONVILLE FL 32211

CREDITOR ID: 416000-L1
BOYLE, DANIEL
TONY GRIFFITH, ESQ
TANNEY, ENO, TANNEY, GRIFFITH & INGRAM,
29605 US HWY 19 NORTH STE 210
CLEARWATER FL 33761

CREDITOR ID: 415999-L1
BOYLE, DANIEL
2311 MALCOM DRIVE
PALM HARBOR FL 34683

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 406406-MS
BRADLEY, JACKIE L.
838 HCR 2421 E
HILLSBOROUGH TX 76645

CREDITOR ID: 406412-MS
BRANDT, STEVE
14601 GREATER PINES BLVD.
CLAIRMONT FL 32247

CREDITOR ID: 416002-L1
BRANNON, CHARLOTTE
GARY M WOOD ESQ
GARY MICHAEL WOOD ATTORNEY AT LAW
819-A JOHN B WHITE SR BLVD
SPARTANBURG SC 29306

CREDITOR ID: 416001-L1
BRANNON, CHARLOTTE
2 VILLAGE WEST CT
SPARTANBURG SC 29301

CREDITOR ID: 416003-L1
BRAVO, YENIS
MICHAEL LIBMAN, ESQ
LAW OFFICES OF MICHAEL I. LIBMAN
2439 N.W. 7TH ST, SUITE 5
MIAMI FL 33125

CREDITOR ID: 416004-L1
BRAZIL, WENDY
1070 SR 62
BOWLING GREEN FL 33834

CREDITOR ID: 406420-MS
BRISTER, WILLIE E.
5428 SHAMROPS DR.
KENNER LA 70062

CREDITOR ID: 416879-AV
BROOKHAVEN DAILY READER
PO BOX 551
BROOKHAVEN MS 39602

CREDITOR ID: 406424-MS
BROOKS, JON
8021 MORNING LANE
FT WORTH TX 76123

CREDITOR ID: 416005-L1
BROWN, JEANETTE
4444 LONELY OAD DRIVE
NEW ORLEANS LA 70126

CREDITOR ID: 416006-L1
BROWN, JEANETTE
HENRY A. DILLON, III., ESQ
HENRY A. DILLION, III, ATTORNEY AT LAW
2475 CANAL STREET
NEW ORLEANS LA 70119

CREDITOR ID: 416007-L1
BUCKNER, MARY
548 VERN DRIVE
ORLANDO FL 32805

CREDITOR ID: 416849-AV
BUFFALO ANDERSON ASSOCIATES WR-1
PO BOX 660
BUFFALO NY 14201-0660

CREDITOR ID: 416008-L1
BUIGAS, MARIA ELENA
8701 SW 12THS TREET
APT #31
MIAMI FL 33174

CREDITOR ID: 406439-MS
BURNS, ROBERT B.
7011 N. 56TH ST.
TAMPA FL 33617

CREDITOR ID: 416010-L1
BURRELL, HELEN
2441 ADAMS AVE
DELTONA FL 32725

CREDITOR ID: 102143-BD
BURRIS, CAMERON P
1678 PONTIAC CIR N
MELBOURNE FL 32935-4968

CREDITOR ID: 416012-L1
BYRD, MARGARET
3616 S. CANAL DRIVE
FLORENCE SC 29505

CREDITOR ID: 416013-L1
BYRD, MARGARET
JAMES MCBRATNEY, ESQ
MCBRATNEY LAW FIRM, PA
P.O. BOX 3890
FLORENCE SC 29502

CREDITOR ID: 416014-L1
BYRD, MARVIETTA
1233 LYNNWOOD ST.
BIRMINGHAM AL 35215

CREDITOR ID: 416784-L1
CAAHBOUDAGIANTZ, LENA
C/O ROME, ARATA & BAXLEY, LLC
ATTN: W. CHAD STELLY, MSB
650 POYDRAS STREET
SUITE 2107
NEW ORLEANS LA 70130

CREDITOR ID: 416610-L1
CAAHBOUDAGIANTZ, LENA
2629 JACKSON LANDING ROAD
PICAYUNE MS 39466

CREDITOR ID: 416889-AV
CAHABA MEDICAL CARE
195 HOSPITAL DRIVE
CENTREVILLE AL 35042

CREDITOR ID: 416015-L1
CALVERT, MAGGIE
4024 4TH AVE
BRIGHTON AL 35020

CREDITOR ID: 416875-AV
CAROLS A GARCIA SANCHEZ
1118 NORTH H STREET
LAKE WORTH FL 33460

CREDITOR ID: 416016-L1
CARROLL, DIAHANN
634 ROY HUIE RD
APT 15-B
RIVERDALE GA 30274

CREDITOR ID: 416696-L1
CARVER, VERNON S
301 HIGHLANDS WOOD DR
FRANKLIN NC 28734

CREDITOR ID: 416751-L1
CEDOTAL, ELROY L
C/O MCGLYNN, GLISSON & KOCH
ATTN: CHRISTOPHER D. GLISSON, ESQ.
340 FLORIDA ST
PO BOX 1909
BATON ROUGE LA 70821

CREDITOR ID: 416563-L1
CEDOTAL, ELROY L
11007 CHERYLL DRIVE
DENHAM SPRINGS LA 70706

CREDITOR ID: 416906-AV
CHABAD OF KEY BISCAYNE
211 GREENWOOD DRIVE
KEY BISCAYNE FL 33149

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 416638-L1
CHAIDEZ, MICHAEL
C/O AMERICAN INTERNATIONAL REC
4501 NORTH POINT PKWY, SUITE 2
ALPHARETTA GA 300222423

CREDITOR ID: 416018-L1
CHAMBERS, PATTY
KRISTY L. CORDLE, ESQ
BRINSON, ASKEW & BERRY
P O BOX 5513
ROME GA 30161-161

CREDITOR ID: 416017-L1
CHAMBERS, PATTY
2707 KINGSTON HWY
ROME GA 30161

CREDITOR ID: 15374-BD
CHAMBERS, VINCENT E
1665 VALEVIEW CT
APOPKA FL 32712

CREDITOR ID: 416884-AV
CHARLES GUILLORY INC
PO BOX 947
EUNICE LA 70535

CREDITOR ID: 416903-AV
CHARLES T MORONEY JR
878 JW WARREN ROAD
EAST DUBLIN GA 31027

CREDITOR ID: 416020-L1
CHARNECO, FRANCESCA
DENNIS MURRAY, ESQ
BOGIN, MUNNS & MUNNS
P.O. BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 416019-L1
CHARNECO, FRANCESCA
835 SWEETBRIER DR
DELTONA FL 32725

CREDITOR ID: 416920-AV
CHISESI HOLDINGS LLC
13501 RIVERLAKE DRIVE
COVINGTON LA 70435

CREDITOR ID: 416916-AV
CHOWAN MEDICAL CENTER PA
PO BOX 429
EDENTON NC 27932-0429

CREDITOR ID: 416705-L1
CHRISTIAN, YVONEE
1525 IVY MEADOW DRIVE
CHARLOTTE NC 28213

CREDITOR ID: 416861-AV
CITY OF OAKDALE
PO BOX 728
OAKDALE LA 71463

CREDITOR ID: 416918-AV
CLARK SALES DISPLAY INC
PO BOX 1007
TAVARES FL 32778

CREDITOR ID: 416620-L1
CLARK, MARGARET
6233 DEERHAVEN LANE
LOVELAND OH 45140

CREDITOR ID: 416791-L1
CLARK, MARGARET
C/O THE LAW OFFICE OF GREGORY M. WETHERALL
ATTN: GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBACCO RD.
CINCINNATI OH 45255

CREDITOR ID: 416022-L1
COLLINS, GAIL
316 BELLWOOD DR
BELMONT NC 28012

CREDITOR ID: 416023-L1
COLLINS, GAIL
H EDWARD KNOX, ESQ
KNOX, BROTHERTON, KNOX & GODFREY
P.O. BOX 30848
CHARLOTTE NC 28230-0848

CREDITOR ID: 406505-MS
COLVIN, WILLIAM E.
5200 SAN JOSE BLVD.
JACKSONVILLE FL 32207

CREDITOR ID: 416850-AV
COMBINED LAND CO INC
225 S HANCOCK ST
C/O JOSEPH MENDOLA
ROCKINGHAM NC 28379-3664

CREDITOR ID: 407807-BD
COMMONWEALTH OF PENNSYLVANIA
ATTN: ROSEANN LATIMORE
BUREAU OF COMPLIANCE
DEPT. 280946
HARRISBURG PA 17128-0946

CREDITOR ID: 416026-L1
CORREA, CARLOS
APPALACHEE CORRECTIONAL INSTIT
DC #A-K51488
SNEADS FL 32460

CREDITOR ID: 416027-L1
COURET, MAXIN
161 OCEAN DRIVE
BATON ROUGE LA 70806

CREDITOR ID: 416647-L1
COUSIN, MONICA JANE
PO BOX 5934
SLIDELL LA 70469

CREDITOR ID: 416898-AV
CRESTMARK BANK FBO ULTRA PET COMPANY INC
LOCKBOX 933223
3585 ATLANTA AVENUE
HAPEVILLE GA 30354

CREDITOR ID: 416820-L1
CURTIS, ROGER
C/O LICHTBLAU & GOLDENBERG, P.A.
ATTN: STUART E. GOLDENBERG, ESQ.
631 U.S. HIGHWAY ONE
SUITE 306
NORTH PALM BEACH FL 33408

CREDITOR ID: 416668-L1
CURTIS, ROGER
1326 SOUTH M STREET
LAKE WORTH FL 33460

CREDITOR ID: 416888-AV
D&S LAWNCARE SERVICE
4975 HONEST BOB ROAD
MAIDEN NC 28650

CREDITOR ID: 416029-L1
DANIEL, PAMELA
JOSEPH M. TODD, ESQ
JOSEPH M. TODD, P.C.
104 S. MAIN ST.
JONESBORO GA 30236

CREDITOR ID: 416028-L1
DANIEL, PAMELA
3180 BLACKFOOT LANE
REX GA 30273

CREDITOR ID: 416031-L1
DANIELS, GWENDOLYN
MAX LABRANCHE, ESQ
LABRANCHE AND LEJEUNE
5757 CORPORATE BOULEVARD
SUITE 101
BATON ROUGE LA 70808-2584

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 416030-L1
DANIELS, GWENDOLYN
11231 CYPRESS GLEN AVENUE
BAKER LA 70714

CREDITOR ID: 411327-BD
DAVIS, MARKEETIA
C/O M.A. BASS JR
113 DOWNING STREET
PO BOX 712
HAZELHURST MS 39083

CREDITOR ID: 398451-78
DAVIS, OLIVER W.
470 CRANBERRY LANE
FLEETWOOD NC 28626

CREDITOR ID: 416687-L1
DAVIS, TERRY
C/O J. LYNN PONDER
PO BOX 217
AMITE LA 70422

CREDITOR ID: 406557-MS
DAWSON, CURTISS C.
929 MADEWOOD RD.
LA PLACE LA 70068

CREDITOR ID: 416034-L1
DEAL, DANIEL K
448 BEACHWOOD DR.
CRAWFORDVILLE FL 32327

CREDITOR ID: 416036-L1
DEAL, KATHERINE
RICHARD W. RENO, ESQ
RICHARD W. RENO, P.A.
P. O. BOX 368
CRAWFORDVILLE FL 32326-0368

CREDITOR ID: 416035-L1
DEAL, KATHERINE
448 BEACHWOOD DR
CRAWFORDVILLE FL 32327

CREDITOR ID: 406561-MS
DECLUE, CHARLES
BOX 341
TAVERNIER FL 33070

CREDITOR ID: 406568-MS
DENTON, JERRY
126 NEWFIELD STREET
ST. SIMONS ISLAND GA 31522

CREDITOR ID: 406569-MS
DERISO, CHARLES W.
3270 HIDDEN FOREST DR.
SNELLVILLE GA 30278

CREDITOR ID: 388080-BD
DEVANCE, ROBERT
100 WHITE STREET
HAMMOND, LA 70403

CREDITOR ID: 408367-BD
DISCOVER
5 BATTERSON PARK RD
FARMINGTON  CT 06032

CREDITOR ID: 119979-BD
DIXON, MELISSA A
250 PALM CIR W APT 305
PEMBROKE PINES FL 33025-1188

CREDITOR ID: 120021-BD
DIXON, TERRY
250 PALM CIR W APT 305
PEMBROKE PINES FL 33025-1188

CREDITOR ID: 120029-BD
DIXON, TRUDIE M
250 PALM CIR W APT 305
PEMBROKE PINES FL 33025-1188

CREDITOR ID: 416812-L1
DORSEY, PEGGY
C/O GOLDFARB, GOLD, GONZALEZ & WALD, P.A.
ATTN: JUSTIN C. LETO, ESQUIRE
100 SE 2ND ST.
MIAMI FL 33131

CREDITOR ID: 416653-L1
DORSEY, PEGGY
18830 SW 113TH AVE.
MIAMI FL 33157

CREDITOR ID: 416817-L1
DOWELL, RICKEY
C/O HIGGS AND EMERSON
ATTN: J. ZACH HIGGS, JR.
405 FRANKLIN STREET
HUNTSVILLE AL 35801

CREDITOR ID: 416663-L1
DOWELL, RICKEY
12613 HIGHWAY 231- 431 NORTH
MERIDIANVILLE AL 35759

CREDITOR ID: 416702-L1
DRUCK, WILLIAM
2926 NE JACKSONVILLE RD
OCALA FL 34479

CREDITOR ID: 411395-BD
DUCINVIL, THERAMENE
C/O EEOC
MIAMI DISTRICT OFFICE
2 SOUTH BISCAYNE BLVD, STE 2700
MIAMI FL 33131

CREDITOR ID: 416851-AV
EAGLE CREEK COMMERCIAL CO INC
2430 STANFORD COURT
NAPLES FL 34112

CREDITOR ID: 416719-L1
EARLY, BENJAMIN (MINOR)
C/O TEDDY & MEEKINS, P.L.L.C.
ATTN: RALPH W MEEKINS, ATTY
1219 FALLSTON ROAD
SHELBY NC 28150

CREDITOR ID: 416516-L1
EARLY, BENJAMIN (MINOR)
520 DOBBINS RD
ELLENBORO NC 28040

CREDITOR ID: 385682-BD
EASLEY, BLANCA I
835 WEST LUCY STREET
APT 166
FLORIDA CITY, FL 33034

CREDITOR ID: 416893-AV
EATON POWER QUALITY CORP
PO BOX 93531
CHICAGO IL 60673-3531

CREDITOR ID: 416795-L1
ECKENROD, MARY J
C/O DENNIS HERNANDEZ & ASSOCIATES
ATTN: ROBERT K MICHAEL ESQ
2946 GULF TO BAY BLVD
CLEARWATER FL 33759-4222

CREDITOR ID: 416040-L1
ECKENROD, MARY J
DENNIS HERNANDEZ, ESQ
ROBERT K MICHAEL ESQ
3339 WEST KENNEDY BLVD
TAMPA FL 33609

CREDITOR ID: 416039-L1
ECKENROD, MARY J
4830 DOVE LANE
AUBURNDALE FL 33823

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 416041-L1
EDMOND, CARLA
12250 ATLANTIC BLVD #408
JACKSONVILLE FL 32225

CREDITOR ID: 416671-L1
EDMONDS, ROSE
2807 INDEPENDENT CHURCH ROAD
EMPORIA VA 23847

CREDITOR ID: 416874-AV
EDS PLUMBING
45060 SUB STATION
PO BOX 216
HAMMOND LA 70404

CREDITOR ID: 416580-L1
ELLIS, HENRY
8327 METTO RD.
JACKSONVILLE FL 32244

CREDITOR ID: 406605-MS
ELLIS, MALLARD A.
5308 AMSTERDAM PLACE
RALEIGH NC 27606

CREDITOR ID: 406609-MS
ENGLISH, CLARENCE
109 MAYFAIR DR.
TAYLORS SC 29687

CREDITOR ID: 416042-L1
ESCAMILLA, BETTY
3231 PINEHURST DR
LAKE WORTH FL 33467

CREDITOR ID: 416754-L1
ESTRADA, FRANCISCO
C/O EDWARD M. HARRIS, P.C.
ATTN: EDWARD HARRIS, ESQ.
315 WEST PONCE DE LEON AVENUE
DECATUR GA 30030

CREDITOR ID: 416569-L1
ESTRADA, FRANCISCO
740 GLEN ROAD
FAIRBURN GA 30213

CREDITOR ID: 416044-L1
ESTRADA, GLADYS
ALBERT BENZRIHEM, ESQ
ALBERT BENZRIHEM, P. A.
4801 SOUTH UNIVERSITY AVE.
SUITE. 3070
FT. LAUDERDALE FL 33302

CREDITOR ID: 416043-L1
ESTRADA, GLADYS
1551 TYLER ST.
HOLLYWOOD FL 33020

CREDITOR ID: 406615-MS
EVANS, KEITH
11051 N.W. 29TH ST.
CORAL SPRINGS FL 33065

CREDITOR ID: 416046-L1
EVANS, NEDRA
BRETT BORROW, ESQ
MUSTELL & BORROW
4100 N.E. 2 AVE. STE. 202
MIAMI FL 33137

CREDITOR ID: 416045-L1
EVANS, NEDRA
8461 NW 6TH AVE.
MIAMI FL 33150

CREDITOR ID: 416049-L1
FARMER, RANDI
BENJAMIN J. FREEMAN, ESQ
HALL & SMITH, ATTORNEYS AT LAW
360 N. OAKES STREET
DOTHAN AL 36303

CREDITOR ID: 416048-L1
FARMER, RANDI
13063 OLD PIKE ROAD
MATHEWS AL 36052

CREDITOR ID: 416050-L1
FERRUGGIA, KATHY
7576 RED RIVER ROAD
WEST PALM BEACH FL 33411

CREDITOR ID: 416597-L1
FIGUEROA, JUAN
2390 NW 51ST STREET
MIAMI FL 33142

CREDITOR ID: 416776-L1
FIGUEROA, JUAN
C/O BERMUDEZ, HARALSON & TOME
ATTN: JUAN CARLOS BERMUDEZ, ESQ.
8300 N.W. 53RD STREET
SUITE 300
MIAMI FL 33166

CREDITOR ID: 408384-BD
FIRST UNION NATIONAL BANK
ATTN:  INTERNATIONAL DIVISION
200 S BISCAYNE BLVD 12TH FL
MIAMI FL 33131

CREDITOR ID: 406637-MS
FLEETWOOD, LEWIS N.
601 W. SYLVAN DR., #813
BRANDON FL 33510

CREDITOR ID: 416891-AV
FLORIDA HOSPITAL HEARTLAND
PO BOX 862306
ORLANDO FL 32886-2306

CREDITOR ID: 416717-L1
FLOWERS, BARBARA
C/O LAW OFFICES OF KEITH & HAMM
ATTN: JACOB A. DUBIN
235 S. MCDONOUGH ST
MONTGOMERY AL 36104

CREDITOR ID: 416514-L1
FLOWERS, BARBARA
2252 AJAX ST
MONTGOMERY AL 36117

CREDITOR ID: 406644-MS
FORDHAM, STEPHEN
2800 WESTWICK COURT
RALEIGH NC 27615

CREDITOR ID: 406648-MS
FOY, ALLEN
18 CABIN BAR DRIVE
CLAYTON NC 27520

CREDITOR ID: 406650-MS
FRADY, LYMAN D.
135 FOXWOOD DR.
AIKEN SC 29801

CREDITOR ID: 416051-L1
FRANKLIN, DORAL
2508 ACACIA ST.
NEW ORLEANS LA 70122

CREDITOR ID: 416840-L1
FRANKLIN, WYDONNA
C/O HARRY E. CANTRELL, ATTY..
ATTN: HARRY E. CANTRELL JR. ESQ.
309 BAARONNE STREET, STE 300
NEW ORLEANS LA 70112

CREDITOR ID: 416704-L1
FRANKLIN, WYDONNA
2508 ACACIA ST
NEW ORLEANS LA 70122

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 416052-L1
FRAZIER, THEDA M
11050 HARTS ROAD
JACKSONVILLE FL 32218-3767

CREDITOR ID: 416760-L1
FRIED, GLORIA J
C/O WILLIAM P. KEENAN
ATTN: WILLIAM P. KEENAN, P.A.
1718 PEACHTREE ST NW
SUITE 596 SOUTH
ATLANTA GA 30309-2454

CREDITOR ID: 416575-L1
FRIED, GLORIA J
900 MOULTRIE RD
ALBANY GA 31705

CREDITOR ID: 416053-L1
FULLER, CASSANDRA
JACK O MORSE, ESQ
JACK O MORSE LAW FIRM
191 CLEVELAND AVE
ATLANTA GA 30315

CREDITOR ID: 416900-AV
FUQUAY URGENT CARE AND FAMILY CLINIC
1418 N MAIN STREET
FUQUAY VARINA NC 27526

CREDITOR ID: 406654-MS
FUTCH, KEN
221 SPARROW BRANCH CIRCLE
JACKSONVILLE FL 33259

CREDITOR ID: 416592-L1
GARCIA, JESUS
1034 BSW 123 PL
MIAMI FL 33184

CREDITOR ID: 416055-L1
GARRETT, ALICE
109 POPLAR PLACE
AIKEN SC 29803

CREDITOR ID: 416862-AV
GENERAL WHOLESALE BEER
1271 TACOMA DR
ATLANTA GA 30318

CREDITOR ID: 416917-AV
GENISOY FOOD CO
DEPT 2216
TULSA OK 74182

CREDITOR ID: 398556-78
GENTRY, DANIEL
7404 ENGLEWOOD CT
FT. WORTH TX 76148

CREDITOR ID: 416904-AV
GEORGE TROUT
6900 DAUPHIN ISLAND PARKWAY
LOT 39
MOBILE AL 36605

CREDITOR ID: 416867-AV
GEORGIA DEPARTMENT OF NATURAL RESOURCES
PO BOX 101161
RADIOACTIVE MATERIALS PROGRAM
RADIOACTIVE MATERIALS FEES
ATLANTA GA 30392

CREDITOR ID: 406671-MS
GIBBS, JOHNNIE G.
2965 BRUCE CIRCLE
SUMTER SC 29154

CREDITOR ID: 406673-MS
GILLEY, JAMES C.
24 TURTLEBACK TR.
PONTE VEDRA FL 32082

CREDITOR ID: 411420-BD
GLOVES-HUGHES, RUTHIE
PO BOX 90
BRADLEY FL 33835

CREDITOR ID: 416056-L1
GOMEZ, MARINA
8315 NW 171ST STREET
MIAMI FL 33015

CREDITOR ID: 416057-L1
GOMEZ, MARINA
PEDRO J. FUENTES, ESQ
LAW OFFICES OF PEDRO J. FUNTES, CID
2650 BISCAYNE BLVD.
MIAMI FL 33137

CREDITOR ID: 416746-L1
GONZALEZ-JIMENEZ, DELIA
C/O GORDON & DONER PA
ATTN: DANIEL G. WILLIAMS, ESQUIRE
4114 NORTHLAKE BLVD., STE 200
PALM BEACH GARDENS FL 33410

CREDITOR ID: 416554-L1
GONZALEZ-JIMENEZ, DELIA
C/O STEVEN C. SIMON
1645 PALM BEACH LAKES BLVD., S
WEST PALM BEACH FL 33401

CREDITOR ID: 416869-AV
GORDON COUNTY TAX COMMISSIONER
PO BOX 337
PROPERT YTAX
CALHOUN GA 30701-0337

CREDITOR ID: 416821-L1
GORNEY, RONALD JR
C/O LAW OFFICES OF ERIC S. BLOCK, P.A.
ATTN: ERIC S. BLOCK, ESQ.
6817 SOUTHPOINT PKWY; STE 2502
JACKSONVILLE FL 32216

CREDITOR ID: 416669-L1
GORNEY, RONALD JR
12521 CONDOR DR.
JACKSONVILLE FL 32223

CREDITOR ID: 406689-MS
GRANT, JAMES
153 COCKATIEL DR.
JACKSONVILLE FL 32225

CREDITOR ID: 416060-L1
GRANT, KAWANDA
KAREN MASTIN, ESQ
SANDRA H. LEWIS
P.O. BOX 686
MONTGOMERY AL 36101-0686

CREDITOR ID: 416602-L1
GRANT, KAWANDA
65 TURNER PLACE
MONTGOMERY AL 36109

CREDITOR ID: 416896-AV
GRAY ROBBINSON
PO BOX 3068
ORLANDO FL 32802

CREDITOR ID: 406697-MS
GRIMBALL, THOMAS P.
RT 4 1027 DRIFTWOOD LANE
ANDERSON SC 29624

CREDITOR ID: 416061-L1
HAAS, MARILYN J
216 CAVALIER CT.
NORTH FORT MYERS FL 33917

CREDITOR ID: 416062-L1
HAAS, MARILYN J
BRYAN VIGNESS, ESQ
MORGAN & MORGAN, P.A.
PO BOX 9504
FT MYERS FL 33906-9504

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416063-L1<br>HAHN, LOIS F<br>4090 FOREST BROOK DR.<br>EDGEMOOR SC 29712 | CREDITOR ID: 416064-L1<br>HAJI DATOO, NADIA A<br>BRAD KAPLAN ESQ.<br>KAPLAN & SEIFTER<br>7 LENOX POINTE, NE<br>ATLANTA GA 30324 | CREDITOR ID: 406707-MS<br>HALL, ROBERT J JR<br>PO BOX 290696<br>PORT ORANGE FL 32129 |
| CREDITOR ID: 140910-BD<br>HARE, EMILY A<br>404 QUAKER CREEK DR<br>MEBANE NC 27302-6704 | CREDITOR ID: 416065-L1<br>HARPSTER, AMETHYST<br>RICHARD A. STAGGARD, ESQ<br>FARAH & FARAH, P.A.<br>10 WEST ADAMS ST.<br>3RD FLOOR<br>JACKSONVILLE FL 32202 | CREDITOR ID: 411326-BD<br>HARRIS, JOHNNIE<br>5015-B FISHLODGE ROAD<br>MERIDIAN MS 39307 |
| CREDITOR ID: 411326-BD<br>HARRIS, JOHNNIE<br>C/O M.A. BASS JR<br>113 DOWNING STREET<br>PO BOX 712<br>HAZELHURST MS 39083 | CREDITOR ID: 411322-BD<br>HASTY, RANDAL<br>PO BOX 1056<br>MATTHEWS NC 28105 | CREDITOR ID: 415968-BD<br>HAUER CUSTOM MANUFACTURING<br>C/O STEVENS & LEE<br>ATTN: JEFFREY A HARENZA, ESQ<br>111 NORTH 6TH STREET<br>PO BOX 679<br>READING PA 19603-0679 |
| CREDITOR ID: 416067-L1<br>HAYES, RAIQWAN<br>702 LINCOLN AVE<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 416069-L1<br>HAYNES, CRAIG<br>MONROE FELDMAN, ESQ<br>FELDMAN & ASSOCIATES, P.C.<br>1518 MONROE DR., NE<br>ATLANTA GA 30324 | CREDITOR ID: 416068-L1<br>HAYNES, CRAIG<br>5357 SALEM SPRINGS DR<br>LITHONIA GA 30038 |
| CREDITOR ID: 416615-L1<br>HAYNES, LYDIA<br>1005 WEBER ST<br>FRANKLIN LA 70538 | CREDITOR ID: 416788-L1<br>HAYNES, LYDIA<br>C/O JOSLYN R. ALEX,<br>ATTN: JOSLYN ALEX ESQ.<br>PO BOX 126<br>BREAUX BRIDGE LA 70517 | CREDITOR ID: 386061-BD<br>HEBERT, DONNA<br>PO BOX 530773<br>LAKE PARK FL 33403 |
| CREDITOR ID: 416070-L1<br>HELTON, HENRY<br>812 CEBU PL<br>MELBOURNE FL 32940-6945 | CREDITOR ID: 416583-L1<br>HELTON, IRMA JEAN<br>307 TUMLIN LAKE RD<br>TEMPLE GA 30179 | CREDITOR ID: 416071-L1<br>HENDERSON, JR. (MINO, MICHAEL HENDERSON,<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 |
| CREDITOR ID: 416072-L1<br>HENDERSON, MICHAEL<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416640-L1<br>HENDERSON, MICHAEL JR., (MINOR)<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416073-L1<br>HENDERSON, RAVEN<br>2508 ACACIA ST.<br>NEW ORLEANS LA 70122 |
| CREDITOR ID: 416709-L1<br>HENDRICKS, ALFREDA<br>C/O LAW OFFICES OF BURNETTI, P.A.<br>ATTN: LINA M LOPEZ<br>4899 BELFORT ROAD, SUITE 160<br>JACKSONVILLE FL 32256 | CREDITOR ID: 416502-L1<br>HENDRICKS, ALFREDA<br>908 SPEARING STREET<br>JACKSONVILLE FL 32206 | CREDITOR ID: 144816-BD<br>HERNANDEZ, DANIEL<br>8005 NW 8TH ST APT 207<br>MIAMI FL 33126-2851 |
| CREDITOR ID: 406758-MS<br>HICKS, LAWRENCE M.<br>2320 CROMWELL DRIVE<br>ARLINGTON TX 76018 | CREDITOR ID: 406759-MS<br>HIGHFILL, RICHARD<br>800 W MONROE STREET<br>MA;YODAN NC 27027 | CREDITOR ID: 416870-AV<br>HILLSBOROUGH COUNTY<br>OFFICE OF THE FIRE MARSHAL<br>PO BOX 310398<br>TAMPA FL 33680 |
| CREDITOR ID: 406766-MS<br>HO, HOANG<br>601 CARDIFF<br>IRVINE CA 92606 | CREDITOR ID: 406767-MS<br>HODOVANICH, ROBERT<br>340 NE 30TH ST.<br>POMPANO BEACH FL 33064 | CREDITOR ID: 406768-MS<br>HOFF, SUZANNE (OGAWA)<br>2071 B CLOVER CT<br>BOWLING GREEN KY 42101 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416077-L1<br>HOLLAND, BRIGITTE<br>C. DONALD DETKY, ESQ<br>RAHAIM, WATSON, DEARING, BERRY & MOORE<br>3127 ATLANTIC BLVD.<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416076-L1<br>HOLLAND, BRIGITTE<br>5038 CAMPANELLA ST<br>JACKSONVILLE FL 32209 | CREDITOR ID: 416078-L1<br>HOLLETT, MARCIA<br>P.O. BOX 251<br>WINDERMERE FL 34786 |
| CREDITOR ID: 406775-MS<br>HOLZ, LOGAN<br>666 KILCHURN DR.<br>ORANGE PARK FL 32073 | CREDITOR ID: 416708-L1<br>HOOD, ALFRED S<br>C/O STAMPLEY & SMITH<br>ATTN: GILBERT STAMPLEY ESQ.<br>1010 COMMON STREET<br>SUITE 1740<br>NEW ORLEANS LA 70112 | CREDITOR ID: 416501-L1<br>HOOD, ALFRED S<br>4345 JEANNEMARIE PLACE<br>NEW ORLEANS LA 70122 |
| CREDITOR ID: 406777-MS<br>HOOKS, RODNEY<br>4715 CARDINAL BLVD<br>RALEIGH NC 27604 | CREDITOR ID: 406779-MS<br>HOPKINS, ROBERT<br>106 FRANKLIN CT.<br>SUMMERVILLE SC 29483 | CREDITOR ID: 406786-MS<br>HOWARD, TERRY<br>114 SADDLEHORN COURT<br>WOODSTOCK GA 30188 |
| CREDITOR ID: 416081-L1<br>HOWELL, CAROLYN<br>NATHANIEL H. BLACKMON, III, ESQ<br>BLACKMON & DUDLEY<br>2009 CASCADE RD., S.W.<br>ATLANTA GA 30311 | CREDITOR ID: 416080-L1<br>HOWELL, CAROLYN<br>3446 CHELSY PARK LANE #A<br>NORCROSS GA 30092 | CREDITOR ID: 406791-MS<br>HUDSON, GARY L.<br>428 VILLAGE GREEN DR. S., APT. 2605<br>NASHVILLE TN 32256 |
| CREDITOR ID: 416084-L1<br>HUGHES, ANGEL<br>LARS-ERIK PIERSON, ESQ<br>LARS-ERIK PIERSON, ESQ.<br>13017 ARDARA LANE<br>MIDLOTHIAN VA 23114 | CREDITOR ID: 416083-L1<br>HUGHES, ANGEL<br>7804 BRONZE LANE<br>PRINCE GEORGE VA 23875 | CREDITOR ID: 416883-AV<br>IMAGINE PRINT SOLUTIONS<br>SDS 12-2000<br>PO BOX 86<br>MINNEAPOLIS MN 55488-2000 |
| CREDITOR ID: 406808-MS<br>JACKSON, KENNETH M.<br>RT. 2 BOX 318-1<br>RUSSELLVILLE KY 42276 | CREDITOR ID: 416905-AV<br>JACKSONVILLE TRANSPORTATION AUTHORITY<br>PO DRAWER O<br>100 NORTH MYRTLE AVENUE<br>JACKSONVILLE FL 32203 | CREDITOR ID: 416087-L1<br>JEAN, MELIA<br>STEVEN REINSTEIN, ESQ<br>LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.<br>9100  S. DADELAND BLVD.<br>SUITE 1010<br>MIAMI FL 33156 |
| CREDITOR ID: 416086-L1<br>JEAN, MELIA<br>831 B FLOWER LANE<br>IMMOKALEE FL 34142 | CREDITOR ID: 406818-MS<br>JENSCHKE, SCOTT<br>3734 TYNEMOORE TRACE<br>SMYRNA GA 30080 | CREDITOR ID: 416542-L1<br>JIMENEZ, CONSOELO<br>415-1/2 NORTH CHICAGO ST.<br>LOS ANGELES CA 90033 |
| CREDITOR ID: 416738-L1<br>JIMENEZ, CONSOELO<br>C/O LAW OFFICES OF DARRIGO & DIAZ, P.A.<br>ATTN: EDDIE JIMENEZ, ESQUIRE<br>4503 NORTH ARMENIA AVENUE<br>SUITE 101<br>TAMPA FL 33603 | CREDITOR ID: 296692-BD<br>JOHN STEPHEN LAWTON<br>1478 16TH STREET<br>SARASOTA FL 34236 | CREDITOR ID: 416712-L1<br>JOHNSON, ANGEL<br>C/O VINET & VINET<br>ATTN: JOE JOLLISSAINT<br>11817 BRICKSOME AVE<br>SUITE A<br>BATON ROUGE LA 70816 |
| CREDITOR ID: 416506-L1<br>JOHNSON, ANGEL<br>2815 SOUTH DERBENEY<br>NEW ORLEANS LA 70125 | CREDITOR ID: 416092-L1<br>JOHNSON, RANDY<br>4034 33RD AVE<br>MERIDIAN MS 39301 | CREDITOR ID: 416833-L1<br>JOHNSON, TERESA<br>C/O BRENT ADAMS & ASSOCIATES<br>ATTN: BRENT ADAMS, ESQ.<br>4208 SIX FORKS ROAD<br>SUITE 360<br>RALEIGH NC 27609 |
| CREDITOR ID: 416686-L1<br>JOHNSON, TERESA<br>781 CARRIAGE TRAIL<br>ROCKY MOUNT NC 27804 | CREDITOR ID: 416543-L1<br>JONES, CORNELIA<br>12229 HIGHWAY 421 S.<br>BROADWAY NC 27505 | CREDITOR ID: 416739-L1<br>JONES, CORNELIA<br>C/O BEVERLY D. BASDEN, PC.<br>ATTN: BEVERLY BASDEN<br>1503 WOODLAND AVE.<br>SANFORD NC 27330 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416093-L1<br>JONES, ELIZABETH<br>C/O WOODBURN S. WESLEY<br>88 NE EGLIN PARKWAY<br>FORT WALTON BEACH FL 32548 | CREDITOR ID: 408374-BD<br>KEMPER CASUALTY<br>ATTN KRM LAW DEPT<br>ONE WORLD TRADE CENTER<br>NEW YORK NY 10048 | CREDITOR ID: 408373-BD<br>KEMPER CASUALTY<br>ATTN:  JOHN DOYLE CREDIT OFFICER<br>155 VILLAGE BLVD STE 300<br>PRINCETON NJ 08540 |
| CREDITOR ID: 408370-BD<br>KEMPER GROUP<br>ATTN:  PAT FUSCO<br>2877 BRANDYWINE RD<br>ATLANTA GA 30341 | CREDITOR ID: 408382-BD<br>KEMPER INSURANCE COMPANIES<br>ATTN RMG COLLECTIONS M-1<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 408385-BD<br>KEMPER RISK MANAGEMENT SERVICES<br>ATTN:  RMG FINANCIAL SERVICES<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 |
| CREDITOR ID: 41488-BD<br>KENDALL, REGINALD E<br>4511 21ST AVE W<br>BRADENTON FL 34209 | CREDITOR ID: 416097-L1<br>KIDD, NORMA<br>JOHN MOONEY, ESQ.<br>LEHRMAN & LEHRMAN, PA<br>1801 NORTH PINE ISLAND RD<br>SUITE 103<br>PLANTATION FL 33322 | CREDITOR ID: 416096-L1<br>KIDD, NORMA<br>7930 NW 7TH ST. #204<br>PEMBROKE PINES FL 33024 |
| CREDITOR ID: 406852-MS<br>KING, LARRY<br>19734 CALLAWAY HILLS LANE<br>DAVIDSON NC 28036 | CREDITOR ID: 416558-L1<br>KIT, DIANNA<br>917 27TH STREET CT E<br>BRADENTON FL 34208 | CREDITOR ID: 406855-MS<br>KITCHENS JR., BENARD O.<br>4968 RED PINE CT.<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 416596-L1<br>KOLINSKY, JOHN<br>7393 NAUTICA WAY<br>LAKE WORTH FL 33467 | CREDITOR ID: 416775-L1<br>KOLINSKY, JOHN<br>C/O WILLIAM W. PRICE, P.A.<br>ATTN: WILLIAM W. PRICE<br>320 FERN ST.<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 416098-L1<br>KUSNAK-LEITH, REBECCA J<br>ANDREW W. HORN, ESQ<br>LAW OFFICES OF ANDREW W. HORN<br>ONE SOUTHEAST 3RD AVE<br>MIAMI FL 33131 |
| CREDITOR ID: 416853-AV<br>L & A PROCESS SYSTEMS INC<br>1704 RELIANCE ST<br>MODESTO CA 95358-5752 | CREDITOR ID: 416914-AV<br>L EMILY JONES FINAL STITCH ALTERATIONS<br>POST OFFICE BOX 812<br>HAMMOND LA 70401 | CREDITOR ID: 416868-AV<br>LAMONT E HOOD<br>2404 LOCH PLACE<br>GREENSBORO NC 27405 |
| CREDITOR ID: 416282-BD<br>LANIER WORLDWIDE INC<br>2300 PARKLAKE DRIVE<br>ATLANTA GA 30345-2979 | CREDITOR ID: 416282-BD<br>LANIER WORLDWIDE INC<br>C/O WARGO & FRENCH<br>ATTN: JULIE JARED, ESQ<br>1170 PEACHTREET ST, STE 2020<br>ATLANTA GA 30309 | CREDITOR ID: 387244-BD<br>LAWHON, VERONICA<br>550 JACKSON AVENUE #503<br>CAPE CANAVERAL FL 32920 |
| CREDITOR ID: 406887-MS<br>LAWRENCE SR., RONNEY T.<br>203 18TH ST. NW<br>BRADENTON FL 33505 | CREDITOR ID: 416099-L1<br>LAWSON, ANNETTE<br>3801 EDWARDS AVE.<br>JACKSON MS 39213 | CREDITOR ID: 416100-L1<br>LEAMON, VICTOR<br>P.O. BOX 1396<br>DAPHNE AL 36526 |
| CREDITOR ID: 406895-MS<br>LEE, JOHN D.<br>2931 MUSCADINE TRAIL<br>GAINESVILLE GA 30506 | CREDITOR ID: 416101-L1<br>LEE, TRACY<br>2508 ACACIA ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416102-L1<br>LEFTENANTLA, JEANA<br>JOHNATHAN RICHARDSONESQ<br>THE LAW OFFICES OF JONATHAN RICHARDSON<br>1140 KILDAIRE FARM RD<br>SUITE 305<br>CARY NC 27511 |
| CREDITOR ID: 416643-L1<br>LEFTWICH, MILDRED<br>P.O BOX 211<br>ARAB AL 35016 | CREDITOR ID: 416803-L1<br>LEFTWICH, MILDRED<br>C/O MCKINNEY, BRASWELL & CLIFF HILL, L.L.C.<br>ATTN: JEFFERY W MCKINNEY<br>501 MADISON STREET, SUITE 200B<br>HUNTSVILLE AL 35801 | CREDITOR ID: 416104-L1<br>LEON, DEBRA<br>PO BOX 805<br>NEW ROADS LA 70760 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 416103-L1
LEON, DEBRA
LONNY GUIDROZ, ESQ
WARD, CARRIERE & GUIDROZ, L.L.C.
2312 FALSE RIVER DR # C
NEW ROADS LA 70760

CREDITOR ID: 416752-L1
LEWIS, ESSIE
C/O MCPHILLIPS SHINBAUM,  LLP
ATTN: KAREN S. RODGERS
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 416566-L1
LEWIS, ESSIE
942 S UNION ST.
MONTGOMERY AL 36104

CREDITOR ID: 165374-BD
LEWIS, SHONDANELL M
4601 MACARTHUR BLVD APT 33
NEW ORLEANS LA 70131-7003

CREDITOR ID: 416912-AV
LEXINGTON CENTER LLC
PO BOX 1608
COLUMBIA SC 29202

CREDITOR ID: 416802-L1
LIEBEL, MICHAEL
C/O PATRICK J BALLARD ATTORNEY AT LAW
ATTN: PATRICK J BALLARD ESQ
2214 SECOND AVE NORTH STE 100
BIRMINGHAM AL 35203

CREDITOR ID: 416107-L1
LIEBEL, MICHAEL
PO BOX 0512
GULF SHORES AL 36547

CREDITOR ID: 416675-L1
LINDSAY, SHARHONDA
5403 WILLIAM GRANT WAY
APT 301
TAMPA FL 33610

CREDITOR ID: 416909-AV
LIVINGSTON PARISH MOSQUITO ABATEMENT DIS
PO BOX 1178
DENHAM SPRINGS LA 70727

CREDITOR ID: 166409-BD
LOCKLEY, HERMAN M
1335 COURTLAND DR APT H
RALEIGH NC 27604-1373

CREDITOR ID: 416109-L1
LODTZ, ALICE
FRANK STENOWSKI, ESQ
COGHLAN KUKANKOS COOK LLC
55 WEST WACKER DR.
SUITE 1210
CHICAGO IL 60601-1612

CREDITOR ID: 416108-L1
LODTZ, ALICE
1234 48TH AVENUE DRIVE EAST
BOX 150
BRADENTON FL 34203

CREDITOR ID: 416112-L1
LOUIS, KENNIE
CHARLIE BAGLAN, ESQ
CHARLIE BAGLAN & ASSOCIATES
PO BOX 1289
BATESVILLE MS 38606

CREDITOR ID: 416111-L1
LOUIS, KENNIE
1475 HIGHLAND AVE.
GREENVILLE MS 38701

CREDITOR ID: 416113-L1
LOUISSAINT, MYRLANDE
C. LINTON BARNES, ESQ
CAZEAU, LINTON BARNES, LLC
168 SE FIRST ST
SUITE 603
MIAMI FL 33131

CREDITOR ID: 416116-L1
LOWRY, RYAN
PETER J. SOMERA, ESQ
GLINN, SOMERA & SILVA
212 N FEDERAL HIGHWAY
DEERFIELD BEACH FL 33441

CREDITOR ID: 416115-L1
LOWRY, RYAN
932 S.W. 57TH DRIVE
GAINESVILLE FL 32607

CREDITOR ID: 408376-BD
LUMBERMMENS MUTUAL CASUALTY CO
ATTN:  RMG COLLECTIONS M-1
ONE KEMPER DR
LONG GROVE IL 60049-0001

CREDITOR ID: 416636-L1
LYONS, MELVIN
606 GAMBLE ST
GREENVILLE MS 38701

CREDITOR ID: 168680-BD
MACK, SEBRINA C
PO BOX 61193
JACKSONVILLE FL 32236-1193

CREDITOR ID: 416507-L1
MAGEE, ANGELA
C/O EUGEN C. TULLIS ATTORNEY A
PO BOX 74
RALEIGH MS 39153

CREDITOR ID: 416119-L1
MALDONADO, PEDRO
FRANK VERDI, ESQ
THE LAW OFFICES OF FRANK VERDI
18550 N. DALE MABRY HWY.
LUTZ FL 33548

CREDITOR ID: 416118-L1
MALDONADO, PEDRO
448 BROADCOVE
KISSIMMEE FL 34759

CREDITOR ID: 397055-66
MANDELL, BRIAN
1856 LAKOTNA DRIVE
ORANGE PARK FL 32073

CREDITOR ID: 416120-L1
MARSHALL, MILLIE
JACK O MORSE, ESQ
JACK O MORSE LAW FIRM
191 CLEVELAND AVE
ATLANTA GA 30315

CREDITOR ID: 416121-L1
MARSHALL, TRACEY
1122 69TH STREET
TAMPA FL 33619

CREDITOR ID: 408388-BD
MARSHALL, TRACY
C/O LAW FIRM OF MICHAEL STEPAKOFF
ATTN: RICKY
8370 W HLLSBOROUGH AVE
SUITE 208
TAMPA FL 33615

CREDITOR ID: 416122-L1
MARTIN, CLINTON
1807 HIGHWAY 14TH EAST
SELMA AL 36701

CREDITOR ID: 416736-L1
MARTIN, CLINTON
C/O CHRISTMAS Y. GREEN, P.A.
ATTN: CHRISTMAS Y. GREEN
116 MABRY ST
SELMA AL 36701

CREDITOR ID: 406935-MS
MARTIN, TIM
1400 NATURE DRIVE, APT 2G
JACKSONVILLE NC 28546

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416123-L1<br><br>MARTINEZ, GRISEL<br>PAUL WOODS, ESQ<br>PAUL B. WOODS<br>8367 BIRD ROAD<br>MIAMI FL 33155 | CREDITOR ID: 416125-L1<br><br>MARTINEZ, RAQUEL<br>FRANK S. BUCK, ESQ<br>FRANK S. BUCK, ESQUIRE<br>P. O. BOX 55089<br>2160 14TH AVE., S.<br>BIRMINGHAM AL 35225-5089 | CREDITOR ID: 416124-L1<br><br>MARTINEZ, RAQUEL<br>4249 HATHAWAY LANE<br>MOUNT OLIVE AL 35117 |
| CREDITOR ID: 416880-AV<br><br>MASTER'S CAR STEREO<br>1414 EAST WASHINGTON STREET<br>GREENVILLE SC 29607 | CREDITOR ID: 406940-MS<br><br>MATHIS, CRAIG H.<br>808 CRESTLINE DR.<br>MEXIA TX 76667 | CREDITOR ID: 406944-MS<br><br>MAY, JOSEPH B.<br>512 SOPHIA ST.<br>RIVER RIDGE LA 70123 |
| CREDITOR ID: 406946-MS<br><br>MCCARTHY JR., TIMOTHY F.<br>2454 CAROLTON RD.<br>MAITLAND FL 32751 | CREDITOR ID: 398828-78<br><br>MCCORQUODALE, JIMMY S.<br>4009 APPLETON WAY<br>WILMINGTON NC 28412 | CREDITOR ID: 406952-MS<br><br>MCCOSHAM, CATHY<br>7978 BUCKLAND DR.<br>CINNCINNATTI OH 45249 |
| CREDITOR ID: 406961-MS<br><br>MCGUIRE, DWANE T.<br>2113 N. TAFT<br>LOVELAND CO 80538 | CREDITOR ID: 416126-L1<br><br>MCKEE, VICKY<br>5657 MAGNOLIA<br>JACKSON MS 39206 | CREDITOR ID: 416697-L1<br><br>MCKEE, VICKY<br>5651 MAGNOLIA DR.<br>JACKSON MS 39209 |
| CREDITOR ID: 406969-MS<br><br>MCMILLAN, JAMES<br>8987 STONERIDGE PLACE<br>MONTGOMERY AL 36117 | CREDITOR ID: 416818-L1<br><br>MCMILLAN, ROBBIE<br>C/O RONALD TANET<br>ATTN: RONALD TANET, ESQUIRE<br>1615 POYDRAS  STE. 850<br>NEW ORLEANS LA 70112 | CREDITOR ID: 416664-L1<br><br>MCMILLAN, ROBBIE<br>2353 ALEX KORMAN<br>HARVEY LA 70058 |
| CREDITOR ID: 416127-L1<br><br>MCNAIR-WILLIAMS, ANISA<br>4218 NW 37TH TERRACE<br>LAUDERDALE LAKES FL 33319 | CREDITOR ID: 416756-L1<br><br>MCNEIL, FREDDIE<br>C/O JAMES A. JOHNSON, P.C.<br>ATTN: HENDRIK S. SNOW, ESQUIRE<br>2029 AIRPORT BLVD.<br>SUITE C<br>MOBILE AL 36606 | CREDITOR ID: 416571-L1<br><br>MCNEIL, FREDDIE<br>2008 CLINTON STREET<br>MOBILE AL 36617 |
| CREDITOR ID: 416131-L1<br><br>MENDOZA, MIRNA<br>EDUARDO OLIVERA ESQ<br>PERSONAL INJURY LEGAL TEAM, P.A.<br>1506 N.E. 162ND ST.<br>SUITE 100<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 416130-L1<br><br>MENDOZA, MIRNA<br>8650 SADDLEBROOK CIRCLE<br>APT 2103<br>NAPLES FL 34103 | CREDITOR ID: 416132-L1<br><br>MERCADO, JASMINE<br>JASON CHALIK, ESQ<br>ROSEN & CHALIK, P. A.<br>300 NORTHWEST 82ND AVE.<br>SUITE 414<br>PLANTATION FL 33324 |
| CREDITOR ID: 406984-MS<br><br>MEREDITH, MARYLL<br>3381 COLUMBIA TRACE<br>DECATUR GA 30032 | CREDITOR ID: 416907-AV<br><br>MICHELINA'S INC<br>FEDI VENDOR<br>1314 RELIABLE PARKWAY<br>CHICAGO IL 60686 | CREDITOR ID: 416134-L1<br><br>MILES, LOISE<br>1202 W. 28TH ST.<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 416854-AV<br><br>MILK TRANSPORT SERVICES LP<br>PO BOX 889<br>913 SHELTON DRIVE<br>CABOOL MO 65689 | CREDITOR ID: 406992-MS<br><br>MILLER, DANNY R.<br>3819 EVERGLADES RD.<br>LAKE PARK FL 33410 | CREDITOR ID: 51307-BD<br><br>MILLER, JASIME V<br>1789 BOULEVARD DE PROVINCE APT C<br>BATON ROUGE LA 70816-8695 |
| CREDITOR ID: 416678-L1<br><br>MILLER-JOHNSON, SHERYLL<br>17655 SW 6TH<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 416806-L1<br><br>MIRON-JONES-CHANG, YEN<br>C/O BRAUN-REE<br>ATTN: ANDREW S REE ESQ<br>2133 LAWRENCEVILLE SUWANEE RD<br>#14-406<br>SUWANEE GA 30024 | CREDITOR ID: 416646-L1<br><br>MIRON-JONES-CHANG, YEN<br>708 N. HILL PKWY<br>CHAMBLEE GA 30341 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416137-L1<br>MIRTH, GAIL<br>BRETT L. BORROW, ESQ<br>MUSTELL &  BORROW<br>4100 N.E. 2 AVE. STE. 202<br>MIAMI FL 33137 | CREDITOR ID: 416136-L1<br>MIRTH, GAIL<br>2928 NW 64TH STREET<br>MIAMI FL 33147 | CREDITOR ID: 416753-L1<br>MONROE, EVERGREEN<br>C/O CANNON LAW FIRM<br>ATTN: CRAIG CANNON<br>PO BOX 1986<br>OCALA FL 34478-1986 |
| CREDITOR ID: 416568-L1<br>MONROE, EVERGREEN<br>603 SE 15 DRIVE<br>GAINESVILLE FL 32641 | CREDITOR ID: 416287-BD<br>MONROE, EVERGREEN<br>C/O THE CANNON LAW FIRM<br>ATTN: CRAIG J CANNON, ESQ<br>PO BOX 1986<br>OCALA FL 34478-1986 | CREDITOR ID: 416139-L1<br>MOORE, BEN<br>105 MARQUEZ CT.<br>MANDEVILLE LA 70448 |
| CREDITOR ID: 181113-BD<br>MORICE, ERASMO R<br>9840 N KENDALL DR APT A104<br>MIAMI FL 33176-1848 | CREDITOR ID: 416140-L1<br>MORRIS, CHANDA D<br>MICKEY MASON, ESQ<br>BERNARD & ANGELLE<br>234 ST. LANDRY ST.<br>SUITE 2-F<br>LAFAYETTE LA 70506 | CREDITOR ID: 416691-L1<br>MORRIS, TINA<br>171 C ATLANTIC AVE.<br>HAMPTON VA 23664 |
| CREDITOR ID: 416143-L1<br>MOSLEY, APRIL<br>4312 EAST VIEW<br>MOBILE AL 36618 | CREDITOR ID: 416764-L1<br>MUNIZ-SILVA, ILDA<br>C/O MOSKOWITZ & DENNIS, PLLC<br>ATTN: KEVIN DENNIS<br>3111 STIRLING RD<br>SUITE C-303<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 416581-L1<br>MUNIZ-SILVA, ILDA<br>7611 LAUREL VALLEY RD<br>FORT MYERS FL 33912 |
| CREDITOR ID: 398899-78<br>MYERS, DAVID E<br>7320 PINEWALKER DRIVE S<br>MARGATE FL 33063 | CREDITOR ID: 408381-BD<br>NATIONAL LOSS CONTROL SERVICE  CORP<br>ATTN:  RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 | CREDITOR ID: 408380-BD<br>NATLSCO INC<br>ATTN:  RMG COLLECTIONS<br>ONE KEMPER DR<br>LONG GROVE IL 60049-0001 |
| CREDITOR ID: 416901-AV<br>NC DEPARTMENT OF AGRICULTURE AND<br>1015 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1051 | CREDITOR ID: 408211-BD<br>NORTH, BARBARA<br>1411 BIRCH CREEK DRIVE<br>ORLANDO FL 32828 | CREDITOR ID: 416612-L1<br>O'NEIL, LOU E<br>388 JEAN PIERRIE RD<br>VILLE PLATTE LA 70586 |
| CREDITOR ID: 416785-L1<br>O'NEIL, LOU E<br>C/O DONALD L. MAYEUX, PA<br>ATTN: DONAL L MAYEUX, ESQ.<br>P.O. BOX 1460<br>211 N SECOND ST.<br>EUNICE LA 70535 | CREDITOR ID: 407044-MS<br>OOSTIN, KENNETH<br>4412 HOLLOWAY MEADOW LN<br>PLANT CITY  FL 33567-1687 | CREDITOR ID: 408363-BD<br>OPRA<br>ATTN: COLLECTIONS<br>400 S LASALLE STREET, 6TH FLOOR<br>CHICAGO IL 60605 |
| CREDITOR ID: 305271-BD<br>OSCAR A JACQUES<br>2029 N ROMAN ST<br>NEW  ORLEANS LA 70116 | CREDITOR ID: 407041-MS<br>O'STEEN, JOE<br>2547 SIGMA COURT<br>ORANGE PARK FL 32073 | CREDITOR ID: 416810-L1<br>OSTROW, PAMELA<br>C/O JOHN A. WILKERSON<br>ATTN: JOHN A. WILKERSON<br>1120 BEVILLE ROAD STE D<br>DAYTONA BEACH FL 32114 |
| CREDITOR ID: 416145-L1<br>OWENS, FREDRICK C<br>219 WEEMS ST<br>PICAYUNE MS 39466 | CREDITOR ID: 407059-MS<br>PARSON, CLIFTON D.<br>538 ELMNER DR.<br>MARS HILL NC 28754 | CREDITOR ID: 415964-BD<br>PATIENT FIRST<br>C/O RECEIVABLES MGMNT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 |
| CREDITOR ID: 416877-AV<br>PAVILION BOLLWEEVIL & BP BPLLWEEVIL LLC<br>C/O BROMONT PROPERTY MGMT LLC<br>PO BOX 98327<br>REFERENCE BOLLWEEVIL SHOPPING CENTE<br>PHOENIX AZ 85038-0327 | CREDITOR ID: 416882-AV<br>PEAK 10 INC<br>PO BOX 534390<br>ATLANTA GA 30353-4390 | CREDITOR ID: 407079-MS<br>PETTIT, JOSEPH E.<br>1009 CHISHOLM WAY<br>LILBURN GA 30047 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411324-BD<br>PIERRE, RUBEN<br>550 NW 18TH STREET, APT B<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 411324-BD<br>PIERRE, RUBEN<br>C/O EHRLICH & TIPTON LLC<br>ATTN: KENNETH E EHRLICH, ESQ<br>5405 OKEECHOBEE BLVD, STE 301-B<br>WEST PALM BEACH FL 33417 | CREDITOR ID: 416283-BD<br>PITNEY BOWES INC<br>C/O CREDITO MANAGEMENT CORP<br>PO BOX 410<br>WESTBROOK CT 06498-0410 |
| CREDITOR ID: 416855-AV<br>POINTE COUPEE GENERAL HOSPITAL<br>2202 FALSE RIVER DR<br>NEW ROADS LA 70760 | CREDITOR ID: 407092-MS<br>POLLOCK JR., JESSE T.<br>9921 FARMINGTON<br>BEN BROOK TX 76126 | CREDITOR ID: 416690-L1<br>POOLE, THOMAS JASON<br>C/O DAVEY L TUCKER<br>PO BOX 1261<br>JACKSON MS 392151261 |
| CREDITOR ID: 407101-MS<br>PRESCOTT, JOHN T.<br>610 NW 102 WAY<br>PLANTATION FL 33324 | CREDITOR ID: 415967-BD<br>PROGRESSIVE BUSINESS PUBLICATIONS<br>C/O INT'L CREDIT RECOVERY INC<br>300 MAIN STREET<br>PO BOX 992<br>VESTAL NY 13851 | CREDITOR ID: 407103-MS<br>PROPES, RICHARD<br>3 BLACK KNOB COURT<br>GREENVILLE SC 29686 |
| CREDITOR ID: 416252-BD<br>PUBLIC WORKS COMMISSION<br>CITY OF FAYETTEVILLE<br>955 WILMINGTON ROAD<br>FAYETTEVILLE NC 28302 | CREDITOR ID: 416148-L1<br>RAGLAND, WILBERT<br>JAMES P GREEN ESQ<br>LAW OFFICES OF JAMES P GREEN<br>626 S GARNETT ST<br>P.O. BOX 862<br>HENDERSON NC 27536 | CREDITOR ID: 416147-L1<br>RAGLAND, WILBERT<br>411 BURWELL AVE<br>HENDERSON NC 27537 |
| CREDITOR ID: 416614-L1<br>RAMOS, LUZ<br>81 NW 44TH STREET<br>MIAMI FL 33127 | CREDITOR ID: 416787-L1<br>RAMOS, LUZ<br>C/O THE LAW OFFICES OF CARLOS A. VELASQUEZ<br>ATTN: CARLOS A. VELASQUEZ, ESQ.<br>8181 WEST BROWARD BLVD.<br>SUITE 380<br>PLANTATION FL 33324 | CREDITOR ID: 416892-AV<br>RAXMAN PUBLICATIONS INC<br>PO BOX 3542<br>CHAMPLAIN NY 12919-3542 |
| CREDITOR ID: 406246-BD<br>RCG INFORMATION TECHNOLOGY<br>4700 MILLENIA BLVD STE 370<br>ORLANDO FL 32839-6014 | CREDITOR ID: 416151-L1<br>REDDING, ANDRE<br>ANGELA O'NEIL, ESQ<br>BEST & ANDERSON, P.A.<br>1201 E. ROBINSON ST.<br>ORLANDO FL 32801-2115 | CREDITOR ID: 416150-L1<br>REDDING, ANDRE<br>1113 TROPIC STREET<br>TITUSVILLE FL 32796 |
| CREDITOR ID: 407119-MS<br>REED, BILLY R.<br>341 MOEADOWRIDGE DR.<br>TUSCALOOSA AL 35405 | CREDITOR ID: 407124-MS<br>REYNOLDS, WILLIAM F.<br>368 BERKELEY ROAD<br>ROCK HILL SC 29832 | CREDITOR ID: 416624-L1<br>RIBAS, MARIA L<br>14722 SW 36TH TERRACE<br>MIAMI FL 33185 |
| CREDITOR ID: 416792-L1<br>RIBAS, MARIA L<br>C/O ABRAHAM & AGNOLI,  P.A.<br>ATTN: LANE ABRAHAM, ESQ.<br>2701 SOUTH BAYSHORE DRIVE<br>SUITE 403<br>MIAMI FL 33133 | CREDITOR ID: 416727-L1<br>RIOS, CARLOS<br>C/O SHERRIS & REYNOLDS, PA<br>ATTN: CARL E. REYNOLDS<br>PO BOX 3228<br>ORLANDO FL 32802 | CREDITOR ID: 416527-L1<br>RIOS, CARLOS<br>9751 EDEN PARK AVE<br>ALTAMONTE SPRINGS FL 32714 |
| CREDITOR ID: 416155-L1<br>RIPOLL, MIRIAM<br>RAFAEL CAMPS, ESQ<br>RAFAEL CAMPS, P.A.<br>1080 WOODCOCK ROAD<br>ORLANDO FL 32803 | CREDITOR ID: 416154-L1<br>RIPOLL, MIRIAM<br>7913 CAROLINA LANE<br>ORLANDO FL 32825 | CREDITOR ID: 416598-L1<br>RISSIOTIS, JULIE<br>1540 EUCLID AVENUE<br>APT 201<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 416910-AV<br>RN EXPERTISE INC<br>691 DOUGLAS AVENUE SITE #101<br>ALTAMONTE SPRINGS FL 32714 | CREDITOR ID: 407142-MS<br>RODENMAYER, NELSON<br>132 DEERWOOD ROAD<br>TOLLAND CT 06084 | CREDITOR ID: 416162-L1<br>ROGERS, JOAN<br>TIMOTHY FARROW, ESQ<br>FARROW & PULICE, P.A.<br>3665 BEE RIDGE RD.<br>SUITE 106<br>SARASOTA FL 34233 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:  05-03817-3F1**

CREDITOR ID: 416161-L1
ROGERS, JOAN
7125 FRUITVILLE ROAD
APT 1382
SARASOTA FL 34923

CREDITOR ID: 416856-AV
ROLLADEN INC
550 ANSIN BLVD
HALLANDALE FL 33009

CREDITOR ID: 416921-AV
ROSS PRODUCTS DIVISION
75 REMITTANCE DRIVE
SUITE 1310
CHICAGI IL 60675-1310

CREDITOR ID: 399024-78
ROWLAND, AL R.
1531 HARRINGTON PARK DRIVE
JACKSONVILLE, FL 32225

CREDITOR ID: 407158-MS
RUSSELL, WAYNE V.
601 NORMANDY STREET
CARY NC 27511

CREDITOR ID: 416743-L1
SANCHEZ, DAVID
C/O ZAPPITELL & KAPRAL, P.A.
ATTN: STEPHEN M. KAPRAL, JR., ESQ.
5355 TOWN CENTER ROAD
SUITE 1105
BOCA RATON FL 33486

CREDITOR ID: 416551-L1
SANCHEZ, DAVID
512 NW 108TH TERR
PEMBROKE PINES FL 33026

CREDITOR ID: 411391-BD
SANTANA, HARRY
940 LAKE DRIVE
APOPKA FL 32703

CREDITOR ID: 411391-BD
SANTANA, HARRY
C/O EEOC - PHOENIX DISTRICT OFFICE
ATTN: AROS, AL
3300 N. CENTRAL AVE.,
SUITE 690
PHOENIX AZ 850121848

CREDITOR ID: 411391-BD
SANTANA, HARRY
C/O ORLANDO OFFICE OF HUMAN RELATIO
PO BOX 4990
ORLANDO FL 2802-490

CREDITOR ID: 416164-L1
SANTANA, MARGARITA
1322 NORTH F STREET
LAKE WORTH FL 33460

CREDITOR ID: 399045-78
SCHMIDT, CHARLES
1117 CHICKSTER ST
ORLANDO FL 32803

CREDITOR ID: 399046-78
SCHNECKLOTH, ALBERT H.
1654 CUNNINGHAM ESTATES
JACKSONVILLE, FL 32259

CREDITOR ID: 416716-L1
SCOTT, AUDRA
C/O GAUDIN AND GAUDIN ATTY AT LAW
ATTN: PIERRE F. GAUDIN, ESQUIRE
P.O. BOX 156
1088 FOURTH ST.
GRETNA LA 70053

CREDITOR ID: 416513-L1
SCOTT, AUDRA
2017 TUSKAGEEE DR
MARRERO LA 70072

CREDITOR ID: 416635-L1
SERAILLE, MELISSA
206 EAST JEFFERSON ST
APT 203
VILLE PLATTE LA 70586

CREDITOR ID: 416799-L1
SERAILLE, MELISSA
C/O LAW OFFICE OF
ATTN: DONALD MAYEAUX
PO BOX 1460
EUNICE LA 70535

CREDITOR ID: 416167-L1
SHAMBERGER, DEBORAH J
TREVOR FULLER, ESQ.
THE FULLER LAW FIRM
212 S TRYON ST
SUITE 1640
CHARLOTTE NC 28281

CREDITOR ID: 416166-L1
SHAMBERGER, DEBORAH J
10407 WILSON GLEN DR
CHARLOTTE NC 28214

CREDITOR ID: 416169-L1
SHANNON, PEGGY
MICHAEL ATWATER, ESQ
ATWATER AND DAVIS, LLC
1470 EBENEZER RD
ROCK HILL SC 29732

CREDITOR ID: 416168-L1
SHANNON, PEGGY
123 HICKORY LANE
YORK SC 29745

CREDITOR ID: 416564-L1
SHELTON, ERNESTINE H
3618 BARRINGTON PLACE
DECATUR GA 30032

CREDITOR ID: 407193-MS
SHPTAUGH, JOHN D.
3657 WINGED FOOT CR.
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 416170-L1
SILVA, DELIA
151 GRANDO BLVD, APT# 1020
BISCAYNE FL 33149

CREDITOR ID: 416172-L1
SILVA-MUNIZ, ILDA
KEVIN DENNIS, ESQ
MOSKOWITZ & DENNIS, PLLC
3111 STIRLING RD
SUITE C-303
FT LAUDERDALE FL 33312

CREDITOR ID: 416171-L1
SILVA-MUNIZ, ILDA
7611 LAUREL VALLEY RD
FORT MYERS FL 33912

CREDITOR ID: 416174-L1
SIMMONS, JANICE
JAMES R. BOWLES, ESQ
BOWLES & COTTLE, ATTORNEYS AT LAW
2 SOUTH DUBOIS AVENUE
TALLASSEE AL 36078

CREDITOR ID: 416173-L1
SIMMONS, JANICE
220 FRIENDSHIP RD #4
TALLASSEE AL 36078

CREDITOR ID: 407198-MS
SIMMONS, MICHAEL J.
331 MARYLAND
ST. CLOUD FL 32769

CREDITOR ID: 407200-MS
SINCLAIR, JOHN
8237 FOREST RD.
CINNCINATTI OH 45255

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 416175-L1
SING, ELISA
1847 BENTLEY BLVD.
KISSIMMEE FL 34741

CREDITOR ID: 416176-L1
SING, ELISA
JONATHAN ROTHSTEIN, ESQ
ROTSTEIN & SHIFFMAN, LLP
309 OAKRIDGE BLVD
SUITE B
DAYTONA FL 32118

CREDITOR ID: 416662-L1
SIZEMORE, RAY S
6537 SUTHERLAND AVENUE
NEW PORT RICHEY FL 34652

CREDITOR ID: 416549-L1
SMITH, DARRIN (MINOR)
4570 FELICIANA DRIVE
NEW ORLEANS LA 70126

CREDITOR ID: 416179-L1
SMITH, GRACE
EDWARD D. CARLSON, ESQ
CARLSON MEISSNER HART & HAYSLETT PA
250 BLECHER ROAD N SUITE 102
CLEARWATER FL 33765

CREDITOR ID: 416178-L1
SMITH, GRACE
312 MCBRIENRD.
CHATTANOOGA TN 37411

CREDITOR ID: 416180-L1
SMITH, ODESSA
3921 NC HWY 65
REIDSVILLE NC 27320

CREDITOR ID: 416826-L1
SMITH, SHARING
C/O THE LAW OFFICES OF WILLIAM F. SOUZA, PA
ATTN: CHAD C. HASTINGS, ESQUIRE
155 NW 167TH ST., PH
NORTH MIAMI BEACH FL 33169

CREDITOR ID: 416676-L1
SMITH, SHARING
19213 NW 34TH COURT
MIAMI FL 33147

CREDITOR ID: 407218-MS
SMOAK, TERRY
3222 CONCORD WAY
PLANT CITY FL 33566

CREDITOR ID: 399090-78
SNIPES, JOHN
1718 INDIA HOOK ROAD
ROCK HILL, SC 29732

CREDITOR ID: 416182-L1
SPARKS, CINDY
KENNETH MCKENNA, ESQ
DELLECKER, WILSON & KING,  P.A.
719 VASSAR STREET
ORLANDO FL 32804

CREDITOR ID: 416181-L1
SPARKS, CINDY
4642 CALENDULA DR.
ORLANDO FL 32839

CREDITOR ID: 416184-L1
SPARKS, KHARI
KENNETH MCKENNA, ESQ
DELLECKER, WILSON & KING,  P.A.
719 VASSAR STREET
ORLANDO FL 32804

CREDITOR ID: 416183-L1
SPARKS, KHARI
4642 CALENDULA DRIVE
ORLANDO FL 32839

CREDITOR ID: 411427-BD
SPECIALTY TECHNICAL PUBLISHERS
UNIT 10, 1225 EAST KEITH ROAD
NORTH VANCOUVER BC V7J 1J3
CANADA

CREDITOR ID: 408234-BD
SPENCE, CHRISTOPHER G
5211 NW 17TH AVENUE
MIAMI FL 33142

CREDITOR ID: 407232-MS
SPIVEY, RONNIE A.
200 BISCAYNE BLVD. WAY
APT.10H
MAIMI FL 33131

CREDITOR ID: 416186-L1
SPRUILL, CALVIN., JR
JOSEPH PACK, ESQ
BRIGHT & CHIMERA, P.A.
135 S.E. FIFTH AVE.
SUITE 200
DELRAY BEACH FL 33484

CREDITOR ID: 416185-L1
SPRUILL, CALVIN., JR
225 NW SEVENTH AVE
DELRAY BEACH FL 33444

CREDITOR ID: 416729-L1
STANLEY, CARRIE
C/O CLARK HALL
ATTN: CLARK HALL
924 3RD AVE.
GADSDEN AL 35901

CREDITOR ID: 416530-L1
STANLEY, CARRIE
15 COMNOCK AVENUE
GADSDEN AL 35902

CREDITOR ID: 416188-L1
STEWART, JAMES
PATRICK S. ARRINGTON, ESQ
THE LAW OFFICES OF PATRICK S. ARRINGTON
1302 MAIN STREET
P.O. BOX 545
GREENSBORO AL 36744

CREDITOR ID: 416187-L1
STEWART, JAMES
P.O. BOX 34
CENTERVILLE AL 35042

CREDITOR ID: 416190-L1
STIIT, BETH A
HENRY T SWANN, ESQ
HENRY T. SWANN, III
P. O. BOX 4415
ST. AUGUSTINE FL 32085

CREDITOR ID: 416189-L1
STIIT, BETH A
609 NORTH 6TH STREET
APT 6
SENECA KS 66538

CREDITOR ID: 407249-MS
STOLZ, GARY
2075 MARY ANN LANE
BURLESON TX 76028

CREDITOR ID: 407250-MS
STONE, GEORGE W.
102 JACKSON LANE
HENDERSONVILLE TN 37075

CREDITOR ID: 416512-L1
STONEY, ARKEDRA (MINOR)
279 ROSS RD
TALLAHASSEE FL 32301

CREDITOR ID: 407252-MS
STREMPEL JR., EDWARD P.
401 ARROWHEAD DR.
MONTGOMERY AL 36117

**SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS**
**Notice of Special Bar Date Requiring Filing of Proofs of**
**Claim on or Before November 30, 3005, at 5:00 P.M. ET**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407260-MS<br>STURGILL, HARLEY NELSON<br>2230 WINDING CREEK LANE<br>JACKSONVILLE FL 32216 | CREDITOR ID: 416545-L1<br>SUMMERS, DALE<br>C/O STEPHEN C. BULLOCK<br>P.O. BOX 1029<br>LAKE CITY FL 32056 | CREDITOR ID: 411323-BD<br>SWANKO, JACOB<br>940 LAKE DRIVE<br>APOPKA FL 32703 |
| CREDITOR ID: 411323-BD<br>SWANKO, JACOB<br>C/O EEOC<br>TAMPA AREA OFFICE<br>501 EAST POLK ST, RM 1000<br>TAMPA FL 33062 | CREDITOR ID: 416902-AV<br>TAC EXTREME CORP<br>14629 SW 104TH STREET<br>#235<br>MIAMI FL 33186 | CREDITOR ID: 416911-AV<br>TAMPA ELECTRIC<br>702 FRANKLIN STREET<br>TAMPA FL 33602 |
| CREDITOR ID: 416733-L1<br>TAYLOR, CHERYLE<br>C/O HARRELL AND JOHNSON, PA.<br>ATTN: SCOTT A. CLEARY, ESQUIRE<br>4735 SUNBEAM ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 416534-L1<br>TAYLOR, CHERYLE<br>9224 JAY BIRD CIRCLE EAST<br>JACKSONVILLE FL 32257 | CREDITOR ID: 416193-L1<br>TAYLOR, MELVINA<br>EDWARD E. MAY, II, ESQ<br>LAW OFFICE OF EDWARD E. MAY, II<br>1820 7TH AVE. NORTH, STE. 108<br>BIRMINGHAM AL 35203-2223 |
| CREDITOR ID: 416192-L1<br>TAYLOR, MELVINA<br>313 NIGHT AVE<br>HUEYTOWN AL 35023 | CREDITOR ID: 416866-AV<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | CREDITOR ID: 407269-MS<br>TEASDALE, WALTER<br>6507 STAFFORD TERRACE AVE.<br>PLANT CITY FL 33565 |
| CREDITOR ID: 416197-L1<br>TERRY, SHON H<br>JULIAN AYCOX, ESQ<br>AYCOX & ASSOCIATES<br>975 MARTIN STREET<br>ATLANTA GA 30315 | CREDITOR ID: 416196-L1<br>TERRY, SHON H<br>5634 BECKINRIDGE<br>DULUTH GA 30096 | CREDITOR ID: 416198-L1<br>THOMAS, AKASHEYN<br>500 PINSON ROAD, APT M-4<br>ALBANY GA 31705 |
| CREDITOR ID: 416200-L1<br>THOMAS, RONALD<br>JOSEPH M. WILLIAMS, ESQ<br>LAW OFFICES OF JOSEPH M. WILLIAMS P.A.<br>1701 JAMES L. REDMAN PRKWY<br>PLANT CITY FL 33567 | CREDITOR ID: 416199-L1<br>THOMAS, RONALD<br>1025 S. OHIO AVE<br>LAKELAND FL 33803 | CREDITOR ID: 416201-L1<br>THOMAS, TAYLOR<br>3815 N.W. 207TH TERRACE<br>MIAMI FL 33055 |
| CREDITOR ID: 407280-MS<br>THOMPSON, CLYDE<br>2632 LEXINGTON DR.<br>LA PLACE LA 70068 | CREDITOR ID: 416829-L1<br>THRASH, SHIRLEY<br>C/O CHARLES M. MORRIS, P.C.<br>ATTN: CHARLES MORRIS, PC<br>PO BOX 47<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 416680-L1<br>THRASH, SHIRLEY<br>5825 HILL ROAD<br>POWDER SPRINGS GA 30127 |
| CREDITOR ID: 416899-AV<br>TMFM QUINCY<br>178 LASALLE LEFFALL DRIVE<br>QUINCY FL 32351 | CREDITOR ID: 416878-AV<br>TRAILER RENTAL INC<br>PO BOX 910148<br>DALLAS TX 75391-0148 | CREDITOR ID: 416857-AV<br>TRANSYLVANIA COMMUNITY<br>HOSPITAL<br>PO BOX 1116<br>BREVARD NC 28712-1116 |
| CREDITOR ID: 407304-MS<br>TROUTMAN JR., ROBERT T.<br>2363 HEDRICK MILL RD.<br>LEXINGTON NC 27292 | CREDITOR ID: 416202-L1<br>TRUJILLO, MARIA<br>JUAN CARLOS FUENTES, ESQ<br>JEFFREY EXPOSITO, P.A.<br>2955 S.W. 8TH ST.<br>MIAMI FL 33135 | CREDITOR ID: 416204-L1<br>TUCKER, KIA<br>BRAD KAPLAN ESQ.<br>KAPLAN & SEIFTER<br>7 LENOX POINTE, NE<br>ATLANTA GA 30324 |
| CREDITOR ID: 416203-L1<br>TUCKER, KIA<br>601 WILBURN AVENUE<br>APT D<br>LAGRANGE GA 30240 | CREDITOR ID: 416765-L1<br>TULLOS, INEZ<br>C/O JESSE P. LAGARDE<br>ATTN: JESSE P. LAGARDE<br>PO BOX 326<br>AMITE LA 70422 | CREDITOR ID: 416582-L1<br>TULLOS, INEZ<br>13179 CENTER STREET<br>KENTWOOD LA 70444 |

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 407308-MS
TUMLIN, STANLEY L.
1572 BENT RIVER CIRCLE
BIRMINGHAM AL 35216

CREDITOR ID: 407310-MS
TYNER, JERRY D.
5501 ASPEN LANE
FT. WORTH TX 76112

CREDITOR ID: 416683-L1
UDOINYION, SUNDAY N
PO BOX 80903
CHAMBLEE GA 30366

CREDITOR ID: 416887-AV
UMB BANK N A
PO BOX 419260
KANSAS CITY MO 64141-6250

CREDITOR ID: 410363-BD
UNITED STATES DEPT OF AGRICULTURE
ATTN: JANE E SERVAIS
HEAD LICENSE & PROGRAM REVIEW
PACA BRANCH, SW MAIL STOP 0245
1400 INDEPENDENCE AVE
WASHINGTON DC 20250-0245

CREDITOR ID: 408368-BD
UNITED STATES FIDELITY & GUARANTY C
C/O DISCOVERY MANAGERS
5 BATTERSON PARK DR
FARMINGTON CT 06032

CREDITOR ID: 416206-L1
USSA, RUBY
DENNIS PHILLIPS, ESQ
LAW OFFICES OF DENNIS PHILLIPS, PA
600 N. PINE ISLAND RD #450
PLANTATION FL 33324

CREDITOR ID: 416205-L1
USSA, RUBY
18762 NW 23 STREET
PEMBROKE PINES FL 33029

CREDITOR ID: 416695-L1
VALDES, MARIA
C/O JASON S. REMER, ESQ.
100 NORTH BISCAYNE BLVD. #1003
MIAMI FL 33132

CREDITOR ID: 416208-L1
VANBUREN, BETTY J
GRETA R. JOHNSON, ESQ
JOHNSON & ASSOCIATES
P. O. BOX 9162
JACKSON MS 39206

CREDITOR ID: 416207-L1
VANBUREN, BETTY J
315 TAYLOR STREET
JACKSON MS 39216

CREDITOR ID: 416210-L1
VASQUEZ, JOSEFA N
JOSE CARRILLO, ESQ.
CARRILLO & CARRILLO, P.A.
3663 S.W. 8TH STREET
SUITE 214
MIAMI FL 33135

CREDITOR ID: 416209-L1
VASQUEZ, JOSEFA N
4531 SW 5TH STREET
MIAMI FL 33126

CREDITOR ID: 416212-L1
VERKON, STACEE
MICHAEL RAYBURN, ESQ
WHIBBS & WHIBBS, P.A.
105 E. GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 416211-L1
VERKON, STACEE
86 FROSTED POND PLACE
THE WOODLANDS TX 77381

CREDITOR ID: 407322-MS
VICK, BILL
1213 JUSTIN LANE
CROWLEY TX 73036

CREDITOR ID: 411419-BD
VINES, BECKY
C/O KELLY VINES
1540 N VAN WERT ROAD
VILLA RICA GA 30180

CREDITOR ID: 416603-L1
VINES, KELLY (MINOR)
1540 N. VAN WERT ROAD
VILLA RICA GA 30180

CREDITOR ID: 416779-L1
VINES, KELLY (MINOR)
C/O THE VAN PELT LAW FIRM
ATTN: JOHN DUFOUR
527 NEWNAN STREET
CARROLLTON GA 30117

CREDITOR ID: 416214-L1
VITARELLI, PEGGY
W. MARC HARDESTY, ESQ
HARDESTY & TYDE P.A.
4004 ATLANTIC BLVD
SUITE 1B
JACKSONVILLE FL 32207

CREDITOR ID: 416213-L1
VITARELLI, PEGGY
6351 BLUEBIRD RD
JACKSONVILLE FL 32219

CREDITOR ID: 416835-L1
VOLCE, THIAS
C/O CELESTE & ASSOCIATES, P.A.
ATTN: MICHAEL J. CELESTE, JR.
580 VILLAGE BLVD
BRANDYWINE CENTRE, SUITE 315
WEST PALM BCH FL 33409

CREDITOR ID: 416535-L1
VOLCY, CHRISLENE
57 BOXTON LANE
BOYNTON BEACH FL 33426

CREDITOR ID: 408383-BD
WACHOVIA BANK, NA
ATTN:  STANDBY LETTERS OF CREDIT
401 LINDEN ST 1ST FLOOR
WINSTON-SALEM NC 27101

CREDITOR ID: 416217-L1
WALKER, DIANE
ROBERT JOYCE, ESQ
JOYCE & REYES, P.A.
307 S. HYDE PARK BLVD
TAMPA FL 33606

CREDITOR ID: 416216-L1
WALKER, DIANE
440 SADDLE BAG LANE
LAKELAND FL 33801

CREDITOR ID: 416860-AV
WALLACE ENTERPRISES INC
5370 OAKDALE RD
SMYRNA GA 30082-7100

CREDITOR ID: 416219-L1
WALLACE, CASSIE AARON
MARTIN L HOFFMAN ESQ
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. MIAMI BEACH BLVD STE201
MIAMI FL 33162

CREDITOR ID: 416218-L1
WALLACE, CASSIE ARRON
1021 NW 23RD TERRACE
POMPANO BEACH FL 33069

CREDITOR ID: 407334-MS
WALLACE, HAYWOOD
2415 DANIELS LANDING DRIVE
FOREST PARK FL 32003

SERVICE LIST - MSP PARTICIPANTS/OTHER MISC. CREDITORS
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416588-L1<br>WALTER, JANIS E<br>435 KILE LN. SW<br>APT 215<br>CLEVELAND TN 37311 | CREDITOR ID: 416770-L1<br>WALTER, JANIS E<br>C/O LOGAN, THOMPSON, MILLER, BILBO, THOMPSON<br>ATTN: JIMMY W. BILBO, ESQ.<br>30 SECOND STREET<br>P.O. BOX 191<br>CLEVELAND TN 37364-0191 | CREDITOR ID: 407339-MS<br>WALTERS, ROBERT<br>642 DOOLEY LANE<br>NAMPA ID 83686 |
| CREDITOR ID: 415955-BD<br>WARNEY, MARK<br>100 POT BELLY PIG TRAIL<br>DOUGLAS GA 31533 | CREDITOR ID: 416626-L1<br>WARNEY, MARK<br>100 POT BELLY PIG TRAIL<br>DOUGLAS GA 31533 | CREDITOR ID: 411325-BD<br>WASHINGTON, SLOVICKA<br>C/O M.A. BASS JR<br>113 DOWNING STREET<br>PO BOX 712<br>HAZELHURST MI 39083 |
| CREDITOR ID: 230325-BD<br>WATSON, CAROLYN M<br>6153 SEVEN SPRINGS BLVD #UNIT 28<br>GREENACRES FL 33463-1607 | CREDITOR ID: 407348-MS<br>WATTS, JAMES D<br>19195 WILD OAK LANE<br>PONCHATOULA LA 70454 | CREDITOR ID: 416221-L1<br>WHITE, DAJUVETTE<br>C/O KITCHENS & ASSOCIATES<br>1319 VETERANS<br>METAIRIE LA 70005 |
| CREDITOR ID: 416811-L1<br>WHITFIELD, PATSY<br>C/O ZEVIN & ROSENBLOUM, P.C.<br>ATTN: MICHAEL ROSENBLOUM<br>230 PEACHTREE ST. N.W.<br>SUITE 2275<br>ATLANTA GA 30303 | CREDITOR ID: 416652-L1<br>WHITFIELD, PATSY<br>P.O. BOX 962419<br>RIVERDALE GA 30296 | CREDITOR ID: 416913-AV<br>WIGGINS PHOTOGRAPHY<br>298 COMMERCE PARK DRIVE<br>SUITE E<br>RIDGELAND MS 39157 |
| CREDITOR ID: 416224-L1<br>WIGGINS, ANN<br>RANDY A. BYRD, ESQ<br>THE LAW OFFICE OF BLAKE R. MAISLIN, LLC<br>906 MAIN STREET, SUITE 500<br>CINCINNATTI OH 45202 | CREDITOR ID: 416223-L1<br>WIGGINS, ANN<br>3898 MAGNOLIA DR<br>AMELIA OH 45102 | CREDITOR ID: 416714-L1<br>WIGGINS, ANN<br>C/O THE LAW OFFICE OF BLAKE R. MAISLIN, LLC<br>ATTN: RANDY A. BYRD, ESQUIRE<br>214 E. 9TH STREET, 5TH FLOOR<br>MAISLIN PROFESSIONAL CENTER<br>CINCINNATTI OH 45202 |
| CREDITOR ID: 416509-L1<br>WIGGINS, ANN<br>3898 MAGNOLIA DR<br>AMELIA OH 45102 | CREDITOR ID: 407373-MS<br>WILDEY, THOMAS<br>7347 BARATERIA BLVD<br>MARRERO LA 70072 | CREDITOR ID: 399231-78<br>WILKINSON, THOMAS<br>365 QUAIL DRIVE<br>SALISBURY MC 28147 |
| CREDITOR ID: 416908-AV<br>WILLIAMS SAUSAGE INC<br>FEDI VENDOR<br>5132 OLD TROY HICKMAN ROAD<br>UNION CITY TN 38261 | CREDITOR ID: 416730-L1<br>WILLIAMS, CHARLES<br>C/O WAYNE GARRETT ALC<br>ATTN: WAYNE GARRETT, ESQ.<br>P.O. BOX 19466<br>NEW ORLEANS LA 70179 | CREDITOR ID: 416531-L1<br>WILLIAMS, CHARLES<br>3906 ORLEANS AVE<br>NEW ORLEANS LA 70119 |
| CREDITOR ID: 416226-L1<br>WILLIAMS, CLEAVON<br>JOHN J. FINCKBEINER, JR., ESQ.<br>DYSART & TABARY, LLP<br>THREE COURTHOUSE SQUARE<br>CHALMETTE LA 70043 | CREDITOR ID: 416225-L1<br>WILLIAMS, CLEAVON<br>2433 CLOVER ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 416538-L1<br>WILLIAMS, CLEAVON (MINOR)<br>2433 CLOVER ST<br>NEW ORLEANS LA 70122 |
| CREDITOR ID: 416735-L1<br>WILLIAMS, CLEAVON (MINOR)<br>C/O DYSART & TABARY, LLP<br>ATTN: JOHN J. FINCKBEINER, JR.<br>THREE COURTHOUSE SQUARE<br>CHALMETTE LA 70043 | CREDITOR ID: 416539-L1<br>WILLIAMS, CLEVIA<br>3620 ARCH STREET<br>ORLANDO FL 328087408 | CREDITOR ID: 416227-L1<br>WILLIAMS, CLEVIA<br>3620 ARCH STREET<br>ORLANDO FL 32808-7408 |
| CREDITOR ID: 399234-78<br>WILLIAMS, GERALD<br>4343 PAXTON WAY<br>BIRMINGTON AL 35242 | CREDITOR ID: 416631-L1<br>WILLIAMS, MARY LOUISE<br>471 PINEY FOREST RD<br>DANVILLE VA 24540 | CREDITOR ID: 416796-L1<br>WILLIAMS, MARY LOUISE<br>C/O CLEMENS & CLEMENS, P.C.<br>ATTN: J. CHRISTOPHER CLEMENS<br>231 BOULEVARD<br>SALEM VA 24153 |

**Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 416819-L1
WILLIAMS, ROBERT E
C/O PETE QUEZADA, LTD
ATTN: PETE QUEZADA
SUITE 212 C - CORPORATE CENTER
COLUMBUS GA 31901

CREDITOR ID: 416666-L1
WILLIAMS, ROBERT E
C/O PETE QUEZADA
SUITE 212 C-CORPORATE CENTER
COLUMBUS GA 31901

CREDITOR ID: 416858-AV
WINN DIXIE TAMPA, INC
FEDI VENDOR
P O BOX 40555
JACKSONVILLE FL 32203-0555

CREDITOR ID: 416871-AV
WORK WELL
PO BOX 22844
JACKSON MS 39225-2844

CREDITOR ID: 416859-AV
WORLD VARIETY PRODUCE INC
PO BOX 21127
LOS ANGELES CA 90021

CREDITOR ID: 407394-MS
WRIGHT, JAMES A.
P.O. BOX 490
HOMOSASSA SPRING FL 34447

CREDITOR ID: 407397-MS
YANDELL, WILLIS
1209 BORA BORA
KEMP TX 75143

CREDITOR ID: 416606-L1
YATES, KEVIN
1126 22ND AVENUE NORTH
SAINT PETERSBURG FL 33704

CREDITOR ID: 416230-L1
YATES, KEVIN
1126 22ND AVENUE NORTH
SAINT PETERSBURG FL 33704

CREDITOR ID: 416231-L1
YEN, MIRON JONES-CHANG
708 N. HILL PKWY
CHAMBLEE GA 30341

CREDITOR ID: 416541-L1
YOPP, CONNIE
C/O ERICA S. WEST
2151 SKIBO RD, SUITE 102
FAYETTEVILLE NC 28314

CREDITOR ID: 416737-L1
YOPP, CONNIE
C/O BRENT & ADAMS ASSOCIATES
ATTN: BRENTON D. ADAMS
2151 SKIBO RD SUITE 102
FAYETTEVILLE NC 28314

CREDITOR ID: 416233-L1
YOUNG, MARSHAINA
HAROLD L SEBRING III ESQ
SEBRING LAW A PERSONAL INJURY LAW FIRM
2529 W BUSCH BLVD  STE 100
TAMPA FL 33618

CREDITOR ID: 416232-L1
YOUNG, MARSHAINA
1114 SPRUCE STREET
TAMPA FL 33607

CREDITOR ID: 416627-L1
YOUNG, MARSHAINA (MINOR)
1114 SPRUCE STREET
TAMPA FL 33607

CREDITOR ID: 416794-L1
YOUNG, MARSHAINA (MINOR)
C/O SEBRING LAW A PERSONAL INJURY LAW FIRM
ATTN: HAROLD L SEBRING III ESQ
2529 W BUSCH BLVD  STE 100
TAMPA FL 33618

CREDITOR ID: 407405-MS
ZAMULIO, ELMER Y.
3720 W. 10TH COURT
HIALEAH FL 33012

CREDITOR ID: 416761-L1
ZAPATA, GLORIA
C/O KARMIN, ADLER & PADOWITZ
ATTN: MICHAEL FEINER
300 S.E. 2ND ST.
SUITE 860
FT. LAUDERDALE FL 33301

CREDITOR ID: 416235-L1
ZAPATA, GLORIA
MICHAEL FEINER, ESQ
KARMIN, ADLER & PADOWITZ
300 S.E. 2ND ST.
SUITE 860
FT. LAUDERDALE FL 33301

CREDITOR ID: 416234-L1
ZAPATA, GLORIA
4344 NW 9  AVE,  #1147
POMPANO BEACH FL 33064

CREDITOR ID: 416576-L1
ZAPATA, GLORIA
4344 NW 9  AVE,  #1147
POMPANO BEACH FL 33064

**Total:   591**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| In re: | Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM
## ON OR BEFORE NOVEMBER 30, 2005, AT 5:00 P.M. EASTERN TIME

### (APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS)

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court Jacksonville, Florida  32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia  31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia  31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida  32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana  70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road Montgomery, Alabama  36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road Clayton, North Carolina  27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida  32254-3699 | 59-6078837 | 05-03840-3F1 |

## PLEASE TAKE NOTICE THAT:

1. **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.    **ENTRY OF THE BAR DATE ORDER.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date"). The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants (the "Subsequently Identified Claimants").  Therefore, the Debtors hereby establish **November 30, 2005 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to the Subsequently Identified Claimants.  The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, but only if such claims are alleged by the Subsequently Identified Claimants.

4.    **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured

5.    **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if:

   A.    You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

   B.    Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

   C.    Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

   D.    You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

   E.    Your claim has already been paid by the Debtors with authorization of the Court; or

   F.    You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.    **WHAT TO FILE.**  If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.  YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

 If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If  your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.    **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on November 30, 2005**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Special Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**  If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other

claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9.     **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE. EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON NOVEMBER 30, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10.     **THE DEBTORS' SCHEDULES AND ACCESS THERETO.**  You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com. Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11.     **FURTHER INFORMATION.**  If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  October 31, 2005

**FOR THE COURT:**
**David K. Oliveria, Clerk of the Bankruptcy Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM<br>FOR SPECIAL BAR<br>DATE: November 30,<br>2005 at 5:00 p.m.<br>Eastern Time | APPLICABLE ONLY TO CERTAIN<br>SUBSEQUENTLY IDENTIFIED<br>POTENTIAL CLAIMANTS |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: _____ Case No. _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Telephone No. of Creditor

Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name:_____
Company/Firm:_____
Address:_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from
_____ to _____
(date)        (date)

2. Date debt was incurred:

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:
$_____ (unsecured) $_____ (secured) $_____ (priority) $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print:_____ Title:_____
Signature:_____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY, YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

### --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 05-03817-3F1 |
| Dixie Stores, Inc. | Case No. 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | Case No. 05-03819-3F1 |
| Astor Products, Inc. | Case No. 05-03820-3F1 |
| Crackin' Good, Inc. | Case No. 05-03821-3F1 |
| Deep South Distributors, Inc. | Case No. 05-03822-3F1 |
| Deep South Products, Inc. | Case No. 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | Case No. 05-03824-3F1 |
| Dixie-Home Stores, Inc. | Case No. 05-03825-3F1 |
| Dixie Packers, Inc. | Case No. 05-03826-3F1 |
| Dixie Spirits, Inc. | Case No. 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | Case No. 05-03828-3F1 |
| Foodway Stores, Inc. | Case No. 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | Case No. 05-03830-3F1 |
| Sunbelt Products, Inc. | Case No. 05-03831-3F1 |
| Sundown Sales, Inc. | Case No. 05-03832-3F1 |
| Superior Food Company | Case No. 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | Case No. 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | Case No. 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | Case No. 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Case No. 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Case No. 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Case No. 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | Case No. 05-03840-3F1 |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, NOVEMBER 30, 2005**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.** PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.