UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING AGREEMENT TO BE BOUND BY STIPULATION

The Court finds that the Agreement to be Bound by Stipulation filed by Hurley Partin Whitaker on behalf of Pharmacare Health Services, Inc. on November 7, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Agreement to be Bound by Stipulation filed by Hurley Partin Whitaker on behalf of Pharmacare Health Services, Inc. on November 7, 2005 is stricken from the record.

**DATED November 8, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Mark J. Friedman, 6225 Smith Ave., Baltimore, MD 21209-3600
Hurley Partin Whitaker, 500 N. Harbor City Blvd., Suite D, Melbourne, FL 32935