UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about November 3, 2005, I caused copies of:

- the **Notice of Second Amended Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases**
- the **Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines**
- the **Notice of Special Bar Date Requiring Filing of Proofs of Claim on or Before November 30, 2005, at 5:00 P.M. Eastern Time (Applicable only to Certain Subsequently Identified Potential Claimants)**
- the **Proof of Claim Form**

   to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List (Amended Scheduled Claimants) attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: November 8, 2005

_____
Kathleen M. Logan

Code: BG

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF   Doc 4089   Filed 11/08/05   Page 3 of 15

**SERVICE LIST - SECOND AMENDED SCHEDULED CREDITORS**
Page 1 of 3

Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET;
Notice of Second Amended Schedules of Assests and
Liabilities and Schedule of Executory Contracts and Unexpire
Leases; Notice of Chapter 11 Bankruptcy Case, Meeting of...

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410372-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN EDWARD A MUNGIOLE AVP, CR MGT<br>TWO LIBERTY PLACE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410372-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 411329-GX<br>ACE BERMUDA INSURANCE, LTD.<br>THE ACE BUILDING<br>17 WOODBOURNE AVENUE<br>HAMILTON  HM 08<br>BERMUDA |
| CREDITOR ID: 411330-GX<br>AIG AVIATION, INC.<br>100 COLONY SQUARE, SUITE 1000<br>1175 PEACHTREE STREET, NE<br>ATLANTA GA 30361 | CREDITOR ID: 411331-GX<br>AMERICAN CAS. CO. OF READING PA<br>CNA INSURANCE CO<br>40 WALL STREET<br>NEW YORK NY 10005 | CREDITOR ID: 411332-GX<br>AMERICAN GUARANTEE LIABILITY (ZURICH)<br>ZURICH EXCESS CASUALTY<br>3003 SUMMIT BOULEVARD<br>SUITE 1800<br>ATLANTA GA 30319 |
| CREDITOR ID: 416245-O1<br>ANDERSON, JOHN<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | CREDITOR ID: 411333-GX<br>ARCH INSURANCE CO.<br>EXECUTIVE ASSURANCE UNDERWRITING<br>ONE LIBERTY PLAZA, 53RD FLOOR<br>NEW YORK NY 10008 | CREDITOR ID: 411334-GX<br>ATLAS VENDING<br>205 WOODS LAKE ROAD<br>GREENVILLE SC 29607 |
| CREDITOR ID: 411335-GX<br>AWAC - SIDE A DIC (BERMUDA)<br>BERMUDA COMMERCIAL BANK BUILDING<br>43 VICTORIA STREET<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 411336-GX<br>AWAC LTD. (BERMUDA)<br>BERMUDA COMMERCIAL BANK BUILDING<br>43 VICTORIA STREET<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 411337-GX<br>AXIS (BERMUDA)<br>AXIS SPECIALTY LIMITED<br>106 PITTS ROAD<br>PEMBROKE  HM 08<br>BERMUDA |
| CREDITOR ID: 397621-72<br>AXIS SURPLUS INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 411339-GX<br>AXIS US<br>AXIS FINANCIAL INSURANCE SOLUTIONS<br>CONNELL CORPORATE PARK<br>PO BOX 357<br>BERKELEY HEIGHTS NJ 07922-0357 | CREDITOR ID: 242550-12<br>CODINA, ARMANDO M<br>THE CODINA GROUP, INC.<br>355 ALHAMBRA CIRCLE, SUITE 900<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 397628-72<br>COMMONWEALTH INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 416246-O1<br>DASBURG, JOHN H.<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | CREDITOR ID: 248287-12<br>DOLPHIN CAPITAL CORP<br>PO BOX 605<br>MOBERLY, MO 65270-0605 |
| CREDITOR ID: 397632-72<br>EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 377468-44<br>ESTATE OF FOWLER, TILLIE<br>C/O BUCK FOWLER<br>BROADVIEW TOWERS, UNIT 12-A<br>1596 LANCSTER TERRACE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 411343-GX<br>FEDERAL INSURANCE CO.<br>CHUBB GROUP OF INSURANCE COS.<br>82 HOPMEADOW STREET<br>SIMBSURY CT 06070-7683 |
| CREDITOR ID: 411344-GX<br>FLORIDA POWER & LIGHT COMPANY<br>P O BOX 25426<br>MIAMI FL 33102 | CREDITOR ID: 411345-GX<br>GREAT AMERICAN ASSURANCE<br>8510 MCALPINE PARK DRIVE, SUITE 114<br>CHARLOTTE NC 28211 | CREDITOR ID: 411346-GX<br>HANSEATIC INSURANCE CO. (BERMUDA) LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON  HM 11<br>BERMUDA |
| CREDITOR ID: 415968-BD<br>HAUER CUSTOM MANUFACTURING<br>C/O STEVENS & LEE<br>ATTN: JEFFREY A HARENZA, ESQ<br>111 NORTH 6TH STREET<br>PO BOX 679<br>READING PA 19603-0679 | CREDITOR ID: 411347-GX<br>HOUSTON CASUALTY COMPANY<br>HCC GLOBAL FINANCIAL PRODUCTS<br>PO BOX 4018<br>FARMINGTON CT 06034 | CREDITOR ID: 411348-GX<br>ILLINOIS NATIONAL INSURANCE CO<br>175 WATER STREET<br>NEW YORK NY 10038 |

Case 3:05-bk-03817-JAF    Doc 4089    Filed 11/08/05    Page 4 of 15

SERVICE LIST - SECOND AMENDED SCHEDULED CREDITORS                                                    Page 2 of 3
Notice of Special Bar Date Requiring Filing of Proofs of
Claim on or Before November 30, 3005, at 5:00 P.M. ET;
Notice of Second Amended Schedules of Assests and
Liabilities and Schedule of Executory Contracts and Unexpire
Leases; Notice of Chapter 11 Bankruptcy Case, Meeting of...

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397655-72<br>LEXINGTON INSURANCE COMPANY<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 411350-GX<br>LIBERTY INS. UNDERWRITERS, INC.<br>55 WATER STREET, 18TH FLOOR<br>NEW YORK NY 10041 | CREDITOR ID: 278836-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O ANGEL & FRANKEL PC<br>ATTN LAURENCE MAY/RICK A STEINBERG<br>460 PARK AVE<br>NEW YORK NY 10022-1906 |
| CREDITOR ID: 411352-GX<br>LIBERTY MUTUAL INSURANCE EUROPE LTD.<br>GROUND FLOOR, GUILD HOUSE<br>INTERNATIONAL FINANCIAL SVCS CENTER<br>DUBLIN<br>IRELAND | CREDITOR ID: 397656-72<br>LLOYDS OF LONDON<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 411354-GX<br>MAGNA CARTA INSURANCE LTD.<br>WINDSOR PLACE<br>18 QUEEN STREET<br>HAMILTON HM 12<br>BERMUDA |
| CREDITOR ID: 411355-GX<br>MAX RE - SIDE-A DIC (BERMUDA)<br>2 FRONT STREET<br>PO BOX 3565<br>HAMILTON HM KX<br>BERMUDA | CREDITOR ID: 411356-GX<br>MAX RE LTD (BERMUDA)<br>2 FRONT STREET<br>PO BOX 2565<br>HAMILTON HM KX<br>BERMUDA | CREDITOR ID: 411357-GX<br>MODERN LEASING, INC. OF IOWA<br>PO BOX 663<br>DES MOINES IA 50303 |
| CREDITOR ID: 411179-15<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK NY 10270 | CREDITOR ID: 378213-45<br>NORTH, JULIA B.<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | CREDITOR ID: 415964-BD<br>PATIENT FIRST<br>C/O RECEIVABLES MGMNT SYS<br>PO BOX 8630<br>RICHMOND VA 23226-0630 |
| CREDITOR ID: 411360-GX<br>PHOENIX CLOSURES<br>1899 HIGH GROVE LANE<br>NAPERVILLE IL 60540 | CREDITOR ID: 415967-BD<br>PROGRESSIVE BUSINESS PUBLICATIONS<br>C/O INT'L CREDIT RECOVERY INC<br>300 MAIN STREET<br>PO BOX 992<br>VESTAL NY 13851 | CREDITOR ID: 416252-BD<br>PUBLIC WORKS COMMISSION<br>CITY OF FAYETTEVILLE<br>955 WILMINGTON ROAD<br>FAYETTEVILLE NC 28302 |
| CREDITOR ID: 411361-GX<br>QUANTA SPECIALITY LINES INSURANCE COMPANY<br>QUANTA US HOLDINGS,<br>10 ROCKEFELLER PLAZA, 3RD FLOOR<br>NEW YORK NY 10020 | CREDITOR ID: 411048-15<br>RIDER, CARLETON T.<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | CREDITOR ID: 411363-GX<br>RLI INSURANCE COMPANY<br>9025 NORTH LINDBERG DRIVE<br>PEORIA IL 61615-1431 |
| CREDITOR ID: 410797-15<br>SMITHFIELD PACKING CO, INC, THE<br>C/O MCGUIREWOODS, LLP<br>ATTN ROBERT A COX, JR ESQ<br>100 N TRYON STREET, SUITE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 397669-72<br>SR INTERNATIONAL BUS INS CO LTD<br>C/O MARSH USA INC<br>PO BOX 100357<br>ATLANTA, GA 30384-0357 | CREDITOR ID: 411366-GX<br>ST PAUL MERCURY<br>THE ST. PAUL COMPANIES<br>385 WASHINGTON STREET<br>ST PAUL MN 55102-1396 |
| CREDITOR ID: 411367-GX<br>ST. PAUL (BERMUDA) LTD.<br>BURNABY BUILDING<br>16 BURNABY STREET<br>HAMILTON HM JX<br>BERMUDA | CREDITOR ID: 411368-GX<br>ST. PAUL FIRE & MARINE INS. CO.,<br>233 BROADWAY, 26TH FLOOR<br>NEW YORK NY 10279 | CREDITOR ID: 411369-GX<br>STARR EXCESS (BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE HM 08<br>BERMUDA |
| CREDITOR ID: 411370-GX<br>STARR EXCESS LIABILITY INS. INT'L LTD. (BERMUDA)<br>29 RICHMOND ROAD<br>PEMBROKE HM 08<br>BERMUDA | CREDITOR ID: 411371-GX<br>STARR EXCESS LIABILITY INSURANCE<br>29 RICHMOND ROAD<br>PEMBROKE HM 08<br>BERMUDA | CREDITOR ID: 411372-GX<br>THE HARTFORD<br>PO BOX 2999<br>UNIT A 2W<br>HARTFORD CT 06104-2999 |

Case 3:05-bk-03817-JAF   Doc 4089   Filed 11/08/05   Page 5 of 15

Page 3 of 3

**SERVICE LIST - SECOND AMENDED SCHEDULED CREDITORS**
**Notice of Special Bar Date Requiring Filing of Proofs of**
**Claim on or Before November 30, 3005, at 5:00 P.M. ET;**
**Notice of Second Amended Schedules of Assests and**
**Liabilities and Schedule of Executory Contracts and Unexpire**
**Leases; Notice of Chapter 11 Bankruptcy Case, Meeting of...**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

CREDITOR ID: 411034-15
TOWNSEND, RONALD
C/O WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

CREDITOR ID: 411373-GX
TWIN CITY FIRE INSURANCE COMPANY
UNDERWRITERS AT HARTFORD PLAZA
HARTFORD CT 06115

CREDITOR ID: 411375-GX
XL INSURANCE AMERICA INC. (BERMUDA)
ONE BERMUDIANA ROAD
HAMILTON HM 2245
BERMUDA

CREDITOR ID: 411316-15
XL SPECIALTY INSURANCE COMPANY
C/O MANIER & HEROD, PC
ATTN MICHAEL E COLLINS, ESQ
150 FOURTH AVENUE NORTH, SUITE 2200
NASHVILLE TN 37219

CREDITOR ID: 411378-GX
ZURICH AMERICAN INSURANCE COMPANY
ONE LIBERTY PLAZA
30TH FLOOR
NEW YORK NY 10006

Total: 59

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF SECOND AMENDED SCHEDULES OF ASSETS AND LIABILITIES
AND SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE that, on November 3, 2005, Winn-Dixie Stores, Inc., one of the above-captioned debtors and debtors-in-possession (collectively, the Debtors"), filed its Second Amended Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases (the "Amended Schedules") with the United States Bankruptcy Court for the Middle District of Florida. Pursuant to the Amended Schedules, Winn-Dixie Stores, Inc. has added certain parties to Schedule F and G of the Schedule of Assets and Liabilities and Schedule of Executory Contracts (each a "Subsequently Identified Party").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Notice of Special Bar Date, a Subsequently Identified Party must file a proof of claim no later than **November 30, 2005** or be forever barred, estopped and enjoined from asserting a claim against the Debtors. A copy of the Notice of Special Bar Date Requiring Filing of Proofs of Claims on or Before November 30, 2005 and a proof of claim form is enclosed herewith.

Dated: November 3, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*    <br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Walker Gray<br>       Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ Cynthia C. Jackson*    <br>       Stephen D. Busey<br>       James H. Post<br>       Cynthia C. Jackson,<br>        Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| In re: | ) Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al., | ) *Chapter 11* |
| Debtors. | ) Jointly Administered |

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on February 21, 2005. The cases were transferred to the above-captioned Court on April 13, 2005. The cases are being jointly administered for procedural purposes under Case No. 05-03817-3F1. You may be a creditor of one of the debtors. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. **This notice lists important deadlines and provides important information concerning the cases.** You may want to consult an attorney to protect your rights. All pleadings (other than proofs of claim) filed in these cases may be reviewed in electronic form at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For general information, please call 1-800-224-7654 or e-mail winninfo@loganandco.com.

**Debtors (Other Names Used by the Debtors in the Last 6 Years, Including Trade Names) and Addresses:**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court, Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road Montgomery, Alabama 36104 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

### Co-Attorneys for Debtors (name and address):

D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida  32202

### Meeting of Creditors:

Date:  May 25, 2005

Time: 10:00 a.m. Eastern Time

Location:  Prime F. Osborn, III Convention Center
1000 Water Street
Jacksonville, Florida

### Deadline to File a Proof of Claim:

**Proofs of Claim Must be Filed by:**
August 1, 2005, at 5:00 p.m. Eastern Time

**Address for Filing Proofs of Claim:**
Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043

**PLEASE DO NOT FILE PROOFS OF CLAIM WITH THE BANKRUPTCY COURT**

**Address of the Bankruptcy Clerk's Office:**

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Hours Open:  Monday through Friday, 8:30 a.m. to 4:00 p.m.

**For the Court:**

Clerk of the Court
David K. Oliveria

Date:  May 2, 2005

# EXPLANATIONS

## Filing of Chapter 11 Bankruptcy Case

A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed by each of the debtors listed on the preceding pages, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the Court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is appointed, the debtors will remain in possession of the debtors' property and may continue to operate any business.

## Creditors May Not Take Certain Actions

Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures.

## Meeting of Creditors

A meeting of creditors is scheduled for the date, time and location listed on the preceding page. *The debtors' representative must be present at the meeting to be questioned under oath by the U.S.Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

## Claims

**Filing of Proofs of Claim:** The debtors have filed schedules of liabilities pursuant to Bankruptcy Rule 1007. You may review the schedules of liabilities at www.loganandco.com. Any creditor holding a scheduled claim that is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a Proof of Claim in this case. A Proof of Claim is a signed statement describing a creditor's claim. Creditors whose claims are not scheduled or whose claims are listed in the schedules as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their Proofs of Claim. The deadline for filing Proofs of Claim is August 1, 2005, at 5:00 p.m. Eastern Time. If you elect to file a Proof of Claim and have not received a Proof of Claim form, you may utilize a Proof of Claim form that substantially conforms to Official Form 10. Proof of Claim forms are available in the clerk's office of any bankruptcy court or you may obtain a form at www.loganandco.com. The place to file a proof of claim is: Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043.

**Information Concerning Offers to Purchase Claims:** Certain entities are in the business of purchasing claims held by creditors against a debtor for an amount that is less than the face amount of the claims. One or more of these entities may contact you and offer to purchase your claim against one of the debtors. Some of the written communications from these entities may be easily confused with official court documentation or communications from the debtors. These entities do not represent the Court or the debtors. Therefore, you have no obligation to sell your claim to these entities. In the event you do decide to sell your claim, any transfer of such claim is subject to Bankruptcy Rule 3001(e), any applicable provisions of the Bankruptcy Code and any applicable orders of the Court.

## Discharge of Debts

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

## Bankruptcy Clerk's Office

Any paper that you file in this bankruptcy case, except a Proof of Claim form and a ballot on confirmation of a chapter 11 plan, should be filed at the bankruptcy clerk's office at the address listed on the preceding page. **Electronic filing is mandatory for all attorneys.** You may review all pleadings (other than proofs of claim), including the debtors' schedules, in electronic form at the bankruptcy clerk's office. Separate instructions have been issued as to when and where to file a proof of claim and separate instructions will be later issued as to when and where to file a ballot.

Voice Case Info. System (VCIS):  For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information.  VCIS is accessible 24 hours a day except when routine maintenance is performed.  To access VCIS toll free call 1-866-879-1286.

Please review the Court's website at www.flmb.uscourts.gov at "Winn-Dixie Stores Chapter 11 Proceedings," for additional information regarding these cases.

## Legal Advice

The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights.

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., <u>et al.</u>,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

**NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM<br>ON OR BEFORE NOVEMBER 30, 2005, AT 5:00 P.M. EASTERN TIME**

**(APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS)**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida  32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia  31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia  31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida  32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana  70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama  36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina  27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida  32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1. **CASE FILING.**  On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  By order dated April 13, 2005, venue of these cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court").  Their cases are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.**  Under the Bankruptcy Code, the Debtors are granted certain protections against creditors.  A creditor is anyone to whom the Debtors owe money or property.  Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.  **ENTRY OF THE BAR DATE ORDER.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date").  The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants (the "Subsequently Identified Claimants").  Therefore, the Debtors hereby establish **November 30, 2005 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to the Subsequently Identified Claimants.  The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, but only if such claims are alleged by the Subsequently Identified Claimants.

4.  **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arose on or prior to the filing of the chapter 11 petitions on February 21, 2005, and it is not one of the types of claims described in section 5 below. Acts or omissions of the Debtors that occurred on or prior to the filing of the chapter 11 petitions on February 21, 2005, may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

5.  **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if:

   A.  You have already properly filed a proof of claim against the Debtors utilizing a claim form that substantially conforms to the attached proof of claim form or to Official Form No. 10;

   B.  Your claim is listed on the Debtors' Schedules (as defined below) and is not described in the Debtors' Schedules as "disputed," "contingent," or "unliquidated."

   C.  Your claim is listed on the Debtors' Schedules (as defined below) and you do not dispute the amount or nature of your claim as set forth in the Debtors' Schedules or that the claim is an obligation of the specific Debtor against which the claim is listed in the Debtors' Schedules;

   D.  You are asserting a claim under section 507(a) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

   E.  Your claim has already been paid by the Debtors with authorization of the Court; or

   F.  You hold a claim that has been allowed by an order of the Court entered on or before the Bar Date.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ONE OF THE DEBTORS, OR IF THE CLAIM YOU HELD ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005 HAS BEEN PAID. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

6.  **WHAT TO FILE.**  If you file a proof of claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). If a proof claim form is not enclosed herewith, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, faxed to (973) 509-3191 or sent by email to winninfo@loganandco.com.   YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED.

 If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If  your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.

7.  **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on November 30, 2005**, at the following address (the "Claims Docketing Center"):

> **Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,
> 546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Special Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

8.  **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**  If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases, such proof of claim must be filed by the later of (a) thirty days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of the Court or (b) the Bar Date.  Any other

claims arising on or prior to the filing of the chapter 11 petitions on February 21, 2005 with respect to any leases or contracts of the Debtors must be filed by the Bar Date.

9. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE.** **EXCEPT WITH RESPECT TO CLAIMS OF THE TYPE SET FORTH IN SECTION 5 ABOVE, ANY CREDITOR RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON NOVEMBER 30, 2005, FOR ANY CLAIM SUCH CREDITOR HOLDS OR WISHES TO ASSERT AGAINST THE DEBTORS, WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10. **THE DEBTORS' SCHEDULES AND ACCESS THERETO.** You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Liabilities, as the same may be amended from time to time (as amended, the "Debtors' Schedules"). To determine if and how you are listed on the Debtors' Schedules, if a proof of claim form is enclosed herewith, please refer to the proof of claim form, near the top of the right hand side of the first page, for scheduled claim information.

Copies of the Debtors* Schedules and the Bar Date Order may be viewed at www.loganandco.com. Copies of the Debtors' Schedules may also be reviewed by interested parties in electronic form between the hours of 8:30 a.m. and 4:00 p.m., Eastern Time, at the office of the Clerk of the Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202 or by appointment during regular business hours at the offices of the attorneys for Winn-Dixie Stores, Inc., et al.: Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York (Attn: Luisa Bonachea, 212-735-5152) or Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida (Attn: Kim Ward, 904-359-7853).

11. **FURTHER INFORMATION.** If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or email winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED: October 31, 2005

FOR THE COURT:
**David K. Oliveria, Clerk of the Bankruptcy Court**

Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522

Stephen D. Busey, James H. Post and Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800, Jacksonville, Florida 32202

Form B10 (Official Form 10)(08/03)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br><br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>**PROOF OF CLAIM FOR SPECIAL BAR DATE: November 30, 2005 at 5:00 p.m. Eastern Time** | **APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS** |
|---|---|---|

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name:_____ Case No. _____
(See List of Names and Case Numbers on Reverse Side)

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

_____
Telephone No. of Creditor

_____
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above  ☐ additional address

Name:_____

Company/Firm:_____

Address:_____
_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces  ☐ amends   a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN:_____
  Unpaid compensation for services performed from
  _____ to _____
  (date)            (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____  $_____  $_____  $_____
(unsecured)             (secured)               (priority)              (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date | **Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:**

Print:_____  Title:_____

Signature:_____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| Debtor | Case Number |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 05-03817-3F1 |
| Dixie Stores, Inc. | Case No. 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | Case No. 05-03819-3F1 |
| Astor Products, Inc. | Case No. 05-03820-3F1 |
| Crackin' Good, Inc. | Case No. 05-03821-3F1 |
| Deep South Distributors, Inc. | Case No. 05-03822-3F1 |
| Deep South Products, Inc. | Case No. 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | Case No. 05-03824-3F1 |
| Dixie-Home Stores, Inc. | Case No. 05-03825-3F1 |
| Dixie Packers, Inc. | Case No. 05-03826-3F1 |
| Dixie Spirits, Inc. | Case No. 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | Case No. 05-03828-3F1 |
| Foodway Stores, Inc. | Case No. 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | Case No. 05-03830-3F1 |
| Sunbelt Products, Inc. | Case No. 05-03831-3F1 |
| Sundown Sales, Inc. | Case No. 05-03832-3F1 |
| Superior Food Company | Case No. 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | Case No. 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | Case No. 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | Case No. 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Case No. 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Case No. 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Case No. 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | Case No. 05-03840-3F1 |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
 DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, NOVEMBER 30, 2005**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.** PROOFS OF CLAIM MAY <u>NOT</u> BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.