# United States Bankruptcy Court

## Middle District of Florida

In re: **Winn Dixie Stores, Inc.**

Case No.: 05-3817-3F1

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Life Investors Insurance Company of America** | **Fairfield Partners Limited Partnership** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| | |
| Bill Sindlinger | |
| Vice President and Counsel | |
| AEGON USA Realty Advisors, Inc. | Last Four Digit of Acct. #: _____ |
| 4333 Edgewood Road, N.E. | |
| Cedar Rapids, IA 52499-5220 | Name and Current Address for Transferor |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Fairfield Partners Limited Partnership c/o Aronov Realty Management, Inc. 3500 Eastern Boulevard Montgomery, AL 36116-1781 |

Court Claim # (if known):     N/A
Claim Amount:                 $505,130.90
Date Claim Filed/Received:    7/29/05

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Neal Dodell_____     Date: 11/9/05
   Transferee/Transferee's Agent
   Neal Dodell, Attorney for Life Investors Insurance Company of America

*Penalty for making a false statement:* Fine of up to $500,000 for imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~ DEADLINE TO OBJECT TO TRANSFER ~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
                                           CLERK OF THE COURT

AT:272869v1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Fairfield Partners Limited Partnership ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Life Investors Insurance Company of America ("Assignee") all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U. S. Bankruptcy Code) in the amount of associated with proof of claim filed July 29, 2005 at 11:27 a.m. against Winn-Dixie Stores, Inc. (the "Debtor") Chapter 11 Case No. 05-03817-3F1, United States Bankruptcy Court for the **Middle District of Florida** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of October, 2005.

FAIRFIELD PARTNERS LIMITED PARTNERSHIP,
an Alabama limited partnership

By: ARC Fairfield, Inc.
Its: General Partner

By: _____
Its: SR Vice President

LIFE INVESTORS INSURANCE COMPANY OF AMERICA,
an Iowa corporation

By: _____
Its: Vice President

AT:244832v1