**John S. Brannon**
Texas Bar No. 0289550
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1505   Telephone
(214) 999-1608   Facsimile

**ATTORNEYS FOR PMT PARTNERS V, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | § § | Chapter 11 |
| DEBTOR. | § § § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> John S. Brannon
> THOMPSON & KNIGHT LLP
> 1700 Pacific Avenue, Suite 3300
> Dallas, Texas 75201-4693
> (214) 969-1505 Telephone
> (214) 969-1609 Facsimile
> john.brannon@tklaw.com

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the

040342 000006 DALLAS 1956866.1

Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

By: ___/s/ John S. Brannon___
John S. Brannon
Texas Bar No. 0289550

THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201-4693
(214) 969-1700  Telephone
(214) 969-1799  Facsimile

ATTORNEYS FOR
PMT PARTNERS V, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request For Service of Papers was served electronically on the parties which receive electronic notification in these proceedings and via regular mail to the parties listed below on this the 9th day of November, 2005.

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jackson, FL 32202

David J. Baker
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

/s/ John S. Brannon
John S. Brannon