**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 3:05-03817-JAF |
| | ) | |
| Winn Dixie Stores, Inc., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**WITHDRAWAL OF OBJECTION BY BRIGHT-MEYERS DUBLIN ASSOCIATES, L.P. TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

Comes now Bright-Meyers Dublin Associates, L.P. ("Bright-Meyers"), by and through counsel, and withdraws its Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief dated July 14, 2005 ("Objection") (Docket No. 2209). Bright-Meyers withdraws its Objection as its cure claim of $8,730.97 has been paid in full. The Objection is moot, and Bright-Meyers hereby withdraws its Objection.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Foods Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Respectfully submitted this 10th day of November 2005.

MILLER & MARTIN PLLC


/s/ Catherine A. Harrison
Catherine A. Harrison
Georgia Bar No. 331752
*(admitted pro hac vice May 16, 2005)*
Suite 800
1170 Peachtree Street NE
Atlanta, Georgia 30309-7649
(404) 962-6100
(404) 962-6300 (Facsimile)
charrison@millermartin.com

*Attorney for Bright-Meyers Dublin Associates, L.P.*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of November 2005, I caused a copy of the foregoing **WITHDRAWAL OF OBJECTION BY BRIGHT-MEYERS DUBLIN ASSOCIATES, L.P. TO CURE AMOUNT PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF** to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows, and by electronic mail, addressed as follows:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville FL 32201
cjackson@smithhulsey.com

/s/ Catherine A. Harrison
Catherine A. Harrison