**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | *Chapter 11* |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

**ORDER GRANTING SECCOND INTERIM APPLICATION OF**
**THE BLACKSTONE GROUP L.P. FOR COMPENSATION AND**
**REIMBURSMENT OF EXPENSES INCURRED FOR THE PERIOD**
**OF JUNE 1, 2005 THROUGH SEPTEMBER 30, 2005**

The Blackstone Group L.P. ("Blackstone"), as financial advisor to the captioned

debtors (the "Debtors"), filed a second interim fee application (the "Second Interim

Application") for allowance of compensation and reimbursement of expenses for the period of

June 1, 2005 through September 30, 2005.  This Court has reviewed the Second Interim

Application and finds that: (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (b) notice of the Second Interim Application, and the hearing on the Second

Interim Application, was adequate under the circumstances; and (c) all persons with standing

have been afforded the opportunity to be heard on the Second Interim Application.  Accordingly,

it is hereby

ORDERED that the Second Interim Application is GRANTED, on an interim

basis.   The Court allows and authorizes on an interim basis the sum of $668,000.00 as

compensation and $49,021.08 as reimbursement of expenses, for a total of $717,021.08 for

services rendered and expenses incurred by Blackstone for the period June 1, 2005 through

September 30, 2005.  The Debtors shall pay Blackstone the unpaid portion of the allowed sums.

All interim fees and expenses are subject to final review and no determination is

made as to reasonableness.  To the extent the estates become administratively insolvent, interim

fees and expenses awarded pursuant to this Order may be subject to disgorgement.


Dated: _____    _____

The Honorable Jerry A. Funk
United States Bankruptcy Judge