IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on November 8, 2005, I caused to be served the Second Interim Application For Allowance Of Attorneys' Fees And Reimbursement Of Expenses Incurred By King & Spalding LLP, Special Corporate And Litigation Counsel To The Debtors, For The Period June 1, 2005 Through September 30, 2005 and the corresponding proposed form of Order, by having a true and correct copy sent via UPS overnight delivery to the parties listed below:

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Phone:  407-648-6301
Fax:  407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

Dated this 10th day of November, 2005

        KING & SPALDING LLP

        /s/ Brian C. Walsh
        Brian C. Walsh
        Georgia Bar No. 735042
        191 Peachtree Street
        Atlanta, Georgia  30303-1763
        (404) 572-4600
        Fax:  (404) 572-5149