UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA                    X

In re:                                                                             Chapter 11
WINN-DIXIE STORES, INC., et al.,                            (Jointly Administered Under)
                                                                                         Case No. 05-03817-3F1
                                     Debtors.
_____X


NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Forklift Tire of Florida
               4831 Phyllis Street
               Jacksonville, FL 32254
               Attn: S.O. Kines, Jr.

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn: Alpa Jimenez

A transfer of all right, title and interest in and to the claim amount held by Forklift Tire of Florida (the "Transferor") in the amount of $22,417.75 against Winn-Dixie Stores, Inc., et al., and its affiliates. This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Middle District of Florida
    300 North Hogan Street
    Jacksonville, Florida 32202
    Attn: Bankruptcy Clerk

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                      _____
                                                      Deputy Clerk

Oct 25 05 02:31p    Forklift Tire    904-384-6273    p.7
                                                                    007/009
CONTRARIAN CAPITAL

## EVIDENCE OF TRANSFER OF CLAIM

**FORKLIFT TIRE OF FLORIDA**, a Florida corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated October __, 2005, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Middle District of Florida (Jacksonville Division), case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 25 day of October 2005.

(Assignor)
FORKLIFT TIRE OF FLORIDA

By: _____
Name: S.O. Kines, Jr.
Title: President

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: Janice Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: Carol Kines
Title: Vice President

## Schedule A
### Forklift Tire of Florida

| Debtor | Case Number | Schedule Amount | Outstanding Amt | Proof of Claim filed | Claim No. |
|---|---|---|---|---|---|
| Winn-Dixie Logistics, Inc. | 05-3836 | 22,417.75 | 22,417.75 | | |
| Total | | 22,417.75 | 22,417.75 | | |



Initials:
Buyer:
Seller: