# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JULY 25, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  386138

RE:  BANKRUPTCY

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $14,109.00 |
| LESS: PAYMENTS | $8,026.67 |
| BALANCE FORWARD | $6,082.33 |
| | |
| LEGAL SERVICES POSTED THROUGH 06/30/05 | $1,570.50 |
| COSTS ADVANCED POSTED THROUGH 06/30/05 | $15.40 |
| CURRENT INVOICE TOTAL | $1,585.90 |
| | |
| TOTAL AMOUNT DUE | $7,668.23 |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 1585.90 | 4076.50 | 2005.83 | 0.00 | 0.00 | 7668.23 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   386138

JULY 25, 2005
REF. NO.   49761-23399
PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005


06/03/05  REVIEW AND PREPARE BILLS FOR SUBMISSION TO
          BANKRUPTCY COUNSEL.
          D. J. SMITH    .50 hours at  245.00 per hour.          122.50

06/16/05  NUMEROUS CORRESPONDENCE WITH CLIENTS REGARDING
          BANKRUPTCY ▆▆▆▆▆▆▆▆▆
          A. M. GRUNSPAN  1.20 hours at  345.00 per hour.        414.00

06/20/05  PREPARE BILLS FOR SUBMISSION IN BANKRUPTCY.
          D. J. SMITH    .70 hours at  245.00 per hour.          171.50

06/29/05  SEVERAL CALLS TO CLIENTS REGARDING ▆▆▆▆▆▆▆
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.        241.50

06/29/05  SEVERAL CORRESPONDENCE REGARDING INTERIM FEE
          APPLICATION.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.        241.50

06/29/05  REVIEW DOCUMENTS REGARDING INTERIM FEE
          APPLICATION.
          A. M. GRUNSPAN  1.10 hours at  345.00 per hour.        379.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $1,570.50


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.70 hours at | $345.00 = | 1276.50 |
| DJS | D. J. SMITH | 1.20 hours at | $245.00 = | 294.00 |
| | TOTALS | 4.90 | | $1,570.50 |


## COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005

COPYING COST                                   15.40

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005          $15.40
                                                  ------------
                   INVOICE  386138TOTAL       $1,585.90
                                                  ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdicti

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER   386138

JULY 25, 2005
REF. NO.   49761-23399
PAGE    2

BALANCE DUE FROM PREVIOUS STATEMENT                    $14,109.00
LESS: PAYMENTS                                          $8,026.67

                                                      ------------
                    TOTAL AMOUNT DUE          $7,668.23
                                                      ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  389519

RE:  BANKRUPTCY

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 07/31/05 | $6,098.00 |
| COSTS ADVANCED POSTED THROUGH 07/31/05 | $268.93 |
| | ------------ |
| CURRENT INVOICE TOTAL | $6,366.93 |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER  389519

AUGUST 23, 2005
REF. NO.  49761-23399
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**

07/05/05  CONTACTED BY SKADEEN ARPS ▓▓▓▓▓▓▓▓
          ▓▓▓▓▓ LETTER TO BOB GILBERT REGARDING
          SAME.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

07/06/05  CONTACT ROBERT GILBERT REGARDING ▓▓▓▓▓▓
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

07/12/05  REVIEW OF REQUIREMENTS RELATING TO FEE
          APPLICATIONS (.3) REVIEW OF PRIOR DOCUMENTATION
          SENT OUT TO OTHER PARTIES CONCERNING SAME
          (1.1);
          J. D. SILVER   1.40 hours at  345.00 per hour.          483.00

07/12/05  WORK ON PREPARATION OF FEE APPLICATION;
          J. D. SILVER   1.30 hours at  345.00 per hour.          448.50

07/13/05  CONTINUE WORK ON PREPARING FEE APPLICATION FOR
          NUMEROUS MATTERS IN WHICH FIRM IS REPRESENTING
          WINN DIXIE AS SPECIAL COUNSEL (1.8); CONTINUE
          REVIEW OF VARIOUS TIME ENTRIES REGARDING SAME
          (2.4);
          J. D. SILVER   4.20 hours at  345.00 per hour.          1449.00

07/13/05  SEVERAL CORRESPONDENCE WITH S&A AND CO-COUNSEL
          REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

07/14/05  PREPARE DESCRIPTIONS OF ALL CASE ACTIVITY FOR
          FEE APPLICATION.
          D. J. SMITH   2.20 hours at  245.00 per hour.          539.00

07/14/05  REVIEW BILL DESCRIPTIONS WITH AMG.
          D. J. SMITH     .30 hours at  245.00 per hour.          73.50

07/15/05  CONTINUE REVIEW OF TIME ENTRIES ON NUMEROUS
          MATTERS HANDLED AS SPECIAL COUNSEL FOR FEE
          APPLICATION.
          J. D. SILVER                                            1311.00

07/15/05  CONFER WITH OTHER COUNSEL RE ▓▓▓▓▓▓▓▓
          J. D. SILVER                                            172.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S  A T  L A W

WINN DIXIE STORES, INC                    AUGUST 23, 2005
BANKRUPTCY                                REF. NO.  49761-23399
INVOICE NUMBER  389519                    PAGE    2

---

07/15/05  TELEPHONE CONFERENCES WITH DEBTOR'S COUNSEL'S
          OFFICES CONCERNING ISSUES REGARDING SAME
          J. D. SILVER                                        172.50

07/15/05  DRAFT PROPOSED ORDER CONCERNING SAME
          J. D. SILVER                                         69.00

07/15/05  FINALIZE FEE APPLICATION
          J. D. SILVER                                        345.00

07/15/05  REVIEW OF NOTICE OF HEARING WITH ATTORNEYS FEES
          FIGURES AND REVIEW OF FIGURES CONCERNING SAME
          J. D. SILVER                                        172.50

07/15/05  DRAFT E-MAIL CORRESPONDENCE TO DEBTOR'S GENERAL
          COUNSEL'S OFFICE REGARDING SAME
          J. D. SILVER                                        207.00

07/18/05  FINALIZE PLEADINGS FOR FILING; TELEPHONE
          CONFERENCE WITH MS. BRAND REGARDING SAME;
          J. D. SILVER    .50 hours at  345.00 per hour.      172.50

07/18/05  CONTACTED BY J. STERN AT OTTERBERG REGARDING
          INVOICES.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.    103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $6,098.00


ATTORNEY FEE SUMMARY

   JDS    J. D. SILVER       14.50 hours at  $345.00 =      5002.50
   AMG    A. M. GRUNSPAN      1.40 hours at  $345.00 =       483.00
   DJS    D. J. SMITH         2.50 hours at  $245.00 =       612.50
          TOTALS             18.40                        $6,098.00


        COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005


          COPYING COST                           235.60
          POSTAGE                                 32.13
          TELEPHONE                                1.20

          TOTAL COSTS AS POSTED THROUGH JULY 31, 2005    $268.93
                                                        ------------

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER  389519

AUGUST 23, 2005
REF. NO.  49761-23399
PAGE    3

TOTAL AMOUNT DUE THIS INVOICE      $6,366.93
============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  392749

RE:  **BANKRUPTCY**

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $14,035.16 |
| LESS: PAYMENTS | $4,076.50 |
| BALANCE FORWARD | $9,958.66 |
| | |
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $910.50 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $.00 |
| CURRENT INVOICE TOTAL | $910.50 |
| **TOTAL AMOUNT DUE** | **$10,869.16** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 910.50 | 6366.93 | 1585.90 | 0.00 | 2005.83 | 10869.16 |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          SEPTEMBER 26, 2005
BANKRUPTCY                                      REF. NO.  49761-23399
INVOICE NUMBER   392749                         PAGE    1


### PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005


07/14/05  WORK ON PREPARATION OF FEE APPLICATION;
          J. D. SILVER   1.30 hours at  345.00 per hour.          448.50

08/03/05  TELEPHONE CONFERENCE WITH MS. LAMANA REGARDING
          ISSUES CONCERNING ███████████████ AND
          LANGUAGE REQUESTED BY U.S. TRUSTEE'S OFFICE
          (.3); REVIEW OF ISSUES REGARDING SAME (.6);
          TELEPHONE CONFERENCE WITH MR. BROWN REGARDING
          SAME (.1); REVISE ORDER AND TRANSMIT SAME TO
          MS. LAMAINA AND MS. SCHULE (.3); EXCHANGE OF
          E-MAIL CORRESPONDENCE REGARDING SAME (.1).
          J. D. SILVER   1.40 hours at  330.00 per hour.          462.00


          TOTAL FEES FOR PROFESSIONAL SERVICES             $910.50


ATTORNEY FEE SUMMARY

   JDS     J. D. SILVER        1.40 hours at  $330.00 =        462.00
   JDS     J. D. SILVER        1.30 hours at  $345.00 =        448.50
           TOTALS              2.70                           $910.50


                                            ------------
                        INVOICE  392749TOTAL     $910.50
                                            ------------


          BALANCE DUE FROM PREVIOUS STATEMENT          $14,035.16
          LESS: PAYMENTS                                $4,076.50
                                                     ------------
                        TOTAL AMOUNT DUE             $10,869.16
                                                     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID: 59-1233896

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

```
WINN DIXIE STORES, INC              OCTOBER 18, 2005
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  49761-23399
                                    INVOICE NUMBER  395410


    RE:  BANKRUPTCY


    LEGAL SERVICES POSTED THROUGH 09/30/05          $784.00
    COSTS ADVANCED POSTED THROUGH 09/30/05           $29.00
                                                 ------------
                CURRENT INVOICE TOTAL               $813.00
                                                 ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC
BANKRUPTCY
INVOICE NUMBER  395410

OCTOBER 18, 2005
REF. NO.  49761-23399
PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**


09/13/05  PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY
          COURT.
          D. J. SMITH    .90 hours at  245.00 per hour.            220.50

09/13/05  MEMO TO FILE RE: BILLS PREPARED AND SUBMITTED.
          D. J. SMITH    .30 hours at  245.00 per hour.             73.50

09/27/05  PREPARE WINN-DIXIE BILLS FOR SUBMISSION TO
          BANKRUPTCY COURT.
          D. J. SMITH   1.10 hours at  245.00 per hour.            269.50

09/27/05  MEMO TO FILE RE: BILLS PREPARED AND ISSUES ON
          SEVERAL ENTRIES.
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

09/29/05  PREPARE ADDITIONAL AUGUST 2005 BILLS FOR
          SUBMISSION TO BANKRUPTCY COURT.
          D. J. SMITH    .40 hours at  245.00 per hour.             98.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $784.00


ATTORNEY FEE SUMMARY

DJS      D. J. SMITH          3.20 hours at  $245.00 =         784.00
         TOTALS               3.20                            $784.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005**


          COPYING COST                          29.00

          TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005   $29.00
                                                            - - - - - - - - - - - -

                    **TOTAL AMOUNT DUE THIS INVOICE       $813.00**
                                                            ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233895

PLEASE REMIT TO:

Tampa, FL 33601-3239

813.223.7000
Fax 813.229.4133

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JULY 25, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23445
INVOICE NUMBER  386139

RE:  NORTHWAY INVESTMENTS, LLC

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 06/30/05 | $2,811.00 |
| COSTS ADVANCED POSTED THROUGH 06/30/05 | $30.60 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$2,841.60** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED ID 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
NORTHWAY INVESTMENTS, LLC                 REF. NO.  50116-23445
INVOICE NUMBER  386139                    PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005


02/24/05  PREPARE NOTICE OF COMMENCEMENT OF CHAPTER 11
          BANKRUPTCY
          N. T. MCLACHLAN     .20 hours at  245.00 per hour.          49.00

02/28/05  LETTER FROM OPPOSING COUNSEL REGARDING
          COUNTERCLAIM AND BANKRUPTCY.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

02/28/05  CONTACT J. SILVER REGARDING COUNTERCLAIM.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

03/03/05  CORRESPONDENCE WITH NIALL MCLACHLAN REGARDING
          STAY.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

03/03/05  CONTACT OPPOSING COUNSEL REGARDING STAY AND
          RELATED ISSUES.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

03/31/05  REVIEW PLEADINGS AND PREPARE DISCOVERY STATUS
          LOG.
          L. GOLDSTEIN*     .70 hours at  85.00 per hour.             59.50

06/22/05  REVIEW OF FILE REGARDING DISCOVERY, PENDING
          MOTIONS.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

06/28/05  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL REGARDING CLIENT'S LETTER DIRECTLY TO
          PLAINTIFF.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

06/28/05  RECEIPT AND REVIEW OF LETTER FROM OPPOSING
          COUNSEL REGARDING LETTER FROM CLIENT REQUESTING
          ROOF REPAIR.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

06/28/05  REVIEW LETTER SENT BY CLIENT TO LANDLORD.
          CONFER WITH NTM.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION         JULY 25, 2005
NORTHWAY INVESTMENTS, LLC                REF. NO.  50116-23445
INVOICE NUMBER  386139                   PAGE   2

06/29/05  REVIEW SEVERAL CORRESPONDENCE FROM CLIENT AND
          OPPOSING COUNSEL REGARDING ROOF REPAIRS AND
          LEASE.
          A. M. GRUNSPAN     .90 hours at  345.00 per hour.        310.50

06/29/05  SEVERAL CORRESPONDENCE WITH CO-COUNSEL AND
          CLIENTS REGARDING ███████████
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.        207.00

06/29/05  SEVERAL ADDITIONAL CORRESPONDENCE WITH CLIENT
          REGARDING ███████████
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.        207.00

06/29/05  CONFERENCE WITH ALAN GRUNSPAN REGARDING ██████████

          N. T. MCLACHLAN    .30 hours at  245.00 per hour.         73.50

06/29/05  UPDATE FILE AND  INCLUDING DISCOVERY.
          L. GOLDSTEIN*                                            144.50

06/29/05  CREATE DISCOVERY FOLDERS.
          L. GOLDSTEIN*                                             59.50

06/29/05  PREPARE CASE-TRACKING CHART.
          L. GOLDSTEIN*                                             85.00

06/30/05  SEVERAL CALLS AND CORRESPONDENCE WITH CLIENTS
          REGARDING ███████████████████
          ██████████████████████; CONTACT NIALL MCLACHLAN
          REGARDING ██████
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.        276.00

06/30/05  REVIEW LEASE AND ADDENDA REGARDING LANDLORD'S
          DUTY TO REPAIR ROOF REPLACED BY WINN-DIXIE
          N. T. MCLACHLAN    .60 hours at  245.00 per hour.        147.00

06/30/05  MEMORANDUM TO ALAN GRUNSPAN REGARDING █████████
          ████████████████████████████████████
          N. T. MCLACHLAN   2.20 hours at  245.00 per hour.        539.00


          TOTAL FEES FOR PROFESSIONAL SERVICES             $2,811.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION     JULY 25, 2005
NORTHWAY INVESTMENTS, LLC          REF. NO.  50116-23445
INVOICE NUMBER  386139             PAGE    3

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.80 hours at | $345.00 = | 1311.00 |
| NTM | N. T. MCLACHLAN | 3.30 hours at | $245.00 = | 808.50 |
| JRA | J. R. ALDERMAN | 1.40 hours at | $245.00 = | 343.00 |
| LG* | L. GOLDSTEIN* | 4.10 hours at | $85.00 = | 348.50 |
| | TOTALS | 12.60 | | $2,811.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005**

COPYING COST                        30.60

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005     $30.60
                                     - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE    $2,841.60**
                                     ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23445
INVOICE NUMBER 389633

RE: NORTHWAY INVESTMENTS, LLC

LEGAL SERVICES POSTED THROUGH 07/31/05           $315.00
COSTS ADVANCED POSTED THROUGH 07/31/05              $.15
                                                ------------
           CURRENT INVOICE TOTAL                  $315.15
                                                ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION
NORTHWAY INVESTMENTS, LLC
INVOICE NUMBER  389633

AUGUST 23, 2005
REF. NO.  50116-23445
PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/06/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ~~                              ~~
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

07/07/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ~~                    ~~
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

07/25/05  REVIEW FILE REGARDING PENDING MOTIONS,
          DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $315.00


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN       0.70 hours at  $345.00 =        241.50
JRA    J. R. ALDERMAN       0.30 hours at  $245.00 =         73.50
       TOTALS               1.00                          $315.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


       TELEPHONE                              0.15

       TOTAL COSTS AS POSTED THROUGH JULY 31, 2005         $.15
                                                   ------------

                    **TOTAL AMOUNT DUE THIS INVOICE**       $315.15
                                                   ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

SEPTEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23446
INVOICE NUMBER 392750

RE: HURRICANE CLAIMS PREPARATION

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $5,195.50 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $57.12 |
| | ------------ |
| CURRENT INVOICE TOTAL | $5,252.62 |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

FED ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
HURRICANE CLAIMS PREPARATION
INVOICE NUMBER   392750

SEPTEMBER 28, 2005
REF. NO.   50116-23446
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005**

06/01/05  REVIEW OF CORRESPONDENCE FROM ST. PAUL
TRAVELERS REGARDING STORE NO. 741.
E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

06/29/05  CALL INSURANCE COMPANY; CONTACT RACHEL
LAMBERTH.
E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

06/30/05  FOLLOW UP ON CALLS FROM INSURERS.
E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

07/12/05  TELEPHONE CONFERENCE WITH K. SAN FELIPE
REGARDING STORE #2219 AND FOLLOW UP.
E. G. OSMAN    .30 hours at  345.00 per hour.                   103.50

0?/09/05  TELEPHONE CONFERENCE WITH RACHEL LAMBERTH.
E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

08/12/05  FOLLOW UP WITH K. ROMEO REGARDING ██████████
E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

08/12/05  REVIEW OF CORRESPONDENCE FROM CROSS COUNTY TO
WINN DIXIE REGARDING DAMAGES.
E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

08/16/05  TELEPHONE CONFERENCE WITH KIM ROMEO AND FOLLOW
UP.
E. G. OSMAN    .50 hours at  345.00 per hour.                   172.50

08/17/05  TELEPHONE CONFERENCE WITH K.  ROMEO; REVIEW OF
DOCUMENTS TO SEE.
E. G. OSMAN    .40 hours at  345.00 per hour.                   138.00

08/18/05  CONFER WITH M. MURRAY REGARDING CHARTS.
E. G. OSMAN    .30 hours at  345.00 per hour.                   103.50

08/19/05  WORK ON FOLLOW UP TO INSTRUCTIONS FROM K.
ROMEO.
E. G. OSMAN    .30 hours at  345.00 per hour.                   103.50

0? 22/05  WORK ON PREPARING PACKAGE OF SUPPLEMENTAL
LETTERS; TELEPHONE CONFERENCE WITH K. ROMEO.
E. G. OSMAN    .50 hours at  345.00 per hour.                   172.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION             SEPTEMBER 28, 2005
HURRICANE CLAIMS PREPARATION                 REF. NO.  50116-23446
INVOICE NUMBER  392750                       PAGE    2

08/22/05  REVIEW OF CORRESPONDENCE FORM K. ROMEO AND
          FOLLOW UP.
          E. G. OSMAN    .30 hours at  345.00 per hour.          103.50

08/23/05  WORK ON RECEIPT OF NEW INFORMATION.
          E. G. OSMAN    .50 hours at  345.00 per hour.          172.50

08/23/05  REVIEW OF CORRESPONDENCE FROM KENNETH BROWN

          E. G. OSMAN    .20 hours at  345.00 per hour.           69.00

08/24/05  REVIEW OF SECOND SET OF INVOICES.
          E. G. OSMAN    .20 hours at  345.00 per hour.           69.00

08/24/05  WORK ON UPDATING MATERIALS.
          E. G. OSMAN    .40 hours at  345.00 per hour.          138.00

08/24/05  REVIEW AND EVALUATE MESSAGE AND CORRESPONDENCE
          FROM EDITH OSMAN REGARDING PREPARATION OF
          LETTERS BASED UPON RECEIPT OF NEW RECEIPTS;
          REVIEW AND EVALUATE INVOICES RECEIVED FROM WINN
          DIXIE FOR SEVERAL STORES IN ORDER TO SEND NEW
          LETTER TO THE LANDLORDS.
          K. M. JOHNSON   1.50 hours at  245.00 per hour.        367.50

08/25/05  PREPARE FOR, ATTEND AND FOLLOW UP WITH
          CONFERENCE WITH K.  ROMEO; KEN BROWN AND K.
          JOHNSON.
          E. G. OSMAN   1.00 hours at  345.00 per hour.          345.00

08/25/05  PREPARE CORRESPONDENCE TO EDITH OSMAN
          , TELEPHONE CONFERENCE WITH EDITH OSMAN
          REGARDING S
          , TELEPHONE CONFERENCE WITH KIM
          ROMEO, KEN BROWN AND EDITH OSMAN REGARDING
          SAME.
          K. M. JOHNSON    .90 hours at  245.00 per hour.        220.50

08/28/05  FOLLOW UP ON STORE 569.
          E. G. OSMAN    .10 hours at  345.00 per hour.           34.50

08/29/05  WORK ON LETTERS TO LANDLORDS.
          E. G. OSMAN    .40 hours at  345.00 per hour.          138.00

08/29/05  REVIEW OF 2 FEDEX PACKAGES WITH INVOICES WHICH
          INCLUDED 3 SETS OF INVOICES.
          E. G. OSMAN    .40 hours at  345.00 per hour.          138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 28, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  392750                    PAGE    3

08/29/05  PREPARE LETTERS AND ACCOMPANYING DOCUMENTS
          BASED UPON NEW INVOICES RECEIVED FROM WINN
          DIXIE AND CONFERENCE WITH EDITH OSMAN REGARDING
          SAME.
          K. M. JOHNSON   3.30 hours at  245.00 per hour.          808.50

08/29/05  ORGANIZATION OF FILES AND DOCUMENTS TO ASSIST
          ATTORNEY REVIEW IN PREPARATION OF LETTERS.
          M. MURRAY*   1.00 hours at  85.00 per hour.              85.00

08/30/05  WORK ON ORGANIZATION OF PROJECT; REVIEW OF
          CORRESPONDENCE REGARDING STORES NO.: 506 AND
          560; WORK ON ISSUES REGARDING LETTERS.
          E. G. OSMAN   .30 hours at  345.00 per hour.             103.50

08/30/05  REVIEW AND EVALUATE HOW TO HANDLE RETURN
          RECEIPTS; PREPARE LETTERS AND ACCOMPANYING
          DOCUMENTS BASED UPON NEW INVOICES RECEIVED FROM
          WINN DIXIE; PREPARE AND RESPOND TO MULTIPLE
          CORRESPONDENCE TO KEN BROWN ▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬ REVIEW AND EVALUATE
          ADDITIONAL INFORMATION FROM KEN BROWN.
          K. M. JOHNSON   4.50 hours at  245.00 per hour.          1102.50

08/31/05  REVIEW OF ADDITIONAL INVOICES.
          E. G. OSMAN   .20 hours at  345.00 per hour.             69.00

08/31/05  REVIEW AND TRACKING OF RETURN RECEIPTS TO
          ASSIST IN PREPARATION OF LETTERS AND
          ACCOMPANYING DOCUMENTS.
          M. MURRAY*   1.50 hours at  85.00 per hour.              127.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $5,195.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| EGO | E. G. OSMAN | 7.20 hours at | $345.00 = | | 2484.00 |
| KMJ | K. M. JOHNSON | 10.20 hours at | $245.00 = | | 2499.00 |
| MM* | M. MURRAY* | 2.50 hours at | $85.00 = | | 212.50 |
| | TOTALS | 19.90 | | | $5,195.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 28, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  392750                    PAGE    4


COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005


COPYING COST                                     41.20
POSTAGE                                          11.62
TELEPHONE                                         4.30

TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005          $57.12
                                                 - - - - - - - - - - - -

                    TOTAL AMOUNT DUE THIS INVOICE      $5,252.62
                                                 ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

WB001293

# CARLTON FIELDS

## ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813-223-7000
Fax 813-229-4133

One Atlanta Center
1201 W. Peachtree St. Ste. 3000
Atlanta, Georgia 30309
404-815-3400
Fax 404-815-3415

P.O. Box 019101
Miami, FL 33131
305-530-0050
Fax 305-530-0055

P.O. Box 1171
Orlando, FL 32802
407-849-0300
Fax 407-648-9099

P.O. Box 2861
St. Petersburg, FL 33731
727-821-7000
Fax 727-822-3768

P.O. Drawer 190
Tallahassee, FL 32302
850-224-1585
Fax 850-222-0398

P.O. Box 150
West Palm Beach, FL 33402
561-659-7070
Fax 561-659-7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

OCTOBER 20, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23446
INVOICE NUMBER  395411

RE:  HURRICANE CLAIMS PREPARATION

LEGAL SERVICES POSTED THROUGH 09/30/05        $12,430.50
COSTS ADVANCED POSTED THROUGH 09/30/05           $419.05
                                              ------------
           CURRENT INVOICE TOTAL              $12,849.55
                                              ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FID ID 59 1733896

| WINN DIXIE, DEBTOR IN POSSESSION | OCTOBER 20, 2005 |
|---|---|
| HURRICANE CLAIMS PREPARATION | REF. NO.  50116-23446 |
| INVOICE NUMBER  395411 | PAGE   1 |

## PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005

09/01/05  REVIEW OF ADDITIONAL INVOICES AND DIRECT
LETTERS; REVIEW OF OLD FILES AND REORGANIZE FOR
NEW WORK.
E. G. OSMAN     .60 hours at  345.00 per hour.           207.00

09/02/05  WORK ON RESPONSE LETTERS; UPDATE RESPONSE
CHART.
E. G. OSMAN     .50 hours at  345.00 per hour.           172.50

09/06/05  REVIEW OF CORRESPONDENCE FROM SEANN GRAY
TZOUVELEKAS REGARDING STORE NO.:  741.
E. G. OSMAN     .10 hours at  345.00 per hour.            34.50

09/06/05  FOLLOW UP WITH ACTION ON LETTERS.
E. G. OSMAN     .40 hours at  345.00 per hour.           138.00

09/07/05  TELEPHONE CONFERENCE WITH SEANN TZOUVELEKAS
REGARDING STORE NO.:  741; WRITE LETTER TO KIM
ROMEO; CONTINUE TO OVERSEE PRODUCTION OF
LETTERS.
E. G. OSMAN     .50 hours at  345.00 per hour.           172.50

09/07/05  PREPARE LETTERS TO LANDLORDS BASED UPON NEW
INVOICES FOR 2004 HURRICANE DAMAGE;
CORRESPONDENCE TO KEN BROWN REGARDING STORE #
504; CORRESPONDENCE TO KEN BROWN REGARDING
STATUS OF HURRICANE LETTERS.
K. M. JOHNSON  10.70 hours at  245.00 per hour.         2621.50

09/07/05  PREPARATION OF FILES AND DOCUMENTS TO ASSIST
ATTORNEY JOHNSON IN PREPARATION OF LETTERS TO
LANDLORDS REGARDING NEW INVOICES.
M. MURRAY*   1.80 hours at  85.00 per hour.             153.00

09/07/05  PREPARE LETTER TO J. WEBB, ATTORNEY, REGARDING
LETTER FORWARDING NEW INVOICES FOR STORE #519.
M. MURRAY*    .20 hours at  85.00 per hour.              17.00

09/08/05  REVIEW OF CORRESPONDENCE FROM R. LOFFREDO AT
ORION INVESTMENTS REGARDING STORE NO.:  2281
ACKNOWLEDGING RECEIPT OF 8/30/05
CORRESPONDENCE.
E. G. OSMAN     .10 hours at  345.00 per hour.            34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

ILD ID 59 1733896

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 20, 2005
HURRICANE CLAIMS PREPARATION             REF. NO.  50116-23446
INVOICE NUMBER  395411                   PAGE    2

| | | |
|---|---|---:|
| 09/08/05 | CONTINUE WORK ON LAND LORD RESPONSES.<br>E. G. OSMAN    .20 hours at  345.00 per hour. | 69.00 |
| 09/08/05 | REVIEW AND RESPOND TO CORRESPONDENCE FROM KEN<br>BROWN; COORDINATE ORGANIZATION OF HURRICANE<br>DAMAGE LETTERS TO SEND TO WINN DIXIE FOR<br>REVIEW; CONTINUE PREPARING LETTERS TO MAIL TO<br>LANDLORDS.<br>K. M. JOHNSON   4.40 hours at  245.00 per hour. | 1078.00 |
| 09/08/05 | ASSIST WITH ORGANIZATION OF FILES, INOVICES AND<br>DOCUMENTS REGARDING LETTERS TO LANDLORDS AND<br>UPDATE OF INFORMATION CHARTS FOR LOGGING CALLS<br>AND RESPONSES.<br>M. MURRAY*   1.80 hours at  85.00 per hour. | 153.00 |
| 09/09/05 | FOLLOW UP ON LETTERS.<br>E. G. OSMAN    .20 hours at  345.00 per hour. | 69.00 |
| 09/09/05 | CONTINUE PREPARING SECOND HURRICANE LETTERS AND<br>FORWARD SAME TO KEN BROWN; DICTATE DIRECTIONS<br>TO PARALEGAL REGARDING HANDLING OF ALL LETTERS<br>K. M. JOHNSON    .80 hours at  245.00 per hour. | 196.00 |
| 09/09/05 | ASSIST IN ORGANIZATION OF FILES AND PREPARATION<br>OF LETTERS AND INVOICES.<br>M. MURRAY*   1.40 hours at  85.00 per hour. | 119.00 |
| 09/09/05 | PREPARE LETTER AND ENCLOSURES TO K. BROWN<br>REGARDING RECENT LANDLORD LETTERS.<br>M. MURRAY*    .40 hours at  85.00 per hour. | 34.00 |
| 09/12/05 | REVIEW OF CORRESPONDENCE FROM SEANN GRAY<br>TZOUVELEKAS; REVIEW OF CORRESPONDENCE FROM<br>RONALD DIMICELLI REGARDING STORE NO.: 375.<br>E. G. OSMAN    .30 hours at  345.00 per hour. | 103.50 |
| 09/12/05 | FOLLOW UP ON STORE 299; WRITE TO K. ROMEO<br>REGARDING STORES WITHOUT RECEIPTS.<br>E. G. OSMAN    .30 hours at  345.00 per hour. | 103.50 |
| 09/12/05 | VARIOUS CALLS REGARDING STORE 2281; TELEPHONE<br>CONFERENCE WITH L. DIAZ; FOLLOW UP ON LETTERS.<br>E. G. OSMAN    .50 hours at  345.00 per hour. | 172.50 |
| 09/12/05 | CONTINUING REVIEWING WINN DIXIE FILES TO SEND<br>ADDITIONAL LETTERS AND FOLLOW-UP ON LETTERS<br>ALREADY SENT<br>K. M. JOHNSON   1.50 hours at  245.00 per hour. | 367.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59 1233896

WINN DIXIE, DEBTOR IN POSSESSION        OCTOBER 20, 2005
HURRICANE CLAIMS PREPARATION            REF. NO.  50116-23446
INVOICE NUMBER  395411                  PAGE   3

09/12/05 ORGANIZATION OF FILES, INVOICES AND SENT
         LETTERS REGARDING DAMAGE FOR FOLLOW UP AND
         TRACKING OF CORRESPONDENCE.
         M. MURRAY*    1.60 hours at  85.00 per hour.                136.00

09/13/05 LETTER TO EDITH OSMAN REGARDING ▉▉▉▉▉▉
         ▉▉▉▉▉▉▉▉
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

09/13/05 REVIEW OF RESPONSE LETTERS; PULL FILES; REVIEW
         OF LEASE TO MOVE FORWARD WITH RESPONSES.
         E. G. OSMAN    .80 hours at  345.00 per hour.               276.00

09/13/05 CONTINUE WORKING WORK ON RESPONSE; CONFER WITH
         K. JOHNSON; TELEPHONE CONFERENCE WITH K. ROMEO
         AND J. BROWN.
         E. G. OSMAN    .60 hours at  345.00 per hour.               207.00

09/13/05 REVIEW OF CORRESPONDENCE DONA L. CROWE
         REGARDING STORE NO.: 12.
         E. G. OSMAN    .20 hours at  345.00 per hour.                69.00

09/13/05 CONFERENCE WITH EDITH OSMAN ▉▉▉▉▉▉▉▉▉
         ▉▉▉▉▉ TO STORES AND REVIEW SEVERAL FILES
         RELATING TO SAME TO FOLLOW-UP LETTERS RECEIVED
         FORM LANDLORDS
         K. M. JOHNSON   3.60 hours at  245.00 per hour.             882.00

09/14/05 COMMUNICATE WITH K. ROMEO REGARDING PROPER
         NOTICE TO LANDLORDS ON NEW CLAIMS; TELEPHONE
         CONFERENCE WITH L. DIAZ; TELEPHONE CONFERENCE
         WITH K. BROWN.
         E. G. OSMAN    .60 hours at  345.00 per hour.               207.00

09/14/05 FINALIZE LETTER TO WINN-DIXIE STORE 489
         REGARDING ▉▉▉▉▉
         K. M. JOHNSON    .50 hours at  245.00 per hour.             122.50

09/15/05 REVIEW OF ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉;
         REVIEW OF NEW CORRESPONDENCE.
         E. G. OSMAN    .40 hours at  345.00 per hour.               138.00

09/15/05 REVIEW MESSAGE FROM KEN BROWN REGARDING ▉▉▉▉
         ▉▉▉, REVIEW FILE AND PREPARE CORRESPONDENCE TO
         HIM REGARDING SAME; MULTIPLE RETURN CALLS TO
         LANDLORDS TO FOLLOW-UP ON LETTERS SENT
         RECENTLY; TELEPHONE CONFERENCE WITH LANDLORD

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

WB001297

# CARLTON FIELDS
## ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | OCTOBER 20, 2005 |
| HURRICANE CLAIMS PREPARATION | REF. NO.  50116-23446 |
| INVOICE NUMBER  395411 | PAGE    4 |

REGARDING STORE 305; DICTATE INSTRUCTIONS TO
ASSISTANT REGARDING SENDING COPIES OF
ADDITIONAL LETTERS TO KEN BROWN FOR REVIEW;
▬▬▬▬▬▬▬▬▬▬▬ CONTINUE TO EVALUATE
▬▬▬▬▬▬▬ AND CORRESPONDENCE TO KEN
BROWN REGARDING SAME; PREPARE ADDITIONAL
LETTERS TO LANDLORDS.
K. M. JOHNSON   3.30 hours at  245.00 per hour.                    808.50

09/16/05  REVIEW OF ISSUE OF LIABILITY ON OTHER 17
STORES.
E. G. OSMAN    .10 hours at  345.00 per hour.                    34.50

09/16/05  REVIEW FILE FOR STORE 741 AND PREPARE LETTER
AND REVISED SCHEDULE A; CONTINUE PREPARING
LETTERS FOR OTHER STORES; REVIEW AND EVALUATE
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
PREPARE CORRESPONDENCE TO KEN BROWN REGARDING
SAME.
K. M. JOHNSON   4.30 hours at  245.00 per hour.                  1053.50

09/19/05  CONTINUE TO FOLLOW UP ON OTHER STORES.
E. G. OSMAN    .30 hours at  345.00 per hour.                    103.50

09/19/05  REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE
WITH KEN BROWN REGARDING ▬▬▬▬▬▬▬▬
▬▬▬▬
K. M. JOHNSON    .30 hours at  245.00 per hour.                    73.50

09/19/05  REVIEW OF FILES AND ORGANIZE LEASE FILES FOR
FURTHER ANALYSIS BY ATTORNEY JOHNSON REGARDING
LANDLORD LETTERS.
M. MURRAY*    .80 hours at  85.00 per hour.                    68.00

09/21/05  ANALYSIS OF REPAYMENT OF CLAIM; TELEPHONE
CONFERENCE WITH K. ROMEO REGARDING GOODS.
E. G. OSMAN    .30 hours at  345.00 per hour.                    103.50

09/21/05  REVIEW OF LETTER TOGETHER WITH CHECK ON THE
AMOUNT OF $26,802.60 REGARDING STORE NO.: 569.
E. G. OSMAN    .20 hours at  345.00 per hour.                    69.00

09/21/05  REVIEW OF RETURNED LETTERS, COMPARE WITH
PREVIOUS LETTERS AND RETURNS, CHECK LEASES
ADDRESSES AND PERFORM SEARCHES TO OBTAIN
CURRENT/BETTER ADDRESSES.
M. MURRAY*    .80 hours at  85.00 per hour.                    68.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

WB001298

# CARLTON FIELDS

### ATTORNEYS AT LAW

FID ID 59 1733896

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 20, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  395411                    PAGE  5

09/21/05  ORGANIZE FILES, DOCUMENTS AND CORRESPONDENCE
          FOR NEXT BATCH OF FILES RECEIVED FROM K. BROWN
          FOR FURTHER ATTORNEY REVIEW.
          M. MURRAY*    .70 hours at  85.00 per hour.              59.50

09/21/05  REVIEW OF INITIAL/PRIOR LETTERS SENT TO
          LANDLORDS AND LENDER TO DETERMINE RECEIPT AND
          ADDRESS VERIFICATION FOR FOLLOW-UP LETTERS.
          M. MURRAY*    .80 hours at  85.00 per hour.              68.00

09/23/05  REVIEW OF CORRESPONDENCE FROM RONALD DIMICELLI
          REGARDING STORE NO.:  375 AND FOLLOW UP; REVIEW
          OF CORRESPONDENCE FROM H. MILLER OF RUDEN
          MCCLOSKY REGARDING STORE 2210 AND FOLLOW UP;
          REVIEW OF FACSIMILE FROM DEWRELL AND HERDON
          REGARDING STORE NO.: 541 AND FOLLOW UP.
          E. G. OSMAN    .30 hours at 345.00 per hour.            103.50

09/23/05  REVIEW NEW INFORMATION RECEIVED FROM CLIENT TO
          SEND OUT ADDITIONAL LETTERS; REVIEW FILES AND
          RETURN CALLS; CORRESPONDENCE TO KEN BROWN
          REGARDING ▮▮▮▮▮▮▮
          K. M. JOHNSON    .50 hours at  245.00 per hour.        122.50

09/26/05  REVIEW OF CORRESPONDENCE FROM JUDY WEILBACHER
          OF CROSS COUNTY ASSOCIATES REGARDING STORE NO.:
          299 AND FOLLOW UP ON LANDLORD RESPONSES.
          E. G. OSMAN    .40 hours at 345.00 per hour.            138.00

09/26/05  CONTINUE PREPARING HURRICANE LETTERS; REVIEW
          CORRESPONDENCE FROM KEN BROWN REGARDING
          ▮▮▮▮ AND CONFERENCE WITH ADJUSTOR REGARDING
          SAME.
          K. M. JOHNSON   3.50 hours at  245.00 per hour.         857.50

09/26/05  ORGANIZE STORE FILES TO ASSIST ATTORNEY IN
          RESPONDING TO PHONE CALLS.
          M. MURRAY*    .50 hours at  85.00 per hour.              42.50

09/26/05  REVIEW RETURNED LETTERS, SEARCH LEASE FILES FOR
          INFORMATION, PERFORM SEARCHES TO OBTAIN NEW
          ADDRESSES AND PREPARE ENCLOSURE LETTERS
          FORWARDING TO NEW ADDRESS FOR SEVERAL STORES.
          M. MURRAY*    1.20 hours at  85.00 per hour.            102.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

WB001299

# CARLTON FIELDS
## ATTORNEYS AT LAW

HD ID 59-733896

WINN DIXIE, DEBTOR IN POSSESSION                OCTOBER 20, 2005
HURRICANE CLAIMS PREPARATION                    REF. NO.  50116-23446
INVOICE NUMBER  395411                          PAGE   6


09/27/05  REVIEW OF CORRESPONDENCE FROM A. SAHM OF AEGO
          REGARDING STORE NO.: 561; REVIEW OF
          CORRESPONDENCE FROM C. LOGAN OF L&B PROPERTY
          REGARDING STORE NO.: 578.
          E. G. OSMAN    .30 hours at  345.00 per hour.             103.50

09/28/05  FOLLOW UP WITH LANDLORD'S ISSUES.
          E. G. OSMAN    .20 hours at  345.00 per hour.              69.00

09/29/05  REVIEW OF CORRESPONDENCE FROM ROSANA LOFFREDO
          REGARDING STORE NO.: 2281.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50

09/29/05  REVIEW CORRESPONDENCE FROM KEN BROWN REGARDING
          ███████████  FOLLOW-UP REGARDING MULTIPLE STORES
          K. M. JOHNSON    .50 hours at  245.00 per hour.           122.50

09/30/05  REVIEW OF CORRESPONDENCE FROM THE MICHAEL GEICH
          COMPANY REGARDING STORE NO.:  2324; FOLLOW UP
          ON INFORMATION REGARDING K. BROWN LEAVING WINN
          DIXIE.
          E. G. OSMAN    .20 hours at  345.00 per hour.              69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES             $12,430.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.30 hours at | $345.00 = | 103.50 |
| EGO | E. G. OSMAN | 8.70 hours at | $345.00 = | 3001.50 |
| KMJ | K. M. JOHNSON | 33.90 hours at | $245.00 = | 8305.50 |
| MM* | M. MURRAY* | 12.00 hours at | $85.00 = | 1020.00 |
| | TOTALS | 54.90 | | $12,430.50 |

COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005


          COPYING COST                          355.20
          FAX                                     8.00
          POSTAGE                                52.53
          TELEPHONE                               3.32

          TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005    $419.05
                                                            ------------

                    TOTAL AMOUNT DUE THIS INVOICE    $12,849.55
                                                     ============

# CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# C A R L T O N · F I E L D S

### A T T O R N E Y S  A T  L A W

FED. ID. 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

```
WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23447
                                          INVOICE NUMBER  389635


RE:  BEN TOBIN COMPANIES, LTD, THE


LEGAL SERVICES POSTED THROUGH 07/31/05         $831.50
COSTS ADVANCED POSTED THROUGH 07/31/05           $.00
                                          -------------
          CURRENT INVOICE TOTAL                $831.50
                                          =============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
BEN TOBIN COMPANIES, LTD, THE
INVOICE NUMBER  389635

AUGUST 23, 2005
REF. NO.  50116-23447
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**

04/15/05  LETTER FROM CLIENT REGARDING ▉▉▉▉▉
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.                69.00

04/18/05  LETTER TO CLIENT REGARDING ▉▉▉▉▉
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.               138.00

04/18/05  CONTACT DAVID J. SMITH REGARDING ▉▉▉▉▉
          ▉▉▉▉▉
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.               103.50

04/18/05  CORRESPONDENCE WITH DAVID J. SMITH AND CLIENTS
          REGARDING ▉▉▉▉▉
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.               138.00

04/18/05  MEMO TO AMG RE: ▉▉▉▉▉
          D. J. SMITH    .70 hours at   245.00 per hour.                 171.50

04/18/05  REVIEW PLEADINGS AND FILES IN PREPARATION FOR
          MEMO.
          D. J. SMITH    .30 hours at   245.00 per hour.                  73.50

07/05/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▉▉▉▉▉
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.               138.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $831.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.70 hours at | $345.00 = | 586.50 |
| DJS | D. J. SMITH | 1.00 hours at | $245.00 = | 245.00 |
| | TOTALS | 2.70 | | $831.50 |

                                                    - - - - - - - - - - - -

              TOTAL AMOUNT DUE THIS INVOICE              $831.50
                                                    ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                    REF. NO.  50116-23449
                                           INVOICE NUMBER  386140
```

RE: DOLGENCORP, INC, STORE 221

```
BALANCE DUE FROM PREVIOUS STATEMENT          $7,567.81
LESS: PAYMENTS                               $1,462.86
                                          ------------
            BALANCE FORWARD                  $6,104.95


LEGAL SERVICES POSTED THROUGH 06/30/05       $2,800.50
COSTS ADVANCED POSTED THROUGH 06/30/05          $12.00
                                          ------------
            CURRENT INVOICE TOTAL            $2,812.50
                                          ------------

      TOTAL AMOUNT DUE                        $8,917.45
                                          ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 2812.50 | 3960.00 | 1789.05 | 355.90 | 0.00 | 8917.45 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   386140

JULY 25, 2005
REF. NO.   50116-23449
PAGE     1

**PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005**

06/08/05  MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND
          SET UP PROTOCOL FOR TRACKING CASE.
          L. GOLDSTEIN*    .20 hours at  85.00 per hour.              17.00

06/10/05  DISCOVERY CONFERENCE REGARDING COMPLIANCE.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.            241.50

06/16/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.             98.00

06/16/05  DRAFT MEMORANDUM TO DJS AND AMJ REGARDING
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.           759.50

06/21/05  CREATE CASE TRACKING CHART.
          L. GOLDSTEIN*                                              144.50

06/21/05  BEGIN UPDATING DISCOVERY FILES.
          L. GOLDSTEIN*                                              263.50

06/22/05  CONTINUE UPDATING DISCOVERY FILES AND ENLARGING
          CASE TRACKING CHART.
          L. GOLDSTEIN*                                              391.00

06/22/05  BEGIN UPDATING PLEADINGS AND PLEADING INDEX.
          L. GOLDSTEIN*                                              153.00

06/23/05  REVIEW DEFENDANT'S DOCUMENTS REGARDING
          DISCOVERY.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.            241.50

06/23/05  CONTINUE UPDATING DISCOVERY MATERIALS.
          L. GOLDSTEIN*    .50 hours at  85.00 per hour.              42.50

06/27/05  COMPLIANCE WITH DISCOVERY REQUESTS.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.            241.50

06/28/05  SEVERAL CORRESPONDENCE WITH DAVID J. SMITH
          REGARDING
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.            207.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $2,800.50

### CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   386140

JULY 25, 2005
REF. NO.   50116-23449
PAGE     2

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 2.70 hours at | $345.00 = | 931.50 |
| JRA | J. R. ALDERMAN | 3.50 hours at | $245.00 = | 857.50 |
| LG* | L. GOLDSTEIN* | 11.90 hours at | $85.00 = | 1011.50 |
| | TOTALS | 18.10 | | $2,800.50 |

COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005

COPYING COST                                           12.00

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005             $12.00
                                                   ------------
                       INVOICE  386140TOTAL          $2,812.50
                                                   ------------


BALANCE DUE FROM PREVIOUS STATEMENT                  $7,567.81
LESS: PAYMENTS                                       $1,462.86

                                                   ------------
                        TOTAL AMOUNT DUE             $8,917.45
                                                   ============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  389636

RE:  DOLGENCORP, INC, STORE 221

```
LEGAL SERVICES POSTED THROUGH 07/31/05        $265.00
COSTS ADVANCED POSTED THROUGH 07/31/05        $ .00
                                              ------------
            CURRENT INVOICE TOTAL             $265.00
                                              ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  389636                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/13/05  REVIEW OF FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN      .80 hours at  245.00 per hour.          196.00

07/19/05  LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.           69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $265.00


ATTORNEY FEE SUMMARY

  AMG     A. M. GRUNSPAN       0.20 hours at  $345.00 =        69.00
  JRA     J. R. ALDERMAN       0.80 hours at  $245.00 =       196.00
          TOTALS               1.00                          $265.00

                                                        - - - - - - - - - - - -

               TOTAL AMOUNT DUE THIS INVOICE            $265.00
                                                        =============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23449
                                          INVOICE NUMBER  392751


     RE:  DOLGENCORP, INC, STORE 221



     BALANCE DUE FROM PREVIOUS STATEMENT        $9,182.45
     LESS: PAYMENTS                             $5,749.05
                                              ------------
               BALANCE FORWARD                  $3,433.40


     LEGAL SERVICES POSTED THROUGH 08/31/05     $5,412.00
     COSTS ADVANCED POSTED THROUGH 08/31/05     $1,590.54
                                              ------------
               CURRENT INVOICE TOTAL            $7,002.54
                                              ------------

               TOTAL AMOUNT DUE               $10,435.94
                                              ============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 7002.54 | 265.00 | 2812.50 | 0.00 | 355.90 | 10435.94 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  392751

SEPTEMBER 26, 2005
REF. NO.  50116-23449
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005

08/02/05 DRAFT SECOND SET OF INTERROGATORIES AND REQUEST
FOR PRODUCTION TO LANDLORD.
J. R. ALDERMAN   2.60 hours at  245.00 per hour.          637.00

08/03/05 UPDATE TRACKING CHART.
L. GOLDSTEIN*   .20 hours at  85.00 per hour.              17.00

08/08/05 REVIEW MOTION AND PROPOSED AMENDED COMPLAINT.
D. J. SMITH   .40 hours at  245.00 per hour.              98.00

08/10/05 PREPARE FOR SCHEDULING CONFERENCE.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

08/15/05 PREPARE FOR AND CONTACT EXPERT BOB REYNOLDS.
A. M. GRUNSPAN   1.10 hours at  345.00 per hour.         379.50

08/15/05 CONTACT DAVID J. SMITH REGARDING PREPARATION OF
DOCUMENTS TO SEND TO REYNOLDS.
A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

08/15/05 PREPARE MATERIALS FOR REYNOLDS.
D. J. SMITH   1.60 hours at  245.00 per hour.            392.00

08/16/05 CONTACT JASON ALDERMAN REGARDING MOTION TO
STRIKE JURY TRIAL.
A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

08/16/05 REVIEW INTERROGATORIES AND REQUEST FOR
PRODUCTION.
A. M. GRUNSPAN   1.00 hours at  345.00 per hour.         345.00

08/16/05 PREPARE MATERIALS FOR EXPERT REYNOLDS.
D. J. SMITH   1.30 hours at  245.00 per hour.            318.50

08/16/05 REVIEW OF FILE IN CONNECTION WITH DRAFTING
SECOND SET OF INTERROGATORIES AND REQUEST FOR
PRODUCTION TO BOTH LANDLORD AND DOLLAR GENERAL.
J. R. ALDERMAN    .90 hours at  245.00 per hour.         220.50

08/16/05 DRAFT THIRD SET OF INTERROGATORIES TO DOLLAR
GENERAL.
J. R. ALDERMAN   1.40 hours at  245.00 per hour.         343.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   392751

SEPTEMBER 26, 2005
REF. NO.   50116-23449
PAGE      2

08/16/05 DRAFT SECOND REQUEST FOR PRODUCTION TO DOLLAR
         GENERAL.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.              318.50

08/16/05 DRAFT SECOND REQUEST FOR PRODUCTION TO
         LANDLORD.
         J. R. ALDERMAN    1.80 hours at  245.00 per hour.              441.00

08/17/05 REVISE REQUEST FOR PRODUCTION AND
         INTERROGATORIES TO LANDLORD.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.               276.00

08/17/05 CONTACT JASON ALDERMAN REGARDING DISCOVERY TO
         LANDLORD AND DOLLAR GENERAL
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.               103.50

08/17/05 REVISE REQUEST FOR PRODUCTION AND
         INTERROGATORIES TO DOLLAR GENERAL.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.               207.00

08/17/05 LETTER TO EXPERT REGARDING ████████████████
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.               138.00

08/19/05 CONTACT EXPERT REGARDING DOLLAR GENERAL
         DOCUMENTS.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.               103.50

08/19/05 PREPARE FOR ADDITIONAL EXPERT CONFERENCE.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.               138.00

08/19/05 LETTER FROM DAVID J. SMITH REGARDING MONICA
         NOVITSKI.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.                69.00

08/19/05 CONTACT EXPERT.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.               207.00

08/19/05 REVIEW MARKET RESEARCH REPORT FROM B. REYNOLDS.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.               103.50

08/22/05 CONFER WITH DJS REGARDING STATUS OF CLIENT'S
         RESPONSES TO DISCOVERY.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.                73.50

08/24/05 CONTACT EXPERT REGARDING DOCUMENT ANALYSIS.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.               138.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION        SEPTEMBER 26, 2005
DOLGENCORP, INC, STORE 221              REF. NO.  50116-23449
INVOICE NUMBER  392751                  PAGE    3
```

TOTAL FEES FOR PROFESSIONAL SERVICES                    $5,412.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 7.40 hours at | $345.00 = | 2553.00 |
| DJS | D. J. SMITH | 3.30 hours at | $245.00 = | 808.50 |
| JRA | J. R. ALDERMAN | 8.30 hours at | $245.00 = | 2033.50 |
| LG* | L. GOLDSTEIN* | 0.20 hours at | $85.00 = | 17.00 |
| | TOTALS | 19.20 | | $5,412.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005

```
            COPYING COST                       96.40
            POSTAGE                            13.72
            TELEPHONE                           0.60
08/31/05 COPYING COST - VENDOR: MINIT PRINT OF MIAMI  -  1403.32
            PHOTOCOPY AND BATE STAMP.
   16/05 EXPRESS MAIL                          76.50

            TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005    $1,590.54
                                                            ------------
                        INVOICE  392751TOTAL                 $7,002.54
                                                            ------------


            BALANCE DUE FROM PREVIOUS STATEMENT              $9,182.45
            LESS: PAYMENTS                                   $5,749.05
                                                            ------------
                        TOTAL AMOUNT DUE                     $10,435.94
                                                            ============
```

## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

Tampa, FL 33601-3239

813.223.7000

Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

```
WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23449
                                          INVOICE NUMBER  395412


  RE:  DOLGENCORP, INC, STORE 221


  LEGAL SERVICES POSTED THROUGH 09/30/05        $8,872.50
  COSTS ADVANCED POSTED THROUGH 09/30/05          $304.42
                                              ------------

        CURRENT INVOICE TOTAL                   $9,176.92
                                              ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
DOLGENCORP, INC, STORE 221               REF. NO.  50116-23449
INVOICE NUMBER  395412                   PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005


09/07/05  CONTACT EXPERT BOB REYNOLDS REGARDING ███████
          ███████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

09/09/05  CORRESPONDENCE WITH EXPERT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/12/05  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          PENDING MOTIONS, STRATEGY AND ANALYSIS OF
          VARIOUS LEGAL ISSUES. CONFER WITH AMG REGARDING
          SAME.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.        563.50

09/14/05  LETTER TO EXPERT REGARDING ███████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/14/05  CONTACT DAVID J. SMITH REGARDING ███████
          ███████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/14/05  REVIEW REVISED DISCOVERY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

09/14/05  CONTACT JASON ALDERMAN REGARDING SAME.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

09/14/05  DRAFT MEMORANDUM TO AMG AND FILE REGARDING
          ███████
          J. R. ALDERMAN   1.90 hours at  245.00 per hour.        465.50

09/14/05  CONFERENCE WITH CSR, DJS, AND AMG REGARDING
          ███████,
          ███████
          J. R. ALDERMAN    .80 hours at  245.00 per hour.        196.00

09/15/05  LETTER FROM BOB REYNOLDS WITH ADDITIONAL AREAS
          OF DISCOVERY FOR DOLLAR GENERAL.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
DOLGENCORP, INC, STORE 221               REF. NO.  50116-23449
INVOICE NUMBER  395412                   PAGE     2

09/16/05  CONTINUE WITH EXPERT COMMENTARY ON DISCOVERY
          AND MATERIALS ALREADY PRODUCED.
          D. J. SMITH   1.40 hours at  245.00 per hour.          343.00

09/23/05  REVIEW MOTION FOR SUMMARY JUDGMENT FROM
          DOLGENCORP ON STORE 221.
          D. J. SMITH   .60 hours at  245.00 per hour.           147.00

09/23/05  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.         73.50

09/23/05  RECEIPT AND REVIEW OF MOTION FOR SUMMARY
          JUDGMENT BY DOLLAR GENERAL.
          J. R. ALDERMAN   .80 hours at  245.00 per hour.        196.00

09/24/05  MEMORANDUM TO AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN   .60 hours at  245.00 per hour.        147.00

09/26/05  REVIEW CASE LAW CITED BY DOLGENCORP IN MOTION
          FOR SUMMARY JUDGMENT.
          D. J. SMITH   .90 hours at  245.00 per hour.           220.50

09/26/05  MEMO FROM JA RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH   .20 hours at  245.00 per hour.            49.00

09/26/05  REVIEW AND ANALYZE DOLLAR GENERAL'S MOTION FOR
          SUMMARY JUDGMENT, SUPPORTING MEMORANDUM OF LAW,
          AND AFFIDAVITS IN SUPPORT THEREOF..
          J. R. ALDERMAN   4.10 hours at  245.00 per hour.      1004.50

09/26/05  REVIEW FLORIDA'S ANTI-TRUST ACT IN CONNECTION
          WITH DRAFTING RESPONSE TO MOTION FOR SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   3.40 hours at  245.00 per hour.       833.00

09/27/05  RESEARCH LAW ON ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN   4.30 hours at  245.00 per hour.      1053.50

09/27/05  RESEARCH FEDERAL CASE LAW ▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN   2.70 hours at  245.00 per hour.       661.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID. 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  395412

OCTOBER 18, 2005
REF. NO.  50116-23449
PAGE    3

| | | |
|---|---|---|
| 09/27/05 | REVIEW FILE. MEMO TO FILE CONCERNING SCOPE OF EXPERT'S OPINION. CONFER WITH AMG AND CMR REGARDING ▮▮▮▮▮. | |
| | J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 09/28/05 | CONTACT CHARLES ROSENBERG REGARDING ▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 09/28/05 | LETTER TO CLIENT REGARDING ▮▮▮▮ | |
| | A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 09/28/05 | REVIEW ▮▮▮▮ LAW ON LEASE EXCLUSIVES IN CONNECTION WITH DRAFTING RESPONSE TO MOTION FOR SUMMARY JUDGMENT. BY DOLLAR GENERAL. | |
| | J. R. ALDERMAN   3.40 hours at  245.00 per hour. | 833.00 |
| 09/28/05 | REVIEW FILE IN CONNECTION WITH DISCOVERY. | |
| | J. R. ALDERMAN    .60 hours at  245.00 per hour. | 147.00 |
| 09/28/05 | CONFER WITH CMR REGARDING ▮▮▮▮ | |
| | J. R. ALDERMAN    .60 hours at  245.00 per hour. | 147.00 |
| 09/28/05 | MEMORANDUM TO AMG, DJS, CMR REGARDING ▮▮▮▮ | |
| | J. R. ALDERMAN    .60 hours at  245.00 per hour. | 147.00 |
| 09/30/05 | REVIEW DOLGENCORP'S RESPONSES TO REQUEST FOR PRODUCTION | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 09/30/05 | REVIEW DOLGENCORP'S RESPONSES TO INTERROGATORIES | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| | TOTAL FEES FOR PROFESSIONAL SERVICES | $8,872.50 |

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.20 hours at | $345.00 = | 1449.00 |
| DJS | D. J. SMITH | 3.10 hours at | $245.00 = | 759.50 |
| JRA | J. R. ALDERMAN | 27.20 hours at | $245.00 = | 6664.00 |
| | TOTALS | 34.50 | | $8,872.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### A T T O R N E Y S  A T  L A W

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  395412                    PAGE    4


COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005

|  |  |  |
|---|---|---|
| | COPYING COST | 68.80 |
| | TELEPHONE | 0.15 |
| 09/26/05 | WESTLAW RESEARCH | 18.66 |
| 09/26/05 | WESTLAW RESEARCH | 44.15 |
| 09/26/05 | WESTLAW RESEARCH | 141.44 |
| 09/26/05 | WESTLAW RESEARCH | 9.27 |
| 09/26/05 | WESTLAW RESEARCH | 3.29 |
| 09/26/05 | WESTLAW RESEARCH | 18.66 |

TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005          $304.42
                                                    - - - - - - - - - - - -

                    TOTAL AMOUNT DUE THIS INVOICE          $9,176.92
                                                    ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23451
INVOICE NUMBER  389637


RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN
     ACQSUITION, LLC, STORE 205


LEGAL SERVICES POSTED THROUGH 07/31/05          $548.00
COSTS ADVANCED POSTED THROUGH 07/31/05            $3.41
                                            ------------

     CURRENT INVOICE TOTAL                      $551.41
                                            ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  389637                    PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005

05/03/05  REVIEW FILE IN CONNECTION WITH RESPONDING TO
          DISCOVERY.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

06/03/05  CONFER WITH DJS REGARDING ███████████████████

          J. R. ALDERMAN     .20 hours at  245.00 per hour.           49.00

06/08/05  MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND
          SET UP PROTOCOL FOR TRACKING CASE.
          L. GOLDSTEIN*      .20 hours at   85.00 per hour.           17.00

07/11/05  CONTACT DAVID J. SMITH REGARDING█████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

07/18/05  CONTACT JASON ALDERMAN REGARDING ██████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

07/19/05  CONTACT AND CORRESPONDENCE REGARDING DISCOVERY.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $548.00


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN        0.90 hours at  $345.00 =          310.50
JRA    J. R. ALDERMAN        0.90 hours at  $245.00 =          220.50
LG*    L. GOLDSTEIN*         0.20 hours at   $85.00 =           17.00
       TOTALS                2.00                            $548.00


## COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005

          COPYING COST                            2.80
          TELEPHONE                               0.61

          TOTAL COSTS AS POSTED THROUGH JULY 31, 2005       $3.41
                                                     ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION                    AUGUST 23, 2005
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  389637                             PAGE    2


TOTAL AMOUNT DUE THIS INVOICE            $551.41
                                         ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 22, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23452
INVOICE NUMBER  389521


RE:  BEACHWALK CENTRE II, LLC


LEGAL SERVICES POSTED THROUGH 07/31/05          $740.00
COSTS ADVANCED POSTED THROUGH 07/31/05           $26.91
                                             ------------

          CURRENT INVOICE TOTAL                 $766.91
                                             ============


\*\*\* REMITTANCE COPY \*\*\*


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
BEACHWALK CENTRE II, LLC                  REF. NO.  50116-23452
INVOICE NUMBER  389521                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


02/28/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

04/27/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

06/08/05  MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND
          SET UP PROTOCOL FOR TRACKING CASE.
          L. GOLDSTEIN*    .30 hours at  85.00 per hour.             25.50

06/28/05  UPDATE FILE, INCLUDING DISCOVERY.  CREATE
          DISCOVERY FOLDERS.  PREPARE CASE-TRACKING
          CHART.
          L. GOLDSTEIN*   3.90 hours at  85.00 per hour.            331.50

07/14/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

07/28/05  REVIEW OF FILE IN CONNECTION WITH STATUS
          REPORT/ DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $740.00


ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN       0.40 hours at  $345.00 =        138.00
JRA     J. R. ALDERMAN       1.00 hours at  $245.00 =        245.00
LG*     L. GOLDSTEIN*        4.20 hours at   $85.00 =        357.00
        TOTALS               5.60                           $740.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


          COPYING COST                       25.80
          POSTAGE                             1.11

          TOTAL COSTS AS POSTED THROUGH JULY 31, 2005      $26.91
                                                      ------------


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
BEACHWALK CENTRE II, LLC                  REF. NO.   50116-23452
INVOICE NUMBER   389521                   PAGE    2


              TOTAL AMOUNT DUE THIS INVOICE          $766.91
                                                ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID. 59-1233896

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION        OCTOBER 18, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-23452
                                        INVOICE NUMBER  395413


RE:  BEACHWALK CENTRE II, LLC


LEGAL SERVICES POSTED THROUGH 09/30/05          $843.50
COSTS ADVANCED POSTED THROUGH 09/30/05            $.00
                                            ------------

            CURRENT INVOICE TOTAL              $843.50
                                            ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

CARLTON FIELDS

FED. ID 59-1223896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
BEACHWALK CENTRE II, LLC                  REF. NO.  50116-23452
INVOICE NUMBER  395413                    PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

08/03/05  UPDATE TRACKING CHART.
          L. GOLDSTEIN*     .10 hours at  85.00 per hour.              8.50

08/12/05  REVIEW OBJECTIONS TO DISCOVERY FILED BY DOLLAR
          GENERAL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

08/12/05  LETTER TO DAVID J. SMITH REGARDING ▌▌▌▌▌▌▌▌▌▌
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

09/13/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.           171.50

09/13/05  DRAFT MEMORANDUM ON DISCOVERY AND OTHER ISSUES
          TO AMG.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.            98.00

09/14/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          MEMORANDUM ON DISCOVERY, STRATEGY, PENDING
          MOTIONS.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.           220.50

09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $843.50


ATTORNEY FEE SUMMARY

| AMG | A. M. GRUNSPAN | 1.00 hours at | $345.00 = | 345.00 |
|-----|----------------|---------------|-----------|--------|
| JRA | J. R. ALDERMAN | 2.00 hours at | $245.00 = | 490.00 |
| LG* | L. GOLDSTEIN*  | 0.10 hours at | $85.00 =  | 8.50 |
|     | TOTALS         | 3.10          |           | $843.50 |


                                            - - - - - - - - - - - -

          TOTAL AMOUNT DUE THIS INVOICE          $843.50
                                            ============


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JULY 25, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23453
INVOICE NUMBER  386141

RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $8,434.37 |
| LESS: PAYMENTS | $4,078.72 |
| BALANCE FORWARD | $4,355.65 |
| | |
| LEGAL SERVICES POSTED THROUGH 06/30/05 | $866.00 |
| COSTS ADVANCED POSTED THROUGH 06/30/05 | $454.01 |
| CURRENT INVOICE TOTAL | $1,320.01 |
| TOTAL AMOUNT DUE | $5,675.66 |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 1320.01 | 1579.85 | 2775.80 | 0.00 | 0.00 | 5675.66 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  386141                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005**


06/08/05  CORRESPONDENCE WITH DAVID J. SMITH REGARDING
          ▬▬▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.              69.00

06/08/05  E-MAILS TO AMG RE: ▬▬▬▬▬▬
          D. J. SMITH    .20 hours at  245.00 per hour.                 49.00

06/08/05  MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND
          SET UP PROTOCOL FOR TRACKING CASE.
          L. GOLDSTEIN*    .20 hours at  85.00 per hour.                17.00

06/09/05  REVIEW LETTER FROM COURT REGARDING HEARING
          SCHEDULE ON MOTION FOR REMAND.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.              69.00

06/17/05  SEVERAL CORRESPONDENCE WITH CLIENTS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.             103.50

06/21/05  CREATE CASE TRACKING CHART.  UPDATE FILE
          MATERIALS.
          L. GOLDSTEIN*    1.70 hours at  85.00 per hour.              144.50

06/23/05  PREPARE DISCOVERY.
          A. M. GRUNSPAN    1.20 hours at  345.00 per hour.            414.00


          TOTAL FEES FOR PROFESSIONAL SERVICES                        $866.00


ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN          1.90 hours at  $345.00 =       655.50
DJS     D. J. SMITH            0.20 hours at  $245.00 =        49.00
LG*     L. GOLDSTEIN*          1.90 hours at   $85.00 =       161.50
        TOTALS                 4.00                          $866.00


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  386141                    PAGE    2

COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005

|            |                  |        |
|------------|------------------|--------|
|            | COPYING COST     | 0.80   |
|            | TELEPHONE        | 0.30   |
| 05/24/05   | WESTLAW RESEARCH | 0.12   |
| 05/24/05   | WESTLAW RESEARCH | 12.79  |
| 05/24/05   | WESTLAW RESEARCH | 20.39  |
| 05/24/05   | WESTLAW RESEARCH | 247.47 |
| 05/24/05   | WESTLAW RESEARCH | 4.49   |
| 05/25/05   | WESTLAW RESEARCH | 0.12   |
| 05/25/05   | WESTLAW RESEARCH | 2.78   |
| 05/25/05   | WESTLAW RESEARCH | 4.08   |
| 05/25/05   | WESTLAW RESEARCH | 152.77 |
| 05/25/05   | WESTLAW RESEARCH | 7.90   |

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005        $454.01
                                                ------------

              INVOICE  386141TOTAL        $1,320.01
                                        ------------

BALANCE DUE FROM PREVIOUS STATEMENT        $8,434.37
LESS: PAYMENTS                             $4,078.72

                                        ------------
              TOTAL AMOUNT DUE           $5,675.66
                                        ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

PLEASE REMIT TO:

Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

# CARLTON FIELDS

ATTORNEYS AT LAW

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

```
WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                    REF. NO.  50116-23453
                                           INVOICE NUMBER  389522


   RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,


   LEGAL SERVICES POSTED THROUGH 07/31/05      $1,806.00
   COSTS ADVANCED POSTED THROUGH 07/31/05          $2.74
                                             ------------

          CURRENT INVOICE TOTAL              $1,808.74
                                             ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  389522                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/13/05  CONFER WITH AMG REGARDING ███████████████
          ████████████
          J. R. ALDERMAN      .20 hours at  245.00 per hour.              49.00

07/25/05  REVIEW FILE IN CONNECTION WITH ASSISTING AMG IN
          PREPARING FOR HEARING ON MOTION FOR REMAND..
          CONFER WITH AMG.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.             147.00

07/27/05  REVIEW DOCUMENTS TO PREPARE FOR FEDERAL COURT
          HEARING.
          A. M. GRUNSPAN      .90 hours at  345.00 per hour.             310.50

07/29/05  REVIEW SUPPLEMENTAL AUTHORITY FILED BY DOLLAR
          GENERAL.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.             103.50

07/29/05  LETTER TO JASON ALDERMAN REGARDING ████████
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.              69.00

07/29/05  RECEIPT AND REVIEW OF NOTICE OF FILING
          SUPPLEMENTAL AUTHORITY FROM DOLLAR GENERAL.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.              73.50

07/29/05  REVIEW OF FILE, PARTICULARLY REMAND MOTION AND
          REPLY BRIEFS.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.             147.00

07/29/05  CONFER WITH AMG REGARDING ███████████████████
          ██████████████████
          J. R. ALDERMAN      .30 hours at  245.00 per hour.              73.50

07/29/05  REVIEW LAW ON REMAND AND REMOVAL.
          J. R. ALDERMAN      .90 hours at  245.00 per hour.             220.50

07/31/05  UP DATE RESEARCH ON REMOVAL
          J. R. ALDERMAN    1.20 hours at  245.00 per hour.             294.00

07/31/05  REVIEW FILE IN CONNECTION WITH HEARING ON
          MOTION FOR REMAND.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.             147.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

**ATTORNEYS AT LAW**

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  389522                    PAGE   2

07/31/05 DRAFT MEMORANDUM TO AMG REGARDING ▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
         J. R. ALDERMAN    .70 hours at  245.00 per hour.        171.50


         TOTAL FEES FOR PROFESSIONAL SERVICES          $1,806.00


**ATTORNEY FEE SUMMARY**

AMG    A. M. GRUNSPAN       1.40 hours at  $345.00 =        483.00
JRA    J. R. ALDERMAN       5.40 hours at  $245.00 =       1323.00
       TOTALS               6.80                         $1,806.00


       COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005


         TELEPHONE                               0.90
         ONLINE COMPUTER SERVICES                1.84

         TOTAL COSTS AS POSTED THROUGH JULY 31, 2005        $2.74
                                                      - - - - - - - - - - - -

               **TOTAL AMOUNT DUE THIS INVOICE     $1,808.74**
                                                   ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23453
                                          INVOICE NUMBER  392752


     RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,



     BALANCE DUE FROM PREVIOUS STATEMENT       $7,484.40
     LESS: PAYMENTS                            $3,371.85
                                          - - - - - - - - - - - -
               BALANCE FORWARD                 $4,112.55



     LEGAL SERVICES POSTED THROUGH 08/31/05    $7,985.50
     COSTS ADVANCED POSTED THROUGH 08/31/05      $564.82
                                          - - - - - - - - - - - -
               CURRENT INVOICE TOTAL           $8,550.32
                                          - - - - - - - - - - - -

               TOTAL AMOUNT DUE               $12,662.87
                                          ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 8550.32 | 1808.74 | 1320.01 | 0.00 | 983.80 | 12662.87 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   392752                   PAGE    1


PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005


08/01/05  REVIEW ALL CASES CITED BY EACH PARTY IN
          PREPARATION FOR HEARING ON MOTION FOR REMAND.
          A. M. GRUNSPAN   4.10 hours at  345.00 per hour.        1414.50

08/01/05  REVIEW ALL LEGAL MEMORANDA FILED BY ALL PARTIES
          REGARDING MOTION FOR REMAND.
          A. M. GRUNSPAN   2.10 hours at  345.00 per hour.         724.50

08/01/05  PREPARE NOTES FOR HEARING.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.          241.50

08/01/05  DRAFT MEMORANDUM TO AMG REGARDIGN NOTICE OF
          FILING OF SUPPLEMENTAL AUTHORITY. CONFER WITH
          AMG.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.          147.00

   01/05  CONFER WITH AMG REGARDING HEARING, ANALYSIS AND
          CASE LAW ON REMAND.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.           73.50

08/02/05  PREPARE FOR HEARING ON REMAND.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.          483.00

08/03/05  ATTEND HEARING ON MOTION FOR REMAND.
          A. M. GRUNSPAN   8.00 hours at  345.00 per hour.         2760.00

08/03/05  E-MAILS TO/FROM AMG.
          D. J. SMITH   .20 hours at  245.00 per hour.              49.00

08/03/05  REVIEW INSPECTION REPORTS AS PER AMG.
          D. J. SMITH   .40 hours at  245.00 per hour.              98.00

08/03/05  UPDATE TRACKING CHART.
          L. GOLDSTEIN*   .20 hours at  85.00 per hour.             17.00

08/24/05  REVIEW 10 PAGE COURT OPINION AND ORDER GRANTING
          MOTION FOR REMAND.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.          207.00

08/24/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND DAVID
          J. SMITH ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.          172.50


## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  392752                    PAGE    2


08/25/05 LETTER TO JASON ALDERMAN REGARDING DISCOVERY TO
         DOLLAR GENERAL.
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

08/25/05 CONFER WITH AMG REGARDING COURT'S ORDER OF
         REMAND AND DISCOVERY.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

08/29/05 CONFER WITH AMG REGARDING COURT'S RULING AND
         DISCOVERY.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

08/29/05 REVIEW FILE AND COURT ORDER ON MOTION FOR
         REMAND.
         J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

08/29/05 DRAFT INTERROGATORIES AND REQUEST FOR
         PRODUCTION TO LANDLORD.
         J. R. ALDERMAN    2.10 hours at  245.00 per hour.         514.50

08/29/05 DRAFT INTERROGATORIES AND REQUEST FOR
         PRODUCTION TO DOLLAR GENERAL.
         J. R. ALDERMAN    2.40 hours at  245.00 per hour.         588.00

08/29/05 REVIEW FILE IN CONNECTION WITH DRAFTING
         DISCOVERY.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.         147.00


         TOTAL FEES FOR PROFESSIONAL SERVICES          $7,985.50


ATTORNEY FEE SUMMARY

    AMG    A. M. GRUNSPAN      17.70 hours at  $345.00 =    6106.50
    DJS    D. J. SMITH          0.60 hours at  $245.00 =     147.00
    JRA    J. R. ALDERMAN       7.00 hours at  $245.00 =    1715.00
    LG*    L. GOLDSTEIN*        0.20 hours at   $85.00 =      17.00
           TOTALS              25.50                      $7,985.50


    COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005


         COPYING COST                              3.00
         TELEPHONE                                 0.15
    12/05 TRAVEL/LODGING/MEALS - VENDOR: ALAN GRUNSPAN  -   561.67
         8/2-3 TRAVEL TO JACKSONVILLE TO ATTEND
         WINN-DIXIE/SANDIFER ORAL ARGUMENT

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  392752                    PAGE    3


TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005            $564.82
                                                    - - - - - - - - - - - -
                          INVOICE  392752TOTAL        $8,550.32
                                                    - - - - - - - - - - - -



BALANCE DUE FROM PREVIOUS STATEMENT                   $7,484.40
LESS: PAYMENTS                                        $3,371.85

                                                    - - - - - - - - - - - -
                          TOTAL AMOUNT DUE           $12,662.87
                                                    = = = = = = = = = = = =

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:

Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

OCTOBER 18, 2005
ALAN M. GRUNSPAN
REF. NO.   50116-23453
INVOICE NUMBER   395414

RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,

LEGAL SERVICES POSTED THROUGH 09/30/05          $1,599.00
COSTS ADVANCED POSTED THROUGH 09/30/05            $270.04
                                              ------------

      CURRENT INVOICE TOTAL          $1,869.04
                                     ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION           OCTOBER 18, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  395414                     PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**


09/06/05  CONTACT JASON ALDERMAN REGARDING ███████████
          ███████.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/06/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.        318.50

09/06/05  REVISE, EDIT REQUEST FOR PRODUCTION AND
          INTERROGATORIES TO DOLLAR GENERAL.
          J. R. ALDERMAN   1.70 hours at  245.00 per hour.        416.50

09/12/05  REVIEW REMAND ORDER, CONFER WITH AMG REGARDING
          ████████████████████████████████
          █████████████████ INSTRUCTIONS TO
          ASSISTANT REGARDING ORDERING TRANSCRIPT.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/15/05  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          PENDING MOTIONS, AND DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.        318.50

09/30/05  REVIEW REPLY TO DEFENSES BY LANDLORD
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

09/30/05  REVIEW TRANSCRIPT OF HEARING ON MOTION FOR
          REMAND IN CONNECTION WITH DRAFTING NOTICE OF
          CORRECTION.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.        171.50


          TOTAL FEES FOR PROFESSIONAL SERVICES         $1,599.00


ATTORNEY FEE SUMMARY

   AMG    A. M. GRUNSPAN      0.80 hours at  $345.00 =      276.00
   JRA    J. R. ALDERMAN      5.40 hours at  $245.00 =     1323.00
          TOTALS              6.20                       $1,599.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   395414                   PAGE   2


**COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005**


|            |                                       |        |
|------------|---------------------------------------|--------|
|            | COPYING COST                          | 158.80 |
|            | FAX                                   | 8.00   |
|            | POSTAGE                               | 15.76  |
|            | TELEPHONE                             | 1.68   |
| 09/30/05   | COURT REPORTER CHARGE - VENDOR: REPORTERS COMPUTER SERVICE, INC.  - TRANS OF 8/3 HEARING ON MOTION FOR REMAND | 85.80  |

TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005          $270.04
                                                     ------------

**TOTAL AMOUNT DUE THIS INVOICE       $1,869.04**
                                                     ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction