# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1253896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
.201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

JULY 25, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23455
INVOICE NUMBER 386142

RE: YDB THREE LAKES, LC, STORE 210

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $19,725.63 |
| LESS: PAYMENTS | $6,917.31 |
| | ------------ |
| BALANCE FORWARD | $12,808.32 |
| | |
| LEGAL SERVICES POSTED THROUGH 06/30/05 | $6,235.00 |
| COSTS ADVANCED POSTED THROUGH 06/30/05 | $12.20 |
| | ------------ |
| CURRENT INVOICE TOTAL | $6,247.20 |
| | ------------ |
| **TOTAL AMOUNT DUE** | **$19,055.52** |
| | ============ |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 6247.20 | 12808.32 | 0.00 | 0.00 | 0.00 | 19055.52 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED ID 59-1233896

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  386142

JULY 25, 2005
REF. NO.  50116-23455
PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005**

06/02/05  REVISE RESPONSES TO DISCOVERY REQUESTS.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.          379.50

06/02/05  REVISE RESPONSES TO DISCOVERY REQUESTS.
          A. M. GRUNSPAN   1.30 hours at  345.00 per hour.          448.50

06/03/05  CONFER WITH DJS REGARDING ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          REVIEW FILE IN CONNECTION WITH DRAFTING MOTION.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.           98.00

06/07/05  CONTACT OPPOSING COUNSEL REGARDING DISCOVERY.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

06/07/05  LETTER TO DAVID J. SMITH REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

06/08/05  REVIEW SECOND REQUEST FOR PRODUCTION.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

06/08/05  LETTER TO DAVID J. SMITH REGARDING ▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

06/08/05  CORRESPONDENCE FROM SAME TO RILEY.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.           34.50

06/08/05  E-MAILS TO/FROM AMG RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓
          D. J. SMITH    .30 hours at  245.00 per hour.             73.50

06/08/05  WORK ON DISCOVERY. CONFER WITH PARALEGAL
          REGARDING SAME.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.          563.50

06/09/05  REVISE RESPONSE TO REQUEST FOR PRODUCTION.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.          621.00

06/09/05  CONTACT DAVID J. SMITH REGARDING ▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION  JULY 25, 2005
YDB THREE LAKES, LC, STORE 210    REF. NO.  50116-23455
INVOICE NUMBER  386142            PAGE   2

06/09/05 REVIEW CLIENTS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓ J. R. ALDERMAN   1.20 hours at  245.00 per hour.          294.00

06/10/05 SUBMIT PROPOSED DISCOVERY RESPONSES TO CLIENT.
         A. M. GRUNSPAN   .60 hours at  345.00 per hour.                 207.00

06/13/05 PREPARE FOR DISCOVERY CONFERENCE.
         A. M. GRUNSPAN  1.10 hours at  345.00 per hour.                 379.50

06/16/05 SEVERAL LETTERS TO CLIENTS REGARDING ▓▓▓▓▓▓▓
         A. M. GRUNSPAN  1.10 hours at  345.00 per hour.                 379.50

06/20/05 CONTACT KING AND SPALDING REGARDING ▓▓▓▓▓▓▓
         ▓▓▓▓▓ A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

06/21/05 CONTACT EXPERT REGARDING DISCOVERY.
         A. M. GRUNSPAN   .40 hours at  345.00 per hour.                 138.00

06/22/05 REVIEW RESEARCH ON ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓ IN CONNECTION WITH DRAFTING RESPONSE TO
         LANDLORD'S MOTION TO DISMISS.
         J. R. ALDERMAN   2.10 hours at  245.00 per hour.                514.50

06/23/05 REVIEW CLIENT DOCUMENTS FOR DISCOVERY
         COMPLIANCE.
         A. M. GRUNSPAN   .80 hours at  345.00 per hour.                 276.00

06/23/05 CALLS TO WD PERSONNEL FOR APPOINTMENTS.
         D. J. SMITH   .30 hours at  245.00 per hour.                     73.50

06/23/05 MULTIPLE E-MAILS RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         D. J. SMITH   .60 hours at  245.00 per hour.                    147.00

06/23/05 CONFERENCE WITH AMG.
         D. J. SMITH   .50 hours at  245.00 per hour.                    122.50

06/23/05 REVIEW AND DRAFT DOCUMENT RETENTION LETTERS.
         D. J. SMITH   .90 hours at  245.00 per hour.                    220.50

06/23/05 DISCOVERY RESPONSES OUTLINES FOR DOCUMENT
         SEARCHES.
         D. J. SMITH  1.50 hours at  245.00 per hour.                    367.50

06/27/05 SEVERAL LETTERS TO DAVID J. SMITH REGARDING
         ▓▓▓▓▓ A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

FED ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION       JULY 25, 2005
YDB THREE LAKES, LC, STORE 210         REF. NO.  50116-23455
INVOICE NUMBER  386142                 PAGE    3
```

TOTAL FEES FOR PROFESSIONAL SERVICES                    $6,235.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 10.90 hours at | $345.00 = | 3760.50 |
| DJS | D. J. SMITH | 4.10 hours at | $245.00 = | 1004.50 |
| JRA | J. R. ALDERMAN | 6.00 hours at | $245.00 = | 1470.00 |
| | TOTALS | 21.00 | | $6,235.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005

COPYING COST                                      10.40
TELEPHONE                                          1.80

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005        $12.20
                                                ------------
                    INVOICE   386142TOTAL         $6,247.20
                                                ------------


BALANCE DUE FROM PREVIOUS STATEMENT               $19,725.63
LESS: PAYMENTS                                     $6,917.31
                                                ------------
                    **TOTAL AMOUNT DUE**          $19,055.52
                                                ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

```
WINN DIXIE, DEBTOR IN POSSESSION           AUGUST 22, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                    REF. NO.  50116-23455
                                           INVOICE NUMBER  389523


RE:  YDB THREE LAKES, LC, STORE 210



LEGAL SERVICES POSTED THROUGH 07/31/05       $9,870.50
COSTS ADVANCED POSTED THROUGH 07/31/05        $236.26
                                            ------------

        CURRENT INVOICE TOTAL              $10,106.76
                                           ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER   389523

AUGUST 22, 2005
REF. NO.   50116-23455
PAGE     1

## PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005

06/30/05  CONTACT DAVID J. SMITH REGARDING ▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

07/01/05  REVIEW MEMORANDUM REGARDING DISCOVERY ISSUES.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

07/01/05  REVIEW DOCUMENTS PROVIDED BY CLIENT.
          J. R. ALDERMAN    3.20 hours at  245.00 per hour.           784.00

07/05/05  MEET WITH DAVID J. SMITH TO REVIEW RESULTS OF
          CLIENT MEETINGS REGARDING ▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    1.00 hours at  345.00 per hour.           345.00

07/05/05  REVISE MEMORANDUM FROM DAVID J. SMITH REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.           379.50

07/06/05  LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

07/06/05  REVIEW DOCUMENTS PROVIDED BY CLIENT IN RESPONSE
          TO FAMILY DOLLAR'S REQUEST FOR PRODUCTION.
          J. R. ALDERMAN    1.60 hours at  245.00 per hour.           392.00

07/06/05  PREPARE CLIENT DOCUMENTS FOR BATES-NUMBERING
          AND COPYING.
          L. GOLDSTEIN*     .30 hours at  85.00 per hour.            25.50

07/07/05  CORRESPONDENCE WITH CLIENT REGARDING ▓▓▓▓▓
          ▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

07/07/05  PHONE CALL TO MINIT PRINT.   RECEIVE AND EXAMINE
          BATES-NUMBERED PRODUCTION.   PREPARE FILES FOR
          ORIGINALS.
          L. GOLDSTEIN*     .30 hours at  85.00 per hour.            25.50

07/08/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING DISCOVERY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  389523                    PAGE    2

07/11/05  CONTACT DAVID J. SMITH REGARDING ███████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

07/11/05  DRAFT RESPONSES TO DISCOVERY.
          J. R. ALDERMAN    2.40 hours at  245.00 per hour.          588.00

07/11/05  WORK WITH PARALEGAL REGARDING DOCUMENT
          PRODUCTION.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

07/11/05  BATES NUMBER SUPPLEMENTAL DOCUMENTS.
          L. GOLDSTEIN*      .20 hours at   85.00 per hour.           17.00

07/12/05  CONTACT JASON ALDERMAN REGARDING ████████
          A. M. GRUNSPAN     .10 hours at  345.00 per hour.           34.50

07/12/05  REVIEW RILEY BACKUP DOCUMENTS.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

07/12/05  CONFER WITH DJS AND AMG REGARDING ████████
          ████████████████████████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

07/18/05  CONTACT DAVID J. SMITH REGARDING ████████
          ████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

07/18/05  COFNER WITH DJS REGARDING ████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

07/18/05  CONFER WITH AMG REGARDING ████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

07/18/05  REVISE, EDIT ANSWERS TO INTERROGATORIES.
          J. R. ALDERMAN    2.30 hours at  245.00 per hour.          563.50

07/19/05  CONTACT DAVID J. SMITH REGARDING ████████
          ████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

07/19/05  CONTACT CLIENT REGARDING ████████████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  389523                    PAGE    3

| | | |
|---|---|---|
| 07/19/05 | REVISE, EDIT ANSWER TO INTERROGATORIES. | |
| | J. R. ALDERMAN    .90 hours at  245.00 per hour. | 220.50 |
| 07/19/05 | RECEIPT OF EMAIL FROM GARY KLINGERMAN. CONFER WITH DJS. | |
| | J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 07/19/05 | DRAFT, REVISE, EDIT WINN-DIXIE'S RESPONSES TO FAMILY DOLLAR DISCOVERY. | |
| | J. R. ALDERMAN   4.80 hours at  245.00 per hour. | 1176.00 |
| 07/20/05 | REVIEW AND REVISE DISCOVERY RESPONSES TO SECOND REQUEST FOR PRODUCTION AND FIRST SET OF INTERROGATORIES. | |
| | A. M. GRUNSPAN   1.80 hours at  345.00 per hour. | 621.00 |
| 07/20/05 | LETTER TO CLIENT REGARDING ███████████ | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 07/20/05 | DRAFT RESPONSES TO INTERROGATORIES. | |
| | J. R. ALDERMAN   3.10 hours at  245.00 per hour. | 759.50 |
| 07/20/05 | DRAFT, REVISE, EDIT ANSWERS TO INTERROGATORIES. | |
| | J. R. ALDERMAN   3.70 hours at  245.00 per hour. | 906.50 |
| 07/21/05 | ███████ CORRESPONDENCE WITH CLIENTS REGARDING ████████ | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 07/21/05 | REVIEW DOCUMENTS PROVIDED BY CLIENT IN CONNECTION WITH W/D'S ANSWERS TO DISCOVERY. | |
| | J. R. ALDERMAN   4.10 hours at  245.00 per hour. | 1004.50 |
| 07/27/05 | LETTER FROM JASON ALDERMAN REGARDING ██████████ ; LETTER TO SAME. | |
| | A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 07/29/05 | CONTACT JASON ALDERMAN REGARDING ████████ ████████ | |
| | A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                    $9,870.50

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION     AUGUST 22, 2005
YDB THREE LAKES, LC, STORE 210     REF. NO.  50116-23455
INVOICE NUMBER  389523     PAGE   4


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 8.60 hours at | $345.00 = | 2967.00 |
| JRA | J. R. ALDERMAN | 27.90 hours at | $245.00 = | 6835.50 |
| LG* | L. GOLDSTEIN* | 0.80 hours at | $85.00 = | 68.00 |
| | TOTALS | 37.30 | | $9,870.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005

|  |  |  |
|---|---|---|
| | COPYING COST | 34.80 |
| | FAX | 3.00 |
| | POSTAGE | 5.62 |
| | TELEPHONE | 0.30 |
| 07/12/05 | COPYING COST - VENDOR: MINIT PRINT OF MIAMI  - | 192.54 |
| | BATES-NUMBERING AND COPYING | |

TOTAL COSTS AS POSTED THROUGH JULY 31, 2005     $236.26
- - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**     $10,106.76
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23455
                                          INVOICE NUMBER  392753


RE:  YDB THREE LAKES, LC, STORE 210



BALANCE DUE FROM PREVIOUS STATEMENT         $29,162.28
LESS: PAYMENTS                              $11,104.52
                                          ------------
             BALANCE FORWARD                $18,057.76


LEGAL SERVICES POSTED THROUGH 08/31/05       $4,822.50
COSTS ADVANCED POSTED THROUGH 08/31/05          $16.17
                                          ------------
             CURRENT INVOICE TOTAL           $4,838.67
                                          ------------

        TOTAL AMOUNT DUE                    $22,896.43
                                          ============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 4838.67 | 10106.76 | 6247.20 | 1703.80 | 0.00 | 22896.43 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER   392753

SEPTEMBER 26, 2005
REF. NO.   50116-23455
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005

08/01/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
███████
A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

08/02/05 REVIEW LAW ON SPECIFIC PERFORMANCE OF LEASE
COVENANTS IN CONNECTION WITH DRAFTING RESPONSE
TO LANDLORD'S MOTION TO DISMISS.
J. R. ALDERMAN    4.10 hours at  245.00 per hour.       1004.50

08/02/05 CONFER WITH AMG REGARDING SELECTION OF EXPERTS.
J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

08/03/05 UPDATE TRACKING CHART.
L. GOLDSTEIN*    .30 hours at  85.00 per hour.            25.50

08/05/05 LETTER TO CLIENT REGARDING E-MAIL DISCOVERY.
A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

08/09/05 REVIEW FILE IN CONNECTION WITH DRAFTING
RESPONSE TO LANDLORDS MOTION TO DISMISS.
J. R. ALDERMAN    1.20 hours at  245.00 per hour.        294.00

08/09/05 REVIEW LAW ON SPECIFIC PERFORMANCE OF LEASES.
J. R. ALDERMAN    2.70 hours at  245.00 per hour.        661.50

08/10/05 PREPARE FOR SCHEDULING CONFERENCE.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

08/10/05 REVIEW FILE IN CONNECTION WITH UP DATING STATUS
REPORT.
J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

08/11/05 REVIEW DISCOVERY.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

08/11/05 REVIEW DISCOVERY.
A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

08/11/05 REVIEW RECORDING ACT AND LAW ON CONSTRUCTIVE
NOTICE OF DOCUMENTS RECORDED IN PUBLIC RECORDS.
J. R. ALDERMAN    1.30 hours at  245.00 per hour.        318.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  392753                    PAGE   2

08/12/05  TELECONFERENCE WITH MARK OLSEN, REGARDING
          RETENTION AS EXPERT WITNESS ON CHAIN OF TITLE.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

08/12/05  LETTER TO EXPERT WITNESS.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00

08/12/05  DRAFT, REVISE, EDIT RESPONSE TO FAMILY DOLLAR'S
          MOTION TO DISMISS.
          J. R. ALDERMAN   3.40 hours at  245.00 per hour.         833.00

08/23/05  LETTER TO CLIENT REGARDING ▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

08/23/05  CALLS (X2) WITH CHRISSY NORRIS RE: DRAFT
          ANSWERS TO INTERROGATORIES.
          D. J. SMITH    .30 hours at  245.00 per hour.            73.50

08/23/05  E-MAIL TO C. NORRIS RE: DRAFT ANSWERS TO
          INTERROGATORIES.
          D. J. SMITH    .10 hours at  245.00 per hour.            24.50

08/23/05  E-MAIL TO AMG RE: CALLS WITH C. NORRIS.
          D. J. SMITH    .20 hours at  245.00 per hour.            49.00

08/23/05  REVISE DRAFT INTERROGATORY ANSWERS AS PER C.
          NORRIS COMMENTS.
          D. J. SMITH    .60 hours at  245.00 per hour.           147.00

08/24/05  LETTER TO CLIENT REGARDING INTERROGATORY
          ANSWERS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

08/30/05  RECEIPT AND REVIEW FAMLY DOLLAR'S ANSWERS TO
          DISCOVERY.
          J. R. ALDERMAN   1.10 hours at  245.00 per hour.        269.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $4,822.50


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.40 hours at | $345.00 = | 828.00 |
| DJS | D. J. SMITH | 1.20 hours at | $245.00 = | 294.00 |
| JRA | J. R. ALDERMAN | 15.00 hours at | $245.00 = | 3675.00 |
| * | L. GOLDSTEIN* | 0.30 hours at | $85.00 = | 25.50 |
| | TOTALS | 18.90 | | $4,822.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  392753                    PAGE    3


**COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005**


COPYING COST                                    12.80
FAX                                              3.00
POSTAGE                                          0.37

TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005          $16.17
                                                  ------------
              INVOICE   392753TOTAL              $4,838.67
                                                  ------------


BALANCE DUE FROM PREVIOUS STATEMENT              $29,162.28
LESS: PAYMENTS                                   $11,104.52
                                                  ------------
              **TOTAL AMOUNT DUE**              $22,896.43
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

OCTOBER 18, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23455
INVOICE NUMBER  395415

RE:  YDB THREE LAKES, LC, STORE 210

LEGAL SERVICES POSTED THROUGH 09/30/05          $1,616.50
COSTS ADVANCED POSTED THROUGH 09/30/05             $.30
                                              -------------
        CURRENT INVOICE TOTAL          $1,616.80
                                              =============

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID. 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
YDB THREE LAKES, LC, STORE 210            REF. NO.  50116-23455
INVOICE NUMBER  395415                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

09/01/05  DRAFT, REVISE, EDIT RESPONSE TO MOTION TO
          DISMISS.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.        784.00

09/01/05  CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

09/06/05  REVIEW FAMILY DOLLAR'S ANSWERS TO
          INTERROGATORIES.
          A. M. GRUNSPAN   1.00 hours at  345.00 per hour.        345.00

09/14/05  REVIEW REVISED DISCOVERY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

09/14/05  CONTACT JASON ALDERMAN REGARDING  ▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

09/14/05  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,616.50


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN      2.20 hours at  $345.00 =       759.00
JRA    J. R. ALDERMAN      3.50 hours at  $245.00 =       857.50
       TOTALS              5.70                        $1,616.50


**COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005**

TELEPHONE                                       0.30

TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005        $.30
                                                -------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION            OCTOBER 18, 2005
YDB THREE LAKES, LC, STORE 210              REF. NO.  50116-23455
INVOICE NUMBER  395415                      PAGE    2


TOTAL AMOUNT DUE THIS INVOICE        $1,616.80
======================================= ============

## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

JULY 25, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23456
INVOICE NUMBER 386143

RE: ROYAL OAKS BRANDON, LTD, STORE 734

LEGAL SERVICES POSTED THROUGH 06/30/05          $3,144.50
COSTS ADVANCED POSTED THROUGH 06/30/05             $42.87
                                               ------------
            CURRENT INVOICE TOTAL              $3,187.37
                                               ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION      JULY 25, 2005
ROYAL OAKS BRANDON, LTD, STORE 734     REF. NO.  50116-23456
INVOICE NUMBER  386143               PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005**

02/24/05 LETTER TO DAVID SMITH REGARDING ▇▇▇▇▇▇▇▇
         ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

03/05/05 RECEIPT AND REVIEW OF DOLGENCORP'S ANSWER.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

03/08/05 PREPARE NOTICE OF COMMENCEMENT AS PER AMG.
         D. J. SMITH    .40 hours at  245.00 per hour.         98.00

03/08/05 REVISIONS TO NOTICE OF COMMENCEMENT.
         D. J. SMITH    .20 hours at  245.00 per hour.         49.00

04/27/05 REVIEW FILE IN CONNECTION WITH DISCOVERY.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

05/31/05 CONFER WITH JDS REGARDING ▇▇▇▇▇▇▇ REVIEW OF
         FILE. INSTRUCTIONS TO PARALEGAL.
         J. R. ALDERMAN    .90 hours at  245.00 per hour.      220.50

06/07/05 CONTACTED BY OPPOSING COUNSEL REGARDING
         SUMMONS.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.      103.50

06/07/05 LETTER TO JASON ALDERMAN REGARDING ▇▇▇▇▇
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

06/07/05 EMAILS TO/FROM JA.
         D. J. SMITH    .20 hours at  245.00 per hour.         49.00

06/07/05 WORK WITH PARALEGAL REGARDING ORGANIZATION OF
         FILE, SERVICE OF COMPLAINT.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

06/08/05 MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND
         SET UP PROTOCOL FOR TRACKING CASE.
         L. GOLDSTEIN*    .10 hours at  85.00 per hour.         8.50

06/10/05 CONFERENCE REGARDING DISCOVERY PRIVILEGE LOG
         AND COMPLIANCE.
         A. M. GRUNSPAN    .90 hours at  345.00 per hour.      310.50

06/16/05 REVIEW FINANCIAL DISCOVERY ISSUES.
         A. M. GRUNSPAN   2.20 hours at  345.00 per hour.      759.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  386143                    PAGE   2


06/16/05 DRAFT DISCOVERY.
         J. R. ALDERMAN   3.10 hours at  245.00 per hour.              759.50

06/23/05 REVIEW DISCOVERY COMPLIANCE ISSUES.
         A. M. GRUNSPAN   1.10 hours at  345.00 per hour.              379.50


         TOTAL FEES FOR PROFESSIONAL SERVICES            $3,144.50


ATTORNEY FEE SUMMARY

  AMG    A. M. GRUNSPAN        4.90 hours at  $345.00 =       1690.50
  DJS    D. J. SMITH           0.80 hours at  $245.00 =        196.00
  JRA    J. R. ALDERMAN        5.10 hours at  $245.00 =       1249.50
  LG*    L. GOLDSTEIN*         0.10 hours at   $85.00 =          8.50
         TOTALS               10.90                        $3,144.50

         COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005


         COPYING COST                          23.40
         FAX                                    3.00
         POSTAGE                                2.22
         TELEPHONE                              2.85
03/08/05 EXPRESS MAIL                          11.40

         TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005          $42.87
                                                          ------------

              TOTAL AMOUNT DUE THIS INVOICE           $3,187.37
                                                      ============


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

| | | | | PLEASE REMIT TO:<br>P.O. Box 3239<br>Tampa, FL 33601-3239<br>813.223.7000<br>Fax 813.229.4133 |

| P.O. Box 019101<br>Miami, FL 33131<br>305.530.0050<br>Fax 305.530.0055 | P.O. Box 1171<br>Orlando, FL 32802<br>407.849.0300<br>Fax 407.648.9099 | P.O. Box 2861<br>St. Petersburg, FL 33731<br>727.821.7000<br>Fax 727.822.3768 | P.O. Drawer 190<br>Tallahassee, FL 32302<br>850.224.1585<br>Fax 850.222.0398 | P.O. Box 150<br>West Palm Beach, FL 33402<br>561.659.7070<br>Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  389638

## RE:  ROYAL OAKS BRANDON, LTD, STORE 734

LEGAL SERVICES POSTED THROUGH 07/31/05              $98.00
COSTS ADVANCED POSTED THROUGH 07/31/05                $.40
                                              ------------
        CURRENT INVOICE TOTAL                       $98.40
                                              ============

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S  A T  L A W

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
ROYAL OAKS BRANDON, LTD, STORE 734         REF. NO.  50116-23456
INVOICE NUMBER  389638                     PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/25/05 REVIEW OF FILE IN CONNECTION WITH DISCOVERY,
         PENDING MOTIONS, AND STATUS REPORT.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00


         TOTAL FEES FOR PROFESSIONAL SERVICES              $98.00


ATTORNEY FEE SUMMARY

  JRA    J. R. ALDERMAN      0.40 hours at  $245.00 =        98.00
         TOTALS              0.40                           $98.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


  COPYING COST                            0.40

  TOTAL COSTS AS POSTED THROUGH JULY 31, 2005        $.40
                                               ------------

         **TOTAL AMOUNT DUE THIS INVOICE**       $98.40
                                               ============


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID. 59-1233896

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  392754

RE:  ROYAL OAKS BRANDON, LTD, STORE 734

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $3,285.77 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $3,285.77 |
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $4,933.00 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $14.08 |
| CURRENT INVOICE TOTAL | $4,947.08 |
| TOTAL AMOUNT DUE | $8,232.85 |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 4947.08 | 98.40 | 3187.37 | 0.00 | 0.00 | 8232.85 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
ROYAL OAKS BRANDON, LTD, STORE 734
INVOICE NUMBER   392754

SEPTEMBER 26, 2005
REF. NO.   50116-23456
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005

08/03/05  UPDATE TRACKING CHART.
          L. GOLDSTEIN*     .10 hours at  85.00 per hour.              8.50

08/08/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY.
          J. R. ALDERMAN   1.20 hours at  245.00 per hour.           294.00

08/12/05  REVISE DISCOVERY REQUESTS TO DOLLAR GENERAL.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.           621.00

08/15/05  DRAFT INTERROGATORIES TO DOLLAR GENERAL.
          J. R. ALDERMAN   2.40 hours at  245.00 per hour.           588.00

08/15/05  DRAFT REQUEST FOR PRODUCTION TO DOLLAR GENERAL.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.           514.50

  16/05   REVIEW REQUEST FOR JURY TRIAL.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

08/16/05  REVIEW REQUEST FOR PRODUCTION AND
          INTERROGATORIES.
          A. M. GRUNSPAN   1.00 hours at  345.00 per hour.           345.00

08/16/05  DRAFT, REVISE, EDIT INTERROGATORIES TO
          LANDLORD.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.           637.00

08/17/05  CONTACT JASON ALDERMAN REGARDING ███████████
          ███████████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

08/17/05  REVISE REQUEST FOR PRODUCTION AND
          INTERROGATORIES TO DOLLAR GENERAL.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

08/17/05  REVISE INTERROGATORIES AND REQUEST FOR
          PRODUCTION TO LANDLORD.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.           276.00

08/22/05  REVISE, EDIT INTERROGATORIES AND REQUEST FOR
          PRODUCTION TO LANDLORD.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.           563.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | SEPTEMBER 26, 2005 |
| ROYAL OAKS BRANDON, LTD, STORE 734 | REF. NO.  50116-23456 |
| INVOICE NUMBER  392754 | PAGE   2 |

08/22/05 REVISE, EDIT INTERROGATORIES AND REQUEST FOR
         PRODUCTION TO DOLLAR GENERAL.
         J. R. ALDERMAN   2.60 hours at  245.00 per hour.         637.00

08/23/05 LETTER TO JASON ALDERMAN REGARDING ▮▮▮▮▮▮
         LETTER FROM SAME.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50


         TOTAL FEES FOR PROFESSIONAL SERVICES          $4,933.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.90 hours at | $345.00 = | 1690.50 |
| JRA | J. R. ALDERMAN | 13.20 hours at | $245.00 = | 3234.00 |
| LG* | L. GOLDSTEIN* | 0.10 hours at | $85.00 = | 8.50 |
| | TOTALS | 18.20 | | $4,933.00 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005**


         POSTAGE                                       14.08

         TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005     $14.08
                                                       ------------
                        INVOICE  392754TOTAL            $4,947.08
                                                       ------------


         BALANCE DUE FROM PREVIOUS STATEMENT           $3,285.77
         LESS: PAYMENTS                                    $.00
                                                       ------------
                    **TOTAL AMOUNT DUE**               $8,232.85
                                                       ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | |
|---|---|---|---|---|
| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

OCTOBER 18, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  395416

RE:  ROYAL OAKS BRANDON, LTD, STORE 734

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 09/30/05 | $1,392.50 |
| COSTS ADVANCED POSTED THROUGH 09/30/05 | $23.60 |
| | ------------ |
| CURRENT INVOICE TOTAL | $1,416.10 |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  395416                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

09/07/05  CONTACT OPPOSING COUNSEL REGARDING DOLLAR
          GENERAL LEASE EXPIRATION AND LETTER TO CLIENT
          REGARDING SAME.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

09/07/05  CONTACT DAVID J. SMITH REGARDING ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

09/07/05  LETTER TO CLIENT.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.              103.50

09/07/05  PREPARE MEMORANDUM TO FILE REGARDING CONFERENCE
          WITH CLIENT ON ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.              103.50

09/07/05  LETTER FROM REYNOLDS REGARDING ▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.               69.00

09/08/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND JASON
          ALDERMAN REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.              172.50

09/13/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.              171.50

09/14/05  CONFER WITH OPPOSING COUNSEL REGARDING
          DISCOVERY DEADLINES.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.               73.50

09/14/05  REVIEW OF FILE IN CONNECTION WITH ANALYSIS OF
          CLIENT'S CLAIM IN LIGHT OF DOLLAR GENERAL'S
          DEPARTURE FROM SHOPPING CENTER.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.               98.00

09/14/05  TELECONFERENCE WITH COUNSEL FOR LANDLORD
          REGARDING NEW TENANT FOR DOLLAR GENERAL'S
          PREMISES.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.               49.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  395416                    PAGE    2


09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

09/29/05  REVIEW LANDLORDS EXTENSION MOTION REGARDING
          DISCOVERY.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,392.50


ATTORNEY FEE SUMMARY

  AMG    A. M. GRUNSPAN        2.90 hours at  $345.00 =       1000.50
  JRA    J. R. ALDERMAN        1.60 hours at  $245.00 =        392.00
         TOTALS                4.50                         $1,392.50


          COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005


          COPYING COST                          23.00
          TELEPHONE                              0.60

          TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005     $23.60
                                                        ------------

                  TOTAL AMOUNT DUE THIS INVOICE       $1,416.10
                                                      ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL 32254                     REF. NO.  50116-23457
                                           INVOICE NUMBER  386144
```

RE:  SUMAR ENTERPRISES, LTD, STORE 295

```
BALANCE DUE FROM PREVIOUS STATEMENT        $19,743.28
LESS: PAYMENTS                              $2,945.29
                                          ------------
            BALANCE FORWARD                $16,797.99


LEGAL SERVICES POSTED THROUGH 06/30/05     $14,394.00
COSTS ADVANCED POSTED THROUGH 06/30/05        $200.56
                                          ------------
            CURRENT INVOICE TOTAL          $14,594.56
                                          ------------

            TOTAL AMOUNT DUE               $31,392.55
                                          ============
```

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 14594.56 | 4127.57 | 11952.62 | 717.80 | 0.00 | 31392.55 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  386144

JULY 25, 2005
REF. NO.  50116-23457
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005

06/02/05  REVISE RESPONSES TO DISCOVERY REQUESTS.
          A. M. GRUNSPAN  1.20 hours at  345.00 per hour.          414.00

06/03/05  CONFER WITH DJS AND AMG REGARDING STATUS OF
          SERVICE AND DISCOVERY.
          J. R. ALDERMAN  .30 hours at  245.00 per hour.           73.50

06/03/05  DRAFT MOTION FOR EXTENSION OF TIME TO RESPOND
          TO ALL PENDING DISCOVERY.
          J. R. ALDERMAN  .50 hours at  245.00 per hour.          122.50

06/07/05  CONTACT OPPOSING COUNSEL REGARDING DISCOVERY.
          A. M. GRUNSPAN  .20 hours at  345.00 per hour.           69.00

06/07/05  REVISE RESPONSES TO 43 DOCUMENT REQUESTS.
          A. M. GRUNSPAN  3.40 hours at  345.00 per hour.        1173.00

06/07/05  REVISE, EDIT DISCOVERY RESPONSES.
          J. R. ALDERMAN  1.00 hours at  245.00 per hour.         245.00

06/07/05  CONFER WITH PARALEGAL REGARDING ORGANIZING
          DOCUMENTS.
          J. R. ALDERMAN  .40 hours at  245.00 per hour.           98.00

06/07/05  CONFER WITH DJS REGARDING WINN-DIXIE'S ANSWERS
          TO FAMILY DOLLAR'S DISCOVERY.
          J. R. ALDERMAN  .20 hours at  245.00 per hour.           49.00

06/07/05  ASSEMBLE FILE MATERIALS FOR 6/8 ATTORNEY
          REVIEW.
          L. GOLDSTEIN*  .20 hours at  85.00 per hour.             17.00

06/08/05  PREPARE FOR DISCOVERY CONFERENCE WITH CLIENT.
          A. M. GRUNSPAN  1.10 hours at  345.00 per hour.         379.50

06/08/05  REVISE RESPONSE TO INTERROGATORIES.
          A. M. GRUNSPAN  1.60 hours at  345.00 per hour.         552.00

06/08/05  REVISE RESPONSE TO REQUEST FOR PRODUCTION.
          A. M. GRUNSPAN  2.10 hours at  345.00 per hour.         724.50

06/08/05  E-MAILS TO/FROM AMG RE: ▮▮▮▮▮▮▮▮▮
          D. J. SMITH  .30 hours at  245.00 per hour.              73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION         JULY 25, 2005
SUMAR ENTERPRISES, LTD, STORE 295        REF. NO.  50116-23457
INVOICE NUMBER  386144                   PAGE    2

| | | |
|---|---|---|
| 06/08/05 | MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND SET UP PROTOCOL FOR TRACKING CASE. | |
| | L. GOLDSTEIN*    .10 hours at  85.00 per hour. | 8.50 |
| 06/09/05 | WORK ON DISCOVERY. | |
| | J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |
| 06/10/05 | SUBMIT PROPOSED DISCOVERY RESPONSES TO CLIENT. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 06/13/05 | CONTACT CLIENT REGARDING DISCOVERY COMPLIANCE. | |
| | A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 06/14/05 | REVIEW TITLE REPORT REGARDING SERVICE ON OUT PARCEL DEFENDANT. | |
| | J. R. ALDERMAN   2.30 hours at  245.00 per hour. | 563.50 |
| 06/14/05 | RESEARCH IN REM SERVICE FOR OUT PARCEL DEFENDANT. | |
| | J. R. ALDERMAN   2.80 hours at  245.00 per hour. | 686.00 |
| 06/16/05 | LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓▓▓ | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 06/16/05 | REVIEW ▓▓▓▓▓▓▓▓ WITH CLIENTS. | |
| | A. M. GRUNSPAN   1.60 hours at  345.00 per hour. | 552.00 |
| 06/17/05 | SEVERAL CORRESPONDENCE WITH CLIENTS ▓▓▓▓▓▓ ▓▓▓▓▓ | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 06/20/05 | CONTACT CLIENT REGARDING ▓▓▓▓▓▓▓ ▓▓▓▓▓ | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 06/20/05 | RECEIPT, REVIEW, AND EXECUTE STIPULATION CONCERNING SERVICE. | |
| | J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 06/22/05 | WORK WITH PARLEGAL REGARDING ORGANIZING DISCOVERY. | |
| | J. R. ALDERMAN    .60 hours at  245.00 per hour. | 147.00 |
| 06/23/05 | REVIEW DOCUMENTS FROM CLIENT REGARDING ▓▓▓▓▓▓▓ | |
| | A. M. GRUNSPAN   1.10 hours at  345.00 per hour. | 379.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  386144                    PAGE   3

06/27/05 LETTER TO DAVID J. SMITH REGARDING CONFERENCE
         WITH CLIENT ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

06/27/05 CALLS SETTING UP APPOINTMENTS FOR RECORDS
         DISCOVERY.
         D. J. SMITH    .50 hours at  245.00 per hour.            122.50

06/27/05 PREPARE E-DISCOVERY MATERIALS FROM TRIP TO
         JACKSONVILLE.
         D. J. SMITH   3.30 hours at  245.00 per hour.            808.50

06/27/05 UPDATE FILE, INCLUDING DISCOVERY.
         L. GOLDSTEIN*                                             93.50

06/27/05 CREATE DISCOVERY FOLDERS.
         L. GOLDSTEIN*                                             68.00

06/27/05 PREPARE CASE-TRACKING CHART.
         L. GOLDSTEIN*                                             51.00

(   28/05 PREPARE FOR DISCOVERY MEETING WITH SEVERAL
         WITNESSES.
         D. J. SMITH   6.70 hours at  245.00 per hour.           1641.50

06/28/05 MEMOS TO/FROM AMG RE:▇▇▇▇▇▇▇▇▇
         D. J. SMITH    .30 hours at  245.00 per hour.             73.50

06/28/05 UPDATE FILE AND CREATE CASE-TRACKING CHART.
         L. GOLDSTEIN*    .60 hours at  85.00 per hour.            51.00

06/29/05 PREPARE FOR DISCOVERY MEETINGS.
         D. J. SMITH   5.40 hours at  245.00 per hour.           1323.00

06/30/05 CONTACT DAVID J. SMITH REGARDING▇▇▇▇▇▇▇
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

06/30/05 MEETING WITH G. KLINGERMAN RE:▇▇▇▇▇▇
         D. J. SMITH   1.20 hours at  245.00 per hour.            294.00

06/30/05 CONFERENCE WITH J. GAGE RE:▇▇▇▇▇▇▇
         D. J. SMITH    .80 hours at  245.00 per hour.            196.00

06/30/05 MEETING WITH J. ROY RE▇▇▇▇▇▇▇▇
         D. J. SMITH   1.00 hours at  245.00 per hour.            245.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  386144                    PAGE    4

06/30/05 MEMOS TO FILE RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

D. J. SMITH   3.70 hours at  245.00 per hour.                906.50

06/30/05 MEMOS TO AMG.
D. J. SMITH    .70 hours at  245.00 per hour.                171.50


TOTAL FEES FOR PROFESSIONAL SERVICES              $14,394.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 16.10 hours at | $345.00 = | 5554.50 |
| DJS | D. J. SMITH | 23.90 hours at | $245.00 = | 5855.50 |
| JRA | J. R. ALDERMAN | 11.00 hours at | $245.00 = | 2695.00 |
| LG* | L. GOLDSTEIN* | 3.40 hours at | $85.00 = | 289.00 |
| | TOTALS | 54.40 | | $14,394.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005

COPYING COST                            51.60
POSTAGE                                  1.11
TELEPHONE                                2.85
ONLINE COMPUTER SERVICES               145.00

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005       $200.56
                                              ------------
                     INVOICE  386144TOTAL          $14,594.56
                                              ------------


BALANCE DUE FROM PREVIOUS STATEMENT               $19,743.28
LESS: PAYMENTS                                     $2,945.29

                                              ------------
                     TOTAL AMOUNT DUE              $31,392.55
                                              ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

PLEASE REMIT TO:
~~~~~~ 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

# C A R L T O N   F I E L D S

## A T T O R N E Y S   A T   L A W

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER  389524

RE:  SUMAR ENTERPRISES, LTD, STORE 295

LEGAL SERVICES POSTED THROUGH 07/31/05        $16,711.00
COSTS ADVANCED POSTED THROUGH 07/31/05          $685.73
                                            - - - - - - - - - - - -

        CURRENT INVOICE TOTAL        $17,396.73
                                     ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  389524                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/01/05   REVISE DISCOVERY MEMORANDUM.
           A. M. GRUNSPAN     .80 hours at  345.00 per hour.                276.00

07/01/05   OUTLINE RE: ███████████████████████████████
           D. J. SMITH   2.70 hours at  245.00 per hour.                    661.50

07/01/05   REVIEW DOCUMENTS PROVIDED BY CLIENT IN
           CONNECTION WITH CLIENTS DISCOVERY RESPONSES.
           J. R. ALDERMAN   3.70 hours at  245.00 per hour.                 906.50

07/05/05   SEVERAL CALLS TO CLIENTS REGARDING ████████████
           A. M. GRUNSPAN     .60 hours at  345.00 per hour.                207.00

07/05/05   CONTACT CLIENT REGARDING ████████████████
           A. M. GRUNSPAN     .30 hours at  345.00 per hour.                103.50

07/05/05   CONTACT DAVID J. SMITH TO REVIEW DISCOVERY
           COMPLIANCE.
           A. M. GRUNSPAN                                                   138.00

07/05/05   MEETING WITH CLIENTS IN JACKSONVILLE.
           A. M. GRUNSPAN                                                   138.00

07/05/05   REVIEW RESULTS OF CLIENT MEETINGS WITH AMG.
           D. J. SMITH   1.30 hours at  245.00 per hour.                    318.50

07/06/05   LETTER TO CLIENT REGARDING ████████████████
           A. M. GRUNSPAN     .30 hours at  345.00 per hour.                103.50

07/06/05   MEMO TO AMG RE: ███████████████
           D. J. SMITH    .50 hours at  245.00 per hour.                    122.50

07/06/05   REVIEW BOX OF FILES FROM WD.
           D. J. SMITH    .70 hours at  245.00 per hour.                    171.50

07/06/05   REVIEW DJS FILE IN CONNECTION WITH RESPONDING
           TO DEFENDANTS REQUEST FOR PRODUCTION.
           J. R. ALDERMAN   1.80 hours at  245.00 per hour.                 441.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  389524

AUGUST 23, 2005
REF. NO.  50116-23457
PAGE    2

| Date | Description | Amount |
|---|---|---|
| 07/06/05 | REVIEW DOCUMENTS PROVIDED BY CLIENT IN RESPONSE TO FAMILY DOLLAR'S REQUEST FOR PRODUCTION.<br>J. R. ALDERMAN   1.40 hours at  245.00 per hour. | 343.00 |
| 07/06/05 | PREPARE CLIENT DOCUMENTS FOR BATES-NUMBERING AND COPYING.  PHONE CALL TO MINIT PRINT TO ARRANGE FOR NUMBERING AND COPYING.<br>L. GOLDSTEIN*   .40 hours at  85.00 per hour. | 34.00 |
| 07/07/05 | REVIEW ATTACHMENTS FROM CLIENT REGARDING ████████████.<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 07/07/05 | REVIEW ████████████WITH JA.<br>D. J. SMITH   .20 hours at  245.00 per hour. | 49.00 |
| 07/07/05 | WORK WITH DJS ON ████████████<br>J. R. ALDERMAN   3.70 hours at  245.00 per hour. | 906.50 |
| 07/07/05 | RECEIVE AND EXAMINE BATES-NUMBERED PRODUCTION. PREPARE FILES FOR ORIGINALS.<br>L. GOLDSTEIN*   .30 hours at  85.00 per hour. | 25.50 |
| 07/08/05 | SEVERAL CORRESPONDENCE WITH CO-COUNSEL REGARDING DISCOVERY.<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 07/11/05 | SEVERAL CORRESPONDENCE WITH CLIENT ████████<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 07/11/05 | CONTACT DAVID J. SMITH REGARDING ████████<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 07/11/05 | REVIEW ████████████ WITH JA.<br>D. J. SMITH   .30 hours at  245.00 per hour. | 73.50 |
| 07/11/05 | REVIEW PACKAGE OF ████████FROM J. ROY.<br>D. J. SMITH   .50 hours at  245.00 per hour. | 122.50 |
| 07/11/05 | DRAFT MEMORANDUM TO DJS AND AMG REGARDING ████████<br>J. R. ALDERMAN   2.30 hours at  245.00 per hour. | 563.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION    AUGUST 23, 2005
SUMAR ENTERPRISES, LTD, STORE 295    REF. NO.  50116-23457
INVOICE NUMBER   389524    PAGE   3

07/11/05  REVISE, EDIT, CLIENT'S ANSWERS TO FAMILY
DOLLARS INTERROGATORIES.
J. R. ALDERMAN    .90 hours at  245.00 per hour.    220.50

07/11/05  CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮
J. R. ALDERMAN    .30 hours at  245.00 per hour.    73.50

07/11/05  CONFER WITH DJS REGARDING ▮▮▮▮▮▮▮▮▮▮▮
J. R. ALDERMAN    .40 hours at  245.00 per hour.    98.00

07/11/05  REVIEW OF MEMORANDUM. LETTER TO GARY KLINGER.
J. R. ALDERMAN    .40 hours at  245.00 per hour.    98.00

07/11/05  BATES NUMBER SUPPLEMENTAL DOCUMENTS.
L. GOLDSTEIN*    .20 hours at  85.00 per hour.    17.00

07/12/05  CORRESPONDENCE WITH JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮▮▮
A. M. GRUNSPAN    .30 hours at  345.00 per hour.    103.50

07/12/05  CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮
J. R. ALDERMAN    .30 hours at  245.00 per hour.    73.50

07/12/05  WORK ON CLIENT'S ANSWERS TO DISCOVERY AND
DOCUMENT PRODUCTION.
J. R. ALDERMAN    2.40 hours at  245.00 per hour.    588.00

07/14/05  WORK ON CLIENT'S DISCOVERY RESPONSES TO FAMILY
DOLLARS REQUEST FOR PRODUCTION AND FIRST SET OF
INTERROGATORIES.
J. R. ALDERMAN    3.90 hours at  245.00 per hour.    955.50

07/15/05  CONTINUE WITH DISCOVERY RESPONSES.
D. J. SMITH    2.10 hours at  245.00 per hour.    514.50

07/18/05  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮▮▮▮▮▮
A. M. GRUNSPAN    .40 hours at  345.00 per hour.    138.00

07/18/05  LETTER TO CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮▮
A. M. GRUNSPAN    .20 hours at  345.00 per hour.    69.00

07/18/05  E-MAIL TO G. KLINGERMAN RE: ▮▮▮▮▮▮▮▮▮▮▮
D. J. SMITH    .30 hours at  245.00 per hour.    73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  389524                    PAGE   4

07/18/05  REVIEW RESPONSES AND MATERIALS LEFT TO PRODUCE.
          D. J. SMITH   1.70 hours at  245.00 per hour.            416.50

07/18/05  REVIEW ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ WITH AMG.
          D. J. SMITH   .30 hours at  245.00 per hour.             73.50

07/18/05  DOCUMENT AND CD REVIEW IN ANTICIPATION OF
          PRODUCTION.
          D. J. SMITH   2.70 hours at  245.00 per hour.            661.50

07/18/05  REVIEW FILE IN CONNECTION WITH ANSWERS TO
          INTERROGATORIES.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00

07/18/05  REVISE, EDIT ANSWERS TO INTERROGATORIES.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.         318.50

07/18/05  CONFER WITH DJS REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          J. R. ALDERMAN   .40 hours at  245.00 per hour.          98.00

07/19/05  SEVERAL CORRESPONDENCE WITH DAVID J. SMITH
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

07/19/05  CONTACT DAVID J. SMITH REGARDING ▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN   .20 hours at  345.00 per hour.          69.00

07/19/05  REVIEW AND REVISE RESPONSES AND OBJECTIONS TO
          FAMILY DOLLAR DISCOVERY REQUESTS.
          D. J. SMITH   2.50 hours at  245.00 per hour.            612.50

07/20/05  REVIEW MARKETING MATERIAL FROM CLIENT.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.          241.50

07/20/05  REVIEW AND REVISE DISCOVERY RESPONSES.
          A. M. GRUNSPAN   2.20 hours at  345.00 per hour.         759.00

07/20/05  CONFERENCE CALL WITH G. KLINGERMAN RE: ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓
          D. J. SMITH   .40 hours at  245.00 per hour.             98.00

07/20/05  REVIEW ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ FROM CLIENT.
          D. J. SMITH   .80 hours at  245.00 per hour.             196.00

07/20/05  REVIEW ▓▓▓▓▓▓▓▓▓▓▓▓▓ WITH AMG.
          D. J. SMITH   .60 hours at  245.00 per hour.             147.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION            AUGUST 23, 2005
SUMAR ENTERPRISES, LTD, STORE 295           REF. NO.  50116-23457
INVOICE NUMBER  389524                      PAGE   5

07/20/05  DRAFT LETTERS (X2) TO T. NORMAN E: DISCOVERY
          RESPONSES
          D. J. SMITH    .60 hours at  245.00 per hour.              147.00

07/20/05  CONTINUE TO DRAFT AND REVISE DISCOVERY
          RESPONSES TO FAMILY DOLLAR DISCOVERY.
          D. J. SMITH   3.30 hours at  245.00 per hour.              808.50

07/20/05  TELECONFERENCE WITH GARY KILINGERMAN REGARDING
          ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
          J. R. ALDERMAN    .30 hours at  245.00 per hour.            73.50

07/20/05  CONFER WITH DJS REGARDING ▆▆▆▆▆▆▆▆▆▆
          ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
          J. R. ALDERMAN    .30 hours at  245.00 per hour.            73.50

07/21/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▆▆▆▆▆▆▆▆▆▆▆▆▆
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

07/21/05  PROFF ANSWERS TO DISCOVERY.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.           196.00

07/25/05  REVIEW OF FILE IN CONNECTION WITH PENDING
          MOTIONS, STATUS REPORT.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.            98.00

07/27/05  LETTER FROM JASON ALDERMAN REGARDING ▆▆▆▆▆▆
          ▆▆▆▆▆▆▆▆▆ LETTER TO SAME.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

07/27/05  DRAFT, REVISE, EDIT REQUEST FOR PRODUCTION.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.           392.00

07/27/05  WORK WITH PARALEGALS REGARDING ORGANIZATION AND
          INDEXING FAMILY DOLLAR'S DISCOVERY PRODUCTIONS.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.            98.00

07/27/05  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.            73.50

07/28/05  REVIEW LAW ON ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ IN
          CONNECTION WITH LANDLORD'S MOTION TO DISMISS.
          J. R. ALDERMAN   4.40 hours at  245.00 per hour.          1078.00

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
SUMAR ENTERPRISES, LTD, STORE 295          REF. NO.  50116-23457
INVOICE NUMBER  389524                     PAGE   6

07/29/05  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮ A. M. GRUNSPAN   .20 hours at  345.00 per hour.          69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $16,711.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 9.30 hours at | $345.00 = | 3208.50 |
| DJS | D. J. SMITH | 21.50 hours at | $245.00 = | 5267.50 |
| JRA | J. R. ALDERMAN | 33.30 hours at | $245.00 = | 8158.50 |
| LG* | L. GOLDSTEIN* | 0.90 hours at | $85.00 = | 76.50 |
| | TOTALS | 65.00 | | $16,711.00 |


          COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005


          COPYING COST                                    49.40
          POSTAGE                                          5.25
          TELEPHONE                                        3.31
          ONLINE COMPUTER SERVICES                         2.48
07/12/05  COPYING COST - VENDOR: MINIT PRINT OF MIAMI  -  237.41
          BATES-NUMBERING AND COPYING
07/07/05  TRAVEL/LODGING/MEALS - VENDOR: DAVID J. SMITH  387.88
          6/29-30 TO JACKSONVILLE FOR MEETING W/ CLIENTS
          AT WINN DIXIE

          TOTAL COSTS AS POSTED THROUGH JULY 31, 2005      $685.73
                                                        ------------

          **TOTAL AMOUNT DUE THIS INVOICE     $17,396.73**
                                                ============

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.   50116-23457
INVOICE NUMBER   392755

RE:   SUMAR ENTERPRISES, LTD, STORE 295

BALANCE DUE FROM PREVIOUS STATEMENT        $48,789.28
LESS: PAYMENTS                             $16,080.19
                                           ------------
          BALANCE FORWARD                  $32,709.09

LEGAL SERVICES POSTED THROUGH 08/31/05      $3,218.50
COSTS ADVANCED POSTED THROUGH 08/31/05        $110.84
                                           ------------
          CURRENT INVOICE TOTAL             $3,329.34
                                           ------------
          TOTAL AMOUNT DUE                 $36,038.43
                                           ============

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 3329.34 | 17396.73 | 14594.56 | 0.00 | 717.80 | 36038.43 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  392755                    PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005

08/01/05  SEVERAL CORRESPONDENCE WITH DAVID J. SMITH
          REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

08/01/05  E-MAILS TO/FROM AMG RE: ▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH    .20 hours at  245.00 per hour.            49.00

08/02/05  E-MAILS TO/FROM AMG.
          D. J. SMITH    .20 hours at  245.00 per hour.            49.00

08/03/05  UPDATE TRACKING CHART.
          L. GOLDSTEIN*    .10 hours at  85.00 per hour.            8.50

08/05/05  LETTER FROM CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

08/05/05  DRAFT, REVISE, EDIT INTERROGATORIES TO FAMILY
          DOLLAR.
          J. R. ALDERMAN    1.40 hours at  245.00 per hour.       343.00

08/05/05  DRAFT, REVISE, EDIT REQUEST FOR PRODUCTION TO
          FAMILY DOLLAR.
          J. R. ALDERMAN    1.60 hours at  245.00 per hour.       392.00

08/05/05  DRAFT, REVISE, EDIT INTERROGATORIES AND REQUEST
          FOR PRODUCTION TO LANDLORD.
          J. R. ALDERMAN    1.70 hours at  245.00 per hour.       416.50

08/05/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

08/10/05  PREPARE FOR SCHEDULING CONFERENCE.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

08/10/05  E-MAIL TO CLIENT RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH    .20 hours at  245.00 per hour.            49.00

08/10/05  REVIEW DOLLAR STORE DISCOVERY E-MAILS RE:
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH    .50 hours at  245.00 per hour.           122.50

08/11/05  REVIEW DISCOVERY.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  392755                    PAGE   2

08/17/05  CONTACT EXPERT REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

08/19/05  MEMOS TO AMG RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH    .20 hours at  245.00 per hour.                  49.00

08/22/05  CORRESPONDENCE WITH DAVID J. SMITH REGARDING
          DUE DATES FOR FAMILY DOLLAR DISCOVERY.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

08/22/05  CONTACT OPPOSING COUNSEL REGARDING SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

08/23/05  LETTER TO CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

08/23/05  LETTER TO OPPOSING COUNSEL REGARDING RESPONSE
          TO DISCOVERY IN LIEU OF MOTION TO COMPEL.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.               69.00

08/26/05  REVIEW OUTSTANDING DISCOVERY IN FAMILY DOLLAR
          AND OUTLINE MOTION TO COMPEL FOLLOWING LOCAL
          COURT RULES.
          D. J. SMITH   1.80 hours at  245.00 per hour.                 441.00

08/30/05  RECEIPT AND REVIEW OF FAMILY DOLLARS ANSWERS TO
          DISCOVERY.
          J. R. ALDERMAN   1.10 hours at  245.00 per hour.             269.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $3,218.50


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.70 hours at | $345.00 = | | 931.50 |
| DJS | D. J. SMITH | 3.10 hours at | $245.00 = | | 759.50 |
| JRA | J. R. ALDERMAN | 6.20 hours at | $245.00 = | | 1519.00 |
| LG* | L. GOLDSTEIN* | 0.10 hours at | $85.00 = | | 8.50 |
| | TOTALS | 12.10 | | | $3,218.50 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION                SEPTEMBER 26, 2005
SUMAR ENTERPRISES, LTD, STORE 295               REF. NO.  50116-23457
INVOICE NUMBER  392755                          PAGE    3


**COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005**


COPYING COST                                    98.40
POSTAGE                                         12.44

TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005        $110.84
                                                ------------
                    INVOICE   392755TOTAL            $3,329.34
                                                ------------


BALANCE DUE FROM PREVIOUS STATEMENT                 $48,789.28
LESS: PAYMENTS                                      $16,080.19

                                                ------------
                    **TOTAL AMOUNT DUE**            $36,038.43
                                                ============

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

OCTOBER 31, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23457
INVOICE NUMBER 395417

RE: SUMAR ENTERPRISES, LTD, STORE 295

LEGAL SERVICES POSTED THROUGH 09/30/05    $4,292.00
COSTS ADVANCED POSTED THROUGH 09/30/05    $692.90
--------------

CURRENT INVOICE TOTAL    $4,984.90
============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER   395417

OCTOBER 31, 2005
REF. NO.   50116-23457
PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005

| | | |
|---|---|---:|
| 09/07/05 | REVIEW AND ANALYSIS OF MOTION TO DISMISS AND ISSUES RAISED THEREBY (1.1); RESEARCH AND ANALYSIS OF ISSUES REGARDING SAME (2.8); REVIEW AND ANALYSIS OF CASE LAW CITED IN SUPPORT OF MOTION TO DISMISS (.7); | |
| | J. D. SILVER   4.60 hours at  345.00 per hour. | 1587.00 |
| 09/07/05 | CONTACT J. SILVER REGARDING ████████████ | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 09/07/05 | CONTACT CLIENT REGARDING ████████████ | |
| | A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 09/07/05 | CONTACTED BY JASON ALDERMAN REGARDING ████████████ | |
| | A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 09/07/05 | LETTER TO CLIENT REGARDING SAME. | |
| | A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 09/07/05 | ANALYSIS OF ENFORCEABILILTY OF UNASSUMED LEASE BY DIP | |
| | R. N. GILBERT   .60 hours at  345.00 per hour. | 207.00 |
| 09/07/05 | RESEARCH REGARDING ████████████ | |
| | D. FIGG   1.70 hours at  245.00 per hour. | 416.50 |
| 09/08/05 | CONTACT JASON ALDERMAN REGARDING ████████████ | |
| | A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 09/12/05 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN REGARDING ████████████ | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 09/13/05 | LETTER FROM COUNSEL FOR FAMILY DOLLAR SEEKING DEPOSITION. | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID. 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 31, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER  395417                    PAGE    2

| | | |
|---|---|---|
| 09/13/05 | RECEIPT AND REVIEW OF UNVERIFIED ANSWERS TO INTERROGATORIES. CONFER WITH LEGAL ASSISTANT REGARDING NOTICING OF OBJECTIONS. | |
| | J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 09/13/05 | CONFER WITH AMG REGARDING ██████████ ██████████ | |
| | J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 09/13/05 | RECEIPT AND REVIEW OF FAMILY DOLLAR'S RESPONSE TO FIRST REQUEST FOR PRODUCTION AND PRODUCED DOCUMENTS. INSTRUCTIONS TO PARALEGAL. | |
| | J. R. ALDERMAN   1.20 hours at  245.00 per hour. | 294.00 |
| 09/14/05 | REVIEW UNSWORN ANSWERS AND OBJECTIONS TO INTERROGATORIES FILED BY FAMILY DOLLAR. | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 09/14/05 | REVIEW DOCUMENTS PRODUCED BY FAMILY DOLLAR. | |
| | A. M. GRUNSPAN   1.10 hours at  345.00 per hour. | 379.50 |
| 09/14/05 | CONTACT JASON ALDERMAN REGARDING ██████████ ██████████ | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 09/15/05 | STRATEGY AND PROGRESS CONFERENCE. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $4,292.00

ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| JDS | J. D. SILVER | 4.60 hours at | $345.00 = | | 1587.00 |
| AMG | A. M. GRUNSPAN | 4.40 hours at | $345.00 = | | 1518.00 |
| JRA | J. R. ALDERMAN | 2.30 hours at | $245.00 = | | 563.50 |
| RNG | R. N. GILBERT | 0.60 hours at | $345.00 = | | 207.00 |
| DF | D. FIGG | 1.70 hours at | $245.00 = | | 416.50 |
| | TOTALS | 13.60 | | | $4,292.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER  395417

OCTOBER 31, 2005
REF. NO.  50116-23457
PAGE   3

**COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005**

|          |                   |        |
|----------|-------------------|-------:|
|          | COPYING COST      | 12.00  |
|          | POSTAGE           | 3.32   |
|          | TELEPHONE         | 3.45   |
| 09/07/05 | WESTLAW RESEARCH  | 51.51  |
| 09/07/05 | WESTLAW RESEARCH  | 21.63  |
| 09/07/05 | WESTLAW RESEARCH  | 56.57  |
| 09/07/05 | WESTLAW RESEARCH  | 78.03  |
| 09/07/05 | WESTLAW RESEARCH  | 29.85  |
| 09/07/05 | WESTLAW RESEARCH  | 15.31  |
| 09/07/05 | WESTLAW RESEARCH  | 5.91   |
| 09/07/05 | WESTLAW RESEARCH  | 197.37 |
| 09/07/05 | WESTLAW RESEARCH  | 5.78   |
| 09/07/05 | WESTLAW RESEARCH  | 28.77  |
| 09/07/05 | WESTLAW RESEARCH  | 2.29   |
| 09/07/05 | WESTLAW RESEARCH  | 158.76 |
| 09/07/05 | WESTLAW RESEARCH  | 0.80   |
| 09/07/05 | WESTLAW RESEARCH  | 10.51  |
| 09/07/05 | WESTLAW RESEARCH  | 11.04  |

TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005          $692.90
                                                     ------------

TOTAL AMOUNT DUE THIS INVOICE          $4,984.90
                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JULY 26, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  386145

RE:  GENERAL MATTERS

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $14,916.03 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $14,916.03 |
| LEGAL SERVICES POSTED THROUGH 06/30/05 | $5,037.00 |
| COSTS ADVANCED POSTED THROUGH 06/30/05 | $298.16 |
| CURRENT INVOICE TOTAL | $5,335.16 |
| TOTAL AMOUNT DUE | $20,251.19 |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 5335.16 | 14916.03 | 0.00 | 0.00 | 0.00 | 20251.19 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictic

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
GENERAL MATTERS
INVOICE NUMBER  386145

JULY 26, 2005
REF. NO.  50116-23458
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005**

06/01/05  SEVERAL CALLS TO CO-COUNSEL REGARDING STRATEGY
FOR 251.
A. M. GRUNSPAN     .40 hours at  345.00 per hour.                  138.00

06/01/05  CORRESPONDENCE WITH CLIENT REGARDING ▮▮▮▮▮▮▮
A. M. GRUNSPAN     .90 hours at  345.00 per hour.                  310.50

06/01/05  STORE 251 - CONFERENCE WITH A. GRUNSPAN
REGARDING STATUS OF ▮▮▮▮▮▮▮
R. N. GILBERT     .30 hours at  345.00 per hour.                  103.50

06/02/05  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮▮
A. M. GRUNSPAN     .40 hours at  345.00 per hour.                  138.00

06/02/05  LETTER TO CLIENT REGARDING SAME.
A. M. GRUNSPAN     .40 hours at  345.00 per hour.                  138.00

06/02/05  SEVERAL CALLS TO CO-COUNSEL REGARDING ▮▮▮▮▮
A. M. GRUNSPAN     .40 hours at  345.00 per hour.                  138.00

06/02/05  REVIEW ISSUES REGARDING 251 LEASE REJECTION.
A. M. GRUNSPAN     .70 hours at  345.00 per hour.                  241.50

06/03/05  PREPARE FOR AND CONFERENCE WITH CLIENT
REGARDING ▮▮▮▮▮▮▮
A. M. GRUNSPAN    1.10 hours at  345.00 per hour.                  379.50

06/03/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
▮▮▮▮▮▮▮
A. M. GRUNSPAN     .60 hours at  345.00 per hour.                  207.00

06/03/05  REVIEW FILES REGARDING 2344, 2258 AND 2342.
A. M. GRUNSPAN    1.10 hours at  345.00 per hour.                  379.50

06/03/05  LETTER TO CLIENTS REGARDING ▮▮▮▮▮▮▮
A. M. GRUNSPAN     .40 hours at  345.00 per hour.                  138.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
GENERAL MATTERS
INVOICE NUMBER  386145

JULY 26, 2005
REF. NO.  50116-23458
PAGE   2

06/03/05  PREPARE FOR AND CONFERENCE WITH CLIENTS
          REGARDING ███████████
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.        379.50

06/06/05  REVIEW DOCUMENTS FROM CLIENT REGARDING 2344,
          2258, 2342 AND 2311.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.        414.00

06/06/05  LETTER TO CLIENT REGARDING ████████████████
          ████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

06/06/05  LETTER TO CLIENT REGARDING ██████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

06/06/05  CONTACT OPPOSING COUNSEL REGARDING 237 LEASE
          AND RELATED REAL ESTATE TAX ISSUES.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

06/06/05  LETTER TO CLIENT REGARDING STATUS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

06/06/05  CONTACT CLIENT AND DAVID J. SMITH REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

06/06/05  REVISE MEMORANDUM TO CLIENT REGARDING ████████
          ████████████████████████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

06/07/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

06/07/05  LETTER TO DAVID J. SMITH REGARDING SAME.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.         34.50

06/07/05  LETTER FROM RILEY REGARDING INSPECTION OF 242.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

06/07/05  COVER LETTER TO DEBTOR, COMMITTEE, ET AL. WITH
          COPIES OF APRIL INVOICES
          R. N. GILBERT    .20 hours at  345.00 per hour.         69.00

06/09/05  REVIEW RILEY INSPECTION RESULTS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

06/09/05  LETTER TO CLIENT REGARDING SAME.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION        JULY 26, 2005
GENERAL MATTERS                          REF. NO.  50116-23458
INVOICE NUMBER  386145                   PAGE   3

06/09/05  CORRESPONDENCE WITH RILEY REGARDING 242 AND
          2258.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

06/10/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

06/10/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ███████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

06/14/05  REVIEW INVOICES SENT TO DEBTOR ET AL. REGARDING
          DISCREPANCIES
          R. N. GILBERT    .20 hours at  345.00 per hour.            69.00

06/22/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ███████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $5,037.00


## ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN        13.90 hours at  $345.00 =       4795.50
RNG     R. N. GILBERT          0.70 hours at  $345.00 =        241.50
        TOTALS                14.60                         $5,037.00


        COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005


          COPYING COST                        99.60
          FAX                                 10.00
          POSTAGE                             20.30
          ONLINE COMPUTER SERVICES            34.00
05/24/05  EXPRESS MAIL                       134.26

          TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005      $298.16
                                                        ------------
                          INVOICE  386145TOTAL             $5,335.16
                                                        ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

## ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 26, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  386145                    PAGE    4


BALANCE DUE FROM PREVIOUS STATEMENT                $14,916.03
LESS: PAYMENTS                                          $.00

                                                ------------
                    TOTAL AMOUNT DUE             $20,251.19
                                                ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.   50116-23458
                                          INVOICE NUMBER   389525


RE:  GENERAL MATTERS


LEGAL SERVICES POSTED THROUGH 07/31/05       $11,313.00
COSTS ADVANCED POSTED THROUGH 07/31/05           $85.82
                                             ------------

        CURRENT INVOICE TOTAL                $11,398.82
                                             ============
```

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
GENERAL MATTERS
INVOICE NUMBER  389525

AUGUST 23, 2005
REF. NO.  50116-23458 ·
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**

| | | |
|---|---|---:|
| 07/01/05 | PREPARE FOR MEETING.<br>M. H. OLENICK | 69.00 |
| 07/01/05 | ATTEND MEETING WITH J. MELLICHAMP TO<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>(AGRICULTURE).<br>M. H. OLENICK | 276.00 |
| 07/01/05 | PREPARE FOR MEETING.<br>M. H. OLENICK | 69.00 |
| 07/01/05 | ATTEND MEETING WITH DEPUTY COMMISSIONER MEYER<br>(AGRICULTURE) AND J. MELLICHAMP REGARDING<br>BONDS.<br>M. H. OLENICK | 276.00 |
| 07/05/05 | SEVERAL CORRESPONDENCE TO CLIENT REGARDING<br>▓▓▓▓▓▓▓▓▓▓▓<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 07/06/05 | REVIEW PRIOR E-MAILS AND FILE REGARDING ▓▓▓▓<br>PREPARE FOR CONFERENCE CALL.<br>A. M. GRUNSPAN   .80 hours at  345.00 per hour. | 276.00 |
| 07/06/05 | ATTEND CONFERENCE CALL REGARDING ▓▓▓▓▓<br>A. M. GRUNSPAN   .70 hours at  345.00 per hour. | 241.50 |
| 07/06/05 | ▓▓▓RAL CORRESPODNENCE WITH CLIENT REGARDING<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 07/07/05 | BEGIN ASSEMBLING MATERIALS FOR FIRST FEE<br>APPLICATION AND MEMO TO J. SILVER REGARDING<br>DRAFTING APPLICATION<br>R. N. GILBERT   .30 hours at  345.00 per hour. | 103.50 |
| 07/07/05 | COVER LETTER TO DEBTOR, COMMITTEE ET AL. WITH<br>COPIES OF MAY INVOICES<br>R. N. GILBERT   .20 hours at  345.00 per hour. | 69.00 |
| 07/08/05 | SEVERAL CORRESPONDENCE WITH CO-COUNSEL<br>REGARDING ▓▓▓▓▓▓▓▓▓<br>A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  389525                    PAGE     2

07/08/05  TELEPHONE CONFERENCE WITH ATTORNEY AT SKADDEN
          ARPS REGARDING AMOUNTS DUE FOR FEES AND COSTS
          AND STATUS OF FEE APPLICATION
          R. N. GILBERT     .30 hours at  345.00 per hour.          103.50

07/12/05  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

07/12/05  PREPARE FOR CONFERENCE CALL WITH CLIENTS
          REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.         172.50

07/12/05  REVIEW MATERIALS SENT BY CLIENT ON #251.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

07/12/05  TELEPHONE CONFERENCES WITH J. MELLICHAMP
          REGARDING ▓▓▓▓▓▓▓▓
          M. H. OLENICK     .30 hours at  345.00 per hour.          103.50

07/12/05  TELEPHONE CONFERENCE WITH A. GRUNSPAN REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓
          M. H. OLENICK     .30 hours at  345.00 per hour.          103.50

07/12/05  TELEPHONE CONFERENCE WITH DEPUTY COMMISSIONER
          MEYER REGARDING STATUS.
          M. H. OLENICK     .40 hours at  345.00 per hour.          138.00

07/13/05  REVIEW OF CORRESPONDENCE FROM A. GRUNSPAN ET
          AL.
          M. H. OLENICK     .20 hours at  345.00 per hour.           69.00

07/13/05  CONFERENCE WITH J. MELLICHAMP REGARDING ▓▓▓▓▓
          M. H. OLENICK     .70 hours at  345.00 per hour.          241.50

07/13/05  REVIEW OF CORRESPONDENCE FROM J. MELLICHAMP
          REGARDING ▓▓▓▓▓▓▓
          M. H. OLENICK     .20 hours at  345.00 per hour.           69.00

07/14/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.         207.00

07/14/05  CONTACT ROBERT GILBERT REGARDING ▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  389525                    PAGE   3

07/14/05  STORE 251 - CONFERENCE WITH A. GRUNSPAN
          REGARDING █████████████████████████████████
          R. N. GILBERT    .20 hours at  345.00 per hour.          69.00

07/14/05  TELEPHONE CONFERENCE WITH J. MELLICHAMP
          REGARDING ████████
          M. H. OLENICK    .30 hours at  345.00 per hour.         103.50

07/14/05  REVIEW OF CORRESPONDENCE REGARDING STATUS OF
          FEDERAL PERMIT.
          M. H. OLENICK    .20 hours at  345.00 per hour.          69.00

07/15/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.       379.50

07/15/05  SEVERAL CALLS TO CLIENTS REGARDING ██████████████████
          ████████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

07/15/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

07/15/05  REVIEW TERMINATION NOTICE.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

07/15/05  REVIEW ADDITIONAL DOCUMENTS FROM CLIENTS.
          A. M. GRUNSPAN    1.40 hours at  345.00 per hour.       483.00

07/15/05  SEVERAL CALLS TO ROBERT GILBERT REGARDING
          ████████████████████████████████████████████████
          A. M. GRUNSPAN                                          138.00

07/15/05  SEVERAL CALLS TO CLIENTS REGARDING ███████████████
          A. M. GRUNSPAN                                          138.00

07/15/05  REVIEW LEASE, SUBLEASE, AND AMENDMENTS IN LIGHT
          OF NEWLY DISCOVERED NON-DISTURBANCE AND
          ATORNMENT AGREEMENT ON STORE 251 AT REQUEST OF
          AMG.
          D. J. SMITH    1.30 hours at  245.00 per hour.          318.50

07/15/05  MEMO TO AMG RE: ████████████████████████████
          ████
          D. J. SMITH    .40 hours at  245.00 per hour.            98.00

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

```
WINN DIXIE, DEBTOR IN POSSESSION        AUGUST 23, 2005
GENERAL MATTERS                          REF. NO.  50116-23458
INVOICE NUMBER  389525                   PAGE   4
```

07/15/05  REVIEW CASE LAW REGARDING ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇▇▇ REVIEW ATTORNMENT AND NON-DISTURBANCE AGREEMENT
          (.5)
          R. N. GILBERT    2.10 hours at   345.00 per hour.          724.50

07/15/05  REVIEW OF CORRESPONDENCE REGARDING STATUS OF
          BONDS.
          M. H. OLENICK     .20 hours at   345.00 per hour.           69.00

07/15/05  PREPARE FOR MEETING WITH J. MELLICHAMP
          REGARDING ▇▇▇▇.
          M. H. OLENICK                                               138.00

07/15/05  ATTEND MEETING WITH J. MELLICHAMP REGARDING
          ▇▇▇▇▇▇▇▇
          M. H. OLENICK                                               138.00

07/16/05  SEVERAL CALLS AND CORRESPONDENCE WITH
          CO-COUNSEL REGARDING ▇▇▇▇▇▇▇▇▇▇▇▇
          A. M. GRUNSPAN    .90 hours at   345.00 per hour.           310.50

07/16/05  REVIEW FILES AND PRIOR MEMOS REGARDING ▇▇▇▇
          A. M. GRUNSPAN    .40 hours at   345.00 per hour.           138.00

07/16/05  LETTER TO CO-COUNSEL REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at   345.00 per hour.           138.00

07/18/05  CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇▇
          A. M. GRUNSPAN    .40 hours at   345.00 per hour.           138.00

07/18/05  MEMO TO AMG RE: S▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
          D. J. SMITH      .40 hours at   245.00 per hour.            98.00

07/18/05  CONFERENCE WITH J. MELLICHAMP REGARDING
          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
          M. H. OLENICK     .50 hours at   345.00 per hour.           172.50

07/18/05  REVIEW OF CORRESPONDENCE REGARDING STATUS.
          M. H. OLENICK     .20 hours at   345.00 per hour.           69.00

07/19/05  REVIEW AND REVISE RESPONSE TO LANDLORD
          TERMINATION NOTICE ON 251.
          A. M. GRUNSPAN    .30 hours at   345.00 per hour.           103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION     AUGUST 23, 2005
GENERAL MATTERS                    REF. NO.  50116-23458
INVOICE NUMBER  389525          PAGE    5

07/19/05   SEVERAL CONFERENCES WITH J. MELLICHAMP
           REGARDING ██████████
           M. H. OLENICK   1.50 hours at   345.00 per hour.          517.50

07/19/05   TELEPHONE CONFERENCE WITH S. SHEPP (DEPARTMENT
           OF AGRICULTURE) REGARDING STATUS OF CITRUS
           BOND.
           M. H. OLENICK   .30 hours at   345.00 per hour.          103.50

07/19/05   REVIEW OF CORRESPONDENCE FROM WINN DIXIE AND J.
           MELLICHAMP REGARDING ██████████
           M. H. OLENICK   .50 hours at   345.00 per hour.          172.50

07/19/05   PREPARATION OF MEMOS REGARDING UPDATE ON CITRUS
           BOND.
           M. H. OLENICK   .50 hours at   345.00 per hour.          172.50

07/20/05   SEVERAL CONFERENCES WITH J. MELLICHAMP
           REGARDING ██████████
           M. H. OLENICK   1.00 hours at   345.00 per hour.          345.00

07/20/05   REVIEW OF CORRESPONDENCE REGARDING STATUS OF
           BONDS AND LETTERS OF CREDIT.
           M. H. OLENICK   .50 hours at   345.00 per hour.          172.50

07/21/05   REVISE LETTER REGARDING 251; LETTER TO CLIENT
           REGARDING SAME.
           A. M. GRUNSPAN   .40 hours at   345.00 per hour.          138.00

07/22/05   SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
           ██████████
           A. M. GRUNSPAN   .40 hours at   345.00 per hour.          138.00

07/22/05   SEVERAL TELEPHONE CONFERENCES WITH J.
           MELLICHAMP REGARDING ██████████
           M. H. OLENICK   .50 hours at   345.00 per hour.          172.50

07/25/05   TELEPHONE CONFERENCE WITH S. SHEPP (DEPARTMENT
           OF AGRICULTURE) REGARDING BONDS.
           M. H. OLENICK   .20 hours at   345.00 per hour.          69.00

07/25/05   TELEPHONE CONFERENCE WITH OFFICE OF DEPUTY
           COMMISSIONER (DEPARTMENT OF AGRICULTURE).
           M. H. OLENICK   .20 hours at   345.00 per hour.          69.00

07/27/05   LETTER TO C. JACKSON REGARDING ██████
           A. M. GRUNSPAN   .20 hours at   345.00 per hour.          69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION        AUGUST 23, 2005
GENERAL MATTERS                         REF. NO.  50116-23458
INVOICE NUMBER  389525                  PAGE    6

07/28/05 CONFERENCE WITH J. MELLICHAMP REGARDING MEETING
         WITH COMMISSIONER'S OFFICE.
         M. H. OLENICK   1.00 hours at  345.00 per hour.          345.00

07/28/05 REVIEW OF LETTERS TO AGRICULTURE COMMISSIONER.
         M. H. OLENICK    .50 hours at  345.00 per hour.          172.50

07/28/05 TELEPHONE CONFERENCE WITH C. MEYER (DEPUTY
         COMMISSIONER).
         M. H. OLENICK    .30 hours at  345.00 per hour.          103.50

07/28/05 PREPARE FOR MEETING WITH C. MEYER (DEPUTY
         COMMISSIONER - DEPARTMENT OF AGRICULTURE).
         M. H. OLENICK                                            172.50

07/28/05 ATTEND MEETING WITH C. MEYER (DEPUTY
         COMMISSIONER - DEPARTMENT OF AGRICULTURE).
         M. H. OLENICK                                            172.50

07/29/05 REVIEW OF CORRESPONDENCE REGARDING ███████.
         M. H. OLENICK    .30 hours at  345.00 per hour.          103.50

07/29/05 CONFERENCE WITH J. MELLICHAMP REGARDING ████████
         M. H. OLENICK    .70 hours at  345.00 per hour.          241.50


         TOTAL FEES FOR PROFESSIONAL SERVICES             $11,313.00


ATTORNEY FEE SUMMARY

   AMG    A. M. GRUNSPAN      12.90 hours at  $345.00 =       4450.50
   DJS    D. J. SMITH          2.10 hours at  $245.00 =        514.50
   RNG    R. N. GILBERT        3.10 hours at  $345.00 =       1069.50
   MHO    M. H. OLENICK       15.30 hours at  $345.00 =       5278.50
          TOTALS              33.40                       $11,313.00


         COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005


          COPYING COST                              31.20
          TELEPHONE                                  1.35
07/08/05 EXPRESS MAIL                               53.27

         TOTAL COSTS AS POSTED THROUGH JULY 31, 2005       $85.82
                                                    ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED ID: 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  389525                    PAGE   7

             TOTAL AMOUNT DUE THIS INVOICE      $11,398.82
                                                ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.