FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  392756

RE:  GENERAL MATTERS

BALANCE DUE FROM PREVIOUS STATEMENT          $31,650.01
LESS: PAYMENTS                               $24,116.76
                                             - - - - - - - - - - -
          BALANCE FORWARD                     $7,533.25


LEGAL SERVICES POSTED THROUGH 08/31/05        $4,416.00
COSTS ADVANCED POSTED THROUGH 08/31/05           $61.50
                                             - - - - - - - - - - -
          CURRENT INVOICE TOTAL               $4,477.50
                                             - - - - - - - - - - -

          TOTAL AMOUNT DUE                   $12,010.75
                                             ============


AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 4477.50 | 7533.25 | 0.00 | 0.00 | 0.00 | 12010.75 |


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
GENERAL MATTERS
INVOICE NUMBER  392756

SEPTEMBER 26, 2005
REF. NO.  50116-23458
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005

08/02/05  SEVERAL CORRESPONDENCE REGARDING 737.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.                138.00

08/02/05  REVIEW FILE REGARDING 737.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.                207.00

08/02/05  LETTER TO CLIENT REGARDING STATUS AND STRATEGY.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.                172.50

08/03/05  TELEPHONE CONFERENCE WITH R. BROWN AT SKADDEN
          ARPS REGARDING
          R. N. GILBERT      .50 hours at  345.00 per hour.                172.50

08/03/05  REVIEW OF CORRESPONDENCE/E-MAILS REGARDING
          STATUS.
          M. H. OLENICK      .30 hours at  345.00 per hour.                103.50

08/03/05  CONFERENCE WITH J. MELLICHAMP REGARDING
          PERMITS/CDS/BONDS.
          M. H. OLENICK      .10 hours at  345.00 per hour.                 34.50

08/03/05  TELEPHONE CONFERENCE WITH S. SHEPP
          (DIRECTOR-FRUITS & VEGETABLES).
          M. H. OLENICK      .30 hours at  345.00 per hour.                103.50

08/04/05  E-MAILS TO AND FROM AND TELEPHONE CONFERENCE
          WITH X. LAMAINA
          R. N. GILBERT      .30 hours at  345.00 per hour.                103.50

08/04/05  CONFERENCE WITH J. MELLICHAMP REGARDING BONDS.
          M. H. OLENICK      .50 hours at  345.00 per hour.                172.50

08/04/05  TELEPHONE CONFERENCE WITH S. SHEPP REGARDING
          BONDS.
          M. H. OLENICK      .30 hours at  345.00 per hour.                103.50

08/04/05  TELEPHONE CONFERENCE WITH C. MEYER REGARDING
          BONDS.
          M. H. OLENICK      .30 hours at  345.00 per hour.                103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION        SEPTEMBER 26, 2005
GENERAL MATTERS                         REF. NO.  50116-23458
INVOICE NUMBER  392756                  PAGE   2

08/08/05 LETTER TO DAVID J. SMITH REGARDING INSPECTION
         OF 737.
         A. M. GRUNSPAN                                        69.00

08/08/05 SEVERAL LETTERS FROM JASON ALDERMAN.
         A. M. GRUNSPAN                                        69.00

08/08/05 LETTER TO DAVID J. SMITH REGARDING 2260.
         A. M. GRUNSPAN                                        69.00

08/08/05 CONFERENCE WITH J. MELLICHAMP REGARDING
         FRUIT/VEGETABLE BOND.
         M. H. OLENICK    .30 hours at  345.00 per hour.      103.50

08/08/05 REVIEW OF CORRESPONDENCE FROM CLIENT.
         M. H. OLENICK    .20 hours at  345.00 per hour.       69.00

08/10/05 REVIEW RILEY INSPECTION REPORTS ON DOLLAR TREE
         AND DOLLAR GENERAL #737.
         A. M. GRUNSPAN   .50 hours at  345.00 per hour.      172.50

08/ 11/05 LETTER TO CLIENTS REGARDING ███████████
         A. M. GRUNSPAN   .30 hours at  345.00 per hour.      103.50

08/11/05 CONFERENCE WITH J. MELLICHAMP REGARDING STATUS
         OF BOND/CD.
         M. H. OLENICK    .70 hours at  345.00 per hour.      241.50

08/11/05 REVIEW OF CORRESPONDENCE REGARDING STATUS OF
         BOND/CD.
         M. H. OLENICK    .30 hours at  345.00 per hour.      103.50

08/12/05 CONFERENCE WITH J. MELLICHAMP REGARDING STATUS.
         M. H. OLENICK    .50 hours at  345.00 per hour.      172.50

08/12/05 REVIEW OF CORRESPONDENCE REGARDING LOC/BONDS.
         M. H. OLENICK    .30 hours at  345.00 per hour.      103.50

08/12/05 CONFERENCE WITH J. MELLICHAMP REGARDING STATUS.
         M. H. OLENICK    .30 hours at  345.00 per hour.      103.50

08/17/05 CORRESPONDENCE FROM AND TO CLIENT REGARDING ██████
         ██████
         A. M. GRUNSPAN   .20 hours at  345.00 per hour.       69.00

08/17/05 TELEPHONE CONFERENCE WITH J. MELLICHAMP
         REGARDING STATUS.
         M. H. OLENICK    .30 hours at  345.00 per hour.      103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION           SEPTEMBER 26, 2005
GENERAL MATTERS                            REF. NO.  50116-23458
INVOICE NUMBER  392756                     PAGE   3

08/19/05  SEVERAL CONFERENCES WITH J. MELLICHAMP
          REGARDING BOND.
          M. H. OLENICK      .50 hours at  345.00 per hour.         172.50

08/23/05  SEVERAL CORRESPONDENCE REGARDING 251 STATUS AND
          STRATEGY.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

08/23/05  CONFERENCE WITH J. MELLICHAMP REGARDING STATUS
          OF LOC.
          M. H. OLENICK      .50 hours at  345.00 per hour.         172.50

08/25/05  SEVERAL CORRESPONDENCE WITH C. JACKSON
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

08/25/05  CONFERENCE WITH J. MELLICHAMP REGARDING STATUS
          OF CD.
          M. H. OLENICK      .40 hours at  345.00 per hour.         138.00

08/25/05  REVIEW OF CORRESPONDENCE REGARDING STATUS OF
          CD.
          M. H. OLENICK      .10 hours at  345.00 per hour.          34.50

08/26/05  CONFERENCE WITH J. MELLICHAMP REGARDING UPDATE
          ON BONDS.
          M. H. OLENICK      .50 hours at  345.00 per hour.         172.50

08/29/05  CONFERENCE WITH J. MELLICHAMP REGARDING CD
          STATUS.
          M. H. OLENICK      .50 hours at  345.00 per hour.         172.50

08/29/05  REVIEW OF MEMOS FROM J. MELLICHAMP AND J.
          CASTLE.
          M. H. OLENICK      .20 hours at  345.00 per hour.          69.00

08/29/05  TELEPHONE CONFERENCE WITH OFFICE OF C. MEYER
          REGARDING CD.
          M. H. OLENICK      .20 hours at  345.00 per hour.          69.00

08/31/05  TELEPHONE CONFERENCE WITH G. MEYER REGARDING
          LOC/BOND.
          M. H. OLENICK      .40 hours at  345.00 per hour.         138.00

08/31/05  TELEPHONE CONFERENCE WITH J. MELLICHAMP
          REGARDING CD.
          M. H. OLENICK      .20 hours at  345.00 per hour.          69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  392756                    PAGE   4


TOTAL FEES FOR PROFESSIONAL SERVICES                    $4,416.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.80 hours at $345.00 = | 1311.00 |
| RNG | R. N. GILBERT | 0.80 hours at $345.00 = | 276.00 |
| MHO | M. H. OLENICK | 8.20 hours at $345.00 = | 2829.00 |
| | TOTALS | 12.80 | $4,416.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005**


COPYING COST                              61.20
TELEPHONE                                 0.30

TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005          $61.50
                                                    ------------
              INVOICE   392756TOTAL                     $4,477.50
                                                    ------------


BALANCE DUE FROM PREVIOUS STATEMENT                    $31,650.01
LESS: PAYMENTS                                         $24,116.76

                                                    ------------
              **TOTAL AMOUNT DUE**                     $12,010.75
                                                    ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID: 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

OCTOBER 21, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-23458
INVOICE NUMBER 395418

RE: GENERAL MATTERS

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 09/30/05 | $7,227.50 |
| COSTS ADVANCED POSTED THROUGH 09/30/05 | $136.69 |
| | ------------ |
| CURRENT INVOICE TOTAL | $7,364.19 |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  395418                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**


09/09/05   SEVERAL CORRESPONDENCE AND DOCUMENTS FROM
           CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮
           A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

09/12/05   PREPARE FOR CONFERENCE CALL WITH CLIENTS
           REGARDING ▮▮▮▮▮▮▮▮
           A. M. GRUNSPAN                                            172.50

09/12/05   ATTEND CONFERENCE CALL WITH CLIENTS REGARDING
           A. M. GRUNSPAN                                            345.00

09/12/05   REVIEW CORRESPONDENCE RE: STORE 251 AND
           NON-DISTURBANCE AGREEMENT.
           D. J. SMITH    .40 hours at  245.00 per hour.              98.00

09/12/05   MEMO TO AMG RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
           ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
           D. J. SMITH    .90 hours at  245.00 per hour.             220.50

09/12/05   ANALYSIS OF LETTER FROM LANDLORD'S COUNSEL AND
           ORDER PURPORTING TO TERMINATE NON-DISTURBANCE
           AGREEMENT.
           R. N. GILBERT    .50 hours at  345.00 per hour.           172.50

09/13/05   STATUS AND STRATEGY CONFERENCE CALL WITH ▮▮▮
           ▮▮▮▮▮▮▮▮▮
           A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

09/14/05   PREPARE FOR MEETING WITH AMG AND C. ROSENBERG
           ON PENDING CASES.
           D. J. SMITH   2.20 hours at  245.00 per hour.             539.00

09/15/05   LETTER FROM CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮▮
           A. M. GRUNSPAN    .10 hours at  345.00 per hour.           34.50

09/15/05   CORRESPONDENCE WITH DAVID J. SMITH AND CLIENT
           REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

09/15/05   PREPARE FOR MEETING WITH AMG AND C. ROSENBERG
           RE: ▮▮▮▮▮▮▮▮▮▮▮.
           D. J. SMITH   2.30 hours at  245.00 per hour.             563.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  395418                    PAGE    2


09/15/05  REVIEW "DATA REQUEST" FROM REYNOLDS AND MATCH
          TO DISCOVERY REQUESTS AND PRODUCED MATERIALS.
          D. J. SMITH   1.70 hours at  245.00 per hour.        416.50

09/15/05  RESPOND TO SEVERAL INQUIRIES RE: SHOPPING
          CENTER OF STORE 2324.
          D. J. SMITH   .50 hours at  245.00 per hour.         122.50

09/15/05  MEMOS TO/FROM AMG RE: ▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬
          D. J. SMITH   .80 hours at  245.00 per hour.         196.00

09/26/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▬▬▬▬▬▬▬
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.     207.00

09/26/05  REVIEW FILES REGARDING SAME.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.     172.50

09/26/05  CONTACTED BY COUNSEL FOR PROSPECTIVE BUYER.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.     138.00

09/26/05  LETTER TO CLIENT REGARDING ▬▬▬▬▬
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.     138.00

09/27/05  SEVERAL CORRESPONDENCE WITH COUNSEL FOR 2329
          AND WITH CLIENT REGARDING DOCUMENTS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.     138.00

09/27/05  LETTER FROM CLIENT AND ATTACHED DOCUMENTS
          REGARDING ▬▬▬▬▬
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.     138.00

09/27/05  REVIEW DOCUMENTS FROM BUYER'S COUNSEL.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.     379.50

09/28/05  REVIEW DRUG STORE LEASE AND AMENDMENTS FOR 2329
          REGARDING GROCERY RESTRICTION.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.     379.50

09/28/05  SEVERAL CORRESPONDENCE WITH BUYER'S COUNSEL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.     138.00

09/28/05  REVIEW ADDITIONAL DOCUMENTS FROM CLIENTS
          REGARDING ▬▬▬▬
          A. M. GRUNSPAN   1.00 hours at  345.00 per hour.     345.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  395418                    PAGE    3

09/28/05  CORRESPONDENCE WITH CLIENT REGARDING ▓
          ▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

09/29/05  ▓▓▓▓▓▓▓CONFERENCES WITH CLIENTS REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.              276.00

09/29/05  SEVERAL CONFERENCES WITH BUYER'S COUNSEL AND
          BUYER FOR 2329.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.              621.00

09/29/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          AND CLIENT REGARDING NEGOTIATIONS.
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.              310.50

09/29/05  REVIEW ADDITIONAL LEASE DOCUMENTS FOR 2329 FROM
          BUYER.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

09/29/05  REVIEW AND FORWARD INVOICES PURSUANT TO FEE
          ORDER.
          R. N. GILBERT     .30 hours at  345.00 per hour.              103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES               $7,227.50


ATTORNEY FEE SUMMARY

  AMG   A. M. GRUNSPAN        13.90 hours at  $345.00 =       4795.50
  DJS   D. J. SMITH            8.00 hours at  $245.00 =       2156.00
  RNG   R. N. GILBERT          0.80 hours at  $345.00 =        276.00
        TOTALS                23.50                         $7,227.50


         COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005


          COPYING COST                             49.60
          POSTAGE                                   6.39
          TELEPHONE                                 1.05
09/15/05  EXPRESS MAIL                             11.96
09/19/05  EXPRESS MAIL                             67.69

          TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005     $136.69
                                                          ------------


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  395418                    PAGE    4

TOTAL AMOUNT DUE THIS INVOICE          $7,364.19
                                       ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION        JULY 26, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-23459
                                        INVOICE NUMBER  386146
```

RE:  JENSEN BEACH PLAZA, LTD, STORE 308

```
BALANCE DUE FROM PREVIOUS STATEMENT          $924.51
LESS: PAYMENTS                                 $.00
                                         ------------
          BALANCE FORWARD                    $924.51


LEGAL SERVICES POSTED THROUGH 06/30/05     $2,307.50
COSTS ADVANCED POSTED THROUGH 06/30/05       $512.13
                                         ------------
          CURRENT INVOICE TOTAL            $2,819.63
                                         ------------

          TOTAL AMOUNT DUE                 $3,744.14
                                         ============
```

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|------|-------|-------|--------|----------|-------|
| 2819.63 | 924.51 | 0.00 | 0.00 | 0.00 | 3744.14 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 26, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO. 50116-23459
INVOICE NUMBER 386146                     PAGE   1


PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005


06/01/05  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

06/01/05  REVIEW, REVISE AND EDIT COMPLAINT.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.          122.50

06/01/05  CONFER WITH PARALEGAL REGARDING SERVICE AND
          EXHIBITS TO COMPLAINT.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

06/01/05  REVIEW LEASE AND AMENDMENTS AND CONFER WITH AMG
          REGARDING ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
          J. R. ALDERMAN    .60 hours at  245.00 per hour.          147.00

06/02/05  REVIEW LEASE ISSUES.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

06/08/05  MEET WITH ATT'Y. ALDERMAN TO REVIEW FILE AND
          SET UP PROTOCOL FOR TRACKING CASE.
          L. GOLDSTEIN*    .10 hours at  85.00 per hour.              8.50

06/10/05  CONFERENCE ON DISCOVERY BURDEN AND COMPLIANCE.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.          379.50

06/10/05  REVIEW COMPLAINT AND SUMMONS. INSTRUCTIONS TO
          PARALEGAL REGARDING SERVICE.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

06/10/05  PREPARE, REVISE, AND EDIT DISCOVERY TO BE
          SERVED WITH COMPLAINT.
          J. R. ALDERMAN   4.20 hours at  245.00 per hour.         1029.00

06/27/05  BEGIN UPDATING FILE, INCLUDING DISCOVERY.
          L. GOLDSTEIN*                                              25.50

06/27/05  CREATE DISCOVERY FOLDERS.
          L. GOLDSTEIN*                                              25.50

06/27/05  PREPARE CASE-TRACKING CHART.
          L. GOLDSTEIN*                                              25.50

06/28/05  FINISH UPDATING FILE.
          L. GOLDSTEIN*    .80 hours at  85.00 per hour.             68.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 26, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  386146                    PAGE   2


TOTAL FEES FOR PROFESSIONAL SERVICES                  $2,307.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 1.70 hours at | $345.00 = | 586.50 |
| JRA | J. R. ALDERMAN | 6.40 hours at | $245.00 = | 1568.00 |
| LG* | L. GOLDSTEIN* | 1.80 hours at | $85.00 = | 153.00 |
| | TOTALS | 9.90 | | $2,307.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005

|  |  |  |
|---|---|---:|
|  | COPYING COST | 162.00 |
|  | POSTAGE | 4.68 |
|  | TELEPHONE | 1.06 |
| 06/13/05 | FILING/RECORDING FEE - VENDOR: CLERK OF CIRCUIT COURT COMPLAINT FILING FEE | 255.00 |
| 06/23/05 | SERVICE OF PROCESS - VENDOR: SHERIFF-VOLUSIA COUNTY SERVICE OF PROCESS - ON TED GLASRUD ASSOCIATES OF DELAND FL, INC | 20.00 |
| 06/27/05 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC. - ON DOLGENCORP, INC. | 59.00 |
| 06/13/05 | EXPRESS MAIL | 10.39 |

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005        $512.13
                                                   ------------

                          INVOICE  386146TOTAL      $2,819.63
                                                   ------------


BALANCE DUE FROM PREVIOUS STATEMENT                 $924.51
LESS: PAYMENTS                                      $.00
                                                   ------------
                          TOTAL AMOUNT DUE          $3,744.14
                                                   ============


## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

CARLTON FIELDS

FED ID: 59-1233896

ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23459
                                          INVOICE NUMBER  389639


RE:  JENSEN BEACH PLAZA, LTD, STORE 308


LEGAL SERVICES POSTED THROUGH 07/31/05          $191.50
COSTS ADVANCED POSTED THROUGH 07/31/05           $73.72
                                            ------------

        CURRENT INVOICE TOTAL               $265.22
                                            ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  389639                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/14/05  REVIEW FILE IN CONNECTION WITH DISCOVERY,
          PENDING MOTIONS, AND STATUS REPORT.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

07/22/05  ONLINE SEARCH TO CONFIRM RESIDENTIAL ADDRESS
          FOR TED GLASRUD, SR. (.1) PREPARE ALIAS CIVIL
          ACTION SUMMONS. (.2) PHONE CALLS TO PROCESS
          SERVER IN MARTIN COUNTY. (.2) PREPARE
          TRANSMITTAL LETTER TO BAKER STREET PROCESS
          SERVICE. (.1) ARRANGE FOR EXPEDITED PAYMENT OF
          SERVICE FEE. (.1)
          L. GOLDSTEIN*    .70 hours at  85.00 per hour.            59.50

07/26/05  PHONE CALLS TO PROCESS SERVER (.2).  FINALIZE
          PACKAGE FOR SERVICE OF COMPLAINT AND DISCOVERY.
          (.2).
          L. GOLDSTEIN*    .40 hours at  85.00 per hour.            34.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $191.50


ATTORNEY FEE SUMMARY

  JRA     J. R. ALDERMAN        0.40 hours at  $245.00 =        98.00
  LG*     L. GOLDSTEIN*         1.10 hours at   $85.00 =        93.50
          TOTALS                1.50                          $191.50


**COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


          COPYING COST                           38.20
          POSTAGE                                 4.32
          TELEPHONE                               1.20
07/26/05  SERVICE OF PROCESS - VENDOR: INVESTIGATIVE    25.00
          CONSULTANTS SERVICE OF PROCESS
07/26/05  SERVICE OF PROCESS - VENDOR: INVESTIGATIVE     5.00
          CONSULTANTS SERVICE OF PROCESS

          TOTAL COSTS AS POSTED THROUGH JULY 31, 2005       $73.72
                                                     ------------

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  389639                    PAGE    2


TOTAL AMOUNT DUE THIS INVOICE          $265.22
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| One Atlantic Center<br>1201 W. Peachtree St., Ste. 3000<br>Atlanta, Georgia 30309<br>404.815.3400<br>Fax 404.815.3415 | P.O. Box 019101<br>Miami, FL 33131<br>305.530.0050<br>Fax 305.530.0055 | P.O. Box 1171<br>Orlando, FL 32802<br>407.849.0300<br>Fax 407.648.9099 | P.O. Box 2861<br>St. Petersburg, FL 33731<br>727.821.7000<br>Fax 727.822.3768 | P.O. Drawer 190<br>Tallahassee, FL 32302<br>850.224.1585<br>Fax 850.222.0398 | P.O. Box 150<br>West Palm Beach, FL 33402<br>561.659.7070<br>Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23459
INVOICE NUMBER  392757


RE:  JENSEN BEACH PLAZA, LTD, STORE 308


| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $4,009.36 |
| LESS: PAYMENTS | $924.51 |
| BALANCE FORWARD | $3,084.85 |
| | |
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $11,284.50 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $188.67 |
| CURRENT INVOICE TOTAL | $11,473.17 |
| **TOTAL AMOUNT DUE** | **$14,558.02** |


## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 11473.17 | 265.22 | 2819.63 | 0.00 | 0.00 | 14558.02 |


### *** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION                SEPTEMBER 26, 2005
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  392757                          PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005


08/01/05 DRAFT MOTION FOR EXTENSION OF TIME TO RESPOND
         TO DEFENDANT'S AFFIRMATIVE DEFENSES.
         INSTRUCTIONS TO LEGAL ASSITANT.
         J. R. ALDERMAN    .50 hours at  245.00 per hour.          122.50

08/02/05 CONFER WITH PROCESS SERVER REGARDING STATUS OF
         SERVICE ON TED GLASRUD.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

08/03/05 UPDATE TRACKING CHART.
         L. GOLDSTEIN*    .10 hours at  85.00 per hour.              8.50

08/05/05 DRAFT MOTION TO STRIKE DOLLAR GENERAL'S
         IMPROPER DENIAL OF OCCURANCE OF CONDITIONS
         PRECEDENT.
         J. R. ALDERMAN   1.40 hours at  245.00 per hour.          343.00

08/05/05 REVIEW LAW ON PLEADING AFFIRMATIVE DEFENSES AND
         DENIAL OF CONDITIONS PRECEDENT.
         J. R. ALDERMAN   1.20 hours at  245.00 per hour.          294.00

08/08/05 REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
         TO STRIKE DEFENDANTS AFFIRMATIVE DEFENSES,
         PARTICULARLY COMPLAINT AND AMENDED ANSWER BY
         DOLLAR GENERAL.
         J. R. ALDERMAN   1.60 hours at  245.00 per hour.          392.00

08/08/05 DRAFT MOTION TO STRIKE DENIAL OF OCCURENCE OF
         CONDITION PRECEDENT.
         J. R. ALDERMAN   2.90 hours at  245.00 per hour.          710.50

08/11/05 REVIEW LAW ON LACHES IN CONNECTION WITH
         DRAFTING MOTION TO STRIKE DOLLAR GENERAL'S
         AFFIRAMTIVE DEFENSES.
         J. R. ALDERMAN   3.40 hours at  245.00 per hour.          833.00

08/11/05 REVIEW LAW ON ESTOPPEL AND WAIVER IN CONNECTION
         WITH DRAFTING MOTION TO STRIKE AFFIRMATIVE
         DEFENSES.
         J. R. ALDERMAN   5.10 hours at  245.00 per hour.         1249.50

08/12/05 REVIEW ANSWER AND DEFENSES BY DOLLAR GENERAL.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

·ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  392757                    PAGE   2

08/12/05  CONTACT JASON ALDERMAN AND DAVID J. SMITH
          REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.              138.00

08/12/05  DRAFT, REVISE, EDIT MOTION TO STRIKE.
          J. R. ALDERMAN   4.60 hours at  245.00 per hour.             1127.00

08/15/05  REVISE DISCOVERY REQUESTS.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.              414.00

08/15/05  REVIEW LAW ON LACHES IN CONNECTION WITH
          DRAFTING MOTION TO STRIKE AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.              637.00

08/19/05  DRAFT DISCOVERY TO DOLLAR GENERAL AND LANDLORD.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.              784.00

08/19/05  REVIEW LAW ON REAL PROPERTY COVENANT'S IN
          CONNECTION WITH DRAFTING MOTION TO STRIKE.
          J. R. ALDERMAN   3.70 hours at  245.00 per hour.              906.50

08/19/05  REVIEW AUTO TRACK SEARCHES ON TED GLASRUD IN
          CONNECTION WITH SERVICE OF PROCESS.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.             147.00

08/19/05  CONFER WITH PARALEGAL REGARDING SERVICE ON
          MINNESOTA DIRECTOR FOR DEFENDANT TED GLASRUD.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50

08/22/05  REVISE MOTION AND MEMORANDUM OF LAW IN SUPPORT
          OF MOTION TO STRIKE DEFENSES.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.             207.00

08/22/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY.
          J. R. ALDERMAN   1.10 hours at  245.00 per hour.              269.50

08/22/05  CONFER WITH PARALEGAL REGARDING SERVICE OF
          PROCESS ON TED GLASSRUD, AUTO TRACK SEARCHES.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50

08/22/05  REVIEW AUTOTRACK SEARCHES. TELEPHONE CALL WITH
          DIRECTOR OF UNSERVED DEFENDANT. INSTRUCTIONS TO
          PARALEGAL.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.              98.00

08/22/05  CONFER WITH PARALEGAL CONCERNING SERVICE ON TED
          GLASRUD.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.              73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  392757                    PAGE   3

08/22/05  CONDUCT AUTOTRACK SEARCHES ON TED GLASRUD; PAUL
          KUEHN; TED GLASRUD ASSOCIATES, INC.; TED
          GLASRUD ASSOCIATES OF DELAND, FL, INC.; AND TED
          GLASRUD ASSOCIATES OF STUART, FL, INC.; SEARCH
          FOR VALID ADDRESSES FOR SERVICE OF PROCESS FOR
          TED GLASRUD; LEAVE MESSAGE FOR PROCESS SERVER
          REGARDING OBTAINING SERVICE ON TED GLASRUD.
          E. BROWN*   4.30 hours at  85.00 per hour.              365.50

08/23/05  CONTACT REGARDING SERVICE OF PROCESS ON
          LANDLORD.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.        69.00

08/23/05  CONTINUE REVISIONS TO MEMORANDUM OF LAW IN
          SUPPORT OF MOTION TO STRIKE DEFENSES.
          A. M. GRUNSPAN   2.20 hours at  345.00 per hour.        759.00

08/23/05  REVIEW ORDER GRANTING MOTION FOR LEAVE TO AMEND
          ANSWER.
          A. M. GRUNSPAN     .10 hours at  345.00 per hour.        34.50

08/23/05  REVIEW ALIAS SUMMONS RECEIVED FROM PROCESS
          SERVER.
          E. BROWN*                                                17.00

08/23/05  TELEPHONE CONFERENCES WITH ART AT INVESTIGATIVE
          CONSULTANTS REGARDING SERVICE OF PROCESS ON TED
          GLASRUD.
          E. BROWN*                                                51.00

08/23/05  CONFERNCE WITH JASON ALDERMAN REGARDING
          ATTORNEY ACCEPTING SERVICE ON BEHALF OF TED
          GLASRUD.
          E. BROWN*                                                59.50

08/24/05  REVISE MOTION TO STRIKE DEFENSES.
          A. M. GRUNSPAN   1.30 hours at  345.00 per hour.        448.50

08/25/05  TELECONFERENCE WITH COUNSEL FOR LANDLORD
          REGARDING SERVICE OF PROCESS.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.        73.50

08/25/05  RECEIPT AND REVIEW OF EMAILS FROM OPPOSING
          COUNSEL FOR DOLLAR GENERAL REGARDING SERVICE ON
          TED GLASRUD AND CONFEDENTIALILTY ORDER.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.       122.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

rvices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  392757                    PAGE   4

08/30/05 RECEIPT AND REVIEW OF DOLLAR GENERAL'S ANSWERS
         TO DISCOVERY.
         J. R. ALDERMAN      .70 hours at  245.00 per hour.        171.50


         TOTAL FEES FOR PROFESSIONAL SERVICES          $11,284.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 6.40 hours at | $345.00 = | 2208.00 |
| JRA | J. R. ALDERMAN | 35.00 hours at | $245.00 = | 8575.00 |
| LG* | L. GOLDSTEIN* | 0.10 hours at | $85.00 = | 8.50 |
| EB* | E. BROWN* | 5.80 hours at | $85.00 = | 493.00 |
| | TOTALS | 47.30 | | $11,284.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005

|  |  |
|---|---|
| COPYING COST | 163.40 |
| FAX | 14.00 |
| POSTAGE | 2.59 |
| TELEPHONE | 2.37 |
| 08/25/05 EXPRESS MAIL | 6.31 |

         TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005       $188.67
                                                          ------------
                           INVOICE   392757TOTAL          $11,473.17
                                                          ------------


         BALANCE DUE FROM PREVIOUS STATEMENT              $4,009.36
         LESS: PAYMENTS                                     $924.51
                                                          ------------
                           TOTAL AMOUNT DUE              $14,558.02
                                                          ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23459
                                          INVOICE NUMBER  395419


RE:  JENSEN BEACH PLAZA, LTD, STORE 308


LEGAL SERVICES POSTED THROUGH 09/30/05       $3,488.00
COSTS ADVANCED POSTED THROUGH 09/30/05         $133.23
                                             ------------

       CURRENT INVOICE TOTAL               $3,621.23
                                           ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID. 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  395419                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

09/08/05  REVISE MEMORANDUM OF LAW IN SUPPORT OF MOTION
          TO STRIKE ELEVEN DEFENSES.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.          379.50

09/08/05  WORK ON DISCOVERY.
          J. R. ALDERMAN   3.60 hours at  245.00 per hour.          882.00

09/09/05  CONTINUE TO REVISE MEMORANDUM OF LAW ON MOTION
          TO STRIKE DEFENSES.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.          414.00

09/11/05  REVISE, EDIT MOTION TO STRIKE.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.          392.00

09/12/05  REVISE, EDIT MOTION TO STRIKE. INSTRUCTIONS TO
          LEGAL ASSISTANT.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.          220.50

09/13/05  REVISE MOTION TO STRIKE.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

09/13/05  REVISE, EDIT MOTION TO STRIKE. INSTRUCTIONS TO
          PARALEGAL.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.          147.00

09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

09/19/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          MEMORANDUM ON DISCOVERY ISSUES.
          J. R. ALDERMAN   1.20 hours at  245.00 per hour.          294.00

09/26/05  REVIEW MOTION FOR STAY AND RELIEF FROM STAY.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

09/26/05  SEVERAL CORRESPONDENCE WITH CLIENT AND DAVID J.
          SMITH REGARDING ████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

09/29/05  PREPARE FOR CONFERENCE CALL WITH CLIENTS AND
          CO-COUNSEL.
          A. M. GRUNSPAN                                             69.00

## CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION            OCTOBER 21, 2005
JENSEN BEACH PLAZA, LTD, STORE 308          REF. NO.  50116-23459
INVOICE NUMBER  395419                      PAGE    2


09/29/05  ATTEND CONFERENCE CALL WITH CLIENTS AND
          CO-COUNSEL.
          A. M. GRUNSPAN                                        103.50

09/30/05  LETTER FROM CO-COUNSEL ON BANKRUPTCY ISSUES,
          MOTION FOR RELIEF FROM STAY
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.      69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $3,488.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.50 hours at | $345.00 = | 1552.50 |
| JRA | J. R. ALDERMAN | 7.90 hours at | $245.00 = | 1935.50 |
| | TOTALS | 12.40 | | $3,488.00 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005

| | |
|---|---|
| COPYING COST | 43.60 |
| FAX | 26.00 |
| POSTAGE | 2.88 |
| TELEPHONE | 0.75 |
| ONLINE COMPUTER SERVICES | 60.00 |

          TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005    $133.23
                                                          ------------

              **TOTAL AMOUNT DUE THIS INVOICE        $3,621.23**
                                                      ============


# CARLTON FIELDS, P.A.

### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23460
INVOICE NUMBER  389640


RE:  SARRIA HOLDINGS II, INC, STORE 330


LEGAL SERVICES POSTED THROUGH 07/31/05          $674.50
COSTS ADVANCED POSTED THROUGH 07/31/05           $.00
                                            ------------

        CURRENT INVOICE TOTAL            $674.50
                                            ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
SARRIA HOLDINGS II, INC, STORE 330        REF. NO.  50116-23460
INVOICE NUMBER  389640                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


06/03/05   SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
           ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
           A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

06/03/05   SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
           REGARDING 237.
           A. M. GRUNSPAN    .60 hours at  345.00 per hour.            207.00

06/03/05   REVIEW FILES AT REQUEST OF AMG.
           D. J. SMITH    .30 hours at   245.00 per hour.               73.50

06/03/05   MEMO TO AMG.
           D. J. SMITH    .20 hours at  245.00 per hour.                49.00

06/10/05   SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
           ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

06/10/05   REVIEW PROPOSED ORDER.
           A. M. GRUNSPAN    .20 hours at  345.00 per hour.             69.00


           TOTAL FEES FOR PROFESSIONAL SERVICES              $674.50


ATTORNEY FEE SUMMARY

  AMG    A. M. GRUNSPAN       1.60 hours at  $345.00 =        552.00
  DJS    D. J. SMITH          0.50 hours at  $245.00 =        122.50
         TOTALS               2.10                          $674.50


                                                        - - - - - - - - - - - -

           TOTAL AMOUNT DUE THIS INVOICE              $674.50
                                                      ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JULY 25, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  386147

RE:  DOLLAR GENERAL INVESTIGATIVE

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $4,330.52 |
| LESS: PAYMENTS | $2,861.47 |
| BALANCE FORWARD | $1,469.05 |
| | |
| LEGAL SERVICES POSTED THROUGH 06/30/05 | $7,789.00 |
| COSTS ADVANCED POSTED THROUGH 06/30/05 | $.00 |
| CURRENT INVOICE TOTAL | $7,789.00 |
| | |
| TOTAL AMOUNT DUE | $9,258.05 |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 7789.00 | 766.15 | 702.90 | 0.00 | 0.00 | 9258.05 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION        JULY 25, 2005
DOLLAR GENERAL INVESTIGATIVE           REF. NO.  50116-23462
INVOICE NUMBER  386147                 PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005


06/01/05  REVIEW BOX OF DOCUMENTS FROM CLIENT ▮▮▮▮▮▮▮
          ▮▮▮▮ AT REQUEST OF AMG.
          D. J. SMITH   1.40 hours at  245.00 per hour.            343.00

06/03/05  E-MAILS TO AMG RE: ▮▮▮▮▮▮▮
          D. J. SMITH    .30 hours at  245.00 per hour.             73.50

06/03/05  REVIEW LEASE FILES ON STORES NO. ▮▮▮▮▮▮▮
          D. J. SMITH    .80 hours at  245.00 per hour.            196.00

06/03/05  MEMO TO AMG RE: ▮▮▮▮▮▮▮
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

06/06/05  REVIEW FOUR NEW LEASE PACKAGES.
          D. J. SMITH   2.00 hours at  245.00 per hour.            490.00

06/06/05  MEMO TO AMG RE: ▮▮▮▮▮▮▮
          D. J. SMITH    .90 hours at  245.00 per hour.            220.50

06/07/05  E-MAILS TO/FROM INVESTIGATOR RILEY RE:
          INSPECTION ▮▮▮▮▮▮
          D. J. SMITH    .20 hours at  245.00 per hour.             49.00

06/08/05  E-MAIL (X3) INFORMATION TO RILEY RE:
          INSPECTIONS ON ▮▮▮▮▮▮
          D. J. SMITH    .40 hours at  245.00 per hour.             98.00

06/08/05  PREPARE FOR CONFERENCE CALL AT REQUEST OF AMG.
          D. J. SMITH    .80 hours at  245.00 per hour.            196.00

06/09/05  PREPARE FOR CONFERENCE CALL AT REQUEST OF AMG.
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

06/09/05  REVIEW DOLLAR GENERAL FILES. WORK WITH
          PARALEGAL REGARDING DISCOVERY.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.         514.50

06/09/05  CONFER WITH DJS AND AMG REGARDING ▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN   1.10 hours at  245.00 per hour.         269.50

06/10/05  REVIEW LEASE AND ATTACHMENTS REGARDING ▮▮▮▮
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.         414.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
DOLLAR GENERAL INVESTIGATIVE             REF. NO.   50116-23462
INVOICE NUMBER   386147                  PAGE    2

06/10/05  LETTER TO CLIENTS REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

06/10/05  LETTER TO CLIENTS REGARDING ▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

06/10/05  REVIEW ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓ AT REQUEST OF AMG.
          D. J. SMITH    .50 hours at  245.00 per hour.               122.50

06/10/05  MEETING WITH AMG AND JA RE:▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          D. J. SMITH    .50 hours at  245.00 per hour.               122.50

06/13/05  CONTACT CLIENT REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

06/13/05  CONFERENCES WITH AMG RE:▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓.
          D. J. SMITH    .80 hours at  245.00 per hour.               196.00

06/13/05  REVIEW PROPOSED DISCOVERY RESPONSES.
          D. J. SMITH    .70 hours at  245.00 per hour.               171.50

06/14/05  SEVERAL CORRESPONDENCE WITH CLIENT AND DAVID J.
          SMITH REGARDING ▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

06/14/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.            172.50

06/14/05  REVIEW DOLLAR GENERAL DISCOVERY RESPONSES AT
          REQUEST OF AMG.
          D. J. SMITH    2.20 hours at  245.00 per hour.              539.00

06/15/05  PREPARE FOR MEETING WITH AMG.
          D. J. SMITH    .80 hours at  245.00 per hour.               196.00

06/16/05  PREPARE DISCOVERY STRATEGY.
          A. M. GRUNSPAN    2.10 hours at  345.00 per hour.           724.50

06/16/05  CREATE ACTION PLAN TO ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓ RESPOND TO DISCOVERY
          REQUESTS.
          D. J. SMITH    2.70 hours at  245.00 per hour.              661.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
DOLLAR GENERAL INVESTIGATIVE             REF. NO.  50116-23462
INVOICE NUMBER  386147                   PAGE   3

06/17/05  SEVERAL CORRESPONDENCE REGARDING █████
          INSPECTION.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

06/17/05  LETTER TO BILL RILEY REGARDING █████ INSPECTION.
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

06/20/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ████████████████████████████████
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.         138.00

06/20/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ████████████████████████████████████████

          A. M. GRUNSPAN      .60 hours at  345.00 per hour.         207.00

06/20/05  E-MAILS TO/FROM AMG RE: █████████
          D. J. SMITH      .20 hours at   245.00 per hour.            49.00

06/21/05  CONTACT EXPERT REGARDING ANALYSIS.
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.         103.50

06/21/05  LETTER FROM CLIENT REGARDING █████
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

06/22/05  REVIEW STORE CLOSINGS TO COMPARE WITH STORES IN
          SUIT.
          A. M. GRUNSPAN      .40 hours at  345.00 per hour.         138.00

06/22/05  LETTER TO JASON ALDERMAN REGARDING █████
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.          69.00

06/23/05  CONTACT DAVID J. SMITH REGARDING █████████
          ████████████████████████████████████████
          A. M. GRUNSPAN      .60 hours at  345.00 per hour.         207.00

06/29/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ████████████████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.         103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $7,789.00


ATTORNEY FEE SUMMARY

   ██G    A. M. GRUNSPAN        8.80 hours at  $345.00 =       3036.00
   ███    D. J. SMITH          16.20 hours at  $245.00 =       3969.00
   JRA    J. R. ALDERMAN        3.20 hours at  $245.00 =        784.00
          TOTALS               28.20                         $7,789.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED ID 59-1233896

**CARLTON FIELDS**

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          JULY 25, 2005
DOLLAR GENERAL INVESTIGATIVE             REF. NO.  50116-23462
INVOICE NUMBER  386147                    PAGE    4

```
                              INVOICE   386147 TOTAL        $7,789.00
                                                           ------------


BALANCE DUE FROM PREVIOUS STATEMENT                        $4,330.52
LESS: PAYMENTS                                             $2,861.47
                                                          ------------
                              TOTAL AMOUNT DUE             $9,258.05
                                                          ============
```

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.   50116-23462
INVOICE NUMBER   389641

RE:   DOLLAR GENERAL INVESTIGATIVE

LEGAL SERVICES POSTED THROUGH 07/31/05          $539.00
COSTS ADVANCED POSTED THROUGH 07/31/05            $.30
                                            ------------
          CURRENT INVOICE TOTAL           $539.30
                                            ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION            AUGUST 23, 2005
DOLLAR GENERAL INVESTIGATIVE               REF. NO.  50116-23462
INVOICE NUMBER  389641                     PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**


07/22/05 DRAFT STATUS REPORT.
         J. R. ALDERMAN   1.10 hours at  245.00 per hour.          269.50

07/26/05 DRAFT STATUS MEMORANDUM TO AMG.
         J. R. ALDERMAN   1.10 hours at  245.00 per hour.          269.50


         TOTAL FEES FOR PROFESSIONAL SERVICES            $539.00


ATTORNEY FEE SUMMARY

JRA    J. R. ALDERMAN        2.20 hours at  $245.00 =      539.00
       TOTALS                2.20                        $539.00


       **COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


       TELEPHONE                                  0.30

       TOTAL COSTS AS POSTED THROUGH JULY 31, 2005          $.30
                                                     - - - - - - - - - - - -

                 **TOTAL AMOUNT DUE THIS INVOICE      $539.30**
                                                     ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-2239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  392758

RE:  DOLLAR GENERAL INVESTIGATIVE

| | |
|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $9,797.35 |
| LESS: PAYMENTS | $766.15 |
| BALANCE FORWARD | $9,031.20 |
| | |
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $2,334.00 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $.00 |
| CURRENT INVOICE TOTAL | $2,334.00 |
| TOTAL AMOUNT DUE | $11,365.20 |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 2334.00 | 539.30 | 7789.00 | 0.00 | 702.90 | 11365.20 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  392758                    PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005

08/02/05  REVIEW FILES ON STORE 737 AS PER AMG.
          D. J. SMITH    .50 hours at  245.00 per hour.                122.50

08/02/05  MEMO TO AMG RE: STORE 737.
          D. J. SMITH    .20 hours at  245.00 per hour.                 49.00

08/09/05  WORK WITH PARALEGAL CONCERNING DOCUMENT
          ORGANIZATION.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.              147.00

08/09/05  REVIEW ALL WINN-DIXIE DOLLAR GENERAL FILES.
          DRAFT STATUS REPORT.
          J. R. ALDERMAN   4.10 hours at  245.00 per hour.            1004.50

08/11/05  PREPARE FOR CONFERENCE.
          D. J. SMITH    .70 hours at  245.00 per hour.               171.50

08/11/05  REVIEW ███████████ WITH AMG.
          D. J. SMITH    .70 hours at  245.00 per hour.               171.50

08/11/05  CONFERENCE REGARDING BACKGROUND FACTS OF THE
          PENDING LITIGATION, THE LEASE PROVISIONS AND
          STRATEGY FOR PROCEEDING WITH DISCOVERY AND THE
          LITIGATION.
          C. M. ROSENBERG    .80 hours at  345.00 per hour.           276.00

08/12/05  MEMO ON ███████████ AT REQUEST OF AMG.
          D. J. SMITH    .90 hours at  245.00 per hour.               220.50

08/12/05  REVIEW DOLLAR GENERAL ANNUAL REPORTS 10K, 10Q
          IN CONNECTION WITH DRAFTING DISCOVERY.
          J. R. ALDERMAN   .70 hours at  245.00 per hour.             171.50

          TOTAL FEES FOR PROFESSIONAL SERVICES              $2,334.00

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| DJS | D. J. SMITH | 3.00 hours at | $245.00 = | 735.00 |
| A | J. R. ALDERMAN | 5.40 hours at | $245.00 = | 1323.00 |
| CMR | C. M. ROSENBERG | 0.80 hours at | $345.00 = | 276.00 |
| | TOTALS | 9.20 | | $2,334.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION        SEPTEMBER 26, 2005
DOLLAR GENERAL INVESTIGATIVE            REF. NO.  50116-23462
INVOICE NUMBER  392758                  PAGE   2
```

```
                                        ------------
        INVOICE   392758TOTAL              $2,334.00
                                        ------------


BALANCE DUE FROM PREVIOUS STATEMENT             $9,797.35
LESS: PAYMENTS                                    $766.15

                                        ------------
            TOTAL AMOUNT DUE              $11,365.20
                                        ============
```

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

OCTOBER 18, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  395420

RE:  DOLLAR GENERAL INVESTIGATIVE

LEGAL SERVICES POSTED THROUGH 09/30/05        $2,274.00
COSTS ADVANCED POSTED THROUGH 09/30/05            $2.70
                                            ------------
        CURRENT INVOICE TOTAL              $2,276.70
                                            ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER   395420

OCTOBER 18, 2005
REF. NO.  50116-23462
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

09/15/05   REVIEW DOCUMENTS AND LEGAL AUTHORITIES TO
           PREPARE FOR IMPENDING DISCOVERY INCLUDING
           DEPOSITION.
           C. M. ROSENBERG   1.00 hours at  345.00 per hour.                345.00

09/26/05   E-MAILS TO/FROM AMG RE: ████████████
           D. J. SMITH    .20 hours at  245.00 per hour.                     49.00

09/26/05   REVIEW PREVIOUS DOLLAR STORE INFORMATION
           RELATIVE TO INQUIRY ON STORE ████.
           D. J. SMITH    .40 hours at  245.00 per hour.                     98.00

09/26/05   REVIEW LEASE FILES ON ALL ISSUES RELATIVE TO
           INQUIRY ON STORE ████
           D. J. SMITH   1.10 hours at  245.00 per hour.                    269.50

09/26/05   REVIEW COMPLAINT AND ANSWER INCLUDING
           AFFIRMATIVE DEFENSES, REVIEW AND ANALYZE MOTION
           FOR SUMMARY JUDGMENT AND REVIEW CASE LAW ON
           ISSUED R████

           C. M. ROSENBERG   1.60 hours at  345.00 per hour.               552.00

09/27/05   REVIEW PLEADINGS, REVIEW RESUMES OF POTENTIAL
           EXPERT WITNESSES, REVIEW ISSUES████
           C. M. ROSENBERG   1.00 hours at  345.00 per hour.               345.00

09/28/05   CONFERENCES REGARDING QUALIFICATIONS AND
           RETENTION OF EXPERT WITNESSES, DISCUSSION
           REGARDING ████████████████, REVIEW
           ISSUES PRESENTED IN MOTION FOR SUMMARY
           JUDGMENT.
           C. M. ROSENBERG    .90 hours at  345.00 per hour.               310.50

09/30/05   LETTER TO CLIENT REGARDING ████████
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.                103.50

09/30/05   CORRESPONDENCE FROM RILEY REGARDING ████
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.                103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION     OCTOBER 18, 2005
DOLLAR GENERAL INVESTIGATIVE     REF. NO.  50116-23462
INVOICE NUMBER  395420     PAGE   2

09/30/05 REQUEST FOR INSPECTION TO W. RILEY.
         D. J. SMITH    .20 hours at  245.00 per hour.           49.00

09/30/05 MEMOS TO/FROM AMG RE: ▮▮▮▮▮▮▮
         D. J. SMITH    .20 hours at  245.00 per hour.           49.00


         TOTAL FEES FOR PROFESSIONAL SERVICES       $2,274.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.60 hours at | $345.00 = | 207.00 |
| DJS | D. J. SMITH | 2.10 hours at | $245.00 = | 514.50 |
| CMR | C. M. ROSENBERG | 4.50 hours at | $345.00 = | 1552.50 |
| | TOTALS | 7.20 | | $2,274.00 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005**


TELEPHONE                          2.70

TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005     $2.70
                                                  ------------

         **TOTAL AMOUNT DUE THIS INVOICE**      $2,276.70
                                                       ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | |
|---|---|---|---|---|
| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  389642


RE:  NOBLE MANAGEMENT COMPANY, STORE 2260


LEGAL SERVICES POSTED THROUGH 07/31/05          $73.50
COSTS ADVANCED POSTED THROUGH 07/31/05           $.00
                                          ------------
          CURRENT INVOICE TOTAL               $73.50
                                          ============


\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  389642                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**

07/13/05 REVIEW FILE IN CONNECTION WITH STATUS REPORT.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.        73.50


         TOTAL FEES FOR PROFESSIONAL SERVICES                    $73.50


ATTORNEY FEE SUMMARY

  JRA     J. R. ALDERMAN       0.30 hours at  $245.00 =          73.50
          TOTALS               0.30                             $73.50


                                                         - - - - - - - - - - - -

              **TOTAL AMOUNT DUE THIS INVOICE**               $73.50
                                                         ============

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  392759

RE:  NOBLE MANAGEMENT COMPANY, STORE 2260

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $73.50 |
| LESS: PAYMENTS | $.00 |
| BALANCE FORWARD | $73.50 |
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $4,907.50 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $.00 |
| CURRENT INVOICE TOTAL | $4,907.50 |
| **TOTAL AMOUNT DUE** | **$4,981.00** |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 4907.50 | 73.50 | 0.00 | 0.00 | 0.00 | 4981.00 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
NOBLE MANAGEMENT COMPANY, STORE 2260
INVOICE NUMBER   392759

SEPTEMBER 26, 2005
REF. NO.   50116-23463
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005**

08/17/05   CONFER WITH AMG AND DJS REGARDING FILING OF
           COMPLAINT. REVIEW FILE.
           J. R. ALDERMAN    .40 hours at  245.00 per hour.              98.00

08/23/05   LETTER TO JASON ALDERMAN REGARDING STATUS AND
           STRATEGY.
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.             103.50

08/23/05   REVIEW DOCUMENTS AND CORRESPONDENCE.
           A. M. GRUNSPAN    .60 hours at  345.00 per hour.             207.00

08/23/05   REVIEW LEASE FILE AND CORRESPONDENCE IN
           CONNECTION WITH DRAFTING COMPLAINT.
           J. R. ALDERMAN   1.40 hours at  245.00 per hour.             343.00

08/23/05   PERFORM CORPORATE SEARCHES ON DEFENDANTS.
           J. R. ALDERMAN    .60 hours at  245.00 per hour.             147.00

08/23/05   DRAFT INTERROGATORIES AND REQUEST FOR
           PRODUCTION TO LANDLORD.
           J. R. ALDERMAN   2.30 hours at  245.00 per hour.             563.50

08/23/05   DRAFT INTERROGATORIES AND REQUEST FOR
           PRODUCTION TO DOLLAR GENERAL.
           J. R. ALDERMAN   2.40 hours at  245.00 per hour.             588.00

08/25/05   CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓▓
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.             138.00

08/25/05   DRAFT INTERROGATORIES AND REQUEST TO PRODUCT TO
           LANDLORD.
           J. R. ALDERMAN   2.80 hours at  245.00 per hour.             686.00

08/25/05   DRAFT INTERROGATORIES AND REQUEST TO PRODUCE TO
           DOLLAR GENERAL.
           J. R. ALDERMAN   2.60 hours at  245.00 per hour.             637.00

08/25/05   REVIEW FILE, DRAFT COMPLAINT.
           J. R. ALDERMAN   2.60 hours at  245.00 per hour.             637.00

08/29/05   DRAFT, REVISE, EDIT COMPLAINT. PROOF SUMMONS.
           J. R. ALDERMAN   3.10 hours at  245.00 per hour.             759.50

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  392759                    PAGE    2


TOTAL FEES FOR PROFESSIONAL SERVICES                    $4,907.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 1.30 hours at | $345.00 = | 448.50 |
| JRA | J. R. ALDERMAN | 18.20 hours at | $245.00 = | 4459.00 |
| | TOTALS | 19.50 | | $4,907.50 |

                                          - - - - - - - - - - -
                  INVOICE   392759TOTAL          $4,907.50
                                          - - - - - - - - - - -


BALANCE DUE FROM PREVIOUS STATEMENT                       $73.50
LESS: PAYMENTS                                             $.00

                                          - - - - - - - - - - -
                  **TOTAL AMOUNT DUE**           $4,981.00
                                          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

OCTOBER 18, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  395421

RE:  NOBLE MANAGEMENT COMPANY, STORE 2260

LEGAL SERVICES POSTED THROUGH 09/30/05          $3,264.00
COSTS ADVANCED POSTED THROUGH 09/30/05            $557.88
                                              ------------
        CURRENT INVOICE TOTAL          $3,821.88
                                              ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION                OCTOBER 18, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260            REF. NO.  50116-23463
INVOICE NUMBER  395421                          PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005

09/02/05  REVISE, EDIT DISCOVERY TO DOLLAR GENERAL TO BE
          SERVED WITH COMPLAINT.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.        318.50

09/02/05  REVISE, EDIT DISCOVERY TO LANDLORD TO BE SERVED
          WITH COMPLAINT.
          J. R. ALDERMAN   1.80 hours at  245.00 per hour.        441.00

09/02/05  REVISE, EDIT, PROOF COMPLAINT, SUMMONS FOR
          SERVICE. INSTRUCTIONS TO PARALEGAL REGARDING
          FILING.
          J. R. ALDERMAN   2.90 hours at  245.00 per hour.        710.50

09/07/05  REVIEW LAW ON WHETHER ███████████████████████
          ████████████████████████████████████████████████
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.        759.50

09/13/05  REVIEW OF FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.        171.50

09/14/05  RESEARCH ISSUE OF WHETHER ████████████████████████
          ██████████████████████████████████████████
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.        392.00

09/14/05  REVIEW FILE, PARTICULARLY LANDLORD'S MOTION TO
          DISMISS.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

09/14/05  CONFER WITH AMG AND JDS REGARDING ████████████████
          ██████████████████████████████████████████████OR
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

09/14/05  TELECONFERENCE WITH LANDLORD'S ATTORNEY
          REGARDING MOTION TO DISMISS, GOOD FAITH EFFORT
          TO RESOLVE.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

09/15/05  STRATEGY AND PROGRESS CONFERENCE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 18, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  395421                    PAGE   2

09/26/05  RECEIPT AND REVIEW OF EMAIL FROM OPPOSING
          COUNSEL REGARDING BANKRUPTCY ISSUES. CONFER
          WITH AMG.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

09/30/05  RECEIPT AND REVIEW OF EMAIL FROM CLIENT'S
          BANKRUPTCY COUNSEL REGARDING ▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $3,264.00


ATTORNEY FEE SUMMARY

  AMG    A. M. GRUNSPAN       0.30 hours at  $345.00 =        103.50
  JRA    J. R. ALDERMAN      12.90 hours at  $245.00 =       3160.50
         TOTALS              13.20                         $3,264.00


          COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005


          COPYING COST                              201.00
          POSTAGE                                     0.60
          TELEPHONE                                   0.75
09/01/05  FILING/RECORDING FEE - VENDOR: CLERK OF CIRCUIT    255.00
          COURT FILING FEE - COMPLAINT
09/12/05  SERVICE OF PROCESS - VENDOR: CAPITAL AREA           25.00
          PROCESS SVC, INC.  - ON DOLGENCORP, INC.
09/30/05  SERVICE OF PROCESS - VENDOR: JOSEPH  RICH  - ON     36.00
          NOBLE MANAGEMENT CO.
09/02/05  EXPRESS MAIL                               32.34
09/07/05  EXPRESS MAIL                                7.19

          TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005    $557.88
                                                           ------------

          TOTAL AMOUNT DUE THIS INVOICE            $3,821.88
                                                   ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

AUGUST 8, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-24201
INVOICE NUMBER  386148


RE:  FLORIDA DEPARTMENT OF AGRICULTURE


LEGAL SERVICES POSTED THROUGH 06/30/05          $9,563.50
COSTS ADVANCED POSTED THROUGH 06/30/05            $122.55
                                              -----------

          CURRENT INVOICE TOTAL          $9,686.05
                                         ============


\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | AUGUST 8, 2005 |
| FLORIDA DEPARTMENT OF AGRICULTURE | REF. NO.  50116-24201 |
| INVOICE NUMBER  386148 | PAGE   1 |

## PROFESSIONAL SERVICES AS POSTED THROUGH JUNE 30, 2005

06/08/05  NUMEROUS CALLS WITH CO-COUNSEL AND CLIENTS
          REGARDING ███████████████████
          A. M. GRUNSPAN   1.90 hours at  345.00 per hour.          655.50

06/08/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████
          A. M. GRUNSPAN   1.70 hours at  345.00 per hour.          586.50

06/08/05  SEVERAL CALLS TO COUNSEL FOR LIBERTY.
          A. M. GRUNSPAN   .80 hours at  345.00 per hour.           276.00

06/08/05  CONTACT DEPARTMENT OF AGRICULTURE REGARDING
          HEARING ON BOND.
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.           103.50

06/08/05  TELEPHONE CALL ALAN GRUNSPAN RE ███████████
          ██████████████████
          N. G. LINNAN                                              138.00

06/08/05  TELEPHONE CALL M. OLENICK.
          N. G. LINNAN                                               69.00

06/08/05  CONFERENCE WITH J. MELLICHAMP ███████████████
          █
          N. G. LINNAN                                               69.00

06/09/05  CONTACTED BY CO-COUNSEL AFTER MEETING WITH
          DEPARTMENT OF AGRICULTURE.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

06/09/05  SEVERAL LETTERS TO CLIENTS AND STATUS ██████
          ██████████████████
          A. M. GRUNSPAN   .80 hours at  345.00 per hour.           276.00

06/09/05  SEVERAL LETTERS FROM AND LETTERS TO CLIENTS AND
          SKADDEN REGARDING ████████████████
          A. M. GRUNSPAN   .80 hours at  345.00 per hour.           276.00

06/09/05  CONFERENCE WITH J. MELLICHAMP RE ████████████
          ████████████████████
          N. G. LINNAN   .60 hours at  345.00 per hour.             207.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION            AUGUST 8, 2005
FLORIDA DEPARTMENT OF AGRICULTURE           REF. NO.  50116-24201
INVOICE NUMBER  386148                      PAGE   2

06/09/05  FILE REQUEST TO SUBSTITUTE A CERTIFICATE OF
          DEPOSIT FOR THE BOND SECURITY AND REQUEST FOR
          ADDITIONAL TIME TO RESPOND TO PENDING
          COMPLAINTS.
          J. C. MELLICHAMP, III   2.30 hours at  345.00 per hour.   793.50

06/10/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

06/10/05  SEVERAL CORRESPONDENCE WITH J. MELLICHAMP
          REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

06/10/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          CO-COUNSEL REGARDING ███████████████████████
          ███████████████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

06/10/05  TELEPHONE CONFERENCE WITH J. MELLICHAMP
          REGARDING ██████████
          M. H. OLENICK                                             172.50

06/10/05  TELEPHONE CONFERENCE WITH N. LINNAN REGARDING
          SAME.
          M. H. OLENICK                                             103.50

06/10/05  REVIEW OF CORRESPONDENCE REGARDING SAME.
          M. H. OLENICK                                              69.00

06/10/05  OBTAIN AND SEND ADDITIONAL INFORMATION TO MR.
          GRAHAM, DEPARTMENT OF AGRICULTURE, CONCERNING
          THE ABILITY OF WINN DIXIE TO SUBSTITUTE A
          CERTIFICATE OF DEPOSIT FOR THE EXISTING BOND.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

06/14/05  SEVERAL CORRESPONDENCE WITH J. MELLICHAMP
          REGARDING ███████████████████████████████.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

06/14/05  CONFERENCE WITH DEPARTMENT OF AGRICULTURE'S
          WILLIAM GRAHAM AS TO THE STATUS OF THE REQUEST
          TO SUBSTITUTE THE BOND WITH A CERTIFICATE OF
          DEPOSIT.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 8, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  386148                    PAGE   3

06/15/05  SEVERAL CORRESPONDENCE WITH J. MELLICHAMP AND
          CLIENTS REGARDING ████████.
          A. M. GRUNSPAN     .80 hours at   345.00 per hour.          276.00

06/15/05  SEVERAL LETTERS TO CLIENT ON ████████████.
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.          138.00

06/17/05  SEVERAL CORRESPONDENCE WITH CLIENTS.
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.          138.00

06/21/05  LETTER TO K. ROMEO REGARDING ████████
          A. M. GRUNSPAN     .20 hours at   345.00 per hour.           69.00

06/21/05  SEVERAL CALLS TO J. MELLICHAMP REGARDING
          ████████████████████
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.          138.00

06/21/05  ASSIST IN PREPARING MOTIONS
          K. PULLEN*    1.30 hours at   85.00 per hour.               110.50

06/21/05  CONFERENCE WITH J. MELLICHAMP REGARDING ████████
          ████████████
          M. H. OLENICK     .50 hours at   345.00 per hour.           172.50

06/21/05  TELEPHONE CONFERENCE WITH C. MEYER (DEPUTY
          COMMISSIONER - DEPT. OF AGRICULTURE) REGARDING
          STATUS OF BOND.
          M. H. OLENICK     .50 hours at   345.00 per hour.           172.50

06/21/05  REVIEW CORRESPONDENCE FROM DEPARTMENT OF
          AGRICULTURE.
          J. C. MELLICHAMP, III                                       276.00

06/21/05  CONFERENCE WITH DEPUTY COMMISSIONER CRAIG MEYER
          AND MIKE OLENICK.
          J. C. MELLICHAMP, III                                       345.00

06/21/05  DRAFT PLEADING TO BE FILED IF COMMISSIONER
          MEYER IS UNSUCCESSFUL IN WORKING THE MATTER
          OUT.
          J. C. MELLICHAMP, III                                       345.00

06/21/05  CONFERENCE WITH DEPUTY COMMISSIONER MEYER.
          J. C. MELLICHAMP, III                                       345.00

06/22/05  SEVERAL LETTERS FROM AND LETTERS TO CLIENT
          REGARDING ████████
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.          138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 8, 2005
FLORIDA DEPARTMENT OF AGRICULTURE          REF. NO.  50116-24201
INVOICE NUMBER  386148                     PAGE   4

06/27/05  CONFERENCE WITH DEPUTY COMMISSION MEYER, STAFF
          ASSISTANT.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

06/29/05  LETTER TO CLIENT REGARDING ███████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

06/29/05  SEVERAL CONFERENCES WITH J. MELLICHAMP
          REGARDING ██████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

06/29/05  SEVERAL CALLS TO CLIENT REGARDING ██████████
          ████████████████ .40 hours at  345.00 per hour.          138.00

06/29/05  CORRESPONDENCE WITH J. MELLICHAMP REGARDING
          ████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

06/29/05  SEVERAL CONFERENCES WITH CLIENT AND CO-COUNSEL
          REGARDING ██████████████████████
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.         379.50

06/29/05  CONFERENCE WITH MIKE OLENICK.
          J. C. MELLICHAMP, III                                     138.00

06/29/05  CONFERENCE WITH ALAN GRUNSPAN CONCERNING THE
          ████████████████████████ .
          J. C. MELLICHAMP, III                                     138.00

06/30/05  SEVERAL CORRESPONDENCE AND RELATED CONFERENCES
          WITH CLIENT REGARDING ████████████████ .
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

06/30/05  REVIEW BACKUP DOCUMENTS.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

06/30/05  CONFERENCE WITH DALE BEITTER AND KIM ROMEO
          CONCERNING THE PENDING MEETING WITH DEPUTY
          COMMISSIONER MEYER.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $9,563.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION      AUGUST 8, 2005
FLORIDA DEPARTMENT OF AGRICULTURE      REF. NO.  50116-24201
INVOICE NUMBER  386148      PAGE    5

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 15.30 hours at | $345.00 | = | 5278.50 |
| KP* | K. PULLEN* | 1.30 hours at | $85.00 | = | 110.50 |
| MHO | M. H. OLENICK | 2.00 hours at | $345.00 | = | 690.00 |
| NGL | N. G. LINNAN | 1.40 hours at | $345.00 | = | 483.00 |
| JCM | J. C. MELLICHAMP, III | 8.70 hours at | $345.00 | = | 3001.50 |
| | TOTALS | 28.70 | | | $9,563.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2005**

FAX      117.00
TELEPHONE      5.55

TOTAL COSTS AS POSTED THROUGH JUNE 30, 2005      $122.55
     - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**      **$9,686.05**
     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

·ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | |
|---|---|---|---|---|
| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

AUGUST 23, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-24201
INVOICE NUMBER 389527

RE: FLORIDA DEPARTMENT OF AGRICULTURE

LEGAL SERVICES POSTED THROUGH 07/31/05     $10,557.00
COSTS ADVANCED POSTED THROUGH 07/31/05     $16.35
                                                    ------------

         CURRENT INVOICE TOTAL     $10,573.35
                                                       ============

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.   50116-24201
INVOICE NUMBER   389527                   PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005

07/01/05   SEVERAL CALLS TO CO-COUNSEL REGARDING ███████
           ████████████████████████████
           A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

07/01/05   SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
           ████████████████
           A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

07/01/05   SEVERAL CORRESPONDENCE WITH CO-COUNSEL
           REGARDING ████████████████
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

07/01/05   PREPARE AND ATTEND CONFERENCE WITH CRAIG MEYER,
           DEPARTMENT OF AGRICULTURE, CONCERNING SWITCHING
           BOND FOR CERTIFICATE OF DEPOSIT.
           J. C. MELLICHAMP, III   1.50 hours at  345.00 per hour.  517.50

07/11/05   CORRESPONDENCE WITH J. MELLICHAMP REGARDING
           ████████████████████
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

07/11/05   CONFERENCE WITH BILL GRAHAM, ASSISTANT GENERAL
           COUNSEL, DEPARTMENT OF AGRICULTURE.
           J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.  103.50

07/12/05   SEVERAL CORRESPONDENCE AND CALLS WITH M.
           OLENICK AND DALE BITTER REGARDING ████████
           A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

07/12/05   CONTACTED BY M. OLENICK REGARDING ████████
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

07/12/05   CONFERENCE WITH BILL GRAHAM; CONFERENCE WITH
           MIKE OLENICK.
           J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.  172.50

07/13/05   SEVERAL CORRESPONDENCE REGARDING ████████████
           ████████
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID: 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION    AUGUST 23, 2005
FLORIDA DEPARTMENT OF AGRICULTURE    REF. NO.  50116-24201
INVOICE NUMBER  389527    PAGE   2

07/13/05   SEVERAL CORRESPONDENCE WITH D. BITTER AND J.
MELLICHAMP REGARDING ▮▮▮▮▮▮▮
    A. M. GRUNSPAN     .50 hours at  345.00 per hour.    172.50

07/13/05   SEVERAL CORRESPONDENCE WITH CO-COUNSEL AND
CLIENTS REGARDING ▮▮▮▮▮▮▮
    A. M. GRUNSPAN   1.00 hours at  345.00 per hour.    345.00

07/13/05   SEVERAL CORRESPONDENCE REGARDING FRUIT DEALERS
BOND CLAIMS.
    A. M. GRUNSPAN     .60 hours at  345.00 per hour.    207.00

07/13/05   REVIEW J. MELLICHAMP EMAIL RE ▮▮▮▮▮
    N. G. LINNAN     .10 hours at  345.00 per hour.    34.50

07/13/05   CONFERENCE WITH WILLIAM GRAHAM AND MIKE
OLENICK.
    J. C. MELLICHAMP, III    103.50

07/13/05   RESEARCH 7 USC 499.
    J. C. MELLICHAMP, III    69.00

07/13/05   CONFERENCE WITH ALAN GRUNSPAN CONCERNING THE
▮▮▮▮▮▮▮
    J. C. MELLICHAMP, III    172.50

07/14/05   REVIEW SEVERAL DOCUMENTS FROM CLIENT REGARDING
    A. M. GRUNSPAN     .90 hours at  345.00 per hour.    310.50

07/15/05   SEVERAL CALLS WITH J. MELLICHAMP REGARDING ▮▮▮
▮▮▮▮▮▮▮
    A. M. GRUNSPAN   1.00 hours at  345.00 per hour.    345.00

07/15/05   SEVERAL LETTERS FROM SAME.
    A. M. GRUNSPAN     .30 hours at  345.00 per hour.    103.50

07/15/05   SEVERAL CORRESPONDENCE WITH D. BITTER AND J.
MELLICHAMP REGARDING SAME.
    A. M. GRUNSPAN   1.30 hours at  345.00 per hour.    448.50

07/15/05   REVIEW FILE REGARDING SAME.
    A. M. GRUNSPAN     .40 hours at  345.00 per hour.    138.00

07/15/05   REVIEW CORRESPONDENCE.
    J. C. MELLICHAMP, III    172.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

A T T O R N E Y S   A T   L A W

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | AUGUST 23, 2005 |
| FLORIDA DEPARTMENT OF AGRICULTURE | REF. NO.  50116-24201 |
| INVOICE NUMBER  389527 | PAGE   3 |

07/15/05  REQUEST ADDITIONAL INFORMATION CONCERNING BOND
         #16028924.
         J. C. MELLICHAMP, III                          172.50

07/15/05  CONFERENCE WITH MIKE OLENICK.
         J. C. MELLICHAMP, III                          103.50

07/16/05  SEVERAL CORRESPONDENCE TO CO-COUNSEL.
         A. M. GRUNSPAN   .40 hours at  345.00 per hour.  138.00

07/18/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
         CO-COUNSEL REGARDING ████████████████████
         A. M. GRUNSPAN  1.10 hours at  345.00 per hour.  379.50

07/18/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
         CO-COUNSEL REGARDING ████████████
         A. M. GRUNSPAN   .80 hours at  345.00 per hour.  276.00

07/18/05  REVIEW CORRESPONDENCE CONCERNING CITRUS FRUIT
         DEALER BOND #16028924.
         J. C. MELLICHAMP, III                           69.00

07/18/05  E-MAIL ALAN GRUNSPAN AND MIKE OLENICK.
         J. C. MELLICHAMP, III                           69.00

07/18/05  CONFERENCES WITH ALAN GRUNSPAN AND MIKE
         OLENICK.
         J. C. MELLICHAMP, III                          207.00

07/19/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
         ██████████████████████████████
         A. M. GRUNSPAN  1.70 hours at  345.00 per hour.  586.50

07/19/05  SEVERAL CORRESPONDENCE WITH MELLICHAMP
         REGARDING ████████████.
         A. M. GRUNSPAN  1.10 hours at  345.00 per hour.  379.50

07/19/05  REVIEW CORRESPONDENCE CONCERNING CITRUS FRUIT
         DEALER BOND #16028924.
         J. C. MELLICHAMP, III                          345.00

07/19/05  CONFERENCE WITH MIKE OLENICK.
         J. C. MELLICHAMP, III                          345.00

07/19/05  E-MAILS WITH DALE BITTER, ANGELA REED AND ALAN
         GRUNSPAN.
         J. C. MELLICHAMP, III                          345.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION                AUGUST 23, 2005
FLORIDA DEPARTMENT OF AGRICULTURE              REF. NO.  50116-24201
INVOICE NUMBER  389527                          PAGE  4

07/20/05  SEVERAL CORRESPONDENCE WITH CLIENT AND
          CO-COUNSEL REGARDING ███████████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

07/20/05  REVIEW CORRESPONDENCE CONCERNING CITRUS FRUIT
          DEALER BOND #16028924.
          J. C. MELLICHAMP, III                                      69.00

07/20/05  E-MAILS WITH ALAN GRUNSPAN.
          J. C. MELLICHAMP, III                                      69.00

07/20/05  CONFERENCE WITH MIKE OLENICK.
          J. C. MELLICHAMP, III                                     138.00

07/21/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          CO-COUNSEL REGARDING ███████████████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

07/21/05  REVIEW CORRESPONDENCE CONCERNING CITRUS FRUIT
          DEALER BOND #16028924; RESPOND TO SEVERAL
          E-MAILS FROM DAN BITTER AND BENITA KICHLER;
          CONFERENCES WITH MIKE OLENICK.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

07/22/05  SEVERAL CORRESPONDENCE WITH BITTER, KICHLER AND
          MELLICHAMP REGARDING ███████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

07/26/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          CO-COUNSEL REGARDING ████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

07/26/05  CONTACTED BY LIBERTY COUNSEL.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

07/26/05  SEVERAL CORRESPONDENCE REGARDING LIBERTY
          REQUESTS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

07/28/05  CONFERENCES WITH DEPUTY COMMISSIONER CRAIG
          MEYER AND BILL GRAHAM, OFFICE OF THE GENERAL
          COUNSEL.
          J. C. MELLICHAMP, III                                     448.50

07/28/05  DRAFT LETTER TO DEPUTY COMMISSIONER MEYER.
          J. C. MELLICHAMP, III                                     345.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 23, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  389527                    PAGE   5


07/29/05  SEVERAL LETTERS FROM AND LETTERS TO MELLICHAMP
          REGARDING ███████████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

07/29/05  CONFERENCE WITH ALAN GRUNSPAN.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES          $10,557.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 18.20 hours at | $345.00 = | | 6279.00 |
| NGL | N. G. LINNAN | 0.10 hours at | $345.00 = | | 34.50 |
| JCM | J. C. MELLICHAMP, III | 12.30 hours at | $345.00 = | | 4243.50 |
| | TOTALS | 30.60 | | | $10,557.00 |


          **COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


          COPYING COST                        7.20
          FAX                                 9.00
          TELEPHONE                           0.15

          TOTAL COSTS AS POSTED THROUGH JULY 31, 2005          $16.35
                                                           ------------

               **TOTAL AMOUNT DUE THIS INVOICE     $10,573.35**
                                                   ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

SEPTEMBER 26, 2005
ALAN M. GRUNSPAN
REF. NO. 50116-24201
INVOICE NUMBER 392760

RE: FLORIDA DEPARTMENT OF AGRICULTURE

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $23,297.80 |
| LESS: PAYMENTS | $3,038.40 |
| BALANCE FORWARD | $20,259.40 |
| | |
| LEGAL SERVICES POSTED THROUGH 08/31/05 | $5,865.00 |
| COSTS ADVANCED POSTED THROUGH 08/31/05 | $11.76 |
| CURRENT INVOICE TOTAL | $5,876.76 |
| TOTAL AMOUNT DUE | $26,136.16 |

## AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 5876.76 | 20259.40 | 0.00 | 0.00 | 0.00 | 26136.16 |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  392760                    PAGE   1


### PROFESSIONAL SERVICES AS POSTED THROUGH AUGUST 31, 2005


08/01/05  CONTACTED BY LIBERTY COUNSEL.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

08/01/05  REVIEW LETTER TO DEPUTY COMMISSIONER.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

08/02/05  NUMEROUS CONFERENCES AND CORRESPONDENCE WITH D.
          BITTER, B. KIHLER AND J. MELLICHAMP.
          A. M. GRUNSPAN    1.40 hours at  345.00 per hour.          483.00

08/02/05  CONTACTED BY COUNSEL FOR LIBERTY.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

08/02/05  REVIEW VARIOUS CORRESPONDENCE FROM WINN DIXIE.
          J. C. MELLICHAMP, III                                      172.50

(  )2/05  CONFERENCE WITH MIKE OLENICK.
          J. C. MELLICHAMP, III                                      172.50

08/02/05  CONFERENCE WITH ALAN GRUNSPAN AND DALE BITTER.
          J. C. MELLICHAMP, III                                      172.50

08/03/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND JOHN
          MELLICHAMP REGARDING UPDATED STATUS AND
          SOLUTIONS.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

08/03/05  CONFERENCE WITH MIKE OLENICK, ALAN GRUNSPAN AND
          BENITA KICHLER.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.    172.50

08/04/05  SEVERAL CORRESPONDENCE REGARDING BONDS AND CD'S
          FOR SEVERAL LICENSES.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

08/05/05  DRAFT LETTER TO SHANNON SHAPP; CONFERENCE WITH
          SHANNON SHAPP; CONFERENCE WITH MS. TAUCH, ALL
          CONCERNING THE $10,000 CD.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.    172.50

08/08/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          J. MELLICHAMP REGARDING ████████████████
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
FLORIDA DEPARTMENT OF AGRICULTURE          REF. NO.  50116-24201
INVOICE NUMBER  392760                     PAGE    2

08/11/05  SEVERAL CORRESPONDENCE WITH CLIENT AND
          MELLICHAMP REGARDING
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

08/11/05  REVIEW PREVIOUS E-MAILS, CORRESPONDENCE AND
          DOCUMENTS CONCERNING THE POSTING OF THE $10,000
          CD FOR INSPECTION FEES AND THE TWO CDS FOR
          $100,000 EACH, ONE FOR THE RENEWAL OF A LICENSE
          FOR YEAR 2005-2006 AND THE OTHER AS A
          REPLACEMENT FOR THE BOND ON THE LICENSE FOR
          YEAR 2004-2005.

          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

08/11/05  CONFERENCE WITH DALE BITTER CONCERNING THE
          POSTING OF THE $10,000 CD FOR INSPECTION FEES
          AND THE TWO CDS FOR $100,000 EACH, ONE FOR THE
          RENEWAL OF A LICENSE FOR YEAR 2005-2006 AND THE
          OTHER AS A REPLACEMENT FOR THE BOND ON THE
          LICENSE FOR YEAR 2004-2005.

          J. C. MELLICHAMP, III   1.00 hours at  345.00 per hour.   345.00

08/11/05  CONFERENCE WITH MIKE OLENICK CONCERNING THE
          RESPONSE TO DALE BITTER CONCERNING THE POSTING
          OF THE $10,000 CD FOR INSPECTION FEES AND THE
          TWO CDS FOR $100,000 EACH, ONE FOR THE RENEWAL
          OF A LICENSE FOR YEAR 2005-2006 AND THE OTHER
          AS A REPLACEMENT FOR THE BOND ON THE LICENSE
          FOR YEAR 2004-2005.

          J. C. MELLICHAMP, III    .70 hours at  345.00 per hour.   241.50

08/12/05  SEVERAL LETTERS FROM CLIENT AND MELLICHAMP.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

08/12/05  RESPOND TO INQUIRY FROM ANGELA REED CONCERNING
          THE TWO CD'S, $10,000 AND $100,000 AND THE
          DOCUMENTATION REQUESTED FROM THE DEPARTMENT OF
          REVENUE, DIVISION OF FRUITS AND VEGETABLES.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

08/12/05  CONFERENCE WITH MS. SHEPP'S STAFF.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

08/12/05  REVIEW DOCUMENTS SENT BY THE DEPARTMENT OF
          REVENUE TO WINN DIXIE.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION        SEPTEMBER 26, 2005
FLORIDA DEPARTMENT OF AGRICULTURE        REF. NO.   50116-24201
INVOICE NUMBER   392760                  PAGE    3

08/12/05  CONFERENCE WITH MIKE OLENICK CONCERNING THIS
          ISSUE.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

08/12/05  CONFERENCE WITH MIKE OLENICK CONCERNING STATUS.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

08/15/05  CONFERENCE WITH JUNE ROSS CONCERNING THE
          DOCUMENTS ATTACHED TO THE $10,000 CD AND
          $100,000 CD.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

08/17/05  SEVERAL CALLS AND CORRESPONDENCE REGARDING
          FLORIDA DEPARTMENT OF FRUITS AND VEGETABLES
          ASSIGNMENT AND BOND.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

08/17/05  CONTACTED BY J. MELLICHAMP AND LETTER FROM SAME
          TO JUNE ROSS; LETTER TO CLIENT REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

08/17/05  REVIEW AND DRAFT RESPONSE TO ANGELA REED
          CONCERNING THE CORRECT DOCUMENTATION TO BE
          ATTACHED TO THE $10,000 CD AND THE $100,000 CD.
          J. C. MELLICHAMP, III   1.00 hours at  345.00 per hour.   345.00

08/17/05  REVIEW AND DRAFT RESPONSE TO JUNE ROSS
          CONCERNING THE STATUS OF THE $10,000 CD AND THE
          $100,000 CD.
          J. C. MELLICHAMP, III    .80 hours at  345.00 per hour.   276.00

08/17/05  TELEPHONE CONFERENCE WITH MIKE OLENICK
          REGARDING STATUS.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

08/19/05  TELEPHONE CONFERENCE WITH MIKE OLENICK
          CONCERNING THE BOND.
          J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

08/24/05  SEVERAL CORRESPONDENCE WITH CLIENT AND
          MELLICHAMP REGARDING BOND PAPERS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

08/24/05  RESPOND TO ANGELA REED CONCERNING THE STATUS OF
          THE ASSIGNMENTS OF THE TWO CD'S.
          J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  392760                    PAGE   4


08/26/05 DRAFT CORRESPONDENCE TO MS. SHEPP, DEPARTMENT
         OF AGRICULTURE AND SEND WITH ORIGINAL CD
         ASSIGNMENT AND LETTERS FROM THE BANK.
         J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

08/26/05 CORRESPONDENCE TO ANGELA REED CONFIRMING THAT
         THE ORIGINAL CD, ASSIGNMENT AND LETTER FROM THE
         BANK WAS SENT TO THE DEPARTMENT OF AGRICULTURE.
         J. C. MELLICHAMP, III    .30 hours at  345.00 per hour.   103.50

08/29/05 CONFERENCE WITH MIKE OLENICK CONCERNING STATUS
         OF CD.
         J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.   172.50

08/29/05 REVIEW E-MAIL FROM J. CASTLE.
         J. C. MELLICHAMP, III    .10 hours at  345.00 per hour.    34.50

08/31/05 CONFERENCE WITH MIKE OLENICK.
         J. C. MELLICHAMP, III    .20 hours at  345.00 per hour.    69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES            $5,865.00


## ATTORNEY FEE SUMMARY

| AMG | A. M. GRUNSPAN | 5.60 hours at | $345.00 = | 1932.00 |
|-----|----------------|---------------|-----------|---------|
| JCM | J. C. MELLICHAMP, III | 11.40 hours at | $345.00 = | 3933.00 |
|     | TOTALS | 17.00 | | $5,865.00 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2005


         COPYING COST                              4.60
08/05/05 EXPRESS MAIL                              7.16

         TOTAL COSTS AS POSTED THROUGH AUGUST 31, 2005    $11.76
                                                    ------------
                        INVOICE  392760TOTAL        $5,876.76
                                                    ------------


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED ID 59-1233296

# CARLTON FIELDS

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          SEPTEMBER 26, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  392760                    PAGE    5


BALANCE DUE FROM PREVIOUS STATEMENT                    $23,297.80
LESS: PAYMENTS                                          $3,038.40

                                                     ------------
                      TOTAL AMOUNT DUE                 $26,136.16
                                                     ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|
| Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                    REF. NO.  50116-24201
                                           INVOICE NUMBER  395422


RE:  FLORIDA DEPARTMENT OF AGRICULTURE


LEGAL SERVICES POSTED THROUGH 09/30/05          $3,243.00
COSTS ADVANCED POSTED THROUGH 09/30/05             $20.30
                                               ------------

        CURRENT INVOICE TOTAL                   $3,263.30
                                               ============



*** REMITTANCE COPY ***




Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in Florida.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION    OCTOBER 21, 2005
FLORIDA DEPARTMENT OF AGRICULTURE    REF. NO.  50116-24201
INVOICE NUMBER  395422    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

09/01/05  REVIEW OF MEMO REGARDING DEPARTMENT OF
AGRICULTURE.
M. H. OLENICK     .20 hours at  345.00 per hour.          69.00

09/01/05  CONFERENCE WITH J. MELLICHAMP REGARDING
COMMISSIONER'S REQUEST.
M. H. OLENICK     .40 hours at  345.00 per hour.         138.00

09/02/05  CONFERENCE WITH MIKE OLENICK;
J. C. MELLICHAMP, III    .20 hours at  345.00 per hour.   69.00

09/02/05  CONFERENCE WITH M. OLENICK.
J. C. MELLICHAMP, III    .20 hours at  345.00 per hour.   69.00

09/02/05  CORRESPONDENCE TO B. KICHLER CONCERNING THE
J. C. MELLICHAMP, III    .50 hours at  345.00 per hour.  172.50

09/02/05  CONFERENCE WITH MIKE OLENICK CONCERNING
J. C. MELLICHAMP, III    .40 hours at  345.00 per hour.  138.00

09/06/05  SEVERAL CONFERENCES WITH CO-COUNSEL REGARDING
A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

09/06/05  SEVERAL LETTERS TO CLIENTS AND LETTERS FROM
CLIENTS REGARDING
A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

09/06/05  CONFERENCE WITH J. MELLICHAMP REGARDING
M. H. OLENICK    .70 hours at  345.00 per hour.          241.50

09/06/05  TELEPHONE CONFERENCE WITH A. GRUNSPAN.
M. H. OLENICK    .20 hours at  345.00 per hour.           69.00

09/06/05  TELEPHONE CONFERENCE WITH C. MEYER (DEPUTY
COMMISSIONER) REGARDING CD.
M. H. OLENICK    .20 hours at  345.00 per hour.           69.00

09/06/05  CONFERENCE WITH MIKE OLENICK REGARDING THE
J. C. MELLICHAMP, III    .70 hours at  345.00 per hour.  241.50

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION                OCTOBER 21, 2005
FLORIDA DEPARTMENT OF AGRICULTURE              REF. NO.  50116-24201
INVOICE NUMBER  395422                          PAGE   2

09/06/05  TELEPHONE CONFERENCE WITH BENITA KICHLER
          CONCERNING THE ███████████
          J. C. MELLICHAMP, III     .30 hours at  345.00 per hour.   103.50

09/07/05  PREPARATION OF MEMO TO J. MELLICHAMP REGARDING
          ████████
          M. H. OLENICK     .20 hours at  345.00 per hour.            69.00

09/07/05  REVIEW OF MEMO TO J. MELLICHAMP REGARDING ███████
          M. H. OLENICK     .20 hours at  345.00 per hour.            69.00

09/07/05  TELEPHONE CONFERENCE WITH T. RHODES (ASSISTANT
          COMMISSIONER) REGARDING BOND.
          M. H. OLENICK     .30 hours at  345.00 per hour.           103.50

09/07/05  CONFERENCE WITH J. MELLICHAMP REGARDING ███████
          M. H. OLENICK     .50 hours at  345.00 per hour.           172.50

09/07/05  PREPARE FOR MEETING WITH C. MEYER REGARDING
          BOND.
          M. H. OLENICK                                              138.00

09/07/05  ATTEND MEETING WITH C. MEYER REGARDING BOND.
          M. H. OLENICK                                              138.00

09/07/05  CONFERENCE WITH MIKE OLENICK CONCERNING ████████
          ████████████████████████████
          J. C. MELLICHAMP, III     .50 hours at  345.00 per hour.   172.50

09/08/05  CONFERENCE WITH J. MELLICHAMP REGARDING
          ████████
          M. H. OLENICK     .50 hours at  345.00 per hour.           172.50

09/08/05  PREPARE FOR MEETING WITH DEPUTY COMMISSIONER
          MEYER REGARDING BOND EXCHANGE.
          M. H. OLENICK                                              172.50

09/08/05  ATTEND MEETING WITH DEPUTY COMMISSIONER MEYER
          REGARDING BOND EXCHANGE.
          M. H. OLENICK                                              172.50

09/08/05  CONFERENCE WITH MIKE OLENICK CONCERNING THE
          ████████████████████████████
          J. C. MELLICHAMP, III     .50 hours at  345.00 per hour.   172.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $3,243.00

## CARLTON FIELDS, P.A.
### Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

rvices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID. 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 21, 2005
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  395422                    PAGE   3

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.90 hours at $345.00 = | 310.50 |
| MHO | M. H. OLENICK | 5.20 hours at $345.00 = | 1794.00 |
| JCM | J. C. MELLICHAMP, III | 3.30 hours at $345.00 = | 1138.50 |
| | TOTALS | 9.40 | $3,243.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005**

|  |  |  |
|---|---|---|
| | COPYING COST | 6.80 |
| 09/08/05 | EXPRESS MAIL | 13.50 |

TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005          $20.30
- - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**          $3,263.30
============

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

PLEASE REMIT TO:

Tampa, FL 33601-3239

813.223.7000

Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-25029
                                          INVOICE NUMBER  389526
```

RE: STORE NO 242, FLAMINGO EAST, LTD

```
LEGAL SERVICES POSTED THROUGH 07/31/05        $6,152.00
COSTS ADVANCED POSTED THROUGH 07/31/05          $698.86
                                              ------------
           CURRENT INVOICE TOTAL              $6,850.86
                                              ============
```

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  389526                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JULY 31, 2005**

07/08/05  DRAFT COMPLAINT.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.          784.00

07/08/05  CONFER WITH PARALEGAL REGARDING CORPORATE
          SEARCHES, DISCOVERY, TITLE REPORT AND SERVICE
          OF COMPLAINT.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

07/08/05  ONLINE SEARCHES FOR CORPORATE AND REAL ESTATE
          INFORMATION.  PHONE CALL TO FIDELITY NATIONAL
          TITLE RE: INITIATION OF RECORDS SEARCH FOR TWO
          TRACTS.
          L. GOLDSTEIN*    .90 hours at  85.00 per hour.             76.50

07/11/05  WORK WITH PARALEGAL REGARDING TITLE SEARCHES.
          J. R. ALDERMAN    .20 hours at  245.00 per hour.           49.00

07/11/05  ADDITIONAL PHONE CALLS RE: PROPERTY RECORDS
          SEARCH.
          L. GOLDSTEIN*    .30 hours at  85.00 per hour.             25.50

07/13/05  CONFER WITH AMG REGARDING ▆▆▆▆▆▆▆▆▆
          REVIEW OF LEASE FILE.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

07/13/05  PHONE CALLS TO AND FROM FIRST AMERICAN TITLE
          RE: PROPERTY RECORDS SEARCH.
          L. GOLDSTEIN*    .20 hours at  85.00 per hour.             17.00

07/15/05  REVIEW LANDLORD NOTICE TO FAMILY DOLLAR.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

07/15/05  SEVERAL CORRESPONDENCE FROM CLIENT REGARDING
          ▆▆▆▆▆
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

07/18/05  SEVERAL CALLS TO DAVID J. SMITH REGARDING
          ▆▆▆▆▆▆
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

07/21/05  REVISE, EDIT DISCOVERY AND COMPLAINT.
          J. R. ALDERMAN   1.80 hours at  245.00 per hour.          441.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER  389526

AUGUST 22, 2005
REF. NO.  50116-25029
PAGE   2

07/21/05  CONFER WITH AMG REGARDING ████████████,
          ████████████
          J. R. ALDERMAN    .20 hours at  245.00 per hour.          49.00

07/21/05  INSTRUCTIONS TO PARALEGAL REGARDING FILING,
          SERVING OF COMPLAINT, AND SUMMONS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

07/21/05  WORK WITH PARALEGAL REGARDING ASSEMBLING
          EXHIBITS TO COMPLAINT AND DISCOVERY.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.         122.50

07/26/05  REVISE, EDIT COMPLAINT.
          J. R. ALDERMAN   1.20 hours at  245.00 per hour.         294.00

07/27/05  REVIEW DOCUMENTS PROVIDED BY CLIENT.
          J. R. ALDERMAN   1.20 hours at  245.00 per hour.         294.00

07/27/05  DRAFT, REVISE, EDIT COMPLAINT.
          J. R. ALDERMAN   1.40 hours at  245.00 per hour.         343.00

07/27/05  DRAFT, REVISE, EDIT INTERROGATORIES TO
          LANDLORD.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00

07/27/05  DRAFT DISCOVERY TO FAMILY DOLLAR.
          J. R. ALDERMAN   1.20 hours at  245.00 per hour.         294.00

07/27/05  WORK WITH PARALEGAL IN BATES STAMPING AND
          ORGANIZING DOCUMENT PRODUCTION FROM CLIENT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

07/27/05  PHONE CALLS TO FIRST AMERICAN TITLE AND
          LAWYERS' TITLE RE: RATES FOR RECORDS SEARCHES.
          L. GOLDSTEIN*    .20 hours at   85.00 per hour.           17.00

07/28/05  REVISE, EDIT COMPLAINT.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.         220.50

07/28/05  REVISE, EDIT, INTERROGATORIES AND REQUEST FOR
          PRODUCTION TO LANDLORD.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.         220.50

07/28/05  DRAFT DISCOVERY TO FAMILY DOLLAR.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.         220.50

07/28/05  PROOF SUMMONS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  389526                    PAGE   3

07/29/05  REVIEW COMPLAINT AND ATTACHMENTS.
          A. M. GRUNSPAN   .80 hours at  345.00 per hour.          276.00

07/29/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

07/29/05  SEVERAL LETTERS TO JASON ALDERMAN REGARDING
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

07/29/05  REVISE REQUEST FOR PRODUCTION TO LANDLORD.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.          138.00

07/29/05  REVISE INTERROGATORIES TO LANDLORD.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.          138.00

07/29/05  REVISE INTERROGATORIES TO FAMILY DOLLAR.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.          207.00

07/29/05  REVIEW REQUEST FOR PRODUCTION TO FAMILY DOLLAR.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.          172.50

07/29/05  CONFER WITH AMG REGARDING
          J. R. ALDERMAN   .30 hours at  245.00 per hour.           73.50

07/29/05  REVISE, EDIT COMPLAINT, DISCOVERY.
          J. R. ALDERMAN  1.20 hours at  245.00 per hour.          294.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $6,152.00


## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.30 hours at | $345.00 = | 1483.50 |
| JRA | J. R. ALDERMAN | 18.50 hours at | $245.00 = | 4532.50 |
| LG* | L. GOLDSTEIN* | 1.60 hours at | $85.00 = | 136.00 |
| | TOTALS | 24.40 | | $6,152.00 |

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          AUGUST 22, 2005
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  389526                    PAGE   4


**COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2005**


|            | COPYING COST                                      | 70.20    |
|------------|---------------------------------------------------|----------|
| 07/29/05   | FILING/RECORDING FEE - VENDOR: CLERK OF CIRCUIT COURT MIAMI-DADE COUNTY FILING FEE - STORE # 242 COMPLAINT | 256.00   |
| 07/29/05   | COPYING COST - VENDOR: MINIT PRINT OF MIAMI - AND BATES STAMP CLIENT'S FILE FOR STORE NO. 242 | 372.66   |

TOTAL COSTS AS POSTED THROUGH JULY 31, 2005          $698.86
                                                  ------------

**TOTAL AMOUNT DUE THIS INVOICE          $6,850.86**
                                        ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center 1201 W. Peachtree St., Ste. 3000 Atlanta, Georgia 30309 404.815.3400 Fax 404.815.3415 | P.O. Box 019101 Miami, FL 33131 305.530.0050 Fax 305.530.0055 | P.O. Box 1171 Orlando, FL 32802 407.849.0300 Fax 407.648.9099 | P.O. Box 2861 St. Petersburg, FL 33731 727.821.7000 Fax 727.822.3768 | P.O. Drawer 190 Tallahassee, FL 32302 850.224.1585 Fax 850.222.0398 | P.O. Box 150 West Palm Beach, FL 33402 561.659.7070 Fax 561.659.7368 |

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

OCTOBER 20, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  395423

RE:  STORE NO 242, FLAMINGO EAST, LTD

LEGAL SERVICES POSTED THROUGH 09/30/05          $4,411.50
COSTS ADVANCED POSTED THROUGH 09/30/05            $672.96
                                         - - - - - - - - - - - -

CURRENT INVOICE TOTAL          $5,084.46
                                         ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          OCTOBER 20, 2005
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  395423                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH SEPTEMBER 30, 2005**

08/01/05   FINAL PROOF BEFORE SERVICE OF COMPLAINT AND
           DISCOVERY. INSTRUCTIONS TO PARALEGAL REGARDING
           COPYING AND SERVICE.
           J. R. ALDERMAN   .40 hours at  245.00 per hour.          98.00

08/03/05   UPDATE TRACKING CHART.
           L. GOLDSTEIN*   .30 hours at  85.00 per hour.            25.50

08/08/05   LETTER TO JASON ALDERMAN REGARDING ▨▨▨▨▨
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.         103.50

08/08/05   REVISE MOTION TO STRIKE DEFENSES.
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.         103.50

09/06/05   REVIEW MOTION TO DISMISS.
           A. M. GRUNSPAN   .40 hours at  345.00 per hour.         138.00

09/06/05   CONTACT JASON ALDERMAN REGARDING ▨▨▨▨▨
           ▨▨▨▨▨▨▨▨▨.
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.         103.50

09/06/05   REVISE, EDIT REQUEST FOR PRODUCTION AND
           INTERROGATORIES TO LANDLORD.
           J. R. ALDERMAN   2.60 hours at  245.00 per hour.        637.00

09/06/05   RECEIPT AND REVIEW OF MOTION TO DISMISS BY
           FAMILY DOLLAR. INSTRUCTIONS TO PARALEGAL
           CONCERNING SETTING FOR HEARING. CONFER WITH
           AMG.
           J. R. ALDERMAN   .60 hours at  245.00 per hour.         147.00

09/07/05   WORK ON DISCOVERY.
           J. R. ALDERMAN   2.30 hours at  245.00 per hour.        563.50

09/13/05   RETRIEVE ALL DOCUMENTS PRODUCED BY COUNSEL AND
           PREPARE FOR NUMBERING AND COPYING.  PHONE CALLS
           TO MINIT PRINT.
           L. GOLDSTEIN*   .60 hours at  85.00 per hour.            51.00

09/15/05   STRATEGY AND PROGRESS CONFERENCE.
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.         103.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION       OCTOBER 20, 2005
STORE NO 242, FLAMINGO EAST, LTD       REF. NO.  50116-25029
INVOICE NUMBER  395423                 PAGE   2

09/23/05 BEGIN PREPARING LOG OF DOCUMENTS RECEIVED FROM
         CLIENT.
         L. GOLDSTEIN*   3.50 hours at  85.00 per hour.          297.50

09/26/05 CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
         FROM CLIENT.
         L. GOLDSTEIN*   8.90 hours at  85.00 per hour.          756.50

09/27/05 CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
         FROM CLIENT.
         L. GOLDSTEIN*  10.20 hours at  85.00 per hour.          867.00

09/28/05 CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
         FROM CLIENT.
         L. GOLDSTEIN*   3.00 hours at  85.00 per hour.          255.00

09/29/05 CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
         FROM CLIENT.
         L. GOLDSTEIN*   1.50 hours at  85.00 per hour.          127.50

09/30/05 CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
         FROM CLIENT.
         L. GOLDSTEIN*    .40 hours at  85.00 per hour.           34.00


         TOTAL FEES FOR PROFESSIONAL SERVICES          $4,411.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.60 hours at | $345.00 = | 552.00 |
| JRA | J. R. ALDERMAN | 5.90 hours at | $245.00 = | 1445.50 |
| LG* | L. GOLDSTEIN* | 28.40 hours at | $85.00 = | 2414.00 |
| | TOTALS | 35.90 | | $4,411.50 |

## COSTS INCURRED ON YOUR BEHALF AS POSTED SEPTEMBER 30, 2005

|  |  |  |
|---|---|---|
| | COPYING COST | 177.00 |
| | POSTAGE | 3.93 |
| | TELEPHONE | 0.45 |
| 08/15/05 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  - <br> ON FAMILY DOLLAR STORES OF FLORIDA, INC. | 59.00 |
| 08/15/05 | SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  - <br> ON FLAMINGO EAST, LTD. | 25.00 |
| 09/29/05 | LITIGATION SUPPORT - VENDOR: MINIT PRINT OF <br> MIAMI  - BATES-LABELING AND COPYING CLIENT DOCS | 407.58 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION                OCTOBER 20, 2005
STORE NO 242, FLAMINGO EAST, LTD                REF. NO.  50116-25029
INVOICE NUMBER  395423                          PAGE    3


TOTAL COSTS AS POSTED THROUGH SEPTEMBER 30, 2005          $672.96
                                                      - - - - - - - - - - - -

          **TOTAL AMOUNT DUE THIS INVOICE**          $5,084.46
                                                      ============