**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 1, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following matters:

1. First Interim Application of Akerman Senterfitt for Allowance and Payment of Compensation for Fees in the Amount of $156,171.50 and Reimbursement of Expenses in the Amount of $19,547.28 (April 22, 2005 – September 30, 2005);

2. Second Interim Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation for Fees in the Amount of $400,000 and Reimbursement of Expenses in the Amount of $7,637.09 (June 1, 2005 – September 30, 2005);

3. Second Interim Application of The Blackstone Group, L.P. for Allowance and Payment of Compensation for Fees in the Amount of $668,000 and Reimbursement of Expenses in the Amount of $49,021.08 (June 1, 2005 – September 30, 2005);

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Second Interim Application of Carlton Fields, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $240,325 and Reimbursement of Expenses in the Amount of $9,678.63 (June 1, 2005 – September 30, 2005);

5. Second Interim Application of Deloitte Consulting LLP for Allowance and Payment of Compensation for Fees in the Amount of $1,861,795.10 and Reimbursement of Expenses in the Amount of $225,828 (June 1, 2005 – September 30, 2005);[2]

6. Second Interim Application of Houlihan Lokey Howard & Zukin Capital for Allowance and Payment of Compensation for Fees in the Amount of $400,000 and Reimbursement of Expenses in the Amount of $21,346.40 (June 1, 2005 – September 30, 2005);

7. Second Interim Application of King & Spalding LLP for Allowance and Payment of Compensation for Fees in the Amount of $2,007,915.70 and Reimbursement of Expenses in the Amount of $43,162.13 (June 1, 2005 – September 30, 2005);

8. Second Interim Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $145,710.00 and Reimbursement of Expenses in the Amount of $121.57 (June 1, 2005 – September 30, 2005);

9. Second Interim Application of KPMG LLP for Allowance and Payment of Compensation for Fees in the Amount of $2,524,319 and Reimbursement of Expenses in the Amount of $90,341 (June 1, 2005 – September 31, 2005);

10. Second Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance and Payment of Compensation for Fees in the Amount of $1,283,088 and Reimbursement of Expenses in the Amount of $101,383.95 (June 1, 2005 – September 30, 2005);

11. Second Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Fees in the Amount of $193,312 and Reimbursement of Expenses in the Amount of $19,609.03 (June 1, 2005 – September 30, 2005);

12. Second Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Fees in the Amount of $4,158,012.50 and Reimbursement of Expenses in the Amount of $145,055.82 (May 1, 2005 – September 30, 2005);

---

[2] Deloitte's First Interim Application requested expense reimbursement through May 28, 2005. Deloitte seeks in its Second Interim Application expense reimbursement of $3,752.00 for expenses incurred through May 31, 2005.

13. Second Interim Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation for Fees in the Amount of $753,100 and Reimbursement of Expenses in the Amount of $18,786.66 (June 1, 2005 – September 30, 2005);

14. Second Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Fees in the Amount of $1,428,768.50 and Reimbursement of Expenses in the Amount of $59,029.21 (May 1, 2005 – September 30, 2005);

15. Second Interim Application of Togut, Segal & Segal LLP for Allowance and Payment of Compensation for Fees in the Amount of $15,190 and Reimbursement of Expenses in the Amount of $1,037.54 (June 1, 2005 – September 30, 2005); and

16. Second Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation for Fees in the Amount of $5,984,350 and Reimbursement of Expenses in the Amount of $374,713.55 (May 29, 2005 – October 1, 2005).

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: November 11, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By  *Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |