**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Second Interim Fee Application (06/01/05 - 09/30/05)**
**Exhibit A - Summary by Individual**

| Names Of Professionals/ Paraprofessionals (3) | Jun - Aug Rates (1) | Sep Rates (2) | June - August Hours | September Hours | Total |
|---|---|---|---|---|---|
| **Principal** | | | | | |
| Forcum, Anthony D. | $ 530.00 | $ 530.00 | 8.9 | - | $ 4,717.00 |
| **Director** | | | | | |
| Bearse, Scott F | $ 476.00 | $ 476.00 | 26.5 | 1.0 | $ 13,090.00 |
| **Sr. Manager** | | | | | |
| Gallese, Victor J | $ 400.00 | $ 425.00 | 283.3 | 72.1 | $ 143,962.50 |
| Tierney, Christopher J | $ 400.00 | $ 400.00 | 6.1 | - | $ 2,440.00 |
| **Manager** | | | | | |
| Maynard, Nicholas W. | $ 360.00 | $ 380.00 | 445.1 | 181.1 | $ 229,054.00 |
| Nadkarni, Shrikedar S | | $ 360.00 | | 106.9 | $ 38,484.00 |
| Page, Kristi D. | $ 360.00 | $ 380.00 | 481.5 | 139.8 | $ 226,464.00 |
| Peterson, John D G | $ 360.00 | $ 360.00 | 139.6 | 37.3 | $ 63,684.00 |
| **Sr. Consultant** | | | | | |
| Barrenechea, Ricardo | $ 291.00 | $ 291.00 | 398.9 | 115.9 | $ 149,806.80 |
| Fleming, L Michael | $ 291.00 | $ 291.00 | 110.6 | - | $ 32,184.60 |
| Heimanson, Andrea M | | $ 280.00 | | 118.0 | $ 33,040.00 |
| Himlova, Martina | $ 280.00 | $ 280.00 | 171.6 | 165.2 | $ 94,304.00 |
| Meier, Danielle R | $ 291.00 | $ 291.00 | 393.3 | 139.4 | $ 155,015.70 |
| Nadkarni, Shrikedar S | $ 291.00 | | 433.5 | | $ 126,148.50 |
| Stanton, Elizabeth E | $ 291.00 | $ 291.00 | 367.2 | 155.6 | $ 152,134.80 |
| **Consultant** | | | | | |
| Arnold, Christopher A | $ 186.00 | $ 210.00 | 382.5 | 158.9 | $ 104,514.00 |
| Cole, John Leland | | $ 175.00 | - | 91.7 | $ 16,047.50 |
| Frenzel, Michael Dossin | $ 175.00 | $ 175.00 | 520.7 | 178.2 | $ 122,307.50 |
| Heimanson, Andrea M | $ 186.00 | | 462.7 | | $ 86,062.20 |
| Kendall, Andrea | $ 210.00 | $ 210.00 | 169.4 | 156.0 | $ 68,334.00 |
| **Subtotal of Hours** | | | 4,801.4 | 1,817.1 | |
| **Total Hours and Fees** | | | | 6,618.5 | $ 1,861,795.10 |

Total Expenses (5/29/05 - 6/30/05)   $   225,828.00

**Total Due**   $   2,087,623.10

**Footnotes**
(1) Represents rates in effect at the time of bankruptcy filing and through the August 2005 portion of the 2nd Interim Fee Application.
(2) Represents rate changes for specific Deloitte personnel, effective as of the September 2005 portion of the 2nd Interim Fee Application.
(3) Individuals may be listed more than once in this Summary due to promotion.  Blanks among rate figures indicate either a change in level
    or new project personnel

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F**
**Deloitte Consulting LLP**
**Second Interim Fee Application (06/01/05 – 09/30/05)**
**Exhibit B – Narrative Description of Professional Services**

**Planning, Supervision, Administration, and Review**:
– Included in this category is time associated with Deloitte Consulting conducting activities related to the organization and execution of the engagement, including project overview and review time of Deloitte Consulting's project management and quality assurance personnel.

**Prep/Participation in Meetings/Conference Calls with Debtor Personnel**:
– Included in this category is time associated with Deloitte Consulting preparing for and attending meetings and conference calls with Debtors' personnel, including the preparation and review of discussion documents and other deliverables provided to Debtors' personnel.  In addition, Deloitte Consulting held regular meetings with Debtors' project sponsors and project team members as well as Debtors' functional area experts including Field Leadership, Central Procurement, Human Resources, Training, and Operations Services.  The purposes of the meetings/discussions were to provide /discuss project updates, provide proactive project management, resolve project timing/staffing/implementation issues, and to confirm or revise current project activities and deliverables as required and agreed upon.

**Preparation of Fee/Expense Applications**:
– Included in this category is time associated with Deloitte Consulting's efforts to prepare for and comply with Court requirements concerning the recording, categorization, summarization, review, and reconciliation of hours worked and expenses incurred in this Chapter 11 proceeding and prepare related Court filings.

**Store Pilot Program Materials Development**:
– Included in this category is time associated with Deloitte Consulting's assistance with the development of store-based training programs for the nine Winn-Dixie pilot implementation stores (#2, #6, #25, #40, #80, #103, #138, #179, #190).  These training programs include materials related to initiatives in the areas of backroom organization, grocery and general merchandise ordering, stocking productivity, direct store delivery controls, perishable shrink and front-end customer service, cashiering and cash office improvements.  Materials developed by Deloitte Consulting include Project Sponsor, District Manager, Store Director, and Field Training Team program binders containing detailed program initiative overviews, store-based training, trainer support documentation, program initiative tools, and pilot implementation logistics including training schedules, resource requirements, roles and expectations, certification guidelines, and key performance indicator tracking.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F**
**Deloitte Consulting LLP**
**Second Interim Fee Application (06/01/05 – 09/30/05)**
**Exhibit B – Narrative Description of Professional Services**

**Store Process Redesign:**
– Included in this category is time associated with Deloitte Consulting's assistance with the Debtors' documentation and re-design of current store processes in the areas of front-end customer service, cashiering, and cash office as well as in the areas of perishable department loss tracking, perishable production planning, direct store delivery controls, backroom organization and inventory, grocery and general merchandise ordering, and stocking productivity.  Documentation and re-design activities include in-store process observation and review, process variation identification, incorporation of supermarket industry best practices, Debtors' subject matter expert review and feedback, and in-store testing and refinement.

**Store Program Management Office**:
– Included in this category is time associated with Deloitte Consulting's assistance with the management and supervision of the pilot store program materials development, roll-out program materials development, store process redesign, store train-the-trainer training development, pilot stores implementation planning and execution, and chain-wide roll-out planning and execution.  Deloitte Consulting developed a project workplan, daily/weekly project work steps, and communication protocols to coordinate deployment of personnel project resources.  Deloitte Consulting reviewed and tracked project milestones, program scope, and overall project timeline and budget.  Deloitte Consulting regularly updated the project workplan, timeline, budget and milestones to account for Debtor adjustments to project timing, resources and scope.  Deloitte Consulting analyzed, reviewed, and reported on the key performance indicators for the Pilot, Wave One, and succeeding implementation waves (collectively referred to as "Jumpstart") including the development of executive level briefings documents.  Deloitte Consulting coordinated follow-up trainer visits in Pilot, Wave One, and succeeding implementation waves to ensure program sustainability.

**Store Program Training**:
– Included in this category is time associated with Deloitte Consulting's assistance with operational improvement clinic training, follow-up training, and post-wave re-training. Deloitte Consulting trained key personnel in each Jumpstart store including the Store Director, Co-Managers, Perishable Department Managers, Front-End Manager, Inventory Control Manager, In-store Coordinator, Stocking Associates, and other key store associates.  Deloitte Consulting trained key store personnel on back-end programs that included backroom reorganization, non-perishable ordering, perishable department shrink, perishable department ordering, and direct store delivery vendor management.  Deloitte Consulting also trained key store personnel on front-end programs that included front-end improvements, cashier processes and behaviors, cashier performance management, and front-end roles and responsibilities.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F**
**Deloitte Consulting LLP**
**Second Interim Fee Application (06/01/05 – 09/30/05)**
**Exhibit B – Narrative Description of Professional Services**

**Store Roll-Out Management Office**:
– Included in this category is time associated with Deloitte Consulting's assistance with the management and supervision of the wave one (32 stores) and succeeding implementation waves of Jumpstart store program training. Deloitte Consulting managed the logistics and execution of each six week wave, periodic key performance indicator data gathering and reporting, knowledge capture and program refinement, and succeeding wave planning and preparation. Deloitte Consulting convened nightly debrief conference call meetings with trainer resources to facilitate store progress status reporting, issue escalation, knowledge capture, program clarifications, and schedule changes. Deloitte developed and deployed key performance indicator scorecards and managed the collection of store-level key performance indicator data.

**Store Pilot Management Office**:
– Included in this category is time associated with Deloitte Consulting's assistance with the management and supervision of the Pilot stores (9 stores) implementation of Jumpstart store program training. Deloitte Consulting managed the logistics and execution of the Pilot wave, key performance indicator data gathering and reporting, and knowledge capture and program refinement. Deloitte Consulting convened nightly debrief conference call meetings with trainer resources to facilitate store progress status reporting, issue escalation, knowledge capture, program clarifications, and schedule changes. Deloitte developed and deployed key performance indicator Pilot store scorecards and managed the collection of Pilot store-level key performance indicator data.

**Store Roll-Out Program Materials Development**:
– Included in this category is time associated with Deloitte Consulting's assistance with the development, review, revision, and production of store-based training programs for Wave One and succeeding Winn-Dixie implementation wave stores. These training programs include materials related to initiatives in the areas of backroom organization, grocery and general merchandise ordering, perishable department ordering, stocking productivity, direct store delivery controls, perishable department shrink, and front-end customer service, cashiering and cash office improvements. Materials developed by Deloitte Consulting include Project Sponsor, District Manager, Store Director, and Field Training Team program binders containing detailed program initiative overviews, store-based training materials, trainer support documentation, program initiative tools, and wave one and succeeding implementation wave logistics, including training schedules, resource requirements, roles and expectations, certification guidelines, and key performance indicator tracking.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F**
**Deloitte Consulting LLP**
**Second Interim Fee Application (06/01/05 – 09/30/05)**
**Exhibit B – Narrative Description of Professional Services**

**Store Trainer Training**:
– Included in this category is time associated with Deloitte Consulting's assistance with the training of Winn-Dixie and Deloitte supplemental training resources on the specific programs associated with Jumpstart.  Deloitte Consulting conducted in-store hands-on trainer training in the areas of backroom organization, grocery and general merchandise ordering, perishable department ordering, stocking productivity, direct store delivery controls, perishable department shrink, and front-end customer service, cashiering and cash office improvements.

**Meeting with Professionals re: Case Status and Developing Strategy**:
– Included in this category is time associated with Deloitte Consulting conducting activities related to management review of case status, project workplans, resource deployment, and progress against key milestones and deliverables.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte Consulting LLP**
**Second Interim Fee Application (06/01/05 - 09/30/05)**
**Exhibit C - Summary by Category**

| Category Description | Hours |
|---|---:|
| Meeting with Professionals re: Case Status and Developing Strategy | 29.7 |
| Planning, Supervision, Administration, and Review | 32.7 |
| Prep/Participation in Meetings/Conf Calls with Debtor Personnel | 583.8 |
| Preparation of Fee/Expense Applications | 271.8 |
| Store Pilot Management Office | 841.9 |
| Store Pilot Program Materials Development | 134.1 |
| Store Process Redesign | 59.9 |
| Store Program Management Office (PMO) | 642.8 |
| Store Program Training | 1,870.5 |
| Store Roll-Out Management Office | 1,286.2 |
| Store Roll-Out Program Materials Development | 701.5 |
| Store Trainer Training | 163.6 |
| **Total** | **6,618.5** |