# Winn-Dixie Stores, Inc. et al.
## Chapter 11 Case No. 05-03817-3F1
## Deloitte Consulting LLP
## Second Interim Fee Application
## Schedule D -1 Meeting with Professionals re: Case Status and Developing Strategy

| Name | Level | Hours |
|---|---|---|
| Bearse, Scott F | Director | 2.5 |
| Forcum, Anthony D. | Principal | 1.4 |
| Gallese, Victor J | Sr. Manager | 4.6 |
| Maynard, Nicholas W. | Manager | 10.0 |
| Page, Kristi D. | Manager | 9.7 |
| Arnold, Christopher A | Consultant | 1.5 |
| | | 29.7 |

# Winn-Dixie Stores, Inc. et al.
## Chapter 11 Case No. 05-03817-3F1
## Deloitte Consulting LLP
## Second Interim Fee Application
## Schedule D -2 Planning, Supervision, Administration, and Review

| Name | Level | Hours |
|---|---|---|
| Tierney, Christopher J | Sr. Manager | 1.5 |
| Maynard, Nicholas W. | Manager | 2.9 |
| Page, Kristi D. | Manager | 0.3 |
| Peterson, John D G | Manager | 28.0 |
| | | 32.7 |

# Winn-Dixie Stores, Inc. et al.
## Chapter 11 Case No. 05-03817-3F1
## Deloitte Consulting LLP
## Second Interim Fee Application
## Schedule D -3 Prep/Participation in Meetings/Conf Calls with Debtor Personnel

| Name | Level | Hours |
|---|---|---:|
| Bearse, Scott F | Director | 13.0 |
| Forcum, Anthony D. | Principal | 1.9 |
| Gallese, Victor J | Sr. Manager | 95.5 |
| Maynard, Nicholas W. | Manager | 108.6 |
| Nadkarni, Shrikedar S | Manager | 11.5 |
| Page, Kristi D. | Manager | 153.2 |
| Barrenechea, Ricardo | Sr. Consultant | 20.6 |
| Heimanson, Andrea M | Sr. Consultant | 6.3 |
| Himlova, Martina | Sr. Consultant | 15.6 |
| Meier, Danielle R | Sr. Consultant | 30.9 |
| Nadkarni, Shrikedar S | Sr. Consultant | 26.7 |
| Stanton, Elizabeth E | Sr. Consultant | 30.4 |
| Arnold, Christopher A | Consultant | 21.1 |
| Frenzel, Michael Dossin | Consultant | 17.2 |
| Heimanson, Andrea M | Consultant | 12.8 |
| Kendall, Andrea | Consultant | 18.5 |
|  |  | 583.8 |

**Winn-Dixie Stores, Inc. et al.**
**Chapter 11 Case No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Second Interim Fee Application**
**Schedule D -4 Preparation of Fee/Expense Applications**

| Name | Level | Hours |
|---|---|---|
| Forcum, Anthony D. | Principal | 3.0 |
| Tierney, Christopher J | Sr. Manager | 4.6 |
| Maynard, Nicholas W. | Manager | 4.7 |
| Peterson, John D G | Manager | 148.9 |
| Fleming, L Michael | Sr. Consultant | 110.6 |
| | | 271.8 |

**Winn-Dixie Stores, Inc. et al.**
**Chapter 11 Case No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Second Interim Fee Application**
**Schedule D -5 Store Pilot Management Office**

| Name | Level | Hours |
|---|---|---|
| Bearse, Scott F | Director | 1.8 |
| Gallese, Victor J | Sr. Manager | 39.9 |
| Maynard, Nicholas W. | Manager | 135.0 |
| Nadkarni, Shrikedar S | Manager | 0.7 |
| Page, Kristi D. | Manager | 109.3 |
| Barrenechea, Ricardo | Sr. Consultant | 43.1 |
| Heimanson, Andrea M | Sr. Consultant | 4.5 |
| Himlova, Martina | Sr. Consultant | 5.5 |
| Meier, Danielle R | Sr. Consultant | 30.2 |
| Nadkarni, Shrikedar S | Sr. Consultant | 128.6 |
| Stanton, Elizabeth E | Sr. Consultant | 35.7 |
| Arnold, Christopher A | Consultant | 45.2 |
| Frenzel, Michael Dossin | Consultant | 158.1 |
| Heimanson, Andrea M | Consultant | 88.6 |
| Kendall, Andrea | Consultant | 15.7 |
| | | 841.9 |

# Winn-Dixie Stores, Inc. et al.
# Chapter 11 Case No. 05-03817-3F1
# Deloitte Consulting LLP
# Second Interim Fee Application
# Schedule D -6 Store Pilot Program Materials Development

| **Name** | **Level** | **Hours** |
|---|---|---:|
| Gallese, Victor J | Sr. Manager | 4.8 |
| Maynard, Nicholas W. | Manager | 14.0 |
| Page, Kristi D. | Manager | 4.3 |
| Barrenechea, Ricardo | Sr. Consultant | 14.2 |
| Meier, Danielle R | Sr. Consultant | 5.8 |
| Nadkarni, Shrikedar S | Sr. Consultant | 1.3 |
| Stanton, Elizabeth E | Sr. Consultant | 23.9 |
| Frenzel, Michael Dossin | Consultant | 49.8 |
| Heimanson, Andrea M | Consultant | 16.0 |
| | | 134.1 |

# Winn-Dixie Stores, Inc. et al.
# Chapter 11 Case No. 05-03817-3F1
# Deloitte Consulting LLP
# Second Interim Fee Application
# Schedule D -7 Store Process Redesign

| **Name** | **Level** | **Hours** |
|---|---|---|
| Bearse, Scott F | Director | 0.1 |
| Gallese, Victor J | Sr. Manager | 0.1 |
| Maynard, Nicholas W. | Manager | 6.9 |
| Page, Kristi D. | Manager | 33.8 |
| Barrenechea, Ricardo | Sr. Consultant | 3.6 |
| Meier, Danielle R | Sr. Consultant | 13.5 |
| Nadkarni, Shrikedar S | Sr. Consultant | 1.0 |
| Frenzel, Michael Dossin | Consultant | 0.1 |
| Heimanson, Andrea M | Consultant | 0.8 |
| | | 59.9 |

# Winn-Dixie Stores, Inc. et al.
# Chapter 11 Case No. 05-03817-3F1
# Deloitte Consulting LLP
# Second Interim Fee Application
# Schedule D -8 Store Program Management Office (PMO)

| Name | Level | Hours |
|---|---|---|
| Bearse, Scott F | Director | 10.1 |
| Forcum, Anthony D. | Principal | 2.6 |
| Gallese, Victor J | Sr. Manager | 32.7 |
| Maynard, Nicholas W. | Manager | 227.9 |
| Nadkarni, Shrikedar S | Manager | 5.9 |
| Page, Kristi D. | Manager | 125.4 |
| Barrenechea, Ricardo | Sr. Consultant | 13.2 |
| Heimanson, Andrea M | Sr. Consultant | 0.6 |
| Himlova, Martina | Sr. Consultant | 3.8 |
| Meier, Danielle R | Sr. Consultant | 16.9 |
| Nadkarni, Shrikedar S | Sr. Consultant | 25.1 |
| Stanton, Elizabeth E | Sr. Consultant | 15.1 |
| Arnold, Christopher A | Consultant | 10.2 |
| Cole, John Leland | Consultant | 11.4 |
| Frenzel, Michael Dossin | Consultant | 125.2 |
| Heimanson, Andrea M | Consultant | 8.0 |
| Kendall, Andrea | Consultant | 8.7 |
| | | 642.8 |

## Winn-Dixie Stores, Inc. et al.
## Chapter 11 Case No. 05-03817-3F1
## Deloitte Consulting LLP
## Second Interim Fee Application
## Schedule D -9 Store Program Training

| **Name** | **Level** | **Hours** |
|---|---|---|
| Gallese, Victor J | Sr. Manager | 136.7 |
| Maynard, Nicholas W. | Manager | 2.5 |
| Nadkarni, Shrikedar S | Manager | 9.7 |
| Page, Kristi D. | Manager | 23.2 |
| Barrenechea, Ricardo | Sr. Consultant | 345.4 |
| Heimanson, Andrea M | Sr. Consultant | 21.0 |
| Himlova, Martina | Sr. Consultant | 142.1 |
| Meier, Danielle R | Sr. Consultant | 215.1 |
| Nadkarni, Shrikedar S | Sr. Consultant | 117.3 |
| Stanton, Elizabeth E | Sr. Consultant | 171.3 |
| Arnold, Christopher A | Consultant | 325.4 |
| Frenzel, Michael Dossin | Consultant | 11.1 |
| Heimanson, Andrea M | Consultant | 223.5 |
| Kendall, Andrea | Consultant | 126.2 |
| | | 1,870.5 |

**Winn-Dixie Stores, Inc. et al.**
**Chapter 11 Case No. 05-03817-3F1**
**Deloitte Consulting LLP**
**Second Interim Fee Application**
**Schedule D -10 Store Roll-Out Management Office**

| Name | Level | Hours |
|---|---|---|
| Gallese, Victor J | Sr. Manager | 32.9 |
| Maynard, Nicholas W. | Manager | 87.3 |
| Nadkarni, Shrikedar S | Manager | 76.4 |
| Page, Kristi D. | Manager | 117.2 |
| Barrenechea, Ricardo | Sr. Consultant | 55.9 |
| Heimanson, Andrea M | Sr. Consultant | 70.5 |
| Himlova, Martina | Sr. Consultant | 116.8 |
| Meier, Danielle R | Sr. Consultant | 110.2 |
| Nadkarni, Shrikedar S | Sr. Consultant | 51.2 |
| Stanton, Elizabeth E | Sr. Consultant | 102.3 |
| Arnold, Christopher A | Consultant | 103.7 |
| Cole, John Leland | Consultant | 79.4 |
| Frenzel, Michael Dossin | Consultant | 174.3 |
| Heimanson, Andrea M | Consultant | 38.6 |
| Kendall, Andrea | Consultant | 69.5 |
| | | 1,286.2 |

# Winn-Dixie Stores, Inc. et al.
# Chapter 11 Case No. 05-03817-3F1
# Deloitte Consulting LLP
# Second Interim Fee Application
# Schedule D -11 Store Roll-Out Program Materials Development

| Name | Level | Hours |
|---|---|---|
| Gallese, Victor J | Sr. Manager | 8.2 |
| Maynard, Nicholas W. | Manager | 26.4 |
| Nadkarni, Shrikedar S | Manager | 2.7 |
| Page, Kristi D. | Manager | 44.9 |
| Barrenechea, Ricardo | Sr. Consultant | 6.3 |
| Heimanson, Andrea M | Sr. Consultant | 15.1 |
| Himlova, Martina | Sr. Consultant | 21.7 |
| Meier, Danielle R | Sr. Consultant | 102.5 |
| Nadkarni, Shrikedar S | Sr. Consultant | 57.7 |
| Stanton, Elizabeth E | Sr. Consultant | 115.4 |
| Arnold, Christopher A | Consultant | 22.2 |
| Cole, John Leland | Consultant | 0.9 |
| Frenzel, Michael Dossin | Consultant | 163.1 |
| Heimanson, Andrea M | Consultant | 69.0 |
| Kendall, Andrea | Consultant | 45.4 |
| | | 701.5 |

# Winn-Dixie Stores, Inc. et al.
# Chapter 11 Case No. 05-03817-3F1
# Deloitte Consulting LLP
# Second Interim Fee Application
# Schedule D -12 Store Trainer Training

| Name | Level | Hours |
|---|---|---|
| Barrenechea, Ricardo | Sr. Consultant | 12.5 |
| Himlova, Martina | Sr. Consultant | 31.3 |
| Meier, Danielle R | Sr. Consultant | 7.6 |
| Nadkarni, Shrikedar S | Sr. Consultant | 24.6 |
| Stanton, Elizabeth E | Sr. Consultant | 28.7 |
| Arnold, Christopher A | Consultant | 12.1 |
| Heimanson, Andrea M | Consultant | 5.4 |
| Kendall, Andrea | Consultant | 41.4 |
| | | 163.6 |