|  | Hearing Date: | December 1, 2005 |
|---|---|---|
|  | Hearing Time: | 1:00 PM (EST) |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

------------------------------------------------------------x   Fees Sought:        $15,190.00
:   Expenses Sought:    $1,037.54
In re:                                                      :   **Aggregate Sought:  $16,227.54**
:
WINN-DIXIE STORES, INC., *et al.*,                          :   Case No. 05-03817-3F1
:   Chapter 11
          Debtors.                            :   Jointly Administered
:
------------------------------------------------------------x

TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:

### Schedule of Fees for the Period July 12, 2005 through September 30, 2005

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| ALBERT TOGUT | 1975 | 2005 | $765 | 15.6 | $11,934.00 |
| NEIL BERGER | 1987 | 2005 | $630 | 3.1 | 1,968.50 |
| **ASSOCIATES**[1.0] | | | | | |
| JAYME GOLDSTEIN | 2003 | 2005 | $255 | 1.3 | 331.50 |
| **PARALEGALS** | | | | | |
| DAWN PERSON | N/A | 2005 | $190 | 3.9 | 741.00 |
| DENISE CAHIR | N/A | 2005 | $145 | .8 | 100.00 |
| SHARI VIRAG | N/A | 2005 | $125 | 1.0 | 115.00 |
| **TOTALS:** | | | | **25.7** | **$15,190.00** |

---

1    The rates charged herein are the same rates charged in all other cases on which this firm is engaged.