UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

FINAL ORDER AUTHORIZING
RETENTION OF TOGUT, SEGAL & SEGAL LLP AS
CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

These cases came before the Court for hearing on May 19, 2005, upon the application of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the Debtors to retain the law firm of Togut Segal & Segal LLP ("TS&S") as their conflicts counsel (the "Application").[1] The Court has reviewed the Application, the supporting affidavit of Albert Togut, Esq. (the "Togut Affidavit"), and the interim order authorizing such retention entered on March 3, 2005 by the United States Bankruptcy Court for the Southern District of New York (the "Interim Order"); and the Court has considered the evidence and heard the argument of counsel. After due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Application is granted as set forth in this Order.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Application.

2. In accordance with Section 327(a) of the Bankruptcy Code, the Debtors are authorized, to employ and retain TS&S as their conflicts counsel, nunc pro tunc to February 28, 2005, but ending on April 13, 2005, to perform services for the matters which Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden, Arps") cannot handle due to conflicts, and to perform other discrete duties as are assigned to TS&S by Skadden, Arps as generally described in the Application and the Togut Affidavit.

3. TS&S shall be entitled to seek compensation for services provided between February 28, 2005 and April 13, 2005, and reimbursement for associated expenses, together with any fees and expenses incurred in connection with seeking such compensation and reimbursement, upon appropriate application in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and orders of this Court.

4. The Debtors are not authorized to obtain services from TS&S after April 13, 2005 unless authorized by further order of this Court upon application by the Debtors.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated May 19, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

978975.04-New York Server 7A - MSW