**EXHIBIT "2"**

# Case No. 05-03817-3F1
# WINN-DIXIE STORES, INC., *et al.*, Debtors.
# Jointly Administered
# Chapter 11

## SUMMARY OF PROFFESSIONAL FEES
## FOR TOGUT, SEGAL & SEGAL LLP

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| ALBERT TOGUT | 1975 | 2005 | $765 | 15.6 | $11,934.00 |
| NEIL BERGER | 1987 | 2005 | $630 | 3.1 | 1,968.50 |
| **ASSOCIATES**1.0 | | | | | |
| JAYME GOLDSTEIN | 2003 | 2005 | $255 | 1.3 | 331.50 |
| **PARALEGALS** | | | | | |
| DAWN PERSON | N/A | 2005 | $190 | 3.9 | 741.00 |
| DENISE CAHIR | N/A | 2005 | $145 | .8 | 100.00 |
| SHARI VIRAG | N/A | 2005 | $125 | 1.0 | 115.00 |
| TOTALS: | | | | 25.7 | $15,190.00 |

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
7/12/2005...9/30/2005

*11/10/2005*
*10:47:57 AM*

**Billable**

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---:|---:|
| atogut | Albert Togut | 15.6 | 11,934.00 |
| dcahir | Denise Cahir | 0.8 | 100.00 |
| dperson | Dawn Person | 3.9 | 741.00 |
| jgoldstein | Jayme T. Goldstein | 1.3 | 331.50 |
| nberger | Neil Berger | 3.1 | 1,968.50 |
| svirag | Shari Virag | 1.0 | 115.00 |
| | Grand Total: | 25.7 | 15,190.00 |

1

# Togut, Segal & Segal LLP
## Summary Report

Winn-Dixie
7/12/2005...9/30/2005

*11/10/2005*
*10:48:16 AM*

**Billable**

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| | Fee Application/Fee Statements | 25.7 | 15,190.00 |
| | Grand Total: | 25.7 | 15,190.00 |

| | | | |
|---|---|---|---|
| Winn-Dixie | **Togut, Segal & Segal LLP** | | *11/10/2005* |
| 7/12/2005...9/30/2005 | Summary Report | | *10:48:56 AM* |

**Billable**

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| L.D. Phone | | 0.0 | 0.07 |
| Photocopies | | 0.0 | 11.00 |
| Travel-airfare | | 0.0 | 818.90 |
| Travel-ground | | 0.0 | 207.57 |
| | Grand Total: | 0.0 | 1,037.54 |

1

## Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie  
7/12/2005...9/30/2005

*11/10/2005*  
*2:38:00 PM*

**Billable**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: Fee Application/Fee Statements** | | | |
| 7/12/05 | nberger / Revise Docs.<br>Fee Application/Fee Statements | T | 0.5<br>635.00 | 317.50<br>Billable |
| #127332 | Work on fee application. | | | |
| 7/12/05 | nberger / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.3<br>635.00 | 190.50<br>Billable |
| #127333 | Review final draft of fee pplication. | | | |
| 7/12/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #136567 | E-mail exchange JG re signing and filing of fee application | | | |
| 7/13/05 | nberger / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 0.5<br>635.00 | 317.50<br>Billable |
| #127458 | Final review of fee application (.3); Filing instructions to DP(.2). | | | |
| 7/13/05 | svirag / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 1.0<br>115.00 | 115.00<br>Billable |
| #127661 | Assisted DP with preparation of Fee Application. | | | |
| 7/13/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #136568 | E-mail exchange JNB re fee application coordination with Skadden | | | |
| 7/14/05 | nberger / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.7<br>635.00 | 444.50<br>Billable |
| #127839 | O/c's w/ DP re filing and service of fee application (.3); E-mail w/<br>AT re same and hearing (.4). | | | |
| 7/14/05 | dcahir / Prep Filing/Svc<br>Fee Application/Fee Statements | T | 0.8<br>125.00 | 100.00<br>Billable |
| #133745 | Assisted DP with preparation of fee application. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie  
7/12/2005...9/30/2005

*11/10/2005*  
*2:38:00 PM*

### Billable

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 7/14/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #136573 | E-mail exchange NB re fee hearing attendance | | | |
| 7/14/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #136574 | E-mail exchange Corin re fee hearing attendance | | | |
| 7/15/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #136575 | E-mail exchange Corin re travel plans to JAX | | | |
| 7/15/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #136576 | E-mail exchange Baker re whether to attend hearing in person | | | |
| 7/17/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #136577 | E-mail exchange Corin re JAX trip | | | |
| 7/17/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #136578 | E-mail to Corin re finalizing trip to JAX | | | |
| 8/1/05 | jgoldstein / Review Docs.<br>Fee Application/Fee Statements | T | 0.3<br>255.00 | 76.50<br>Billable |
| #132021 | Review docket for information about potential UST objection to TS&S fee application in Winn Dixie | | | |
| 8/1/05 | jgoldstein / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>255.00 | 51.00<br>Billable |
| #132025 | E-mail correspondences with AT, NB and DP regarding status of filing of potential UST objection to TS&S fee application in Winn Dixie | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
7/12/2005...9/30/2005

*11/10/2005*
*2:38:00 PM*

**Billable**

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 8/1/05 | nberger / Review Docs. <br> Fee Application/Fee Statements | T | 0.6 <br> 635.00 | 381.00 <br> Billable |
| #132246 | Review Motion for fee examiner (.4); Memo to AT re same (.2). | | | |
| 8/1/05 | dperson / Prep. Hearing <br> Fee Application/Fee Statements | T | 1.6 <br> 190.00 | 304.00 <br> Billable |
| #139359 | Prepared fee application, Notice and Proposed Orders in preparation for hearing on first and final fees | | | |
| 8/1/05 | dperson / Comm. Profes. <br> Fee Application/Fee Statements | T | 0.2 <br> 190.00 | 38.00 <br> Billable |
| #139362 | Communications with Kim Lamaina @ Skadden re: Appearance requirements for final fee hearing | | | |
| 8/1/05 | dperson / Comm. Profes. <br> Fee Application/Fee Statements | T | 0.3 <br> 190.00 | 57.00 <br> Billable |
| #139365 | Numerous communications with NB & AT re: Preparation for fee hearing, proposed order requirements etc. | | | |
| 8/1/05 | atogut / Inter Off Memo <br> Fee Application/Fee Statements | T | 0.1 <br> 765.00 | 76.50 <br> Billable |
| #149368 | E-mail exchange DP re fee order | | | |
| 8/1/05 | atogut / Review Docs. <br> Fee Application/Fee Statements | T | 0.1 <br> 765.00 | 76.50 <br> Billable |
| #149369 | Review fee order | | | |
| 8/1/05 | atogut / Prep. Hearing <br> Fee Application/Fee Statements | T | 0.2 <br> 765.00 | 153.00 <br> Billable |
| #149370 | E-mail exchange DP re hearing prep | | | |
| 8/1/05 | atogut / Prep. Hearing <br> Fee Application/Fee Statements | T | 0.3 <br> 765.00 | 229.50 <br> Billable |
| #149371 | E-mail exchange JH re Judge Funk Court rules | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Winn-Dixie
7/12/2005...9/30/2005

11/10/2005
2:38:00 PM

---

**Billable**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/1/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149372 | E-mail exchange JG re US Trustee fee statement filing | | | |
| 8/1/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149373 | E-mail exchange Baker re fee examiner motion | | | |
| 8/1/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | 229.50<br>Billable |
| #149374 | E-mail exchange NB re fee examiner motion | | | |
| 8/1/05 | atogut / Review Docs.<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149375 | Review motion for examiner | | | |
| 8/2/05 | nberger / OC/TC strategy<br>Fee Application/Fee Statements | T | 0.3<br>635.00 | 190.50<br>Billable |
| #132279 | O/c w/ JG re DIP lender fee exminer motion (.1); Memo's w/ AT re same (.2). | | | |
| 8/2/05 | jgoldstein / Review Docs.<br>Fee Application/Fee Statements | T | 0.3<br>255.00 | 76.50<br>Billable |
| #132285 | Review motion by Wachovia Bank for appointment of fee examiner | | | |
| 8/2/05 | jgoldstein / Review Docs.<br>Fee Application/Fee Statements | T | 0.1<br>255.00 | 25.50<br>Billable |
| #132288 | E-mail correspondences with AT and NB regarding status of motion by Wachovia Bank for appointment of fee examiner | | | |
| 8/2/05 | nberger / Review Docs.<br>Fee Application/Fee Statements | T | 0.2<br>635.00 | 127.00<br>Billable |
| #132512 | Review LaMaina e-mail re revision to fee orders and review DP revised draft. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
7/12/2005...9/30/2005

11/10/2005
2:38:00 PM

**Billable**

| Date / Slip Number | | T/E | Hours Rate | Slip Billing | Amount Status |
|---|---|---|---|---|---|
| 8/2/05 | jgoldstein / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.1<br>255.00 | | 25.50<br>Billable |
| #132537 | Review e-mail from K. LaMaina regarding revisions to TS&S Fee Order | | | | |
| 8/2/05 | jgoldstein / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>255.00 | | 76.50<br>Billable |
| #132538 | E-mail correspondences with DP regarding revisions to TS&S fee order (.1); e-mail correspondences with AT and NB regarding lack of objections to TS&S fee application (.2) | | | | |
| 8/2/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.6<br>190.00 | | 114.00<br>Billable |
| #137893 | Numerous communications with Kim LaMaina @ Skadden re: Changes to Order per request of fee examiner and US trustee | | | | |
| 8/2/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>190.00 | | 38.00<br>Billable |
| #139385 | Numerous communications with AT re: Changes to Proposed Fee Order per request of fee examiner and US trustee | | | | |
| 8/2/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | | 76.50<br>Billable |
| #149379 | E-mail exchange Ed Brown re electronic equipment | | | | |
| 8/2/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #149380 | E-mail exchange JH re electronic equipment | | | | |
| 8/2/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | | 229.50<br>Billable |
| #149381 | E-mail exchange NB re status fee examiner motion | | | | |
| 8/2/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | | 153.00<br>Billable |
| #149382 | E-mail exchange Baker re suggestion for fee examiner | | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie  
7/12/2005...9/30/2005

*11/10/2005*  
*2:38:00 PM*

**Billable**

| Date / Slip Number | | T/E | Hours / Rate | Slip Billing / Amount Status |
|---|---|---|---|---|
| 8/2/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | 229.50<br>Billable |
| #149383 | E-mail exchange Baker re fee examiner motion | | | |
| 8/2/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | 229.50<br>Billable |
| #149384 | E-mail exchange DP re fee order language changes | | | |
| 8/2/05 | atogut / Review Docs.<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #149385 | Review fee order language changes | | | |
| 8/2/05 | atogut / Review Docs.<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149386 | Review La Mania e-mail traffic re fee order language changes | | | |
| 8/2/05 | atogut / Review Docs.<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149387 | E-mail exchange JG re fee order language changes | | | |
| 8/3/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>190.00 | 38.00<br>Billable |
| #139799 | Communications with Kim Lamaina @ Skadden re: additional revisions to proposed fee Order | | | |
| 8/3/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>190.00 | 38.00<br>Billable |
| #139805 | Communications with AT re: Status of hearing on first and final fee applications, fee examiner issues etc. | | | |
| 8/3/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>190.00 | 38.00<br>Billable |
| #139807 | Communications with K. Lamaina @ Skadden re; additional requests by US Trustee and fee examiner to proposed Order for first and final allowance of fees for professionals | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
7/12/2005...9/30/2005

11/10/2005
2:38:00 PM

**Billable**

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/3/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149388 | E-mail exchange Baker re fee hearing | | | |
| 8/3/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | 229.50<br>Billable |
| #149391 | E-mail exchange JH re hearing arrangements | | | |
| 8/3/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149392 | E-mail exchange DP re preps for hearing documents needed | | | |
| 8/3/05 | atogut / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | 229.50<br>Billable |
| #149393 | Conference Jan Baker re bank position on fee apps. and strategy | | | |
| 8/3/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #149394 | OC DP re order re bank position on fee apps. and strategy | | | |
| 8/3/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149395 | TC Skadden re order re bank position on fee apps. and strategy | | | |
| 8/3/05 | atogut / Prep. Hearing<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149396 | Review order and begin prep for hearing | | | |
| 8/3/05 | atogut / Prep. Hearing<br>Fee Application/Fee Statements | T | 2.6<br>765.00 | 1,989.00<br>Billable |
| #149401 | Review materials to prep for fee hearing; related file review for same | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

Winn-Dixie
7/12/2005...9/30/2005

*11/10/2005*
*2:38:00 PM*

**Billable**

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 8/4/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>190.00 | 38.00<br>Billable |
| #139827 | Continued communications with NB & AT re: Language changes to proposed Order, fee examiner issues etc. as they related to first and final applications | | | |
| 8/4/05 | dperson / Comm. Profes.<br>Fee Application/Fee Statements | T | 0.2<br>190.00 | 38.00<br>Billable |
| #139876 | Communications with Elizabeth Schule @ Smith Hulsey re: final revisions for fee order | | | |
| 8/4/05 | atogut / Attend Hearing<br>Fee Application/Fee Statements | T | 3.9<br>765.00 | 2,983.50<br>Billable |
| #149397 | Travel to airport (.7); flight to JAX arriving 11:50 am (3.7); travel to court (.5); hearing on fee applications (1.4) - travel at 1/2 rate | | | |
| 8/4/05 | atogut / Attend Hearing<br>Fee Application/Fee Statements | T | 2.0<br>765.00 | 1,530.00<br>Billable |
| #149398 | Travel from Court to JAX (.5); flight home (3.5) - travel at 1/2 rate | | | |
| 8/4/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.2<br>765.00 | 153.00<br>Billable |
| #149399 | E-mail report to Team re hearing outcome | | | |
| 8/4/05 | atogut / Inter Off Memo<br>Fee Application/Fee Statements | T | 0.3<br>765.00 | 229.50<br>Billable |
| #149400 | E-mail exchange NB re Bank request for language for fee order | | | |
| 9/6/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #154887 | E-mail to Henry re hearing transcript | | | |
| 9/14/05 | atogut / Correspondence<br>Fee Application/Fee Statements | T | 0.1<br>765.00 | 76.50<br>Billable |
| #154888 | E-mail to Henry re 8/4 transcript | | | |

Matter Total:    25.70            15,190.00

| Winn-Dixie | Togut, Segal & Segal LLP | 11/10/2005 |
|---|---|---|
| 7/12/2005...9/30/2005 | Client Billing Report | 2:38:00 PM |

### Billable

| Date Slip Number | | T/E | Hours Rate | Slip Amount Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 8/1/05 | nberger / Travel-ground General | E | 0.0 143.31 | 143.31 Billable |
| #136004 | Car service after 8pm on 8/1/5 from office to home -- fee hearing preparation. | | | |
| 8/1/05 | atogut / L.D. Phone General | E | 0.0 0.07 | 0.07 Billable |
| #137333 | TS&S monthly long-distance telephone (August 2005). | | | |
| 8/1/05 | atogut / Photocopies General | E | 0.0 11.00 | 11.00 Billable |
| #139863 | TS&S monthly photocopies for August 2005. | | | |
| 8/4/05 | atogut / Travel-airfare General | E | 0.0 818.90 | 818.90 Billable |
| #135968 | Roundtrip airfare for AT on 8/4/05 from New York to Jacksonville, FL to attend fee hearing. | | | |
| 8/4/05 | atogut / Travel-ground General | E | 0.0 64.26 | 64.26 Billable |
| #136796 | Car service from home to Newark Airport -- trip to Florida re fee hearing. | | | |

|  |  |
|---|---|
| Matter Total: 0.00 | 1,037.54 |
| Total Time Bill: | 15,190.00 |
| Total Time Non Bill: | |
| Total Costs Bill: | 1,037.54 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 16,227.54 |
| Grand Total: | 16,227.54 |