**EXHIBIT "3"**

Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*, Debtors.
Jointly Administered
Chapter 11

**SUMMARY OF EXPENSES FOR TOGUT, SEGAL & SEGAL LLP**

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TELEPHONE | .07 |
| PHOTOCOPIES | $11.00 |
| TRAVEL - GROUND | $207.57 |
| TRAVEL AIRFARE | 818.90 |
| TOTAL: | **$1,037.54** |