**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---------------------------------------------------------------x
                                                             :
In re:                                                       :    Case No. 05-03817-3F1
                                                             :
WINN-DIXIE STORES, INC., *et al.*,                           :    Chapter 11
                                                             :
                    Debtors.                                 :    Jointly Administered
                                                             :
---------------------------------------------------------------x

**ORDER APPROVING APPLICATION OF TOGUT, SEGAL & SEGAL LLP PURSUANT TO ORDER DATED MAY 19, 2005 FOR SERVICES RENDERED AS BANKRUPTCY CONFLICTS COUNSEL TO THE <u>DEBTORS AND FOR REIMBURSEMENT OF EXPENSES</u>**

These cases came before the Court upon the application dated November 10, 2005 (the "Application"), made pursuant to this Court's May 19, 2005 Order, of Togut, Segal & Segal LLP ("TS&S"), as bankruptcy conflicts counsel for Winn-Dixie Stores, Inc. and the other above-captioned debtors and debtors in possession (collectively, "Winn-Dixie" or the "Debtors"), for an order (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $15,190.00; and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $1,037.54, for the period July 12, 2005 through September 30, 2005, (the "Application Period"). A hearing on the Application was held on December 1, 2005. The Court has read the Application, considered the representations of counsel, and has determined that notice of the Application was good and sufficient under the circumstances, and that no other or further notice need be given.

Accordingly, it is

**ORDERED AND ADJUDGED THAT**:

1. The Application is granted; and

2. The fees earned and the expenses incurred by TS&S during the Application Period, as set forth in the Application, are approved and allowed, on a final basis; and

3. The Debtors are authorized and directed to pay to TS&S (to the extent not previously paid) the sums of: (i) $15,190.00, representing fees earned TS&S during and in connection with the Application Period for the preparation and prosecution of its first request for compensation and expenses consistent with the May 19, 2005 Order authorizing the retention of TS&S on a final basis; and (ii) $1,037.54, representing expenses incurred by TS&S during the Application Period; and

Dated this _____ day of Decmber 2005 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Togut, Segal & Segal LLP is directed to serve
a copy of this Order on all parties who
received copies of the Application.