# EXHIBIT "B"

**Summary Table of Disbursements Billed During Akerman Senterfitt's
First Interim Compensation Period
(April 22, 2005 – September 30, 2005)**

| Disbursements | Amount |
|---|---|
| Corporate Searches | $16,133.25 |
| Westlaw | $211.53 |
| Witness Fee | $54.58 |
| Service of Process | $50.00 |
| Long Distance Telephone | $57.21 |
| Federal Express | $298.15 |
| Duplicating | $2,603.99 |
| Meals | $22.97 |
| Transportation/Parking | $31.50 |
| Mileage | $17.33 |
| Delivery Service | $29.40 |
| Postage | $37.37 |
| **Total Disbursements** | **$19,547.28** |

{JA255463;1}