**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF THC, LLC TO DEBTORS' NOTICE OF INTENT TO ABANDON FURNITURE, FIXTURES AND EQUIPMENT**

THC, LLC ("THC"), a lessor of certain nonresidential real property in the above-captioned bankruptcy case, by and through undersigned counsel, desires to withdraw its objection (the "Limited Objection"), Docket Number #3660, to the Debtors' Notice (the "Notice") of Intent to Abandon Furniture, Fixtures and Equipment ("FF&E").

Therefore, THC, LLC hereby withdraws its Limited Objection to Debtors' Notice of Intent to Abandon Furniture, Fixtures and Equipment as the objection is now rendered moot.

Dated: November 11, 2005

/s/ Christie Lyman Dowling
Christie Lyman Dowling
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Ste. 2600
Birmingham, AL 35203
Tel: (205) 251-8100
Fax: (205) 226-8799
cdowling@balch.com

*Attorney for THC, LLC*

801405.1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served upon Cynthia C. Jackson, Esq., counsel for the Debtors, via facsimile at (904) 359-7708 on the 11th day of November, 2005.

                                          /s/ Christie Lyman Dowling