**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,  Case No.: 3:05-bk-03817-JAF

    Debtors.  Chapter 11

                                                /  Jointly Administered

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Second Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from June 1, 2005, through and including September 30, 2005.

Dated: November 11, 2005.

                                      AKERMAN SENTERFITT

                                      By: */s/ John B. Macdonald*
                                          John B. Macdonald
                                          Florida Bar No.: 230340
                                          E-mail: john.macdonald@akerman.com
                                          Patrick P. Patangan
                                          Florida Bar No.: 348340
                                          E-mail: patrick.patangan@akerman.com
                                          50 N. Laura St., Suite 2500
                                          Jacksonville, FL 32202
                                          Telephone: (904) 798-3700
                                          Facsimile: (904) 798-3730

                                      Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA255472;1}

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 11th day of November, 2005 to:

| | |
|---|---|
| Elena L. Escamilla<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>Email: Elena.L.Escamilla@usdoj.gov | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: D. J. Baker<br>Four Times Square<br>New York, New York 10036<br>Email: djbaker@skadden.com |
| Kenneth C. Meeker<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>Email: ken.meeker@usdoj.gov | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Attn: Jonathan N. Helfat<br>230 Park Avenue, 29th Floor<br>New York, NY 10169<br>Email: Jhelfat@oshr.com |
| Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699<br>Email: LarryAppel@winn-dixie.com | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Matthew Barr<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Email: Mbarr@milbank.com |
| King & Spalding LLP<br>Attn: Sarah Robinson Borders<br>191 Peachtree Street<br>Atlanta, GA 30303<br>Email: sborders@kslaw.com | |

                                                */s/ John B. Macdonald*
                                                  Attorney