**EXHIBIT "3"**

Summary of Time by Professional
May 29, 2005 through October 1, 2005

Case 3:05-bk-03817-JAF    Doc 4152-4    Filed 11/11/05    Page 1 of 3

**XRoads Solution Group, LLC**
**Winn Dixie Summary of Fees**
**Period May 29, 2005 through October 1, 2005**

**May 29 2005 through October 1, 2005**

| | |
|---|---:|
| Billed at Monthly Fixed Fee of $200,000 per Month (4 months) | $800,000.00 |
| 12,368.10    Hours over the 400 cap (Total Hours: 13,968.10) | |
| Calculated at the Rate of $400 per hour | $4,947,240.00 |
| Administrative Personnel | $237,110.00 |
| Total Amount Due | $5,984,350.00 |

| | Gross hours | Net Hours |
|---|---:|---:|
| Total Hours - BK | 16,710.20 | 13,968.10 |
| Total Hours - Admin | 2,772.00 | 1,780.50 |
| Total Hours | 19,482.20 | 15,748.60 |
| Weighted Average | 307.17 | 379.99 |

**Period May 29, 2005 through October 1, 2005**

| Professional | Position | Gross Hours Consulting and Travel | Less Travel time/non billable time | Net Hours Consulting-Billed to Winn-Dixie |
|---|---|---:|---:|---:|
| Salem, M. | Senior Consultant | 1,099.20 | 118.50 | 980.70 |
| Karol, S. | Managing Director | 1,122.30 | 159.00 | 963.30 |
| Wuertz, T. | Senior Consultant | 948.30 | 44.00 | 904.30 |
| Young, J. | Director | 978.90 | 129.10 | 849.80 |
| Damore, R. | Managing Director | 1,063.40 | 246.80 | 816.60 |
| Windham, P | Managing Director | 866.90 | 51.40 | 815.50 |
| Dinoff, J. | Director | 941.30 | 140.10 | 801.20 |
| Gaston, B. | Senior Consultant | 948.80 | 174.00 | 774.80 |
| Kwon, O. | Senior Consultant | 890.40 | 121.00 | 769.40 |
| Boucher, C. | Managing Director | 773.90 | 152.20 | 621.70 |
| Lane, E. | Director | 784.20 | 216.30 | 567.90 |
| Stevenson, A. | Managing Director | 651.60 | 101.50 | 550.10 |
| Song, V. | Consultant | 608.80 | 84.50 | 524.30 |
| Etlin, H. | Principal | 586.00 | 81.00 | 505.00 |
| Gordon, E. | Managing Director | 523.30 | 27.00 | 496.30 |
| Cassidy, K. | Director | 578.90 | 108.90 | 470.00 |
| Eckerman, A. | Consultant | 587.60 | 128.40 | 459.20 |
| Shah, A. | Director | 472.30 | 108.00 | 364.30 |
| Schmieder, S. | Senior Consultant | 375.40 | 91.70 | 283.70 |
| McCarty, L. | Managing Director | 427.40 | 147.70 | 279.70 |
| Vander Hooven | Managing Director | 302.40 | 48.40 | 254.00 |
| Perreault, M. | Senior Consultant | 250.60 | 40.00 | 210.60 |
| Simon, D. | Principal | 226.40 | 60.90 | 165.50 |
| Dussinger, M. | Senior Consultant | 187.30 | 24.50 | 162.80 |
| Boggess, B. | Managing Director | 126.90 | 16.00 | 110.90 |
| Gura, J. | Director | 120.40 | 25.00 | 95.40 |
| Nguyen, K | Director | 59.70 | 0.00 | 59.70 |
| Bailey, J. | Director | 88.20 | 34.00 | 54.20 |
| Lapson, G. | Director | 49.30 | 19.00 | 30.30 |
| Wright, C. | Director | 62.70 | 43.20 | 19.50 |
| Claflin, K. | Principal | 5.50 | 0.00 | 5.50 |
| Doyle, T | Principal | 1.90 | 0.00 | 1.90 |
| | | 16,710.20 | 2,742.10 | 13,968.10 |

**XRoads Solution Group, LLC**
**Winn Dixie Summary of Fees**
**Period May 29, 2005 through October 1, 2005**

**Administration Hours**

| User | Rate | Billable Hours | Non Billable Travel Hours | Amount |
|---|---:|---:|---:|---:|
| Bloemen, L. | 85.00 | 87.00 | 0.00 | 7,395.00 |
| Cain, J. | 125.00 | 50.10 | 0.00 | 6,262.50 |
| Cate, K. | 85.00 | 220.10 | 0.00 | 18,708.50 |
| Cooper, C. | 100.00 | 267.70 | 0.00 | 26,770.00 |
| Eun, H. | 85.00 | 6.50 | 0.00 | 552.50 |
| Hermon, K. | no charge | 98.00 | 0.00 | 0.00 |
| Jackson, N. | 85.00 | 75.70 | 0.00 | 6,434.50 |
| Janda, R. | 150.00 | 9.70 | 0.00 | 1,455.00 |
| Lavadera, A. | no charge | 173.20 | 0.00 | 0.00 |
| Liu, A. | 160.00 | 853.30 | 50.60 | 136,528.00 |
| Lyons, E. | 160.00 | 35.90 | 0.00 | 5,744.00 |
| Naegely, P. | 160.00 | 2.40 | 0.00 | 384.00 |
| Ruhl. D. | 100.00 | 11.00 | 0.00 | 1,100.00 |
| Simon, B. | 160.00 | 67.10 | 0.00 | 10,736.00 |
| Saba, K. | no charge | 0.40 | 0.00 | 0.00 |
| Shelton, T. | no charge | 558.80 | 0.00 | 0.00 |
| Sussman, J. | no charge | 86.30 | 24.20 | 0.00 |
| Young, B. | 160.00 | 94.00 | 0.00 | 15,040.00 |
| | | 2,697.20 | 74.80 | 237,110.00 |

| | |
|---|---:|
| Total Admin Hours | 2,772.00 |
| Billable Hours | 1,780.50 |