**EXHIBIT "4"**

Summary of Expenses
May 29, 2005 through October 1, 2005

**XRoads Solutions Group, LLC**
**Winn-Dixie**
**Summary of Expenses**
**Period May 29, 2005 through October 1, 2005**

|  | Gross Amount | Courtesy Discounts | Net Amount |
|---|---:|---:|---:|
| Airfare | 188,673.31 |  | 188,673.31 |
| Ground Transportation* | 74,471.40 | (27,429.32) | 47,042.08 |
| Lodging** | 110,154.32 |  | 110,154.32 |
| Meals*** | 56,091.39 | (53,616.04) | 2,475.35 |
| Mileage | 2,346.05 |  | 2,346.05 |
| Overnight Delivery**** | 2,891.60 |  | 2,891.60 |
| Postage | 49.92 |  | 49.92 |
| Photocopies | 10,697.85 |  | 10,697.85 |
| Facsimile | 61.50 |  | 61.50 |
| Telephone/Conference Calls | 10,321.57 |  | 10,321.57 |
| Totals | 455,758.91 | (81,045.36) | 374,713.55 |

* XRoads voluntarily discounted the cost for the rental car expense by limiting the car usage per professional to a ratio of 1:3.  Additionally, XRoads did not charge the Estate for travel from the Client location to the hotel or Client location to the Airport. Courtesy discounts for ground transportation also includes reduction of travel to/from residence to the Airport (capped at $35.00) and travel from the hotel to the Client location (capped at $40.00).

** Lodging charges do not reflect the cost savings of $65,846 related to the corporate apartments during this four month interim period.  Additionally, the apartment cost for Dennis Simon was reduced to a pro-rated cost to 20 days at $72.50 per day for this four month interim period of May 29, 2005 through October 31, 2005

*** Pursuant to the Bankruptcy Guidelines, XRoads did not charge the client for breakfast, lunch or dinner unless XRoads was participating , during the meal, in a necessary meeting respecting the case.

**** A motion was filed to submit backup documents, letters of agreement/disagreement, etc. to XRoads in July.  All documents from the vendors were directed to go to Ellen Gordon at the Winn-Dixie address.  Since XRoads' Case Management Services is no longer traveling on a weekly basis to Winn-Dixie, documents were re-directed via Fed Ex to the Irvine, CA office.