**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING SECOND INTERIM APPLICATION OF
XROADS SOLUTIONS GROUP, LLC AS FINANCIAL AND OPERATIONS
RESTRUCTURING CONSULTANTS, FOR ALLOWANCE AND PAYMENT OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED  (MAY 29, 2005 THROUGH OCTOBER 1, 2005)**

These cases came before the Court upon the application dated November 10, 2005 (the "Second Application") of XRoads Solutions Group, LLC ("XRoads") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $5,984,350.00, and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $374,713.55, and authorizing reimbursement of expenses not previously received, for the period from May 29, 2005 through October 1, 2005 (the "Application Period").  A hearing on the Second Application was held on December 1, 2005.  The Court has read the Second Application, considered the representations of counsel and has determined that notice of the Second Application was good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Second Application is granted.

- 2 -

2.  The fees earned and the expenses incurred by XRoads Solutions Group, LLC during the Application Period, as set forth in the Second Application, are approved and allowed.

3.  The Debtors are authorized and directed to pay to XRoads (to the extent not previously paid) the sums of: (i) $5,984,350.00, representing fees earned by XRoads during the Application Period and (ii) $374,713.55, representing expenses incurred by XRoads during the Application Period.

4.  The relief granted in this Order is without prejudice to the rights of XRoads to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5.  All interim fees and expenses are subject to review by the fee examiner to be appointed by the Court, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of _____ 2005 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.