UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                   )     Chapter 11
            Debtors.                         )     Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that, on November 10, 2005, I caused to be served the SECOND INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF XROADS SOLUTIONS GROUP, LLC, AS FINANCIAL AND OPERATIONS RESTRUCTURING CONSULTANTS FOR THE PERIOD MAY 29, 2005 TO OCTOBER 1, 2005 and the corresponding proposed form of Order, by having a true and correct copy sent via e-mail and Federal Express, to the parties listed below:

    Elena L. Escamilla
    Office of the United States Trustee
    135 West Central Boulevard, Room 620
    Orlando, Florida  32801
    Phone: 407-648-6465
    Fax: 407-648-6323
    Elena.L.Escamilla@usdoj.gov

    Kenneth C. Meeker
    Assitant U.S. Trustee
    Office of the United States Trustee
    135 West Central Boulevard, Room 620
    Orlando, Florida  32801
    Phone:  407-648-6301
    Fax:  407-648-6323
    ken.meeker@usdoj.gov

    Winn-Dixie Stores, Inc.
    Attn: Laurence B. Appel
    5050 Edgewood Court
    Jacksonville, FL 32254-3699
    Phone: 904-783-5000
    Fax: 904-783-5059
    LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

                                              /s/  *Carla Cooper*
                                                  Carla Cooper