UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about November 12, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: November 14, 2005

　　　　　　　　　　　　　　　　　　　　　　　／s／ Kathleen M. Logan
　　　　　　　　　　　　　　　　　　　　　　　Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                           **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 411006-15<br>FAIRFIELD PARTNERS LP TA<br>FLINTRIDGE SHOPPING CTR, FAIRFIELD<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 416951-97<br>FAIRFIELD PARTNERS LTD PRTNSHP<br>C/O ARONOV REALTY MGMNT INC<br>ATTN: VP<br>3500 EASTERN BLVD<br>MONTGOMERY AL 36116-1781 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 |

       **Total:   3**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 4093 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| FAIRFIELD PARTNERS LP TA | LIFE INVESTORS INS CO OF AMERICA |
| Name of Transferor | Name of Transferee |
| | |
| FAIRFIELD PARTNERS LP TA | LIFE INVESTORS INS CO OF AMERICA |
| FLINTRIDGE SHOPPING CTR, FAIRFIELD | ATTN BILL SINDLINGER VP & COUNSEL |
| C/O BALLARD SPAHR ANDREWS ET AL | AEGON USA REALTY ADVISORS INC |
| ATTN DAVID L POLLACK, ESQ. | 4333 EDGEWOOD RD NE |
| 1735 MARKET STREET, 51ST FLOOR | CEDAR RAPIDS IA 52499-5220 |
| PHILADELPHIA PA 19103 | |
| | |
| Phone: 215 864 8325 | Phone: |
| Account No.: 411006 | Account No.: 416950 |
| | |
| FAIRFIELD PARTNERS LTD PRTNSHP | |
| C/O ARONOV REALTY MGMNT INC | |
| ATTN: VP | |
| 3500 EASTERN BLVD | |
| MONTGOMERY AL 36116-1781 | |
| | |
| Phone: | |
| Account No.: 416951 | |
| | |
| Claim No.: 10302 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Transfer Amount: $505,130.90 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 11/12/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 12, 2005.