## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In Re:

**WINN-DIXIE STORES, INC.**     Case No. 3:05-bk-03817-JAF
                                Chapter 11

      Debtor(s).

_____

**CREDITOR PAUL VERNON MACON'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Creditor, PAUL VERNON MACON would move this Honorable Court, pursuant to Title 11, Section 362, for an Order Granting Relief From the Automatic Stay, with regard to the protective stay granted herein, on behalf of the Debtor(s), WINN DIXIE STORES INC. as grounds therefore would state as follows:

1. Movant has a claim against the debtors for a negligence case.

2. Movant has filed a complaint in the state of Alabama with regard to such claim for injuries. A copy of the complaint is attached hereto as Exhibit "A".

3. Debtor has insurance coverage in an amount sufficient to cover the claim.

4. Movant is in need of an Order Lifting Stay so that it may continue the litigation and pursue its claim against the insurance carrier.

5. Movant does not seek any in personam judgment or relief against the Debtor and only seeks to go after the insurance carrier and insurance coverage.

6. The continuation of the Automatic Stay will work real and irreparable harm to the Creditor.

7. For the foregoing reasons, the Court should grant **PAUL VERNON MACON,** Relief from the Automatic Stay.

                                                 **FRIEDLINE & McCONNELL, P.A.**

By___/S/ Rodger J. Friedline_____
**RODGER J. FRIEDLINE**
1756 University Blvd. S.
Jacksonville, FL  32216
(904) 727-7850
Florida Bar #0813788
Attorney for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Adam Ravin and D.J. Baker, Attorneys for Debtor, Skaden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Attorney for Debtor, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; Official Committee of Unsecured Creditors, c/o Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy, LLP, One Chase Manhattan Plaza, New York, NY 10005; Official Committee Of Unsecured Creditors, c/o John B. Macdonald, Akerman Senterfitt, 50 N. Laura St., Suite 2500, Jacksonville, FL 32202; Debtor, Winn-Dixie Stores, Inc. 5050 Edgewood Court, Jacksonville, FL 32254, by U. S. Mail or Electronic Mail, this 14TH day of NOVEMBER, 2005.

____/s/RODGER J. FRIEDLINE_____
Attorney