# LINPRO INVESTMENTS INC.
### 6761 West Indiantown Road
### Suite 29
### Jupiter, Florida 33458

**INVOICE # 136**

October 17, 2005

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S.A.

**Re: Store Number 223**
　　**6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Your proportionate share of Insurance Premiums for 2005.

$58,744.04 ÷ 119,443 sq. ft. x 51,703 sq. ft. =　　　　$25,428.39

　　　　　　**TOTAL AMOUNT DUE:　$25,428.39**

Terms:　　*Payable immediately*

**Please make checks payable to:　　LINPRO INVESTMENTS, INC.**

All checks to be mailed to the above mentioned address to the attention of Ms. Cari Ann Gowin.

Thank you.

EXHIBIT "C"