# LINPRO INVESTMENTS INC.
## 6761 West Indiantown Road
## Suite 29
## Jupiter, Florida 33458

**INVOICE # 139**                                                      **BY FEDEX**

November 10, 2005

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S.A.

**Re: Store Number 223**
   **6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Your proportionate share of Real Estate Taxes for the period of February 22, 2005 to November 30, 2005 ($296,323.42 ÷ 119,443 sq. ft. x 51,703 sq. ft. = $128,268.80).

282 days @ $351.4214 per diem =                         $99,100.83

                    **TOTAL AMOUNT DUE:   $99,100.83**

Terms:      *Payable immediately*

**Please make checks payable to:      LINPRO INVESTMENTS, INC.**

All checks to be mailed to the above mentioned address to the attention of Ms Cari Ann Gowin.

Thank you.

EXHIBIT "D"