# LINPRO INVESTMENTS INC.
## 6761 West Indiantown Road
## Suite 29
## Jupiter, Florida 33458

**INVOICE # 130**

July 21, 2005

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S.A

**Re: Store Number 223**
     **6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Quarterly billing for Common Area Maintenance pursuant to your Lease Agreement, for period of April 1, 2005 to June 30, 2005 (see backup invoices attached)

$53,311.92 ÷ 119,443 sq. ft x 51,703 sq. ft =            $23,077.00

                **TOTAL AMOUNT DUE:   $23,077.00**

Terms:      *Payable immediately*

**Please make checks payable to:       LINPRO INVESTMENTS, INC.**

All checks to be mailed to the above mentioned address to the attention of Ms. Laurie Kurnick

Thank you.

EXHIBIT "E"