UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | : | Case No. 05-03817-3F1 |
| Debtors | : | (Jointly administered) |

## AGREEMENT TO BE BOUND BY STIPULATION

I have read the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and establishing Post-Petition Trade Lien Program (the "Stipulation") in the above captioned case. I understand the terms of the Stipulation and agree to be fully bound by the terms as those terms relate to a Participating Vendor (as defined in the Stipulation) and agree to have any issues relating to the Stipulation determined by the United States Bankruptcy Court for the Middle District of Florida for purposes of enforcement of the Stipulation.

Dated: 10-4-05

PHARMACARE HEALTH SERVICES, INC.

By: _____
Duane Schneider, President

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of this document was been provided by First Class Mail on this 10 day of November 2005, to the following:

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street
1800 Wachovia Tower
Jacksonville, FL 32202

D. Jan Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Mark J. Friedman, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

Hurley Partin Whitaker, Esquire
HURLEY PARTIN WHITAKER, P.A.
500 N. Harbor City Boulevard, Suite D
Melbourne, FL 32935
Phone: (321) 254-3399
Agent for Pharmacare Health Services, Inc.
Counsel for Pharmacare Health Services, Inc.
Florida Bar No. 369969