**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

F I L E D
JACKSONVILLE, FLORIDA

NOV 1 4 2005

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.: 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |

**WITHDRAWAL OF APPLICATION FOR REIMBURSEMENT OF**
**ATTORNEY'S FEES FOR RECLAMATION VENDOR/PARTICIPATING VENDOR**

   **NOW COMES** Richard D. Sparkman, Attorney for Warren Oil Company, Inc. and withdraws his Application for Reimbursement of Attorney's Fees for Reclamation Vendor/Participating Vendor in the above-referenced case.

   This the 10th day of November, 2005.

RICHARD D. SPARKMAN & ASSOCIATES, P. A.


BY:_____
       Richard D. Sparkman
       Attorney for Warren Oil Company
       N. C. State Bar No. 6857
       PO Box 1687
       Angier, NC 27501
       (919) 639-6181

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Diane A. Sparkman, of PO Box 1687, Angier, NC 27501, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 10th day of November, 2005, I served a copy of the foregoing **WITHDRAWAL OF APPLICATION FOR REIMBURSEMENT OF ATTORNEY'S FEES FOR RECLAMATION VENDOR/PARTICIPATING VENDOR** to the parties in interest as indicated below:

**Debtor:**
**Winn-Dixie Stores, Inc.**
**Attn.: Managing Agent**
**5050 Edgewood Court**
**Jacksonville, FL 32254-3699**

**Cynthia C. Jackson, Esq.**
**Smith Hulsey & Busey**
**225 Water Street**
**1800 Wachovia Tower**
**Jacksonville, FL 32202**

**Creditors' Committee:**
**Committee of Unsecured Creditors**
**of Winn-Dixie Stores, Inc., et al.**
**c/o Dennie F. Dunne, Esq.**
**1 Chase Manhattan Plaza**
**New York, NY 10005**

**John B. MacDonald**
**Attorney at Law**
**50 North Laura St., Suite 2500**

Jacksonville, FL 32202

**DIP Agent:**
**Wachovia Bank National Association**
**c/o Betsy C. Cox, Attorney**
**Rogers Towers**
**1301 Riverplace Boulevard, Suite 1500**
**Jacksonville, FL 32207**

by depositing copies hereof in a pre-addressed envelope with sufficient postage thereon in a post office of official depository under the exclusive care and custody of the United States Postal Service.

I certify under the penalty of perjury that the foregoing is correct.

Executed on: November 10, 2005

RICHARD D. SPARKMAN & ASSOCIATES, P. A.

BY: _Diane A. Sparkman_
Diane A. Sparkman
Legal Assistant
PO Box 1687
Angier, NC 27501
(919) 639-6181