IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.,             CASE NO. 3:05-bk-03817-JAF
                                                    CHAPTER 11
          Debtor.                                 **Jointly Administered**

_____/

## NOTICE OF HEARING ON MOTION OF LESCO MEDISEARCH TO ACCEPT LATE FILED CLAIM

PLEASE TAKE NOTICE that a hearing is scheduled for **December 15, 2005 at 1:00 p.m.**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion of Lesco Medisearch to Accept Late-Filed Claim as Timely (Doc No. 2944).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Adam Ravin, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32201; **James H. Post, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **Stephen D. Busey, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **United States Trustee - JAX**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Elena L. Escamilla, Esquire**, Attorney for United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Dennis F. Dunne, Esquire**, Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and **Patrick P. Patangan, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202  this 15th day of

November, 2005.

      /s/ Charles H. Dittmar, Jr.
CHARLES H. DITTMAR, JR., ESQUIRE
Fla. Bar No. 503850
1411 N. Westshore Blvd., Suite 203
Tampa, FL 33607-4529
Phone: (813) 639-1920
Fax: (813) 639-9799
Attorney for Creditor LESCO MEDISEARCH