**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)
Insurance

Bill Date: 06/14/05
Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DAVIS EM | 05/02/05 | 0.70 | REVIEW FACTS AND QUERY ON SAME FROM D. BITTER RE KEMPER (.3); FORMULATE AND RESPOND TO SAME (.4). |
| HENRY S | 05/02/05 | 0.70 | REVIEW SPREADSHEET RE BONDING REQUIREMENTS AND WORK ON STRATEGY REGARDING SAME. |
| HENRY S | 05/04/05 | 0.40 | REVISIONS TO LETTER TO LIBERTY AND SEND TO BITTER FOR REVIEW. |
| DAVIS EM | 05/09/05 | 0.40 | FOLLOW UP CALL WITH D.FISCHER, COUNSEL TO KEMPER, RE OUTSTANDING SECURITY ON CLAIMS OF KEMPER. |
| FELD SR | 05/10/05 | 0.40 | EMAIL TO COMMITTEE COUNSEL RE: BONDS. |
| DAVIS EM | 05/13/05 | 0.20 | ADD'L CALL OUT TO COUNSEL FOR CH. 7 TRUSTEE. |
| EICHEL S | 05/13/05 | 0.40 | REVIEW AUTO INSURANCE MOTION AND ORDER AND RESPOND TO INQUIRY FROM S. HENRY RE PROTOCOL RE COMMUNICATING WITH CLAIMANTS (.2); DRAFT EMAIL TO J. POST RE ESTABLISHING PROTOCOLS IN CONNECTION WITH AUTO INSURANCE MOTION AND RESPOND TO HIS EMAIL RE SAME (.2). |
| HENRY S | 05/20/05 | 0.70 | MSG TOM PENNINGTON REGARDING GEORGIA AGRICULTURAL BOND AND FOLLOW UP TO LETTER AND FACT GATHERING IN PREPARATION TO CALL. |

MATTER TOTAL     3.90

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                     Bill Date: 06/14/05
Leases (Real Property)                            Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 05/02/05 | 0.30 | REVIEW AND RESPOND TO EMAIL WITH RESPECT TO REAL PROPERTY LEASE IN DADE COUNTY, FLORIDA. |
| GRAY RW | 05/02/05 | 0.20 | TC WITH J. STERN AT OTTERBOURG RE: ESCROW MOTION AND FORWARD DOCUMENTS RE: SAME (0.1); TC WITH B. RUTLEDGE RE: LEASE INQUIRY AND COORDINATE HANDLING (0.1). |
| RAVIN AS | 05/02/05 | 2.80 | REVIEW MEMO FROM S. HENRY TO S. KAROL RE: LEASES AND REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); REVIEW MEMO FROM J. LEAMY RE: UPDATE ON GE CAPITAL AND 365(D)(4) MOTION (.1); REVIEW CORRESPONDENCE FROM F. ALLEN RE: BOWDOIN SQUARE SETTLEMENT ISSUE (.1); REVIEW PRIOR E-MAILS AND UNDERLYING DOCUMENTS RELATED TO SAME (.3); TELEPHONE CONFERENCE WITH BRIDGEFORTH RUTLEDGE RE: REAL PROPERTY LEASE IN JACKSON MISS. (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND S. KAROL RE: SAME (.1); DRAFT CORRESPONDENCE TO N. CALDWELL RE: SIMON PROPERTIES OBJECTION TO 365(D)(4) MOTION (.1); TELEPHONE CONFERENCE WITH D. FORSYTH RE: SAME (.1); CONFERENCE WITH D. TURETSKY RE: ISSUES RELATED TO RENEWAL OPTIONS AND ASSUMPTION/REJECTION ISSUES (.1); REVIEW MEMOS FROM D. TURETSKY RE: SAME (.2); TELEPHONE CONFERENCE WITH S. HENRY, R. TUCKER AND D. FORSYTH RE: 365(D)(4) OBJECTIONS (.4); FOLLOW UP CONFERENCE WITH S. HENRY RE: SAME (.2); DRAFT CORRESPONDENCE TO S. KAROL RE: SAME (.1); MULTIPLE CONFERENCES WITH S. HENRY RE: VARIOUS LEASE ISSUES (.2); REVIEW MEMO FROM S. HENRY RE: ISSUES RELATED TO OBJECTIONS TO 365(D)(4) MOTION (.1); DRAFT MEMO TO SAME RE: SAME (.1); REVIEW AND REVISE PROPOSED FORM OF 365(D)(4) ORDER (.4). |
| TURETSKY DM | 05/02/05 | 4.20 | RESEARCH RE: LEASE REJECTIONS (3.9); E-MAIL TO A. RAVIN RE: SAME (0.3). |
| LIOU J | 05/02/05 | 0.30 | ORGANIZE LEASES AND TITLE COMMITMENTS. |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            05/03/05        5.50    REVIEW AND REVISE PROPOSED FORM OF
                                            ORDER RE: 365(D)(4) MOTION (.8);
                                            DRAFT CORRESPONDENCE TO R. TUCKER AND
                                            D. FORSYTH RE: SAME (.1); CONFERENCE
                                            WITH S. HENRY RE: SAME (.1);
                                            CONFERENCE WITH D. TURETSKY RE:
                                            RENEWAL OPTION LEASE ISSUES (.1);
                                            REVIEW AND REVISE HEARING OUTLINE FOR
                                            365(D)(4) MOTION AND Q&A FOR M.
                                            CHLEBOVEC RE: SAME (1.4); DRAFT MEMO
                                            TO S. HENRY RE: SAME (.2); DRAFT,
                                            REVIEW AND REVISE MOTION AND
                                            CORRESPONDING PLEADINGS (.3);
                                            CONFERENCE WITH S. HENRY RE: BOWDOIN
                                            SQUARE LITIGATION, 365(D)(4)
                                            OBJECTIONS AND OTHER LEASE-RELATED
                                            ISSUES (.3); TELEPHONE CONFERENCE
                                            WITH S. HENRY AND J. CASTLE
                                            (VOICEMAIL) RE: BOWDOIN SQUARE (.1);
                                            DRAFT CORRESPONDENCE TO S. BUSEY RE:
                                            365(D)(4) HEARING OUTLINE (.1);
                                            REVIEW MEMO FROM J. PAOLI RE: SAME
                                            AND REVIEW CORRESPONDENCE FROM C.
                                            JACKSON RE: SAME (.1); TELEPHONE
                                            CONFERENCE WITH P. WINDHAM RE: LEASE
                                            ISSUES RELATED TO RENEWAL OPTIONS
                                            (.2); DRAFT MEMO TO S. HENRY RE: SAME
                                            (.2); DRAFT CORRESPONDENCE TO P.
                                            WINDHAM RE: SAME (.1); TELEPHONE
                                            CONFERENCE WITH J. STERN RE:
                                            QUESTIONS RE: LEASE REJECTION MOTION
                                            (.1); CONFERENCES WITH J. PAOLI RE:
                                            365(D)(4) MOTION (.2); DRAFT NOTICE
                                            OF WITHDRAWAL OF OBJECTION RE:
                                            WESTLAND PLAZA ASSOCIATES (.2); DRAFT
                                            CORRESPONDENCE TO D. FORSYTH RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM SAME
                                            RE: SAME (.1); TELEPHONE CONFERENCE
                                            WITH C. JACKSON RE: SAME (.1);
                                            TELEPHONE CONFERENCE (VOICEMAIL) WITH
                                            D. NOHRR RE: OBJECTION TO 365(D)(4)
                                            MOTION, ADDRESS ISSUES RE: SAME (.1);
                                            CONFERENCE WITH C. JACKSON RE:
                                            365(D)(4) OBJECTION (.1); DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.1);
                                            REVIEW OBJECTIONS TO 365(D)(4) MOTION
                                            FILED BY NORTH MADISON AND SELMA
                                            HIGHWAY 80 (.2); ADDRESS ISSUES RE:
                                            SAME (.1).

TURETSKY DM         05/03/05        1.20    FURTHER RESEARCH RE: WHETHER LESSEE
                                            CAN REJECT A REAL PROPERTY LEASE
                                            RENEWAL AND ASSOCIATED ISSUES IN
                                            CONNECTION WITH CERTAIN LEASES OF THE
                                            DEBTORS (1.0); MEETING WITH A. RAVIN
                                            RE: SAME (0.2).

MATHEW J            05/03/05        0.80    REVIEW BANKRUPTCY DOCKET FOR DOCKET
                                            NUMBERS OF CERTAIN PLEADINGS (.2);
                                            REVIEW VARIOUS BANKRUPTCY DOCKETS FOR
                                            MOTIONS TO EXTEND TIME TO ASSUME OR
                                            REJECT LEASES (.6).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 05/04/05 | 1.30 | WORK ON RESOLUTION OF OBJECTIONS TO 365(D)(4) MOTION (.6); WORK ON PREPARATION FOR MEETING WITH KAROL RE SUBTENANT ISSUES (.7). |
| LEAMY JM | 05/04/05 | 0.60 | PREPARE WITHDRAWAL OF GE CAPITAL'S OBJECTION TO 365(D)(4) MOTION (.3); EMAILS W/ L. BERKOFF RE: SAME (.2); EMAIL TO C. JACKSON RE: SAME (.1). |

DC8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS                05/04/05        4.60    DRAFT NOTICE OF WITHDRAWAL OF
                                                OBJECTION TO 365(D)(4) MOTION FOR
                                                BOGGY CREEK (.2); DRAFT
                                                CORRESPONDENCE TO D. NOHRR RE: SAME
                                                AND ADDRESS ISSUES RE: SAME (.2);
                                                TELEPHONE CONFERENCE WITH SAME RE:
                                                SAME (.1); DRAFT CORRESPONDENCE TO
                                                AND REVIEW CORRESPONDENCE FROM J.
                                                BOYLES RE: PROPOSED CHANGES TO
                                                PROPOSED 365(D)(4) ORDER (.2);
                                                TELEPHONE CONFERENCE WITH C. JACKSON
                                                RE: SAME (.1); REVIEW CORRESPONDENCE
                                                FROM AND DRAFT CORRESPONDENCE TO J.
                                                MILTON RE: SAME (.2); CONFERENCE WITH
                                                S. HENRY RE: ISSUES RELATED TO SAME
                                                (.2); REVIEW AND REVISE PROPOSED
                                                ORDER RE: CONTINUANCE OF GARDENS PARK
                                                PLAZA OBJECTION (.2); TELEPHONE
                                                CONFERENCE WITH M. BAKST RE: SAME
                                                (.1); DRAFT CORRESPONDENCE TO C.
                                                JACKSON RE: REVISED 365(D)(4)
                                                OBJECTION, REVIEW CORRESPONDENCE FROM
                                                SAME RE: SAME (.2); ADDRESS VARIOUS
                                                ISSUES RELATED TO WITHDRAWAL OF
                                                OBJECTIONS AND COORDINATING WITH
                                                LOCAL COUNSEL RE: SAME (.4);
                                                TELEPHONE CONFERENCE WITH N. LAFLEUR
                                                RE: 365(D)(4) OBJECTIONS FILED (.1);
                                                TELEPHONE CONFERENCES WITH W.
                                                MCCARDLE RE: SAME (.2); DRAFT
                                                CORRESPONDENCE TO SAME RE: SAME (.1);
                                                DRAFT CORRESPONDENCE TO M. BAKST RE:
                                                SAME (.1); DRAFT CORRESPONDENCE TO N.
                                                CALDWELL RE: SAME, REVIEW NOTICE OF
                                                WITHDRAWAL OF SIMON PROPERTIES
                                                OBJECTION RE: SAME, ADDRESS ISSUES
                                                RE: SAME (.1); REVIEW CORRESPONDENCE
                                                FROM AND DRAFT CORRESPONDENCE TO C.
                                                JACKSON RE: WITHDRAWAL OF GE RESPONSE
                                                TO 365(D)(4) MOTION, REVIEW NOTICE OF
                                                WITHDRAWAL (.1); REVIEW
                                                CORRESPONDENCE FROM AND DRAFT
                                                CORRESPONDENCE TO J. KURTZMAN RE: BT
                                                MARIETA OBJECTION TO 365(D)(4) MOTION
                                                (.1); TELEPHONE CONFERENCE WITH SAME
                                                RE: SAME (.1); TELEPHONE CONFERENCE
                                                (VOICEMAIL) WITH J. LEVY RE: WORLD
                                                INDOOR SPORTS SUBLESSEE (.1); DRAFT
                                                MEMO TO C. STUART RE: SAME (.1);
                                                REVIEW CORRESPONDENCE FROM D. NOHRR
                                                RE: BOGGY CREEK WITHDRAWAL, DRAFT
                                                CORRESPONDENCE TO C. JACKSON RE: SAME
                                                (.1); DRAFT NOTICES OF WITHDRAWAL RE:
                                                NORTH MADISON OBJECTION AND SELMA 80
                                                HIGHWAY OBJECTION (.3); TELEPHONE
                                                CONFERENCE WITH J. CASTLE AND S.
                                                HENRY RE: BOWDOIN SQUARE (.2); DRAFT
                                                CORRESPONDENCE TO W. MCCARDLE RE:
                                                365(D)(4) OBJECTIONS (.2); DRAFT,
                                                REVIEW AND REVISE MOTION TO REJECT
                                                LEASE WITH KB AMERICAN PROPERTIES AND
                                                CORRESPONDING NOTICE AND PROPOSED
                                                ORDER (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/05/05 | 0.20 | REVIEW LAST MINUTE ORDER CHANGE ISSUES AND EXCHANGE EMAILS WITH A. RAVIN RE: SAME. |
| RAVIN AS | 05/05/05 | 4.00 | TELEPHONE CONFERENCES (VOICEMAILS) WITH J. LEVY RE: SUBLEASE ISSUES RE: STORE # 1024 (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: 365(D)(4) HEARING OUTLINE AND Q&A (.1); REVIEW CORRESPONDENCE FROM J. AROGETI RE: STORE NO. 1838, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); DRAFT MEMO TO S. HENRY RE: SAME (.1); TELEPHONE CONFERENCES WITH C. JACKSON RE: STATUS OF 365(D)(4) OBJECTIONS (.2); TELEPHONE CONFERENCE WITH C. JACKSON AND R. GRAY RE: CANE RIVER OBJECTION (.1); TELEPHONE CONFERENCE WITH W. MCCARDLE RE: 365(D0(4) OBJECTION (.2); REVIEW CORRESPONDENCE FROM SAME AND DRAFT CORRESPONDENCE TO SAME (.2); REVIEW AND REVISE 365(D)(4) PROPOSED ORDER RE: ISSUES RELATED TO SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. MILTON RE: PROPOSED 365(D)(4) ORDER (.1); TELEPHONE CONFERENCE WITH J. MILTON RE: SAME (.2); REVIEW AND REVISE PROPOSED ORDER (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.2); ADDRESS ISSUES RELATED TO SAME (.2); REVIEW CORRESPONDENCE FROM N. LAFLEUR RE: SAME, DRAFT CORRESPONDENCE TO SAME AND ADDRESS ISSUES RE: SAME (.2); ADDRESS VARIOUS ISSUES RELATED TO RESOLVING 365(D)(4) OBJECTIONS (.6); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: WORLD INDOOR SPORTS (.1); ADDRESS ISSUES RE: FINALIZING PROPOSED ORDER RE 365(D)(4) (.4); TELEPHONE CONFERENCES WITH C. JACKSON RE: SAME (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW CORRESPONDENCE FROM F. HUFFARD RE: IMPACT OF BUEHLER FOODS INC. BANKRUPTCY FILING (.1). |
| TURETSKY DM | 05/05/05 | 0.10 | TELEPHONE CALL WITH E. HENDERSON RE: INQUIRY CONCERNING MOTION TO EXTEND TIME WITHIN WHICH TO ASSUME OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES. |
| GRAY RW | 05/06/05 | 0.10 | REVIEW AND RESPOND TO MEMO RE: LEASE ISSUE IN CONNECTION OF ASSIGNEE BANKRUPTCY. |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          05/06/05          2.80    DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                            RE: WORLD INDOOR SPORTS SUB LEASE
                                            (.1); DRAFT MEMO TO S. HENRY RE:
                                            STORE # 1838, DRAFT CORRESPONDENCE TO
                                            J. AROGETTI RE: SAME (.1); REVIEW AND
                                            REVISE LEASE REJECTION MOTION AND
                                            PROPOSED ORDER (.5); TELEPHONE
                                            CONFERENCE WITH M. CHLEBOVEC RE: SAME
                                            (.1); TELEPHONE CONFERENCE WITH J.
                                            LEVY RE: WORLD INDOOR SPORTS (.2);
                                            CONFERENCE WITH J. PAOLI RE:
                                            SETTLEMENT AGREEMENTS AND 502(B)(6)
                                            (.2); TELEPHONE CONFERENCE WITH J.
                                            STERN RE: LEASE REJECTION (.1);
                                            CONFERENCE WITH S. HENRY RE: VARIOUS
                                            LEASE ISSUES INCLUDING PROPOSED
                                            CORRESPONDENCE TO J. AROGETTI (.3);
                                            TELEPHONE CONFERENCE WITH M.
                                            CHLEBOVEC RE: LEASE REJECTION (.2);
                                            REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO C. NASS RE: AUDITOR
                                            QUESTION RELATED TO FRANKFORD DALLAS
                                            OBJECTION TO 365(D)(4) MOTION (.2);
                                            CONFERENCE WITH S. HENRY RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM T.
                                            SADUTTO RE: STORE NO. 2438 (.1);
                                            DRAFT MEMO TO M. CHLEBOVEC RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM AND
                                            DRAFT CORRESPONDENCE TO J. CASTLE RE:
                                            BOWDOIN SQUARE LEASE LITIGATION (.1);
                                            TELEPHONE CONFERENCE (VOICEMAIL) WITH
                                            M. CROCKER RE: STORE NOS. 9001, 9038
                                            AND 9093, DRAFT MEMO TO M. CHLEBOVEC
                                            AND S. KAROL RE: SAME (.1); MULTIPLE
                                            TELEPHONE CONFERENCES WITH M. CROCKER
                                            RE: INTEREST IN CERTAIN ZURICH
                                            FINANCIAL PROPERTIES FOR WHICH LEASES
                                            WERE REJECTED, ADDRESS ISSUES RE:
                                            SAME (.2); REVIEW MULTIPLE
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: SAME
                                            (.1).

MATHEW J          05/06/05          3.10    UPDATE LEASE CORRESPONDENCE REDWELD
                                            (1.9); UPDATE LEASE CONTACT
                                            INFORMATION SPREADSHEET (1.2).

DC&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/08/05 | 1.00 | REVIEW 365(D)(4) ORDER, DRAFT MEMO TO S. HENRY RE: QUESTION RE: SERVICE OF SAME (.1); ADDRESS ISSUES RELATED TO BODOWIN SQUARE LITIGATION SETTLEMENT INCLUDING REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S ATTORNEY (.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: INFORMATION NEEDED FOR LEASE REJECTION MOTION (.1); ADDRESS ISSUES RELATED TO DEADLINES FOR ANY SUBSEQUENT EXTENSIONS OF 365(D)(4) DEADLINE (.1); DRAFT CORRESPONDENCE TO W. MCCARDLE RE: STATUS OF 365(D)(4) OBJECTION RE: NORTH MADISON (.1); DRAFT CORRESPONDENCE TO M. BAKST RE: SAME (.1); REVIEW VARIOUS E-MAILS FROM S. HENRY AND F. HUFFARD RE: BUEHLERS RELATED REJECTION ISSUES (.3). |
| HENRY S | 05/09/05 | 0.70 | WORK ON REQUEST OF S. KAROL FOR LEASE/SUBLEASE ANALYSIS AND WORK TO GET HIM NECESSARY ANALYSIS. |
| RAVIN AS | 05/09/05 | 2.80 | REVIEW CORRESPONDENCE FROM K. DAW RE: BUEHLER'S RELATED REJECTION ISSUES (.1); ADDRESS SERVICE ISSUES RELATED TO 365(D)(4) ORDER (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: LEASE REJECTION (.1); REVIEW CASES RELATED TO 502(B)(6) IN CONNECTION WITH BODOWIN SQUARE LITIGATION (.6); REVIEW UNDERLYING DOCUMENTS AND E-MAILS RE: SAME (.3); DRAFT MEMO TO S. HENRY RE: SAME (.3); CONFERENCE WITH S. HENRY RE: SAME (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. CASTLE RE: SAME (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM N. BROOKER RE: SAME (.1); CONFERENCE WITH J. PAOLI RE: ISSUES RELATED TO SAME (.1); TELEPHONE CONFERENCE WITH K. LOGAN AND M. MARTINEZ RE: SERVICE OF 365(D)(4) ORDER (.1); REVIEW CORRESPONDENCE FROM D. BLANSKY RE: STATUS OF KB AMERICAN STIP, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM COUNSEL TO CROWDER FAMILY JOINT VENTURE RE: STORE NO. 1328 (.1); DRAFT CORRESPONDENCE TO S. KAROL RE: SAME (.2); REVIEW CORRESPONDENCE FROM M. BARR RE: ISSUES RELATED TO LEASE REJECTIONS (.1). |
| WILSON JL | 05/09/05 | 0.50 | REVIEW FOR SCHEDULED CONFERENCE CALL. |
| HENRY S | 05/10/05 | 1.70 | MEET WITH S. KAROL REGARDING LEASES WITH SUBLEASES (.4); T/C ED ZIMMER RE DJM RETENTION (.1); WORK RE DJM RETENTION (.3); WORK ON ISSUES RELATING TO STORE REJECTIONS (.9). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/10/05 | 2.60 | TELEPHONE CONFERENCE WITH B. GASTON AND M. CHLEBOVEC RE: REJECTION QUESTION (.1); CONFERENCE WITH J. PAOLI RE: 502(B)(6) RESEARCH (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO W. MCCARDLE RE: WITHDRAWAL OF NORTH MADISON'S OBJECTION TO 365(D)(4) MOTION (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC AND D. BELOCK RE: STORE NO. 1328- CROWDER FAMILY JOINT VENTURE (.1); DRAFT MEMO TO S. HENRY RE: SAME (.1); REVIEW FOLLOW-UP CORRESPONDENCE FROM M. CHLEBOVEC AND OTHERS RE: STORE NO. 1328- CROWDER FAMILY JOINT VENTURE, DRAFT MEMOS TO S. HENRY RE: SAME (.1); REVIEW AND REVISE MOTION AND PROPOSED ORDER (.3); DRAFT MEMO TO S. HENRY RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: STATUS OF GARDENS PARK PLAZA OBJECTION (.1); TELEPHONE CONFERENCE WITH M. BAKST RE: SAME (.1); DRAFT HEARING OUTLINE RE: LEASE REJECTION MOTION (.6); TELEPHONE CONFERENCE WITH J. VINCEQUERRA RE: STORE # 2109 (.1); ADDRESS ISSUES RELATED TO SAME (.1); CONFERENCE WITH S. HENRY RE: BUEHLER'S ISSUES (.1); DRAFT CORRESPONDENCE TO S. KAROL RE: SAME (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: SAME (.1); ADDRESS ISSUES RE: PULLING DOCKET RE: SAME AND REVIEW DOCKET RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: LIST OF "BUEHLLER" RELATED LEASES (.1). |
| WILSON JL | 05/10/05 | 1.50 | RESEARCH RE: MEASURE OF DAMAGES IN STATES WITH NO DUTY TO MITIGATE. |
| GRAY RW | 05/11/05 | 0.10 | TC WITH J. PERLMAN, LANDLORD LAWYER, RE: LEASE PAYMENTS AND FOLLOWUP WITH A. RAVIN. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/11/05 | 2.70 | TELEPHONE CONFERENCE WITH M. BAKST RE: OBJECTION TO 365(D)(4) MOTION (.1); TELEPHONE CONFERENCE (VOICEMAIL) WITH D. BAYT RE BUEHLER'S (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: BARTOW PROPERTY (.2); DRAFT MEMO TO S. HENRY AND C. JACKSON RE: SAME (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM K. NEEL RE: STORE NOS. 2480 AND 2438 (.2); TELEPHONE CONFERENCE WITH SAME RE: SAME (.1); CONFERENCE WITH C. JACKSON RE: ISSUES RELATED TO ABANDONED PROPERTY UNDER LEASE REJECTION MOTION (.1); CONFERENCE WITH R. GRAY RE: SAME (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); TELEPHONE CONFERENCE WITH J. PEARLMAN RE: DUNEDEIN FLORIDA PROPERTY (.2); REVIEW FOLLOW UP CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE BUEHLERS (.1); DRAFT CORRESPONDENCE TO W. MCCARDLE RE: 365(D)(4) OBJECTION (.1); CALL WITH MARLENE REICH RE: BUHELLERS (.2); CONFERENCE WITH G. MILMOE RE: INQUIRY RE: THREE REJECTED LEASES (.2); REVIEW AND ASSEMBLE INFORMATION IN CONNECTION WITH SAME (.3); DRAFT MEMO TO SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH B. GASTON RE: ISSUES RELATED TO KB AMERICAN LEASE (.2). |
| WILSON JL | 05/11/05 | 1.00 | ADDITIONAL RESEARCH RE: MEASURE OF DAMAGES FOR BREACH OF LEASE. |
| MATHEW J | 05/11/05 | 1.40 | OBTAIN LEASE REJECTION MOTION CERTIFICATES OF SERVICE FROM BANKRUPTCY DOCKET FOR ATTORNEY REVIEW (.5); EDIT PDF DOCUMENTS FOR ATTORNEY REVIEW (.3); OBTAIN AND REVIEW LEASE REJECTION MOTIONS AND ORDERS (.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/12/05 | 2.60 | REVIEW VARIOUS CORRESPONDENCE FROM COMPANY RE: LEASE REJECTION ISSUES INCLUDING CORRESPONDENCE FROM M. CHLEBOVEC RE: THREE REJECTED PROPERTIES FORMERLY USED AS DAIRY FACILITIES (.3); DRAFT CORRESPONDENCE TO T. SADUTTO RE: SAME, TELEPHONE CONFERENCE WITH HER OFFICE RE: SAME, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); DRAFT CORRESPONDENCE TO S. KAROL RE: BUEHLER'S STATUS (.2); ADDRESS ISSUES RELATED TO BUEHLER'S INCLUDING CONFERENCE WITH R. GRAY (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO W. MCCARDLE RE: STATUS OF WITHDRAWAL OR OBJECTION TO 365(D)(4) MOTION (.1); DRAFT CORRESPONDENCE TO K. NEIL RE: WINN-DIXIE STORE NOS. 2480 AND 2438 (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: ABANDONED PROPERTY (.1); TELEPHONE CONFERENCE WITH C. JACKSON RE: ISSUES RELATED TO STORE NO. 2109 (.1); TELEPHONE CONFERENCE WITH C. JACKSON AND J. VINCAQUERRA RE: SAME (.1); DRAFT MEMO TO S. HENRY AND R. GRAY RE: SAME (.2); TELEPHONE CONFERENCE WITH WILLIAM SHIELDS RE: STORE # 298 (.1); ADDRESS ISSUES RE: PROVIDING DOCUMENTS TO SAME (.1); DRAFT CORRESPONDENCE TO K. DAW RE: NOTICE PARTIES FOR LEASE REJECTION MOTION (.2); REVIEW AND REVISE PROPOSED LEASE REJECTION ORDER RE: COMMENTS RECEIVED FROM J. VINCEQUERRA (.3); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: ABANDONMENT INQUIRY (.2). |
| WILSON JL | 05/12/05 | 2.00 | RESEARCH AND DRAFTING OF MEMORANDUM RE: MEASURE OF DAMAGES. |
| MATHEW J | 05/12/05 | 0.30 | OBTAIN ORIGINAL LEASE REJECTION ORDER AND DISTRIBUTE TO CREDITOR. |
| BAKER DJ | 05/13/05 | 4.20 | PREPARE FOR MEETING WITH L. APPEL REGARDING REAL ESTATE LEASE ISSUES (1.0); CONFERENCE L. APPEL REGARDING REAL ESTATE LEASE ISSUES (2.0); CONTINUE REAL ESTATE LEASE TIMELINE REVIEW (1.2). |
| HENRY S | 05/13/05 | 0.70 | WORK RE LEASE REJECTION ISSUE. |
| GRAY RW | 05/13/05 | 0.10 | REVIEW AND RESPOND TO MEMOS FROM C. JACKSON AND A. RAVIN RE: SUNTRUST SUBLEASE ISSUES. |
| LEAMY JM | 05/13/05 | 0.10 | TC FROM M. SHALA RE: DOLLAR STORES LEASE INQUIRY. |

DO&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/13/05      2.80      TELEPHONE CONFERENCE WITH J.
VINCEQUERRA RE: OBJECTION TO LEASE
REJECTION MOTION (.1); ADDRESS ISSUES
RELATED TO SAME INCLUDING DRAFTING OF
CORRESPONDENCE TO SAME RE: SAME (.3);
REVIEW AND REVISE PROPOSED ORDER RE:
COMMENTS RECEIVED FROM C. JACKSON
(.2); REVIEW CORRESPONDENCE FROM AND
DRAFT CORRESPONDENCE TO SAME RE: SAME
(.2); DRAFT CORRESPONDENCE TO S.
KAROL AND M. CHLEBOVEC RE: PARTY
INTERESTED IN OBTAINING A LIST OF
WINN DIXIE STORES, REVIEW
CORRESPONDENCE FROM S. KAROL RE: SAME
(.1); REVIEW CORRESPONDENCE FROM B.
GASTON RE: SAME (.1); TELEPHONE
CONFERENCE WITH J. LAMMERT RE:
PROPERTY TAX SERVICES (.2); REVIEW
CORRESPONDENCE FROM J. VINCEQUERRA RE
REJECTION DAMAGES, DRAFT MEMO TO R.
GRAY RE: SAME (.1); DRAFT
CORRESPONDENCE TO AND REVISE
CORRESPONDENCE FROM C. JACKSON RE:
STORE # 1611 (.1); DRAFT
CORRESPONDENCE TO B. GASTON RE: SAME
(.1); DRAFT CORRESPONDENCE TO M.
BAKST RE: 365(D)(4) OBJECTION (.2);
REVIEW CORRESPONDENCE AND DOCUMENTS
FROM K. NEIL RE STORE NOS. 2480 AND
2438, DRAFT CORRESPONDENCE TO T.
SADATTO RE: SAME (.1); REVIEW
CORRESPONDENCE FROM J. BRICE AND
DRAFT CORRESPONDENCE TO SAME RE:
LEASE REJECTION MOTION (.1); REVIEW
AND REVISE PROPOSED ORDER RE: SAME
(.1); TELEPHONE CONFERENCE WITH D.
SMITH RE: ISSUES RELATED TO LEASE NO.
1310 (.1); REVIEW CORRESPONDENCE FROM
SAME RE: SAME (.1); TELEPHONE
CONFERENCE (VOICEMAIL) WITH M. BAKST
RE: ISSUES RELATED TO WITHDRAWAL OF
OBJECTION (.1); REVIEW AND REVISE
HEARING OUTLINE FOR LEASE REJECTION
MOTION (.3); DRAFT Q&A FOR M.
CHLEBOVEC RE: LEASE REJECTION (.2).

RAVIN AS          05/14/05      1.30      REVIEW AND REVISE LEASE REJECTION
HEARING OUTLINE (.4); DRAFT MULTIPLE
CORRESPONDENCE TO C. JACKSON RE: SAME
(.2); DRAFT CORRESPONDENCE TO AND
REVISE CORRESPONDENCE FROM M.
CHLEBOVEC RE: ABANDONED PROPERTY
(.2); REVIEW AND REVISE LEASE
REJECTION OUTLINE RE: LAW ON
RETROACTIVE REJECTION (.4); DRAFT
MULTIPLE CORRESPONDENCE TO AND REVIEW
MULTIPLE CORRESPONDENCE FROM C.
JACKSON RE: SAME (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/15/05 | 1.50 | DRAFT CORRESPONDENCE TO S. KAROL AND M. CHLEBOVEC RE: LEASE REJECTION (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: COMMENTS TO MOTION AND DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: ISSUES RE: SAME (.2); FOLLOW UP TELEPHONE CONFERENCE WITH P. WINDHAM, M. CHLEBOVEC AND K. DAW RE: SAME (.2); DRAFT MEMO TO S. HENRY RE: SAME (.1); REVIEW CORRESPONDENCE FROM C. JACKSON RE: SUBLEASE TERMINATION AGREEMENTS, REVIEW RELATED MEMO FROM R. GRAY (.1); ADDRESS VARIOUS ISSUES RE CORRESPONDENCE FROM LANDLORDS (.6). |
| LAMAINA KA | 05/16/05 | 4.20 | REVIEW ISSUE RE 365(D)(3) (1.0); REVIEW CORRESPONDENCE RE SAME THAT INCLUDES CASES CITED THEREIN (3.2). |
| RAVIN AS | 05/16/05 | 2.40 | REVIEW CORRESPONDENCE FROM K. NEIL AND DRAFT CORRESPONDENCE TO SAME RE: STORE NOS. 2480 AND 2438, DRAFT CORRESPONDENCE TO T. SADUTTO RE: SAME (.2); DRAFT MEMO TO S. LAM RE: NOTICES TO BE SENT TO DIP LENDER RE: ABANDONED PROPERTY (.1); TELEPHONE CONFERENCE WITH J. LAMMERT RE: PROPERTY TAX ISSUES (.3); DRAFT MEMO TO S. HENRY RE: SAME (.2); REVIEW MEMOS FROM R. GRAY AND H. ETKIN RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: REVISIONS TO TEAR SHEET DATA, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); DRAFT MEMO TO S. HENRY RE: TERMINATION AGREEMENTS (.2); REVIEW CORRESPONDENCE RE: TERMINATION OF LEASE (.1); CONFERENCE WITH R. GRAY RE: SAME (.1); TELEPHONE CONFERENCE WITH D. SMITH RE: ISSUES RE: SAME (.2); REVIEW CORRESPONDENCE FROM N. LAFLEUR RE: NOTICE OF WITHDRAWAL OF NORTH MADISON OBJECTION, REVIEW SAME (.1); TELEPHONE CONFERENCE WITH K. SHAPIRO RE: STATUS OF LEASE RE: HAZELHURST MISS. STORE (.1); REVIEW ORDER APPROVING KB AMERICAN STIP, DRAFT MEMO TO S. HENRY RE: SAME, ADDRESS ISSUES RELATED TO SERVICE OF SAME (.2); REVIEW CORRESPONDENCE FROM M. KELLY RE: WINN DIXIE STORE NUMBER 5746 (.1); REVIEW CORRESPONDENCE FROM M. BAKST RE: 365(D)(4) OBJECTION (.1); ADDRESS ISSUES RE: SAME (.2). |
| LAMAINA KA | 05/17/05 | 3.50 | CONTINUE REVIEW OF LEASE ISSUE. |

D05A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/17/05 | 0.70 | DRAFT MEMO TO FILE RE: CALL RECEIVED FROM K. SHAPIRO RE: HAZLETON, MISS. STORE (.1); CONFERENCE WITH K. LAMAINA RE: ISSUES RELATED TO GARDENS PARK PLAZA OBJECTION (.2); REVIEW VARIOUS CORRESPONDENCE RELATED TO LEASES INCLUDING CORRESPONDENCE FROM M. CHLEBOVEC RE: WORLD INDOOR SPORTS SUBLEASE PAYMENT (.1); TELEPHONE CONFERENCE (VOICEMAIL) WITH D. NOBLE RE: CROWDER LETTER (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: GARDENS PARK PLAZA OBJECTION (.2). |
| GRAY RW | 05/18/05 | 0.30 | ASSIST A. RAVIN RE: COMMODORE REALTY ISSUE (0.1); ASSIST A. RAVIN RE: KB AMERICAN ISSUE (0.1); REVIEW AND RESPOND TO MEMOS FROM A. RAVIN AND C. JACKSON RE: PAYING LANDLORD TAXES (0.1). |
| HORWITZ MD | 05/18/05 | 4.10 | RECEIVE ASSIGNMENT FROM A. RAVIN RE NORTHLAKE PLAZA LEASE (.1); RESEARCH RELEVANT FILINGS ON DOCKET (.1); READ RELEVANT PLEADINGS (.3); READ CASES PROVIDED BY A. RAVIN (.4); RESEARCH ADDITIONAL RELEVANT CASE LAW (.5); READ ADDITIONAL CASES (1.0); WRITE INFORMAL MEMO TO A. RAVIN SUMMARIZING PROGRESS (1.7). |

D09A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS              05/18/05        5.90    REVIEW DEFAULT NOTICE AND
                                              CORRESPONDING LETTER RECEIVED FROM
                                              COMMODORE REALTY (.1); DRAFT MEMO TO
                                              R. GRAY RE: SAME (.1); DRAFT
                                              CORRESPONDENCE TO AND REVIEW
                                              CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                              STORE # 1408 (.1); DRAFT
                                              CORRESPONDENCE TO C. JACKSON RE:
                                              GARDENS PARK PLAZA OBJECTION (.1);
                                              TELEPHONE CONFERENCE WITH D. NOBLE
                                              RE: CROWDER FAMILY TRUST LEASE (.1);
                                              CONFERENCES WITH M. HORWITZ RE:
                                              PRORATION ISSUES (.2); REVIEW
                                              DOCUMENTS FROM COMPANY RE: CROWDER
                                              FAMILY TRUST ISSUES (.3); DRAFT
                                              CORRESPONDENCE TO M. CHLEBOVEC RE:
                                              SAME (.2); DRAFT CORRESPONDENCE TO
                                              AND REVIEW CORRESPONDENCE FROM K.
                                              CHERRY RE: SAME (.1); TELEPHONE
                                              CONFERENCE WITH J. VINCEQUERRA RE:
                                              STATUS OF NOTICE PARTIES LIST (.1);
                                              DRAFT MEMOS TO AND REVIEW MEMOS FROM
                                              S. LAM RE: SAME (.1); LEGAL RESEARCH
                                              RE: 365(D)(3) PRORATION ISSUE (.7);
                                              TELEPHONE CONFERENCE WITH C. JACKSON
                                              RE: ISSUES RELATED TO GARDENS PARK
                                              OBJECTION (.1); DRAFT CORRESPONDENCE
                                              TO SAME RE: SAME (.1); TELEPHONE
                                              CONFERENCES WITH R. GAUTHIER RE:
                                              MAINTENANCE ISSUES RE: CROWDER FAMILY
                                              STORE (.3); TELEPHONE CONFERENCE WITH
                                              D. NOBLE RE: SAME (.4); REVIEW
                                              CORRESPONDENCE FROM R. MEADOWS RE:
                                              SAME (.1); TELEPHONE CONFERENCE WITH
                                              J. MILTON RE REQUEST FOR PROPOSED
                                              ORDER (.1); REVIEW CORRESPONDENCE
                                              FROM B. GASTON RE: LEASES TO BE
                                              REMOVED FROM LEASE REJECTION ORDER
                                              (.2); FOLLOW UP TELEPHONE CONFERENCE
                                              WITH B. GASTON RE: SAME (.1); DRAFT
                                              MEMO TO S. HENRY RE: SAME (.1);
                                              TELEPHONE CONFERENCE WITH SAME RE:
                                              SAME (.1); TELEPHONE CONFERENCE WITH
                                              R. GLENN RE: ISSUES RE: STORE NO. 328
                                              (.1); DRAFT MEMOS RE: KB AMERICAN TO
                                              R. GRAY (.1); TELEPHONE CONFERENCE
                                              WITH D. BLANSKY RE: ISSUES RELATED TO
                                              SAME (.1); DRAFT CORRESPONDENCE TO
                                              AND REVIEW CORRESPONDENCE FROM C.
                                              JACKSON RE: GARDENS PARK PLAZA
                                              OBJECTION (.2); FOLLOW UP CALLS WITH
                                              B. GASTON RE: PROPOSED LEASE
                                              REJECTION ORDER (.2); REVIEW AND
                                              REVISE PROPOSED LEASE REJECTION ORDER
                                              (.4); DRAFT CORRESPONDENCE TO
                                              COMMITTEE RE: SAME AND REVIEW
                                              CORRESPONDENCE FROM SAME RE: SAME
                                              (.2); DRAFT CORRESPONDENCE TO M.
                                              CHLEBOVEC AND S. KAROL RE: KB LEASE
                                              ISSUES (.3); REVIEW CORRESPONDENCE
                                              FROM R. MEADOWS AND M. CHLEBOVEC RE:
                                              CROWDER FAMILY TRUST STORE REPAIRS
                                              (.2);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/18/05 | | TELEPHONE CONFERENCE WITH R. GLENN RE: COMMODORE REALTY MAINTENANCE ISSUES (.1); REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); TELEPHONE CONFERENCE WITH J. TAYLOR RE: PROPERTY TAX ISSUES RELATED TO STORE NO. 1408 (.1). |
| GRAY RW | 05/19/05 | 0.10 | REVIEW LETTER RE: CRUMP LEASE AND DRAFT MEMO TO S. HENRY ET AL. RE: SAME. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/19/05          6.90     DRAFT CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                             STORE NO. 1328 (.2); DRAFT MULTIPLE
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM D. NOBLE RE:
                                             STATUS OF SAME (.2); DRAFT MEMO TO
                                             AND REVIEW INFORMATION FROM S. LAM
                                             RE: STATUS OF J. VINCEQUARA NOTICE
                                             REQUEST (.1); DRAFT CORRESPONDENCE TO
                                             J. VINCEQUERRA RE: SAME (.1); DRAFT
                                             MULTIPLE CORRESPONDENCE TO AND REVIEW
                                             SAME FROM M. BARR RE: ISSUES RE:
                                             PROPOSED LEASE REJECTION ORDER (.3);
                                             REVIEW CORRESPONDENCE FROM M. PUYANIC
                                             RE: STORE NO. 328 AND DRAFT
                                             CORRESPONDENCE TO SAME RE: SAME (.3);
                                             DRAFT CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM C. IBOLD RE: SAME
                                             (.2); ADDRESS ISSUES RE: SAME (.2);
                                             REVIEW CORRESPONDENCE FROM J. LAMMERT
                                             RE: ASSESSMENT TECHNOLOGIES (.2);
                                             REVIEW CORRESPONDENCE FROM B. GASTON
                                             RE: LEASE REJECTION ISSUES, DRAFT
                                             CORRESPONDENCE TO SAME RE: SAME (.2);
                                             TELEPHONE CONFERENCE WITH B. GASTON
                                             RE: SAME (.2); REVIEW CORRESPONDENCE
                                             FROM C. REYNOLDS RE: COMMODORE STORE
                                             (.1); REVIEW CORRESPONDENCE FROM L.
                                             MORGAN RE: REQUEST FOR PAYMENTS RE:
                                             TWO STORES (.1); DRAFT MEMO TO M.
                                             CHLEBOVEC RE: SAME (.1); REVIEW AND
                                             REVISE LEASE REJECTION HEARING
                                             OUTLINE FOR C. JACKSON (.1); REVIEW
                                             CORRESPONDENCE FROM AND DRAFT
                                             CORRESPONDENCE TO M. KELLY RE: STORE
                                             NO. 5746 (.1); DRAFT CORRESPONDENCE
                                             TO M. CHLEBOVEC AND S. KAROL RE: SAME
                                             (.1); DRAFT CORRESPONDENCE TO AND
                                             REVIEW SAME FROM K. NEIL RE: STORE
                                             NO. 1408 (.2); DRAFT CORRESPONDENCE
                                             TO S. MCCARTHY RE: LEASE REJECTION
                                             MOTION, ADDRESS ISSUES RE: SAME (.3);
                                             MULTIPLE CALLS WITH J. TAYLOR RE:
                                             PROPERTY TAX ISSUES (.3); CALL WITH
                                             S. MOGDINARO RE: ISSUES RELATED TO 2
                                             GEORGIA STORES RE: POSTPETITION
                                             AMOUNTS CLAIMED OWED (.2); DRAFT
                                             LENGTHY CORRESPONDENCE TO L. MORGAN
                                             RE: SAME (.4); TELEPHONE CONFERENCE
                                             WITH B. GASTON RE: LEASE ISSUES (.2);
                                             DRAFT CORRESPONDENCE TO SAME RE: SAME
                                             (.1); CONFERENCES WITH S. HENRY RE:
                                             ISSUES RELATED TO SAME (.2); REVIEW
                                             VARIOUS CORRESPONDENCE FROM M.
                                             CHLEBOVEC RE: STORE 1408 AND OTHER
                                             LEASE (.5); TELEPHONE CONFERENCE WITH
                                             C. RENYOLDS RE: STORE 328 (.1);
                                             FOLLOW UP TELEPHONE CONFERENCES WITH
                                             R. MAZUREK RE: STORE NO. 817 (.2);
                                             DRAFT MEMO TO M. CHLEBOVEC RE: SAME
                                             (.1); DRAFT MEMO TO S. HENRY RE:
                                             ISSUES RELATED TO SAME (.2);

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/19/05 | | REVIEW E-MAIL FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: KB MOTION (.1); REVIEW AND REVISE KB MOTION (.2); ADDRESS VARIOUS LEASE RELATED ISSUES INCLUDING RESPONDING TO MULTIPLE LANDLORD INQUIRIES (.6); REVIEW INFORMATION RECEIVED FROM D. NOBLE RE: OVERAGE PAYMENT DISPUTE (.2). |
| HENRY S | 05/20/05 | 0.40 | WORK ON ISSUES RE LEASE CURE AMOUNT. |
| RAVIN AS | 05/20/05 | 1.00 | CONFERENCE WITH S. HENRY RE: LEASE REJECTION ISSUES (.2); DRAFT CORRESPONDENCE TO C. IBOLD RE: COMMODORE RESPONSE (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO R. GLENN RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. TAYLOR RE: STORE NO. 1408 PROPERTY TAX ISSUES (.1); DRAFT CORRESPONDENCE TO D. REED RE: STATUS OF FRANKFORD DALLAS OBJECTION (.1); DRAFT CORRESPONDENCE TO D. BLANSKY RE: STATUS OF KB AMERICAN EXTENSION, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM COUNSEL TO STORE 1308, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CRUMP LEASE CORRESPONDENCE, DRAFT CORRESPONDENCE TO S. HENRY RE: SAME (.1). |
| HORWITZ MD | 05/22/05 | 5.30 | RESEARCH CASE LAW REGARDING THE LEASE TITLES (.8); READ CASES REGARDING SAME (2.2); REREAD RELEVANT LEASE PROVISIONS (.3); MAKE NOTES ON CASES (1.0); DRAFT INFORMAL MEMO REGARDING SAME (1.0). |
| HENRY S | 05/23/05 | 1.00 | WORK ON ISSUES RELATING TO FORECLOSURE AND LEASEHOLD INTEREST (.8); MEET WITH A. RAVIN RE SAME (.2). |
| GRAY RW | 05/23/05 | 0.10 | REVIEW KB AMERICA ISSUES WITH A. RAVIN. |
| HORWITZ MD | 05/23/05 | 0.80 | EDIT INFORMAL MEMO TO A. RAVIN REGARDING EFFECTIVENESS OF LANGUAGE IN LEASES. |

DCSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/23/05 | 4.50 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: ISSUES RELATED TO KB PROPERTIES STIPULATION, DRAFT CORRESPONDENCE TO S. KAROL RE: SAME, DRAFT CORRESPONDENCE TO D. BLANSKY RE: SAME (.2); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: STORE NO. 1408 (.1); PREPARE FOR CONFERENCE CALL RE: CENTRAL CAROLINA BANK V. J. MCFARLAND (.2); DRAFT MEMO TO S. HENRY RE: ISSUES RELATED TO SAME: (.2); CONFERENCE WITH S. HENRY RE: ISSUES RELATED TO SAME (.2); TELEPHONE CONFERENCE (VOICEMAIL) WITH W. SCHWARTZ RE: ISSUES RE: SAME (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC AND J. CASTLE RE: SAME (1.0); REVIEW MULTIPLE CORRESPONDENCE RE: STORE NO. 1408 PROPERTY TAX/ MAY RENT SETOFF ISSUES (.2); TELEPHONE CONFERENCES WITH J. TAYLOR RE: SAME (.3); DRAFT STIPULATION FURTHER EXTENDING TIME TO ASSUME/REJECT LEASE (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. MAGADDINO RE: STORE NO. 1908 (.1); REVIEW CORRESPONDENCE AND SPREADSHEET STATUS REPORT FROM R. MEADOWS RE: CROWDER FAMILY TRUST (.1); REVIEW CORRESPONDENCE FROM N. CALDWELL RE: 3 LEASES, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); DRAFT CORRESPONDENCE TO T. CORCORAN RE: STORE NO. 1908 (.1); CONFERENCE WITH S. HENRY RE: VARIOUS LEASE ISSUES (.2); DRAFT LEASE REJECTION MOTION AND CORRESPONDING PLEADINGS (.5); CONFERENCE WITH S. HENRY RE: VARIOUS LEASE  ISSUES INCLUDING STORE 1408, SUNTRUST BANK SUBLEASE ISSUES, CRUMP LETTER (.3); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: STORE NUMBER 496, TELEPHONE CONFERENCE WITH J. D. HOOD'S OFFICE RE: SAME (.1); DRAFT CORRESPONDENCE TO M. KELLY RE: STORE NUMBER 1852 (.1); REVIEW CORRESPONDENCE FROM M. COMMERFORD RE: LEASE RELATED CORRESPONDENCE, REVIEW MEMO FROM S. HENRY RE: SAME, DRAFT MEMO TO S. HENRY RE: SAME (.1). |
| LIOU J | 05/23/05 | 2.30 | ORGANIZE MEMORANDUMS OF LEASES. |
| HENRY S | 05/24/05 | 2.70 | ANALYSIS OF CASES AND STATUTE REGARDING OPERATION OF 502(B)(6). |
| GRAY RW | 05/24/05 | 0.20 | REVIEW AND RESPOND TO MEMO FROM A. RAVIN RE: EQUIPMENT AT CLOSED STORES (0.1); TC AND EMAIL EXCHANGE WITH S. HENRY RE: STAY ISSUE ON LEASE TERMINATION (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HORWITZ MD          05/24/05          0.80    DOWNLOAD LEASE-RELATED CASE LAW FROM
                                               LEXIS (.2); SHEPHARDIZE (.2); CHECK
                                               NEGATIVE-TREATMENT CASES (.2);
                                               FORWARD TO A. RAVIN (.2).

D90A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/24/05          6.80    REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: LEASE
                                            REJECTIONS (.1); DRAFT CORRESPONDENCE
                                            TO M. BARR RE: STORE NO. 817 (.3);
                                            REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC RE:
                                            STORE NO. 1908 (.1); PREPARE FOR AND
                                            PARTICIPATE IN TELEPHONE CONFERENCE
                                            WITH D. NOBLE RE: STATUS OF STORE NO.
                                            1308 (.4); DRAFT CORRESPONDENCE TO M.
                                            CHLEBOVEC AND R. MEADOWS RE: SAME,
                                            REVIEW CORRESPONDENCE FROM R. MEADOWS
                                            RE: SAME (.2); TELEPHONE CONFERENCE
                                            WITH R. MAZUREK RE: STORE 817 (.1);
                                            CONFERENCE WITH S. HENRY RE: ISSUES
                                            RELATED TO SAME (.2); TELEPHONE
                                            CONFERENCE WITH D. SMITH RE: STORE
                                            1310 (.1); TELEPHONE CONFERENCE WITH
                                            M. CHLEBOVEC AND D. SMITH RE: SAME
                                            (.2); FOLLOW UP TELEPHONE CONFERENCE
                                            WITH M. CHLEBOVEC RE: SAME (.1);
                                            DRAFT CORRESPONDENCE TO R. MERZ RE:
                                            RESPONSE TO TERMINATION NOTICE (.4);
                                            TELEPHONE CONFERENCE WITH SAME RE:
                                            SAME (.1); CONFERENCE WITH S. HENRY
                                            RE: SAME (.2); TELEPHONE CONFERENCES
                                            WITH J. IVERSON RE: ISSUES RELATED TO
                                            SAME (.2); DRAFT MEMO TO S. HENRY RE:
                                            ISSUES RELATED TO SAME (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: SAME
                                            (.1); TELEPHONE CONFERENCE WITH J.
                                            TAYLOR RE: STORE NO. 1408 (.1);
                                            TELEPHONE CONFERENCE WITH K. JAXSON
                                            RE: SAME (.2); TELEPHONE CONFERENCE
                                            WITH C. ELLER RE: STORE 1408 (.3);
                                            TELEPHONE CONFERENCE WITH B. GASTON
                                            RE: VARIOUS ISSUES INCLUDING ISSUES
                                            RELATED TO BARTOW LEASE (.2); DRAFT
                                            CORRESPONDENCE TO S. HENRY RE: STORE
                                            1408 (.2); REVIEW MEMO FROM M.
                                            HORWITZ RE: "ADDITIONAL RENT"
                                            RESEARCH IN CONNECTION WITH GARDENS
                                            PARK PLAZA OBJECTION (.2); CONFERENCE
                                            WITH M. HORWITZ RE: SAME (.2); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: KB
                                            AMERICAN EXTENSION (.1); TELEPHONE
                                            CONFERENCE WITH J. CASTLE AND S.
                                            HENRY RE: STORE NO. 817 (.3);
                                            CONFERENCE WITH SAME RE: 502(B)(6)
                                            CAP AS EXCLUSIVE REMEDY (.3); LEGAL
                                            RESEARCH RE: SAME (.6); TELEPHONE
                                            CONFERENCE WITH M. CHLEBOVEC RE:
                                            STORE 817 (.2); DRAFT CORRESPONDENCE
                                            TO J. CASTLE RE: SAME (.2); DRAFT
                                            CORRESPONDENCE TO M. BARR RE: SAME
                                            (.2); MULTIPLE CONFERENCES WITH S.
                                            HENRY RE: SAME (.4); REVIEW
                                            CORRESPONDENCE AND SPREADSHEET FROM
                                            B. GASTON RE: IMPACT OF MAY 19TH
                                            REJECTION ORDER ON 23 LEASES (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LIOU J | 05/24/05 | 9.90 | ORGANIZE SHORT FORM LEASES AND LEGAL DESCRIPTIONS. |
| HENRY S | 05/25/05 | 4.90 | CONF CALL MCGUIRE, BARR, CHLEBOVEC RE STORE 817 (.4); AND PREPARATION FOR CALL (.3); T/CS JACKSON RE LEASE ISSUES (.2); WORK RE POTENTIAL PLEADING IN REQUEST FOR TAX PAYMENT (.4); WORK ON ANALYSIS OF FACTS AND STRATEGY RE TAX OVERPAYMENT (.3); WORK ON DJF ORDER (.7); REVIEW CORRESPONDENCE FROM MANDEL RE SAME AND HOULIHAN PRECEDENT REFERRED TO THEREIN (.3); MEMORANDUM NUSSBAUM RE DJM/BLACKSTONE INTERACTION (.3); MARKUP AGREEMENT WITH DJM AND CIRCULATE TO MANDEL (.7); 2 T/CS ZIMMER RE SAME (.2); REVIEW MEMORANDUM REGARDING EFFECT OF 502(B)(6) CAP (.7); MEET WITH RAVIN RE SAME (.4). |
| HORWITZ MD | 05/25/05 | 0.40 | DOCKET RESEARCH (.2); SEND CASE LAW TO A. RAVIN (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/25/05          13.90    DRAFT MEMO TO S. HENRY RE: ISSUES
                                              RELATED TO STORE 1310 (.1); REVIEW
                                              CORRESPONDENCE FROM M. BARR RE: STORE
                                              817, DRAFT CORRESPONDENCE TO M.
                                              CHLEBOVEC RE: SAME (.1); DRAFT
                                              CORRESPONDENCE TO B. GASTON RE: LEASE
                                              REJECTION CHART RELATED TO 23 LEASES
                                              REJECTED, REVIEW CORRESPONDENCE FROM
                                              SAME RE: SAME (.2); REVIEW BUEHLER'S
                                              DOCKET, DRAFT CORRESPONDENCE TO B.
                                              GASTON RE: SAME (.1); DRAFT
                                              CORRESPONDENCE TO D. NOBLE RE: ISSUES
                                              RELATED TO STORE NO. 1328 (.1); DRAFT
                                              CORRESPONDENCE TO R. GLENN RE: STATUS
                                              OF COMMODORE PROPERTY (.1); TELEPHONE
                                              CONFERENCE WITH J. FRIESEN RE: ISSUES
                                              RELATED TO FORECLOSURE PROCEEDING RE:
                                              STORE 817 (.1); TELEPHONE CONFERENCE
                                              WITH M. FLANAGAN RE: SAME (.2);
                                              REVIEW CORRESPONDENCE FROM AND DRAFT
                                              CORRESPONDENCE TO S. MAGADDINO RE:
                                              STORE 1852 (.2); TELEPHONE CONFERENCE
                                              WITH SAME RE: SAME (.4); TELEPHONE
                                              CONFERENCE WITH M. KELLEY RE: SAME
                                              (.1); REVIEW UNDERLYING
                                              CORRESPONDENCE RE: TAX ISSUES RELATED
                                              TO STORE 1408 (.2); DRAFT
                                              CORRESPONDENCE TO M. CHLEBOVEC AND J.
                                              TAYLOR RE: SAME (.2); DRAFT
                                              CORRESPONDENCE TO J. CASTLE RE:
                                              502(B)(6) ISSUE (.2); LEGAL RESEARCH
                                              RE: SAME (.4); TELEPHONE CONFERENCE
                                              WITH M. CHLEBOVEC RE: ISSUES RELATED
                                              TO STORE NO. 817 (.2); TELEPHONE
                                              CONFERENCE WITH R. MAZUREK RE: SAME
                                              (.1); CONFERENCE WITH S. HENRY RE:
                                              SAME (.2); DRAFT MULTIPLE
                                              CORRESPONDENCE TO AND REVIEW
                                              CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                              STATUS OF AND ISSUES RELATED TO SAME
                                              (.4); DRAFT REJECTION MOTION AND
                                              CORRESPONDING PLEADINGS (1.3);
                                              TELEPHONE CONFERENCE WITH K. JAXSON
                                              RE: ISSUES RELATED TO STORE NO. 1408
                                              (.2); TELEPHONE CONFERENCE WITH K.
                                              DAW RE: SAME (.1); TELEPHONE
                                              CONFERENCE WITH C. JACKSON RELATED TO
                                              MORTGAGEE INTERESTS (.1); DRAFT REPLY
                                              TO GARDENS PARK PLAZA OBJECTION
                                              (1.9); TELEPHONE CONFERENCE WITH B.
                                              STUBBS RE: STORE 817 (.2); TELEPHONE
                                              CONFERENCE WITH J. LAMMERT RE
                                              PROPERTY TAX ISSUES (.2); TELEPHONE
                                              CONFERENCE WITH S. HENRY, M. BARR, J.
                                              MILTON, F. MCGUIRE AND M. CHLEBOVEC
                                              RE: STORE 817 (.5); FOLLOW UP
                                              TELEPHONE CONFERENCE WITH M.
                                              CHLEBOVEC RE: SAME (.2); TELEPHONE
                                              CONFERENCE WITH S. HENRY AND C.
                                              JACKSON RE: GARDENS PARK PLAZA
                                              OBJECTION (.2); LEGAL RESEARCH RE:
                                              502(B)(6) CAP ISSUE (2.5);

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/25/05 | | MULTIPLE CONFERENCES WITH M. GEISLER RE: SAME (1.6); REVIEW MEMO FROM M. GEISLER RE: SAME (.2); CONFERENCE WITH S. HENRY AND M. GEISLER RE: SAME (.3); DRAFT MEMO TO S. HENRY RE: SAME (.5); DRAFT MEMO TO J. CASTLE RE: SAME (.3). |
| LIOU J | 05/25/05 | 2.00 | PROOFREAD EXHIBIT C FILES. |
| MATHEW J | 05/25/05 | 0.60 | PULL CASES CITED IN MEMO FOR DISTRIBUTION TO CLIENT. |
| HORWITZ MD | 05/26/05 | 0.40 | REVIEW DRAFT BRIEF REGARDING LEASE LANGUAGE ISSUE. |
| RAVIN AS | 05/26/05 | 5.50 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. NORRIS RE: COMMODORE REALTY (.1); LEGAL RESEARCH RE: 502(B)(6)(B) PREPETITION PROPERTY DAMAGES, DRAFT MEMO TO S. HENRY RE: SAME (3.0); REVIEW MULTIPLE CORRESPONDENCE FROM M. CHLEBOVEC RE: VARIOUS LEASE ISSUES INCLUDING ISSUES RELATED TO STORE NO. 1310 (.1); REVIEW CORRESPONDENCE FROM D. NOBLE RE: STORE NO. 1328, DRAFT CORRESPONDENCE TO R. MEADOWS RE: SAME (.1); TELEPHONE CONFERENCE WITH K. DAW RE: STORE 1408 (.1); TELEPHONE CONFERENCE WITH D. SMITH RE: SUNTRUST SUBLEASE ISSUES (.1); TELEPHONE CONFERENCE WITH C. BROWDER RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. SMITH AND M. CHLEBOVEC RE: SAME (.1); TELEPHONE CONFERENCE WITH R. CARNAHAN AND C. JACKSON RE: 365(D)(4) OBJECTION (.1); REVIEW AND REVISE REPLY MEMORANDUM TO GARDENS PARK PLAZA (1.1); DRAFT CORRESPONDENCE TO J. CASTLE RE: STATUS OF STORE 817 (.1); TELEPHONE CONFERENCE WITH B GASTON RE: VARIOUS ISSUES INCLUDING 1310, AND SUN TRUST BANK (.4); REVIEW MEMO FROM J. LEAMY RE: LUNDIN ROOFING AND RELATED CORRESPONDENCE FROM M. CRAWFORD, REVIEW MEMO FROM R. GRAY RE: SAME (.1). |
| MATHEW J | 05/26/05 | 0.40 | BEGIN UPDATING LEASE REDWELD (.4). |
| GRAY RW | 05/27/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM J. JAMES RE: STORE LEASE PAYMENT ISSUES AND COORDINATE WITH S. HENRY. |
| MATHEW J | 05/27/05 | 4.30 | UPDATE LEASE REDWELD (.9); UPDATE LEASE CORRESPONDENCE CONTACT CHART (3.4). |
| HENRY S | 05/31/05 | 0.80 | T/C ZIMMER RE REVISIONS TO DJM RETENTION AGREEMENT (.3); T/C BARR RE COMMITTEE OBJECTION AND POSSIBLE RESOLUTION (.1); T/C C. JACKSON RE ENTERPRISE AND LEASE SALES (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 05/31/05 | 1.40 | DRAFT CORRESPONDENCE TO R. MEADOWS RE: WALK-THROUGH OF CROWDER FAMILY TRUST STORE, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. NOBLE RE: SAME (.1); REVIEW CORRESPONDENCE FROM C. ELLER RE: STORE 1408 (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: STORE 1408 (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM SAME RE: SAME (.2); MULTIPLE TELEPHONE CONFERENCES WITH C. ELLER RE: SAME (.2); REVIEW MEMO FROM R. GRAY RE: ISSUES OF 365(D)(3) AND MECHANICS LIENS, REVIEW PRIOR RESEARCH RE SAME, DRAFT MEMO TO SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH R. MERZ RE: SALE OF ASSETS TO ROBERTS COMPANY (.2); TELEPHONE CONFERENCE WITH L. TOLBERT RE: STORE 1306 (.1); REVIEW DRAFT LEASE TERMINATION AGREEMENTS (.1); TELEPHONE CONFERENCE WITH C. BROWDER RE: SAME (.1). |
|---|---|---|---|

**MATTER TOTAL**          **162.30**

DOHA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 06/14/05
Litigation (General)                             Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TOUSSI S | 05/01/05 | 1.80 | ADDRESS AND RESOLVE ISSUES RE ADVERSARY PROCEEDINGS RELATED TO MARY GARDNER'S CLAIMS FOR YAKIMA, FLAVOR-PIK, CAVENDISH AND HEINZ (1.0); PREPARE DRAFT LETTER TO GARDNER RE EXTENSION OF TIME TO RESOLVE CLAIMS (.8). |
| TOUSSI S | 05/04/05 | 2.40 | WORK ON EXTENSION OF STAY RE: ADVERSARY (.8); CORRESPONDENCE WITH GARDNER RE: SAME (.8); VARIOUS T/C CONFERENCES WITH LOCAL COUNSEL AND GARDNER RE SAME AND STATUS OF CLAIMS (.8). |
| GRAY RW | 05/05/05 | 0.20 | TC WITH J. STERN RE: REMOVAL CASES (0.1); OBTAIN LIST OF REMOVAL CASES, REVIEW, AND DRAFT MEMO TO J. STERN RE: SAME (0.1). |
| TOUSSI S | 05/05/05 | 0.80 | ADDRESS ISSUES RE EXTENSION OF PROCEEDINGS, CORRESPONDENCE RE SAME. |
| GRAY RW | 05/10/05 | 0.20 | TC WITH J. STERN RE: WACHOVIA INTEREST IN PLAINTIFF LAWSUITS (0.1); DRAFT MEMO TO J. CASTLE RE: WACHOVIA ISSUES WITH REMOVAL MOTION (0.1). |
| GRAY RW | 05/11/05 | 0.60 | DRAFT MEMO TO J. STERN RE: INFORMATION ON PLAINTIFF CASES (0.4); DRAFT MEMO TO OBTAIN SAMPLE TORT SETTLEMENT MOTIONS AND RESEARCH FILES RE: SAME (0.2). |
| GRAY RW | 05/13/05 | 0.40 | REVIEW KMART PRECEDENT RE: PERSONAL INJURY CLAIMS AND DRAFT MEMO TO J. POST FORWARDING SAME. |
| GRAY RW | 05/17/05 | 0.30 | TC WITH T. WILLIAMS RE: EMPLOYMENT LAW ISSUES AND DRAFT MEMO TO J. POST RE: SAME FOR SETTLEMENT MOTION (0.2); REVIEW AND RESPOND TO MEMO FROM J. POST RE: SCOPE OF SETTLEMENT MOTION (0.1). |
| GRAY RW | 05/19/05 | 0.20 | REVIEW LETTER RE: ADA/GRANADA VILLAGE ISSUES AND DRAFT MEMO TO J. CASTLE ET AL. RE: SAME. |
| GRAY RW | 05/23/05 | 1.00 | REVIEW MEMO FROM L. APPEL RE: LOBSTER INVESTIGATION, REVIEW ISSUES AND RELATED CODE SECTIONS AND DRAFT REPLY (0.6); REVIEW MEMO FROM AND TC WITH S. TEICHER RE: DIP ISSUES RELATING TO INVESTIGATION (0.2); DRAFT MEMO TO M. MCDERMOTT RE: SAME (0.1); TC WITH J. POST RE: LITIGATION SETTLEMENT ISSUES (0.1). |

DO9A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 05/24/05 | 1.20 | REVIEW DOCUMENTS RECEIVED FROM J. POST (0.2); CONF CALL WITH M. MCDERMOTT AND J. POST RE: CLAIM SETTLEMENT ISSUES (0.8); FOLLOW UP TC WITH J. POST RE: LITIGATION SETTLEMENT STRATEGY (0.2). |
|---|---|---|---|
| GEISLER ML | 05/25/05 | 8.50 | RESEARCH, ANALYSIS, MEMO RE LEGAL ISSUES W/RESPECT TO CERTAIN LEASE. |
| GRAY RW | 05/27/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM D. NETZLEY RE: NONMONETARY SETTLEMENT AUTHORITY. |
| GRAY RW | 05/31/05 | 0.90 | REVIEW AND RESPOND TO MEMOS FROM D. NETZLEY RE: ORDINARY COURSE EMPLOYMENT SETTLEMENTS (0.2); TC WITH J. POST RE: LITIGATION SETTLEMENT ISSUES (0.1); CONF CALL WITH R. LAMBERTH AND J. POST RE: LITIGATION SETTLEMENT PROCEDURES (0.6). |
| **MATTER TOTAL** | | **18.60** | |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/14/05
Regulatory and SEC Matters                             Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/02/05 | 2.50 | WORK ON BANKRUPTCY REVISIONS TO 10-Q DRAFT (2.1); TC WITH R. BARUSCH RE: ADDITIONAL COMMENTS ON 10-Q (0.2); DRAFT MEMO TO M. BYRUM FORWARDING COMMENTS ON 10-Q (0.1); TC WITH SEC LAWYER TO ESTABLISH CONTACT IN VIEW OF LETTER (0.1). |
| GRAY RW | 05/03/05 | 0.30 | REVIEW AND RESPOND TO MEMO FROM C. NASS RE: 10-Q ISSUES (0.2); TC WITH R. BARUSCH RE: 10-Q ISSUES (0.1). |
| GRAY RW | 05/04/05 | 0.40 | REVIEW AND RESPOND TO MEMOS FROM C. NASS RE: COMMENT CLARIFICATION ON 10-K (0.2); REVIEW AND RESPOND TO MEMO FROM C. NASS RE: ISSUES RAISED BY KPMG (0.2). |
| GRAY RW | 05/05/05 | 0.30 | REVIEW AND RESPOND TO MEMO FROM M. BYRUM RE: LIABILITIES SUBJECT TO COMPROMISE AND MSP/SRP TREATMENT (0.2); REVIEW AND RESPOND TO MEMO FROM C. NASS RE: LEASE ISSUES (0.1). |
| GRAY RW | 05/13/05 | 0.30 | REVIEW FINAL 10-Q (0.2); TC WITH R. BARUSCH RE: 10-Q ISSUE (0.1). |
| GRAY RW | 05/27/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM C. NASS RE: 10-K. |
| MATTER TOTAL | | 3.90 | |

D09A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/14/05
Reorganization Plan / Plan Sponsors                    Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 05/02/05 | 0.10 | REVIEW CORRESPONDENCE FROM SEC RE: REQUEST FOR PRE-FILING REVIEW OF PLAN OF REORGANIZATION. |
| RAVIN AS | 05/03/05 | 0.60 | DRAFT EXCLUSIVITY MOTION AND PROPOSED ORDER. |
| RAVIN AS | 05/04/05 | 0.60 | DRAFT, REVIEW AND REVISE EXCLUSIVITY EXTENSION MOTION AND CORRESPONDING PLEADINGS. |
| RAVIN AS | 05/05/05 | 1.10 | DRAFT, REVIEW AND REVISE EXCLUSIVITY MOTION AND CORRESPONDING PLEADINGS. |
| RAVIN AS | 05/06/05 | 0.50 | REVIEW AND REVISE MOTION TO EXTEND EXCLUSIVITY (.4); CONFERENCE WITH J. PAOLI RE: LEGAL RESEARCH RELATED TO SAME (.1). |
| RAVIN AS | 05/09/05 | 0.20 | CONFERENCE WITH J. PAOLII RE: EXCLUSIVITY RESEARCH (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
| RAVIN AS | 05/10/05 | 0.20 | REVIEW BLACKLINE OF EXCLUSIVITY MOTION PROVIDED BY J. PAOLI RE: UPDATED CASE LAW (.1); ADDRESS ISSUES RELATED TO SAME (.1). |
| RAVIN AS | 05/11/05 | 0.60 | REVIEW AND REVISE EXCLUSIVITY MOTION AND CORRESPONDING PLEADINGS. |
| GRAY RW | 05/13/05 | 0.20 | WORK ON PLAN TIMETABLE. |
| RAVIN AS | 05/13/05 | 0.30 | REVIEW AND REVISE EXCLUSIVITY MOTION AND CORRESPONDING PLEADINGS, DRAFT MEMO TO R. GRAY RE: SAME. |
| RAVIN AS | 05/18/05 | 0.20 | DRAFT MEMO TO D. J. BAKER RE: EXCLUSIVITY (.1); CONFERENCE WITH R. GRAY RE: SAME (.1). |
| RAVIN AS | 05/19/05 | 0.10 | DRAFT CORRESPONDENCE TO D. J. BAKER RE: ISSUES RELATED TO EXCLUSIVITY. |
| GRAY RW | 05/23/05 | 0.70 | REVIEW AND PROVIDE INITIAL COMMENTS ON EXCLUSIVITY MOTION. |
| RAVIN AS | 05/23/05 | 2.40 | REVIEW AND REVISE EXCLUSIVITY MOTION. |
| GRAY RW | 05/24/05 | 1.30 | REVIEW AND PROVIDE COMMENTS ON REVISED EXCLUSIVITY MOTION AND ORDER (1.2); DRAFT MEMO TO M. BARR RE: EXCLUSIVITY EXTENSION REQUEST (0.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/24/05 | 0.90 | ADDRESS ISSUES RELATED TO EXCLUSIVITY MOTION (.2); CONFERENCE WITH R. GRAY RE: SAME (.2); CONFERENCE WITH S. HENRY RE: SAME (.1); REVIEW AND REVISE SAME (.3); DRAFT CORRESPONDENCE TO L. APPEL RE: SAME (.1). |
| GRAY RW | 05/25/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM A. RAVIN RE: EXCLUSIVITY MOTION. |
| RAVIN AS | 05/25/05 | 0.10 | TELEPHONE CONFERENCES WITH B. GASTON RE: ISSUE RELATED TO EXCLUSIVITY MOTION, REVIEW CORRESPONDENCE FROM SAME RE: SAME, REVIEW AND REVISE MOTION. |
| BAKER DJ | 05/26/05 | 0.80 | REVIEW DRAFT EXCLUSIVITY EXTENSION. |
| RAVIN AS | 05/26/05 | 0.50 | REVIEW CORRESPONDENCE FROM C. JACKSON RE: EXCLUSIVITY MOTION, REVIEW AND REVISE EXCLUSIVITY MOTION (.1); FINALIZE EXCLUSIVITY MOTION AND CORRESPONDING PLEADINGS FOR FILING (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. FRIETAG RE: SAME (.1). |
| BAKER DJ | 05/27/05 | 0.60 | REVIEW FINAL DRAFT OF EXCLUSIVITY PLEADINGS. |
| GRAY RW | 05/27/05 | 0.10 | COORDINATE RE: FILING AND SERVICE OF EXCLUSIVITY MOTION. |
| **MATTER TOTAL** | | **12.20** | |

D09A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)
Reports and Schedules

Bill Date: 06/14/05
Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/02/05 | 0.20 | EXCHANGE EMAILS WITH J. LEAMY RE: SCHEDULE AMENDMENT PLANNING ISSUES (0.1); REVIEW AND RESPOND TO MEMOS RE: SCHEDULING OF UTILITY CONTRACTS (0.1). |
| LEAMY JM | 05/02/05 | 1.00 | WORK ON POTENTIAL SCHEDULE AMENDMENTS. |
| LEAMY JM | 05/03/05 | 1.40 | WORK ON ISSUES RE: SOFA 3A (.1); EMAIL TO B. KICHLER RE: SAME (.1); ANALYSIS RE: SCHEDULE AMENDMENTS FOR UTILITY AND BROKER CONTRACTS (.6); TC W/ B. CROCKER RE: INTERCOMPANY ACCOUNTS PAYABLE SCHEDULED (.2); REVIEW INTERCOMPANY REPORT FROM B. CROCKER (.2); TC W/ J. ROY RE: SCHEDULE AMENDMENTS (.2). |
| LEAMY JM | 05/04/05 | 0.80 | ANALYSIS RE: ADDITIONAL CREDITORS TO BE SCHEDULED (.4); ANALYSIS RE: SEDGWICK RELATED CLAIMS (.4). |
| LEAMY JM | 05/06/05 | 0.40 | WORK ON MATTER RE: SCHEDULING OF UTILITY CONTRACTS. |
| LEAMY JM | 05/09/05 | 1.30 | TC FROM J. STERN RE: INSIDER POSITIONS (.2); WORK ON POTENTIAL SCHEDULE AMENDMENTS (.9); REVIEW LANDLORD CORRESPONDENCE RE: SCHEDULE F (.2). |
| RAVIN AS | 05/09/05 | 0.20 | REVIEW CORRESPONDENCE FROM A. KERLIN RE: ISSUE RELATED TO SCHEDULES AND STATEMENTS (.1); DRAFT MEMO TO J. LEAMY RE: SAME (.1). |
| LEAMY JM | 05/10/05 | 0.20 | TC W/ D. DOGAN RE: INSIDER POSITIONS. |
| GRAY RW | 05/11/05 | 0.40 | REVIEW MEMO FROM C. NASS RE: MOR AND EXCHANGE EMAILS WITH C. JACKSON RE: SAME (0.1); REVIEW MOR AND 8-K (0.3). |
| LEAMY JM | 05/11/05 | 0.10 | EMAIL TO J. STERN RE: INSIDER POSITIONS. |
| GRAY RW | 05/12/05 | 0.20 | TC WITH C. NASS RE: COMMENTS ON MOR AND 8-K. |
| GRAY RW | 05/13/05 | 0.30 | TC WITH J. ROY RE: MOR FILING (0.1); REVIEW FINAL MOR (0.2). |
| LEAMY JM | 05/19/05 | 0.20 | TC W/ E. MAY RE: QUESTION REGARDING SCHEDULED CLAIM. |
| LEAMY JM | 05/26/05 | 0.20 | EMAILS TO AND FROM XROADS AND LOGAN TEAM RE: AMENDED SCHEDULES STATUS UPDATE. |

DO5A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| LEAMY JM | 05/27/05 | 0.10 | REVIEW E. LANE EMAILS RE: SCHEDULE AMENDMENTS. |
| LEAMY JM | 05/31/05 | 0.50 | REVIEW AND RESPOND TO J. VANDERHOOVEN EMAIL RE: SCHEDULE AMENDMENTS (.2); FOLLOW UP ON SCHEDULING OF UTILITIES CONTRACTS (.2); EMAIL TO E. LANE RE: SCHEDULE AMENDMENTS (.1). |

**MATTER TOTAL**                                    <u>**7.50**</u>

DO5A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/14/05
Retention / Fee Matters (SASM&F)                       Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BONACHEA L | 05/02/05 | 3.20 | PREPARE LIST OF ALL ENTITIES WHO HAVE FILED NOTICES OF APPEARANCE FOR CONFLICTS SEARCH (3.2). |
| MATHEW J | 05/02/05 | 0.40 | REVIEW AND ORGANIZE RETURNED BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES. |
| MATHEW J | 05/04/05 | 3.60 | OBTAIN CERTAIN BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES FROM FILES FOR ATTORNEY REVIEW (.2); DRAFT AND SEND RETENTION UPDATE EMAIL (.6); READ AND ORGANIZE RESPONSES TO RETENTION EMAIL (2.8). |
| MATHEW J | 05/05/05 | 1.70 | REVIEW AND ORGANIZE RESPONSES TO RETENTION UPDATE EMAIL (.3); RESPOND TO QUESTIONS REGARDING RETENTION UPDATE EMAIL (.2); AND REVIEW AND ORGANIZE RETURNED BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES AND UPDATE ATTORNEY CONFLICTS LIST (1.2). |
| MATHEW J | 05/06/05 | 0.50 | REVIEW AND ORGANIZE RESPONSES TO RETENTION UPDATE EMAIL (.3); AND REVIEW RETURNED BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES FOR POTENTIAL CONFLICTS (.2). |
| MATHEW J | 05/11/05 | 0.40 | REVIEW AND ORGANIZE RESPONSES TO RETENTION SUPPLEMENT EMAIL (.2); REVIEW BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES FOR POTENTIAL CONFLICTS (.2). |
| LAMAINA KA | 05/12/05 | 0.80 | REVIEW ORDINARY COURSE MATERIALS SENT TO ME RE PROFESSIONALS RETAINED IN CASE (.5); CORRESPONDENCE RE SAME (.3). |
| MATHEW J | 05/12/05 | 0.40 | OBTAIN KEY EMPLOYEE RETENTION PROGRAM PLEADINGS FROM STERLING DOCKET FOR ATTORNEY REVIEW. |
| BONACHEA L | 05/13/05 | 0.50 | UPDATE LIST OF NOTICES PARTIES FOR CONFLICTS CHECK (.3); COPY PROFESSIONAL FEE STATEMENTS AND SEND TO H. ETLIN (.2). |
| GRAY RW | 05/17/05 | 0.30 | ASSIST WITH ISSUES ON SKADDEN SUPPLEMENTAL DECLARATION. |
| MATHEW J | 05/17/05 | 0.50 | REVIEW AND ORGANIZE RETENTION EMAIL RESPONSES (.1); REVIEW RETURNED BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES AND UPDATE ATTORNEY CONFLICT LIST (.4). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/18/05 | 2.30 | WORK ON SKADDEN SUPPLEMENTAL DECLARATION (2.2); ARRANGE FOR FILING AND SERVICE OF SKADDEN SUPPLEMENTAL DECLARATION (0.1). |
| HENRY S | 05/20/05 | 0.70 | WORK ON SETTING UP SYSTEMS WITH EXAMIN. |
| RAVIN AS | 05/20/05 | 0.10 | REVIEW MEMOS FROM K. LAMAINA AND R. GRAY RE: OCP ISSUES. |
| HENRY S | 05/23/05 | 2.90 | WORK ON FEE APPLICATION. |
| GRAY RW | 05/23/05 | 0.40 | REVIEW MEMO FROM S. BUSEY RE: ALLOCATION LIST APPROVAL AND BEGIN DRAFT OF MEMO TO E. ESCAMILLA DESCRIBING SAME AND NECESSARY COORDINATION. |
| BONACHEA L | 05/23/05 | 1.70 | TC WITH S. HENRY RE: FEE APPLICATIONS (.1); COPY FEE STATEMENTS AND DISTRIBUTE TO H. ETLIN (.4); PREPARE COVERLETTER FOR FEE STATEMENTS AND UPDATE SAME TO REFLECT MARCH FEE STATEMENT (.5); SERVE MARCH FEE STATEMENT (.7). |
| GRAY RW | 05/24/05 | 0.30 | FINALIZE MEMO TO E. ESCAMILLA RE: ALLOCATION OF RESPONSIBILITIES BETWEEN LAW FIRMS. |
| LAMAINA KA | 05/24/05 | 0.30 | REVIEW ISSUE RE BLACKSTONE (.1); CORRESPONDENCE WITH F.HUFFARD (.1); DISTRIBUTE INFORMATION RE SAME (.1). |
| BONACHEA L | 05/24/05 | 0.80 | PREPARE COVERLETTER RE: FEBRUARY FEE STATEMENT (.3); SERVE SAME (.5). |
| MATHEW J | 05/24/05 | 0.50 | REVIEW RETURNED BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES FOR POTENTIAL CONFLICTS (.4); AND COORDINATE WITH ATTORNEY REGARDING POTENTIAL CONFLICT (.1). |
| BONACHEA L | 05/25/05 | 0.80 | COPY FEE STATEMENTS AND SEND TO H. ETLIN (.2); PREPARE DRAFT OF SUMMARY SHEET RE: FIRST INTERIM FEE APPLICATION (.6). |
| HENRY S | 05/26/05 | 2.80 | WORK ON MONTHLY STATEMENT. |
| HENRY S | 05/27/05 | 4.30 | DRAFT MEMO TO APPEL RE STATEMENTS AND PROTOCOLS GOING FORWARD (2.5); REVISIONS TO MEMORANDUM (1.8). |
| MATHEW J | 05/27/05 | 0.20 | REVIEW RETURNED BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES AND UPDATE ATTORNEY CONFLICT LIST. |
| HENRY S | 05/31/05 | 5.30 | REVIEW STATEMENT FOR PRIVILEGE ISSUES, WRITE-OFF AND COMPLIANCE WITH PROTOCOLS. |

**MATTER TOTAL**                          **35.70**

DO8A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                           Bill Date: 06/14/05
Retention / Fee Matters / Objections (Others)           Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/02/05 | 0.80 | EXCHANGE EMAILS WITH C. JACKSON RE: NOTICE OF CONTINUED RETENTION APPS (0.1); TC WITH M. BARR AND J. BAKER RE: FINANCIAL ADVISOR APPROVAL ISSUES (0.1); DRAFT MEMO TO AND EXCHANGE EMAILS WITH M. BARR RE: MAY 19 NOTICE AND PROFESSIONALS SUBJECT TO FINAL APPROVAL (0.2); TC WITH M. BARR RE: BAIN STATUS AND DRAFT MEMO TO L. APPEL RE: SAME (0.1); COORDINATE RE: HANDLING OF BROKER ISSUES (0.1); REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: CARLTON FIELDS ISSUES (0.2). |
| GRAY RW | 05/03/05 | 1.10 | REVIEW AND RESPOND TO MEMO FROM A. GRUNSPAN RE: MONTHLY STATEMENT (0.1); TC WITH M. COMERFORD RE: BAIN OBJECTION (0.1); REVIEW UST FILING RE: SH&B RETENTION (0.1); DRAFT MEMO TO L. APPEL RE: COMMITTEE ISSUES ON BAIN RETENTION (0.2); REVIEW AND RESPOND TO MEMO FROM L. APPEL RE: KPMG RETENTION ISSUE AND DRAFT MEMO TO C. JACKSON RE: EXPEDITED APPROVAL (0.2); DRAFT MEMO TO M. BARR RE: OBJECTION DEADLINE ON BAIN (0.1); DRAFT MEMO TO S. BORDERS RE: K&S RELATIONSHIP WITH WACHOVIA AND REVIEW REPLY (0.1); TC WITH MILBANK RE: DEFERRAL ON HEARING FOR COMMITTEE FINANCIAL ADVISORS AND DRAFT MEMO TO L. APPEL ET AL. RE: SAME (0.1); PROVIDE COMMITTEE RETENTION APPLICATIONS TO C. BOYLE AT BLACKSTONE (0.1). |
| GRAY RW | 05/04/05 | 0.50 | REVIEW MEMO FROM S. BORDERS RE: WACHOVIA ISSUE AND DRAFT MEMO TO S. BUSEY ET AL. RE: SAME (0.1); REVIEW COMMITTEE'S APPLICATION TO RETAIN AKERMAN AND DRAFT MEMO TO CLIENT (0.1); REVIEW AND RESPOND TO MEMOS FROM J. CASTLE AND M. RICHARD RE: OCP UPDATING (0.1); DRAFT MEMO TO D. DUNNE AND M. BARR RE: TOGUT AND CONFLICTS COUNSEL ISSUES (0.2). |
| SAMBUR K | 05/04/05 | 0.60 | HELP PREPARE SUMMARY OF DJM/TFP FEE STRUCTURE FOR XROADS. |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/05/05 | 1.00 | TC WITH BAIN COUNSEL RE: RETENTION AND COMPENSATION ISSUES AND FORWARD COPY OF INTERIM PAYMENT ORDER (0.2); REVIEW MEMOS FROM M. BARR RE: TOGUT RETENTION AND DRAFT MEMO TO J. BAKER RE: SAME (0.1); TC WITH J. BAKER RE: SAME (0.1); DRAFT MEMO TO M. BARR RE: PRIOR NOTICE ON TOGUT USE (0.1); REVIEW AND RESPOND TO MEMO FROM R. DAMORE RE: PROFESSIONAL PAYMENT ISSUES AND TC WITH SAME RE: SAME (0.1); DRAFT MEMO RE: BROKER ISSUES (0.2); REVIEW AND RESPOND TO MEMO FROM R. DAMORE RE: PROFESSIONALS (0.1); TC WITH R. DAMORE RE: SAME (0.1). |
| TURETSKY DM | 05/05/05 | 0.10 | TELEPHONE CALL TO M. KHAMBATI (LEFT VOICEMAIL) RE: BAIN RETENTION APPLICATION. |
| BAKER DJ | 05/06/05 | 0.70 | CONFERENCE CALL M. BARR AND R. GRAY WITH RESPECT TO RETENTION OF BAIN (.3); EMAIL TO B. NUSSBAUM AND L. APPEL REGARDING BAIN RETENTION ISSUES (.2); REVIEW RESPONSES TO SAME (.2). |
| GRAY RW | 05/06/05 | 1.40 | CONF CALL WITH M. BARR AND J. BAKER RE: PROFESSIONAL RETENTION ISSUES AND OTHER CASE MATTERS (0.8); REVIEW MEMOS RE: BAIN RETENTION (0.1); COMMUNICATE WITH SMITH GAMBRELL AND CARLTON FIELDS RE: WACHOVIA ISSUES (0.2); PREPARE 3RD SUPPLEMENT TO OCP EXHIBIT (0.3). |
| SAMBUR K | 05/06/05 | 0.20 | OBTAIN INFORMATION REGARDING THE STATUS OF ORDINARY COURSE PROFESSIONALS INFORMATION. |
| BAKER DJ | 05/09/05 | 1.10 | WORK ON ISSUES RELATED TO PROPOSED RETENTION OF BAIN (.7); EMAIL TO M. BARR REGARDING BAIN RETENTION ISSUES (.2); REVIEW EMAIL FROM L. APPEL RELATING TO BAIN RETENTION AND RESPOND TO SAME (.2). |
| SAMBUR K | 05/09/05 | 1.10 | REVISE DJM/TFP APPLICATION (.7); CONTACT OCP REGARDING RETENTION QUESTIONNAIRE (.4). |
| TURETSKY DM | 05/09/05 | 0.40 | TELEPHONE CALL WITH M. KHAMBATI RE: BAIN RETENTION ISSUES (0.2); E-MAIL TO D. J. BAKER AND R. GRAY RE: SAME (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/10/05 | 1.40 | REVIEW OBJECTION OF THE U. S. TRUSTEE TO RETENTION OF BAIN (.3); CONFERENCE CALL M. BARR, M. KOPACZ, D. SIMON, H. ETLIN AND R. GRAY WITH RESPECT TO BAIN ISSUES (.4); TELEPHONE CALL D. SIMON AND R. ALLISON REGARDING BAIN ISSUES (.3); REVIEW OBJECTIONS BY U. S. TRUSTEE TO RETENTIONS OF HOULIHAN AND ALVAREZ & MARSAL (.4). |
| GRAY RW | 05/10/05 | 1.60 | TC WITH M. MILLS AT SMITH GAMBRELL RE: INTERIM COMPENSATION REQUIREMENTS (0.1); CONF WITH D. TURETSKY RE: WACHOVIA WAIVERS (0.1); DRAFT MEMO TO M. MILLS RE: MONTHLY STATEMENT PROCEDURES (0.1); CONF CALL WITH MILBANK, A&M, XROADS, L. APPEL AND J. BAKER RE: BAIN ISSUES (0.5); REVIEW OBJECTIONS TO RETENTION APPLICATIONS FILED BY UST (0.6); REVIEW AND RESPOND TO MEMOS RE: COMMITTEE REQUESTS TO BAIN AND DRAFT MEMO TO M. BARR RE: SAME (0.2). |
| LEAMY JM | 05/10/05 | 0.40 | WORK ON DJM RETENTION APPLICATION. |
| SAMBUR K | 05/10/05 | 0.60 | REVISE DJM/TFP APPLICATION AFTER RECEIVING COMMENTS FROM DJM. |
| TURETSKY DM | 05/10/05 | 0.70 | TELEPHONE CALLS WITH M. KHAMBATI RE: ISSUES CONCERNING BAIN RETENTION (0.3); E-MAIL TO R. GRAY RE: SAME (0.1); DILIGENCE RE: SAME (0.3). |
| BAKER DJ | 05/11/05 | 2.80 | CONTINUE REVIEW OF OBJECTIONS BY U. S. TRUSTEE TO RETENTION OF FINANCIAL ADVISORS (1.0); REVIEW OBJECTIONS TO RETENTION OF LAW FIRMS (.4); TELEPHONE CALL BAIN REPRESENTATIVES WITH RESPECT TO OBJECTION FILED BY U. S. TRUSTEE (.7); REVIEW EMAIL FROM D. SIMON WITH RESPECT TO OBJECTION FILED TO RETENTION OF XROADS AND RESPOND TO SAME (.2); TELEPHONE CALL S. BUSEY WITH RESPECT TO OBJECTIONS (.2); TELEPHONE CALL L. APPEL WITH RESPECT TO OBJECTIONS FILED AND STATUS OF SAME (.3). |

DGBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/11/05 | 0.90 | TC WITH S. HENRY RE: UST RETENTION ISSUES AND DJM (0.1); TC WITH J. LEAMY RE: BROKER ISSUES (0.1); TC WITH N. JACKSON AT XROADS RE: RETENTION MATTERS (0.1); REVIEW AND RESPOND TO MEMO FROM N. JACKSON RE: RESPONSE TO UST OBJECTION (0.1); TC WITH C. JACKSON RE: UST RETENTION ISSUES (0.2); COORDINATE RE: BAIN ISSUES AND NOTIFY M. BARR OF OBJECTION DEADLINE EXTENSION (0.1); COORDINATE WITH C. JACKSON RE: RESOLVING UST OBJECTIONS ON RETENTION APPLICATIONS (0.1); EXCHANGE EMAILS WITH F. HUFFARD RE: BLACKSTONE OBJECTION DEADLINE (0.1). |
| LEAMY JM | 05/11/05 | 0.70 | WORK ON DJM/TFP RETENTION APPLICATION (.5); EMAILS TO C. JACKSON RE: SAME (.2). |
| SAMBUR K | 05/11/05 | 0.40 | ASSIST IN PROCESSING DJM/TFP APPLICATION. |
| TURETSKY DM | 05/11/05 | 0.70 | E-MAILS TO M. KHAMBATI RE: UNITED STATES TRUSTEE OBJECTION TO PROPOSED RETENTION OF BAIN (0.2); TELEPHONE CALLS WITH M. KHAMBATI RE: SAME (0.2); E-MAIL TO D. J. BAKER RE: SAME (0.2); DILIGENCE IN CONNECTION WITH SAME (0.1). |
| GRAY RW | 05/12/05 | 4.80 | DRAFT MEMO TO COMPANY RE: RETENTION OF BROKERS (0.3); REVIEW AND RESPOND TO MEMOS FROM A. RAVIN AND K. LAMAINA RE: BROKERS ON AIRPLANE AND HARAHAN (0.1); PREPARE REVISED RETENTION ORDERS FOR HEARING NEXT WEEK (1.8); DRAFT LIMITED OBJECTION TO HOULIHAN AND A&M (1.2); TC WITH J. BAKER RE: SAME (0.1); DRAFT MEMO TO M. BARR RE: SAME (0.2); DRAFT FOLLOWUP MEMO TO L. APPEL RE: HANDLING OF BROKER RETENTION ISSUES AND REVIEW REPLY (0.1); REVIEW MEMOS FROM J. O'CONNELL, C. JACKSON AND E. ESCAMILLA RE: BLACKSTONE ORDER (0.1); REVISE BLACKSTONE FINAL ORDER AND CIRCULATE (0.3); REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: DELOITTE RETENTION APPLICATION (0.1); COORDINATE RE: PREPARATION OF DELOITTE RETENTION APPLICATION (0.1); EXCHANGE EMAIL WITH H. ETLIN RE: SAME (0.1); EXCHANGE EMAILS WITH M. BARR RE: 328 ISSUE FOR HOULIHAN AND A&M (0.1); DRAFT MEMO TO J. BAKER RE: UNCAPPED DISTRIBUTION FEES (0.1); REVIEW COMMITTEE OBJECTION TO TOGUT RETENTION (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 05/12/05 | 4.60 | REVIEW CORRESPONDENCE RE RETENTION OF CONSULTANTS (.4); REVIEW RESEARCH RE SAME (1.1); REVISE COURT DOCUMENTS (3.1). |
| LEAMY JM | 05/12/05 | 1.80 | TC W/ E. ZIMMER RE: DJM APPLICATION (.2); WORK ON DJM APPLICATION AND ORDER (1.5); EMAIL TO C. JACKSON RE: REVIEW OF SAME (.1). |
| TURETSKY DM | 05/12/05 | 5.60 | TELEPHONE CALL WITH R. GRAY RE: DELOITTE RETENTION APPLICATION (0.1); TELEPHONE CALL WITH R. YOUNG RE: SAME (0.2); DRAFT DELOITTE RETENTION APPLICATION (5.1); E-MAIL TO R. GRAY PROPOSED RETENTION ORDERS FOR BAINE, CARLTON FIELDS, PWC AND KPMG (0.2). |
| BAKER DJ | 05/13/05 | 2.90 | WORK ON FINANCIAL ADVISOR FEE ISSUES (1.1); TELEPHONE CALL F. HUFFARD REGARDING FINANCIAL ADVISOR FEE ISSUES (.5); TELEPHONE CALL R. GRAY WITH RESPECT TO FINANCIAL ADVISOR FEE ISSUES (.3); CONTINUE WORK REGARDING PROFESSIONAL RETENTIONS AND OBJECTIONS TO SAME (1.0). |
| GRAY RW | 05/13/05 | 1.70 | TC WITH M. BARR RE: FA CAP ISSUE (0.1); REVIEW AND REVISE DELOITTE DRAFT APPLICATION (0.6); REVIEW AND REVISE TERMS AND CONDITIONS FOR DELOITTE ENGAGEMENT LETTER TO REFLECT BANKRUPTCY ISSUES (0.4); REVIEW MEMO FROM J. CASTLE RE: ADDITIONAL OCP FOR TAX MATTER AND FOLLOW UP RE: SAME (0.1); TC WITH D. MARTINI RE: RETENTION OBJECTIONS (0.1); DRAFT MEMO TO J. BAKER RE: SAME (0.1); REVIEW MEMO FROM L. BONACHEA RE: HANDLING OF AKERMAN RETENTION AND DRAFT MEMO TO C. JACKSON RE: SAME (0.1); DRAFT MEMO TO J. BAKER RE: HANDLING OF TOGUT RETENTION (0.1); TC WITH J. BAKER RE: COMMITTEE FA CAP ISSUES AND PLACE CALLS TO HOULIHAN (0.1). |
| LEAMY JM | 05/13/05 | 2.00 | TC'S W/ E. ZIMMER RE: DJM RETENTION (.4); FINALIZE DJM MOTION AND ORDER FOR FILING (1.6). |
| SAMBUR K | 05/13/05 | 0.60 | COORDINATE THE EXECUTION AND DISTRIBUTION OF DJM/TFP CONSULTING AGREEMENT SIGNATURE PAGES. |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM    05/13/05    1.60    TELEPHONE CALL WITH R. GRAY RE:
DELOITTE RETENTION APPLICATION (0.1);
DILIGENCE RE: ISSUES CONCERNING
DEBTORS' PROPOSED RETENTION OF
DELOITTE (0.8); E-MAIL TO R. YOUNG
AND T. FORCUM RE: DELOITTE RETENTION
APPLICATION (0.2); REVISE DRAFT OF
DELOITTE RETENTION APPLICATION (0.4);
TELEPHONE CALL TO R. YOUNG (LEFT
VOICEMAIL) RE: SAME (0.1).

BAKER DJ    05/16/05    4.90    PREPARE FOR CONFERENCE CALL WITH U.
S. TRUSTEE REGARDING PROFESSIONAL
RETENTIONS (.8); CONFERENCE CALL U.
S. TRUSTEE REGARDING PROFESSIONAL
RETENTIONS (1.4); TELEPHONE CALL L.
APPEL WITH RESPECT TO CONFERENCE CALL
WITH U. S. TRUSTEE (.3); CONFERENCE
F. HUFFARD REGARDING ISSUES RELATED
TO RETENTION UNDER SECTION 328 (.3);
TELEPHONE CALL F. HUFFARD AND M. BARR
WITH RESPECT TO ISSUES RELATED TO
SECTION 328 RETENTIONS (.2);
TELEPHONE CALL S. BURIAN REGARDING
ISSUES RELATED TO RETENTION UNDER
SECTION 328 (.2); TELEPHONE CALL A.
TOGUT WITH RESPECT TO RETENTION
ISSUES (.2); REVIEW REVISED ORDER
WITH RESPECT TO RETENTION OF A. TOGUT
(.2); REVIEW INDEMNITY LANGUAGE (.3);
TELEPHONE CALL F. HUFFARD AND L.
APPEL WITH RESPECT TO RETENTION
ISSUES (.2); TELEPHONE CALL D. SIMON
REGARDING RETENTION MATTERS (.2);
CONFERENCE M. BARR WITH RESPECT TO
RETENTION MATTERS (.1); REVIEW BAIN
ISSUES (.2); FURTHER TELEPHONE CALL
WITH L. APPEL REGARDING RETENTION
MATTERS (.3).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          05/16/05       4.40   TC WITH M. KAMBATI RE: BAIN
                                        SETTLEMENT (0.1); DRAFT MEMO TO J.
                                        BAKER AND S. BUSEY RE: SAME (0.2); TC
                                        WITH M. BARR RE: SAME (0.1); DRAFT
                                        FOLLOWUP MEMO RE: APPROVAL OF
                                        SETTLEMENT (0.1); TC WITH F. HUFFARD
                                        RE: COMMITTEE FA DEAL (0.1); CONF
                                        WITH F. HUFFARD ET AL. RE: DEAL ON
                                        COMMITTEE FAS (0.3); CONF CALL WITH
                                        J. CASTLE AND C. JACKSON RE:
                                        PROFESSIONAL RETENTIONS IN
                                        PREPARATION FOR CALL WITH UST (0.3);
                                        CONF CALL WITH K. MEEKER, E.
                                        ESCAMILLA, L. APPEL, J. CASTLE, S.
                                        BUSEY, C. JACKSON AND J. BAKER RE:
                                        PROFESSIONAL RETENTION MATTERS (1.5);
                                        FURTHER CALL WITH L. APPEL, J.
                                        CASTLE, S. BUSEY, C. JACKSON AND J.
                                        BAKER RE: SAME (0.3); CONF WITH F.
                                        HUFFARD, J. BAKER AND M. BARR (FOR
                                        PART) RE: FINANCIAL ADVISOR ISSUES ON
                                        328 (0.5); TC WITH M. KHAMBATI AND
                                        FURTHER TC WITH SAME AND C. JACKSON
                                        RE: BAIN HEARING ISSUES (0.2); TCS
                                        WITH N. BERGER RE: TOGUT RETENTION
                                        (0.2); EXCHANGE EMAILS WITH J. BAKER
                                        RE: SAME (0.1); REVISE TOGUT ORDER
                                        AND DRAFT MEMO TO E. ESCAMILLA ET AL.
                                        RE: SAME (0.2); REVIEW AND RESPOND TO
                                        MEMO FROM E. ESCAMILLA RE: 327(E) FOR
                                        TOGUT (0.1); EXCHANGE EMAILS WITH E.
                                        ESCAMILLA RE: TOGUT ORDER AND 327(E)
                                        ISSUE (0.1).

TURETSKY DM      05/16/05       0.40   TELEPHONE CALLS WITH R. YOUNG RE:
                                        ISSUES RELATED TO DELOITTE RETENTION
                                        APPLICATION.

BAKER DJ         05/17/05       2.30   TELEPHONE CALL S. BUSEY AND L. APPEL
                                        WITH RESPECT TO OBJECTIONS TO
                                        RETENTION OF FINANCIAL ADVISORS (.3);
                                        TELEPHONE CALL M. BARR WITH RESPECT
                                        TO OBJECTIONS TO RETENTIONS (.2);
                                        WORK ON POSSIBLE COMPROMISE RELATED
                                        TO SECTION 328 ISSUES (1.1);
                                        TELEPHONE CALL F. HUFFARD WITH
                                        RESPECT TO POSSIBLE RESOLUTION OF
                                        OBJECTIONS (.3); FURTHER TELEPHONE
                                        CALL M. BARR WITH RESPECT TO POSSIBLE
                                        COMPROMISE (.2); TELEPHONE CALL L.
                                        APPEL WITH RESPECT TO TERMS OF
                                        POSSIBLE COMPROMISE (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/17/05 | 1.40 | TC WITH E. ESCAMILLA AND K. MEEKER RE: 328 ISSUES (0.2); TC WITH N. BERGER RE: TOGUT ORDER (0.1); REVIEW MEMO FROM N. BERGER RE: CHANGE TO TOGUT ORDER, MAKE SAME AND RECIRCULATE TO UST AND MILBANK (0.1); ASSIST WITH DELOITTE INDEMNITY ISSUES AND RETENTION (0.2); TC WITH M. BARR RE: MUTUAL EXTENSIONS OF OBJECTION DEADLINE FOR FA ISSUES AND DRAFT MEMO TO L. APPEL ET AL. RE: SAME (0.1); TC WITH M. BARR AND M. KHAMBATI RE: BAIN SETTLEMENT (0.2); PREPARE CONDITIONAL FORM OF BAIN RETENTION ORDER AND DRAFT MEMO TO M. BARRA AND M. KHAMBATI RE: SAME (0.4); EXCHANGE EMAILS WITH C. JACKSON RE: ADDING AKERMAN ISSUE TO AGENDA (0.1). |
| SAMBUR K | 05/17/05 | 0.90 | CONTACT ORDINARY COURSE PROFESSIONAL INCLUDED IN THE SECOND SUPPLEMENT TO EXHIBIT A WHO DID NOT SUBMIT RETENTION QUESTIONNAIRES AND ALERT THEM TO THE FILING DEADLINE (.3); DRAFT SUBMISSION FILING FOR THE PROFESSIONALS INCLUDED IN EXHIBIT A (.6). |
| TURETSKY DM | 05/17/05 | 1.50 | DILIGENCE RE: ISSUES ARISING IN CONNECTION WITH DELOITTE APPLICATION (1.0); E-MAIL TO R. GRAY RE: SAME (0.3); TELEPHONE CALL WITH R. GRAY RE: SAME (0.1); TELEPHONE CALL TO R. YOUNG (LEFT VOICEMAIL) RE: SAME (0.1). |
| BAKER DJ | 05/18/05 | 2.60 | TELEPHONE CALL L. APPEL WITH RESPECT TO RETENTION OF FINANCIAL ADVISORS (.3); TELEPHONE CALL J. SKELTON REGARDING FINANCIAL ADVISOR ISSUES (.4); TELEPHONE CALL D. DUNNE REGARDING FINANCIAL ADVISOR ISSUES (.2); TELEPHONE CALL L. APPEL AND J. SKELTON REGARDING FINANCIAL ADVISORS (.3); TELEPHONE CALL F. HUFFARD REGARDING POSSIBLE RESOLUTION OF OBJECTIONS (.3); PREPARE AND TRANSMIT EMAIL TO M. BARR REGARDING FINANCIAL ADVISOR ISSUES (.1); TELEPHONE CALL R. GRAY REGARDING OBJECTIONS TO FINANCIAL ADVISORS (.2); TELEPHONE CALL D. SIMON REGARDING FINANCIAL ADVISOR ISSUES (.2); TELEPHONE CALL J. SKELTON REGARDING ADDITIONAL ISSUES RELATED TO FINANCIAL ADVISORS (.3); TELEPHONE CALL H. ETLIN AND D. SIMON REGARDING FINANCIAL ADVISORS (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          05/18/05        3.30    REVIEW VOICEMAIL FROM M. KHAMBATI RE:
                                         HEARING AND UST OBJECTION AND DRAFT
                                         MEMO TO S. BUSBY AND C. JACKSON RE:
                                         SAME (0.1); DRAFT MEMO TO E.
                                         ESCAMILLA RE: BAIN SETTLEMENT (0.1);
                                         DRAFT MEMO TO M. KHAMBATI AND M. BARR
                                         RE: CONDITIONAL ORDER (0.1); REVIEW
                                         AND RESPOND TO MEMO FROM M. KHAMBATI
                                         AND REVISED CONDITIONAL ORDER AND
                                         TERM SHEET (0.3); TC WITH J. BAKER
                                         RE: FA ISSUES FOR HEARING AGENDA
                                         (0.1); DRAFT MEMO TO M. BARR RE: BAIN
                                         ISSUES (0.1); ASSIST WITH DELOITTE
                                         RETENTION ISSUES (0.2); TC WITH C.
                                         JACKSON RE: HEARING PREPARATIONS ON
                                         RETENTIONS (0.1); EXCHANGE EMAILS
                                         WITH E. ESCAMILLA RE: STATUS OF FA
                                         ISSUES (0.1); DRAFT MEMO TO L. APPEL
                                         RE: BAIN RELEASE ISSUES (0.1); TC
                                         WITH L. APPEL RE: SAME (0.1); TC WITH
                                         N. BERGER RE: FURTHER ENHANCEMENT
                                         SOUGHT BY TOGUT AND TC WITH J. BAKER
                                         RE: SAME (0.1); TC WITH M. BARR RE:
                                         BAIN SETTLEMENT ISSUES (0.1); DRAFT
                                         MEMO TO M. BARR RE: AGENDA STATEMENT
                                         RE: FA ISSUES (0.1); REVIEW M. BARR
                                         COMMENTS ON BAIN ORDER (0.1); TC WITH
                                         F. HUFFARD RE: FA STATUS AND DRAFT
                                         SUBSEQUENT EMAIL RE: INTERIM ORDERS
                                         (0.1); REVIEW M. BARR'S COMMENTS ON
                                         BAIN TERM SHEET (0.1); DRAFT MEMO TO
                                         N. BERGER RE: NO ADVANCEMENT OF
                                         RETENTION DATE FOR TOGUT (0.1); DRAFT
                                         MEMO TO M. KHAMBATI RE: BAIN ORDER,
                                         INDEMNITY AND UST CLEARANCE (0.2); TC
                                         WITH M. BARR AND M. KHAMBATI RE: BAIN
                                         ORDER AND TERM SHEET ISSUES (0.2);
                                         REVIEW AND PROVIDE COMMENTS ON
                                         HOULIHAN AND A&M INTERIM ORDERS
                                         (0.6); EXCHANGE EMAILS WITH M. BARR
                                         RE: SAME (0.1); TC WITH C. JACKSON
                                         RE: MONTHLY STATEMENT ISSUES (0.1).

TURETSKY DM      05/18/05        5.30    TELEPHONE CALLS WITH R. YOUNG RE:
                                         ISSUES ARISING IN CONNECTION WITH
                                         APPLICATION TO RETAIN DELOITTE (0.4);
                                         DILIGENCE RE: SAME (0.5); REVIEW AND
                                         COMMENT ON REVISED DELOITTE RETENTION
                                         LETTER (1.2); FURTHER REVISE DELOITTE
                                         RETENTION PLEADINGS (3.2).

DGSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/19/05 | 4.30 | REVIEW EMAILS AND VOICEMAILS RE: 328 ISSUE (0.1); TC WITH J. BAKER RE: SAME (0.1); TC WITH S. BUSEY RE: SAME (0.1); TC WITH M. BARR AND S. BUSEY RE: SAME (0.1); TC WITH F. HUFFARD RE: SAME (0.1); TC WITH E. ESCAMILLA RE: SAME (0.1); REVISE HOULIHAN AND A&M INTERIM ORDERS TO PROVIDE FOR MONTHLY RELIEF ONLY ON 328 BASIS (0.3); TC WITH M. KHAMBATI RE: BAIN RETENTION (0.1); REVIEW REVISED BAIN ORDER AND TERM SHEET RECEIVED FROM M. KHAMBATI (0.1); CONF CALL WITH M. BARR AND M. KHAMBATI RE: BAIN ORDER AND TERM SHEET (0.5); REVISE BAIN ORDER AND TERM SHEET (0.5); FURTHER TC WITH M. KHAMBATI RE: SAME (0.1); EXCHANGE EMAILS WITH M. BARR RE: FURTHER CHANGE AND MAKE SAME IN ORDER (0.1); CONF CALL WITH C. JACKSON AND M. KHAMBATI RE: HEARING PREPARATIONS (0.2); TC WITH E. ESCAMILLA RE: HOULIHAN AND A&M ORDERS (0.1); FURTHER TC WITH SAME AND M. BARR RE: REVISED ORDERS ON MONTHLIES (0.2); FURTHER TC WITH J. BAKER RE: 328 ISSUE (0.1); REVIEW MEMO FROM L. APPEL RE: LAW FIRM RESPONSIBILITIES AND DRAFT MEMO TO S. BUSEY RE: SAME (0.1); TC WITH M. BYRUM RE: INTERIM PAYMENT PROCEDURES (0.1); DRAFT MEMO TO M. KHAMBATI RE: BAIN ORDER CHANGES AND EXCHANGE EMAILS WITH M. BARR RE: SAME (0.1); TC WITH M. BYRUM RE: PAYMENT OF XROADS (0.1); REVIEW XROADS ORDER AND INTERIM COMP ORDER AND DRAFT MEMO TO M. BYRUM RE: OK TO PAY (0.2); REVIEW PROPOSED FEE PAYMENT PROTOCOL AND PROVIDE COMMENTS TO M. BYRUM (0.2); DRAFT MEMO TO PROFESSIONALS RE: SUBMISSION PROCEDURES FOR MONTHLY STATEMENTS (0.3); REVIEW MEMO FROM J. CASTLE RE: NEED FOR OCP RETENTION ON TAX ISSUES AND COORDINATE RE: SAME (0.1); FOLLOW UP WITH M. BARR ON FA ISSUES FOLLOWING HEARING (0.1); FOLLOW UP WITH M. KHAMBATI ON BAIN ORDER REVISIONS PER HEARING (0.1). |
| EICHEL S | 05/19/05 | 0.30 | WORK ON ISSUES RE OCP FOR VINCENT AND ELKINS (.2); TEL CONF WITH T. CRICHTON RE OCP FOR VINCENT & ELKINS (.1). |
| HENRY S | 05/20/05 | 0.30 | WORK ON ISSUE RE STANDARD OF CARE IN RETENTION OF PROFESSIONAL. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/20/05 | 1.40 | TC WITH M. BARR AND E. ESCAMILLA RE: 328 ISSUES (0.2); ADDRESS OCP ISSUES RE: AIRPLANE COUNSEL (0.2); TCS WITH S. EICHEL RE: SAME AND RE: MEMO TO TEAM RETENTION ISSUES (0.1); REVIEW MEMO FROM M. KHAMBATI RE: REVISED BAIN ORDER, MAKE CHANGES IN ORDER AND CIRCULATE TO E. ESCAMILLA AND M. BARR (0.2); REVIEW AND PROVIDE COMMENTS ON DELOITTE ORDER (0.1); REVIEW DELOITTE REVISED APPLICATION AND DECLARATION (0.2); DRAFT MEMO TO J. BAKER RE: RESOLVING FA ISSUES (0.1); REVIEW MEMO FROM E. ESCAMILLA RE: 328 ISSUES (0.1); FOLLOWUP WITH M. BARR RE: BAIN ORDER CLEARANCE (0.1); DRAFT MEMO TO C. JACKSON RE: FILING OF SAME (0.1). |
| EICHEL S | 05/20/05 | 0.10 | WORK ON ISSUES RE RETENTION OF LANE POWELL AS AN OCP. |
| TURETSKY DM | 05/20/05 | 3.60 | DRAFT PROPOSED ORDER RE: DELOITTE RETENTION APPLICATION (0.9); FURTHER REVISE DELOITTE RETENTION APPLICATION (1.7); DILIGENCE IN CONNECTION WITH SAME (0.2); TELEPHONE CALL WITH R. YOUNG RE: SAME (0.3); E-MAIL TO R. YOUNG RE: SAME (0.1); E-MAIL TO K. MORDY AND EL DANTIN RE: ENTRY OF PWC RETENTION ORDER (0.2); E-MAIL TO A. GRUNSPAN AND R. GILBERT RE: ENTRY OF CARLTON FIELDS RETENTION ORDER (0.2). |
| BAKER DJ | 05/23/05 | 3.60 | TELEPHONE CALL D. SIMON REGARDING ISSUES RELATED TO RETENTION OF FINANCIAL ADVISORS (.3); TELEPHONE CALL D. SIMON AND J. SKELTON REGARDING FINANCIAL ADVISOR RETENTION ISSUES (.3); TELEPHONE CALL J. SKELTON WITH RESPECT TO RELATED ISSUES (.3); PREPARE AND TRANSMIT EMAIL TO D. DUNNE AND M. BARR WITH RESPECT TO POSSIBLE MEETING WITH FINANCIAL ADVISORS TO RESOLVE RETENTION ISSUES (.1); TELEPHONE CALL J. SKELTON REGARDING ISSUES RELATED TO POSSIBLE MEETING (.4); TELEPHONE CALL F. HUFFARD WITH RESPECT TO RETENTION ISSUES RELATED TO FINANCIAL ADVISORS (.3); TELEPHONE CALL S. BURIAN AND F. HUFFARD WITH RESPECT TO RETENTION ISSUES (.4); FURTHER TELEPHONE CALL WITH J. SKELTON REGARDING STATUS OF DISCUSSIONS WITH FINANCIAL ADVISORS (.2); BEGIN WORK ON POSSIBLE COMPROMISE WITH RESPECT TO RETENTION ISSUES (.7); REVIEW TERMS OF ENGAGEMENT LETTERS OF FINANCIAL ADVISORS (.6). |
| HENRY S | 05/23/05 | 1.10 | T/C LENA MANDEL RE DJM RETENTION (.2); FOLLOW UP RE POSSIBLE CHANGES TO ORDER (.9). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/23/05 | 0.90 | TC WITH K. WARD RE: BAIN MOTION ISSUE RAISED BY COURT (0.1); REVIEW MEMO FROM J. CASTLE RE: OCP RETENTION AND DRAFT MEMO TO S. EICHEL RE: SAME (0.1); REVIEW AND RESPOND TO MEMOS FROM T. WILLIAMS AND J. CASTLE RE: CANTER HANGEY AND COORDINATE WITH S. EICHEL (0.2); REVIEW DRAFT OF BAIN STIPULATION AND PROVIDE COMMENTS (0.3); REVIEW AND COMMENT ON LATEST DRAFT OF DELOITTE PAPERS (0.2). |
| TURETSKY DM | 05/23/05 | 4.00 | REVIEW AND REVISE DELOITTE RETENTION PLEADINGS (3.8); E-MAIL TO J. CASTLE RE: SAME (0.2). |
| BAKER DJ | 05/24/05 | 2.90 | TELEPHONE CALL J. SKELTON WITH RESPECT TO RETENTION ISSUES RELATING TO FINANCIAL ADVISORS (.3); TELEPHONE CALL F. HUFFARD REGARDING RETENTION ISSUES RELATED TO FINANCIAL ADVISORS (.3); CONFERENCE CALL J. SKELTON AND F. HUFFARD REGARDING FINANCIAL ADVISOR RETENTION ISSUES (.4); REVIEW REVISED ENGAGEMENT LETTER FOR BLACKSTONE (.5); TELEPHONE CALL J. SKELTON REGARDING CHANGES TO BLACKSTONE RETENTION LETTER (.3); TELEPHONE CALL S. BURIAN AND F. HUFFARD WITH RESPECT TO ISSUES RELATED TO RETENTION OF FINANCIAL ADVISORS (.3); WORK ON OUTLINE OF CHANGES TO PROPOSED TERMS OF RETENTION OF FINANCIAL ADVISORS (.8). |
| GRAY RW | 05/24/05 | 1.00 | REVIEW AND PROVIDE COMMENTS ON REVISED DELOITTE APPLICATION (0.1); REVIEW AND PROVIDE OCP FILING FOR SECOND SUPPLEMENT AND EXCHANGE EMAILS WITH K. SAMBUR RE: HOGAN & HARTSON (0.2); REVIEW AND RESPOND TO MEMO FROM S. HENRY RE: INDEMNITY LANGUAGE REQUIRED BY UST (0.1); TC WITH M. HABER AT SMITH GAMBRELL RE: PROFESSIONAL PAYMENT ISSUES (0.1); DRAFT MEMO TO L. APPEL ET AL. RE: SAME (0.2); DRAFT MEMO TO S. BUSEY RE: PROFESSIONAL RETENTION ISSUES (0.3). |
| TURETSKY DM | 05/24/05 | 2.00 | DILIGENCE IN CONNECTION WITH FINALIZING ENGAGEMENT LETTER WITH DELOITTE AND RELATED OPEN ISSUES IN CONNECTION WITH DELOITTE RETENTION APPLICATION (1.5); TELEPHONE CALL WITH R. YOUNG RE: SAME (0.2); TELEPHONE CALL TO J. CASTLE (LEFT VOICEMAIL) RE: SAME (0.1); E-MAIL TO R. GILBERT RE: RESPONSE TO INQUIRY CONCERNING BILLING PROCEDURE EMPLOYED BY CARLTON FIELDS (0.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/25/05 | 1.90 | TELEPHONE CALL J. SKELTON REGARDING STATUS OF DISCUSSIONS WITH FINANCIAL ADVISORS CONCERNING PROPOSED RETENTION (.4); TELEPHONE CALL F. HUFFARD REGARDING RETENTION ISSUES (.3); CONTINUE WORK ON OUTLINE OF CHANGES TO TERMS OF ENGAGEMENT OF FINANCIAL ADVISORS (.7); TELEPHONE CALL S. BURIAN REGARDING ISSUES RELATED TO RETENTION OF HOULIHAN (.2); TELEPHONE CALL L. APPEL REGARDING DISCUSSIONS WITH FINANCIAL ADVISORS REGARDING RETENTION OF SAME (.3). |
| GRAY RW | 05/25/05 | 1.60 | TC WITH E. MILLER AT HOGAN & HARTSON RE: OCP RETENTION AND DRAFT MEMO TO S. EICHEL RE: SAME (0.1); REVIEW AND RESPOND MEMO FROM J. CASTLE RE: RETENTION OF HARBISON, REVIEW FILES AND COORDINATE WITH S. EICHEL RE: SAME (0.2); ASSIST WITH INDEMNITY ISSUES ON DJM RETENTION (0.1); WORK ON BAIN SETTLEMENT MOTION (0.6); DRAFT MEMO TO C. JACKSON RE: LOCAL PRACTICE COMMENTS ON BAIN STIPULATION (0.1); DRAFT MEMO TO J. BAKER RE: FINANCIAL ADVISOR ISSUES FOR JUNE 2 AND REVIEW REPLY (0.2); CONF WITH J. BAKER RE: FINANCIAL ADVISORS AND 328 ISSUES (0.2); DRAFT MEMO TO M. BARR RE: FINANCIAL ADVISOR ORDERS (0.1). |
| EICHEL S | 05/25/05 | 1.00 | WORK ON ISSUES RE THIRD SUPPLEMENT TO OCP LIST (.3); TEL CONF WITH J. ASHTON RE OCP QUESTIONNAIRE (.1); TEL CONF WITH B. BACHHUBER RE OCP QUESTIONNAIRE (.2); REVIEW AND REVISE THIRD SUPPLEMENT TO OCP LIST (.2); REVIEW EMAIL FROM T. CRICHTON RE OCP QUESTIONNAIRE (.1); TEL CONF WITH T. CRICHTON RE HIS OCP QUESTIONNAIRE. (.1). |
| SAMBUR K | 05/25/05 | 0.60 | FINALIZE FILING AND ASSIST IN FILING RETENTION QUESTIONNAIRES WITH RESPECT TO THOSE PROFESSIONALS LISTED ON THE SECOND SUPPLEMENT TO EXHIBIT A. |

DO9A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/26/05 | 2.10 | TELEPHONE CALL F. HUFFARD REGARDING ISSUES RELATED TO RETENTION OF FINANCIAL ADVISORS (.2); TELEPHONE CALL J. SKELTON REGARDING DISCUSSIONS WITH MR. HUFFARD AND RELATED ISSUES WITH RESPECT TO FINANCIAL ADVISOR RETENTIONS (.3); TELEPHONE CALL R. GRAY REGARDING FINANCIAL ISSUES (.2); CONTINUE REVIEW OF REVISED BLACKSTONE LETTER (.3); REVIEW PLEADINGS RELATED TO PROPOSED SETTLEMENT WITH BAIN (.5); TELEPHONE CALL K. MEEKER REGARDING RETENTIONS OF FINANCIAL ADVISORS (.2); FURTHER TELEPHONE CALL WITH J. SKELTON REGARDING DISCUSSIONS WITH MR. MEEKER (.2); TELEPHONE CALL L. APPEL REGARDING ISSUES RELATED TO RETENTION OF FINANCIAL ADVISORS (.2). |
| HENRY S | 05/26/05 | 1.50 | T/C NUSSBAUM, KAROL, HUFFARD RE ISSUES RELATING TO BLACKSTONE RETENTION AND INTERACTION WITH DJM RETENTION (.4); CORRESPONDENCE WITH ESCAMILLA, BARR AND MANDEL RE DJM AND BLACKSTONE RETENTIONS (.8); T/C ZIMMER RE SAME (.1); CORRESPONDENCE WITH KAROL RE POTENTIAL COMMITTEE LIMITED OBJECTION TO DJM RETENTION (.2). |
| GRAY RW | 05/26/05 | 1.20 | REVIEW MEMOS FROM M. BATT AND M. KHAMBATI RE: BAIN STIPULATION AND PROVIDE RESPONSE TO STIPULATION COMMENTS (0.2); TC WITH C. JACKSON RE: BROKERS (0.1); REVIEW OCP ORDER AND DRAFT MEMO TO S. HENRY ET AL. RE: SAME IN CONNECTION WITH BROKERS (0.1); REVIEW MEMO FROM S. HENRY RE:SAME AND LEAVE VOICEMAIL FOR C. JACKSON RE: SAME (0.1); REVIEW AND RESPOND TO MEMO FROM S. BUSEY RE: PROFESSIONAL RETENTION ISSUES (0.2); COORDINATE WITH L. APPEL RE: BAIN SETTLEMENT MOTION FILING (0.1); REVIEW AND PROVIDE COMMENTS ON BAIN STIPULATION (0.1); WORK ON BAIN SETTLEMENT MOTION (0.3). |
| EICHEL S | 05/26/05 | 0.10 | TEL CONF WITH C. JACKSON RE THIRD SUPPLEMENT TO OCP LIST. |
| TURETSKY DM | 05/26/05 | 0.10 | E-MAIL TO J. CASTLE RE: RETENTION LETTER FOR DELOITTE APPLICATION. |
| BAKER DJ | 05/27/05 | 1.30 | BEGIN PREPARATION FOR HEARINGS ON RETENTION OF FINANCIAL ADVISORS. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW       05/27/05     3.70   DRAFT MOTION, ORDER AND NOTICE FOR BAIN SETTLEMENT AND CIRCULATE FOR REVIEW (2.7); RECEIVE AND INCORPORATE COMMENTS ON BAIN DOCUMENTS AND RECIRCULATE (0.3); TC WITH J. MILTON RE: BAIN RELEASE ISSUE (0.1); REVIEW REVISED BAIN STIPULATION FROM MILBANK (0.1); REVIEW VOICEMAIL FROM AND DRAFT EMAIL TO M. KHAMBATI RE: RELEASE ISSUE (0.1); FINAL REVIEW AND COMMENT ON DELOITTE APPLICATION, ORDER AND NOTICE BEFORE FILING (0.1); COORDINATE WITH C. JACKSON, M. KHAMBATI AND J. MILTON RE: SIGNATURE STIPULATIONS (0.1); FINALIZE AND ARRANGE FOR FILING AND SERVICE OF BAIN SETTLEMENT MOTION (0.1); REVIEW AND RESPOND TO MEMO FROM M. BYRUM RE: KIRSCHNER PAYMENT (0.1).

LEAMY JM      05/27/05     2.70   WORK ON REVISIONS TO DJM AGREEMENT AND ORDER (2.3); EMAILS W/ C. JACKSON RE: PROPOSED ORDER (.2); REVIEW COMMITTEE OBJECTION TO DJM APPLICATION (.2).

TURETSKY DM    05/27/05     3.00   FINALIZE DELOITTE RETENTION PLEADINGS AND PREPARE FOR FILING (2.7); TELEPHONE CALL WITH R. YOUNG RE: SAME (0.1); E-MAIL TO R. YOUNG, T. FORCUM, H. ETLIN, AND J. CASTLE RE: FILLING OF DELOITTE RETENTION PLEADINGS (0.2).

BAKER DJ      05/31/05     3.10   TELEPHONE CALL F. HUFFARD REGARDING REVISED BLACKSTONE ENGAGEMENT LETTER (.3); PREPARE AND TRANSMIT MEMORANDUM TO FINANCIAL ADVISORS REGARDING TIMETABLE FOR FINALIZING LANGUAGE RELATING TO RETENTION (.3); TELEPHONE CALL J. SKELTON WITH RESPECT TO STATUS OF PROCESS (.3); DRAFT LANGUAGE TO BE ADDED TO RETENTION ORDERS FOR HOULIHAN AND ALVAREZ & MARSAL AND TRANSMIT TO MILBANK (.4); PREPARE AND TRANSMIT MEMO TO XROADS AND BLACKSTONE REGARDING TIMING OF RETENTION ISSUES (.2); REVIEW REVISED DRAFT OF BLACKSTONE LETTER (.4); TELEPHONE CALL L. APPEL WITH RESPECT TO RETENTION ISSUES (.2); TELEPHONE CALL H. ETLIN REGARDING BLACKSTONE RETENTION MATTERS (.2); CONFERENCE CALL H. ETLIN AND J. SKELTON REGARDING RETENTION ISSUES (.3); TELEPHONE CALL F. HUFFARD REGARDING RESULTS OF DISCUSSIONS WITH J. SKELTON REGARDING RETENTION (.3); TELEPHONE CALL R. GRAY REGARDING STATUS OF RETENTION ISSUES (.2).

DCBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 05/31/05 | 2.80 | DRAFT LANGUAGE FOR BLACKSTONE ORDER RE: FEE SHARING ARRANGEMENT (0.2); RECEIVE COMMENTS AND MAKE FURTHER REVISIONS (0.2); WORK ON REVISIONS TO FINANCIAL ADVISOR ORDERS (0.7); TC WITH J. BAKER RE: FINANCIAL ADVISOR ORDERS (0.1); REVIEW LANGUAGE FOR HOULIHAN AND A&M ORDERS AND PROVIDE COMMENTS (0.1); TC WITH F. HUFFARD AND REPRESENTATIVES OF DJM AND FOOD PARTNERS RE: RETENTION (0.2); TC WITH J. BAKER RE: FINANCIAL ADVISOR ORDER ISSUE (0.1); TC WITH S. HENRY RE: DJM/FP AND BLACKSTONE ISSUES (0.1); REVIEW AND RESPOND TO MEMO FROM M. BARR RE: OBJECTION RIGHTS FOR 328 PROVISION AND REVISE ORDER LANGUAGE RE: SAME (0.2); TC WITH T. DOYLE RE: XROADS FINAL ORDER (0.1); WORK ON XROADS FINAL ORDER AND TRANSMIT TO T. DOYLE FOR REVIEW (0.7); TC WITH R. MORISSEY RE: MONTHLY STATEMENT NOTICING AND FOLLOW UP RE: SAME (0.1). |
|---|---|---|---|
| EICHEL S | 05/31/05 | 0.20 | WORK ON ISSUES RE SENDING P. BOGGS AN OCP QUESTIONNAIRE. |
| TURETSKY DM | 05/31/05 | 0.30 | E-MAIL TO K. MURPHY RE: PWC MONTHLY FEE STATEMENTS AND FEE APPLICATION PROCEDURES. |

**MATTER TOTAL**      **124.50**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                         Bill Date: 06/14/05
Tax Matters                                                          Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRISTOR KM | 05/02/05 | 2.30 | ANALYSIS RE BRUNO'S STRUCTURE AND G. REORGANIZATION. |
| GRAY RW | 05/03/05 | 0.20 | REVIEW CLAIMS TRANSFER REPORT AND DRAFT MEMO TO K. BRISTOR RE: NOL ISSUES RELATING TO SAME. |
| BRISTOR KM | 05/04/05 | 4.50 | SECTION 382(L)(5) ANALYSIS (3.3); TELEPHONE CONFERENCE WITH C. BOYLE RE CLAIMS (1.2). |
| GRAY RW | 05/04/05 | 0.30 | TC WITH K. BRISTOR RE: TAX ISSUES (0.2); DRAFT MEMO TO J. BAKER RE: SAME (0.1). |
| LAMAINA KA | 05/04/05 | 5.30 | RESEARCH RE TAXES (3.3); CORRESPONDENCE RE VA TAX AND 1146(C) TAXES (1.6); CONFIRM BUSINESS INFORMATION RE TAX APPLICABILITY (.4). |
| BRISTOR KM | 05/05/05 | 0.30 | ANALYSIS OF SECTION 382(L)(5) ISSUES. |
| BAKER DJ | 05/06/05 | 0.20 | EMAIL TO L. APPEL REGARDING TAX ISSUES (.1); EMAIL TO K. BRISTOR REGARDING TAX ISSUES (.1). |
| BRISTOR KM | 05/06/05 | 1.50 | ANALYZE APPLICATION OF SECTION 382(L)(5). |
| BRISTOR KM | 05/11/05 | 2.50 | TELEPHONE CONFERENCE WITH LEON CALVERT OF WINN-DIXIE (.5); ANALYSIS OF SECTION 382 ISSUES (2.0). |
| BRISTOR KM | 05/12/05 | 0.30 | ANALYSIS OF SECTION 382(L)(5) ISSUES. |
| GRAY RW | 05/16/05 | 0.50 | REVIEW MEMO RE: PROPERTY TAX CHALLENGE ISSUES (0.1); TC WITH J. TAYLOR RE: SAME (0.2); DRAFT MEMO TO COMPANY RE: SAME (0.2). |
| BRISTOR KM | 05/26/05 | 1.50 | PREPARE FOR MEETING AND MEET WITH R. GRAY RE WHETHER COMPANY IS ELIGIBLE FOR SECTION 382(L)(5). |
| GRAY RW | 05/26/05 | 1.00 | CONF WITH K. BRISTOR RE: TAX ISSUES (0.8); DRAFT MEMO TO L. APPEL ET AL. RE: TAX PLANNING ISSUES AND PROPOSED CALL (0.2). |
| GRAY RW | 05/30/05 | 0.20 | DRAFT  MEMO TO D. TURETSKY RE: WORK ON NOL/TRADING INJUNCTION ISSUES. |
| GRAY RW | 05/31/05 | 0.10 | REVIEW MEMOS RE: RESCHEDULING OF TAX CALL AND SEND MEMO TO CLIENT RE: SAME. |
| MATTER TOTAL | | 20.70 | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                           **Bill Date: 06/14/05**
**U.S. Trustee Matters**                                     **Bill Number: 1069609**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/02/05 | 0.10 | DRAFT MEMO TO J. CASTLE RE: UST OPERATING GUIDELINES. |
| GRAY RW | 05/03/05 | 0.90 | PREPARE LIST OF INFORMATION REQUESTS FROM UST AND DRAFT MEMO TO COMPANY RE: SAME (0.8); DRAFT MEMO TO J. CASTLE ET AL. RE: MILBANK ATTENDANCE AT UST INITIAL DEBTOR INTERVIEW (0.1). |
| GRAY RW | 05/05/05 | 0.20 | PREPARE WAIVER LIMITATION LANGUAGE FOR C. JACKSON. |
| GRAY RW | 05/06/05 | 0.10 | TC WITH C. JACKSON RE: HEARING/UST ISSUES. |
| GRAY RW | 05/26/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM S. MARWAN RE: UST QUARTERLY FEES. |

**MATTER TOTAL**                          **1.40**

D09A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                     Bill Date: 06/14/05
Utilities                                         Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 05/01/05 | 0.80 | WORK ON UTILITY STIPULATIONS. |
| FELD SR | 05/02/05 | 12.10 | TEL. CONF. WITH M. JENKINS RE: UTILITY ISSUES (.2); TEL. CONF. WITH J. LEE RE: CITY OF VERO BEACH (.1); PREPARE AND REVIEW VARIOUS EMAILS RE: UTILITIES (.5); TEL. CONFS. WITH N. LAFLEUR RE: JEA (.5); PROPOSALS TO COLUMBUS LIGHT & CITY OF VERO BEACH (1.4); TEL. CONF. WITH B. RAY RE: APCO (.3); TEL. CONFS. WITH J. MILTON RE: SPREADSHEET (.9); UPDATE CHART (2.1); CONFERENCE CALL WITH B. KICHLER (.8); CONFERENCE CALL WITH M. JENKINS RE: APCO (.2); TEL. CONF. WITH C. SILCOX RE: SUBURBAN PROPANE (.2); TEL. CONF. WITH G. HAMBERG RE: CHELCO (.2); WORK ON JEA CONTRACT ISSUE (.3); WORK ON PROGRESS ISSUES (.2); TEL. CONF. WITH B. WHITH RE: FPL PROPOSAL (.5); REVIEW STATUS OF UTILITY ISSUES (.2); REVIEW DRAFT LETTER TO SUBURBAN PROPANE (.2); REVIEW LIBERTY MUTUAL BOND DEMANDS (.3); PREPARE AGENDA FOR CONFERENCE CALL (1.4); REVISED UTILITY SPREADSHEET (.9); WORK ON APCO STIPULATION (.7). |
| KALOUDIS D | 05/02/05 | 6.40 | ANALYZE DATA RECEIVED FROM COMPANY RE: UTILITIES (1.6); REVIEW CORRESPONDENCE FROM COMPANY (2.1); DRAFT VIOLATION OF STAY LETTER (1.2); CONFER WITH S. FELD RE: LETTER (.4); CALL WITH COMPANY RE: NEW INFORMATION (1.1). |
| PAOLI J | 05/02/05 | 6.80 | T/C WITH S. FELD, D. KALOUDIS, B. KICHLER, M. JENKINS, K. ROMEO, AND D. BITTER REGARDING ADEQUATE ASSURANCE REQUESTS (1.1); CONTINUE TO REVISE UTILITY CHART (5.1); MEETING WITH D. KALOUDIS REGARDING UTILITY FILES (.6). |
| SALAZAR AG | 05/02/05 | 4.80 | PREPARE DUPLICATE COPY OF ALL UTILITIES CORRESPONDENCE RECEIVED FOR TURNOVER (4.8). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

FELD SR          05/03/05       8.40   PREPARE FOR CONFERENCE CALL (.8);
                                       UTILITY CONFERENCE CALL WITH B.
                                       KICHLER, M. JENKINS & K. ROMEO (1.3);
                                       PREPARE FOR CALL WITH B. WHITE RE:
                                       FPL (.3); TEL. CONF. WITH T.
                                       PENNINGTON RE: UTILITIES (.3); WORK
                                       ON DOMINION STIPULATION (.9); TEL.
                                       CONF. WITH J. MILTON & M. BARR RE:
                                       UTILITY PROPOSALS (.4); TEL. CONF.
                                       WITH N. LAFLEUR RE: JEA (.2); TEL.
                                       CONF. WITH C. JACKSON RE: UTILITY
                                       OBJECTIONS (.4); WORK ON VARIOUS
                                       UTILITY ISSUES (.3); TEL. CONF. WITH
                                       B. WHITE RE: FPL (.7); DRAFT
                                       COUNTERPROPOSAL TO FPL (.6); TEL.
                                       CONFS. WITH E. RAY RE: APCO (.5);
                                       TEL. CONF. WITH J. MILTON RE:
                                       UTILITIES (.3); REVIEW & COMMENT ON
                                       APCO STIPULATION (.8); TEL. CONF.
                                       WITH N. LAFLEUR RE: JEA (.2); TEL.
                                       CONF. WITH C. JACKSON RE: UTILITY
                                       HEARING (.4).

KALOUDIS D       05/03/05       4.30   TELEPHONE CONFERENCE RE: SETTLEMENT
                                       PROPOSALS AND OTHER UTILITIES ISSUES
                                       (1.3); CONFER WITH S. FELDMAN AND J.
                                       PAOLI (.3); REVIEW CHARTS AND UTILITY
                                       INFORMATION (2.7).

PAOLI J          05/03/05       2.30   T/C WITH S. FELD, D. KALOUDIS,
                                       B.KICHLER, M. JENKINS, AND K. ROMEO
                                       RE SEVERAL PROPOSALS FOR SETTLEMENT
                                       OF ADEQUATE ASSURANCE REQUESTS BY
                                       CERTAIN OBJECTING UTILITIES (1.2);
                                       UPDATE UTILITIES CHART WITH REVISED
                                       INFORMATION RE INTEREST AND DEPOSITS
                                       (1.1).

FELD SR          05/04/05       8.60   REVIEW CORRESPONDENCE RE: UTILITIES
                                       (.2); CONFERENCE CALL WITH B. KICHLER
                                       RE: UTILITIES (.5); TEL. CONF. WITH
                                       M. JENKINS RE: REVIEW OF FPL (.1);
                                       EMAILS TO AND FROM E. RAY RE: APCO
                                       ADJOURNMENTS (.3); DRAFT UTILITY
                                       STIPULATION (1.8); TEL. CONF. WITH T.
                                       PENNINGTON RE: UTILITIES (.1); TEL.
                                       CONFS WITH J. MILTON RE: UTILITY
                                       SPREADSHEET (1.4); TEL. CONF. C.
                                       SILCOX RE: JEA (.1); TEL. CONF. WITH
                                       K. ROMEO RE: HILLSBOROUGH (.2); TEL.
                                       CONF. WITH S. WHEELER RE: CLECO (.7);
                                       TEL. CONF. WITH M. CRAIG RE: LAKELAND
                                       (.5); TEL. CONF. WITH C. CARWILE RE:
                                       CITY OF OXFORD (.2); TEL. CONF. WITH
                                       S. SPRATT RE: PINELLAS CO. (.3); TEL.
                                       CONF. WITH T. WILEY RE: PINELLAS
                                       COUNTY (.3); TEL. CONF. WITH L. RE:
                                       ST. PETERSBERG EMERGENCY CENTER (.2);
                                       WORK ON UTILITY ISSUES RE:
                                       TERMINATION OF WATER SERVICES (1.1);
                                       CONFERENCE CALL WITH B. KICHLER RE:
                                       UTILITIES (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          05/04/05          7.10    DRAFT VIOLATION OF STAY LETTER (.9);
                                              REVIEW PAYMENT HISTORY OF OBJECTING
                                              UTILITY COMPANIES (1.1); CALL WITH
                                              CITY OF HIALEAH RE: TERMINATION OF
                                              SERVICES (.6); CALL WITH COMPANY RE:
                                              PAYMENT TO CITY OF HIALEAH (.3);
                                              FINALIZE LETTER (.4); FAX LETTER AND
                                              ORDER TO UTILITY COMPANY (.3); CALL
                                              WITH PEACE RIVER UTILITY (.4); CALL
                                              WITH S. FELD RE: LETTER (.3); REVIEW
                                              EMAIL CORRESPONDENCE (.4); UPDATE
                                              UTILITIES FILES (2.4).

PAOLI J             05/04/05          1.10    T/C WITH S. FELD, K. ROMEO, D.
                                              KALOUDIS, B. KICHLER, M. JENKINS, AND
                                              D. BITTER REGARDING SEVERAL DRAFTS
                                              PROPOSALS TO UTILITIES.

FELD SR             05/05/05          7.50    TEL. CONF. WITH JOLINDA RE: PINELLAS
                                              CO. (.4); WORK ON WATER TERMINATION
                                              ISSUE RE: CITY OF HIALAH (2.8); TEL.
                                              CONFS. WITH E. FONSECA RE: CITY OF
                                              HIALAH (.4); WORK ON WATER
                                              TERMINATION ISSUE RE: NORTH MIAMI
                                              (1.8); CONFERENCE CALL WITH R. KELLER
                                              AND C. SILCOX RE: WATER ACCOUNT
                                              (1.3); TEL. CONF. WITH B. KICHLER RE:
                                              STATUS (.2); TEL. CONF. WITH K. ROMEO
                                              RE: HUNTSVILLE (.2); PREPARE EMAILS
                                              RE: MISSING INFO AND CITY OF
                                              WILLISTON (.4).

KALOUDIS D          05/05/05          8.60    CALLS TO UTILITY COMPANIES RE:
                                              TERMINATION OF SERVICES (1.6); SEND
                                              LETTERS RE: ORDERS (.2); CALLS WITH
                                              COMPANY RE: TERMINATION OF SERVICE
                                              LETTERS (.5); RESEARCH 366 CASES
                                              (2.5); DRAFT VIOLATION OF STAY LETTER
                                              (1.5); DRAFT SUMMARY OF BLACKSTONE
                                              FEES (1.5); CONFER WITH S. HENRY AND
                                              K. SAMBUR RE: SAME (.4); CONFER WITH
                                              S. FELD (.4).

PAOLI J             05/05/05          1.60    READ THROUGH REQUESTS FOR ADEQUATE
                                              ASSURANCE TO ENSURE PAYMENT HISTORIES
                                              WERE INCLUDED.

MATHEW J            05/05/05          1.90    ASSEMBLE BINDER OF UTILITIES
                                              CORRESPONDENCE.

FELD SR             05/06/05          3.40    REVIEW AND RESPOND TO EMAILS RE:
                                              UTILITIES (.5); WORK ON UTILITY ISSUE
                                              RE: DADE CO. (1.0); CONFERENCE CALL
                                              WITH M. JENKINS AND R. RAMBO RE: DADE
                                              CO. (.4); WORK ON ISSUES RE: APCO
                                              CONTRACTS (.2); REVIEW FORMS OF
                                              UTILITY STIPS (1.3).

GRAY RW             05/06/05          0.30    REVIEW APCO MEMOS AND PROPOSED
                                              STIPULATION AND DRAFT MEMO TO S. FELD
                                              RE: CONCERNS ABOUT ASSUMPTION (0.2);
                                              TC WITH S. FELD RE: UTILITY CONTRACT
                                              ISSUES (0.1).

D09A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 05/07/05 | 3.50 | REVIEW EMAILS RE: UTILITIES (.3); REVISE STIPULATION RE: DOMINION (2.9); PREPARE RESPONSE RE: APCO (.3). |
| KALOUDIS D | 05/07/05 | 3.60 | ANALYZE CASES FOR 366 (1.5); DRAFT SUMMARY OF FACTORS (1.1); DRAFT LETTER TO UTILITIES RE: MISAPPLICATION OF PAYMENTS (.9); EMAIL TO S. FELD (.1). |
| FELD SR | 05/08/05 | 1.70 | WORK ON DOMINION STIPULATION. |
| KALOUDIS D | 05/08/05 | 5.10 | READ TRANSCRIPTS, MOTIONS (2.1); RESEARCH CASE AUTHORITY (1.1); DRAFT MOTION TO EXTEND DEADLINES (1.8); EMAIL TO S. HENRY (.1). |
| FELD SR | 05/09/05 | 6.60 | REVIEW UTILITY CORRESPONDENCE, REVIEW DOMINION STIPULATION (.8); TEL. CONF. WITH M. SMITH RE: SINGING RIVER (.1); TEL. CONF. WITH E. RAY RE: APCO (.2); CONFERENCE CALL WITH T. PENNINGTON & M. FRANK RE: APCO (.2); EMAILS RE: DOMINION, APCO, CONTESTED HEARING (.4); WORK ON ISSUES RELATING TO AEP, DUKE, JEA (2.4); TEL. CONF. WITH C. JACKSON RE: UTILITY HEARING (.1); WORK ON TERMINATION ISSUES RE: KEY WEST (.4); WORK ON TEMPLATE FOR STIPULATION (.8); REVISE LETTER TO UTILITIES (.3); WORK ON STIPULATION FOR ENTERGY, CITY OF OCALA (.9). |
| KALOUDIS D | 05/09/05 | 3.70 | CONFER WITH STEPHANIE RE: UTILITIES (.4); REVISE MEMO RE: CALDO FACTORS (1.3); REVISE PAYMENT HISTORY MEMO (1.5); CALL WITH UTILITY COMPANY RE: TERMINATION LETTERS AND MISAPPLICATION OF PAYMENTS (.5). |
| LEAMY JM | 05/09/05 | 0.50 | REVIEW JEA AND ALABAMA POWER CONTRACTS RE: POSSIBLE SCHEDULE AMENDMENTS. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

FELD SR      05/10/05      12.10    WORK ON DRAFT STIPULATIONS (4.2); PREPARE FOR CONFERENCE CALL (.2); CONFERENCE CALL WITH B. KICHLER, M. JENKINS, K. ROMEO (1.1); EMAILS RE: SUBURBAN PROPANE (.5); TEL. CONF. WITH E. RAY RE: APCO (.2); RESPOND TO EMAILS RE: FPL, LAKELAND (.7); TEL. CONF. WITH B. KICHLER RE: AEP, DUKE, JEA & ORLANDO (.4); WORK ON CHELCO ISSUES (.1); EMAILS RE: FPL, DOMINION (.2); TEL. CONF. AND EMAIL RE: CITY OF INVERNESS (.2); TEL. CONF. WITH C. JACKSON RE: UTILITIES (.2); TEL. CONF. WITH S. ZWICKLER RE: SUBURBAN PROPANE (.2); TEL. CONF. WITH L. MURDOCH RE: CITY OF INVERNESS (.2); REVIEW PRECEDENTS FOR DRAFT RESPONSE (.6); REVIEW ADEQUATE ASSURANCE CHART (.3); READ CASE LAW RE: UTILITIES (1.8); PREPARE FOR CONTESTED HEARING (.7); REVIEW APCO AGREEMENTS (.3).

KALOUDIS D    05/10/05      13.40    CALLS WITH UTILITY COMPANY (.8); CALL WITH C.SILCOX RE: PAYMENTS (.2); READ AGENDA TO PREPARE FOR TELEPHONE CONFERENCE CALL WITH COMPANY (.7); CONFERENCE CALL WITH M.JENKINS, S. FELD, J. PAOLI, B. KICHLER, K. ROMEO, C.SILCOX (1.0); CONFER WITH S. FELD RE: LETTER TO UTILITY COMPANIES (.3); REVISE LETTER (.3); REVISE FACTORS MEMO (.3); EMAIL SAME TO CO-COUNSEL (.1); PREPARE FOR CONFERENCE CALL WITH C. JACKSON RE: HEARING AND UTILITIES OBJECTIONS (.5); READ FIRST DAY ORDER AND DIP ORDER (.5); EMAIL TO R. GRAY AND S. HENRY RE: WACHOVIA ISSUE (.3); TELEPHONE CONFERENCE CALL WITH C. JACKSON RE: HEARING AND UTILITIES (.3); CONFER WITH S. FELD RE: OBJECTIONS (.2); RESEARCH CALDOR TRANSCRIPTS AND CASELAW (1.1); CALL MIAMI DADE UTILITY COMPANY (.2); EMAIL COMPANY RE: MIAMI DADE (.2); DRAFT QUESTIONS FOR UTILITY COMPANIES (1.4); CONFER WITH S. FELD RE: QUESTIONS (.8); REVISE QUESTIONS (1.1); CONTINUE TO REVISE RESPONSE RE: UTILITY (3.1).

PAOLI J      05/10/05      4.80    MEETING WITH S. FELD REGARDING DRAFTING OF STIPULATIONS (.6); CONFERENCE CALL WITH S. FELD, D. KALOUDIS, B. KICHLER, M. JENKINS, D. BITTER AND K. ROMEO REGARDING SEVERAL PROPOSALS TO UTILITIES (1.1); DRAFT STIPULATIONS FOR VARIOUS UTILITIES (3.1).

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ROMAN JJ          05/10/05     1.60    RETRIEVE AND REVIEW DOCKET
                                       INFORMATION FOR DOCUMENT SEARCH RE:
                                       UTILITIES SERVICE (.9);  FOLLOW UP
                                       WITH SDNY RECORDS ROOM AND PREPARE
                                       FOR RETRIEVAL OF DOCUMENTS RE: SAME
                                       (.7).

FELD SR           05/11/05    13.00    TEL. CONF. WITH C. JACKSON RE:
                                       CONTESTED HEARING (.1); REVIEW APCO
                                       CONTRACTS (.8); WORK ON ENTERGY
                                       STIPULATION (1.1); TEL. CONF. WITH M.
                                       SCHIEFER RE: CITY OF WILLISTON (.4);
                                       TEL. CONF. WITH M. DIPASQUE RE:
                                       FLORIDA KEYS (.5); TEL. CONF. WITH D.
                                       BECKMAN RE: ATMOS (.1); TEL. CONFS.
                                       WITH C. CARWILE RE: CITY OF OXFORD
                                       (.2); TEL. CONF. WITH B. KICHLER RE:
                                       MISSISSIPPI POWER (.1); CONFERENCE
                                       CALL WITH B. KICHLER, E. RAY RE: APCO
                                       CONTRACTS (.7); TEL. CONFS. WITH B.
                                       KICHLER RE: APCO CONTRACTS (.3); TEL.
                                       CONF. WITH C. SILCOX RE: APCO INVOICE
                                       (.1); REVISE LETTER TO ZWICKLER (.3);
                                       REVISE AGENDA FOR CONFERENCE CALL
                                       (.4); TEL. CONF. WITH C. SILCOX RE:
                                       REESTABLISHMENT FEES (.1); REVIEW AND
                                       RESPOND TO FPL & GEORGIA POWER, GULF
                                       POWER PROPOSALS (2.1); REVIEW
                                       DOMINION COMMENTS (.4); WORK ON APCO
                                       PROPOSAL (2.3); WORK ON DRAFT
                                       RESPONSE TO OBJECTIONS TO AEP, DUKE,
                                       JEA, & ORLANDO (1.1); CONFERENCE CALL
                                       WITH B. KICHLER & M. JENKINS (1.3);
                                       WORK ON UTILITY ISSUES (.1); REVIEW
                                       JEA LETTER AND STIPULATION (.3); TEL.
                                       CONF. WITH E. CHOU RE: ENTERGY (.2).

KALOUDIS D        05/11/05    11.30    CONTINUE RESEARCH RE: CALDOR (1.1);
                                       CONFER WITH S. FELD RE: SAME (.2);
                                       READ CASES CITED IN UTILITIES
                                       OBJECTIONS (1.8); READ AGENDA TO
                                       PREPARE FOR TELEPHONE CONFERENCE CALL
                                       (.3); TELEPHONE CONFERENCE CALL WITH
                                       COMPANY, M. JENKINS, S. FELD, B.
                                       KICHLER, C. SILCOX, K. ROMEO (1.5);
                                       CONFERENCE CALL WITH M. JENKINS (.3);
                                       CALL WITH C. JACKSON RE: PROPOSED
                                       ORDER (.2); CONTINUE TO REVISE
                                       RESPONSE (1.1); READ CALDOR DOCUMENTS
                                       (1.7); RESEARCH AND ANALYZE CASE LAW
                                       RE: MARKET RATE V. CONTRACT RATE
                                       (1.5); DRAFT MEMO RE: MARKET RATE V.
                                       CONTRACT RATE (1.5); EMAIL SAME TO S.
                                       FELD (.1).

PAOLI J           05/11/05     6.90    CONTINUE DRAFTING STIPULATIONS FOR
                                       VARIOUS UTILITIES (5.8); T/C
                                       CONFERENCE WITH S. FELD, B. KICHLER,
                                       D. KALOUDIS, M. JENKINS, D. BITTER,
                                       K. ROMEO REGARDING SEVERAL COUNTER
                                       PROPOSALS FROM UTILITIES (1.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

ROMAN JJ         05/11/05      3.90    REVIEW NUMEROUS PRECEDENT CASE FILES
                                       FROM COURT'S RECORDS (SDNY) AND
                                       RETRIEVE CERTAIN DOCKETS FOR
                                       DUPLICATION (3.4); RETURN TO OFFICE
                                       AND PREPARE DOCUMENTS FOR ATTORNEY
                                       REVIEW (.5).

FELD SR          05/12/05      8.20    WORK ON ENTERGY & DOMINION
                                       STIPULATIONS (3.8); TEL. CONF. WITH
                                       M. JENKINS RE: GAS DEALER &
                                       INFORMATION FOR CONTESTED HEARING
                                       (.4); EMAILS RE: GEORGIA & GULF (.2);
                                       TEL. CONF. WITH B. KICHLER RE: APCO &
                                       DOMINION (.2); WORK ON ISSUES RE:
                                       CONTESTED HEARING (3.3); CONFERENCE
                                       CALL WITH C. JACKSON & B. KICHLER RE:
                                       CONTESTED HEARING (.3).

KALOUDIS D       05/12/05     10.00    TELEPHONE CONFERENCE WITH M. JENKINS
                                       RE: UTILITY INFORMATION REQUIRED FOR
                                       HEARING (.2); CONFER WITH B. KICHLER
                                       AND S. FELD RE: HEARING (.3);
                                       TELEPHONE CONFERENCE WITH M. JENKINS
                                       RE: ANALYSIS OF DATA SPREADSHEETS
                                       (.8); CONTINUE TO RESEARCH SECTION
                                       366 CASE LAW (1.9); FINALIZE DRAFT OF
                                       RESPONSE AND CHART (2.8); CALL WITH
                                       B.KICHLER (.2); ANALYZE COMPANY'S
                                       INFORMATION RE: CALDOR FACTORS (.3);
                                       CONTINUE TO ANALYZE COMPANY
                                       INFORMATION WITH M. JENKINS (.8);
                                       READ UPDATED CHARTS (.2); TELEPHONE
                                       CONFERENCE CALL WITH B. KICHLER, C.
                                       JACKSON, AND S. FELD RE: UTILITY
                                       OBJECTION (.4); CREATE CHART RE:
                                       PAYMENT HISTORY AND OTHER FACTORS
                                       (2.1).

PAOLI J          05/12/05      5.90    CONTINUE DRAFTING STIPULATIONS FOR
                                       SEVERAL UTILITY COMPANIES (5.1);
                                       DRAFT EMAIL TO OPPOSING COUNSEL RE
                                       STIPULATION (.2); DRAFT EMAILS TO WD
                                       REGARDING BOND REDUCTION (.3); T/C
                                       WITH S. HENRY RE STIPULATIONS (.3).

FELD SR          05/13/05      6.40    EMAIL ENTERGY RE: EXTENSION (.2);
                                       REVIEW FINANCIAL INFORMATION FOR
                                       CONTESTED HEARING (.5); REVIEW DRAFT
                                       RESPONSE (.9); TEL. CONFS. WITH M.
                                       JENKINS RE: INFO (.4); WORK ON
                                       DOMINION STIPULATION (.6); EMAILS RE:
                                       FPL & DOMINION (.3); TEL. CONF. WITH
                                       E. CHOU RE: ENTERGY (.2); WORK ON
                                       ISSUES RELATING TO AEP, DUKE, JEA,
                                       OUC HEARING (1.9); REVIEW LETTER RE:
                                       APCO (.2); TEL. CONF. T. PENNINGTON
                                       RE: APCO (.4); TEL. CONFS. WITH
                                       MILTON RE: DOMINION AND FPL (.3);
                                       TEL. CONF. WITH D. FORELLI RE:
                                       DOMINION (.1); TEL. CONFS. WITH K.
                                       ROMEO RE: UTILITIES (.1); TEL. CONF.
                                       WITH D. BITTER RE: APCO (.1); EMAILS
                                       TO T. PENNINGTON RE: ENTERGY (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/13/05 | 4.50 | CONFER WITH S. FELD (.3); CONFER WITH S. FELD AND M. JENKINS RE: NUMBER OF UTILITY ACCOUNTS (.3); REVISE CHARTS (1.4); RESEARCH RE: ADEQUATE ASSURANCE (.5); REVIEW DATA CHARTS SUBMITTED BY COMPANY (.5); CALL WITH M. JENKINS RE: NEW DATA (.9); STATUS CONFERENCE WITH S. FELD RE: HEARING (.3); CONFER WITH M. RE: UTILITY DATA (.3). |
| PAOLI J | 05/13/05 | 2.10 | REVISE STIPULATION FOR UTILITY COMPANY (.6); T/C WITH M. JENKINS RE ACCOUNT INFORMATION FOR UTILITY (.4); REVIEW INFORMATION SENT BY WD REGARDING ACCOUNTS FOR UTILITY COMPANY (.8); MEETING WITH S. FELD RE STIPULATIONS (.3). |
| FELD SR | 05/15/05 | 7.00 | DRAFT EMAILS TO COMMITTEE COUNSEL RE: DOMINION & FPL (1.9); REVISE DRAFT RESPONSE RE: CONTESTED HEARING (2.6); WORK ON FPL STIPULATION (2.2); REVISE DOMINION STIPULATION (.3). |
| KALOUDIS D | 05/15/05 | 1.00 | CONFER WITH S. FELD RE: RESPONSE (.4); REVISE RESPONSE (.5); EMAIL TO SAME (.1). |
| FELD SR | 05/16/05 | 10.50 | PREPARE EMAIL TO J. MILTON & M. BARR RE: DOMINION STIP. (.3); REVIEW APCO STIP (.9); PREPARE CHART RE: REDUCED BOND (.4); WORK ON STIPS: SINGING RIVER & CITY OF VERO BEACH (2.7); TEL. CONF. WITH M. JENKINS RE: ADEQUATE ASSURANCE (.3); EMAIL TO E. CHOU RE: ENTERGY (.1); REVIEW Q & A'S FOR JEA HEARING (.3); WORK ON CHELCO & TOWN OF DALLAS STIPS (3.2); TEL. CONF. WITH T. PENNINGTON (.2); TEL. CONF. WITH G. HAMBERG (.1); TEL. CONF. WITH J. PERRYMAN RE: ATMOS (.2); PREPARE CONFERENCE CALL AGENDA (1.8). |
| KALOUDIS D | 05/16/05 | 6.60 | CONFER WITH S. FELD RE: HEARING (.3); CONFER WITH J. PAOLI RE: CHART AND TAMPA (.3); DISCUSS WITH CLIENT RE: OUTSTANDING UTILITY PAYMENTS (.3); RESEARCH AND REVIEW AND ANALYZE QUESTION AND ANSWER FOR HEARING (1.5); RESEARCH PRECEDENTS TO PREPARE FOR HEARING (2.5); TELEPHONE CONFERENCE WITH M. JENKINS AND S. FELD (1.1); CALL WITH COMPANY RE: PAYMENT (.2); CALL WITH J. PAOLI RE: UTILITY INFORMATION (.4). |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PAOLI J | 05/16/05 | 6.70 | DRAFT STIPULATIONS FOR SEVERAL UTILITIES (5.1); T/C WITH ATTORNEY FOR UTILITY RE DRAFT STIPULATION AND EXHIBITS (.4); T/C WITH C. SILCOX RE NEEDED INFORMATION FOR EXHIBIT TO STIPULATION (.3); DRAFT EMAIL FOR CONFERENCE CALL WITH WD RE UTILITIES ISSUES (.3); MEETING WITH S. FELD RE STIPULATIONS (.6). |
| FELD SR | 05/17/05 | 9.70 | TEL. CONF. WITH B. KICHLER RE: APCO (.2); WORK ON PASCO SOLID WASTE ISSUE (.2); REVIEW AND COMMENT ON APCO STIPULATION (.4); TEL. CONFS. WITH E. RAY RE: APCO STIPULATION (.7); PREPARE EMAILS RE: ADJOURNMENT FOR ENTERGY, FPL, AEP (.8); WORK ON ENTERGY STIPULATION (2.6); TEL. CONF. WITH D. LEDEVINE RE: CITY OF PLANT (.1); WORK ON AND CIRCULATE UTILITY STIPS FOR CITY OF VERO BEACH, TOWN OF DALLAS & CHELCO (2.5); TEL. CONF. WITH B. KICHLER & C. JACKSON RE: HEARING ON JEA (.3); PREPARE MAIL TO COUNSEL FOR COMMITTEE AND AGENT RE: APCO (.7); TEL. CONF. WITH J. MILTON RE: UTILITY PROCEDURES (.2); REVISE UTILITY PROCEDURE ORDER (.5); REVIEW EMAILS RE: GULF POWER & APCO (.3); TEL. CONF. WITH M. JENKINS RE: ENTERGY (.2). |
| KALOUDIS D | 05/17/05 | 4.80 | CONFER WITH S. FELD RE: HEARING PREPARATION/UTILITIES OBJECTION (.2); REVIEW COMPANY'S INFORMATION RE: CHART AND PAYMENT HISTORY OF OBJECTING UTILITIES (.5); BEGIN DRAFTING CHART RE: ADEQUATE ASSURANCE REQUESTS (3.6); CALL WITH TOWN OF JUPITER RE: LIENS (.5). |
| FELD SR | 05/18/05 | 9.50 | WORK ON OCALA STIPULATION (.4); REVISE CHART FOR UTILITY HEARING (1.6); TEL. CONF. WITH T. PENNINGTON RE: APCO (.1); PREPARE EMAIL TO M. BARR, J. MILTON RE: APCO (.7); TEL. CONF. WITH C. JACKSON RE: STATUS (.2); CONFERENCE CALL WITH C. SILCOX RE: JEA (.3); TEL. CONF. WITH M. JENKINS RE: CONTESTED HEARING (.4); WORK ON ISSUES RE: JEA OBJECTION (2.1); WORK ON UTILITY STIPULATIONS (2.2); EMAIL TO J. BARR & J. MILTON RE: REVISED PROCEDURE ORDER (.1); PREPARE EMAIL TO J. BARR & J. MILTON RE: CITY OF VERO BEACH (.4); EMAIL TO C. SILCOX RE: OCALA ACCOUNTS (.1); PREPARE EMAIL TO M. SMITH RE: SINGING RIVER (.1); WORK ON ISSUES RE: GEORGIA POWER & GULF POWER (.5); EMAIL TO C. JACKSON RE: STATUS OF UTILITY OBJECTIONS (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/18/05 | 0.10 | TC WITH J. MILTON RE: UTILITY STIPULATIONS AND DRAFT MEMO TO S. FELD RE: SAME. |
| KALOUDIS D | 05/18/05 | 6.60 | CONFER WITH S. FELD RE: HEARING PREPARATION/UTILITIES MOTION (.2); CALL TO M. MALCOLM (.1); FINALIZE ORDER RE: MOTION EXTENDING DEADLINES IN RECLAMATION ORDER (.5); EMAIL TO S. HENRY (.1); DRAFT CHART FOR UTILITIES MOTION RE: ADEQUATE ASSURANCE REQUESTS FOR LOCAL COUNSEL (3.5); CONFER WITH S. FELD RE: CHART (.8); CONFER WITH COMPANY RE: UPDATED UTILITIES INFORMATION (.6); RESEARCH PRECEDENT RE: MOTION FOR DETERMINATION (.5); CONFER WITH J. PAOLI RE: TAMPA (.3). |
| FELD SR | 05/19/05 | 3.40 | WORK ON LAKELAND UTILITIES ISSUES (.1); RESPOND TO EMAIL RE: MISSISSIPPI POWER (.5); REVIEW STATUS OF HEARING (.2); EMAILS TO C. JACKSON RE: MOTION FOR DETERMINATION (.2); TEL. CONF. WITH B. KICHLER RE: HEARING (.2); EMAIL TO D. LEVINE RE: CITY OF PLANT (.1); WORK ON APCO ISSUES (.2); WORK ON UTILITY STIPULATION (1.9). |
| KALOUDIS D | 05/19/05 | 4.60 | CALL WITH CINDY JACKSON RE: JEA PAYMENT (.2); CONFER WITH M. JENKINS AND C. SILCOX RE: JEA PAYMENT (.4); REVISE UTILITIES PROCEDURE ORDER (.3); FORWARD SAME TO LOCAL COUNSEL (.1); CONFER WITH M. JENKINS RE: HEARING RESULTS (.3); REVIEW NEW ADDITIONAL ASSURANCE REQUEST (.2); BEGIN DRAFTING MOTION FOR DETERMINATION FOR ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES (2.0); BEGIN DRAFTING LETTER TO TOWN OF JUPITER RE: LIEN (1.1). |
| PAOLI J | 05/19/05 | 5.20 | DRAFT STIPULATIONS FOR AGREEMENTS WITH SEVERAL UTILITIES. |
| HENRY S | 05/20/05 | 1.50 | REVIEW RESULTS OF HEARING ON ADEQUATE PROTECTION RE JEA AND CONSIDER IN LIGHT OF PENDING REQUESTS AND RESPONSES THERETO -- WORK ON STRATEGY FOLLOWING HEARING (.6); WORK ON TAMPA ELECTRIC STIPULATION (.9). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 05/20/05 | 5.60 | WORK ON VARIOUS UTILITY ISSUES (.6); TEL. CONF. WITH M. JENKINS RE: UTILITY ISSUES (.7); EMAIL TO B. WHITE RE: FPL (.2); COMMENT ON STAY LETTER (.4); EMAIL TO R. JOHNSON RE: OBJECTIONS (.2); EMAIL TO E. RAY RE: APCO (.1); WORK ON NOTICES OF STIPULATION TO US TRUSTEE (1.5); UPDATE BOND REDUCTION CHART (.3); TEL. CONF. WITH E. CHOU RE: ENTERGY (.2); TEL. CONF. WITH A. ACZEL RE: GULF OF GEORGIA (.2); EMAIL TO B. KICHLER RE: DOMINION PAYMENT (.4); WORK ON UTILITY STIPULATIONS (.8). |
| GRAY RW | 05/20/05 | 0.10 | TC WITH S. HENRY RE: UTILITY EVIDENCE ISSUE. |
| KALOUDIS D | 05/20/05 | 3.90 | MEETING WITH S. FELD AND J.PAOLI RE: ORDERS AND HEARING RESULTS (.8); DRAFT REQUEST FOR ADDITIONAL INFORMATION FROM COMPANY RE: UTILITIES WITH NO DEPOSIT (1.0); FORWARD TO STEPHANIE FELD (.1); CONFER WITH J. PAOLI RE: NEW REQUESTS (.1); DRAFT AND REVISE LETTER TO CITY OF JUPITER (1.1); REVIEW ORDER ENTERED AT 5/19 HEARING RE: GENERAL UTILITIES PROCEDURE (.2); REVISE MOTION FOR DETERMINATION (.3); REVIEW CORRESPONDENCE FROM COMPANY (.3). |
| PAOLI J | 05/20/05 | 6.10 | DRAFT STIPULATIONS FOR AGREEMENTS WITH SEVERAL UTILITIES. |
| FELD SR | 05/22/05 | 2.00 | PREPARE OFFER FOR ATMOS ENERGY (.9); WORK ON NATCHEZ & RUSSELLVILLE STIP. (1.1). |
| FELD SR | 05/23/05 | 7.20 | CONFERENCE CALL WITH M. JENKINS AND A. NJONBA RE: UTILITY INFO (.4); TEL. CONFS. WITH M. JENKINS RE: UTILITY PAYMENT HISTORY (.9); TEL. CONF. WITH P. MALLETTE RE: CITY OF OXFORD (.2); WORK ON UTILITY STIPULATIONS (3.3); UPDATE UTILITY CHART (.4); TEL. CONF. WITH B. KICHLER RE: UTILITY ISSUES (.2); TEL. CONF. WITH J. MILTON RE: COMMENTS ON DOMINION STIP. (.1); REVIEW COMMITTEE COMMENTS AND R. JOHNSON RESPONSES RE: DOMINION (.4); REVIEW CASES RE: POSTPETITION DEFAULT (.9); WORK ON ADEQUATE ASSURANCE WITHDRAWAL LETTER (.4). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

PAOLI J          05/23/05          6.80          REVISE SEVERAL STIPULATIONS WITH
UTILITY COMPANIES (4.6); MEETING WITH
S. HENRY REGARDING TAMPA ELECTRIC
(.4); DRAFT CORRESPONDENCE TO TAMPA
ELECTRIC RE STIPULATION (.3); REVISE
UTILITIES CHART (.6); T/C WITH
UTILITY REGARDING SERVICE CHARGES
(.3); DRAFT EMAIL TO WD REGARDING
NEEDED INFORMATION FOR UTILITIES
(.3); T/C WITH K. ROMEO RE SAME (.3).

FELD SR          05/24/05          8.20          RESPOND TO COMMITTEE COMMENTS RE:
UTILITY STIPS. (3.7); WORK ON GULF
POWER ISSUES (.2); WORK ON CITY OF
OXFORD PROPOSAL (.8); UPDATE BOND
REDUCTION CHART (.3); WORK ON ISSUES
RE: APCO & OCALA (.6); REVISE NATCHEZ
STIPULATION (.4); WORK ON ISSUES RE:
CITY OF KEY WEST AND WALTERBORO (.3);
TEL. CONF. WITH R. JOHNSON RE:
COMMITTEE COMMENTS (.2); WORK ON FPL
STIP. (.5); WORK ON BOWLING GREEN &
RUSSELLVILLE STIPULATIONS (.6);
REVIEW DRAFT MOTION FOR DETERMINATION
(.3); REVISE DRAFT ENTERGY STIP.
(.3).

PAOLI J          05/24/05          7.40          CALL WITH CITY OF CAMILLA RE SERVICE
PAYMENTS (.3); CALL TO WD RE SAME
(.2); CALL TO WD RE CITY OF
WALTERBORO RE SERVICE PAYMENTS (.3);
CALL WITH CITY OF WALTERBORO RE SAME
(.4); REVIEW BILL HISTORY RE SAME
(.8); DRAFT EMAIL TO CITY OF
WALTERBORO RE SAME (.6); DRAFT LETTER
TO UTILITY RE ADEQUATE ASSURANCE
REQUEST (.2); CONFERENCE WITH S.
HENRY RE STIPULATION (.2); CALCULATE
NUMBER OF UTILITIES FOR FEE
APPLICATION (.5); REVISE UTILITIES
CHART (.8); CREATE CHARTS OF
UTILITIES WITH NO DEPOSITS AND WITH
NOMINAL DEPOSITS FOR MAILING (3.1).

FELD SR          05/25/05          6.50          WORK ON ISSUES RE: CITY OF KEY WEST
(.1); REVISE LETTER RE: ADEQUATE
ASSURANCE (.6); WORK ON FPL
STIPULATION (.8); MEETING WITH
UTILITY TEAM RE: PROJECTS AND UTILITY
INFO (.9); WORK ON ISSUES RE: CITY OF
DEFUNIAK (.6); UPDATE UTILITY CHART
(1.0); TEL. CONFS. WITH C. ATKINSON
RE: CITY OF DEFUNIAK (.5); TEL. CONF.
WITH P. DZIKOWITZ RE: CITY OF
DEFUNIAK (.1); WORK ON RUSSELLVILLE
STIPULATION (1.3); WORK ON ADEQUATE
ASSURANCE REQUESTS (.4); TEL. CONF.
WITH E. SNOBERGER RE: FORT PIERCE
(.2).

DGSA

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/25/05 | 2.20 | MEETING WITH J. PAOLI AND S. FELD RE: MOTION FOR DETERMINATION, CHART, AND LETTER (1.1); MEETING WITH S. FELD RE: CHARTS (.5); TELEPHONE CONFERENCE WITH UTILITY AND COMPANY RE:TERMINATION OF WATER SERVICES (.6). |
| PAOLI J | 05/25/05 | 6.60 | MEETING WITH S. FELD AND D. KALOUDIS RE UTILITIES WITH NOMINAL OR NO DEPOSITS (.8); RESOLVE ISSUE OF PAYMENTS TO CITY OF DEFUNIAK SPRINGS (1.1); REVISE LETTERS TO UTILITIES WITH NOMINAL DEPOSITS AND WITH NO DEPOSITS RE WITHDRAWAL OF REQUEST (.6); CREATE CHART OF ALL UTILITIES WHO WILL RECEIVE LETTERS AND THEIR CONTACT INFORMATION (1.2); REVISE CHART RE SAME (.6); COORDINATE WITH L. BONACHEA RE MAILING OF LETTERS (.4); REVIEW CONTACT INFORMATION TO ENSURE ACCURACY (.4); CALL SEVERAL UTILITIES FOR MISSING INFORMATION (.4); RESOLVE ISSUE OF PAYMENTS TO CITY OF WALTERBORO (1.1). |
| BONACHEA L | 05/25/05 | 1.10 | TC WITH J. PAOLI RE: UTILITIES (.2); PREPARE CHART RE: UTILITIES ADDRESSES (.4); MERGE LETTERS WITH CHART AND UPDATE SAME (.5). |
| HENRY S | 05/26/05 | 0.80 | WORK ON UTILITY STRATEGY AND SUPERVISION OF PROCESS. |
| FELD SR | 05/26/05 | 8.80 | WORK ON FORT PIERCE & SINGING RIVER STIPULATIONS (2.0); WORK ON DOMINION STIP. (.3); WORK ON FPL STIP. (2.4); TEL. CONF. WITH B. WHITE RE: FPL (.5); CONFERENCE CALL WITH B. WHITE AND C. JACKSON RE FPL (.4); CONFERENCE CALL WITH M. JENKINS AND A. NJONBA RE: PAYMENT HISTORY (1.1); REVISE LETTER TO NEW ORLEANS SEWERAGE BOARD (.4); UPDATE UTILITY CHART (.5); TEL. CONF. WITH E. CHOU RE: ENTERGY (.4); DRAFT NOTICE TO NOTICE PARTIES RE: SINGING RIVER (.6); TEL. CONF. WITH E. SNOBERGER RE: FORT PIERCE (.2). |
| KALOUDIS D | 05/26/05 | 4.00 | CALL WITH M. SCHIEFER RE: CITY OF WILLISTON (.4); ANALYZE PAYMENT HISTORY INFORMATION RECEIVED FROM COMPANY (.5); TELEPHONE CONFERENCE CALL WITH M.JENKINS, S. FELD, AND WD'S BILLING DEPARTMENT RE: UTILITY INFORMATION (1.2); MEETING WITH S. FELD RE: UPDATING ADEQUATE ASSURANCE CHART (.8); BEGIN TO REVISE CHART (1.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PAOLI J | 05/26/05 | 5.30 | EMAIL R. GRAY RE UPDATE TO HEARING AGENDA (.3); CALL TO SEWERAGE AND WATER BOARD OF NEW ORLEANS RE APPLICATION FOR SERVICE (.4); DRAFT FOLLOWUP LETTER TO SAME (.6); FAX AND MAIL LETTER (.3); DRAFT LETTER TO B. KICHLER AND M. JENKINS RE SAME AND MAIL (.6); VERIFY INFORMATION FOR TAMPA ELECTRIC STIPULATION (.6); DRAFT CHART FOR EXHIBIT TO TAMPA ELECTRIC STIPULATION (1.1); FOLLOWUP CALLS TO R. MAYO RE TAMPA EXHIBIT (.4); T/C WITH S. HENRY AND B. KICHLER RE TAMPA ELECTRIC (.4); REVISE TAMPA ELECTRIC STIPULATION (.6). |
| BONACHEA L | 05/26/05 | 2.00 | MERGE LETTERS TO UTILITIES COMPANIES (1.4); FAX UTILITIES LETTERS (.6). |
| FELD SR | 05/27/05 | 1.20 | EMAILS TO R. JOHNSON, E. CHOU, B. KICHLER, J. MILTON RE: VARIOUS STIPULATIONS (.9); TEL. CONF. WITH G. ELKINS RE: WASTE MANAGEMENT (.3). |
| KALOUDIS D | 05/27/05 | 2.20 | CALLS WITH UTILITY COMPANIES SEEKING TO WITHDRAW OBJECTIONS (1.1); CONTINUE TO UPDATE ADEQUATE ASSURANCE CHART (.3); CONFER WITH S. FELD RE: UTILITY'S PROPOSAL (.2); CONFER WITH C. JACKSON RE: JEA ORDER (.2); REVIEW DOCKET FOR ORDER (.4). |
| PAOLI J | 05/27/05 | 2.20 | DRAFT EMAIL TO R. JOHNSON RE CHANGES TO EXHIBIT TO STIPULATION (.8); T/C WITH R. MAYO RE SAME (.3); BEGIN UTILITIES WORK SUMMARY FOR FEE APPLICATION (1.1). |
| FELD SR | 05/30/05 | 3.80 | REVISE FPL STIPULATION (1.8); REVISE FORT PIERCE STIPULATION (.5); DRAFT PROGRESS ENERGY STIPULATIONS (1.5). |
| FELD SR | 05/31/05 | 5.60 | WORK ON FPL ISSUES (.6); COORDINATE UTILITY ASSIGNMENTS (.3); WORK ON APCO ISSUES (.5); REVISE CHELCO STIP (1.5); TEL. CONF. WITH M. JENKINS RE: AEP, FPL (.5); TEL. CONF. WITH A. NJONBA RE: PAYMENT HISTORY FOR UTILITIES (.2); TEL. CONF. WITH J. MILTON RE: COMMENTS ON STIPS. (.4); WORK ON UTILITY BOND ISSUE RE: CITY OF CALHOUN (.2); TEL. CONF. WITH C. JACKSON RE: UTILITIES (.2); REVIEW SPREADSHEET RE: PAYMENT HISTORY (1.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/31/05 | 1.50 | CONFER WITH K. WARD RE: TRANSCRIPT (.1); CONTINUE UPDATING CHARTS (.2); MEET WITH S. FELD RE: INFORMATION UPDATES (.3); CONFERENCE CALL WITH M. JENKINS RE: DATE FOR HEARING (.4); REVIEW DATA SPREADSHEETS SENT BY M. JENKINS RE: UTILITY PAYMENT HISTORY (AEP, DUKE, ORLANDO) (.3); CONFER WITH C. JACKSON RE: HEARING PREPARATION (.2). |
| PAOLI J | 05/31/05 | 5.20 | CONTINUE DRAFT OF UTILITIES WORK SUMMARY FOR FEE APPLICATION (1.6); REVIEW PRECEDENT RE SAME (.6); UPDATE CHART FOR TAMPA ELECTRIC STIPULATION (.3); EMAIL R. JOHNSON RE ADJOURNMENT OF HEARING (.3); EMAIL C. JACKSON RE SAME (.2); DRAFT EXHIBIT TO FLORIDA PUBLIC UTILITIES AND LAKELAND STIPULATIONS (1.6); CONFERENCE WITH S. FELD RE CANCELLATION OF BOND (.3); DRAFT EMAIL RE SAME (.3). |

MATTER TOTAL                398.30

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)
Vendor Matters

Bill Date: 06/14/05
Bill Number: 1069609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 05/02/05 | 1.50 | CORRESPONDENCE WITH COUNSEL FOR SOUTHEAST ATLANTIC BEVERAGE COMPANY (.7); AND WORK RE CLAIM (.8). |
| GRAY RW | 05/02/05 | 0.10 | TC WITH S. HENRY RE: RECLAMATION ISSUES. |
| GRAY RW | 05/03/05 | 0.30 | CONF CALL WITH C. PETERSON FOR HOBART RE: WORK IN PROGRESS ISSUES AND COMMITTEE CONSENT. |
| GRAY RW | 05/04/05 | 2.70 | WORK ON DRAFT OF LETTER TO COMMITTEE RE: HOBART PAYMENT UNDER WORK IN PROCESS ORDER (2.4); DRAFT MEMO TO P. WINDHAM RE: HOBART ISSUES (0.2); DRAFT MEMO TO C. PETERSON RE: HOBART STATUS (0.1). |
| GRAY RW | 05/05/05 | 0.80 | TC WITH C. PETERSON RE: HOBART LIEN ISSUES AND DRAFT MEMO TO P. WINDHAM RE: SAME (0.2); TC WITH P. WINDHAM RE: HOBART AND SYLVANIA ISSUES (0.2); REVISE HOBART LETTER AND DRAFT MEMO TO C. PETERSEN RE: SAME (0.2); REVIEW MEMO FROM P. WINDHAM RE: HOBART STATES AND DRAFT MEMO TO C. PETERSON RE: SAME (0.1); DRAFT FURTHER MEMO TO C. PETERSON RE: LETTER TO COMMITTEE (0.1). |
| LEAMY JM | 05/05/05 | 0.30 | TC W/ S. SCHURARD RE: GE CAPITAL (.2); TC W/ L. BERKOFF RE: SAME (.1). |
| HENRY S | 05/06/05 | 0.10 | CONFERENCE CALL WITH PIPER RUDNICK RE RECLAMATION ISSUES. |
| GRAY RW | 05/06/05 | 0.90 | TC WITH C. JACKSON RE: PACA REPORT FILING (0.2); REVIEW REPORT AND DRAFT MEMO TO S. HENRY AND S. TOUSI RE: COMMENTS AND LOGISTICS (0.3); REVIEW AND RESPOND TO MEMO FROM J. JAMES RE: SAINT GOBAIN ISSUES (0.1); TC WITH S. TOUSSI RE: PACA REPORT ISSUES (0.1); REVIEW MEMOS RE: PAT'S BBQ SAUCE AND FOLLOWUP RE: SAME (0.1); TC WITH B. KICHLER AND H. BARR RE: TOP DOG/PAT'S BBQ ISSUES (.1). |
| LEAMY JM | 05/06/05 | 0.10 | EMAIL FROM L. BERKOFF RE: GE INVOICE. |
| GRAY RW | 05/10/05 | 0.20 | FOLLOWUP RE: RECLAMATION MOTION FOOTNOTE FOR J. STERN AND DRAFT MEMO TO SAME WITH ANSWER (0.1); REVIEW SIGNED LETTER FROM LOOMIS FARGO AND EXCHANGE EMAILS WITH A. REED RE: PAYMENT (0.1). |

DC8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/10/05 | 0.40 | EMAILS W/ S. SCHUCHARD RE: GE CAPITAL INVOICES (.3); EMAIL TO L. BERKOFF RE: SAME (.1). |
| GRAY RW | 05/11/05 | 0.20 | FOLLOWUP WITH P. WINDHAM AND C. PETERSEN RE: HOBART STATUS (0.1); TC WITH C. PETERSEN RE: HOBART LETTER (0.1). |
| GRAY RW | 05/12/05 | 0.40 | REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: ADM CREDIT TERM ISSUES (0.1); REVIEW MEMOS FROM C. BICE AND P. WINDHAM RE: HOBART CLAIM AMOUNTS (0.1); REVISE LETTER TO COMMITTEE RE: HOBART (0.1); DRAFT MEMO TO C. PETERSEN RE: LIEN ISSUES AND HOBART COMMENTS ON LETTER AND REVIEW REPLY (0.1). |
| TURETSKY DM | 05/12/05 | 0.30 | TELEPHONE CALL WITH L. O'BANION RE: WINN-DIXIE ACCOUNTS WITH ADT (0.2); TELEPHONE CALL TO P. WINDHAM (LEFT VOICEMAIL) RE: SAME (0.1). |
| HENRY S | 05/13/05 | 0.10 | T/C SUSIE WEATHERMAN REGARDING RECOUPMENT, ASSUMPTION OF CONTRACTS (LEAVE MSG AND LISTEN TO MESSAGE). |
| GRAY RW | 05/13/05 | 0.20 | REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: IDELLE LABS AND PLACE CALLS TO LAWYER FOR SAME. |
| LEAMY JM | 05/13/05 | 0.10 | REVIEW C. FILARDI EMAIL RE: FEDERAL EXPRESS PAYMENT. |
| LEAMY JM | 05/16/05 | 0.40 | EMAILS TO AND FROM J. JAMES RE: FEDERAL EXPRESS PAYMENT REQUEST (.3); EMAIL TO C. FILARDI RE: SAME (.1). |
| GRAY RW | 05/17/05 | 0.30 | TC WITH V. CARSON RE: IDELLE LABS (0.2); DRAFT MEMO TO B. KICHLER RE: SAME (0.1). |
| LEAMY JM | 05/17/05 | 0.10 | REVIEW C. FILARDI EMAIL RE: FEDERAL EXPRESS PAYMENT. |
| TURETSKY DM | 05/17/05 | 0.50 | FURTHER DILIGENCE RE: DEBTORS' ACCOUNTS WITH ADT (0.3); E-MAIL TO E. LANE RE: SAME (0.1); TELEPHONE CALL WITH L. O'BANION RE: SAME (0.1). |
| LEAMY JM | 05/18/05 | 0.20 | EMAIL TO AND FROM J. JAMES RE: FEDERAL EXPRESS INQUIRY. |
| GRAY RW | 05/19/05 | 0.30 | DRAFT FOLLOW UP MEMO RE: ARCHER DANIEL MIDLANDS ISSUE, REVIEW MEMO FROM E. ROBERTS RE: SAME AND DRAFT REPLY AND LEAVE VOICEMAIL FOR B. KICHLER RE: SAME (0.2); TCS WITH C. JACKSON AND S. HENRY RE: WACHOVIA ISSUE ON RECLAMATION ORDER (0.1). |
| LEAMY JM | 05/19/05 | 0.20 | EMAIL TO AND FROM C. FILARDI RE: FEDERAL EXPRESS PAYMENT INQUIRY. |

D01A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/20/05 | 0.20 | REVIEW AND ARRANGE FOR HANDLING OF REED SMITH RECLAMATION LETTER (0.1); REVIEW DOCKET ENTRIES RE: PACA MATTERS AND EXCHANGE EMAILS WITH S. TOUSI RE: SAME (0.1). |
| GRAY RW | 05/24/05 | 0.40 | TC WITH C. PETERSON RE: HOBART TERMS (0.2); REVIEW AND RESPOND TO MEMO FROM J. JAMES RE: SENECA CREDIT PROGRAM (0.2). |
| LEAMY JM | 05/24/05 | 0.10 | REVIEW J. EGAN LETTER RE: PAYMENT DUE TO PANACEA AREA WATER SYSTEM. |
| GRAY RW | 05/25/05 | 0.50 | REVIEW MEMO FROM C. PETERSON RE: HOBART ISSUES AND DRAFT MEMO TO P. WINDHAM ET AL. RE: SAME (0.3); REVIEW AND RESPOND TO MEMOS FROM P. WINDHAM RE: HOBART AND DRAFT MEMO TO C. PETERSON RE: PRICE LANGUAGE (0.2). |
| LEAMY JM | 05/25/05 | 0.10 | TC W/ J. EGAN RE: PANACEA WATER SYSTEM PAYMENT INQUIRY. |
| HENRY S | 05/26/05 | 1.40 | MSG. ETLIN RE CARDINAL HEALTH (.1); T/C GORDON RE CARDINAL HEALTH (.2); LETTER TO NOEL W. HAUSER RE CLAIMS OF METRO WHOLESALE GROCERS (.2); WORK ON POSSIBLE REBATE RESOLUTION (.9). |
| GRAY RW | 05/27/05 | 0.10 | REVIEW HERITAGE MINT MOTION AND COORDINATE WITH S. HENRY RE: SAME. |
| LEAMY JM | 05/27/05 | 0.20 | TC FROM J. EGAN RE: PANACEA WATER BILL. |

**MATTER TOTAL**        **13.70**

**CLIENT TOTAL**        **2,588.20**

D08A