# EXHIBIT C-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(MAY 1, 2005 - MAY 31, 2005)**

| Expense Category | Total Expenses |
|---|---|
| Long Distance Telephone | $662.23 |
| In-House Reproduction (@ $.10 per page) | $6,418.20 |
| Outside Research | $8,022.65 |
| Court Reporting | $763.90 |
| Local Travel | $648.67 |
| Out-Of-Town Travel | $7,131.51 |
| Business Meals | $755.08 |
| Other Out-Of-Pocket | $25.00 |
| Courier & Express Carriers (e.g., Federal Express) | $292.11 |
| Postage | $979.46 |
| Electronic Document Management | $145.90 |
| **TOTAL** | **$25,844.71** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP) Bill Date: 06/14/05
Disbursements Bill Number: 1069609

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/04/05 | Baker DJ | 359.68 |
| Air/Rail Travel - vendor feed | 05/05/05 | Henry S | 359.68 |
| Air/Rail Travel - vendor feed | 05/05/05 | Henry S | 322.82 |
| Air/Rail Travel - vendor feed | 05/05/05 | Baker DJ | 322.82 |
| Air/Rail Travel - vendor feed | 05/09/05 | Henry S | 861.89 |
| Air/Rail Travel - vendor feed | 05/10/05 | Matz TJ | 1,096.03 |
| Air/Rail Travel - vendor feed | 05/10/05 | Toussi S | 1,096.03 |
| Air/Rail Travel - vendor feed | 05/10/05 | Matz TJ | -1,096.03 |
| Air/Rail Travel - vendor feed | 05/10/05 | Toussi S | -1,096.03 |
| Air/Rail Travel - vendor feed | 05/11/05 | Baker DJ | 1,002.03 |
| Air/Rail Travel - vendor feed | 05/18/05 | Matz TJ | 1,002.03 |
| Air/Rail Travel - vendor feed | 05/18/05 | Toussi S | 1,002.03 |
| Air/Rail Travel - vendor feed | 05/18/05 | Matz TJ | -1,002.03 |
| Air/Rail Travel - vendor feed | 05/18/05 | Toussi S | -1,002.03 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,228.92** |
| Car Service Vendor Feeds | 05/05/05 | Baker DJ | 117.14 |
| Car Service Vendor Feeds | 05/09/05 | Horwitz MD | 23.05 |
| Car Service Vendor Feeds | 05/11/05 | Baker DJ | 71.95 |
| Car Service Vendor Feeds | 05/13/05 | Baker DJ | 156.20 |
| Car Service Vendor Feeds | 05/16/05 | Baker DJ | 91.64 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Car Service Vendor Feeds | 05/17/05 | Henry S | 46.68 |
| Car Service Vendor Feeds | 05/17/05 | LaMaina KA | 22.05 |
| Car Service Vendor Feeds | 05/17/05 | Ravin AS | 73.28 |
| Car Service Vendor Feeds | 05/18/05 | Ravin AS | 46.68 |
| | | TOTAL CAR SERVICE VENDOR FEEDS | $648.67 |
| In-house Reproduction | 05/03/05 | Copy Center, D | 1.60 |
| In-house Reproduction | 05/03/05 | Copy Center, D | 30.60 |
| In-house Reproduction | 05/03/05 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/03/05 | Copy Center, D | 6.20 |
| In-house Reproduction | 05/03/05 | Copy Center, D | 125.90 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 18.20 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 0.50 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 45.70 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 4.90 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 3.90 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 430.20 |
| In-house Reproduction | 05/06/05 | Copy Center, D | 3.60 |
| In-house Reproduction | 05/10/05 | Copy Center, D | 53.10 |
| In-house Reproduction | 05/10/05 | Copy Center, D | 0.80 |
| In-house Reproduction | 05/10/05 | Copy Center, D | 7.10 |
| In-house Reproduction | 05/10/05 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/10/05 | Copy Center, D | 0.80 |
| In-house Reproduction | 05/10/05 | Copy Center, D | 318.70 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 2.30 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 20.20 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 12.70 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 1,936.80 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 41.00 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 1.80 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/13/05 | Copy Center, D | 7.20 |
| In-house Reproduction | 05/13/05 | Copy Center, D | 200.00 |
| In-house Reproduction | 05/17/05 | Copy Center, D | 514.50 |
| In-house Reproduction | 05/17/05 | Copy Center, D | 53.20 |
| In-house Reproduction | 05/17/05 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/17/05 | Copy Center, D | 0.40 |
| In-house Reproduction | 05/17/05 | Copy Center, D | 553.70 |
| In-house Reproduction | 05/20/05 | Copy Center, D | 310.90 |
| In-house Reproduction | 05/20/05 | Copy Center, D | 127.80 |
| In-house Reproduction | 05/20/05 | Copy Center, D | 253.30 |
| In-house Reproduction | 05/24/05 | Copy Center, D | 1.00 |
| In-house Reproduction | 05/24/05 | Copy Center, D | 1.90 |
| In-house Reproduction | 05/24/05 | Copy Center, D | 387.60 |
| In-house Reproduction | 05/24/05 | Copy Center, D | 291.70 |
| In-house Reproduction | 05/27/05 | Copy Center, D | 0.10 |
| In-house Reproduction | 05/27/05 | Copy Center, D | 600.80 |
| In-house Reproduction | 05/27/05 | Copy Center, D | 45.70 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6,418.20** |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.06 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.53 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.35 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 29.32 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 7.33 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 3.43 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.99 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.84 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.22 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 20.22 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 5.36 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 2.26 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.58 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 85.50 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 21.22 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 27.43 |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 05/27/05 | Telecommunications, D | 6.93 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 4.74 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.35 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 12.38 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 3.23 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.06 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.03 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 13.15 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 3.49 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 6.67 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.79 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.51 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.16 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 17.16 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 4.56 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.30 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.10 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 3.40 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.98 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.26 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.13 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.05 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.06 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.03 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 5.38 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.47 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 3.66 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.05 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.86 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.43 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 41.85 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 10.72 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 1.30 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.32 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.60 |
| Telephone Expense | 05/27/05 | Telecommunications, D | 0.16 |
| | | TOTAL TELEPHONE EXPENSE | $356.96 |
| Postage | 05/02/05 | Office Admin, D | 14.72 |
| Postage | 05/02/05 | Office Admin, D | 2.03 |
| Postage | 05/03/05 | Office Admin, D | 1.06 |
| Postage | 05/03/05 | Office Admin, D | 27.60 |
| Postage | 05/05/05 | Office Admin, D | 13.65 |
| Postage | 05/06/05 | Office Admin, D | 10.60 |
| Postage | 05/06/05 | Office Admin, D | 57.24 |
| Postage | 05/06/05 | Office Admin, D | 2.70 |
| Postage | 05/06/05 | Office Admin, D | 10.60 |
| Postage | 05/06/05 | Office Admin, D | 28.39 |
| Postage | 05/10/05 | Office Admin, D | 112.98 |
| Postage | 05/10/05 | Office Admin, D | 125.95 |
| Postage | 05/10/05 | Office Admin, D | 3.00 |
| Postage | 05/11/05 | Office Admin, D | 0.60 |
| Postage | 05/12/05 | Office Admin, D | 63.21 |
| Postage | 05/12/05 | Office Admin, D | 0.60 |
| Postage | 05/12/05 | Office Admin, D | 124.46 |
| Postage | 05/12/05 | Office Admin, D | 19.00 |
| Postage | 05/13/05 | Office Admin, D | 0.37 |
| Postage | 05/13/05 | Office Admin, D | 16.32 |
| Postage | 05/13/05 | Office Admin, D | 4.75 |
| Postage | 05/18/05 | Office Admin, D | 3.95 |
| Postage | 05/19/05 | Office Admin, D | 2.40 |
| Postage | 05/20/05 | Office Admin, D | 0.37 |
| Postage | 05/20/05 | Office Admin, D | 22.51 |
| Postage | 05/20/05 | Office Admin, D | 40.67 |
| Postage | 05/20/05 | Office Admin, D | 3.95 |
| Postage | 05/20/05 | Office Admin, D | 47.53 |
| Postage | 05/20/05 | Office Admin, D | 0.60 |
| Postage | 05/20/05 | Office Admin, D | 0.60 |
| Postage | 05/23/05 | Office Admin, D | 24.67 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 05/23/05 | Office Admin, D | 2.12 |
| Postage | 05/23/05 | Office Admin, D | 24.31 |
| Postage | 05/23/05 | Office Admin, D | 86.02 |
| Postage | 05/23/05 | Office Admin, D | 2.21 |
| Postage | 05/23/05 | Office Admin, D | 1.60 |
| Postage | 05/23/05 | Office Admin, D | 32.45 |
| Postage | 05/23/05 | Office Admin, D | 1.52 |
| Postage | 05/24/05 | Office Admin, D | 1.75 |
| Postage | 05/24/05 | Office Admin, D | 5.94 |
| Postage | 05/24/05 | Office Admin, D | 5.94 |
| Postage | 05/26/05 | Office Admin, D | 1.20 |
| Postage | 05/26/05 | Office Admin, D | 3.32 |
| Postage | 05/26/05 | Office Admin, D | 0.83 |
| Postage | 05/26/05 | Office Admin, D | 15.43 |
| Postage | 05/26/05 | Office Admin, D | 2.67 |
| Postage | 05/27/05 | Office Admin, D | 2.44 |
| Postage | 05/27/05 | Office Admin, D | 2.03 |
| Postage | 05/31/05 | Office Admin, D | 0.60 |
| | | **TOTAL POSTAGE** | **$979.46** |
| Scanning Services | 05/17/05 | World Copy Inc. | 7,996.58 |
| | | **TOTAL SCANNING SERVICES** | **$7,996.58** |
| Vendor Hosted Teleconferencing | 05/02/05 | Teleconferencing Services, LLC | 35.07 |
| Vendor Hosted Teleconferencing | 05/02/05 | Teleconferencing Services, LLC | 4.48 |
| Vendor Hosted Teleconferencing | 05/02/05 | Teleconferencing Services, LLC | 27.81 |
| Vendor Hosted Teleconferencing | 05/02/05 | Teleconferencing Services, LLC | 29.36 |
| Vendor Hosted Teleconferencing | 05/04/05 | ECI Conference Call Services, L.L.C. | 27.25 |
| Vendor Hosted Teleconferencing | 05/16/05 | Teleconferencing Services, LLC | 11.43 |
| Vendor Hosted Teleconferencing | 05/16/05 | Teleconferencing Services, LLC | 8.03 |
| Vendor Hosted Teleconferencing | 05/16/05 | Teleconferencing Services, LLC | 30.59 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL VENDOR HOSTED TELECONFERENCING | $174.02 |
| Telephone - Long Distance | 05/08/05 | Matz TJ | 120.00 |
| | | TOTAL TELEPHONE - LONG DISTANCE | $120.00 |
| Out-of-Town Travel | 05/03/05 | Toussi S | 43.00 |
| Out-of-Town Travel | 05/04/05 | Baker DJ | 385.70 |
| Out-of-Town Travel | 05/04/05 | Baker DJ | 45.00 |
| Out-of-Town Travel | 05/05/05 | Baker DJ | 6.00 |
| Out-of-Town Travel | 05/06/05 | Toussi S | 67.05 |
| Out-of-Town Travel | 05/06/05 | Toussi S | 35.00 |
| Out-of-Town Travel | 05/06/05 | Toussi S | 1,613.64 |
| Out-of-Town Travel | 05/06/05 | Toussi S | 150.00 |
| Out-of-Town Travel | 05/06/05 | Toussi S | 1,080.13 |
| Out-of-Town Travel | 05/11/05 | Baker DJ | 343.52 |
| Out-of-Town Travel | 05/11/05 | Baker DJ | 12.00 |
| Out-of-Town Travel | 05/11/05 | Baker DJ | 121.55 |
| | | TOTAL OUT-OF-TOWN TRAVEL | $3,902.59 |
| Messengers/ Courier | 04/29/05 | Dist Serv/Mail/Page, D | 5.23 |
| Messengers/ Courier | 05/02/05 | Dist Serv/Mail/Page, D | 7.11 |
| Messengers/ Courier | 05/02/05 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/03/05 | Dist Serv/Mail/Page, D | 5.37 |
| Messengers/ Courier | 05/03/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/03/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/04/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/04/05 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/05/05 | Dist Serv/Mail/Page, D | 21.26 |
| Messengers/ Courier | 05/06/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/10/05 | Dist Serv/Mail/Page, D | 103.14 |
| Messengers/ Courier | 05/11/05 | Dist Serv/Mail/Page, D | 9.52 |
| Messengers/ Courier | 05/12/05 | Dist Serv/Mail/Page, D | 25.19 |
| Messengers/ Courier | 05/13/05 | Dist Serv/Mail/Page, D | 17.67 |
| Messengers/ Courier | 05/16/05 | Dist Serv/Mail/Page, D | 11.75 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/17/05 | Dist Serv/Mail/Page, D | 14.24 |
| Messengers/ Courier | 05/17/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/17/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/19/05 | Dist Serv/Mail/Page, D | 5.86 |
| Messengers/ Courier | 05/25/05 | Dist Serv/Mail/Page, D | 7.11 |
| | | **TOTAL MESSENGERS/ COURIER** | **$292.11** |
| Out-of-Town Meals | 05/01/05 | Toussi S | 34.88 |
| Out-of-Town Meals | 05/02/05 | Toussi S | 106.23 |
| Out-of-Town Meals | 05/04/05 | Toussi S | 60.00 |
| Out-of-Town Meals | 05/05/05 | Baker DJ | 15.84 |
| Out-of-Town Meals | 05/06/05 | Toussi S | 434.19 |
| Out-of-Town Meals | 05/06/05 | Toussi S | 28.64 |
| Out-of-Town Meals | 05/06/05 | Toussi S | 44.39 |
| Out-of-Town Meals | 05/11/05 | Baker DJ | 30.91 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$755.08** |
| Court Reporting | 05/18/05 | Veritext/New Jersey Reporting Company, L | 763.90 |
| | | **TOTAL COURT REPORTING** | **$763.90** |
| Outside Research/Internet Services | 05/02/05 | LexisNexis Courtlink Inc. | 26.07 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$26.07** |
| Telco-Non Astra | 05/02/05 | Telecommunications, D | 5.21 |
| Telco-Non Astra | 05/10/05 | Telecommunications, D | 4.13 |
| Telco-Non Astra | 05/13/05 | Telecommunications, D | 0.23 |
| Telco-Non Astra | 05/31/05 | Telecommunications, D | 1.68 |
| | | **TOTAL TELCO-NON ASTRA** | **$11.25** |
| Miscellaneous Expense | 05/11/05 | Ravin AS | 25.00 |
| | | **TOTAL MISCELLANEOUS EXPENSE** | **$25.00** |
| Scanning | 05/17/05 | Scott-Bonnick S | 140.25 |
| | | **TOTAL SCANNING** | **$140.25** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| OCR Processing | 05/06/05 | Paternostro M | 5.65 |
| | | TOTAL OCR PROCESSING | $5.65 |
| | | TOTAL MATTER | $25,844.71 |
| | | TOTAL CLIENT | $25,844.71 |