**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING SECOND INTERIM APPLICATION OF**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(MAY 1, 2005 THROUGH SEPTEMBER 30, 2005)**

These cases came before the Court upon the application (the "Second

Application") of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") for an

order under 11 U.S.C. §§ 330 and 331 (a) allowing compensation for professional

services rendered on behalf of the Debtors in the amount of $4,158,012.50 and

authorizing payment of compensation not previously received and (b) allowing actual,

necessary expenses incurred in connection with the rendition of such professional

services in the amount of $145,055.82 and authorizing reimbursement of expenses not

previously received, for the period from May 1, 2005 through September 30, 2005 (the

"Application Period"). A hearing on the Second Application was held on

_____, 2005. The Court has read the Second Application, considered

the representations of counsel and has determined that notice of the Second Application

was good and sufficient under the circumstances and that no other or further notice need

be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    The Second Application is granted.

2.    The fees earned and the expenses incurred by Skadden, Arps during the Application Period, as set forth in the Second Application, are approved and allowed.

3.    The Debtors are authorized and directed to pay to Skadden, Arps (to the extent not previously paid) the sums of: (a) $4,158,012.50, representing fees earned by Skadden, Arps during the Application Period and (b) $145,055.82, representing expenses incurred by Skadden, Arps during the Application Period.

4.    The relief granted in this Order is without prejudice to the rights of Skadden, Arps to seek, upon application to this Court, further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied.

5.    All interim fees and expenses are subject to final review by the Debtors'

fee examiner, and this Court, and no determination is made at this time as to

reasonableness.  Interim Fees and expenses awarded pursuant to this Order may be

subject to disgorgement.

Dated this _____ day of _____ 2005 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Second Application.

434963.01-Wilmington Server 1A - MSW