UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that, on November 11, 2005, I caused to be served the Second Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (May 1, 2005 Through September 30, 2005) and the corresponding proposed form of Order, by having a true and correct copy sent via e-mail and Federal Express to the parties listed below:

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
elena.l.escamilla@usdoj.gov
ken.meeker@usdoj.gov

Laurence B. Appel
Jay F. Castle
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
larryappel@winn-dixie.com
jaycastle@winn-dixie.com

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
jhelfat@oshr.com

Matthew S. Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
mbarr@milbank.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

*/s/ Kimberly A. LaMaina*
Kimberly A. LaMaina

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. box 636
Wilmington, Delaware 19899
Phone: 302-651-3000
Fax: 302-651-3001
klamaina@skadden.com