UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING WITHDRAWAL OF APPLICATION FOR REIMBURSEMENT OF ATTORNEY'S FEES FOR RECLAMATION VENDOR/PARTICIPATING VENDOR

The Court finds that the Withdrawal of Application for Reimbursement of Attorney's Fees for Reclamation Vendor/Participating Vendor filed by Richard D. Sparkman on behalf of Warren Oil Company, Inc. on November 14, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Withdrawal of Application for Reimbursement of Attorney's Fees for Reclamation Vendor/Participating Vendor filed by Richard D. Sparkman on behalf of Warren Oil Company, Inc. on November 14, 2005 is stricken from the record.

DATED November 15, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Attorney for Debtor
Richard D. Sparkman, P.O. Box 1687, Angier, NC 27501
Counsel for Official Committee of Unsecured Creditors
Wachovia Bank National Association, c/o Betsy C. Cox, 1301 Riverplace Blvd., Ste 1500, Jacksonville, FL 32207