## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 07/20/05**
**Executory Contracts (Personalty)**                 **Bill Number: 1064633**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/01/05 | 0.20 | DRAFT MEMO TO C. JACKSON RE: CONTRACT/LEASE ISSUES IN CONTEXT OF ENTERPRISE SALES (0.2). |
| LEAMY JM | 06/01/05 | 3.50 | EMAIL C. BOUCHER RE: CONTRACT (.1); ANALYSIS RE: CONTRACT (.2); EMAIL TO E. LANE RE: CONTRACT COSTS (.2); EMAILS W/ E. LANE RE: CONTRACTS (.4); TC W/ E. LANE RE: CONTRACT (.2); REVIEW CONTRACT (.2); EMAIL C. BOUCHER RE: CONTRACT (.2); EMAIL C. JACKSON RE: 6/2 REJECTION ORDER (.2); ANALYSIS RE: CONTRACTS (1.5); EMAIL E. LANE RE: CONTRACT (.1); EMAILS E. LANE RE:CONTRACT AGREEMENTS (.2). |
| GRAY RW | 06/02/05 | 0.80 | TC WITH J. LEAMY AND D. TURETSKY RE: CONTRACT/LEASE ISSUES IN CONTEXT OF ENTERPRISE SALES (0.2); CONF CALL WITH C. BOUCHER, J. LEAMY AND D. TURETSKY RE: CONTRACT/LEASE ISSUES (0.6). |
| LAMAINA KA | 06/02/05 | 1.50 | RESEARCH ISSUE RE: BIDDING PROCEDURES FROM LESSOR (.3); PREPARE MEMO RE: SAME (.2); T/C TO C.JACKSON RE: SAME (.1); REVIEW SALE MOTION AND ORDER RE: MISC. ASSET SALES (.5); PREPARE DOCUMENTS FOR DISTRIBUTION (.4). |
| LEAMY JM | 06/02/05 | 5.30 | TC W/ J. STERN RE: CONTRACTS IN 6/16 REJECTION MOTION (.1); EMAIL FROM E. LANE RE: CONTRACT (.1); EMAILS W/ L. BERKOFF RE: CONTRACT ISSUES (.2); EMAILS W/ E. LANE RE: CONTRACT (.2); REVIEW J. JAMES EMAIL RE: SAME (.1); ANALYSIS RE: REJECTIONS (2.3); TC W/ C. BOUCHER AND R. GRAY RE: CONTRACTS (.5); ANALYSIS OF CONTRACTS (1.8). |
| TURETSKY DM | 06/02/05 | 4.20 | BEGIN REVIEWING AND COMMENTING ON REVISED MEMO FROM J.R. LEDERER RE: WHETHER RELATED AGREEMENTS CAN BE SEPARATELY ASSUMED OR REJECTED (0.8); TELEPHONE CALLS WITH R. GRAY (PARTIALLY) AND J. LEAMY RE: ISSUES CONCERNING POTENTIAL ASSUMPTION AND ASSIGNMENT/SALE OF LEASED EQUIPMENT (0.8); CONFERENCE CALL WITH C. BOUCHER, R. GRAY, AND J. LEAMY RE: SAME (0.6); RESEARCH RE: STATUS OF CLAIMS HELD BY LESSORS WHEN LEASED EQUIPMENT IS SOLD (2.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/03/05 | 0.30 | FOLLOW UP RE: SERVICE OF REJECTION ORDER ON CONTRACT/LEASE PARTIES (0.1); REVIEW AND RESPOND TO MEMO FROM C. BOUCHER RE: CONTRACT/LEASE ITEMS AT STORES TO BE SOLD (0.2). |
| LEAMY JM | 06/03/05 | 1.10 | REVIEW C. BOUCHER EMAIL RE: LEASE ITEMS BY STORE (.1); REVIEW D. LEMKE LETTER RE: 6/2 REJECTION MOTION (.2); REQUEST CORRECTION OF 6/2 ORDER (.2); REVIEW ISSUE RE: REJECTION OF LEASE BUYOUT AGREEMENT (.4); REVIEW L. BERKOFF EMAILS RE: EQUIPMENT AND SALE MOTION (.2). |
| TURETSKY DM | 06/03/05 | 0.70 | FURTHER RESEARCH RE: STATUS OF CLAIMS HELD BY LESSORS WHEN LEASED EQUIPMENT IS SOLD (0.7). |
| TURETSKY DM | 06/04/05 | 2.60 | CONTINUE RESEARCH RE: STATUS OF CLAIMS HELD BY LESSORS WHEN LEASED EQUIPMENT IS SOLD (2.6). |
| GRAY RW | 06/06/05 | 0.20 | TC WITH J. LEAMY RE: NEXT REJECTION MOTION (0.1); TC WITH J. LEAMY RE: IMPLEMENTATION OF REJECTION ORDER AND RE: CALL FROM SRP PARTICIPANT (0.1). |
| LEAMY JM | 06/06/05 | 2.70 | RESPOND TO J. JAMES EMAIL RE: REJECTION MOTION (.1); ANALYSIS RE: CONTRACTS (.9); EMAIL TO COMPANY AND XROADS RE: DEADLINE FOR NEXT REJECTION MOTION (.2); REVIEW CONTRACTS, WORK ON REJECTION MOTION (1.3); REVIEW C. BOUCHER EMAIL AND ATTACHMENT RE: LEASES (.2). |
| TURETSKY DM | 06/06/05 | 6.00 | CONTINUE RESEARCH RE: STATUS OF CLAIMS HELD BY LESSORS WHEN LEASED EQUIPMENT IS SOLD (5.7); TELEPHONE CALL WITH J. LEAMY RE: SAME (0.3). |
| GRAY RW | 06/07/05 | 0.40 | REVIEW AND RESPOND TO MEMO FROM L. APPEL RE: CONTRACT REJECTION ISSUES (0.1); TC WITH J. LEAMY RE: REJECTION DAMAGE ISSUES (0.1); REVIEW AND REVISE PROPOSED EMAIL TO COMPANY RE: SAME (0.1); DRAFT MEMO TO C. JACKSON RE: WITHDRAWAL OF CONTRACTS PRE ORDER ENTRY (0.1). |
| LEAMY JM | 06/07/05 | 2.20 | TC W/ E. LANE RE: CONTRACTS FOR REJECTION (.5); REVIEW/ANALYSIS CONTRACTS (.5); REVIEW M. CHLEBOVEC EMAIL RE: REJECTION ORDER (.1); REVIEW CORRECTED 6/2 REJECTION ORDER FROM COURT (.1); EMAIL TO COMPANY AND XROADS RE: IMPLEMENTATION OF REJECTION ORDER (.2); RESPOND TO H. WARDEN EMAIL RE: PICKUP OF EQUIPMENT (.1); ANALYSIS RE: POTENTIAL REJECTION DAMAGES ON SPONSORSHIP AGREEMENTS (.6); REVIEW J. RAGASE EMAIL RE: ADDITIONAL CONTRACTS (.1). |

DOXA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| TURETSKY DM | 06/07/05 | 0.20 | CONTINUE RESEARCH RE: STATUS OF CLAIMS HELD BY LESSORS WHEN LEASED EQUIPMENT IS SOLD (0.1); TELEPHONE CALL WITH J. LEAMY RE: SAME (0.1). |

GRAY RW | 06/08/05 | 0.10 | TC WITH C. JACKSON RE: REJECTION MOTION ISSUES AND DRAFT MEMO TO J. LEAMY RE: SAME (0.1).

LEAMY JM | 06/08/05 | 3.60 | RESPOND TO J. JAMES EMAIL RE: REJECTION MOTION (.1); EMAIL TO L. APPEL ET AL RE: POTENTIAL REJECTION DAMAGES (.2); TC W/ C. BOUCHER RE: REJECTION DAMAGES (.4); TC W/ R. GRAY RE: SAME (.1); REVIEW AND ANALYSIS RE: CONTRACT OPTIONS (2.5); EMAIL TO E. LANE RE: CONTRACTS FOR REJECTION (.1); TC W/ C. BOUCHER RE: CONTRACT (.1); EMAIL TO C. BOUCHER RE: SAME (.1).

TURETSKY DM | 06/08/05 | 3.50 | FURTHER RESEARCH RE: STATUS OF CLAIMS HELD BY LESSORS WHEN LEASED EQUIPMENT IS SOLD (3.5).

GRAY RW | 06/09/05 | 0.30 | REVIEW AND PROVIDE COMMENTS ON DRAFT REJECTION MOTION AND ORDER (0.2); TC WITH J. LEAMY RE: REJECTION ISSUES (0.1).

LEAMY JM | 06/09/05 | 3.60 | TC W/ C. JACKSON RE: 6/16 REJECTION MOTION (.1); REVIEW SEVERAL EMAILS FROM C. BOUCHER RE: CONTRACT (.2); ANALYSIS RE: CONTRACT (.2), TC W/ J. JAMES, E. LANE, C. BOUCHER AND J. RAGASE RE:CONTRACT (.3); WORK ON 6/30 REJECTION MOTION (1.5); TC W/ E. LANE RE: CONTRACTS FOR REJECTION (.6); TC'S W/ C. BOUCHER RE: ANALYSIS ON CONTACTS (.2); REVIEW C. BOUCHER EMAIL RE: SAME (.1); ANALYSIS RE:CONTRACT (.2); SEVERAL EMAILS TO AND FROM J. JAMES RE: REJECTION MOTION (.2).

GRAY RW | 06/10/05 | 0.60 | REVIEW AND PROVIDE COMMENTS ON REJECTION MOTION AND ORDER (0.3); REVIEW MEMOS FORWARDED BY C. JACKSON RE: LEASED EQUIPMENT RELATING TO SOLD/CLOSED STORES (0.1); REVIEW L. APPEL MEMO RE: SPONSORSHIP AGREEMENTS (0.1); REVIEW TRM MOTION FOR TURNOVER AND COORDINATE WITH J. LEAMY RE: SAME (0.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/10/05 | 4.40 | REVIEW/ RESPOND TO EMAILS FROM M. CHLEBOVEC RE: REJECTION MOTION (.2); WORK ON AND FINALIZE 6/30 REJECTION MOTION (1.4); EMAIL TO COMMITTEE RE: DRAFT REJECTION MOTION (.1); EMAIL TO COMPANY AND XROADS RE: DRAFT REJECTION MOTION (.1); TC W/ J. JAMES RE: SAME (.2); REVIEW J. JAMES EMAILS RE: SAME (.3); TC W/ L. APPEL RE: CONTRACT (.2); REVIEW L. APPEL EMAIL RE: SAME (.1); DRAFT MOTION, ORDER AND NOTICE FOR REJECTION OF AGREEMENT (1.0); TC W/ C. JACKSON RE: PROPOSED REJECTION ORDER (.1); SEVERAL EMAILS WITH C. JACKSON RE: FILING OF SAME (.3); REVIEW AND RESPOND TO M. BARR EMAILS RE: CONTRACTS TO BE REJECTED (.2); REVIEW TRM CORPORATION MOTION FOR TURNOVER (.2). |
| GRAY RW | 06/13/05 | 0.10 | EXCHANGE EMAILS WITH H. ETLIN AND C. JACKSON RE: EQUIPMENT LEASE ISSUES (0.1). |
| LAMAINA KA | 06/13/05 | 0.20 | RESPOND TO INQUIRY RE: BROKER AGREEMENTS (.2). |
| LEAMY JM | 06/13/05 | 1.20 | TC W/ S. HENRY RE: TRM MOTION (.1); EMAIL J. JAMES RE: TRM MOTION (.1); EMAIL TO J. MARKIND RE: TRM MOTION PAYMENT SOUGHT (.1); REVIEW OF BROKER AGREEMENTS (.3); EMAILS W/ C. JACKSON RE: 6/16 REJECTION ORDER (.2); REVISE 6/16 REJECTION ORDER (.4). |
| GRAY RW | 06/14/05 | 0.20 | TC WITH C. BOUCHER RE: VENDOR CONTRACT SUPPLY VOLUME ISSUES IMPACTED BY FOOTPRINT REDUCTION (0.1); EXCHANGE EMAILS WITH J. LEAMY RE: NEXT ROUND OF REJECTIONS (0.1). |
| LAMAINA KA | 06/14/05 | 0.20 | RESPOND TO INQUIRY RE: BROKER AGREEMENTS. |
| LEAMY JM | 06/14/05 | 1.90 | TC W/ E. LANE RE: BROKERAGE AGREEMENTS (.2); TC W/ J. MARKIND RE: TRM MOTION (.1); ANALYSIS RE: TRM MOTION (.2); EMAILS TO AND FROM C. JACKSON RE: 6/16 REJECTION ORDER (.3); EMAIL TO B. BOWIN RE: BROKER AGREEMENTS (.2); REVIEW OF CONTRACT (.3); REVIEW C. BOUCHER EMAIL RE: CONTRACT (.1); REVIEW E. LANE EMAIL RE: BROKER AGREEMENTS (.1); WORK ON MATTERS RE: REJECTION OF AGREEMENTS (.4). |
| TURETSKY DM | 06/14/05 | 0.10 | E-MAIL TO K. LOGAN RE: WINN-DIXIE ACCOUNTS WITH AMERICAN EXPRESS (0.1). |
| GRAY RW | 06/15/05 | 0.20 | REVIEW PROJECT ASSISTANCE MOTION AND ARRANGE FOR HANDLING (0.2). |
| LAMAINA KA | 06/15/05 | 0.30 | DISCUSS ISSUE RE: BROKER AGREEMENTS. |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/15/05 | 1.90 | ANALYSIS RE: BROKER CONTRACTS PER B. BOWIN REQUEST (.4); TC W/ B. BOWIN RE: BROKER CONTRACTS (.1); EMAIL TO E. LANE RE:CONTRACT (.1); REVIEW AND ANALYSIS RE: PROJECT ASSISTANTS, INC. MOTION TO COMPEL (.3); EMAIL TO COMPANY RE: SAME (.2); TC W/ E. LANE RE: CONTRACTS FOR REJECTION (.8). |
| LAMAINA KA | 06/16/05 | 0.40 | WORK ON ISSUES RELATING TO EXECUTORY CONTRACTS (.4). |
| LEAMY JM | 06/16/05 | 1.40 | TC W/ E. LANE RE: LEASE (.5); WORK ON TRM CORPORATION (.6); REVIEW FAX FROM C. BOUCHER RE: CLC AMENDMENT (.2); REVIEW E. LANE EMAIL RE:CONTRACT (.1). |
| BAKER DJ | 06/17/05 | 1.10 | WORK ON PHARMACY STAFFING AND CONTRACT TO PROVIDE STAFFING FOR SAME (1.1). |
| RAVIN AS | 06/18/05 | 0.10 | DRAFT CORRESPONDENCE TO J. LEAMY RE: STATUS OF LEASE REJECTION. |
| BAKER DJ | 06/20/05 | 0.70 | WORK ON PHARMACY EXECUTORY CONTRACT ISSUES (.7). |
| LEAMY JM | 06/20/05 | 0.40 | EMAIL J. JAMES RE: 6/24 REJECTION MOTION (.1); EMAIL J. JAMES RE: 6/16 REJECTION ORDER (.1); EMAILS W/ C. JACKSON RE: TRM MOTION (.2). |
| LAMAINA KA | 06/21/05 | 0.20 | RESPOND TO INQUIRY FROM BROKER (.2). |
| LEAMY JM | 06/21/05 | 3.50 | TC W/ E. LANE RE: LEASE REJECTIONS (.2); REVIEW E. LANE EMAILS RE: CONTRACTS (.3); REVIEW/ANALYSIS RE: IBM AND CISCO CONTRACTS (.5); REVIEW PROJECT ASSISTANTS MOTION TO COMPEL PAYMENT, AS REFILED (.2); EMAILS W/ E. LANE RE: CONTRACT (.3); EMAILS W/ L. BERKOFF RE: EQUIPMENT LOCATION (.2); WORK ON MOTION TO STRIKE (1.8). |
| BAKER DJ | 06/22/05 | 0.40 | REVIEW ISSUES RELATED TO EXECUTORY CONTRACTS FOR CASH REGISTERS (.4). |
| LAMAINA KA | 06/22/05 | 0.50 | T/C TO BROKER (.1); REVIEW ISSUES RE: EXECUTORY CONTRACTS (.4). |
| LEAMY JM | 06/22/05 | 4.70 | TC W/ E. LANE RE: CONTRACT (.4); TC W/ E. LANE RE: LEASE (.3); WORK ON MOTION TO STRIKE (2.2); WORK ON NOTICE (.5); EMAIL TO COMMITTEE RE: CONTRACTS TO BE REJECTED IN 6/24 MOTION (.2); EMAILS W/ J. JAMES RE: REJECTION MOTION (.2); EMAILS FROM E. LANE, M. CHLEBOVEC RE: REJECTION MOTION (.2); WORK ON REJECTION MOTION (.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/23/05 | 0.30 | DRAFT MEMO TO C. JACKSON WITH COMMENTS ON ENTERPRISE SALE MOTION RE: CONTRACTS/LEASES (0.3). |
| LEAMY JM | 06/23/05 | 3.70 | WORK ON REJECTION MOTION (1.4); EMAIL TO CO. RE: SAME (.1); TC W/ E. LANE RE: LEASE (.2); EMAILS WITH C. WILSON RE: PROJECT ASSISTANTS MOTION (.2); WORK ON TRM MOTION TO STRIKE (1.5); EMAILS W/ J. JAMES RE: REJECTION MOTION (.2); EMAILS FROM L. BERKOFF RE: EQUIPMENT LOCATION (.1). |
| GRAY RW | 06/24/05 | 0.50 | REVIEW MEMOS FROM C. JACKSON AND J. LEAMY RE: REJECTION MOTION AND DRAFT REPLY (0.1); REVIEW AND COMMENT ON REJECTION MOTION AND ORDER TO BE FILED TODAY (0.2); TC WITH J. LEAMY RE: LEASE BUYOUT ISSUE (0.1); REVIEW IBM BUYOUT LETTER AND COORDINATE WITH J. LEAMY RE: SAME (0.1). |
| LAMAINA KA | 06/24/05 | 3.20 | WORK ON EXECUTORY CONTRACTS RE: ACE AGREEMENTS (3.2). |
| LEAMY JM | 06/24/05 | 6.60 | REVIEW J. JAMES EMAIL RE: LEASE BUYOUT AGREEMENT (.1); RESPOND TO C. JACKSON EMAIL RE: REJECTION MOTION (.1); TC W/ M. KERSEE AND C. BOUCHER RE: LEASE (.4); ANALYSIS REGARDING AND EMAIL WITH S. LAM RE: BUYOUT PROPOSAL AND DIP (.5); WORK ON OBJECTION TO TRM MOTION FOR TURNOVER (3.5); REVIEW AND RESPOND TO C. JACKSON EMAIL RE: CONTRACT (.2); REVIEW AND COMMENT ON LETTER PREPARED BY C. BOUCHER (.3); PREPARE REJECTION MOTION FOR FILING (.6); TC W/ C. BOUCHER RE: LEASE (.2); EMAILS W/ C. BOUCHER RE: SAME (.1); REVIEW FINANCIAL ANALYSIS (.2); EMAILS WITH J. MILTON RE: REJECTION MOTION (.1); EMAILS WITH C. JACKSON RE: TRM AND REJECTION MOTION (.2); EMAIL TO C. JACKSON RE: REJECTION MOTION FOR FILING (.1). |
| GRAY RW | 06/27/05 | 0.10 | TC WITH J. LEAMY RE: PENDING CONTRACT ISSUES (0.1). |
| LAMAINA KA | 06/27/05 | 2.00 | RESEARCH GENERAL 365 PRINCIPLES (.3); RESEARCH ISSUE RE ASSUMPTION STANDARD IN 11TH CIRCUIT (.5); RESEARCH 365 ISSUE RE DISPOSITION STANDARD IN 11TH CIRCUIT (.3); REVIEW SCHEDULES (.4); REVIEW 365 MOTIONS IN CASES (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 06/27/05 | 1.40 | REVIEW L. BERKOFF LETTER RE: CITICORP LEASE PAYMENTS (.2); EMAIL TO L. BERKOFF RE: CLARIFICATION OF LETTER (.1); EMAIL TO J. JAMES RE: SAME (.2); FINALIZE MOTION TO STRIKE TRM MOTION AND EMAIL TO C. JACKSON RE: FILING OF SAME (.5); ANALYSIS RE: LEASE (.4). |
| RAVIN AS | 06/27/05 | 0.10 | CONFERENCE WITH J. LEAMY RE: ISSUES RELATED TO EXECUTORY CONTRACTS. |
| LAMAINA KA | 06/28/05 | 0.30 | CORRESPONDENCE WITH E.LANE RE EXECUTORY CONTRACTS SCHEDULED INFORMATION (.3). |
| LEAMY JM | 06/28/05 | 1.50 | EMAIL E. LANE RE: VARIOUS LEASES (.2); EMAIL E. LANE RE: LEASE BUYOUTS (.2); TC W/ E. LANE RE: SAME (.5); REVIEW AND RESPOND TO J. MILTON EMAIL RE: PROJECT ASSISTANTS (.2); WORK ON MATTERS RE: LEASE BUYOUT AGREEMENTS (.4). |
| GRAY RW | 06/29/05 | 0.80 | REVIEW AND RESPOND TO MEMO FROM J. JAMES RE: BANKRUPTCY PROVISION (0.1); REVIEW CONTRACT AND COORDINATE WITH J. LEAMY AND D. TURETSKY RE: TERMINATION ISSUE (0.1); DRAFT MEMO TO J. JAMES RE: TERMINATION ISSUE (0.1); REVIEW MEMOS RE: AGREEMENTS (0.1); REVIEW AND RESPOND TO MEMO FROM C. JACKSON RE: HANDLING OF LEASED PROPERTY IN CONTEXT OF ENTERPRISE SALES (0.1); REVIEW MEMO FROM C. BOUCHER RE: STATUS OF CONTRACT/LEASE NEGOTIATION ISSUES AND COORDINATE WITH J. LEAMY RE: SAME (0.2); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: LEASE INQUIRIES (0.1). |
| LAMAINA KA | 06/29/05 | 4.20 | CONTINUE RESEARCH RE EXECUTORY CONTRACT ISSUES (3.8); ADDRESS CORRESPONDENCE FROM COMPANY RE STATUS OF CONTRACTS (.4). |
| LEAMY JM | 06/29/05 | 1.60 | TC W/ E LANE RE: LEASE(.4); REVIEW ISSUE RE: CONTRACT (.2); REVIEW L. BERKOFF LETTER RE: LEASE (.2); EMAIL TO COMPANY AND XROADS RE: SAME AND REVIEW RESPONSES (.3); REVIEW ISSUE RE: SALE MOTION AND EXECUTORY CONTRACTS (.2); TC W/ E. LANE RE: REJECTIONS (.1); TC W/ S. EICHEL RE: HERITAGE MINT (.1); REVIEW E. LANE EMAIL RE: LEASE (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/29/05 | 0.80 | TELEPHONE CALL WITH J. LEAMY RE: ISSUES CONCERNING CONTRACT (0.1); DILIGENCE IN CONNECTION WITH SAME (0.1); DRAFT MEMO RE: ISSUES ARISING IN CONNECTION WITH SALE OF LEASED ASSETS (0.6). |
| GRAY RW | 06/30/05 | 0.80 | CONF WITH D.TURETSKY AND TC WITH J. LEAMY RE: CONTRACT ISSUES (0.3); REVIEW MEMO FROM C. WILSON RE: PROJECTS ASSISTANTS AND TC WITH J. LEAMY RE: SAME (0.1); TC WITH H. ETLIN, C. BOUCHER AND J. LEAMY RE: INTEREST RATE AND POSSIBLE ATTACKS (0.2); CONFER WITH D. TURETSKY AND TC WITH J. LEAMY RE: SAME (0.2). |
| LEAMY JM | 06/30/05 | 2.80 | TC W/ H. ETLIN, C. BOUCHER, R. GRAY RE: LEASE ANALYSIS (.2); REVIEW C. WILSON ANALYSIS RE: PROJECT ASSISTANTS AND ANALYSIS RE: NEXT STEPS (.5); ANALYSIS RE: LEASE OPTIONS (.5); TC W/ M. BUSENKELL RE: PROJECT ASSISTANTS MOTION (.1); TC W/ C. BOUCHER RE:LEASE (.2); REVIEW HERITAGE MINT MOTION AND ANALYSIS RE: RESPONSE (1.2); REVIEW J. CASTLE EMAIL RE: CITICORP VENDOR (.1). |
| TURETSKY DM | 06/30/05 | 0.30 | TELEPHONE CALL WITH J. LEAMY AND R. GRAY RE:LEASE ISSUES (0.3). |
| **MATTER TOTAL** | | **98.70** | |

DG8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**
**Financing (DIP and Emergence)**

**Bill Date: 07/20/05**
**Bill Number: 1064633**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/06/05 | 0.10 | TC WITH A. REED RE: BANK SCHEDULE AND FORWARD SAME (0.1). |
| RAVIN AS | 06/06/05 | 0.20 | DRAFT MULTIPLE CORRESPONDENCE TO K. ROMEO RE: AFCO NOTICING REQUIREMENT (.1); REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1). |
| GRAY RW | 06/07/05 | 0.10 | TC WITH B. KICHLER RE: ECF ISSUES (0.1). |
| LAMAINA KA | 06/07/05 | 0.20 | CORRESPONDENCE WITH J.STERN (.2). |
| MACK III WB | 06/07/05 | 0.70 | EXECUTED FINANCING AFFIDAVITS (.2); PREPARED AND DISTRIBUTED SAME (.5). |
| RAVIN AS | 06/07/05 | 0.20 | CONFERENCE WITH D. SQUASONI AND E. KYRIAKADES RE: EXIT FINANCING ISSUES. |
| LAM S | 06/08/05 | 2.30 | REVIEW OF DRAFT ORDER FOR ASSET DISPOSITIONS RE: COMMENTS FROM DIP LENDER (1.0); T/C CALL WITH C. JACKSON TO DISCUSS QUESTIONS (.7); REVIEW DRAFT BIDDING PROCEDURES (.6). |
| YEUNG CL | 06/08/05 | 0.50 | OBTAIN INFORMATION RE: ORIGINAL AFFADAVITS. |
| MACK III WB | 06/10/05 | 1.20 | RESEARCHING 8 7/8 NOTES FOR SCHEDULING ISSUE. |
| RAVIN AS | 06/14/05 | 0.20 | REVIEW MULTIPLE CORRESPONDENCE FROM K. ROMEO AND OTHERS RE: CASUALTY INSURANCE RENEWAL OF JULY 1 - ACE INSURANCE AND IMPACT ON AFCO (.1); TELEPHONE CONFERENCE WITH K. ROMEO RE: SAME (.1). |
| MACK III WB | 06/15/05 | 0.50 | REVIEWING EXTENSION LETTER (.3); CALL TO K. KIRSCHNER RE: EXTENSION (.2). |
| RAVIN AS | 06/15/05 | 0.70 | TELEPHONE CONFERENCE WITH B. RATNER RE: AFCO (.1); TELEPHONE CONFERENCE WITH K. ROMEO RE: SAME (.2); REVIEW CORRESPONDENCE AND DOCUMENTS FROM SAME RE: SAME (.2); DRAFT CORRESPONDENCE TO SAME RE: SAME (.2). |
| HENRY S | 06/16/05 | 0.40 | WORK ON ISSUES RELATED TO AFCO FINANCING (.3); CONFERENCE WITH RAVIN RE FINANCING (.1). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/16/05 | 1.00 | DRAFT CORRESPONDENCE TO K. ROMEO RE: AFCO (.1); DRAFT CORRESPONDENCE TO COMMITTEE, DIP LENDER AND UST RE: SAME (.4); TELEPHONE CONFERENCE WITH B. RATNER RE: SAME (.2); CONFERENCE WITH S. HENRY RE: SAME (.1); TELEPHONE CONFERENCE WITH K. ROMEO RE: SAME (.1); DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: SAME (.1). |
| RAVIN AS | 06/17/05 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: AFCO, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. BARR RE: SAME. |
| HENRY S | 06/20/05 | 0.40 | GATHER INFO FOR STERN IN RESPONSE TO HERITAGE MINT. |
| RAVIN AS | 06/20/05 | 0.10 | DRAFT CORRESPONDENCE TO K. ROMEO RE: AFCO STATUS. |
| RAVIN AS | 06/22/05 | 0.10 | DRAFT CORRESPONDENCE TO K. ROMEO RE: AFCO STATUS. |
| HENRY S | 06/23/05 | 0.50 | FURTHER WORK ON SITUATION RELATED TO AFCO FINANCING: REVIEWING RELEVANT MEMORANDUM (.4); MEET WITH RAVIN RE SAME (.1). |
| RAVIN AS | 06/23/05 | 0.50 | DRAFT CORRESPONDENCE TO K. ROMEO RE: AFCO RELATED ISSUES (.1); TELEPHONE CONFERENCE WITH SAME RE: SAME (.1); CONFERENCE WITH D. KALOUDIS RE: SAME (.1); CONFERENCE WITH S. HENRY RE: SAME (.1); REVIEW CORRESPONDENCE FROM K. ROMEO AND L. MANDEL RE: SAME (.1). |
| LAM S | 06/24/05 | 1.20 | ATTENTION TO QUESTION RE: PROPOSED ASSET PURCHASE (.7); REVIEW OF DIP AGREEMENT (.5). |
| LAMAINA KA | 06/27/05 | 0.90 | CORRESPONDENCE WITH S.TEICHER RE DIP FACILITY LETTERS OR CREDIT (.1); CORRESPONDENCE WITH A. MARGOLIS RE DIP FACILITY CAPACITY AND ADMIN. CLAIMS (.1); CORRESPONDENCE WITH F.HUFFARD RE SAME (.2); REVIEW CREDIT AGREEMENT (.2); REVIEW 364 ISSUE AND LETTERS OF CREDIT (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/27/05 | 2.20 | MULTIPLE TELEPHONE CONFERENCES WITH K. ROMEO RE: AFCO (.4); REVIEW MULTIPLE CORRESPONDENCE FROM SAME AND DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); CONFERENCE WITH S. HENRY RE: ISSUES RELATED TO SAME (.1); TELEPHONE CONFERENCE WITH K. LAMAINA RE: SAME (.1); DRAFT CORRESPONDENCE TO COMMITTEE, TRUSTEE AND DIP LENDERS RE: SAME (.2); TELEPHONE CONFERENCE WITH B. RATNER, L. MCPHERSON AND R. WALSH RE: ISSUES RELATED TO SAME (.2); TELEPHONE CONFERENCE WITH WITH V. WILLIAMS, B. RATNER, L. MCPHERSON AND R. WALSH (.2); TELEPHONE CONFERENCE WITH D. FIORILLO RE: SAME (.1); REVIEW CORRESPONDENCE FROM R. DAMORE RE: SAME, REVIEW CORRESPONDENCE FROM D. BITTER RE: SAME, REVIEW CORRESPONDENCE FROM V. WILLIAMS RE: SAME (.2); REVIEW AND REVISE AFCO AGREEMENT, DRAFT CORRESPONDENCE TO K. ROMEO RE: SAME (.2); ADDRESS VARIOUS ISSUES RELATED TO AFCO (.4). |
| HENRY S | 06/28/05 | 1.20 | MSG FROM BENITA KICHLER RE U.S. BANK CREDIT CARD PROCESSING AGREEMENT (.1); FACT GATHERING AND REVIEW FILES RE SAME (.8); T/C JASON ROY RE SAME (.3). |
| RAVIN AS | 06/28/05 | 2.20 | ADDRESS VARIOUS ISSUES RELATED TO AFCO INCLUDING DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. ROMEO (.5); TELEPHONE CONFERENCE WITH D. FIORILLO RE: SAME (.1); REVIEW COMPARISON CHART RE: LAST YEAR'S PREMIUMS, REVIEW CORRESPONDENCE FROM K. ROMEO RE: SAME, DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.2); MULTIPLE TELEPHONE CONFERENCES WITH K. ROMEO RE: ISSUES RELATED TO SAME (.4); TELEPHONE CONFERENCES WITH L. MANDEL RE: SAME (.2); CONFERENCE WITH S. HENRY RE: ISSUES RELATED TO AFCO (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MANDEL RE: SAME (.1); DRAFT FOLLOW UP CORRESPONDENCE TO K. ROMEO RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM D. BITTER AND K. ROMEO RE: AFCO (.2); TELEPHONE CONFERENCE WITH S. HENRY AND ALEX OF XROADS RE: AFCO ISSUES (.2). |
| RAVIN AS | 06/29/05 | 0.40 | REVIEW MULTIPLE CORRESPONDENCE FROM D. BITTER AND R. DAMORE RE: AFCO (.2); TELEPHONE CONFERENCE WITH K. ROMEO RE: STATUS ISSUES RELATED TO SAME (.1); CONFERENCE WITH S. HENRY RE: ISSUES RELATED TO SAME (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 06/30/05 | 2.70 | CONFERENCE RELATED TO AFCO STATUS WITH A. RAVIN (.1); FACT GATHERING IN PREPARATION FOR CONFERENCE (.2); T/C ETLIN RE DIP LENDER QUESTIONS ON VENDOR LIEN PROGRAM (.2); REVIEW CORRESPONDENCE RE SAME (.2); T/C HUFFARD RE SAME (.2); T/C HUFFARD AND ETLIN RE SAME (.3); REVIEW CORRESPONDENCE AND PLEADINGS RELATED TO SAME AND WORK ON STRATEGY (.9); CORRESPONDENCE WITH COMPANY RE SAME (.6). |
| RAVIN AS | 06/30/05 | 0.20 | TELEPHONE CONFERENCE WITH B. RATNER RE: AFCO STATUS ISSUES (.1); CONFERENCE WITH S. HENRY RE: SAME (.1). |
| **MATTER TOTAL** | | **21.00** | |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**
**Insurance**

**Bill Date: 07/20/05**
**Bill Number: 1064633**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FELD SR | 06/02/05 | 0.40 | WORK ON LIBERTY MUTUAL BOND ISSUES. |
| FELD SR | 06/08/05 | 3.50 | WORK ON FLORIDA DEPT. OF AGRICULTURE BOND ISSUES (3.2); TEL. CONF. WITH A. GREENSPUN RE: STRATEGY RE: FLORIDA DEPT. OF AGRICULTURE BOND (.3). |
| FELD SR | 06/09/05 | 1.10 | WORK ON AGRICULTURAL BOND ISSUES. |
| FELD SR | 06/10/05 | 0.20 | TEL. CONF. WITH K. ROMEO RE: GEORGIA LICENSE. |
| FELD SR | 06/13/05 | 0.30 | TEL. CONF. WITH M. FRANKS RE: MEETING. |
| HENRY S | 06/14/05 | 1.80 | REVIEW MEMORANDUM FROM BITTER RE: MEETING (.3); MEMO TO BITTER (.4); REVIEW MEMORANDUM RE: RENEWAL OF INSURANCE (.2); PREPARATIONS FOR CONFERENCE CALL RE: CAPTIVE INSURANCE COMPANY AND PARTICIPATE IN SAME (.9). |
| FELD SR | 06/14/05 | 1.00 | CONFERENCE CALL WITH J. CASTLE, D. BITTER & K. ROMEO RE: INSURANCE ISSUES (.8); PREPARE EMAIL RE: FLORIDA AGRICULTURAL BOND TO COMMITTEE COUNSEL (.2). |
| BAKER DJ | 06/15/05 | 2.90 | WORK WITH RESPECT TO ACE SETTLEMENT (1.1); REVIEW MEMORANDA REGARDING PROPOSED SETTLEMENT WITH ACE (.5); CONFERENCE J. CASTLE, B. NUSSBAUM, AND DALE BITTERS REGARDING ACE ISSUES (.5); TELEPHONE CALL STEVE BUSEY ACE ISSUES (.3); TELEPHONE CALL SALLY HENRY REGARDING ACE ISSUES (.2); FURTHER CONFERENCE J. CASTLE REGARDING ACE ISSUES (.3). |
| HENRY S | 06/15/05 | 5.80 | WORK WITH GEISLER AND RAVIN REGARDING ISSUES RELATED TO INSURANCE MOTION (.1); T/C BOUCHER AND BITTER RE: ACE INSURANCE REQUEST FOR COURT ORDER (.3); T/C BITTER AND CASTLE RE: SAME (.4); READ PRIME MOTOR INNS, TWIST CAP AND PROGENCY RE: REQUEST FOR COMFORT ORDER ON LETTER OF CREDIT TO PREPARE FOR CALLS (1.2); 2 MSGS M. REED, COUNSEL FOR ACE (.1); T/C CASTLE AND BAKER RE: PLEADINGS (.3); BEGIN WORK ON PLEADINGS (3.4). |
| RAVIN AS | 06/15/05 | 0.30 | CONFERENCE WITH S. HENRY AND M. GEISLER RE: ISSUES RELATED TO INSURANCE MOTION, ADDRESS ISSUES RELATED TO SAME (.1); CONFERENCES WITH M. GEISLER RE: ISSUES RE: SAME (.2). |

DGSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 06/16/05 | 2.50 | TELEPHONE CALL JOHN HELFAT REGARDING ACE ISSUES (.4); CONTINUE WORK ON ACE/WORKERS' COMPENSATION ISSUES AND RESOLUTION OF SAME (2.1). |
| HENRY S | 06/16/05 | 3.30 | 2 T/CS REED RE: INSURERS REQUIREMENTS (.3); EMAILS WITH REED RE: SAME (.4); T/CS BITTER AND BROKER RE: SAME (.7); WORK ON PLEADINGS (1.7); REVIEW CORRESPONDENCE RE: SAME (.2). |
| HENRY S | 06/17/05 | 0.40 | T/C NUSSBAUM AND CASTLE RE ACE INSURANCE ISSUES (.4). |
| FELD SR | 06/17/05 | 2.10 | WORK ON PREPARATION FOR LIBERTY MUTUAL MEETING (.5); WORK ON SURETY FINANCING ISSUES (1.6). |
| FELD SR | 06/19/05 | 0.10 | WORK ON SURETY BOND FINANCING ISSUE. |
| BAKER DJ | 06/20/05 | 0.20 | CONFERENCE B. NUSSBAUM REGARDING KEMPER ISSUES (.2). |
| HENRY S | 06/20/05 | 1.80 | REVIEW CORRESPONDENCE RE: ACE REQUEST WITH RESPECT TO ASSUMPTION OF PREPETITION CONTRACT (.4); T/CS BOUCHER RE: SAME (.7); T/C BOUCHER AND BITTER RE: SAME (.3); DIRECT WORK RE: MOTION (.4). |
| HENRY S | 06/21/05 | 3.70 | REVIEW MEMORANDA REGARDING POTENTIAL ACE MOTION AND WORK RE: SAME (.7); T/C KIM ROMEO RE: SURETY BOND ISSUES (.3); MEET WITH STEPHANIE FELD TO PREPARE FOR MEETING (.4); REVIEW INFORMATION FROM COMPANY AND PRECEDENTS (2.1); MSG FROM BITTER REGARDING HEARING DATE FOR INSURANCE MOTION (.2). |
| FELD SR | 06/21/05 | 3.00 | PREPARE FOR MEETING WITH LIBERTY MUTUAL (1.0); REVIEW SURETY FINANCING PRECEDENT (.8); REVIEW LIBERTY MUTUAL PROPOSED TERM SHEET (1.2). |
| HENRY S | 06/22/05 | 5.10 | MEET WITH BENITA KICHLER, DALE BITTER, CRAIG BOUCHER IN PREPARATION FOR LIBERTY MUTUAL MEETING (.3); MEET WITH LIBERTY MUTUAL REPRESENTATIVES (3.9); PREPARATIONS FOR MEETINGS AND FACT GATHERING IN RESPONSE TO LIBERTY MUTUAL AGENDA (.9). |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 06/22/05 | 5.50 | PREPARE FOR MEETING WITH LIBERTY MUTUAL (.2); PRE-MEETING WITH C. BOUCHER, B. KICHLER, D. BITTER RE: LIBERTY MUTUAL PROPOSED TERM SHEET (1.0); MEETING WITH M. FRANKS, T. PENNINGTON, V. BOYLE & C. GORTNER, B. KICHLER, D. BITTER, C. BOUCHER RE: SURETY FINANCING FACILITY (3.3); POST MEETING WITH B. KICHLER, D. BITTER & C. BOUCHER RE: LIBERTY MUTUAL FACILITY (.8); TEL. CONF. WITH K. ROMEO RE: LIBERTY MUTUAL PROPOSAL (.2). |
| FELD SR | 06/23/05 | 0.30 | COORDINATE FOLLOW-UP CONFERENCE CALL RE: LIBERTY MUTUAL. |
| LAMAINA KA | 06/24/05 | 2.50 | REVIEW CORRESPONDENCE FROM D.BITTER AND CORRESPONDENCE FROM S.HENRY RE INSURANCE ISSUES (.7); STRATEGIZE RE: NEW MOTION AND PROCEDURAL ISSUES (1.8). |
| HENRY S | 06/27/05 | 0.90 | MEMORANDUM TO BITTER REGARDING DETAILS NEEDED FOR SURETY NEGOTIATIONS (.2); REVIEW MEMORANDUM RE: INSURANCE (.4); T/C LAMAINA RE: INFORMATION NEEDED FOR MOTION (.3). |
| LAMAINA KA | 06/27/05 | 9.10 | REVIEW RENEWAL POLICY ISSUES (1.5); BEGIN DRAFT MOTION (5.5); REVIEW NEW FIGURES FOR PROPOSAL (1.0); CORRESPONDENCE WITH M.BALCH OF INSURANCE DEPT. (.1); PREPARE FOR CONFERENCE CALL (.3); ATTEND CONFERENCE CALL (.4); CORRESPONDENCE WITH D.BITTER (.3). |
| LAMAINA KA | 06/28/05 | 6.50 | CORRESPONDENCE WITH D.BITTER (.3); REVIEW MAINTAINENCE ISSUES WITH CERTAIN INSURANCE POLICIES (2.3); CORRESPONDENCE WITH COUNSEL FOR ACE INSURANCE (.4); CORRESPONDENCE WITH M.BALCH RE INSURANCE POLICY (.3); CONTINUE WORK ON DRAFT INSURANCE MOTION DOCUMENTS (3.2). |
| FELD SR | 06/29/05 | 0.50 | WORK ON BOND ISSUES. |
| LAMAINA KA | 06/29/05 | 8.30 | ADDRESS INFORMATION FROM C.JACKSON AND K.WARD RE PROCEDURES (1.5); DRAFT INSURANCE ORDER (2.1); CONTINUE WORK ON INSURANCE DOCUMENTS (3.5); ADDRESS ISSUES RELATING TO RENEWAL (1.2). |
| LAMAINA KA | 06/30/05 | 4.10 | REVIEW CASUALTY INSURANCE PROPOSALS INCLUDING PRIMARY AND EXCESS (1.2); T/CS WITH D.BITTER RE SAME (.4); PREPARE AND DISTRIBUTE MEMO RE INSURANCE ISSUES (2.0); DISTRIBUTE INSURANCE DOCUMENTS AND PROPOSALS (.5). |

MATTER TOTAL                    <u>77.20</u>

DC8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**            **Bill Date: 07/20/05**
**Leases (Real Property)**                       **Bill Number: 1064633**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 05/02/05 | 1.10 | WORK RE: OBJECTIONS TO 365(D)(4) MOTION (.5); CONFERENCE WITH RAVIN RE: 365 ISSUES (.2); TELECONFERENCE W/ RAVIN, TUCKER, FORSYTH RE: 365 ISSUE (.4). |
| HENRY S | 05/03/05 | 0.70 | WORK ON LEASE ISSUE RE: BODOIN SQUARE: CONFERENCE WITH A. RAVIN RE: SAME (.3); WORK ON 365(D)(4) MOTION (.3); REVIEW MEMO FROM RAVIN RE: HEARING PREPARATION (.1). |
| SCHWARTZ WL | 05/04/05 | 0.30 | REVIEW CORRESP. RE: SUBORDINATION AGREEMENT. |
| HENRY S | 05/05/05 | 0.20 | WORK RE: HEARING OUTLINE FOR 365(D)(4) OBJECTION (.1); REVIEW MEMO RE SAME (.1). |
| HENRY S | 05/06/05 | 0.70 | MEETING W/A. RAVIN ON ASSORTED LEASE ISSUES RE: SETTLEMENT AGREEMENTS AND CAPS. |
| SCHWARTZ WL | 05/06/05 | 0.30 | CORRESP. RE: INSURANCE ISSUES AND LEASE REVIEW. |
| HENRY S | 05/09/05 | 0.30 | FURTHER WORK RE: 365(D)(4) MOTION ISSUES AND SUBTENANT IN CHAPTER 11 PROCEEDING: STRATEGY RE: SAME AND REVIEW OF CORRESPONDENCE ON ISSUE. |
| SCHWARTZ WL | 05/09/05 | 0.50 | CORRESP. RE: INSURANCE (.3); CONF. W/P. NECKLES RE: SAME (.2). |
| HENRY S | 05/11/05 | 0.20 | REVIEW CORRESPONDENCE RE: LEASE REJECTION ISSUES AND BUEHLER'S CASE. |
| SCHWARTZ WL | 05/13/05 | 0.30 | CORRESP. RE: DIP FINANCING DOCUMENTS. |
| HENRY S | 05/16/05 | 0.20 | REVIEW MEMORANDA RE: BANK SUBTENANT AND TAX ISSUES. |
| HENRY S | 05/18/05 | 0.20 | WORK ON ISSUE RELATING TO LEASE REJECTION, REVIEW MEMO AND T/C RAVIN RE: SAME. |
| SCHWARTZ WL | 05/23/05 | 0.30 | CONF. W/A. RAVIN RE: FORECLOSURE ISSUE. |
| HENRY S | 05/24/05 | 0.60 | REVIEW CORRESPONDENCE AND MEMORANDUM WITH RESPECT TO ISSUES ON PARTICULAR LEASES (.2); MEETINGS WITH RAVIN REGARDING VARIOUS LEASE ISSUES (.4). |
| MATHEW J | 05/29/05 | 1.50 | UPDATE LEASE CONTACT INFORMATION SPREADSHEET AND LEASE CORRESPONDENCE REDWELD. |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MATHEW J | 05/31/05 | 1.60 | UPDATE LEASE CORRESPONDENCE REDWELDS. |
|----------|----------|------|---------------------------------------|
| HORWITZ MD | 06/01/05 | 0.50 | REVIEW RESEARCH ON LEASE LANGUAGE ISSUE (.2); BEGIN DRAFTING RIDER TO REPLY BRIEF RE: GARDEN PARK MOTION (.3). |
| RAVIN AS | 06/01/05 | 0.70 | TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: STORE 1310 (.1); TELEPHONE CONFERENCE WITH C. JACKSON RE: SAME (.1); CONFERENCE WITH D. KALOUDIS RE: GARDENS PARK PLAZA OBJECTION (.2); TELEPHONE CONFERENCE WITH B. STUBBS RE: STORE 810 (.1); REVIEW CORRESPONDENCE FROM L. TOLBERT RE: STORE 1306 (.1); TELEPHONE CONFERENCE (VOICEMAIL) FROM W. MCCARDLE RE: NORTH MADISON ASSOCIATES (.1). |
| STUART CW | 06/01/05 | 1.00 | COORDINATE PREPARATION OF EXHIBITS. |
| LIOU J | 06/01/05 | 2.00 | REVIEW/REVISE THE LEASE DESCRIPTIONS FOR MORTGAGES. |
| HENRY S | 06/02/05 | 0.10 | MEET WITH RAVIN RE: LEASE BUYOUT AGREEMENT ISSUES. |
| HORWITZ MD | 06/02/05 | 0.30 | PARTICIPATE IN WORKING GROUP RE: REPLY BRIEF TO GARDEN PARK MOTION. |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/02/05          3.20    DRAFT CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                            STORE 1306 (.1); DRAFT CORRESPONDENCE
                                            TO L. TOLBERT RE: SAME (.2);
                                            TELEPHONE CONFERENCE WITH W.
                                            MCCARDLE'S OFFICE RE: NORTH MADISON
                                            ASSOCIATES (.1); TELEPHONE CONFERENCE
                                            WITH B. AMOSON RE: SAME (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.1);
                                            CONFERENCE WITH C. STUART RE: SAME
                                            (.1); DRAFT CORRESPONDENCE TO C.
                                            IBOLD AND M. CHLEBOVEC RE: SAME (.1);
                                            TELEPHONE CONFERENCE WITH C. ELLER
                                            RE: STATUS RE: STORE 1408 (.1);
                                            REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO B. GASTON RE: STORE
                                            1310 AND 1369 (.1); DRAFT
                                            CORRESPONDENCE TO R. MERZ RE: SAME
                                            (.1); DRAFT CORRESPONDENCE TO AND
                                            REVIEW CORRESPONDENCE FROM K. DAW RE:
                                            SAME (.1); DRAFT MULTIPLE
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM C. BROWDER RE:
                                            SUN TRUST SUBLEASE ISSUES (.1);
                                            REVIEW CORRESPONDENCE RE: STORE 2409
                                            (.1); CONFERENCE WITH S. HENRY RE:
                                            ISSUES RELATED TO SAME (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO C. VITEK RE: SAME
                                            (.2); REVIEW LEASE BUYOUT AGREEMENT
                                            RE: SAME (.2); DRAFT MEMO TO S. HENRY
                                            RE: SAME (.2); REVIEW CORRESPONDENCE
                                            FROM D. NOBLE RE: STORE NO. 1328-
                                            DRAFT CORRESPONDENCE TO SAME RE:
                                            SAME, DRAFT CORRESPONDENCE TO R.
                                            MEADOWS RE: SAME (.1); CONFERENCE
                                            WITH D. KALOUDIS RE: GARDENS PARK
                                            PLAZA OBJECTION (.1); CONFERENCE WITH
                                            D. KALOUDIS AND M. HORWITZ RE: SAME
                                            (.2); DRAFT MOTION AND CORRESPONDING
                                            PLEADINGS RE: SETTLEMENT RELATED TO
                                            SUBLEASES (.7).

HENRY S           06/03/05          1.10    T/C LENA MANDEL RE: DJM AGREEMENT
                                            (.2); EMAIL TO LENA RE: SAME IN
                                            RESPONSE TO HER EMAIL (.3); WORK RE:
                                            LEASE BUYOUT AGREEMENT ISSUES (.4);
                                            WORK ON ISSUES RE LEASE BUYOUT
                                            AGREEMENT AND T/C RAVIN RE SAME
                                            (.1); REVIEW MEMO (.1).

DORA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/03/05 | 2.50 | REVIEW CORRESPONDENCE FROM D. LEMKE RE: LEASE REJECTION ISSUES (.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND S. KAROL RE: SAME (.1); TELEPHONE CONFERENCE WITH B. STUBBS RE: STORE 817 (.1); TELEPHONE CONFERENCE WITH R. MAZUREK RE: SAME (.1); REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. BLACK RE: LEASE INQUIRY, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH C. BROWDER RE:LEASE TERMINATION AGREEMENTS (.2); REVIEW CORRESPONDENCE FROM J. POST RE: LIFT STAY FILED BY LANDLORD OF STORE NO. 237(.1); CONFERENCE WITH S. HENRY RE: QUESTION RE: STORE 2409 (.1); CONFERENCE WITH J. LEAMY RE: SAME (.1); DRAFT MEMO TO SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO C. VITEK RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: GARDENS PARK PLAZA OBJECTION (.1); TELEPHONE CONFERENCE WITH R. MAZUREK RE: BIG LOTS ISSUE (.1); DRAFT MEMO TO S. HENRY RE: SAME (.2); TELEPHONE CONFERENCE WITH M. WEIKEL RE: LEASE RELATED ISSUES, DRAFT CORRESPONDENCE TO S. KAROL AND M. CHLEBOVEC RE: SAME, REVIEW CORRESPONDENCE FROM S. KAROL RE: SAME (.1); REVIEW CORRESPONDENCE FROM E. ARMENDOLA RE: SAME (.1); TELEPHONE CONFERENCE WITH M. FORD RE: STORE 562 (.2); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1). |
| LIOU J | 06/03/05 | 3.50 | REVIEW/ REVISE THE EXHIBIT C FILES. |
| HORWITZ MD | 06/05/05 | 6.00 | CONTINUE READING LANDLORD-TENANT CASES (1.3); CONTINUE DRAFTING RIDERS TO REPLY BRIEF (4.7). |
| HENRY S | 06/06/05 | 0.20 | REVIEW TWO MEMORANDUM RE STORE 817. |
| HORWITZ MD | 06/06/05 | 0.50 | REVIEW REVISED REPLY TO GARDENS PARK PLAZA. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/06/05 | 5.20 | TELEPHONE CONFERENCES AND VOICEMAILS WITH RE: E. GLATTER RE: STORE 903 (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. VITEK RE: PAYMENTS FOR LOCATION 2409, DRAFT MEMO TO S. HENRY RE: SAME (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: STATUS OF REJECTION/ASSUMPTION DECISIONS (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: VARIOUS LEASE ISSUES (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: LEASE STATUS (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: STORES 817 AND 2045 (.1); DRAFT MEMO TO S. HENRY RE: ISSUES RELATED TO STORE 817 (.3); DRAFT CORRESPONDENCE TO D. LEMKE RE: STORE 2045 (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. ELLER RE: STATUS OF STORE 1408, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: BANK (.1); FOLLOW UP CONFERENCE WITH B. GASTON RE: SAME (.1); REVIEW CORRESPONDENCE FROM N. CALDWELL RE: NORTH RIDGE SHOPPING CENTER, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME, REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME, REVIEW CORRESPONDENCE FROM T. TINLEY RE: SAME (.2); TELEPHONE CONFERENCE WITH B. GASTON AND J. YOUNG RE: MOTION (.1); DRAFT, REVIEW AND REVISE REPLY TO GARDENS PARK PLAZA OBJECTION (2.3); CONFERENCE WITH M. HORWITZ RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. DROLLA RE: LEASE ISSUES, DRAFT CORRESPONDENCE TO K. DAW RE: SAME (.1); DRAFT, REVIEW AND REVISE LEASE TERMINATION AGREEMENT MOTION (.6); FOLLOW UP TELEPHONE CONFERENCES WITH E. GLATTER RE: STORE 903 (.1). |
| STUART CW | 06/06/05 | 1.50 | CALL WITH FLORIDA LOCAL COUNSEL RE: DELIVERIES (.5); COORDINATE DELIVERY OF LEASEHOLD MORTGAGE EXHIBITS (1.0). |
| LIOU J | 06/06/05 | 1.50 | PREPARE DISTRIBUTION OF EXHIBIT C FILES AND LEGAL DESCRIPTIONS. |
| HENRY S | 06/07/05 | 1.00 | REVIEW DRAFT IN PREPARATION FOR CALL RE: GARDEN CITY. |
| GRAY RW | 06/07/05 | 0.20 | TC WITH D. TURETSKY RE: CLAIM RIGHTS FOR DISPOSITION OF LEASED PROPERTY (0.1); REVIEW AND RESPOND TO MEMO FROM A. RAVIN RE: REJECTION DAMAGE CLAIM ISSUES (0.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HORWITZ MD            06/07/05        1.30    REVIEW ADDITIONAL CASES REGARDING
                                              ACCRUAL VS. PERFORMANCE DATE
                                              APPROACHES TO PAYMENTS DUE UNDER
                                              LEASE AND EDIT REPLY BRIEF
                                              ACCORDINGLY.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            06/07/05       8.30   REVIEW AND REVISE REPLY TO GARDENS
                                          PARK PLAZA OBJECTION (1.3); DRAFT
                                          CORRESPONDENCE TO C. JACKSON RE: SAME
                                          (.1); CONFERENCE WITH M. HORWITZ RE:
                                          LEGAL ISSUES RELATED TO SAME (.2);
                                          REVIEW CORRESPONDENCE FROM R. ROUSSEL
                                          RE: TAXES (.2); DRAFT CORRESPONDENCE
                                          TO M. CHLEBOVEC RE: SAME (.2); DRAFT
                                          CORRESPONDENCE TO R. ROUSSEL RE: SAME
                                          (.3); TELEPHONE CONFERENCE RE:
                                          BUHELER LEASE FOR STORE 1686 (.2);
                                          DRAFT MEMO TO S. HENRY RE:  LEASE
                                          TERMINATION AGREEMENTS (.2); DRAFT
                                          CORRESPONDENCE TO S. KAROL RE: SAME
                                          (.2); REVIEW AND REVISE MOTION (.7);
                                          REVIEW CORRESPONDENCE AND UNDERLYING
                                          DOCUMENTS FROM E. GLATTER RE: STORE
                                          903 (.1); DRAFT CORRESPONDENCE TO M.
                                          CHLEBOVEC RE: SAME (.1); REVIEW
                                          CORRESPONDENCE FROM V. TARLTON RE:
                                          TAXES OWED RE: STORE 2083 (.2);
                                          CONFERENCES WITH S. HENRY RE: VARIOUS
                                          LEASE RELATED ISSUES (.2); REVIEW
                                          CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                          FUEL STATION CLOSING REQUIREMENTS,
                                          DRAFT MEMO TO S. HENRY RE: SAME (.2);
                                          DRAFT LENGTHY MEMO TO J. CASTLE AND
                                          M. CHLEBOVEC RE: STORE 817 (.2);
                                          DRAFT CORRESPONDENCE TO K. DAW AND C.
                                          IBOLD RE: TERMINATION AGREEMENT (.1);
                                          REVIEW CORRESPONDENCE FROM M.
                                          CHLEBOVEC RE: SAME, DRAFT
                                          CORRESPONDENCE TO R. MERZ RE: SAME
                                          (.1); TELEPHONE CONFERENCE WITH J.
                                          YOUNG RE: ISSUES RE: LEASE (.1);
                                          TELEPHONE CONFERENCES WITH M.
                                          CHLEBOVEC AND J. YOUNG RE: SAME (.2);
                                          ADDRESS ISSUES RELATED TO BUEHLERS
                                          CONFLICTS (.1); REVIEW CORRESPONDENCE
                                          AND UNDERLYING DOCUMENTS FROM R.
                                          MAZUREK RE: AMOUNTS OUTSTANDING FOR
                                          STORE 817, DRAFT CORRESPONDENCE TO M.
                                          CHLEBOVEC RE: SAME (.2); REVIEW
                                          CORRESPONDENCE FROM ZUCKERMAN SPAEDER
                                          RE: LEASE (.1); DRAFT CORRESPONDENCE
                                          TO M. CHLEBOVEC RE: SAME (.1);
                                          TELEPHONE CONFERENCE WITH M.
                                          CHLEBOVEC AND J. YOUNG RE: STORE 817
                                          (.3); FINALIZE LEASE REJECTION MOTION
                                          (.9); ADDRESS VARIOUS ISSUES RELATED
                                          TO SAME (.4); DRAFT CORRESPONDENCE TO
                                          M. CHLEBOVEC RE: SAME (.1); DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM C. JACKSON RE:
                                          SAME (.1); REVIEW CORRESPONDENCE FROM
                                          SPRING CORNERS, DRAFT CORRESPONDENCE
                                          TO M. CHLEBOVEC RE: SAME (.2); REVIEW
                                          CORRESPONDENCE FROM L. MORGAN RE:
                                          ATHENS GA STORE (.1); DRAFT
                                          CORRESPONDENCE TO SAME RE: SAME (.3);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/07/05 | | ADDRESS ISSUES RE: FUEL CENTER LEASES AND CLOSURE OBLIGATIONS, REVIEW MEMO FROM AND DRAFT TO D. TURETSKY RE: SAME (.3). |
| STUART CW | 06/07/05 | 1.50 | COORDINATE DELIVERY OF LEASEHOLD MORTGAGE EXHIBITS. |
| TURETSKY DM | 06/07/05 | 0.20 | E-MAIL TO S. HENRY AND A. RAVIN RE: ISSUES IN CONNECTION WITH POSSIBLE CLOSURE OF FUEL STATIONS (0.2). |
| HENRY S | 06/08/05 | 1.30 | REVIEW AND REVISE GARDENS PARK MEMO AND WORK WITH STRATEGY ON SAME (.8); MEET WITH RAVIN RE SAME (.1); MEET WITH RAVIN RE A NUMBER OF LEASE ISSUES (.2); MEET WITH RAVIN RE BUEHLERS ISSUES (.2). |
| HORWITZ MD | 06/08/05 | 1.10 | REVIEW REVISED REPLY TO GARDENS PARK (.4); REVIEW AND ANALYZE CITED CASE AND DRAFT SUMMARY ANALYSIS FOR A. RAVIN (.7). |
| KALOUDIS D | 06/08/05 | 1.90 | MEETING WITH A.RAVIN AND J. MAO RE: BUEHLERS LEASES (1.0); REVIEW BUEHLERS DOCKET RE: REJECTION MOTIONS (.4); READ REJECTION MOTIONS FILED IN BUEHLERS (.5). |

D01A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/08/05          8.20    REVIEW AND REVISE CORRESPONDENCE TO
                                            L. MORGAN RE: GEORGIA STORES (.5);
                                            DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                            RE: SAME (.1); REVIEW AND REVISE
                                            GARDENS PARK PLAZA REPLY (.4); REVIEW
                                            MULTIPLE CORRESPONDENCE FROM M.
                                            CHLEBOVEC AND C. CANADY RE: STORE,
                                            DRAFT CORRESPONDENCE TO SAME RE: SAME
                                            (.2); CONFERENCE WITH S. HENRY RE:
                                            ISSUES RELATED TO STORE NO. 1686
                                            (.2); CONFERENCE WITH D. KALOUDIS AND
                                            J. MAO RE: ISSUES RELATED TO SAME
                                            (.6); DRAFT CORRESPONDENCE TO M.
                                            CHLEBOVEC RE: SAME, REVIEW
                                            CORRESPONDENCE FROM SAME RE: SAME
                                            (.2); DRAFT CORRESPONDENCE TO S.
                                            KAROL RE: LEASE TERMINATION
                                            AGREEMENTS (.1); ADDRESS VARIOUS
                                            ISSUES RELATED TO BUHELERS LEASES
                                            (.1); CONFERENCE WITH J. LEAMY RE:
                                            REJECTION OF FRANKFORD DALLAS LEASE
                                            TERMINATION AGREEMENT (.1); REVIEW
                                            CORRESPONDENCE FROM T. TINSLEY RE:
                                            AMOUNTS OWED FOR STORE 903, DRAFT
                                            CORRESPONDENCE TO E. GLATTER RE: SAME
                                            (.2); REVIEW 365(D)(3) CASE LAW CITED
                                            IN REPLY TO GARDENS PARK PLAZA
                                            OBJECTION, ADDRESS ISSUES RELATED TO
                                            SAME (1.3); REVIEW AND REVISE REPLY
                                            (.3); DRAFT CORRESPONDENCE TO C.
                                            JACKSON RE: SAME (.1); CONFERENCE
                                            WITH S. HENRY RE: ISSUES RELATED TO
                                            SAME (.1); TELEPHONE CONFERENCE WITH
                                            S. HENRY, M. CHLEBOVEC AND J. YOUNG
                                            RE: STORE 817 (.3); FOLLOW UP
                                            CONFERENCE WITH S. HENRY RE: SAME AND
                                            OTHER LEASE-RELATED ISSUES (.2);
                                            LEGAL RESEARCH RE: REJECTION DAMAGES
                                            RELATED TO FUEL CENTER CLOSURES (.4);
                                            DRAFT MEMO TO AND REVIEW MEMO FROM D.
                                            TURETSKY RE: SAME (.3); DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC RE:
                                            SAME (.2); TELEPHONE CONFERENCES WITH
                                            T. CORCORAN RE: STORE 1908 (.2);
                                            REVIEW CORRESPONDENCE AND UNDERLYING
                                            DOCUMENT FROM T. TINLEY RE: STORE
                                            1764 (.2); DRAFT MEMO TO S. HENRY RE:
                                            SAME (.1); DRAFT CORRESPONDENCE TO
                                            MIKE CHLEBOVEC RE: TAX INVOICE FOR
                                            GARDENS PARK PLAZA (.1); TELEPHONE
                                            CONFERENCE WITH M. CHLEBOVEC RE:
                                            SUBTENANT LEASE ISSUES (.1); REVIEW
                                            AND REVISE GARDENS PARK PLAZA REPLY
                                            PER COMMENTS RECEIVED FROM S. HENRY
                                            (1.5); REVIEW MEMO FROM M. HORWITZ
                                            RE: LEGAL RESEARCH RELATED TO SAME
                                            (.1).

STUART CW         06/08/05          1.50    COORDINATE DELIVERY OF LEASEHOLD
                                            MORTGAGES.

Z08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 06/08/05 | 0.30 | E-MAIL TO A. RAVIN, R. GRAY, AND S. HENRY RE: POTENTIAL SHUTDOWN OF CERTAIN FUEL STATIONS (0.3). |
| LIOU J | 06/08/05 | 0.40 | REVIEW/ REVISE THE EXHIBIT C FILES. |
| HENRY S | 06/09/05 | 0.10 | REVIEW MEMO ON PARTICULAR STORE STATUS (.1). |
| GRAY RW | 06/09/05 | 0.30 | REVIEW MOTION TO COMPEL ASSUMPTION OF LEASE AND COORDINATE RE: HANDLING (0.1); EXCHANGE EMAILS WITH A. RAVIN AND J. LEAMY RE: LEASE ISSUES AND COMPONENTS OF CURE CLAIMS FOR ASSUMED LEASES (0.2). |
| HORWITZ MD | 06/09/05 | 3.00 | REVIEW CASES CITED IN LANDLORD'S LETTER TO DEBTOR RELATING TO QUESTION REGARDING TIMING OF TAX PAYMENTS UNDER ACCRUAL METHOD (.5); REVIEW CASES CITED IN REPLY MEMORANDUM TO IDENTIFY SUPPORT OR LACK THEREOF FOR THEORY PROPOUNDED BY LANDLORD'S COUNSEL (1.7); EMAIL TO A. RAVIN PRESENTING SUMMARY OF RELEVANT CASE LAW (.8). |
| KALOUDIS D | 06/09/05 | 1.30 | CONFER WITH J. MAO RE: RESEARCH ON REJECTIONS OF LEASES (.4); REVIEW RESEARCH RESULTS (.9). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 06/09/05 | 7.80 | DRAFT CORRESPONDENCE TO S. KAROL RE: STORE 1908 (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. KAROL AND OTHERS RE: STORE 817 (.2); REVIEW CORRESPONDENCE FROM LANDLORD RE: SHOPPING CENTER, DRAFT MEMO TO S. HENRY RE: SAME (.1); DRAFT CORRESPONDENCE TO LANDLORD RE: STORE 817 LEASE PAYMENT INQUIRY (.3); REVIEW INFORMATION RE: SAME (.2); TELEPHONE CONFERENCES WITH T. TINSLEY RE: SAME (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO N. CALDWELL RE: BIDDING PROCEDURE INQUIRY (.1); CONFERENCE WITH J. LEAMY RE: STORE 2049, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: REJECTION OF THREE SUBLEASED PROPERTIES (.1); ADDRESS ISSUES RELATED TO SAME AND DRAFT MEMOS TO S. HENRY RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. HAGY RE: BANK (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. KAROL RE: SAME (.1); REVIEW AND REVISE MOTION AND PROPOSED ORDER RE: BANK SETTLEMENTS (1.6); DRAFT CORRESPONDENCE TO COMPANY RE: SAME (.1); CONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); REVIEW MOTION TO COMPEL ASSUMPTION FILED BY PENMAN PLAZA ASSOCIATES(.1); CONFERENCE WITH D. KALOUDIS RE: PREPARATION OF OMNIBUS LEASE REJECTION MOTION (.2); REVIEW CORRESPONDENCE FROM R. ROUSELL RE: (.1); ADDRESS ISSUES RE: SAME, DRAFT MEMO TO S. HENRY RE: SAME (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC AND UNDERLYING DOCUMENTS RE: BUEHLERS STORE NO. 1679 (.3); CONFERENCE WITH M. CHLEBOVEC RE: RESOLUTION OF SAME (.1); DRAFT 3RD OMNIBUS REJECTION MOTION AND RELATED PLEADINGS (.8); TELEPHONE CONFERENCE WITH B. GASTON RE: BANK ISSUES (.4); CONFERENCE WITH M. HORWITZ RE: LEGAL ISSUES RELATED TO GARDENS PARK PLAZA (.2); REVIEW LEASE REJECTION MOTION PREPARED BY J. LEAMY, DRAFT MEMO TO SAME RE: SAME (.2); CONFERENCE WITH M. CHLEBOVEC AND J. YOUNG RE: ISSUES RELATED TO STORE 817 (.3); ADDRESS VARIOUS LEASE ISSUES INCLUDING ISSUES RELATED TO STORES 817, 1908, AND 1764 (.8); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: STORE 1764 (.1); CONFERENCE WITH S. HENRY RE: SAME (.1); CONFERENCES WITH D. KALOUDIS RE: ISSUES RELATED TO BUEHLERS LEASE REJECTIONS (.1); |
|----------|----------|------|----------|

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 06/09/05 | | REVIEW DOCUMENTS RE: SAME (.1). |
|---|---|---|---|
| STUART CW | 06/09/05 | 1.00 | COORDINATE DELIVERY OF LEASEHOLD MORTGAGE EXHIBITS. |
| LIOU J | 06/09/05 | 2.00 | ASSIST W/ DRAFTING OF EXHIBIT D FILES TO MORTGAGES. |
| HENRY S | 06/10/05 | 0.70 | WORK ON ISSUES RELATED TO THE ALLOCATION OF PARTICULAR PAYMENTS TO PRE AND POST PETITION AND THE APPLICATION OF 365(D)(4) AND REVISION TO PLEADING RE SAME (.4); T/C RAVIN RE SAME (.1); CONFERENCE WITH RAVIN RE LEASE ISSUE INVOLVING OTHER DEBTOR COMPANY AND POSSIBLE REJECTIONS (.2). |
| HORWITZ MD | 06/10/05 | 2.50 | FINAL REVIEW OF CASES CITED IN MEMO AND SEARCH FOR ADDITIONAL PRECEDENT (1.7); WORKING GROUP WITH A. RAVIN TO DISCUSS (1.0); PRECEDENTIAL VALUE OF CASES CITED FOR VARIOUS PROPOSITIONS AND (2.0); VARIOUS POTENTIAL ARGUMENTS AND COUNTERARGUMENTS THAT COULD BE RAISED BASED ON ARGUMENTS CONTAINED IN BRIEF (.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/10/05          6.20   REVIEW AND REVISE GARDENS PARK PLAZA
                                           OBJECTION BASED UPON COMMENTS
                                           RECEIVED FROM C. JACKSON (1.4);
                                           ADDRESS ISSUES RELATED TO SAME (.1);
                                           DRAFT CORRESPONDENCE TO M. CHLEBOVEC
                                           RE: SAME (.1); TELEPHONE CONFERENCE
                                           WITH J. STERN RE: SAME, DRAFT
                                           CORRESPONDENCE TO SAME RE: SAME (.1);
                                           CONFERENCE WITH S. HENRY RE: ISSUES
                                           RE: SAME (.1); FINALIZE LEASE
                                           REJECTION MOTION FOR FILING (.2);
                                           DRAFT CORRESPONDENCE TO M. BARR RE:
                                           SAME (.1); TELEPHONE CONFERENCE WITH
                                           J. STERN RE: SAME (.1); TELEPHONE
                                           CONFERENCE WITH M. CHLEBOVEC AND D.
                                           SMITH RE: ISSUES RELATED TO LEASE
                                           TERMINATION AGREEMENTS (.2);
                                           TELEPHONE CONFERENCE WITH M.
                                           CHLEBOVEC RE: GARDENS PARK PLAZA
                                           REPLY (.1); DRAFT CORRESPONDENCE TO
                                           C. BROWDER RE:BANK ISSUES (.1);
                                           ADDRESS ISSUES RELATED TO LEASE
                                           REJECTION MOTION (.2); CONFERENCES
                                           WITH M. HORWITZ RE: LEGAL ISSUES
                                           RELATED TO GARDENS PARK PLAZA REPLY
                                           (.4); CONFERENCE WITH C. JACKSON RE:
                                           SAME (.2); LEGAL RESEARCH RE: INVOICE
                                           DATE/BILLING DATE UNDER 365(D)(3)
                                           (.5); REVIEW CORRESPONDENCE FROM V.
                                           VINCENT RE: BUEHLERS STORE 1686,
                                           REVIEW CORRESPONDENCE FROM M.
                                           CHLEBOVEC RE: SAME (.1); REVIEW ORDER
                                           STRIKING MOTION TO COMPEL, ADDRESS
                                           ISSUES RELATED TO SAME (.1); DRAFT
                                           CORRESPONDENCE TO T. TINLEY RE: STORE
                                           1764 (.1); DRAFT CORRESPONDENCE TO M.
                                           CHLEBOVEC RE: STATUS RE: STORE 1908
                                           (.1); CONFERENCE WITH S. HENRY RE:
                                           VARIOUS LEASE RELATED ISSUES
                                           INCLUDING ISSUES RELATED TO BUEHLERS
                                           LEASES (.2); TELEPHONE CONFERENCE
                                           WITH M. REICH RE: BUEHLERS STORE 1686
                                           (.1); CONFERENCE WITH J. LEAMY RE:
                                           ISSUES RELATED TO LEASE TERMINATION
                                           AGREEMENT TO BE INCLUDED ON REJECTION
                                           MOTION (.1); TELEPHONE CONFERENCE
                                           WITH D. MCGEE RE: STATUS HUNTSVILLE,
                                           AL LEASE, ADDRESS ISSUES RE: SAME,
                                           REVIEW CORRESPONDENCE FROM SAME AND
                                           DRAFT CORRESPONDENCE TO SAME RE: SAME
                                           (.2); REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO T. CORCORAN
                                           RE: ISSUES RELATED TO STORE 1908
                                           (.1); CONFERENCE WITH D. KALOUDIS RE:
                                           SUBLEASE REJECTIONS (.1); TELEPHONE
                                           CONFERENCE WITH M. CHLEBOVEC RE:
                                           SUBLEASE ISSUES (.1); REVIEW
                                           CORRESPONDENCE RE: MOTION TO LIFT
                                           STAY FILED BY SARRIA ENTERPRISES,
                                           REVIEW STIPULATION OF CONTINUANCE RE:
                                           SAME (.1); REVIEW CORRESPONDENCE FROM
                                           M. CHLEBOVEC RE: PENMAN PLAZA MOTION
                                           TO COMPEL (.1); RELATED ISSUES (.8).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/10/05 | | ADDRESS VARIOUS LEASE RELATED ISSUES (.8). |
| STUART CW | 06/10/05 | 1.00 | ASSIST WITH MORTGAGING PROCESS FOR LEASEHOLD MORTGAGES. |
| RAVIN AS | 06/11/05 | 0.60 | REVIEW CORRESPONDENCE FROM M. REICH RE: BUEHLERS (.1); REVIEW DOCKET AND REJECTION MOTION RE: SAME (.3); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: REJECTION MOTION (.2). |
| HENRY S | 06/13/05 | 0.60 | REVIEW REVISED RESPONSE REGARDING ALLOCATION OF PREPETITION AND POSTPETITION AMOUNTS (.4); MEET WITH RAVIN REGARDING BUEHLERS SITUATION (.2). |
| HORWITZ MD | 06/13/05 | 2.20 | REVIEW CASES REGARDING TIMING ISSUE AND LEASES AND DRAFT EMAIL TO A. RAVIN REGARDING SAME. |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS      06/13/05      3.80      REVIEW MEMOS FROM S. HENRY RE: VARIOUS LEASE ISSUES (.1); REVIEW MEMO FROM R. GRAY RE: MECHANICS LIEN ISSUES, DRAFT MEMO TO SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM K. DAW RE: CORRESPONDENCE RECEIVED RE:SHOPPING CENTER LEASE & POC, DRAFT CORRESPONDENCE TO C. CANNADY RE: SAME (.1); REVIEW MEMOS FROM R. GRAY RE: STORE 1679, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); ADDRESS ISSUES RELATED TO GARDENS PARK PLAZA REPLY (.1); REVIEW CORRESPONDENCE FROM R. ROUSSEL RE: LEASE (.1); REVIEW CASES CITED THEREIN (.4); CONFERENCE WITH M. HORWITZ RE: SAME (.1); TELEPHONE CONFERENCE (VOICEMAIL) WITH R. ROUSSEL RE: SAME (.1); TELEPHONE CONFERENCE WITH E. PIAZZA RE: ISSUES RELATED TO SAME (.3); DRAFT CORRESPONDENCE TO SAME RE: SAME (.4); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE:  ZUCKERMAN SPAEDER LETTER RE: WD #292, REVIEW UNDERLYING CORRESPONDENCE RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO T. TINSLEY RE: SAME, DRAFT CORRESPONDENCE TO W. TACHE RE: SAME (.2); CALL WITH B. GASTON AND J. YOUNG RE: BUEHLERS (.1); TELEPHONE CONFERENCE WITH E. GLATTER RE:SHOPPING CENTER STORE 376 (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: XROADS (.1); DRAFT CORRESPONDENCE TO R. MEADOWS RE: STORE NO. 1328 (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. MAGADDINO RE: STORE 328 (.1); TELEPHONE CONFERENCE WITH T. CORCORAN RE: STORE 1908 (.1); REVIEW CORRESPONDENCE FROM J. MILTON RE: GARDENS PARK REPLY, DRAFT CORRESPONDENCE TO SAME RE: SAME, REVIEW CORRESPONDENCE FROM K. WARD RE: SAME (.1); REVIEW FINAL VERSION OF REPLY (.1); ADDRESS VARIOUS LEASE RELATED ISSUES INCLUDING DRAFT CORRESPONDENCE TO J. YOUNG RE: STORE 817 (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: BUEHLERS (.3); TELEPHONE CONFERENCE WITH B. GASTON RE: ISSUES RELATED TO STORE 1908 (.3); CONFERENCE WITH S. HENRY RE: ISSUES RELATED TO BUEHLERS (.2).

HENRY S      06/14/05      0.70      REVIEW MEMORANDA RE LEASE ISSUES (.4); CONFERENCES WITH RAVIN RE ASSORTED LEASE ISSUES AND CHAPTER 11 INTERACTION (.3).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 06/14/05 | 0.10 | TC WITH C. JACKSON AND A. RAVIN RE: 365(D)(4) ISSUES IN CONNECTION WITH HEARING TOMORROW (0.1). |
| RAVIN AS | 06/14/05 | 2.20 | REVIEW NOTICE RE: BUELERS MOTION (.1); REVIEW CORRESPONDENCE FROM S. MAGADINO RE: STORE 1852, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); CALL WITH D. SMITH RE: LEASE TERMINATION AGREEMENT (.1); REVIEW AND REVISE MOTION AND PROPOSED ORDER RE: SAME (.3); REVIEW CORRESPONDENCE FROM T. TINLEY RE: REJECTED LEASE, DRAFT MEMO TO S. HENRY RE: SAME (.1); CONFERENCE WITH S. HENRY RE: SAME (.1); DRAFT CORRESPONDENCE TO S. KAROL RE: SAME (.2); CONFERENCE WITH S. HENRY RE: VARIOUS LEASE ISSUES INCLUDING BUEHLERS (.1); CONFERENCE WITH M. CHLEBOVEC RE: VARIOUS LEASE ISSUES INCLUDING BUEHLERS AND SUBLEASES (.3); DRAFT CORRESPONDENCE TO B. GASTON RE: ASSUMPTION/REJECTION DECISION RE: STORE 1908 (.1); TELEPHONE CONFERENCE WITH M. REICH RE: BUEHLERS REJECTION MOTION (.1); REVIEW CORRESPONDENCE FROM SAME RE: SAME AND REVIEW PROPOSED AMENDED REJECTION ORDER (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. SMITH RE: LEASE ISSUES (.1); TELEPHONE CONFERENCE WITH T. CORCORAN RE: STORE 1908 (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: VARIOUS LEASE ISSUES INCLUDING STORE 817 (.1); TELEPHONE CONFERENCE WITH C. JACKSON AND R. GRAY RE: 365(D)(4) ORDER (.1). |
| RAVIN AS | 06/15/05 | 1.40 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. BROWDER RE: ISSUES RELATED TO LEASE TERMINATION AGREEMENTS (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); REVIEW AND REVISE MOTION AND PROPOSED ORDER RE: SAME (.5); DRAFT CORRESPONDENCE TO D. SMITH RE: SAME (.1); REVIEW CORRESPONDENCE AND UNDERLYING DOCUMENTS FROM M. KELLY RE: STORE 1852 (.1); REVIEW CORRESPONDENCE FROM COUNSEL TO GARDENS PARK PLAZA, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW CORRESPONDENCE FROM W. PACKARD RE: WINN-DIXIE -- STORE 2115 (.1); REVIEW ISSUES RELATED TO SAME (.1); DRAFT CORRESPONDENCE TO K. DAW RE: SAME (.1); TELEPHONE CONFERENCE WITH J. STERN RE: GARDENS PARK PLAZA AND OTHER ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LIOU J | 06/15/05 | 1.70 | REVIEW/ REVISE THE EXHIBIT C FILES. |
| HENRY S | 06/16/05 | 0.50 | WORK ON ISSUES RELATED TO SUBLEASE/PRIME LEASE DAMAGE ISSUE AND REVIEW CORRESPONDENCE RE SAME (.3); DISCUSSIONS RAVIN RE SAME (.2). |
| LAMAINA KA | 06/16/05 | 0.20 | PREPARE MEMO TO A.RAVIN RE: LEASES (.2). |
| RAVIN AS | 06/16/05 | 0.90 | DRAFT CORRESPONDENCE TO M. REICH RE: ISSUES RELATED TO BUHELERS PROPOSED REJECTION ORDER, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: ISSUES RELATED TO SAME (.1); DRAFT CORRESPONDENCE TO K. DAW AND C. IBOLD RE: STORES 1424, 2047, 2111 (.1); REVIEW MULTIPLE CORRESPONDENCE FROM C. IBOLD, P. WINDHAM, B. GASTON AND M. CHLEBOVE RE: SAME (.1); ADDRESS ISSUES RELATED TO SUBLEASES INCLUDING DRAFTING MEMO TO AND REVIEWING MEMO FROM S. HENRY RE: SAME (.1); DRAFT CORRESPONDNEEC TO P. WINDHAM RE: SAME (.1); CONFERENCES WITH S. HENRY RE: SAME (.1); TELEPHONE CONFERENCE WITH R. CURRIN RE: STORE 817 (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); TELEPHONE CONFERENCE WITH D. KALOUDIS RE: ISSUES RELATED TO 3RD OMNIBUS REJECTION MOTION (.1). |
| KALOUDIS D | 06/17/05 | 1.30 | TELEPHONE CONFERENCE WITH A. RAVIN AND B. GATSON FROM CROSSROADS RE: 3RD OMNIBUS REJECTION OF LEASES (1.1); REVIEW PRECEDENT (.2). |
| LAMAINA KA | 06/17/05 | 0.70 | REVIEW ISSUE RE: REAL ESTATE AND T/C TO L.BONACHEA AND S.EICHEL (.3); RESEARCH ORDER RE: REJECTING LEASES (.4). |
| RAVIN AS | 06/17/05 | 1.80 | DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: STATUS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. KURTZMAN RE: WINN-DIXIE STORE NO. 2729, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); MULTIPLE CALLS WITH R. CURRIN RE: STORE 817 (.2); CALL WITH M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: STORE 1764, ADDRESS ISSUES RELATED TO SAME (.1); TELEPHONE CONFERENCE WITH B. GASTON AND D. KALOUDIS RE: 3RD OMNIBUS REJECTION ORDER (.4); FOLLOW UP CONFERENCE WITH D. KALOUDIS RE: SAME (.1); DRAFT MULTIPLE RESPONSES TO LANDLORD INQUIRIES, INCLUDING RESPONSE TO E. BARKER AND R. ROUSEUL (.7). |

DCSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATHEW J | 06/17/05 | 0.30 | COORDINATE WITH ATTORNEY AND LEGAL ASSISTANT REGARDING UPDATING OF LEASE CORRESPONDENCE REDWELDS. |
| RAVIN AS | 06/18/05 | 0.10 | DRAFT CORRESPONDENCE TO K. DAW RE: STATUS OF INQUIRY FROM LANDLORD'S COUNSEL RE: STORE 2115, REVIEW CORRESPONDENCE FROM SAME RE: SAME. |
| KALOUDIS D | 06/19/05 | 2.20 | DRAFT 3RD OMNIBUS MOTION TO REJECT LEASES (2.1); FORWARD SAME TO A. RAVIN (.1). |
| HENRY S | 06/20/05 | 0.90 | REVIEW CORRESPONDENCE RE: POTENTIAL REJECTION (.2); MEET WITH RAVIN RE: SAME (.1); WORK ON ISSUES RELATED TO LEASE AMENDMENTS, REVIEW LANGUAGE IN MEMORANDA AND CORRESPONDENCE RE SAME (.6). |
| KALOUDIS D | 06/20/05 | 0.20 | CONFER WITH A. RAVIN RE: REJECTION OF LEASES (.2). |
| RAVIN AS | 06/20/05 | 1.90 | REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: WINN-DIXIE STORE NO. 2729, DRAFT MEMO TO S. HENRY RE: SAME, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. BROWDER RE:SUBLEASE TERMINATION AGREEMENTS AS WELL AS AGREEMENTS RELATED TO SAME, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME, REVIEW AND REVISE LEASE TERMINATION AGREEMENTS, DRAFT CORRESPONDENCE TO C. BROWDER RE: SAME (.6); TELEPHONE CONFERENCES WITH R. CURRIN RE: SETTLEMENT RELATED TO STORE 817 (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM C. JACKSON RE: WINN-DIXIE LEASE, ADDRESS ISSUES RE: SAME, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.2); TELEPHONE CONFERENCE WITH R. MAZUREK RE: STORE 817 (.1); REVIEW CORRESPONDENCE FROM D. SMITH RE: STORE 328 (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: STORE 817, FOLLOW UP TELEPHONE CONFERENCE WITH R. CURRIN RE: SAME (.1); CONFERENCE WITH S. HENRY RE: STORE 817 (.1); CALLS WITH M. CHLEBOVEC RE: SAME (.2); REVIEW CORRESPONDENCE FROM B. GASTON RE, LEASE (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: ISSUES RELATED TO LEASE (.1). |
| KREINER ML | 06/20/05 | 4.10 | ORGANIZE LEASE CORRESPONDENCE FOR ATTORNEY REVIEW. |

DORA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 06/21/05 | 1.10 | SUPERVISE WORK REGARDING LEASE REJECTIONS AND REVIEW OF CORRESPONDENCE RE: SAME (.8); MEET WITH A. RAVIN RE: STRATEGY FOR LEASE REJECTION MOTION AND WORK ON AMENDMENTS TO TEMPLATE FOR LEASE REJECTION MOTION (.3). |
| GRAY RW | 06/21/05 | 0.10 | ASSIST A. RAVIN RE: LEASE ISSUE RAISED BY K. DAW (0.1). |
| LAMAINA KA | 06/21/05 | 1.00 | REVIEW ISSUES RE: LEASES AND STATUS OF 365(D)(4) ORDERS (.8); T/C TO XROADS RE: LANDLORD ISSUE (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/21/05 | 3.10 | REVIEW CORRESPONDENCE FROM J. CASTLE RE: STORE 817, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. BARR RE: SETTLEMENT OFFER IN CONNECTION WITH SAME (.2); REVIEW CORRESPONDENCE FROM B. GASTON RE: WINN-DIXIE LEASE, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. MASON RE: SAME, ADDRESS ISSUES RE: SAME (.3); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B.GASTON RE: LEASE REJECTION STATUS (.2); CONFERENCE WITH J. KURTZMAN RE: MARIETTA GA STORE (.1); REVIEW CORRESPONDENCE FROM J. SAWIKOWSKI RE: LEASE ISSUE (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM T. TINSLEY RE: STORE, TELEPHONE CONFERENCE WITH SAME RE: SAME (.2); REVIEW AND REVISE CORRESPONDENCE TO E. BARKER RE: STORE 103 (.2); REVIEW CORRESPONDENCE FROM K. DAW RE: REQUEST FOR PROPOSED LANGUAGE FOR DJM LEASE AMENDMENTS (.1); DRAFT PROPOSED LANGUAGE RE: SAME, DRAFT MEMO TO S. HENRY RE: SAME (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM C. JACKSON RE: ISSUES RELATED TO(.2); REVIEW CORRESPONDENCE AND UNDERLYING DOCUMENTS FROM E. BARKER RE: STORE 103, DRAFT CORRESPONDENCE TO T. TINSLEY RE: SAME (.2); DRAFT CORRESPONDENCE TO K. DAW RE: MECHANICS LIEN ISSUES (.2); TELEPHONE CONFERENCE WITH R. CURREN RE: OFFER ON STORE 817 (.1); DRAFT CORRESPONDENCE TO T. TINSLEY RE: LETTER FROM COUNSEL TO LANDLORD FOR BAKER, LA STORE (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: 3RD OMNIBUS REJECTION MOTION (.2); REVIEW AND REVISE 3RD OMNIBUS REJECTION MOTION (.4). |
| MATHEW J | 06/21/05 | 0.30 | COORDINATE WITH LEGAL ASSISTANT AND ATTORNEY REGARDING ORGANIZATION AND FILING OF LEASE CORRESPONDENCE. |
| KREINER ML | 06/21/05 | 4.30 | CONTINUE WORK ON LEASE CORRESPONDENCE. |

DO&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HENRY S          06/22/05      1.50   2 T/CS RAVIN RE: BUEHLERS (.3); CALL
                                      WITH CASTLE RE: BUEHLERS (.2); REVIEW
                                      MEMORANDA AND FILINGS RE: SAME (.6);
                                      REVIEW MEMO AND RESPOND RE PROPOSED
                                      ORDER ON SPECIFIC LEASE REJECTION
                                      (.4).

RAVIN AS         06/22/05      4.20   DRAFT CORRESPONDANCE TO J. SAKILOWSKI
                                      RE: STORE 1008 AND REVIEW
                                      CORRESPONDANCE FROM T. TINSLEY RE:
                                      SAME (.3); REVIEW CORRESPONDANCE AND
                                      UNDERLYING DOCUMENTS FROM E. HELD RE:
                                      STORE 254 (.2); TELEPHONE CONFERENCE
                                      WITH J. CASTLE, S. HENRY, B. GASTON
                                      AND P. FERDINANDS RE: ISSUES RELATERD
                                      TO BUEHLERS (.6); REVIEW
                                      CORRESPONDANCE AND PLEADINGS RE: SAME
                                      (.5); ADDRESS ISSUES RE: FINALIZING
                                      PROPOSED ORDER (.2); DRAFT
                                      CORRESPONDANCE TO C. IBOLD RE:
                                      SHOPPING PLAZA, ADDRESS ISSUES RE:
                                      SAME (.1); REVIEW CORRESPONDANCE AND
                                      REPORT FROM D. NOBLE RE: STORE 1328,
                                      DRAFT CORRESPONDANCE TO M. CHILEBOVEC
                                      RE: SAME (.2); REVIEW MEMO FROM H.
                                      ETLIN RE: PHARMACY CLOSURES (.1);
                                      CORRESPONDENCE WITH J. BRICE AND M.
                                      CHLEBOVEC RE: STORE #1611 (.1);
                                      TELEPHONE CONFERENCE WITH J. BRANNAN
                                      RE: STORE 2101 INQUIRY (.1); MULTIPLE
                                      CALLS WITH D. BLANKSY RE: LEASE
                                      REJECTION ISSUES (.1); REVIEW AND
                                      REVISE PROPOSED ORDER (.2); REVIEW
                                      CORRESPONDENCE FROM SAME RE: SAME
                                      (.1); DRAFT MEMOS TO S. HENRY RE:
                                      SAME (.1); REVIEW CORRESPONDENCE FROM
                                      T. TINSLEY RE: STORE 1611 (.1); DRAFT
                                      CORRESPONDENCE TO LANDLORD RE: SAME
                                      (.1); REVIEW MEMO FROM AND DRAFT MEMO
                                      TO J. LEAMY RE: LEASE TERMINATINON
                                      AGREEMENT ISSUES (.1); CALL WITH R.
                                      DIMACELLI RE: STORE # 360 (.1); DRAFT
                                      E-MAIL TO B. GASTON RE: SAME (.1);
                                      DRAFT CORRESPONDENCE TO C. BROWDER
                                      RE: LEASE (.1); TELEPHONE CONFERENCE
                                      WITH D. THANKACHAN RE: WAL-MART
                                      INQUIRY AS TO PRESCRIPTION FILES,
                                      DRAFT MEMO TO COMPANY RE: SAME,
                                      REVIEW CORRESPONDENCE FROM M.
                                      CHLEBOVEC RE: SAME (.2); REVIEW
                                      CORRESPONDENCE FROM AND DRAFT
                                      CORRESPONDENCE TO T. TINSLEY RE:
                                      STORE 1466 (.2); REVIEW AND REVISE
                                      LETTER TO R. ROUSSELL RE: SAME (.2);
                                      TELEPHONE CONFERENCE WITH D. WOLFF
                                      RE: LEASE REJECTION INQUIRY (.1).

KREINER ML       06/22/05      0.90   UPDATE LEASE CORRESPONDENCE FOR
                                      ATTORNEY REVIEW.

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/23/05 | 0.50 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO R. CURRIN RE: STATUS OF STORE 817, DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.1); TELEPHONE CONFERENCE WITH B. GEINE RE: STATUS OF CLOSED STORES, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.1); DRAFT CORRESPONDENCE TO B. GUINEY RE: SAME (.1); TELEPHONE CONFERENCE WITH D. SMITH RE: NOTICE OF SHERIFF'S SALE (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. MILTON RE: LEASE ISSUES (.1). |
| KALOUDIS D | 06/24/05 | 0.60 | CONFER WITH J. STERN RE: LEASE AGREEMENT (.2); CONFER WITH C. JACKSON RE: SAME (.2); CALL WITH K. ROMEO RE: AFCO (.2). |
| BONACHEA L | 06/24/05 | 1.80 | PREPARE CHART RE: ENTITIES ON LEASES (1.2); UPLOAD LEASES ON EXTRANET (.6). |
| RAVIN AS | 06/25/05 | 0.30 | REVIEW CORRESPONDENCE FROM R. CURRIN RE: STORE 817, DRAFT CORRESPNDANCE TO SAME RE: SAME, REVIEW CORRESPONDENCE FROM J. MILTON RE: SAME (.1); DRAFT CORRESPONDENCE TO COMPANY RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. BRICE RE: STORE 1611, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |
| HENRY S | 06/27/05 | 0.10 | WORK W/ RAVIN RE ISSUES ON LEASE MATTERS AND COVERAGE RE SAME AND FOLLOW UP TO CONVERSATION (.1). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/27/05          2.90   REVIEW CORRESPONDENCE FROM J. BRICE
                                           RE: ISSUES RELATED TO STORE 1611
                                           (.1); REVIEW LIST OF LEASE PARTIES
                                           PREPARED BY L. BONACHEA, DRAFT MEMO
                                           TO S. HENRY RE: SAME (.1); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO M. CHLEBOVEC RE:
                                           STORE 817 (.2); MULTIPLE TELEPHONE
                                           CONFERENCES WITH R. CURRIN RE:
                                           SETTLEMENT OF STORE 817 LEASE (.2);
                                           DRAFT CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM J. MILTON RE:
                                           SAME (.1); REVIEW CORRESPONDENCE FROM
                                           T. CORCORAN RE: STATUS OF OBJECTION
                                           AND SCHEDULING ISSUES RELATED TO SAME
                                           (.1); REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO T. SADUTTO
                                           RE: STORE NUMBER 2480, DRAFT
                                           CORRESPONDENCE TO M. CHLEBOVEC RE:
                                           SAME, REVIEW CORRESPONDENCE FROM AND
                                           DRAFT CORRESPONDENCE TO K. DAW RE:
                                           SAME (.2); REVIEW CORRESPONDENCE FROM
                                           T. TINSLEY RE: STORE 1611, TELEPHONE
                                           CONFERENCE WITH SAME RE: SAME (.1);
                                           DRAFT CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM J. BRICE RE: SAME
                                           (.1); REVIEW CORRESPONDENCE FROM M.
                                           PAYUNIC RE: STORE 328, DRAFT
                                           CORRESPONDENCE TO C. NORRIS RE: SAME
                                           (.1); TELEPHONE CONFERENCE WITH M.
                                           KELLY RE: STORE 1852, REVIEW
                                           UNDERLYING CORRESPONDENCE RE: SAME
                                           (.2); TELEPHONE CONFERENCE WITH S.
                                           MAGADINO RE: SAME (.1); TELEPHONE
                                           CONFERENCE WITH M. CHLEBOVEC RE: SAME
                                           (.1); TELEPHONE CONFERENCE WITH D.
                                           BLACK RE: FLORIDA STORES (.1); REVIEW
                                           CORRESPONDENCE RE: LEASE, DRAFT
                                           CORRESPONDENCE TO M. CHLEBOVEC RE:
                                           SAME (.1); REVIEW CORRESPONDENCE FROM
                                           B. GASTON RE: STORE 817, REVIEW
                                           CORRESPONDENCE FROM M. CHLEBOVEC RE:
                                           SAME, REVIEW CORRESPONDENCE FROM M.
                                           BARR RE: SAME (.1); REVIEW
                                           CORRESPONDENCE FROM L. TOLBERT RE:
                                           STORE 1306, TELEPHONE CONFERENCE
                                           (VOICEMAIL) WITH SAME RE: SAME (.1);
                                           TELEPHONE CONFERENCE WITH E. MAY RE:
                                           LANDLORD INQUIRY RE: SUBLEASE (.3);
                                           TELEPHONE CONFERENCE WITH D. KIM RE:
                                           STORE 2730 (.1); DRAFT CORRESPONDENCE
                                           TO M. CHLEBOVEC RE: SAME (.1); REVIEW
                                           NOTICE OF SEIZURE, TELEPHONE
                                           CONFERENCE WITH D. SMITH RE: SAME
                                           (.1); REVIEW VARIOUS LEASE-RELATED
                                           CORRESPONDENCE INCLUDING
                                           CORRESPONDENCE FROM C. IBOLD RE:
                                           SHOPPING CENTER (.2).

LIOU J            06/27/05          0.80   ASSIST W/ DUE DILIGENCE.

KALOUDIS D        06/28/05          2.40   REVIEW BUEHLERS DOCKET (2.4).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/28/05 | 6.70 | TELEPHONE CONFERENCE WITH B. GASTON AND M. CHLEBOVEC RE: LEASE REJECTION ISSUES (.5); CONFERENCE CALL WITH M. BARR, B. MCGUIRE, B. GASTON, G. FORD AND M. CHLEBOVEC RE: LEASE REJECTION ISSUES (.8); REVIEW CHART FORWARDED BY B. GASTON RE: SAME (.1); FOLLOW UP TELEPHONE CONFERENCE WITH M. CHLEBOVEC AND B. GASTON RE: SAME (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. MILTON RE: PENMAN PLAZA AND TRANSAMERICA (.2); REVIEW AND REVISE LEASE REJECTION MOTION (.5); TELEPHONE CONFERENCE WITH H. SUTTON RE: LEASE REJECTION ISSUES (.2); TELEPHONE CONFERENCE WITH L. TOLBERT RE: STATUS OF LEASE (.2); REVIEW MEMO FROM J. LEAMY RE: BUY OUT AGREEMENTS (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: STORE (.3); TELEPHONE CONFERENCE WITH D. NOBLE RE: ISSUES RELATED TO STORE (.3); DRAFT CORRESPONDENCE TO SAME RE: SAME, DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND R. MEADOWS RE: ISSUES RELATED TO SAME (.2); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: BUHELER LEASES (.1); TELEPHONE CONFERENCE WITH M. KELLY RE: STORE 1852 (.2); TELEPHONE CONFERENCE WITH R. CURRIN RE: STORE 817 (.1); TELEPHONE CONFERENCE WITH D. SMITH RE: NOTICE OF SEIZURE (.1); CONFERENCE WITH D. KALOUDIS RE: REJECTION MOTION (.1); REVIEW AND REVISE 3RD OMNIBUS REJECTION MOTION AND PROPOSED ORDER (2.0); REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.2); REVIEW MULTIPLE CORRESPONDENCE RE: STORE 817 INCLUDING CORRESPONDENCE FROM R. CURRIN (.2); DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: STORE 2730, TELEPHONE CONFERENCE WITH D. KIM RE: SAME (.1). |
| KREINER ML | 06/28/05 | 1.10 | UPDATE LEASE CORRESPONDENCE FILES. |
| KALOUDIS D | 06/29/05 | 1.00 | CALL WITH K. NEIL  RE: PROPERTY ADDRESSES AND LANDLORDS (.3); REVIEW EMAIL RE: SAME (.2); REVISE 3RD OMNIBUS MOTION TO REJECT LEASES (.3); CONFER WITH A. RAVIN RE: MOTION (.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          06/29/05          4.70   REVIEW CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO R. MEADOWS RE:
STORE 1328, REVIEW FILE RE: SAME,
DRAFT CORRESPONDENCE TO AND REVIEW
CORRESPONDENCE FROM D. NOBLE RE: SAME
(.2); DRAFT MEMO TO D. KALOUDIS RE:
VARIOUS LEASE ISSUES/ STAFFING (.1);
REVIEW AND REVISE 3RD OMNIBUS LEASE
REJECTION MOTION, PROPOSED FORM OF
ORDER AND NOTICE, ADDRESS ISSUES RE:
SAME (.5); CONFERENCES WITH D.
KALOUDIS RE: SAME (.1); TELEPHONE
CONFERENCE WITH B. GASTON AND MARWAN
RE: SAME (.2); DRAFT CORRESPONDENCE
TO B. GASTON RE: SAME (.2); DRAFT
CORRESPONDENCE TO C. JACKSON RE:
ISSUES RE: SAME (.1); REVIEW
CORRESPONDENCE FROM B. GASTON RE:
STORES 1852, 1233 AND 138 (.1);
TELEPHONE CONFERENCE WITH M. KELLEY
RE: SAME (.1); ADDRESS ISSUES RELATED
TO ASSEMBLY OF BINDER FOR S. HENRY
RE: "ACCRUAL" / "BILLING DATE" CASES
(.1); REVIEW CORRESPONDENCE FROM T.
TINSLEY RE: STORE 817, DRAFT
CORRESPONDENCE TO J. MILTON RE: SAME
(.1); DRAFT CORRESPONDENCE TO M.
CHLEBOVEC AND B. GASTON RE: STORE
1306 (.1); TELEPHONE CONFERENCE WITH
A. BROWN RE: FOUR FLORIDA SHOPPING
CENTERS (.2); TELEPHONE CONFERENCE
(VOICEMAIL) WITH K. DAW RE: STORE
1558 NOTICE OF SEIZURE, DRAFT
CORRESPONDENCE TO SAME RE: SAME (.2);
REVIEW CORRESPONDENCE FROM D. SMITH,
K. DAW AND J. CASTLE RE: SAME, REVIEW
ISSUES RE: SAME (.2); TELEPHONE
CONFERENCE WITH J. GURA RE: SAME
(.1); REVIEW CORRESPONDENCE FROM J.
MILTON RE: ASSIGNABILITY PROVISIONS,
DRAFT MEMOS TO AND REVIEW MEMOS FROM
C. STUART RE: SAME (.1); TELEPHONE
CONFERENCE WITH M. CHLEBOVEC RE:
COMMENTS TO LEASE REJECTION MOTION
(.3); REVIEW AND REVISE MOTION RE:
SAME (.2); TELEPHONE CONFERENCE WITH
J. MILTON RE: LEASE REJECTION ISSUES
(.2); DRAFT CORRESPONDENCE TO M. BARR
AND J. MILTON RE: SAME (.2); DRAFT
CORRESPONDENCE TO D. FIORILLO RE:
SAME, TELEPHONE CONFERENCE
(VOICEMAIL) WITH SAME RE: SAME (.1);
DRAFT MULTIPLE CORRESPONDENCE TO AND
REVIEW CORRESPONDENCE FROM C. JACKSON
RE: J. KURTZMAN, REVIEW
CORRESPONDENCE FROM J. KURTZMAN RE:
MARIETTA STORE (.2); MULTIPLE
TELEPHONE CONFERENCES WITH T. TINSLEY
RE: ISSUES RELATED TO LEASE REJECTION
MOTION (.3); REVIEW AND REVISE
OMNIBUS REJECTION MOTION RE: SAME
(.1); CONFERENCE WITH D. KALOUDIS RE:
SAME (.1);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 06/29/05 | | TELEPHONE CONFERENCE WITH M. KELLY RE: SEVERAL STORES (.2); DRAFT CORRESPONDENCE TO J. KURTZMAN RE: STORE 2729 (.1). |
| LIOU J | 06/29/05 | 0.70 | OBTAIN INFORMATION RE: REQUESTED LEASES. |
| KREINER ML | 06/29/05 | 0.90 | UPDATE LEASE CORRESPONDENCE FILES. |
| HENRY S | 06/30/05 | 0.30 | REVIEW ISSUES RE BANK QUESTIONS ON LEASE REJECTION MOTIONS. |
| GRAY RW | 06/30/05 | 0.10 | REVIEW MEMOS AND TC WITH A. RAVIN RE: LEASE SETTLEMENT ISSUE (0.1). |
| KALOUDIS D | 06/30/05 | 2.50 | CONFER WITH K. NEIL RE: NOTICE ADDRESSES (.3); REVIEW EMAIL RE: SAME (.3); FORWARD TO A. RAVIN AND L. BONACHEA (.1); REVIEW BUEHLERS DOCKET RE: WD LEASES (1.3); CONFER WITH A. RAVIN RE: FILING OF MOTION (.3); REVIEW EMAIL CORRESPONDENCE (.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            06/30/05        3.80    ADDRESS VARIOUS LEASE-RELATED ISSUES
                                            INCLUDING REVIEW CORRESPONDENCE FROM
                                            J. KURTZMAN RE: STORE (.1); REVIEW
                                            CORRESPONDENCE FROM D. FIORILLO RE:
                                            LEASE REJECTION MOTION, DRAFT MEMO TO
                                            S. HENRY RE: SAME (.1); DRAFT
                                            CORRESPONDENCE TO J. MILTON RE: STORE
                                            817 (.1); DRAFT OBJECTION TO
                                            TRANSAMERICA MOTION AND PENMAN PLAZA
                                            MOTION (1.0); REVIEW MEMOS FROM D.
                                            KALOUDIS RE: SERVICE ISSUES IN
                                            CONNECTION WITH 3RD OMNIBUS REJECTION
                                            MOTION, DRAFT MEMOS TO SAME RE: SAME
                                            (.1); DRAFT CORRESPONDENCE TO K. DAW
                                            RE: SEIZURE NOTICE, CONFERENCE WITH
                                            S. HENRY RE: SAME, REVIEW
                                            CORRESPONDENCE FROM R. GLENN RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM C.
                                            CANNADY RE: STORE 2083 (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE:
                                            LEASE REJECTION MOTION, TELEPHONE
                                            CONFERENCE (VOICEMAIL) RE: LEASE
                                            REJECTION MOTION (.1); TELEPHONE
                                            CONFERENCE WITH B. GASTON, K. DAW, M.
                                            CHLEBOVEC AND C. CANNADY RE: STORE
                                            2096 (.4); TELEPHONE CONFERENCE WITH
                                            D. BLANSKY RE: ISSUES RELATED TO
                                            LEASE (.1); REVIEW MEMOS FROM S.
                                            HENRY AND C. STUART RE: ASSIGNMENT
                                            CLAUSES, DRAFT MEMO TO C. STUART RE:
                                            SAME, DRAFT CORRESPONDENCE TO J.
                                            MILTON RE: SAME (.1); DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC RE:
                                            STORE 1908 (.1); DRAFT CORRESPONDENCE
                                            TO AND REVIEW CORRESPONDENCE FROM J.
                                            MILTON RE: STORE 817 (.1); TELEPHONE
                                            CONFERENCE WITH R. CURRIN RE: SAME
                                            (.1); DRAFT CORRESPONDENCE TO SAME
                                            RE: SAME (.1); FINALIZE LEASE
                                            REJECTION MOTION, DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.4); ADDRESS ISSUES RE: SAME (.3);
                                            REVIEW CORRESPONDENCE FROM D. BLANSKY
                                            RE: ORDER, ADDRESS ISSUES RE: SAME,
                                            DRAFT CORRESPONDENCE TO C. JACKSON
                                            RE: SAME (.4).

LIOU J             06/30/05        0.50    PREPARE DISTRIBUTION OF REQUESTED
                                            LEASES.

**MATTER TOTAL**                   **168.50**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                         Bill Date: 07/20/05
Litigation (General)                                  Bill Number: 1064633

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/01/05 | 0.10 | TC WITH J. POST RE: SETTLEMENT PARAMETERS (0.1). |
| TURETSKY DM | 06/07/05 | 0.20 | TELEPHONE CALL WITH S. LABOURDETTE RE: TORTS ACTIONS (0.2). |
| TURETSKY DM | 06/08/05 | 0.40 | DILIGENCE IN CONNECTION WITH INQUIRY FROM S. LABOURDETTE RE: CERTAIN PERSONAL INJURY ACTIONS (0.2); TELEPHONE CALL WITH S. LABOURDETTE RE: SAME (0.2). |
| GRAY RW | 06/10/05 | 0.10 | REVIEW LETTER FROM LITIGATION CLAIMANT AND COORDINATE HANDLING BY J. POST (0.1). |
| GRAY RW | 06/15/05 | 0.10 | TC WITH J. POST RE: LITIGATION MATTERS (0.1). |
| GEISLER ML | 06/15/05 | 9.50 | RESEARCH, DRAFT MEMO AND MOTION RE: ASSUMPTION OF CREDIT CARD AGREEMENT (4.5); RESEARCH RIGHTS UNDER AGREEMENT (5.0). |
| GEISLER ML | 06/16/05 | 1.80 | REVIEW CREDIT CARD AGREEMENTS (.8); DRAFT MEMO (1.0). |
| GRAY RW | 06/20/05 | 1.20 | REVIEW J. POST DRAFTS OF SETTLEMENT PROCEDURES MOTION AND RELATED DOCUMENTS (1.2). |
| GRAY RW | 06/21/05 | 1.00 | REVIEW AND RESPOND TO MEMO FROM J. POST RE: SCOPE OF DEFINITION FOR LITIGATION SETTLEMENT MOTION (0.2); REVIEW AND RESPOND TO MEMO FROM J. POST RE: TIME FRAMES FOR LITIGATION SETTLEMENT PROCEDURES (0.2); CONF CALL (PARTIAL) WITH J. CASTLE, J. POST ET AL. RE: CLAIMS SETTLEMENT PROCEDURES (0.6). |
| GRAY RW | 06/22/05 | 0.40 | COORDINATE HANDLING OF CALL FROM D. LANGLEY RE: PERSONAL INJURY CLAIMS (0.1); TC WITH J. POST RE: LITIGATION CLAIM SETTLEMENT ISSUES (0.3). |
| GRAY RW | 06/24/05 | 0.50 | CONF CALL WITH J. CASTLE AND J. POST RE: LITIGATION SETTLEMENT ISSUES (0.5). |
| GRAY RW | 06/29/05 | 0.80 | REVIEW REVISED DRAFT OF LITIGATION CLAIM SETTLEMENT MOTION, ORDER, PROCEDURES AND ATTACHMENTS (0.8). |

MATTER TOTAL            16.10

113                                                                    D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DORA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 07/20/05
Nonworking Travel Time                           Bill Number: 1064633

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 06/14/05 | 5.50 | TRAVEL FROM NEW YORK TO JACKSONVILLE TO ASSIST S. BUSEY IN PREPARING FOR HEARING RE: KERP (5.5). |
| TURETSKY DM | 06/16/05 | 8.50 | RETURN TO NEW YORK FROM JACKSONVILLE (8.5). |
| **MATTER TOTAL** | | **14.00** | |

DCBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**
**Regulatory and SEC Matters**

**Bill Date: 07/20/05**
**Bill Number: 1064633**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 06/02/05 | 0.10 | TC WITH R. BARUSCH RE: SECURITIES DISCLOSURES (0.1). |
| GRAY RW | 06/22/05 | 0.30 | ASSIST WITH 8-K ISSUES RELATING TO KERP (0.2); TC WITH R. BARUSCH RE: 8-K COMMENTS (0.1). |
| GRAY RW | 06/23/05 | 0.70 | REVIEW AND REVISE 8-K (0.3); TC WITH L.HEWETT RE: 8-K ISSUES (0.2); DRAFT MEMO TO L. HEWETT ET AL. RE: DOCKET ENTRY ON COURT ORDER (0.1); TC WITH R. BARUSCH RE: 8-K TIMING ISSUES (0.1). |
| GRAY RW | 06/24/05 | 0.40 | ASSIST WITH ISSUES ON 8-K, INCLUDING EMAIL EXCHANGES WITH C. NASS, R. BARUSCH, C. JACKSON AND M. BOZZELLI (0.3); CONF CALL WITH M. BOZZELLI, C. JACKSON AND R. BARUSCH RE: RESOLUTION (0.1). |

**MATTER TOTAL**                **1.50**

DOSA