# EXHIBIT E-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(JULY 1, 2005 - JULY 31, 2005)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $14,937.93 |
| Long Distance Telephone | $500.40 |
| In-House Reproduction (@ $.10 per page) | $4,076.60 |
| Reproduction-Color | $531.50 |
| Outside Reproduction | $562.04 |
| Outside Research | $26.48 |
| Court Reporting | $4,246.50 |
| Out-Of-Town Travel | $4,489.91 |
| Business Meals | $1,446.30 |
| Other Out-Of-Pocket | $2,209.60 |
| Courier & Express Carriers (e.g., Federal Express) | $182.06 |
| Postage | $651.39 |
| Other | $7,000.00 |
| **TOTAL** | **$40,860.71** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)  
Disbursements

Bill Date: 08/12/05  
Bill Number: 1058316

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/17/05 | LaMaina KA | 126.00 |
| Air/Rail Travel - vendor feed | 07/24/05 | Baker DJ | 569.76 |
| Air/Rail Travel - vendor feed | 07/25/05 | Leamy JM | 473.39 |
| Air/Rail Travel - vendor feed | 07/26/05 | Baker DJ | 479.20 |
| Air/Rail Travel - vendor feed | 07/26/05 | Baker DJ | -479.20 |
| Air/Rail Travel - vendor feed | 07/26/05 | Baker DJ | 479.20 |
| Air/Rail Travel - vendor feed | 07/28/05 | Henry S | 1,001.90 |
| Air/Rail Travel - vendor feed | 07/29/05 | Henry S | 524.20 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,174.45** |
| In-house Reproduction | 07/01/05 | Copy Center, D | 56.20 |
| In-house Reproduction | 07/01/05 | Copy Center, D | 122.70 |
| In-house Reproduction | 07/01/05 | Copy Center, D | 0.40 |
| In-house Reproduction | 07/01/05 | Copy Center, D | 714.30 |
| In-house Reproduction | 07/01/05 | Copy Center, D | 530.70 |
| In-house Reproduction | 07/01/05 | Copy Center, D | 3.50 |
| In-house Reproduction | 07/05/05 | Copy Center, D | 0.70 |
| In-house Reproduction | 07/05/05 | Copy Center, D | 0.20 |
| In-house Reproduction | 07/05/05 | Copy Center, D | 10.40 |
| In-house Reproduction | 07/08/05 | Copy Center, D | 2.90 |
| In-house Reproduction | 07/08/05 | Copy Center, D | 666.30 |
| In-house Reproduction | 07/08/05 | Copy Center, D | 2.20 |
| In-house Reproduction | 07/08/05 | Copy Center, D | 19.60 |
| In-house Reproduction | 07/08/05 | Copy Center, D | 293.10 |
| In-house Reproduction | 07/12/05 | Copy Center, D | 5.10 |
| In-house Reproduction | 07/12/05 | Copy Center, D | 0.60 |
| In-house Reproduction | 07/12/05 | Copy Center, D | 1,075.00 |
| In-house Reproduction | 07/15/05 | Copy Center, D | 90.40 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/15/05 | Copy Center, D | 2.40 |
| In-house Reproduction | 07/15/05 | Copy Center, D | 0.30 |
| In-house Reproduction | 07/19/05 | Copy Center, D | 20.00 |
| In-house Reproduction | 07/19/05 | Copy Center, D | 1.50 |
| In-house Reproduction | 07/19/05 | Copy Center, D | 1.70 |
| In-house Reproduction | 07/19/05 | Copy Center, D | 1.20 |
| In-house Reproduction | 07/19/05 | Copy Center, D | 3.60 |
| In-house Reproduction | 07/19/05 | Copy Center, D | 195.90 |
| In-house Reproduction | 07/22/05 | Copy Center, D | 10.20 |
| In-house Reproduction | 07/22/05 | Copy Center, D | 3.50 |
| In-house Reproduction | 07/22/05 | Copy Center, D | 50.20 |
| In-house Reproduction | 07/26/05 | Copy Center, D | 93.40 |
| In-house Reproduction | 07/26/05 | Copy Center, D | 6.70 |
| In-house Reproduction | 07/26/05 | Copy Center, D | 2.90 |
| In-house Reproduction | 07/29/05 | Copy Center, D | 0.30 |
| In-house Reproduction | 07/29/05 | Copy Center, D | 1.50 |
| In-house Reproduction | 07/29/05 | Copy Center, D | 65.10 |
| In-house Reproduction | 07/29/05 | Copy Center, D | 21.90 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4,076.60** |
| Telephone Expense | 07/29/05 | Telecommunications, D | 15.87 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 5.37 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.02 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.57 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.20 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 11.37 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 3.87 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 1.04 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.36 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 52.48 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 17.47 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 1.03 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.34 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.81 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.29 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 07/29/05 | Telecommunications, D | 3.01 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 1.07 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 9.48 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 3.19 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.63 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.23 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 4.05 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 1.42 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 15.32 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 5.20 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.37 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.09 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.04 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.02 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.49 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.19 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 14.31 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 4.83 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 8.33 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 2.79 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 9.48 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 3.19 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.16 |
| Telephone Expense | 07/29/05 | Telecommunications, D | 0.11 |
| | | **TOTAL TELEPHONE EXPENSE** | **$199.09** |
| Postage | 07/01/05 | Office Admin, D | 33.92 |
| Postage | 07/01/05 | Office Admin, D | 2.21 |
| Postage | 07/01/05 | Office Admin, D | 399.96 |
| Postage | 07/01/05 | Office Admin, D | 7.00 |
| Postage | 07/07/05 | Office Admin, D | 1.98 |
| Postage | 07/07/05 | Office Admin, D | 97.73 |
| Postage | 07/07/05 | Office Admin, D | 0.60 |
| Postage | 07/07/05 | Office Admin, D | 5.29 |
| Postage | 07/07/05 | Office Admin, D | 0.83 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 07/07/05 | Office Admin, D | 62.45 |
| Postage | 07/08/05 | Office Admin, D | 0.49 |
| Postage | 07/13/05 | Office Admin, D | 3.95 |
| Postage | 07/14/05 | Office Admin, D | 1.80 |
| Postage | 07/14/05 | Office Admin, D | 3.60 |
| Postage | 07/19/05 | Office Admin, D | 3.95 |
| Postage | 07/19/05 | Office Admin, D | 1.11 |
| Postage | 07/27/05 | Office Admin, D | 0.83 |
| Postage | 07/29/05 | Office Admin, D | 1.43 |
| Postage | 07/29/05 | Office Admin, D | 19.08 |
| Postage | 07/29/05 | Office Admin, D | 3.18 |
| | | **TOTAL POSTAGE** | **$651.39** |
| Non-standard/Outside Reproduction | 05/11/05 | Roman JJ | 35.50 |
| Non-standard/Outside Reproduction | 07/18/05 | Ikon Office Solutions | 526.54 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$562.04** |
| Lexis/Nexis | 07/07/05 | Loehr RC | 49.22 |
| Lexis/Nexis | 07/25/05 | Alcena LS | 8.54 |
| Lexis/Nexis | 07/25/05 | Sargeant G | 381.05 |
| | | **TOTAL LEXIS/NEXIS** | **$438.81** |
| Westlaw | 07/01/05 | Leamy JM | 162.56 |
| Westlaw | 07/05/05 | LaMaina KA | 42.21 |
| Westlaw | 07/05/05 | Eichel S | 354.63 |
| Westlaw | 07/05/05 | Bonachea L | 71.75 |
| Westlaw | 07/05/05 | LaMaina KA | 42.21 |
| Westlaw | 07/05/05 | Turetsky DM | 320.10 |
| Westlaw | 07/05/05 | Bonachea L | 648.75 |
| Westlaw | 07/05/05 | Kaloudis D | 632.31 |
| Westlaw | 07/06/05 | Eichel S | 118.63 |
| Westlaw | 07/06/05 | Toussi S | 229.27 |
| Westlaw | 07/06/05 | LaMaina KA | 8.38 |
| Westlaw | 07/06/05 | Turetsky DM | 339.11 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Westlaw | 07/06/05 | Kaloudis D | 1,799.50 |
| Westlaw | 07/06/05 | Kaloudis D | 63.35 |
| Westlaw | 07/07/05 | Loehr RC | 60.06 |
| Westlaw | 07/07/05 | Toussi S | 145.54 |
| Westlaw | 07/07/05 | Matz TJ | 146.14 |
| Westlaw | 07/07/05 | Feld SR | 34.56 |
| Westlaw | 07/07/05 | Kaloudis D | 775.84 |
| Westlaw | 07/07/05 | Kaloudis D | 72.40 |
| Westlaw | 07/08/05 | Turetsky DM | 48.49 |
| Westlaw | 07/11/05 | Toussi S | 1,249.21 |
| Westlaw | 07/12/05 | Toussi S | 248.29 |
| Westlaw | 07/12/05 | Turetsky DM | 716.98 |
| Westlaw | 07/13/05 | Kaloudis D | 3.08 |
| Westlaw | 07/13/05 | Turetsky DM | 9.05 |
| Westlaw | 07/13/05 | Kaloudis D | 152.28 |
| Westlaw | 07/14/05 | Toussi S | 573.19 |
| Westlaw | 07/14/05 | Leamy JM | 87.45 |
| Westlaw | 07/17/05 | Ravin AS | 24.70 |
| Westlaw | 07/18/05 | Kaloudis D | 1,033.51 |
| Westlaw | 07/19/05 | Kaloudis D | 441.62 |
| Westlaw | 07/20/05 | LaMaina KA | 4.02 |
| Westlaw | 07/20/05 | Turetsky DM | 204.43 |
| Westlaw | 07/21/05 | Kaloudis D | 226.88 |
| Westlaw | 07/21/05 | Kaloudis D | 133.04 |
| Westlaw | 07/21/05 | Leamy JM | 99.27 |
| Westlaw | 07/22/05 | Kaloudis D | 122.77 |
| Westlaw | 07/22/05 | Leamy JM | 93.21 |
| Westlaw | 07/25/05 | Alcena LS | 855.06 |
| Westlaw | 07/25/05 | Burgos BP | 91.56 |
| Westlaw | 07/25/05 | Peart NA | 19.18 |
| Westlaw | 07/25/05 | Leamy JM | 330.66 |
| Westlaw | 07/25/05 | Bonachea L | 67.92 |
| Westlaw | 07/25/05 | Kaloudis D | 498.96 |
| Westlaw | 07/25/05 | Kaloudis D | 45.25 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 07/26/05 | LaManna WK | 8.38 |
| Westlaw | 07/26/05 | Burgos BP | 54.27 |
| Westlaw | 07/26/05 | Twomey MJ | 38.36 |
| Westlaw | 07/26/05 | Turetsky DM | 227.26 |
| Westlaw | 07/26/05 | Kaloudis D | 211.20 |
| Westlaw | 07/27/05 | Turetsky DM | 282.07 |
| Westlaw | 07/28/05 | Leamy JM | 128.94 |
| Westlaw | 07/29/05 | Leamy JM | 83.90 |
| | | **TOTAL WESTLAW** | **$14,481.74** |
| Reproduction - color | 07/08/05 | Copy Center, D | 527.50 |
| Reproduction - color | 07/18/05 | Copy Center, D | 1.00 |
| Reproduction - color | 07/22/05 | Copy Center, D | 3.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$531.50** |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 32.11 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 13.74 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 9.45 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 12.34 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 3.27 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 18.27 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 1.31 |
| Vendor Hosted Teleconferencing | 06/30/05 | Teleconferencing Services, LLC | 12.82 |
| Vendor Hosted Teleconferencing | 07/05/05 | Teleconferencing Services, LLC | 34.61 |
| Vendor Hosted Teleconferencing | 07/05/05 | Teleconferencing Services, LLC | 20.55 |
| Vendor Hosted Teleconferencing | 07/05/05 | Teleconferencing Services, LLC | 84.20 |
| Vendor Hosted Teleconferencing | 07/05/05 | Teleconferencing Services, LLC | 12.36 |
| Vendor Hosted Teleconferencing | 07/18/05 | Teleconferencing Services, LLC | 11.28 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 07/26/05 | Marriott International | 35.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$301.31** |
| Out-of-Town Travel | 06/14/05 | Turetsky DM | 20.50 |
| Out-of-Town Travel | 06/16/05 | Turetsky DM | 20.00 |
| Out-of-Town Travel | 06/16/05 | Turetsky DM | 282.50 |
| Out-of-Town Travel | 06/16/05 | Turetsky DM | 20.88 |
| Out-of-Town Travel | 06/16/05 | Turetsky DM | 30.00 |
| Out-of-Town Travel | 07/19/05 | Ravin AS | 6.00 |
| Out-of-Town Travel | 07/19/05 | LaMaina KA | 753.00 |
| Out-of-Town Travel | 07/26/05 | Leamy JM | 24.00 |
| Out-of-Town Travel | 07/26/05 | Leamy JM | 52.36 |
| Out-of-Town Travel | 07/26/05 | Leamy JM | 106.22 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,315.46** |
| Messengers/ Courier | 06/29/05 | Dist Serv/Mail/Page, D | 9.63 |
| Messengers/ Courier | 07/04/05 | Federal Express Corp. | 4.77 |
| Messengers/ Courier | 07/07/05 | Dist Serv/Mail/Page, D | 21.26 |
| Messengers/ Courier | 07/13/05 | Dist Serv/Mail/Page, D | 5.81 |
| Messengers/ Courier | 07/17/05 | Dist Serv/Mail/Page, D | 21.26 |
| Messengers/ Courier | 07/18/05 | Dist Serv/Mail/Page, D | 21.26 |
| Messengers/ Courier | 07/18/05 | Dist Serv/Mail/Page, D | 31.38 |
| Messengers/ Courier | 07/25/05 | Dist Serv/Mail/Page, D | 21.87 |
| Messengers/ Courier | 07/25/05 | Dist Serv/Mail/Page, D | 5.81 |
| Messengers/ Courier | 07/25/05 | Dist Serv/Mail/Page, D | 15.25 |
| Messengers/ Courier | 07/26/05 | Dist Serv/Mail/Page, D | 8.40 |
| Messengers/ Courier | 07/26/05 | Dist Serv/Mail/Page, D | 5.81 |
| Messengers/ Courier | 07/28/05 | Dist Serv/Mail/Page, D | 9.55 |
| | | **TOTAL MESSENGERS/ COURIER** | **$182.06** |
| Out-of-Town Meals | 07/17/05 | LaMaina KA | 30.83 |
| Out-of-Town Meals | 07/18/05 | LaMaina KA | 36.83 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$67.66** |
| Court Reporting | 07/25/05 | Veritext/New Jersey Reporting Company, L | 1,689.50 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Court Reporting | 07/26/05 | Veritext/New Jersey Reporting Company, L | 2,557.00 |
| | | **TOTAL COURT REPORTING** | **$4,246.50** |
| Outside Research/Internet Services | 07/07/05 | Pacer Service Center | 26.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$26.48** |
| Rentals-Office Equipment | 07/26/05 | Marriott International | 2,209.60 |
| | | **TOTAL RENTALS-OFFICE EQUIPMENT** | **$2,209.60** |
| Contracted Catering-NY | 07/11/05 | Henry S | 457.45 |
| Contracted Catering-NY | 07/18/05 | Baker DJ | 29.26 |
| Contracted Catering-NY | 07/19/05 | Baker DJ | 38.36 |
| Contracted Catering-NY | 07/19/05 | Baker DJ | 847.46 |
| Contracted Catering-NY | 07/19/05 | Baker DJ | 6.11 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,378.64** |
| Outside Conference Expenditures-Facility Rental for Public Auctions | 07/26/05 | Marriott International | 7,000.00 |
| | | **TOTAL BUSINESS DEV SEMINARS/CONF.** | **$7,000.00** |
| CLR/Disclosure | 06/30/05 | Global Securities | 17.38 |
| | | **TOTAL CLR/DISCLOSURE** | **$17.38** |
| | | **TOTAL MATTER** | **$40,860.71** |
| | | **TOTAL CLIENT** | **$40,860.71** |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that, on November 11, 2005, I caused to be served the Second Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (May 1, 2005 Through September 30, 2005) and the corresponding proposed form of Order, by having a true and correct copy sent via e-mail and Federal Express to the parties listed below:

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
elena.l.escamilla@usdoj.gov
ken.meeker@usdoj.gov

Laurence B. Appel
Jay F. Castle
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
larryappel@winn-dixie.com
jaycastle@winn-dixie.com