# EXHIBIT F-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(AUGUST 1, 2005 - AUGUST 31, 2005)**

Bill No: 1073264

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **PARTNERS\*** | | | | |
| D. J. (Jan) Baker (1980) | 1973 | $825 | 78.70 | $ 64,927.50 |
| Ronald C. Barusch (1987) | 1978 | 780 | 5.10 | 3,978.00 |
| Katherine M. Bristor (1988) | 1981 | 825 | 2.50 | 2,062.50 |
| Sally McDonald Henry (1991) | 1983 | 680 | 120.60 | 82,008.00 |
| Peter J. Neckles (1987) | 1980 | 825 | 0.50 | 412.50 |
| | | | | |
| \*The year after each partners name indicates the year in which the individual became a partner at Skadden, Arps or at a previous firm. | | | | |
| | TOTAL PARTNERS | | 207.40 | $153,388.50 |
| **COUNSEL** | | | | |
| Stephanie R. Feld | 1982 | $535 | 91.70 | $ 49,059.50 |
| Rosalie W. Gray | 1982 | 535 | 86.40 | 46,224.00 |
| Thomas J. Matz | 1976 | 535 | 47.90 | 25,626.50 |
| | | | | |
| | TOTAL COUNSEL | | 226.00 | $120,910.00 |
| **ASSOCIATES** | | | | |
| Aileen A. Dowd | 2001 | $460 | 23.90 | $ 10,994.00 |
| Steven Eichel | 1988 | 495 | 140.20 | 69,399.00 |
| Denise Kaloudis | 2003 | 375 | 180.20 | 67,575.00 |
| Suling Lam | 1998 | 480 | 7.50 | 3,600.00 |
| Kimberly A. LaMaina | 2001 | 395 | 188.50 | 74,457.50 |
| Jane M. Leamy | 1995 | 495 | 80.40 | 39,798.00 |
| Adam S. Ravin | 1995 | 480 | 116.90 | 56,112.00 |
| Abraham A. Reshtick | 2001 | 395 | 5.50 | 2,172.50 |
| Stephanie L. Teicher | 1997 | 495 | 3.00 | 1,485.00 |
| Sina Toussi | 1995 | 495 | 21.30 | 10,543.50 |
| David M. Turetsky | 2002 | 375 | 69.10 | 25,912.50 |
| Christopher J. Ulery | 1997 | 495 | 4.40 | 2,178.00 |
| | | | | |
| | TOTAL ASSOCIATES | | 840.90 | $364,227.00 |

| PARAPROFESSIONALS | | | | |
|---|---|---|---|---|
| Luisa Bonachea | | $125 | 69.60 | $ 8,700.00 |
| Michael L. Kreiner | | 170 | 13.20 | 2,244.00 |
| Johan Mathew | | 125 | 21.10 | 2,637.50 |
| Joseph J. Roman | | 70 | 11.10 | 777.00 |
| Stephanie Skelly | | 170 | 21.00 | 3,570.00 |
| Toy-Fung N. Tung | | 195 | 5.00 | 975.00 |
| Andrew F. Zsoldos | | 90 | 62.20 | 5,598.00 |
| | | | | |
| | TOTAL PARAPROFESSIONALS | | 203.20 | $ 24,501.50 |
| | | | | |
| | TOTAL | | 1,477.50 | $663,027.00 |
| | BLENDED HOURLY RATE | | | $448.75 |

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

## PROJECT CATEGORY SUMMARY
## (AUGUST 1, 2005 - AUGUST 31, 2005)

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Assets Dispositions (General) | 39.10 | $19,410.00 |
| Automatic Stay (Relief Actions) | 24.20 | $11,655.00 |
| Business Operations / Strategic Planning | 30.30 | $23,924.50 |
| Case Administration | 108.30 | $25,146.00 |
| Claims Administration (General) | 76.30 | $38,137.50 |
| Claims Administration (Reclamation / Trust Funds) | 266.70 | $100,363.50 |
| Claims Administration (PACA / PASA) | 14.00 | $7,293.50 |
| Creditor Meetings / Statutory Committees | 42.40 | $21,706.00 |
| Employee Matters (General) | 53.70 | $28,629.00 |
| Executory Contracts (Personalty) | 54.10 | $28,729.50 |
| Financing (DIP and Emergence) | 33.70 | $16,141.50 |
| Insurance | 26.50 | $15,412.00 |
| Leases (Real Property) | 245.80 | $108,470.50 |
| Litigation (General) | 6.20 | $2,733.00 |
| Non-Working Travel Time | 7.30[1] | $4,394.00 |
| Regulatory and SEC Matters | 2.20 | $1,177.00 |
| Reorganization Plan / Plan Sponsors | 71.00 | $40,253.00 |
| Reports and Schedules | 1.60 | $792.00 |
| Retention / Fee Matters (SASM&F) | 145.70 | $62,023.50 |
| Retention / Fee Matters / Objections (Others) | 53.30 | $25,054.00 |
| Tax Matters | 11.50 | $6,368.50 |
| Utilities | 137.60 | $60,286.50 |
| Vendor Matters | 26.00 | $14,927.00 |
| **TOTAL** | **1,477.50** | **$663,027.00** |

---

[1]    Hours billed represent 50% of hours actually spent traveling.

568465.02-New York S2A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 09/08/05
Assets Dispositions (General)                                    Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER DJ | 08/01/05 | 0.30 | REVIEW AND RESPOND TO QUESTIONS FROM WORKING GROUP REGARDING AUCTION DATES (.3). |
| HENRY S | 08/01/05 | 0.30 | T/C SHEON KAROL AND EMILIO ALMODOVAR RE: SETTING UP FOR AUCTION. |
| GRAY RW | 08/01/05 | 0.20 | DRAFT MEMO TO B. WALSH, B. FISHER AND M. LEBLANC RE: MEDICAID NUMBER ISSUE IN SALE CONTEXT (0.2). |
| LEAMY JM | 08/01/05 | 0.10 | EMAIL S. KAROL RE: POTENTIAL PURCHASER INQUIRY. |
| SKELLY S | 08/02/05 | 1.90 | REVIEW DOCKET FOR MOTION AND ORDER RE: SALE OF ASSETS (.5); REVIEW EXHIBITS FOR INFORMATION REGARDING STORE LEASE (1.4). |
| GRAY RW | 08/03/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM B. WALSH RE: HANDLING OF SALE PROCEEDS UNDER DIP (0.1). |
| LAMAINA KA | 08/03/05 | 0.60 | BEGIN LOGISTICAL WORK RE: UPCOMING AUCTION (.6). |
| BAKER DJ | 08/05/05 | 0.50 | TELEPHONE CALL WITH DEBTORS REGARDING ISSUES RELATED TO SALE OF LEASES (.5). |
| HENRY S | 08/05/05 | 1.50 | MEMO ALMODOVAR RE: AUCTION (.4); PREPARE AUCTION ARRANGEMENTS (1.1). |
| LAMAINA KA | 08/05/05 | 0.80 | CORRESPONDENCE WITH S.HENRY, M.CIPRIANI OF SKADDEN AND B.WALSH AND M. HEINZ OF KING AND SPALDING RE: AUCTION (.2); BEGIN PREPARATIONS RE: PROCEDURES (.5); REVIEW CORRESPONDENCE FROM S.KAROL RE: SAME (.1). |
| SKELLY S | 08/05/05 | 0.80 | REVIEW AND PROVIDE ATTORNEY WITH MOTION RE: SALE OF ASSETS AND ALL EXHIBITS. |
| BAKER DJ | 08/08/05 | 0.60 | REVIEW QUESTIONS WITH RESPECT TO AUCTION ISSUES (.1); T/C WITH S. HENRY RE: SAME (.1); T/C JUDY THOMPSON WITH RESPECT TO AUCTION ISSUES (.4). |
| HENRY S | 08/08/05 | 2.70 | SET UP ARRANGEMENTS FOR AUCTION (1.2); T/CS JUDY THOMPSON RE: BIDDING PROCEDURES QUESTIONS (.4); T/C BAKER RE: CALL FROM JOHNSON (.1); REVIEW CORRESPONDENCE FROM D. J. BAKER RE: SAME (.3); REVIEW OF ORDERS RE: SAME (.7). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | | |
|---|---|---|---|---|
| LAMAINA KA | 08/08/05 | 11.40 | | ADDRESS AUGUST 9, 2005 AUCTION ISSUES RAISED BY PROFESSIONALS AND CORRESPONDENCE WITH S. KAROL, B. WALSH AND J.DIMITRIO RE: SAME (3.5); RESPOND TO SEVERAL INQUIRIES FROM 3 BIDDING PARTIES AND PREPARE MEMORANDA TO TEAM RE: SAME (2.8); PREPARE MULTIPLE DOCUMENTS FOR AUGUST 9, 2005 AUCTION AND PREPARE FOR DISTRIBUTION AT AUCTION (4.5); CORRESPONDENCE WITH M. HAGER AND OTHER PROFESSIONALS RE: ATTENDANCE (.6). |
| LEAMY JM | 08/08/05 | 0.10 | | REVIEW B. CROCKER EMAIL RE: AUGUST 9 AUCTION AND EMAIL S. KAROL RE: SAME. |
| HENRY S | 08/09/05 | 4.20 | | MEET WITH WALSH, KAROL AND ALMODOVAR IN ANTICIPATION OF AUCTION (.8); CONTINUE SETUP FOR AUCTION (.7); PREPARE INTRODUCTORY REMARKS FOR AUCTION (.7); PARTICIPATE IN AUCTION (.8); MEET WITH KAROL, WALSH, ALMODOVAR ET AL. IN POST-AUCTION ROUNDUP TO DETERMINE STEPS GOING FORWARD (1.2). |
| LAMAINA KA | 08/09/05 | 7.50 | | COMPLETE PREPARATIONS FOR SECOND ROUND AUCTION (1.3); MEETINGS WITH VARIOUS PROFESSIONALS/BIDDING PARTIES AT AUCTION (2.5); ATTEND AUCTION AND DISCUSS POST-AUCTION ISSUES AND STRATEGY RE: LEASES (3.3); MULTIPLE CORRESPONDENCE WITH J.THOMPSON RE: BIDDING PROCEDURES (.4). |
| LEAMY JM | 08/09/05 | 0.10 | | EMAIL S. KAROL RE: SALE INQUIRY. |
| BAKER DJ | 08/22/05 | 0.30 | | REVIEW EMAIL REGARDING ASSET SALES AND RESPOND TO SAME (.3). |
| LAMAINA KA | 08/22/05 | 0.90 | | T/C TO B.GASTON RE: INQUIRY FROM LANDLORD RE: STATUS OF SALE SINCE AUCTION 8/9 (.1); T/C TO VERITEXT RE: STATUS OF TRANSCRIPT (.2); REVIEW TRANSCRIPT AND PREPARE MEMO TO C.JACKSON RE: SAME (.4); FURTHER CORRESPONDENCE WITH B.GASTON RE: STORE (MESSAGE FROM AND TO) (.2). |
| HENRY S | 08/24/05 | 0.80 | | REVIEW CORRESPONDENCE FROM COMMITTEE REGARDING PROCEEDS FROM ASSET DISPOSITIONS (.5); MEMORANDUM TO APPEL RELATING TO LETTER FROM COMMITTEE (.3). |
| GRAY RW | 08/24/05 | 0.10 | | REVIEW AND RESPOND TO MEMO FROM J. BAKER RE: SALE PROCEED ALLOCATION ISSUE (0.1). |
| LEAMY JM | 08/25/05 | 0.10 | | REVIEW E. CROCKER EMAIL RE: AUCTION INQUIRY TO LOGAN. |
| HENRY S | 08/29/05 | 0.20 | | RESPOND TO COMMITTEE LETTER REGARDING ASSET SALE PROCEEDS (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| LEAMY JM | 08/29/05 | 0.10 | EMAIL B. GASTON RE: AUCTION INQUIRY. |
|----------|----------|------|--------------------------------------|
| HENRY S | 08/30/05 | 0.70 | REVIEW INTERACTION OF LEASE ISSUE WITH ASSET DISPOSITION STRATEGY. |
| GRAY RW | 08/30/05 | 0.60 | REVIEW LETTER AND RIDER FROM MILBANK RE: ASSET SALE PROCEEDS, AND DRAFT MEMO TO S. HENRY RE: SAME (0.6). |
| BAKER DJ | 08/31/05 | 1.60 | ADDRESS EQUITY COMMITTEE ISSUE (1.6). |
| **MATTER TOTAL** | | **39.10** | |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 09/08/05
Automatic Stay (Relief Actions)                  Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 08/01/05 | 1.00 | REVIEW ISSUE RE: AUTOMATIC STAY RIGHTS RELATING TO DEFENSE OF AUTOMOBILE CLAIMS (.2); REVIEW EMAILS RE: SAME (.1); REVIEW DANNON STAY RELIEF MOTION (.2); TEL CONFS WITH D. SUDOCK (COUNSEL FOR DANNON) RE: OBTAINING BACKUP DOCUMENTATION FOR CLAIM AMOUNTS ASSERTED IN DANNON'S MOTION (.2); DRAFT EMAIL TO S. HENRY RE: SAME (.1); DRAFT EMAIL TO R. DAMORE RE: GATHERING FACTS RE: DANNON LIFT STAY MOTION (.2). |
| HENRY S | 08/03/05 | 0.30 | ANALYSIS RE: MOTION TO LIFT STAY TO ALLOW SETOFF (.2); T/C EICHEL RE: SAME (.1). |
| EICHEL S | 08/03/05 | 0.80 | REVIEW ISSUES RE: DANNON'S MOTION TO LIFT STAY (.4); TEL CONF WITH S. HENRY RE: DANNON'S LIFT STAY MOTION (.1); TEL CONF WITH B. KICHLER RE: REVIEW OF INFORMATION PROVIDED BY DANNON (.1); DRAFT EMAILS TO E. LANE RE: INFORMATION PROVIDED BY DANNON (.2). |
| EICHEL S | 08/04/05 | 0.30 | REVIEW ISSUE RE: DANNON LIFT STAY MOTION (.1); TEL. CONF. WITH D. SUDOCK RE: ADJOURNING DANNON LIFT STAY MOTION (.2). |
| EICHEL S | 08/08/05 | 0.20 | ADDRESS ISSUE RE: ADJOURNMENT OF DANNON LIFT STAY MOTION (.2). |
| EICHEL S | 08/09/05 | 1.00 | TEL CONF WITH B. KICHLER RE: CONTACT PERSON FOR DANNON IN CONNECTION WITH RESOLVING LIFT STAY MOTION (.1); TEL CONF WITH J. POST RE: STIPULATION ADJOURNING DANNON LIFT STAY MOTION (.1); REVIEW PROPOSED DANNON STIPULATION ADJOURNING DANNON HEARING (.1); REVIEW EMAIL RE: DANNON'S CLAIM IN CONNECTION WITH DANNON'S LIFT STAY MOTION AND RESPOND TO RELATED ISSUES (.5); DRAFT EMAIL TO D. SUDOCK RE: STIPULATION ADJOURNING LIFT STAY MOTION (.1); REVIEW EMAIL FROM D. SUDOCK RE: DANNON LIFT STAY MOTION AND RESPOND TO SAME (.1). |
| EICHEL S | 08/10/05 | 0.10 | TEL. CONF. WITH D. SUDOCK RE: DANNON'S CLAIM AND ADJOURNING LIFT STAY MOTION (.1). |

DCSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/11/05 | 1.50 | TEL CONF WITH R. DAMORE RE: DANNON AND CALCULATION OF ITS CLAIMS IN CONNECTION WITH LIFT STAY MOTION AND ISSUES RE: MEMORANDUM AGREED OF TERMS (.1); REVIEW ISSUES RE: MEMO OF AGREED TERMS (.2); DRAFT EMAIL TO R. DAMORE RE: PROCESS WITH VENDORS AND DOCUMENTS TO BE EXECUTED (.2); DRAFT EMAIL TO B. KICHLER ATTACHING D. SUDOCK'S MAIL RE: ADJOURNMENT OF DANNON MOTION (.1); TEL CONF WITH D. SUDOCK RE: STIPULATION ADJOURNING DANNON'S MOTION (.1); TEL CONF WITH B. KICHLER RE: DANNON (.1); TEL CONF WITH S. HENRY RE: STATUS OF DANNON LITIGATION (.1); DRAFT EMAIL TO R. DAMORE AND R. DESHONG RE: DANNON LITIGATION (.1); CONTINUE TO ADDRESS ISSUES RE: DANNON CLAIM (.5). |
| EICHEL S | 08/12/05 | 4.60 | CONTINUE TO ADDRESS ISSUES RE: DANNON RE: LITIGATION, INCLUDING PREPARING RESPONSE TO DANNON'S MOTION (2.6); TELEPHONE CONFS WITH D. SUDOCK RE: ADJOURNMENT OF DANNON HEARING (.2); DRAFT EMAIL TO D. DAMORE AND R. DESHONG REGARDING CONTRACT WITH DANNON (.1); REVIEW RESPONSIVE EMAILS REGARDING CONTRACT WITH DANNON (.3); TEL CONFS WITH T. MCNAMARA RE: DANNON LITIGATION AND SLOTTING FEES (.2); ADDRESS ISSUES RE: NOTICE OF DEPOSITION IN CONNECTION WITH DANNON LITIGATION (1.2). |
| HENRY S | 08/15/05 | 1.20 | MEET WITH EICHEL RE: LEGAL ISSUES RELATING TO SETOFF MOTION (.3); ANALYSIS RE: SAME (.8); T/C S. EICHEL RE: EVIDENCE FOR HEARING ON MOTION TO LIFT AUTOMATIC STAY (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 08/15/05 | 2.80 | REVIEW CORRESPONDENCE RE: DANNON LITIGATION AND STRATEGY AND WITNESSES FOR HEARING (.2); TEL CONF WITH S. HENRY RE: WITNESSES FOR DANNON MATTER (.1); CONF WITH S. HENRY RE: LEGAL ISSUES RE: DANNON LITIGATION (.3); DRAFT EMAIL TO J. POST RE: DANNON STIPULATION (.1); TEL CONF WITH T. MCNAMARA RE: DANNON'S SLOTTING FEES (.1); DRAFT MEMO RE: CONVERSATION WITH T. MCNAMARA RE: DANNON'S SLOTTING FEES (.1); DRAFT EMAIL TO D. SUDOCK RE: STIPULATION ADJOURNING HEARING (.1); TEL CONF WITH D. SUDOCK RE: DANNON STIPULATION (.1); DRAFT EMAIL TO L. PRENDERGAST RE: EXECUTION OF DANNON STIPULATION (.1); REVIEW EMAIL FROM L. PRENDERGAST RE: DANNON STIPULATION (.1); TEL CONF WITH L. PRENDERGAST RE: DANNON STIPULATION (.1); RESEARCH RE: FLORIDA STATUTES OF FRAUDS IN CONNECTION WITH DANNON LITIGATION (.8); REVIEW CORRESPONDENCE FROM COUNSEL RE: EXECUTION AND FILING OF STIPULATION ADJOURNING DANNON MATTER (.1); TEL CONF WITH D. SUDOCK RE: EXTENSION OF TIME TO OBJECT TO DANNON LIFT STAY MOTION (.1); DRAFT EMAIL TO D. SUDOCK RE: EXTENSION OF TIME TO OBJECT TO LIFT STAY MOTION (.1); DRAFT EMAIL RE: IDENTIFICATION OF DANNON BUSINESS PERSON (.1); REVIEW FLORIDA LOCAL RULES IN CONNECTION WITH DRAFTING EMAIL RE: EXTENSION OF TIME TO OBJECT TO LIFT STAY MOTION (.2). |
| --- | --- | --- | --- |
| GRAY RW | 08/16/05 | 0.10 | REVIEW MEMO FROM J. EIKNER AND LETTER RE: MOTION TO LIFT STAY AND DRAFT REPLY (0.1). |
| RAVIN AS | 08/17/05 | 0.10 | REVIEW CORRESPONDENCE FROM J. BECKER RE: STAY RELIEF IN CONNECTION WITH AMANDA JOHNSON, AS PARENT AND NEXT FRIEND OF BRENDEN JOHNSON, A MINOR, AND ADDRESS ISSUES RE: SAME. |
| EICHEL S | 08/18/05 | 1.00 | REVIEW EMAIL FROM D. SUDOCK (DANNON'S COUNSEL) RE: DANNON'S INVOICES (.1); DRAFT EMAIL TO R. DAMORE AND T. MCNAMARA RE: SAME (.1); REVIEW RESPONSE FROM T. MCNAMARA (.1); DRAFT EMAIL TO R. DAMORE AND T. MCNAMARA RE: NEGOTIATIONS (.1); REVIEW EMAIL FROM T. MCNAMARA RE: DANNON AND RESPOND TO SAME (.2); TEL CONF WITH T. MCNAMARA AND R. DAMORE RE: DANNON CLAIM AND UPCOMING NEGOTIATIONS WITH DANNON (.2); REVIEW EMAIL FROM D. SUDOCK RE: NEGOTIATIONS (.1); DRAFT EMAIL TO R. DAMORE AND T. MCNAMARA RE: SAME (.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/19/05 | 0.10 | REVIEW EMAIL FROM S. HENRY RE: DANNON NEGOTIATIONS (.1). |
| EICHEL S | 08/22/05 | 0.40 | DRAFT EMAIL TO R. DAMORE AND T. MCNAMARA RE: STATUS OF DANNON NEGOTIATIONS (.1); REVIEW EMAIL FROM B. KICHLER RE: DANNON (.1); REVIEW EMAILS RE: COMMUNICATING WITH DANNON (.1); REVIEW EMAIL FROM R. DAMORE RE: STATUS OF DANNON NEGOTIATIONS (.1). |
| EICHEL S | 08/24/05 | 0.30 | TEL. CONFS. WITH M. HAGAR RE: DANNON LITIGATION AND SUPPORTING DOCUMENTATION (.2); DRAFT EMAIL TO R. DAMORE AND B. FISHER RE: CARDINAL HEALTH (.1). |
| EICHEL S | 08/25/05 | 1.50 | TEL. CONF. WITH R. DAMORE RE: DANNON ISSUES (.2); REVIEW EMAIL FROM B. KICHLER RE: SENDING DANNON RELATED DOCUMENTS (.1); REVIEW R. DAMORE'S EMAIL RE: DANNON MATTER (.1); DRAFT RESPONSIVE EMAIL TO R. DAMORE RE: DANNON (.1); DRAFT LETTER TO B. KICHLER RE: DOCUMENTATION RE: SLOTTING ARRANGEMENT WITH DANNON (.1); REVIEW DANNON DOCUMENTS TO BE SENT (.2); DRAFT EMAIL TO M. HAGAR RE: DANNON SLOTTING RELATED DOCUMENTS (.1); REVIEW EMAIL FROM M. HAGAR RE: DANNON DOCUMENTS (.1); DRAFT EMAIL TO M. HAGAR IN RESPONSE TO HER INQUIRY RE: DANNON DOCUMENTS (.1); DRAFT EMAIL TO J. CARR (DANNON'S COUNSEL) RE: STATUS OF NEGOTIATIONS WITH DANNON (.2); TEL. CONF. WITH J. CARR RE: NEGOTIATIONS WITH DANNON (.1); REVIEW EMAIL FROM J. CARR RE: NEGOTIATIONS (.1). |
| KALOUDIS D | 08/25/05 | 5.10 | RESEARCH 11TH CIRCUIT CASE LAW REGARDING AUTOMATIC STAY AND LANDLORDS (.9); REVIEW SAME (1.2); RESEARCH 11TH CIRCUIT CASE LAW REGARDING ENFORCEMENT OF JUDICIAL ORDERS (.9); REVIEW SAME (.8); REVISE DEBTOR'S EMERGENCY MOTION FOR ORDER UNDER SECTIONS 105 AND 362 (.8); CONFER WITH A. RAVIN RE: SAME (.5). |
| GRAY RW | 08/26/05 | 0.20 | REVIEW AND PROVIDE COMMENTS ON ADVERSARY COMPLAINT FOR STAY VIOLATION (0.2). |
| EICHEL S | 08/26/05 | 0.30 | DRAFT EMAIL TO J. POST RE: HERITAGE STIPULATION (.1); REVIEW RESPONSE FROM K. WARD RE: HERITAGE ORDER (.1); REVIEW J. CARR'S EMAIL RE: NEGOTIATIONS WITH DANNON (.1). |
| EICHEL S | 08/27/05 | 0.10 | REVIEW EMAIL FROM J. CARR (DANNON'S COUNSEL) RE: RECONCILIATION OF DANNON'S CLAIMS. |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/29/05 | 0.20 | WORK ON RESPONSE TO J. CARR'S EMAIL RE: NEGOTIATION WITH DANNON (.1); TEL CONF WITH R. DAMORE RE: DANNON NEGOTIATIONS (.1). |
| EICHEL S | 08/30/05 | 0.10 | DRAFT EMAIL TO G. ESTILL RE: STATUS OF PAYMENT FROM HERITAGE MINT. |
| EICHEL S | 08/31/05 | 0.90 | DRAFT EMAIL TO R. DAMORE RE: STATUS OF DANNON NEGOTIATIONS (.1); REVIEW EMAIL FROM G. ESTILL RE: HERITAGE MINT (.1); TEL. CONF. WITH G. ESTILL RE: HERITAGE PAYMENT (.1); DRAFT EMAIL TO S. WEATHERMON RE: HERITAGE MINT'S SETTLEMENT PAYMENT (.1); REVIEW EMAIL FROM S. WEATHERMON RE: HERITAGE PAYMENT (.1); DRAFT EMAIL TO G. ESTILL RE: WIRE INSTRUCTIONS FOR HERITAGE PAYMENT (.1); REVIEW EMAIL FROM B. KICHLER RE: HERITAGE MINT WIRE INSTRUCTIONS (.1); REVIEW EMAIL FROM D. BRYANT RE: WIRING INSTRUCTIONS FOR HERITAGE MINT PAYMENT (.1); REVIEW EMAIL FROM R. DAMORE RE: DANNON RECONCILIATION (.1). |

**MATTER TOTAL**                    **24.20**

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                        Bill Date: 09/08/05
Business Operations / Strategic Planning             Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 08/02/05 | 1.40 | REVIEW ISSUES RELATED TO BOARD OF DIRECTORS (1.1); TELEPHONE CALL L. APPEL REGARDING BOARD ISSUES (.3). |
| BAKER DJ | 08/05/05 | 0.40 | TELEPHONE CALL J. SKELTON WITH RESPECT TO ISSUES RELATED TO BOARD OF DIRECTORS (.4). |
| BAKER DJ | 08/08/05 | 2.30 | REVIEW ISSUES WITH RESPECT TO CORPORATE GOVERNANCE (1.1); BEGIN REVIEW OF BOARD NOTEBOOK DISTRIBUTED IN ADVANCE OF MEETING OF BOARD OF DIRECTORS (1.2). |
| BAKER DJ | 08/09/05 | 0.60 | CONFERENCE CALL WITH WINN-DIXIE SENIOR MANAGEMENT REGARDING OPERATIONAL ISSUES AND BUSINESS PLAN (.6). |
| GRAY RW | 08/09/05 | 0.60 | UPDATE CALL WITH CLIENT AND ADVISORS (0.6). |
| BAKER DJ | 08/10/05 | 6.20 | CONTINUE PREPARATION FOR BOARD MEETING AND REVIEW OF BOARD MATERIALS (6.2). |
| BAKER DJ | 08/11/05 | 7.20 | CONTINUE PREPARATION FOR MEETING WITH BOARD OF DIRECTORS (3.0); ATTEND MEETING OF BOARD OF DIRECTORS (4.2). |
| BAKER DJ | 08/12/05 | 1.00 | REVIEW BUSINESS PLAN ISSUES (1.0). |
| BAKER DJ | 08/16/05 | 0.80 | PARTICIPATE IN WINN-DIXIE CONFERENCE CALL REGARDING OPERATIONS AND BUSINESS STRATEGIC ISSUES (.8). |
| GRAY RW | 08/16/05 | 0.80 | UPDATE CALL WITH CLIENT AND ADVISORS RE: PENDING MATTERS (0.8). |
| BAKER DJ | 08/23/05 | 1.10 | PREPARE FOR CONFERENCE CALL REGARDING OPERATIONS AND RELATED MATTERS (.4); PARTICIPATE IN CONFERENCE CALL WITH WINN-DIXIE SENIOR MANAGEMENT AND OUTSIDE ADVISORS REGARDING OPERATIONS AND RELATED MATTERS (.7). |
| GRAY RW | 08/23/05 | 0.70 | UPDATE CALL WITH CLIENT AND ADVISORS RE: PENDING MATTERS (.7). |
| BAKER DJ | 08/29/05 | 1.60 | TELEPHONE CALL J. SKELTON WITH RESPECT TO MEETING OF BOARD OF DIRECTORS (.4); BEGIN REVIEW OF MATERIALS TO BE CONSIDERED AT MEETING OF BOARD OF DIRECTORS (1.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| BAKER DJ | 08/30/05 | 1.00 | TELEPHONE CALL J. SKELTON REGARDING BOARD OF DIRECTOR ISSUES (.4); PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT AND OUTSIDE ADVISORS TO REVIEW BUSINESS OPERATIONS AND STRATEGY (.6). |
|---|---|---|---|
| HENRY S | 08/30/05 | 0.60 | PARTICIPATE IN CONFERENCE CALL RE: BUSINESS STRATEGIES AND REORGANIZATION ISSUES (.6). |
| GRAY RW | 08/30/05 | 0.60 | UPDATE CALL WITH CLIENT AND ADVISORS (0.6). |
| BAKER DJ | 08/31/05 | 2.70 | TELEPHONE CALL J. SKELTON WITH RESPECT TO BOARD OF DIRECTORS' ISSUES (.3); CONTINUE PREPARATION FOR MEETING OF BOARD OF DIRECTORS (2.4). |
| GRAY RW | 08/31/05 | 0.70 | ADDRESS FEMA REQUESTS FOR USE OF STORES (0.4); TC WITH J. JAMES, C. IBOLD, K. DAW ET AL. RE: FEMA REQUESTS (0.3). |

**MATTER TOTAL**                                **30.30**

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Case Administration**

**Bill Date: 09/08/05**
**Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 08/01/05 | 0.30 | T/C JACKSON, BUSEY AND RAVIN REGARDING HEARING PREPARATION ISSUES. |
| GRAY RW | 08/01/05 | 0.70 | CONF CALL WITH C. JACKSON ET AL. RE: AGENDA ISSUES FOR THURSDAY (0.3); REVIEW AND PROVIDE COMMENTS ON AGENDA AND TC WITH C. JACKSON RE: SAME (0.1); REVIEW AND COMMENT ON CASE CALENDAR (0.1); REVIEW DOCKET UPDATE (0.1); REVIEW ADMINISTRATIVE CLAIM APPLICATION AND COORDINATE RE: CALENDARING (0.1). |
| LAMAINA KA | 08/01/05 | 0.40 | REVIEW ISSUES RE: 7/29 EMAIL TO S.HENRY (.2); PREPARE MEMO RE: SAME (.2). |
| RAVIN AS | 08/01/05 | 0.40 | TELEPHONE CONFERENCE WITH C. JACKSON, S. HENRY AND R. GRAY RE: ISSUES RELATED TO AUGUST 4TH HEARING (.3); REVIEW DRAFT CASE CALENDAR (.1). |
| TURETSKY DM | 08/01/05 | 0.10 | TELEPHONE CALL WITH A. WALLIS RE: GENERAL INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (0.1). |
| BONACHEA L | 08/01/05 | 2.20 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS DOCKET FOR UPDATES (.2); DISTRIBUTE MEDIA UPDATE (.1); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.7); CIRCULATE ORDERS AND PLEADINGS ENTERED ON THE DOCKET (.7); TC WITH K. LAMAINA RE: FILING OF CERTIFICATES OF SERVICE (.3). |
| SKELLY S | 08/01/05 | 0.90 | ASSIST WITH DISTRIBUTION. |
| GRAY RW | 08/02/05 | 0.40 | REVIEW AND RESPOND TO MEMO FROM K. WARD RE: AGENDA (0.1); TC WITH C. JACKSON RE: AGENDA ISSUES (0.1); REVIEW DOCKET UPDATE (0.1); PROVIDE FURTHER CALENDAR UPDATE COMMENTS (0.1). |
| BONACHEA L | 08/02/05 | 3.90 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATES (.2); DISTRIBUTE MEDIA UPDATE (.1); UPDATE CASE CALENDAR (.9); RESEARCH RE: PRECEDENTS ON EXCLUSIVITY PLEADINGS (.2); SEARCH DOCKETS FOR REQUESTED LEASE REJECTION PLEADINGS (.5); UPDATE MASTER SERVICE LIST (.3); SERVE BAKER DECLARATION (.2); RETRIEVE REQUESTED PLEADINGS (.7); CIRCULATE REQUESTED PLEADINGS (.6). |
| HENRY S | 08/03/05 | 0.80 | PREPARE FOR 8/4 HEARING BY REVIEWING BRIEFS/PLEADINGS. |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 08/03/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |
| RAVIN AS | 08/03/05 | 0.20 | TELEPHONE CONFERENCE WITH C. JACKSON AND S. BUSEY RE: ISSUES RELATED TO AGENDA FOR HEARING (.1); REVIEW VARIOUS PLEADINGS FILED (.1). |
| BONACHEA L | 08/03/05 | 3.80 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS DOCKET (.2); PREPARE BINDERS AND HEARING PREPARATION FOR AUGUST 4 HEARING RE: ACE INSURANCE MOTION, FEE APPLICATIONS AND TRANSAMERICA OBJECTION (1.8); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.5); SERVE TRADE VENDOR ORDER AND UPDATE RECLAMATION SERVICE LIST (1.0); UPDATE MASTER SERVICE LIST (.1). |
| MATHEW J | 08/03/05 | 0.50 | ORGANIZE AND MAINTAIN CASE FILES AND PREPARE DOCUMENTS FOR TURNOVER TO NEW LEGAL ASSISTANT. |
| SKELLY S | 08/03/05 | 2.10 | PREPARE SERVICE RE: VENDOR ORDER. |
| GRAY RW | 08/04/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |
| LAMAINA KA | 08/04/05 | 2.50 | CORRESPONDENCE WITH SMITH HULSEY RE: 8/4 HEARING (1.0); FINALIZE HEARING ISSUES (1.5). |
| LEAMY JM | 08/04/05 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR. |
| RAVIN AS | 08/04/05 | 0.10 | TELEPHONE CONFERENCE WITH E. SCHULE RE: ISSUES RELATED TO HEARING. |
| TOUSSI S | 08/04/05 | 0.40 | REVIEW DOCKET ENTRIES RE: RECLAMATION, PACA AND OTHER MOTIONS (.4). |
| BONACHEA L | 08/04/05 | 3.70 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATES (.2); PREPARE MEDIA DISTRIBUTION (.1); UPDATE WORKING GROUP LIST (.6); UPDATE EMAIL DISTRIBUTION LISTS (.1); RETRIEVE REQUESTED PLEADINGS (.5); FILE CASE DOCUMENTS (.5); UPDATE CASE CALENDAR (1.0); UPDATE MASTER SERVICE LIST (.5). |
| KREINER ML | 08/04/05 | 0.60 | UPDATE EXTRANET WITH NEWLY FILED PLEADINGS. |
| SKELLY S | 08/04/05 | 1.80 | PREPARE FOR SERVICE. |
| GRAY RW | 08/05/05 | 0.20 | TCS WITH E. SCHULE AND M. BYRUM ASSISTANT RE: PAYMENT OF QUARTERLY FEES (0.1); REVIEW DOCKET UPDATE (0.1). |
| LAMAINA KA | 08/05/05 | 2.10 | CORRESPONDENCE WITH CONFERENCE SERVICES RE: LOGISTICS OF 8/9 EVENT AND CORRESPONDENCE WITH TECH SUPPORT RE: SAME. |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/05/05 | 0.20 | REVIEW VARIOUS ORDERS ENTERED AND PLEADINGS FILED. |
| BONACHEA L | 08/05/05 | 4.40 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS DOCKET FOR UPDATES (.2); PREPARE MEDIA DISTRIBUTION (.2); UPDATE MASTER SERVICE LIST AND PREPARE AND SEND PLEADING FOR FILING (.4); CIRCULATE ORDERS ENTERED ON DOCKET (.4); SERVE UTILITIES AND REJECTION ORDERS ENTERED (1.0); RETRIEVE REQUESTED PLEADINGS (1.0); PREPARE CERTIFICATES OF SERVICE (.9); TCS RE: FILING OF PROOFS OF CLAIM (.1). |
| MATHEW J | 08/05/05 | 0.20 | COORDINATE WITH LEGAL TECHNOLOGY AND LEGAL ASSISTANTS REGARDING ADDITIONAL USERS TO EXTRANET. |
| KREINER ML | 08/05/05 | 0.50 | UPDATE EXTRANET. |
| SKELLY S | 08/05/05 | 1.10 | PREPARE SERVICE RE: VENDOR ORDER. |
| FELD SR | 08/08/05 | 0.30 | REVIEW CASE CALENDAR. |
| GRAY RW | 08/08/05 | 0.30 | REVIEW DOCKET UPDATE (0.1); REVIEW AND PROVIDE COMMENTS ON CASE CALENDAR (0.2). |
| LAMAINA KA | 08/08/05 | 2.70 | ADDRESS AND ATTEND TO LOGISTICAL ISSUES AND PROCEDURES RE: AUCTION (2.0); CORRESPONDENCE WITH CONFERENCE SERVICES RE: SAME (.3); CORRESPONDENCE WITH VERITEXT RE: SAME (.1); CORRESPONDENCE WITH TECH SUPPORT RE: SAME (.3). |
| BONACHEA L | 08/08/05 | 3.50 | DOCKET CHECK FOR UPDATES (.3); CHECK BUEHLERS DOCKET FOR UPDATES (.2); PREPARE MEDIA DISTRIBUTION (.1); RETRIEVE REQUESTED PLEADINGS (.5); REVIEW AND ADDRESS ISSUES RE: SERVICE OF REJECTION PLEADINGS (.5); UPDATE CASE CALENDAR (.5); UPDATE MASTER SERVICE LIST (1.0); ADDRESS ISSUES RE: ELECTRONIC SERVICE REQUIREMENT AND NEW NOTICE PARTIES (.4). |
| SKELLY S | 08/08/05 | 1.30 | SERVE AMENDED VENDOR ORDER. |
| FELD SR | 08/09/05 | 0.10 | REVIEW HEARING AGENDA. |
| GRAY RW | 08/09/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | | |
|---|---|---|---|---|
| BONACHEA L | 08/09/05 | 2.40 | | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATES (.2); PREPARE MEDIA DISTRIBUTION (.1); CHECK INFORMATION LINE PHONE MESSAGES (.1); FILE CASE DOCUMENTS (.2); PREPARE CERTIFICATES OF SERVICE RE: ORDERS ENTERED (.7); ADDRESS SERVICE ISSUES RE: REJECTION MOTION AS OF AUGUST 18 (.4); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.3); SEARCH ENRON DOCKET FOR REQUESTED PLEADINGS (.2). |
| SKELLY S | 08/09/05 | 0.40 | | PRINT EMAILS FOR FILING. |
| GRAY RW | 08/10/05 | 0.10 | | REVIEW DOCKET UPDATE (0.1). |
| BONACHEA L | 08/10/05 | 1.80 | | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS DOCKET FOR UPDATES (.2); RETRIEVE REQUESTED PLEADINGS FROM BUEHLERS DOCKET (.7); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.4); ADDRESS ISSUES RE: SERVICE OF AMENDED NOTICE OF HEARING FOR HEARING ON TRADE VENDORS STIPULATION (.3). |
| SKELLY S | 08/10/05 | 1.60 | | PRINT AND FILE EMAILS. |
| GRAY RW | 08/11/05 | 0.20 | | TC WITH C. JACKSON RE: FILINGS TOMORROW (0.1); REVIEW DOCKET UPDATE (0.1). |
| TURETSKY DM | 08/11/05 | 0.10 | | TELEPHONE CALL WITH B. WERKHEISER RE: GENERAL INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (0.1). |
| MATHEW J | 08/11/05 | 1.90 | | REVIEW DOCKET AND FILES FOR AUGUST 4TH HEARING TRANSCRIPT AND COORDINATE WITH ATTORNEYS AND SMITH HULSEY REGARDING ORDERING TRANSCRIPT (.7); ORGANIZE FILES FOR TURNOVER TO NEW LEGAL ASSISTANT (1.2). |
| SKELLY S | 08/11/05 | 0.40 | | REVIEW DOCKET AND PROVIDE UPDATE (.2); REVIEW BUEHLER DOCKET AND PROVIDE UPDATE (.2). |
| BAKER DJ | 08/12/05 | 1.50 | | MEET WITH R. GRAY AND S. HENRY REGARDING CASE ISSUES (1.5). |
| HENRY S | 08/12/05 | 1.50 | | MEET WITH GRAY AND BAKER TO REVIEW NUMEROUS PENDING ISSUES INCLUDING EXIT STRATEGY. |
| GRAY RW | 08/12/05 | 1.80 | | REVIEW DOCKET UPDATE (0.1); TC WITH C. JACKSON RE: AGENDA ISSUES (0.1); REVIEW AND COMMENT ON AGENDA (0.1); CONF WITH J. BAKER AND S. HENRY RE: PENDING MATTERS (1.5). |
| LAMAINA KA | 08/12/05 | 0.20 | | REVIEW CORRESPONDENCE FROM PROFESSIONALS RE: FEE EXAMINER APPOINTMENT (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/12/05 | 0.20 | REVIEW VARIOUS PLEADINGS FILED AND ORDERS ENTERED INCLUDING ORDER GRANTING MOTION TO APPOINT FEE EXAMINER (.1); REVIEW CASE CALENDAR (.1). |
| BONACHEA L | 08/12/05 | 6.50 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS DOCKET FOR UPDATES (.2); PREPARE MEDIA DISTRIBUTION (.1); REVIEW AND LIST LEASES REJECTED (.1); EXCHANGE EMAILS WITH K. WARD, R. GRAY AND D. KALOUDIS RE: SERVICE OF ORDERS (.3); RETRIEVE REQUESTED PLEADINGS (.4); PREPARE FILING OF ORDINARY COURSE PROFESSIONAL SUBMISSION (.3); PREPARE NOTICES OF HEARING FOR FILING (.2); PREPARE CLAIMS PROCEDURE MOTION AND NOTICE OF HEARING FOR FILING (.7); ADDRESS FILING AND SERVICE ISSUES WITH K. WARD (.4); UPDATE MASTER SERVICE LIST (.5); SEND SAME FOR FILING (.1); PREPARE SERVICE AND SERVE 4 MOTIONS (REJECTION, EXCLUSIVITY, 365(D)(4) AND CLAIMS PROCEDURE) AND 2 ORDERS (REJECTION, DOWNTOWN TWO) (2.1); UPDATE CASE CALENDAR (.9). |
| GRAY RW | 08/15/05 | 0.30 | REVIEW CASE CALENDAR AND PROVIDE COMMENTS (0.2); REVIEW DOCKET UPDATE (0.1). |
| EICHEL S | 08/15/05 | 0.20 | REVIEW AND UPDATE CASE CALENDAR (.2). |
| LEAMY JM | 08/15/05 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR. |
| BONACHEA L | 08/15/05 | 3.40 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLER'S DOCKET FOR UPDATES (.2); DISTRIBUTE MEDIA UPDATE (.1); RETRIEVE REQUESTED PLEADINGS (.5); UPDATE WORKING GROUP LIST (.6); PREPARE ORDINARY COURSE PROFESSIONAL QUESTIONNAIRES SUBMISSION FOR FILING (.2); RETRIEVE REQUESTED OLD DIXIE DOCUMENTS AND CIRCULATE (.5); CONVERT LIFT STAY PLEADINGS TO PDF AND COMPARE WITH FILED VERSIONS (.3); UPDATE CASE CALENDAR (.8). |
| GRAY RW | 08/16/05 | 0.20 | REVIEW DOCKET UPDATE (0.1); TC WITH C. JACKSON RE: AGENDA AND REVIEW SAME (0.1). |
| RAVIN AS | 08/16/05 | 0.10 | REVIEW DOCKET AND VARIOUS PLEADINGS FILED. |
| BONACHEA L | 08/16/05 | 2.70 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLER'S DOCKET FOR UPDATES (.2); PREPARE AND DISTRIBUTE MEDIA UPDATE (.2); RETRIEVE REQUESTED PLEADINGS (.5); RETRIEVE REQUESTED PLEADINGS FROM BUEHLERS DOCKET (.3); UPDATE CASE CALENDAR (.2); PREPARE CERTIFICATES OF SERVICE (1.1). |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SKELLY S | 08/16/05 | 3.10 | PRINT AND FILE EMAILS RE: LEASES. |
| FELD SR | 08/17/05 | 0.20 | REVIEW CASE CALENDAR. |
| GRAY RW | 08/17/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |
| EICHEL S | 08/17/05 | 0.10 | REVIEW ITEMS ON DOCKET. |
| LEAMY JM | 08/17/05 | 0.10 | REVIEW AUGUST 18 HEARING AGENDA. |
| RAVIN AS | 08/17/05 | 0.30 | CONFERENCE WITH D. KALOUDIS RE: STAFFING ISSUES (.1); REVIEW VARIOUS PLEADINGS FILED AND SERVED (.1); ADDRESS ISSUES RELATED TO SAME (.1). |
| BONACHEA L | 08/17/05 | 3.20 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLER'S DOCKET FOR UPDATES (.2); DISTRIBUTE MEDIA UPDATE (.1); RETRIEVE REQUESTED PLEADINGS (.5); RETRIEVE REQUESTED PLEADINGS FROM BUEHLERS DOCKET (.2); FINALIZE AND SEND SIX CERTIFICATES OF SERVICE FOR FILING (.2); SERVE 4TH OMNIBUS REJECTION MOTION (.2); PRINT OUT NOTICES OF CLAIMS TRANSFER FOR RECLAMATION CLAIMANTS (.2); UPDATE RECLAMATION SERVICE LIST ACCORDINGLY AND TO INCLUDE NEW LOCAL COUNSEL (.4); UPDATE MASTER SERVICE LIST (.5); UPDATE LIST OF NOTICE PARTIES (.5). |
| HENRY S | 08/18/05 | 0.10 | CONFERENCE WITH S. EICHEL RE: ASSORTED CASE ISSUES (.1). |
| GRAY RW | 08/18/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |
| EICHEL S | 08/18/05 | 0.10 | TEL CONF WITH S. HENRY RE: STATUS (.1). |
| LEAMY JM | 08/18/05 | 0.10 | REVIEW AND COMMENT ON DRAFT CASE CALENDAR. |
| TURETSKY DM | 08/18/05 | 0.10 | TELEPHONE CALL TO S. BURNETTO RE: GENERAL INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (0.1). |
| BONACHEA L | 08/18/05 | 2.20 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLER'S DOCKET FOR UPDATES (.2); DISTRIBUTE MEDIA UPDATE (.1); RETRIEVE REQUESTED PLEADINGS (.5); UPDATE EMAIL DISTRIBUTION LISTS (.1); SERVE PLEADINGS AND ORDERS SENT TO SEC (.2); UPDATE CASE CALENDAR (.9). |
| FELD SR | 08/19/05 | 0.10 | REVIEW CASE CALENDAR. |
| GRAY RW | 08/19/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |

DG8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BONACHEA L | 08/19/05 | 2.40 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLER'S DOCKET FOR UPDATES (.2); DISTRIBUTE MEDIA UPDATE (.1); RETRIEVE REQUESTED PLEADINGS (.5); SERVE REJECTION ORDER AS OF AUGUST 18 (.5); CIRCULATE ORDERS ENTERED ON DOCKET (.6); UPDATE MASTER SERVICE LIST AND SEND PLEADING FOR FILING (.3). |
| GRAY RW | 08/22/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |
| RAVIN AS | 08/22/05 | 0.20 | REVIEW VARIOUS PLEADINGS FILED AND ADDRESS ISSUES RELATED TO SAME. |
| BONACHEA L | 08/22/05 | 3.00 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATE (.2); TCS AND EMAILS RE: NEW USERS TO EXTRANET AND CIRCULATE USER INFO (.3); CHECK INFORMATION PHONE LINE MESSAGES (.1); UPDATE CASE CALENDAR (.6); SERVE RETURNED TRADE VENDOR STIPULATION (.2); PREPARE CERTIFICATE OF SERVICE RE: REJECTION ORDER (.5); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.4); PREPARE MEDIA UPDATE (.1); SEARCH FOR GRAYBAR ELECTRIC ON DOCKET AND CERTIFICATES OF SERVICE (.3); SEND DIP HEARING TRANSCRIPT TO V. ZEIGLER (.1). |
| HENRY S | 08/23/05 | 0.10 | HANDLE CORRESPONDENCE FROM JACKSON REGARDING SETTLEMENT OF MOTION. |
| GRAY RW | 08/23/05 | 0.30 | REVIEW CASE CALENDAR (0.1); REVIEW DRAFT AGENDA AND COORDINATE WITH C. JACKSON RE: SAME (0.1); REVIEW DOCKET UPDATE (0.1). |
| EICHEL S | 08/23/05 | 0.10 | REVIEW CASE CALENDAR. |
| TOUSSI S | 08/23/05 | 0.40 | REVIEW VARIOUS DOCKET ENTRIES. |
| BONACHEA L | 08/23/05 | 2.80 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATES (.2); RETRIEVE REQUESTED PLEADINGS (.5); UPDATE MASTER SERVICE LIST (.7); UPDATE LIST OF NOTICE PARTIES (.2); UPDATE CASE CALENDAR AND DISTRIBUTE (.4); EXCHANGE EMAILS RE: SERVICING OF GRAYBAR ELECTRIC (.2); SEND CERTIFICATE OF SERVICE FOR FILING (.1); PREPARE 8TH SUBMISSION OF ORDINARY COURSE PROFESSIONAL QUESTIONNAIRES (.2); CIRCULATE MEDIA REPORT (.1). |
| GRAY RW | 08/24/05 | 0.10 | REVIEW DOCKET UPDATE (0.1). |
| EICHEL S | 08/24/05 | 0.10 | REVIEW DOCKET UPDATE. |
| RAVIN AS | 08/24/05 | 0.10 | REVIEW RESTRUCTURING UPDATE. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 08/24/05 | 0.30 | PREPARE DOCKET UPDATE FOR ATTORNEY REVIEW. |
| GRAY RW | 08/25/05 | 0.30 | REVIEW DOCKET UPDATE (0.1); REVIEW AND ORGANIZE PENDING PROJECTS (0.2). |
| EICHEL S | 08/25/05 | 0.40 | REVIEW UPDATED DOCKET (.1); REVIEW EMAILS RE: LEASE ISSUES (.3). |
| ZSOLDOS AF | 08/25/05 | 0.20 | PREPARE DOCKET UPDATE FOR ATTORNEY REVIEW. |
| FELD SR | 08/26/05 | 0.40 | REVIEW AND COMMENT ON HEARING AGENDA (.3); REVIEW CALENDAR UPDATE (.1). |
| GRAY RW | 08/26/05 | 0.40 | REVIEW DOCKET UPDATE (0.1); REVIEW MEMO FROM S. BUSEY RE: POSTPONING 365(D)(4) AND EXCLUSIVITY MOTIONS (0.2); REVIEW AND PROVIDE COMMENTS ON AGENDA FOR 9/1 HEARING (0.1). |
| EICHEL S | 08/26/05 | 0.30 | REVIEW DOCKET (.1); REVIEW EMAILS (.2). |
| RAVIN AS | 08/26/05 | 0.40 | REVIEW AND REVISE HEARING AGENDA, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1); REVIEW VARIOUS PLEADINGS FILED AND ORDERS ENTERED, MONITOR DOCKET (.3). |
| LAMAINA KA | 08/28/05 | 2.40 | REVIEW CORRESPONDENCE FROM K.WINTERS RE: ACCT'G (.7); EDIT ACCT'G DOCUMENTS (1.5); PREPARE MEMO TO K.WINTERS RE: SAME (.2). |
| GRAY RW | 08/29/05 | 0.30 | REVIEW UST FILINGS RE: COMMITTEE MEMBER INFORMATION AND ARRANGE FOR CONTACT LIST UPDATE (0.1); ASSIST WITH CALENDAR UPDATES (0.1); REVIEW DOCKET UPDATE (0.1). |
| LEAMY JM | 08/29/05 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR. |
| BONACHEA L | 08/29/05 | 3.40 | DOCKET CHECK FOR UPDATES (.2); UPDATE CASE CALENDAR (1.5); PREPARE MEDIA UPDATE (.2); SEARCH LEASE-RELATED PLEADINGS FOR NUMBER OF LEASES REJECTED (.2); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.5); REVIEW SERVICE ISSUES AND UPDATE MASTER SERVICE LIST (.3); ADDRESS RECLAMATION CLAIMANTS' SERVICE ISSUES (.5). |
| HENRY S | 08/30/05 | 0.40 | COMMENT ON AUDIT LETTER. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 08/30/05 | 0.70 | REVIEW AND PROVIDE COMMENTS ON CASE CALENDAR (0.2); REVIEW LIST OF NEW HEARING DATES AND ARRANGE FOR INCLUSION ON CALENDAR (0.1); REVIEW AND RESPOND TO INQUIRY FROM SDNY RE: VENUE NOTICE AND REVIEW VENUE ORDERS (0.2); REVIEW AND PROVIDE COMMENTS ON AGENDA (0.2). |
| BONACHEA L | 08/30/05 | 3.20 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATE (.2); PREPARE MEDIA UPDATE (.2); ADDRESS ISSUES RE: FILING OF AMENDED AMERICAN KB ORDER (.2); UPDATE CHART RE: COURT APPROVAL DEADLINES TO INCORPORATE 2006 HEARING DATES (.9); UPDATE CASE CALENDAR ACCORDINGLY (1.5). |
| FELD SR | 08/31/05 | 0.30 | REVIEW MEDIA REPORTS AND CASE UPDATE. |
| LEAMY JM | 08/31/05 | 0.20 | TC'S V. KISH RE: SDNY CLERK'S INQUIRY ON DOCUMENTATION OF VENUE TRANSFER. |
| BONACHEA L | 08/31/05 | 2.50 | DOCKET CHECK FOR UPDATES (.2); CHECK BUEHLERS FOR UPDATES (.2); TC RE: PACA CLAIM (.1); TC WITH FL COURT RE: ELECTRONIC NOTICES (.1); CIRCULATE MEDIA UPDATE (.1); UPDATE AND DISTRIBUTE CASE CALENDAR (.2); RETRIEVE REQUESTED PLEADINGS FROM DOCKET (.5); CONVERT TO PDF AND PREPARE FOR FILING RE: CLAIMS PROCEDURE ORDER (.3); UPDATE MASTER SERVICE LIST (.5); SERVE MOTION RE: SEALING OF EQUITY COMMITTEE PLEADINGS (.3). |
| ZSOLDOS AF | 08/31/05 | 1.40 | SEARCH DOCKET FOR ORDER APPROVING FEES AND PDF AND FWD TO S. EICHEL (.6); PULL COLLATERAL DEFINITIONS FROM VELOBIND FOR S. EICHEL AND PDF AND FWD SAME (.8). |

**MATTER TOTAL**          <u>**108.30**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)           Bill Date: 09/08/05
Claims Admin. (General)               Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 08/01/05 | 0.60 | RESPOND TO TELEPHONE INQUIRIES REGARDING BAR DATE (.6). |
| GRAY RW | 08/01/05 | 1.80 | TC WITH C. JACKSON AND K. WARD RE: HANDLING ATTEMPTED PROOF OF CLAIM FILINGS AT SHB (0.1); REVIEW MEDICAID REGULATIONS AND MEMO FROM R. WARNE (0.3); REVIEW KENTUCKY REGULATIONS AND RECOUPMENT ISSUES (0.8); TC WITH J. CASTLE RE: SAME AND DRAFT MEMO TO B. FISHER AND M. LEBLANC RE: SAME (0.2); REVIEW AND COMMENT ON OMNIBUS CLAIMS OBJECTION MOTION AND ORDER (0.3); ADDRESS BAR DATE EXTENSION INQUIRY (0.1). |
| KALOUDIS D | 08/01/05 | 0.20 | ANALYZE ISSUES RE: S.RAGIN (.2). |
| LEAMY JM | 08/01/05 | 1.00 | REVIEW MOTION TO EXTEND BAR DATE (.1); REVIEW B. CROCKER EMAIL RE: TALCOR CLAIM (.1); TC R. ADAMS RE: TALCOR CLAIM (.2); REVIEW CLAIMS PROCEDURES MOTION (.4); REVIEW B. CROCKER EMAIL RE: LEASE CLAIM INQUIRY (.1); REVIEW SUGAR FOODS BAR DATE STATUS (.1). |
| TURETSKY DM | 08/01/05 | 1.90 | RESEARCH RE: MEDICAL RECOUPMENT ISSUES IN CONNECTION WITH CERTAIN CLAIMS AGAINST DEBTORS (1.8); TELEPHONE CALL WITH P. BRIGGS RE: INQUIRY CONCERNING PROOF OF CLAIM (0.1). |
| BONACHEA L | 08/01/05 | 1.00 | TC AND EMAILS RE: FILING OF PROOFS OF CLAIM AND BAR DATE (.4); SCAN PROOFS OF CLAIM AND SEND TO LOGAN (.6). |
| GRAY RW | 08/02/05 | 0.30 | TC WITH R. WARNE RE: PROVIDER AGREEMENT (0.1); REVIEW MEMO FROM J. CASTLE RE: GEORGIA DEPT OF LABOR NOTICE AND COORDINATE WITH LOGAN RE: SAME (0.1); REVIEW MOTION TO EXTEND BAR DATE AND EXCHANGE EMAILS WITH J. LEAMY RE: SAME (0.1). |
| KALOUDIS D | 08/02/05 | 1.40 | REVIEW EMPLOYEE AND WAGES MOTION TO DETERMINE VALIDITY OF S. RAGIN CLAIM (.6); REVIEW CLAIMS REGISTER RE: SAME (.3); SEND EMAIL TO S.HENRY RE: CLAIM (.5). |
| LEAMY JM | 08/02/05 | 1.40 | TC B. CROCKER RE: CLAIMS DOCKETED (.2); REVIEW TWO MOTIONS TO EXTEND BAR DATE (.2); REVIEW CLAIM OBJECTIONS PROCEDURES MOTION AND EMAIL TO J. POST RE: REVIEW OF SAME (1.0). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/02/05 | 0.40 | REVIEW VARIOUS PROOFS OF CLAIM FILED INCLUDING DEPT. OF HEALTH AND HUMAN SERVICES (.2); TELEPHONE CONFERENCE WITH C. JACKSON AND J. CASTLE RE: ISSUES SCHEDULED FOR 8/4/05 HEARING (.2). |
| GRAY RW | 08/03/05 | 0.90 | ADDRESS SETOFF LETTER (0.8); REVIEW MEMO FROM M. MARTINEZ RE: BAR DATE NOTICE CONFIRMATION AND DRAFT MEMO TO J. CASTLE RE: SAME (0.1). |
| LEAMY JM | 08/03/05 | 0.80 | ADDRESS NOTICING ISSUES (.5); EMAIL M. MARTINEZ RE: SAME AND REVIEW RESPONSE (.3). |
| RAVIN AS | 08/03/05 | 0.20 | CONFERENCE WITH D. KALOUDIS RE: CLAIMS ISSUES RELATED TO LANDLORD CLAIMS. |
| TURETSKY DM | 08/03/05 | 0.30 | E-MAIL TO R. GRAY RE: BAR DATE ISSUES (0.1); TELEPHONE CALL WITH G. SIMMONS RE: DOLPHIN CAPITAL CORP. CLAIM (0.2). |
| BONACHEA L | 08/03/05 | 0.30 | REVIEW PROOFS OF CLAIM RECEIVED AND TC WITH LOGAN RE: RECEIPT OF SAME. |
| GRAY RW | 08/04/05 | 0.20 | REVIEW BAR DATE EXTENSION MOTIONS (0.1); TC WITH J. LEAMY RE: HANDLING MOTIONS TO EXTEND BAR DATE (0.1). |
| LEAMY JM | 08/04/05 | 0.80 | REVIEW OF SEVERAL MOTIONS FILED TO EXTEND BAR DATE (.4); DRAFT EMAIL TO L. APPEL, J. CASTLE RE: SAME (.3); EMAIL B. CROCKER RE: KEMPER CLAIM (.1). |
| GRAY RW | 08/05/05 | 0.50 | REVIEW MEMOS FROM J. CASTLE AND K. ROMEO RE: CLAIM RECONCILIATION PROCESS AND COORDINATE WITH J. LEAMY RE: RESPONSE (0.2); REVIEW J. POST COMMENTS ON OMNIBUS CLAIMS PROCEDURES AND EXCHANGE EMAILS WITH J. LEAMY RE: PROCEEDING EX PARTE OR BY NOTICE (0.2); REVIEW MILBANK COMMENTS ON SETTLEMENT PROCEDURES MOTION (0.1). |
| LEAMY JM | 08/05/05 | 2.50 | EMAIL J. POST RE: CLAIM OBJECTION MOTION (.1); TC J. POST RE: CLAIM OBJECTION PROCEDURES (.5); REVIEW AND RESPOND TO J. CASTLE EMAIL RE: CLAIM RESPONSES (.2); REVIEW AND RESPOND TO C. WILSON EMAIL RE: PDX INQUIRY (.3); REVIEW J. POST'S COMMENTS RE: CLAIM OBJECTION PROCEDURES MOTION AND REVISE SAME (1.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 08/08/05 | 0.40 | REVIEW AND COMMENT ON REVISED OMNIBUS OBJECTION MOTION AND RELATED DOCUMENTS AND MEMO TO CLIENT RE: SAME (0.2); REVIEW MEMO FROM K. ROMEO RE: LITIGATION CLAIM EXPOSURE AND DRAFT MEMO TO J. POST RE: LOGAN DATA BASE INFORMATION (0.1); REVIEW AND RESPOND TO MEMO FROM J. POST RE: COMMITTEE ISSUES ON CLAIM SETTLEMENTS (0.1). |
| LEAMY JM | 08/08/05 | 3.30 | TC B. CROCKER RE: CLAIMS REGISTER (.1); CONTINUE CLAIM OBJECTION PROCEDURES MOTION (2.7); TC B. HALDIN RE: SILVER SPRINGS BOTTLED WATER CLAIM (.1); ANALYSIS RE: IRS EXTENSION REQUEST (.4). |
| BONACHEA L | 08/08/05 | 0.40 | SCAN RECEIVED PROOFS OF CLAIM AND SEND TO LOGAN. |
| FELD SR | 08/09/05 | 0.40 | ADDRESS CCS FINANCIAL CLAIM ISSUE. |
| GRAY RW | 08/09/05 | 0.20 | TC WITH J. LEAMY RE: BAR DATE EXTENSION ISSUES (0.1); REVIEW COMPLAINT TO DISCHARGE AND DRAFT MEMO TO J. POST RE: SAME (0.1). |
| LEAMY JM | 08/09/05 | 1.30 | REVIEW G. CERVANTES MOTION TO EXTEND BAR DATE (.1); EMAIL COMMITTEE COUNSEL RE: CLAIM OBJECTION PROCEDURES MOTION (.2); EMAILS J. MILTON RE: SAME (.1); TC J. POST RE: BAR DATE EXTENSIONS (.3); TC S. HENRY RE: KEMPER CLAIM (.1); TC B. CROCKER RE: KEMPER CLAIM (.1); REVIEW/ANALYSIS OF KEMPER CLAIM (.3); EMAIL M. MARTINEZ RE: BAR DATE NOTICE SERVICE ON PARTIES REQUESTING EXTENSIONS TO FILE CLAIMS (.1). |
| GRAY RW | 08/10/05 | 3.00 | CONF CALL WITH J. POST AND J. CASTLE RE: LITIGATION CLAIM SETTLEMENT ISSUES AND PROOF OF CLAIM EXTENSION QUESTIONS (0.8); DRAFT MEMO TO S. HENRY AND TC WITH SAME RE: RECLAMATION SETTLEMENTS (0.2); TC WITH L. MANDEL RE: COMMITTEE ISSUES ON LITIGATION CLAIM SETTLEMENTS (0.1); DRAFT MEMO TO J. CASTLE AND J. POST RE: RECLAMATION PROCEDURES NOT PRECEDENT FOR LITIGATION CLAIMS (0.1); DRAFT MEMO TO J. CASTLE AND J. POST RE: CALL WITH L. MANDEL ON LITIGATION CLAIM SETTLEMENTS (0.1); EXCHANGE EMAILS WITH L. MANDEL, J. CASTLE AND J. POST TO COORDINATE CALL (0.1); CONF CALL WITH L. MANDEL, J. CASTLE AND J. POST RE: LITIGATION CLAIM SETTLEMENT PROCEDURES (0.6); CONF CALL WITH J. CASTLE AND J. POST RE: SAME (0.8); TC WITH K. LOGAN RE: STATUS OF CLAIMS INPUTTING AND CLAIMS KICKOFF MEETING (0.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 08/10/05 | 0.40 | EMAIL RESPONSE TO S. HENRY RE: CLAIM (.4). |
| LEAMY JM | 08/10/05 | 1.00 | TC K. LOGAN RE: CLAIMS MEETING W/ WINN-DIXIE, CLAIMS PROCESS (.5); REVIEW J. CASTLE EMAIL RE: SAME (.1); ANALYSIS RE: CLAIMS RECONCILIATION PROCESS (.4). |
| RAVIN AS | 08/10/05 | 0.20 | ADDRESS ISSUES RELATED TO DISTRESSED RECEIVABLES INQUIRY AND DRAFT CORRESPONDENCE TO J. CASTLE RE: SAME (.1 ); TELEPHONE CONFERENCE WITH M. SLAVANOFF RE: SAME (.1). |
| GRAY RW | 08/11/05 | 3.40 | REVIEW AND COMMENT ON SETTLEMENT PROCEDURES MOTION, ORDER AND RELATED DOCUMENTS (1.4); TC WITH E. MACKAY RE: SETTLEMENT PROCEDURE ISSUES (0.2); REVIEW AND RESPOND TO MEMO FROM L. MANDEL RE: CLAIMS SETTLEMENT ISSUES AND FORWARD TO J. CASTLE ET AL. (0.1); CONF CALL WITH J. CASTLE AND E. MCKAY RE: COMMITTEE POSITION (0.2); REVIEW AND REVISE COURT APPROVAL/NOTICE PROVISIONS OF SETTLEMENT PROCEDURES (0.7); REVIEW EMAIL AND VOICEMAIL FROM M. COMERFORD RE: FILED CLAIMS DATA AND SEND EMAIL AND VOICEMAIL TO K. LOGAN RE: OBTAINING SAME (0.1); REVIEW FILED CLAIMS DATA RECEIVED FROM K. LOGAN AND DRAFT MEMO TO M. COMERFORD RE: SAME (0.1); COORDINATE WITH J. LEAMY RE: COMMITTEE REQUEST FOR COMPANY POSITION ON MOTIONS TO EXTEND BAR DATE (0.1); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: MSP/SRP CLAIM FILING STATUS (0.1); REVIEW VOICEMAIL RE: CSFB FILING AND DRAFT MEMO TO M. MARTINEZ RE: SAME (0.1); REVIEW LATEST FILINGS RE: EXTENDED BAR DATE AND COORDINATE WITH J. LEAMY (0.1); REVIEW MEMOS RE: EXTENSION FOR FLORIDA TAXING AUTHORITIES AND CONFER WITH J. LEAMY RE: SAME (0.1); FOLLOWUP RE: KENTUCKY MEDICAID PROVIDER AGREEMENT (0.1). |
| LEAMY JM | 08/11/05 | 1.70 | REVIEW LESCO MEDISEARCH MOTION TO ACCEPT LATE FILED CLAIM AS TIMELY (.1); ANALYSIS RE: ALL MOTIONS TO EXTEND (.3); ADDRESS MSP/SRP CLAIMS (.4); REVIEW AND ANALYSIS OF FLORIDA TAX COLLECTORS REQUEST TO EXTEND BAR DATE (.4); REVIEW/ANALYSIS OF COMMITTEE COMMENTS TO CLAIM OBJECTION PROCEDURES MOTION (.5). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRAY RW | 08/12/05 | 1.70 | REVIEW COMMENTS FROM MILBANK ON OMNIBUS CLAIMS PROCEDURES (0.1); TC WITH J. LEAMY RE: SAME (0.1); REVIEW FURTHER REVISED SETTLEMENT PROCEDURES DOCUMENTS AND PROVIDE ADDITIONAL COMMENTS TO E. MACKAY (0.3); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: ADDITIONAL MSP CLAIMANTS (0.1); DRAFT MEMO TO D. VANSCHOOR RE: DEFERRED FEES (0.3); REVIEW AND RESPOND TO MEMO FROM C. JACKSON (LOGAN) RE: DIRECTOR SCHEDULING/NOTICING (0.1); REVIEW AND COMMENT ON PROPOSED MEMO RE: PROOFS OF CLAIM (0.1); DRAFT FURTHER MEMO TO D. VANSCHOOR RE: SCHEDULING/NOTICING ISSUE ON DIRECTORS (0.1); REVIEW RE: COMMITTEE POSITION ON LATE FILED CLAIMS AND TC WITH J. LEAMY RE: SAME (0.2); REVIEW MEMO RE: CSFB FILINGS AND DRAFT MEMO TO J. BAKER RE: SAME (0.1); EXCHANGE EMAILS WITH J. LEAMY RE: FILING OF HANDLING OF UNFILED CLAIMS (0.1); REVIEW MEMO AND LIST FROM K. LOGAN RE: MSP/SRP CLAIM FILINGS (0.1). |
| LEAMY JM | 08/12/05 | 4.80 | TC C. JACKSON RE: CLAIMS REGISTER (.1); TC J. MILTON RE: CLAIM OBJECTION PROCEDURES MOTION (.2); TC M. COMERFORD RE: MOTIONS TO EXTEND BAR DATE (.2); FINALIZE MOTION FOR FILING (2.5); TC C. JACKSON RE: MSP CLAIMS (.1); ADDRESS SPECIAL BAR DATE CONCERNS (.9); TC L. PRENDERGAST RE: HILLSBOROUGH MOTION TO EXTEND (.2); DRAFT EMAIL TO WINN-DIXIE TEAM RE: MSP/SRP CLAIMS (.3); REVIEW B. KICHLER EMAIL RE: SAME (.1); REVIEW SEVERAL EMAILS RE: DIRECTOR DEFERRED FEES (.2). |
| TURETSKY DM | 08/12/05 | 0.30 | TELEPHONE CALL WITH D. LANDIS RE: HEALTHCARE CONSULTANTS' CLAIM (0.1); E-MAIL TO D. J. BAKER RE: SAME (0.1); TELEPHONE CALL WITH MARIBEL OF THE RICE LAW FIRM RE: CLAIMS INQUIRY (0.1). |
| GRAY RW | 08/15/05 | 0.40 | REVIEW AND RESPOND TO MEMO RE: ANTITRUST CLAIM RECOVERY SYSTEM ISSUE, AND FURTHER EMAIL EXCHANGE RE: SAME (0.2); REVIEW MEMO FROM LOGAN RE: CSFB CLAIMS, REVIEW PROOFS OF CLAIM AND FOLLOW UP WITH J. BAKER RE: SAME (0.2). |
| LEAMY JM | 08/15/05 | 0.10 | EMAILS W/ K. LOGAN RE: MSP CLAIMS. |
| LEAMY JM | 08/16/05 | 0.10 | REVIEW STATE FARM CLAIM WITHDRAWAL. |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| TURETSKY DM | 08/16/05 | 0.80 | TELEPHONE CALLS WITH R. JENKINS RE: CLAIM INQUIRY (0.2); E-MAIL TO K. LOGAN, M. MARTINEZ, AND E. CROCKER RE: CLAIM HELD BY R. JENKINS (0.2); E-MAILS TO R. GRAY AND J. LEAMY RE: SAME (0.3); DILIGENCE RE: SAME (0.1). |
|---|---|---|---|
| GRAY RW | 08/17/05 | 0.40 | REVIEW AND RESPOND TO MEMOS FROM K. LOGAN AND J. LEAMY RE: PROOFS OF CLAIM BY MSP/SRP PARTICIPANTS (0.1); REVIEW AND PROVIDE COMMENTS ON FLORIDA TAX COLLECTORS STIPULATION (0.2); REVIEW AND RESPOND TO MEMO RE: WOODFIELD FOODS (0.1). |
| LEAMY JM | 08/17/05 | 3.30 | TC J. POST RE: IRS/HILLSBOROUGH REQUEST TO EXTEND (.2); REVIEW AMENDED MOTION TO ACCEPT LATE FILED CLAIM AS TIMELY FILED BY G. CERVANTES (.1); TC J. PRENDERGAST RE: REQUEST TO EXTEND (.1); REVIEW K. LOGAN EMAIL RE: MSP/SRP CLAIM MATCH (.2); TC K. LOGAN RE: MSP/SRP CLAIMS (.5); ANALYSIS OF REPORTS ON SAME (.4); TC S. SCHULTZ RE: REDDY ICE CLAIM (.2); EMAIL E. CROCKER RE: REDDY ICE (.1); TC E. MAY RE: HOMEWOOD ASSOCIATES CLAIM (.2); REVIEW FLA. TAX COLLECTORS MOTION TO EXTEND BAR DATE (.2); TC J. POST AND B. FITZGERALD RE: SAME (.2); REVIEW AND COMMENT ON SEVERAL DRAFTS OF PROPOSED ORDER (.5); TC L. PRENDERGAST RE: SAME (.2); PREPARE FORM OF CLAIM WITHDRAWAL AND EMAIL J. POST RE: SAME (.2). |
| TURETSKY DM | 08/17/05 | 0.10 | TELEPHONE CALL WITH MARIBEL OF THE RICE LAW FIRM RE: CLAIMS INQUIRY (0.1). |
| GRAY RW | 08/18/05 | 2.20 | REVIEW AND RESPOND TO MEMO RE: MSP/SRP PROOFS OF CLAIM (0.1); CONF CALL WITH J. POST, WITH J. CASTLE FOR SUBSTANTIAL PART, AND K. LOGAN FOR PART, RE: LITIGATION AND OTHER CLAIM ISSUES (1.7); ADDRESS LATE CLAIM ISSUE WITH D. TURETSKY RE: A. SIEG (0.1); REVIEW SO. CAROLINA RECOUPMENT ISSUES (0.3). |
| EICHEL S | 08/18/05 | 0.20 | REVIEW EMAIL FROM S. CUPPS RE: PROOF OF CLAIM OF COLUMBUS SHOWCASE CO. (.1); DRAFT EMAIL TO T. WUERTZ RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 08/18/05 | 1.10 | E-MAIL TO R. GRAY AND J. LEAMY RE: CLAIM INQUIRY FROM A. SIEG (0.1); E-MAIL TO M. MARTINEZ, K. LOGAN, AND E. CROCKER RE: SAME (0.1); DILIGENCE RE: SAME (0.1); TELEPHONE CALL TO A. SIEG (LEFT VOICEMAIL) RE: SAME (0.1); RESEARCH RE: ISSUES CONCERNING CLAIMS OF CERTAIN ENTITIES PURSUANT TO MEDICARE STATUTE (0.7). |
| BONACHEA L | 08/18/05 | 0.30 | TCS WITH CREDITORS RE: FILING OF PROOFS OF CLAIM. |
| GRAY RW | 08/19/05 | 0.40 | REVIEW LOGAN REPORTS ON MSP/SRP CLAIM FILINGS (0.1); TC WITH D. TURETSKY RE: SOUTH CAROLINA RECOUPMENT ISSUE (0.1); TC WITH C. WILSON RE: SAME (0.2). |
| RAVIN AS | 08/19/05 | 0.10 | TELEPHONE CONFERENCE WITH M. SLAVANOF RE: CHARGED OFF RECEIVABLES (.1). |
| TURETSKY DM | 08/19/05 | 0.40 | FURTHER RESEARCH RE: ISSUES CONCERNING CLAIMS OF CERTAIN ENTITIES PURSUANT TO MEDICARE STATUTE (0.4). |
| LEAMY JM | 08/22/05 | 1.00 | PREPARE FOR CALL RE: MSP CLAIMS (.3); CONFERENCE CALL W/ B. KICHLER, K. LOGAN AND R. GRAY RE: MSP/SRP CLAIMS (.5); EMAIL K. LOGAN RE: IRS EXTENSION OF BAR DATE (.1); EMAIL K. LOGAN RE: F. KEEBLE CLAIM (.1). |
| TURETSKY DM | 08/22/05 | 0.10 | TELEPHONE CALL TO A. SIEG (LEFT VOICEMAIL) RE: CLAIM INQUIRY (0.1). |
| GRAY RW | 08/23/05 | 0.20 | REVIEW MEMO FROM UST COMMENTS ON OMNIBUS CLAIMS OBJECTION MOTION AND DISCUSS SAME WITH J. LEAMY (0.1); REVIEW MEMO FROM E. MACKAY RE: UST ISSUES ON SETTLEMENT PROCEDURES MOTION AND FOLLOWUP RE: SAME (0.1). |
| LEAMY JM | 08/23/05 | 1.10 | TC W/ E. ESCAMILLA RE: MOTION FOR CLAIM OBJECTION PROCEDURES (.5); ANALYSIS RE: UST COMMENTS (.3); REVIEW K. LOGAN EMAIL AND ATTACHED REPORTS RE: LITIGATION CLAIMS (.3). |
| BONACHEA L | 08/23/05 | 0.50 | SCAN CORRESPONDENCE RE: PERSONAL INJURY CLAIMS AND SEND TO SMITH HULSEY (.1); SCAN PROOFS OF CLAIM AND SEND TO LOGAN (.3); TC RE: FILING OF PROOF OF CLAIM (.1). |
| GRAY RW | 08/24/05 | 0.20 | REVIEW SERVICE ISSUES RE: SETTLEMENT MOTION AND DRAFT MEMO TO E. MACKAY (0.1); TC WITH J. POST RE: LITIGATION SETTLEMENT MOTION ISSUES (0.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| LEAMY JM | 08/24/05 | 0.60 | TC H. REILLY RE: MSP/SRP CLAIMS (.2); FOLLOW UP RE: CLAIM OBJECTION PROCEDURES AND UST RESPONSE (.2); REVIEW AND RESPOND TO E. LANE EMAIL RE: TREATMENT OF KAHN CLAIM (.2). |
|---|---|---|---|
| GRAY RW | 08/25/05 | 0.30 | CONF WITH J. BAKER RE: DB REQUEST ON CLAIMS OBJECTIONS AND PLACE CALL TO D. DREBSKY RE: SAME (0.1); TC WITH D. DREBSKY RE: DEADLINE FOR POSSIBLE CLAIMS OBJECTIONS (0.1); DRAFT MEMO TO J. BAKER ET AL. RE: SAME (0.1). |
| LEAMY JM | 08/25/05 | 1.10 | REVIEW VICTOR REAL ESTATE OBJECTION TO MOTION FOR CLAIM OBJECTION PROCEDURES (.2); REVIEW D. DREW AND UST OBJECTIONS TO MOTION FOR CLAIMS RESOLUTION PROCEDURE (.2); TC E. POLLACK RE: FLORIDA TAX COLLECTOR CLAIM STIPULATION (.2); REVIEW E. POLLACK EMAIL: FLORIDA CLAIMS AFFECTED (.1); ANALYSIS RE: FRANKFORD-DALLAS CLAIMS (.2); REVIEW H. REILLY EMAIL RE: MSP DATA (.2). |
| HENRY S | 08/26/05 | 0.10 | T/C GRAY RE: CLAIMS RESOLUTION PROCEDURES. |
| GRAY RW | 08/26/05 | 1.30 | REVIEW OBJECTIONS TO SETTLEMENT PROCEDURES MOTION (0.2); CONF CALL WITH J. POST RE: HANDLING SAME (0.3); TC WITH S. HENRY RE: DEUTSCHE BANK REQUEST ON CLAIMS OBJECTION PROCEDURES (0.1); EXCHANGE EMAILS WITH J. BAKER RE: SAME (0.1); DRAFT MEMO TO D. DREBSKY RE: SAME (0.2); REVIEW OBJECTION TO OMNIBUS CLAIMS OBJECTION MOTION (0.1); TC WITH J. LEAMY RE: RESOLVING SAME (0.1); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: E. BARKER DISCUSSION AND POSSIBLE RESOLUTION OF OBJECTION (0.1); REVIEW MEMO FROM MILBANK RE: HANDLING LATE PROOFS OF CLAIM (0.1). |
| LEAMY JM | 08/26/05 | 1.70 | REVIEW AND ANALYSIS RE: E. BARKER OBJECTION TO CLAIM OBJECTION PROCEDURES MOTION (.4); TC E. BARKER RE: ATTEMPTS TO RESOLVE HIS OBJECTION TO CLAIM OBJECTION PROCEDURES MOTION (.5); REVIEW DB LEASE REQUEST FOR EXTENSION ON CLAIM OBJECTION (.2); EMAIL K. LOGAN RE: MSP CLAIMS (.1); REVIEW AND ANALYSIS RE: M. COMERFORD EMAIL ON LATE FILED CLAIMS (.3); EMAIL J. POST RE: HEARING ON CLAIM OBJECTION PROCEDURES MOTION (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          08/29/05        0.80    TELEPHONE CALL J. CASTLE, TIM
                                          WILLIAMS, S. BUSEY, R. GRAY AND JIM
                                          POST WITH RESPECT TO ISSUES RELATED
                                          TO PROPOSED SETTLEMENT PROCEDURES FOR
                                          PERSONAL INJURY CLAIMS (.5);
                                          TELEPHONE CALLS S. BUSEY WITH RESPECT
                                          TO SETTLEMENT ISSUES (.3).

GRAY RW           08/29/05        1.10    REVIEW AND RESPOND TO FAX FROM
                                          LONGACRE RE: SOUTHEAST PROVISIONS
                                          (0.1); DRAFT PROPOSED RESPONSE TO
                                          MILBANK ON LATE FILED CLAIMS (0.3);
                                          CONF CALL WITH J. CASTLE, T.
                                          WILLIAMS, S. BUSEY, J. POST AND J.
                                          BAKER RE: SETTLEMENT PROCEDURES AND
                                          CASH PAYMENT ISSUES (0.7).

LAMAINA KA        08/29/05        0.20    REVIEW ISSUE RE: CLAIMS RESOLUTION
                                          PROCEDURES AND T/C TO J.LEAMY RE:
                                          SAME (.2).

LEAMY JM          08/29/05        1.80    ANALYZE AND DRAFT ACTION ITEMS TO BE
                                          COMPLETED PRIOR TO SETTING SPECIAL
                                          BAR DATE (.8); EMAIL M. COMERFORD RE:
                                          SPECIAL BAR DATE (.1); EMAIL H.
                                          REILLY RE: MSP CLAIMS (.1); RESEARCH
                                          RE: CLAIM RESOLUTION MOTION PRECEDENT
                                          (.8).

BAKER DJ          08/30/05        1.90    REVIEW PROPOSAL TO SETTLE PERSONAL
                                          INJURY CLAIMS (.7); CONFERENCE CALL
                                          MATT BARR, LINA MENDEL, J. CASTLE,
                                          JIM POST AND R. GRAY WITH RESPECT TO
                                          SETTLEMENT PROPOSAL (.5); TELEPHONE
                                          CALL MATT BARR REGARDING SETTLEMENT
                                          PROPOSAL (.3); PREPARE TRANSMIT EMAIL
                                          TO CLIENTS REGARDING DISCUSSIONS WITH
                                          MR. BARR (.1); FURTHER CONFERENCE
                                          CALL WITH J. CASTLE, R. GRAY AND JIM
                                          POST REGARDING $5,000 SETTLEMENT
                                          ISSUE (.3).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | | |
|---|---|---|---|---|
| GRAY RW | 08/30/05 | 2.40 | REVIEW PROPOSAL FROM OBJECTOR TC WITH J. LEAMY RE: ALTERNATIVE RESOLUTION FOR OBJECTION TO CLAIMS PROCEDURES MOTION (0.2); REVIEW REVISED NOTICE AND TC WITH J. LEAMY RE: SAME (0.1); REVIEW REVISIONS TO SETTLEMENT PROCEDURES MOTION PER UST, DRAFT MEMOS TO J. POST RE: SAME AND TC WITH J. POST RE: SAME (0.3); CONF CALL WITH J. CASTLE, MILBANK ATTORNEYS, J. POST, J. BAKER RE: SETTLEMENT PROCEDURES COMPROMISE ON CASH PAYMENTS (0.8); CONF CALL WITH J. CASTLE, J. POST AND J. BAKER RE: ADDRESSING COMMITTEE ISSUES ON CASH PAYMENTS (0.5); REVIEW E. BARKER COMMENTS TO NOTICES AND ORDER AND DRAFT MEMO TO J. LEAMY RE: CONCERNS RE: SAME (0.3); REVIEW PRECEDENT ON SETTLEMENT PAYMENT ORDERS AND DRAFT MEMO TO J. POST RE: SAME (0.1); COORDINATE RE: GEARING UP FOR SPECIAL BAR DATE (0.1). | |
| KALOUDIS D | 08/30/05 | 0.80 | CALL WITH S.RAGIN RE: PROOF OF CLAIM (.4); CALL WITH COREY HOWSER FROM CCS FINANCIAL SERVICES RE: SAME (.4). | |
| LEAMY JM | 08/30/05 | 4.90 | TC W/ J. POST RE: CLAIM OBJECTION PROCEDURES MOTION (.2); ANALYSIS RE: RESOLUTION OF OBJECTION TO SAME (.5); REVIEW RESEARCH RE: PRECEDENT FOR CLAIM RESOLUTION MOTION (.5); TC E. BARKER RE: OBJECTION TO CLAIM OBJECTION PROCEDURES MOTION (.2); REVISE ORDER PER CONVERSATION W/E. BARKER (.4); EMAIL E. BARKER RE: REVISED ORDER (.2); RESPOND TO M. BARR EMAIL RE: SPECIAL BAR DATE (.1); DRAFT EMAIL TO WINN-DIXIE TEAM RE: SPECIAL BAR DATE (.4); REVIEW E. BARKER EMAIL RE: COMMENTS TO ORDER (.1); ANALYSIS RE: E. BARKER REQUESTED CHANGES (.5); ADDRESS SPECIAL BAR DATE MATTERS (.5); REVIEW CLAIMS MEETING ITEMS TO BE COVERED (.4); EMAIL K. LOGAN RE: SPECIAL BAR DATE NAMES (.2); TC V. KISH RE: SDNY INQUIRY ON CASE TRANSFER (.3); RESEARCH RE: SAME (.4). | |
| BAKER DJ | 08/31/05 | 0.80 | CONTINUE ADDRESSING LITIGATION SETTLEMENT ISSUES (.8). | |
| GRAY RW | 08/31/05 | 0.60 | TC WITH J. LEAMY RE: E. BARKER ISSUES AND TCS WITH J. POST AND K. WARD RE: RESOLVING SAME (0.2); REVIEW AND COMMENT ON PROPOSED MEMO TO E. BARKER (0.1); FURTHER ADDRESS E. BARKER ISSUES ON OMNIBUS PROCEDURES ORDER AND NOTICES (0.3). | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 08/31/05 | 3.90 | TC J. POST AND R. GRAY RE: CLAIM OBJECTION PROCEDURES ORDER (.2); REVISE ORDER RE: E. BARKER'S COMMENTS (.5); EMAIL TO E. BARKER RE: REVISED ORDER (.3); REVIEW AND ANALYSIS RE: E. BARKER EMAIL RESPONSE (.2); TC E. BARKER RE: ORDER (.2); FURTHER REVISE ORDER (.5); EMAIL E. BARKER RE: REVISED ORDER (.1); TC J. POST RE: 9/1 HEARING (.2); REVIEW E. BARKER EMAIL RESPONSE (.1); TC E. BARKER RE: ORDER (.2); REVIEW AND REVISE E. BARKER PROPOSED STIPULATION (.5); EMAIL TO E. BARKER RE: PROPOSED STIPULATION (.1); TC E. BARKER RE: STIPULATION (.3); FURTHER REVISE STIPULATION AND EMAIL TO E. BARKER (.3); REVIEW H. REILLY EMAIL RE: MSP CLAIMS (.1); EMAIL K. LOGAN RE: SPECIAL BAR DATE NOTICE (.1). |

**MATTER TOTAL**                      <u>**76.30**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                    Bill Date: 09/08/05
Claims Admin. (Reclamation/Trust Funds)          Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 08/01/05 | 2.10 | ADDRESS REQUEST FOR SECURITY INTEREST IN GOODS AND TIE IN TO RECLAMATION STIPULATION (.5); CORRESPONDENCE WITH SOLOCHECK RE SAME (.4); REVIEW DANNON MOTION FOR SETOFF (1.2). |
| MATZ TJ | 08/01/05 | 4.20 | CALLS AND CORRESPONDENCE RE: RECONCILING CLAIMS/SERVICE & TRADE LIEN QUESTIONS AND OPTING IN QUESTIONS FROM L. O'NEAL, DREYER'S GRAND ICE CREAM, SARGENTO FOODS, NESTLE ENTITIES, FOODONICS (LATE DELIVERY), BUNGE NORTH AMERICA AND FRITO LAYS (2.7); OVERSEE STIPULATION FILING (.4); COMPARE XROADS RECLAMATION INFORMATION (.6); INQUIRE RE: OUTSTANDING INFORMATION REQUEST (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            08/01/05         6.80   ADDRESS FORM OF CONSENT IN CONNECTION
                                            WITH VENDORS TO BE PART OF TRADE LIEN
                                            PROGRAM (.4); REVIEW JUNIOR SECURITY
                                            AGREEMENT (.3); REVIEW LETTER FROM S.
                                            WEATHERMON RE: HER RESPONSE REGARDING
                                            TIMING OF PAYMENT (.1); WORK ON
                                            TIMING OF HERITAGE PAYMENT (.2);
                                            DRAFT EMAIL TO G. ESTILL RE: HERITAGE
                                            IN CONNECTION WITH TERMS OF
                                            STIPULATION (.1); REVIEW RESPONSE
                                            FROM G. ESTILL RE: HERITAGE PAYMENT
                                            TERMS (.1); REVISE HERITAGE
                                            SETTLEMENT AGREEMENT (1.6); ADDRESS
                                            JUNIOR SECURITY AGREEMENT (.2); DRAFT
                                            EMAIL TO J. MARGOLIN ATTACHING
                                            BLACKLINE OF RECLAMATION STIPULATION
                                            (.1); TEL CONF WITH S. HENRY, F.
                                            HUFFARD, E. GORDON AND H. ETLIN RE:
                                            TRADE TERMS AND OPTING INTO
                                            RECLAMATION SETTLEMENT (.5); ADDRESS
                                            RESERVING RETURNED STATEMENT OF
                                            RECLAMATION (.1); TEL CONF WITH B.
                                            KICHLER RE: EDY'S PROPOSED
                                            CONSIGNMENT AGREEMENT (.1); COMMENCE
                                            REVIEW OF CONSIGNMENT AGREEMENT (.3);
                                            TEL CONF WITH V. RANDALL (EDY'S) RE:
                                            CONSIGNMENT (.1); TEL CONFS WITH F.
                                            HUFFARD AND S. HENRY RE: DRAFTING
                                            FORM OF CONSENT FOR VENDORS TO
                                            EXECUTE (.3); DRAFT, REVIEW AND
                                            REVISE FORM OF AGREED UPON TERMS FOR
                                            VENDORS TO EXECUTE IN CONNECTION WITH
                                            OPTING INTO RECLAMATION PROGRAM (.8);
                                            TEL CONF WITH C. JACKSON RE: HERITAGE
                                            FOR AGENDA LETTER (.1); TEL CONF WITH
                                            S. WEATHERMON RE: HERITAGE (.1);
                                            DRAFT EMAIL TO R. DAMORE RE: FORM OF
                                            AGREED UPON TERMS FOR VENDORS TO
                                            EXECUTE IN CONNECTION WITH OPTING
                                            INTO TRADE LIEN PROGRAM (.1); TEL
                                            CONF WITH G. ESTILL RE: HERITAGE
                                            STIPULATION (.1); REVIEW AND REVISE
                                            HERITAGE STIPULATION (.2); TEL CONF
                                            WITH M. LOESBERG RE: JUNIOR SECURITY
                                            AGREEMENT (.1); REVIEW PROPOSED
                                            REVISIONS TO JUNIOR SECURITY
                                            AGREEMENT (.2); REVIEW AND REVISE
                                            FORM OF AGREED TERMS FOR VENDORS TO
                                            EXECUTE IN CONNECTION WITH OPTING
                                            INTO PROGRAM (.1); DRAFT EMAIL TO M.
                                            FRIEDMAN ATTACHING PROPOSED
                                            ACKNOWLEDGMENT FORM (.1); TEL. CONF.
                                            WITH K. WARD RE: FILING OF
                                            RECLAMATION STIP. AND ORDER (.1);
                                            DRAFT EMAIL TO K. WARD ATTACHING
                                            RECLAMATION STIP. AND ORDER (.1);
                                            TEL. CONF. WITH M. FRIEDMAN RE:
                                            REVISIONS TO JUNIOR SECURITY
                                            AGREEMENT AND RECLAMATION ORDER (.1);
                                            DRAFT EMAIL TO M. FRIEDMAN ATTACHING
                                            SIGNED RECLAMATION ORDER (.1).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 08/01/05 | 1.90 | ADDRESS ISSUES RE: VARIOUS RECLAMATION VENDORS (.8); REVIEW STIPULATION AND RELATED DOCUMENTS RE: SAME (.7); DISCUSS SAME WITH TEAM MEMBERS (.4). |
| BONACHEA L | 08/01/05 | 1.80 | PREPARE SERVICE RE: TRADE VENDORS ORDER (1.0); UPDATE CHART RE: RECLAMATION CLAIMS TRANSFERRED (.5); ADDRESS ISSUES RE: RETURNED SERVICE OF RECLAMATION STATEMENT (.3). |
| MATHEW J | 08/01/05 | 1.20 | COORDINATE WITH ATTORNEY AND LEGAL ASSISTANT REGARDING SERVICE OF RECLAMATION STATEMENTS (.4); ASSEMBLE FILE OF REVISED AND AGREED RECONCILIATIONS OF RECLAMATION CLAIMS (.8). |
| ZSOLDOS AF | 08/01/05 | 0.30 | FILE MAINTENANCE RECLAMATION STATUS UPDATE. |
| KREINER ML | 08/01/05 | 2.10 | PREPARE RECLAMATION SERVICE. |
| HENRY S | 08/02/05 | 1.40 | REVIEW SUMMARIES RE: PREFERENCE ISSUES (1.1); WORK RE: STRATEGY ON SAME (.3). |
| MATZ TJ | 08/02/05 | 4.50 | ADDRESS RECLAMATION DISPUTE WITH BRACH'S CONFECTIONS (2.0); CALLS AND CORRESPONDENCE WITH B. PLUMLEE RE: RECLAMATION ISSUES (.3); CALLS AND CORRESPONDENCE WITH J. VOGEL RE: SAME (.5); REVIEW RECLAMATION ORDER AND AUGUST STORE SALE ORDERS RE: FIXTURES (.8); CALLS AND CORRESPONDENCE WITH B. KICHLER RE: STORE CLOSING AND RECLAMATION VENDORS (.4); CALLS AND CORRESPONDENCE WITH E. SCHULE RE: SAME (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/02/05 | 3.50 | REVIEW EMAILS RE: STATUS OF HERITAGE FOR AGENDA LETTER AND RESPOND TO SAME (.2); TEL. CONF. WITH J. POST RE: HERITAGE STIPULATION (.1); REVIEW AND REVISE HERITAGE STIPULATION (.6); DRAFT EMAILS TO S. WEATHERMON RE: HERITAGE STIPULATION (.5); TEL. CONF. WITH M. COMERFORD RE: HERITAGE STIPULATION (.1); RESPOND TO INQUIRY FOR T. WUERTZ RE: RECLAMATION STIPULATION (.1); ADDRESS EDY'S PROPOSED CONSIGNMENT AGREEMENT (.4); TEL. CONF. WITH D. COOK (EDY'S COUNSEL) RE: VENDOR LIEN PROGRAM (.2); DRAFT EMAILS RESPONDING TO INQUIRIES RE: RECLAMATION STIPULATION (.3); REVIEW M. FRIEDMAN'S COMMENTS TO PROPOSED ACKNOWLEDGMENT OF TERMS AND REVISE ACKNOWLEDGMENT ACCORDINGLY (.4); DRAFT EMAIL TO F. HUFFARD RE: REVISED FORM OF ACKNOWLEDGMENT OF AGREED TERMS (.1); COORDINATE RETURNED CONSENT TO BE BOUND BY STIPULATION (.2); TEL. CONF. WITH J. POST RE: FORM OF HERITAGE ORDER (.1); DRAFT HERITAGE ORDER (.2). |
| TOUSSI S | 08/02/05 | 0.60 | ADDRESS AND RESOLVE OUTSTANDING RECLAMATION VENDOR ISSUES (.1); DISCUSS RECLAMATION VENDOR ISSUES WITH TEAM MEMBERS (.5). |
| BONACHEA L | 08/02/05 | 0.40 | ADDRESS ISSUES RE: RETURNED SERVICE OF RECLAMATION STATEMENT. |
| MATHEW J | 08/02/05 | 1.90 | COORDINATE WITH ATTORNEY AND XROADS REGARDING REVISED RECLAMATION STIPULATION AND SEND RELATED DOCUMENTS TO XROADS (.8); MONITOR DOCKET FOR ENTRY OF ORDER CORRECTING ORDER APPROVING STIPULATION (.4); COORDINATE WITH XROADS REGARDING TREATMENTS OF AGREEMENTS TO STIPULATION AND SCAN AND SEND RELEVANT DOCUMENTS TO XROADS (.7). |
| ZSOLDOS AF | 08/02/05 | 2.10 | FILE MAINTENANCE RECLAMATION LIST UPDATE. |
| MATZ TJ | 08/03/05 | 3.30 | DISCUSSION WITH WORKING GROUP RE: STIPULATION SERVICE, TRADE TERMS NOTICING AND OPTING IN PROCESS (.7); CALLS WITH S. BRYANT, G. LIEBOWITZ RE: OPTING IN & PREFERENCES (.7); FOLLOW UP WITH XROADS RE: PREFERENCE NOTICING (.4); FOLLOW UP RE: TRADE TERMS QUESTIONS & NOTICING (.6); FOLLOW UP WITH XROADS RE: BUNGEE NORTH AMERICA CLAIM AND DISPUTE (.6); REVIEW MATERIALS FROM XROADS RE: FOODONICS TIMELINESS MATTER (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/03/05 | 4.20 | REVIEW AND REVISE FORM OF HERITAGE ORDER (.2); DRAFT EMAIL TO J. POST RE: HERITAGE ORDER (.1); DRAFT EMAIL TO S. MILLER (COUNSEL TO RECLAMATION CLAIMANT) ATTACHING BLACKLINE OF RECLAMATION STIPULATION IN RESPONSE TO HIS REQUEST (.1); CONF. WITH T. MATZ, A. ZSOLDOS AND J. MATHEW RE: PROCESS IN CONNECTION WITH RESPONSES FROM RECLAMATION CLAIMANTS TO STATEMENT OF RECLAMATION AND OPTING INTO STIPULATION (.7); DRAFT EMAIL TO S. WEATHERMON ATTACHING REVISED STIPULATION AND ORDER (.2); REVIEW EMAIL FROM M. LOESBERG RE: EXECUTION OF JUNIOR SECURITY AGREEMENT (.1); TEL CONF WITH M. LOESBERG RE: SAME (.1); DRAFT EMAIL TO B. KICHLER RE: EXECUTION OF JUNIOR SECURITY AGREEMENT AND REVIEW HER RESPONSE (.1); TEL CONFS WITH F. HUFFARD RE: REVISIONS TO MEMO SETTING FORTH AGREED TERMS (THE "MEMO") (.2); REVIEW AND REVISE MEMO (.2); DRAFT EMAIL TO S. HENRY ATTACHING THE MEMO (.1); WORK ON ISSUES RE: REVISED MEMO LISTING TERMS (.2); DRAFT EMAIL TO M. FRIEDMAN ATTACHING REVISED MEMO (.1); TEL CONF WITH J. POST RE: HERITAGE ORDER (.1); REVIEW AND REVISE HERITAGE STIP BASED ON TEL CONF WITH S. WEATHERMON (.6); TEL CONFS WITH S. WEATHERMON RE: REVISIONS TO HERITAGE STIPULATION (.2); TEL CONF WITH M. FRIEDMAN RE: REVISIONS TO FORM OF CONSENT (.2); DRAFT EMAIL TO S. WEATHERMON ATTACHING STIPULATION TO BE EXECUTED (.1); REVIEW EMAILS FROM J. POST RE: HERITAGE STIPULATION (.1); TEL CONF WITH M. FRIEDMAN RE: REVISION TO FORM OF AGREED TERMS (.1); DRAFT EMAIL TO M. FRIEDMAN RE: FURTHER REVISED THE MEMO OF AGREED TERMS (.1); TEL CONF WITH M. FRIEDMAN RE: SAME (.1); REVISE MEMO OF AGREED TERMS (.1); DRAFT EMAIL TO F. HUFFARD, S. HENRY RE: SAME (.1). |
| MATHEW J | 08/03/05 | 1.30 | PREPARE STATEMENTS OF RECLAMATION (.8); COORDINATE WITH LEGAL ASSISTANT REGARDING RECLAMATION SERVICE ISSUES AND DRAFT COVER LETTER FOR SERVICE OF RECLAMATIONS CLAIM (.5). |
| KREINER ML | 08/03/05 | 2.10 | PREPARE RECLAMATION MAILING. |
| HENRY S | 08/04/05 | 1.10 | IMPLEMENT TRADE LIEN PROGRAM (.4); ADDRESS SECURITY AGREEMENT ISSUE (.7). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 08/04/05 | 5.10 | ANSWER INQUIRIES RE: RECLAMATION CLAIMS & SETTLEMENT STIPULATION FROM DREYER'S GRAND, J. SHAFFER (LIBBEY'S), A. LIU AND T. WUERTZ (BRISTOL MEYERS) AND BUNGEE NORTH AMERICA (1.6); CALLS RE: BACK-UP DATA AND NOTICING VENDORS WITH BEECHNUT NUTRITION, VERTS INC., ATKINS, NEW ORLEANS CUISINE (1.2); CALL WITH E. CHOW RE: PREFERENCE NOTICE (.1); CALL WITH G. LIEBOWITZ RE: PERDUE FARMS (.2); FOLLOW UP WORK RE: DREYER'S ADDITIONAL INVOICES (.4); CALL WITH T. WUERTZ RE: SAME & ADDITIONAL PREFERENCE INFORMATION (.4); WORK ON CALL LOG (.2); WORK ON OUTSTANDING MATTERS (.2); REVIEW & REVISE FOODONICS CLAIM & STATEMENT OF RECLAMATION (.6); CALL WITH A. LIU RE: SAME (.2). |
| EICHEL S | 08/04/05 | 2.40 | REVIEW STATEMENT OF RECLAMATION OF WELCH FOOD (.1); TEL. CONF. WITH E. SHIN (CORPORATE COUNSEL OF WELCH FOOD) RE: NUMERICAL RECONCILIATION (.1); REVIEW EMAIL FROM T. WUERTZ RE: RECLAMATION RECONCILIATION DATA (.1); ADDRESS ISSUES RE: RECLAMATION RECONCILIATION DATA (.1); DRAFT EMAILS TO T. WUERTZ RE: WELCH RECLAMATION CLAIM (.2); REVIEW RESPONSE FROM T. WUERTZ RE: WELCH RECLAMATION CLAIM (.1); RESPOND TO INQUIRY FROM RECLAMATION CLAIMANT (.1); DRAFT EMAIL TO B. KICHLER RE: EXECUTION OF JUNIOR SECURITY AGREEMENT (.1); TEL CONF WITH B. KICHLER RE: EXECUTION OF JUNIOR SECURITY AGREEMENT AND DANNON LIFT STAY MOTION (.1); TEL CONF WITH S. WEITZEL (DREYER'S) AND T. MATZ RE: DREYER'S RECLAMATION CLAIM AND CONSIGNMENT AGREEMENT (.7); TEL CONF WITH F. HUFFARD RE: MEMO SETTING FORTH AGREED TERMS (.1); REVISE MEMO RE: AGREED TERMS (.1); DRAFT EMAILS TO M. FRIEDMAN, L. MANDEL, H. ETLIN, F. HUFFARD, AND OTHERS RE: MEMO OUTLINING AGREED TERMS (.2); TEL CONF WTIH S. HENRY RE: MEMO (.1); TEL CONF WITH H. ETLIN RE: MEMO RE: AGREED TERMS (.1); REVIEW RESPONSE FROM T. WUERTZ RE: RECLAMATION CLAIM OF WELCH (.1). |
| RAVIN AS | 08/04/05 | 0.10 | TELEPHONE CONFERENCE WITH G. LEIBOWITZ RE: RECLAMATION ISSUE. |
| TOUSSI S | 08/04/05 | 0.50 | ADDRESS OUTSTANDING RECLAMATION VENDOR CLAIMS (.3); RETURN PHONE CALLS RE: SAME (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BONACHEA L | 08/04/05 | 0.30 | PREPARE SERVICE OF CORRECTED RECLAMATION ORDER. |
| MATHEW J | 08/04/05 | 1.60 | REVIEW AND UPDATE FILE OF RECLAMATION CORRESPONDENCE. |
| ROMAN JJ | 08/04/05 | 1.60 | REVIEW AND ORGANIZE RECLAMATION MATERIALS. |
| HENRY S | 08/05/05 | 2.30 | REVIEW ISSUES AND CORRESPONDENCE FROM HOOD STIPULATION (1.5); T/C HOOD LAWYER (.3); DIRECT RESEARCH RE: ISSUES (.4); REVIEW DRAFT RE: CONSENT TO SETTLEMENT (.1). |
| MATZ TJ | 08/05/05 | 2.40 | CALLS WITH SARGENTO FOODS, PEPSI, AND FOODONICS RE: OPTING IN (.8); CORRESPONDENCE WITH XROADS RE: SAME (.4); ADDRESS OPT IN MECHANICS (.2); CORRESPONDENCE WITH XROADS RE UPDATING AGREEMENTS (.2); CALL WITH S. WEITZEL (DREYER'S GRAND) RE: RECLAMATION WINDOW (.4); FOLLOW UP WORK RE: SAME (.4). |
| EICHEL S | 08/05/05 | 6.20 | CONTINUE WORKING RE MEMO OF AGREED TERMS (.2); CALLED OFFICE OF M. FRIEDMAN RE: SAME (.1); REVIEW M. FRIEDMAN'S RESPONSE (.1); ADDRESS ISSUES RE: PROCESS IN CONNECTION WITH RECONCILIATION AND COMMUNICATING WITH RECLAMATION CLAIMANTS (.2); CONF WITH T. MATZ AND OTHERS RE: PROCESS OF CONTACTING RECLAMATION CLAIMANTS (.2); CALLED OFFICE OF T. WUERTZ RE: LETTERS SENT TO RECLAMATION CLAIMANTS (.1);  ADDRESS RECLAMATION CLAIMANT HP HOOD (1.1);  TEL CONF WITH D. SUDOCK RE: ADJOURNMENT OF DANNON HEARING AND DANNON RECLAMATION CLAIM (.3); ADDRESS DANNON CLAIM AND LITIGATION (.2); WORK ON ISSUES RE: RECLAMATION CLAIM OF HP HOOD (.8); DRAFT EMAILS TO F. HUFFARD AND H. ETLIN RE: RECLAMATION STIPULATION (.1); DRAFT EMAILS TO T. WUERTZ RE: HP HOOD AND REVIEW RESPONSES (.2); RESEARCH RE: RECLAMATION WINDOW IN RESPONSE TO ISSUE RAISED BY RECLAMATION CLAIMANT (2.6). |
| TOUSSI S | 08/05/05 | 1.10 | ADDRESS RECLAMATION ISSUES WITH VARIOUS VENDORS (.6); DISCUSS STATUS OF CERTAIN VENDORS AND STIPULATIONS (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| MATHEW J | 08/05/05 | 1.90 | PREPARE FOODONICS RECLAMATION MATERIALS (.5); COORDINATE WITH ATTORNEYS REGARDING FOODONICS STATEMENT OF RECLAMATION AND EDIT SAME (.4); COORDINATE WITH ATTORNEYS AND LEGAL ASSISTANT REGARDING FILING AND ORGANIZATION OF RECLAMATION DOCUMENTS (1.0). |
|---|---|---|---|
| ZSOLDOS AF | 08/05/05 | 6.50 | REVIEW ORGANIZATIONAL ISSUES RELATED TO STATEMENTS OF RECLAMATION. |
| ROMAN JJ | 08/05/05 | 1.70 | CONTINUE REVIEW AND ORGANIZATION OF RECLAMATION MATERIALS. |
| HENRY S | 08/08/05 | 3.80 | T/C CASTLE AND EICHEL RE: HOOD SETTLEMENT (.2); T/C ETLIN AND EICHEL RE: HOOD SETTLEMENT (.2); T/C APPEL RE: HOOD SETTLEMENT (.1); ANALYZE CASE LAW RELATED TO 10 DAY WINDOW (1.7); WORK RE: STRATEGY RE: SAME (.8); IMPLEMENT PROTOCOLS FOR DEALING WITH REQUESTS TO AMEND STIPULATION (.4); ADDRESS 10 DAY WINDOW ISSUE (.4). |
| MATZ TJ | 08/08/05 | 3.50 | FOLLOW UP AND WORK WITH XROADS ON RECONCILIATION RESOLUTION ISSUES RE: BUNGEE, CHOU, B. HALDIN RE: SILVER SPRINGS BOTTLED WATER (1.1); CALLS WITH XROADS RE: VARIATIONS TO STIPULATION AND JULY 29TH ORDER (.6); FOLLOW UP WORK RE: SAME (.3); ADDRESS 4 UNRECONCILED CLAIMS (C&M FOODS, ICICLE SEAFOODS, IFCO SYSTEMS AND PEPSI-COLA DECATUR) (1.0); CALLS WITH XROADS RE: SAME (.5). |
| EICHEL S | 08/08/05 | 5.70 | FORMULATE RESPONSE TO RECLAMATION CREDITOR'S INQUIRY RE: RECLAMATION WINDOW AND CALCULATION OF HIS CLIENT'S CLAIM (1.6); COMMENCE DRAFTING STIPULATION RESOLVING HP HOOD'S RECLAMATION CLAIM (.5); PERDUE RECLAMATION CLAIM WORK (.2); WORK ON ISSUES RE: PROPOSED HP HOOD STIPULATION AND RELATED ISSUES (.6); TEL CONF WITH H. ETLIN AND S. HENRY RE: HP HOOD (.2); CONF CALL WITH H. ETLIN, S. HENRY, B. FISHER AND R. DESHONG RE: CARDINAL HEALTH CLAIM (.6); REVIEW EMAILS RE: STATEMENTS OF RECLAMATION (.1); REVIEW EMAIL FROM L. MANDEL REQUESTING STATUS OF FRONT END SERVICES' RECLAMATION MOTION (.1); TEL CONF WITH M. ELMORE RE: FRONT END SERVICES' MOTION FOR ADMIN CLAIM (.1); DRAFT EMAIL TO S. HENRY RE: L. MANDEL'S INQUIRY (.1); DRAFT STIPULATION REGARDING RECLAMATION CLAIM OF HP HOOD (1.2); COMMENCE REVIEW OF CARDINAL HEALTH VENDOR AGREEMENT (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TOUSSI S | 08/08/05 | 0.70 | ADDRESS RECLAMATION VENDOR ISSUES (.5); REVIEW CORRESPONDENCE FROM VENDORS (.2). |
| BONACHEA L | 08/08/05 | 1.00 | PREPARE SERVICE OF CORRECTED TRADE VENDORS STIPULATION. |
| MATHEW J | 08/08/05 | 5.90 | REVIEW FILES FOR PERDUE CLAIM AND COORDINATE WITH ATTORNEY REGARDING RECONCILIATION OF CLAIM (.6); COMPARE XROADS LIST OF CLAIMS AGAINST THOSE RECEIVED BY SKADDEN (3.3); PULL UNRECONCILED CLAIMS FROM FILES, SCAN AND DISTRIBUTE TO ATTORNEYS AND XROADS (.9); COORDINATE WITH ATTORNEYS REGARDING LISTS OF CLAIMS AND PROCESS FOR FILING (.7); REVIEW EMAILS AND FILES FOR CORRESPONDENCE WITH XROADS REGARDING UNRECONCILED CLAIMS (.4). |
| ZSOLDOS AF | 08/08/05 | 3.00 | FILE AND REVIEW NEW RECLAMATION AND STIPULATION AGREEMENTS (1.5); PREPARE UPDATED RECLAMATION BINDERS (1.5). |
| MATZ TJ | 08/09/05 | 2.70 | CORRESPONDENCE WITH P. HOFFMAN (HUHTANAKI AMERICAS) AND A. LIU RE: CLAIM ISSUES (.4); FOLLOW UP WORK RE: SAME (.2);ADDRESS 6 ADDITIONAL RECLAMATION CLAIMS AND RECONCILIATION ISSUES (.5); FOLLOW UP RE: SILVER SPRINGS BOTTLED WATER AND PEPSI CLAIMS (.5); WORK RE ADDITIONAL PEPSI MATERIALS (.3); CALLS WITH A. LIU RE: HUNTAMKI CLAIM ISSUES (.5); FOLLOW UP CORRESPONDENCE TO VENDORS RE: SAME (.3). |

DORA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 08/09/05 | 2.90 | TEL CONF WITH B. HALDIN (COUNSEL TO SILVER SPRINGS BOTTLED WATER) RE: HIS CLIENT'S CLAIM AND RECLAMATION TRADE LIEN PROGRAM (.2); TEL CONF WITH N. HAUSER RE: CLAIM OF HIS CLIENT METRO WHOLESALER (.2); DRAFT EMAIL TO T. WUERTZ RE: RECONCILIATION OF CLAIM OF METRO WHOLESALERS (.1); REVIEW EMAIL FROM COUNSEL FROM SILVER SPRINGS BOTTLED WATER CO. (.1); DRAFT EMAIL TO H. ETLIN, R. DAMORE AND T. ROBBINS RE: CLAIM OF SILVER SPRINGS BOTTLED WATER (.2); TEL CONF WITH B. KICHLER RE: EXECUTION OF JUNIOR SECURITY AGREEMENT (.1); REVIEW RESPONSE FROM R. DAMORE RE: SILVER SPRING BOTTLED WATER AND RESPOND TO SAME (.1); TEL CONF WITH A. WILLIAMS (COUNSEL FOR COCA COLA BOTTLING CONSOLIDATED) RE: HER CLIENT'S RECLAMATION CLAIM AND RECLAMATION STIPULATION (.2); RESPOND TO INQUIRY WHETHER PAYMENTS WERE MADE TO SOUTHERN WINE & SPIRITS (.1); TEL CONF WITH J. MOLDOVAN (COUNSEL FOR SOUTHERN WINE & SPIRITS) RE: SAME (.1); DRAFT EMAIL TO S. HENRY RE: SAME (.1); RESPOND TO INQUIRY FROM H. ETLIN RE: CLAIM OF SILVER SPRINGS BOTTLED WATER (.1); DRAFT EMAIL TO E. GORDON AND OTHERS RE: RECONCILIATION OF RECLAMATION CLAIM OF COCA-COLA BOTTLING CO. (.1); REVIEW CERTIFICATE OF SERVICE RE: ORDER APPROVING RECLAMATION STIPULATION (.1); REVIEW AND REVISE STIPULATION BETWEEN DEBTORS AND HP HOOD RE: ITS RECLAMATION CLAIM (1.1). |
|---|---|---|---|
| MATHEW J | 08/09/05 | 0.20 | REVIEW EMAILS FOR LIST OF PREFERENCE PAYMENTS (.2). |
| ZSOLDOS AF | 08/09/05 | 1.90 | FILE MAINTENANCE: ASSEMBLE, FILE, SORTING, MAILING TO XROADS RE: INCOMING RECLAMATIONS AND STIPULATIONS (1.9). |
| ROMAN JJ | 08/09/05 | 1.30 | REVIEW/ORGANIZE RECLAMATION MATERIALS. |

DG8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATZ TJ | 08/10/05 | 4.00 | CORRESPONDENCE FROM P. HOFFMAN RE: HUHTANAKI CLAIM AND POSSIBLE MOTION (.3); FOLLOW UP CALL WITH A. LIU RE: SAME (.4); FOLLOW UP CALL WITH HOFFMANN RE: SAME (.4); CONTINUE WORK RE: SAME (.4); FOLLOW UP WORK RE: PERDUE CLAIM (.3); DRAFT POSSIBLE MOTION TO JULY 29TH ORDER AND STIPULATION (.4); CALLS WITH A. LIU RE: BUNGEE (.3); CALLS WITH PEPSI/FRITO LAYS (.4); CALL WITH P. HOFFMANN RE: CONSUMPTION ISSUE/SERVICE RE: HUHTANAKI (.3); CALL WITH D. CULLIGAN RE: RECLAMATION DISPUTE (.4); FOLLOW UP WITH A. LIU RE: SAME (.4). |
| EICHEL S | 08/10/05 | 3.10 | CONFORM CHANGE TO JUNIOR SECURITY AGREEMENT (.3); TEL. CONF. WITH S. LAM, M. LOESBERG RE: CONFORMING CHANGE (.1); RESEARCH GENERAL ISSUE RE: PREFERENCE LAW (.6); REVIEW ISSUE RE: ORDERS APPROVING RECLAMATION STIPULATION (.1); REVIEW EMAILS RE: COMMITTEE CONSENT RE: PREFERENCES (.1); DRAFT EMAIL TO A. LIU RE: PREFERENCE ANALYSIS USED BY XROADS (.1); ADDRESS DEL MONTE ISSUE(.4); REVIEW AND REVISE STIPULATION RE: HP HOOD RECLAMATION CLAIM (.6); DRAFT EMAIL TO M. FRIEDMAN RE: REVISION TO JUNIOR SECURITY AGREEMENT (.1); TEL. CONF. WITH S. LAM AND L. MANDEL RE: REVISION TO JUNIOR SECURITY AGREEMENT (.1); DRAFT EMAIL TO M. LOESBERG ATTACHING REVISIONS TO JUNIOR SECURITY AGREEMENT (.1); REVIEW EMAIL FROM T. WUERTZ RE: TRADE VENDOR LIEN PROGRAMS AND RESPOND TO SAME (.2); REVIEW AND REVISE HP HOOD STIPULATION (.3). |
| ROMAN JJ | 08/10/05 | 1.20 | REVIEW AND ORGANIZE RECLAMATION MATERIALS. |
| HENRY S | 08/11/05 | 2.30 | ANALYSIS OF ISSUE AND MEMORANDUM TO CLIENT RE: USE OF RECLAMATION SIGN OFF FORMS (.9); MEMO TO SOLOCHECK RE: NEWS REPORT (.3); T/C RIOS AND FOLLOW UP RE: SAME (.3); REVISE HOOD STIPULATION (.8). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MATZ TJ               08/11/05          6.70    CALLS WITH XROADS, COMPANY AND
                                                CLAIMANTS RE: VARIOUS RECLAMATION
                                                CLAIMS (1.3); CORRESPONDENCE AND
                                                REVIEW RE: VARIOUS RECLAMATION CLAIMS
                                                AND ISSUES WITH DREYER'S GRAND (.3);
                                                CORRESPONDENCE AND REVIEW WITH
                                                HUHTANAKI AMERICAS RE: CLAIM
                                                CONSUMPTION RATE ISSUES (1.0);
                                                CORRESPONDENCE RE: 2 ADDITIONAL
                                                CLAIMS (.4); CORRESPONDENCE WITH D.
                                                CULLEN RE: PERRIGO (.3);
                                                CORRESPONDENCE WITH THERESA RE: CB
                                                FLEET CREDITS (.6); ADDRESS QUESTIONS
                                                RE: DEADLINES AND PROCEDURES (.5);
                                                CALLS RE: TRADE CREDIT AND DISPUTES
                                                TO JULY 29TH ORDER (2.0); CALL WITH
                                                B. KICHLER RE: VARIOUS CLAIMS (.3).

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/11/05 | 4.20 | REVIEW EMAIL FROM T. WUERTZ RE: CLAIM OF METRO WHOLESALERS (.1); REVIEW AND REVISE HP HOOD STIPULATION (.8); DRAFT EMAIL TO F. HUFFARD, H. ETLIN RE: PROPOSED HP HOOD STIPULATION (.2); TEL CONF WITH L. MANDEL RE: COMMITTEE REPRESENTATIVE TO SIGN OFF ON PREFERENCE WAIVER (.1); TEL CONF WITH W. MCARDLE (REPRESENTS GOLDEN FLAKE SNACK FOOD) RE: RECONCILIATION OF CLAIM (.1); DRAFT EMAIL TO T. WUERTZ AND OTHERS RE: RECONCILING CLAIM OF GOLDEN FLAKE SNACK FOOD (.1); REVIEW PREVIOUS ISSUES RE: VENDORS THAT AGREE WITH PROPOSED RECLAMATION CLAIM (.3); RESPOND TO INQUIRY OF T. WUERTZ RE: RECLAMATION/TRADE LIEN PROGRAM AND RECONCILIATION OF CLAIMS (.2); TEL CONF WITH T. WUERTZ RE: ISSUES RE: RECONCILIATION OF RECLAMATION CLAIMS AND RECLAMATION STIPULATION (.2); PROCESS COMMUNICATING WITH VENDORS RE: THEIR RECLAMATION CLAIMS AND OPTING INTO RECLAMATION STIPULATION (.2); TEL CONF WITH H. ETLIN RE: HP HOOD STIP (.1); TEL CONF WITH F. HUFFARD RE: HP HOOD STIPULATION (.1); REVISE HP HOOD STIPULATION (.2); TEL CONF WITH S. HENRY RE: EDY'S CLAIM AND CONSIGNMENT ISSUE (.1); TEL CONF WITH M. HAGER RE: HERITAGE STIPULATION (.1); TEL CONF WITH THERESA (CB FLEET) RE: TREATMENT OF CREDITS IN RECLAMATION STIPULATION (.2); DRAFT, EMAIL TO A. SOLOCHEK (SYLVANIA) ATTACHING ORDER APPROVING RECLAMATION STIPULATION (.1); RESPOND TO RECLAMATION ISSUES ASSERTED BY AMERICAN FOOD DISTRIBUTORS, MARCAL, CNS, INC. BELCO, INC., RICH FOOD PRODUCTS AND OTHERS (.5); DRAFT, REVIEW AND REVISE HP HOOD STIPULATION (.2); DRAFT EMAIL TO F. HUFFARD AND H. ETLIN RE: REVISED STIPULATION (.1); REVIEW EMAIL FROM F. HUFFARD RE: HP HOOD STIP AND RESPOND TO SAME (.1); RESPOND TO INQUIRY FROM RECLAMATION CLAIMANT (.1). |
| TOUSSI S | 08/11/05 | 0.80 | ADDRESS VENDOR ISSUES AND FOLLOW-UP PHONE CALLS RE: STIPULATION AND ISSUES. |
| ZSOLDOS AF | 08/11/05 | 5.10 | REVIEW AND ASSEMBLE CORRESPONDENCE BINDER (2.1); FILE AND COPY INCOMING RECLAMATIONS AND STIPULATIONS (1.2); MEET WITH S. EICHEL RE: ACKNOWLEDGMENTS OF RECEIPT AND OTHER VENDOR QUESTIONS (.4); SEND LETTERS AND EMAILS TO VARIOUS VENDORS AND XROADS RE: SIGNED STIPULATION AND RECLAMATION AGREEMENTS (1.4). |

DO&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ROMAN JJ | 08/11/05 | 0.90 | REVIEW AND ORGANIZE RECLAMATIONS DEMANDS. |
| MATZ TJ | 08/12/05 | 1.00 | CORRESPONDENCE AND 2 CALLS WITH P HOFFMAN RE: RESOLUTION OF HUHTAMAKI CLAIM (.4); ORGANIZING OUTSTANDING RECLAMATION ISSUES/MATTERS (.6). |
| EICHEL S | 08/12/05 | 1.60 | ADDRESS PROPOSED REVISION TO HP HOOD STIPULATION (.6); DRAFT EMAIL TO H. ETLIN RE: COMMENTS TO HP HOOD STIPULATION (.1); RESPOND TO REQUEST RE: BLACKLINE OF RECLAMATION ORDER SHOWING REVISIONS (.2); TEL. CONFERENCE WITH L. PRENDEGAST RE: BLACKLINE OF RECLAMATION ORDER SHOWING CHANGES (.1); TEL. CALL WITH H. ETLIN RE: COMMENTS TO HP HOOD STIPULATION (.1); RESPOND TO ISSUES ASSERTED BY RECLAMATION CLAIMANTS (.2); TELEPHONE CALL WITH S. CUPPS (COUNSEL FOR TIP TOP CANNING CO.) RE: OPTING INTO RECLAMATION STIPULATION (.2); CONF. WITH T. MATZ RE: OPEN ISSUES WITH RECLAMATION VENDORS (.1). |
| LAMAINA KA | 08/12/05 | 0.70 | CONFERENCE WITH S.EICHEL AND S.HENRY RE: POTENTIAL RECLAMATION ISSUE REQUIRING IMMEDIATE WORK AND BEGIN RESEARCH RE: SAME (.7). |
| TOUSSI S | 08/12/05 | 0.90 | ADDRESS ISSUES RE: RECLAMATION. |
| ZSOLDOS AF | 08/12/05 | 5.20 | DISTRIBUTE/MAIL ASSEMBLE RECLAMATION AGREEMENTS/DISAGREEMENTS AND STIPULATIONS TO BE SENT TO XROADS (1.3); DRAFT LETTERS/EMAILS (.7); DOCUMENTS SENT VIA POST AND VIA EMAIL TO VARIOUS PARTIES (.2); REVIEW AND ASSEMBLE BINDERS OF ALL CORRESPONDENCE (2.0); ASSEMBLE BINDER UPDATES: ORGANIZE NEW STATEMENTS OF RECONCILIATION, SLIPSHEETING WITH BLUE SHEET INTO CURRENT BINDERS (1.0). |

DG8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            08/15/05        4.00    CALLED OFFICE OF M. ELMORE RE: FRONT
                                            END SERVICES' MOTION FOR ADMIN CLAIM
                                            (.1); RESPOND TO INQUIRIES FROM
                                            RECLAMATION VENDORS (.2); REVIEW
                                            INDEX OF RECLAMATION VENDORS WITH
                                            WHOM THERE HAS BEEN COMMUNICATION
                                            (.2); REVIEW EMAILS RE: COMMITTEE
                                            ACKNOWLEDGMENT WITH RESPECT TO
                                            PREFERENCES IN CONNECTION WITH MEMO
                                            OF AGREED TERMS (.1); REVIEW
                                            CORRESPONDENCE FROM RECLAMATION
                                            CLAIMANTS RE: STATEMENT OF
                                            RECLAMATION (.2); REVIEW RECLAMATION
                                            CLAIM OF HUHTAMAKI AMERICAS (.2);
                                            REVIEW RECLAMATION CLAIM OF NEW YORK
                                            VALUE CLUB D/B/A BELCO ("BELCO")
                                            (.1); TEL CONF WITH A. ROSEN (COUNSEL
                                            TO BELCO) RE: STATEMENT OF
                                            RECLAMATION AND SLOTTING FEE (.1);
                                            DRAFT EMAIL TO A. ROSEN RE: BELCO'S
                                            STATEMENT OF RECLAMATION (.1); DRAFT
                                            EMAIL TO R. DAMORE AND T. MCNAMARA
                                            RE: SLOTTING AGREEMENT WITH BELCO
                                            (.2); DRAFT MEMO TO S. HENRY RE:
                                            OUTSTANDING MATTERS WITH RESPECT TO
                                            CERTAIN RECLAMATION CLAIMANTS (1.6);
                                            WORK ON ISSUE RE: CARDINAL HEALTH
                                            (.2); REVIEW AGREEMENT WITH CARDINAL
                                            HEALTH (.2); DRAFT EMAIL TO E. GORDON
                                            AND OTHERS RE: TIP TOP'S AGREEMENT TO
                                            BE BOUND BY RECLAMATION STIPULATION
                                            (.2); REVIEW CORRESPONDENCE RE:
                                            OUTSTANDING RECLAMATION CLAIMS (.1);
                                            COORDINATE CONSTRUCTION OF LIST OF
                                            COMMUNICATIONS WITH RECLAMATION
                                            VENDORS (.2).

ZSOLDOS AF          08/15/05        7.70    CREATE CORRESPONDENCE CHART OF ALL
                                            CORRESPONDENCE POST 6/30/05 RE: WINN
                                            DIXIE RECLAMATIONS, STIPULATIONS, AND
                                            QUESTIONS OF VENDORS (3.3); FILE
                                            CORRESPONDENCE INTO BINDER WHILE
                                            CREATING CHART (3.3); MEET WITH S.
                                            EICHEL THROUGHOUT THE DAY RE: CHART
                                            AND OTHER VENDOR ISSUES (1.1).

EICHEL S            08/16/05        1.50    ADDRESS ISSUES RE: CARDINAL HEALTH
                                            CLAIM (.3); REVIEW AND REVISE MEMO
                                            RE: STATUS OF OUTSTANDING RECLAMATION
                                            MATTERS (1.0); REVIEW EMAIL FROM A.
                                            LIU RE: STATUS OF CERTAIN RECLAMATION
                                            CLAIMS (.1); DRAFT EMAIL TO E. GORDON
                                            AND OTHERS RE: TIP TOP AGREEMENT TO
                                            BE BOUND BY STIPULATION (.1).

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 08/16/05 | 4.20 | CORRESPONDENCE WITH VARIOUS VENDORS RE: MISSING RECLAMATION CLAIMS (.6); SEARCH FOR DOCUMENTATION RE: MISSING CLAIMS (.9); DRAFT INITIAL DEAL DOCUMENTS FOR DRAFT NEW RECLAMATION STATEMENTS ORIGINALLY NOT SENT, INSERT NEW RECONCILIATIONS INTO DOCUMENTS, FORMATTING, ETC. (2.3); UPDATE CORRESPONDENCE BINDERS (.4). |
| ROMAN JJ | 08/16/05 | 1.10 | ASSIST A. ZSOLDOS WITH DOCUMENTS AND COMPANY TEMPLATES RE: RECLAMATION DEMANDS. |

DORA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S        08/17/05      6.50    RESPOND TO INQUIRY OF S. GLAZEK
(COUNSEL FOR HARVARD DRUG GROUP) RE:
DEADLINE TO OPT INTO RECLAMATION
STIPULATION (.2); TEL. CONF. WITH T.
BENNETT (COUNSEL FOR JP MORGAN CHASE)
RE: OPTING INTO RECLAMATION
STIPULATION (.2); TEL. CONF. WITH K.
BEDFORD RE: DEADLINE TO OPT INTO
RECLAMATION STIPULATION (.1); TEL.
CONF. WITH T. WUERTZ RE: DEL MONTE
OPTING INTO RECLAMATION STIPULATION
(.2); TEL. CONF. WITH S. ZUBER RE:
CARDINAL HEALTH CLAIM (.2); TEL.
CONF. WITH S. HENRY RE: CARDINAL
HEALTH CLAIM (.4); WORK ON ISSUES RE:
CARDINAL HEALTH CLAIM (.3); REVIEW
EMAIL FROM T. WUERTZ TO DEL MONTE RE:
DEL MONTE OPTING INTO RECLAMATION
STIPULATION (.1); DRAFT MEMO TO B.
FISHER RE: CARDINAL HEALTH PROPOSED
TERMS (.6); REVIEW EMAIL FROM M.
ELMORE (COUNSEL TO FRONT END
SERVICES) RE: OPTING INTO RECLAMATION
STIPULATION (.1); TEL. CONFS. WITH B.
FISHER RE: CARDINAL HEALTH PROPOSAL
(.5); REVIEW EMAIL FROM C. KUNZ (HP
HOOD COUNSEL) RE: PREFERENCE
RESERVATION (.1); DRAFT EMAIL TO R.
DAMORE RE: RESPONDING TO ISSUE RAISED
BY C. KUNZ (COUNSEL TO HP HOOD) (.1);
TEL. CONF. WITH R. RIOS (COUNSEL TO
CERTIFIED FOODS CORP.) RE: OPTING
INTO RECLAMATION STIP. (.1); DRAFT
EMAIL TO E. GORDON RE: CERTIFIED
FOODS CORP. (.1); DRAFT EMAIL TO B.
FISHER RE: CARDINAL HEALTH PROPOSAL
(.1); REVIEW EMAIL FROM A. LIU RE:
CERTIFIED FOODS CORP. (.1); REVIEW
EMAIL FROM A. LIU RE: RECLAMATION
CLAIM OF PEPSI-COLA DECATUR (.1);
DRAFT EMAIL TO A. LIU RE: SENDING
DOCUMENTATION TO HUHTAMAKI AMERICAS
WITH RESPECT TO ITS RECLAMATION CLAIM
(.1); REVIEW EMAIL FROM H. ETLIN RE:
HP HOOD'S PREFERENCE ISSUE (.1);
REVIEW H. ETLIN'S EMAIL RE: CARDINAL
HEALTH (.1); DRAFT EMAIL TO R. DAMORE
RE: CARDINAL HEALTH PROPOSAL (.1);
DRAFT EMAIL TO T. WUERTZ RE: PROPOSED
TERMS FOR CERTIFIED FOODS CORP. (.1);
REVIEW EMAIL FROM T. WUERTZ TO: S.
CUPPS RE: TIP TOP CANNING OPTING INTO
RECLAMATION STIP. (.1); WORK ON
ISSUES RE: RECLAMATION CLAIM OF
MADIX, INC. (.2); RESEARCH 5 USC ⌐
6103  RE: RECLAMATION WINDOW (.5);
TEL. CONF. WITH J. LAMB (MADIX) RE:
RESPONSE TO JULY 29 LETTER AND
RECLAMATION WINDOW (.1); REVIEW
EMAILS FROM T. WUERTZ AND A. LIU RE:
CERTIFIED FOODS CORP. (.1); REVIEW
EMAIL RE: PARTICIPATION OF HUHTAMAKI
IN TRADE LIEN PROGRAM (.1);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/17/05 | | RESPOND TO INQUIRY FROM COUNSEL TO SWISHER RE: ITS RECLAMATION CLAIM (.1); DRAFT EMAIL TO E. GORDON RE: SWISHER RECLAMATION CLAIM (.1); DRAFT EMAIL TO M. ELMORE RE: FRONT END SERVICES' MOTION FOR ADMINISTRATIVE CLAIM (.1); TEL. CONF. WITH S. SCHULTZ (COUNSEL TO MISSION FOODS) IN RESPONSE TO HER EMAIL REGARDING INVOICES THAT MAY BE PART OF RECLAMATION CLAIM OR POSTPETITION (.1); REVIEW EMAIL FROM S. SCHULTZ RE: RECLAMATION CLAIM OF MISSION FOODS (.1); DRAFT EMAIL TO T. WUERTZ RE: RECLAMATION CLAIM OF MISSION FOODS (.1); DRAFT EMAIL TO E. GORDON RE: SWISHER RECLAMATION CLAIM (.1); REVIEW EMAIL RE: CERTIFIED FOODS CORP. (.2); REVIEW EMAILS RE: SWISHER CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE: RECLAMATION CLAIM OF GOLDEN FLAKE SNACK FOODS (.1); REVIEW EMAIL RE: SWIFT & CO.'S CLAIMS AND POTENTIAL PREFERENCES (.1); DRAFT EMAIL TO T. WUERTZ RE: CLAIM OF SWIFT & CO. AND POTENTIAL PREFERENCES (.1). |
| TURETSKY DM | 08/17/05 | 0.30 | DILIGENCE RE: OLD MISSION RECLAMATION CLAIM (0.2); E-MAIL TO S. EICHEL RE: SAME (0.1). |
| ZSOLDOS AF | 08/17/05 | 5.30 | FILE MAINTENANCE: REORGANIZE RECLAMATIONS, REVISE RECONCILIATIONS, SORT STIPULATIONS, AND FILE (1.5); UPDATE CHART RE: RECLAMATIONS AND STIPULATIONS (.8); CORRESPONDENCE WITH XROADS RE: MISSING RECLAMATION VENDORS (1.0); DRAFT INITIAL DEAL DOCUMENTS FOR DRAFT MISSING RECLAMATION STATEMENTS AND SUBMIT FOR ATTORNEY APPROVAL (.7); PULL OLD BACKUP DOCUMENTATION FOR ATTORNEY REVIEW (.5); CORRESPONDENCE UPDATES, GENERAL FILING AND BINDER UPDATES (.8). |
| HENRY S | 08/18/05 | 0.80 | CONFERENCE S. EICHEL REGARDING PHARMACEUTICAL VENDOR (.3); REVIEW CORRESPONDENCE RE: STIPULATION (.3); CONFERENCE RE: PREFERENCE ISSUES WITH S. EICHEL (.1); CONFERENCE WITH S. EICHEL REGARDING FEE PROVISION OF STIPULATION (.1). |

DOSK

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                08/18/05        4.50    REVIEW EMAIL FROM A. LIU RE: MISSION
                                                FOODS AND REDDY ICE RE: OPTING INTO
                                                TRADE LIEN PROGRAM (.1); REVIEW EMAIL
                                                FROM A. LIU RE: RECLAMATION CLAIM OF
                                                SWIFT & CO. (.1); DRAFT EMAIL TO RE:
                                                SWIFT & CO. (.1); REVIEW C. BOYLE
                                                EMAIL RE: FINAL RECLAMATION ORDER AND
                                                RESPOND TO SAME (.2); REVIEW EMAIL
                                                FROM R. RIOS (COUNSEL FOR CERTIFIED
                                                FOODS) RE: PARTICIPATION IN TRADE
                                                LIEN PROGRAM (.1); TEL. CONF. WITH M.
                                                LOESBERG RE: JUNIOR SECURITY
                                                AGREEMENT (.1); DRAFT EMAIL TO M.
                                                FRIEDMAN RE: JUNIOR SECURITY
                                                AGREEMENT (.1); REVIEW RESPONSE FROM
                                                M. FRIEDMAN (.1); TEL. CONFS. WITH S.
                                                HENRY RE: CARDINAL HEALTH (.3);
                                                REVIEW CORRESPONDENCE SENT TO S.
                                                HENRY RE: RECLAMATION (.2); TEL.
                                                CONF. WITH S. HENRY RE: COMMITTEE
                                                SIGN OFF ON PREFERENCE WAIVER (.1);
                                                TEL. CONF. WITH S. HENRY RE: PAYMENT
                                                TO DLA PIPER RUDNICK (.1); TEL. CONF.
                                                WITH S. ZUBER RE: CARDINAL HEALTH
                                                PROPOSED SETTLEMENT (.1); WORK ON
                                                ISSUES RE: PAYMENT TO DLA PIPER
                                                RUDNICK (.1); DRAFT EMAIL TO W.
                                                ALEXANDER GRAY RE: OPTING INTO
                                                STIPULATION (.2); TEL CONF WITH F.
                                                GLASS RE: PURCHASING RECLAMATION
                                                CLAIM AND OPTING INTO RECLAMATION
                                                STIPULATION (.2); REVIEW FAX FROM F.
                                                GLASS RE: ASSESSMENT OF CLAIM TO HIM
                                                (.1); REVIEW EMAIL FROM F. GLASS RE:
                                                RECLAMATION CLAIMANT (.1); TEL CONF
                                                WITH B. RICHARDS (COUNSEL FOR
                                                SUNSHINE) RE: OPTING INTO STIPULATION
                                                (.2); WORK ON ISSUES RE: CARDINAL
                                                HEALTH CLAIM (.4); DRAFT EMAIL TO B.
                                                FISHER AND R. DAMORE RE: CARDINAL
                                                HEALTH ISSUES (.3);  TEL CONF WITH B.
                                                FISHER AND R. DAMORE RE: CARDINAL
                                                HEALTH ISSUES (.3); DRAFT LETTER TO
                                                L. MANDEL, M. FRIEDMAN AND M.
                                                LOESBERG RE: EXECUTED JUNIOR SECURITY
                                                AGREEMENT (.2); REVIEW EMAILS FROM R.
                                                RIOS RE: REVISED NUMERICAL
                                                RECONCILIATIONS (.2); WORK ON ISSUES
                                                RE: CLAIM OF BRACH'S CONFECTIONS,
                                                INC. (.2); REVIEW EMAIL FROM A. LIU
                                                RE: GOLDEN FLAKE SNACK FOODS (.1);
                                                REVIEW EMAIL FROM E. GORDON RE: SAME
                                                (.1); REVIEW EMAIL FROM A. LIU RE:
                                                RECLAMATION CLAIM OF METROWHOLESALERS
                                                (.1).

DORA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ZSOLDOS AF | 08/18/05 | 2.80 | FILE MAINTENANCE: ORGANIZE BACKUP DOCUMENTATION RE: MISSING VENDORS PEPSI-COLA BOTTLING CO AND LANCE (.5); MEET WITH S. EICHEL RE: ADMINISTRATIVE TASKS (.1); ORGANIZE FILES (.4); SEARCH FOR DOCUMENT ON DOCKET, PULL AND FORWARD TO S. EICHEL (.4); CORRESPONDENCE WITH A. LIU RE CLAIMS (.1); ASSEMBLE SORTING AND FILING NEW RECLAMATIONS, STIPULATIONS AND REVISED RECONCILIATIONS (1.1); CONFER WITH S. EICHEL RE: NEW DOCUMENTATION (.2). |
|---|---|---|---|
| HENRY S | 08/19/05 | 0.20 | T/C S. EICHEL RE: RECLAMATION STIPULATION ISSUES (.2). |
| EICHEL S | 08/19/05 | 2.70 | TEL CONF WITH S. HENRY RE: PREFERENCE WAIVER ISSUES IN CONNECTION WITH VENDORS OPTING INTO RECLAMATION STIPULATION (.2); WORK ON ISSUES RE: DEFENSES TO PREFERENCE ACTIONS (.3); WORK ON ISSUES RE: IDENTIFICATION OF COMMITTEE REPRESENTATIVE WITH RESPECT TO PREFERENCE WAIVER (.2); DRAFT EMAIL TO T. WUERTZ RESPONDING TO REQUEST FROM AMERICAN ITALIAN PASTA CO AND BEECHNUT NUTRITION CORP FOR ADDITIONAL DETAIL REGARDING RECLAMATION CLAIMS (.2); REVIEW EMAIL FROM A. LIU TO J. CRUCIANI (COUNSEL TO AMERICAN ITALIAN PASTA AND BEECHNUT NUTRITION CORP.) RE: DETAIL ON RECLAMATION CLAIMS (.1); REVIEW EMAIL FROM W. MCARDLE RE: GOLDEN FLAKE SNACK FOOD (.1); TEL CONF WITH L. MANDEL RE: COMMITTEE REPRESENTATIVE TO REVIEW PREFERENCE WAIVERS (.1); REVIEW EMAIL FROM L. MANDEL RE: PREFERENCE WAIVER (.1); DRAFT EMAIL TO H. ETLIN AND OTHERS RE: L. MANDEL'S EMAIL RE: PREFERENCE WAIVER (.1); REVIEW EMAIL RE: RECLAMATION CLAIM OF SWISHER (.1); TEL CONF WITH S. ZUBER RE: STATUS OF NEGOTIATIONS WITH CARDINAL HEALTH (.1); RESPOND TO INQUIRY FROM S. GLAZEK RE: SUBMISSION OF DETAILED DOCUMENTATION WITH RESPECT TO RECLAMATION CLAIM (.2); TEL CONF WITH S. GLAZER RE: SAME (.1); WORK ON ISSUE RE: KRISPY KREME RECLAMATION CLAIM (.2); REVIEW CORRESPONDENCE RE: RECLAMATION CLAIMS (.2); TEL CONF WITH M. CROCKER RE: RECLAMATION CLAIM OF SWIFT & CO. (.3); RESPOND TO INQUIRY FORM RECLAMATION CLAIMANT (.1). |
| TOUSSI S | 08/19/05 | 0.80 | ADDRESS RECLAMATION VENDOR ISSUES (.6); VARIOUS TELEPHONE CONVERSATIONS RE: SAME (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ZSOLDOS AF | 08/19/05 | 5.40 | SUMMARIZE/REVISE CHART FOR S. EICHEL RE: NEW RECLAMATIONS TOTAL AMOUNT OF ANALYZED AND PROPOSED RECLAMATION CLAIMS TOTALED (2.2); PRINT/SORT/FILE CORRESPONDENCE IN BINDER (.6); MEET WITH S. EICHEL RE: NEW RECLAMATION VENDORS WHO DISAGREE (.2); REVIEW AND ASSEMBLE CORRESPONDENCE CHART BY VENDOR UPDATE (.7); ORGANIZE RECLAMATION FILE (1.2); DRAFT STATEMENT OF RECLAMATIONT. |
| LAMAINA KA | 08/20/05 | 5.10 | RESEARCH ISSUES RE: ASSET RECOVERY INCLUDING DEFENSES (1.4); PREPARE MEMO RE: RESEARCH RESULTS (.9); PREPARE AND DISTRIBUTE MATERIALS CONSISTING OF VARIOUS CASES AND LAW REVIEW ARTICLES (2.8). |
| ZSOLDOS AF | 08/20/05 | 1.20 | CORRESPONDENCE VIA EMAIL AND TELEPHONE WITH K. LAMAINA RE: RESEARCH DOCUMENTS (.2); REVIEW AND ASSEMBLE LEGAL RESEARCH (1.0). |
| HENRY S | 08/21/05 | 0.20 | REVIEW CORRESPONDENCE REGARDING COMMITTEE PROTOCOLS ON SIGN OFF RELATING TO PREFERENCE WAIVERS (.1); RESPOND TO SUCH CORRESPONDENCE TO SAME (.1). |
| EICHEL S | 08/21/05 | 2.60 | COMMENCE REVIEW OF 11TH CIRCUIT CASES REGARDING DEFENSES TO PREFERENCE ACTIONS. |
| HENRY S | 08/22/05 | 0.80 | DRAFT CORRESPONDENCE REGARDING STIPULATION ISSUE (.1); T/C EICHEL RE: DEL MONTE PROPOSAL (.5); T/C EICHEL RE: STORE FIXTURE CLAIM (.1); DRAFT CORRESPONDENCE RE: PROPOSED STIPULATION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          08/22/05          4.80   REVIEW EMAIL FROM S. HENRY RE:
PREFERENCE WAIVER (.1); REVIEW
RESPONSES OF E. GORDON AND H. ETLIN
TO PREFERENCE WAIVER ISSUE (.1);
REVIEW EMAIL FROM T. WUERTZ RE: DEL
MONTE MEMO OF AGREED UPON TERMS (.1);
DRAFT EMAIL TO T. WUERTZ RESPONDING
TO HIS INQUIRY RE: DEL MONTE'S
PROPOSED COMMENTS TO MEMO OF AGREED
TERMS (.2); DRAFT EMAIL TO A. ZSOLDOS
RE: PRINTING CERTAIN STATEMENTS OF
RECLAMATION (.1); REVIEW EMAIL FROM
A. ZSOLDOS RE: NUMERICAL
RECONCILIATION OF C&M FOOD (.1);
REVIEW EMAIL FROM L. BARR (COUNSEL TO
SOUTHEAST ATLANTIC BEVERAGE CO.) RE:
SETOFF (.1); TEL. CONF. WITH B.
KICHLER RE: SOUTHEAST ATLANTIC
BEVERAGES AND RESOLUTION OF BRACH'S
DISPUTE (.2); REVIEW EMAIL FROM A.
ZSOLDOS RE: AGREEMENT TO BE BOUND
EXECUTED BY KRISPY KREME (.1); TEL.
CONF. WITH MARY (GREEN MACHINE) RE:
RECLAMATION STIP. (.2); TEL. CONF.
WITH L. BARR (SOUTHEAST ATLANTIC
BEVERAGE) RE: SETOFF (.1); TEL. CONF.
WITH J. POST RE: HERITAGE ORDER (.1);
REVIEW EMAIL FROM T. WUERTZ RE: DEL
MONTE'S PROPOSED REVISIONS (.1);
REVIEW EMAIL FROM K. WARD RE:
HERITAGE MOTION (.1); RESPOND TO
INQUIRY RE: OERDUE STATEMENT OF
RECLAMATION (.1); DRAFT EMAIL TO T.
MATZ RE: STATUS OF OERDUE STATEMENT
OF RECLAMATION (.1); TEL. CONF. WITH
M. ELMORE RE: FRONT END SERVICES'
MOTION FOR ADMINISTRATIVE CLAIM (.1);
REVIEW STATEMENT OF RECLAMATION OF
REPUBLIC PLASTICS IN PREPARATION FOR
TEL. CONF. RE: RECLAMATION CLAIM
(.1); TEL. CONF. WITH J. HOEFFNER
(COUNSEL TO REPUBLIC PLASTICS) RE:
RECLAMATION CLAIM (.1); REVIEW EMAILS
FROM R. DAMORE RE: STATUS OF BELCO
INQUIRY AND RESPOND TO SAME (.2);
DRAFT EMAIL TO S. HENRY RE: POTENTIAL
SETOFF (.2); TEL. CONF. WITH J.
HOEFFNER (COUNSEL TO REPUBLIC
PLASTICS) RE: CLIENT'S RECLAMATION
CLAIM AND OPTING INTO RECLAMATION
STIP. (.2); WORK ON SENDING J.
HOEFFNER REQUESTED DOCUMENTATION
(.1); TEL. CONF. WITH S. HENRY RE:
DEL MONTE'S PROPOSED REVISIONS TO
MEMO OF AGREED TERMS (.5); TEL. CONF.
WITH S. HENRY RE: MADIX STORE
FIXTURES' RECLAMATION CLAIM (.1);
REVIEW EMAIL FROM A. ZSOLDOS TO J.
HOEFFNER (COUNSEL TO REPUBLIC
PLASTICS) RE: REPUBLIC PLASTIC'S
STATEMENT OF RECLAMATION AND OPTING
INTO STIPULATION (.1);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/22/05 | | DRAFT MEMO RE: DEL MONTE ISSUE RELATING TO PROPOSED REVISIONS TO MEMO OF AGREED TERMS (.3); REVIEW LETTER FROM C. MCQUEEN (COUNSEL TO ROYAL OAK SALES, INC.) RE: OPTING INTO RECLAMATION STIP. (.1); DRAFT EMAIL TO T. WUERTZ RE: C. MCQUEEN'S INQUIRY RE: ROYAL'S RECLAMATION CLAIM AND PREFERENCES (.1); REVIEW AND REVISE RESPONSE TO DEL MONTE'S PROPOSED LANGUAGE (.2); REVIEW MEMO RE: RULE 9006 AND CALCULATION OF RECLAMATION WINDOW (.3); DRAFT EMAIL TO E. GORDON RE: RECLAMATION CLAIM OF GOLDEN FLAKE SNACK FOOD (.1); DRAFT EMAIL TO T. WUERTZ RE: STATUS OF NEGOTIATIONS WITH RESPECT TO CERTIFIED FOODS CORP. (.1). |
| BONACHEA L | 08/22/05 | 0.50 | UPDATE RECLAMATION CLAIMANTS' SERVICE LIST TO INCLUDE NEW CLAIMANTS AND SERVE WITH NEW STATEMENTS. |
| ZSOLDOS AF | 08/22/05 | 3.20 | PRINT AND FILE CORRESPONDENCE THROUGHOUT THE DAY (.7); SEARCH AND FIND MISSING RECLAMATION CLAIMS FROM PREVIOUS WEEK AND PRINT AND FORWARD TO S. EICHEL FOR REVIEW (.3); CONVERT WORD DOC TO PDF, SEARCH DOCKET FOR ORDER AMENDING ORDER AND ESTABLISHING POST-PETITION TRADE LIEN PROGRAM AND EMAIL TO COUNSEL (.5); CORRESPONDENCE WITH A. LIU RE: SMITHS DOUGHNUTS, SCAN DOCUMENT TO BE ATTACHED (.3); PRINT, FILING, AND MAIL NEW RECLAMATIONS AND STIPULATION (.7); UPDATE RECLAMATION VENDOR CHART (.6); CONF. W/ S. EICHEL RE: STATUS (.1). |
| ROMAN JJ | 08/22/05 | 0.90 | REVIEW AND ORGANIZE DOCUMENT PRODUCTION FROM WORLD COPY FOR RECORDS RE: RECLAMATION CLAIMS. |
| HENRY S | 08/23/05 | 0.40 | REVIEW MEMORANDUM REGARDING ISSUE OF COUNTING DAYS FOR RECLAMATION CLAIM (.3); FOLLOW UP RESPONSE TO VENDOR REGARDING SAME (.1). |
| MATZ TJ | 08/23/05 | 2.80 | ADDRESS RESOLUTION TO FOUR CLAIMS (PEPSI-COLA, C&M FOODS, FOODONICS AND PERDUE INC.) (1.0); CORRESPONDENCE WITH ROYAL OAKS AND XROADS RE: CLAIM AND CONFIRMATION (.6); WORK RE BROWN BOTTLING INQUIRY (.2); STATUS REPORT RE: SETTLEMENTS (.4); WORK ON CERTIFIED FOODS CLAIM (.3); WORK ON BEECHNUT CLAIM (.2); WORK ON HUHTAMAKI CLAIM (.1). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            08/23/05        9.60    DRAFT EMAIL TO R. DAMORE RE: BELCO
                                            (.1); REVIEW EMAIL FROM A. LIU RE:
                                            RESOLUTION OF RECLAMATION CLAIM OF
                                            CERTIFIED FOODS (.1); REVIEW EMAIL
                                            FROM A. LIU RE: RECLAMATION CLAIM OF
                                            GOLDEN FLAKE SNACK FOODS (.1); REVIEW
                                            EMAIL FROM A. LIU RE: ACADIANA
                                            BOTTLING CO. (.1); DRAFT EMAIL TO T.
                                            WUERTZ RE: DEL MONTE RECLAMATION
                                            CLAIM (.1); TEL. CONF. WITH R. RIOS
                                            RE: CERTIFIED FOODS OPTING INTO
                                            RECLAMATION TRADE LIEN PROGRAM (.1);
                                            WORK ON OERDUE FARMS' STATEMENT OF
                                            RECLAMATION (.3); DRAFT EMAIL TO T.
                                            WUERTZ RE: STATUS OF CERTIFIED FOODS'
                                            STATEMENT OF RECLAMATION (.1); WORK
                                            ON ISSUES RE: CLAIM OF CERTIFIED
                                            FOODS (.3); REVIEW EMAIL FROM A. LIU
                                            RE: RECLAMATION CLAIM OF CERTIFIED
                                            FOODS (.2); DRAFT EMAIL TO A. LIU RE:
                                            RECLAMATION CLAIM OF CERTIFIED FOODS
                                            (.1); REVIEW EMAIL FROM A. LIU RE:
                                            REVISED RECONCILIATION PROTOCOL (.1);
                                            WORK ON ISSUES RE: BACKUP DETAIL OF
                                            CLAIM OF HARVARD DRUG (.1); WORK ON
                                            FOODONICS' STATEMENT OF RECLAMATION
                                            (.3); WORK ON C&M FOOD DISTRIBUTING
                                            STATEMENT OF RECLAMATION (.3); WORK
                                            ON PEPSI-COLA DECATUR LLC STATEMENT
                                            OF RECLAMATION (.3); WORK ON ISSUES
                                            RE: DEL MONTE'S RECLAMATION CLAIM IN
                                            CONNECTION WITH DEL MONTE'S PROPOSED
                                            REVISIONS TO MEMO OF AGREED TERMS
                                            (.9); DRAFT EMAIL TO H. ETLIN, F.
                                            HUFFARD, J. CASTLE AND OTHERS RE: DEL
                                            MONTE'S PROPOSED REVISIONS TO MEMO OF
                                            AGREED TERMS (.8); TEL. CONF. WITH D.
                                            FLORES RE: STATUS OF CARDINAL HEALTH
                                            ISSUE (.1); TEL. CONF. WITH F.
                                            KANTROW (COUNSEL FOR BELCO) RE:
                                            IDENTIFICATION OF BUSINESS CONTACT TO
                                            RESOLVE ISSUE (.1); TEL. CONF. WITH
                                            R. DAMORE AND A. LIU RE: BELCO (.2);
                                            DRAFT COVER MEMO TO FOUR RECLAMATION
                                            VENDORS IN CONNECTION WITH SERVICE OF
                                            THEIR STATEMENTS OF RECLAMATION (.5);
                                            REVIEW EMAILS RE: GOLDEN FLAKE
                                            RECLAMATION CLAIM (.1); WORK ON
                                            ISSUES RE: ACADIANA BOTTLING CO.
                                            (.2); TEL. CONF. WITH A. LIU AND T.
                                            WUERTZ RE: DEL MONTE CLAIM AND ITS
                                            PROPOSED REVISIONS TO MEMO OF AGREED
                                            TERMS (.1); WORK ON SERVICE ISSUES
                                            RE: STATEMENTS OF RECLAMATION (.5);
                                            REVIEW EMAIL FROM A. ZSOLDOS TO R.
                                            DAMORE AND T. WUERTZ RE: BELCO'S
                                            CORRESPONDENCE SETTING FORTH ITS
                                            ISSUES (.1); TEL. CONFS. WITH T.
                                            WUERTZ RE: DEL MONTE RECLAMATION
                                            CLAIM (.2); REVIEW XROADS MEMORANDUM
                                            UPDATING SETTLEMENTS WITH RECLAMATION
                                            VENDORS AND ANALYZE SAME (.5);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/23/05 | | DRAFT EMAIL TO T. WUERTZ RE: ISSUES RELATING TO CHART UPDATING SETTLEMENTS (.3); ANALYZE OUTSTANDING RECLAMATION ISSUES AND WORK ON COORDINATING RESPONSES THERETO (1.6); DRAFT EMAIL TO E. GORDON, T. WUERTZ AND A. LIU RE: CLAIM OF SILVER SPRINGS BOTTLED WATER (.2); REVIEW CORRESPONDENCE RE: CLAIM OF SILVER SPRINGS BOTTLED WATER (.1); CONTINUE REVIEW OF 11TH CIRCUIT LAW IN CONNECTION WITH RECLAMATION TRADE LIEN PROGRAM (.4). |
| TOUSSI S | 08/23/05 | 0.40 | ADDRESS ISSUES WITH RECLAMATION VENDORS. |
| ZSOLDOS AF | 08/23/05 | 2.10 | REVIEW RECLAMATION CORRESPONDENCE FROM VENDORS (.3); CONFER W S. EICHEL RE: C&M NEW RECLAMATION STATEMENT (.3); CORRESPONDENCE W/ A. LIU AND R. DAMORE RE: AVRUM ROSEN (.3); CORRESPONDENCE W/ A. LIU AND T. WUERTZ RE: HARVARD INVOICES (.2); PRINT AND FILE RECLAMATIONS AND STIPULATIONS FOR BINDER (1.0). |
| ROMAN JJ | 08/23/05 | 1.50 | REVIEW AND UPDATE RECLAMATION DEMAND STATEMENTS (.8); REVISE DOCUMENTS FOR REVIEW RE: SAME (.7). |
| HENRY S | 08/24/05 | 0.30 | CORRESPONDENCE WITH TEAM RE: RECLAMATION STATUS ISSUES (.3). |
| MATZ TJ | 08/24/05 | 1.70 | FOLLOW UP WORK RE: RESOLUTION OF 4 CLAIMS (.8); FOLLOW UP WORK RE: OVERALL STATUS OF STATEMENTS OF RECLAMATION AND OPT-IN ARGUMENTS (.4); REVIEW AND COMMENT ON 4 ADDITIONAL STATEMENTS OF RECLAMATION (.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/19/05 | 1.90 | ADDRESS VARIOUS LEASE-RELATED ISSUES INCLUDING DRAFT CORRESPONDENCE TO C. JACKSON RE: STORE NO. 338, HILLSBORO BLVD., COCONUT CREEK, FL, REVIEW PENMAN HEARING PROCEEDING MEMO (.1); REVIEW CORRESPONDENCE FROM M. GRILL RE: SCHILLINGER PLACE SHOPPING CENTER - MOBILE, ALABAMA (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. GRILL RE: SAME (.1); CONFERENCE WITH S. HENRY RE: FRANKFORD DALLAS (.2); MULTIPLE TELEPHONE CONFERENCES WITH S. EVERETT RE: SAME (.2); TELEPHONE CONFERENCES WITH M. CHLEBOVEC RE: STORE 1838 (.2); TELEPHONE CONFERENCE WITH J. AROGETTI RE: SAME (.1); TELEPHONE CONFERENCE WITH J. SCURA RE: STORE 1547 (.2); DRAFT CORRESPONDENCE TO J. CASTLE AND S. EVERETT RE: FRANKFORD DALLAS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. COUCH RE: WINN-DIXIE/COLONIAL LADY LAKE BRANCH LEASE (.1); REVIEW LIMITED OBJECTION TO AUGUST SALE MOTION BY COMMERCIAL NET LEASE, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.2); REVIEW CORRESPONDENCE FROM C. JACKSON RE: STORE 338, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |
| SKELLY S | 08/19/05 | 1.60 | PRINT EMAILS RE: LEASES FOR FILES. |
| HENRY S | 08/22/05 | 0.20 | REVIEW MEMORANDUM REGARDING LEASE ISSUE. |
| FELD SR | 08/22/05 | 4.90 | TEL. CONF. WITH C. BOYLE RE: BOND LEASES (.2); REVIEW BOND LEASE MEMO (.5); REVIEW AND SUMMARIZE PASS THROUGH LEASES (4.2). |
| KALOUDIS D | 08/22/05 | 0.50 | READ OBJECTION (.2); REVIEW BUEHLERS DOCKET (.3). |
| HENRY S | 08/23/05 | 0.10 | REVIEW CORRESPONDENCE REGARDING BOND DEALS (.1). |
| FELD SR | 08/23/05 | 3.10 | ANALYZE ISSUES ON PASS THROUGH LEASES (.9); CONFERENCE CALL WITH D. SANFORD, C. BOYLE RE: BOND LEASES (1.0); REVIEW PLACEMENT MEMO RE: PASS THROUGH CERTIFICATES (1.2). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          08/23/05        4.50    PREPARE FOR MEETING RE: LEASE
                                            RESEARCH (1.5); CONFERENCE CALLS WITH
                                            CHRIS BOYLE, STEPHANIE FELD, A. RAVIN
                                            AND DOUG STANFORD RE: LEASE ISSUES
                                            (1.0); STRATEGIZE WITH S. FELD RE:
                                            LEASE RESEARCH (.9); CONFER WITH A.
                                            RAVIN RE: OUTSTANDING LEASE ISSUES
                                            (.4); REVISE LEASE REJECTION TEMPLATE
                                            (.6); REVIEW BUEHLERS DOCKET (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          08/23/05          5.20    TELEPHONE CONFERENCES (VOICEMAILS)
WITH M. STOLLMAN RE: STORE 1612 (.2);
ADDRESS ISSUES RELATED TO SERVICE,
DRAFT MEMO TO R. GRAY RE: SAME (.2);
REVIEW CORRESPONDENCE FROM J.
AROGETTI RE: STORE 1838 (.1); ADDRESS
ISSUES RELATED TO SAME (.1); REVIEW
CORRESPONDENCE FROM B. GASTON RE:
SAME (.1); DRAFT MEMO TO S. HENRY AND
R. GRAY RE: SAME (.1); TELEPHONE
CONFERENCE WITH M. KAUFMAN RE:
365(D)(4) MOTION, DRAFT
CORRESPONDENCE TO SAME (.1); REVIEW
CORRESPONDENCE FROM L. BARTON RE:
GOOSE CREEK LOCATION (.1); REVIEW
MEMOS FROM C. BOYLE RE: BOND LEASE
ISSUES (.2); CONFERENCE WITH S. FELD
RE: ISSUES RELATED TO SAME (.1);
REVIEW CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO J. DANIEL RE:
FACILITY SALE ISSUES (.1); REVIEW
CORRESPONDENCE FROM C. JACKSON RE:
VARIOUS LEASE-RELATED ISSUES
INCLUDING STORE 1223 AND LIMITED
OBJECTION TO AUGUST SALE MOTION,
DRAFT CORRESPONDENCE TO SAME RE: SAME
(.1); DRAFT CORRESPONDENCE TO C.
IBOLD RE: OBJECTION TO AUGUST SALE
MOTION (.1); TELEPHONE CONFERENCE
WITH S. FELD, D. KALOUDIS AND C.
BOYLE RE: BOND LEASES (.2); TELEPHONE
CONFERENCE WITH S. FELD, D. KALOUDIS,
D. STANFORD AND C. BOYLE RE: SAME
(.6); FOLLOW UP CONFERENCE WITH S.
FELD AND D. KALOUDIS RE: SAME (.2);
ADDRESS FOLLOW UP ISSUES RE: SAME
(.2); CONFERENCE WITH D. KALOUDIS RE:
LEASE REJECTION AND OTHER LEASE
ISSUES (.3); REVIEW CORRESPONDENCE
FROM T. TINSLEY AND V. VINCENT RE:
STORE 1612 (.1); REVIEW
CORRESPONDENCE FROM K. DAW RE: ISSUES
RELATED TO PERCENTAGE RENT, ADDRESS
ISSUES RE: SAME, TELEPHONE CONFERENCE
WITH SAME RE: SAME, DRAFT MEMOS TO R.
GRAY AND REVIEW MEMOS FROM SAME RE:
SAME (.3); REVIEW MEMO FROM M.
HORWITZ RE: SAME, ADDRESS ISSUES RE:
SAME (.2); REVIEW AND REVISE TEMPLATE
LEASE REJECTION MOTION (.2); REVIEW
CORRESPONDENCE FROM M. STOLLMAN RE:
STORE 1612, DRAFT CORRESPONDENCE TO
M. CHLEBOVEC AND B. GASTON RE: SAME
(.2); CONFERENCE WITH D. KALOUDIS RE:
VARIOUS LEASE-RELATED ISSUES
INCLUDING PERCENTAGE RENT ISSUE,
LAGOTTA OBJECTION (.1); DRAFT LENGTHY
MEMO TO K. DAW RE: PERCENTAGE RENT
ARGUMENT (.4); REVIEW CATAMOUNT
OBJECTION (.2); DRAFT LENGTHY MEMO TO
J. CASTLE RE: CATAMOUNT OBJECTION
(.3);

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/23/05 | | DRAFT CORRESPONDENCE TO C. JACKSON RE: COMMERCIAL NET LEASE (.1). |
| GRAY RW | 08/24/05 | 0.10 | TC WITH C. JACKSON RE: POTENTIAL LANDLORD OBJECTION TO 365(D)(4) MOTION (0.1). |
| KALOUDIS D | 08/24/05 | 1.00 | DRAFT 5TH OMNIBUS LEASE REJECTION MOTION (.5); CALL WITH TELSA RE: ADDRESSES (.1); FORWARD DRAFT TO A.RAVIN (.1); REVIEW CORRESPONDENCE FROM WD RE: LEASE REJECTION ISSUE (.3). |
| RAVIN AS | 08/24/05 | 5.50 | REVIEW VARIOUS LEASE-RELATED ISSUES INCLUDING REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: CROWDER FAMILY TRUST (.1); TELEPHONE CONFERENCE WITH S. KENYON RE: STORE 1838, TELEPHONE CONFERENCE WITH J. AROGETTI RE: SAME, DRAFT CORRESPONDENCE TO J. AROGETTI RE: SAME, ADDRESS ISSUES RELATED TO SAME (.2); REVIEW MEMOS FROM C. JACKSON RE: 365(D)(4) MOTION (.2); ADDRESS ISSUES RELATED TO SAME (.2); TELEPHONE CONFERENCE WITH C. JACKSON, C. IBOLD B. WALSH, B. GASTON AND S. KAROL RE: SAME (.5); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. WALSH RE: SAME (.1); ADDRESS ISSUES RELATED TO FRANKFORD DALLAS INCLUDING DRAFTING OF RESPONSE TO SETTLEMENT LETTER, DRAFTING OF LETTER TO J. CASTLE RE: SAME (4.0); REVIEW CORRESPONDENCE FROM J. CASTLE RE: 4TH OMNIBUS LEASE REJECTION MOTION (.2). |
| HENRY S | 08/25/05 | 0.40 | REVIEW OF ORDER REGARDING REJECTION PROCEDURES (.1); WORK TO SETUP PROTOCOLS TO ENSURE COMPLIANCE WITH ORDER (.1); RESPOND TO COMPANY QUESTION REGARDING POSTPETITION LEASES ENTERED INTO AND DAMAGES FOR TERMINATION (.2). |
| FELD SR | 08/25/05 | 0.70 | REVIEW PASS THROUGH TRUSTEE OBJECTION TO 365(D)(4) MOTION. |

DCSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 08/25/05 | 1.00 | REVIEW PROPOSED LETTER TO FRANKFORD DALLAS AND COORDINATE WITH A. RAVIN RE: STRATEGY ON SAME (0.2); REVIEW PROPOSED MEMO TO J. CASTLE RE: FRANKFORD DALLAS STRATEGY AND COORDINATE WITH A. RAVIN RE: SAME (0.1); TC WITH J. CASTLE RE: NEW LEASE ISSUES (0.1); DRAFT MEMO TO BANKING LAWYERS RE: ANY DIP AGREEMENT IMPEDIMENTS AND REVIEW REPLIES FROM P. NECKLES AND S. TEICHER (0.2); DRAFT MEMO TO S. HENRY ET AL. RE: STATUS OF CLAIMS UNDER NEW LEASES (0.1); REVIEW AND COMMENT ON PROPOSED MOTION TO ENFORCE STAY AGAINST LANDLORD (0.3). |
| KALOUDIS D | 08/25/05 | 3.60 | REVISE TEMPLATE ORDER AUTHORIZING LEASE REJECTIONS (.4); DRAFT PROPOSED FORM OF ORDER RE: 5TH OMNIBUS LEASE REJECTION MOTION (.5); FORWARD SAME TO A. RAVIN (.1); REVIEW OBJECTIONS (1.5); REVIEW DOCKET FOR OBJECTIONS FILED (1.1). |
| RAVIN AS | 08/25/05 | 7.40 | REVIEW CORRESPONDENCE FROM D. NOBLE RE: CROWDER, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); ADDRESS ISSUES RELATED TO FRANKFORD DALLAS RESPONSE, DRAFT MEMO TO J. CASTLE RE: SAME, REVIEW AND REVISE SETTLEMENT LETTER RE: SAME (1.0); CONFERENCE WITH J. LEAMY RE: SAME (.1); TELEPHONE CONFERENCE WITH D. WANDER RE: 365(D)(4) MOTION (.1); REVIEW CORRESPONDENCE FROM B. GASTON, B. WALSH AND C. IBOLD RE: STORE 1860, ADDRESS ISSUES RE: SAME (.2); TELEPHONE CONFERENCE WITH B. WALSH RE: SAME (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. WANDER RE: 365(D)(4) (.1); REVIEW LIMITED 365(D)(4) OBJECTION (.1); DRAFT EMERGENCY MOTION AND PROPOSED ORDER RE: ENFORCING AUTOMATIC STAY, ADDRESS ISSUES RE: SAME, LEGAL RESEARCH RE: SAME, CONFERENCES WITH D. KALOUDIS RE: SAME (5.1); TELEPHONE CONFERENCE WITH B. WALSH RE: SAME (.2); DRAFT CORRESPONDENCE FROM AND REVIEW CORRESPONDENCE TO SAME RE: SAME (.1); REVIEW MEMOS FROM R. GRAY AND P. NECKLES RE: ABILITY TO ENTER INTO POSTPETITION LEASES UNDER DIP (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: LETTERS FROM J. BOYLES (.1). |
| HENRY S | 08/26/05 | 0.60 | RESPOND TO REQUEST OF DEUTSCHE BANK RE: LEASE CLAIM OBJECTIONS. |
| GRAY RW | 08/26/05 | 0.20 | REVIEW LEASE AMENDMENT ISSUES AND TC WITH A. RAVIN RE: SAME (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          08/26/05          8.00     CONFERENCES/T/C'S WITH A.RAVIN RE:
                                               OBJECTION AND OTHER LEASE ISSUES
                                               (1.9); DRAFT EMAIL RE: SUBTENANT
                                               ISSUES (.5); BEGIN RESEARCHING ISSUE
                                               RE: POSTPETITION AGREEMENTS AND
                                               TREATMENT OF CLAIMS ARISING UNDER
                                               BREACH (2.6); READ CASE LAW (3.0).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          08/26/05          7.70    DRAFT CORRESPONDENCE TO J. CASTLE RE:
                                            FRANKFORD DALLAS, REVIEW
                                            CORRESPONDENCE FROM SAME RE: SAME,
                                            DRAFT CORRESPONDENCE TO S. KAROL RE:
                                            SAME (.1); ADDRESS CLEAN UP ISSUES
                                            RE: STORE 1860 (.1); REVIEW
                                            OBJECTIONS TO 365(D)(4) MOTION, DRAFT
                                            LENGTHY MEMO TO S. HENRY AND OTHERS
                                            RE: STRATEGIES FOR ADDRESSING SAME
                                            (1.5); REVIEW OBJECTIONS TO LEASE
                                            REJECTION MOTION, DRAFT MEMO TO S.
                                            HENRY RE: ISSUES RE: SAME (.4);
                                            REVIEW AND REVISE 5TH OMNIBUS LEASE
                                            REJECTION MOTION AND PROPOSED ORDER
                                            (.2); MEET WITH D. KALOUDIS RE:
                                            VARIOUS LEASE ISSUES (1.0); TELEPHONE
                                            CONFERENCE WITH B. GASTON AND D.
                                            KALOUDIS RE: SAME (.7); DRAFT
                                            CORRESPONDENCE TO S. KAROL RE:
                                            365(D)(4) OBJECTIONS (.3); DRAFT
                                            CORRESPONDENCE TO S. KAROL RE: LEASE
                                            REJECTION OBJECTIONS (.2); REVIEW AND
                                            REVISE PROPOSED LEASE REJECTION ORDER
                                            RE: OBJECTIONS (.1); DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC AND
                                            REVIEW CORRESPONDENCE FROM SAME AND
                                            FROM J. DEWITTE RE: STORE 1676 (.1);
                                            REVIEW MEMOS FROM S. HENRY AND R.
                                            GRAY RE: CLAIMS OBJECTION EXTENSION
                                            REQUEST FROM DB (.1); TELEPHONE
                                            CONFERENCE WITH E. MAY RE: LEASE
                                            ISSUE RE: STORE 1827 (.1); DRAFT
                                            CORRESPONDENCE TO K. DAW RE: EAGLE
                                            HARBORT INVESTORS (.1); TELEPHONE
                                            CONFERENCE WITH D. MOTSINGER RE:
                                            SETTLING LEASE REJECTION OBJECTION
                                            (.1); TELEPHONE CONFERENCE WITH D.
                                            WANDER RE: OBJECTION TO 365(D)(4)
                                            MOTION (.1); DRAFT MULTIPLE
                                            CORRESPONDENCE TO AND REVIEW MULTIPLE
                                            CORRESPONDENCE FROM D. WANDER RE:
                                            SAME (.2); TELEPHONE CONFERENCE WITH
                                            J. VERONA RE: OBJECTION TO 365(D)(4)
                                            MOTION (.1); DRAFT CORRESPONDENCE TO
                                            SAME RE: SAME (.1); DRAFT
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM C. JACKSON RE:
                                            SAME (.1); ADDRESS VARIOUS LEASE-
                                            RELATED ISSUES (.6); REVIEW WINN-
                                            DIXIE STORE # 409 - RENT REDUCTION
                                            AMENDMENT (.2); CONFERENCES WITH D.
                                            KALOUDIS RE: LEASE ISSUES (.2);
                                            CONFERENCE WITH D. KALOUDIS RE:
                                            STATUS OF BOND LEASE ANALYSIS FROM D.
                                            STANFORD (.1); ADDRESS ISSUES RELATED
                                            TO LEASE AMENDMENT RE: STORE 209,
                                            REVIEW SAME (.2); DRAFT
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM D. SMITH RE:
                                            SAME, TELEPHONE CONFERENCE
                                            (VOICEMAIL) WITH J. BURNS RE: SAME
                                            (.1); CONFERENCE WITH R. GRAY RE:
                                            SAME (.2);

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/26/05 | | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: STORE 1676 (.1); REVIEW CORRESPONDENCE FROM D. NOBLE RE: STORE 1328, ADDRESS ISSUES RE: SAME (.1); REVIEW CORRESPONDENCE FROM S.KAROL AND C. JACKSON RE: ISSUES RELATED TO 365(D)(4) OBJECTIONS (.1); REVIEW CORRESPONDENCE FROM J. BOYLES RE: WAYNESVILLE WINN-DIXIE STORE #1247 (.1). |
| KALOUDIS D | 08/27/05 | 2.10 | REVIEW EMAILS RE: OBJECTIONS TO LEASE REJECTION MOTION AND EXTENSION OF TIME TO REJECT LEASES (2.1). |
| RAVIN AS | 08/27/05 | 3.00 | REVIEW BUEHLER'S PROOF OF CLAIM FORMS, DRAFT LENGTHY MEMO TO D. KALOUDIS RE: SAME, ADDRESS ISSUES RE: SAME (.4); DRAFT MEMO TO D. KALOUDIS RE: LEASE AMENDMENT RE: STORE 409 (.1); ADDRESS VARIOUS LEASE-RELATED ISSUES INCLUDING DRAFTING E-MAIL TO C. JACKSON RE: STORE 1328 (.1); REVIEW CORRESPONDENCE FROM K. DAW RE: EAGLE HARBOR, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); DRAFT MEMO TO S. HENRY RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: WAYNESVILLE WINN-DIXIE STORE #1247 (.1); TELEPHONE CONFERENCE (VOICEMAIL) WITH M. STOLLMAN RE: STORE 1612 (.1); REVIEW MEMO AND CASE LAW FROM D. KALOUDIS RE: STATUS OF OBLIGATIONS UNDER POSTPETITION LEASES (1.2); DRAFT MEMO TO SAME RE: SAME (.4); ADDRESS VARIOUS LEASE-RELATED ISSUES INCLUDING ORGANIZING STRATEGIES WITH RESPECT TO OBJECTIONS TO 365(D)(4) MOTION AND LEASE REJECTION MOTION (.4). |
| KALOUDIS D | 08/28/05 | 4.20 | CONTINUE RESEARCHING AND REVIEWING CASE LAW RE: POSTPETITION LEASES AND TREATMENT OF CLAIMS ARISING UNDER BREACH OF POSTPETITION LEASE (1.5); CONTINUE DRAFTING MEMO RE: SAME (2.5); CONFER WITH AND ADDRESS ISSUES WITH  A. RAVIN RE: SAME (.2). |
| RAVIN AS | 08/28/05 | 0.20 | CONFERENCE WITH D. KALOUDIS RE: POSTPETITION LEASES. |
| HENRY S | 08/29/05 | 1.10 | REVIEW MEMORANDUM RE: EXTENSION ISSUE (.3); REVIEW MEMORANDUM REGARDING ADMINISTRATIVE CLAIMS AND LEASES (.8). |
| GRAY RW | 08/29/05 | 0.40 | REVIEW AND COMMENT ON MEMO TO J. CASTLE RE: STATUS OF CLAIMS UNDER NEW LEASES (0.2); DRAFT MEMO TO J. CASTLE RE: NEW LEASES UNDER DIP CREDIT AGREEMENT (0.2). |

D06A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D        08/29/05        7.70    MEET WITH A. RAVIN RE: OUTSTANDING
                                          LEASE ISSUES (2.0); CALL WITH LEASE
                                          TEAM, INCLUDING M. CHELBOVEC, DOUG
                                          STANFORD, A. RAVIN RE: SUBTENANT
                                          ISSUES (1.5); DRAFT EMAIL TO
                                          C.JACKSON RE: FOLLOW UP ON YAHOO
                                          ISSUE (.2); REVIEW SETTLEMENT OFFER
                                          FROM AWG (.5); DRAFT EMAIL TO S.
                                          HENRY RE: SUBLEASE ISSUE AND OFFER
                                          LETTER (.1); DRAFT EMAIL TO COMPANY
                                          RE: 5TH OMNIBUS LEASE REJECTION
                                          MOTION (.4); CALL WITH A. RAVIN RE:;
                                          BUEHLERS (.2); CALL WITH MARTHA
                                          LEHMAN RE: STORE 2045 (.2); REVIEW
                                          EMAIL WITH MEMO RE: POSTPETITION
                                          LEASE REJECTIONS AND CLAIMS (.5);
                                          CONFER WITH C. JACKSON RE: 4TH
                                          OMNIBUS LEASE REJECTION ORDER (.2);
                                          REVIEW EMAIL FROM J.CASTLE RE:
                                          POSTPETITION LEASE (.1); FOLLOW UP ON
                                          ISSUE RE: STORE 1247 AND
                                          CORRESPONDENCE FROM JEAN BOWLES (.2);
                                          ANALYZE WOODBURY OBJECTION TO LEASE
                                          REJECTION MOTION (.4); ANALYZE ISSUES
                                          WITH RESPECT TO VICTORY OBJECTION TO
                                          365(D)(4) MOTION (.4); ANALYZE ISSUES
                                          RE: FRANKFORD DALLAS (.3); DRAFT
                                          HEARING OUTLINE RE: LEASE REJECTION
                                          MOTION (.6).

LAMAINA KA        08/29/05        0.40    T/C TO B.GASTON RE: STORE 1095 STATUS
                                          (.2); T/C TO J.D THOMPSON RE: STORE
                                          847 (.2).

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/29/05 | 6.20 | REVIEW MEMO FROM D. KALOUDIS RE: POSTPETITION LEASE OBLIGATIONS, LEGAL RESEARCH RE: SAME (.4); DRAFT MEMO TO S. HENRY AND R. GRAY RE: SAME (.7); DRAFT CORRESPONDENCE TO C. IBOLD RE: FRANKFORD DALLAS (.1); DRAFT CORRESPONDENCE TO D. WANDER RE: CONTINUANCE RE: 365(D)(4) ORDER (.1); CALL WITH M. KELLEY RE: LEASE REJECTION MOTION (.1); REVIEW AND REVISE PROPOSED 365(D)(4) ORDER TO RESOLVE OBJECTIONS (.2); CALL WITH B. GASTON AND D. KALOUDIS RE: SUBLEASE ISSUES (.2); MULTIPLE CONFERENCES WITH D. KALOUDIS RE: VARIOUS LEASE ISSUES (2.7); REVIEW CORRESPONDENCE FROM M. STOLLMAN RE: STORE 1612, DRAFT MEMO TO D. KALOUDIS RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. DEWITTE RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: ROYAL OAKS BRANDON 365(D)(4) OBJECTION, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM C. JACKSON RE: VARIOUS LEASE-RELATED ISSUES INCLUDING 365(D)(4) OBJECTIONS, LEASE REJECTION OBJECTIONS, ETC. (.1); TELEPHONE CONFERENCE WITH S. KAROL, B. GASTON, EMILIO, D. STANFORD, S. KENYON, D. KALOUDIS AND K. KIRSCHNER (.8); REVIEW CORRESPONDENCE FROM T. CORCORAN RE: LEASE-RELATED INQUIRY (.1); REVIEW CORRESPONDENCE RE: BUEHLERS, DISCUSS ISSUES RE: SAME WITH SAME (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM S. KAROL RE: FRANKFORD DALLAS (.2). |
| HENRY S | 08/30/05 | 1.80 | REVIEW EMAIL TRAIL RE: OBJECTION TO EXTENSION OF 365(D)(4) (.7); STRATEGIZE RE: SAME (1.1). |
| FELD SR | 08/30/05 | 0.40 | WORK ON ISSUES RELATING TO VICTORY RE: INV. OBJECTION. |
| GRAY RW | 08/30/05 | 0.20 | REVIEW DIP CREDIT AGREEMENT RE: LEASE ISSUE, TC WITH S. TEICHER RE: SAME, AND DRAFT MEMO TO J. CASTLE RE: SAME (0.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 08/30/05 | 8.20 | CALL WITH S.HENRY RE: SNDA ISSUE AND SUBLEASE ISSUE (.2); CALL TO C.JACKSON RE: ABANDONMENT ISSUE (.1); CALL TO M.CHELBOVEC RE: BUEHLERS (.1); REVIEW STATUS UPDATE EMAIL FROM B.GASTON (.2); MEETING WITH S.HENRY RE: 4TH AND 5TH OMNIBUS LEASE REJECTION MOTION AND SUBLEASES ISSUES (1.1); CALL WITH B.GASTON RE: SAME (.3); SEND EMAIL TO COMPANY RE: REVISED 4TH OMNIBUS REJECTION ORDER (.2); SEND FOLLOW UP EMAIL TO COMPANY RE: 5TH OMNIBUS REJECTION MOTION AND ORDER (.2); EMAIL WITH C.JACKSON OF S&H RE: AMENDED ORDERS (.3); CALL WITH S.HENRY RE: FOLLOW UP ISSUES (.1); CALL WITH A. RAVIN RE: OUTSTANDING ISSUES (.2); CALL WITH COUNSEL FOR AMERICAN STORE #2096 RE: AMENDED ORDER (.2); CALL WITH L.BONACHEA RE: SAME (.1); REVISE HEARING OUTLINE RE: LEASE REJECTION MOTION (.2); PROVIDE STATUS UPDATES FOR AGENDA FOR HEARING ON 9/8/05 (.5); CALL WITH S.HENRY RE: SAME (.1); CALL WITH S.FELD AND S.HENRY RE: ACTION LIST (.2); REVIEW EMAILS FROM C.JACKSON RE: LETTER FROM J. BOYLE (.2); REVIEW FILES AND DRAFT ACTION LIST (3.0); REVIEW EMAIL FROM B.GASTON RE: SUBLEASES (.2); DRAFT EMAIL TO CREDITORS' COMMITTEE (.2); SEND EMAIL TO C.JACKSON FOLLOW UP ON TRANSAMERICA ISSUE (.3). |
| RAVIN AS | 08/30/05 | 0.80 | DRAFT MEMOS TO D. KALOUDIS RE: VARIOUS LEASE-RELATED ISSUES INCLUDING ABANDONMENT OF PROPERTY ISSUES RE: LEASE REJECTION MOTION (.3); DRAFT MEMO TO D. KALOUDIS AND S. HENRY RE: SUBTENANCY ISSUES (.1); CONFERENCE WITH D. KALOUDIS RE: VARIOUS LEASE-RELATED ISSUES, REVIEW CORRESPONDENCE FROM SAME RE: SAME ON ISSUES INCLUDING 4TH OMNIBUS LEASE REJECTION MOTION, 5TH OMNIBUS OBJECTION MOTION, J. AROGETTI INQUIRY, ETC. (.4). |
| HENRY S | 08/31/05 | 6.30 | WORK ON ISSUES RELATING TO 365(D)(4) EXTENSION (1.8); ANALYSIS OF ISSUES RELATING TO OBJECTIONS TO EXTENSION (1.1); STRATEGY RE: SAME (.6); T/C JACKSON RE: LEASE REJECTION MOTION (.1); T/C CHLEBOVEC RE: LEASE REJECTION MOTION AND MARKETING ISSUES (.1); REVIEW CORRESPONDENCE FROM GASTON IN RESPONSE TO EMAIL WITH RESPECT TO MARKETING ISSUES (.1); REVISE REJECTION ORDER (.3); REVIEW LEASE ACTION LIST (.8); REVISE LEASE ACTION LIST (.9); REVISIONS TO DRAFT JAMES SUBLEASE AGREEMENT (.5). |

DO&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| FELD SR | 08/31/05 | 1.50 | CONTINUE TO WORK ON NONDISTURBANCE ISSUES RE: VICTORY RE: INV. |
|---|---|---|---|
| KALOUDIS D | 08/31/05 | 9.30 | CALL TO M.CHLEBOVEC (.1); CALL TO CATHERINE IBOLD (.1); REVIEW ACTION LIST RE: LEASES (.4); PREPARE FOR MEETING WITH S.HENRY (.4); MEETING WITH S. HENRY RE: 4TH AND 5TH OMNIBUS LEASE REJECTION MOTIONS AND ORDERS (1.6); REVISE PROPOSED ORDER TO 4TH OMNIBUS REJECTION MOTION (.4); EMAIL TO COMMITTEE RE: SAME (.1); EMAIL TO BANKS RE: SAME (.2); FOLLOW UP EMAIL RE: 5TH OMNIBUS LEASE REJECTION MOTION TO COMPANY (.3); EMAIL RE: 5TH OMNIBUS LEASE REJECTION MOTION TO COMMITTEE(.3); EMAIL RE: 5TH OMNIBUS LEASE REJECTION MOTION TO BANK (.3); EMAIL TO K.DAW RE: VICTORY OBJECTION (.1); REVIEW SNDA RE: VICTORY OBJECTION (.5); MEETING WITH S.FELD AND S.HENRY RE: SAME (1.5); CALL WITH S.HENRY RE: TERMINATION ISSUE (.2); DRAFT EMAIL TO DJM RE: SAME (.3); REVISE HEARING OUTLINE (.5); SEND HEARING OUTLINE TO S&H (.2); CALLS TO COUNSEL FOR OBJECTING LANDLORD RE: MODIFICATION TO PROPOSED ORDER FOR 4TH OMNIBUS (.2); CALL TO E.SCHULE RE: SAME (.1); CALL WITH S. HENRY RE: STORE 355 (.1); REVISE EMAIL RE: STORE 355 (.3); CALL WITH A. RAVIN RE: OUTSTANDING ISSUES (.2); REVIEW EMAIL QUESTIONS RE: LEASES (.3); CALL WITH D.SMITH RE::LEASE ISSUE (.2); EMAIL TO COMMITTEE RE: ADDITIONAL CHANGES TO PROPOSED ORDER FOR 4TH OMNIBUS (.2); EMAIL TO BANKS RE ADDITIONAL CHANGES TO PROPOSED ORDER FOR 4TH OMNIBUS (.2). |

MATTER TOTAL            <u>245.80</u>