**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM        08/31/05        0.10    FURTHER DILIGENCE RE: PROPOSED
                                           RETENTION OF ASSESSMENT TECHNOLOGIES
                                           (0.1).

MATTER TOTAL                       53.30

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Tax Matters**

**Bill Date: 09/08/05**
**Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BRISTOR KM | 08/02/05 | 0.30 | TELEPHONE CONFERENCE WITH LEON CALVERT AND R. GRAY RE: TAX ISSUES. |
| GRAY RW | 08/02/05 | 0.30 | TC WITH K. BRISTOR RE: IRS ISSUES. |
| RESHTICK AA | 08/02/05 | 0.80 | CALL WITH THE CLIENT AND K. BRISTOR RE: IRS AND STATE AND LOCAL TAX CLAIMS. |
| GRAY RW | 08/03/05 | 0.10 | REVIEW FURTHER LETTER FROM LOUISVILLE/JEFFERSON COUNTY AND DRAFT MEMO TO J. CASTLE ET AL. RE: SAME (0.1). |
| GRAY RW | 08/09/05 | 0.20 | TC WITH L. ROACH RE: LOUISIANA UNEMPLOYMENT TAXES (0.1); DRAFT MEMO TO COMPANY RE: SAME (0.1). |
| BRISTOR KM | 08/17/05 | 0.50 | DRAFT EMAILS RE: IRS AUDIT STATUS. |
| BRISTOR KM | 08/18/05 | 0.10 | TELEPHONE CONFERENCE RE: SECTION 505 PROCEDURE. |
| GRAY RW | 08/18/05 | 0.20 | TC WITH K. BRISTOR RE: IRS STRATEGY (0.2). |
| HENRY S | 08/21/05 | 0.40 | REVIEW CORRESPONDENCE REGARDING 505 ISSUE (.2); RESPOND TO CORRESPONDENCE RELATING TO SECTION 505 ISSUE (.2). |
| RESHTICK AA | 08/22/05 | 1.90 | CONFERENCE CALL WITH J. CASTLE AND J. POST RE: BANKRUPTCY STRATEGY. |
| BRISTOR KM | 08/23/05 | 1.60 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH CLIENT RE: SECTION 505. |
| GRAY RW | 08/23/05 | 1.60 | CONF CALL WITH J. CASTLE, L. CALVERT, J. POST AND K. BRISTOR RE: IRS ISSUES (1.5); TC WITH J. POST RE: IRS ISSUES (0.1). |
| RESHTICK AA | 08/23/05 | 2.80 | CONFERENCE CALL RE: TAX CLAIMS BY THE INTERNAL REVENUE SERVICE (1.8); RESEARCH AND ANALYZE RELATED MATERIALS (1.0). |
| BAKER DJ | 08/31/05 | 0.70 | WORK ON TAX ISSUES (.7). |
| **MATTER TOTAL** | | **11.50** | |

DO9A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                      Bill Date: 09/08/05
Utilities                                          Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 08/01/05 | 0.70 | REVIEW AND COMMENT ON PROPOSED FORM OF ORDER FOR MOTION FOR DETERMINATION (.5); REVIEW HEARING OUTLINE FOR MOTION FOR DETERMINATION (.2). |
| KALOUDIS D | 08/01/05 | 6.80 | DRAFT PROPOSED FORM OF ORDER FOR MOTION FOR DETERMINATION OF ADEQUATE ASSURANCE OF PAYMENT AS REQUIRED UNDER SECTION 366 (1.1); DRAFT HEARING OUTLINE RE: SAME MOTION (1.9); CONFER WITH E.SCHULE FROM S&H RE: SAME (.3); CONFER WITH C.JACKSON RE: STATUS OF UTILITIES (.2); CONFER WITH S. FELD RE: PROPOSED FORM OF ORDER AND HEARING OUTLINE (.4); CALL WITH R.GRAY RE: DOCUMENTS (.1); EMAIL DRAFT OUTLINE TO UTILITIES TEAM (.2); EMAIL PROPOSED FORM OF ORDER TO UTILITIES TEAM (.2); REVIEW LETTER FROM THE CITY OF FOLEY, RIVIERA UTILITIES RE: PROPOSAL (.4); DRAFT EMAIL RESPONSE TO SAME (.6); CALL WITH THE CITY OF CLEARWATER RE: PROPOSAL (.4); ANALYZE SETTLEMENT ISSUES FOR MOTION FOR DETERMINATION (.5); RESPOND TO QUESTION RE: BENITA'S UTILITY SPREADSHEET (.2); REVIEW RESPONSES FROM THE COMPANY RE: UTILITIES (.3). |
| FELD SR | 08/02/05 | 0.20 | REVIEW CITY OF FOLEY COUNTEROFFER. |
| KALOUDIS D | 08/02/05 | 1.60 | REVIEW EMAIL FROM COMPANY RE: CHELCO (.1); EMAIL COMPANY RE: CITY OF ALTAMONTE BOND REDUCTION (.2); RESPOND TO CITY OF FOLEY OFFER RE: NOTICE REQUIREMENTS(1.3). |
| FELD SR | 08/03/05 | 0.80 | REVIEW AND COMMENT ON PROPOSED STIPULATION FOR ALTAMONTE SPRINGS (.5); PREPARE UTILITY SUMMARY FOR EXCLUSIVITY MOTION (.3). |
| KALOUDIS D | 08/03/05 | 3.30 | CORRESPOND WITH ATTORNEY FOR CHELCO RE: BOND REDUCTION LETTER (.2); REVISE PROPOSED FORM OF ORDER FOR MOTION FOR DETERMINATION (.8); CONFER WITH E. SHULE FROM S&H RE: SAME (.2); RESEARCH AND RESPOND TO COMPANY'S QUESTIONS RE: SUMTER ELECTRIC BOND DEMAND (1.2); CALL WITH S. FELD RE: ALTAMONTE SPRINGS (.3); RESPOND TO C. BOUCHER'S EMAIL RE: OUTSTANDING ISSUES (.1); CONFER WITH B.FITZGERLAD RE: WITHDRAWAL OF REQUEST (.3); FORWARD WITHDRAWAL LETTER TO UTILITIES TEAM (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 08/04/05 | 0.90 | WORK RE PROPOSED ORDER FOR MOTION OF DETERMINATION (.4); CONFERENCE CALL WITH E. SCHULE, K. WARD RE: ORDER FORM MOTION FOR DETERMINATION (.2); REVIEW HILLSBOROUGH LETTER OF WITHDRAWAL (.1); EMAILS RE: FPL (.2). |
| FELD SR | 08/05/05 | 0.60 | REVIEW REVISED DRAFT OF STIPULATION FOR ALTAMONTE SPRINGS. |
| KALOUDIS D | 08/05/05 | 0.60 | REVIEW COS FOR CITY OF PLAQUEMINE (.3); CONFER WITH COMPANY RE: CITY OF ALTAMONTE (.3). |
| KALOUDIS D | 08/07/05 | 5.80 | SENT EMAIL TO CHELCO RE: RESCISSION LETTER (.2); UPDATE CHART AND FILES (2.6); SENT PROPOSED STIPULATION TO CITY OF ALTAMONTE (.3); REVIEW STARKVILLE BOND DEMAND (.3); DRAFT STIPULATION FOR THE CITY OF CHATTANOOGA (.5); DRAFT STIPULATION FOR HILLSBOROUGH (.5); DRAFT PROPOSAL LETTER TO SUMTER ELECTRIC (.6); DRAFT PROPOSAL LETTER TO CITY OF MOULTRIE (.8). |
| FELD SR | 08/08/05 | 4.10 | REVIEW EMAILS RE: UTILITY ISSUES (.8); REVIEW STATUS OF PENDING UTILITY STIPULATIONS (1.2); TEL. CONF. WITH V. YOUNG RE: CITY OF FLORENCE (.2); ADDRESS SUMTER PROPOSAL (.6); WORK ON HILLSBOROUGH STIPULATION (1.0); TEL. CONF. C. LEO RE: FPL CREDIT (.3). |
| KALOUDIS D | 08/08/05 | 5.60 | REVISE SUMTER PROPOSAL LETTER (.6); CONFER WITH S. FELD RE: SAME (.2); FINALIZE SUMTER PROPOSAL LETTER (.3); REVISE HILLSBOROUGH STIPULATION (.8); FORWARD SAME TO S. FELD (.1); CONFER WITH C. LEO FROM COMPANY RE: HILLSBOROUGH (.4); UPDATE BOND REDUCTION CHART (1.2); UPDATE CHART (1.3); SENT ALTAMONTE STIPULATION TO S. FELD (.1); REVIEW DOCUMENT RECEIVED FROM COMPANY RE: CITY OF SMYRNA (.3); UPDATE CHART RE: CITY OF FLORENCE (.3). |
| FELD SR | 08/09/05 | 5.60 | UPDATE UTILITY BOND CHART FOR LIBERTY MUTUAL (.7); UPDATE UTILITY CHART (1.1); WORK ON LAKELAND ISSUE (.2); REVIEW CORRESPONDENCE RE: APCO (.1); REVIEW GULF POWER & FLORIDA POWER STIPS (.2); DRAFT GEORGIA POWER STIPULATION (1.4); REVIEW STIPULATION RE: CITY OF NEW SMYRNA (.7); REVIEW DRAFT LETTER RE: MOULTRIE (.4); WORK ON ISSUES RE: CITY OF ATLAMONTE, CITY OF OXFORD, SUMTER (.6); REVIEW PENDING UTILITY MATTERS (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 08/09/05 | 4.60 | CALL TO C.LEO RE: HILLSBOROUGH STORES COVERED BY BOND (.2);  DRAFT LETTER TO THE CITY OF MOURIET (.9); CONTINUE TO UPDATE CHART (.2); REVISE SUMTER PROPOSAL (.5); FORWARD SAME TO S.FELD (.1); FINALIZE SUMTER PROPOSAL LETTER (.4); REVISE STIPULATION RE: NEW SMYRNA BEACH UTILITY COMMISSION (.5); EMAIL COUNSEL TO NEW SMYRNA BEACH (.5); EMAIL TO COUNSEL RE: CITY OF OXFORD (.3); CONFER WITH S. FELD RE: SAME (.4); DRAFT OUTSTANDING ISSUES LIST (.6). |
| FELD SR | 08/10/05 | 3.60 | UPDATE UTILITY SPREADSHEET RE: CASH OUTLAY (.9); REVIEW AND REVISE EMAILS RE: UTILITY ISSUES (.4); WORK ON ISSUES RE: FLORIDA POWER CORP. (.2); REVIEW CORRESPONDENCE RE: ENTERGY (.1); WORK ON ISSUES RE: CITY OF FLORENCE & ELECTRIC BOARD OF CHATTANOOGA (.8); REVIEW HILLSBOROUGH STIPULATION AND BOND (.7); REVIEW STORE CLOSING LIST (.5). |
| KALOUDIS D | 08/10/05 | 3.10 | CONTINUE TO REVIEW STORE CLOSINGS (.8); CALL WITH S. FELD RE: STORE CLOSINGS (.3); DRAFT EMAIL TO WD RE: SAME (.6); EMAIL CANDACE SILCOX RE: ALTAMONTE (.2); REVIEW EMAIL RESPONSE RE: CITY OF ALTAMONTE (.2); REVIEW EMAIL RE: STORE 673 (.3); REVIEWED SERVICE ISSUES (.5); CALL WITH S.FELD RE: SAME (.2). |
| FELD SR | 08/11/05 | 1.90 | REVIEW STATUS OF OPEN UTILITY ISSUES (1.6); WORK ON UTILITY TERMINATION ISSUES (.1); WORK ON ISSUES RE: HERNANDO COUNTY (.2). |
| KALOUDIS D | 08/11/05 | 7.00 | CALL WITH CINDY SPELL RE: HERNADO COUNTY (.3); MEETING WITH S.FELD (1.5); PREPARE FOR MEETING (.6); CALL WITH HERNANDO COUNTY RE: INVOICES (.3); REVISE LETTER TO CITY OF MOULTRIE (1.4); DRAFT CITY OF FOLEY STIP (.3); BEGIN DRAFTING RIVIERA UTILITIES STIPULATION (.5); SEND EMAIL TO BOWLING (.5); UPDATE CHART (.8); SEND EMAIL RE: SAME (.2); SEND EMAIL TO WSD RE: STORE CLOSINGS (.4); CALL TO CYNTHIA LEO RE: AUBURN (.2). |
| FELD SR | 08/12/05 | 2.90 | WORK ON ISSUES RE: CITY OF FLORENCE AND CHATTANOOGA (.9); REVIEW REVISED DRAFT OF CITY OF MOULTRIE LETTER (.7); TEL. CONF. WITH B. KICHLER RE: STORE CLOSINGS (.4); WORK ON ISSUE RE: SUMTER (.5); REVIEW UTILITY EMAILS (.4). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 08/12/05 | 4.20 | SENT EMAIL TO CITY OF ALTAMONTE (.1); CALL WITH C.JACKSON AND R.GRAY RE: AGENDA (.1); CALL WITH LIZ RE: SAME (.3); CONFER WITH S. FELD RE: SAME (.4); CALL WITH B. KICHLER AND S. FELD RE: STORE CLOSINGS (.2); REVISE CITY OF MOULTRIE (1.0); CONFER WITH S.FELD RE: SAME (.3); DRAFT EMAIL RE: SUMTER (.1); CALL WITH S.FELD RE: OUTSTANDING ISSUES (1.1); EMAIL COMPANY RE: SUMTER STORES (.2); REVIEW EMAIL RESPONSE RE: STORE CLOSINGS (.4). |
| FELD SR | 08/17/05 | 2.80 | WORK ON CITY OF OXFORD ISSUES (.3); REVIEW STATUS OF PENDING UTILITY STIPS (1.6); TEL. CONF. WITH P. MALLETE RE: CITY OF OXFORD (.3); TEL. CONF. WITH A. ACZEL, RE: GEORGIA AND GULF POWER (.6). |
| KALOUDIS D | 08/17/05 | 5.80 | REVIEW DOCUMENT FROM COMPANY RE: PREPETITION AMOUNTS AND CITY OF ALTAMONTE SPRINGS (.5); CONTINUE REVISING UTILITY CHART TO REFLECT STORE CLOSINGS (3.2); REVIEW CITY OF AUBURN FILE (.3); DRAFT MEMO TO COMPANY RE: STORE CLOSINGS (1.5); CONFER WITH S. FELD RE: SAME (.3). |
| FELD SR | 08/18/05 | 1.80 | REVIEW  STATUS OF PENDING UTILITY STIPULATIONS (.2); WORK ON GEORGIA POWER ISSUE (.9); WORK ON CLECO STORE CLOSING ISSUE (.2); REVIEW ALTAMONTE STIP. (.5). |
| KALOUDIS D | 08/18/05 | 4.60 | CONTINUE TO UPDATE ADEQUATE ASSURANCE CHART RE: STORE CLOSINGS (2.1); BEGIN DRAFTING GULF POWER AND GEORGIA POWER CHART RE: STORE STATUS, ACCOUNT NUMBERS, EXPECTED DATE OF CLOSING (2.5). |
| FELD SR | 08/19/05 | 5.00 | REVIEW AND EDIT STIPULATIONS: FLORIDA KEYS, HILLSBOROUGH, ALTAMONTE SPRINGS, FLORENCE (3.5); WORK ON GULF POWER/GEORGIA POWER ISSUES (.3); UPDATE UTILITY CHART (.2); TEL. CONF. B. KICHLER RE: UTILITY ISSUES, UPDATE UTILITY BOND CHART (.3); TEL. CONF. RUSS JOHNSON RE: FLORIDA POWER CORP. UPDATE CASH DEPOSIT CHART DRAFT AND LETTER TO E. RAY RE: APCO (.1); REVISE DRAFT EMAILS RE: UTILITY ISSUES (.6). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D        08/19/05        7.70    MEETING WITH S.FELD RE: UTILITIES
                                          (1.7); REVISE STIPULATION WITH
                                          FLORIDA KEYS ELECTRIC (.4);
                                          INCORPORATE COMMENTS TO SAME FROM
                                          S.FELD (.4); EMAIL PROPOSED
                                          STIPULATION TO FLORIDA KEYS' COUNSEL
                                          (.2);   REVIEW HILLSBOROUGH STIPULATION
                                          (.4); INCORPORATE COMMENTS FROM
                                          S.FELD (.5); EMAIL STIPULATION TO
                                          HILLSBOROUGH COUNSEL (.2); REVISE
                                          CITY OF FLORENCE, ALABAMA STIPULATION
                                          (.5); INCORPORATE COMMENTS FROM
                                          S.FELD (.3); EMAIL PROPOSED
                                          STIPULATION TO COUNSEL OF CITY OF
                                          FLORENCE, ALABAMA (.5); REVISE
                                          STIPULATION FOR CITY OF FOLEY,
                                          RIVIERA UTILITIES (.6); EMAIL CYNTHIA
                                          LEO AT WD RE: CITY OF FOLEY (.2);
                                          FINALIZE CITY OF FLORENCE STIPULATION
                                          (.6); FINALIZE FLORIDA KEY
                                          STIPULATION (.8); FINALIZE
                                          HILLSBOROUGH STIPULATION (.4).

FELD SR           08/22/05        0.70    DRAFT LETTER TO E. RAY RE: APCO (.2);
                                          REVIEW EMAILS RE: UTILITY ISSUES
                                          (.5).

KALOUDIS D        08/22/05        5.70    CONTINUE DRAFTING CHART RE: STORE
                                          INFORMATION (2.2); FORWARD SAME TO
                                          CYNTHIA LEO (.3); CALL TO CITY OF
                                          ALTAMONTE RE: STIPULATION (.1); CALL
                                          TO CITY OF NEW SMYRNA RE: STIPULATION
                                          (.2); REVISE CITY OF FOLEY, RIVIERA
                                          UTILITIES (.3); EMAIL TO BENITA
                                          KICHLER RE: STORES (.3); UPDATE
                                          ADEQUATE ASSURANCE CHART (1.0);
                                          CONFER WITH S. FELD RE: CHART AND
                                          STORES (.4); CALL TO GRAYBAR (.4);
                                          ANALYZE SERVICE ISSUES RE: SAME (.3);
                                          CALL TO COMPANY RE: SAME (.2).

FELD SR           08/23/05        2.90    WORK ON GEORGIA POWER ISSUES (1.5);
                                          WORK ON PLAQUEMINE RELATED ISSUES
                                          (.3); REVIEW EMAILS RE: UTILITY
                                          ISSUES (.4); CONFERENCE CALL WITH C.
                                          JACKSON & B. KICHLER RE: PLAQUEMINE
                                          MOTION (.2); REVIEW AND REVISE DRAFT
                                          EMAIL RE: NEW SMYRNA (.5).

KALOUDIS D        08/23/05        3.20    CALL WITH B.PRESTON RE: CITY OF NEW
                                          SMYRNA (.2); REVIEW EMAIL FROM
                                          FLORIDA KEYS (.2); CALL WITH B.
                                          KICHLER AND S.FELD RE: STORES (.3);
                                          CALL WITH B. KICHLER, S.FELD, AND
                                          C.JACKSON RE: CITY OF PLAQUEMINE
                                          (.2); REVISE STIPULATION FLORIDA KEYS
                                          ELECTRIC (.5); DRAFT NOTICE TO NOTICE
                                          PARTIES RE: SAME (.5); FORWARD SAME
                                          TO S.FELD FOR REVIEW (.1); REVISE NEW
                                          SMYRNA STIPULATION (.5); DRAFT NOTICE
                                          TO NOTICE PARTIES RE: SAME (.6);
                                          FORWARD SAME TO S.FELD FOR REVIEW
                                          (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 08/24/05 | 2.00 | WORK ON NOTICE TO UST FEE COMMITTEE COUNSEL, AGENT COUNSEL RE: FLORIDA KEYS STIPULATION AND NEW SMYRNA (1.6); UPDATE UTILITY BOND CHART (.4). |
| KALOUDIS D | 08/24/05 | 3.50 | REVISE CITY OF FOLEY STIPULATION (.9); CALL WITH CAM MCCOY FROM THE CITY OF ALTAMONE SPRINGS (.4); DRAFT EMAIL TO WD RE: SAME (.4); REVISE NOTICE TO NOTICE PARTIES RE: FLORIDA KEYS ELECTIC STIPULATION (.5); REVISE AND SEND NOTICE TO NOTICE PARTIES RE: CITY OF NEW SMYRNA STIPULATION (.6); DRAFT EMAIL TO B. PRESTON RE: CITY OF NEW SMYRNA (.4); CONFER WITH S.FELD RE: ISSUES (.3). |
| HENRY S | 08/25/05 | 0.10 | SUPERVISION OF PREPARATION FOR ADEQUATE ASSURANCE HEARING. |
| FELD SR | 08/25/05 | 2.90 | REVIEW AND REVISE ALTAMONTE SPRINGS STIPULATION (.9); WORK ON ISSUES RE: PLAQUEMINE (.8); WORK ON POTENTIAL SERVICE ISSUE RE: STORE (.3); REVIEW AND REVISE CHATTANOOGA STIPULATION (.7); TEL. CONF. WITH A. ACZEL RE: GULF POWER (.2). |
| KALOUDIS D | 08/25/05 | 3.70 | REVISE CITY OF ALTAMONTE SPRINGS STIPULATION (.4); FORWARD SAME TO S. FELD (.3); REVISE AND SEND NOTICE TO NOTICE PARTIES RE: FLORIDA KEYS STIPULATION (.4); REVISE CHATTANOOGA STIPULATION (.8); SENT SAME TO S. FELD (.2); REVISED CHART (.4); CALL TO CITY OF COVINGTON RE: NOTICE (.4); DRAFT EMAIL TO WD RE: SAME (.2); CALL WITH T.GREEN RE: CHATTANOOGA (.3); CONFER WITH S. FELD RE: ALTAMONTE STIPULATION (.3). |
| FELD SR | 08/26/05 | 4.30 | REVIEW COMMITTEE COMMENTS ON FLORIDA KEYS & NEW SMYRA STIPS (.2); REVIEW AND REVISE FLORIDA KEYS AND NEW SMYRA'S STIPULATIONS (1.4); DRAFT, REVIEW AND REVISE EMAILS RE: SAME STIPS (1.3); TEL. CONF. WITH A. ACZEL RE: GULF POWER (.2); TEL. CONF. C. LEO RE: GULF POWER (.3); EMAIL TO A. ACZEL RE: GULF POWER (.1); EMAIL TO B. KICHLER RE: GULF POWER REVIEW STATUS OF PENDING STIPULATIONS (.2); REVIEW REVISED ALTAMONTE STIPULATION (.6). |

DOBA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          08/26/05          3.30    REVISED CHART (1.5); REVISED CITY OF
                                              SMYRNA STIPULATION TO REFLECT
                                              COMMITTEES' COMMENTS (.4); REVISED
                                              FLORIDA KEYS ELECTRIC COOPERATIVE
                                              STIPULATION TO REFLECT COMMITTEES'
                                              COMMENTS (.4); FORWARDED SAME TO
                                              COUNSEL FOR FLORIDA KEYS (.1); CALL
                                              WITH S.FELD RE: SAME (.3); REVISED
                                              CHATTANOOGA STIPULATION (.5); FORWARD
                                              TO S. FELD (.1).

FELD SR             08/29/05          4.70    TEL. CONF. C. JACKSON RE: PLAQUEMINE
                                              (.1); FOLLOW-UP RE: PLAQUEMINE ISSUES
                                              (.4); REVIEW EMAILS RE: UTILITY
                                              ISSUES (.3); TEL. CONF. WITH A. COHEN
                                              RE: GREEN COVE (.2); REVIEW
                                              CORRESPONDENCE RE: GREEN COVE (.1);
                                              UPDATE UTILITY BOND CHART (.6);
                                              REVIEW UPDATED UTILITY CHART (.5);
                                              REVIEW NEWLY REVISED ALTAMONTE
                                              STIPULATION AND DRAFT EMAIL TO
                                              UTILITY COUNSEL (.8); WORK ON ISSUE
                                              RE: CHATTANOOGA STORES (.2); REVIEW
                                              AND REVISE DRAFT EMAIL TO NEW SMYRNA
                                              COUNSEL (.8); REVIEW DRAFT STIP. RE:
                                              CHATTANOOGA (.7).

KALOUDIS D          08/29/05          1.70    DRAFT EMAIL TO CITY OF SMYRNA COUNSEL
                                              RE: CREDITORS' COMMITTEE COMMENTS
                                              (.4); REVISE CITY OF ALTAMONTE
                                              SPRINGS STIPULATION (.3); REVISE CITY
                                              OF NEW SMYRNA STIPULATION (.3); CALL
                                              WITH A.CASTLEBURRY RE: RIVIERA
                                              UTILITIES (.1); REVIEW FAX RE: SAME
                                              (.2); SEND REVISED STIPULATION TO
                                              B.PRESTON (.2); RESPOND TO INQUIRY
                                              RE: CHATTANOOGA STORES COVERED BY
                                              BOND (.2).

FELD SR             08/30/05          3.00    CONTINUE TO WORK ON ISSUES RELATING
                                              TO ATLAMONTE SPRINGS AND NEW SMYRNA
                                              STIPULATIONS (1.8); EMAIL RE: FPL
                                              (.1); REVIEW AND REVISE CITY OF FOLEY
                                              STIPULATION (1.1).

KALOUDIS D          08/30/05          1.40    REVIEW EMAILS FROM COMMITTEES'
                                              COUNSEL RE: COMMENTS FOR FLORIDA KEYS
                                              AND NEW SMYRNA BEACH (.1); CONFER
                                              WITH S. FELD RE: SAME (.2); CALL WITH
                                              J.HASWELL RE: FLORIDA KEYS ELECTRIC
                                              RE: COMMITTEE COMMENTS (.2); REVISE
                                              FLORIDA KEYS STIPULATION (.1);
                                              RESPOND TO COMMITTEE'S EMAIL RE:
                                              COMMENTS FOR FLORIDA KEYS AND NEW
                                              SMYRNA BEACH (.5); CALL WITH S.FELD
                                              RE: GRAYBAR AND CITY OF FOLEY (.3).

FELD SR             08/31/05          2.70    WORK ON ISSUES RELATING TO GULF POWER
                                              STIPULATION (2.1); REVIEW STATUS OF
                                              PENDING ADEQUATE ASSURANCE PROPOSAL
                                              AND UTILITIES (.6).

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          08/31/05          0.20    REVIEW REVISIONS RECEIVED FROM
                                               FLORIDA KEYS (.2).

**MATTER TOTAL**                      **137.60**

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**        **Bill Date: 09/08/05**
**Vendor Matters**        **Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 07/27/05 | 0.90 | WORK RE: REQUEST FOR JUNIOR LIEN AND CONSIGNMENT. |
| HENRY S | 08/01/05 | 1.30 | ANALYZE SETOFF ISSUE REGARDING SUPERMARKET APPLICATIONS (.8); WORK RE: REQUEST TO ALLOW SETOFF RE: PARTICULAR CLAIMS (.5). |
| LEAMY JM | 08/01/05 | 0.10 | REVIEW ORDER APPROVING TRADE VENDOR STIPULATION. |
| HENRY S | 08/02/05 | 2.10 | T/C SOLOCHECK (.2); REVIEW MEMO RE: SAME (.4); FOLLOW UP RE: RECONCILIATION OF SPECIFIC CLAIMS (.7); WORK RE: BRACH'S CLAIM (.3); WORK RE: ISSUE RELATING TO NOTICE OF PREFERENCE (.5). |
| GRAY RW | 08/04/05 | 0.30 | REVIEW VOICEMAIL FROM C. PETERSEN RE: HOBART PAYMENT ISSUES (.1); DRAFT MEMO TO P. WINDHAM RE: SAME AND REVIEW REPLY (0.1); TC WITH C. PETERSEN RE: SAME (0.1). |
| HENRY S | 08/05/05 | 0.80 | PREPARE FOR CARDINAL CALL (.8). |
| GRAY RW | 08/05/05 | 0.10 | REVIEW EXCHANGE BETWEEN C. BISE AN P. WINDHAM RE: HOBART AND DRAFT MEMO TO C. PETERSEN RE: SAME (0.1). |
| HENRY S | 08/08/05 | 0.60 | CONFERENCE CALL H. ETLIN, B. FISHCER, R. DESHONG REGARDING CARDINAL SETTLEMENT OUTLINE. |
| LEAMY JM | 08/08/05 | 0.10 | REVIEW M. KERSEE EMAIL RE: PDX. |
| HENRY S | 08/09/05 | 1.20 | MEET WITH HELD SEVERAL TIMES BRIEFLY RE: BEAVER STREET PREFERENCE CLAIMS AND GOING FORWARD BUSINESS (.9); PREPARATIONS FOR MEETING (.3). |
| HENRY S | 08/10/05 | 0.60 | REVIEW AND RESPONSE TO EMAIL FROM ETLIN WITH RESPECT TO REINSTITUTING VENDOR TERMS (.4); REVIEW BACKGROUND INFO AND CODE IN CONNECTION WITH ANALYSIS (.2). |
| ZSOLDOS AF | 08/10/05 | 3.00 | FILE MAINTENANCE RECLAMATION STIPULATIONS (.9); PREPARE FOR DISTRIBUTION TO XROADS (1.4); DRAFT COVER LETTER FOR DISTRIBUTION AND DISTRIBUTION OF SAME (.7). |

DO&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 08/11/05 | 2.60 | WORK RE: PROTOCOLS FOR IMPLEMENTATION OF STIPULATION RELATING TO RECLAMATION CLAIMS (2.3); REVIEW CORRESPONDENCE RE: DANNON LIFT STAY MOTION (.1); DISCUSSION EICHEL RE: SAME (.1); CONFERENCE EICHEL RE: CONSIGNMENT ISSUE (.1). |
| HENRY S | 08/12/05 | 2.70 | T/C GORDON RE: IMPLEMENTATION OF VENDOR LIEN PROGRAM (.4); T/C ETLIN AND GORDON RE: SAME (.3); REVIEW ORDERS WITH RESPECT TO ISSUE RAISED (.7); CORRESPONDENCE TO BARR RE: SAME (.2); REVISIONS TO HOOD STIP (.3); CORRESPONDENCE WITH KUNZ RE: SAME (.2); ADDRESS TIMING AND CIRCULATION OF STIPULATION AND REVIEW RESPONSES FROM ETLIN AND HUFFARD RE: SAME (.6). |
| HENRY S | 08/16/05 | 0.70 | EMAIL HELD RE: BEAVER STREET (.3); CALLS WITH 3 INDIVIDUALS COUNSEL RE: RECLAMATION PROGRAM (.4). |
| HENRY S | 08/17/05 | 0.60 | REVIEW MEMORANDA REGARDING POTENTIAL SETTLEMENT (.2); CONFERENCE WITH EICHEL REGARDING POSSIBLE SETTLEMENT (.4). |
| HENRY S | 08/18/05 | 0.20 | CORRESPONDENCE REGARDING NEGOTIATIONS WITH VENDOR (.2). |
| EICHEL S | 08/18/05 | 0.20 | REVIEW PROPOSED LETTER FROM BRACH'S RESOLVING VENDOR ISSUE (.2). |
| HENRY S | 08/19/05 | 1.10 | T/C S. EICHEL RE: CANDY COMPANY ISSUES (.2); CONFERENCE WITH B. KICHLER AND S. EICHEL RE: SAME (.3); REVIEW CORRESPONDENCE REGARDING CONSIGNMENT ISSUE (.2); REVIEW CORRESPONDENCE REGARDING BRACH'S (.4). |
| EICHEL S | 08/19/05 | 1.60 | ADDRESS ISSUES RE: BRACH'S (.2); TEL CONF WITH S. HENRY RE: BRACH'S (.2); TEL CONF WITH S. HENRY AND B. KICHLER RE: RESOLVING ISSUES RE: BRACH'S (.3); REVIEW LETTER (AND ATTACHMENTS) FROM M. BARR RE: CONSIGNMENT ISSUE (.2); DRAFT EMAIL TO S. HENRY RE: M. BARR'S LETTER (.1); REVIEW EMAIL FROM B. KICHLER RE: BRACH'S (.1); REVIEW AND REVISE FORM OF LETTER RE: RESOLUTION OF DISPUTE WITH BRACH'S (.4); DRAFT EMAIL TO S. HENRY RE: PROPOSED REVISED LETTER TO BRACH'S (.1). |
| HENRY S | 08/22/05 | 0.40 | REVIEW LETTER RE: CONSIGNMENT ISSUES (.2); T/C S. EICHEL RE: CONSIGNMENT ISSUE (.1); T/C EICHEL RE: SETOFF ISSUE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/22/05 | 2.10 | ADDRESS CONSIGNMENT ISSUE RE: SCHWAN (.1); REVIEW S. HENRY'S RESPONSE RE: REVISED BRACH'S LETTER (.1); DRAFT EMAIL TO A. STEVENSON RE: SCHWAN CONSIGNMENT ISSUE (.2); REVIEW RECLAMATION ORDER IN CONNECTION WITH REVISING LETTER RESOLVING DISPUTE WITH BRACH'S (.2); REVIEW AND REVISE LETTER RESOLVING DISPUTE WITH BRACH'S (.1); DRAFT LETTER TO B. KICHLER RE: REVISED BRACH'S LETTER (.1); REVIEW SCAN-BASED BOND TRADING AGREEMENT BETWEEN WINN-DIXIE PROCUREMENT, INC. AND SCHWAN'S IN CONNECTION WITH CONSIGNMENT ISSUE (.3); REVIEW EMAIL (AND ATTACHMENTS) FROM L. BARR RE: SOUTHEAST ATLANTIC BEVERAGE ("SEAB") SETOFF ISSUE (.2); DRAFT EMAIL TO B. KICHLER RE: SEAB SETOFF ISSUE (.1); TEL. CONF. WITH E. MORTON RE: PREPETITION REBATES SEAB OWED TO COMPANY (.1); TEL. CONFS. WITH J. ROY RE: PREPETITION CLAIM OF SEAB IN CONNECTION WITH POTENTIAL SETOFF OF CLAIM (.2); DRAFT EMAIL TO A. STEVENSON RE: CONSIGNMENT PAYMENTS TO SCHWAN'S (.2); TEL. CONF. WITH S. HENRY RE: SCHWAN'S CONSIGNMENT ISSUE (.1); TEL. CONF. WITH S. HENRY RE: SOUTHEAST BEVERAGE SETOFF ISSUE (.1). |
| HENRY S | 08/23/05 | 0.40 | REVIEW MEMORANDUM REGARDING CONSIGNMENT ISSUE FROM ALEX STEVENSON (.1); RESPOND TO MEMORANDUM REGARDING CONSIGNMENT ISSUE (.1); MEMORANDUM TO ETLIN REGARDING CONSIGNMENT ISSUE (.2). |
| HENRY S | 08/24/05 | 0.30 | REVIEW CORRESPONDENCE RE: PAYMENT OF VENDOR. |
| EICHEL S | 08/25/05 | 0.50 | TEL. CONF. WITH B. KICHLER RE: CLAIM OF BRACH'S, DANNON AND SOUTHEAST ATLANTIC BEVERAGE (.3); REVIEW EMAILS FROM B. KICHLER AND H. HOPKINS RE: SOUTH ATLANTIC BEVERAGE SETOFF ISSUE (.2). |
| HENRY S | 08/30/05 | 1.10 | GO THROUGH FILE RELATING TO LETTER FROM COMMITTEE RE: CONSIGNMENT ISSUES (.8); DEVELOP STRATEGY RE: SAME (.3). |
| EICHEL S | 08/31/05 | 0.40 | TEL. CONF. WITH C. ROFF (PEGGS CO.) RE: FILING PROOF OF CLAIM (.2); DRAFT EMAIL TO B. KICHLER RE: THE PEGGS COMPANY (.2). |

**MATTER TOTAL**          <u>26.00</u>

**CLIENT TOTAL**          <u>1,477.50</u>

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S  08/24/05  7.00 REVIEW T. WUERTZ'S RESPONSES TO MY INQUIRIES RE: RECLAMATION SUMMARY (.1); DRAFT LETTER TO B. KICHLER RE: JUNIOR SECURITY AGREEMENT (.1); DRAFT EMAIL TO T. WUERTZ RE: H. ETLIN'S COMMENTS TO DEL MONTE'S PROPOSED LANGUAGE (.1); REVIEW EMAIL FROM R. RIOS (CERTIFIED FOOD) RE: FINALIZING RECLAMATION CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RESPONDING TO R. RIOS INQUIRY (.1); REVIEW CORRESPONDENCE RE: RESOLUTION OF CLAIM OF CERTIFIED FOODS (.1); REVIEW EMAIL FROM R. DAMORE RE: BELCO CLAIM (.1); CONTINUE REVIEW OF 11TH CIRCUIT LAW RE: RECLAMATION ISSUES (4.4); REVIEW S. HENRY'S EMAIL RE: RECLAMATION ISSUES (.2); DRAFT EMAIL TO T. WUERTZ, E. GORDON AND A. LIU RE: L. MANDEL'S INQUIRY RE: PARTICIPATION IN TRADE LIEN PROGRAM (.1); WORK ON ISSUES RE: RECLAMATION CLAIMS OF KRISPY KREME VENDORS (.2); DRAFT EMAIL TO A. LIU RE: INQUIRY RE: RECLAMATION CLAIM OF SMITH'S DOUGHNUTS, INC. (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF IDENTIFICATION OF KRISPY KREME VENDOR (.1); DRAFT EMAIL TO L. MANDEL RESPONDING TO HER INQUIRY RE: PARTICIPATION IN TRADE LIEN PROGRAM (.1); TEL. CONF. WITH D. PRESTON (RUSSELL STOVER) RE: RUSSELL STOVER'S RECLAMATION CLAIM AND OPTING INTO TRADE LIEN PROGRAM (.3); DRAFT EMAIL TO A. LIU RE: KRISPY KREME RECLAMATION ISSUES (.1); REVIEW EMAIL FROM L. MANDEL RE: PARTICIPATION IN TRADE LIEN PROGRAM (.1); REVIEW EMAILS FROM A. LIU AND T. MATZ RE: HUHTAMAKI OPTING INTO RECLAMATION TRADE LIEN PROGRAM (.1); WORK ON ISSUES RE: STATUS OF BRACH'S RECLAMATION CLAIM (.1); DRAFT EMAIL TO T. WUERTZ RE: SUMMARY OF VENDOR RESPONSES TO STATEMENTS OF RECLAMATION (.1); DRAFT EMAIL TO T. WUERTZ RE: STATUS OF DEL MONTE MEMO OF AGREED TERMS (.1); DRAFT EMAIL TO R. DAMORE AND B. FISHER RE: CARDINAL HEALTH (.1); TEL. CONF. WITH B. NATHAN (COUNSEL TO KIMBERLY CLARK) RE: JUNIOR SECURITY AGREEMENT (.1).

ZSOLDOS AF  08/24/05  0.60 SEARCH DOCKET FOR MOTION AND PROPOSED ORDER AND PDF TO ATTORNEY (.4); CORRESPONDENCE WITH XROADS RE: KRISPY KREME (.2).

HENRY S  08/25/05  0.50 REVIEW CORRESPONDENCE RE: IMPLEMENTATION OF STIPULATION (.4); RESPOND TO CORRESPONDENCE FROM HUFFARD RE: COMPLIANCE WITH RECLAMATION ORDER (.1).

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 08/25/05 | 1.40 | CALLS WITH C. BARIS (SWISHER INTERNATIONAL) RE: RECLAMATION INQUIRIES AND B. WORKHEISER (.6); CORRESPONDENCE WITH FALCON FARMS RE: CLAIM (.2); CALL RE: HUNTAMERICAS CLAIM (.2); FOLLOW UP WORK RE: SUMMARY OF STATUS OF ALL CLAIMS (.4). |
| EICHEL S | 08/25/05 | 2.10 | REVIEW EMAIL FROM T. WUERTZ RE: DEL MONTE PROPOSED LANGUAGE RE: MEMO OF AGREED TERMS (.1); REVIEW EMAIL FROM B. FISHER RE: CARDINAL HEALTH (.1); TEL. CONF. WITH R. DAMORE RE: CARDINAL HEALTH (.1); TEL. CONF. WITH D. FLORES (COUNSEL TO CARDINAL HEALTH) RE: CARDINAL HEALTH ISSUE (.1); REVIEW EMAILS FROM F. GLASS RE: RECLAMATION CLAIM OF LAURA'S LEAN BEEF (.2); DRAFT RESPONSE TO F. GLASS (.1); DRAFT EMAIL TO T. WUERTZ RE: LAURA'S LEAN BEEF (.1); REVIEW EMAIL FROM E. GORDON RE: SALE OF LAURA'S LEAN BEEF RECLAMATION CLAIM (.1); RESPOND TO E. GORDON'S EMAIL RE: SAME (.1); TEL. CONF. WITH E. GORDON, T. WUERTZ AND A. LIU RE: DANNON, DEL MONTE, AND ASSIGNMENT OF LAURA'S LEAN BEEF RECLAMATION CLAIM (.3); REVIEW EMAIL FROM H. ETLIN RE: HP HOOD (.1); DRAFT EMAIL TO H. ETLIN RE: HP HOOD (.1); REVIEW EMAIL FROM D. PRESTON (RUSSELL STOVER) RE: RUSSELL STOVER RECLAMATION CLAIM AND OPTING INTO TRADE LIEN PROGRAM (.1); REVIEW RESPONSE FROM T. WUERTZ TO D. PRESTON RE: RUSSELL STOVER (.1); TEL. CONF. WITH T. WUERTZ RE: DEL MONTE MEMO OF AGREED TERMS (.1); REVIEW EMAIL FROM A. LIU RE: GRUMAN CORP.'S AGREEMENT TO BE BOUND BY RECLAMATION STIPULATION (.1); REVIEW LETTER FROM D. WALTZ (FUTURE FOODS) RE: DISAGREEMENT WITH STATEMENT OF RECLAMATION (.2). |
| MATZ TJ | 08/26/05 | 0.60 | CALLS RE: 2 CLAIMS OPTING IN TO SETTLEMENT PROGRAM (.4); CALLS FROM COUNSEL RE: STIPULATION (.2). |
| EICHEL S | 08/26/05 | 0.60 | CONTINUE RESEARCH OF 11TH CIRCUIT LAW (.2); WORK ON ISSUES RE: HERITAGE PAYMENT, INCLUDING CALLING OFFICE OF G. ESTILL INFORMING HIM OF SIGNED ORDER (.1); TEL. CONF. WITH C. PIASECKI RE: CALCULATION OF RECLAMATION VENDOR (.1); REVIEW EMAIL FROM K. GWYNNE RE: DEL MONTE (.1); TEL. CONF. WITH T. WUERTZ RE: EMAIL FROM K. GWYNNE RE: DEL MONTE (.1). |

D09A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 08/26/05 | 0.70 | PREPARE DOCKET FOR ATTORNEY REVIEW (.2); PULL DOCUMENTS OFF THE DOCKET, PRINT AND EMAIL TO XROADS (.3); ORGANIZE CORRESPONDENCE AND FILE OF RECLAMATIONS AND STIPULATIONS (.2). |
| EICHEL S | 08/27/05 | 0.50 | REVIEW EMAIL FROM J. LAMB RE: MADIX RECLAMATION CLAIM (.1); DRAFT EMAIL TO J. LAMB RE: MADIX RECLAMATION CLAIM (.1); REVIEW EMAIL FROM T. WUERTZ RE: DEL MONTE'S PROPOSED LANGUAGE IN MEMO OF AGREED TERMS (.1); REVIEW EMAIL FROM T. WUERTZ RE: RECLAMATION CLAIM OF REXAM BEVERAGE (.1); DRAFT EMAIL TO T. WUERTZ RE: REXAM BEVERAGE RECLAMATION ISSUE (.1). |
| MATZ TJ | 08/29/05 | 1.00 | CALL AND CORRESPONDENCE WITH J. GLOVER AND XROADS RE: ALLEN CANNING CLAIM (.4); FOLLOW UP WORK RE: RESOLUTION OF D.L. LEE CLAIM, STATUS REPORT AND PERIODIC PAYMENTS (.6). |
| EICHEL S | 08/29/05 | 1.10 | TEL. CONF. WITH M. ELMORE RE: FRONT END SERVICES' MOTION FOR ADMIN. CLAIM (.1); REVIEW CORRESPONDENCE FROM RECLAMATION VENDORS RE: THEIR STATEMENT OF RECLAMATION AND OPTING INTO TRADE LIEN PROGRAM (.2); TEL. CONF. WITH J. VINCEQUERRA RE: BEN ARNOLD BEVERAGE AND PREMIUM BEVERAGE OPTING INTO RECLAMATION STIPULATION (.1); REVIEW EMAIL FROM W. MCARDLE RE: REVISED NUMERICAL RECLAMATION CLAIM OF HIS CLIENT GOLDEN FLAKE SNACK FOODS (.1); TEL. CONF. WITH S. JERNIGAN (FRONT END SERVICES) RE: ISSUES IN CONNECTION WITH OPTING INTO TRADE LIEN PROGRAM (.1); REVIEW EMAIL FROM S. JERNIGAN RE: HER CLIENT FRONT END SERVICES OPTING INTO RECLAMATION TRADE LIEN PROGRAM (.1); DRAFT RESPONSE EMAIL TO S. JERNIGAN (.2); DRAFT EMAIL TO T. WUERTZ, E. GORDON AND OTHERS RE: STATUS OF NEGOTIATIONS WITH FRONT END SERVICES (.1); REVIEW EMAIL FROM T. WUERTZ RE: REXAM BEVERAGE RECLAMATION CLAIM (.1). |
| HENRY S | 08/30/05 | 1.50 | ADDRESS PROTOCOLS RE: IMPLEMENTATION OF RECLAMATION STIPULATION (.7); WORK RE ISSUE RE: AGREEMENT RELATING TO SAME AND PARTICULAR CREDITORS (.8). |
| MATZ TJ | 08/30/05 | 1.60 | CORRESPONDENCE AND CALL WITH R. ADKINS RE: SOUTHERN GOURMET CLAIM AND OPT IN (.4); CONTINUE FINALIZING TWO ADDITIONAL CLAIMS (.4); REVIEW AND COMMENT ON UPDATED CALL LOG RE: OUTSTANDING RECLAMATION ISSUES AND FINALIZING CLAIM STATUS RECORDS AND TRANSFERS OF CLAIMS (.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 08/30/05 | 2.20 | REVIEW EMAIL FROM A. ZSOLDOS RE: PEPSI BOTTLING VENTURES AGREEMENT TO BE BOUND BY STIPULATION (.1); REVIEW EMAIL FROM S. JERNIGAN RE: FRONT END SERVICES' CONTRACT PURSUANT TO UPCOMING HEARING (.1); DRAFT EMAIL TO C. JACKSON RE: ADJOURNING FRONT END SERVICES' MOTION (.1);  DRAFT EMAILS TO T. WUERTZ RE: FRONT END SERVICES ISSUES (.1); REVIEW EMAIL FROM A. LIU RE: PEPSI BOTTLING VENTURES MEMORANDUM OF AGREED TERMS (.1); REVIEW EMAIL FROM A. ZSOLDOS TO A. LIU RE: KLEMENT SAUSAGE'S AGREEMENT WITH STATEMENT OF RECLAMATION (.1); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: UPDATED RECLAMATION STATUS CHART (.1); TEL. CONF. WITH S. HENRY AND S. ZUBER RE: CARDINAL HEALTH (.2); WORK ON ISSUES RE: CARDINAL HEALTH (.2); DRAFT EMAIL TO R. DAMORE RE: CARDINAL HEALTH (.1); REVIEW EMAIL FROM R. DAMORE RE: CARDINAL HEALTH (.1); REVIEW EMAIL FROM B. KICHLER RE: DISCUSSION WITH FRONT END SERVICES (.1); REVIEW EMAIL RE: SUMMARY OF RECLAMATION CLAIMANTS' RESPONSES TO STATEMENT OF RECLAMATION AND OPTING INTO TRADE LIEN PROGRAM (.2); DRAFT RESPONSE TO A. LIU RE: ABOVE SUMMARY OF RECLAMATION CLAIMANTS (.2); REVIEW EMAILS RE: FRONT END SERVICES (.1); REVIEW EMAIL FROM A. LIU RE: UPDATED RECLAMATION STATUS CHART (.1); TEL. CONF. WITH B. KICHLER RE: SOUTHEAST ATLANTIC BEVERAGE ISSUE (.1); DRAFT EMAIL TO A. LIU RE: PREMIER BEVERAGE RECLAMATION CLAIM (.1). |
| BONACHEA L | 08/30/05 | 2.10 | UPDATE CHART RE: CLAIMS TRANSFERS FOR RECLAMATION CLAIMS. |
| HENRY S | 08/31/05 | 0.70 | REVIEW CORRESPONDENCE REGARDING IMPLEMENTATION WITH VIEW TO ENSURING CONSISTENCY AND COMPLIANCE. |
| MATZ TJ | 08/31/05 | 1.10 | CONTINUE RESOLUTION OF 3 RECLAMATIONS CLAIMS (.9); CONTINUE WORK ON MATTERS RE: ADDITIONAL CLAIMS (.2). |

DO9A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 08/31/05 | 4.40 | TEL. CONF. WITH L. PRENDERGAST RE: ADJOURNING FRONT END SERVICES MOTION FOR ADMINSTRATIVE CLAIM (.1); REVIEW EMAIL RE: FRONT END SERVICES' MOTION FOR ADMINISTRATIVE CLAIM (.1); REVIEW EMAIL FROM T. WUERTZ RE: KIMBERLY CLARK OPTING INTO RECLAMATION STIPULATION AND RESPOND TO SAME (.1); DRAFT EMAIL TO G. ESTILL RE: RECLAMATION CLAIM OF FRONT END SERVICES (.1); REVIEW EMAILS RE: DEL MONTE MEMO OF AGREED TERMS (.2); TEL. CONFS. WITH T. WUERTZ RE: DEL MONTE MEMO OF AGREED TERMS (.2); WORK ON ISSUES RE: DEL MONTE MEMO OF AGREED TERMS (.4); REVIEW EMAIL FROM T. WUERTZ RE: MENUE FOODS (.1); WORK ON ISSUES RE: MENUE FOODS' PROPOSED CREDIT TERMS (.2); DRAFT EMAIL TO T. WUERTZ AND P. TIBERIO RE: MENUE FOODS (.1); REVIEW RESPONSIVE EMAILS FROM T. WUERTZ AND P. TIBERIO RE: MENUE FOODS (.1); TEL. CONF. WITH S. HENRY RE: MENUE FOODS ISSUE (.1); TEL. CONF. WITH B. NATHAN (COUNSEL TO KIMBERLY CLARK) RE: COLLATERAL TO BE GIVEN IN CONNECTION WITH JUNIOR LIEN (.2); TEL. CONF. WITH G. ESTILL RE: FRONT END SERVICES ISSUES RE: ITS RECLAMATION CLAIM AND OPTING INTO TRADE LIEN PROGRAM (.2); WORK ON ISSUES RE: MEMO OF AGREED TERMS WITH RESPECT TO HEINZ (.2); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: HEINZ MEMO OF AGREED TERMS (.1); REVIEW EMAILS FROM T. WUERTZ AND A. LIU RE: SUPPLEMENTS TO RECLAMATION CLAIMS (.1); DRAFT EMAIL TO T. WUERTZ AND A. LIU RE: SUPPLEMENTS TO RECLAMATION CLAIMS (.1); WORK ON RESPONSE TO REQUEST OF B. NATHAN (COUNSEL FOR KIMBERLY CLARK) RE: COLLATERAL UNDER JUNIOR SECURED AGREEMENT (.5); DRAFT EMAILS TO L. PRENDERGAST RE: FRONT END SERVICES' MOTION FOR ADMIN CLAIM (.2); REVIEW RESPONSE FROM L. PRENDERGAST (.1); WORK ON SOUTHEAST ATLANTIC BEVERAGE ("SEABEV") ISSUE (.5); DRAFT EMAIL TO B. KICHLER RE: SEABEV ISSUE (.4). |
|---|---|---|---|
| TOUSSI S | 08/31/05 | 0.30 | ADDRESS RECLAMATION ISSUES. |
| **MATTER TOTAL** | | **266.70** | |

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Claims Admin. (PACA/PASA)**

**Bill Date: 09/08/05**
**Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| TOUSSI S | 08/01/05 | 0.70 | ADDRESS ISSUES RE: OUTSTANDING PACA CLAIMS (.7). |
| TOUSSI S | 08/04/05 | 0.50 | ADDRESS ISSUES RE: OLD DIXIE'S OBJECTIONS (.2); ADDRESS ISSUES RE: OUTSTANDING PACA CLAIMS (.3). |
| TOUSSI S | 08/08/05 | 1.10 | ADDRESS OUTSTANDING PACA VENDOR ISSUES (.3); ADDRESS ISSUES RE: OLD DIXIE'S OBJECTIONS (.8). |
| TOUSSI S | 08/11/05 | 4.20 | PREPARE AND EDIT OUTLINE OF ARGUMENTS IN CONNECTION WITH OLD DIXIE'S OBJECTIONS TO THE PACA REPORT (3.5); RESEARCH ISSUES RE: SAME (.7). |
| TOUSSI S | 08/12/05 | 4.80 | PREPARE AND EDIT OUTLINE OF ISSUES FOR HEARING ON OLD DIXIE'S MOTION (2.5); REVIEW OLD DIXIE'S REPLY BRIEF AND RESEARCH ISSUES RE: SAME (1.2); VARIOUS DISCUSSIONS RE: SAME (.5); ADDRESS ISSUES RE: UNRESOLVED PACA VENDORS (.6). |
| HENRY S | 08/15/05 | 1.60 | PREPARE ARGUMENT FOR BUSEY RE: OLD DIXIE CLAIMS (.4); READ CASES AND BRIEF (.8); T/C TOUSSI RE: SAME (.4). |
| HENRY S | 08/18/05 | 0.10 | REVIEW CORRESPONDENCE RE: PACA CLAIM. |
| HENRY S | 08/19/05 | 0.20 | DRAFT CORRESPONDENCE TO HELP IMPLEMENT RECLAMATION/VENDOR LIEN PROGRAM AND COMMITTEE SIGN OFF OF PREFERENCE RESOLUTIONS. |
| MATZ TJ | 08/31/05 | 0.30 | REVIEW COURT DECISION RE: OLD DIXIE PACA CLAIM (.2); FOLLOW UP RE: SAME (.1). |
| TOUSSI S | 08/31/05 | 0.50 | ADDRESS PACA ISSUES RE: BOYD (.4); REVIEW ORDER (.1). |
| **MATTER TOTAL** | | **14.00** | |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 09/08/05
Creditor Meetings/Statutory Committees                          Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 08/01/05 | 1.20 | REVIEW REPLY OF J. SKELTON TO CREDITORS COMMITTEE (.2); RESPOND TO INQUIRY FROM MATT BARR WITH RESPECT TO MEETING WITH COMMITTEE (.2); TELEPHONE CALL WITH MATT BARR WITH RESPECT TO MEETING WITH COMMITTEE (.3); TELEPHONE CALL WITH S. BUSEY REGARDING MEETING WITH COMMITTEE (.5). |
| TURETSKY DM | 08/01/05 | 0.10 | REVIEW RESPONSE LETTER FROM J. SKELTON TO E. GILLESPIE RE: EQUITY COMMITTEE (0.1). |
| BAKER DJ | 08/16/05 | 0.20 | TELEPHONE CALL WITH S. BUSEY AND L. APPEL WITH RESPECT TO COMMITTEE ISSUES (.2). |
| BAKER DJ | 08/19/05 | 2.90 | CONFERENCE CALL WITH S. BUSEY AND L. APPEL WITH RESPECT TO COMMITTEE ISSUES (.5); TELEPHONE CALL WITH MATT BARR REGARDING COMMITTEE ISSUES (.3); PREPARE AND TRANSMIT EMAIL REGARDING DISCUSSIONS WITH M. BARR (.3); PREPARE AND TRANSMIT EMAIL TO ADVISORS WITH RESPECT TO COMMITTEE MEETING SCHEDULE (.2); CONTINUE TO ADDRESS/REVIEW ISSUES WITH RESPECT TO CREATION OF EQUITY COMMITTEE (1.6). |
| GRAY RW | 08/19/05 | 0.50 | CONFERENCE CALL WITH L. APPEL, J. CASTLE, S. BUSEY AND J. BAKER RE: EQUITY COMMITTEE ISSUES (0.5). |
| BAKER DJ | 08/22/05 | 2.30 | TELEPHONE CALL WITH P. LYNCH, L. APPEL, B. NUSSBAUM, H. ETLIN, F. HUFFARD AND S. BUSEY REGARDING CREDITOR COMMITTEE ISSUES (.5); TELEPHONE CALL WITH S. BUSEY REGARDING COMMITTEE ISSUES (.3); TELEPHONE CALL WITH J. SKELTON REGARDING COMMITTEE ISSUES (.4); TELEPHONE CALL WITH F. HUFFARD WITH RESPECT TO ISSUES RAISED CONCERNING CREDITORS COMMITTEE (.2); TELEPHONE CALL WITH S. BUSEY WITH RESPECT TO ISSUES RELATED TO POSSIBLE HEARING WITH REGARD TO OBJECTION OF COMMITTEE (.2); TELEPHONE CALL WITH D. DUNNE REGARDING COMMITTEE ISSUES (.4); TELEPHONE CALL WITH M. BARR REGARDING COMMITTEE ISSUES (.2); TELEPHONE CALL WITH S. HENRY REGARDING COMMITTEE ISSUES (.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 08/22/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM J. BAKER RE: COMMITTEE POSITION ON CERTAIN UPCOMING ISSUES (0.1). |
| GRAY RW | 08/24/05 | 0.20 | TELEPHONE CALL WITH C. JACKSON RE: HANDLING COMMITTEE COMMENTS (0.2). |
| BAKER DJ | 08/25/05 | 0.50 | TELEPHONE CALL WITH DENNIS DUNNE REGARDING ISSUES RELATED TO EQUITY COMMITTEE (.2); TELEPHONE CALL WITH S. BUSEY REGARDING EQUITY COMMITTEE ISSUES (.3). |
| TURETSKY DM | 08/25/05 | 4.80 | E-MAIL TO R. GRAY RE: PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (0.1); DRAFT PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (4.7). |
| BAKER DJ | 08/26/05 | 1.40 | REVIEW AND REVISE DRAFT MOTION TO SEAL PAPERS AND HEARING WITH RESPECT TO MOTION TO DISSOLVE EQUITY COMMITTEE (1.2); TELEPHONE CALL WITH D. TURETSKY RE: SEALING MOTION TO DISSOLVE EQUITY COMMITTEE (.2). |
| GRAY RW | 08/26/05 | 0.30 | REVIEW AND PROVIDE COMMENTS ON MOTION TO SEAL EQUITY COMMITTEE OPPOSITION (0.2); TELEPHONE CALL WITH D. TURETSKY RE: SAME (0.1). |
| TURETSKY DM | 08/26/05 | 5.70 | RESEARCH RE: ISSUES ARISING IN CONNECTION WITH PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (3.1); TELEPHONE CALL WITH D. J. BAKER RE: SAME (0.2); TELEPHONE CALL WITH R. GRAY RE: SAME (0.1); REVISE PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (1.9); E-MAIL TO J. CASTLE AND L. APPEL RE: SAME (0.2); TELEPHONE CALL WITH J. AUSTIN RE: SAME (0.1); E-MAIL TO D. J. BAKER AND R. GRAY RE: SAME (0.1). |
| TURETSKY DM | 08/27/05 | 1.40 | CONTINUE RESEARCH RE: ISSUES ARISING IN CONNECTION WITH PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (1.4). |

D06A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| TURETSKY DM | 08/28/05 | 0.30 | FURTHER RESEARCH RE: ISSUES ARISING IN CONNECTION WITH PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (0.3). |
| --- | --- | --- | --- |
| BAKER DJ | 08/29/05 | 0.60 | TELEPHONE CALL WITH J. AUSTIN REGARDING EQUITY COMMITTEE ISSUES (.3); TELEPHONE CALL WITH J. WAREHAM REGARDING EQUITY COMMITTEE ISSUES (.3). |
| TURETSKY DM | 08/29/05 | 3.90 | REVISE PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (0.8); FURTHER RESEARCH RE: SAME (2.6); E-MAIL TO D. J. BAKER AND R. GRAY RE: SAME (0.2); E-MAIL TO D. DUNNE AND M. BARR RE: SAME (0.2); TELEPHONE CALL TO R. WINTER (LEFT VOICEMAIL) RE: SAME (0.1). |
| BAKER DJ | 08/30/05 | 2.70 | TELEPHONE CALL WITH J. WAREHAM WITH RESPECT TO EQUITY COMMITTEE ISSUES (.6); PREPARE AND TRANSMIT MEMORANDUM TO CLIENT REGARDING DISCUSSIONS WITH J. WAREHAM (.4); REVIEW AND REVISE DRAFT MOTION TO SEAL PLEADINGS WITH RESPECT TO POSSIBLE DISSOLUTION OF EQUITY COMMITTEE (1.2); CONFERENCE WITH D. TURETSKY WITH RESPECT TO COMMENTS OF CREDITORS' COMMITTEE REGARDING MOTION TO SEAL (.2); REVIEW EQUITY COMMITTEE ISSUES REGARDING CONFIDENTIALITY AGREEMENTS (.3). |
| GRAY RW | 08/30/05 | 0.80 | TELEPHONE CALLS WITH D. TURETSKY RE: SEALING MOTION ISSUES (0.2); REVIEW AND COMMENT ON REVISED SEAL MOTION (0.1); REVIEW AND COMMENT ON SEALING ORDER (0.2); DRAFT MEMO TO J. BAKER RE: EQUITY COMMITTEE CONFIDENTIALITY AGREEMENT (0.1); REVIEW AND PROVIDE COMMENTS ON NOTICE AND COORDINATE WITH D. TURETSKY RE: FINALIZING AND FILING MOTION (0.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 08/30/05 | 5.70 | FURTHER REVISE PROPOSED JOINT MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (1.4); MEETING WITH D.J. BAKER RE: SAME (0.2); TELEPHONE CALLS WITH R. GRAY RE: SAME (0.2); DILIGENCE RE: ISSUES CONCERNING SAME (1.2); E-MAILS TO J. WAREHAM RE: SAME (0.4); E-MAIL TO D. J. BAKER AND R. GRAY RE: SAME (0.1); E-MAIL TO R. GRAY RE: SAME (0.1); E-MAIL TO D. DUNNE, M. BARR, L. DESPINS, AND R. WINTER RE: SAME (0.2); E-MAILS TO L. APPEL, J. CASTLE, S. BUSEY, C. JACKSON, D. J. BAKER, AND R. GRAY RE: SAME (0.8); TELEPHONE CALLS WITH R. WINTER RE: SAME (0.3); REVISE ORDER RE: MOTION (0.3); DRAFT NOTICE OF HEARING RE: SAME (0.3); REVISE ORDER RE: SAME (0.2). |
| GRAY RW | 08/31/05 | 1.20 | TELEPHONE CALL WITH D. TURETSKY RE: COMMENTS TO REVISED SEAL MOTION (0.2); DRAFT MEMO TO J. BAKER RE: EQUITY COMMITTEE CONFIDENTIALITY (0.1); TELEPHONE CALL WITH J. WAREHAM RE: CONFIDENTIALITY AGREEMENT (0.1); PREPARE CONFIDENTIALITY AGREEMENT FOR EQUITY COMMITTEE ADVISORS (0.6); DRAFT MEMO TO K. DENNISTON RE: SAME AND PLACE CALL TO SAME (0.2). |
| TURETSKY DM | 08/31/05 | 5.60 | FURTHER DILIGENCE RE: ISSUES IN CONNECTION WITH MOTION TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (2.8); FURTHER REVISE MOTION BY DEBTORS TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE (1.9); TELEPHONE CALL WITH E. SCHULE RE: SAME (0.1); TELEPHONE CALL WITH S. BUSEY RE: SAME (0.1); TELEPHONE CALL WITH C. JACKSON RE: SAME (0.1); TELEPHONE CALL WITH R. GRAY RE: SAME (0.2); E-MAIL TO K. WARD RE: FILING OF MOTION BY DEBTORS AND CREDITORS COMMITTEE TO FILE UNDER SEAL PLEADINGS RELATING TO APPOINTMENT OF EQUITY COMMITTEE AND RELATED NOTICE (0.2); E-MAIL TO M. FREITAG RE: FILING OF SAME (0.2). |

**MATTER TOTAL**            **42.40**

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Employee Matters (General)**

**Bill Date: 09/08/05**
**Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 08/01/05 | 0.50 | REVIEW T. WILLIAMS MEMO RE: SEVERANCE AND CONTACT SAME (0.1); TC WITH T. WILLIAMS RE: SEVERANCE ISSUE (0.2); ADDRESS ON EXECUTIVE SEVERANCE ISSUES (0.2). |
| TURETSKY DM | 08/01/05 | 0.20 | E-MAIL TO D. J. BAKER RE: REVISED MEMO CONCERNING SEVERANCE OBLIGATIONS (0.1); E-MAIL TO R. GRAY RE: SAME (0.1). |
| BAKER DJ | 08/02/05 | 1.30 | BEGIN REVIEW OF SEVERANCE ISSUES AND WORK ON SAME (1.3). |
| GRAY RW | 08/02/05 | 1.00 | TC WITH B. KICHLER RE: SEVERANCE PLAN ISSUES (0.2); DRAFT MEMO TO A. DOWD RE: SAME AND TC WITH SAME (0.2); TC WITH A. DOWD RE: SEVERANCE PLAN ISSUES (0.1); FURTHER REVIEW SEVERANCE ISSUE RAISED BY T. WILLIAMS IN CONTEXT OF KERP MOTION (0.2); REVIEW REVISIONS TO SEVERANCE PLAN FROM A. DOWD (0.2); TC WITH D. TURETSKY RE: PREPETITION SEVERANCE ISSUE (0.1). |
| DOWD AA | 08/02/05 | 2.80 | REVISE SUB PLAN. |
| TURETSKY DM | 08/02/05 | 0.40 | TELEPHONE CALL WITH R. GRAY RE: SEVERANCE ISSUES (0.1); E-MAIL TO D. J. BAKER AND R. GRAY RE: SAME (0.3). |
| GRAY RW | 08/03/05 | 1.00 | REVIEW AND PROVIDE COMMENTS ON REVISED SEVERANCE PLAN (0.7); DRAFT MEMO TO J. BAKER RE: COMMITTEE REVIEW OF SEVERANCE PLAN (0.1); REVIEW AND RESPOND TO MEMOS FROM T. WILLIAMS AND A. DOWD RE: SCOPE OF SEVERANCE PLAN PROTECTIONS (0.2). |
| DOWD AA | 08/03/05 | 4.40 | CORRESPONDENCE WITH T. WILLIAMS AND B. KICHLER RE: SUB PLAN (.8); REVISE SUB PLAN (2.3); FINALIZE SUB PLAN FOR PRESENTATION TO COUNSEL TO CREDITORS COMMITTEE (1.3). |
| BAKER DJ | 08/04/05 | 1.80 | REVIEW ISSUES RELATED TO EMPLOYEE SEVERANCE QUESTIONS AND WORK REGARDING SAME (1.8). |

DOδA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 08/04/05 | 0.70 | REVIEW SEVERANCE PLAN ISSUES AND PLACE CALL TO L. APPEL RE: SAME (0.1); TC WITH A. DOWD RE: SEVERANCE PLAN ISSUES (0.1); DRAFT MEMO TO L. APPEL RE: SEVERANCE ISSUES (0.2); TC WITH D. DOGAN RE: SEVERANCE ISSUES (0.2); TCS WITH D. DOGAN ASSISTANT RE: CALL ON SEVERANCE ISSUES, AND REVIEW VOICEMAIL AND EMAIL FROM L. APPEL RE: SAME (0.1). |
|---|---|---|---|
| BAKER DJ | 08/05/05 | 1.80 | REVIEW SEVERANCE PLAN AND DOCUMENTATION FOR SAME (1.2); CONFERENCE CALL TIM WILLIAMS, DEDRA DOGAN, AILEEN DOWD AND R. GRAY WITH RESPECT TO SEVERANCE ISSUES (.6). |
| GRAY RW | 08/05/05 | 0.70 | CONF CALL WITH D. DOGAN, B. KICHLER, T. WILLIAMS, J. BAKER AND A. DOWD RE: SEVERANCE PLAN ISSUES (0.6); REVIEW KERP ORDER AND DRAFT MEMO RE: COMMITTEE REVIEW RIGHTS (0.1). |
| DOWD AA | 08/05/05 | 5.20 | CONFERENCE CALL WITH B. KICHLER, T. WILLIAMS AND D. DOGAN RE: SEVERANCE PLAN (.5); DRAFT KEY EMPLOYEE SEVERANCE PLAN (3.4); REVISE SUB PLAN (1.3). |
| GRAY RW | 08/09/05 | 0.60 | REVIEW AND PROVIDE COMMENTS ON REVISED SEVERANCE PLAN (0.5); TC WITH A. DOWD RE: ISSUES ON SEVERANCE PLAN (0.1). |
| DOWD AA | 08/09/05 | 3.30 | REVISE SUB PLAN AND KEY EMPLOYEE SEVERANCE PLAN AND PROVIDE TO MILBANK (3.3). |
| GRAY RW | 08/10/05 | 1.00 | REVIEW DIRECTOR DEFERRED FEE DOCUMENTS AND OBTAIN INFORMATION FROM LOGAN TO ADDRESS ISSUES RAISED BY D. VAN SCHOOR (0.8); DRAFT MEMO TO J. BAKER RE: SAME (0.2). |
| BAKER DJ | 08/11/05 | 1.30 | CONFERENCE PETER LYNCH AND L. APPEL REGARDING EMPLOYEE ISSUES (.5); CONTINUE TO ADDRESS SEVERANCE PLAN ISSUES (.8). |
| GRAY RW | 08/11/05 | 0.70 | REVIEW MILBANK MARKUP TO SEVERANCE DOCUMENTS (0.2); DISCUSS ISSUES WITH A. DOWD (0.3); REVIEW MEMO AND LETTER FROM K. RONAN RE: CONTINGENT CASH PROGRAM AND DRAFT MEMO TO INHOUSE LAWYERS RE: SAME (0.2). |
| DOWD AA | 08/11/05 | 2.20 | REVIEW COMMENTS TO SUB PLAN AND KEY EMPLOYEE SEVERANCE PLAN FROM MILBANK (.4); REVISE SUB PLAN AND KEY EMPLOYEE SEVERANCE PLAN FROM MILBANK (1.8). |
| BAKER DJ | 08/12/05 | 0.60 | REVIEW WINN-DIXIE SEVERANCE ISSUES AND WORK REGARDING SAME (.6). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 08/12/05 | 0.30 | REVIEW FINAL DRAFTS OF SEVERANCE PLANS AND CONFER WITH A. DOWD (0.2); TC WITH B. KICHLER RE: SUB PLAN ADMINISTRATION (0.1). |
| DOWD AA | 08/12/05 | 3.70 | DISCUSSION WITH MILBANK RE: SUB PLAN AND KEY EMPLOYEE SEVERANCE PLAN (.3); REVISE AND FINALIZE SUB PLAN AND KEY EMPLOYEE SEVERANCE PLAN (3.4). |
| GRAY RW | 08/14/05 | 0.30 | REVIEW AND RESPOND TO MEMO FROM T. WILLIAMS RE: SEVERANCE ISSUES (0.1); REVIEW AND RESPOND TO MEMO FROM L. APPEL RE: SAME (0.1); DRAFT MEMO TO K. RONAN RE: COMMENTS ON RESTRICTED STOCK LETTER (0.1). |
| BAKER DJ | 08/15/05 | 1.40 | WORK ON EMPLOYEE SEVERANCE ISSUES (1.4). |
| GRAY RW | 08/15/05 | 0.30 | REVIEW MEMO AND REVISED LETTER FROM K. RONAN AND PROVIDE FURTHER COMMENTS ON LETTER (0.1); TC WITH T. WILLIAMS RE: SEVERANCE ISSUES AND DRAFT MEMO TO J. BAKER RE: SAME (0.2). |
| BAKER DJ | 08/16/05 | 1.50 | REVIEW EMPLOYEE ISSUES REGARDING SEVERANCE AND RELATED MATTERS (1.1); CONFERENCE CALL TIM WILLIAMS AND R. GRAY REGARDING EMPLOYEE SEVERANCE QUESTIONS (.4). |
| GRAY RW | 08/16/05 | 0.40 | TC WITH T. WILLIAMS AND J. BAKER RE: SEVERANCE CREDITING (0.2); DRAFT MEMO TO A. DOWD RE: SEVERANCE CREDITING CLARIFICATION AND EXCHANGE EMAILS WITH SAME AND D. TURETSKY (0.2). |
| DOWD AA | 08/16/05 | 0.50 | RESPOND TO QUESTIONS REGARDING KEY EMPLOYEE SEVERANCE PLAN AND SUB PLAN. |
| TURETSKY DM | 08/16/05 | 0.50 | FURTHER DILIGENCE IN CONNECTION WITH ISSUES ARISING UNDER WINN-DIXIE CORPORATE SEVERANCE PROGRAM (0.5). |
| GRAY RW | 08/18/05 | 0.20 | REVIEW SEVERANCE ISSUES WITH D. TURETSKY (0.1); TC WITH D. DOGAN RE: SAME (0.1). |
| DOWD AA | 08/18/05 | 0.30 | REVISE SUB PLAN TO REFLECT T. WILLIAMS' COMMENT. |
| TURETSKY DM | 08/18/05 | 0.10 | FURTHER DILIGENCE RE: ISSUES RELATING TO POSTPETITION SEVERANCE PLAN (0.1). |
| GRAY RW | 08/22/05 | 0.90 | CONF CALL WITH B. KICHLER, L. RODRIQUEZ, K. LOGAN AND J. LEAMY RE: MSP/SRP PROOFS OF CLAIM (0.5); REVIEW AND COMMENT ON PROPOSED LETTER TO MSP/SRP PARTICIPANTS RE: TREATMENT OF CLAIMS (0.2); REVIEW SEVERANCE ISSUE AND FOLLOWUP WITH A. DOWD RE: TIER 5 TREATMENT (0.2). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DOWD AA | 08/22/05 | 0.20 | DISCUSSION WITH R. GRAY RE: SUB PLAN AND KEY EMPLOYEE SEVERANCE PLAN. |
| BAKER DJ | 08/23/05 | 1.10 | CONTINUE REVIEW OF EMPLOYEE SEVERANCE ISSUES (1.1). |
| GRAY RW | 08/23/05 | 0.20 | TC WITH A. DOWD RE: SEVERANCE ISSUES (0.1); REVIEW MEMO AND SUMMARY RE: EMERGENCE BONUS PROGRAM (0.1). |
| DOWD AA | 08/23/05 | 0.30 | REVIEW SUB PLAN. |
| GRAY RW | 08/24/05 | 0.40 | ADDRESS SUBPLAN CREDITING ISSUES (0.2); TC WITH T. WILLIAMS RE: SUBPLAN AND SEVERANCE (0.2). |
| DOWD AA | 08/24/05 | 0.80 | DISCUSSION WITH R. GRAY RE: SUB PLAN (.3); REVISE SUB PLAN (.5). |
| GRAY RW | 08/26/05 | 0.10 | TC WITH D. TURETSKY RE: PREPETITION SEVERANCE ISSUES (0.1). |
| TURETSKY DM | 08/28/05 | 1.40 | FURTHER RESEARCH RE: SEVERANCE ISSUES (1.4). |
| GRAY RW | 08/29/05 | 0.40 | TC WITH D. TURETSKY RE: SEVERANCE ISSUES (0.2); FURTHER TCS WITH D. TURETSKY RE: SEVERANCE ANALYSIS (0.2). |
| TURETSKY DM | 08/29/05 | 5.20 | FURTHER RESEARCH RE: EMPLOYEE SEVERANCE ISSUES (3.8); DRAFT MEMO RE: SAME (1.4). |
| GRAY RW | 08/30/05 | 0.30 | TC WITH D. TURETSKY RE: SEVERANCE ISSUES (0.1); REVIEW AND PROVIDE INITIAL COMMENTS ON SEVERANCE ANALYSIS (0.2). |
| DOWD AA | 08/30/05 | 0.20 | DISCUSSION WITH D. TURETSKY RE: COBRA ISSUES. |
| TURETSKY DM | 08/30/05 | 1.20 | REVISE MEMORANDUM RE: CERTAIN SEVERANCE ISSUES (1.1); TELEPHONE CALL WITH A. DOWD RE: ISSUES RELATED TO SAME (0.1). |
| **MATTER TOTAL** | | **53.70** | |

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**          **Bill Date: 09/08/05**
**Executory Contracts (Personalty)**          **Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 08/01/05 | 1.20 | TC WITH B. WALSH RE: SOFTWARE CONTRACT (0.1); REVIEW RADIANT CONTRACT PER ISSUES RAISED BY B. WALSH (0.6); REVISE ORACLE ADDENDUM AND DRAFT MEMO TO C. WILSON RE: SAME (0.3); REVIEW MEMO FROM C. WILSON RE: ORACLE ISSUES (0.1); REVIEW XEROX APPLICATION FOR ADMINISTRATIVE CLAIM EXPENSE (0.1). |
| LEAMY JM | 08/01/05 | 5.50 | TC J. POST RE: LEASE RECHARACTERIZATION (.1); ANALYSIS AS APPLIED TO CLC (.5); TC E. LANE RE: BEMIS CONTRACT (.4); TC C. BOUCHER RE: CLC (.4); REVIEW CONTRACT BACKGROUND MATERIALS AND RESEARCH AND ANALYSIS RE: CONTRACT ASSIGNABILITY (3.7); RESEARCH LEASE REJECTIONS TO DATE FOR EXCLUSIVITY MOTION (.2); REVIEW PROPOSED REJECTION ORDER RE: FRANKFORD DALLAS BUYOUT AGREEMENT (.1); REVIEW STATUS RE: ORACLE AGREEMENT (.1). |
| GRAY RW | 08/02/05 | 1.90 | TC WITH S. PILKINGTON RE: RADIANT (0.1); TC WITH G. BIANCHI RE: SAME (0.1); CONTACT J. MYERS AND C. WILSON RE: RADIANT CONTRACT (0.1); WORK ON RADIANT ISSUES, INCLUDING TCS WITH C. WILSON, J. MYERS, AND J. DAVIS (0.9); TC WITH C. WILSON RE: RADIANT ISSUES (0.1); REVIEW MEMO FROM J. LEAMY RE: RADIANT ISSUES (0.2); REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: CARD PROGRAM (0.2); ARRANGE HANDLING OF MOTION AND LOCATE SAMPLE MOTION FROM ANOTHER CASE (0.2). |
| LEAMY JM | 08/02/05 | 3.60 | RESEARCH AND ANALYSIS RE: ASSIGNABILITY (3.0); REVIEW AND ANALYSIS RE: XEROX MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE (.4); EMAIL TO J. JAMES RE: SAME (.2). |
| GRAY RW | 08/03/05 | 0.90 | TC WITH J. DAVIS OF RADIANT RE: AWG ISSUES ON LICENSE TRANSFER AND SUPPORT (0.3); TC WITH S. PILKINGTON RE: SAME (0.2); DRAFT MEMO TO B. WALSH ET AL. RE: SAME (0.2); FURTHER TC WITH S. PILKINGTON RE: BUSINESS CONTACT (0.1); TC WITH J. MYERS RE: SAME (0.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 08/03/05 | 4.00 | TC E. LANE RE: BEMIS CONTRACT (.3); REVIEW AND ANALYSIS RE: BEMIS CONTRACT (2.4); TC E. LANE RE: AT&T, BEMIS CONTRACTS (.5); ANALYSIS RE: CLC IN RESPONSE TO C. BOUCHER EMAIL (.4); EMAIL E. LANE RE: XEROX MOTION (.1); REVIEW J. JAMES EMAIL RE: XEROX (.1); REVIEW RADIANT ISSUES (.2). |
| LEAMY JM | 08/04/05 | 0.40 | ASCERTAIN STATUS OF HALLMARK REVIEW (.2); PREPARE FAX MESSAGE TO M. BUSENKELL RE: PROJECT ASSISTANTS (.2). |
| LEAMY JM | 08/05/05 | 1.50 | TC M. BUSENKELL RE: PROJECT ASSISTANTS MOTION (.2); EMAIL C. BOUCHER RE: CLC (.1); TC C. BOUCHER RE: CLC (.2); EMAILS C. BOUCHER RE: REJECTION MOTION (.3); ANALYSIS RE: PROJECT ASSISTANTS (.7). |
| GRAY RW | 08/09/05 | 0.30 | T/C WITH S. HENRY RE: HALLMARK (0.1); REVIEW FAX FROM G. ESTILL RE: SAME (0.2). |
| LEAMY JM | 08/09/05 | 1.10 | TC E. LANE RE: BEMIS, OTHER CONTRACTS (.3); TC M. BUSENKELL RE: PROJECT ASSISTANTS (.3); ANALYSIS RE: PROJECT ASSISTANTS POSITION (.4); REVIEW E. LANE EMAIL RE: CONTRACT REJECTIONS (.1). |
| GRAY RW | 08/10/05 | 0.80 | DRAFT MEMO TO H. ETLIN RE: HALLMARK ISSUES, AND EXCHANGE EMAILS RE: G. ESTILL FAX (0.2); REVIEW FAX FROM G. ESTILL AND CONSIDER ISSUES RAISED (0.3); TC WITH G. ESTILL RE: HALLMARK ISSUES (0.3). |
| GRAY RW | 08/11/05 | 0.20 | EXCHANGE EMAILS WITH H. ETLIN AND R. DAMORE RE: HALLMARK MEETING (0.1); TC WITH G. ESTILL RE: SAME (0.1). |
| LEAMY JM | 08/11/05 | 0.80 | TC E. LANE RE: CONTRACTS FOR REJECTION. |
| TURETSKY DM | 08/11/05 | 1.10 | RESEARCH RE: ISSUES ARISING IN CONNECTION WITH AGREEMENT WITH HALLMARK (1.0); E-MAIL TO R. GRAY RE: SAME (0.1). |
| GRAY RW | 08/12/05 | 1.10 | REVIEW MEMOS FROM H. ETLIN AND REVIEW PROVISION IN FIXTURE AGREEMENT (0.2); REVIEW MEMO FROM C. BOUCHER RE: IBM REJECTION (0.1); REVIEW OUTLINE AND PREPARE FOR CALL WITH HALLMARK (0.1); CONF CALL WITH COMPANY, XROADS AND HALLMARK RE: REQUEST TO AMEND HALLMARK CONTRACT (0.5); REVIEW FIXTURES AGREEMENT AND EXCHANGE EMAILS WITH H. ETLIN RE: SAME (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 08/12/05 | 0.50 | EMAIL E. LANE RE: KEMPER (.1); EMAIL C. BOUCHER RE: IBM (.1); REVIEW IBM CONTRACTS (.3). |
| GRAY RW | 08/15/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM J. MYERS RE: RADIANT FEE (0.1). |
| LEAMY JM | 08/15/05 | 0.90 | ANALYSIS RE: CLC LEASE. |
| LEAMY JM | 08/16/05 | 1.90 | TC W/ E. LANE RE: REJECTION ANALYSIS (.4); RESEARCH RE: LEASE BUYOUTS (1.5). |
| LEAMY JM | 08/17/05 | 0.50 | LEASE BUYOUT. |
| LEAMY JM | 08/18/05 | 1.30 | TC W/ E. LANE RE: SCHEIBER CHEESE CONTRACT (.3); REVIEW GNX, ARMSTRONG LAIN CONTRACTS, CORRESPONDENCE E. LANE RE: SAME (1.0). |
| GRAY RW | 08/22/05 | 0.10 | TC WITH C. WILSON RE: AT&T ISSUES (0.1). |
| LEAMY JM | 08/22/05 | 0.30 | EMAIL TO M. BUSENKELL RE: PROJECT ASSISTANTS MOTION (.2); EMAIL TO E. LANE RE: EMC LEASE (.1). |
| GRAY RW | 08/23/05 | 0.10 | REVIEW MEMO FROM C. WILSON RE: AT&T ISSUES AND PRELIMINARY REVIEW OF FORWARDED DOCUMENTS (0.1). |
| LEAMY JM | 08/23/05 | 2.20 | TC D. FIFE RE: IKON LEASE STATUS (.1); REVIEW AND ANALYSIS RE: EMC LEASE (1.2); TC E. LANE RE: EMC LEASE (.5); TC E. LANE RE: REJECTION MOTION DEADLINE (.1); EMAIL J. JAMES RE: REJECTION ORDER (.1); REVIEW E. LANE, M. KERSEE EMAILS RE: EMC (.2). |
| GRAY RW | 08/24/05 | 0.10 | REVIEW MEMOS FROM C. BOUCHER AND H. ETLIN RE: CLC (0.1). |
| LEAMY JM | 08/24/05 | 1.70 | REVIEW L. BERKOFF LETTER RE: AUGUST GE MISSING LEASE PAYMENT (.2); REVIEW CLC MOTIONS TO COMPEL ASSUMPTION AND FOR ADMINISTRATIVE PAYMENT (.2); ANALYSIS RE: CLC CONTRACT (.5); ANALYSIS RE: PROJECT ASSISTANTS (.6); TC W/ C. WILSON RE: PROJECT ASSISTANTS (.2). |
| BAKER DJ | 08/25/05 | 2.60 | WORK WITH RESPECT TO CLC LITIGATION, ISSUES RAISED AND RELATED MATTERS (2.6). |
| GRAY RW | 08/25/05 | 0.70 | REVIEW AND RESPOND TO MEMOS FROM H. ETLIN AND J. BAKER RE: CLC FILING AND COORDINATE WITH J. LEAMY RE: SAME (0.2); REVIEW CLC MOTION AND ADMINISTRATIVE CLAIM REQUEST (0.2); TC WITH S. BUSEY AND J. LEAMY RE: CLC BACKGROUND FOR CONTESTING MOTION (0.3). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 08/25/05 | 1.30 | TC W/ S. BUSEY AND R. GRAY RE: CLC MOTION (.4); TC W/ R. GRAY RE: CLC MOTION (.2); ANALYSIS RE: CLC MOTION RESPONSE (.2); EMAIL C. JACKSON RE: TIMING OF CLC MOTION (.2); EMAIL J. CASTLE RE: GE ATTORNEY INQUIRY ON AUGUST LEASE PAYMENT (.2); REVIEW J. JAMES EMAIL RE: GATX TECHNOLOGY (.1). |
| BAKER DJ | 08/26/05 | 2.20 | CONTINUE REVIEW OF CLC EXECUTORY CONTRACT ISSUES (2.2). |
| GRAY RW | 08/26/05 | 1.20 | REVIEW AT&T DOCUMENTS FROM C. WILSON IN PREPARATION FOR CALL (0.3); CONF CALL WITH C. WILSON AND CONSULTANT RE: AT&T CONTRACT RENEGOTIATIONS (0.8); COORDINATE WITH SH&B AND J. LEAMY RE: CLC DATES (0.1). |
| LEAMY JM | 08/26/05 | 0.50 | TC M. BUSENKELL RE: PROJECT ASSISTANTS MOTION (.2); REVIEW SEVERAL EMAILS FROM C. JACKSON RE: CLC MOTION (.2); REVIEW AND RESPOND TO J. CASTLE EMAIL RE: GE PAYMENT (.1). |
| BAKER DJ | 08/29/05 | 0.20 | CORRESPONDENCE WITH R. GRAY WITH RESPECT TO CLC LITIGATION (.2). |
| GRAY RW | 08/29/05 | 1.20 | CONTINUE WORK RE CLC ISSUES, INCLUDING CALLS WITH S. BUSEY AND J. LEAMY RE: SAME (0.7); REVIEW MEMOS FROM C. BOUCHER AND J. CASTLE RE: CLC ISSUES (0.2); REVIEW CLC DOCUMENTS FORWARDED BY J. CASTLE RE: LEASE V. FINANCING (0.3). |
| LEAMY JM | 08/29/05 | 4.60 | TC B. BOWIN RE: CLC (.1); EMAILS TO AND FROM B. BOWIN RE: CLC (.2); TC S. BUSEY AND R. GRAY RE: CLC (.2); ANALYSIS RE: CLC LEASE (.5); EMAIL C. BOUCHER RE: CLC LEASE (.1); REVIEW C. BOUCHER EMAIL AND ATTACHMENT RE: CLC ANALYSIS (.4); TC C. BOUCHER RE: SAME (.5); REVIEW/ ANALYSIS SOFTWARE CONTRACTS FOR REJECTION (1.5); EMAIL E. LANE RE: SOFTWARE CONTRACTS (.2); EMAIL L. BERKOFF RE: RESPONSE TO HER GECC CORRESPONDENCE (.3); REVIEW B. KICHLER EMAIL RE: AHP LEASE (.1); REVIEW J. CASTLE EMAILS AND ATTACHMENT RE: CLC LEASE (.4); REVIEW E. LANE EMAIL RE: GECC LEASE (.1). |
| GRAY RW | 08/30/05 | 0.20 | REVIEW KONICA EMAIL AND LETTER FROM B. KICHLER (0.2). |
| LEAMY JM | 08/30/05 | 1.20 | TC E. LANE RE: REJECTION DAMAGE CLAIM ANALYSIS (.2); TC E. LANE RE: LESSORS WITH ITEMS IN CLOSING STORES (.5); REVIEW E. LANE FAX RE: JAGUAR CONTRACT (.2); REVIEW E. LANE EMAIL RE: ACCRUAL CONTRACTS (.1); REVIEW CLC CONTINUANCE STATUS (.2). |

D06A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 08/31/05 | 0.70 | REVIEW AND REVISE KONICA LETTER OF INTENT AND DRAFT TO B. KICHLER RE: SAME (0.4); REVIEW MEMO RE: CLC ISSUES (0.1); REVIEW MEMOS FROM B. KICHLER AND G. ESTILL RE: KONICA (0.1); REVIEW EXHIBIT OF CONTRACTS TO BE REJECTED FOR NEXT MOTION (0.1). |
| LEAMY JM | 08/31/05 | 3.40 | REVIEW STATUS OF CLC CONTINUANCE (.1); REVIEW J. JAMES EMAIL RE: CONTRACTS FOR REJECTION (.1); REVIEW CONTRACTS FOR REJECTION MOTION (1.5); TC E. LANE RE: CONTRACT REJECTION MOTION ISSUES (.4); PREPARE REJECTION LIST (.5); EMAIL TO COMMITTEE COUNSEL RE: REJECTION LIST (.1); REVIEW S. BUSEY EMAIL RE: CLC (.1); REVIEW J. RAGASE EMAIL RE: CAPPER LEASE (.1); BEGIN DRAFT OF REJECTION MOTION (.5). |

MATTER TOTAL                          <u>54.10</u>

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 09/08/05
Financing (DIP and Emergence)                             Bill Number: 1073264

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAM S | 08/02/05 | 1.20 | T/C WITH CREDITORS' COMMITTEE COUNSEL AND COMPANY RE: PRE-PETITION FINANCINGS AND LIENS (.9); PREPARATION FOR CALL (.3). |
| RAVIN AS | 08/02/05 | 0.10 | REVIEW VARIOUS MEMOS FROM D. SQUASONI RE: STATUS OF COMMITMENT LETTER. |
| TEICHER SL | 08/02/05 | 1.00 | CONF CALL AND FOLLOW UP W/CREDITORS' COMMITTEE RE FINANCING (1.0). |
| TURETSKY DM | 08/02/05 | 0.70 | DILIGENCE IN RESPONDING TO DUE DILIGENCE REQUEST IN CONNECTION WITH EXIT FACILITY (0.2); TELEPHONE CALL WITH D. SQUASONI RE: SAME (0.1); TELEPHONE CALL WITH T. BOYDELL RE: SAME (0.1); E-MAIL TO T. BOYDELL RE: SAME (0.3). |
| HENRY S | 08/03/05 | 2.80 | WORK RE: INTERACTION OF DIP AND TRADE LIEN PROGRAM. |
| GRAY RW | 08/03/05 | 0.50 | REVIEW AMERICAN EXPRESS CONTRACT (0.4); REVIEW MEMOS RE: DIP AGREEMENT AND AMERICAN EXPRESS PROGRAM (0.1). |
| LAM S | 08/03/05 | 1.20 | REVIEW OF DIP AGREEMENT RE: QUESTIONS ON PROPOSED CORPORATE CREDIT CARD AGREEMENT AND ORDER. |
| TEICHER SL | 08/03/05 | 1.00 | REVIEW AND DISCUSS AGMT (.5); REVIEW AND DISCUSS APPRECIATION OF SALE PROCEEDS (.5). |
| TURETSKY DM | 08/03/05 | 2.70 | DILIGENCE IN CONNECTION WITH CONTEMPLATED PURCHASING CARD AGREEMENT (1.9); E-MAILS TO S. TEICHER AND S. LAM RE: SAME (0.2); E-MAILS TO B. KICHLER RE: SAME (0.3); TELEPHONE CALL WITH R. GRAY RE: SAME (0.2); TELEPHONE CALL TO D. BRYANT (LEFT VOICEMAIL) RE: SAME (0.1). |
| GRAY RW | 08/04/05 | 0.60 | TC WITH D. TURETSKY RE: AMERICAN EXPRESS ISSUES (0.1); TCS WITH D. TURETSKY RE: AMERICAN EXPRESS/ U.S. BANK AGREEMENTS (0.3); FURTHER ASSISTANCE WITH AMERICAN EXPRESS ISSUES (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| TURETSKY DM | 08/04/05 | 2.20 | FURTHER DILIGENCE IN CONNECTION WITH ISSUES RELATING TO CORPORATE CARD AGREEMENT (1.0); TELEPHONE CALL WITH D. BRYANT RE: SAME (0.2); TELEPHONE CALLS WITH B. KICHLER RE: SAME (0.4); E-MAIL TO C. BURGESS RE: SAME (0.2); TELEPHONE CALL WITH C. BURGESS RE: SAME (0.2); TELEPHONE CALLS WITH R. GRAY RE: SAME (0.2). |
|---|---|---|---|
| GRAY RW | 08/05/05 | 0.40 | REVIEW AND PROVIDE COMMENTS ON MEMOS TO XROADS RE: COMMITTEE AND EXIT LENDER (0.1); T/C WITH A. STEVENSON AND D. TURETSKY RE: AM EX ISSUES (0.3). |
| RAVIN AS | 08/05/05 | 0.10 | TELEPHONE CONFERENCE WITH T. BURAKIEWICZ RE: AFCO ISSUES. |
| TURETSKY DM | 08/05/05 | 3.20 | E-MAIL TO R. GRAY RE: ISSUES CONCERNING PURCHASING CARD AGREEMENT (0.1); DILIGENCE IN CONNECTION WITH ISSUES RELATED TO SAME (0.5); E-MAIL TO A. STEVENSON AND R. DAMORE RE: SAME (0.2); E-MAIL TO J. HELFAT RE: SAME (0.2); E-MAIL TO M. BARR RE: SAME (0.2); TELEPHONE CALL WITH J. ROY RE: SAME (0.1); REVIEW AND IDENTIFY POTENTIAL ISSUES REGARDING PROPOSED CORPORATE CARD AGREEMENT (1.0); TELEPHONE CALL WITH R. GRAY AND A. STEVENSON RE: ISSUES CONCERNING PURCHASING CARD AGREEMENT AND PROPOSED AGREEMENT (0.5); E-MAIL TO A. STEVENSON RE: SAME (0.1); TELEPHONE CALL WITH R. GRAY RE: SAME (0.3). |
| GRAY RW | 08/08/05 | 1.50 | CONF WITH D. TURETSKY RE: U.S. BANK AGREEMENT (0.2); REVIEW MEMO FROM A. STEVENSON RE: AMERICAN EXPRESS AND EXCHANGE EMAILS WITH D. TURETSKY RE: SAME (0.2); CONF CALL WITH A. STEVENSON, D. BRYANT AND D. TURETSKY RE: AMERICAN EXPRESS / U.S. BANK P CARD PROGRAM ISSUES (1.0); REVIEW AND RESPOND TO MEMO FROM L. MANDEL RE: AM EX ISSUES (0.1). |
| TURETSKY DM | 08/08/05 | 2.10 | FURTHER DILIGENCE IN CONNECTION WITH ISSUES RELATED TO AGREEMENT (0.6); E-MAIL TO R. GRAY RE: SAME (0.2); E-MAIL TO A. STEVENSON, D. BRYANT, K. HARDEE, J. ROY, B. JONES, AND R. GRAY RE: SAME (0.3); CONFERENCE CALL WITH A. STEVENSON, D. BRYANT, AND R. GRAY RE: SAME (1.0). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 08/09/05 | 0.60 | CONF CALL WITH A. STEVENSON, K. HARDEE AND D. TURETSKY RE: P-CARD ISSUES (0.2); TCS WITH D. TURETSKY AND J. BAKER RE: SAME (0.1); REVIEW MEMO FROM L. MANDEL RE: SAME (0.1); TC WITH A. STEVENSON AND D. TURETSKY RE: COMMITTEE POSITION ON AM EX (0.2). |
|---------|----------|------|------|
| LAM S | 08/09/05 | 1.40 | REVIEW OF DIP CREDIT AGREEMENT AND JUNIOR LIEN SECURITY AGREEMENT RE: QUESTIONS FROM K. KIRSCHNER. |
| RAVIN AS | 08/09/05 | 0.10 | REVIEW CORRESPONDENCE FROM N. KAGAN AT AFCO RE: ABSENCE OF OBJECTIONS TO FINANCING, DRAFT CORRESPONDENCE TO SAME RE: SAME. |
| TURETSKY DM | 08/09/05 | 0.90 | TELEPHONE CALL TO B. KICHLER (LEFT VOICEMAIL) RE: CREDIT CARD AGREEMENT (0.1); TELEPHONE CALL WITH K. HARDEE, A. STEVENSON, AND R. GRAY RE: SAME (0.2); RESEARCH IN CONNECTION WITH SAME (0.4); TELEPHONE CALL WITH R. GRAY AND A. STEVENSON RE: SAME (0.2). |
| BAKER DJ | 08/10/05 | 0.60 | TELEPHONE CALL PETER NECKLES REGARDING DIP ISSUES (.3); CONFERENCE S. HENRY REGARDING DIP ISSUES (.3). |
| GRAY RW | 08/10/05 | 1.30 | TC WITH L. MANDEL RE: AM EX PURCHASE CARD ISSUES (0.1); DRAFT MEMO TO A. STEVENSON RE: SAME (0.1); REVIEW MEMO FROM L. APPEL RE: DIP AMENDMENT AND DRAFT MEMO TO J. BAKER AND S. HENRY RE: SAME (0.1); DRAFT MEMO TO OTTERBOURG RE: AM EX ISSUES (0.2); PREPARE FOR CALL WITH COMMITTEE ADVISORS RE: AM EX/U.S. BANK ISSUES (0.2); FURTHER EMAIL EXCHANGE WITH A. STEVENSON RE: A&M ISSUES ON AM EX (0.1); CONF CALL WITH A&M, MILBANK, A. STEVENSON, K. HARDEE AND D. TURETSKY RE: AM EX ISSUES (0.3); REVIEW COMMITTEE LETTER ON POSSIBLE CHALLENGES TO BANK POSITION (0.1); REVIEW AND RESPOND TO MEMO FROM C. JACKSON RE: TIMING ISSUES ON AM EX MOTION IF FILED (0.1). |
| LAM S | 08/10/05 | 3.70 | ATTENTION TO QUESTIONS FROM K. KIRSCHNER RE: TRADE CREDITOR JUNIOR SECURITY AGREEMENT AND T/C WITH KIRSCHNER (.6); TELEPHONE CALLS WITH S. EICHEL, M. LOESBERG, AND DLA PIPER RE: JUNIOR SECURITY AGREEMENT COMMENT (3.1). |
| TEICHER SL | 08/10/05 | 0.30 | CALLS/EMAILS W/S. LAM RE: SEC AGT (.3). |

D08A

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 08/10/05 | 0.50 | FURTHER DILIGENCE RE: ISSUES RELATED TO PROPOSED CORPORATE CARD AGREEMENT (0.2); TELEPHONE CALL WITH R. GRAY, L. MANDEL, K. HARDEE, A. STEVENSON, AND M. KOPACZ RE: SAME (0.3). |
| GRAY RW | 08/11/05 | 0.50 | EXCHANGE EMAILS WITH A. STEVENSON AND L. MANDEL RE: COMMITTEE POSITION ON AM EX (0.2); TC WITH A. STEVENSON RE: SAME (0.1); REVIEW LETTER RE: BANK AND FORWARD SAME TO L. APPEL AND J. CASTLE (0.1); EMAIL EXCHANGE WITH C. JACKSON RE: AM EX ISSUES AND DRAFT MEMO TO J. BAKER RE: SAME (0.1). |
| TURETSKY DM | 08/11/05 | 0.60 | FURTHER DILIGENCE IN CONNECTION WITH ISSUES RELATED TO PROPOSED CORPORATE CARD AGREEMENT (0.6). |
| NECKLES PJ | 08/14/05 | 0.50 | REVIEW AND ADDRESS CORRESPONDENCE REGARDING COMMITTEE'S OBJECTIONS TO PRE-PETITION LIENS. |
| GRAY RW | 08/23/05 | 0.10 | REVIEW COMMITTEE LETTER RE: AMEX (0.1). |
| GRAY RW | 08/25/05 | 0.20 | REVIEW MEMO FROM D. FIORILLO RE: STATUS OF AMEX, FOLLOWUP WITH A. STEVENSON, K. HARDEE AND D. BRYANT RE: SAME, AND DRAFT REPLY TO D. FIORILLO (0.2). |
| TEICHER SL | 08/25/05 | 0.50 | REVIEW DIP RE: LEASES (.5). |
| GRAY RW | 08/30/05 | 0.30 | TCS WITH M. BYRUM RE: AMEX/U.S. BANK ISSUES, AND TC WITH J. BAKER RE: SAME (0.2); FOLLOWUP TC WITH S. TEICHER AND LEAVE VOICEMAIL FOR J. CASTLE (0.1). |
| TEICHER SL | 08/30/05 | 0.20 | CALLS/EMAILS RE: COLLATERAL REQTS (.2). |
| GRAY RW | 08/31/05 | 0.10 | REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: DIP/NEW LEASE ISSUES (0.1). |
| MATTER TOTAL | | 33.70 | |

DC8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Insurance**

**Bill Date: 09/08/05**
**Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 08/01/05 | 0.80 | WORK RE: KEMPER ACTUARY REPORT IN ANTICIPATION OF CALL (.3); FACT GATHERING RE: SAME (.2); CORRESPONDENCE BITTER RE: SAME (.3). |
| LAMAINA KA | 08/01/05 | 0.50 | REVIEW CORRESPONDENCE FROM L.BONACHEA RE: INSURANCE DOCUMENTS (.4); REVIEW DOCKET RE: OBJECTIONS (.1). |
| HENRY S | 08/02/05 | 0.90 | T/C PENNINGTON RE: SURETY ISSUES (.2); MEMO TO BITTER RE: SAME (.3); REVIEW CORRESPONDENCE REGARDING FACILITY (.4). |
| LAMAINA KA | 08/02/05 | 1.60 | CORRESPONDENCE WITH D.BITTER RE: HEARING (.4); CORRESPONDENCE WITH S.HENRY AND C.JACKSON RE: SAME (.3); PREPARE AND DISTRIBUTE DOCUMENTS (.5); CORRESPONDENCE WITH M.REED, ACE COUNSEL RE: SAME AND STATUS OF MOTION (.4). |
| LAMAINA KA | 08/03/05 | 3.50 | PREPARE FOR 8/4 HEARING ON INSURANCE MOTION (3.5). |
| LAMAINA KA | 08/04/05 | 0.40 | RESPOND TO INQUIRIES RE: INSURANCE HEARING AND DOCUMENTS (.4). |
| HENRY S | 08/08/05 | 1.00 | MEET WITH A. RAVIN RE: RHODES ASSUMPTION ISSUES (.1); REVISE 365 (D)(4) (.4); FACT GATHERING RE: DISCOVER RE: AND KEMPER ISSUES (.5). |
| HENRY S | 08/09/05 | 0.60 | ADDRESS ON KEMPER CLAIM AND REDUCING SECURITY FOR UPDATE CALL (.5); T/C LEAMY RE: SAME (.1). |
| FELD SR | 08/09/05 | 0.80 | REVIEW SURETY FINANCING TERM SHEET & DRAFT OF SURETY AGREEMENT. |
| HENRY S | 08/10/05 | 3.40 | WORK RE: WISH LIST FOR SURETY FACILITY GOING FORWARD INCLUDING REVIEW OF PRECEDENTS (3.4). |
| FELD SR | 08/10/05 | 1.20 | T/CS WITH D. BITTER AND C. BOUCHER RE: SURETY FINANCING FACILITY BONDING REQUIREMENTS (1.2 ). |
| HENRY S | 08/12/05 | 2.30 | T/C BITTER AND BOUCHER IN CONNECTION WITH PREPARATION FOR CALL RE: FACILITY (.3); STRATEGIZE RE CALL RE: PROPOSAL FOR GOING FORWARD SURETY FACILITY (1.6); T/C MCDERMOTT RE: FACILITY ISSUE (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 08/12/05 | 1.50 | CONFERENCE CALL WITH D. BITTER & C. BOUCHER RE: SURETY FINANCING FACILITY (.5); CONFERENCE CALL WITH M. FRANKS, T. PENNINGTON, C. BOUCHER, E. MITCHELL, D. BITTER RE: SAME (.6); FOLLOW UP CONFERENCE CALL WITH D. BITTER AND C. BOUCHER RE: SAME (.4). |
| HENRY S | 08/16/05 | 0.70 | T/C PENNINGTON AND FRANK RE: PROPOSAL (.3); T/C FELD RE: SAME (.2); EMAILS BOUCHER RE: SAME (.2). |
| LAMAINA KA | 08/16/05 | 0.20 | T/C TO D.BITTER RE: STATUS SINCE 8/4 HRG. |
| FELD SR | 08/17/05 | 0.50 | ADDRESS SURETY BOND ISSUES. |
| FELD SR | 08/23/05 | 0.20 | TEL. CONF. WITH T. PENNINGTON RE: SURETY FACILITY (.1); EMAIL TO C. BOUCHER RE: BOND ANALYSIS (.1). |
| HENRY S | 08/24/05 | 0.20 | REVIEW CORRESPONDENCE RE: MEETING WITH REPRESENTATIVES REGARDING GOING FORWARD FACILITIES (.1); RESPOND TO SUCH CORRESPONDENCE (.1). |
| HENRY S | 08/25/05 | 0.10 | RESPOND TO CALL REGARDING STATUS OF PROPOSAL FOR POSTPETITION SURETY FACILITY. |
| FELD SR | 08/25/05 | 0.30 | REVIEW EMAILS RE: SURETY FACILITY. |
| FELD SR | 08/26/05 | 0.70 | TEL. CONF. WITH T. PENNINGTON RE: APPELLATE BOND (.2); TEL. CONF. WITH J. POST RE: APPELLATE BOND (.2); COORDINATE DISCUSSION WITH T. PENNINGTON & J. POST RE: LIFT STAY MOTION RELATED TO APPELLATE BOND (.3). |
| HENRY S | 08/29/05 | 0.30 | CONFERENCE CALL WITH REPRESENTATIVES AND BITTER RE: DISCUSSIONS WITH LIBERTY MUTUAL PRINCIPALS. |
| FELD SR | 08/29/05 | 0.60 | CONFERENCE CALL WITH D. BITTER, C. BOUCHER, G. HEEKIN RE: SURETY FACILITY (.3); COORDINATE CONFERENCE CALL (.3). |
| HENRY S | 08/30/05 | 1.40 | T/C PENNINGTON AND FRANKS RE: SURETY FACILITY (.3); MESSAGE TO BITTER RE: INFORMATION TO LIBERTY MUTUAL (.1); REVIEW MEMORANDUM RELATED TO INSURANCE ISSUES ARISING FROM HURRICANE EFFECTS (.1); STRATEGIZE RE: SAME (.9). |
| FELD SR | 08/30/05 | 0.30 | CONFERENCE CALL WITH T. PENNINGTON AND M. FRANKS RE: SURETY FACILITY. |
| BAKER DJ | 08/31/05 | 0.80 | REVIEW ISSUES WITH RESPECT TO INSURANCE COVERAGE (.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| HENRY S | 08/31/05 | 1.20 | CONTINUE WORK RE: FACILITY PROPOSAL (.7); STRATEGY RE: CALL WITH PENNINGTON (.3); REVIEW CORRESPONDENCE RE: SAME (.2). |
| FELD SR | 08/31/05 | 0.50 | CONFERENCE CALL WITH D. BITTER RE: SURETY FACILITY (.3); STRATEGY RE: SURETY FACILITY (.2). |

**MATTER TOTAL**        <u>26.50</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**          **Bill Date: 09/08/05**
**Leases (Real Property)**                 **Bill Number: 1073264**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 06/17/05 | 0.30 | MULTIPLE CALLS WITH R. CURRIN RE: STORE NO.817 (.3). |
| HENRY S | 08/01/05 | 1.60 | REVIEW ISSUE RE ASSUMPTION OF LEASES (.7); WORK WITH RESPECT TO ISSUES RELATING TO EXTENSION OF 365(D)(4) PERIOD (.9). |
| KALOUDIS D | 08/01/05 | 1.50 | CONFER WITH A. RAVIN RE: OUTSTANDING LEASE ISSUES (.4); RESEARCH ISSUES RE: EXCLUSIVITY (.4); REVIEW EMAILS RE: 4TH OMNIBUS REJECTION TO LEASES (.5); REVIEW BUEHLERS DOCKET (.2). |
| LEAMY JM | 08/01/05 | 0.10 | TC FROM B. CALLAWAY RE: SUBTENANT OF STORE 2117. |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          08/01/05          2.90    REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE:
                                            FRANKFORD DALLAS PROPOSED ORDER (.1);
                                            REVIEW PROPOSED ORDER, TELEPHONE
                                            CONFERENCE WITH S. EVERETT RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM D.
                                            NOBLE RE: STORE 1328 (.1); TELEPHONE
                                            CONFERENCE WITH D. MOTSINGER RE:
                                            LIMITED OBJECTIONS FILED IN RESPONSE
                                            TO LEASE REJECTION MOTION (.1);
                                            REVIEW AND REVISE PROPOSED ORDER TO
                                            ADDRESS SAME (.2); DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM D.
                                            MOTSINGER RE: SAME AND DRAFT
                                            SUPPLEMENTAL CORRESPONDENCE TO C.
                                            JACKSON RE: SAME, DRAFT
                                            CORRESPONDENCE TO D. MOTSINGER RE:
                                            SAME (.2); REVIEW CORRESPONDENCE FROM
                                            J. MILTON RE: MOTION, DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.1);
                                            COMPARE ORIGINAL ORDER TO AMENDED
                                            ORDER RE: SAME (.1); REVIEW
                                            CASSLESQUARE APPLICATION FOR PAYMENT
                                            OF ADMIN LEASE EXPENSE (.1);
                                            TELEPHONE CONFERENCE WITH B. CALLOWAY
                                            RE: STORE 2117 (.1); REVIEW SUBLEASE
                                            SCHEDULE RE: SAME (.1); DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC RE:
                                            SAME (.1); TELEPHONE CONFERENCE WITH
                                            J. DAVIS RE: STORE 360/RHODES (.3);
                                            REVIEW CORRESPONDENCE FROM B. GASTON
                                            RE: LEASE REJECTIONS (.1); REVIEW
                                            MEMO FROM R. GRAY RE: 502(B)(6)
                                            QUESTION, DRAFT MEMO TO S. HENRY RE:
                                            SAME (.2); TELEPHONE CONFERENCE WITH
                                            D. MOTSINGER RE: LIMITED OBJECTION TO
                                            LEASE REJECTION MOTION (.1);
                                            TELEPHONE CONFERENCE WITH S. EVERETT
                                            RE: PROPOSED ORDER (.1); REVIEW AND
                                            REVISE SAME, DRAFT CORRESPONDENCE TO
                                            S. EVERETT RE: SAME (.1); DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE:
                                            SAME, CONFERENCE WITH D. KALOUDIS RE:
                                            VARIOUS LEASE ISSUES INCLUDING PENMAN
                                            AND RETROACTIVE RELIEF (.2); DRAFT
                                            CORRESPONDENCE TO C. NASS RE:
                                            502(B)(6) QUESTION (.2); REVIEW
                                            CORRESPONDENCE FROM J. DAVIS RE:
                                            RHODES FURNITURE (.1).

KREINER ML        08/01/05          2.40    ORGANIZE LEASE CORRESPONDENCE FOR
                                            FILE.

HENRY S           08/02/05          1.50    REVIEW MEMO RE: CAM ISSUE(.6); FOLLOW
                                            UP RE: SAME IN PREPARATION FOR
                                            LITIGATION (.8); MEET WITH A. RAVIN
                                            RE: LEASE REJECTION ISSUE (.1).

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 08/02/05 | 1.40 | REVISE LEASE REJECTION TEMPLATE (.5); DRAFT 4TH OMNIBUS LEASE REJECTION MOTION (.6); EMAIL T.TINSLEY RE: PROPERTY ADDRESSES AND LANDLORD NAMES (.3). |
| RAVIN AS | 08/02/05 | 5.10 | REVIEW DOCUMENTS RE: RHODES FURNITURE FORWARDED BY J. DAVIS (.3); TELEPHONE CONFERENCE WITH SAME RE: SAME (.2); DRAFT LENGTHY MEMO TO S. HENRY RE: SAME (.4); REVIEW VARIOUS PLEADINGS FILED IN RHODES BANKRUPTCY CASE (.6); REVIEW CORRESPONDENCE FROM E. BARKER RE: EAGLE HARBOR INVESTORS, REVIEW ESTOPPEL CERTIFICATE AND OTHER UNDERLYING DOCUMENTS, DRAFT CORRESPONDENCE TO K. DAW RE: SAME (.4); TELEPHONE CONFERENCE WITH H. BECK RE: STORE 946 (.1); REVIEW CORRESPONDENCE FROM S. LEMBOWSKI RE: BIG LOTS (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW AND REVISE 365(D)(4) MOTION (.3); REVIEW CASSELSQUARE'S APPLICATION FOR ADMINISTRATIVE EXPENSES, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME, ADDRESS ISSUES RE: SAME INCLUDING REVIEWING UNDERLYING REJECTION ORDER (.3); TELEPHONE CONFERENCE WITH C. NASS RE: LEASE REJECTION ISSUES (.4); DRAFT MEMO TO S. HENRY RE: SAME (.2); CONFERENCE WITH S. HENRY RE: SAME (.1); FOLLOW UP TELEPHONE CONFERENCE WITH C. NASS RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: CROWDER FAMILY TRUST CORRESPONDENCE FROM D. NOBLE (.1); TELEPHONE CONFERENCE WITH D. MOTSINGER RE: LIMITED OBJECTION TO LEASE REJECTION MOTION (.1); DRAFT HEARING OUTLINE FOR LEASE REJECTION MOTION, DRAFT CORRESPONDENCE TO E. SCHULE RE: SAME (.6); ADDRESS VARIOUS LEASE-RELATED LANDLORD INQUIRIES (.3); REVIEW AND REVISE 4TH OMNIBUS LEASE REJECTION MOTION (.2); CONFERENCES WITH D. KALOUDIS RE: SAME (.2). |
| KREINER ML | 08/02/05 | 1.10 | ORGANIZE LEASE CORRESPONDENCE FOR FILE. |
| HENRY S | 08/03/05 | 0.20 | REVIEW MEMO RE: LEASE REJECTION ISSUE (.1); DISCUSSION WITH RAVIN REGARDING REJECTION ANALYSIS (.1). |

DG&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          08/03/05          4.30    TELEPHONE CALL WITH T. TINSLEY RE:
                                               NOTICE ADDRESSES (.2); REVISE 4TH
                                               OMNIBUS LEASE REJECTION MOTION (.6);
                                               REVIEW BUEHLERS DOCKET (.2);
                                               TELEPHONE CONFERENCE CALL WITH LEASE
                                               REJECTION TEAM (.9); CONFER WITH A.
                                               RAVIN RE: SAME (.2); CONFER WITH A.
                                               RAVIN RE: LEASE ISSUE (.2); CALL WITH
                                               B.PRESTON RE: SAME (.5); REVISE
                                               PENMAN PLAZA RESPONSE (.8); CALL WITH
                                               A.RAVIN RE: RHODES RESEARCH (.4);
                                               EVALUATE DOCS RE: SAME (.3).

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          08/03/05          5.70     REVIEW MEMOS FROM D. KALOUDIS RE:
LEASE REJECTION ISSUES (.1); REVIEW
SPREADSHEET MATERIALS PROVIDED BY B.
GASTON IN CONNECTION WITH 4TH OMNIBUS
LEASE REJECTION MOTION (.2);
CONFERENCE WITH D. KALOUDIS RE: 4TH
OMNIBUS LEASE REJECTION MOTION (.2);
TELEPHONE CONFERENCE WITH B. GASTON,
M. CHLEBOVEC, S. KENYON, D. KALOUDIS,
B. MCGUIRE AND G. FORD RE: 4TH
OMNIBUS LEASE REJECTION MOTION (.9);
FOLLOW UP CONFERENCE WITH D. KALOUDIS
RE: SAME (.2); ADDRESS ISSUES RE:
PROPOSED REJECTION ORDER RE:
CATAMOUNT, TELEPHONE CONFERENCE
(VOICEMAIL) FROM C. JACKSON RE: SAME
(.1); TELEPHONE CONFERENCE WITH D.
MOTSINGER RE: SAME (.2); REVIEW AND
REVISE TRANSAMERICA HEARING OUTLINE
(.5); DRAFT CORRESPONDENCE TO J.
STERN RE: 4TH OMNIBUS REJECTION
MOTION (.1); DRAFT CORRESPONDENCE TO
M. BARR RE: SAME (.1); REVIEW
CORRESPONDENCE FROM D. NOBLE RE:
STORE 1328 (.1); DRAFT MEMO TO S.
HENRY RE: STORE 605 (.1); ADDRESS
VARIOUS LEASE-RELATED ISSUES (.2);
TELEPHONE CONFERENCE WITH D.
MOTSINGER RE: CHANGES TO PROPOSED
ORDER RE: REJECTION (.1); REVIEW
CORRESPONDENCE FROM SAME RE: SAME,
DRAFT CORRESPONDENCE TO SAME RE: SAME
(.1); CONFERENCE WITH S. HENRY RE:
ISSUES RELATED TO SAME (.1); REVIEW
AND REVISE PROPOSED ORDER RE: SAME
(.1); DRAFT CORRESPONDENCE TO M. BARR
AND J. STERN RE: SAME (.2); ADDRESS
VARIOUS ISSUES RELATED TO SAME (.5);
ADDRESS VARIOUS ISSUES RE: 4TH
OMNIBUS REJECTION MOTION (.3);
TELEPHONE CONFERENCES WITH B. WALSH
RE: RHODES, TELEPHONE CONFERENCE
(VOICEMAIL) WITH R. WILLIAMSON RE:
SAME (.1); DRAFT PRELIMINARY RESPONSE
RE: RHODES (.2); ADDRESS VARIOUS
LEASE-RELATED ISSUES INCLUDING DRAFT
CORRESPONDENCE TO K. DAW RE: LETTER
RE: EAGLE HARBOR INVESTORS (.1);
TELEPHONE CONFERENCE WITH S. EVERETT
RE: FRANKFORD DALLAS PROPOSED ORDER,
DRAFT CORRESPONDENCE TO C. JACKSON
RE: SAME (.1); TELEPHONE CONFERENCE
WITH J. MILTON RE: LEASE REJECTION
ORDER (.2); ADDRESS VARIOUS ISSUES
RELATED TO SAME (.2); TELEPHONE
CONFERENCE WITH R. WILLIAMSON RE:
RHODES (.2); CONFERENCE WITH D.
KALOUDIS RE: RESEARCH ISSUES RELATED
TO RHODES (.1); REVIEW CATAMOUNT
NOTICE OF WITHDRAWAL OF OBJECTION
(.1).

DOSA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HENRY S | 08/04/05 | 0.40 | REVIEW CORRESPONDENCE REGARDING LEASE REJECTION ISSUES (.2); CONFERENCES WITH RAVIN REGARDING SAME (.2). |
| GRAY RW | 08/04/05 | 0.10 | REVIEW CENTRAL PROGRESSIVE BANK CORRESPONDENCE AND DIRECT TO LEASE TEAM (0.1). |
| KALOUDIS D | 08/04/05 | 0.70 | CALL WITH A. RAVIN RE: HEARING (.3); REVIEW BUEHLERS DOCKET (.3); REVIEW EMAIL RE: STORE 260 (.1). |
| RAVIN AS | 08/04/05 | 2.10 | REVIEW CORRESPONDENCE FROM B. GASTON RE: ROUND 4 LEASE REJECTION, REVIEW SPREADSHEET RE: SAME (.1); DRAFT PROPOSED ORDER DENYING MOTION, DRAFT CORRESPONDENCE TO E. SCHULE RE: SAME (.2); MULTIPLE CONFERENCES WITH S. HENRY RE: ISSUES RE: LEASE REJECTIONS (.2); REVIEW CORRESPONDENCE FROM E. MINSO RE: STORE 260, REVIEW FILE RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); TELEPHONE CONFERENCE WITH J. DAVIS OFFICE RE: RHODES (.1); REVIEW AND REVISE 365(D)(4) MOTION AND CORRESPONDING PLEADINGS (.6); DRAFT CORRESPONDENCE TO C. JACKSON RE: STATUS OF DOWNTOWN TWO ORDER (.1); REVIEW CORRESPONDENCE FROM J. POST RE: CENTRAL PROGRESSIVE BANK, REVIEW MEMO FROM AND DRAFT MEMO TO R. GRAY RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: LEASE REJECTIONS (.1); TELEPHONE CONFERENCE WITH H. ETLIN AND S. KAROL RE: BIG LOTS (.1); REVIEW CORRESPONDENCE FROM R. WILLIAMSON AND DRAFT CORRESPONDENCE TO SAME RE: RHODES, TELEPHONE CONFERENCE (VOICEMAIL) RE: SAME (.1); ADDRESS VARIOUS LEASE-RELATED INQUIRIES (.2). |
| HENRY S | 08/05/05 | 0.70 | REVIEW CORRESPONDENCE REGARDING LEASE REJECTION ISSUE (.3); DISCUSSIONS WITH RAVIN RE: LEASE REJECTION ISSUES (.4). |
| KALOUDIS D | 08/05/05 | 6.50 | REVIEW LEASE REJECTION MOTION FOR CITE CHECKING (.2); RESEARCH ISSUE RE: SEVERABILITY CONTRACTUAL OBLIGATIONS (4.1); READ CASES RE: SAME (1.5); FORWARD TO A. RAVIN (.3); CONFER WITH A. RAVIN RE: SAME (.4). |

DC8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/05/05 | 3.60 | TELEPHONE CONFERENCE WITH J. POST RE: ISSUES RELATED TO TRANSAMERICA HEARING AND LEASE REJECTION HEARING (.1); TELEPHONE CONFERENCE WITH K. WARD AND DRAFT CORRESPONDENCE TO K. WARD RE: SAME (.1); MULTIPLE CONFERENCES WITH S. HENRY RE: RHODES, TRANSAMERICA, AND OTHER LEASE-RELATED ISSUES (.4); ADDRESS ISSUES RE: RHODES PLEADINGS (.2); ADDRESS ISSUES RE: RHODES (.9); REVIEW FRANKFORD DALLAS REJECTION ORDER, DRAFT CORRESPONDENCE TO S. EVERETT RE: SAME (.1); CONFERENCES WITH D. KALOUDIS RE: ISSUES RELATED TO RHODES (.4); DRAFT MEMO TO J. CASTLE RE: SAME (.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. VITEK RE: 3RD ROUND LEASE REJECTIONS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT TO D. SMITH RE: WINN-DIXIE STORE # 1095 - DEFAULT NOTICE (.1); ADDRESS VARIOUS LEASE-RELATED INQUIRIES (.4); REVIEW CORRESPONDENCE FROM D. MOTSINGER RE: PROPOSED ORDER, TELEPHONE CONFERENCE WITH SAME RE: SAME, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2); REVIEW DOCUMENTS FORWARDED BY D. SMITH, TELEPHONE CONFERENCE WITH SAME RE: SAME (.2). |
| TONG TN | 08/05/05 | 5.00 | CITECHECK/SHEPARDIZE BRIEF/MEMORANDUM OF LAW DEBTORS' MOTION RE: EXCLUSIVITY REJECTION. |
| KREINER ML | 08/05/05 | 1.10 | UPDATE LEASE CORRESPONDENCE. |
| HENRY S | 08/06/05 | 0.20 | READ EMAILS RE: LEASE ISSUES. |
| RAVIN AS | 08/06/05 | 0.10 | DRAFT CORRESPONDENCE TO K. WARD RE: CATAMOUNT ATLANTA / LA GATTA - STORE #2712. |
| HENRY S | 08/08/05 | 0.80 | REVIEW ELECTRONIC MAIL RELATING TO LEASE REJECTION ISSUES (.3); CONFERENCE WITH RAVIN RE: MOTION (.1); MEET WITH RAVIN ON ISSUE RE: SPECIFIC LEASE (.1); CONFERENCES WITH RAVIN RELATING TO REJECTION AND ALLOCATION OF CHARGES ISSUES (.3). |
| FELD SR | 08/08/05 | 0.60 | REVIEW ZURICH LEASE. |
| GRAY RW | 08/08/05 | 0.10 | PRELIMINARY REVIEW AND COMMENT ON 365(D)(4) MOTION (0.1). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          08/08/05          6.00    READ CASES RE: REIT ISSUE (2.1);
                                               CONFER WITH A. RAVIN RE: RHODES ISSUE
                                               (.2); REVISE RESPONSE TO OBJECTION
                                               (1.1); CONTINUE TO ADDRESS ISSUE RE
                                               RHODES (.5); CALL WITH V.BRODIE RE:
                                               PENMAN CA (.3); CALL WITH A. RAVIN
                                               RE: SAME (.1); REVIEW SERVICE
                                               ADDRESSES (.4); REVISE 2 MOTIONS
                                               (.9); CALL WITH V.BRODIE RE: CAM
                                               (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          08/08/05          7.70    LEGAL RESEARCH RE: RHODES (1.2);
DRAFT CORRESPONDENCE TO T. TINSLEY
RE: CASSELSQUARE, LLC- STORE 2537-
REQUEST FOR PAYMENT OF ADMIN EXPENSE
(.1); REVIEW CORRESPONDENCE FROM AND
DRAFT CORRESPONDENCE TO  B. GASTON
RE: LL CONTACT INFORMATION FOR
REJECTED SUBLEASES (.2); TELEPHONE
CONFERENCE WITH J. DAVIS RE:
SOUTHEAST LEASING (.2); ADDRESS
ISSUES RELATED TO RHODES WITH S.
HENRY, CONFERENCES WITH D. KALOUDIS
RE: SAME (.2); LEGAL RESEARCH RE:
SAME (.6); DRAFT CORRESPONDENCE TO M.
CHLEBOVEC AND B. GASTON RE: STORE #
1095 - DEFAULT NOTICE (.1); TELEPHONE
CONFERENCE WITH K. DAW RE: EAGLE
HARBOR INVESTORS (.1); REVIEW
CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO SAME RE: SAME,
DRAFT CORRESPONDENCE TO E. BARKER RE:
SAME (.2); REVIEW CORRESPONDENCE FROM
V. YAMAHSHITA AND DRAFT
CORRESPONDENCE TO M. CHLEBOVEC RE:
STORE #1587 (.1); CONFERENCE WITH D.
KALOUDIS RE: PENMAN PLAZA (.1);
TELEPHONE CONFERENCE WITH M. BOWLUS
RE: SAME (.1); REVIEW MEMO FROM R.
GRAY RE: NEW ADDRESSES FOR CERTAIN
LANDLORDS, DRAFT CORRESPONDENCE TO M.
CHLEBOVEC RE: SAME, DRAFT
CORRESPONDENCE TO M. MARTINEZ RE:
SAME (.1); REVIEW MOTION TO EXTEND
TIME TO PROVIDE NOTICE OF PROPERTY
THAT LANDLORD CLAIMS OWNERSHIP OF
PURSUANT TO JULY 27, 2005 ORDER (.1);
CONFERENCE WITH K. LAMAINA RE: STORE
1095 (.1); CONFERENCE WITH S. HENRY
RE: 365(D)(4) MOTION (.1); CONFERENCE
WITH S. HENRY RE: ISSUES RELATED TO
LEASE FOR STORE 1095 (.1); TELEPHONE
CONFERENCE WITH J. CASTLE RE: RHODES
(.4); DRAFT CORRESPONDENCE TO J.
DEWITTE RE: SAME (.1); TELEPHONE
CONFERENCES WITH BMC RE: RHODES
SCHEDULES (.3); REVIEW AND REVISE
OBJECTION (.6); CONFERENCE WITH D.
KALOUDIS RE: SAME (.2); DRAFT
CORRESPONDENCE TO M. CHLEBOVEC RE:
SAME (.1); TELEPHONE CONFERENCE WITH
M. BOWLUS RE: OBJECTION (.3); REVIEW
AND REVISE 365(D)(4) MOTION (.6);
LEGAL RESEARCH RE: SAME (.6); REVIEW
AND REVISE 365(D)(4) MOTION (.3);
CONFERENCE WITH S. HENRY RE: VARIOUS
LEASE-RELATED ISSUES (.3); REVIEW
CORRESPONDENCE AND DOCUMENTS FROM J.
DAVIS RE: SAME (.2).

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HENRY S | 08/09/05 | 0.70 | REVIEW CORRESPONDENCE RE: LEASE 365 (D) (4) ISSUES; DISCUSS WITH RAVIN RE SAME (.4); CONFERENCE WITH RAVIN RE: FURNITURE STORE LEASES (.2); REVIEW MEMO RE: SAME (.1);. |
| KALOUDIS D | 08/09/05 | 0.80 | ANALYZE ISSUE RE: STORE 18 (.2); REVIEW LETTER RE: CAM (.3); CONFER WITH A.RAVIN RE: SAME (.3). |
| LAMAINA KA | 08/09/05 | 0.60 | DISCUSS STORE LEASES IN CONNECTION WITH AUCTION WITH A.RAVIN AND B.GASTON (.5); RECEIVE AND REVIEW CORRESPONDENCE FROM M.CHLEBOVEC RE: AUCTION (.1). |
| RAVIN AS | 08/09/05 | 7.30 | REVIEW AND REVISE 365(D)(4) MOTION (1.5); ADDRESS VARIOUS ISSUES RELATED TO SAME (.5); LEGAL RESEARCH RE: SAME (.5); TELEPHONE CONFERENCE WITH B. GASTON RE: LEASE REJECTION ISSUES (.1); DRAFT CORRESPONDENCE TO M. BARR RE: SAME (.1); DRAFT CORRESPONDENCE TO J. STERN RE: SAME (.1); TELEPHONE CONFERENCES WITH EVA AT BMC RE: RHODES FURNITURE (.2); ADDRESS ISSUES RELATED TO SAME (.3); TELEPHONE CONFERENCE WITH R. WILLIAMSON RE: RHODES (.1); REVIEW MULTIPLE CORRESPONDENCE FROM C. JACKSON RE: COMMENTS TO 365(D)(4) MOTION (.2); REVIEW AND REVISE MOTION AND RUN REDLINES RE: SAME (1.2); DRAFT MULTIPLE CORRESPONDENCE TO SAME RE: SAME (.1); TELEPHONE CONFERENCE WITH J. O'ROURKE RE: LEASE FOR STORE 2022 (.1); TELEPHONE CONFERENCE WITH M. CHLEBOVEC RE: PENMAN PLAZA (.2); TELEPHONE CONFERENCE WITH C. DOWLING RE: STORE 519 (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. WARD RE: MOTION SEEKING APPROVAL SETTLEMENT WITH DOWNTOWN TWO RE: STORE 817 (.1); ADDRESS ISSUES RELATED TO PENMAN (.5); REVIEW AND REVISE MOTION RE: SAME (.5); CONFERENCE WITH S. HENRY RE: SAME (.1); REVIEW AND REVISE LEASE REJECTION MOTION PER C. JACKSON'S COMMENTS (.1); ADDRESS ISSUES RELATED TO RHODES (.4); DRAFT MEMOS TO AND REVIEW MEMOS FROM D. J. BAKER RE: 365(D)(4) MOTION (.2); ADDRESS ISSUE RE: SUBMISSION OF DOWNTOWN TWO ORDER (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATHEW J | 08/09/05 | 2.30 | OBTAIN MOTIONS AND ORDERS RELATING TO EXTENSION OF TIME TO ASSUME OR REJECT LEASES (.6); EDIT PDF DOCUMENT FOR DISTRIBUTION (.2); REVIEW WEBSITES AND COMPUTER SYSTEM FOR EDITABLE VERSION OF PROOF OF CLAIM FORM (.8); MAKE RENT CALCULATIONS AND ENTER INFORMATION FOR PROOF OF CLAIM IN RHODES BANKRUPTCY (.7). |
| FELD SR | 08/10/05 | 1.70 | REVIEW ZURICH LEASING TRANSACTION DOCUMENTS. |
| GRAY RW | 08/10/05 | 0.30 | REVIEW AND COMMENT ON FINAL VERSION OF 365(D)(4) MOTION (0.3). |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          08/10/05          4.50    REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO J. MILTON RE:
                                            PENMAN PLAZA (.1); REVIEW
                                            CORRESPONDENCE FROM J. CASTLE RE:
                                            RHODES (.1); REVIEW CORRESPONDENCE
                                            FROM S. EVERETT RE: SETTLEMENT OF
                                            FRANKFORD DALLAS ISSUES, DRAFT
                                            CORRESPONDENCE TO J. CASTLE RE: SAME
                                            (.2); REVIEW MULTIPLE CORRESPONDENCE
                                            FROM D. NOBLE RE: CROWDER, DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.1); DRAFT MEMO TO S. HENRY RE:
                                            STORE 1095 (.2); REVIEW DOCUMENTS
                                            UNDERLYING SAME (.2); CONFERENCE WITH
                                            R. GRAY RE: COMMENTS TO 365(D)(4)
                                            MOTION (.1); REVIEW AND REVISE SAME
                                            (.2); DRAFT, REVIEW AND REVISE PROOF
                                            OF CLAIM FOR RHODES (.2); DRAFT
                                            CORRESPONDENCE TO T. TINSLEY RE:
                                            STORE 1587, REVIEW CORRESPONDENCE
                                            FROM M. CHLEBOVEC RE: SAME, REVIEW
                                            CORRESPONDENCE FROM T. TINSLEY RE:
                                            SAME (.1); DRAFT CORRESPONDENCE TO
                                            AND REVIEW CORRESPONDENCE FROM V.
                                            YAMASHITA RE: SAME (.1); REVIEW
                                            CORRESPONDENCE FROM B. GASTON RE:
                                            LEASE REJECTIONS, ADDRESS ISSUES
                                            RELATED TO SAME, REVIEW
                                            CORRESPONDENCE FROM G. FORD RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM D.
                                            MOTSINGER RE: PROPOSED LEASE
                                            REJECTION ORDER (.1); CONFERENCES
                                            WITH S. HENRY RE: VARIOUS ISSUES
                                            INCLUDING RHODES (.2); DRAFT
                                            CORRESPONDENCE TO J. CASTLE RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM B.
                                            GASTON RE: STORE #888 (.1); TELEPHONE
                                            CONFERENCE WITH B. GASTON RE: STORE
                                            1095 (.1); MULTIPLE TELEPHONE
                                            CONFERENCES WITH J. DAVIS RE: RHODES
                                            (.3); DRAFT CORRESPONDENCE TO CBL RE:
                                            STORE 1095 (.1); DRAFT CORRESPONDENCE
                                            TO D. SMITH RE: SAME (.1); REVIEW
                                            CORRESPONDENCE FROM J. DEWITTE RE:
                                            RHODES (.1); DRAFT CORRESPONDENCE TO
                                            AND REVIEW CORRESPONDENCE FROM B.
                                            GASTON RE: PENMAN PLAZA (.2); DRAFT
                                            MEMOS TO AND REVIEW MEMOS FROM B.
                                            GASTON RE: VARIOUS LEASE-RELATED
                                            ISSUES (.1); TELEPHONE CONFERENCE
                                            WITH P. SINGERMAN RE: STORE 1630
                                            (.1); REVIEW CORRESPONDENCE FROM B.
                                            WALSH RE: E. W. JAMES, CONFERENCE
                                            WITH S. HENRY RE: SAME (.1); REVIEW
                                            CORRESPONDENCE FROM K. JAXSON RE:
                                            LANDLORD REIMBURSEMENTS, ADDRESS
                                            ISSUES RE: SAME (.2); TELEPHONE
                                            CONFERENCES WITH R. WILLIAMSON RE:
                                            RHODES (.3); LEGAL RESEARCH RE: CAUSE
                                            TO SHORTEN TIME TO ASSUME OR REJECT
                                            RE: PENMAN (.6).

MATHEW J          08/10/05          1.30    REVISE RHODES PROOF OF CLAIM.

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 08/11/05 | 0.80 | SUPERVISE RESOLUTION OF LEASE ISSUES. |
| FELD SR | 08/11/05 | 2.50 | CONTINUE TO REVIEW ZURICH LEASING TRANSACTION DOCUMENTS (.9); RESEARCH 502(B)(6) ISSUES (1.6). |
| GRAY RW | 08/11/05 | 0.20 | CONF WITH A. RAVIN RE: RHODES PROOF OF CLAIM ISSUES (0.2). |
| KALOUDIS D | 08/11/05 | 2.30 | REVIEW BUEHLERS DOCKET (.3); CALL WITH A.RAVIN RE: FILINGS (.2); RESEARCH STATE REIT ISSUES (1.8). |
| LEAMY JM | 08/11/05 | 1.40 | RESEARCH RE: LEASE BUYOUT ENFORCEMENT AND 502(B)(6). |
| RAVIN AS | 08/11/05 | 4.10 | REVIEW CORRESPONDENCE FROM K. JAXSON RE: LANDLORD REIMBURSEMENTS RE: PROPERTY TAX (.1); DRAFT MEMO TO M. HORWITZ RE: PRORATION ISSUES RE: SAME (.2); DRAFT CORRESPONDENCE TO R. CURRIN RE: DOWNTOWN TWO ORDER, REVIEW CORRESPONDENCE FROM SAME RE: SAME, DRAFT CORRESPONDENCE TO K. DAW RE: SAME (.2); ADDRESS ISSUES RELATED TO RHODES (.5); CONFERENCE WITH R. GRAY RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. CASTLE RE: PROOF OF CLAIM RELATED TO SAME (.1); DRAFT CORRESPONDENCE TO S. EVERETT RE: FRANKFORD DALLAS (.1); REVIEW CORRESPONDENCE FROM J. SCHWARTZ RE: STORE 636, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW AND REVISE 365(D)(4) MOTION (.2); DRAFT CORRESPONDENCE TO S. KAROL RE: SAME (.1); CONFERENCE WITH J. LEAMY RE: FRANKFORD DALLAS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO T. TINSLEY RE: STORE 260, REVIEW FILE RE: SAME (.2); CONFERENCE WITH M. HORWITZ RE: PRORATION ISSUES (.1); DRAFT LENGTHY CORRESPONDENCE TO K. JAXSON RE: SAME (.3); ADDRESS ISSUES RELATED TO SAME (.2); REVIEW MOTION FOR RELIEF FROM STAY RE: CONCORD FUND IV RETAIL, DRAFT CORRESPONDENCE TO J. CASTLE RE: SAME (.1); DRAFT CORRESPONDENCE TO J. MILTON RE: LEASE REJECTION COMMITTEE SIGN OFF (.1); ADDRESS VARIOUS LANDLORD INQUIRIES INCLUDING TELEPHONE CONFERENCE WITH E. MAY RE: STORE 1991 (.4); REVIEW, REVISE AND FINALIZE 4TH OMNIBUS LEASE REJECTION MOTION (.5); DRAFT CORRESPONDENCE TO S. KAROL AND OTHERS RE: SAME (.1); TELEPHONE CONFERENCE WITH R. WILLIAMSON RE: RHODES (.1); REVIEW CORRESPONDENCE FROM B. GASTON AND M. CHLEBOVEC RE: STORE 1991, ADDRESS ISSUES RELATED TO SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MATHEW J | 08/11/05 | 0.90 | REVISE RHODES PROOF OF CLAIM (.6); OBTAIN ORDER FROM BANKRUPTCY DOCKET FOR ATTORNEY REVIEW (.3). |
| HENRY S | 08/12/05 | 1.00 | WORK WITH RAVIN ON ISSUE INVOLVING CASE IN WHICH WINN DIXIE IS A CREDITOR AND LEASE REJECTION ISSUES (.2); ADDRESS ISSUE WITH RESPECT TO ALLOCATION OF LEASE OBLIGATIONS (.8). |
| FELD SR | 08/12/05 | 1.80 | CONTINUE TO REVIEW ZURICH LEASE STRUCTURE DOCUMENTS. |
| KALOUDIS D | 08/12/05 | 2.10 | CONTINUED TO READ CASES RE: FINANCE AGREEMENTS (1.8); REVIEW CERTIFICATE OF SERVICE RE: LEASES (.3). |
| RAVIN AS | 08/12/05 | 2.30 | REVIEW AND REVISE 365(D)(4) MOTION (.2); REVIEW ORDER APPROVING 3RD OMNIBUS LEASE REJECTION, ADDRESS ISSUES RELATED TO SERVICE (.1); FINALIZE 4TH OMNIBUS REJECTION MOTION, FORWARD SAME TO C. JACKSON FOR FILING (.1); TELEPHONE CONFERENCE WITH B. GASTON RE: LEASE REJECTIONS, DRAFT CORRESPONDENCE TO C. VITEK RE: SAME (.2); REVIEW AND REVISE MOTION, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.3); ADDRESS ISSUES RELATED TO FINALIZING 365(D)(4) MOTION INCLUDING COORDINATING SERVICE ISSUES WITH K. LOGAN (.7); DRAFT LEASE REJECTION HEARING OUTLINE (.3); DRAFT 365(D)(4) HEARING OUTLINE (.4). |
| HENRY S | 08/15/05 | 0.30 | REVIEW EMAIL RE: LEASE ISSUES (.2); CONFERENCE WITH RAVIN RE: LEASE TERMINATION AGREEMENT (.1). |
| FELD SR | 08/15/05 | 3.60 | REVIEW CASE LAW RE: TRUE LEASES. |

95

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS      08/15/05      3.70    DRAFT CORRESPONDENCE TO K. DAW RE:
STORE 817 (.1); TELEPHONE CONFERENCE
WITH E. MAY RE: STORE 1991 (.1);
DRAFT CORRESPONDENCE TO J. CASTLE RE:
MOTION FOR RELIEF FROM STAY RE:
CONCORD FUND IV RETAIL (.1); REVIEW
ALTAMONTE OBJECTION, ADDRESS ISSUES
RE: SAME (.1); REVIEW CORRESPONDENCE
AND UNDERLYING DOCUMENTS FROM M. REED
RE: STORE 2101 (.1); DRAFT
CORRESPONDENCE TO M. CHLEBOVEC RE:
SAME (.1); REVIEW CORRESPONDENCE FROM
AND DRAFT CORRESPONDENCE TO F.
BURSTEIN RE: STORE 260, REVIEW FILE
RE: INFORMATION RELATED TO SAME (.2);
REVIEW AND REVISE HEARING OUTLINE RE:
365(D)(4) MOTION (.3); REVIEW AND
REVISE HEARING OUTLINE RE: LEASE
REJECTION MOTION (.2); DRAFT
CORRESPONDENCE TO J. CASTLE RE: PROOF
OF CLAIM RELATED TO RHODES (.1);
DRAFT CORRESPONDENCE TO BMC CLAIMS
AGENT RE: SAME (.1); REVIEW
CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO B. GASTON RE:
STATUS RE: STORE 1852, REVIEW
CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO J. AROGETTI RE:
SAME (.1); REVIEW FOLLOW UP
CORRESPONDENCE FROM B. GASTON RE:
SAME, REVIEW UNDERLYING INFORMATION
RE: SAME (.1); REVIEW MULTIPLE
CORRESPONDENCE FROM D. SMITH RE:
COLONIAL BANK (.1); DRAFT
CORRESPONDENCE TO J. POST RE: STAY
ISSUES RE: CODE VIOLATIONS FOR LEASED
STORE (.1); REVIEW CORRESPONDENCE
FROM AND DRAFT CORRESPONDENCE TO D.
SMITH RE: STORE # 2337 AND REVIEW
AGREEMENT (.2); CONFERENCE WITH S.
HENRY RE: SAME (.1); DRAFT
CORRESPONDENCE TO D. WANDER RE: STORE
260 (.1); REVIEW CORRESPONDENCE FROM
T. TINSLEY RE: STORE 2537 ADMIN
EXPENSE CLAIM (.1); TELEPHONE
CONFERENCE WITH SAME RE: SAME (.1);
DRAFT CORRESPONDENCE TO K. ROBINSON
RE: SAME (.2); TELEPHONE CONFERENCE
WITH J. AROGETTI RE: STORE 1852 (.2);
MULTIPLE TELEPHONE CONFERENCES WITH
C. COUCH RE: LEASE TERMINATION
AGREEMENT RE: STORE 2337 (.3); DRAFT
CORRESPONDENCE TO D. SMITH RE: SAME
(.1); REVIEW CORRESPONDENCE FROM D.
WANDER RE: AMOUNTS OWED, DRAFT
CORRESPONDENCE TO T. TINSLEY RE: SAME
(.1); ADDRESS ISSUES RE: PLEADINGS
FILED (.1); REVIEW CORRESPONDENCE
FROM D. SMITH RE: STORE # 1486 (.1);
REVIEW CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO D. SMITH RE: STORE
# 1486 (.1).

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SKELLY S | 08/15/05 | 2.90 | PRINT EMAILS RE: LEASES FOR FILING. |
| HENRY S | 08/16/05 | 0.50 | REVIEW MEMOS RE: LEASE TERMINATION ISSUES (.2); MEET WITH RAVIN RE: TERMINATION AGREEMENTS (.1); MEET WITH RAVIN RE: TERMINATION OF LEASE (.2). |
| KALOUDIS D | 08/16/05 | 4.60 | READ CASE LAW RE: FINANCE AGREEMENTS V. TRUE LEASE (2.0); DRAFT MEMO RE: SAME (2.1); REVIEW COS RE: LEASE REJECTION MOTION (.5). |
| RAVIN AS | 08/16/05 | 3.50 | TELEPHONE CONFERENCE WITH C. COUCH RE: LEASE TERMINATION AGREEMENT (.1); REVIEW AND REVISE LEASE TERMINATION AGREEMENT WITH COLONIAL (.3); DRAFT CORRESPONDENCE TO D. SMITH RE: SAME (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM P. FLAHRETTY RE: STORE 260, DRAFT CORRESPONDENCE TO SAME RE: SAME, REVIEW CORRESPONDENCE FROM T. TINSLEY RE: SAME (.2); DRAFT CORRESPONDENCE TO K. LOGAN RE: CASSELSQUARE'S REQUEST FOR PAYMENT OF ADMIN CLAIM (.1); REVIEW LEASE AGREEMENT AND RELATED PLEADINGS RE: SHANNON VILLAGE SHOPPING CENTER (.2); TELEPHONE CONFERENCE WITH C. JACKSON RE: SAME (.1); TELEPHONE CONFERENCE WITH J. DAVIS RE: RHODES (.1); DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); CONFERENCE WITH S. HENRY RE: LEASE TERMINATION AGREEMENTS (.1); TELEPHONE CONFERENCE WITH M. WESTBROOK RE: LEASE-RELATED INQUIRY (.1); DRAFT MEMO TO S. HENRY RE: WINN-DIXIE STORE # 1486 (.1); TELEPHONE CONFERENCE WITH M. WESTBROOK RE: MULTIPLE LEASE ISSUES (.3); TELEPHONE CONFERENCE WITH C. COUCH RE: ISSUES RELATED TO LEASE (.3); REVIEW AND REVISE LEASE TERMINATION AGREEMENT RE: SAME (.2); REVIEW CORRESPONDENCE FROM K. DAW RE: LEASE TERMINATION AGREEMENTS, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); TELEPHONE CONFERENCE WITH R. CURRIN RE: SAME (.1); DRAFT FOLLOW UP CORRESPONDENCE TO D. SMITH RE: WINN-DIXIE STORE # 1486 AND RE: COLONIAL BANK (.2); TELEPHONE CONFERENCE WITH E. MAY RE: STORE 1827 (.2); TELEPHONE CONFERENCE WITH S. AUERBACKER RE: LEASE TERMINATION AGREEMENTS (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. LAMMERT RE: OBJECTION (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. DAW RE: TRANSAMERICA (.1). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FELD SR | 08/17/05 | 1.40 | REVIEW ZURICH LEASE PLACEMENT MEMO. |
| KALOUDIS D | 08/17/05 | 2.10 | REVIEW DOCUMENTS FILED ON BUEHLERS DOCKET (1.6); COORDINATE EXTRA SERVICE (.3); REVIEW COS RE: 4TH OMNIBUS LEASE REJECTION MOTION (.2). |
| RAVIN AS | 08/17/05 | 4.00 | CONFERENCE WITH D. KALOUDIS RE: BUEHLERS ISSUES (.2); CONFERENCE WITH E. MAY RE: LEASE ISSUE (.1); CONFERENCE WITH J. LEAMY RE: FRANKFORD DALLAS (.2); DRAFT MEMO TO R. GRAY RE: ISSUES RELATED TO SAME (.2); REVIEW FILE RE: 1852/1838 ALPHARETTA GEORGIA STORE (.3); DRAFT CORRESPONDENCE TO AND TELEPHONE CONFERENCE WITH B. GASTON RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO M. CHLEBOVEC RE: SAME, EXCHANGE VOICEMAILS WITH SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM D. SMITH RE: STORE # 2337, DRAFT CORRESPONDENCE TO C. COUCH RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. DAW RE: WINN-DIXIE STORE # 1486 (.2); LEGAL RESEARCH RE: FRANKFORD DALLAS (1.1); DRAFT MEMO RE: SAME (.4); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: UNDERLYING LEASE RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. BOYLES RE: STORE 1239 (.1); TELEPHONE CONFERENCE WITH S. COHEN RE: STORE 338 (.1); REVIEW CORRESPONDENCE FROM S. N. WESTON RE: SPRINGHILL ASSOCIATES, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); REVIEW CORRESPONDENCE FROM C. COUCH RE: LTA, DRAFT CORRESPONDENCE TO D. SMITH RE: SAME (.1); ADDRESS VARIOUS LEASE-RELATED INQUIRIES AND ISSUES INCLUDING ISSUES RELATED TO PENMAN PLAZA (.3); TELEPHONE CONFERENCE WITH C. JACKSON RE: SAME (.1). |
| TURETSKY DM | 08/17/05 | 0.20 | DILIGENCE RE: ISSUES CONCERNING PENMAN PLAZA LEASE (0.1); E-MAIL C. JACKSON RE: SAME (0.1). |
| SKELLY S | 08/17/05 | 0.70 | PRINT EMAILS RE: LEASES FOR FILES. |
| GRAY RW | 08/18/05 | 0.30 | TCS WITH A. RAVIN AND J. BAKER RE: LEASE STRATEGY ISSUE (0.1); REVIEW FRANKFORD DALLAS ISSUE AND TC WITH A. RAVIN RE: SAME (0.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 08/18/05 | 1.90 | TELEPHONE CONFERENCE WITH D. CELINE RE: PENMAN PLAZA, TELEPHONE CONFERENCE (VOICEMAIL) WITH C. JACKSON RE: SAME (.1); TELEPHONE CONFERENCES WITH S. KAROL AND M. CHLEBOVEC RE: ISSUES RELATED TO PENMAN PLAZA (.3); ADDRESS ISSUES RELATED TO SAME (.1); CONFERENCE WITH D. J. BAKER RE: SAME (.1); CONFERENCE WITH D. J. BAKER AND S. KAROL RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. AROGETTI RE: STORE 1838, DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: SAME, DRAFT CORRESPONDENCE TO J. AROGETTI RE: SAME (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: GOOSE CREEK LOCATION, DRAFT CORRESPONDENCE TO S. N. WESTON RE: SAME (.2); REVIEW CORRESPONDENCE FROM D. NOBLE RE: CROWDER, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); TELEPHONE CONFERENCE WITH S. COHEN RE: LEASE ISSUE (.1); REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, CONFERENCE WITH R. GRAY RE: SAME (.1); TELEPHONE CONFERENCE WITH S. EVERETT RE: FRANKFORD DALLAS ISSUES (.1); TELEPHONE CONFERENCE WITH R. SILVERTSON RE: LEASE INQUIRY (.1); REVIEW CORRESPONDENCE FROM J. CASTLE AND OTHERS RE: PENMAN PLAZA SETTLEMENT (.1); REVIEW AFFIDAVIT OF SERVICE RE: 365(D)(4) MOTION, ADDRESS ISSUES RELATED TO SAME (.1); REVIEW CROWDER FAMILY TRUST MOTION TO AMEND (.1). |
| SKELLY S | 08/18/05 | 0.40 | PRINT EMAILS RE: LEASES. |
| HENRY S | 08/19/05 | 0.40 | REVIEW CORRESPONDENCE REGARDING SALE/LEASE ISSUES (.2); T/C RAVIN RE: STORE (.2). |
| FELD SR | 08/19/05 | 0.40 | REVIEW STRUCTURE OF ZURICH LEASES. |
| KALOUDIS D | 08/19/05 | 0.20 | REVIEW AFFIDAVIT (.2). |

D08A