# EXHIBIT F-2

EXHIBIT F-2

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### EXPENSE SUMMARY
### (AUGUST 1, 2005 - AUGUST 31, 2005)

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $13,101.11 |
| Long Distance Telephone | $2,871.79 |
| In-House Reproduction (@ $.10 per page) | $2,644.00 |
| Outside Research | $3,541.18 |
| Court Reporting | $417.00 |
| Out-Of-Town Travel | $4,970.62 |
| Business Meals | $1,763.24 |
| Courier & Express Carriers (e.g., Federal Express) | $148.32 |
| Postage | $736.25 |
| Electronic Document Management | $612.00 |
| **TOTAL** | **$30,805.51** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)　　　　　　　　　　　　　　　　　Bill Date: 09/08/05
Disbursements　　　　　　　　　　　　　　　　　　　　　　　　Bill Number: 1073264

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/03/05 | Henry S | 1,001.90 |
| Air/Rail Travel - vendor feed | 08/08/05 | LaMaina KA | 89.00 |
| Air/Rail Travel - vendor feed | 08/10/05 | Baker DJ | 522.77 |
| Air/Rail Travel - vendor feed | 08/10/05 | Baker DJ | -477.77 |
| Air/Rail Travel - vendor feed | 08/10/05 | Baker DJ | 477.77 |
| Air/Rail Travel - vendor feed | 08/11/05 | Baker DJ | 479.20 |
| Air/Rail Travel - vendor feed | 08/31/05 | Baker DJ | 532.70 |
| Air/Rail Travel - vendor feed | 08/31/05 | Baker DJ | -487.70 |
| Air/Rail Travel - vendor feed | 08/31/05 | Baker DJ | 492.70 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,630.57** |
| In-house Reproduction | 08/02/05 | Copy Center, D | 86.50 |
| In-house Reproduction | 08/02/05 | Copy Center, D | 10.00 |
| In-house Reproduction | 08/02/05 | Copy Center, D | 51.20 |
| In-house Reproduction | 08/05/05 | Copy Center, D | 5.40 |
| In-house Reproduction | 08/05/05 | Copy Center, D | 0.20 |
| In-house Reproduction | 08/05/05 | Copy Center, D | 4.50 |
| In-house Reproduction | 08/05/05 | Copy Center, D | 1.90 |
| In-house Reproduction | 08/05/05 | Copy Center, D | 77.10 |
| In-house Reproduction | 08/09/05 | Copy Center, D | 40.00 |
| In-house Reproduction | 08/09/05 | Copy Center, D | 329.90 |
| In-house Reproduction | 08/09/05 | Copy Center, D | 7.80 |
| In-house Reproduction | 08/09/05 | Copy Center, D | 28.40 |
| In-house Reproduction | 08/09/05 | Copy Center, D | 825.00 |
| In-house Reproduction | 08/09/05 | Copy Center, D | 2.00 |
| In-house Reproduction | 08/12/05 | Copy Center, D | 71.30 |
| In-house Reproduction | 08/12/05 | Copy Center, D | 42.50 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/12/05 | Copy Center, D | 0.30 |
| In-house Reproduction | 08/12/05 | Copy Center, D | 8.90 |
| In-house Reproduction | 08/12/05 | Copy Center, D | 163.40 |
| In-house Reproduction | 08/15/05 | Copy Center, D | 32.30 |
| In-house Reproduction | 08/16/05 | Copy Center, D | 15.40 |
| In-house Reproduction | 08/16/05 | Copy Center, D | 3.60 |
| In-house Reproduction | 08/16/05 | Copy Center, D | 160.40 |
| In-house Reproduction | 08/19/05 | Copy Center, D | 33.80 |
| In-house Reproduction | 08/19/05 | Copy Center, D | 5.60 |
| In-house Reproduction | 08/19/05 | Copy Center, D | 5.40 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 2.00 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 2.20 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 175.00 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 59.50 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 1.20 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 2.10 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 43.80 |
| In-house Reproduction | 08/23/05 | Copy Center, D | 315.70 |
| In-house Reproduction | 08/26/05 | Copy Center, D | 1.00 |
| In-house Reproduction | 08/26/05 | Copy Center, D | 1.30 |
| In-house Reproduction | 08/26/05 | Copy Center, D | 15.80 |
| In-house Reproduction | 08/26/05 | Copy Center, D | 8.60 |
| In-house Reproduction | 08/30/05 | Copy Center, D | 3.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$2,644.00** |
| Telephone Expense | 08/26/05 | Telecommunications, D | 5.29 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.33 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 10.09 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.60 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.24 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.61 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.25 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.04 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 22.52 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 5.65 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Telephone Expense | 08/26/05 | Telecommunications, D | 8.14 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.14 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 43.03 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 10.76 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.86 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.40 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 3.16 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.81 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 7.81 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.06 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 4.92 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.29 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.86 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.40 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.36 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.63 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 17.81 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 4.44 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.56 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.12 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.23 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.61 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.29 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 5.31 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.33 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.01 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 17.84 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 4.44 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 8.05 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 2.11 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.12 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.02 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 4.17 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.12 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 08/26/05 | Telecommunications, D | 1.84 |
| Telephone Expense | 08/26/05 | Telecommunications, D | 0.39 |
| | | **TOTAL TELEPHONE EXPENSE** | **$215.06** |
| Postage | 08/02/05 | Office Admin, D | 1.20 |
| Postage | 08/03/05 | Office Admin, D | 1.75 |
| Postage | 08/03/05 | Office Admin, D | 1.52 |
| Postage | 08/03/05 | Office Admin, D | 325.28 |
| Postage | 08/03/05 | Office Admin, D | 1.85 |
| Postage | 08/05/05 | Office Admin, D | 17.40 |
| Postage | 08/08/05 | Office Admin, D | 1.75 |
| Postage | 08/08/05 | Office Admin, D | 7.00 |
| Postage | 08/08/05 | Office Admin, D | 320.95 |
| Postage | 08/08/05 | Office Admin, D | 1.85 |
| Postage | 08/08/05 | Office Admin, D | 3.04 |
| Postage | 08/10/05 | Office Admin, D | 0.37 |
| Postage | 08/12/05 | Office Admin, D | 1.89 |
| Postage | 08/12/05 | Office Admin, D | 8.75 |
| Postage | 08/12/05 | Office Admin, D | 6.60 |
| Postage | 08/12/05 | Office Admin, D | 3.85 |
| Postage | 08/12/05 | Office Admin, D | 5.75 |
| Postage | 08/15/05 | Office Admin, D | 1.20 |
| Postage | 08/15/05 | Office Admin, D | 0.83 |
| Postage | 08/15/05 | Office Admin, D | 1.75 |
| Postage | 08/15/05 | Office Admin, D | 5.75 |
| Postage | 08/19/05 | Office Admin, D | 12.00 |
| Postage | 08/30/05 | Office Admin, D | 0.60 |
| Postage | 08/30/05 | Office Admin, D | 0.83 |
| Postage | 08/31/05 | Office Admin, D | 2.49 |
| | | **TOTAL POSTAGE** | **$736.25** |
| Lexis/Nexis | 08/02/05 | Mathew J | 150.20 |
| Lexis/Nexis | 08/05/05 | Tung TN | 815.89 |
| | | **TOTAL LEXIS/NEXIS** | **$966.09** |
| Westlaw | 08/01/05 | Leamy JM | 65.51 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Westlaw | 08/01/05 | Turetsky DM | 120.55 |
| Westlaw | 08/02/05 | Leamy JM | 137.42 |
| Westlaw | 08/04/05 | Leamy JM | 427.21 |
| Westlaw | 08/05/05 | Eichel S | 26.65 |
| Westlaw | 08/05/05 | Tung TN | 489.88 |
| Westlaw | 08/05/05 | Ravin AS | 168.25 |
| Westlaw | 08/05/05 | Kaloudis D | 1,420.07 |
| Westlaw | 08/08/05 | Ravin AS | 325.60 |
| Westlaw | 08/08/05 | Kaloudis D | 103.69 |
| Westlaw | 08/09/05 | Turetsky DM | 159.57 |
| Westlaw | 08/09/05 | Ravin AS | 58.48 |
| Westlaw | 08/10/05 | Eichel S | 5.48 |
| Westlaw | 08/10/05 | Ravin AS | 73.74 |
| Westlaw | 08/11/05 | Feld SR | 434.48 |
| Westlaw | 08/11/05 | Turetsky DM | 141.47 |
| Westlaw | 08/11/05 | Ravin AS | 72.24 |
| Westlaw | 08/11/05 | Kaloudis D | 735.00 |
| Westlaw | 08/12/05 | Kaloudis D | 80.47 |
| Westlaw | 08/15/05 | Eichel S | 33.09 |
| Westlaw | 08/15/05 | Toussi S | 167.42 |
| Westlaw | 08/15/05 | Leamy JM | 92.24 |
| Westlaw | 08/15/05 | Kaloudis D | 14.18 |
| Westlaw | 08/16/05 | Leamy JM | 68.43 |
| Westlaw | 08/16/05 | Kaloudis D | 706.50 |
| Westlaw | 08/18/05 | Turetsky DM | 30.58 |
| Westlaw | 08/19/05 | LaMaina KA | 261.59 |
| Westlaw | 08/19/05 | Turetsky DM | 18.10 |
| Westlaw | 08/20/05 | LaMaina KA | 206.63 |
| Westlaw | 08/22/05 | Kaloudis D | 30.36 |
| Westlaw | 08/22/05 | Kaloudis D | 4.71 |
| Westlaw | 08/23/05 | Kaloudis D | 242.05 |
| Westlaw | 08/24/05 | Ravin AS | 107.70 |
| Westlaw | 08/24/05 | Leamy JM | 109.67 |
| Westlaw | 08/25/05 | Ravin AS | 120.16 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/25/05 | Kaloudis D | 1,131.97 |
| Westlaw | 08/26/05 | Turetsky DM | 178.08 |
| Westlaw | 08/26/05 | Kaloudis D | 1,094.65 |
| Westlaw | 08/27/05 | Kaloudis D | 561.02 |
| Westlaw | 08/28/05 | Kaloudis D | 1,563.21 |
| Westlaw | 08/29/05 | Turetsky DM | 331.53 |
| Westlaw | 08/30/05 | Turetsky DM | 15.39 |
| | | **TOTAL WESTLAW** | **$12,135.02** |
| Vendor Hosted Teleconferencing | 07/29/05 | Genesys Conferencing | 88.80 |
| Vendor Hosted Teleconferencing | 07/31/05 | Teleconferencing Services, LLC | 39.02 |
| Vendor Hosted Teleconferencing | 08/01/05 | Teleconferencing Services, LLC | 1,043.49 |
| Vendor Hosted Teleconferencing | 08/01/05 | Teleconferencing Services, LLC | 78.64 |
| Vendor Hosted Teleconferencing | 08/02/05 | Marriott International | 1,365.84 |
| Vendor Hosted Teleconferencing | 08/16/05 | Teleconferencing Services, LLC | 22.71 |
| Vendor Hosted Teleconferencing | 08/16/05 | Teleconferencing Services, LLC | 18.23 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2,656.73** |
| Air/Rail Travel (external) | 05/16/05 | LaMaina KA | 60.00 |
| Air/Rail Travel (external) | 05/17/05 | LaMaina KA | 87.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$147.00** |
| Out-of-Town Travel | 03/04/05 | LaMaina KA | 201.14 |
| Out-of-Town Travel | 05/06/05 | Toussi S | 199.80 |
| Out-of-Town Travel | 05/17/05 | LaMaina KA | 9.00 |
| Out-of-Town Travel | 06/07/05 | Baker DJ | 85.59 |
| Out-of-Town Travel | 06/07/05 | Baker DJ | 631.40 |
| Out-of-Town Travel | 07/24/05 | Baker DJ | 334.20 |
| Out-of-Town Travel | 07/24/05 | Baker DJ | 132.53 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 08/09/05 | LaMaina KA | 300.54 |
| Out-of-Town Travel | 08/10/05 | Baker DJ | 82.93 |
| Out-of-Town Travel | 08/10/05 | Baker DJ | 186.45 |
| Out-of-Town Travel | 08/10/05 | Baker DJ | 29.47 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,193.05** |
| Messengers/ Courier | 08/01/05 | Dist Serv/Mail/Page, D | 9.12 |
| Messengers/ Courier | 08/01/05 | Dist Serv/Mail/Page, D | 9.61 |
| Messengers/ Courier | 08/02/05 | Dist Serv/Mail/Page, D | 7.17 |
| Messengers/ Courier | 08/02/05 | Dist Serv/Mail/Page, D | 5.92 |
| Messengers/ Courier | 08/03/05 | Dist Serv/Mail/Page, D | 19.83 |
| Messengers/ Courier | 08/03/05 | Dist Serv/Mail/Page, D | 9.61 |
| Messengers/ Courier | 08/08/05 | Dist Serv/Mail/Page, D | 8.55 |
| Messengers/ Courier | 08/10/05 | Dist Serv/Mail/Page, D | 8.55 |
| Messengers/ Courier | 08/15/05 | Dist Serv/Mail/Page, D | 9.72 |
| Messengers/ Courier | 08/15/05 | Dist Serv/Mail/Page, D | 9.61 |
| Messengers/ Courier | 08/16/05 | Dist Serv/Mail/Page, D | 11.61 |
| Messengers/ Courier | 08/18/05 | Dist Serv/Mail/Page, D | 5.92 |
| Messengers/ Courier | 08/18/05 | Dist Serv/Mail/Page, D | 5.92 |
| Messengers/ Courier | 08/18/05 | Dist Serv/Mail/Page, D | 5.92 |
| Messengers/ Courier | 08/20/05 | Dist Serv/Mail/Page, D | 21.26 |
| | | **TOTAL MESSENGERS/ COURIER** | **$148.32** |
| Out-of-Town Meals | 07/24/05 | Baker DJ | 63.89 |
| Out-of-Town Meals | 08/08/05 | LaMaina KA | 10.73 |
| Out-of-Town Meals | 08/09/05 | LaMaina KA | 2.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$76.62** |
| Court Reporting | 08/22/05 | Veritext/New Jersey Reporting Company, L | 417.00 |
| | | **TOTAL COURT REPORTING** | **$417.00** |
| Outside Research/Internet Services | 06/24/05 | Global Securities | 209.86 |
| Outside Research/Internet Services | 07/07/05 | Pacer Service Center | 12.24 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Outside Research/Internet Services | 07/07/05 | Pacer Service Center | 2,944.96 |
| Outside Research/Internet Services | 08/02/05 | Pacer Service Center | 232.88 |
| Outside Research/Internet Services | 08/03/05 | Pacer Service Center | 37.16 |
| Outside Research/Internet Services | 08/03/05 | Pacer Service Center | 18.58 |
| Outside Research/Internet Services | 08/22/05 | Parcels Inc. | 85.50 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$3,541.18** |
| Printing to paper from TIF | 08/05/05 | Copy Center, D | 612.00 |
| | | **TOTAL PRINTING TO PAPER FROM TIF** | **$612.00** |
| Contracted Catering-NY | 08/09/05 | Henry S | 6.11 |
| Contracted Catering-NY | 08/09/05 | Henry S | 47.96 |
| Contracted Catering-NY | 08/09/05 | Henry S | 505.41 |
| Contracted Catering-NY | 08/09/05 | Henry S | 966.43 |
| Contracted Catering-NY | 08/12/05 | Baker DJ | 152.48 |
| Contracted Catering-NY | 08/15/05 | Baker DJ | 8.23 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$1,686.62** |
| | | **TOTAL MATTER** | **$30,805.51** |
| | | **TOTAL CLIENT** | **$30,805.51** |