## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S  09/02/05  1.00 DRAFT EMAIL TO M. ELMORE RE: ADJOURNMENT OF FRONT END SERVICES MOTION FOR ADMINISTRATIVE CLAIM (.1); REVIEW EMAIL FROM M. ELMORE RE: SAME (.1); REVIEW EMAILS FROM A. LIU RE: RECLAMATION CLAIM OF MT. OLIVE PICKLE (.2); DRAFT EMAILS TO A. LIU RE: MT. OLIVE PICKLE MEMORANDUM OF AGREED TERM (.2); DRAFT EMAIL TO J. LAMB RE: MADIX STORE FIXTURE RECLAMATION CLAIM (.1); TELECONFERENCE WITH A. LIU RE: ISSUES RE: CREDIT CEILINGS WITH RESPECT TO MEMORANDUM OF AGREED TERM (.1); TELECONFERENCE WITH N. GALBREATH (FUTURE FOODS) RE: RECLAMATION CLAIM OF FUTURE FOODS (.2).

EICHEL S  09/06/05  2.60 TELECONFERENCE WITH C. HANSON (UNARCO INDUSTRIES) RE: OPTING INTO TRADE VENDOR LIEN PROGRAM (.2); REVIEW EMAIL FROM A. LIU RE: UNARCO INDUSTRIES(.1); DRAFT EMAIL TO A. LIU RE: UNARCO INDUSTRIES (.1); DRAFT EMAIL TO E. GORDON RE: LETTER FROM WILLET HOME PRODUCTS RE: ITS PREFERENCE CLAIM (.1); WORK ON PROVIDING REQUESTED DOCUMENTS TO B. NATHAN (.1); DRAFT EMAIL TO B. NATHAN (KIMBERLY-CLARK COUNSEL) SENDING HIM REQUESTED DOCUMENTS (.1); REVIEW CARDINAL HEALTH PREFERENCE ANALYSIS (.2); DRAFT EMAIL TO E. GORDON, B. FISHER AND OTHERS RE: CARDINAL HEALTH PREFERENCE ANALYSIS (.1); WORK ON FUTURE FOODS RECLAMATION ISSUES (.1); WORK ON ISSUES RE: SYLVANIA LIGHTING SERVICES, INC. (.2); REVIEW EMAIL FROM C. ROFF (PEGGY CO.) RE: RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU RE: DOCUMENTATION PROVIDED BY PEGGY CO (.1); REVIEW EMAIL FROM A. LIU RE: UNARCO OPTING INTO TRADE VENDOR LIEN PROGRAM (.1); DRAFT EMAIL TO A. LIU RE: SYLVANIA LIGHTING CLAIM (.1); TELECONFERENCE WITH J. KELLY (COASTAL BEVERAGE) RE: RECLAMATION CLAIM (.1); REVIEW EMAIL FROM N. GALBREATH (FUTURE FOOD) RE: RECLAMATION CLAIM AND OPTING INTO TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH A. LIU RE: SYLVANIA LIGHTING RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: FUTURE FOODS (.1); WORK ON AMSTAR FOODS MEMORANDUM OF AGREED TERMS (.2); TELECONFERENCE WITH A. LIU RE: AMSTAR FOODS AND COASTAL BEVERAGE (.1); DRAFT EMAILS TO A. SOLOCHEK RE: RECONCILING RECLAMATION CLAIM OF SYLVANIA LIGHTING SERVICES, INC. (.2).

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

ZSOLDOS AF          09/06/05          0.40    PULL STATEMENT OF RECLAMATION RE:
                                              KEMPS LLC, PDF AND EMAIL TO W. WELLER
                                              (.4).

HENRY S             09/07/05          2.20    REVIEW CORRESPONDENCE FROM FRIEDMAN
                                              RE: RECLAMATION CLAIM/PAYMENT (.4);
                                              REVIEW APPLICABLE ORDERS (.8);
                                              CORRESPONDENCE TO FRIEDMAN RE:
                                              RECLAMATION CLAIM/PAYMENT (.6);
                                              TELECONFERENCE WITH GORDON RE: ISSUES
                                              RAISED BY CORRESPONDENCE WITH
                                              RECLAMATION CLAIMANT (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          09/07/05          6.10   REVIEW EMAIL FROM A. LIU TO FUTURE
                                           FOODS RE: REVISED RECLAMATION CLAIM
                                           AND OPTING INTO TRADE/LIEN PROGRAM
                                           (.1); TELECONFERENCE WITH J.
                                           VINCEQUERRA (PREMIER BEVERAGE AND BEN
                                           ARNOLD BEVERAGE) RE: HIS CLIENT'S
                                           RECLAMATION CLAIM WITH OPTING INTO
                                           TRADE/LIEN PROGRAM (.2); DRAFT EMAIL
                                           TO J. VINCEQUERRA RE: RECLAMATION
                                           ORDER (.2); DRAFT EMAIL TO A. LIU RE:
                                           PREMIER BEVERAGE (.1); TELECONFERENCE
                                           WITH T. WUERTZ RE: DEL MONTE ISSUE
                                           AND CONTACTING PREMIER BEVERAGE AND
                                           BEN ARNOLD BEVERAGE (.1); REVIEW
                                           EMAIL FROM M. FRIEDMAN RE: VENDORS
                                           CONCERN WITH RESPECT TO UPCOMING
                                           DEADLINE FOR RECLAMATION VENDORS TO
                                           RESPOND (.1); ANALYZE MADIX
                                           RECLAMATION ISSUES (2.0); DRAFT EMAIL
                                           TO A. LIU AND T. WUERTZ RE: NUMERICAL
                                           RECONCILIATION (.1); REVIEW EMAIL FOR
                                           T. WUERTZ RE: MENU FOODS OPTING INTO
                                           TRADE/LIEN PROGRAM (.1); REVIEW
                                           ISSUES RE: SYLVANIA LIGHTING (.1);
                                           REVIEW EMAIL FROM A. LIU RE:
                                           NUMERICAL RECONCILIATION (.1); REVIEW
                                           EMAIL FROM A. LIU RE: MADIX
                                           RECLAMATION ISSUE (.1); WORK ON
                                           ISSUES RE: RECLAMATION PROCEEDINGS
                                           (.3); REVIEW EMAILS TO AND FROM S.
                                           HENRY TO M. FRIEDMAN RE: RECLAMATION
                                           TRADE/LIEN PROGRAM (.2); REVIEW
                                           LETTER FROM G. TARR RE: FLORIDA
                                           CYSTALS FOODS CORP. (.1); REVIEW
                                           LETTER FROM G. TARR RE: DOMINO FOODS
                                           CORP. (.1); WORK ON ISSUES RE:
                                           REQUIREMENT FOR VENDOR TO RESPOND TO
                                           STATEMENT OF RECLAMATION AND EFFECT
                                           OF RECLAMATION ORDER AND RECLAMATION
                                           STIPULATION (.5); TELECONFERENCE WITH
                                           G. CATALANELLO AND J. VINCEQUERRA
                                           (COUNSEL TO PREMIER BEVERAGE) RE:
                                           PREMIER'S RECLAMATION CLAIM,
                                           RECLAMATION ORDER AND OPTING INTO
                                           TRADE LIEN PROGRAM (.5); DRAFT EMAIL
                                           TO A. LIU AND T. WUERTZ RE: DOMINO
                                           FOODS AND FLORIDA CRYSTALS FOOD CORP.
                                           REQUESTED INFORMATION (.2); REVIEW
                                           EMAILS FROM A. LIU RE: DOMINO FOODS
                                           AND FLORIDA CRYSTALS CORP AND RESPOND
                                           TO SAME (.2); RESPOND TO INQUIRY FROM
                                           WORKING GROUP RE: PHOENIX BRANDS
                                           (.1); TELECONFERENCE WITH S. JERNIGAN
                                           RE: FRONT END SERVICES RECLAMATION
                                           CLAIM (.2); DRAFT EMAIL TO G. ESTILL
                                           RE: FRONT END SERVICES (.1); REVIEW
                                           EMAIL OF S. JERNIGAN RE: CLAIM OF
                                           FRONT END SERVICES (.1); REVIEW
                                           AGREEMENT WITH FRONT END SERVICES IN
                                           CONNECTION WITH OPTING INTO
                                           STIPULATION (.2).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 09/08/05 | 2.60 | DRAFT MEMORANDUM RE: RECLAMATION TRADE LIEN PROGRAM (.2); TELECONFERENCE WITH S. EICHEL AND M. FRIEDMAN RE: RESPONSES TO STATEMENT OF RECLAMATION (.2); REVIEW MATERIALS ON DOLCO PACKAGING (.2); CORRESPONDENCE WITH F. HUFFARD RE: CORRESPONDENCE WITH M. FREIDMAN (.2); MEMORANDUM RE: QUESTIONS FROM M. FREIDMAN ON TRADE LIEN PROGRAM (.6); TELECONFERENCE WITH L. JACOBSEN RE: MGM HOME ENTERTAINMENT RECLAMATION CLAIM (.2); REVIEW MEMORANDUM FROM L. JACOBSEN RE: RECLAMATION ISSUES (.3); RESPOND TO SAME (.6); REVIEW RESPONSE RE: SAME (.1). |
| EICHEL S | 09/08/05 | 3.50 | ANALYZE ISSUES RE: MADIX STORES (.4); TELECONFERENCE WITH S. HENRY WITH M. FRIEDMAN RE: STATEMENT OF RECLAMATION RESPONSE REQUIREMENT (.2); TELECONFERENCE WITH J. LAMB RE: MADIX STORES RECLAMATION CLAIM (.2); REVIEW EMAIL FROM A. LIU RE: FUTURE FOODS OPTING INTO TRADE/LIEN PROGRAM (.1); TELECONFERENCE WITH A. LIU AND G. ESTILL RE: FRONT END SERVICES (.3); REVIEW EMAIL FROM S. HENRY RE: RECLAMATION TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH M. ENRIGHT (COUNSEL TO PHOENIX BRANDS) RE: RECLAMATION CLAIM AND OPTING INTO TRADE LIEN PROGRAM (.2); DRAFT EMAIL TO M. ENRIGHT RE: RECLAMATION STIPULATION (.1); TELECONFERENCE WITH D. GEIGER (COUNSEL TO PEACE RIVER CITRUS PRODUCTS) RE: HIS CLIENT'S RECLAMATION CLAIM (.1); REVIEW EMAIL FROM D. GEIGER RE: RECLAMATION CLAIM OF PEACE RIVER CITRUS PRODUCTS RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU RE: PEACE RIVER CITRUS PRODUCTS RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. SOLOCHEK (COUNSEL TO SYLVANIA) (.1); TELECONFERENCE WITH D. HONG (COUNSEL TO REFRON, INC.) RE: STATEMENT OF RECLAMATION (.1); REVIEW EMAIL FROM D. HONG RE: RECLAMATION CLAIM OF REFRON, INC. (.2); DRAFT EMAIL TO A. LIU RE: RECLAMATION CLAIM OF REFRON, INC. (.1); REVIEW EMAIL FROM A. LIU RE: PEACE RIVER CITRUS PRODUCTS (.2); TELECONFERENCE WITH A. LIU RE: PEACE RIVER CITRUS PRODUCTS AND REFRON, INC. (.2); TELECONFERENCE WITH A. LIU AND D. GEIGER RE: PEACE RIVER CITRUS PRODUCTS (.4); REVIEW EMAIL FROM B. FISHER RE: CARDINAL HEALTH (.1); DRAFT RESPONSIVE EMAIL RE: CARDINAL HEALTH (.1); REVIEW EMAIL FROM E. GORDON RE: CARDINAL HEALTH (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          09/09/05          4.00     REVIEW EMAIL FROM B. FISHER RE:
CARDINAL HEALTH (.1); TELECONFERENCE
WITH C. ROY (SHELL) RE: RECLAMATION
SETOFF ISSUE (.1); TELECONFERENCE
WITH L. MCBRIAN (DL LEE & SONS) RE:
RECLAMATION CLAIM (.3);
TELECONFERENCE WITH J. MCLEMORE
(SWEDISH MATCH NORTH AMERICA) RE:
OPTING INTO RECLAMATION STIPULATION
(.1); REVIEW EMAIL FROM E. GORDON RE:
ANDERSON NEWS TERM SHEET (.1); REVIEW
EMAIL FROM B. TATUM RE: CHAMBER
BOTTLING CO.'S STATEMENT OF
RECLAMATION AND SEND SAME TO A. LIU
(.1); REVIEW EMAIL FROM A. LIU RE:
SCHREIBER FOODS (.1); REVIEW EMAIL
FROM S. HENRY RE: STATUS OF CARDINAL
HEALTH NEGOTIATIONS (.1); DRAFT
RESPONSE EMAIL TO S. HENRY RE:
CARDINAL HEALTH (.1); REVIEW EMAIL
FROM B. TATUM RE: CHAMBERS BOTTLING
CO. EXECUTING STATEMENT OF
RECLAMATION (.1); DRAFT EMAIL TO A.
LIU RE: CHAMBERS BOTTLING CO.'S
EXECUTION OF STATEMENT OF RECLAMATION
AND OPTING INTO PROGRAM (.1); REVIEW
EMAILS FROM H. ETLIN RE: DEALING WITH
RECLAMATION VENDORS (.2); DRAFT EMAIL
TO H. ETLIN RE: SAME (.3); REVIEW
EMAIL FROM D. HONG (COUNSEL TO
REFRON) RE: REFRON'S RECLAMATION
CLAIM (.1); TELECONFERENCE WITH D.
HONG AND A. LIU RE: REFRON'S
RECLAMATION CLAIM (.2);
TELECONFERENCE WITH S. BRYANT
(COUNSEL TO RIVIANA FOODS) (.1);
REVIEW EMAIL FROM G. ESTILL RE: FRONT
END SERVICES (.1); REVIEW EMAIL FROM
A. LIU RE: FRONT END SERVICES OPTING
INTO RECLAMATION CLAIM (.1); REVIEW
EMAILS FROM R. DAMORE AND E. GORDON
RE: UPCOMING MEETING RE: CARDINAL
HEALTH ISSUES (.1); TELECONFERENCE
WITH T. SHIN (WELCH'S) RE:
RECLAMATION CLAIM AND OPTING INTO
TRADE LIEN PROGRAM (.2);
TELECONFERENCE WITH S. MENTINK
(SUNSWEET GROWERS) RE: RECLAMATION
CLAIM AND OPTING INTO TRADE LIEN
PROGRAM (.2); REVIEW EMAIL FROM S.
MENTINK RE: STATEMENT OF RECLAMATION
OF SUNSWEET GROWERS, INC. (.1);
TELECONFERENCE WITH S. YANATY RE:
RECLAMATION CLAIM OF KRISPY KREME OF
SOUTH FLORIDA (.2); TELECONFERENCE
WITH B. TATUM (COUNSEL TO CHAMBERS
BOTTLING CO.) RE: STATEMENT OF
RECLAMATION AND OPTING INTO TRADE
LIEN PROGRAM (.2); WORK ON ISSUES RE:
RETURNED STATEMENT OF RECLAMATION
(.2); REVIEW EMAIL FROM J. LAMB RE:
REQUEST FOR RECLAMATION STIPULATION
(.1);

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 09/09/05 | | DRAFT EMAIL TO J. LAMB RE: RECLAMATION TRADE LIEN STIPULATION (.1); TELECONFERENCE WITH D. HONG RE: STATEMENT OF RECLAMATION (.2). |
| BONACHEA L | 09/09/05 | 0.40 | ADDRESS ISSUES RE: SERVICE OF PLEADINGS TO RECLAMATION CLAIMANTS, INCLUDING ATKINS (.4). |
| EICHEL S | 09/10/05 | 0.50 | REVIEW EMAIL FROM A. LIU RE: PROPOSED CREDIT TERMS FROM PREMIER BEVERAGE (.1); REVIEW EMAIL FROM A. RAVIN RE: RECLAMATION INQUIRY AND RESPOND TO VENDOR (.1); REVIEW EMAIL FROM A. LIU RE: REFRON (.1); REVIEW EMAIL FROM D. HUNG RE: REVISED NUMERICAL RECLAMATION FOR REFRON, INC. (.1); DRAFT EMAIL TO L. PRENDERGAST RE: OBJECTIONS TO RECLAMATION VENDORS' CLAIMS (.1). |
| HENRY S | 09/12/05 | 1.10 | TELECONFERENCE WITH J. POST RE: RECLAMATION CLAIM OF VENDOR (.1); CORRESPONDENCE WITH J. POST RE: SAME (.2); TELECONFERENCE WITH J. FRANK RE: PCNA AND ITS STATEMENT OF RECLAMATION (.1); CORRESPONDENCE WITH J. FRANK RE: SAME (.4); TELECONFERENCE WITH M. DEL LAGO, SOUTHERN WINE AND SPIRITS RE: RECLAMATION CLAIMS (.1); CORRESPONDENCE WITH M. DAL LAGO CONFIRMING SAME (.2). |
| EICHEL S | 09/12/05 | 1.20 | REVIEW CARDINAL HEALTH PREFERENCE ANALYSIS (.4); TELECONFERENCE WITH H. ETLIN, R. DAMORE, AND B. FISHER RE: CARDINAL HEALTH PREFERENCE ANALYSIS AND STRATEGY (.5); TELECONFERENCE WITH A. LIU RE: REFRON (.1); TELECONFERENCE WITH G. CATALINO (PREMIER) RE: RECLAMATION CLAIM (.1); TELECONFERENCE WITH D. HONG (REFRON) RE: RESPONDING TO STATEMENT OF RECLAMATION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S              09/13/05           7.00    REVIEW RESPONSE OF COMMONWEALTH
                                                 BRANDS TO STATEMENT OF RECLAMATION
                                                 (.1); REVIEW L'OREAL'S PROPOSED
                                                 REVISIONS TO MEMORANDUM OF AGREED
                                                 TERMS (.1); TELECONFERENCE WITH A.
                                                 LIU RE: L'OREAL'S PROPOSED REVISIONS
                                                 (.1); TELECONFERENCE WITH S. BRYANT
                                                 RE: HIS CLIENT'S RECLAMATION CLAIM
                                                 (.1); REVIEW EMAIL FROM L.
                                                 PRENDERGAST RE: FORM OF OBJECTION TO
                                                 RECLAMATION CLAIMS (.1); REVIEW THE
                                                 REVISED CARDINAL HEALTH PREFERENCE
                                                 ANALYSIS (.4); REVIEW EMAIL FROM C.
                                                 HANSEN RE: UNARCO'S PARTICIPATION IN
                                                 TRADE LIEN PROGRAM (.1); REVIEW EMAIL
                                                 FROM J. MENTINK (SUNSWEET GROWERS)
                                                 RE: DEFENSE TO PREFERENCE CLAIM AND
                                                 RESPOND TO SAME (.1); REVIEW EMAIL
                                                 FROM S. YONATY RE: KRISPY KREME'S
                                                 RESPONSE TO STATEMENT OF RECLAMATION
                                                 (.1); DRAFT EMAIL TO A. LIU AND T.
                                                 WUERTZ RE: KRISPY KREME RESPONSE TO
                                                 STATEMENT OF RECLAMATION (.1); REVIEW
                                                 EMAIL FROM A. LIU RE: UNARCO (.1);
                                                 REVIEW EMAIL OF J. LAMB RE: MADIX
                                                 RECLAMATION CLAIM (.1); RESPOND TO J.
                                                 LAMB'S EMAIL BY PHONE AND EMAIL (.1);
                                                 REVIEW EMAIL FROM D. GRECO RE:
                                                 STIPULATION TO BE BOUND AND EXECUTED
                                                 BY COCA-COLA BOTTLING CO. UNITED,
                                                 INC. (.1); DRAFT RESPONSE EMAIL TO D.
                                                 GRECO (.1); TELECONFERENCE WITH J.
                                                 LAMB RE: MADIX RECLAMATION (.4);
                                                 TELECONFERENCE WITH B. WESTON
                                                 (L'OREAL) RE: OPTING INTO TRADE LIEN
                                                 PROGRAM (.1); TEL. CONFERENCE.WITH D.
                                                 MEEK (BUFFALO ROCK) RE: BUFFALO
                                                 ROCK'S STATEMENT OF RECLAMATION (.2);
                                                 TELECONFERENCE WITH D. ONSET
                                                 (RALCORP) RE: OPTING INTO TRADE LIEN
                                                 STIPULATION (.2); REVIEW EMAIL FROM
                                                 J. LAMB RE: MADIX'S RECLAMATION CLAIM
                                                 (.1); TELECONFERENCE WITH E. GORDON
                                                 RE: CARDINAL HEALTH PREFERENCE
                                                 ANALYSIS (.2); REVIEW EMAIL RE:
                                                 CARDINAL HEALTH STATEMENT OF
                                                 RECLAMATION (.1); REVIEW EMAIL FROM
                                                 B. WESTON RE: MEMORANDUM OF AGREED
                                                 TERMS OF L'OREAL (.1); REVIEW EMAIL
                                                 FROM A. LIU RE: SWIFT & CO. RESPONSE
                                                 TO STATEMENT OF RECLAMATION (.1);
                                                 REVIEW EMAIL FROM D. GRECO RE: COCA-
                                                 COLA BOTTLING CO. OPTING INTO
                                                 STIPULATION AND ITS STATEMENT OF
                                                 RECLAMATION AND RESPOND TO SAME (.1);
                                                 TELECONFERENCE WITH D. GRECO RE:
                                                 EXECUTING STATEMENT OF RECLAMATION
                                                 (.1); TELECONFERENCE WITH D. HONG RE:
                                                 STATEMENT OF RECLAMATION (.1); REVIEW
                                                 LETTER FROM D. MEEK RE: BUFFALO ROCK
                                                 AGREEING TO RECLAMATION CLAIM (.1);

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            09/13/05            DRAFT EMAIL TO A. LIU AND T. WUERTZ
RE: BUFFALO ROCK'S AGREEMENT TO
RECLAMATION CLAIM (.1); REVIEW FRONT
END SERVICES STAMP CONTRACT IN
CONNECTION WITH SETTLEMENT OF ITS
RECLAMATION CLAIM (.2);
TELECONFERENCE WITH A. LIU RESPONDING
TO INQUIRY BY RECLAMATION VENDOR RE:
VENDOR'S INABILITY TO PERFORM UNDER
STIPULATION (.1); REVIEW EMAIL FROM
D. GRECO RE: EXECUTION OF STATEMENT
OF RECLAMATION FROM MRS. STRATTON'S
SALADS AND OPTING INTO TRADE LIEN
PROGRAM (.1); DRAFT EMAIL TO A. LIU
AND T. WUERTZ RE: EXECUTION OF
STATEMENT OF RECLAMATION FROM MRS.
STRATTON'S SALADS (.1); REVIEW EMAIL
FROM T. WUERTZ RE: INQUIRY FROM ELMER
CANDY CORP. (.2); WORK ON RESPONDING
TO INQUIRY FROM ELMER CANDY CORP.
(.2); REVIEW RESPONSE FROM FRONT END
SERVICES (.2); REVIEW EMAIL FROM A.
LIU RE: RECONCILIATION OF RECLAMATION
VENDORS (.1); DRAFT EMAIL TO A. LIU
RE: RECONCILIATION OF RECLAMATION
VENDORS (.1); REVIEW EMAIL FROM A.
LIU RE: FRONT END SERVICES AND
RESPOND TO SAME (.1); REVIEW EMAIL
FROM D. GRECO RE: EXECUTED STATEMENT
OF RECLAMATION FROM COCA-COLA
BOTTLING CO. (.1); DRAFT EMAIL TO A.
LIU RE: EXECUTED STATEMENT OF
RECLAMATION FROM COCA-COLA BOTTLING
CO. (.1); REVIEW EMAIL FROM A. LIU
RE: EXHIBIT E OF INSIGHT
PHARMACEUTICAL (.1); DRAFT EMAIL TO
A. LIU AND T. WUERTZ RE: SUMMARY OF
RESPONSES TO STATEMENT OF RECLAMATION
(.2); REVIEW LETTER FROM T. SHIN RE:
WELCH'S STATEMENT OF RECLAMATION
(.1); DRAFT EMAIL TO A. LIU AND T.
WUERTZ RE: WELCH'S STATEMENT OF
RECLAMATION (.1); WORK ON CARDINAL
HEALTH PREFERENCE ANALYSIS (.4);
TELECONFERENCE WITH T. SHIN (WELCH'S)
RE: STATEMENT OF RECLAMATION AND
OPTING INTO RECLAMATION STIPULATION
(.1); TELECONFERENCE WITH T. SHIN RE:
WELCH'S ACCEPTING STATEMENT OF
RECLAMATION (.1); REVIEW EMAIL FROM
S. JERNIGAN RE: FRONT END SERVICES
RECLAMATION CLAIM AND ISSUES IN ORDER
TO OPT INTO RECLAMATION STIPULATION
(.2); DRAFT EMAIL TO G. ESTILL AND B.
KICHLER RE: FRONT END SERVICES
RECLAMATION ISSUES (.1);
TELECONFERENCE WITH R. DAMORE RE:
CARDINAL HEALTH PREFERENCE ANALYSIS
WITH DANNON (.2).

D98A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 09/13/05 | 3.10 | ORGANIZE RECLAMATION/STIPULATION AGREEMENTS, DISAGREEMENTS (1.8); UPDATE VENDORS IN CHART (.6); PDF CHART AND MAIL COPIES TO XROADS (.5); REVIEW CORRESPONDENCE BY XROADS RE: DOCUMENTS SENT OVERNIGHT (.2). |
| EICHEL S | 09/14/05 | 2.90 | CONFERENCE WITH S. HENRY RE: CARDINAL HEALTH PREFERENCE ANALYSIS (.2); TELECONFERENCE WITH D. HONG RE: REFRON'S DISAGREEMENT WITH STATEMENT OF RECLAMATION (.1); RESEARCH RE: NEW VALUE IN 11TH CIRCUIT IN CONNECTION WITH CARDINAL HEALTH PREFERENCE ANALYSIS (.9); REVIEW EMAIL FROM S. MILO RE: MT. OLIVE RECLAMATION CLAIM (.1); REVIEW S. HENRY'S EMAIL RE: JUNIOR SECURITY AGREEMENT (.1); DRAFT EMAIL TO S. HENRY RESPONDING TO HER INQUIRY RE: JUNIOR SECURITY AGREEMENT (.2); TELECONFERENCE WITH J. LAMB RE: MADIX'S UNSECURED CLAIM (.1); TELECONFERENCE WITH G. LIEBOWITZ (PURDUE) RE: RECONCILIATION OF PURDUE'S RECLAMATION CLAIM (.1); REVIEW EMAIL FROM R. DAMORE RE: PROCEDURE FOR MAKING RECLAMATION PAYMENTS (.1); TELECONFERENCE WITH A. LIU AND A. FRISCH (COUNSEL TO BEAVER STREET FISHERIES) RE: MEMORANDUM OF AGREED TERMS IN CONNECTION WITH OPTING INTO TRADE LIEN PROGRAM (.2); TELECONFERENCE WITH A. LIU RE: VARIOUS RECLAMATION VENDORS ISSUES (.2); REVIEW EMAILS FROM A. LIU RE: INQUIRIES FROM VENDORS RE: THEIR RECLAMATION CLAIMS (.2); DRAFT EMAIL TO B. KICHLER RE: THE PEGGS CO. (.1); REVIEW EMAIL FROM A. LIU TO S. MILO RE: MT. OLIVE RECLAMATION CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: BEAVER STREET FISHERIES INQUIRY RE: MEMORANDUM OF AGREED TERMS (.1); DRAFT RESPONSE TO A. LIU RE: BEAVER STREET FISHERIES INQUIRY RE: MEMORANDUM OF AGREED TERMS (.1). |
| BONACHEA L | 09/14/05 | 0.40 | UPDATE RECLAMATION CLAIMS TRANSFERRED CHART (.4). |
| ZSOLDOS AF | 09/14/05 | 7.10 | ORGANIZE RECLAMATION STIPULATIONS: UPDATE RECENT RETURNS IN CHART (2.9); PDF CHART AND SEND TO XROADS (.3); ORGANIZE AND FILE NEW CLAIMS RECEIVED (1.5); PREPARE AND DISTRIBUTE CLAIMS INFO TO XROADS (1.2); CORRESPONDENCE WITH XROADS THROUGHOUT DAY RE: CLAIMS SENT ON 9/13 (.7); FILE ORIGINAL DOCUMENTATION FOR RECORDS (.5). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

EICHEL S          09/15/05          3.50   REVIEW EMAIL FROM U.S. SMOKELESS
                                           TOBACCO RE: OPTING INTO RECLAMATION
                                           STIPULATION (.1); ANALYZE CARDINAL
                                           HEALTH PREFERENCE ANALYSIS (.4);
                                           DRAFT EMAIL TO B. FISHER, E. GORDON
                                           AND OTHERS RE: CARDINAL HEALTH
                                           PREFERENCE ANALYSIS (.5);
                                           TELECONFERENCE WITH S. MENTINK
                                           (SUNSWEET GROWERS) RE: RECLAMATION
                                           CLAIM (.1); REVIEW CARDINAL HEALTH
                                           PREFERENCE ANALYSIS (.1);
                                           TELECONFERENCES WITH S. ZUBER RE:
                                           CARDINAL HEALTH PREFERENCE ANALYSIS
                                           (.2); REVIEW EMAIL FROM A. LIU RE:
                                           MERCOM STATEMENT OF RECLAMATION (.1);
                                           REVIEW EMAIL FROM A. LIU RE: U.S.
                                           SMOKELESS TOBACCO RECLAMATION CLAIM
                                           (.1); REVIEW EMAIL FROM H. ETLIN RE:
                                           CARDINAL HEALTH PREFERENCE ANALYSIS
                                           (.1); TELECONFERENCE WITH A. LIU RE:
                                           MERCOM OPTING INTO TRADE LIEN PROGRAM
                                           (.1); TELECONFERENCE WITH M. DELGADO
                                           (SOUTHERN WINE & SPIRITS) RE:
                                           STATEMENT OF RECLAMATION AND OPTING
                                           INTO PROGRAM (.1); REVIEW EMAIL FROM
                                           A. ZSOLDOS RE: MERCOM STATEMENT OF
                                           RECLAMATION (.1); DRAFT EMAIL TO A.
                                           LIU RE: MERCOM STATEMENT OF
                                           RECLAMATION (.1); REVIEW EMAIL RE:
                                           RESPONSE TO RECLAMATION VENDOR (.6);
                                           REVIEW EMAIL FROM J. LAMB RE: MADIX
                                           OPTING INTO TRADE LIEN PROGRAM (.1);
                                           DRAFT EMAIL TO A. LIU RE: OPTING INTO
                                           TRADE LIEN PROGRAM (.1); REVIEW
                                           EMAILS FROM A. LIU AND D. GRECO RE:
                                           MRS. STRATTON'S OPTING INTO TRADE
                                           LIEN PROGRAM (.2); REVIEW LETTER FROM
                                           G. LIEBOWITZ RE: PURDUE RECLAMATION
                                           CLAIM (.1); DRAFT EMAIL TO A. LIU AND
                                           T. WUERTZ RE: PURDUE'S RECLAMATION
                                           CLAIM (.1); TELECONFERENCE WITH D.
                                           YONDO (MEAD JOHNSON) RE: HIS
                                           QUESTIONS RE: RECLAMATION STIPULATION
                                           (.2).

ZSOLDOS AF        09/15/05          0.40   CORRESPONDENCE WITH A. LIU FROM
                                           XROADS RE: MERCAM STIPULATION (.1);
                                           SEARCH RECORDS FOR STATEMENT, PDF AND
                                           COMPOSE REPLY EMAIL (.3).

EICHEL S          09/16/05          0.20   TELECONFERENCE WITH A. LIU RE: MADIX
                                           RECLAMATION CLAIM AND OPTING INTO
                                           TRADE/LIEN PROGRAM (.1); REVIEW EMAIL
                                           FROM A. LIU RE: MADIX OPTING INTO
                                           TRADE/LIEN PROGRAM (.1).

BONACHEA L        09/16/05          0.20   UPDATE RECLAMATION CLAIMANTS SERVICE
                                           LIST (.2).

DOAA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ZSOLDOS AF | 09/16/05 | 1.70 | CORRESPONDENCE WITH A. LIU AT XROADS RE: CLAXTON FOODS STIPULATION (.3); LOCATE, PDF, AND EMAIL A. LIU SAME (.4); UPDATE CHART WITH NEWLY RECEIVED RECLAMATIONS AND STIPULATIONS (.4); MAIL NEW RECLAMATIONS AND STIPULATIONS TO XROADS (.6). |
| EICHEL S | 09/17/05 | 0.20 | REVIEW EMAILS RE: RESPONSES TO RECLAMATION VENDORS (.2). |
| EICHEL S | 09/19/05 | 1.40 | REVIEW LETTER FROM G. LEIBOVITZ (PURDUE FARMS) RE: RECLAMATION CLAIM (.1); DRAFT EMAIL TO A. LIU RE: NUMERICAL RECONCILIATIONS OF CERTAIN RECLAMATION VENDORS (.1); REVIEW EMAIL FROM A. LIU RE: ACADIANA BOTTLING OPTING INTO RECLAMATION STIPULATION (.1); TELECONFERENCE WITH S. HENRY RE: CARDINAL HEALTH PREFERENCE ANALYSIS (.3); WORK ON ISSUES RE: CARDINAL HEALTH PREFERENCE ANALYSIS (.2); DRAFT EMAIL TO H. ETLIN RE: TELECONFERENCE TO DISCUSS CARDINAL HEALTH PREFERENCE ANALYSIS (.1); REVIEW EMAIL FROM T. WUERTZ RE: GE LIGHTING REVISION TO MEMORANDUM OF AGREED TERMS IN CONNECTION WITH OPTING INTO STIPULATION (.1); DRAFT EMAIL TO T. WUERTZ RESPONDING TO HIS INQUIRY (.1); WORK ON ISSUES RE: EFFECT OF CHANGE OF TERMS ON ORDINARY COURSE DEFENSE TO POTENTIAL PREFERENCE CLAIM AGAINST CARDINAL HEALTH (.1); TELECONFERENCE WITH K. LAMAINA RE: RESEARCH REGARDING EFFECT OF CHANGING TERMS ON ORDINARY COURSE DEFENSE TO PREFERENCE ACTIONS (.1); TELECONFERENCE WITH A. LIU RE: CHART SUMMARIZING STATUS OF VENDORS THAT OPT INTO PROGRAM (.1). |
| LAMAINA KA | 09/19/05 | 0.50 | STRATEGIZE ISSUE RE: ORDINARY COURSE OF BUSINESS (.5). |
| ZSOLDOS AF | 09/19/05 | 0.20 | REVIEW AND DISTRIBUTE PERDUE FARMS STATEMENT OF RECLAMATION AND STIPULATION TO T. WUERTZ AND A. LIU (.2). |
| HENRY S | 09/20/05 | 1.40 | SUPERVISE WORK RELATING TO POTENTIAL PREFERENCE ISSUE AND POTENTIAL MEMBER OF TRADE LIEN PROGRAM (.4); REVIEW MEMORANDUM RE: SAME (.3); REVIEW RELEVANT CASE RE: ISSUE (.7). |

D0SA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S        09/20/05        2.10    REVIEW EMAIL FROM H. ETLIN RE:
CARDINAL HEALTH PREFERENCE ANALYSIS
(.1); REVIEW EMAILS FROM K. LAMAINA
RE: RESEARCH RE: THE EFFECT OF CHANGE
OF TERMS ON ORDINARY COURSE DEFENSE
(.1); WORK ON ISSUES RE: CARDINAL
HEALTH PREFERENCE ANALYSIS (.4);
REVIEW EMAIL FROM PURDUE FARMS
COUNSEL RE: OPTING INTO TRADE LIEN
PROGRAM (.1); REVIEW EMAIL FROM T.
WUERTZ RE: ROCKITT BENISTER INQUIRY
(.1); TELECONFERENCE WITH T. WUERTZ
RE: ROCKITT BENISTER INQUIRY AND
CARGILL ISSUE (.2); REVIEW FAX FROM
T. WUERTZ RE: CARGILL'S DISAGREEMENT
WITH STATEMENT OF RECLAMATION (.1);
REVIEW LETTER FROM D. LIEBOWITZ RE:
PURDUE RECLAMATION CLAIM (.1);
TELECONFERENCE WITH S. ZUBER RE:
POTENTIAL SETTLEMENT OF CARDINAL
HEALTH (.1); WORK ON CARDINAL HEALTH
MEMORANDUM RE: PROPOSED SETTLEMENT
TERMS (.5);  DRAFT EMAIL TO H. ETLIN,
B. FISHER AND OTHERS RE: CARDINAL
HEALTH PROPOSED SETTLEMENT (.2);
REVIEW EMAIL FROM H. ETLIN RE:
TELECONFERENCE RE: CARDINAL HEALTH
PREFERENCE ISSUES AND DRAFT RESPONSE
TO H. ETLIN (.1).

HENRY S        09/21/05        1.90    TELECONFERENCE WITH A. LIU AND E.
GORDON AND S. EICHEL RE: OBJECTIONS
TO RECLAMATION STIPULATION (.3);
TELECONFERENCE WITH DAMORE AND S.
EICHEL (AND BILL FISCHER PART OF THE
TIME) RE: CARDINAL SETTLEMENT (.6);
MEET WITH S. EICHEL TO WORK ON
CARDINAL TERM SHEET (.1); CONFERENCE
WITH R. DAMORE, S. EICHEL AND B.
FISHER RE: CARDINAL SETTLEMENT (.6);
DRAFT MEMORANDUM RE: SAME (.2); MEET
WITH S. EICHEL REGARDING SETTLEMENT
(.1).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 09/21/05 | 2.80 | DRAFT EMAIL RE: CARDINAL HEALTH TELECONFERENCE (.1); REVIEW EMAILS RE: CARDINAL HEALTH PREFERENCE ANALYSIS AND TELECONFERENCE (.1); REVIEW EMAILS FROM S. HENRY RE: CARDINAL HEALTH (.1); REVIEW EMAIL FROM UNARCO'S COUNSEL RE: OPTING INTO TRADE LIEN PROGRAM (.1); DRAFT EMAIL TO A. LIU RE: RESPONDING TO UNARCO'S COUNSEL (.1); TELECONFERENCE WITH H. ETLIN AND R. DAMORE (PART OF TELECONFERENCE) RE: CARDINAL PREFERENCE ANALYSIS (.5); REVIEW EMAIL FROM S. HENRY RE: RECLAMATION PROGRAM AND H. ETLIN'S RESPONSE (.1); TELECONFERENCE WITH A. LIU RE: SWIFT & CO. & SCHREIBER FOODS RECLAMATION CLAIMS (.1); REVIEW EMAIL FROM A. ZSOLDOS RE: SUMMARY OF RECLAMATION VENDORS RESPONSE (.1); REVIEW EMAILS FROM H. ETLIN AND B. FISHER RE: CARDINAL HEALTH (.1); TELECONFERENCE WITH R. DAMORE AND E. GORDON RE: CARDINAL HEALTH TERM SHEET (.2); TELECONFERENCE WITH E. GORDON AND S. HENRY RE: ANDERSON NEWS AND OBJECTIONS TO THOSE VENDORS THAT DID NOT AGREE WITH STATEMENT OF RECLAMATION (.3); REVIEW PROPOSED SETTLEMENT WITH CARDINAL HEALTH (.1); DRAFT EMAIL TO S. ZUBER RE: PROPOSED SETTLEMENT (.1); TELECONFERENCE WITH S. HENRY, R. DAMORE AND B. FISHER (PART OF CALL) RE: TERMS OF CARDINAL SETTLEMENT (.6); CONFERENCE WITH S. HENRY RE: CARDINAL STIPULATION (.1). |
|---|---|---|---|
| BONACHEA L | 09/21/05 | 0.20 | UPDATE TRANSFERRED RECLAMATION CLAIMS CHART (.2). |
| HENRY S | 09/22/05 | 1.80 | REFINE POSITIONS FOR RECLAMATION MOTION (1.8). |
| EICHEL S | 09/22/05 | 1.30 | TELECONFERENCES WITH S. ZUBER RE: RESOLVING CARDINAL HEALTH ISSUES (.2); TELECONFERENCE WITH T. WUERTZ RE: OBJECTION TO RECLAMATION CLAIM ASSERTED BY PEPSI OF SELMA (.2); REVIEW EMAIL FROM E. GORDON RE: OBJECTING TO VENDOR THAT DID NOT AGREE WITH STATEMENT OF RECLAMATION (.2); DRAFT EMAIL TO E. GORDON AND RECLAMATION TEAM REGARDING VENDORS THAT DID NOT AGREE WITH STATEMENT OF RECLAMATION (.6); TELECONFERENCE WITH J. POST RE: DANNON STRATEGY (.1). |
| ZSOLDOS AF | 09/22/05 | 4.60 | PRINT AND SORT NUMEROUS EMAILS AND ATTACHMENTS FROM WORKING GROUP (2.5); ORGANIZE NEW RECLAMATION STATEMENTS RECEIVED (1.1); UPDATE CHART OF VENDORS (.5); PDF CHART AND SEND TO XROADS (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ROMAN JJ | 09/22/05 | 1.70 | REVIEW AND ASSEMBLY OF DOCUMENTS RE: RECLAMATIONS (.8);  REVIEW AND REVISE STATEMENTS FOR ATTORNEY REVIEW RE: SAME (.9). |
|---|---|---|---|
| EICHEL S | 09/23/05 | 0.60 | REVIEW EMAIL FROM E. GORDON RE: CARDINAL HEALTH (.1); DRAFT EMAIL TO E. GORDON RE: CARDINAL HEALTH OPTING INTO TRADE/LIEN PROGRAM (.2); REVIEW EMAIL FROM A. LIU RE: RECLAMATION VENDORS THAT HAVE TRANSFERRED CLAIMS (.1); DRAFT EMAIL TO A. LIU AND K. LOGAN RE: ADDRESSES FROM RECLAMATION VENDORS THAT HAVE TRANSFERRED CLAIMS (.2). |
| EICHEL S | 09/24/05 | 1.20 | TELECONFERENCE WITH K. LOGAN RE: REVIEW OF TRANSFERRED CLAIMS IN CONNECTION WITH PAYMENT OF RECLAMATION VENDORS (.2); PREPARE MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (1.0). |
| HENRY S | 09/26/05 | 2.00 | MEET WITH S. EICHEL RE: RECLAMATION OBJECTION (.6); TELECONFERENCE WITH J. POST RE: PROCEDURAL ISSUES (.1); REVIEW OBJECTIONS (.9); CONFERENCE WITH S. EICHEL RE: INTERPRETATION OF ORDERS (.1); REVIEW MEMORANDA REGARDING CARDINAL SETTLEMENT (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            09/26/05            8.60    TELECONFERENCE WITH R. GRAY RE:
PAYMENT OF RECLAMATION CLAIM (.1);
TELECONFERENCE WITH S. HENRY RE:
DEADLINE TO FILE MOTION FOR
DETERMINATION OF UNRESOLVED
RECLAMATION CLAIMS (.1); REVIEW
EMAILS RE: PAYMENTS TO RECLAMATION
VENDORS THAT OPTED INTO TRADE LIEN
PROGRAM (.1); TELECONFERENCE WITH T.
WUERTZ RE: MGM RECLAMATION CLAIM AND
EXHIBIT TO THE MOTION FOR
DETERMINATION OF UNRESOLVED
RECLAMATION CLAIMS (.2); DRAFT EMAIL
TO E. GORDON RE: REQUESTING RESPONSE
TO CARDINAL HEALTH ISSUES (.1); WORK
ON MOTION FOR DETERMINATION OF
UNRESOLVED RECLAMATION CLAIMS (3.2);
REVIEW EMAIL FROM S. ZUBER RE:
PROPOSED SETTLEMENT (.1); DRAFT EMAIL
TO H. ETLIN RE: CARDINAL PAYMENT
SETTLEMENT (.1); DRAFT EMAIL TO E.
GORDON RE: CARDINAL HEALTH SETTLEMENT
PROPOSAL (.2); REVIEW EMAILS RE:
PROPOSED SETTLEMENT OF CARDINAL
HEALTH CLAIM (.2); DRAFT EMAIL TO E.
GORDON RE: EXHIBITS TO MOTION TO
DETERMINE UNRESOLVED RECLAMATION
CLAIM (.1); TELECONFERENCE WITH K.
LOGAN AND A. LIU RE: TRANSFERS OF
RECLAMATION CLAIMS (.2); REVIEW EMAIL
FROM E. GORDON RE: CARDINAL HEALTH
(.1); SUBSEQUENT TELECONFERENCE WITH
K. LOGAN AND A. LIU (PART OF CALL)
RE: PAYING TRANSFERRED CLAIMS (.3);
REVIEW EMAIL RE: MADIX OPTING INTO
TRADE LIEN PROGRAM (.1); DRAFT EMAIL
TO A. LIU RE: MADIX OPTING INTO TRADE
LIEN STIPULATION (.1); TELECONFERENCE
WITH H. ETLIN, R. DAMORE AND T.
WUERTZ RE: EXHIBITS TO MOTION FOR
DETERMINATION OF UNRESOLVED
RECLAMATION CLAIMS (.3); WORK ON
ISSUE RE: EXHIBITS TO MOTION FOR
UNRESOLVED RECLAMATION CLAIMS (.1);
REVIEW EMAIL RE: EXHIBITS TO MOTION
FOR DETERMINATION OF UNRESOLVED
RECLAMATION CLAIMS (.2); REVIEW
EMAILS RE: PAYMENT OF TRANSFERRED
CLAIMS (.2); TELECONFERENCE WITH E.
GORDON, A. LIU AND T. WUERTZ RE:
PAYMENT TO THOSE VENDORS THAT HAVE
TRANSFERRED SOME OR ALL OF THEIR
CLAIMS (.2); REVIEW EMAIL FROM F.
GLASS RE: RESOLVING RECLAMATION CLAIM
OF LAURA'S LEAN BEEF (.1); DRAFT
EMAIL TO A. LIU RE: LAURA'S LEAN BEEF
(.1); REVIEW EMAIL FROM A. LIU RE:
MEMORANDUM OF AGREED TERMS WHERE
CLAIMS HAVE BEEN TRANSFERRED (.2);
DRAFT EMAIL TO A. LIU RE: REVIEW OF
MEMORANDUM OF AGREED TERMS WHERE
CLAIMS HAVE BEEN TRANSFERRED (.1);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 09/26/05 | | WORK ON ISSUES RE: TRANSFERRED RECLAMATION CLAIMS (.2); REVIEW EMAIL FROM E. GORDON RE: PAYING RECLAMATION VENDORS WHO HAVE TRANSFERRED THEIR CLAIMS (.1); CONTINUE MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (1.5). |
| --- | --- | --- | --- |
| BONACHEA L | 09/26/05 | 0.80 | REVIEW AND UPDATE CLAIMS TRANSFERRED CHART (.6); TELECONFERENCE AND EMAILS WITH S. EICHEL RE: SAME (.2). |
| ZSOLDOS AF | 09/26/05 | 0.30 | RESEARCH RE: RECLAMATION ORDER (.2); PDF AND SEND SAME TO ATTORNEY (.1). |
| HENRY S | 09/27/05 | 1.80 | WORK ON RECLAMATION OBJECTIONS: MEET WITH S. EICHEL (.3); REVIEW AND REVISE DRAFT (.8); REVIEW CORRESPONDENCE RE: SAME (.3); CONFERENCE WITH S. EICHEL RE: STATUS OF POTENTIAL SETTLEMENT WITH CARDINAL HEALTH (.1); REVIEW CORRESPONDENCE RE: SAME (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 09/27/05 | 10.50 | REVIEW EMAIL FROM H. ETLIN RE: STATUS OF CARDINAL HEALTH (.1); REVIEW CORRESPONDENCE RELATING TO CARDINAL HEALTH IN RESPONSE TO H. ETLIN'S INQUIRY (.1); DRAFT EMAIL TO H. ETLIN RE: STATUS OF CARDINAL HEALTH IN RESPONSE TO HER INQUIRY (.2); REVIEW EMAIL FROM K. LOGAN RE: TELECONFERENCE RE: RECLAMATION CLAIMS TO BE PAID AND DRAFT RESPONSE (.1); TELECONFERENCE WITH H. ETLIN RE: CARDINAL HEALTH SETTLEMENT AND EXHIBITS WITH RESPECT TO MOTION TO DETERMINE UNRESOLVED CLAIMS (.1); TELECONFERENCE WITH S. HENRY RE: STATUS OF CARDINAL HEALTH (.1); REVIEW EXHIBITS TO MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (.4); CONTINUE WORK RE: MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (.3); DRAFT EMAIL TO T. WUERTZ RE: REVISION TO EXHIBITS TO MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (.3); DRAFT, REVIEW AND REVISE MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (5.2); REVIEW EMAILS FROM T. WUERTZ RE: AMENDMENT TO EXHIBITS TO MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIM (.3); DRAFT RESPONSE EMAILS TO T. WUERTZ RE: EXHIBITS TO RECLAMATION MOTION (.2); REVIEW EMAIL FROM J. GLOVER (COUNSEL TO ALLEN CANNING) RE: TRADE/LIEN STIPULATION (.1); DRAFT EMAIL TO G. ESTILL RE: FRONT END SERVICES (.1); ASSIST ON SERVICE ISSUES IN CONNECTION WITH MOTION FOR DETERMINATION OF UNRESOLVED CLAIMS (.1); REVIEW EMAILS RE: TRANSFER OF RECLAMATION CLAIMS (.1); REVIEW EMAIL FROM C. JACKSON (LOGAN & CO) RE: TRANSFERRED CLAIMS (.1); REVIEW EMAIL FROM E. GORDON RE: CARDINAL HEALTH MEMORANDUM OF AGREED TERMS (.1); REVIEW AND REVISE CARDINAL HEALTH MEMORANDUM OF AGREED TERMS (1.0); TELECONFERENCE WITH A. LIU RE: EXHIBITS TO MOTION (.1); TELECONFERENCE WITH H. GLASS RE: PURCHASE OF RECLAMATION CLAIMS AND OPTING INTO STIPULATION (.1); TELECONFERENCE WITH K. LOGAN AND E. GORDON RE: PAYMENT OF TRANSFERRED CLAIMS (.2); DRAFT EMAILS TO E. GORDON RE: CARDINAL HEALTH (.3); REVIEW EMAIL FROM E. GORDON RE: CARDINAL HEALTH (.1); TELECONFERENCE WITH E. GORDON RE: CARDINAL HEALTH (.1); DRAFT EMAIL TO S. ZUBER RE: CARDINAL HEALTH (.1); ADDRESS ISSUE RE: ORDER TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (.3); COMMENCE DRAFTING RECLAMATION ORDER (.2). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BONACHEA L | 09/27/05 | 0.20 | UPDATE CLAIMS TRANSFER CHART (.2). |
| ZSOLDOS AF | 09/27/05 | 1.20 | ORGANIZE NEW RECLAMATION STATEMENTS RECEIVED (.4); UPDATE CHART (.3); SEND RECLAMATION CHART TO XROADS (.3); PDF UPDATED CHART AND EMAIL TO XROADS (.2). |
| HENRY S | 09/28/05 | 2.20 | REVISE RECLAMATION MOTION (1.9); MEET WITH S. EICHEL RE: SAME (.3). |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S              09/28/05          5.50    DRAFT EMAIL TO H. ETLIN RE: CARDINAL
                                                HEALTH (.2); REVIEW AND REVISE ORDER
                                                TO DETERMINE UNRESOLVED RECLAMATION
                                                CLAIMS (.7); DRAFT EMAIL TO J. POST
                                                RE: ORDER TO DETERMINE UNRESOLVED
                                                RECLAMATION CLAIMS (.1); REVIEW EMAIL
                                                FROM A. ZSOLDOS RE: RESPONSE TO
                                                STATEMENT OF RECLAMATION FROM
                                                REFRESHMENT SERVICES (.1); ADDRESS
                                                ISSUES IN CONNECTION WITH RESPONDING
                                                TO CARDINAL HEALTH INQUIRY ISSUES
                                                (.8); TELECONFERENCES WITH S. ZUBER
                                                RE: POTENTIAL CARDINAL HEALTH
                                                SETTLEMENT (.3); ASSIST ON SERVICE
                                                ISSUES IN CONNECTION WITH MOTION TO
                                                DETERMINE UNRESOLVED RECLAMATION
                                                CLAIMS (.2); REVIEW EMAIL RE: MCKEE
                                                CORP. INQUIRY RE: OPTING INTO
                                                RECLAMATION STIPULATION (.1);
                                                TELECONFERENCE WITH J. POST RE:
                                                PROPOSED RECLAMATION ORDER AND DANNON
                                                ISSUE (.1); TELECONFERENCE WITH T.
                                                WUERTZ RE: MCKEE FOODS' INQUIRY (.1);
                                                DRAFT EMAIL TO G. ESTILL RE: FRONT
                                                END SERVICES CONTRACT (.1); REVIEW
                                                EMAIL FROM E. GORDON RE: MD &
                                                VIRGINIA MILK PRODUCERS RE: VENDOR
                                                OPTING INTO STIPULATION (.1); DRAFT
                                                EMAIL TO E. GORDON RE: ISSUE RAISED
                                                BY MD & VIRGINIA MILK PRODUCERS IN
                                                CONNECTION WITH OPTING INTO
                                                STIPULATION (.1); REVIEW EMAILS RE:
                                                VENDORS OPTING INTO RECLAMATION
                                                STIPULATION (.1); TELECONFERENCE WITH
                                                M. CROKER (COUNSEL TO SWIFT & CO.)
                                                RE: REQUIREMENTS TO OPT INTO
                                                RECLAMATION STIPULATION (.1);
                                                TELECONFERENCE WITH T. WUERTZ RE:
                                                SWIFT & CO. (.1); WORK ON ISSUES RE:
                                                CLAIM TRANSFER (.1); DRAFT EMAIL TO
                                                E. GORDON RE: RECLAMATION VENDORS
                                                THAT TRANSFERRED THEIR CLAIMS (.1);
                                                TELECONFERENCE WITH A. CHAN RE:
                                                RECLAMATION CLAIM OF NCR CORP. (.2);
                                                REVIEW EMAIL FROM A. CHAN RE:
                                                RECONCILIATION OF NCR CLAIM (.1);
                                                DRAFT EMAIL TO A. LIU RE:
                                                RECONCILIATION OF NCR CLAIM (.1);
                                                DRAFT EMAIL TO A. LIU AND T. WUERTZ
                                                RE: STATUS OF KRISPY KREME OF SOUTH
                                                FLORIDA LLC (.1); REVIEW EMAILS RE:
                                                TRANSFERRED RECLAMATION CLAIMS (.1);
                                                REVIEW EMAIL FROM A. LIU RE: NCR
                                                REVISED NUMERICAL RECLAMATION (.1);
                                                REVIEW EMAIL FROM F. HUFFARD RE:
                                                RECLAMATION MOTION AND RESPOND TO
                                                SAME (.1); TELECONFERENCE WITH E.
                                                GORDON, A. LIU AND T. WUERTZ RE:
                                                EXHIBITS TO RECLAMATION MOTION (.5);
                                                TELECONFERENCES WITH J. POST RE:
                                                ORDER APPROVING MOTION TO DETERMINE
                                                UNRESOLVED CLAIMS (.2);

DCSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 09/28/05 | | TELECONFERENCE WITH F. HUFFARD RE: HIS COMMENTS TO MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (.2); REVIEW AND REVISE MOTION (.3). |
| BONACHEA L | 09/28/05 | 3.70 | PREPARE SERVICE OF MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (3.7). |
| HENRY S | 09/29/05 | 2.30 | WORK ON RECLAMATION MOTION AND ORDER (1.2); MEET WITH S. EICHEL REGARDING RECLAMATION MOTION (.4); REVIEW CORRESPONDENCE REGARDING SAME (.7). |
| EICHEL S | 09/29/05 | 7.60 | ADDRESS SERVICE ISSUES FOR RECLAMATION MOTION (.1); PREPARE MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS ("RECLAMATION MOTION") (4.3); CONFERENCE WITH S. HENRY RE: EXHIBITS RE: RECLAMATION MOTION (.4); TELECONFERENCE WITH T. WUERTZ AND E. GORDON RE: EXHIBITS TO RECLAMATION MOTION (.3); TELECONFERENCE WITH T. WUERTZ RE: HALLMARK RECLAMATION CLAIM (.1); TELECONFERENCE WITH T. WUERTZ RE: RECLAMATION ISSUES (.1); TELECONFERENCE WITH E. GORDON RE: RECLAMATION MOTION (.1); DRAFT EMAILS RE: RECLAMATION MOTION AND EXHIBITS (.3); DRAFT EMAIL TO H. ETLIN, F. HUFFARD AND OTHERS REQUESTING COMMENTS (.2); TELECONFERENCE WITH E. GORDON AND A. LIU RE: EXHIBITS TO MOTION, AND COVER LETTER TO RECLAMATION VENDORS THAT HAVE OPTED IN (.3); WORK ON SERVICE ISSUES IN CONNECTION WITH RECLAMATION MOTION (.2); TELECONFERENCE WITH L. BONACHEA AND J. POST RE: SERVICE ISSUES AND REVISIONS TO MOTION (.2); REVIEW EMAILS RE: BUNGEE RECLAMATION CLAIM (.1); REVIEW EMAIL FROM E. GORDON RE: RECLAMATION MOTION (.1); DRAFT RESPONSE TO E. GORDON AND OTHERS RESPONDING TO INQUIRY RE: MOTION (.6); REVIEW EMAIL FROM E. GORDON RE: RECLAMATION MOTION (.1); REVIEW EMAILS FROM A. LIU RE: EXHIBITS (.1). |
| BONACHEA L | 09/29/05 | 1.60 | PREPARE SERVICE RE: MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (1.0); COORDINATE WITH S. EICHEL RE: SAME AND FILING OF SAME (.6). |
| ZSOLDOS AF | 09/29/05 | 1.90 | PREPARE PEPSI VENDOR RECLAMATION STATEMENTS AND CORRESPONDENCE FOR S. EICHEL'S REVIEW (.3); CONFER WITH S. EICHEL RE: PEPSI VENDORS (.3); CHECK RECLAMATION VENDORS ON XROADS CHART VS SKADDEN CHART (1.3). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| ROMAN JJ | 09/29/05 | 2.00 | PREPARE AND SERVE DOCUMENTS RE: RECLAMATION ISSUES ON SERVICE LIST (2.0). |
| HENRY S | 09/30/05 | 0.30 | TELECONFERENCE WITH A. WILLIAMS RE: COKE CONSOLIDATED CLAIM (.3). |
| EICHEL S | 09/30/05 | 7.20 | CONTINUE TO PREPARE MOTION TO DETERMINE UNRESOLVED RECLAMATION CLAIMS (6.6); TELECONFERENCE WITH J. POST, J. CASTLE (PT OF TELECONFERENCE) AND H. ETLIN (PT OF TELECONFERENCE) RE: CHANGES TO MOTION FOR DETERMINATION OF UNRESOLVED CLAIMS (.2); ASSIST WITH FILING AND SERVICE ISSUES IN CONNECTION WITH MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (.4). |
| LEAMY JM | 09/30/05 | 0.20 | REVIEW MOTION FOR DETERMINATION OF UNRESOLVED CLAIMS (.2). |
| BONACHEA L | 09/30/05 | 0.80 | PREPARE SERVICE OF MOTION FOR DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (.6); DRAFT NOTICE OF HEARING OF SAME (.2). |
| ZSOLDOS AF | 09/30/05 | 1.70 | PREPARE SERVICE OF MOTION ON RECLAMATION CLAIMANTS (.7); SERVE DOCUMENTS ON PARTIES INVOLVED (.9); TELECONFERENCE WITH S. EICHEL AND A. LIU RE: SERVICE (.1). |
| ROMAN JJ | 09/30/05 | 3.50 | ASSIST WITH SERVICE MOTION RE: DETERMINATION OF UNRESOLVED RECLAMATION CLAIMS (3.5). |

**MATTER TOTAL**                **144.00**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                     Bill Date: 10/06/05
Claims Admin. (PACA/PASA)                                         Bill Number: 1076965

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BONACHEA L | 09/16/05 | 0.20 | ADDRESS SERVICE RE: PACA CLAIMANT (.2). |
| EICHEL S | 09/29/05 | 0.60 | REVIEW PAYMENT OF OLD-DIXIE PACA CLAIM (.4); REVIEW AND REVISE COVER LETTER (.1); DRAFT EMAIL TO E. GORDON RE: COVER LETTER TO PAY OLD-DIXIE CLAIM (.1). |
| MATTER TOTAL | | **0.80** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                **Bill Date: 10/06/05**
**Creditor Meetings/Statutory Committees**                       **Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 09/01/05 | 2.30 | CONTINUE ADDRESSING ISSUE RAISED BY CREDITORS COMMITTEE WITH RESPECT TO CREATION OF EQUITY COMMITTEE (2.3). |
| GRAY RW | 09/01/05 | 1.30 | TELECONFERENCE WITH K. DENNISTON RE: CONFIDENTIALITY AGREEMENT ISSUES (.1); DRAFT MEMORANDUM TO SAME WITH COMPARISON OF COMMITTEE AGREEMENT (.2); TELECONFERENCE WITH S. SHERRILL RE: SEC CONCERNS ABOUT CONFIDENTIALITY ON EQUITY COMMITTEE MATTERS (.2); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.2); REVIEW MEMORANDUM AND CONFIDENTIALITY BYLAW PROVISION FROM M. BARR (.1); ARRANGE FOR UPDATE OF WORKING GROUP LIST FOR EQUITY COMMITTEE LAWYERS (.1); ASSIST WITH CONFIDENTIALITY ISSUES ON DISBANDMENT MOTION (.2); DRAFT MEMORANDUM RE: U.S. TRUSTEE/ FOIA ISSUES (.2). |
| TURETSKY DM | 09/01/05 | 1.40 | E-MAIL TO J. BAKER RE: ISSUES CONCERNING FILING UNDER SEAL OF PLEADINGS CONCERNING EQUITY COMMITTEE (.2); E-MAIL TO D. DUNNE RE: SAME (.5); TELEPHONE CALLS WITH R. WINTER RE: ISSUES CONCERNING SERVICE OF CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.2); DILIGENCE RE: SAME (.5). |
| BONACHEA L | 09/01/05 | 0.20 | PREPARE CERTIFICATE OF SERVICE RE: SEALING OF EQUITY COMMITTEE MOTION (.2). |
| BAKER DJ | 09/02/05 | 1.40 | TELECONFERENCE WITH L. APPEL REGARDING ISSUES RELATED TO EQUITY COMMITTEE (.3); REVIEW ISSUES WITH RESPECT TO POSSIBLE SEALING OF HEARING ON POSSIBLE DISSOLUTION OF EQUITY COMMITTEE (1.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 09/02/05 | 1.40 | REVIEW MEMORANDUM AND SIGNED CONFIDENTIALITY AGREEMENT FROM PAUL HASTINGS AND DRAFT REPLY RE: JEFFERIES FORM (.1); DRAFT MEMORANDUM TO L. APPEL RE: CONFIDENTIALITY AGREEMENT ISSUES FOR PAUL HASTINGS AND COMMITTEE MEMBERS (.2); REVIEW MEMOS ON CONFIDENTIALITY AGREEMENT FORM AND COORDINATE WITH D. TURETSKY RE: SAME (.2); TELECONFERENCE WITH C. JACKSON AND E. ESCAMILLA RE: CONFIDENTIALITY ISSUES ON EQUITY COMMITTEE (.2); REVIEW MILBANK LANGUAGE FOR CONFIDENTIALITY AGREEMENT AND PROVIDE COMMENTS (.1); ASSIST D. TURETSKY RE: CONFIDENTIALITY AGREEMENT ISSUES (.2); REVIEW AND RESPOND TO MEMORANDUM FROM R. WINTER RE: U.S. TRUSTEE ISSUES (.1); REVIEW MOTION TO DISBAND EQUITY COMMITTEE (.3). |
| TURETSKY DM | 09/02/05 | 4.70 | FURTHER DILIGENCE RE: ISSUES CONCERNING FILING UNDER SEAL OF PLEADINGS CONCERNING EQUITY COMMITTEE (1.8); RESEARCH RE: SAME (.6); E-MAIL TO J. BAKER RE: SAME (.1); REVIEW AND COMMENT RE: DRAFT OF CONFIDENTIALITY LETTER BY CREDITORS COMMITTEE TO COUNSEL TO EQUITY COMMITTEE PERTAINING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (1.5); TELECONFERENCES WITH R. WINTER RE: SAME (.3); TELECONFERENCE WITH R. GRAY RE: SAME (.1); TELEPHONE CALLS WITH B. KINNEY RE: SAME (.2); TELECONFERENCE WITH R. GRAY AND E. ESCAMILLA RE: SAME (.1). |
| TURETSKY DM | 09/03/05 | 0.20 | E-MAIL TO H. ETLIN, F. HUFFARD, J. BAKER, R. GRAY, S. BUSEY, L. APPEL, J. CASTLE, AND C. JACKSON RE: RETIREE OBJECTION TO MOTION TO SEAL PLEADINGS RELATING TO EQUITY COMMITTEE (.2). |
| BAKER DJ | 09/06/05 | 1.80 | TELECONFERENCE WITH S. BUSEY AND L. APPEL REGARDING EQUITY COMMITTEE ISSUES (.5); CONTINUE WORK RE: ISSUES RELATED TO MOTION TO SEAL HEARING TO CONSIDER POSSIBLE DISSOLUTION OF EQUITY COMMITTEE (1.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 09/06/05 | 1.10 | TELECONFERENCE WITH S. SHERRILL RE: CONFIDENTIALITY AGREEMENT ISSUES (.1); DRAFT MEMORANDUM TO S. SHERRILL RE: FORM OF CONFIDENTIALITY AGREEMENT FOR SEC (.1); DRAFT MEMORANDUM TO C. JACKSON ET AL. RE: SEC POSITION ON SEALING ISSUES (.2); REVIEW RETIREE LAWYER REQUEST FOR DISBANDMENT MOTION (.1); DRAFT MEMORANDUM TO L. APPEL RE: SAME AND RECOMMENDATION (.2); REVIEW AND COMMENT ON REVISED LANGUAGE FOR WACHOVIA CONFIDENTIALITY AGREEMENT (.1); REVIEW AND RESPOND TO MEMORANDUM FROM S. SHERRILL RE: SEALING MOTION STATUS (.1); FURTHER EMAIL EXCHANGE WITH S. SHERRILL RE: LIMITED RECIPIENTS (.1); REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: RETIREE ACCESS ISSUE (.1). |
| TURETSKY DM | 09/06/05 | 9.40 | REVIEW MOTION TO DISBAND EQUITY COMMITTEE FILED BY CREDITORS COMMITTEE (1.1); RESEARCH RE: ISSUES ARISING IN CONNECTION WITH SAME (.5); E-MAIL TO R. WINTER RE: MILBANK LETTER TO U.S. TRUSTEE CONCERNING SEALING OF MOTION TO DISBAND EQUITY COMMITTEE (.1); TELECONFERENCES WITH R. WINTER RE: MILBANK LETTER TO WACHOVIA AND RETIREES CONCERNING SEALING OF MOTION TO DISBAND EQUITY COMMITTEE (.2);  FURTHER DILIGENCE RE: ISSUES CONCERNING DEBTORS' MOTION TO SEAL PLEADINGS RELATING TO EQUITY COMMITTEE (3.0); DRAFT Q&A FOR L. APPEL IN CONNECTION WITH SAME (4.2); E-MAIL TO F. HUFFARD AND H. ETLIN RE: CREDITORS COMMITTEE MOTION TO DISBAND EQUITY COMMITTEE (.1); E-MAIL TO H. ETLIN, F. HUFFARD, J. CASTLE, L. APPEL, S. BUSEY, C. JACKSON, R. GRAY, AND J. BAKER RE: U.S. TRUSTEE OBJECTIONS TO DEBTORS' AND CREDITORS COMMITTEE'S MOTIONS TO SEAL PLEADINGS CONCERNING EQUITY COMMITTEE (.1); E-MAIL TO J. BAKER AND R. GRAY RE: SAME (.1). |
| BAKER DJ | 09/07/05 | 2.00 | TELECONFERENCE WITH K. DENNISTON AND D. TURETSKY WITH RESPECT TO EQUITY COMMITTEE ISSUES (.5); CONTINUE REVIEW OF CASES WITH RESPECT TO SEALING HEARING (.4); REVIEW MEMORANDUM REGARDING EQUITY COMMITTEE DISSOLUTION (.5); COORDINATE WITH R. GRAY AND D. TURETSKY RE: SEALING ISSUES (0.1); CONTINUE REVIEW OF OUTLINE OF TESTIMONY FOR L. APPEL (.5). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          09/07/05        0.70    TELECONFERENCE WITH S. SHERRILL RE:
                                          SEC ISSUES ON CONFIDENTIALITY
                                          AGREEMENT FOR SEALING (.1);
                                          TELECONFERENCE WITH R. WINTERS RE:
                                          SAME AND PROPOSED ORDER (.1);
                                          COORDINATE WITH J. BAKER AND D.
                                          TURETSKY RE: SEALING ISSUES AND
                                          PROPOSED TELECONFERENCE ON DISCOVERY
                                          (.1); REVIEW MEMORANDUM FROM R.
                                          WINTERS RE: DISCOVERY ISSUES AND
                                          FORWARD TO CLIENT ET AL. (.1); REVIEW
                                          AND PROVIDE COMMENTS ON REVISED
                                          SEALING ORDER (.1); TELECONFERENCE
                                          WITH S. SHERRILL AND D. TURETSKY RE:
                                          SEC ISSUES ON SEALING ORDER (.1);
                                          REVIEW MEMORANDUM RE: RESPONSE TO
                                          U.S. TRUSTEE OBJECTION TO SEALING
                                          MOTION (.1).

TURETSKY DM      09/07/05        8.80    REVISE Q&A FOR L. APPEL RE: MOTION TO
                                          SEAL PLEADINGS CONCERNING EQUITY
                                          COMMITTEE (.7); E-MAIL TO S. BUSEY
                                          RE: SAME (.1); FURTHER DILIGENCE RE:
                                          ISSUES CONCERNING MOTION TO SEAL
                                          PLEADINGS CONCERNING EQUITY COMMITTEE
                                          (2.4); COORDINATE WITH J. BAKER AND
                                          R. GRAY RE: SAME (.1); TELECONFERENCE
                                          WITH C. JACKSON RE: SAME (.1);
                                          FURTHER REVISE ORDER RE: MOTION TO
                                          SEAL PLEADINGS CONCERNING EQUITY
                                          COMMITTEE (1.0); E-MAIL TO S. BUSEY,
                                          C. JACKSON, R. GRAY, AND J. BAKER RE:
                                          SEAL ORDER (.2); E-MAIL TO S. BUSEY
                                          RE: DISCOVERY REQUESTS FROM CREDITORS
                                          COMMITTEE IN CONNECTION WITH MOTION
                                          TO DISBAND EQUITY COMMITTEE (.1);
                                          TELECONFERENCE WITH K. DENNISTON RE:
                                          SAME (.2); TELECONFERENCE WITH J.
                                          BAKER AND K. DENNISTON RE: SAME (.5);
                                          E-MAIL TO L. APPEL, J. CASTLE, H.
                                          ETLIN, F. HUFFARD, S. BUSEY, C.
                                          JACKSON, R. GRAY, AND J. BAKER RE:
                                          SAME (.3); E-MAIL TO L. APPEL, J.
                                          CASTLE, H. ETLIN, F. HUFFARD, S.
                                          BUSEY, C. JACKSON, R. GRAY, AND J.
                                          BAKER RE: RETIREE OBJECTION TO MOTION
                                          TO SEAL DOCUMENTS CONCERNING EQUITY
                                          COMMITTEE (.3); E-MAILS TO R. WINTER
                                          AND S. SHERRILL-BEARD RE:
                                          CONFIDENTIALITY ISSUES CONCERNING
                                          MOTION TO DISBAND EQUITY COMMITTEE
                                          (.3); TELECONFERENCE WITH R. GRAY AND
                                          S. SHERRILL-BEARD RE: SAME (.1);
                                          TELECONFERENCE WITH J. MCCONNELL RE:
                                          SAME (.1); DRAFT MEMORANDUM RE:
                                          RESPONDING TO U.S. TRUSTEE OBJECTION
                                          TO MOTION TO FILE UNDER SEAL
                                          PLEADINGS RELATED TO EQUITY COMMITTEE
                                          (2.3).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| BAKER DJ | 09/08/05 | 0.50 | TELECONFERENCE WITH L. APPEL WITH RESPECT TO ISSUES RELATED TO SEALING HEARING (.3); REVIEW MEMORANDA RELATED TO SEALING (.2). |
|---|---|---|---|
| GRAY RW | 09/08/05 | 0.60 | TELECONFERENCE WITH R. WINTER RE: EQUITY MOTION CONFIDENTIALITY ISSUES (.1); DRAFT MEMORANDUM TO J. BAKER RE: EQUITY COMMITTEE INFORMATION REQUESTS (.1); ASSIST D. TURETSKY RE: NEW ORDER FOR SEALING MOTION (.1); REVIEW MILBANK DOCUMENT PRODUCTION REQUEST (.1); REVIEW AND RESPOND TO MEMORANDUM FROM R. WINTER RE: PAUL HASTINGS ACCESS (.1); FURTHER EMAIL EXCHANGE WITH SAME RE: U.S. TRUSTEE ACCESS (.1). |
| TURETSKY DM | 09/08/05 | 1.50 | ADDITIONAL DILIGENCE RE: ISSUES CONCERNING MOTION TO SEAL PLEADINGS CONCERNING EQUITY COMMITTEE (.2); TELECONFERENCE TO C. JACKSON (LEFT VOICEMAIL) RE: SAME (.1); TELECONFERENCE WITH S. BUSEY, L. APPEL, AND J. CASTLE RE: PREPARATION FOR HEARING TO CONSIDER MOTION TO SEAL PLEADINGS CONCERNING EQUITY COMMITTEE (1.0); E-MAIL TO S. BUSEY RE: PROPOSED ORDER IN CONNECTION WITH MOTION TO SEAL PLEADINGS CONCERNING EQUITY COMMITTEE (.2). |
| BAKER DJ | 09/09/05 | 1.30 | CONTINUE RESOLVING EQUITY COMMITTEE ISSUES (1.3). |
| GRAY RW | 09/09/05 | 1.80 | COMMUNICATE BY EMAIL AND VOICEMAIL WITH C. CHAYAVADHANANGKUR RE: PROFESSIONALS MEETING FOR EQUITY COMMITTEE (.1); COMMUNICATE BY EMAIL AND VOICEMAIL WITH C. CHAYAVADHANANGKUR RE: CONFIDENTIALITY AGREEMENTS FOR JEFFRIES AND MEMBERS (.1); FOLLOW UP WITH SH&B RE: SEALING ORDER AND AD HOC RETIREE CONFIDENTIALITY AGREEMENT ISSUES (.1); REVIEW EQUITY COMMITTEE BYLAWS RE: CONFIDENTIALITY ISSUES (.2); DRAFT MEMORANDUM TO J. BAKER RE: EQUITY COMMITTEE REQUEST FOR MEETING (.1); REVIEW 9/9 DOCKET UPDATE (.1); DRAFT MEMORANDUM TO COMPANY AND ADVISORS RE: EQUITY COMMITTEE REQUEST FOR MEETING (.1); PREPARE CONFIDENTIALITY AGREEMENT FOR COMMITTEE MEMBERS (.9); DRAFT MEMORANDUM TO PAUL HASTINGS RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/09/05 | 0.40 | FURTHER DILIGENCE RE: ISSUES CONCERNING MOTION BY CREDITORS COMMITTEE TO DISBAND EQUITY COMMITTEE (.3); TELECONFERENCE WITH J. MCCONNELL (LEFT VOICEMAIL) RE: SAME (.1). |
| GRAY RW | 09/10/05 | 0.10 | DRAFT MEMORANDUM TO R. WINTERS RE: RETIREE ACCESS AND EMAIL EXCHANGE WITH M. BARR RE: SAME (.1). |
| TURETSKY DM | 09/10/05 | 3.90 | FURTHER RESEARCH RE: ISSUES CONCERNING MOTION BY CREDITORS COMMITTEE TO DISBAND EQUITY COMMITTEE (3.9). |
| TURETSKY DM | 09/11/05 | 0.80 | CONTINUE RESEARCH RE: ISSUES CONCERNING MOTION BY CREDITORS COMMITTEE TO DISBAND EQUITY COMMITTEE (.8). |
| BAKER DJ | 09/12/05 | 3.40 | PREPARE FOR DISCOVERY CONFERENCE ON EQUITY COMMITTEE (.1); DISCOVERY CONFERENCE ON EQUITY COMMITTEE (.7); TELECONFERENCE WITH J. CASTLE WITH RESPECT TO DISCOVERY CONFERENCE (.1); TELECONFERENCE WITH S. BUSEY AND J. CASTLE REGARDING DISCOVERY CONFERENCE (.2); CONFERENCE WITH S. HENRY AND D. TURETSKY REGARDING DISCOVERY CONFERENCE (.3); TELECONFERENCE WITH L. DESPIN REGARDING DISCOVERY CONFERENCE ISSUES (.2); CONTINUE WORK RE: COMMITTEE DISSOLUTION ISSUES (1.8). |
| HENRY S | 09/12/05 | 2.10 | TELECONFERENCE WITH D. TURETSKY, S. BUSEY, J. BAKER, E. ESCAMILLA, K. MEEKER, K. DENNISTON, L. DESPINS AND R. WINTER RE: RESCHEDULING ORDER REGARDING MOTION (.7); FOLLOW UP TELECONFERENCE WITH J. BAKER, D. TURETSKY, S. BUSEY AND J. CASTLE RE: ORDER (.2); MEET WITH D. TURETSKY AND J. BAKER RE: SAME (.3); REVIEW PLEADINGS IN PREPARATION FOR CALLS AND CONFERENCES (.9). |

DO&A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          09/12/05          1.40    TELECONFERENCE WITH D. TURETSKY RE:
                                           SEC SEALING ISSUE (.1); CONFERENCE
                                           WITH D. TURETSKY RE: U.S. TRUSTEE AND
                                           SEC SEALING ISSUE (.2);
                                           TELECONFERENCE WITH C. JACKSON RE:
                                           MILBANK AND SEALING ORDER ISSUE (.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM
                                           R. WINTER RE: SEALING ORDER OK (.1);
                                           TELECONFERENCES/CONFERENCE WITH D.
                                           TURETSKY RE: EQUITY COMMITTEE ISSUES
                                           (.2); TELECONFERENCE WITH S. BUSEY,
                                           ET AL. RE: SEALING ISSUES (.1);
                                           EXCHANGE EMAILS WITH R. WINTER RE:
                                           CLEARING COMMITTEE OBJECTION TO
                                           SEALING ORDER (.1); DRAFT MEMORANDUM
                                           TO J. BAKER, S. BUSEY ET AL. RE:
                                           SEALING/CONFIDENTIALITY AGREEMENT
                                           ISSUE IN VIEW OF NEW ORDER (.2);
                                           REVIEW DIP AGREEMENT CONFIDENTIALITY
                                           PROVISIONS RE: OTTERBOURG ISSUE ON
                                           SEALING (.1); COORDINATE WITH PAUL
                                           HASTINGS RE: FRIDAY BRIEFING MEETING
                                           (.2).

TURETSKY DM      09/12/05          8.40    DILIGENCE RE: ISSUES RELATED TO
                                           CONFIDENTIALITY AGREEMENTS IN
                                           CONNECTION WITH MOTION TO DISBAND
                                           EQUITY COMMITTEE (1.7); RESEARCH RE:
                                           POTENTIAL ISSUES IN CONNECTION WITH
                                           SERVICE OF MOTION TO DISBAND EQUITY
                                           COMMITTEE (4.5); TELECONFERENCES WITH
                                           R. GRAY RE: SAME (.3); MEETING WITH
                                           R. GRAY RE: SAME (.2); TELECONFERENCE
                                           WITH S. BUSEY, R. GRAY, AND C.
                                           JACKSON RE: SAME (.1); TELECONFERENCE
                                           WITH C. JACKSON (LEFT VOICEMAIL) RE:
                                           PROPOSED ORDER TO SEAL PLEADINGS
                                           RELATED TO MOTION TO DISBAND EQUITY
                                           COMMITTEE (.1); E-MAIL TO C. JACKSON
                                           RE: SAME (.1); TELECONFERENCE WITH J.
                                           BAKER, S. HENRY, S. BUSEY, E.
                                           ESCAMILLA, K. MEEKER, K. DENNISTON,
                                           L. DESPINS, AND R. WINTER RE:
                                           SCHEDULING MATTER IN CONNECTION WITH
                                           CREDITORS COMMITTEE'S MOTION TO
                                           DISBAND EQUITY COMMITTEE (.7);
                                           FOLLOW-UP TELECONFERENCE WITH J.
                                           BAKER, S. HENRY, S. BUSEY AND J.
                                           CASTLE (.2); FOLLOW-UP MEETING WITH
                                           J. BAKER AND S. HENRY (.3);
                                           TELECONFERENCE WITH J. MCCONNELL RE:
                                           CREDITORS COMMITTEE MOTION TO DISBAND
                                           EQUITY COMMITTEE (.2).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ            09/13/05        0.90    TELECONFERENCE WITH L. DESPIN
                                            REGARDING EQUITY COMMITTEE ISSUES
                                            (.1); TELECONFERENCE WITH S. BUSEY
                                            REGARDING EQUITY COMMITTEE ISSUES
                                            (.1); CONTINUE WORK ON EQUITY
                                            COMMITTEE DISCOVERY ISSUES (.3);
                                            CONFERENCE WITH D. TURETSKY REGARDING
                                            EQUITY COMMITTEE DISSOLUTION ISSUES
                                            (.2); RESPOND TO EMAIL INQUIRIES FROM
                                            MILBANK WITH RESPECT TO TIMETABLE FOR
                                            DELIVERY OF COMPANY PRESENTATION TO
                                            CREDITORS COMMITTEE (.2).

GRAY RW            09/13/05        0.90    FINALIZE EQUITY COMMITTEE MEMBER
                                            CONFIDENTIALITY AGREEMENT PER REQUEST
                                            OF K. DENNISTON (.3); REVIEW AND
                                            RESPOND TO MEMORANDUM FROM R. WINTER
                                            RE: SEC AND U.S. TRUSTEE ISSUES ON
                                            SEALING (.1); REVIEW MEMORANDUM FROM
                                            D. TURETSKY AND FOIA CASES (.3);
                                            DRAFT MEMORANDUM TO S. BUSEY, J.
                                            BAKER AND D. TURETSKY RE: HANDLING
                                            FOIA ISSUES (.1); ADDRESS
                                            CONFIDENTIALITY AGREEMENT ISSUE WITH
                                            RESPECT TO OTTERBOURG (.1).

TURETSKY DM        09/13/05        6.70    FURTHER RESEARCH RE: POTENTIAL ISSUES
                                            IN CONNECTION WITH SERVICE OF MOTION
                                            TO DISBAND EQUITY COMMITTEE (1.6);
                                            DRAFT MEMORANDUM TO R. GRAY RE: SAME
                                            (1.0); TELECONFERENCE WITH R. WINTER
                                            RE: SERVICE OF MOTION TO DISBAND
                                            EQUITY COMMITTEE TO COUNSEL TO
                                            WACHOVIA (.1); FURTHER RESEARCH RE:
                                            ISSUES IN CONNECTION WITH CREDITORS
                                            COMMITTEE MOTION TO DISBAND EQUITY
                                            COMMITTEE (3.8); MEETING WITH J.
                                            BAKER RE: SAME (.2).

BAKER DJ            09/14/05        4.20    PREPARE FOR TELECONFERENCE REGARDING
                                            PRESENTATION TO CREDITORS COMMITTEE
                                            (.4); PARTICIPATE IN SAME WITH P.
                                            LYNCH, L. APPEL, B. NUSSBAUM, H.
                                            ETLIN AND F. HUFFARD (1.6); TRANSMIT
                                            REPORTS TO MILBANK WITH RESPECT TO
                                            STATUS OF REVIEW OF COMMITTEE
                                            PRESENTATION (.2); CONTINUE REVIEW OF
                                            REVISED PRESENTATION TO BE MADE TO
                                            CREDITORS COMMITTEE (1.3); CONTINUE
                                            WORK RE: MEETING WITH EQUITY
                                            COMMITTEE (.7).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 09/14/05 | 0.90 | REVIEW AND RESPOND TO MEMORANDUM FROM S. BUSEY RE: HANDLING FOIA ISSUES WITH U.S. TRUSTEE AND SEC (.1); REVIEW AND COMMENT ON MEMORANDUM TO U.S. TRUSTEE AND SEC RE: SEALING ORDER AND FOIA (.2); TELECONFERENCE WITH E. ESCAMILLA RE: SAME (.1); TELECONFERENCE WITH C. CHAYAVADHANANGKUR RE: JEFFRIES CONFIDENTIALITY AGREEMENT ISSUES (.1); DRAFT MEMORANDUM TO L. APPEL AND J. CASTLE RE: CONFIDENTIALITY AGREEMENT ISSUE (.1); FURTHER TELECONFERENCE WITH C. CHAYAVADHANANGKUR RE: SAME (.1); TELECONFERENCE WITH J. CASTLE RE: REGULATORY ISSUE IN CONFIDENTIALITY AGREEMENT (.1); FINALIZE JEFFRIES CONFIDENTIALITY AGREEMENT WITH PAUL HASTINGS (.1). |
| TURETSKY DM | 09/14/05 | 8.00 | FURTHER DILIGENCE RE: ISSUES CONCERNING SEALING OF PLEADINGS RELATING TO REQUESTED DISBANDMENT OF EQUITY COMMITTEE (1.1); E-MAIL TO E. ESCAMILLA AND K. MEEKER RE: SAME (.3); E-MAIL TO S. SHERRILL-BEARD RE: SAME (.3); FURTHER RESEARCH RE: ISSUES ARISING IN CONNECTION WITH CREDITORS COMMITTEE MOTION TO DISBAND EQUITY COMMITTEE (6.2); TELECONFERENCE WITH E. ESCAMILLA RE: MOTION TO DISBAND EQUITY COMMITTEE (.1). |
| BONACHEA L | 09/14/05 | 0.20 | REQUEST PLEADINGS FROM TEAM RE: EQUITY COMMITTEE (.2). |
| BAKER DJ | 09/15/05 | 5.90 | TELECONFERENCE WITH L. APPEL WITH RESPECT TO ISSUES RELATED TO EQUITY COMMITTEE (.3); PREPARE FOR TELECONFERENCE WITH MEMBERS OF CREDITORS COMMITTEE (.6); PARTICIPATE IN TELECONFERENCE WITH MEMBERS OF CREDITORS COMMITTEE, TOGETHER WITH MEMBERS OF SENIOR MANAGEMENT AND OUTSIDE ADVISORS (1.2); BEGIN PREPARATION FOR MEETING WITH PROFESSIONALS REPRESENTING EQUITY COMMITTEE (1.1); TELECONFERENCE WITH S. BUSEY AND L. APPEL WITH RESPECT TO ISSUES RELATED TO EQUITY COMMITTEE (.3); REVIEW CASES WITH RESPECT TO ISSUES RELATED TO POSSIBLE DISSOLUTION OF COMMITTEE (2.4). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 09/15/05 | 0.60 | REVIEW MEMOS FROM F. HUFFARD RE: MATERIALS FOR MEETING WITH EQUITY PROFESSIONALS AND EXCHANGE EMAILS WITH J. BAKER RE: MEETING (.1); CONFERENCE WITH D. TURETSKY RE: EQUITY COMMITTEE DISBANDMENT ISSUES (.2); EXCHANGE EMAILS WITH K. DENNISTON RE: MEETING LOGISTICS (.1); COORDINATE WITH PAUL HASTINGS RE: JEFFERIES EXECUTED CONFIDENTIALITY AGREEMENT AND DRAFT MEMORANDUM TO L. APPEL RE: SAME (.1); REVIEW COMMITTEE OBJECTION TO PAUL HASTINGS RETENTION AND DRAFT MEMORANDUM TO L. APPEL ET AL. RE: SAME (.1). |
| TURETSKY DM | 09/15/05 | 10.20 | CONTINUE RESEARCH RE: ISSUES ARISING IN CONNECTION WITH CREDITORS COMMITTEE MOTION TO DISBAND EQUITY COMMITTEE (9.6); MEET WITH R. GRAY RE: SAME (.2); TELECONFERENCE WITH J. BAKER, L. APPEL AND S. BUSEY RE: SAME (.2); TELECONFERENCE WITH E. ESCAMILLA RE: SAME (.2). |
| BAKER DJ | 09/16/05 | 6.10 | CONTINUE PREPARATION FOR MEETING WITH PROFESSIONALS REPRESENTING EQUITY COMMITTEE (1.0); ATTEND MEETING WITH F. WARREN, C. DENNISTON, J. WAREHAM, B. DERROUGH RE: SAME (3.7); TELECONFERENCE WITH K. DENNISTON, S. BUSEY AND D. TURETSKY RE: EQUITY COMMITTEE ISSUES (.6); TELECONFERENCE WITH F. HUFFARD AND L. APPEL WITH RESPECT TO RESULTS OF MEETING WITH EQUITY COMMITTEE (.4); TELECONFERENCE WITH S. BUSEY REGARDING ISSUES RELATED TO EQUITY COMMITTEE (.2); TELECONFERENCE WITH D. DUNNE REGARDING EQUITY COMMITTEE ISSUES (.2). |
| TURETSKY DM | 09/16/05 | 10.80 | FURTHER RESEARCH RE: ISSUES ARISING IN CONNECTION WITH CREDITORS COMMITTEE MOTION TO DISBAND EQUITY COMMITTEE (6.9); FURTHER DILIGENCE RE: SAME (.8); TELECONFERENCE WITH J. BAKER, S. BUSEY, AND K. DENNISTON RE: SAME (.6); PARTIALLY ATTEND MEETING WITH K. DENNISTON, J. WAREHAM, T. CARLSON (AND OTHERS FROM JEFFERIES), F. HUFFARD (AND OTHERS FROM BLACKSTONE), AND J. BAKER RE: COMPANY PRESENTATION TO EQUITY COMMITTEE (2.5). |
| BONACHEA L | 09/16/05 | 0.20 | FOLLOW-UP RE: ON EQUITY COMMITTEE PLEADINGS (.2). |

DQBA