**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| TURETSKY DM | 09/17/05 | 9.90 | DRAFT MEMORANDUM TO WORKING GROUP RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (9.8); E-MAIL TO J. BAKER, S. HENRY AND R. GRAY RE: SAME (.1). |
| BAKER DJ | 09/19/05 | 4.30 | CONTINUE WORK RE: EQUITY COMMITTEE ISSUES (1.3); REVIEW DRAFT MEMORANDUM REGARDING EQUITY COMMITTEE (.8); TELECONFERENCE WITH R. GRAY REGARDING SAME (.1); TELECONFERENCE WITH D. TURETSKY RE: SAME (.1); WORK ON REVISIONS TO MEMORANDUM (1.4); TELECONFERENCE WITH S. BUSEY REGARDING EQUITY COMMITTEE ISSUES (.3); REVIEW TERMS OF DISCOVERY STIPULATION (.3). |
| HENRY S | 09/19/05 | 2.70 | REVIEW CASES CITED IN MOTION (2.7). |
| GRAY RW | 09/19/05 | 0.20 | REVIEW SCHEDULING ORDER ON DISBANDMENT MOTION AND ARRANGE FOR CALENDARING (.1); REVIEW EQUITY COMMITTEE MEMORANDUM AND TELECONFERENCE WITH J. BAKER RE: FINALIZING FOR REVIEW (.1). |
| TURETSKY DM | 09/19/05 | 1.90 | FURTHER DILIGENCE RE: ISSUES ARISING IN CONNECTION WITH CREDITORS COMMITTEE MOTION TO DISBAND EQUITY COMMITTEE (.5); E-MAIL TO S. HENRY RE: SAME (.3); E-MAIL TO S. SHERRILL-BEARD RE: CONFIDENTIALITY ISSUES ARISING IN CONNECTION WITH SERVICE OF CREDITORS COMMITTEE MOTION TO DISBAND EQUITY COMMITTEE (.1); E-MAIL TO R. WINTER, D. DUNNE, L. DESPINS, M. BARR, J. BAKER, R. GRAY, S. BUSEY, C. JACKSON, L. APPEL, J. CASTLE, AND S. SHERRILL-BEARD RE: SAME (.2); E-MAIL TO J. BAKER RE: CONSENT ORDER RE: SCHEDULING RELATED TO MOTION TO DISBAND EQUITY COMMITTEE (.1); TELECONFERENCE WITH J. BAKER RE: SAME (.1); REVISE MEMORANDUM RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.6). |
| BAKER DJ | 09/20/05 | 2.50 | REVIEW REVISED MEMORANDUM REGARDING EQUITY COMMITTEE (1.0); REVISE SAME (1.1); TELECONFERENCE WITH D. TURETSKY REGARDING SAME (.1); TELECONFERENCE WITH S. BUSEY REGARDING EQUITY COMMITTEE ISSUES (.3). |
| RAVIN AS | 09/20/05 | 0.10 | REVIEW MEMOS FROM J. BAKER RE: ISSUES RELATED TO EQUITY COMMITTEE (.1). |

DOBA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/20/05 | 1.60 | TELECONFERENCE WITH J. BAKER RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.1); FURTHER REVISE MEMORANDUM RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (1.3); FURTHER DILIGENCE RE: SAME (.2). |
| BONACHEA L | 09/20/05 | 0.40 | RETRIEVE REQUESTED PLEADINGS AND RESEARCH RE: EQUITY COMMITTEE  (.4). |
| TURETSKY DM | 09/21/05 | 13.10 | FURTHER RESEARCH RE: ISSUES IN CONNECTION WITH CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (3.8); PREPARE MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (8.9); TELECONFERENCE WITH K. CHAYAVADHANANGKUR RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.4). |
| TURETSKY DM | 09/22/05 | 14.10 | TELECONFERENCE WITH K. CHAYAVADHANANGKUR RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (0.2); CONTINUE DRAFTING MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (13.9). |
| TURETSKY DM | 09/23/05 | 1.20 | CONTINUE DRAFTING MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (1.2). |
| GRAY RW | 09/25/05 | 0.60 | REVIEW AND COMMENT ON MOTION RE: EQUITY COMMITTEE (.6). |
| TURETSKY DM | 09/25/05 | 0.90 | FURTHER REVISE MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.9). |
| BAKER DJ | 09/26/05 | 2.80 | CONTINUE REVIEW OF DRAFT EQUITY COMMITTEE PLEADING (1.2); CONTINUE WORK ON REVISIONS TO EQUITY COMMITTEE PLEADING (1.3); CONFERENCE WITH D. TURETSKY REGARDING EQUITY COMMITTEE PLEADING (.3). |
| HENRY S | 09/26/05 | 3.40 | WORK ON PLEADINGS REGARDING COMMITTEE MOTION (1.9); MEET WITH D. TURETSKY RE: PLEADINGS (.3); MEET WITH D. TURETSKY RE: BRIEF ON APPOINTMENT OF EQUITY COMMITTEE (.4); REVIEW DRAFT AND SUGGESTED REVISIONS (.8). |
| GRAY RW | 09/26/05 | 0.70 | REVIEW AND COMMENT ON EQUITY COMMITTEE MOTION (.6); CONFER WITH D. TURETSKY RE: ISSUES ON EQUITY COMMITTEE MOTION (.1). |

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TURETSKY DM | 09/26/05 | 7.80 | FURTHER REVISE MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (2.3); FURTHER RESEARCH RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (4.7); MEETING WITH S. HENRY RE: SAME (.4); MEETING WITH J. BAKER RE: SAME (.3); TELECONFERENCE WITH R. GRAY RE: SAME (.1). |
| BAKER DJ | 09/27/05 | 1.90 | CONFERENCE WITH D. TURETSKY REGARDING EQUITY COMMITTEE ISSUES (.4); REVIEW SUGGESTIONS OF S. BUSEY FOR EQUITY COMMITTEE PLEADINGS (.3); CONTINUE REVIEW OF EQUITY COMMITTEE PLEADINGS (1.2). |
| TURETSKY DM | 09/27/05 | 8.30 | FURTHER RESEARCH RE: ISSUES CONCERNING CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (5.8); MEETING WITH J. BAKER RE: SAME (.4); CONTINUE REVISING MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (2.1). |
| HENRY S | 09/28/05 | 1.30 | FURTHER REVIEW OF DRAFT RE: EQUITY COMMITTEE (1.2); MEET WITH D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 09/28/05 | 13.90 | E-MAILS TO F. HUFFARD AND C. BOYLE RE: MOTION FOR SUMMARY JUDGMENT IN CONNECTION WITH CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.3); TELECONFERENCE WITH F. HUFFARD RE: SAME (LEFT VOICEMAIL) (.1); FURTHER DILIGENCE RE: ISSUES CONCERNING MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (6.4); TELECONFERENCES WITH K. CHAYAVAHANANGKUR RE: SAME (.2); E-MAIL TO S. BUSEY, J. BAKER, R. GRAY, S. HENRY, C. JACKSON RE: SAME (.3); TELECONFERENCE WITH S. HENRY RE: SAME (.1); FURTHER RESEARCH RE: ISSUES IN CONNECTION WITH CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (2.0); FURTHER REVISE MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (3.7); DRAFT COVER LETTERS FOR SERVICE OF MOTION RE: CREDITORS COMMITTEE'S MOTION TO DISBAND EQUITY COMMITTEE (.8). |
| BAKER DJ | 09/29/05 | 4.80 | REVIEW DRAFT OF PLEADING RELATING TO EQUITY COMMITTEE (1.1); REVISE SAME (1.2); REVIEW PLEADING OF U. S. TRUSTEE REGARDING EQUITY COMMITTEE (1.1); REVIEW PLEADING FILED BY EQUITY COMMITTEE WITH RESPECT TO PROPOSED DISSOLUTION OF EQUITY COMMITTEE (1.4). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HENRY S          09/29/05     4.40   WORK ON DISCOVERY ISSUES RE:
                                     COMMITTEE MOTION (3.4); REVIEW
                                     CORRESPONDENCE RE: FILING (.3);
                                     REVIEW MEMORANDUM RE: SAME (.7).

TURETSKY DM      09/29/05     9.40   FURTHER REVISE AND PREPARE FOR FILING
                                     MOTION RE: CREDITORS COMMITTEE'S
                                     MOTION TO DISBAND EQUITY COMMITTEE
                                     (5.1); COORDINATE SERVICE OF SAME ON
                                     COUNSEL TO CREDITORS COMMITTEE, DIP
                                     LENDERS, AND FLORIDA COUNSEL TO
                                     EQUITY COMMITTEE (1.0); E-MAIL TO J.
                                     BAKER AND S. BUSEY RE: SAME (.2);
                                     TELECONFERENCE WITH S. BORDERS RE:
                                     SERVICE OF SAME ON SEC AND COUNSEL TO
                                     EQUITY COMMITTEE (.1); E-MAILS TO S.
                                     BORDERS RE: SAME (.3); TELECONFERENCE
                                     WITH C. JACKSON RE: FILING OF SAME
                                     AND SERVICE OF SAME ON LOCAL
                                     CREDITORS COMMITTEE COUNSEL, U.S.
                                     TRUSTEE, AND COUNSEL FOR RETIREES
                                     (.3); E-MAIL TO L. APPEL, J. CASTLE,
                                     F. HUFFARD, S. BUSEY, C. JACKSON, R.
                                     GRAY, S. HENRY, AND J. BAKER RE:
                                     FILING OF MOTION RE: CREDITORS
                                     COMMITTEE'S MOTION TO DISBAND EQUITY
                                     COMMITTEE (.1); REVIEW U.S. TRUSTEE'S
                                     OBJECTION TO CREDITORS COMMITTEE'S
                                     MOTION TO DISBAND EQUITY COMMITTEE
                                     (.9); E-MAIL TO L. APPEL, J. CASTLE,
                                     F. HUFFARD, S. BUSEY, C. JACKSON, R.
                                     GRAY, S. HENRY, AND J. BAKER RE:
                                     FILING OF U.S. TRUSTEE'S OBJECTION TO
                                     CREDITORS COMMITTEE'S MOTION TO
                                     DISBAND EQUITY COMMITTEE (.2); REVIEW
                                     EQUITY COMMITTEE'S MOTION FOR SUMMARY
                                     JUDGMENT DENYING CREDITORS
                                     COMMITTEE'S MOTION TO DISBAND EQUITY
                                     COMMITTEE AND RELATED MEMORANDUM OF
                                     LAW AND MOTION FOR JUDICIAL NOTICE
                                     (1.0); E-MAIL TO L. APPEL, J. CASTLE,
                                     F. HUFFARD, S. BUSEY, C. JACKSON, R.
                                     GRAY, S. HENRY, AND J. BAKER RE:
                                     FILING OF EQUITY COMMITTEE'S MOTION
                                     FOR SUMMARY JUDGMENT DENYING
                                     CREDITORS COMMITTEE'S MOTION TO
                                     DISBAND EQUITY COMMITTEE AND RELATED
                                     MEMORANDUM OF LAW AND MOTION FOR
                                     JUDICIAL NOTICE (.2).

BONACHEA L       09/29/05     0.20   DISTRIBUTE SEALED MOTION RE: EQUITY
                                     COMMITTEE (.2).

GRAY RW          09/30/05     0.20   REVIEW VOICEMAIL FROM R. WINTER AND
                                     CONSULT WITH D. TURETSKY BY PHONE AND
                                     EMAIL RE: DDI ACCESS REQUEST (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM          09/30/05          1.00     E-MAILS TO R. GRAY AND J. BAKER RE:
                                                REQUEST BY DDI FOR ACCESS TO
                                                CREDITORS COMMITTEE'S MOTION TO
                                                DISBAND EQUITY COMMITTEE AND RELATED
                                                PLEADINGS (.3); DILIGENCE RE: ISSUES
                                                CONCERNING SAME (.4); TELECONFERENCE
                                                WITH C. JACKSON (LEFT VOICEMAIL) RE:
                                                SAME (.1); E-MAIL TO S. BUSEY AND C.
                                                JACKSON RE: SAME (.2).

MATTER TOTAL                          232.10

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)               Bill Date: 10/06/05
Employee Matters (General)               Bill Number: 1076965

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/02/05 | 0.20 | REVIEW MEMORANDUM FROM T. WILLIAMS RE: VARIOUS EMPLOYEE ISSUES (.1); TELECONFERENCE WITH T. WILLIAMS RE: SAME (.1). |
| GRAY RW | 09/06/05 | 1.30 | CONFERENCE WITH J. BAKER RE: SEVERANCE ISSUES (.3); DRAFT MEMORANDUM TO A. DOWD RE: T. WILLIAMS SEVERANCE ISSUES (.1); REVIEW AND REVISE SEVERANCE ANALYSIS (.6); DRAFT MEMORANDUM TO T. WILLIAMS RE: OUTLINE FOR DISCUSSION OF SEVERANCE ISSUES (.1); TELECONFERENCE WITH T. WILLIAMS RE: SAME (.2). |
| GRAY RW | 09/08/05 | 0.10 | TELECONFERENCE WITH T. WILLIAMS RE: SEVERANCE ISSUES (.1). |
| GRAY RW | 09/09/05 | 0.40 | REVIEW AND RESPOND TO MEMORANDUM FROM T. WILLIAMS RE: REHIRING IN GULF COAST (.1); REVIEW SUBPLAN AND DRAFT MEMORANDUM TO A. DOWD RE: SAME (.2); TELECONFERENCE WITH T. WILLIAMS RE: SAME (.1). |
| GRAY RW | 09/12/05 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM RE: SRP INQUIRY (.1). |
| GRAY RW | 09/14/05 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM RE: SRP REQUEST (.1). |
| BAKER DJ | 09/16/05 | 0.70 | REVIEW EMPLOYEE BONUS ISSUES (.7). |
| GRAY RW | 09/22/05 | 0.20 | TELECONFERENCE WITH H. REILLY RE: MSP ISSUES (.1); REVIEW MEMORANDUM FROM H. REILLY (.1). |
| GRAY RW | 09/27/05 | 0.90 | REVIEW MSP MEMOS (.2); TELECONFERENCE WITH H. REILLY RE: SAME (.2); TELECONFERENCE WITH D. TURETSKY RE: SAME (.1); TELECONFERENCE WITH S. REISNER AT K&S RE: SAME (.4). |
| TURETSKY DM | 09/27/05 | 1.30 | RESEARCH RE: ISSUES CONCERNING MSP BENEFITS (1.3). |

**MATTER TOTAL**              **5.30**

DCBA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Executory Contracts (Personalty)**

**Bill Date: 10/06/05**
**Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/05 | 0.10 | TELECONFERENCE WITH B. KICHLER RE: KONICA (.1). |
| LEAMY JM | 09/01/05 | 6.70 | TELECONFERENCE WITH E. LANE RE: REJECTION MOTION (.3); EMAIL FROM E. LANE RE: MERCURY INTERACTIVE (.1); TELECONFERENCE WITH E. LANE RE: IBM (.2); TELECONFERENCE WITH M. BUSENKELL RE: PROJECT ASSISTANTS (.2); TELECONFERENCE WITH C. JACKSON AND R. GRAY RE: GECC OBJECTION (.2); TELECONFERENCE WITH E. LANE RE: IBM SCHEDULES (.2); TELECONFERENCE WITH E. LANE RE: REJECTION MOTION (.2); RESEARCH FOR GECC CONTRACT AND REVIEW CONTRACT (.4); EMAIL TO C. JACKSON RE: SAME (.1); PREPARE REJECTION MOTION (4.5); EMAILS C. JACKSON RE: REJECTION MOTION (.2); REVIEW S. NAIK EMAIL RE: CLC (.1). |
| GRAY RW | 09/02/05 | 0.30 | REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: GE OBJECTION (.1); DRAFT MEMORANDUM TO S. BUSEY RE: CLC ISSUES (.2). |
| LEAMY JM | 09/02/05 | 3.20 | EMAIL E. LANE RE: ANCHOR HOCKING (.1); EMC CONTRACT ANALYSIS (1.5); REVIEW E. LANE EMAIL RE: REJECTION MOTION (.1); REVIEW J. JAMES EMAIL RE: REJECTION MOTION (.1); FINALIZE MOTION TO REJECT (1.0); TELECONFERENCE WITH E. LANE RE: REJECTION MOTION (.2); EMAILS TO C. JACKSON RE: SAME (.2). |
| BONACHEA L | 09/02/05 | 0.60 | PREPARE SERVICE FOR EXECUTORY CONTRACT REJECTION MOTION (.6). |
| GRAY RW | 09/06/05 | 0.70 | TELECONFERENCE WITH S. BUSEY, B. BEAUDOIN, AND J. LEAMY RE: CLC ISSUES (.3); REVIEW FRAUDULENT CONVEYANCE CASES PROVIDED BY B. BOWIN RE: CONTRACT ISSUES (.4). |
| LEAMY JM | 09/06/05 | 4.00 | REVIEW CLC CONTRACT (3.0); REVIEW S. BUSEY EMAILS RE: CLC (.1); REVIEW L. BERKOFF EMAIL RE: GECC AUGUST PAYMENT (.1); EMAIL TO J. CASTLE RE: SAME (.1); REVIEW EMAILS FROM M. KERSEE, C. LADSON RE: EMC (.2); TELECONFERENCE WITH S. BUSEY, B. BOWIN AND R. GRAY RE: CLC (.3); EMAIL TO L. BERKOFF RE: GECC PAYMENT (.2). |
| GRAY RW | 09/07/05 | 0.10 | REVIEW MEMOS FROM S. BUSEY AND A. SPECTOR RE: CLC ISSUES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 09/07/05 | 3.40 | REVIEW S. BUSEY EMAIL RE: CLC (.1); RESEARCH RE: RESPONSE TO CLC MOTIONS (3.3). |
| GRAY RW | 09/08/05 | 0.10 | REVIEW MEMORANDUM RE: UTILITY CONTRACT AND FOLLOW UP WITH J. LEAMY RE: HANDLING (.1). |
| LEAMY JM | 09/08/05 | 2.10 | REVIEW C. BOUCHER EMAIL RE: CLC (.1); REVIEW S. BUSEY EMAIL RE: SAME (.1); TELECONFERENCE WITH E. LANE RE: POTENTIAL REJECTION DAMAGES (.2); REVIEW AND ANALYSIS RE: FAYETTEVILLE CONTRACT (.5); EMAILS WITH E. LANE RE: SAME (.2); RESEARCH RE: CLC (1.0). |
| BONACHEA L | 09/08/05 | 0.20 | TELECONFERENCE WITH ATTORNEY RE: LEASE PAYMENTS TO XEROX CAPITAL (.2). |
| GRAY RW | 09/09/05 | 0.30 | REVIEW AND COMMENT ON PROPOSED MEMORANDUM RE: AT&T ISSUES (.2); REVIEW AND RESPOND TO MEMORANDUM FROM C. WILSON RE: AT&T TELECONFERENCE (.1). |
| LEAMY JM | 09/09/05 | 4.70 | REVIEW E. LANE EMAIL RE: AT&T ANALYSIS REQUEST (.2); REVIEW, RESEARCH, DRAFT ANALYSIS RE: AT&T CONTRACT (3.9); EMAIL TO E. LANE RE: SAME (.2); EMAIL J. CASTLE RE: XEROX MISSED PAYMENT INQUIRY (.2); REVIEW C. JACKSON EMAIL RE: XEROX CURE INQUIRY RE: ALL OPEN LEASES (.2). |
| GRAY RW | 09/10/05 | 0.10 | REVIEW XEROX EMAIL FROM C. JACKSON AND DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.1). |
| LEAMY JM | 09/11/05 | 0.90 | EMAIL FROM E. LANE RE: AT&T CONTRACT (.1); REVIEW XEROX CURE PAYMENT REQUEST (.1); REVIEW EMAIL AND ATTACHMENT FROM C. BOUCHER RE: CLC (.2); ANALYSIS RE: CLC (.5). |
| GRAY RW | 09/12/05 | 1.70 | PREPARE FOR TELECONFERENCE WITH AT&T RE: CONTRACT ISSUES (.1); TELECONFERENCE WITH AT&T, C. WILSON AND I. FRYDMAN RE: CONTRACT ASSUMPTION ISSUES (.6); FURTHER TELECONFERENCE WITH C. WILSON AND I. FRYDMAN RE: SAME (.2); DRAFT MEMORANDUM TO L. APPEL ET AL. RE: AT&T PROPOSAL (.7); REVISE AT&T MEMORANDUM PER COMMENTS FROM C. WILSON (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| LEAMY JM | 09/12/05 | 10.70 | RESEARCH AND ANALYSIS RE: CLC MOTIONS (2.2); EMAILS WITH C. BOUCHER RE: CLC (.2); WORK RE: CLC MOTION (.1); EMAIL J. ROY RE: XEROX (.1); TELECONFERENCE WITH V. ADAMS RE: XEROX (.2); PREPARE OBJECTION TO MOTION TO COMPEL (5.0); PREPARE OBJECTION TO ADMINISTRATIVE EXPENSE REQUEST (2.9). |
|---|---|---|---|
| BONACHEA L | 09/12/05 | 0.20 | ADDRESS SERVICE ISSUES RE: EXECUTORY CONTRACT REJECTION MOTION (.2). |
| GRAY RW | 09/13/05 | 1.40 | REVIEW MEMORANDUM FROM S. BUSEY AND MATERIALS PROVIDED BY CLC COUNSEL (.2); REVIEW DRAFT OBJECTION TO MOTION (.3); TELECONFERENCE WITH J. LEAMY RE: COMMENTS ON SAME AND RELATED ISSUES (.2); EXCHANGE EMAILS WITH C. WILSON AND I. FRYDMAN RE: AT&T ISSUES (.2); REVISE/FINALIZE MEMORANDUM TO L. APPEL ET AL. RE: AT&T ISSUES (.2); REVIEW AND RESPOND TO MEMOS FROM L. APPEL, ET AL. RE: AT&T ISSUES AND NEW REQUIREMENTS CONTRACTS (.2); REVIEW AND COMMENT ON PROPOSED EMAIL RE: CURE OFFER (.1). |
| LEAMY JM | 09/13/05 | 4.60 | REVIEW S. BUSEY EMAIL AND ATTACHMENTS RE: CLC (.3); WORK ON CLC RESPONSE (3.2); EMAIL TO S. BUSEY RE: SAME (.2); REVIEW R. GRAY EMAIL RE: AT&T (.1); REVIEW M. KERSEE EMAIL RE: CLC (.1); REVIEW L. APPEL AND J. CASTLE EMAILS RE: CONTRACT REVIEW PROCESS (.2); ANALYZE XEROX CURE REQUEST (.3); EMAIL TO L. APPEL RE: SAME (.2). |
| BAKER DJ | 09/14/05 | 0.70 | REVIEW DRAFT PLEADINGS FOR CLC LITIGATION (.7). |
| GRAY RW | 09/14/05 | 0.60 | REVIEW DRAFT OBJECTION TO (.2); TELECONFERENCE WITH J. LEAMY RE: COMMENTS ON SAME (.1); PRELIMINARY REVIEW OF SH&B DRAFT OF OBJECTION/COUNTERCLAIM (.2); TELECONFERENCE WITH J. LEAMY RE: SAME (.1). |
| LEAMY JM | 09/14/05 | 2.00 | WORK ON RESPONSE TO CLC ADMINISTRATIVE REQUEST (1.5); EMAILS WITH B. BOWIN RE: CLC (.2); REVIEW SEVERAL M. KERSEE AND C. BOUCHER EMAILS RE: CLC (.3). |
| BONACHEA L | 09/14/05 | 0.60 | SERVE EQUITY SEALING AND AMERICAN KB ORDERS (.6). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 09/15/05 | 3.70 | TELECONFERENCE WITH COMPANY AND XROADS RE: AT&T ISSUES (.6); REVISE/COMMENT ON OBJECTION TO ADMINISTRATIVE CLAIM AND COUNTERCLAIM (.6); REVIEW MEMORANDUM FROM L. APPEL RE: CLC ISSUES AND DRAFT REPLY (.2); TELECONFERENCE WITH S. BUSEY RE: COMMENTS (.1); TELECONFERENCE WITH J. LEAMY RE: CONTRACT ISSUES AND REVISIONS TO MOTION TO COMPEL (.1); REVIEW/COMMENT ON REVISED MOTION TO COMPEL (.4); TELECONFERENCE WITH J. CASTLE, C. BOUCHER, S. BUSEY ET AL. RE: COUNTERCLAIM ISSUES (.8); TELECONFERENCE WITH L. APPEL, J. CASTLE, H. ETLIN ET AL. RE: STRATEGY ISSUES (.7); COORDINATE WITH J. LEAMY ON REVISIONS TO FILING (.1); REVIEW WELLS FARGO LETTER AND FOLLOW UP RE: HANDLING (.1). |
| LEAMY JM | 09/15/05 | 6.10 | TELECONFERENCE WITH B. BOWIN RE: CLC (.1); TELECONFERENCE (PARTIAL ATTENDANCE) WITH J. CASTLE, C. BOUCHER, S. BUSEY, R. GRAY RE: CLC STRATEGY (.7); EMAILS J. CASTLE RE: CLC (.2); EMAILS B. BOWIN RE: CLC (.2); FINALIZE CLC RESPONSE (4.8); REVIEW P. SELLERS LETTER RE: WELLS FARGO LEASES (.1). |
| GRAY RW | 09/20/05 | 0.10 | REVIEW MEMOS FROM S. BUSEY RE: CLC ISSUES AND ARRANGE FOR CALENDARING NEW DATES (.1). |
| LEAMY JM | 09/20/05 | 0.30 | REVIEW E. LANE EMAIL RE: CIT LEASE (.1); REVIEW S. BUSEY EMAILS RE: CLC (.2). |
| GRAY RW | 09/21/05 | 0.60 | DRAFT MEMORANDUM TO H. ETLIN ET AL. RE: CONTRACT/LEASE PROGRESS (.4); REVIEW REPLIES FROM H. ETLIN AND C. BOUCHER (.1); TELECONFERENCE WITH J. RAGASSE RE: CONTRACT/LEASE WORK AND TEAM TELECONFERENCE (.1). |
| LEAMY JM | 09/21/05 | 0.60 | TELECONFERENCE WITH E. SCHULE RE: REJECTION MOTION (.1); PREPARE COSTS ASSOCIATED WITH LEASES TO BE REJECTED PER E. SCHULE REQUEST (.5). |
| GRAY RW | 09/22/05 | 0.10 | REVIEW MEMOS FROM L. APPEL, T. ROBBINS AND H. ETLIN RE: HALLMARK ISSUES (.1). |
| LEAMY JM | 09/22/05 | 0.10 | REVIEW J. RAGASE EMAIL RE: CONTRACT REVIEW PROCESS (.1). |
| GRAY RW | 09/23/05 | 0.10 | REVIEW CLC UPDATE MEMOS FROM S. BUSEY, C. BOUCHER, L. APPEL AND H. ETLIN (.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 09/26/05 | 0.30 | EXCHANGE EMAILS WITH C. WILSON RE: AT&T CONTRACT AMENDMENT (.1); REVIEW MOTION AND COORDINATE WITH J. LEAMY RE: SAME (.2). |
| LEAMY JM | 09/26/05 | 0.70 | REVIEW T. BOOTH EMAIL RE: AT&T (.1); ANALYSIS RE: AT&T CONTRACT (.6). |
| GRAY RW | 09/27/05 | 1.10 | FOLLOW UP RE: KONICA STATUS (.1); TELECONFERENCE WITH C. JACKSON RE: XEROX INQUIRY (.1); REVIEW EMAILS FROM C. JACKSON RE: XEROX ISSUES AND COORDINATE WITH J. LEAMY RE: SAME (.1); DRAFT INSERT FOR AT&T CONTRACT MODIFICATION RE: WAIVER OF CURE RIGHTS/EMAIL TO C. WILSON RE: SAME (.8). |
| LEAMY JM | 09/27/05 | 1.00 | REVIEW AND ANALYSIS RE: XEROX MOTION (.5); EMAIL TO J. JAMES RE: SAME (.2); REVIEW C. JACKSON EMAILS RE: S. STREUSAND INQUIRIES ON XEROX (.2); EMAIL H. WARDEN RE: CIT (.1). |
| LEAMY JM | 09/28/05 | 0.40 | REVIEW M. KERSEE EMAIL AND SPREADSHEET RE: XEROX PAYMENTS (.2); EMAIL C. BOUCASE RE: SAME (.1); REVIEW J. RAGASE EMAIL RE: CONTRACT REVIEW PROCESS (.1). |
| GRAY RW | 09/29/05 | 0.10 | REVIEW SPREADSHEET FROM J. RAGASSE RE: CONTRACT DISPOSITIONS (.1). |
| LEAMY JM | 09/29/05 | 0.30 | REVIEW C. BOUCHER EMAIL RE: XEROX (.1); REVIEW J. JAMES EMAIL AND ANALYSIS ATTACHMENT RE: XEROX (.2). |
| GRAY RW | 09/30/05 | 0.50 | PARTICIPATE IN TELECONFERENCE WITH CLIENT AND ADVISORS RE: EXECUTORY CONTRACT DISPOSITION STATUS (.5). |
| LEAMY JM | 09/30/05 | 2.20 | TELECONFERENCE WITH J. JAMES, J. RAGASE, C. BOUCHER, E. LANE AND R. GRAY RE: REJECTION STRATEGY (.5); REVIEW C. BOUCHER EMAILS RE: XEROX (.2); ANALYSIS RE: XEROX MOTION (.7); ANALYSIS RE: FAYETTEVILLE CONTRACT (.2); EMAIL TO E. LANE RE: SAME (.1); TELECONFERENCE WITH S. STREUSAND RE: XEROX (.3); REVIEW AND RESPOND TO C. JACKSON EMAILS RE: XEROX (.2). |
| **MATTER TOTAL** | | **58.30** | |

DO9A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 10/06/05
Financing (DIP and Emergence)                                    Bill Number: 1076965

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 09/02/05 | 1.80 | REVIEW DIP CREDIT AGREEMENT (1.8). |
| FELD SR | 09/07/05 | 0.90 | CONTINUE TO REVIEW DIP CREDIT AGREEMENT (.9). |
| HENRY S | 09/08/05 | 0.40 | REVIEW DIP LENDERS' REQUEST FOR INFORMATION ON SEPTEMBER 1 HEARING (.1); EMAIL TO FIORELLO REGARDING REQUEST FROM CREDITORS' COMMITTEE RELATING TO PROCEEDS FROM ASSET SALES (.3). |
| FELD SR | 09/08/05 | 3.20 | CONTINUE TO REVIEW DIP CREDIT AGREEMENT (.8); DRAFT MEMORANDUM RE: DIP CREDIT AGREEMENT ANALYSIS (2.4). |
| HENRY S | 09/12/05 | 0.30 | REVIEW MEMORANDUM FROM D. BITTER RE: DIP AGREEMENT (.1); REVIEW MEMORANDUM FROM AON RE: SAME (.2). |
| NECKLES PJ | 09/13/05 | 0.40 | REVIEW CORRESPONDENCE REGARDING CASH MANAGEMENT ORDER AND SALE OF STORES AND SECOND LIEN (.2); CONFERENCES WITH S. HENRY AND S. TEICHER REGARDING THE SAME (.2). |
| NECKLES PJ | 09/15/05 | 0.90 | REVIEW CORRESPONDENCE FROM R. BARUSCH IN CONNECTION WITH CREDIT AGREEMENT (.7); PREPARE REPLY CORRESPONDENCE (.2). |
| GRAY RW | 09/15/05 | 0.10 | REVIEW MEMOS/ISSUES RE: MAC EVENTS UNDER DIP FACILITY (.1). |
| NECKLES PJ | 09/16/05 | 3.50 | CORRESPONDENCE WITH R. BARUSCH RE: DIP AGREEMENT (.5); REVIEW OF 10-K AND APPROPRIATE PROVISIONS OF DIP CREDIT AGREEMENT (2.5); TELECONFERENCE WITH S. LAM AND D. SQUASONI REGARDING REVIEW OF CREDIT AGREEMENT (.5). |
| SQUASONI DW | 09/18/05 | 1.50 | REVIEW DIP CREDIT AGREEMENT AND SECURITY AGREEMENT (1.5). |
| NECKLES PJ | 09/19/05 | 1.50 | REVIEW REVISED DISCLOSURE (.5); CONTINUE REVIEW OF APPROPRIATE PROVISIONS OF DIP CREDIT AGREEMENT (1.0). |
| LAM S | 09/19/05 | 1.80 | TELECONFERENCE WITH P. NECKLES AND D. SQUASONI RE: DISCLOSURES IN 10K (.3); REVIEW OF PRIOR CORRESPONDENCE ON ISSUE AND REVIEW OF DRAFT MD&A (.5); REVIEW OF MEMORANDUM RE: DIP AGREEMENT (1.0). |

po8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SQUASONI DW | 09/19/05 | 7.50 | CONFERENCE WITH P. NECKLES AND S. LAM RE: DIP (.3); REVIEW/ANALYZE DIP CREDIT AGREEMENT AND SECURITY AGREEMENT RE: SAME (7.2). |
| NECKLES PJ | 09/20/05 | 4.00 | REVIEW REVISED DISCLOSURE (.5); REVIEW MEMORANDUM REGARDING DIP CREDIT AGREEMENT (.5); CONFERENCES WITH D. SQUASONI TO DISCUSS THE MEMORANDUM (.5); REVIEW AND REVISE DRAFT DISCLOSURE LANGUAGE AND CONFERENCES WITH R. BARUSCH REGARDING THE SAME (1.0); PARTICIPATE IN TELECONFERENCE WITH KPMG, KING & SPALDING, AND THE COMPANY RE 10K (1.5). |
| LAM S | 09/20/05 | 3.80 | REVIEW DIP AGREEMENT (1.3); PREPARE ISSUES FOR 10K (.3); CONFERENCE WITH P. NECKLES AND D. SQUASONI TO DISCUSS MEMORANDUM AND ISSUES (.5); TELECONFERENCE WITH W-D AND OTHERS RE: REVIEW OF MD&A DRAFT (1.5); PREPARE FOR TELECONFERENCE (.2). |
| SQUASONI DW | 09/20/05 | 3.70 | REVISE ANALYSIS RE: DIP CREDIT AGREEMENT (3.7). |
| NECKLES PJ | 09/21/05 | 3.00 | TELECONFERENCE WITH J. BAKER AND R. BARUSCH REGARDING 10K (.5); REVIEW AND REVISE DESCRIPTIONS (1.5); REVIEW DIP CREDIT AGREEMENT AND CONFERENCES AND CORRESPONDENCE WITH S. LAM REGARDING SAME (1.0). |
| LAM S | 09/21/05 | 2.90 | REVIEW DIP AGREEMENT RE: PLAN ISSUE (1.7); PREPARE ISSUES LIST IN DIP AGREEMENT (.4); REVIEW REVISED DRAFT OF 10-K/MD&A DISCLOSURE (.8). |
| SQUASONI DW | 09/21/05 | 2.50 | REVIEW DIP CREDIT AGREEMENT (2.5). |
| NECKLES PJ | 09/22/05 | 3.50 | REVIEW AND PREPARE RESPONSE TO COUNSEL FOR PASS-THROUGH CERTIFICATE HOLDERS, CORRESPONDENCE IN CONNECTION THEREWITH (1.5); REVIEW REVISED DISCLOSURE IN CONNECTION WITH 10K AND DIP FACILITY, CONFERENCES WITH R. BARUSCH IN CONNECTION THEREWITH (2.0). |
| LAM S | 09/22/05 | 0.50 | REVIEW REVISED DRAFT 10K (.5). |
| BAKER DJ | 09/27/05 | 0.90 | TELECONFERENCE WITH J. HELFAT REGARDING DIP LENDER ISSUES (.3); REVIEW DIP ISSUES REGARDING FORM 10K FILING (.6). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| NECKLES PJ | 09/27/05 | 3.00 | TELECONFERENCE WITH K. HARDY AND D. FIORELLO REGARDING FINANCIAL REPORTING UNDER DIP CREDIT AGREEMENT (.5); REVIEW DIP CREDIT AGREEMENT (1.0); CONFERENCES, CORRESPONDENCE, AND TELECONFERENCES IN CONNECTION WITH DIP CREDIT AGREEMENT (1.5). |
| LAM S | 09/27/05 | 0.60 | ADDRESS DELIVERY OF ANNUAL FINANCIALS AND REVIEW OF CREDIT AGREEMENT PROVISIONS (.6). |
| RAVIN AS | 09/27/05 | 0.30 | DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO ISSUES (.2); REVIEW AFCO ORDER RE: SAME (.1). |
| NECKLES PJ | 09/28/05 | 4.50 | CONFERENCES AND CORRESPONDENCE IN CONNECTION WITH CREDIT AGREEMENT (4.5). |
| LAM S | 09/28/05 | 1.10 | REVIEW OF DRAFTS OF BANK DOCUMENT (.7); TELECONFERENCE WITH D. SQUASONI RE: COMMENTS TO LETTER (.2); TELECONFERENCE WITH P. NECKLES AND D. SQUASONI RE: ISSUES WITH LETTER (.2). |
| RAVIN AS | 09/28/05 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO (.1). |
| SQUASONI DW | 09/28/05 | 7.00 | REVISE/MARK-UP/COMMENT ON OSHR DRAFT LETTER (5.5); TELECONFERENCE WITH P. NECKLES, OSHR AND CLIENT (1.5). |
| NECKLES PJ | 09/29/05 | 1.50 | CONFERENCES AND CORRESPONDENCE WITH WORKING GROUP RELATING TO DIP FACILITY (1.5). |
| BAKER DJ | 09/30/05 | 2.80 | TELECONFERENCE WITH J. HELFAT WITH RESPECT TO POSSIBLE MEETING WITH BANK REPRESENTATIVES (.3); REVIEW POSSIBLE MATERIALS FOR MEETING (.7); FORWARD SAME TO J. HELFAT (.2); PREPARE FOR MEETING WITH DIP LENDER (1.0); TELECONFERENCE WITH F. HUFFARD REGARDING MEETING WITH DIP LENDER (.3); SEND MEMORANDUM TO COMPANY WITH RESPECT TO MEETING ISSUES (.3). |
| NECKLES PJ | 09/30/05 | 4.00 | CONFERENCES AND CORRESPONDENCE WITH WORKING GROUP IN CONNECTION WITH DIP CREDIT AGREEMENT (3.5); CONFERENCES WITH COUNSEL TO DIP AGENT IN CONNECTION WITH CORPORATE REPORTING (.5). |
| SQUASONI DW | 09/30/05 | 3.30 | REVIEW AND REVISE LETTER (3.3). |
| MATTER TOTAL | | **76.80** | |

DOBA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Insurance**

**Bill Date: 10/06/05**
**Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/05 | 0.50 | TELECONFERENCE WITH J. BAKER RE: INSURANCE COVERAGE AND COMMUNICATION TO COMMITTEES RE: SAME (.2); DRAFT PROPOSED EMAIL TO COMMITTEE COUNSEL RE: INSURANCE (.3). |
| BAKER DJ | 09/06/05 | 1.80 | ADDRESS ISSUES RELATED TO INSURANCE COVERAGE OR DAMAGE CAUSED BY HURRICANE KATRINA (1.8). |
| HENRY S | 09/06/05 | 0.30 | EMAIL TO BITTER RE: SURETY BOND PROGRAM (.3). |
| GRAY RW | 09/06/05 | 0.10 | REVIEW MEMORANDUM FROM L. MANDEL RE: HURRICANE INSURANCE ISSUES AND COORDINATE WITH J. BAKER RE: RESPONSE (.1). |
| BAKER DJ | 09/08/05 | 1.30 | CONTINUE REVIEW OF INSURANCE ISSUES (1.3). |
| BAKER DJ | 09/13/05 | 0.60 | CONTINUE REVIEW OF INSURANCE ISSUES (.6). |
| HENRY S | 09/14/05 | 0.60 | TELECONFERENCE WITH PENNINGTON RE: LIFT STAY MOTION (.1); FACT GATHERING RE: SAME (.3); TELECONFERENCE WITH J. POST RE: SAME (.1); TELECONFERENCE WITH J. POST AND PENNINGTON RE: SAME (.1). |
| HENRY S | 09/16/05 | 1.10 | CONFERENCE WITH D. BITTER, C. BOUCHER, S. FELD AND AON REPRESENTATIVES RE: COMMUNICATIONS WITH SURETY COMPANIES (.7); PREPARE FOR TELECONFERENCE (.4). |
| FELD SR | 09/16/05 | 1.20 | CONFERENCE CALLS WITH D. BITTER, C. BOUCHER AND G. HEEKIN RE: SURETY BOND FACILITY (1.2). |
| HENRY S | 09/19/05 | 0.80 | DEVELOP NEXT STEPS RE: SURETY BOND ISSUE (.8). |
| FELD SR | 09/19/05 | 0.30 | REVIEW EMAILS RE: LIFE INSURANCE ISSUE (.3). |
| FELD SR | 09/20/05 | 0.50 | REVIEW SURETY BOND FACILITY PRECEDENT (.4); FOLLOW UP LIFE INSURANCE ISSUE (.1). |
| ZSOLDOS AF | 09/20/05 | 0.40 | SEARCH DOCKET FOR AND DISTRIBUTE FIRST DAY MOTION RE: SURETY BONDS ISSUED BY LIBERTY MUTUAL BETWEEN DEBTORS AND ORDER THE COURT APPROVED (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 09/21/05 | 0.50 | PREPARE EMAIL TO D. BITTER RE: SURETY BOND FACILITY MOTION (.3); FOLLOW UP ON TOBACCO BOND ISSUES (.2). |
| FELD SR | 09/22/05 | 0.10 | FOLLOW UP RE: TOBACCO BOND ISSUE (.1). |
| GRAY RW | 09/23/05 | 0.20 | REVIEW VOICEMAIL FROM M. COMERFORD RE: INSURANCE POLICY AND DRAFT MEMORANDUM TO L. APPEL RE: SAME (.1); REVIEW FOLLOW UP EMAILS FROM H. ETLIN AND L. APPEL RE: COMMITTEE REQUEST (.1). |

**MATTER TOTAL**          <u>**10.30**</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                          **Bill Date: 10/06/05**
**Leases (Real Property)**                                **Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 09/01/05 | 0.70 | REVIEW MEMOS RE: 502 ISSUE (.7). |
| FELD SR | 09/01/05 | 3.20 | REVIEW VICTORY LEASE ISSUE (.6); REVIEW VICTORY OBJECTION (.4); REVIEW NONDISTURBANCE AGREEMENT (.8); REVIEW LEASE AND CORRESPONDENCE RE: STORE 423 (1.1); TELECONFERENCE WITH C. JACKSON RE: STORE 423 AND OVERBID REQUIREMENT (.2); REVIEW EMAILS RE: OVERBID REQUIREMENTS (.1). |

DD8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 09/01/05 | 8.30 | REVIEW LETTER RE: STORE 237 (.3); TELECONFERENCE WITH MANAGEMENT SUPERVISOR RE: SAME (.1); FINALIZE LETTER TO FRANKFORD DALLAS (.4); FINAL REVIEW OF ORDER TO 4TH OMNIBUS LEASE REJECTION MOTION (.2); TELECONFERENCE WITH E. SCHULE RE: SAME (.1); REVISE 365 (D)(4) ORDER (1.0); TELECONFERENCE WITH S. HENRY RE: PENDING ISSUES (.2); TELECONFERENCE WITH S. FELD RE: 2711 (.1); TELECONFERENCE WITH C. REYNOLDS RE: DJM ISSUE (.1); TELECONFERENCE WITH B. GASTON RE: 2711 (.1); REVIEW EMAIL FROM B. GASTON RE: SAME (.4); TELECONFERENCE WITH COUNSEL FOR STORE 2711 (.2); TELECONFERENCE WITH S. FELD RE: 423 (.2); TELECONFERENCE WITH B. GASTON RE: SAME (.3); TELECONFERENCE WITH K. NEIL RE: LEASES AND SUBLEASES (.2); DRAFT NOTICE OF HEARING FOR 5TH OMNIBUS LEASE REJECTION MOTION (.4); TELECONFERENCE WITH D. SMITH RE: 237 AND 409 (.2); TELECONFERENCE WITH C. REYNOLDS RE: STORE 260 (.2); TELECONFERENCE WITH S. HENRY RE: OBJECTION (.2); TELECONFERENCE WITH S. FELD AND C. JACKSON RE: STORE 423 AND OTHER ISSUES (.2); EMAIL REVISED ORDER TO 365(D)(4) MOTION TO COMPANY (.2); EMAIL REVISED ORDER TO 365(D)(4) MOTION TO OBJECTING LANDLORDS (.5); SEND EMAIL TO J. CASTLE RE: STORE 260 (.1); EMAIL TO OBJECTING LANDLORD RE: WITHDRAWAL (.2); CONFER WITH S. HENRY RE: SAME (.2); ANALYZE OUTSTANDING ISSUES (.5); REVIEW 5TH LEASE REJECTION MOTION TO PREPARE FOR FILING (.3); TELECONFERENCE WITH L. BONACHEA RE: SALE ORDERS (.2); REVIEW DOCUMENTS RE: STORE 260 (.4); REVIEW DOCUMENTS RE: 423 (.3); TELECONFERENCE WITH COUNSEL RE: 1852 (.1); FOLLOW UP TELECONFERENCE WITH D. SMITH RE: LETTER (.2). |
| TURETSKY DM | 09/01/05 | 0.30 | TELECONFERENCE WITH I. GOLD RE: LEASE RELATED INQUIRY (.1); E-MAIL TO D. KALOUDIS AND S. HENRY RE: SAME (.2). |
| BONACHEA L | 09/01/05 | 0.50 | SERVE 4TH OMNIBUS LEASE REJECTION MOTION (.5). |
| HENRY S | 09/02/05 | 0.20 | TELECONFERENCE WITH D. KALOUDIS REGARDING OBJECTION BY LANDLORD (.2). |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| KALOUDIS D | 09/02/05 | 5.50 | FINALIZE FILING OF 5TH OMNIBUS LEASE REJECTION MOTION (.8); TELECONFERENCE WITH C. JACKSON RE: SAME (.2); TELECONFERENCE WITH L. BONACHEA RE: SERVICE OF 4TH OMNIBUS LEASE REJECTION ORDER AND 5TH OMNIBUS MOTION (.1); TELECONFERENCE WITH K. NEIL OF WINN-DIXIE RE: LL NOTICE ADDRESSES (.1); TELECONFERENCE WITH J. LEAMY RE: 1381 FUEL CENTER (.1); TELECONFERENCE WITH M. CHLEBOVEC RE: OUTSTANDING QUESTIONS (.5); MONITOR BUEHLERS DOCKET (.2); TELECONFERENCE WITH COUNSEL TO STORE 237 RE: PIGEON, ROOF, FIRE DOOR ISSUES (.3); FORWARD CORRESPONDENCE TO M. CHLEBOVEC R: 2721 (.1); REVIEW LETTER RE: STORE 260 (.1); REVIEW AGENDA RE: OBJECTIONS (.1); TELECONFERENCE WITH R. GRAY RE: SAME (.1); EMAIL TO M. CHLEBOVEC RE: STORE 260 (.1);  EMAIL TO M. CHLEBOVEC RE: STORE 2721 (.1); TELECONFERENCE WITH L. BONACHEA RE: LEASE DOCUMENT WEBSITE (.1); TELECONFERENCE WITH C. REYNOLDS RE: STORE 260 (.3); EMAIL TO C. REYNOLDS RE: STORE (.1); EMAIL REVISED PROPOSED ORDER TO 365(D)(4) MOTION TO COMMITTEE (.2); EMAIL REVISED PROPOSED ORDER TO 365(D)(4) MOTION TO BANK (.2); FOLLOW UP TELECONFERENCE WITH C. REYNOLDS RE: STORE 260 (.2); TELECONFERENCE WITH D. WANDER RE: SAME (.1); TELECONFERENCE WITH C. JACKON RE: FILING 5TH OMNIBUS LEASE REJECTION MOTION (.1); TELECONFERENCE WITH J. LEAMY RE: SAME (.3); CONFER WITH S. HENRY RE: SAME (.2); FINALIZE SERVICE ISSUES RE: SAME (.8). |
|---|---|---|---|
| LEAMY JM | 09/02/05 | 0.20 | TELECONFERENCE WITH K. DAW RE: FUEL CENTER LEASE (.1); TELECONFERENCE WITH D. KALOUDIS RE: SAME (.1). |
| BONACHEA L | 09/02/05 | 0.30 | PREPARE SERVICE FOR 5TH OMNIBUS LEASE REJECTION MOTION (.3). |
| HENRY S | 09/06/05 | 1.20 | REVIEW MEMORANDUM REGARDING BUEHLER'S PROOFS OF CLAIM (.3); TELECONFERENCE D. KALOUDIS RE: SAME (.1); TELECONFERENCE D. KALOUDIS RE: FILING 365 (D)(4) OBJECTION (.1); REVIEW CORRESPONDENCE RE: RESOLUTION OF OBJECTIONS (.1); RESPOND TO CORRESPONDENCE FROM DJM AND XROADS INVOLVING E.W. JAMES MOTION (.2); MEET WITH D. KALOUDIS REGARDING E.W. JAMES MOTION (.2); RESPOND TO CORRESPONDENCE FROM C. JACKSON REGARDING RESOLUTION OF OBJECTION TO 365(D)(4) EXTENSION (.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| KALOUDIS D | 09/06/05 | 5.50 | REVIEW FILES RE: STORE 260 (.3); REVIEW FILE RE: STORE 237 (.4); TELECONFERENCE WITH C. REYNOLDS RE: STORES 260 AND 237 (.3); REVIEW E-MAIL FROM COMPANY RE: SAME (.1); REVIEW BUEHLERS DOCKET (.4); DRAFT E-MAIL TO COMPANY RE: BUEHLERS PROOF OF CLAIM (.3); REVIEW AGENDA (.3); TELECONFERENCE WITH R. GRAY RE: SAME (.1); CONFER WITH S. HENRY RE: BUEHLERS AND AWG (.5); REVISE HEARING OUTLINE RE: MOTION 365 (.3); TELECONFERENCE WITH S. HENRY RE: HEARING OUTLINE (.2); REVISE BUEHLERS EMAIL (.2); TELECONFERENCE WITH R. GRAY AND D. TURESTSKY RE: PLAN EXTENSION HEARING OUTLINE (.2); TELECONFERENCE WITH M. CHLEBOVEC RE: HEARING AND 365(D)(4) MOTION (.2); ANALYZE E-MAIL CORRESPONDENCE RE: SAME (.5); REVISE OUTSTANDING ISSUES LIST (.4); REVIEW SUBLEASE CORRESPONDENCE LIST PROVIDED BY COMPANY (.2); REVIEW E-MAIL FROM C. JACKSON RE: CLOSING OF STORES (.1); REVIEW CERTIFICATE OF SERVICE NOTICE (.1); RESEARCH 9019 MOTION ISSUES (.4). |
|---|---|---|---|
| KALOUDIS D | 09/07/05 | 5.20 | TELECONFERENCE WITH L. BONACHEA RE: CASE CALENDAR (.2); TELECONFERENCE WITH L. BONACHEA RE: LEASES (.3); TELECONFERENCE WITH TELSA RE: LEASES (.2); TELECONFERENCE WITH B. GASTON RE: REJECTION MOTION AND OTHER LEASE ISSUES (.5); TELECONFERENCE WITH E. SCHULE RE: HEARING OUTLINE (.3); TELECONFERENCE WITH S. HENRY RE: REVISED ORDER (.2); REVISE 365(D)(4) ORDER (.9); RESPOND TO QUESTIONS FROM COMMITTEE RE: 365 MOTION (.5); TELECONFERENCE WITH COUNSEL FOR OBJECTING LANDLORD (.5); BEGIN DRAFTING LEASE REJECTION MOTION (1.1); EMAIL TO C. JACKSON RE: OUTSTANDING ISSUES (.2); REVIEW OUTSTANDING ISSUES LIST (.3). |
| HENRY S | 09/08/05 | 1.40 | TELECONFERENCE WITH D. KALOUDIS REGARDING ORDER ON EXTENSION OF TIME TO REJECT LEASES (.1); REVIEW SAME (.1); TELECONFERENCE WITH D. KALOUDIS AND JACKSON RE: SAME (.3); MEET WITH D. KALOUDIS TO WORK THROUGH REVISIONS (.5); WORK ON NOTICE ISSUE RE: PREVIOUSLY REJECTED LEASE WITH D. KALOUDIS (.4). |

DO9A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D       09/08/05       6.20    REVISE 365(D)(4) ORDER (.8); CONFER
                                        WITH S. HENRY RE: SAME (.1);
                                        TELECONFERENCE WITH C. JACKSON RE:
                                        SAME (.1); TELECONFERENCE WITH TELSA
                                        RE: LEASES (.2); TELECONFERENCE WITH
                                        A. RAVIN RE: SAME (.4);
                                        TELECONFERENCE WITH S. HENRY AND C.
                                        JACKSON RE: ORDER (.3); REVISE ORDER
                                        (.5); MEET WITH S. HENRY RE: ORDER
                                        (.4); CONTINUE DRAFTING LEASE
                                        REJECTION ISSUES (1.2);
                                        TELECONFERENCE WITH LANDLORD STORE
                                        883 (.4); TELECONFERENCE WITH T.
                                        GREEN RE: LEASES (.2); TELECONFERENCE
                                        WITH B. GASTON RE: SAME (.1); FOLLOW
                                        UP ON ISSUE RE: STORE 1852 (.2);
                                        REVIEW FILE RE: NOTICE ISSUE ON
                                        LEASES (.3); CONFER WITH S. HENRY RE:
                                        SAME (.4); ANALYZE ISSUES RE: STORE
                                        1095 (.4); TELECONFERENCE WITH C.
                                        HALL RE: SAME (.2).

BONACHEA L       09/08/05       0.20    TELECONFERENCE WITH D. KALOUDIS AND
                                        M. HEINZ RE: LEASES WEBSITE (.2).

GRAY RW          09/09/05       0.10    REVIEW NOTICE OF DISCHARGE AND DRAFT
                                        MEMORANDUM TO J. CASTLE RE: SAME
                                        (.1).

EICHEL S         09/09/05       0.20    REVIEW EMAIL RESPONSE FROM C. JACKSON
                                        RE: M. HAGAR'S REQUEST RE: SUMMARY OF
                                        SEPTEMBER 1 HEARING (.1);
                                        TELECONFERENCE WITH M. HAGAR RE: SAME
                                        (.1).

KALOUDIS D       09/09/05       4.10    TELECONFERENCE WITH B. GASTON RE:
                                        REJECTION MOTION (.4); TELECONFERENCE
                                        WITH S. HENRY RE: SAME (.1);
                                        TELECONFERENCE WITH S. KENYON RE:
                                        SAME, AWG AGREEMENT AND SNDA'S (.3);
                                        TELECONFERENCE WITH D. SMITH RE:
                                        STORE 237 (.2); REVIEW E-MAIL RE:
                                        SAME (.2); READ ADDITIONAL
                                        CORRESPONDENCE RE: SAME (.2);
                                        TELECONFERENCE WITH LANDLORD RE: RENT
                                        CLAIM (.3); REVIEW LEASES SUBJECT TO
                                        REJECTION MOTION (1.4); REVIEW
                                        AMERICAN ORDER (.3); ANALYZE LEASE
                                        ISSUES REQUIRING ATTENTION (.5);
                                        REVIEW ORDERS ENTERED (.2).

HENRY S          09/12/05       1.80    TELECONFERENCE WITH D. KALOUDIS RE:
                                        REJECTION MOTION (.2); MEET WITH D.
                                        KALOUDIS RE: SAME (.4); REVIEW
                                        TEMPLATE (.2); MEET WITH D. KALOUDIS
                                        RE: SAME (.1); REVIEW MEMORANDA RE:
                                        SAME (.7); WORK ON ORDER RE:
                                        365(D)(4) MOTION (.2).

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          09/12/05          5.10    REVIEW LEASES (.3); REVISE REJECTION
                                              MOTION (1.0); TELECONFERENCE WITH S.
                                              HENRY RE: REJECTION MOTION (.2);
                                              REVISE EW JAMES SETTLEMENT MOTION
                                              (.5); REVIEW EMAIL FROM XROADS  RE:
                                              STORE 1618 (.3); TELECONFERENCE WITH
                                              B. GASTON RE: STATUS UPDATE (.2);
                                              REVIEW REVISED AWG AGREEMENT (.3);
                                              TELECONFERENCE WITH LANDLORD RE:
                                              STORE 2382 (.2); CONTINUE TO REVISE
                                              LEASE REJECTION MOTION (.5); MEET
                                              WITH S. HENRY RE: MOTION TO REJECT
                                              LEASES (.4); MAKE ADDITIONAL CHANGES
                                              TO LEASE REJECTION MOTION (.6);
                                              TELECONFERENCE WITH S. HENRY RE: SAME
                                              (.1); TELECONFERENCE WITH B. GASTON
                                              RE: LEASES AND SUBLEASES (.3); REVIEW
                                              AGREEMENT (.2).

HENRY S             09/13/05          1.90    REVIEW CORRESPONDENCE RE: REJECTION
                                              ISSUE (.8); FOLLOW UP RE: SAME (.7);
                                              TELECONFERENCE WITH D. KALOUDIS RE:
                                              SAME (.4).

KALOUDIS D          09/13/05          7.50    TELECONFERENCE WITH B. GASTON RE:
                                              SUBLEASES (.2); REVIEW E-MAIL FROM B.
                                              GASTON RE: SAME (.1); TELECONFERENCE
                                              WITH S. EICHEL RE: LEASE (.1);
                                              TELECONFERENCE WITH R. FIELDSTONE RE:
                                              OCALA STORE (.1); READ E-MAILS RE:
                                              SAME (.2); TELECONFERENCE WITH M.
                                              CHLEBOVEC RE: STORE 1328 (.1);
                                              TELECONFERENCE WITH LANDLORD RE:
                                              STORE 1857 (.2); TELECONFERENCE WITH
                                              M. CHLEBOVEC RE: STORES 1857 AND 1328
                                              (.3); REVISE LEASE REJECTION MOTION
                                              AND ORDER (2.5); PREPARE FOR MEETING
                                              RE: LEASE ISSUES (.2); MEET WITH S.
                                              HENRY RE: LEASE ISSUES (.5); REVISE
                                              OUTSTANDING LIST OF ISSUES (.4); READ
                                              CORRESPONDENCE E-MAIL (.6); READ
                                              AMENDMENTS RE: STORE 1024 (1.1);
                                              REVIEW LEASE REJECTION MOTION SENT BY
                                              C. JACKSON (.3); REVIEW NEW VERSION
                                              OF SETTLEMENT AGREEMENT (.3); RESPOND
                                              TO SUBLEASE TELECONFERENCE SET UP
                                              (.2); REVIEW E-MAILS RE: LEASES AND
                                              CONTACT INFO (.1).

BONACHEA L          09/13/05          0.10    TELECONFERENCE WITH D. KALOUDIS RE:
                                              365(D)(4) ORDER (.1).

HENRY S             09/14/05          2.60    TELECONFERENCE WITH KAROL RE: E.W.
                                              JAMES AGREEMENT (.2); TELECONFERENCE
                                              WITH KAROL AND JACKSON RE: SAME (.2);
                                              REVIEW AGREEMENT (.4); REVISE MOTION
                                              RE: SAME (.8); MEET WITH D. KALOUDIS
                                              RE: SAME (.4); SUPERVISION OF EMAILS
                                              TO CLIENT RE: SAME (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 09/14/05 | 8.40 | REVISE LEASE REJECTION MOTION AND EXHIBITS (1.6); CONFER WITH S. HENRY RE: SAME (.1); MEETING WITH S. HENRY RE: SETTLEMENT AGREEMENT (.4); TELECONFERENCE WITH C. JACKSON, S. KAROL AND B. GASTON RE: SAME (.2); REVISE LEASE REJECTION MOTION INCORPORATING COMMENTS FROM TELECONFERENCE (.8); FORWARD SAME TO COMPANY AND REAL ESTATE ADVISORS FOR REVIEW (.2); TELECONFERENCE WITH S. KENYON RE: 1024 SUBTENANT (.2); TELECONFERENCE TO LANDLORD RE: 1857 (.1); PREPARE FOR TELECONFERENCE (.3); TELECONFERENCE WITH M. CHLEBOVEC, S. HENRY, S. KAROL, E. AMONDOLO, B. GASTON AND A&M (.6); DISCUSS FOLLOW UP ISSUES WITH S. HENRY RE: SAME (.2); TELECONFERENCE WITH B. GASTON RE: SAVINGS AND LEASE REJECTION MOTION (.2); EMAIL TO S. KENYON RE: STORE 1024 AND AGREEMENT (.2); REVISE LEASE REJECTION MOTION AND INCORPORATE SH&H COMMENTS (.9); REVISE PROPOSED FORM OF ORDER (.4); FORWARD DRAFT OF REJECTION MOTION AND PROPOSED ORDER TO CREDITORS' COMMITTEE (.3); FORWARD DRAFT OF REJECTION MOTION AND PROPOSED ORDER TO LENDER (.3); REVISE RESPONSE TO LANDLORD RE: STORE 1612 (.3); READ E-MAILS RE: SUBLEASES (.2); READ EMAIL RE: EAGLE (.1); REVIEW E-MAIL RE: BUEHLERS PROOF OF CLAIM (.2); TELECONFERENCE WITH M. CHLEBOVEC RE: SAME (.1); RESEARCH STORE 2624 (.3); TELECONFERENCE WITH S. HENRY RE: SAME (.1); RESPOND TO J. CASTLE RE: SAME (.1). |
| BONACHEA L | 09/14/05 | 0.40 | SERVE ORDER RE: 365(D)(4) LEASE EXTENSION (.4). |
| GRAY RW | 09/15/05 | 0.10 | ASSIST WITH SERVICE ISSUE ON 365(D)(4) ORDER (.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 09/15/05 | 5.30 | TELECONFERENCE WITH R. FIELDSTONE COUNSEL TO LANDLORD FOR STORE 2287 RE: CLAIM (.3); EMAIL TO C. JACKSON RE: TARGETED STORES (.1); REVIEW RESPONSE (.1); DRAFT EMAIL TO SG&R AND BLACKSTONE RE: FASB CHART (.2); REVIEW RESPONSE (.1); REVIEW EMAIL RE: BUEHLERS (.1); EMAIL COMPANY RE: STORE1587 (.2); REVIEW CORRESPONDENCE RECEIVED FROM PROPERTY MANAGER OF STORE 2707 (.2); REVIEW E-MAIL RE: SUBLEASE AGREEMENTS (.3); TELECONFERENCE WITH B. GASTON RE: STORES 2707, 529, 1897, 416 AND CONFIRMATION OF NUMBERS IN REJECTION MOTION (.6); TELECONFERENCE WITH S. KENYON RE: AGREEMENT AND MOTION (.1); TELECONFERENCE WITH L. PRENDERGAST RE: REPLY DEADLINE (.1); FOLLOW UP ON ISSUES RE: STORE 1328 (.2); TELECONFERENCE WITH COMPANY RE: SUBTENANT (.2); FOLLOW UP WITH COMPANY RE: SUBTENANT INFORMATION AND PROPERTY ADDRESSES (.5); REVIEW OBJECTION TO LEASE REJECTION MOTION (.5); TELECONFERENCE WITH L. BONACHEA RE: REJECTION MOTION FILING (.2); RESPOND TO E-MAIL RE: SAME (.1); ADDRESS ISSUES RE: REJECTION MOTION (.4); TELECONFERENCE WITH L. BONACHEA RE: SAME (.1); REVIEW NOTICE OF HEARING RE: SAME (.2); REVISE LEASE REJECTION MOTION (.5). |
| BONACHEA L | 09/15/05 | 0.60 | PREPARE NOTICE OF HEARING RE: 6TH LEASE REJECTION MOTION (.2); PREPARE FILING AND UPDATE SERVICE LIST OF SAME (.4). |
| HENRY S | 09/16/05 | 1.30 | WORK ON REVISIONS TO LEASE REJECTION MOTION REQUESTED BY E.W. JAMES (.8); TELECONFERENCE WITH COUNSEL TO E.W. JAMES (.2); WORK TO SET UP CIRCULATION OF REVISED MOTION TO COUNSEL TO E.W. JAMES (.1); TELECONFERENCE WITH MILBANK REGARDING AMENDMENTS TO MOTION (.1); TELECONFERENCE WITH C. JACKSON RE: AMENDMENT TO MOTION (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D     09/16/05     8.20     REVISE LEASE REJECTION MOTION AND
DISTRIBUTE SAME TO C. JACKSON (1.4);
TELECONFERENCE WITH S. KAROL RE: SAME
(.1); TELECONFERENCE WITH B. GASTON
RE: SAME (.1); TELECONFERENCE WITH B.
GASTON RE: MARKETING OF LEASES (.1);
EMAIL TO M. CHLEBOVEC RE: SAME (.1);
READ EMAIL FROM COMPANY RE: SUBTENANT
INFORMATION (.1); TELECONFERENCE WITH
S. KENYON RE: SAME (.1);
TELECONFERENCE WITH S. WELLMAN RE:
SNDA (.1); REVIEW MOTION FOR RELIEF
FROM STAY (.3); RESEARCH SUBTENANT
ISSUE (.4); TELECONFERENCE WITH L.
BONACHEA RE: SAME (.1);
TELECONFERENCE WITH C. JACKSON RE:
MOTION (.1); E-MAIL TO S. HENRY RE:
SAME (.1); TELECONFERENCE WITH S.
EICHEL RE: SERVICE AND FILING (.1);
E-MAIL M. CHLEBOVEC RE: BUEHLERS
PROOF OF CLAIM (.2); REVIEW RESPONSE
RE: SAME (.1); TELECONFERENCE WITH S.
WELLMAN RE: SNDA AGREEMENT (.2);
REVIEW REDLINE RE: SAME (.1);
TELECONFERENCE WITH C. JACKSON RE:
LEASE REJECTION MOTION (.1); DRAFT
LEASE REJECTION MOTION (1.7); REVISE
LEASE REJECTION MOTION (1.5); REVIEW
NOTICE OF HEARING (.2); DRAFT
PROPOSED ORDER TO LEASE REJECTION
MOTION (.5); TELECONFERENCE WITH S.
KENYON RE: SAME (.1); SUBMIT
DOCUMENTS FOR FILING (.3).

BONACHEA L     09/16/05     1.50     ADDRESS ISSUES RE: SERVICE OF 6TH
OMNIBUS LEASE REJECTION MOTION (.3);
PREPARE SERVICE OF 6TH OMNIBUS LEASE
REJECTION MOTIONS (1.0); PREPARE
NOTICE OF HEARING RE: 6TH OMNIBUS
REJECTION MOTION (.2).

HENRY S     09/18/05     0.10     TELECONFERENCE WITH D. KALOUDIS RE:
OUTSTANDING LEASE ISSUES (.1).

KALOUDIS D     09/18/05     5.70     REVIEW STORE 2719 LEASE ISSUE (.5);
E-MAIL B. GASTON RE: SAME (.1); E-
MAIL COMPANY RE: LEASES FOR STORES
2719 AND 2720 (.1); REVIEW FAX RE:
SAME (.1); REVIEW FILE RE: EAGLE
VICTORY OBJECTION (.6); E-MAIL M.
CHLEBOVEC RE: BUEHLERS AND REVIEW
BUHELERS DOCKET (1.7); READ RELEVANT
PLEADINGS RE: BUEHLER (.5);
TELECONFERENCE WITH S. HENRY RE: SAME
(.1); DRAFT REPLY TO OBJECTION RE:
260 (2.0).

DGSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 09/19/05 | 9.50 | TELECONFERENCE WITH M. CHLEBOVEC RE: STORE 260 (.2); REVISE REPLY TO OBJECTION FILED BY LANDLORD OF STORE 260 (.9); REVIEW LEASE RE: STORE 260 (.3); TELECONFERENCE WITH T. TINSLEY RE: SAME (.2); REVISE LEASE REJECTION ORDER RE: STORES 2719 AND 2921 AND DISTRIBUTE TO S. HENRY (.4); E-MAIL B. GASTON AND CO. RE: STORES 2719 AND 2921 (.4); REVIEW RESPONSES RE: OBJECTION BY LANDLORD OF STORES 2719 AND 2921 (.3); REVIEW LEASE RE: SAME (.3); TELECONFERENCE WITH B. GASTON RE: STORE 260 (.2); TELECONFERENCE WITH S. HENRY RE: OUTSTANDING ISSUES (.3); TELECONFERENCE WITH V. BODIE RE: LEASES (.3); TELECONFERENCE WITH M. CHLEBOVEC RE: BUEHLERS SUBLEASES (.1); REVIEW E-MAIL RE: BUEHLERS SUBLEASES (.2); REVIEW BUEHLER PROOF OF CLAIM DRAFTS (.2); TELECONFERENCE RE: FILING OF PROOF OF CLAIMS (.2); REVIEW BUEHLERS' DOCKET (.3); REVIEW PLEADINGS FILED ON WINN-DIXIE DOCKET (.2); TELECONFERENCE WITH CORPORATE LIBRARY RE: STORE 260 (.1); TELECONFERENCE WITH DJM RE: SAME (.1); TELECONFERENCE WITH S. HENRY RE: EAGLE SNDA, PROPOSED ORDER, AND OBJECTION (.3); TELECONFERENCE WITH COUNSEL TO LANDLORD OF STORES 2719 AND 2721 (.2); REVISE PROPOSED ORDER RE: SAME (.3); FORWARD TO S. HENRY FOR REVIEW (.1); TELECONFERENCE WITH S. HENRY RE: SAME (.1); TELECONFERENCE WITH C. JACKSON RE: EAGLE (.1); E-MAIL TO C. JACKSON RE: 2719 AND 2721 (.1); MAKE ADDITIONAL REVISIONS TO PROPOSED ORDER (.2); TELECONFERENCE WITH S. HENRY RE: ADDITIONAL REVISIONS (.2); EMAIL REVISED PROPOSED ORDER TO COMPANY AND ADVISORS (.2); REVIEW BUEHLERS PROOF OF CLAIMS (.3); EMAIL SAME TO S. HENRY (.2); CONTINUE TO REVISE REPLY RE: DEBTORS' MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES (2.0). |
| BURGOS BP | 09/19/05 | 3.70 | CITECHECK DEBTORS' REPLY (3.7). |
| BAKER DJ | 09/20/05 | 0.60 | REVIEW EMAILS REGARDING STORE LEASE REJECTIONS (.4); RESPOND TO EMAILS REGARDING LEASE REJECTION ISSUES (.2). |
| HENRY S | 09/20/05 | 1.90 | ADDRESS ISSUE RELATING TO LEASE REJECTION ORDER (.7); TELECONFERENCE WITH D. KALOUDIS RE: SAME (.1); MEET WITH D. KALOUDIS REGARDING BUEHLER'S SITUATION (1.1). |
| EICHEL S | 09/20/05 | 0.20 | ADDRESS FILING PROOF OF CLAIM (.2). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          09/20/05          11.60    REVISE REPLY TO OBJECTION (.6);
MEETING WITH A. RAVIN RE: OUTSTANDING
ISSUES (1.1); MAKE ADDITIONAL
REVISIONS TO OBJECTION FILED (1.0);
REVIEW DOCKET FOR MOTIONS AND ORDERS
RE: SAME (.2); TELECONFERENCE WITH
COUNSEL TO LANDLORD RE: STORES 2719
AND 2721 (.2); EMAIL TO A. RAVIN RE:
SAME (.2); REVIEW BUEHLER LEASES
(.5); TELECONFERENCE WITH S. HENRY
RE: REPLY (.1); TELECONFERENCE WITH
S. HENRY RE: LEASE REJECTION ORDER
(.1); MEET WITH A. RAVIN RE: REPLY
(1.0); TELECONFERENCE WITH A. RAVIN
RE: BUEHLER PROOF OF CLAIM (.2);
TELECONFERENCE WITH COUNSEL TO
LANDLORD FOR STORES 2719 AND 2721 RE:
ORDER AND FAX REQUEST (.3);
TELECONFERENCE WITH A. RAVIN RE:
REPLY (.1); SEND REPLY TO COMPANY
(.2); EMAIL C. IBOLD RE: REPLY (.2);
MEET WITH S. HENRY RE: BUEHLERS PROOF
OF CLAIM (1.1); MEET WITH A. RAVIN
RE: SAME (.3); TELECONFERENCE WITH A.
RAVIN RE: OUTSTANDING ISSUES (.1);
CONTINUE TO REVISE PROOFS OF CLAIMS
(2.5); E-MAIL C. JACKSON RE: STORES
2719 AND 2721 (.2); EMAIL REVISED
ORDER TO 5TH LEASE REJECTION MOTION
TO COMMITTEE (.2);  EMAIL REVISED
ORDER TO 5TH LEASE REJECTION MOTION
TO BANK (.2); RESPOND TO E-MAIL RE:
STORE 1857 (.2); RESPOND TO EMAIL RE:
R. FIELDSTONE (.1); REVIEW
CORRESPONDENCE FROM LANDLORD TO STORE
1612 (.2); FORWARD SAME TO A. RAVIN
(.1); DRAFT PENDING ISSUE LIST (.3);
EMAIL SAME TO A. RAVIN (.1).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          09/20/05       9.50    REVIEW MULTIPLE CORRESPONDENCE FROM
                                         AND DRAFT CORRESPONDENCE TO C.
                                         JACKSON RE: DISPUTED CURE AMOUNTS FOR
                                         STORE 1328, REVIEW CORRESPONDENCE
                                         FROM D. NOBLE RE: SAME (.2); REVIEW
                                         CORRESPONDENCE FROM C. JACKSON AND
                                         MEMOS FROM D. KALOUDIS RE: REJECTION
                                         OF TARGETED STORES (.1); REVIEW
                                         MULTIPLE MEMOS AND CORRESPONDENCE
                                         FROM D. KALOUDIS RE: VARIOUS LEASE
                                         RELATED ISSUES INCLUDING ISSUES
                                         RELATED TO PENDING LEASE REJECTION
                                         MOTIONS, ANALYZE ISSUES RELATED TO
                                         SAME (.8); REVIEW CORRESPONDENCE FROM
                                         D. STANFORD RE: BOND LEASE ISSUES,
                                         REVIEW MEMORANDUM FROM D. KALOUDIS
                                         RE: SAME (.1); REVIEW CORRESPONDENCE
                                         FROM C. JACKSON AND B. WALSH RE:
                                         STORE 883 (.1); MULTIPLE CONFERENCES
                                         WITH D. KALOUDIS RE: VARIOUS LEASE
                                         RELATED ISSUES INCLUDING 365(D)(4)
                                         OBJECTIONS, LEASE REJECTION MOTIONS
                                         AND BUHELERS (.9); DRAFT REPLY TO PMG
                                         OBJECTION (2.1); REVIEW BUEHLERS
                                         PROOF OF CLAIM (.2); TELEPHONE
                                         CONFERENCE WITH D. WANDER RE:
                                         354(D)(4) OBJECTION (.2); DRAFT
                                         CORRESPONDENCE TO C. IBOLD RE: SAME
                                         (.1); REVIEW UNDERLYING
                                         CORRESPONDENCE RELATED TO SAME (.2);
                                         REVIEW PRIOR CORRESPONDENCE RE:
                                         BUEHLERS ISSUES (.2); REVIEW
                                         CORRESPONDENCE FROM S. KENYON AND J.
                                         AROGETTI RE: STORE 1852 (.1); REVIEW
                                         PRIOR CORRESPONDENCE FROM J. CASTLE,
                                         D. KALOUDIS, B. GASTON AND C. JACKSON
                                         RE: STORE LEASES 2719 AND 2721 (.3);
                                         REVIEW CORRESPONDENCE FROM J.
                                         KURTZMAN AND C. JACKSON RE: STORE
                                         2729 (.2); REVIEW CORRESPONDENCE FROM
                                         C. JACKSON AND M. BARR RE: 365(D)(4)
                                         MOTION (.2); REVIEW CORRESPONDENCE
                                         FROM AND DRAFT CORRESPONDENCE TO J.
                                         HARRISON RE: TRANSAMERICA STATUS
                                         (.1); REVIEW CORRESPONDENCE FROM F.
                                         BURSTEIN AND D. KALOUDIS RE: STORE
                                         355 (.1); ADDRESS VARIOUS LEASE
                                         RELATED INQUIRIES (2.8); REVIEW
                                         CORRESPONDENCE FROM V. YAMASHITA RE:
                                         STORE 1587, DRAFT CORRESPONDENCE TO
                                         M. CHLEBOVEC RE: SAME, DRAFT
                                         MEMORANDUM TO AND REVIEW MEMORANDUM
                                         FROM D. KALOUDIS RE: STATUS OF SAME
                                         (.2); REVIEW VARIOUS MEMOS AND
                                         ADDRESS ISSUES RE: 5TH AND 6TH
                                         OMNIBUS LEASE REJECTION MOTIONS (.3).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| KALOUDIS D | 09/21/05 | 6.40 | REVIEW CORRESPONDENCE RE: SETTLEMENT AND REPLY (.2); E-MAIL C. JACKSON RE: HEARING OUTLINE (.2); TELECONFERENCE WITH C. IBOLD RE: LEASE REJECTION ORDER (.1); TELECONFERENCE WITH A. RAVIN RE: SAME (.1); TELECONFERENCE WITH M. CHLEBOVEC RE: BUEHLERS PROOF OF CLAIM (.1); TELECONFERENCE WITH A. RAVIN RE: 365(D)(4) ORDER (.1); TELECONFERENCE WITH S. KENYON RE: E.W. JAMES AGREEMENT (.1); TELECONFERENCE WITH B. GASTON RE: SAME (.1); INCORPORATE COMMENTS FROM COMMITTEE TO LEASE REJECTION ORDER (.3); CIRCULATE SAME TO TEAM (.1); TELECONFERENCE WITH COUNSEL TO LANDLORD FOR STORES 2719 AND 2721 RE: REVISED ORDER (.2); E-MAIL TO C. IBOLD RE: SIGN OFF ON REVISED ORDER (.1); REVIEW E-MAIL RE: 1857 (.1); TELECONFERENCE WITH S. KENYON RE: EW JAMES (.3); TELECONFERENCE WITH A. RAVIN RE: SAME (.1); TELECONFERENCE WITH A. RAVIN RE: HEARING DATE (.1); REVIEW OBJECTION RE: SALE MOTION (.2); FORWARD TO A. RAVIN (.2); TELECONFERENCE WITH A. RAVIN RE: BUEHLER PROOF OF CLAIMS (.1); TELECONFERENCE WITH M. REICH RE: BUEHLER PROOF OF CLAIMS (.1); TELECONFERENCE WITH J. MILTON RE: EW JAMES AND TELECONFERENCE WITH A. RAVIN RE: PROPOSED ORDER AND COMPANY SIGN OFF (.1); E-MAIL PROPOSED ORDER TO COUNSEL (.3); INCORPORATE SECOND ROUND OF COMMENTS FROM COMMITTEE TO LEASE REJECTION ORDER (.5); CIRCULATE SAME TO COMPANY (.2); INCORPORATE SECOND ROUND OF COMMENTS FROM LANDLORD TO LEASE REJECTION ORDER (.3); CIRCULATE SAME TO COMPANY (.2); FORWARD SAME TO COMMITTEE, LANDLORD AND BANK (.4);  E-MAIL COMMITTEE RE: 365D4 UPDATES (.2); TELECONFERENCE WITH A. RAVIN RE: SAME (.1); TELECONFERENCE WITH M. CHLEBOVEC RE: BUEHLERS PROOF OF CLAIMS (.2); TELECONFERENCE WITH D. BYTE RE: BUEHLERS POC (.2); FORWARD BUEHLERS PROOF OF CLAIM TO M. CHLEBOVEC (.1); TELECONFERENCE WITH J. CASTLE RE: PROOF OF CLAIMS (.1); TELECONFERENCE WITH S. HENRY RE: SAME (.1); INCORPORATE THIRD SET OF COMMENTS FROM COMMITTEE TO REVISED ORDER (.3); E-MAIL A. RAVIN RE: SAME (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          09/21/05          5.90   REVIEW CORRESPONDENCE FROM R.
FIELDSTONE RE: CAM INQUIRY, DRAFT
MEMORANDUM TO D. KALOUDIS RE: STATUS
(.1); REVIEW CORRESPONDENCE FROM K.
FREELAND RE: STORE 2082, REVIEW MEMOS
FROM J. BAKER RE: SAME, ADDRESS
ISSUES RE: SAME, DRAFT CORRESPONDENCE
TO K. FREELAND RE: SAME (.2); REVIEW
CORRESPONDENCE FROM D. PLAIRE-HAAS
RE: STORE 110, REVIEW MEMOS FROM J.
BAKER RE: SAME, DRAFT CORRESPONDENCE
TO M. CHLEBOVEC RE: SAME (.2); REVIEW
CORRESPONDENCE FROM D. FORSYTH RE:
STATUS OF STORE 1305, ADDRESS ISSUES
RE: SAME, DRAFT CORRESPONDENCE TO
SAME RE: SAME, DRAFT CORRESPONDENCE
TO M. CHLEBOVEC RE: SAME (.2); REVIEW
CORRESPONDENCE FROM N. WITTENBURG RE:
STORE 1337 (MCCOMB, MS), ADDRESS
ISSUES RE: SAME, DRAFT CORRESPONDENCE
TO C. JACKSON RE: SAME (.2); REVIEW
CORRESPONDENCE FROM AND DRAFT
CORRESPONDENCE TO C. JACKSON RE:
STORES 2719 AND 2721 (.1); REVIEW
CORRESPONDENCE FROM P. WINDHAM RE:
STORE 1587 (.1); TELECONFERENCE WITH
D. WANDER RE: 365(D)(4) OBJECTION
(.1); REVIEW CORRESPONDENCE FROM K.
NIEL RE: STORE 110, DRAFT
CORRESPONDENCE TO D. PLAIR HAAS RE:
SAME (.2); REVIEW CORRESPONDENCE FROM
M. CHLEBOVEC RE: STORE 1587, DRAFT
CORRESPONDENCE TO V. YAMASHITA RE:
SAME (.1); TELECONFERENCE WITH S.
KAROL, B. GASTON, C. JACKSON AND C.
IBOLD RE: CHARLESTON SQUARE (.4);
DRAFT TWO VERSIONS OF 365(D)(4)
CONTINUANCE ORDER (1.7); CONFERENCE
WITH C. JACKSON RE: SAME, DRAFT
CORRESPONDENCE TO SAME RE: SAME (.2);
TELECONFERENCE WITH D. SKLAR RE:
STORE 2099 (.1); DRAFT CORRESPONDENCE
TO M. CHLEBOVEC AND C. JACKSON RE:
SAME (.1); REVIEW CORRESPONDENCE FROM
J. MILTON AND M. BARR RE: LEASE
REJECTION (.2); REVIEW BUEHLER PROOF
OF CLAIM FORMS (.3); REVIEW
CORRESPONDENCE FROM M. CHLEBOVEC RE:
STORE 2096, ADDRESS ISSUES RE: SAME
(.1); MULTIPLE CONFERENCES WITH D.
KALOUDIS RE: VARIOUS LEASE RELATED
ISSUES INCLUDING LEASE REJECTION
MOTION (.5); REVIEW CORRESPONDENCE
FROM Z. BANCROFT RE: LEASE REJECTION
MOTION (.2); REVIEW AND REVISE
365(D)(4) ORDER BASED UPON COMMENTS
RECEIVED FROM C. JACKSON, DRAFT
CORRESPONDENCE TO AND REVIEW
CORRESPONDENCE FROM SAME RE: SAME
(.2); ADDRESS VARIOUS LEASE RELATED
INQUIRIES (.3); REVIEW HEARING AGENDA
(.1);

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 09/21/05 | | REVIEW MEMOS FROM AND DRAFT MEMOS TO D. KALOUDIS RE: 5TH OMNIBUS REJECTION ORDER (.2). |
|---|---|---|---|
| BONACHEA L | 09/21/05 | 0.80 | PREPARE CERTIFICATES OF SERVICE RE: REJECTION MOTIONS (.5); SEARCH FOR SPECIFIC LEASES ON REJECTION PLEADINGS (.3). |
| ZSOLDOS AF | 09/21/05 | 0.60 | EMAIL LIST OF VENDORS WHO AGREE OR DISAGREE WITH STATEMENTS OF RECLAMATION TO T. WUERTZ AND A. LIU OF XROADS (.4); CORRESPONDENCE WITH A. LIU RE: WARREN OIL EXHIBIT E (.2). |
| HENRY S | 09/22/05 | 0.70 | REVIEW MEMORANDUM RE: ADMINISTRATIVE CLAIM ISSUE (.3); REVIEW CORRESPONDENCE FROM WORKING GROUP RE: REJECTION ISSUES (.4). |
| KALOUDIS D | 09/22/05 | 8.00 | FINALIZE LEASE REJECTION ORDER (3.0); MEET WITH A. RAVIN RE: OUTSTANDING ISSUES (1.2); TELECONFERENCE RE: STORES 416, 2707, 529 AND 1807 (.2); REVIEW MOTION RE: 583 AND E-MAIL A. RAVIN RE: SAME (.1); REVIEW APPLICATION FILED BY LANDLORD TO STORE 811 (.3); EMAIL APPLICATION TO COMPANY RE: STORE 811 (.3); REVIEW ORDERS ENTERED AT HEARING (.4); REVIEW BUEHLERS PROOF OF CLAIM (.3); MAKE ADDITIONAL REVISIONS TO BUEHLERS PROOF OF CLAIM (.8); TELECONFERENCE WITH M. CHLEBOVEC AND A. RAVIN RE: SAME (.3); DRAFT E-MAIL TO J. CASTLE RE: SAME (.2); REVIEW CORRESPONDENCE RE: STORE 1612 (.2); REVIEW FILES FOR UPDATES ON STORE LEASE ISSUES (.2); DRAFT ADDITIONAL LIST OF LEASE ISSUES (.3); TELECONFERENCE WITH A. RAVIN RE: SAME (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          09/22/05          7.00    DRAFT CORRESPONDENCE TO Z. BANCROFT
                                            RE: 5TH OMNIBUS REJECTION ORDER,
                                            REVIEW CORRESPONDENCE FROM J. MILTON
                                            RE: SAME (.1); DRAFT CORRESPONDENCE
                                            TO C. JACKSON RE: SEVERAL ISSUES
                                            INCLUDING STORE LEASE 2729 (.1);
                                            DRAFT CORRESPONDENCE TO V. BODIE RE:
                                            STORE 1305, REVIEW CORRESPONDENCE
                                            FROM SAME RE: SAME, DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.1); DRAFT MEMORANDUM TO S. HENRY
                                            RE: ADMINISTRATIVE CLAIM FOR STORES
                                            2719 AND 2721 (.1); DRAFT
                                            CORRESPONDENCE TO D. PLAIRE HAAS RE:
                                            STORE 110 (.3); REVIEW CORRESPONDENCE
                                            FROM D. NOBLE RE: CROWDER, DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.1); REVIEW MULTIPLE CORRESPONDENCE
                                            FROM HELMS ROARK RE: POSTPETITION
                                            RENTAL OBLIGATIONS FOR SEVERAL
                                            STORES, CONFERENCE WITH D. KALOUDIS
                                            RE: SAME (.2); TELECONFERENCE WITH V.
                                            BODIE RE: STORE 1305 (.1);
                                            TELECONFERENCE WITH S. SLOAN RE: SAME
                                            (.1); MULTIPLE CONFERENCES WITH D.
                                            KALOUDIS RE: VARIOUS LEASE RELATED
                                            ISSUES INCLUDING 5TH OMNIBUS
                                            REJECTION ORDER AND OTHER LEASE
                                            RELATED ISSUES (.8); TELECONFERENCE
                                            WITH Z. BANCROFT AND D. KALOUDIS RE:
                                            PROPOSED ORDER (.2); DRAFT MULTIPLE
                                            CORRESPONDENCE TO AND REVIEW MULTIPLE
                                            CORRESPONDENCE FROM S. KAROL RE: 5TH
                                            OMNIBUS LEASE REJECTION ORDER (.3);
                                            REVIEW AND REVISE SAME AND ADDRESS
                                            ISSUES RELATED TO SAME (.5); MULTIPLE
                                            TELECONFERENCES WITH M. BARR RE: SAME
                                            (.1); REVIEW APPLICATION OF F.R.O.
                                            LLC FOR ALLOWANCE OF ADMINISTRATIVE
                                            CLAIM (.2); TELECONFERENCE WITH J.
                                            POST RE: ISSUES RELATED TO STORE 237,
                                            DRAFT CORRESPONDENCE TO D. SMITH RE:
                                            SAME, TELECONFERENCE (VOICEMAIL) WITH
                                            D. SMITH RE: SAME, CONFERENCE WITH D.
                                            KALOUDIS RE: SAME, REVIEW PRIOR
                                            CORRESPONDENCE RE: SAME (.3);
                                            TELECONFERENCE WITH J. BURNS RE:
                                            LEASE MODIFICATION AGREEMENT (.1);
                                            TELECONFERENCE WITH D. SMITH RE:
                                            STORE 409 (.1); ADDRESS VARIOUS LEASE
                                            RELATED INQUIRIES AND ANALYZE ISSUES
                                            RE: SAME (.7); TELECONFERENCE WITH F.
                                            BURSTEIN RE: STORES 260 AND 409 (.2);
                                            REVIEW E.W. JAMES MOTION AND
                                            AGREEMENT (.4); REVIEW AND REVISE
                                            DEBTORS' MOTION FOR AUTHORITY TO
                                            REJECT LEASED FACILITIES (.6); DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.2); ADDRESS ISSUES RELATED TO
                                            BUEHLERS' CLAIMS (.5); ADDRESS
                                            VARIOUS ISSUES RELATED TO BUEHLERS'
                                            PROOFS OF CLAIM (.6).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BONACHEA L          09/22/05          0.50    SERVE REJECTION ORDERS (.5).

KALOUDIS D          09/23/05          2.00    FOLLOW UP ON ISSUES REGARDING
                                              BUEHLER'S PROOF OF CLAIMS (2.0).

RAVIN AS            09/23/05          1.20    ADDRESS ISSUES RE: PREPARATION OF
                                              BUEHLERS PROOFS OF CLAIM (.2);
                                              MULTIPLE CONFERENCES WITH D. KALOUDIS
                                              RE: SAME (.4); TELECONFERENCE WITH M.
                                              CHLEBOVEC RE: SAME (.2); REVIEW
                                              SPREADSHEETS PROVIDED BY SAME RE:
                                              SAME (.2); ADDRESS SERVICE ISSUES
                                              RELATED TO 365(D)(4) ORDER AND LEASE
                                              REJECTION ORDER (.1); DRAFT
                                              CORRESPONDENCE TO C. JACKSON RE:
                                              STORE 1305 (.1).

BONACHEA L          09/23/05          0.40    TELECONFERENCES AND EMAILS WITH
                                              WORKING GROUP RE: STATUS OF LEASE FOR
                                              STORE NO. 2099 (.2); TELECONFERENCE
                                              AND EMAILS RE: SERVICE OF 365(D)(4)
                                              LEASE EXTENSION ORDER (.2).

KALOUDIS D          09/24/05          2.00    FINALIZE ISSUES RE: FILING OF PROOFS
                                              OF CLAIM (2.0).

RAVIN AS            09/24/05          0.90    ADDRESS ISSUES RELATED TO BUEHLERS'
                                              PROOF OF CLAIM (.3); CONFERENCES WITH
                                              D. KALOUDIS RE: SAME (.2); DRAFT
                                              CORRESPONDENCE TO AND REVIEW
                                              CORRESPONDENCE FROM M. CHLEBOVEC AND
                                              J. CASTLE RE: SAME (.2);
                                              TELECONFERENCE WITH M. CHLEBOVEC RE:
                                              SAME (.2).

HENRY S             09/26/05          0.90    WORK ON STRATEGY RE: 365 ISSUE (.8);
                                              TELECONFERENCE D. KALOUDIS RE: SAME
                                              (.1).

KALOUDIS D          09/26/05          3.40    TELECONFERENCE WITH S. KENYON AND A.
                                              RAVIN RE: E.W. JAMES (.5); DISCUSS
                                              STRATEGY WITH A. RAVIN RE: SAME (.2);
                                              READ E-MAIL FROM COMMITTEE RE: SAME
                                              (.1); RESPOND TO E-MAIL FROM
                                              COMMITTEE RE: SAME (.2); FOLLOW UP
                                              TELECONFERENCE WITH A. RAVIN RE: SAME
                                              (.2); TELECONFERENCE WITH BANKRUPTCY
                                              COURT RE: BUEHLER PROOF OF CLAIM
                                              (.3); DISCUSS SAME WITH A. RAVIN
                                              (.2); READ CORRESPONDENCE RE: STORE
                                              811 (.2); TELECONFERENCE WITH A.
                                              RAVIN RE: E.W. JAMES (.2);
                                              TELECONFERENCE WITH A. RAVIN AND J.
                                              MILTON RE: SAME (.3); UPDATE LEASE
                                              FILES RE: OUTSTANDING ISSUES (1.0).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 09/26/05 | 4.10 | TELECONFERENCE WITH S. SLOAN RE: STORE 1305 (.1); TELECONFERENCE WITH D. FORSYTH RE: SAME (.1); TELECONFERENCE WITH D. SKLAR RE: STORE 2099 (.1); DRAFT CORRESPONDENCE TO SAME RE: SAME AND ADDRESS ISSUES RE: SAME (.2); REVIEW MOTION AND SUBLEASE SETTLEMENT AGREEMENT (.6); TELECONFERENCE WITH D. KALOUDIS AND S. KENYON RE: E. W. JAMES (.5); FOLLOW UP CONFERENCES WITH D. KALOUDIS RE: SAME AND OTHER LEASE RELATED ISSUES (.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: STORE 2729 (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: STORE 811 (.1); DRAFT MEMORANDUM TO S. HENRY RE: SAME (.2); DRAFT CORRESPONDENCE TO COMPANY RE: ISSUES RELATED TO STORE 260, REVIEW PRIOR CORRESPONDENCE RE: SAME (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM S. KENYON RE: E. W. JAMES (.2); REVIEW CORRESPONDENCE FROM C. JACKSON AND B. GASTON RE: LEASE REJECTION/ABANDONMENT ISSUES (.1); ADDRESS ISSUES RE: BUEHLERS WITH D. KALOUDIS (.2); REVIEW CORRESPONDENCE RE: STORE 1665, DRAFT MEMORANDUM TO S. HENRY RE: SAME (.2); CONFERENCE WITH D. KALOUDIS RE: SAME (.1); TELECONFERENCE WITH J. MILTON RE: E.W. JAMES AGREEMENT (.2); ADDRESS FOLLOW UP ISSUES RE: SAME (.2); ADDRESS VARIOUS LANDLORD INQUIRIES (.3). |
| KALOUDIS D | 09/27/05 | 2.50 | REVIEW E-MAILS RE: E.W. JAMES (.2); TELECONFERENCE WITH A. RAVIN RE: E.W. JAMES (.1); E-MAIL TO S. KENYON RE: SAME (.1); REVIEW EMAIL RE: SAME (.1); FOLLOW UP ON ESCROW ISSUE RE: SAME (.1); TELECONFERENCE WITH L. BONACHEA RE: SAME (.1); MEET WITH A. RAVIN RE: E.W. JAMES (.2); TELECONFERENCE WITH M. MORALES, D. GANDER, A. RAVIN RE: SAME (.2); RESEARCH NOTICE ISSUE RE: STORE 1665 (.3); TELECONFERENCE WITH L. BONACHEA RE: SAME (.2); FOLLOW UP WITH A. RAVIN RE: SAME (.1); FOLLOW UP ON LOUISIANA ISSUES (.3); MEET WITH A. RAVIN RE: OUTSTANDING LEASE ISSUES (.2); ADDRESS ISSUE RE: LEASE AGREEMENT (.3). |

DC8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 09/27/05 | 5.50 | DRAFT CORRESPONDENCE TO D. GANTER RE: INQUIRY RE: E.W. JAMES MOTION (.1); DRAFT CORRESPONDENCE TO S. KENYON RE: SAME (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: STORE 260 (.1); REVIEW BUEHLERS' 365(D)(4) MOTION (.1); MULTIPLE CONFERENCES WITH S. HENRY RE: ISSUES RELATED TO E. W. JAMES (.3); DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); ADDRESS AND ANALYZE ISSUES RE: SAME (.3); CONFERENCES WITH D. KALOUDIS RE: SAME (.1); CONFERENCE WITH D. WANDER RE: SETTLEMENT PROPOSAL RE: STORE 260 (.2); DRAFT CORRESPONDENCE TO SAME RE: SAME (.4); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GATSON AND C. IBOLD RE: SAME (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO E. AMENDOLA RE: E.W. JAMES (.1); REVIEW MEMORANDUM FROM L. BONACHEA RE: SERVICE ISSUES RELATED TO 365(D)(4) ORDER (.1); CONFERENCE WITH S. HENRY RE: STORE 260 (.1); ADDRESS ISSUES RE: LEASED FACILITY MOTION, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); REVIEW CORRESPONDENCE FROM M. CHLEBOVEC AND T. TINSLEY RE: STORE 811, ANALYZE ISSUES AND APPLICATION RE: SAME (.2); DRAFT MEMORANDUM TO S. HENRY RE: SAME (.1); TELECONFERENCE WITH D. GANTER, M. MORALES AND D. KALOUDIS RE: E.W. JAMES (.3); REVIEW CORRESPONDENCE FROM C. JACKSON RE: STORE 1630, DRAFT CORRESPONDENCE FROM P. SINGERMAN RE: SAME (.1); ADDRESS VARIOUS LEASE RELATED INQUIRIES (.6); REVIEW AND REVISE PROPOSED E. W. JAMES ORDER RE: ABANDONMENT ISSUE (.5); ADDRESS ISSUES RE: SAME (.1); CONFERENCE WITH S. HENRY RE: SAME (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); REVIEW MEMORANDUM FROM R. GRAY RE: MARKETPLACE AT FRANKFORD LTD. LATE CLAIM, DRAFT MEMORANDUM TO SAME RE: SAME (.1); ADDRESS ISSUES RE: LOUISIANA STORES RAISED BY COMMITTEE (.1); ADDRESS ISSUES RE: E. W. JAMES ESCROW AGREEMENT, DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO D. GANTER RE: SERVICE ISSUES RELATED TO E.W. JAMES MOTION (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: ISSUES RELATED TO REJECTED STORES (.1); ADDRESS VARIOUS LEASE RELATED INQUIRIES FROM LANDLORDS (.4). |
|---|---|---|---|

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BONACHEA L          09/27/05          0.10    FOLLOW-UP WITH LOGAN RE: SERVICE OF
                                              365(D)(4) ORDER (.1).

KALOUDIS D          09/28/05          3.00    TELECONFERENCE WITH S. KENYON AND A.
                                              RAVIN RE: EW JAMES (.2); FOLLOW UP ON
                                              ISSUE RE: STORES 416 AND 2707 (.4);
                                              REVIEW LEASES ISSUE RE: STORE 811
                                              (.4); FOLLOW UP ON BUEHLERS
                                              CALCULATION ISSUE (.2); FOLLOW UP ON
                                              BUEHLERS PROOF OF CLAIM CDS (.8);
                                              DRAFT LETTER RE: STORE 1612 (.5);
                                              RESPOND TO E-MAIL RE: ANNUAL SAVINGS
                                              FROM 6TH OMNIBUS LEASE REJECTION
                                              MOTION (.5).

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          09/28/05       3.40    DRAFT CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM B. GASTON RE:
                                         ISSUES RELATED TO E. W. JAMES (.1);
                                         ADDRESS ISSUES RE: SAME INCLUDING
                                         DRAFT CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM K. DAW RE: SAME
                                         (.1); ADDRESS AND ANALYZE ISSUES RE:
                                         ADMINISTRATIVE CLAIM APPLICATION FOR
                                         STORE 811, REVIEW FIRST DAY TAX ORDER
                                         RE: SAME (.2); CONFERENCE WITH S.
                                         HENRY RE: ISSUES RELATED TO SAME
                                         (.2); REVIEW CORRESPONDENCE FROM R.
                                         FIELDSTONE RE: CAM OWED ON LEASE,
                                         TELECONFERENCE WITH SAME RE: SAME
                                         (.1); TELECONFERENCE WITH S. KENYON
                                         AND D. KALOUDIS RE: E.W. JAMES (.2);
                                         FOLLOW UP CONFERENCE WITH D. KALOUDIS
                                         RE: SAME (.1); FOLLOW UP
                                         TELECONFERENCE WITH J. MILTON RE:
                                         SAME (.1); DRAFT CORRESPONDENCE TO
                                         AND REVIEW CORRESPONDENCE FROM J.
                                         MILTON RE: SAME (.1); TELECONFERENCES
                                         WITH S. WELMAN RE: ABANDONMENT
                                         CHANGES TO ORDER (.2); DRAFT
                                         CORRESPONDENCE TO SAME AND REVIEW
                                         CORRESPONDENCE FROM SAME RE: SAME
                                         (.1); REVIEW AND REVISE PROPOSED E.W.
                                         JAMES ORDER RE: ABANDONMENT ISSUE
                                         (.1); REVIEW ESCROW AGREEMENT RELATED
                                         TO E.W. JAMES (.3); DRAFT
                                         CORRESPONDENCE TO D. GANTER RE:
                                         ESCROW AGREEMENT (.1); DRAFT
                                         CORRESPONDENCE TO AND REVIEW
                                         CORRESPONDENCE FROM K. DAW RE: SAME
                                         (.1); REVIEW STORE 811 LEASE (.2);
                                         ADDRESS ISSUES RE: BUEHLERS WITH D.
                                         KALOUDIS (.1); MULTIPLE CONFERENCES
                                         WITH D. KALOUDIS RE: VARIOUS LEASE
                                         RELATED ISSUES INCLUDING STORE 416,
                                         STORE 1612 (.3); REVIEW
                                         CORRESPONDENCE RE: M. STOLLMAN RE:
                                         STORE 1612, DRAFT MEMORANDUM TO D.
                                         KALOUDIS RE: SAME (.1);
                                         TELECONFERENCE WITH D. WANDER RE:
                                         STORE 260 STATUS (.1); REVIEW AND
                                         REVISE PROPOSED ORDER RE: SAME (.3);
                                         REVIEW CORRESPONDENCE FROM E. SCHULE
                                         RE: SAME, CONFERENCE WITH D. KALOUDIS
                                         RE: SAME (.1); REVIEW CORRESPONDENCE
                                         TO COURT RE: BUEHLERS, CONFERENCE
                                         WITH D. KALOUDIS RE: SAME (.1).

KALOUDIS D        09/29/05       3.00    TELECONFERENCE WITH A. RAVIN RE:
                                         OUTSTANDING ISSUES (.3);
                                         TELECONFERENCE WITH E. DEAN RE: STORE
                                         416 AND 2702 (.4); DRAFT E-MAIL TO
                                         COMPANY RE: SAME (.2); SEND E-MAIL TO
                                         S&G RE: FASB CHART (.4); ANALYZE E-
                                         MAIL CORRESPONDENCES FROM COMPANY
                                         (.4); SEND EMAIL TO COMPANY RE: STORE
                                         LEASE 811 (.2); FOLLOW UP ON ISSUES
                                         RE: BUEHLERS PROOF OF CLAIM (1.1).

DOSA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAVIN AS          09/29/05          3.40    CONFERENCE WITH J. BAKER RE: ISSUES
                                            RELATED TO ZURICH LEASES (.1);
                                            TELECONFERENCES WITH N. TUCKER RE:
                                            SAME (.2); FOLLOW UP TELECONFERENCE
                                            (VOICEMAIL) RE: SAME (.1); REVIEW
                                            MEMOS FROM D. KALOUDIS RE: 6TH
                                            OMNIBUS LEASE REJECTION MOTION (.1);
                                            REVIEW CORRESPONDENCE FROM C. JACKSON
                                            RE: COMMENTS TO 365(D)(4) ORDER,
                                            REVIEW AND REVISE 365(D)(4) ORDER,
                                            DRAFT CORRESPONDENCE TO C. JACKSON
                                            RE: SAME (.2); REVIEW LEASED FACILITY
                                            MOTION AND RELATED PLEADINGS RE: SAME
                                            (.2); TELECONFERENCE WITH D. STANFORD
                                            RE: ISSUES RELATED TO SAME (.1);
                                            DRAFT CORRESPONDENCE TO D. WANDER RE:
                                            SAME (.1); TELECONFERENCES WITH S.
                                            WELMAN RE: E.W. JAMES (.2);
                                            TELECONFERENCE WITH K. KIRSCHNER AND
                                            C. JACKSON RE: ZURICH LEASES (.1);
                                            DRAFT CORRESPONDENCE TO N. TUCKER RE:
                                            SAME (.1); REVIEW MULTIPLE
                                            CORRESPONDENCE FROM E. DEAN RE: HELMS
                                            ROARK, ADDRESS ISSUES RE: SAME,
                                            REVIEW CORRESPONDENCE FROM B. GASTON
                                            RE: SAME (.2); REVIEW CORRESPONDENCE
                                            FROM D. NOBLE RE: CROWDER AND FOLLOW
                                            UP CORRESPONDENCE FROM C. JACKSON, R.
                                            MEADOWS AND C. IBOLD RE: SAME, REVIEW
                                            PRIOR CORRESPONDENCE FILE RE: SAME
                                            (.3); CONFERENCE WITH B. GASTON RE:
                                            WAREHOUSE LEASE REJECTION (.1);
                                            ADDRESS ISSUES RE: SAME (.1); REVIEW
                                            ORDER RE: PENMAN PLAZA MOTION,
                                            ADDRESS ISSUES RELATED TO SAME (.1);
                                            TELECONFERENCES WITH M. CHLEBOVEC, S.
                                            KAROL AND B. GASTON RE: REJECTION
                                            MOTION FOR WAREHOUSE LEASE (.3);
                                            DRAFT LEASE REJECTION MOTION PROPOSED
                                            ORDER AND NOTICE RE: SAME (.4);
                                            CONFERENCES WITH D. KALOUDIS RE:
                                            BUEHLERS PROOF OF CLAIM AND OTHER
                                            LEASE RELATED ISSUES (.2); ADDRESS
                                            VARIOUS LANDLORD INQUIRIES (.2).

BONACHEA L        09/29/05          0.20    ADDRESS 6TH OMNIBUS REJECTION MOTION
                                            SERVICE ISSUES (.2).

                                                                                    D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            09/30/05        8.00    TELECONFERENCE (VOICEMAIL) WITH D.
                                            WANDER RE: PROPOSED ORDER RESOLVING
                                            PMG OBJECTION, REVIEW CORRESPONDENCE
                                            FROM SAME RE: SAME (.1); FINALIZE
                                            PROPOSED ORDER FOR FILING, DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE:
                                            SAME, REVIEW MEMORANDUM FROM R. GRAY
                                            RE: SAME (.2); DRAFT CORRESPONDENCE
                                            TO AND REVIEW CORRESPONDENCE FROM M.
                                            BARR RE: SAME (.1); REVIEW
                                            CORRESPONDENCE FROM S. MAGADINO RE:
                                            COMMONWEALTH LEASE (.1); REVIEW AND
                                            REVISE LEASE REJECTION MOTION RE:
                                            SAME (.3); TELECONFERENCE WITH C.
                                            IBOLD RE: SAME (.1); CONFERENCE WITH
                                            S. HENRY RE: ISSUES RELATED TO SAME
                                            (.2); REVIEW RHODES CLAIMS OBJECTION
                                            (.1); REVIEW SMURFIT SUBLEASE
                                            AGREEMENT (.4); REVIEW PRIMARY
                                            COMMONWEALTH LEASE (.3); CONFERENCE
                                            WITH S. HENRY RE: RHODES (.1);
                                            TELECONFERENCE (VOICEMAIL) WITH S.
                                            KENYON RE: BOND LEASES, COMPARE TO
                                            LEASE REJECTION MOTIONS, REVIEW BOND
                                            LEASE CHART, REVIEW CORRESPONDENCE
                                            FROM SAME RE: SAME, DRAFT
                                            CORRESPONDENCE TO SAME RE: SAME (.5);
                                            REVIEW LIFTER OBJECTION AND EMERGENCY
                                            CONTINUANCE MOTION (.5);
                                            TELECONFERENCE WITH D. GANTER RE:
                                            SAME (.2); REVIEW PRIOR
                                            CORRESPONDENCE RE: SAME (.5); DRAFT
                                            LENGTHY MEMORANDUM TO S. HENRY RE:
                                            LIFTER OBJECTION AND CONTINUANCE
                                            MOTION (2.0); REVIEW CORRESPONDENCE
                                            FROM D. FORSYTH RE: STORE 1305 (.1);
                                            DRAFT REPLY TO LIFTER OBJECTION AND
                                            SUPPORTING DECLARATION (2.2).

BONACHEA L          09/30/05        0.10    TELECONFERENCE WITH LOGAN RE: SERVICE
                                            OF 365(D)(4) ORDER (.1).

**MATTER TOTAL**                  **204.90**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**　　　　　　　　　**Bill Date: 10/06/05**
**Litigation (General)**　　　　　　　　　　　　　**Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 09/16/05 | 0.60 | REVIEW LITIGATION SETTLEMENT ISSUES WITH RESPECT TO PROPOSED LITIGATION SETTLEMENT PROCEDURES (.6). |
| FELD SR | 09/20/05 | 5.50 | ANALYZE AND RESEARCH SET-OFF ISSUE RE: DANNON LITIGATION (5.5). |
| BAKER DJ | 09/21/05 | 0.80 | REVIEW EMAIL FROM M. BARR REGARDING LITIGATION SETTLEMENT ISSUES (.2); RESPOND TO EMAIL FROM M. BARR (.4); FORWARD EMAIL AND REPLY TO SAME TO DEBTORS (.2). |
| FELD SR | 09/21/05 | 0.50 | CONTINUE RESEARCH RE: SETOFF (.5). |
| BAKER DJ | 09/27/05 | 0.60 | CONTINUE REVIEW OF LITIGATION SETTLEMENT ISSUES (.6). |
| **MATTER TOTAL** | | **8.00** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 10/06/05
Regulatory and SEC Matters                             Bill Number: 1076965

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/08/05 | 0.20 | TELECONFERENCE WITH KPMG RE: UNBILLED ESTIMATES FOR AUDIT LETTER UPDATE (.1); DRAFT MEMORANDUM TO ACCOUNTING REQUESTING SAME (.1). |
| GRAY RW | 09/09/05 | 0.10 | DRAFT MEMORANDUM TO KPMG RE: UNBILLED AMOUNTS (.1). |
| GRAY RW | 09/19/05 | 0.40 | REVIEW SEC DOCUMENT DRAFT (.3); TELECONFERENCE WITH R. BARUSCH RE: COMMENTS ON SAME (.1). |
| GRAY RW | 09/20/05 | 0.10 | REVIEW MEMOS FROM R. BARUSCH RE: DISCLOSURE ISSUES (.1). |
| GRAY RW | 09/23/05 | 0.10 | REVIEW KPMG REQUEST FOR AUDIT UPDATE AND ARRANGE FOR AUDIT UPDATE PROCEDURES TO BE IMPLEMENTED (.1). |
| GRAY RW | 09/26/05 | 0.60 | TELECONFERENCE WITH J. SMITH RE: KPMG REQUEST FOR AUDIT LETTER UPDATE (.1); PREPARE AUDIT LETTER UPDATE (.4); TELECONFERENCE WITH R. BARUSCH RE: SAME (.1). |
| GRAY RW | 09/27/05 | 0.20 | REVIEW AND RESPOND TO MEMOS FROM R. BARUSCH AND P. NECKLES RE: DIP AGREEMENT REQUIREMENTS ON SEC FILINGS (.1); TELECONFERENCE WITH R. BARUSCH RE: SAME (.1). |
| MATTER TOTAL | | **1.70** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 10/06/05
Reorganization Plan / Plan Sponsors                    Bill Number: 1076965

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER DJ | 09/06/05 | 1.90 | REVIEW MATERIALS RELATED TO PLAN OF REORGANIZATION ISSUES (1.2); TELECONFERENCE WITH SENIOR MANAGEMENT AND ADVISORS WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.7). |
| BARUSCH RC | 09/06/05 | 2.40 | REVIEW MATERIALS IN CONNECTION WITH INITIAL CONSIDERATION OF PLAN OF REORGANIZATION ISSUES AND TELECONFERENCE WITH COMPANY AND ADVISORS ON PLAN OF REORGANIZATION ISSUES (2.4). |
| HENRY S | 09/06/05 | 2.60 | PREPARE FOR TELECONFERENCE WITH L. APPEL REGARDING PLAN ISSUE RAISED BY CREDITORS' COMMITTEE (.4); TELECONFERENCE WITH R. GRAY RE: SAME (.1); TELECONFERENCE WITH L. APPEL RE: SAME (.3); REVIEW CORRESPONDENCE RE: SAME (1.8). |
| GRAY RW | 09/06/05 | 2.60 | REVIEW AND RESPOND TO MEMORANDUM FROM J. BAKER WITH LANGUAGE TO ADD TO PLAN TIME LINE (.2); REVIEW TERM SHEET, ETC. IN PREPARATION FOR TELECONFERENCE (.3); INTERNAL TELECONFERENCE WITH J. BAKER AND R. BARUSCH RE: PLAN ISSUES (.5); PARTICIPATE IN TELECONFERENCE WITH COMPANY AND ADVISORS RE: PLAN ISSUES (1.5); ASSIST RE: EXCLUSIVITY HEARING Q&A PREPARATION (.1). |
| TURETSKY DM | 09/06/05 | 1.70 | TELECONFERENCE WITH J. BAKER RE: ISSUES CONCERNING DEBTORS' MOTION FOR SECOND EXTENSION OF EXCLUSIVITY (.2); DILIGENCE IN CONNECTION WITH SAME (.4); PREPARE Q&A FOR F. HUFFARD IN CONNECTION WITH SAME (.5); TELECONFERENCE WITH F. HUFFARD IN CONNECTION WITH SAME (.5); E-MAIL TO F. HUFFARD RE: DEBTORS' MOTION FOR SECOND EXTENSION OF EXCLUSIVITY (.1). |
| ULERY CJ | 09/06/05 | 3.50 | PARTICIPATION IN PORTION OF TELECONFERENCE WITH THE COMPANY AND ITS ADVISORS RE: PLAN OF REORGANIZATION ISSUES (1.3); REVIEW OF DOCUMENTS IN CONNECTION THEREWITH (2.2). |
| BARUSCH RC | 09/07/05 | 0.30 | INTERNAL TELEPHONE CONFERENCE ON PLAN OF REORGANIZATION ISSUES (.3). |
| BARUSCH RC | 09/08/05 | 1.40 | TELECONFERENCE WITH C. BOYLE OF BLACKSTONE RE: PLAN OF REORGANIZATION ISSUES (1.4). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| ULERY CJ | 09/08/05 | 2.40 | PARTICIPATE IN PORTION OF TELEPHONE CONFERENCE RE: MATTERS RELATING TO PLAN OF REORGANIZATION (1.1); REVIEW OF DOCUMENTS RELATING TO THE SAME (1.3). |
|---|---|---|---|
| BARUSCH RC | 09/09/05 | 0.80 | QUESTIONS ON DEVELOPMENT OF BUSINESS PLAN RE: PLAN OF REORGANIZATION ISSUES (.8). |
| ULERY CJ | 09/09/05 | 0.60 | REVIEW OF DOCUMENTS RELATING TO THE PLAN OF REORGANIZATION (.6). |
| BARUSCH RC | 09/12/05 | 0.80 | CONTINUE ANALYSIS OF PRELIMINARY ISSUES RE: PLAN OF REORGANIZATION (.8). |
| HENRY S | 09/12/05 | 0.40 | REVIEW MEMORANDUM WITH UPDATE REGARDING PLAN PROCESS (.3); RESPOND TO SAME (.1). |
| GRAY RW | 09/12/05 | 0.40 | TELECONFERENCE (PARTIAL) WITH R. BARUSCH AND J. BAKER RE: PLAN ISSUES (.2); REVIEW DISCUSSION MATERIALS FROM BLACKSTONE RE: PLAN ISSUES (.2). |
| BAKER DJ | 09/13/05 | 2.90 | TELECONFERENCE WITH D. SIMON, F. HUFFARD, A. STEVENSON, AND C. BOYLE TO DISCUSS ISSUES RELATED TO THE PLAN (1.7); ADDRESS ISSUES RAISED BY TELECONFERENCE (.8); REVIEW MEMORANDUM REGARDING PLAN ISSUES (.2); TELECONFERENCE WITH R. BARUSCH REGARDING PLAN ISSUES (.2). |
| BARUSCH RC | 09/13/05 | 1.10 | CONTINUE ANALYSIS RE PLAN OF REORGANIZATION ISSUES (1.1). |
| HENRY S | 09/13/05 | 0.50 | TELECONFERENCE WITH P. NECKLES AND S. TEICHER REGARDING CASH MANAGEMENT ORDER AND PLAN ISSUES (.2); FOLLOW-UP RE: ISSUE (.3). |
| BAKER DJ | 09/14/05 | 0.30 | TELECONFERENCE WITH F. HUFFARD WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.3). |
| BARUSCH RC | 09/14/05 | 0.80 | REVIEW MEMORANDUM RE: PLAN OF REORGANIZATION ISSUES (.8). |
| FELD SR | 09/14/05 | 0.20 | ANALYZE SUBSTANTIVE CONSOLIDATION ISSUES (.2). |
| GRAY RW | 09/14/05 | 0.10 | REVIEW AND COMMENT ON DRAFT COMMUNICATION RE: PLAN PROCESS ISSUES (.1). |
| FELD SR | 09/16/05 | 1.30 | DEVELOP CLAIM CLASSIFICATIONS (1.3). |
| BAKER DJ | 09/19/05 | 2.60 | REVIEW MATERIALS REGARDING POSSIBLE ISSUES RELATED TO REORGANIZATION MATTERS (2.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BARUSCH RC | 09/19/05 | 1.30 | ADDRESS PLAN OF REORGANIZATION ISSUE (1.3). |
| ULERY CJ | 09/20/05 | 2.80 | BEGIN DRAFT OF INVESTMENT AGREEMENT (2.2); REVIEW OF PRECEDENT INVESTMENT AGREEMENTS IN CONNECTION WITH PREPARATION OF DRAFT OF INVESTMENT AGREEMENT (.6). |
| BAKER DJ | 09/21/05 | 1.60 | CONTINUE REVIEW OF REORGANIZATION ISSUES (1.6). |
| ULERY CJ | 09/21/05 | 3.10 | REVISE DRAFT OF INVESTMENT AGREEMENT (2.7); REVIEW OF PRECEDENT INVESTMENT AGREEMENTS IN CONNECTION WITH PREPARATION OF DRAFT OF INVESTMENT AGREEMENT (.4). |
| ULERY CJ | 09/22/05 | 4.20 | REVISE DRAFT OF INVESTMENT AGREEMENT (3.4); REVIEW OF PRECEDENT INVESTMENT AGREEMENTS IN CONNECTION WITH PREPARATION OF DRAFT OF INVESTMENT AGREEMENT (.8). |
| HENRY S | 09/27/05 | 0.60 | TELECONFERENCE WITH MILTON REGARDING TELECONFERENCE TO DISCUSS SUBSTANTIVE CONSOLIDATION (.1); TELECONFERENCE WITH M. BARR, MILTON AND S. FELD RE: SUBSTANTIVE CONSOLIDATION PROCESS (.3); DRAFT MEMORANDUMS RE: SAME (.2). |
| FELD SR | 09/27/05 | 0.60 | ADDRESS SUBSTANTIVE CONSOLIDATION ISSUES (.6). |
| FELD SR | 09/28/05 | 3.90 | ADDRESS CLAIMS CATEGORIES (3.9). |
| BAKER DJ | 09/29/05 | 0.90 | REVIEW TIMELINE FOR POSSIBLE PLAN OF REORGANIZATION (.3); WORK ON REVISIONS TO TIMELINE (.4); TELECONFERENCE WITH L. APPEL REGARDING TIMELINE (.2). |

**MATTER TOTAL**       **50.60**

DCBA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    **Bill Date: 10/06/05**
**Reports and Schedules**                                            **Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LEAMY JM | 09/07/05 | 0.40 | EMAILS WITH E. LANE RE: INSURANCE CONTRACTS TO BE SCHEDULED (.2); ANALYSIS RE: SCHEDULING OF DIRECTOR DEFERRED FEES (.2). |
| LEAMY JM | 09/08/05 | 0.90 | REVIEW AMENDED SCHEDULE G ISSUES (.4); TELECONFERENCE WITH B. CROCKER RE: SAME (.3); EMAILS D. BITTER RE: INSURANCE PARTIES (.2). |
| LEAMY JM | 09/09/05 | 0.10 | EMAILS WITH E. LANE RE: AMENDMENTS TO SCHEDULE G (.1). |
| LEAMY JM | 09/16/05 | 0.10 | REVIEW ISSUE RE: SCHEDULING OF DEBT INSTRUMENTS (.1). |
| LEAMY JM | 09/26/05 | 1.00 | ADDRESS SCHEDULE AMENDMENT MATTERS (1.0). |
| LEAMY JM | 09/30/05 | 1.40 | REVIEW AMENDED SCHEDULES (1.4). |
| **MATTER TOTAL** | | **3.90** | |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                     **Bill Date: 10/06/05**
Retention / Fee Matters (SASM&F)                  **Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 09/01/05 | 1.60 | REVIEW PROPOSED STANDARD OPERATING PROCEDURES WITH RESPECT TO EXAMEN ISSUES (.5); TELECONFERENCES WITH K. LAMAINA RE: REVISIONS TO PROPOSED STANDARD OPERATING PROCEDURES WITH RESPECT TO RESPONDING TO EXAMEN ISSUES (.6); REVIEW EMAILS FROM K. LAMAINA AND N. RICARDO RE: SUBMISSION OF FEE STATEMENTS (.2); TELECONFERENCES WITH K. LAMAINA RE: RESPONDING TO EXAMEN ISSUES (.3). |
| LAMAINA KA | 09/01/05 | 6.50 | CORRESPONDENCE WITH S. EICHEL RE: EXAMEN RECENT ISSUES (.9); REVIEW EMAIL FROM M. RICHARD RE: RATES (.1); REVIEW, ADDRESS VARIOUS NEW EXAMEN ISSUES RE: SUBMISSION OF SEVERAL BILLS (5.5). |
| TURETSKY DM | 09/01/05 | 0.40 | FURTHER DILIGENCE RE: POTENTIAL DISCLOSURE PARTIES (.4). |
| EICHEL S | 09/02/05 | 0.10 | TELECONFERENCE WITH K. LAMAINA RE: STATUS (.1). |
| LAMAINA KA | 09/02/05 | 3.10 | TELECONFERENCE WITH N. RICARDO AND K. WINTERS RE: EXAMEN STATUS (.2); TELECONFERENCE WITH S. EICHEL RE: SAME (.1); REVIEW EXAMEN ISSUES RE: SUBMISSION OF BILLS AND OUR STATUS TO C. PUSEY OF EXAMEN RE: SAME (2.5); SUGGEST OPTIONS RE: EXAMEN'S NON-RESPONSE AND DELAY IN ADDRESSING BILLING ISSUES TO N. RICARDO AND S. EICHEL (.3). |
| HENRY S | 09/06/05 | 0.30 | REVIEW MEMORANDUM RE: EXAMEN ISSUES (.3). |
| EICHEL S | 09/06/05 | 0.80 | REVIEW EMAIL FROM N. RICARDO TO C. PUSEY RE: SUBMISSION OF FEE STATEMENT TO EXAMEN (.2); TELECONFERENCE WITH N. RICARDO AND K. LAMAINA RE: RECENT EXAMEN ISSUES (.2); TELECONFERENCES WITH K. LAMAINA RE: EXAMEN (.1); TELECONFERENCES WITH K. LAMANIA RE: EXAMEN (.2); TELECONFERENCE WITH K. LAMAINA RE: EXAMEN (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 09/06/05 | 2.70 | TELECONFERENCE WITH C. PUSEY AND KIRAN FROM EXAMEN RE: EXAMEN'S PROCEDURAL ISSUES WITH WINN-DIXIE BILLING (.2); TELECONFERENCES WITH S. EICHEL AND N. RICARDO RE: SAME (.3); TELECONFERENCE WITH C. PUSEY AND KIRAN RE: EXAMEN PROCEDURES (.2); VARIOUS CORRESPONDENCE WITH S. EICHEL, S. HENRY AND N. RICARDO RE: SAME (.9); REVIEW EXAMEN ISSUES RE: JUNE BILL (.6); PREPARE MEMORANDUM RE: SAME TO TEAM (.4); TELECONFERENCE WITH S. EICHEL RE: STATUS (.1). |
| HENRY S | 09/07/05 | 0.30 | EMAIL TO J. CASTLE RE: EXAMEN PROCEDURES (.3). |
| EICHEL S | 09/07/05 | 1.10 | REVIEW EMAIL FROM N. RICARDO RE: RECENT EXAMEN ISSUE (.1); REVIEW EMAILS FROM K. LAMAINA RE: EXAMEN ISSUES (.3); TELECONFERENCES WITH K. LAMAINA RE: RECENT EXAMEN ISSUES (.7). |
| LAMAINA KA | 09/07/05 | 6.50 | CORRESPONDENCE WITH S. EICHEL RE: EXAMEN ISSUES (.7); MULTIPLE CORRESPONDENCE WITH EXAMEN (CHRIS PUSEY AND KIRAN JOHAL) RE: JUNE BILL (.6); PREPARE MEMORANDUM RE: SAME (.4); REVIEW JUNE BILL CASE ADMINISTRATION MATTER RE: EXAMEN ISSUE (3.3); ADDRESS EXAMEN ISSUE RE: $750 MINIMUM AMOUNT (.5); TELECONFERENCE WITH N. RICARDO RE: SAME (.1); ADDRESS EXAMEN ISSUE RE: TIMER ENTRY (.2); TELECONFERENCE WITH K. WINTERS AND N. RICARDO RE: SAME (.2); REVIEW EXAMEN RULES RE: WINN-DIXIE BILLING (.4); TELECONFERENCE WITH S. HENRY RE: STATUS (.1). |
| HENRY S | 09/08/05 | 0.20 | EMAIL TO J. CASTLE REGARDING EXAMEN (.2). |
| EICHEL S | 09/08/05 | 0.50 | TELECONFERENCE WITH K. LAMAINA RE: RECENT EXAMEN ISSUES (.2); REVIEW EMAILS FROM K. LAMAINA RE: RECENT EXAMEN ISSUES (.3). |
| LAMAINA KA | 09/08/05 | 8.00 | RESEARCH ISSUE RE: EXAMEN'S REPORTING (1.2); PREPARE MEMORANDUM RE: SAME TO S. HENRY THAT INCLUDES SUPPORTING DOCUMENTATION (1.8); REVIEW EXAMEN MAY ISSUES FROM N. RICARDO (.4); PREPARE MEMORANDUM RE: SAME TO S. EICHEL (.3); REVIEW EXAMEN JUNE CORRESPONDENCE (.2); RESPOND TO EXAMEN REQUEST (.6); COORDINATE AND OVERSEE WORK RE: REVIEWING EXAMEN IDENTIFIED CATEGORIES RE: BILLING ISSUES IN JUNE AND MAY (3.5). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HENRY S | 09/09/05 | 0.10 | REVIEW MEMORANDUM RE: EXAMEN ISSUES (.1). |
| EICHEL S | 09/09/05 | 0.70 | TELECONFERENCE WITH K. LAMAINA RE: RECENT EXAMEN ISSUE (.2); REVIEW EMAIL FROM K. LAMAINA RE: RECENT EXAMEN ISSUE (.3); REVIEW EMAIL FROM K. LAMAINA RE: RESPONDING TO RECENT EXAMEN ISSUES (.2). |
| LAMAINA KA | 09/09/05 | 2.60 | TELECONFERENCE WITH S. EICHEL RE: RECENT EXAMEN ISSUES (.2); CONTINUE WORK RE: EXAMEN BILLING ISSUE (.5); REVISE EXAMEN SUMMARY DOCUMENT (.8); PREPARE MEMORANDUM RE: SAME TO S. HENRY (.3); REVIEW CORRESPONDENCE FROM N. RICARDO RE: REDUCTIONS (.2); CORRESPONDENCE WITH 3 TIMERS RE: EXAMEN ISSUES (.6). |
| HENRY S | 09/12/05 | 0.90 | WORK RE: WRITE OFF OF "UNAPPROVED" EXAMEN TIMEKEEPERS (.2); PREPARE MEMORANDUM TO TEAM (.3); REVISE LETTERS TO COMPANY WITH MAY AND JUNE STATEMENTS (.3); REVIEW CORRESPONDENCE RE: EXAMEN QUESTIONS (.1). |
| GRAY RW | 09/12/05 | 0.20 | REVIEW/COMMENT ON MEMORANDUM TO TIMEKEEPERS (.1); FOLLOW UP RE: RETENTION DISCLOSURE UPDATES (.1). |
| LAMAINA KA | 09/12/05 | 5.10 | CORRESPONDENCE WITH S. HENRY AND M. CIPRIANI RE: MAY AND JUNE FEE STATEMENTS (.5); CORRESPONDENCE WITH K. WINTERS RE: CHARTS FOR STATEMENTS IN ACCORDANCE WITH INTERIM COMPENSATION PROCEDURES (1.5); REVISE ALL CHARTS (1.5); TELECONFERENCE WITH N. RICARDO RE: EXAMEN STATUS ON APRIL (.1); REVIEW CORRESPONDENCE RE: SAME (.1); CORRESPONDENCE WITH L. BONACHEA RE: APRIL FEES AND DOCUMENT (.2); PREPARE MEMORANDUM TO S. EICHEL RE: REQUEST FOR INFORMATION (.2); CORRESPONDENCE WITH J. ROMAN RE: EXAMEN TIME (.2); PREPARE ALL DOCUMENTS FOR MAILING (.4); UPDATE EXAMEN STATUS (.4). |
| TURETSKY DM | 09/12/05 | 0.20 | FURTHER DILIGENCE RE: POTENTIAL DISCLOSURE PARTIES (.2). |
| BONACHEA L | 09/12/05 | 0.60 | PREPARE MAILING/ADDRESSES FOR MAY AND JUNE FEE STATEMENTS AND COORDINATE WITH K. LAMAINA RE: SAME (.2); SEARCH DOCKET FOR FEE EXAMINER PLEADINGS (.2); TELECONFERENCES WITH K. LAMAINA RE: SUBMITTING MAY/JUNE FEE STATEMENTS (.2). |
| ROMAN JJ | 09/12/05 | 0.40 | UPDATE WINN-DIXIE TIME ENTRIES AND PREPARE UPDATES FOR PERIOD 7/12/05 (.4). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 09/13/05 | 0.50 | REVIEW EMAILS FROM K. LAMAINA RE: FEE STATEMENTS (.1); TELECONFERENCES WITH K. LAMAINA RE: SKADDEN FEE STATEMENTS (.2); WORK ON FEE STATEMENT ISSUES (.2). |
| LAMAINA KA | 09/13/05 | 7.60 | PREPARE/REVISE VARIOUS DOCUMENTS IN CONNECTION WITH INTERIM COMPENSATION PROCEDURES (5.5); CORRESPONDENCE WITH S. HENRY RE: SAME (.2); CORRESPONDENCE WITH S. EICHEL RE: SAME (.2); CORRESPONDENCE WITH K. WINTERS AND P. BROWN RE: SAME (1.0); PREPARE MEMOS RE: STATUS ON APRIL - JULY (.7). |
| EICHEL S | 09/14/05 | 0.30 | REVIEW EMAIL FROM K. LAMAINA RE: STATUS OF FEE STATEMENT AND RESPONSE TO RECENT EXAMEN ISSUES (.3). |
| LAMAINA KA | 09/14/05 | 2.10 | COORDINATE WORK RE: ACCOUNTING DEPT. AND ATTORNEYS RE: BILL PROCESS TO IMPLEMENT EFFICIENT PROCEDURES FOR EXAMEN (1.2); REVISE PROCEDURES RE: SAME (.2); FINALIZE MEMORANDUM RE: SAME (.2); DISTRIBUTE MEMORANDUM RE: SAME (.1); REVIEW EXAMEN CORRESPONDENCE RE: APRIL AND MAY AND JUNE BILLS (.2); REVISE DOCUMENT RE: SAME (.2). |
| TURETSKY DM | 09/14/05 | 0.10 | TELECONFERENCE WITH K. LAMAINA RE: TIME ENTRY INQUIRY (.1). |
| BONACHEA L | 09/14/05 | 0.10 | TELECONFERENCES AND EMAILS RE: JULY FEE STATEMENT EXPENSES (.1). |
| EICHEL S | 09/15/05 | 0.10 | REVIEW EMAIL FROM K. LAMAINA RE: JULY FEE STATEMENT (.1). |
| LAMAINA KA | 09/15/05 | 0.30 | REVIEW CORRESPONDENCE FROM K. WINTERS RE: EXAMEN TIMERS (.3). |
| HENRY S | 09/16/05 | 0.10 | WORK ON ISSUES RELATING TO EXAMEN PROCEDURES (.1). |
| LAMAINA KA | 09/16/05 | 0.30 | CORRESPONDENCE WITH S. HENRY RE: AUGUST TIMERS FOR EXAMEN PROCEDURES (.1); TELECONFERENCE WITH AUGUST TIMER RE: EXAMEN (.2). |
| EICHEL S | 09/20/05 | 0.20 | REVIEW EMAIL FROM K. LAMAINA RE: NON-APPROVED TIMERS (.1); REVIEW EMAIL FROM K. LAMAINA RE: RESPONSE TO COMMITTEE INQUIRY RE: FEE APPLICATION (.1). |
| HENRY S | 09/21/05 | 3.00 | ADDRESS COMPLIANCE WITH EXAMEN PROTOCOLS (.1); REVIEW AUGUST STATEMENT (1.1); REVIEW NEXT FEE APPLICATION (1.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 09/21/05 | 0.60 | RESPOND TO REQUESTS FROM S. HENRY RE: AUGUST TIME (.4); TELECONFERENCE WITH TIMER RE: TIME FOR EXAMEN PURPOSES (.2). |
| HENRY S | 09/22/05 | 1.20 | REVIEW DRAFTS OF AUGUST STATEMENT FOR WRITE OFFS AND COMPLIANCE WITH RULES (1.2). |
| HENRY S | 09/26/05 | 1.20 | CONTINUE WORK ON AUGUST STATEMENT (1.2). |
| HENRY S | 09/27/05 | 1.20 | WORK ON PERIODIC STATEMENT REQUIRED BY COURT (1.2). |
| EICHEL S | 09/27/05 | 0.20 | REVIEW EMAIL FROM K. LAMAINA RE: SKADDEN FEE STATEMENT (.1); TELECONFERENCE WITH K. LAMAINA RE: SKADDEN FEE STATEMENT (.1). |
| LAMAINA KA | 09/27/05 | 2.50 | REVISE AUGUST TIME (2.5). |
| LAMAINA KA | 09/28/05 | 6.50 | CONTINUE REVIEW OF AUGUST TIME TO COMPLY WITH EXAMEN PROCEDURES AND CONFIDENTIALITY (3.8); CORRESPONDENCE WITH K. WINTERS RE: SAME (.2); CONTINUE REVIEW OF AUGUST TIME (2.5). |
| HENRY S | 09/29/05 | 1.60 | BEGIN WORK ON FEE APPLICATION (1.6). |
| EICHEL S | 09/29/05 | 0.20 | TELECONFERENCES WITH K. LAMAINA RE: PRE-APPROVED BILLING, FEE APPLICATION AND RETENTION OF EXAMINER (.2). |
| LAMAINA KA | 09/29/05 | 5.60 | TELECONFERENCE WITH P. BROWN RE: MEMORANDUM ON BILLING (.1); ADDRESS EXAMEN ISSUE RE: AUGUST TIME (2.5); TELECONFERENCES WITH 7 TIMERS RE: SAME (1.1); PREPARE MEMORANDUMS TO 3 TIMERS RE: TIME ENTRIES (.3); DISTRIBUTE DOCUMENTS RE: SAME (.1); TELECONFERENCE WITH S. HENRY AND S. EICHEL RE: SAME (.2); DISTRIBUTE DOCUMENT TO S. HENRY RE: SAME (.1); CONFERENCE WITH A. ZSOLDOS RE: TIME (.2); PREPARE DOCUMENT FOR K. WINTERS RE: AUGUST TIME (.5); CONFERENCE WITH K. WINTERS RE: SAME (.5). |
| ZSOLDOS AF | 09/29/05 | 0.50 | CORRESPONDENCE WITH K. LAMAINA RE: TIME ENTRY (.5). |
| LAMAINA KA | 09/30/05 | 0.60 | REVISE SUMMARY CHART (.2); TELECONFERENCE WITH K. WINTERS RE: MAY-AUGUST BILLS (.3); CORRESPONDENCE WITH S. HENRY RE: BILL (.1). |
| TURETSKY DM | 09/30/05 | 1.00 | FURTHER DILIGENCE RE: POTENTIAL DISCLOSURE PARTIES (1.0). |
| **MATTER TOTAL** | | **80.50** | |

DO8A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                    **Bill Date: 10/06/05**
**Retention / Fee Matters / Objections (Others)**      **Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/01/05 | 0.10 | COORDINATE WITH D. TURETSKY RE: FOLLOW UP ON DELOITTE (.1). |
| TURETSKY DM | 09/01/05 | 0.10 | E-MAIL TO J. GLEESON RE: ISSUES CONCERNING DELOITTE RETENTION (.1). |
| EICHEL S | 09/06/05 | 0.40 | PREPARE RESPONSE TO INQUIRY FROM M. SARD (FINE & BLOCK) RE: OCP RETENTION (.1); ADDRESS ISSUES RE: OCP RETENTION OF FINE & BLOCK (.1); TELECONFERENCE WITH M. SARD (FINE & BLOCK) RE: FIRM'S OCP RETENTION (.1); TELECONFERENCE WITH B. KAHAN RE: HIS RETENTION WITH AN OCP (.1); PREPARE RESPONSE TO INQUIRY FROM M. SARD (FINE & BLOCK) RE: OCP RETENTION (.1). |
| BAKER DJ | 09/08/05 | 0.30 | TELECONFERENCE WITH J. CASTLE WITH RESPECT TO ISSUES RELATED TO APPOINTMENT OF FEE EXAMINER (.3). |
| HENRY S | 09/08/05 | 0.30 | TELECONFERENCE WITH J. CASTLE RE: APPOINTMENT OF FEE EXAMINER AND REQUEST FOR TELECONFERENCE RE: SAME (.1); CORRESPONDENCE RE: SAME (.2). |
| GRAY RW | 09/09/05 | 0.10 | TELECONFERENCE WITH M. COMERFORD RE: FEE EXAMINER STATUS AND DRAFT MEMORANDUM TO S. HENRY RE: SAME (.1). |
| LAMAINA KA | 09/12/05 | 2.90 | PREPARE SERVICE DOCUMENTS RE: PROFESSIONAL FEES (.5); PREPARE LETTERS TO PROFESSIONALS RE: FEES (2.0); REVISE LETTERS RE: SAME (.4). |
| GRAY RW | 09/15/05 | 0.50 | REVIEW MEMOS RE: ATECH AND EXCHANGE EMAILS WITH J. JAMES RE: OCP RETENTION STATUS (.2); FOLLOW UP RE: LOGAN RESPONSE TO ATECH REQUEST (.1); REVIEW ATECH AGREEMENT AND EXCHANGE EMAILS WITH J. JAMES, ET AL. RE: OCP RETENTION (.2). |
| EICHEL S | 09/15/05 | 0.50 | ADDRESS ISSUE RE: ASSESSMENT TECHNOLOGY (.1); REVIEW EMAILS FROM R. GRAY RE: ASSESSMENT TECHNOLOGIES (.2); TELECONFERENCE WITH J. LAMMERT (ASSESSMENT TECHNOLOGIES) RE: RETENTION QUESTIONNAIRE (.1); DRAFT EMAIL TO J. LAMMERT RE: RETENTION QUESTIONNAIRE (.1). |
| EICHEL S | 09/19/05 | 0.30 | DEVELOP SUBMISSION OF WILKIE FARR AND GALLAGHER AS ORDINARY COURSE PROFESSIONAL (.2); ADDRESS ISSUES RE: ASSESSMENT TECHNOLOGIES (.1). |

DO8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 09/19/05 | 0.20 | REVIEW FINAL ORDER RE: INTERIM COMPENSATION PROCEDURES (.2). |
| EICHEL S | 09/20/05 | 0.20 | DRAFT EMAIL TO R. GRAY RE: WILKE FARR & GALLAGHER AND REVIEW R. GRAY'S RESPONSE (.1); DRAFT EMAIL TO J. CASTLE RE: RETENTION OF WILKE, FARR & GALLAGHER (.1). |
| LAMAINA KA | 09/20/05 | 0.10 | INQUIRE WITH S. EICHEL RE: STATUS RE: COMMITTEE REQUEST FOR INFORMATION (.1). |
| EICHEL S | 09/21/05 | 0.30 | CONTINUE TO RESOLVE ISSUES RE: WILKE FARR & GALLAGHER (.1); REVIEW EMAIL FROM J. CASTLE RE: RETENTION OF WILKE FARR & GALLAGHER (.1); TELECONFERENCE WITH OFFICE OF J. DANAHER (WILKE FARR) RE: RETENTION QUESTIONNAIRE (.1). |
| GRAY RW | 09/22/05 | 0.10 | REVIEW AND APPROVE OCP FILING FROM S. EICHEL (.1). |
| EICHEL S | 09/22/05 | 1.20 | CONTINUE TO RESOLVE ISSUES RE: WILLKE FARR & GALLAGHER (.2); ADDRESS ISSUE RE: ASSESSMENT TECHNOLOGIES, INCLUDING DRAFTING NINTH OCP SUPPLEMENT AND SUBMISSION OF RETENTION QUESTIONNAIRE (.5); DRAFT EMAIL TO R. GRAY RE: ASSESSMENT TECHNOLOGIES (.1); DRAFT EMAIL TO C. JACKSON RE: WILLKE FARR & GALLAGHER (.1); REVIEW EMAIL FROM K. WARD RE: FILING AND SERVICE OF QUESTIONNAIRE OF WILLKE FARR (.1); DRAFT RESPONSE TO K. WARD'S EMAIL (.1); REVIEW EMAIL FROM E. GORDON RE: SYLVANIA OPTING INTO TRADE LIEN PROGRAM (.1). |
| BONACHEA L | 09/22/05 | 0.20 | PREPARE PDF OF ORDINARY COURSE PROFESSIONAL QUESTIONNAIRE (.2). |
| EICHEL S | 09/27/05 | 0.10 | DRAFT EMAIL TO M. RICHARD RE: OCP QUARTERLY PAYMENTS AND ASSESSMENT TECHNOLOGIES (.1). |
| EICHEL S | 09/28/05 | 0.10 | DRAFT EMAIL TO J. CASTLE RE: ASSESSMENT TECHNOLOGIES (.1). |
| LAMAINA KA | 09/29/05 | 0.20 | CORRESPONDENCE WITH M. COMERFORD, COUNSEL FOR CREDITORS' COMMITTEE, RE: INTERIM FEE APPLICATION PROCESS (.2). |
| BONACHEA L | 09/30/05 | 0.10 | TELECONFERENCE WITH K. WARD RE: ORDINARY COURSE PROFESSIONAL ORDER REQUIREMENTS (.1). |
| **MATTER TOTAL** | | **8.30** | |

DO8A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**
**Tax Matters**

**Bill Date: 10/06/05**
**Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 09/08/05 | 0.10 | DRAFT MEMORANDUM TO K. BRISTOR RE: FOLLOW UP ON TAX ISSUES (.1). |
| GRAY RW | 09/14/05 | 0.10 | REVIEW MEMOS RE: NOLS/CLAIMS TRADING (.1). |
| GRAY RW | 09/20/05 | 0.10 | DRAFT MEMORANDUM TO K. BRISTOR AND J. BAKER RE: TAX ISSUES (.1). |
| BAKER DJ | 09/21/05 | 0.50 | REVIEW TAX ISSUES (.5). |
| KALOUDIS D | 09/27/05 | 0.50 | TELECONFERENCE WITH DEPT OF REVENUE OF KENTUCKY RE: SALES TAX (.3); TELECONFERENCE WITH A. RAVIN RE: SAME (.2). |
| RAVIN AS | 09/27/05 | 0.40 | CONFERENCE WITH D. KALOUDIS RE: KY SALES TAX ISSUE (.2); REVIEW PRIOR CORRESPONDENCE IN CONNECTION WITH ADDRESSING SAME (.2). |
| KALOUDIS D | 09/28/05 | 0.50 | FOLLOW UP WITH COMPANY ON DEPT OF REVENUE OF KENTUCKY (.5). |
| BAKER DJ | 09/30/05 | 0.80 | CONTINUE REVIEW OF TAX ISSUES (.8). |
| **MATTER TOTAL** | | **3.00** | |

DOSA

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                     **Bill Date: 10/06/05**
Utilities                                                        **Bill Number: 1076965**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 09/01/05 | 2.50 | REVIEW FLORIDA KEYS STIPULATION (.4); WORK ON GULF POWER STIPULATION (1.2); REVIEW AND COMMENT ON PLAQUEMINE ORDER (.4); TELECONFERENCE WITH C. JACKSON RE: PLAQUEMINE (.1); REVIEW VARIOUS EMAILS RE: UTILITY ISSUES (.4). |
| KALOUDIS D | 09/01/05 | 0.70 | TELECONFERENCE WITH E. SHULE AND S. FELD RE: ORDERS RELATED TO THE CITY OF PLAQUEMINES MOTIONS AND OBJECTIONS (.4); TELECONFERENCE WITH COUNSEL TO CITY OF CLEARWATER RE: PROPOSAL (.3). |
| FELD SR | 09/02/05 | 1.10 | UPDATE UTILITY BOND CHART AND EMAIL TO LIBERTY MUTUAL (.5); REVIEW AND COMMENT ON DRAFT EMAILS RE: FLORIDA KEYS AND NEW SMYRNA BEACH (.4); REVIEW STORE CLOSINGS RE: UTILITY SERVICE (.2). |
| KALOUDIS D | 09/02/05 | 2.30 | PREPARE STIPULATION FOR EXECUTION RE: NEW SMYRNA (.4); EMAIL COUNSEL TO NEW SMYRNA BEACH UTILITY RE: SAME (.3); FORWARD TO COMPANY (.2); REVISE FLORIDA KEYS STIPULATION (.5); EMAIL COUNSEL TO FLORIDA KEYS ELETRIC RE: EXECUTION OF SAME (.3); EMAIL TO COMPANY RE: SAME AND PAYMENT DUE UNDER STIPULATION (.3); CONFER WITH S. FELD RE: FLORIDA KEYS AND NEW SMYRNA (.3). |
| FELD SR | 09/06/05 | 0.50 | ADDRESS GULF POWER ADEQUATE ASSURANCE ISSUES (.5). |
| KALOUDIS D | 09/06/05 | 0.20 | REVIEW E-MAIL FROM UTILITY RE: FLORIDA KEYS (.1); REVIEW E-MAIL RE: GULF POWER (.1). |
| FELD SR | 09/07/05 | 5.00 | PREPARE CITY OF FOLEY STIPULATION (.3); ADDRESS ISSUE RE: GEORGIA POWER AND GULF POWER (3.8); PREPARE ALTAMONTE STIPULATION (.4); RESOLVE ISSUE RE: CHATTANOOGA ELECTRICAL BOARD (.2); REVIEW EMAILS RE: UTILITY ISSUES (.3). |
| KALOUDIS D | 09/07/05 | 1.30 | REVISE CITY OF ALTAMONTE SPRINGS (.4); REVISE CITY OF CHATTANOOGA STIPULATION (.5); TELECONFERENCE WITH C. LEO RE: CITY OF FLORENCE (.1); TELECONFERENCE WITH S. FELD RE: SAME (.3). |

DO8A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FELD SR | 09/08/05 | 2.40 | TELECONFERENCE WITH E. VOGT RE: APCO (.2); RECONCILE ACCOUNTS FOR GULF POWER STIPULATION (1.4); FOLLOW UP ON FLORIDA POWER (.1); REVIEW STATUS OF PENDING STIPULATIONS (.5); WORK ON ISSUE RE: CITY OF FAYETTE (.2). |
| KALOUDIS D | 09/08/05 | 2.60 | TELECONFERENCE WITH V. YOUND RE: CITY OF FLORENCE (.2); UPDATE CHART (.2); REVIEW LETTER FROM CITY OF CLEARWATER (.2); CONFER WITH S. FELD RE: OUTSTANDING STIPULATION ISSUES (.6); TELECONFERENCE WITH WASTE MANAGEMENT RE: STATEMENTS (.2); REVIEW FLORIDA KEYS SIGNATURE PAGES (.2); TELECONFERENCE WITH P. DELACAMBRE RE: MISSISSIPPI POWER (.2); SEND WIRING INSTRUCTIONS RE: FLORIDA KEYS TO COMPANY (.3); CONFER WITH S. FELD RE: SAME (.1); REVIEW LIST TO DETERMINE UTILITIES ISSUES (.3); TELECONFERENCE WITH L. BONACHEA RE: ORDER (.1). |
| FELD SR | 09/09/05 | 4.60 | DRAFT STIPULATION RE: GREEN COVE SPRINGS (1.8); DRAFT CORRESPONDENCE RE: GREEN COVE SPRINGS (.4); PREPARE NOTICE TO NOTICE PARTIES RE: ALTAMONTE SPRINGS (.5); RESOLVE CLEARWATER BOND ISSUES (1.1); REVIEW DRAFT EMAIL RE: CHATTANOOGA (.2); UPDATE UTILITY BOND CHART (.6). |
| KALOUDIS D | 09/09/05 | 1.70 | REVISE CHATTANOOGA EMAIL (.2); TELECONFERENCE WITH C. LEO RE: SAME (.1); REVIEW EMAIL RE: STORE CLOSINGS (.3); TELECONFERENCE WITH S. FELD RE: SAME (.2); REVIEW E-MAIL RE: GREEN COVE (.1); ANALYZE ISSUES RE: CITY OF CLEARWATER (.6); REVIEW BOND CHART (.2). |
| FELD SR | 09/12/05 | 4.10 | FOLLOW UP ON FLORIDA KEYS, CITY OF FLORENCE, NEW SMYRNA, CLEARWATER AND TALLAHASSEE STIPULATIONS (1.1); REVISE DRAFT EMAIL RE: NEW SMYRNA (.3); PREPARE CITY OF OXFORD STIPULATION (1.2); PREPARE GULF POWER STIPULATION (1.5). |
| KALOUDIS D | 09/12/05 | 2.90 | DRAFT EMAIL TO SMYRNA (.3); TELECONFERENCE WITH S. FELD RE: RECENT UTILITY ISSUES (.3); BEGIN DRAFTING CITY OF TALLAHASSEE STIPULATION (1.5); TELECONFERENCE WITH J. DONAHUE COUNSEL FOR CITY OF TALLAHASSEE RE: STIPULATION (.2); EMAIL COMPANY RE: SAME (.2); BEGIN DRAFTING CLEARWATER STIPULATION (.4). |
| BONACHEA L | 09/12/05 | 0.30 | PREPARE CERTIFICATE OF SERVICE RE: UTILITIES ORDER (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 09/13/05 | 4.10 | REVIEW AND REVISE TALLAHASSEE STIPULATION (1.2); REVIEW AND REVISE CITY OF FLORENCE STIPULATION (1.9); TELECONFERENCE WITH C. LEO RE: CLEARWATER AND CITY OF FLORENCE (.4); PREPARE EMAILS RE: FLORIDA POWER ACCOUNTS (.3); UPDATE CASH DEPOSIT CHART (.3). |
| KALOUDIS D | 09/13/05 | 1.30 | RESEND ALTAMONTE STIPULATION TO COMMITTEE (.2); REVIEW REVISIONS TO TALLAHASSEE STIPULATION (.2); FOLLOW UP ON WASTE MANAGEMENT ISSUE (.2); REVIEW E-MAILS RE: CITY OF CLEARWATER BOND (.3); REVIEW CORRESPONDENCE FROM WORKING GROUP RE: CITY OF FLORENCE (.2); REVIEW CORRESPONDENCE FROM WORKING GROUP RE: FLORIDA POWER CORP AND PROGRESS ENERGY (.2). |
| FELD SR | 09/14/05 | 4.80 | REVIEW TALLAHASSEE COUNTER PROPOSAL (.3); PREPARE FLORIDA POWER STIPULATION AND EXHIBIT (4.2); PREPARE MEMORANDUM RE: GREEN COVE SPRINGS (.1); REVIEW EMAILS FROM WORKING GROUP RE: FLORENCE AND CLEARWATER (.2). |
| KALOUDIS D | 09/14/05 | 0.90 | REVIEW CORRESPONDENCE FROM TALLAHASSEE (.2); TELECONFERENCE WITH S. FELD RE: TALLAHASSEE (.2); TELECONFERENCE WITH THE CITY OF CLEARWATER COUNSEL (.1); TELECONFERENCE WITH J. DONAHUE RE: CITY OF TALLAHASSEE (.1); EMAIL TO V. YOUNG RE: FLORENCE UTILITIES RE: REVISED STIPULATION (.3). |
| FELD SR | 09/15/05 | 4.60 | FOLLOW UP RE: FLORIDA KEYS SIGNATURE PAGE (.1); PREPARE EMAIL RE: FLORIDA POWER (.1); UPDATE UTILITY CHART RE: CONTACTS (.6); REVIEW PENDING STIPULATION (1.1); CONTINUE TO WORK ON FLORIDA POWER STIPULATION AND EXHIBIT (1.3); PREPARE LETTER TO E. RAY RE: TERMINATION OF ACCOUNTS (.4); WORK ON CITY OF OXFORD ISSUES RE: STIPULATIONS (.9); FOLLOW UP RE: CITY OF FOLEY STIPULATION (.1). |
| FELD SR | 09/16/05 | 3.80 | CONTINUE TO ADDRESS CITY OF OXFORD STIPULATION RE: RECONCILIATION OF AMOUNT (.5); CONTINUE TO REVIEW STATUS OF ACCOUNTS RE: FLORIDA POWER (.4); PREPARE EMAIL TO R. JOHNSON RE: ADEQUATE ASSURANCE (.2); FOLLOW UP ON PENDING STIPULATION FOR FLORIDA PUBLIC, BOWLING GREEN, TALLAHASSEE, CLEARWATER AND NEW SMYRNA (1.0); UPDATE UTILITY CHART (.8); FOLLOW UP RE: MISSISSIPPI VALLEY AND HILLSBOROUGH (.6); UPDATE BOND UTILITY CHART (.3). |

D08A

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KALOUDIS D | 09/16/05 | 0.80 | TELECONFERENCE WITH CITY OF CLEARWATER RE: STIPULATION (.4); TELECONFERENCE WITH S. FELD RE: SAME AND CITY OF TALLAHASSEE (.3); TELECONFERENCE WITH COMPANY RE: SIGNATURE OF FLORIDA KEYS STIPULATION (.1). |
|---|---|---|---|
| KALOUDIS D | 09/18/05 | 2.00 | REVISE CITY OF TALLAHASSEE STIPULATION (.6); REVISE CITY OF CLEARWATER STIPULATION (.5); REVISE CITY OF FOLEY, RIVIERA UTILITIES STIPULATION (.8); EMAIL TO COMPANY RE: SAME (.1). |
| FELD SR | 09/19/05 | 5.70 | REVIEW AND REVISE CITY OF CLEARWATER STIPULATION (1.8); REVIEW AND REVISE CITY OF TALLAHASSEE STIPULATION (1.6); FOLLOW UP ON CITY OF ALTAMONTE AND NEW SMYRNA STIPULATION (.3); TELECONFERENCE WITH C. LEO RE: FLORIDA KEYS (.1); REVIEW AND REVISE CITY OF FOLEY STIPULATION (1.5); REVIEW VARIOUS EMAILS RE: UTILITIES (.4). |
| KALOUDIS D | 09/19/05 | 2.00 | TELECONFERENCE WITH C. SILCOX RE: RIVIERA UTILITIES (.2); E-MAIL S. FELD RE: SAME (.1); TELECONFERENCE WITH B. PRESTON RE: SMYRNA STIPULATION (.2); E-MAIL TO S. FELD RE: SAME (.1); REVISE CITY OF CLEARWATER (.3); DRAFT E-MAIL TO COUNSEL FOR THE CITY OF CLEARWATER (.3); DRAFT E-MAIL TO COMPANY RE: FLORIDA KEYS (.2); DRAFT E-MAIL TO COMPANY RE: CITY OF TALLAHASSEE COUNTEROFFER AND STIPULATION (.3); REVISE SAME (.1); SEND EMAIL RE: COUNTEROFFER BY THE CITY OF TALLAHASSEE (.2). |
| FELD SR | 09/20/05 | 0.50 | FOLLOW UP RE: FLORIDA POWER CORP., FLORIDA KEYS (.3); PREPARE EMAIL RE: PAYMENT AND SIGNING OF STIPULATION RE: GULF POWER (.2). |
| FELD SR | 09/21/05 | 3.10 | CONTINUE TO REVIEW AND REVISE CITY OF FOLEY STIPULATION (2.1); TELECONFERENCE WITH C. BOUCHER RE: PAYMENT PROCESS (.2); TELECONFERENCES WITH C. TUCKER RE: SUMTER ELECTRIC (.3); REVIEW EMAILS RE: UTILITIES (.3); REVIEW SUMTER ELECTRIC FILE (.2). |

DGBA

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          09/21/05          3.90     TELECONFERENCE WITH S. FELD RE:
                                               OUTSTANDING ISSUES (.4);
                                               TELECONFERENCE WITH B. KICHLER AND S.
                                               FELD (.1); DRAFT EMAIL RE: CITY OF
                                               ALTAMONTE (.3); SEND E-MAIL TO CITY
                                               OF ALTAMONTE RE: EXECUTION COPY OF
                                               STIPULATION (.3); FORWARD E-MAIL RE:
                                               SAME TO COMPANY (.1); TELECONFERENCE
                                               WITH B. PRESTON RE: SMYRNA
                                               STIPULATION (.1); TELECONFERENCE WITH
                                               A. CASTELEBERRY RE: TOBBACO BOND
                                               (.2); FOLLOW UP TELECONFERENCE WITH
                                               P. DELCAMBRE RE: MISSISSIPPI (.3);
                                               DRAFT EMAIL RE: CITY OF TALLAHASSEE
                                               STIPULATION (.3); FORWARD SAME TO S.
                                               FELD (.1); SEND E-MAIL TO CITY OF
                                               TALLAHASSEE RE: PROPOSED STIPULATION
                                               AND OFFER LETTER (.2); EMAIL COMPANY
                                               RE: SUMTER ELECTRIC (.2); UPDATE
                                               CHART (.3); REVIEW E-MAIL RE:
                                               STARKVILLE (.2); TELECONFERENCE WITH
                                               S. WHEELIS RE: CLECO (.2); FORWARD
                                               STARKVILLE E-MAIL TO S. FELD (.1);
                                               TELECONFERENCE WITH V. YOUNG RE: CITY
                                               OF FLORENCE (.2); REVIEW REVISED
                                               STIPULATION RE: CITY OF FOLEY (.3);
                                               REVIEW E-MAIL FROM COMPANY RE: SUMTER
                                               (.2).

FELD SR             09/22/05          2.00     FOLLOW UP ON GULF POWER STIPULATION
                                               RE: PAYMENT (.4); PREPARE CITY OF
                                               FOLEY STIPULATION AND CORRESPONDENCE
                                               RE: SAME (1.0); TELECONFERENCE WITH
                                               C. TUCKER RE: ADEQUATE ASSURANCE
                                               (.2); DRAFT EMAIL TO C. TUCKER RE:
                                               STORE CLOSINGS (.1); DRAFT EMAIL TO
                                               B. KICHLER RE: TERMINATION NOTICES
                                               (.1); REVIEW EMAILS RE: UTILITY
                                               ISSUES (.2).

KALOUDIS D          09/22/05          1.00     TELECONFERENCE WITH COMPANY RE:
                                               FLORIDA KEYS STIPULATION (.2);
                                               TELECONFERENCE WITH COMPANY RE:
                                               TOBACCO BOND (.1); E-MAIL S. FELD RE:
                                               SAME (.1); TELECONFERENCE WITH A.
                                               CASTLEBARRY RE: BOND (.2); E-MAIL S.
                                               FELD RE: SAME (.1); TELECONFERENCE
                                               WITH S. FELD RE: OUTSTANDING ISSUES
                                               (.3).

FELD SR             09/26/05          2.20     FOLLOW UP ON STATUS OF PENDING
                                               STIPULATIONS (.3); TELECONFERENCE
                                               WITH A. ACZEL RE: GEORGIA POWER (.2);
                                               TELECONFERENCE WITH R. JOHNSON RE:
                                               FLORIDA POWER (.1); UPDATE BOND
                                               UTILITY CHART (1.1); ADDRESS OPEN
                                               ISSUES RE: CHATTANOOGA STIPULATION
                                               (.3); REVIEW AND REVISE DRAFT EMAIL
                                               RE: CITY OF FOLEY (.2).

DO8A

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 09/26/05 | 4.50 | FINALIZE STIPULATION E-MAIL RE: CITY OF FOLEY (.5); TELECONFERENCE WITH CHATTANOOGA (.1); TELECONFERENCE WITH S. FELD RE: STIPULATIONS (.2); TELECONFERENCE WITH B. PRESTON RE: SMYRNA (.2); REVIEW EXECUTED STIPULATION RE: NEW SMYRNA BEACH (.3); TELECONFERENCE WITH S. FELD RE: UTILITIES (.3); TELECONFERENCE WITH S. FELD RE: CHATTANOOGA STIPULATION (.3); SECOND TELECONFERENCE WITH CHATTANOOGA RE: TERMS OF STIPULATION (.2); TELECONFERENCE WITH C. LEO RE: SAME (.1); FORWARD INVOICES TO COMPANY (.1); BEGIN DRAFTING STIPULATIONS RE: SUMTER, STARKVILLE AND MISSISSIPPI POWER (2.2). |
| FELD SR | 09/27/05 | 5.60 | REVIEW AND REVISE STARKVILLE STIPULATION (1.3); REVIEW EMAIL RE: NEW SMYRNA BEACH (.1); REVIEW AND REVISE SUMTER STIPULATION (1.4); REVIEW AND REVISE CHATTANOOGA STIPULATION (1.6); REVISE FLORIDA POWER STIPULATION (1.1); TELECONFERENCE WITH C. JOHNSON RE: ADEQUATE ASSURANCE AMOUNT (.1). |
| KALOUDIS D | 09/27/05 | 2.70 | REVISE SUMTER STIPULATION (.6); REVISE STARKVILLE STIPULATION (.5); REVISE CHATTANOOGA STIPULATION (.6); TELECONFERENCE WITH C. LEO RE: SAME (.3); TELECONFERENCE WITH CHATTANOOGA (.2); REVIEW MISSISSIPPI STIPULATION (.3); TELECONFERENCE WITH S. FELD RE: UTILITIES (.2). |
| FELD SR | 09/28/05 | 1.80 | DRAFT NOTICE TO NOTICE PARTIES RE: FLORIDA POWER (.4); REVISE DRAFT EMAIL RE: SUMTER STIPULATION (.2); REVISE DRAFT EMAIL RE: FLORIDA KEYS STIPULATION (.2); REVISE AND CIRCULATE GREEN COVE SPRINGS STIPULATION (.3); REVIEW AND REVISE REVISED DRAFT OF CHATTANOOGA STIPULATION (.7). |
| KALOUDIS D | 09/28/05 | 1.90 | TELECONFERENCE WITH S. FELD RE: CHATTANOOGA (.2); REVISE CHATTANOOGA STIPULATION (.2); SEND OUT SUMTER STIPULATION (.2); REVIEW UTILITIES FILES (1.3). |
| KALOUDIS D | 09/29/05 | 2.00 | TELECONFERENCE WITH CHATTANOOGA (.2); DRAFT E-MAIL RE: FLORIDA KEYS STIPULATION (.5); DRAFT E-MAIL RE: TERMS FLORIDA POWER CORP. STIPULATION (1.1); SEND E-MAIL TO C. JACKSON RE: SAME (.1); TELECONFERENCE WITH S. HENRY RE: SAME (.1). |
| MATTER TOTAL | | <u>93.40</u> | |

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**  **Bill Date:** 10/06/05
**Vendor Matters**  **Bill Number:** 1076965

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 09/01/05 | 0.70 | REVIEW EMAILS FROM B. KICHLER RE: THE PEGGS COMPANY (.2); TELECONFERENCE WITH B. KICHLER RE: THE PEGGS COMPANY (.1); DRAFT EMAIL TO C. ROFF (PEGGS COMPANY) RE: REQUESTING ADDITIONAL INFORMATION (.1); TELECONFERENCE WITH B. KICHLER RE: SOUTHEAST ATLANTIC BEVERAGE CO. ("SEABEV") ISSUE (.1); DRAFT EMAIL TO L. BARR (COUNSEL TO SEABEV) RE: ISSUE (.1); REVIEW EMAIL FROM L. BARR RE: SETOFF ISSUE (.1). |
| HENRY S | 09/06/05 | 1.00 | TELECONFERENCE WITH S. ZUBER RE: PREFERENCE ANALYSIS THAT HE IS SENDING FOR MY REVIEW (.1); REVIEW CORRESPONDENCE RE: SAME (.7); TELECONFERENCE WITH S. EICHEL REGARDING SYLVANIA, DANNON AND CARDINAL HEALTH (.1); REVIEW CORRESPONDENCE REGARDING SYLVANIA CLAIM (.1). |
| EICHEL S | 09/06/05 | 0.30 | TELECONFERENCE WITH P. TATUM RE: BAR DATE DEADLINE (.1); REVIEW EMAIL FROM B. TATUM RE: SAME (.1); DRAFT EMAIL TO M. MARTINEZ (CLAIMS AGENT) RE: NOTICE OF BAR DATE WITH RESPECT TO CHAMBERS BOTTLING CO. (.1). |
| HENRY S | 09/07/05 | 0.30 | TELECONFERENCE WITH MS. WILBURN (C&S SIGNS) RE: CLAIMS (.3). |
| EICHEL S | 09/07/05 | 0.50 | REVIEW EMAIL FROM M. MARTINEZ RE: BAR DATE NOTICE SENT TO CHAMBERS BOTTLING CO. (.1); DRAFT EMAIL TO B. TATUM RE: BAR DATE NOTICE SERVED UPON CHAMBERS BOTTLING CO. (.1); REVIEW RESPONSE FROM B. TATUM RE: SAME (.1); TELECONFERENCE WITH M. GANSKE RE: CLAIM OF CFK (.2). |
| EICHEL S | 09/08/05 | 1.10 | WORK ON STIPULATION RE: SOUTHEAST-ATLANTIC BEVERAGE CO. (1.0); DRAFT EMAIL TO M. MARTINEZ RE: SOUTHEAST-ATLANTIC BEVERAGE CO. CLAIMS (.1). |

DO9A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 09/09/05 | 2.00 | REVIEW EMAIL FROM L. BARR RE: SOUTHEAST ATLANTIC BEVERAGE CO. STIPULATION (.1); DRAFT RESPONSE EMAIL TO L. BARR RE: SAME (.2); DRAFT EMAIL TO M. MARTINEZ (LOGAN & CO.) RE: CLAIMS OF SOUTHEAST ATLANTIC BEVERAGE CO. (.1); WORK ON SOUTHEAST ATLANTIC BEVERAGE CO. ("SABC") STIPULATION (.6); TELECONFERENCE WITH L. BARR RE: SABC STIPULATION (.1); WORK ON SABC STIPULATION (.9). |
| EICHEL S | 09/10/05 | 0.20 | REVIEW AND REVISE PROPOSED STIPULATION WITH SOUTHEAST-ATLANTIC BEVERAGE CO. (.2). |
| EICHEL S | 09/13/05 | 0.70 | REVIEW AND REVISE SOUTHEAST-ATLANTIC BEVERAGE CO. STIPULATION (.3); TELECONFERENCE WITH B. KICHLER RE: SAME (.1); CONFERENCE WITH S. HENRY RE: SOUTHEAST-ATLANTIC BEVERAGE CO. STIPULATION AND STATUS OF DANNON LITIGATION (.1); DRAFT EMAIL TO L. BARR RE: SOUTHEAST-ATLANTIC BEVERAGE CO. STIPULATION (.1); REVIEW EMAIL FROM L. BARR RE: SAME (.1). |
| HENRY S | 09/14/05 | 2.40 | EMAIL TO H. ETLIN RE: PREFERENCE ANALYSIS (.2); TELECONFERENCE WITH H. ETLIN RE: SAME (.3); REVIEW SPREADSHEETS RE: SAME (.8); REVIEW CASELAW RE: DEFENSE ISSUE (.7); MEET WITH S. EICHEL RE: SAME (.4). |
| EICHEL S | 09/14/05 | 0.30 | REVIEW FRONT END SERVICES CONTRACT (.1); REVIEW EMAILS FROM B. KICHLER RE: REVISED AGREEMENT WITH FRONT END SERVICES (.1); TELECONFERENCE WITH C. ROFF RE: CLAIMS OF THE PEGGS COMPANY (.1). |
| EICHEL S | 09/15/05 | 0.40 | REVIEW EMAIL FROM B. KICHLER RE: SECOND BAR DATE NOTICE (.1); TELECONFERENCE WITH J. LEAMY RE: POSSIBLY INCLUDING THE PEGGS CO. IN SECOND BAR DATE NOTICE (.1); TELECONFERENCE WITH G. ESTILL RE: REVISIONS TO CONTRACT WITH FRONT END SERVICES FOR PURCHASE OF STAMPS AND EFFECT ON STATEMENT OF RECLAMATION (.2). |
| GRAY RW | 09/16/05 | 0.20 | REVIEW LETTER FROM C. PETERSEN RE: HOBART, DRAFT MEMORANDUM TO P. WINDHAM ET AL. RE: SAME AND EXCHANGE EMAILS WITH J. CASTLE RE: SAME (.2). |
| HENRY S | 09/20/05 | 1.40 | TELECONFERENCE WITH DAMORE, TIBERIA, MCNAMARA, CASTLE, POST, KICHLER RE: DANNON ISSUES (1.0); WORK ON MOTION TO EXTEND TIME (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 09/20/05 | 0.20 | EXCHANGE EMAILS WITH C. PETERSEN AND P. WINDHAM RE: HOBART PAYMENT STATUS (.2). |
| GRAY RW | 09/21/05 | 0.10 | REVIEW AND RESPOND TO MEMORANDUM RE: ANDERSEN NEWS ISSUES (.1). |
| ZSOLDOS AF | 09/21/05 | 0.70 | COORDINATE AND ORGANIZE DOCUMENTS FOR ATTORNEY REVIEW (.7). |

**MATTER TOTAL**                          **12.50**

**CLIENT TOTAL**                       **1,286.10**

D08A