**EXHIBIT G-2**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(SEPTEMBER 1, 2005 - SEPTEMBER 30, 2005)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $9,292.57 |
| Long Distance Telephone | $326.10 |
| In-House Reproduction (@ $.10 per page) | $1,622.70 |
| Outside Research | $2.40 |
| Filing / Court Fees | $189.95 |
| Out-Of-Town Travel | $489.20 |
| Business Meals | $483.02 |
| Other Out-Of-Pocket | $251.34 |
| Courier & Express Carriers (e.g., Federal Express) | $357.11 |
| Postage | $205.31 |
| Electronic Document Management | $13.12 |
| TOTAL | $13,232.82 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)　　　　　　　　　　　　　　Bill Date: 10/06/05
Disbursements　　　　　　　　　　　　　　　　　　　　　　Bill Number: 1076965

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/01/05 | Baker DJ | 489.20 |
| | | TOTAL AIR/RAIL TRAVEL - VENDOR FEED | $489.20 |
| In-house Reproduction | 09/02/05 | Copy Center, D | 12.90 |
| In-house Reproduction | 09/02/05 | Copy Center, D | 0.80 |
| In-house Reproduction | 09/02/05 | Copy Center, D | 11.40 |
| In-house Reproduction | 09/02/05 | Copy Center, D | 3.00 |
| In-house Reproduction | 09/02/05 | Copy Center, D | 11.70 |
| In-house Reproduction | 09/09/05 | Copy Center, D | 0.20 |
| In-house Reproduction | 09/09/05 | Copy Center, D | 1.60 |
| In-house Reproduction | 09/13/05 | Copy Center, D | 16.20 |
| In-house Reproduction | 09/13/05 | Copy Center, D | 0.60 |
| In-house Reproduction | 09/13/05 | Copy Center, D | 60.40 |
| In-house Reproduction | 09/16/05 | Copy Center, D | 162.50 |
| In-house Reproduction | 09/16/05 | Copy Center, D | 2.00 |
| In-house Reproduction | 09/16/05 | Copy Center, D | 11.60 |
| In-house Reproduction | 09/16/05 | Copy Center, D | 318.80 |
| In-house Reproduction | 09/20/05 | Copy Center, D | 0.30 |
| In-house Reproduction | 09/20/05 | Copy Center, D | 49.30 |
| In-house Reproduction | 09/20/05 | Copy Center, D | 0.80 |
| In-house Reproduction | 09/20/05 | Copy Center, D | 1.20 |
| In-house Reproduction | 09/23/05 | Copy Center, D | 1.40 |
| In-house Reproduction | 09/23/05 | Copy Center, D | 9.70 |
| In-house Reproduction | 09/23/05 | Copy Center, D | 19.90 |
| In-house Reproduction | 09/23/05 | Copy Center, D | 128.20 |
| In-house Reproduction | 09/23/05 | Copy Center, D | 14.00 |
| In-house Reproduction | 09/23/05 | Copy Center, D | 8.00 |
| In-house Reproduction | 09/27/05 | Copy Center, D | 0.90 |
| In-house Reproduction | 09/27/05 | Copy Center, D | 6.10 |
| In-house Reproduction | 09/27/05 | Copy Center, D | 383.10 |
| In-house Reproduction | 09/27/05 | Copy Center, D | 354.50 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 09/27/05 | Copy Center, D | 8.80 |
| In-house Reproduction | 09/30/05 | Copy Center, D | 4.20 |
| In-house Reproduction | 09/30/05 | Copy Center, D | 1.60 |
| In-house Reproduction | 09/30/05 | Copy Center, D | 15.00 |
| In-house Reproduction | 09/30/05 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,622.70** |
| Telephone Expense | 09/22/05 | Telecommunications, D | 2.40 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 8.15 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.06 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 3.62 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.50 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.56 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.09 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 18.38 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 2.25 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.69 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.21 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 12.55 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.68 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 5.02 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.65 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 19.26 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 2.36 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 38.41 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 4.70 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 8.66 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.16 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 7.68 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.98 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.58 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.19 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 20.68 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 2.53 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.96 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.14 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.24 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 8.17 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.06 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.01 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 18.14 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 2.18 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.21 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.05 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.09 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.02 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 12.49 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.65 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 1.42 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.19 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.16 |
| Telephone Expense | 09/30/05 | Telecommunications, D | 0.04 |
| | | **TOTAL TELEPHONE EXPENSE** | **$214.24** |
| Postage | 09/08/05 | Office Admin, D | 0.60 |
| Postage | 09/09/05 | Office Admin, D | 1.75 |
| Postage | 09/15/05 | Office Admin, D | 0.37 |
| Postage | 09/16/05 | Office Admin, D | 1.35 |
| Postage | 09/30/05 | Office Admin, D | 201.24 |
| | | **TOTAL POSTAGE** | **$205.31** |
| Lexis/Nexis | 09/07/05 | Cleary MA | 39.23 |
| Lexis/Nexis | 09/16/05 | Turetsky DM | 122.32 |
| Lexis/Nexis | 09/19/05 | Jahn CJ | 28.38 |
| Lexis/Nexis | 09/19/05 | Poggioli C | 209.47 |
| Lexis/Nexis | 09/20/05 | Henry S | 350.49 |
| Lexis/Nexis | 09/21/05 | Barusch RC | 141.68 |
| Lexis/Nexis | 09/21/05 | Cruz H | 287.91 |
| Lexis/Nexis | 09/22/05 | Henry S | 195.31 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL LEXIS/NEXIS | $1,374.79 |
| Westlaw | 09/02/05 | Turetsky DM | 22.81 |
| Westlaw | 09/06/05 | Bonachea L | 27.15 |
| Westlaw | 09/07/05 | Eichel S | 24.92 |
| Westlaw | 09/07/05 | Cleary MA | 128.10 |
| Westlaw | 09/07/05 | Turetsky DM | 195.60 |
| Westlaw | 09/08/05 | Leamy JM | 59.42 |
| Westlaw | 09/09/05 | Leamy JM | 189.32 |
| Westlaw | 09/10/05 | Turetsky DM | 261.21 |
| Westlaw | 09/11/05 | Leamy JM | 89.37 |
| Westlaw | 09/12/05 | Leamy JM | 206.64 |
| Westlaw | 09/12/05 | Turetsky DM | 363.16 |
| Westlaw | 09/13/05 | Turetsky DM | 303.94 |
| Westlaw | 09/13/05 | Turetsky DM | 394.95 |
| Westlaw | 09/14/05 | LaMaina KA | 123.97 |
| Westlaw | 09/14/05 | Turetsky DM | 63.88 |
| Westlaw | 09/15/05 | Eichel S | 88.45 |
| Westlaw | 09/15/05 | LaMaina KA | 253.14 |
| Westlaw | 09/15/05 | Leamy JM | 6.03 |
| Westlaw | 09/15/05 | Turetsky DM | 490.22 |
| Westlaw | 09/16/05 | Turetsky DM | 190.94 |
| Westlaw | 09/17/05 | Eichel S | 149.99 |
| Westlaw | 09/17/05 | LaMaina KA | 233.03 |
| Westlaw | 09/18/05 | LaMaina KA | 386.11 |
| Westlaw | 09/18/05 | Jahn CJ | 67.49 |
| Westlaw | 09/19/05 | Eichel S | 30.15 |
| Westlaw | 09/19/05 | Jahn CJ | 34.01 |
| Westlaw | 09/19/05 | LaMaina KA | 124.36 |
| Westlaw | 09/19/05 | Burgos BP | 47.04 |
| Westlaw | 09/19/05 | Kaloudis D | 227.17 |
| Westlaw | 09/20/05 | LaMaina KA | 4.02 |
| Westlaw | 09/20/05 | Eichel S | 358.61 |
| Westlaw | 09/20/05 | LaMaina KA | 133.21 |
| Westlaw | 09/20/05 | Burgos BP | 3.08 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 09/20/05 | Feld SR | 805.61 |
| Westlaw | 09/21/05 | LaMaina KA | 7.21 |
| Westlaw | 09/21/05 | Eichel S | 34.39 |
| Westlaw | 09/21/05 | Burgos BP | 7.42 |
| Westlaw | 09/21/05 | Feld SR | 23.02 |
| Westlaw | 09/21/05 | Turetsky DM | 408.37 |
| Westlaw | 09/22/05 | Turetsky DM | 145.09 |
| Westlaw | 09/26/05 | Turetsky DM | 500.42 |
| Westlaw | 09/27/05 | Feld SR | 134.11 |
| Westlaw | 09/27/05 | Turetsky DM | 409.63 |
| Westlaw | 09/28/05 | Turetsky DM | 7.42 |
| Westlaw | 09/29/05 | Jahn CJ | 52.10 |
| Westlaw | 09/29/05 | Turetsky DM | 88.49 |
| | | **TOTAL WESTLAW** | **$7,904.77** |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 9.53 |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 7.40 |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 4.43 |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 0.57 |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 1.63 |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 21.65 |
| Vendor Hosted Teleconferencing | 08/31/05 | Teleconferencing Services, LLC | 9.55 |
| Vendor Hosted Teleconferencing | 09/01/05 | Teleconferencing Services, LLC | 18.69 |
| Vendor Hosted Teleconferencing | 09/01/05 | Teleconferencing Services, LLC | 14.83 |
| Vendor Hosted Teleconferencing | 09/16/05 | Teleconferencing Services, LLC | 19.47 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$107.75** |
| Filing/Court Fees | 09/15/05 | Kaloudis D | 189.95 |

5

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL FILING/COURT FEES | $189.95 |
| Messengers/ Courier | 09/01/05 | Dist Serv/Mail/Page, D | 9.72 |
| Messengers/ Courier | 09/12/05 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 11.65 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 11.65 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 11.65 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 16.43 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 16.43 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 9.65 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 18.43 |
| Messengers/ Courier | 09/13/05 | Dist Serv/Mail/Page, D | 28.31 |
| Messengers/ Courier | 09/14/05 | Dist Serv/Mail/Page, D | 5.94 |
| Messengers/ Courier | 09/15/05 | Dist Serv/Mail/Page, D | 9.51 |
| Messengers/ Courier | 09/19/05 | Dist Serv/Mail/Page, D | 9.65 |
| Messengers/ Courier | 09/22/05 | Dist Serv/Mail/Page, D | 9.65 |
| Messengers/ Courier | 09/22/05 | Dist Serv/Mail/Page, D | 24.44 |
| Messengers/ Courier | 09/23/05 | Dist Serv/Mail/Page, D | 5.94 |
| Messengers/ Courier | 09/23/05 | Dist Serv/Mail/Page, D | 5.94 |
| Messengers/ Courier | 09/23/05 | Dist Serv/Mail/Page, D | 9.76 |
| Messengers/ Courier | 09/23/05 | Dist Serv/Mail/Page, D | 9.76 |
| Messengers/ Courier | 09/24/05 | Dist Serv/Mail/Page, D | 28.09 |
| Messengers/ Courier | 09/24/05 | Dist Serv/Mail/Page, D | 28.09 |
| Messengers/ Courier | 09/27/05 | Dist Serv/Mail/Page, D | 5.94 |
| Messengers/ Courier | 09/28/05 | Dist Serv/Mail/Page, D | 5.94 |
| Messengers/ Courier | 09/29/05 | Dist Serv/Mail/Page, D | 9.65 |
| Messengers/ Courier | 09/29/05 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 09/29/05 | Dist Serv/Mail/Page, D | 11.75 |
| | | TOTAL MESSENGERS/ COURIER | $357.11 |
| Outside Research/Internet Services | 09/09/05 | VirtualDocket.com | 2.40 |
| | | TOTAL OUTSIDE RESEARCH/INTERNET SERVICES | $2.40 |
| Telco-Non Astra | 09/22/05 | Telecommunications, D | 4.11 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL TELCO-NON ASTRA | $4.11 |
| Miscellaneous Expense | 05/09/05 | Henry S | 251.34 |
| | | TOTAL MISCELLANEOUS EXPENSE | $251.34 |
| Printing to paper from TIF | 09/24/05 | Copy Center, D | 13.12 |
| | | TOTAL PRINTING TO PAPER FROM TIF | $13.12 |
| Contracted Catering-NY | 09/16/05 | Baker DJ | 330.54 |
| Contracted Catering-NY | 09/21/05 | Baker DJ | 152.48 |
| | | TOTAL CONTRACTED CATERING-NY | $483.02 |
| CLR/Disclosure | 09/30/05 | Global Securities | 13.01 |
| | | TOTAL CLR/DISCLOSURE | $13.01 |
| | | TOTAL MATTER | $13,232.82 |
| | | TOTAL CLIENT | $13,232.82 |