# SCHEDULE A

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
06/20/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:   105825

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | JHP | Review of timeline and other documents material to the disposition of leasehold interests and related property and e-mail correspondence regarding same with company and other professionals | 2.80 | 994.00 |
|  | CCJ | Conference with Skadden Arps' sale team regarding transmittal of sale issues (2.0); conference with Keith Daw regarding brokerage fee with Food Lion and lease rejection and sale issues (.5); received and replied to correspondence regarding sale issues (1.0) | 3.50 | 1,032.50 |
| 05/03/05 | JHP | Review of revised timeline for asset dispositions and e-mail correspondence and conferences regarding same with working group for asset dispositions | 2.60 | 923.00 |
|  | CCJ | Preparation for and participation in telephone conference with Xroads, Blackstone and King & Spalding regarding enterprise sales and planning (1.5); telephone conference with King & Spalding team regarding logistics (.8) | 2.30 | 678.50 |
|  | ENM | Telephone conference regarding asset dispositions (1.0); telephone conference to review projected timeline for sale of certain stores (1.0) | 2.00 | 450.00 |
| 05/04/05 | KSW | Preparation for and electronic filing of certificate of service regarding motion to sell airplane | 0.40 | 48.00 |
|  | JHP | Preparation for and attendance at conference with Sheon Karol regarding timeline issues for disposition of assets and related matters (.5); review of draft order authorizing sale and related motion (1.2); preparation for and attendance at telephone conference with working group to define timeline and allocation of responsibilities (1.0); review of legal research on section 365(d) issues (1.2) | 3.90 | 1,384.50 |

Page: 2
06/20/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021669M
STATEMENT NO:  105825

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Preparation for hearing on Food Lion's motion (2.0); conference with Skadden Arps' lawyers, Smith, Gambrell's lawyers and Winn-Dixie representatives regarding same (1.0); legal research regarding 1146(c) (.5); conference with King & Spalding group regarding enterprise sale and with Sheon Karol regarding same (1.8); review and analysis of proposed timeline (.5) | 5.80 | 1,711.00 |
| 05/05/05 | CCJ | Conference with King & Spalding regarding enterprise sales | 0.60 | 177.00 |
| 05/06/05 | CCJ | Conference with Kim LaMaina, Eric Davis and Mike Chlebovec regarding Food Lion sale and actions needed | 0.60 | 177.00 |
| 05/07/05 | CCJ | Preparation for enterprise sales | 2.00 | 590.00 |
| 05/09/05 | JHP | Review of timeline documents, banking rules and procedures in preparation for March 10, 2005 telephone conference of working group (1.2); review of asset sale conducted before Judge Funk in other cases (.8) | 2.00 | 710.00 |
|  | SDB | Review of procedures for enterprise sales and provide comments regarding suggested timelines for auctions and court proceedings | 0.40 | 158.00 |
|  | CCJ | Extensive revisions to proposed order on Food Lion sale and pharmaceutical sale (3.0); conference with Mike Chlebovec regarding Food Lion issues and actions needed (.5); preparation for May 10, 2005 meeting on enterprise sale (2.0); conference with James H. Post and Eric N. McKay regarding same (.6) | 6.10 | 1,799.50 |
| 05/10/05 | JHP | Review and suggested revisions of timeline to working group members | 2.20 | 781.00 |
|  | SDB | Review of memoranda regarding enterprise sales (.4); memorandum to Larry Appel regarding same (.3) | 0.70 | 276.50 |
|  | CCJ | Review and extensive analysis of timelines for enterprise sales (1.5); conference with King & Spalding, Xroads, and Skadden Arps regarding same (1.3); preparation for and participation in enterprise sale telephone conference (.2); conference with James H. Post and Stephen D. Busey regarding same (1.0); conference with Ken Kirschner, Tim E. Sleeth and Mike Chlebovec regarding Harahan sale (1.0); conference with Eric Davis and Kim LaMaina regarding Food Lion and pharmaceutical (1.8); revisions to same (1.4) | 8.20 | 2,419.00 |
|  | DDB | Research on bidding procedures in other major bankruptcy cases | 0.40 | 66.00 |
|  | ENM | Telephone conference to discuss procedures and timeline for asset dispositions | 2.00 | 450.00 |
| 05/11/05 | SDB | Review of King & Spalding's outline of timeline and assignment of responsibilities for planning, negotiation consummation and court approval of the debtors' enterprise sales and liquidation sales and |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
06/20/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:   105825

Chapter 11 - Asset Disposition (General)

|  |  | HOURS |  |
|---|---|---|---|
|  | planning related staffing, pleading, briefing, calendaring and evidentiary issue (3.2); memorandum to Jan Baker and two telephone calls with Jan Baker to coordinate efforts to accomplish the transactions as efficiently as possible (.5) | 3.70 | 1,461.50 |
| JHP | Review of revised timeline and suggested revisions and comments to working group memorandum (1.2); attendance by telephone at presentation of timeline to creditors committee (1.2); analysis and preparation of requisite motions, orders and other documents necessary for sale of assets as going concerns and as liquidation situations (1.8) | 4.20 | 1,491.00 |
| CCJ | Preparation for and participation in Enterprise presentation to UCC (2.0); received and replied to correspondence from Mike Chlebovec regarding new sale (1.0); conference with Eric Davis, with Kim Lamaina regarding pharmaceutical order and Food Lion order (1.0); conference with Eric Davis and with Kim Lamaina regarding Harahan sale (.5); conference with Keith Daw regarding hearing dates (.2); conference with Stephen D. Busey, James H. Post and Eric N. McKay regarding enterprise sales (1.3); conference with airplane broker, Adam Ravin and Sally Henry regarding airplane sale and U.S. Trustee objections (1.2); review and revision of miscellaneous asset motions (1.0) | 8.20 | 2,419.00 |
| ENM | Preparation of bidding procedures (4.0); preparation of motion to approve generic bidding procedures (2.5); review of King & Spalding asset disposition timeline (.6); review of asset disposition information produced by Blackstone (.5); research regarding law of asset sales under section 365 of the bankruptcy code (2.4) | 10.00 | 2,250.00 |

| 05/12/05 | LMP | Preparation of motion for order authorizing sale of equipment and inventory to HNM Investments and processed order thereon (2.9); research regarding federal rule or statute providing for filing of declaration (.5) | 3.40 | 850.00 |
|  | JHP | Review of revised timeline, draft of motion to establish bidding procedures and conference with co-counsel regarding same | 2.80 | 994.00 |
|  | SDB | Review of proposed asset disposition timeline with regard to issues related to severance pay, cure issues and notice and calendar time | 1.40 | 553.00 |
|  | CCJ | Revision of orders on Food Lion and pharmaceutical (1.5); conference with Kim LaMaina and creditors' counsel and Food Lion regarding same (1.0); preparation of motion to sell miscellaneous assets and extensive revisions to same and to proposed order (2.8); review and revision of motion to sell facility (.7); conference with Eric N. McKay regarding bidding procedures (.5); conference with D.J. Baker, Stephen D. Busey, James H. Post, and Eric Davis regarding enterprise sale issues (1.0) | 7.50 | 2,212.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  | HOURS |  |
|---|---|---|---|
| DDB | Conference with Eric N. McKay regarding sales of Winn-Dixie stores within Bankruptcy Court and necessary procedures (.3); research on Fleming case for motion dealing with bidding procedures (.5) | 0.80 | 132.00 |
| ENM | Preparation of motion to approve asset sales (3.5); research Eleventh Circuit procedures regarding asset sales (2.5); research regarding Eleventh Circuit procedures regarding payment of breakup fees (3.0); research regarding asset sales under 363 of the bankruptcy code (2.6) | 11.60 | 2,610.00 |
| 05/13/05 LMP | Preparation of motion and proposed order for procedures for sale of de minimus assets (1.1); preparation of motion and proposed order for sale of equipment and inventory of store and fuel center (.7) | 1.80 | 450.00 |
| JHP | Review of and revisions to draft motion to establish bidding procedures, proposed order regarding same and related documents (2.2); e-mail correspondence with co-counsel regarding $7.5 million Hanahan warehouse sale (.4); telephone call with Keith Daw regarding need to retain environmental consultants for asset sales (.2) | 2.80 | 994.00 |
| SDB | Conference with Larry Appel regarding proposed time line and court procedures for enterprise sales and liquidation sales, including telephone conferences with Rosalie Gray and with Dan Heller of King & Spalding | 1.30 | 513.50 |
| KSW | Preparation for and electronic filing and service of motion to sell assets with de minimus value without court approval (.4); and notice of hearing thereon (.4) | 0.80 | 96.00 |
| ENM | Continued preparation of generic bidding procedures (3.5); conference with Cynthia C. Jackson and James H. Post to discuss enterprise sales (.8); review of asset sale motion and order from in the matter of Friedman's (.8) | 5.10 | 1,147.50 |
| CCJ | Review of and extensive revisions to bidding procedure motion (2.6); conference with Stephen D. Busey, James H. Post, Eric N. McKay regarding same (1.1); review and replied to correspondence regarding enterprise sales consortium bidding (.3) | 4.00 | 1,180.00 |
| 05/14/05 ENM | Review of proposed form of asset purchase agreement | 1.00 | 225.00 |
| 05/15/05 JHP | Review and revisions to proposed motion to establish bidding procedures for asset sales | 0.50 | 177.50 |
| CCJ | Review and extensive revisions of proposed motion and bidding procedures (3.0); review of asset purchase and bidding letters (2.8) | 5.80 | 1,711.00 |
| 05/16/05 SDB | Review of motion, order, exhibits and preparation for May 19, 2005 hearing on the debtors' motion to sell airplane assets | 0.70 | 276.50 |
| JHP | Revision to proposed motion to establish bidding procedures for asset sales and proposed billing |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Chapter 11 - Asset Disposition (General)

|  |  | HOURS |  |
|---|---|---|---|
| | procedures (1.2); review of revised timeline and e-mail correspondence regarding same (.6) | 1.80 | 639.00 |
| CCJ | Preparation of bidding procedures and motion (2.0); conference with Stephen D. Busey, with James H. Post; with Eric N. McKay regarding same (1.8); correspondence to working team regarding same (.5) | 4.30 | 1,268.50 |
| ENM | Preparation of motion to file bidding procedures under seal (2.2); draft of form of sales order to approve enterprise sales (4.0) | 6.20 | 1,395.00 |
| 05/17/05 CCJ | Preparation for and conference with Xroads, Winn-Dixie, King & Spalding and DJM Asset Management regarding sales timeline and actions needed (4.2); preparation of sale orders, questions and answers and outline (1.8) | 6.00 | 1,770.00 |
| KSW | Preparation for and electronic filing of proposed order regarding motion to sell assets to Food Lion | 0.30 | 36.00 |
| ENM | Draft of form of sales order to approve enterprise sales | 1.80 | 405.00 |
| JHP | Preparation for and attendance at meeting with Sheon Karol and other members of the working group regarding store deposition and revisions to timeline information | 4.20 | 1,491.00 |
| 05/18/05 SDB | Preparation for May 19, 2005 hearing on debtors' motion to approve auction of debtors' airplane | 0.80 | 316.00 |
| JHP | Preparation for and attendance at working group telephone conference regarding revisions to timeline and related matters (1.2); e-mail correspondence with working group member regarding draft motions and orders and legal effect of unpublished decision from Eleventh Circuit (2.0) | 3.20 | 1,136.00 |
| CCJ | Conference with Xroads and Winn-Dixie regarding generic bidding procedures and sale issues (1.8); preparation for airplane sale, hearing (1.2); conferences with broker and Adam Ravin regarding same and with Mike Chlebovec regarding same (1.9) | 4.90 | 1,445.50 |
| KSW | Preparation of certificate of service regarding motion to sell assets with de minimus value without court approval and notice of hearing thereon (.2); preparation for and electronic filing of same (.3); preparation of notice of filing transcript of May 17, 2005 auction of airplane (.3); preparation for and electronic filing of same (.3) | 1.10 | 132.00 |
| ENM | Draft of form of sales order to approve enterprise sales (4.7); review of timeline related to asset dispositions (.6) | 5.30 | 1,192.50 |
| 05/19/05 JHP | Review of form order for enterprise sales and e-mail correspondence regarding same (.6); review of revision to bidding procedures (.4) | 1.00 | 355.00 |
| CCJ | Preparation for hearing on airplane sale (.5); conference with law clerk regarding changes to Food Lion order (.5); conference with Adam Ravin regarding entry of airplane order (.3); conference with airplane broker (.3); revisions to bidding | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  | HOURS |  |
|---|---|---|---|
| | procedures and motion (1.6); received and replied to correspondence regarding same (.8); preparation for hearing on removal motion (.5) | 4.50 | 1,327.50 |
| ENM | Draft of form of order approving enterprise sales | 2.60 | 585.00 |
| SDB | Preparation for and attendance at hearing on debtors' motion to sell debtors' G-200 airplane | 0.90 | 355.50 |
| 05/20/05 CCJ | Review and revision of declaration for sales (.8); review and analysis of comments on bidding procedures from DJM Asset Management and King & Spalding and incorporation of same (1.5); correspondence regarding same (.6); review and reply to correspondence regarding sales (.5) | 3.40 | 1,003.00 |
| JHP | Review of draft order approving bidding procedures and related documents (.8); review of revisions to bidding procedure (1.0) | 1.80 | 639.00 |
| EMS | Draft of hearing outline for debtors' motion for sale of assets with de minimus value | 0.50 | 82.50 |
| ENM | Review of and comment on form of asset purchase agreement (3.5); review of asset disposition timeline (1.0) | 4.50 | 1,012.50 |
| 05/21/05 CCJ | Review and analysis of correspondence and sale documents | 2.80 | 826.00 |
| 05/23/05 SDB | Preparation for and conference with Holly Etlin and Sheon Karol regarding timeline for enterprise and GOB sales (1.0); review of debtors' 269 point time line for assets disposition (.6) | 1.60 | 632.00 |
| JHP | Review of revised timeline, liquidation agreement, joint bid issues and bid summary grid, correspondence to bidders and declaration | 2.20 | 781.00 |
| TLC | Review of revised real estate timeline for asset sales and distributions | 0.20 | 24.00 |
| CCJ | Conference with Sheon Karol and Holly Etlin (1.0); preparation and participation in telephone conference regarding sales and extensive revisions to motions for bidding procedures (2.8); received comments from advisors regarding same (1.1) | 4.90 | 1,445.50 |
| EMS | Draft of hearing outline for debtors' motion for sale of assets with de minimus value | 1.90 | 313.50 |
| BB | Conference with James H. Post regarding status of bankruptcy proceeding, specifically major dates pertaining to Enterprise Sales & Liquidation Processes (1.4); review of internal documents regarding time lines pertaining to Enterprise Sales & Liquidation Processes (1.5); telephone conference with Cynthia C. Jackson, King & Spalding, and Xroads' representative (.9) | 3.80 | 722.00 |
| ENM | Preparation of order approving enterprise sales (.8); preparation of motion to file bid protection under seal (.5); review and revision of asset purchase agreement (.3); revision of timeline and bids received for stores (.5) | 2.10 | 472.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 7
06/20/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:   105825

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/24/05 | SDB | Memorandum to Larry Appel regarding inquiry about sale of assets (.2); telephone call with Jan Baker regarding same (.3); revision of debtors' draft motion to approve advance bid procedures (.6) | 1.10 | 434.50 |
|  | JHP | Review of motion to approve general bidding procedures and related e-mail (.4); review of revised timeline (.4); review of correspondence to bidders (.3); review of asset purchase agreement (.3) | 1.40 | 497.00 |
|  | TLC | Summarization of the bid summary grid provided by Food Partners, LLC by store and by purchaser (5.0); review of new real estate timeline (.1) | 5.10 | 612.00 |
|  | CCJ | Revisions to sale documents including bidding procedures, motion to approve, motion to file under seal and related orders (5.3); correspondence regarding same (1.4) | 6.70 | 1,976.50 |
|  | ENM | Preparation of motion to approve enterprise sales (6.8); review of declaration, agency agreement, and store closing procedures (1.5) | 8.30 | 1,867.50 |
| 05/25/05 | TLC | Preparation of files for the 329 stores to be sold and for all known purchasers | 3.00 | 360.00 |
|  | JHP | Review of e-mail regarding general bidding procedures motion (.4); review of revised timeline and e-mail regarding same (.3) | 0.70 | 248.50 |
|  | CCJ | Revisions to sale documents and conference with creditors committee regarding same (3.2); conference with Sheon Karol and Holly Etlin (1.0) | 4.20 | 1,239.00 |
|  | EMS | Revision of motion and order approving bidding procedures for debtors' assets (2.1); revision of motion and order authorizing sale of debtors' assets free and clear of lien (1.4) | 3.50 | 577.50 |
|  | ENM | Continued preparation of motion to approve enterprise sales | 3.50 | 787.50 |
| 05/26/05 | JHP | Review of proposed revisions to asset purchase agreement, bidding procedures and correspondence to bidders | 1.80 | 639.00 |
|  | EMS | Revision of hearing outline for debtors' motion to sell assets without court approval | 1.60 | 264.00 |
|  | CCJ | Conference call with creditors committee regarding bidding procedures (3.0); revisions to procedures (2.0); review and analysis of comments from committee (1.0); conference with DJM Asset Management and plaintiffs regarding bidding protections (.8); telephone call with Sheon Karol regarding same (1.0) | 7.80 | 2,301.00 |
|  | KSW | Preparation for and electronic filing certificate of service regarding order approving asset purchase agreement with Food Lion (.2); preparation for and electronic filing of proposed order regarding granting sale of airplane (.2) | 0.40 | 48.00 |
|  | ENM | Review of motion to approve enterprise sales (.5); review of order approving enterprise sales (.5); review of lease information related to stores being released for sale (.5) | 1.50 | 337.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|            |     |                                                                                                                                                                                                                                                                          | HOURS |           |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 05/27/05   | JHP | Telephone call with prospective buyer of Winn-Dixie facility in South Florida and telephone call regarding same with Keith Daw (.4); review of final revisions to motion to approve generic bid procedures (and proposed order) and related exhibits (1.2)                   | 1.60  | 568.00    |
|            | CCJ | Telephone conferences with Winn-Dixie and with creditors committee regarding Food Lion (2.0); telephone conferences with creditors' committee regarding bidding procedures and process (2.8); preparation and filing of bidding motion (2.5); revisions to proposed sale order and motion (2.0) | 9.30  | 2,743.50  |
|            | KSW | Preparation for and electronic filing and service of motion to establish building procedures for the sale of assets (.8); and notice of hearing thereon (.3); preparation of revisions to exhibits to motion to establish bidding procedures (.7); preparation of notice on hearing (.2) | 2.00  | 240.00    |
| 05/29/05   | SDB | Review of debtors' motion to authorized disposition of miscellaneous assets                                                                                                                                                                                                | 0.40  | 158.00    |
| 05/30/05   | CCJ | Review and revision of liquidation and agency agreement (1.0); preparation of proposed sale motion (.5); correspondence with Pam Windham and Sheon Karol regarding same (.3)                                                                                                | 1.80  | 531.00    |
| 05/31/05   | JHP | Review of proposed revisions to order for enterprise sale, single store asset purchase agreement and exhibits and related e-mail correspondence (1.0); preparation of single motion for authorization to sell all stores available for sale (.8)                            | 1.80  | 639.00    |
|            | KSW | Preparation for and electronic filing of motion to authorize debtors to file proposed bid protections under seal (.5); preparation of certificate of service regarding motion to establish bidding procedures for sale of assets (.3); preparation for and electronic filing of same (.2) | 1.00  | 120.00    |
|            | EMS | Research regarding waiving debtors' compliance with state and local regulations regarding going out of business sales                                                                                                                                                       | 2.70  | 445.50    |
|            | CCJ | Conferences with Sheon Karol, Keith Daw, Pam Windham, Bryan Gaston, Mike Chlebovec (2.8); extensive analysis of sale procedures (1.6); conference with Skadden Arps regarding same (.3)                                                                                      | 4.70  | 1,386.50  |
|            | ENM | Review of timeline for asset sales (.5); review of bidding procedures, sale order, and sale motion (1.0); telephone call with Cynthia C. Jackson regarding modifying sale strategy (.4)                                                                                      | 1.90  | 427.50    |
|            |     | FOR PROFESSIONAL SERVICES RENDERED                                                                                                                                                                                                                                        | 282.30 | 77,821.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 13.00 | $395.00 | $5,135.00 |
| James H. Post | 45.30 | 355.00 | 16,081.50 |
| Cynthia C. Jackson | 119.90 | 295.00 | 35,370.50 |
| Beau Bowin | 3.80 | 190.00 | 722.00 |
| *Tana L. Copeland | 8.30 | 120.00 | 996.00 |
| *Kimberly S. Ward | 6.00 | 120.00 | 720.00 |
| David D. Burns | 1.20 | 165.00 | 198.00 |
| Eric N. McKay | 69.40 | 225.00 | 15,615.00 |
| Leanne McKnight Prendergast | 5.20 | 250.00 | 1,300.00 |
| Elizabeth M. Schule | 10.20 | 165.00 | 1,683.00 |
| TOTAL | 282.30 | | $77,821.00 |

TOTAL THIS STATEMENT                          $77,821.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:  105811

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | SDB | Address indemnity issue and preparation for the debtors' motion for sale of pharmaceutical prescriptions | 0.40 | 158.00 |
|  | CCJ | Conference with Sally Henry regarding pharmaceutical motion (.5); preparation for May 6, 2005 hearing on pharmaceutical sale (2.0) | 2.50 | 737.50 |
| 05/04/05 | SDB | Preparation for May 6, 2005 hearing on sale of pharmaceutical assets | 0.80 | 316.00 |
|  | CCJ | Preparation for hearing on pharmaceutical motion (.9); legal research regarding North Carolina law (.5) | 1.40 | 413.00 |
| 05/05/05 | SDB | Preparation for May 6, 2005 hearing on the North Carolina pharmaceutical sales motion, including preparation of Winn-Dixie's witness at the company and related matters | 1.10 | 434.50 |
|  | CCJ | Preparation for May 6, 2005 hearing on Food Lion sale and pharmaceutical sale (2.8); preparation of witnesses for same (1.0); preparation of Q&A and research regarding same (1.5) | 5.30 | 1,563.50 |
| 05/06/05 | SDB | Preparation for and attendance at hearing to approve North Carolina's pharmaceutical sale | 0.50 | 197.50 |
| 05/26/05 | KSW | Preparation for and electronic filing of proposed order regarding sale of pharmaceuticals | 0.20 | 24.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 12.20 | 3,844.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:    105811

Chapter 11 - Asset Disposition (Inventory)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 2.80 | $395.00 | $1,106.00 |
| Cynthia C. Jackson | | 9.20 | 295.00 | 2,714.00 |
| *Kimberly S. Ward | | 0.20 | 120.00 | 24.00 |
| | TOTAL | 12.20 | | $3,844.00 |

TOTAL THIS STATEMENT                    $3,844.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

Page: 1
06/20/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO:   105810

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/13/05 | CCJ | Revisions to Livingston motion and conference with Mike Chlebovec regarding same (1.2); received and replied to e-mails regarding Harahan warehouse sale (1.0); revision and finalization of miscellaneous asset sale motions and conference with Eric Davis regarding same (1.2) | 3.40 | 1,003.00 |
| 05/23/05 | EMS | Revision of order approving sale of de minimus value assets | 1.10 | 181.50 |
| 05/27/05 | TLC | Organization of store files regarding the asset sale (3.5); organization of the June 2, 2005 omnibus hearing files to conform with revised agenda (.5) | 4.00 | 480.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 8.50 | 1,664.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 3.40 | $295.00 | $1,003.00 |
| *Tana L. Copeland | 4.00 | 120.00 | 480.00 |
| Elizabeth M. Schule | 1.10 | 165.00 | 181.50 |
| TOTAL | 8.50 |  | $1,664.50 |

TOTAL THIS STATEMENT                                   $1,664.50
                                                      =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:  105822

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 JHP | E-mail correspondence with attorney for Anderson News regarding procedure to resolve stay issues without litigation (.5); review of e-mail on various potential stay motions (.3) | | 0.80 | 284.00 |
| 05/09/05 JHP | Telephone call with Anthony Sanchez regarding prospective motion to lift stay on behalf of Wah Hong Go (.3); telephone call with Matt Miles regarding prospective motion to lift stay for a Louisiana company which has a judgment for court costs against Winn-Dixie and review of legal research regarding same (.5) | | 0.80 | 284.00 |
| 05/10/05 JHP | Telephone calls and e-mail correspondence regarding threatened and existing motions for relief from stay from Anthony Sanchez (Wah Hong Go), movant David Timmons and movant Christopher Turner (.8); legal research and analysis of specific stay issues (.4) | | 1.20 | 426.00 |
| 05/11/05 JHP | Review of relief from stay motions filed by Atwood, Kessen and Haynes and e-mail correspondence with co-counsel regarding same (.4); e-mail correspondence regarding pending and threatened relief from stay motions (.8); telephone call with Jay Castle and Rosalie Gray regarding uniform approach by debtors to motions for relief from stay and to the $2 million self-insured restitution per claim (.5) | | 1.70 | 603.50 |
| 05/12/05 DDB | Review of correspondence from Matt Miles regarding court fees assessed against Winn-Dixie in Louisiana State Court matter and whether the debt is dischargeable (.4); research on whether 523(a) applies to corporate debtors; specifically whether Winn-Dixie can discharge debt that falls into 523(a)(17) (2.1) | | 2.50 | 412.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   105822

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | JHP | Telephone calls and e-mail correspondence with the company regarding various motions to lift stay and related inquiries from counsel for creditors (.8); correspondence to attorney for Ina Kessler and e-mail correspondence regarding same with client (.6); review of demand letter from counsel for Carolyn Douglas and review of legal research on 11 U.S.C. section 523(c)(17) (1.0); preparation of motion for authority to settle de minimus claims and e-mail correspondence and telephone calls with company regarding same (.8) | 3.20 | 1,136.00 |
| | KSW | Research regarding retrieval of motions for relief for transmittal to client | 0.30 | 36.00 |
| 05/13/05 | JHP | E-mail correspondence, correspondence and telephone calls with attorneys for claimants and company representatives regarding inquiries and demands from various creditors and their attorneys for modification of the automatic stay, including attorneys Matt Miles, Steve Bullick, Margaret Benton and David Sessums (1.8); telephone calls with co-counsel and counsel for claimant regarding guaranty fund liability for claims of former employees (.6) | 2.40 | 852.00 |
| 05/16/05 | JHP | Telephone call with attorney for EEOC claimant, Wah Hong Go, regarding stay relief limited to the filing of a complaint and telephone call with Tim Williams of Winn-Dixie regarding same (.8); correspondence to attorneys representing creditors with automobile-related claims and telephone call with Winn-Dixie contacts regarding same (1.0); analysis and preparation of a motion for approval of procedures for liquidating and settling personal injury/general liability claims (1.8) | 3.60 | 1,278.00 |
| 05/17/05 | MAC | Research regarding definition of tort claims and personal injury tort claims for purpose of establishing a tort claims procedure for Winn-Dixie bankruptcy | 5.40 | 702.00 |
| | JHP | Preparation of motion to establish approval procedures for the liquidation of general liability claims and e-mail correspondence regarding same (1.8); preparation of proposed order on motion to lift stay to be filed by creditor Wah Hong Go (.4); e-mail correspondence with attorneys of creditors regarding stay inquiries (.3) | 2.50 | 887.50 |
| 05/18/05 | JHP | Preparation of court order regarding Wah Hong Go's motion to lift stay (.4); e-mail to working group regarding preparation of motion to establish procedures (.5) | 0.90 | 319.50 |
| | LMP | Review of motions to lift stay filed by Ina Kessler, Julie Haynes, and Vivian Atwood and related correspondence | 0.30 | 75.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
06/20/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   105822

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

05/19/05 JHP Preparation of motion for approval of procedures to
liquidate and settle claims and review of motions,
notices and orders in other cases (.8); preparation
of consent order on motion to lift stay by Wah Hong
Go (.8); e-mail correspondence and telephone calls
with attorneys for movants to lift stay (.6);
review of motion to lift stay filed by Thrivent
Financial (.5)                                           2.70    958.50

05/20/05 JHP Review of motion to lift stay filed by Thrivent
Financial and e-mail correspondence to clients
regarding same (.5); preparation of motion for
approval of procedures to liquidate and settle
claims and review of motions, notices and orders in
other cases (1.8); preparation of consent order on
motion to lift stay filed by Wah Hong Go and e-mail
correspondence regarding same (1.0); telephone
calls and e-mail correspondence with attorneys for
movants to lift stay (.8)                                4.10  1,455.50

05/21/05 SDB Review of Thrivent Financial's motion for relief
from the stay                                           0.30    118.50

05/23/05 LMP Analysis regarding procedures for resolving pending
and future motions for relief from the automatic
stay (.5); review of and analysis of procedures
motion and article (.3); analysis of procedures
motions used in other cases (.3)                         1.10    275.00
         JHP Review of David Timmons' motion to lift stay and
related motions and e-mail correspondence to client
regarding same (.6); e-mail correspondence to
attorney for Wah Hong Go regarding consent order to
lift stay (.8); e-mail correspondence to Dennis Levine
regarding information on procedures to resolve
auto-related claims (.4); review of motions,
orders, procedures and other documents from other
large cases in preparation of motion for approval
of procedures to liquidate claims and e-mail and
telephone calls with client and co-counsel
regarding same (4.8)                                     6.60  2,343.00
         KSW Conference with James H. Post regarding status of
stay litigation matters and preparation of index
to stay litigation matters                              0.60     72.00

05/24/05 LMP Research regarding claims resolution procedures in
bankruptcy cases (2.1); conference with James H.
Post (1.4)                                               3.50    875.00
         JHP Preparation of motion, proposed order and related
documents regarding Bankruptcy Court's approval of
claims reclamation procedures (2.8); review of
Thrivent Financial's documents and e-mail
correspondence and telephone call with company
regarding background facts and alternative courses
of action (1.2); e-mail correspondence and telephone
calls with Rachel Lamberth regarding claim information
(.4); e-mail correspondence with client regarding

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
06/20/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   105822

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | David Timmons' motion to lift stay (.2); review of ADR settlement procedures in order cases and e-mail correspondence to client regarding same (2.2) | 6.80 | 2,414.00 |
| 05/25/05 | LMP | Review of e-mails regarding stay relief matters (.3); preparation of stipulations on motion for relief from stay to be filed by Wah Hong Go (1.9) | 2.20 | 550.00 |
|  | JHP | Telephone call with Art Benton regarding stay matters (.4); telephone call with Anthony Sanchez regarding stay matters and e-mail correspondence (.8); review of Thrivent Financial's motion to lift stay and telephone call regarding same with client (.4); review e-mail correspondence from attorneys representing creditors seeking stay relief (.8); preparation of motion, order and related pleadings for Bankruptcy Court approval of claims resolution procedure (4.2) | 6.60 | 2,343.00 |
| 05/26/05 | JHP | Telephone call and e-mail with attorney for Thrivent Financial regarding resolution of stay motion and preparation of proposed stipulation (1.2); telephone call with Keith Daw and others regarding the background facts and resolution of Thrivent Financial motion (.8); e-mail correspondence with client regarding demand letter for Granada Village (.4); telephone call and e-mail correspondence with Rachel Lamberth regarding ADR group meeting and related matters (.4); preparation of motion, proposed order and related documents for Bankruptcy Court approval of class resolution procedures (3.4) | 6.20 | 2,201.00 |
|  | BB | Preparation of stipulation as to withdrawal of motion for relief from stay filed by Thrivent Financial | 0.50 | 95.00 |
|  | KSW | Review of motions and updated them (.2); research regarding procedure regarding stipulation in connection with motion for relief (.4) | 0.60 | 72.00 |
| 05/27/05 | JHP | E-mail correspondence with attorney for Wah Hong Go (.2); correspondence with David Timmons regarding stay relief (.3); preparation of stipulation regarding Thrivent Financial's motion to lift stay (.5); preparation of motion, proposed order and related documents for Bankruptcy Court approval of claims resolution procedures (3.8) | 4.80 | 1,704.00 |
| 05/28/05 | BB | Conference with James H. Post regarding stipulation as to withdrawal of motion for relief from stay filed by Thrivent Financial (.5); draft of stipulation to withdraw motion for relief from stay (.5) | 1.00 | 190.00 |
| 05/31/05 | LMP | Research regarding statutory predicates for relief requested in motion for order approving procedures for liquidating personal injury claims | 0.40 | 100.00 |
|  | JHP | Telephone conference with Rachel Lamberth and others regarding scope and terms of motion for Bankruptcy Court authorization of claims resolution procedures (.5); revisions to proposed motion and |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
06/20/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   105822

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | order (1.8); preparation of stipulation on Thrivent Financial's motion to lift stay (.8) | 3.10 | 1,100.50 |
| BB | Preparation of stipulation regarding Thrivent Financial's motion for relief from stay (1.0); review of mortgage, modification and assignment documents (3.0); continued preparation of stipulation (1.5); review of ground lease (2.3) | 7.80 | 1,482.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 84.50 | 25,645.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.30 | $395.00 | $118.50 |
| James H. Post | 58.00 | 355.00 | 20,590.00 |
| Beau Bowin | 9.30 | 190.00 | 1,767.00 |
| *Kimberly S. Ward | 1.50 | 120.00 | 180.00 |
| David D. Burns | 2.50 | 165.00 | 412.50 |
| **Matthew A. Crist | 5.40 | 130.00 | 702.00 |
| Leanne McKnight Prendergast | 7.50 | 250.00 | 1,875.00 |
| TOTAL | 84.50 |  | $25,645.00 |

TOTAL THIS STATEMENT

$25,645.00
==========

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

Page: 1
06/20/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO:   105813

|  |  | | HOURS |  |
|---|---|---|---|---|
| 05/03/05 | SDB | Participation in weekly management conference to review business operations and development of the business plan | 0.70 | 276.50 |
|  | CCJ | Participation in weekly management conference to review business operations and development of the business plan | 0.70 | 206.50 |
| 05/17/05 | SDB | Participation in weekly management conference | 1.00 | 395.00 |
| 05/24/05 | SDB | Participation in weekly management conference | 1.00 | 395.00 |
|  | CCJ | Participation in Winn-Dixie strategy planning telephone conference and correspondence to Rosalie Gray regarding same | 1.20 | 354.00 |
| 05/31/05 | SDB | Participation in weekly management conference to coordinate restructuring efforts and asset sales | 1.10 | 434.50 |
|  | CCJ | Preparation for and participation in weekly management conference with Rosalie Gray regarding same | 1.20 | 354.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 6.90 | 2,415.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.80 | $395.00 | $1,501.00 |
| Cynthia C. Jackson | 3.10 | 295.00 | 914.50 |
| TOTAL | 6.90 |  | $2,415.50 |

TOTAL THIS STATEMENT                                              $2,415.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL   32254

Page: 1
06/21/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  105845

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | KSW | Preparation of certificate of service regarding AFCO motion, lease motion and notice of hearing on lease motion | 0.30 | 36.00 |
| 05/03/05 | KSW | Electronic filing of certificate of service regarding AFCO motion, lease motion and notice of hearing on lease motion (.4); distribution of incoming pleadings and correspondence (1.9); update pleading index (.7); update index to file (.5); preparation of certificate of service regarding notices of hearing for May 19, 2005 matters (.7); electronic filing of same (.3) | 4.50 | 540.00 |
|  | CCJ | Preparation for May 6, 2005 hearing (2.3); conference with courtroom administrator regarding hearing (.4); review of and reply to correspondence regarding hearings (.5); telephone calls with creditors' counsel regarding same (1.0) | 4.20 | 1,239.00 |
| 05/04/05 | KSW | Preparation of hearing notebook for Judge Funk (2.4); telephone call with creditors regarding Section 341 notice and bar date notice (.5); distribution of incoming pleadings and correspondence (.7); update index to files (.3) | 3.90 | 468.00 |
| 05/05/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); telephone calls with creditors regarding Section 341 notice and bar date notice (1.7); preparation for May 6, 2005 hearing (.8); electronic filing and service of agenda for omnibus hearing to be held May 6, 2005 (.9); coordination of telephone conference information for scheduled hearing (.8); preparation of updated hearing notebook (.4); preparation of list of participants appearing by phone at May 6, 2005 hearing (.4); retrieval and review of updated docket (.3) | 6.50 | 780.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 2
06/21/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021664M
STATEMENT NO:  105845

Chapter 11 - Case Administration

|  |  | HOURS |  |
|---|---|---|---|
|  | EMS Preparation for omnibus hearing | 3.70 | 610.50 |
| 05/06/05 | CCJ Preparation for and representation of debtors at May 6, 2005 omnibus hearing (3.6); conference and negotiations with several creditors regarding same (.5) | 4.10 | 1,209.50 |
|  | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); electronic filing and service of notice of hearing schedule (.8); update index to files (.5) | 2.20 | 264.00 |
|  | EMS Preparation for and attendance at omnibus hearing | 3.50 | 577.50 |
| 05/07/05 | CCJ Preparation for May 19, 2005 hearing | 1.30 | 383.50 |
| 05/09/05 | KSW Preparation of pleading index (.2); update of service list (.3); retrieval of updated docket (.2); review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); telephone calls with creditors regarding Section 341 notice and bar date notice (.7); preparation of certificate of service regarding notice of hearing schedule (.3); electronic filing of same (.3) | 2.80 | 336.00 |
|  | EMS Review of e-mails from Skadden Arps for Cynthia C. Jackson and summarized e-mails for Cynthia C. Jackson | 0.50 | 82.50 |
| 05/10/05 | CCJ Preparation for May 19, 2005 omnibus hearing and conference with creditors regarding same | 2.80 | 826.00 |
|  | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); telephone call with creditors regarding Section 341 notice and bar date notice (.7); organization of notebook for May 19, 2005 hearing (1.8); preparation of preliminary agenda for May 19, 2005 hearing (.8); preparation of updated index to files (.3); retrieval and review of docket sheet (.3) | 4.70 | 564.00 |
|  | EMS Legal research regarding Eleventh Circuit case law to cite in various motions to be heard at omnibus hearing on May 19, 2005 (2.0); preparation of files and legal research for omnibus hearing on May 19, 2005 (1.8) | 3.80 | 627.00 |
| 05/11/05 | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements; (.9) telephone calls with creditors regarding Section 341 notice and bar date notice (.5); retrieval and review of docket sheet (.4); update index to files (.2) | 2.00 | 240.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/12/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); telephone call with creditors regarding Section 341 notice and bar date notice (.4); preparation of revised preliminary agenda (.4); retrieval of updated docket sheet (.2); update pleading index (.3) | 2.20 | 264.00 |
| 05/13/05 | CCJ | Preparation of and revisions to May 19, 2005 agenda (2.0); conference with Rosalie Gray and with Kim Ward regarding status of various issues (1.0) | 3.00 | 885.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); update master service list (.3); retrieval and review of updated docket sheet (.2); retrieval of motion for relief for transmittal to client (.2); telephone call with creditors regarding Section 341 notice and bar date notice (.4); electronic filing of updated master service list (.3); update index to files and pleadings (.9) | 3.40 | 408.00 |
| 05/14/05 | CCJ | Preparation for May 19, 2005 hearing including review and analysis of each motion and order (4.5); revisions of order (2.5); review of hearing matters and correspondence to Skadden Arps regarding same (2.0) | 9.00 | 2,655.00 |
| 05/15/05 | CCJ | Preparation for May 19, 2005 hearing | 3.00 | 885.00 |
| 05/16/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.1); retrieval and review of updated docket sheet (.3); preparation of hearing notebook for Judge Funk (2.1) | 3.50 | 420.00 |
|  | TLC | Preparation and indexing of files from May 19, 2005 omnibus hearing | 0.50 | 60.00 |
| 05/17/05 | CCJ | Preparation for March 19, 2005 hearings | 3.90 | 1,150.50 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.7); retrieval and review of updated docket sheet (.4); telephone call with creditors regarding Section 341 notice and bar date notice (.3); preparation of updated hearing notebook for Judge Funk (1.3); preparation for and transmittal of notebook and updated preliminary agenda to Judge Funk's chambers (.4) | 3.10 | 372.00 |
| 05/18/05 | TLC | Preparation of files for May 19, 2005 omnibus hearing (2.0); revision of case law notebook regarding proration (.5) | 2.50 | 300.00 |
|  | CCJ | Preparation for hearing and conferences with courtroom administrator and law clerk | 1.20 | 354.00 |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket (.3); telephone call with creditors (.2); electronic filing and service of agenda for May 19, 2005 hearing (.6); update master service list (.3) | 2.30 | 276.00 |
| 05/19/05 | TLC Organization and update of files for May 19, 2005 omnibus hearing (2.1); preparation of files for June 2, 2005 omnibus hearing (.3) | 2.40 | 288.00 |
| | KSW Preparation for May 19, 2005 hearing (.9); retrieval and review of updated docket (.3); distribution of incoming pleadings and correspondence (1.1) | 2.30 | 276.00 |
| | EMS Review of all files for omnibus hearing to determine all motions and orders that were completed and could be submitted to the Court (1.8); conference with Cynthia C. Jackson and Stephen D. Busey regarding May 19, 2005 hearing (1.1); preparation for June 2, 2005 omnibus hearing (2.0); attendance at May 19, 2005 omnibus hearing (2.0) | 6.90 | 1,138.50 |
| 05/20/05 | TLC Revision of the June 2, 2005 omnibus files (.1); research regarding cases cited in hearing outline (.2) | 0.30 | 36.00 |
| | EMS Preparation of files for June 2, 2005 omnibus hearing | 2.10 | 346.50 |
| | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.6); retrieval and review of updated docket (.4); updated index to files ( .3); update pleading binder (.8); update master service list (.3) | 2.40 | 288.00 |
| 05/23/05 | EMS Preparation of action list and organization of legal research | 2.40 | 396.00 |
| | KSW Review of docket sheet (.2); distribution of incoming pleadings and correspondence (.8) update master service list (.3) | 1.30 | 156.00 |
| 05/24/05 | CCJ Preparation for June 2, 2005 hearing | 2.20 | 649.00 |
| | EMS Review and revision of preliminary agenda for June 6, 2005 omnibus hearing | 0.50 | 82.50 |
| | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements(.9); retrieval and review of docket sheet (.3); review and revision of preliminary agenda for June 2, 2005 hearing (.5); update pleadings index and index to files (.4) | 2.10 | 252.00 |
| 05/25/05 | TLC Telephone call with Susan Carter regarding the process to file a document under seal | 0.20 | 24.00 |
| | JHP Review of updated calendar and new docket entries | 0.40 | 142.00 |
| 05/26/05 | KSW Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); retrieval and review of docket sheet (.2) | 1.40 | 168.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
06/21/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:   105845

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | EMS | Revision of agenda for June 2, 2005 omnibus hearing (1.1); preparation of files for June 2, 2005 omnibus hearing (1.8) | 2.90 | 478.50 |
| | CCJ | Review and revision of hearing outlines and questions and answers (1.3); preparation for June 2, 2005 hearings (2.0) | 3.30 | 973.50 |
| 05/27/05 | EMS | Revision of agenda for June 2, 2005 omnibus hearing (.2); organization of files for June 2, 2005 omnibus hearing (1.3) | 1.50 | 247.50 |
| | CCJ | Review and revision of agenda and conference with Skadden Arps regarding same | 1.40 | 413.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); update master service list (.3); retrieval and review of docket sheet (.2); update index to pleading files (1.1); and index to file (.5) | 3.00 | 360.00 |
| 05/30/05 | CCJ | Revision agenda and conference with Stephen D. Busey | 0.70 | 206.50 |
| 05/31/05 | KSW | Preparation of notebooks for June 2, 2005 hearing (3.7); retrieval and review of updated docket sheet (.2); distribution of incoming pleadings and correspondence (.3); update master service list (.2) | 4.40 | 528.00 |
| | CCJ | Preparation of agenda and notebook and prepare for June 2, 2005 hearing | 2.00 | 590.00 |

FOR PROFESSIONAL SERVICES RENDERED

134.50 24,852.50

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 0.40 | $355.00 | $142.00 |
| Cynthia C. Jackson | 42.10 | 295.00 | 12,419.50 |
| *Tana L. Copeland | 5.90 | 120.00 | 708.00 |
| *Kimberly S. Ward | 58.30 | 120.00 | 6,996.00 |
| Elizabeth M. Schule | 27.80 | 165.00 | 4,587.00 |
| TOTAL | 134.50 | | $24,852.50 |

TOTAL THIS STATEMENT

$24,852.50

\*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   105808

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| 05/02/05 EMS Legal research regarding critical vendors doctrine | | 2.10 | 346.50 |
| 05/04/05 EMS Continued legal research regarding necessity of payment doctrine for Cynthia C. Jackson | | 2.10 | 346.50 |
| 05/28/05 KSW Review and revision of motion for order establishing alternative dispute resolution procedures (1.1); and proposed order (.5) | | 1.60 | 192.00 |
| FOR PROFESSIONAL SERVICES RENDERED | | 5.80 | 885.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 1.60 | $120.00 | $192.00 |
| Elizabeth M. Schule | 4.20 | 165.00 | 693.00 |
| TOTAL | 5.80 | | $885.00 |

TOTAL THIS STATEMENT                                    $885.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.                                    Page: 1
5050 Edgewood Ct.                                    06/20/2005
Jacksonville FL 32254                      ACCOUNT NO: 10163-021677M
                                          STATEMENT NO:   105814

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (PACA/PASA)

|   |   |   | HOURS |   |
|---|---|---|---|---|
| 05/03/05 | JHP | Preparation for status conference on May 9, 2005 in PACA adversary proceeding and telephone call with Tom Metz regarding same | 0.40 | 142.00 |
| 05/04/05 | JHP | Preparation for status conference, telephone calls and e-mails regarding same with Tom Metz and telephone call with Bankruptcy Court regarding same | 0.80 | 284.00 |
| 05/06/05 | SDB | Review of PACA procedures order, and the draft PACA report by the debtors and approve for filing | 0.60 | 237.00 |
|   | ENM | Communication with Sina Toussi regarding preparation and filing of PACA report (.5); preparation of PACA report (1.5); filing of PACA report (1.5) | 3.50 | 787.50 |
|   | KSW | Preparation for and electronic filing of PACA report | 0.40 | 48.00 |
| 05/12/05 | KSW | Preparation for and electronic filing of supplemental certificate of service regarding PACA report | 0.30 | 36.00 |
| 05/16/05 | KSW | Review of objection by Trade Vendors to PACA report | 0.70 | 84.00 |
|   |   | FOR PROFESSIONAL SERVICES RENDERED | 6.70 | 1,618.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.60 | $395.00 | $237.00 |
| James H. Post | 1.20 | 355.00 | 426.00 |
| *Kimberly S. Ward | 1.40 | 120.00 | 168.00 |
| Eric N. McKay | 3.50 | 225.00 | 787.50 |
| TOTAL | 6.70 |   | $1,618.50 |

TOTAL THIS STATEMENT                                      $1,618.50
                                                         =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.                                            Page: 1
5050 Edgewood Ct.                                               06/20/2005
Jacksonville FL 32254                         ACCOUNT NO: 10163-021676M
                                               STATEMENT NO:  105806

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | DDB | Research regarding creditors efforts to extort payment of reclamation claim as violation of automatic stay (2.3); conference with Eric N. McKay regarding same (.5); research regarding injunctive ruling as to violation of automatic stay (1.3) | 4.10 | 676.50 |
|  | JHP | Preparation of draft declaratory judgment complaint regarding valueless defense, including the review of case law and material documents | 3.60 | 1,278.00 |
|  | ENM | Preparation of complaint for declaratory judgment that reclamation claims are valueless (3.1); preparation of notice of debtor's intent to assert valueless defense (1.0); research law regarding refusals to deal (2.5); research law regarding the effects of prepetition and postpetition financing on the value of reclamation claims (2.3) | 8.90 | 2,002.50 |
| 05/03/05 | JHP | Preparation of draft notice regarding the assertion of reclamation defenses as required by the final order on reclamation procedures (1.2); preparation of draft declaratory judgment complaint on valueless defenses, including the review of legal research and material documents (4.6) | 5.80 | 2,059.00 |
|  | SDB | Review of reclamation procedures order and draft notice regarding debtors' assertion of voluntary defense (.7); review of case law (.4) | 1.10 | 434.50 |
|  | KSW | Research regarding corporate information regarding reclamation claimants | 0.40 | 48.00 |
|  | DDB | Research regarding case law on violation of automatic stay when creditor is attempting to extort payment on a claim (.9); review of pertinent documents and pleadings on reclamation issues (2.1); legal research thereon (1.2) | 4.20 | 693.00 |
|  | EMS | Research regarding name and address of registered agents for 486 businesses making reclamation claims against debtor | 8.20 | 1,353.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:  105806

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  | HOURS |  |
|---|---|---|---|
| ENM | Preparation of notice of debtors' intent to assert valueless defense (1.5); preparation of complaint for declaratory judgment that reclamation claims are valueless (1.5) | 3.00 | 675.00 |
| 05/04/05 SDB | Finalization of notice to reclamation creditors regarding specific reclamation defenses (.6); conference with James H. Post regarding same (.2) | 0.80 | 316.00 |
| JHP | Preparation and issuance of draft complaint for declaratory judgment (1.8); review of legal research, motions and other pleadings filed in other cases regarding the valueless defense and related matters (1.6) | 3.40 | 1,207.00 |
| EMS | Research regarding name and address of registered agents for 486 legal entities making reclamation claims against debtor | 5.60 | 924.00 |
| ENM | Preparation of memorandum regarding the effect of post-petition financing on the value of reclamation claims | 3.50 | 787.50 |
| DDB | Review of all docket entries for entries regarding orders and claims of reclamation creditors (1.5); compile all pleadings relevant to reclamation claims (.7) | 2.20 | 363.00 |
| 05/05/05 EMS | Research regarding name and address of registered agents for 486 legal entities making reclamation claims against debtor | 5.80 | 957.00 |
| ENM | Review of objections from reclamation creditors (1.0); preparation of complaint for declaratory judgment (1.0); review service regarding reclamation creditors (.4); research law of injunctions and enjoining creditors from refusing to ship goods (2.1) | 4.50 | 1,012.50 |
| DDB | Analysis of reclamation creditor issues and actions of reclamation creditors in violation of 362(a) | 0.70 | 115.50 |
| 05/06/05 EMS | Research regarding name and address of registered agents for 486 businesses making reclamation claims against debtor | 5.70 | 940.50 |
| DDB | Analysis of applicable legal standards for the issue of injunction to prevent creditors from violating automatic stay (.4); preparation of memorandum thereon (.8) | 1.20 | 198.00 |
| 05/07/05 JHP | Review of material motions, objections and orders in preparation of adversary proceeding complaint on valueless defense and review of applicable case law and secondary authorities | 4.80 | 1,704.00 |
| 05/09/05 JHP | Revision of debtors' motion to extend deadline to file statements of reclamation and value notices and preparation, service and filing of motion and notice of hearing thereon (1.8); preparation of complaint for declaratory judgment on valueless defense and review of material motions, objections, orders and Court transcripts regarding same (2.0) | 3.80 | 1,349.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
06/20/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:  105806

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  | HOURS |  |
|---|---|---|---|
| SDB | Review of draft motion to extend reclamation deadlines (.2); telephone conference with Larry Appel and Jan Baker regarding impact of motion on preparation of the debtors' action regarding the valueless defense (.2); conference with James H. Post regarding timing (.1) | 0.50 | 197.50 |
| DDB | Research regarding 363(a) violations and injunctions (2.0); revision of notebook and index of pleadings relating to reclamation procedures and post-petition financing (1.6); preparation for memorandum regarding 363(a) and violations of automatic stay (.5) | 4.10 | 676.50 |
| KSW | Electronic filing and service of motion to extend deadline to file statement of reclamation and value notices (1.0); preparation of notice of hearing thereon (.7); electronic filing and service of same (.8) | 2.50 | 300.00 |
| CCJ | Review and revision of reclamation motion and order (1.0); received and replied to extensive correspondence regarding same (.5) | 1.50 | 442.50 |
| EMS | Research regarding name and address of registered agents for 486 legal entities making reclamation claims | 6.90 | 1,138.50 |
| ENM | Preparation of motion to extend deadline for filing reclamation statements | 0.50 | 112.50 |

| 05/10/05 | JHP | Revisions to critical date and action lists and preparation of registered agent analysis for reclamation claimants (.6); review of material documents and legal research to finalize declaratory judgment complaint (2.2) | 2.80 | 994.00 |
|---|---|---|---|---|
|  | DDB | Revision of notebook and index of all pleadings relating to reclamation procedure, PACA claims, and post-petition financing (2.2); research regarding standards for preliminary and injunctions in Eleventh Circuit (.6) | 2.80 | 462.00 |
|  | EMS | Research regarding name and addresses of registered agents for 486 businesses making reclamation claims | 2.10 | 346.50 |

| 05/11/05 | SDB | Review and revision of draft complaint for declaratory judgment on the debtors' valueless defense to reclamation claims (.7); review of case law regarding the valueless defense (1.4) | 2.10 | 829.50 |
|---|---|---|---|---|
|  | JHP | Preparation of declaratory judgment complaint regarding valueless defense to all reclamation claims, including review of legal research and conference with Stephen D. Busey regarding same | 3.20 | 1,136.00 |
|  | DDB | Revision and finalization of notebook with all relevant pleadings regarding reclamation procedures, PACA claims, and post-petition financing | 1.10 | 181.50 |
|  | KSW | Preparation of certificate of service regarding motion for order extending deadline to file statement of reclamation and value notices (.4); electronic filing of same (.3) | 0.70 | 84.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

Page: 4
06/20/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:  105806

| | | | HOURS | |
|---|---|---|---|---|
| 05/12/05 | JHP | Analysis of case law regarding appropriate juncture in Chapter 11 case to adjudicate the value of reclamation claims and revisions to complaint (2.4); preparation of registered agent information and telephone call with co-counsel regarding same (.8) | 3.20 | 1,136.00 |
| | SDB | Review of case law and review with Jan Baker valueless defense litigation strategy as leverage in negotiations with principal reclamation claimants | 1.60 | 632.00 |
| | KSW | Research regarding various reclamation claimants (.7); preparation of index to reclamation claims (.9); electronic filing of supplemental service regarding motion to extend deadlines to file statement of reclamation and value notices (.3) | 1.90 | 228.00 |
| 05/13/05 | EMS | Preparation of e-mail regarding compilation of registered agent names and addresses for legal entities that filed reclamation claims against debtors | 0.40 | 66.00 |
| | JHP | Revisions to proposed complaint for declaratory judgment on valueless defense and review of updated research regarding same (1.4); review of pleadings and memoranda of law for reclamation defense filed in Fleming Chapter 11 cases (1.2) | 2.60 | 923.00 |
| | SDB | Review of additional case law and revision of draft complaint for declaratory judgment on valueless defense issues | 2.80 | 1,106.00 |
| 05/15/05 | JHP | Revision of proposed complaint on declaratory judgment for valueless defense and review of motions and legal memorandum regarding same issues in the Fleming Chapter 11 cases | 1.80 | 639.00 |
| 05/16/05 | JHP | Preparation and issuance to co-counsel of proposed complaint for declaratory judgment on valueless defense (1.2); preparation and issuance to co-counsel of schedule of registered agents for service of process on reclamation claimants (1.0) | 2.20 | 781.00 |
| | KSW | Preparation of chart regarding valuation of reclamation claims | 0.60 | 72.00 |
| 05/17/05 | JHP | Preparation and issuance of draft complaint for declaratory judgment on valueless defense (1.2); e-mail correspondence and telephone calls with attorneys representing reclamation claimants (.6) | 1.80 | 639.00 |
| | EMS | Preparation of hearing outline for order extending deadline to file statement of reclamation and value notices | 3.40 | 561.00 |
| 05/18/05 | JHP | Preparation for May 19, 2005 hearing on motion to extend date for issuance of reclamation statements and value notices and telephone conferences regarding same with co-counsel and creditors (1.2); review of recent legal authority on valueless defense (.8) | 2.00 | 710.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page:   5
06/20/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:   105806

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Preparation for hearing on reclamation procedures | 0.60 | 177.00 |
| 05/19/05 | SDB | Preparation for and attendance at hearing on debtors' motion to extend reclamation deadlines | 0.50 | 197.50 |
|  | CCJ | Preparation for reclamation hearing (.5); conference with counsel for Wachovia regarding sale (.6) | 1.10 | 324.50 |
|  | ENM | Attendance at omnibus hearing | 1.00 | 225.00 |
| 05/23/05 | JHP | E-mail correspondence and telephone calls to counsel in other cases regarding reclamation settlement procedures and e-mail correspondence to co-counsel regarding same | 1.20 | 426.00 |
|  | TLC | Preparation of reclamation claims notebooks | 4.00 | 480.00 |
| 05/24/05 | KSW | Electronic filing of certificate of service regarding order granting motion for order extending deadline to file statement of reclamation and value notices | 0.30 | 36.00 |

FOR PROFESSIONAL SERVICES RENDERED        145.10 35,353.50

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 9.40 | $395.00 | $3,713.00 |
| James H. Post | 42.20 | 355.00 | 14,981.00 |
| Cynthia C. Jackson | 3.20 | 295.00 | 944.00 |
| *Tana L. Copeland | 4.00 | 120.00 | 480.00 |
| *Kimberly S. Ward | 6.40 | 120.00 | 768.00 |
| David D. Burns | 20.40 | 165.00 | 3,366.00 |
| Eric N. McKay | 21.40 | 225.00 | 4,815.00 |
| Elizabeth M. Schule | 38.10 | 165.00 | 6,286.50 |
| TOTAL | 145.10 |  | $35,353.50 |

TOTAL THIS STATEMENT                                    $35,353.50
                                                       ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  105805

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/07/05 | CCJ | Review, analysis of and reply to correspondence and discovery requests by retirees | 1.50 | 442.50 |
|  | SDB | Review of motion to appoint retirees' committee (.2); review of discovery requests by the movant's (interrogatories and request for production) (.3); memorandum to Larry Appel and Jan Baker regarding same (.3) | 0.80 | 316.00 |
| 05/09/05 | CCJ | Preparation for and attendance at conference regarding retirees' committee and discovery requests | 1.00 | 295.00 |
|  | SDB | Telephone call with Jan Baker and Larry Appel to (i) coordinate response to the motion to appoint an additional committee, and the request to shorten the time for the debtors' response to the movants' discovery request, (ii) to consider the debtors' proposed responses to the movants' discovery requests, and (iii) alternatives for staffing by Skadden Arps or Smith Hulsey & Busey | 0.70 | 276.50 |
| 05/20/05 | SDB | Telephone call with Jay Skelton regarding first meeting of the creditors (.2); telephone call with Ken Meeker regarding agenda for and conduct of the first meeting of the creditors (.3); telephone call with Larry Appel regarding same (.3); draft outline of remarks for debtors' officer to use at the first meeting of creditors and preparation of list of questions to anticipate, and memorandum to Larry Appel regarding same (1.6); telephone call with Kathy Lussier regarding same (.3) | 2.70 | 1,066.50 |
|  | KSW | Telephone conference with Cynthia C. Jackson, Bill Doolittle, Kathy Lussier, Dennis Wortham, Jay Castle, Rosalie Gray, Kevin Faulkner, and Michael Freitage regarding Section 341 meeting strategy | 1.20 | 144.00 |
|  | CCJ | Preparation for Section 341 meeting including conferences with U.S. Trustee, with Winn-Dixie, with Skadden Arps (3.4); preparation of agenda (.5); conference with Jay Skelton regarding same (.1); review and reply to correspondence regarding Section 341 meeting (1.3) | 5.30 | 1,563.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  105805

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/21/05 | SDB | Memoranda to Kathy Lussier, Jan Baker, Larry Appel, all in preparation for the first meeting of the creditors | 1.10 | 434.50 |
| 05/23/05 | SDB | Two telephone calls with Jan Baker regarding preparation for the debtors' Section 341 meeting with creditors on June 1, 2005 (.7); review of proposed outline for management's comments at the meeting and provide comments to Kathy Lussier (1.5); preparation for and attendance at meeting with Winn-Dixie senior management in preparation for June 1, 2005 meeting with creditors (2.5) | 4.70 | 1,856.50 |
|  | CCJ | Preparation for and conferences with Winn-Dixie and U.S. Trustee for Section 341 meeting | 4.50 | 1,327.50 |
|  | KSW | Preparation for Section 341 meeting | 2.00 | 240.00 |
| 05/24/05 | SDB | Review of revised draft of the debtors' comments at the first meeting of creditors and other preparation for the Section 341 meeting | 1.10 | 434.50 |
|  | CCJ | Preparation for Section 341 meeting and conference with Winn-Dixie and U.S. Trustee regarding same | 2.80 | 826.00 |
| 05/25/05 | SDB | Preparation for and attendance at debtors' first meeting with creditors in Jacksonville (3.1); telephone call with Jan Baker regarding same and creditor issues (.3) | 3.40 | 1,343.00 |
|  | CCJ | Preparation for and participation in Section 341 meeting (3.5); conference with U.S. Trustee (.5) | 4.00 | 1,180.00 |
|  | KSW | Preparation for and attendance at Section 341 meeting | 4.00 | 480.00 |
| 05/26/05 | KSW | Preparation for and electronic filing of response and objection to motion for additional creditors committee | 0.30 | 36.00 |
|  | SDB | Review of draft of debtors' response to retired employees' motion to appoint an additional creditors' committee (.4); telephone call with Jay Castle regarding preparation for movant's May 31, 2005 deposition of debtors representative (.3) | 0.70 | 276.50 |
| 05/27/05 | SDB | Review of draft outline for the hearing on the retired employees' motion to appoint a creditors' committee and review of Section 1114 and relevant case law and read the motion (1.6);  conference with Hope Rielly and Jay Castle in preparation for Ms. Rielly's deposition on May 31, 2005 (1.2); review of final draft of the debtors' motion to authorize employee retention and severance plans (.4) | 3.20 | 1,264.00 |
|  | CCJ | Conference with David McFarlin and with Jay Castle regarding retirees' committee issues (1.0); conference with Skadden Arps regarding Kerp order (1.0); revision and filing of same (.6) | 2.60 | 767.00 |
| 05/30/05 | SDB | Preparation for June 2, 2005 hearing on retirees' motion to appoint another creditors' committee, including conference with Rosalie Gray regarding Section 1114 issues (.8); telephone conference with Rosalie Gray, Jan Baker and Larry Appel regarding same (.5) | 1.30 | 513.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
06/20/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:   105805

Chapter 11-Creditor Meetings/Statutory Committees

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Conference with Stephen D. Busey and Rosalie Gray and research regarding retirees' issues | 1.50 | 442.50 |
| 05/31/05 KSW | Preparation of certificate of service regarding response and objection to motion for additional creditors' committee (.2); preparation for and electronic filing of same (.2) | 0.40 | 48.00 |
| SDB | Preparation for and attendance at deposition of Hope Rielly by counsel for retirees seeking appointment of a retirees' creditor committee (4.0); preparation for June 2, 2005 hearing on the motion (.8); telephone call with Larry Appel regarding same (.2) | 5.00 | 1,975.00 |
| CCJ | Preparation for hearing on retirees' benefits | 1.40 | 413.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 57.20 | 17,961.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey |  | 24.70 | $395.00 | $9,756.50 |
| Cynthia C. Jackson |  | 24.60 | 295.00 | 7,257.00 |
| *Kimberly S. Ward |  | 7.90 | 120.00 | 948.00 |
|  | TOTAL | 57.20 |  | $17,961.50 |

TOTAL THIS STATEMENT                                        $17,961.50
                                                           =========

---
*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021680M
STATEMENT NO:  105824

ATTN: Larry Appel, Esq.

Chapter 11 - Disclosure Statement/Voting Issues

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/09/05 | ENM | Research Eleventh Circuit precedent regarding exclusivity periods under the bankruptcy code | 2.00 | 450.00 |
| 05/26/05 | CCJ | Review and revision of exclusivity motion and order | 0.40 | 118.00 |
| 05/27/05 | JHP | Review of motion to extend exclusivity, new docket entries and updated calendar | 1.00 | 355.00 |
|  | KSW | Preparation for and electronic filing and service of motion to extend exclusivity period and notice of hearing thereon (.8); preparation of certificate of service regarding same (.2); preparation for and electronic filing of certificate of service (.2) | 1.20 | 144.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 4.60 | 1,067.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 1.00 | $355.00 | $355.00 |
| Cynthia C. Jackson | 0.40 | 295.00 | 118.00 |
| *Kimberly S. Ward | 1.20 | 120.00 | 144.00 |
| Eric N. McKay | 2.00 | 225.00 | 450.00 |
| TOTAL | 4.60 |  | $1,067.00 |

TOTAL THIS STATEMENT                          $1,067.00
                                            ========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021681M
STATEMENT NO:  105821

ATTN: Larry Appel, Esq.

Chapter 11 - Employee Matters (General)

| | | | HOURS | |
|---|---|---|---|---|
| 05/18/05 | MAC | Research regarding key employee retention plans | 1.50 | 195.00 |
| 05/19/05 | MAC | Research regarding key employee retention plans (2.5); conference with Elizabeth M. Schule regarding same (1.1) | 3.60 | 468.00 |
| 05/20/05 | EMS | Review of case law on key employee retention plan approval | 1.40 | 231.00 |
| | MAC | Preparation of interoffice memorandum to Elizabeth M. Schule regarding key employee retention plans | 1.50 | 195.00 |
| 05/24/05 | SDB | Review of Jay Castle's memoranda regarding the debtors' response to the discovery propounded by the aspirant retirees' creditors committee and conference with James H. Post regarding formation of responses to the interrogatories and request for production of documents (.4); preparation of draft answers to the interrogatories and a response to the request for production and review of the documents (1.6); telephone call with Jay Castle regarding same (.3); memorandum to movant's counsel, David McFarlin regarding same and forwarding documents (.3); memorandum to Jay Castle regarding May 31, 2005 deposition of a Winn-Dixie representative (.3) | 2.90 | 1,145.50 |
| | JHP | Review of discovery requests regarding motion to establish retirees' committee and preparation of proposed responses | 1.20 | 426.00 |
| | LMP | Preparation of responses to requests for production and interrogatories served in connection with motion for appointment of retirees' committee (5.5); e-mail and telephone call with Jay Castle regarding answers to interrogatories (.2) | 5.70 | 1,425.00 |
| 05/25/05 | CCJ | Review and analysis of correspondence regarding KERP and regarding retirees' committee | 1.20 | 354.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021681M
STATEMENT NO:  105821

Chapter 11 -  Employee Matters (General)

|  |  | HOURS |  |
|---|---|---|---|
| SDB Telephone call with Lena Mandel at Milbank regarding discovery exchanged with counsel for retirees' committee movants (.2); memorandum to file regarding same (.1); memorandum to Lena Mandel and telephone call with David McFarlin regarding May 31, 2005 deposition of debtors (.4); review of U.S. Trustee's objection to the motion and the debtors' memorandum in response (.6); memorandum to Jay Castle regarding execution of interrogatory answers and preparation of debtors' witnesses (.2); conference with U.S. Trustee regarding preparation for June 2, 2005 hearing (.2); other preparation for hearing (.5) | | 2.20 | 869.00 |
| 05/26/05 EMS Legal research regarding key employee retention and severance agreements | | 3.10 | 511.50 |
| 05/27/05 KSW Preparation for and electronic filing and service of motion for implementation of employee retention and severance plans (.7) and notice of hearing thereon (.3) | | 1.00 | 120.00 |
| 05/31/05 KSW Preparation of certificate of service regarding motion for implementation of employee retention and severance plans (.3); preparation for and electronic filing of same (.2) | | 0.50 | 60.00 |
| FOR PROFESSIONAL SERVICES RENDERED | | 25.80 | 6,000.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.10 | $395.00 | $2,014.50 |
| James H. Post | 1.20 | 355.00 | 426.00 |
| Cynthia C. Jackson | 1.20 | 295.00 | 354.00 |
| *Kimberly S. Ward | 1.50 | 120.00 | 180.00 |
| **Matthew A. Crist | 6.60 | 130.00 | 858.00 |
| Leanne McKnight Prendergast | 5.70 | 250.00 | 1,425.00 |
| Elizabeth M. Schule | 4.50 | 165.00 | 742.50 |
| TOTAL | 25.80 |  | $6,000.00 |

TOTAL THIS STATEMENT                                    $6,000.00
                                                       =========

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.                                  Page: 1
5050 Edgewood Ct.                                    06/20/2005
Jacksonville  FL  32254           ACCOUNT NO: 10163-021683M
                                   STATEMENT NO:  105812

ATTN: Larry Appel, Esq.

Chapter 11 - Environmental Matters

| | | | HOURS | |
|---|---|---|---|---|
| 05/04/05 | CAB | Conference with Tim E. Sleeth regarding bankruptcy and environmental issues and research regarding same (.2); review of cases regarding environmental issues in bankruptcy (1.5) | 1.70 | 425.00 |
| | TES | Review agreements and correspondence regarding sale of Harahan warehouse (1.5); conference with Cynthia C. Jackson regarding bankruptcy court approval of sale (.5) | 2.00 | 710.00 |
| 05/05/05 | TES | Conference call with Cynthia C. Jackson regarding sale of Harahan warehouse (.1); telephone call with Ken Kirschner regarding environmental issues in sale of Harahan warehouse (.8) | 0.90 | 319.50 |
| 05/10/05 | TES | Review of contract (1.5); telephone call with Ken Kirschner regarding options (.5) | 2.00 | 710.00 |
| 05/11/05 | TES | Review of contract (.4); research regarding indemnification issues (3.0); telephone call with Keith Daw (.2); telephone call with Ken Kirschner regarding residual petroleum contamination (.4); preparation of comments on draft agreement for Ken Kirschner (1.0) | 5.00 | 1,775.00 |
| 05/12/05 | TES | Telephone call with Ken Kirschner regarding Harahan warehouse agreement (.3); review assessment and documents regarding cleanup and closure of tanks (1.2) | 1.50 | 532.50 |
| 05/13/05 | TES | Research regarding discharge of environmental claims (1.2); review of new draft of agreement (.5); conference with Cynthia C. Jackson regarding indemnification issues with creditors committees (.1); telephone call with Ken Kirschner regarding revisions to draft and agreement options (.7) | 2.50 | 887.50 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 15.60 | 5,359.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Environmental Matters

Page: 2
06/20/2005
ACCOUNT NO: 10163-021683M
STATEMENT NO:   105812

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Tim E. Sleeth | | 13.90 | $355.00 | $4,934.50 |
| Charles A. Beard | | 1.70 | 250.00 | 425.00 |
| | TOTAL | 15.60 | | $5,359.50 |

TOTAL THIS STATEMENT                                                      $5,359.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:  105815

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/13/05 | KSW | Electronic filing and service of motion to reject executory contracts and unexpired leases (.4); and preparation of notice of hearing thereon (.4) | 0.80 | 96.00 |
| 05/18/05 | KSW | Preparation of certificate of service regarding motion to reject executory contracts and unexpired leases effective as of June 2, 2005 and notice of hearing thereon (.2); electronic filing of same (.3) | 0.50 | 60.00 |
| 05/26/05 | CCJ | Review and revision of motion to reject contracts | 0.50 | 147.50 |
| 05/27/05 | CCJ | Revision and filing of rejection motion (.9); conference with Skadden Arps regarding same (.5) | 1.40 | 413.00 |
| 05/29/05 | SDB | Review of debtors' motion to reject miscellaneous executory contracts and proposed order (.3); review of Heritage Mint's motion to compel debtors to assume or reject (.2) | 0.50 | 197.50 |
| 05/31/05 | CCJ | Conference with Jay Castle and Winn-Dixie representatives regarding Roades' issues (.8); revision of rejection order (.3) | 1.10 | 324.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 4.80 | 1,238.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.50 | $395.00 | $197.50 |
| Cynthia C. Jackson | 3.00 | 295.00 | 885.00 |
| *Kimberly S. Ward | 1.30 | 120.00 | 156.00 |
| TOTAL | 4.80 |  | $1,238.50 |

TOTAL THIS STATEMENT                                              $1,238.50
                                                                 =========

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021667M
STATEMENT NO:   105807

ATTN: Larry Appel, Esq.

Chapter 11 – Financing

| | | | HOURS | |
|---|---|---|---|---|
| 05/02/05 | KSW | Electronic filing and service of notice of hearing on motion for approval of post-petition finance agreement with AFCO Premium Credit | 0.90 | 108.00 |
| 05/13/05 | KSW | Preparation of proposed order regarding motion for order authorizing receipt of escrowed funds owed to debtors in connection with prepetition transactions | 0.30 | 36.00 |
| 05/16/05 | SDB | Review of the committee's objections to the debtors' motion to continue the debtors' cash management system, including a request for junior liens and preparation for May 19, 2005 hearing (.8); two telephone calls with Betsy Cox regarding Wachovia's position (.3) review motion and order and preparation for hearing on AFCO Premium Credit finance agreement (.5) | 1.60 | 632.00 |
| 05/17/05 | SDB | Telephone conference with John Helfat and Betsy Cox regarding preparation for the May 19, 2005 hearing on the committee's objection to the cash management system, including its request for a junior lien for inter-company transfers (.5); preparation of proof plan and other preparation for the May 19, 2005 hearing (1.2) | 1.70 | 671.50 |
| 05/18/05 | SDB | Preparation for May 19, 2005 hearing on motion to approve debtors' cash management system and review changes in the form of order proposed by the U.S. Trustee and the committee | 1.20 | 474.00 |
| 05/19/05 | SDB | Preparation for and attendance at hearing on debtors' motion to continue the debtors' cash management system (.5); preparation for and attendance at hearing on debtors' motion to approve AFCO Premium Credit finance agreement (.5) | 1.00 | 395.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Financing

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Preparation for cash management hearing (.5); conference with committee counsel and Rosalie Gray regarding order (.3) | 0.80 | 236.00 |
| KSW | Preparation for and service of order on motion to authorize receipt of escrowed funds owed to debtors in connection with prepetition transaction | 0.50 | 60.00 |

05/20/05 KSW Preparation for and service of order authorizing and approving post-petition premium finance agreement with AFCO Premium Credit — 0.20 — 24.00

05/23/05 KSW Preparation of certificate of service regarding order granting motion authorizing receipt of escrowed funds owed to debtors in connection with pre-petition transaction (.2); pre-petition for and electronic filing of each (.4); and order authorizing post-petition finance agreement with AFCO Premium Credit — 0.80 — 96.00

05/26/05 KSW Preparation for and electronic filing of certificate of service regarding order authorizing debtors' to maintain existing bank account and cash management system — 0.20 — 24.00

FOR PROFESSIONAL SERVICES RENDERED — 9.20 — 2,756.50

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 5.50 | $395.00 | $2,172.50 |
| Cynthia C. Jackson | | 0.80 | 295.00 | 236.00 |
| *Kimberly S. Ward | | 2.90 | 120.00 | 348.00 |
| | TOTAL | 9.20 | | $2,756.50 |

TOTAL THIS STATEMENT — $2,756.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021668M
STATEMENT NO:  105823

ATTN: Larry Appel, Esq.

Chapter 11 - General Corporate Advice


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/11/05 | SDB | Review of Board of Directors materials and preparation for May 12, 2005 Board of Directors' meeting | 0.80 | 316.00 |
| 05/12/05 | SDB | Attendance at Winn-Dixie Board of Directors' meeting at Winn-Dixie headquarters and review operational and restructuring initiatives | 5.60 | 2,212.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 6.40 | 2,528.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.40 | $395.00 | $2,528.00 |


TOTAL THIS STATEMENT                              $2,528.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Insurance

Page: 1
06/20/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO:  105816

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/04/05 | SDB | Preparation for May 6, 2005 hearing on debtors' motion to pay prepetition uninsured vehicular claims (.5); preparation of an offer of same (.2) | 0.70 | 276.50 |
| 05/05/05 | SDB | Preparation for May 6, 2005 hearing on debtors' motion to pay prepetition automobile liability claims, including preparation of witnesses at Winn-Dixie | 1.10 | 434.50 |
|  | CCJ | Preparation for hearing on prepetition auto insurance liability (2.0); preparation of witnesses regarding same (.5); preparation of order and related documents regarding same (1.0) | 3.50 | 1,032.50 |
| 05/06/05 | SDB | Preparation for and attendance at hearing on the debtors' motion to pay prepetition automobile liability claims, including conference with Dale Bitter | 1.10 | 434.50 |
| 05/09/05 | KSW | Preparation of certificate of service regarding same (.3); preparation for and service on order granting authority to pay preparation automobile claims (.4); preparation for and electronic filing of same (.3) | 1.00 | 120.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 7.40 | 2,298.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.90 | $395.00 | $1,145.50 |
| Cynthia C. Jackson | 3.50 | 295.00 | 1,032.50 |
| *Kimberly S. Ward | 1.00 | 120.00 | 120.00 |
| TOTAL | 7.40 |  | $2,298.00 |

TOTAL THIS STATEMENT                                    $2,298.00
                                                    =========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/21/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:  105843

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | SDB | Telephone call with Jan Baker regarding the committee's objection to the Food Lion sale motion because of Food Lion's request for an indemnity (.2); preparation for the hearing (.4); preparation for management of enterprise sales of store leases and inventory (.6) | 1.20 | 474.00 |
|  | EMS | Legal research regarding administration code on transferring prescriptions upon close of pharmacy | 0.60 | 99.00 |
| 05/03/05 | SDB | Preparation for May 6, 2005 hearing on debtors' motion to extend time to accept or reject and objections to the motion (.7); preparation for hearing on the Food Lion sale (.6) | 1.30 | 513.50 |
|  | EMS | Legal research for Cynthia C. Jackson regarding motion to extend deadline for debtor to assume or reject lease | 1.40 | 231.00 |
|  | CCJ | Preparation for lease rejection hearing (1.5); conference with Adam Ravin and Sally Henry regarding same (.5) | 2.00 | 590.00 |
|  | ENM | Research Eleventh Circuit precedent regarding lease rejection damages, retroactive rejection and proration of expenses under bankruptcy code Section 365(d)(3) | 4.00 | 900.00 |
| 05/04/05 | SDB | Preparation for May 6, 2005 hearing on the debtors' motion to extend time to accept or reject and preparation for Food Lion sale | 0.70 | 276.50 |
|  | CCJ | Preparation for hearing on lease extension (1.5); conferences with Adam Ravin and counsel for landlord regarding same (.5) | 2.00 | 590.00 |
|  | ENM | Research Eleventh Circuit precedent regarding proration of expenses under Section 365(d)(3) (3.4); research Eleventh Circuit precedent regarding extensions of time to extend period for debtors to assume or reject unexpired leases (1.8) | 5.20 | 1,170.00 |
| 05/05/05 | SDB | Preparation for May 6, 2005 hearing on debtors' motion to extend time to accept or reject leases, including preparation of witnesses at Winn-Dixie and |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| | | preparation of the proposed order (2.4); preparation for May 6, 2005 hearing on debtors' motion to sell three Virginia stores (lease equipment and inventory) to Food Lion, including preparing witnesses of Winn-Dixie for the hearing, revision of proposed order, communications with Food Lion counsel and related matters (3.2) | 5.60 | 2,212.00 |
| | KSW | Electronic filing of notice of withdrawal of Boggy Creek, et al.'s objection to motion for extension of time to assume or reject leases | 0.40 | 48.00 |
| | CCJ | Preparation for May 6, 2005 hearing on lease rejections (1.0); conference with Skadden Arps regarding objections and resolutions of same (1.2); revision of proposed orders (.8); conference with counsel for Gardens Park Plaza (.5) | 3.50 | 1,032.50 |
| 05/06/05 | SDB | Preparation for and attendance at hearing on the debtors' motions to extend the Section 365(d)(3) period and to assume and assign Virginia leaseholds and equipment to Food Lion, including conference with Mike Chlebovic of Winn-Dixie | 1.90 | 750.50 |
| 05/09/05 | KSW | Preparation for and service of order granting extension of time to assume or reject unexpired leases of nonresidential real property (.4); preparation of certificate of service regarding same (.3); electronic filing of same (.3) | 1.00 | 120.00 |
| | JHP | Review of legal research on allocation of lease expense under Section 365(d)(3) of Bankruptcy Code | 0.80 | 284.00 |
| | ENM | Research law regarding proration of expenses for unexpired leases | 3.70 | 832.50 |
| 05/10/05 | KSW | Electronic filing of proposed order on motion for approval of stipulation providing for withdrawal of objection by American KB Properties I Limited Partnership to motion for extension of time | 0.30 | 36.00 |
| | JHP | Review of legal research and analysis of issues regarding lease expense allocation under Section 365(d)(3) of the Bankruptcy Code | 1.20 | 426.00 |
| | ENM | Communication with James H. Post regarding lease rejection damages and proration of expenses under 365(d)(3) (.5); research law regarding proration of rejection damages under 365(d)(3) and research regarding lease issues under 365(d)(3) (4.5) | 5.00 | 1,125.00 |
| 05/12/05 | CCJ | Review and revision of motion to reject leases (1.0); correspondence to Jane Leamy regarding same (.2); conflict check regarding same (.8) | 2.00 | 590.00 |
| 05/13/05 | CCJ | Review, finalization and filing of rejection motion | 1.00 | 295.00 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/16/05 | SDB | Review of motion for retroactive rejection of closed store leases and preparation for May 19, 2005 hearing (.4); preparation for May 19, 2005 hearing on debtors' motion to extend Section 365(d)(3) time (.4) | 0.80 | 316.00 |
| 05/17/05 | ENM | Review of objection filed by Gardens Park Plaza (.8); research regarding law of proration of taxes for unexpired nonresidential lease (2.5); revision of order relating to debtors' motion seeking extension of time to assure on reject unexpired leasing (2.3); conference with James H. Post regarding Gardens Park Plaza's objection (.5) | 6.10 | 1,372.50 |
|  | DMA | Research regarding taxes and petition obligatory (5.5); preparation of memorandum to regarding pre-petition lease obligation law (2.0) | 7.50 | 975.00 |
| 05/18/05 | KSW | Preparation and service of order granting motion for approval of stipulation with American KB Properties I Limited Partnership (.7); preparation of certificate of service regarding same (.3); electronic filing of certificate of service (.3) | 1.30 | 156.00 |
|  | DMA | Research regarding pre-petition lease obligations | 2.50 | 325.00 |
| 05/19/05 | ENM | Research regarding Eleventh Circuit precedent regarding Section 365(d)(3) | 1.80 | 405.00 |
| 05/20/05 | EMS | Revision of hearing outlines on Gardens Park Plaza's objection to debtors' motion to extend time to assume or reject leases | 1.10 | 181.50 |
|  | JHP | Review of case law on rent proration issue | 0.80 | 284.00 |
|  | ENM | Research regarding law of Section 365(d)(3) (3.7); conference with James H. Post regarding potential rejection damages related to asset dispositions (.4); preparation of memorandum regarding Section 365(d)(3) (1.5) | 5.60 | 1,260.00 |
|  | DMA | Preparation of memorandum of law regarding pre-petition lease obligation | 1.50 | 195.00 |
| 05/23/05 | EMS | Draft of hearing outline for debtors' motion for order authorizing rejection of executory contracts and unexpired leases | 1.60 | 264.00 |
| 05/24/05 | KSW | Electronic filing of certificate of service regarding order authorizing (i) retroactive rejection of certain real property leases and (ii) abandonment of related personal property | 0.30 | 36.00 |
| 05/25/05 | SDB | Preparation for June 2, 2005 hearing on debtors' motion to extend the time within which to accept or reject executory contracts, and Gardens Park Plaza's objection to the motion, including review of applicable case law and memoranda regarding post-petition and pre-petition proration of real estates laws | 0.80 | 316.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
06/21/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   105843

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| EMS | Conference with Cynthia C. Jackson and David M. Applegate regarding pre-petition and post-petition tax obligations | 0.70 | 115.50 |
| CCJ | Preparation for lease extension hearing and objection | 1.50 | 442.50 |
| 05/26/05 BB | Conference with Cynthia C. Jackson and Meghan R. Wojeski regarding Eleventh Circuit standard for approving compromise under Bankruptcy Rule 9019 (.4); research regarding whether Winn-Dixie may return deposit of subtenant who validly has terminated its lease (1.3) | 1.70 | 323.00 |
| ENM | Preparation of memorandum regarding proration of rent for rejected leases | 3.30 | 742.50 |
| DMA | Research regarding rent obligations post-petition, pre-rejection | 1.80 | 234.00 |
| 05/27/05 EMS | Revision of hearing outline and witnesses on the debtors' motion to reject executory contracts | 1.10 | 181.50 |
| BB | Research regarding whether Winn-Dixie may return deposit of subtenant who validly has terminated its lease | 3.80 | 722.00 |

FOR PROFESSIONAL SERVICES RENDERED

90.40 21,442.50

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 12.30 | $395.00 | $4,858.50 |
| James H. Post | 2.80 | 355.00 | 994.00 |
| Cynthia C. Jackson | 12.00 | 295.00 | 3,540.00 |
| Beau Bowin | 5.50 | 190.00 | 1,045.00 |
| *David M. Applegate | 13.30 | 130.00 | 1,729.00 |
| **Kimberly S. Ward | 3.30 | 120.00 | 396.00 |
| Eric N. McKay | 34.70 | 225.00 | 7,807.50 |
| Elizabeth M. Schule | 6.50 | 165.00 | 1,072.50 |
| TOTAL | 90.40 |  | $21,442.50 |

TOTAL THIS STATEMENT

$21,442.50
==========

*Summer Associate
**Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
06/20/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  105820

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Litigation (General)

| | | HOURS | |
|---|---|---|---|
| 05/04/05 KSW | Preparation for and electronic filing of certificate of service regarding motion for extension of time to file notices of removal | 0.40 | 48.00 |
| 05/12/05 EMS | Telephone conference with Cynthia C. Jackson, Stephanie Feld and Dennis Koulodis regarding utilities motion (.5); preparation of files for omnibus hearing on May 19, 2005 (2.8) | 3.30 | 544.50 |
| 05/13/05 EMS | Preparation of files for May 19, 2005 omnibus hearing | 1.40 | 231.00 |
| 05/14/05 CCJ | Preparation for May 19, 2005 hearing including review and analysis of each motion and order (1.0); revisions of order (.5); review of hearing matters and correspondence to Skadden Arps regarding same (.5) | 2.00 | 590.00 |
| 05/17/05 EMS | Preparation of hearing outline under 9006(b) extending the time within which debtors may file notices of removal | 2.00 | 330.00 |
| 05/18/05 CCJ | Preparation for removal hearing | 0.50 | 147.50 |
| 05/19/05 EMS | Preparation of order under 9006(b) extending time within which debtors may file notices of removal | 1.00 | 165.00 |
| 05/23/05 ENM | Research regarding global settlement procedures for prepetition causes of action against Winn-Dixie | 5.30 | 1,192.50 |
| 05/24/05 DMA | Research regarding sealed records and 107(b), ordinary course of business, and termination agreement | 5.00 | 650.00 |
| 05/26/05 JRA | Research regarding standards for compromise under rule 9019 | 0.80 | 104.00 |
| MRW | Research regarding standards for compromise under rule 9019 | 0.80 | 104.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 22.50 | 4,106.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  105820

Chapter 11 - Litigation (General)

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 2.50 | $295.00 | $737.50 |
| **Meghan R. Wojeski | 0.80 | 130.00 | 104.00 |
| **David M. Applegate | 5.00 | 130.00 | 650.00 |
| *Kimberly S. Ward | 0.40 | 120.00 | 48.00 |
| Eric N. McKay | 5.30 | 225.00 | 1,192.50 |
| **Joy R. Abrisch | 0.80 | 130.00 | 104.00 |
| Elizabeth M. Schule | 7.70 | 165.00 | 1,270.50 |
| TOTAL | 22.50 | | $4,106.50 |

TOTAL THIS STATEMENT                     $4,106.50

_____
*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
06/21/2005
ACCOUNT NO: 10163-021696M
STATEMENT NO:  105844

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

| | | | HOURS | |
|---|---|---|---|---|
| 05/16/05 | KSW | Electronic filing of monthly report for May 10, 2005 - April 6, 2005 | 0.40 | 48.00 |
| 05/20/05 | KSW | Review of schedules regarding Environmental and Public Protection Cabinet in Kentucky | 0.30 | 36.00 |
| 05/24/05 | KSW | Electronic filing of monthly report | 0.40 | 48.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 1.10 | 132.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 1.10 | $120.00 | $132.00 |

TOTAL THIS STATEMENT                                    $132.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
06/20/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO: 105818

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (SH&B)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | SDB | Address U.S. Trustee issue with Wachovia waiver of Smith Hulsey & Busey conflict | 0.40 | 158.00 |
| 05/03/05 | SDB | Read U.S. Trustee's motion for reconsideration of Smith Hulsey & Busey's retention and communications with the debtors and Skadden Arps regarding same | 0.90 | 355.50 |
| 05/19/05 | KSW | Preparation of summary of fees and expenses for fee statement for March 28, 2005 through April 30, 2005 | 2.70 | 324.00 |
| 05/20/05 | KSW | Preparation of fee statement for period of March 28, 2005 through April 30, 2005 (.9); and revised summary of fees (.3) | 1.20 | 144.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 5.20 | 981.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey |  | 1.30 | $395.00 | $513.50 |
| *Kimberly S. Ward |  | 3.90 | 120.00 | 468.00 |
|  | TOTAL | 5.20 |  | $981.50 |

TOTAL THIS STATEMENT                                    $981.50
=======

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   105819

ATTN: Larry Appel, Esq.

Chapter 11 - Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/02/05 | KSW | Preparation for and electronic filing and service of notice of hearing on retention applications | 0.90 | 108.00 |
|  | SDB | Telephone call with Ken Meeker regarding retention applications of financial advisors for the committee and the debtors, including Section 328 and indemnity issues (.3); memorandum to Jan Baker and Larry Appel regarding same (.3); telephone call with Jan Baker regarding related issues (.2) | 0.80 | 316.00 |
| 05/03/05 | SDB | Review of memoranda from the company regarding the need to accelerate the retention of KPMG to permit the timely filing with the SEC of Winn-Dixie's 10-Q for the first quarter (.2); telephone call with Larry Appel regarding same (.2); review the KPMG retention application (.3); memorandum to Kenneth Meeker regarding adjournment of the committee's financial advisors' retention application (.2) | 0.90 | 355.50 |
|  | KSW | Preparation of proposed order regarding employment of KPMG | 0.30 | 36.00 |
| 05/04/05 | SDB | Telephone call with Ralph Storey regarding timing of need for debtors to retain auditors services (.3); draft order regarding same (.3); correspondence with U.S. Trustee and creditors' committee regarding same (.4) | 1.00 | 395.00 |
| 05/09/05 | KSW | Preparation for and service of order conditionally authorizing employment of KPMG (.4); preparation of certificate of service regarding same (.3); preparation for and electronic filing of certificate  of service (.3); preparation for and electronic filing and service of third supplement to Exhibit A to motion for approval of retention and compensation of professionals in the ordinary course of business (.4); preparation of certificate of service regarding same (.3); preparation for and electronic filing of certificate of service (.3) | 2.00 | 240.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (Others)

| | | | HOURS | |
|---|---|---|---|---|
| 05/10/05 | SDB | Review of U.S. Trustee's objections to the debtors' retention of professionals, including Bain & Co., Blackstone, Xroads and Carleton Fields | 0.60 | 237.00 |
| 05/11/05 | SDB | Review of U.S. Trustee objections to retention of the committee's financial advisors and the committee's counsel (.7); communications with the U.S. Trustee's office regarding its objections to most all of the debtors' and the Committee's professionals and preparation for the May 19, 2005 hearing on the numerous objections of the U.S. Trustee (1.7) | 2.40 | 948.00 |
| | CCJ | Review and analysis of U.S. Trustee objections (2.3); conferences with U.S. Trustee, with Xroads, with Skadden Arps regarding same (1.5); preparation for hearing regarding same; conference with Stephen D. Busey regarding same (2.0) | 5.80 | 1,711.00 |
| 05/12/05 | SDB | Attendance at meeting with senior management of Winn-Dixie at Winn-Dixie headquarters regarding the U.S. Trustee objections to the retention of professionals necessary to assist the debtors in their restructuring efforts | 0.80 | 316.00 |
| 05/13/05 | LMP | Revisions to application to retain DJM Asset Management and Food Partners as real estate consultants | 0.70 | 175.00 |
| | SDB | Conference with Larry Appel regarding the debtors response to the U.S. Trustee's objections to professional retention, including Section 328 and indemnification issues | 0.70 | 276.50 |
| | CCJ | Review, finalization and filing of DJM Asset Management and The Food Partners applications (1.0); conference with Stephen D. Busey and with Rosalie Gray regarding retention issues and objections (.6) | 1.60 | 472.00 |
| | KSW | Review of creditor's committee's objection to application to employ Togut, Segal & Segal (.2); preparation for and electronic filing and service of application to employ DJM Asset Management and The Food Partners (.4); and notice of hearing thereon (.4) | 1.00 | 120.00 |
| 05/16/05 | SDB | Review objections by U.S. Trustee to the debtors' retention applications for Togut Segal, Carleton Fields, Xroads, Blackstone and Bain & Co. (1.3); telephone conference with Ken Meeker and Elena Escamilla and debtors' officers regarding those objections (1.2); telephone conference with Larry Appel and Jan Baker regarding same (.6); preparation for May 19, 2005 hearing on these matters and the debtors' retention of Pricewaterhouse Coopers and KPMG (.8) | 3.90 | 1,540.50 |
| | CCJ | Conference with professionals regarding May 19, 2005 hearing issues and preparation of same (1.0); conference with Wachovia (.2) | 1.20 | 354.00 |
| | EMS | Preparation of hearing outline for retention of Pricewaterhouse Coopers | 2.20 | 363.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
06/20/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   105819

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/17/05 | SDB | Telephone conference with Larry Appel and Jan Baker regarding negotiations to resolve the U.S. Trustee's objections to the retention of the financial advisors for the debtors and the committee, including Section 328 and indemnification issues (.8); other preparation for the May 19, 2005 hearing on the U.S. Trustee's objections to the retention of the debtors' professionals (.8); memorandum to Elena Escamilla regarding the same (.1) | 1.70 | 671.50 |
| 05/18/05 | SDB | Preparation for hearing on retention application of Bain & Company and issues regarding the proposed compromise of its fees | 0.70 | 276.50 |
|  | CCJ | Preparation for hearings on financial advisors and professionals (1.0); conferences with creditors committee counsel (.9) | 1.90 | 560.50 |
|  | KSW | Preparation of certificate of service regarding application to employ DJM Asset Management and The Food Partners and notice of hearing thereon (.2); preparation for and electronic filing of the same (.3); preparation for and electronic filing and service of first supplemental declaration of D.J. Baicer (.6) | 1.10 | 132.00 |
| 05/19/05 | SDB | Preparation for and attendance at hearing on debtors' motions to approve retentions of Pricewaterhouse Coopers, KPMG and Carleton Fields (.9); telephone conference with Jay Skelton and Jan Baker regarding retention of financial advisors for the debtors and the committee (.4) preparation for and attendance at hearing on the committee's application to retain Akerman Senterfitt (1.2); preparation for and attendance at hearing on debtors' motion to retain Bain & Company (.5) | 3.00 | 1,185.00 |
|  | CCJ | Preparation for hearing on financial advisors and attorneys (1.3); conference with Bain & Company, with Carlton Fields and with Jay Castle (.8) | 2.10 | 619.50 |
| 05/20/05 | KSW | Preparation for and service of orders regarding retention and employment of Togut, Segal & Segal, Pricewaterhouse Coopers and Carlton Fields | 0.60 | 72.00 |
|  | EMS | Drafting of hearing outline for retention of Blackstone Group (.5); draft hearing outline for retention of Xroads (.9); revision of hearing outline for retention of KPMG (.5) | 1.90 | 313.50 |
| 05/23/05 | EMS | Draft of hearing outline for debtor's application to retain DJM Asset Management and The Food Partners as special real estate consultants | 2.10 | 346.50 |
|  | KSW | Preparation for and electronic filing of proposed order regarding employment of Bain & Company (.2); preparation of certificate of service regarding first supplemental declaration of Jan Baker (.2); preparation for and electronic filing of same (.2); preparation of certificate of service regarding |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Retention/Fee Matters (Others)

|  |  | HOURS |  |
|---|---|---|---|
| | order authorizing retention of Pricewaterhouse Coopers (.2); preparation for and electronic filing of each (.6); order authorizing retention of Carlton Fields (.2); and final order authorizing retention of Togut, Segal & Segal (.2) | 1.80 | 216.00 |
| 05/24/05 KSW | Preparation for and service of order authorizing retention of Bain & Company (.5); preparation of certificate of service regarding same (.2); preparation for and electronic filing of certificate of service (.2) | 0.90 | 108.00 |
| 05/25/05 BB | Review of order authorizing debtor to retain and compensate professionals used in the ordinary course of business | 0.50 | 95.00 |
| 05/26/05 LMP | Preparation of stipulation regarding retention application of Bain & Company | 2.10 | 525.00 |
| BB | Review of order authorizing debtor to retain and compensate professionals used in the ordinary course of business | 0.50 | 95.00 |
| 05/27/05 EMS | Revision of hearing outline for debtors' motion to retain DJM Asset Management and The Food Partners as special real estate counsel | 0.50 | 82.50 |
| KSW | Electronic filing and service of motion for approval of settlement with Bain & Company (.3); preparation of notice of hearing thereon (.3); application to retain Deloitte Consulting (.8); and notice of hearing thereon (.3) | 1.70 | 204.00 |
| 05/29/05 SDB | Review of debtors' motion for approval of settlement among Bain & Company, the debtors and the creditors committee and the proposed agreement | 0.40 | 158.00 |
| 05/30/05 CCJ | Review and analysis of committee objection and DJM Asset Management's application | 0.60 | 177.00 |
| 05/31/05 KSW | Preparation of certificate of service regarding motion to approve settlement with Bain & Company (.2); preparation for and electronic filing of same (.2); preparation of certificate of service regarding application to retain Deloitte Consulting (.2); preparation for and electronic filing of same (.2) | 0.80 | 96.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 51.70 | 13,897.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
06/20/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   105819

Chapter 11 -   Retention/Fee Matters (Others)

HOURS

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 16.90 | $395.00 | $6,675.50 |
| Cynthia C. Jackson | 13.20 | 295.00 | 3,894.00 |
| Beau Bowin | 1.00 | 190.00 | 190.00 |
| *Kimberly S. Ward | 11.10 | 120.00 | 1,332.00 |
| Leanne McKnight Prendergast | 2.80 | 250.00 | 700.00 |
| Elizabeth M. Schule | 6.70 | 165.00 | 1,105.50 |
| TOTAL | 51.70 | | $13,897.00 |

TOTAL THIS STATEMENT                                    $13,897.00
                                                       ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100516

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
06/20/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:  105809

ATTN: Larry Appel, Esq.

Chapter 11 -  Tax Matters

| | | HOURS | |
|---|---|---|---|
| 05/02/05 EMS | Legal research regarding exemption from taxes pursuant to section 1146 | 1.90 | 313.50 |
| 05/20/05 CCJ | Conference with King & Spalding regarding 1146 exemption (.3); received and replied to correspondence regarding same (.5) | 0.80 | 236.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 2.70 | 549.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 0.80 | $295.00 | $236.00 |
| Elizabeth M. Schule | 1.90 | 165.00 | 313.50 |
| TOTAL | 2.70 | | $549.50 |

TOTAL THIS STATEMENT    $549.50

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - U.S. Trustee Matters

Page: 1
06/20/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO:  105817

| | | | HOURS | |
|---|---|---|---|---|
| 05/02/05 | CCJ | Conference with U.S. Trustee regarding conflict issues and regarding cash management (.5); conference with Rosalie Gray, Stephen D. Busey and Jan Baker regarding same (1.0) | 1.50 | 442.50 |
| 05/03/05 | CCJ | Preparation for and telephone conference with U.S. Trustee regarding cash management, IDI and conflict issues (.5); preparation for IDI meeting (1.5) | 2.00 | 590.00 |
| 05/04/05 | CCJ | Review of and reply to correspondence on U.S. Trustee issues (.8); preparation for IDI meeting (1.0); preparation for cash management hearing (.5) | 2.30 | 678.50 |
| 05/06/05 | SDB | Conference with Elena Escamilla regarding debtors' reports and related information | 0.30 | 118.50 |
| | CCJ | Preparation for and representation of debtors at initial debtor interview (3.0); review and analysis of additional documents needed and conference with Rosalie Gray regarding same (1.5) | 4.50 | 1,327.50 |
| 05/10/05 | CCJ | Telephone conferences with Eleana Escamilla and Ken Meeker regarding outstanding issues (.8); conference with Skadden Arps and Stephen D. Busey and preparation for conference with U.S. Trustee (1.0) | 1.80 | 531.00 |
| 05/12/05 | CCJ | Conferences with U.S. Trustee (.6); conference with Adam Ravin and Rosalie Gray regarding AFCO and retention issues raised by U.S. Trustee (1.3); review of and reply to correspondence from U.S. Trustee (1.0) | 2.90 | 855.50 |
| 05/16/05 | CCJ | Preparation for telephone conference with U.S. Trustee regarding hearing issues (1.8); review and revision of orders for same (1.5) | 3.30 | 973.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
06/20/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO:   105817

Chapter 11 - U.S. Trustee Matters

|  |  | HOURS |  |
|---|---|---|---|
| 05/23/05 CCJ | Conferences with U.S. Trustee regarding June 2, 2005 hearing and revisions to orders | 1.30 | 383.50 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 19.90 | 5,900.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.30 | $395.00 | $118.50 |
| Cynthia C. Jackson | 19.60 | 295.00 | 5,782.00 |
| TOTAL | 19.90 |  | $5,900.50 |

TOTAL THIS STATEMENT                                             $5,900.50
                                                               =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Utilities

Page: 1
06/20/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  105826

| | | | HOURS | |
|---|---|---|---|---|
| 05/02/05 | CCJ | Review of and reply to e-mail from Nina LeFleur (.2); conference with Rosalie Gray regarding same (.1) | 0.30 | 88.50 |
| | EMS | Legal research regarding adequate assurance for utility companies | 2.20 | 363.00 |
| 05/03/05 | SDB | Preparation for May 6, 2005 hearing on debtors' motion regarding adequate assurance and objections to the motion | 0.70 | 276.50 |
| 05/04/05 | KSW | Preparation for and electronic filing of certificate of service regarding motion to resolve disputes with certain utility companies | 0.40 | 48.00 |
| | CCJ | Preparation for hearing on utilities motion (1.5); conference with Skadden Arps' lawyer regarding case status and with counsel for JEA regarding same (2.0) | 3.50 | 1,032.50 |
| 05/09/05 | CCJ | Preparation for May 19, 2005 contested hearing (1.0); conference with Stephanie Feld regarding same (.5) | 1.50 | 442.50 |
| 05/10/05 | EMS | Preparation of notebook regarding adequate assurance for utilities and objections filed to debtors' motion | 2.00 | 330.00 |
| 05/12/05 | CCJ | Preparation for utilities hearing | 2.00 | 590.00 |
| 05/13/05 | CCJ | Review and revisions of questions and answers (.5); conference with Stephanie Feld and with Elizabeth M. Schule regarding same (.5) | 1.00 | 295.00 |
| | EMS | Preparation of questions and answers for witness in adequate assurance utilities motion | 5.20 | 858.00 |
| 05/15/05 | SDB | Preparation for May 19, 2005 hearing on four utilities objections to the debtors' motion to declare administrative expense status as adequate assurance (1.0); review of debtors' motion papers and exhibits (.8) | 1.80 | 711.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Utilities

Page: 2
06/20/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  105826

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Research regarding utilities issues | 2.00 | 590.00 |
| 05/16/05 | SDB | Review of motion and order and preparation for May 19, 2005 hearing on debtors' motion for authority to resolve disputes with utilities | 0.80 | 316.00 |
|  | CCJ | Preparation for May 19, 2005 hearing (2.8); conference with Stephanie Feld (1.0); review of and response to correspondence (1.3) | 5.10 | 1,504.50 |
|  | EMS | Preparation of files for May 19, 2005 omnibus hearing (.2); preparation of outline on utilities motion for May 19, 2005 omnibus hearing (1.5); preparation of hearing outline for authorization for debtors to resolve disputes with utility companies without further Court approval (1.5) | 3.20 | 528.00 |
| 05/17/05 | SDB | Preparation of proof plan for May 19, 2005 hearing on the JEA's objection to the debtors' motion to provide adequate assurances for utilities | 0.90 | 355.50 |
|  | CCJ | Preparation for contested utilities hearing | 3.00 | 885.00 |
|  | KSW | Preparation of revised proposed order regarding motion to resolve disputes with utility companies | 0.40 | 48.00 |
|  | TLC | Document search regarding case law cited in the debtors' utilities motion (1.0); revision of utilities motion notebook (.2) | 1.20 | 144.00 |
| 05/18/05 | SDB | Review of pleadings, including JEA's objection, review of case law and other preparation for May 19, 2005 hearing on JEA's objection to the debtors' adequate assurance motion for utilities (2.3); preparation for May 19, 2005 hearing on debtors' motion for procedure to compromise issues with secured utilities (.7) | 3.00 | 1,185.00 |
|  | CCJ | Preparation for contested utilities hearing (2.0); preparation of witness (.8); conference with Jay Castle (.5); preparation of witness outline (1.0); conferences with Stephanie Feld regarding same (1.0) | 5.30 | 1,563.50 |
|  | EMS | Review and revision of questions and answers for utilities witnesses (2.8); preparation of hearing outline for utilities adequately assured (1.5); preparation of witnesses for omnibus hearing on May 19, 2005 (1.4) | 5.70 | 940.50 |
| 05/19/05 | SDB | Preparation for and attendance at hearing on debtors' motion to approve process for resolving disputes with utilities (.5); conference with Mike Byrum and Jay Castle in preparation for hearing on JEA's objection to the debtors' utilities motion (1.5); other preparation for and attendance at hearing (2.8) | 4.80 | 1,896.00 |
|  | CCJ | Preparation for hearing on utilities settlement motion and JEA's objection to utilities adequate assurance (2.0); preparation of witnesses and conference with counsel for JEA regarding Winn-Dixie resale (1.0) | 3.00 | 885.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
06/20/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:   105826

Chapter 11 - Utilities

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | EMS | Preparation of order deeming utilities adequately assured | 1.40 | 231.00 |
| 05/20/05 | EMS | Preparation of proposed order overruling objection by Duke Power Company, Orlando Utilities Commission, and American Electric Company to debtors' motion deeming utilities adequately assured (1.0); revision of hearing outline for June 2, 2005 hearing (1.3) | 2.30 | 379.50 |
|  | SDB | Preparation for June 2, 2005 hearing on objections of American Electric Company, Duke Power Company and Carolina Power and their requests for deposits or other security, including memoranda to Stephanie Feld, Jay Castle and Mike Byrum regarding same | 1.20 | 474.00 |
|  | CCJ | Received and replied to correspondence regarding utilities motion and correspondence (.5); preparation for hearing on same (.4) | 0.90 | 265.50 |
| 05/23/05 | SDB | Preparation for and attendance at conference with Larry Appel and Bennett Nussbaum at Winn-Dixie regarding Winn-Dixie's current 12 week forecast and related preparation for June 2, 2005 hearing on three utilities request for deposits or other security | 0.60 | 237.00 |
|  | KSW | Preparation of certificate of service regarding order authorizing debtors to resolve disputes with utility companies (.2); preparation for and electronic filing of same (.2) | 0.40 | 48.00 |
| 05/24/05 | EMS | Telephone call with Stephanie Feld at Skadden Arps regarding status of utilities objections and preparation of same | 0.50 | 82.50 |
| 05/26/05 | SDB | Review of objections by American Electric Company, Duke Power Company and Carolina Power to the debtors' motion to provide adequate assurance to its utilities (.8); preparation for June 2, 2005 hearing (.2) | 1.00 | 395.00 |
| 05/27/05 | SDB | Preparation for and attendance at conference at Winn-Dixie with Jay Castle, Mike Byrum, Jason Ray and others in preparation for June 2, 2005 hearing on the utilities motion and objections of American Electric Company, Duke Power Company and Carolina Power | 2.20 | 869.00 |
|  | EMS | Revision of hearing outline for debtors' motion to determine utilities are adequately assured | 0.30 | 49.50 |
| 05/30/05 | SDB | Memorandum to Larry Appel regarding preparation for June 2, 2005 utilities hearing motion (.3); memorandum to Holly Etlin regarding same (.2) | 0.50 | 197.50 |
| 05/31/05 | SDB | Conference with Jay Castle (.2); memorandum to Larry Appel (.2); telephone conference with Jan Baker (.3); telephone call with Holly Etlin (.2); memoranda to Jay Castle (.3); all regarding preparation of witnesses and exhibits for June 2, |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
06/20/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:   105826

Chapter 11 -  Utilities

|  |  | HOURS |  |
|---|---|---|---|
| | 2005 hearing on the utilities motions; review of applicable case law (.4); review of cash flow forecasts (.4); review of transcript of May 19, 2005 JEA hearing (.4) | 2.40 | 948.00 |
| CCJ | Preparation for contested hearing on utilities | 1.50 | 442.50 |
| | | ----- | -------- |
| | FOR PROFESSIONAL SERVICES RENDERED | 74.20 | 20,495.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 19.90 | $395.00 | $7,860.50 |
| Cynthia C. Jackson | 29.10 | 295.00 | 8,584.50 |
| *Tana L. Copeland | 1.20 | 120.00 | 144.00 |
| *Kimberly S. Ward | 1.20 | 120.00 | 144.00 |
| Elizabeth M. Schule | 22.80 | 165.00 | 3,762.00 |
| | ----- | | ---------- |
| TOTAL | 74.20 | | $20,495.00 |

TOTAL THIS STATEMENT                                    $20,495.00
                                                       ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Page: 1
06/20/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO:  105827

Chapter 11 -  Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating | 1,289.85 |
| Postage | 103.83 |
| Telephone | 1,170.37 |
| Westlaw | 2,163.15 |
| Facsimile Transmission | 36.00 |
| Messenger Service | 5.00 |
| Outside Document Duplicating Service | 281.92 |
| Search Fee | 35.00 |
| Transcript | 98.00 |

TOTAL COSTS THRU 05/31/05

5,183.12

TOTAL THIS STATEMENT

$5,183.12