LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Tax Matters

Page: 1
07/14/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:  106464

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 06/13/05 | BJM | Telephone call with Cynthia C. Jackson regarding ad valorem tax and legal research regarding the same (.5); telephone call with Cynthia C. Jackson regarding local transfer taxes with respect to sale of inventory and assignment of leasehold interests (.2) | 0.70 | 175.00 |
| 06/14/05 | EWE | Research issue of state laws regarding taxes on sale of assets | 4.00 | 820.00 |
| 06/15/05 | EWE | Preparation of memorandum regarding State laws regarding taxes | 3.50 | 717.50 |
| 06/20/05 | EWE | Contact representatives from State Department of Revenue | 2.50 | 512.50 |
| 06/21/05 | BJM | Conference with Eric W. Ensminger regarding local transfer taxes on lease assignments (.2); telephone call with Cynthia C. Jackson (.1) | 0.30 | 75.00 |
| | EWE | Contact representatives from State's Department of Revenue | 1.50 | 307.50 |
| 06/22/05 | BJM | Conference with Eric W. Ensminger regarding local taxes with respect to sale of inventory and assignment of leases (.3); review of memorandum of Eric W. Ensminger regarding summary of local taxes (.3) | 0.60 | 150.00 |
| | EWE | Preparation of memorandum summarizing tax position (.9); telephone call with North Carolina Department of Revenue (.6) | 1.50 | 307.50 |
| 06/28/05 | BJM | Review of e-mail from Cynthia C. Jackson and preparation of e-mail memorandum to Cynthia C. Jackson regarding Code section 1146(a) and local taxes (.6); conference with Eric W. Ensminger (.3) | 0.90 | 225.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 15.50 | 3,290.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:  106464

Chapter 11 -  Tax Matters

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Eric W. Ensminger | 13.00 | $205.00 | $2,665.00 |
| Bert J. Millis | 2.50 | 250.00 | 625.00 |
| TOTAL | 15.50 | | $3,290.00 |

TOTAL THIS STATEMENT

$3,290.00
=========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

Page: 1
07/14/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  106459

| | | | HOURS | |
|---|---|---|---|---|
| 06/01/05 | TLC | Preparation of files for the omnibus hearing on June 16, 2005 | 2.00 | 240.00 |
| | KSW | Electronic filing and service of agenda for omnibus hearing to be held June 2, 2005 (.8); distribution of incoming pleadings and correspondence (.4); retrieval and review of updated docket sheet (.2) | 1.40 | 168.00 |
| | EMS | Preparation for hearing on June 2, 2005 | 2.50 | 412.50 |
| | CCJ | Revision of agenda and conference with DIP and Committee regarding same | 0.80 | 236.00 |
| 06/02/05 | TLC | Organization and review of the files for the June 2, 2005 omnibus hearing (.5); preparation of notebooks regarding the schedules and statements of financial affairs of the Winn-Dixie affiliates and subsidiaries that filed for bankruptcy (2.5) | 3.00 | 360.00 |
| | KSW | Preparation for hearing (1.6); distribution of incoming pleadings and correspondence (.6); retrieval and review of updated docket sheet (.4); updated index files and pleading index (.8) | 3.40 | 408.00 |
| | EMS | Preparation for June 2, 2005 hearing (1.4); preparation for June 16, 2005 omnibus hearing (.5) | 1.90 | 313.50 |
| | CCJ | Preparation for and representation of debtors at omnibus hearing (1.5); conference with Judge Funk's law clerk regarding same (.3); revision and submission of orders regarding same (1.0) | 2.80 | 826.00 |
| 06/03/05 | TLC | Preparation and organization of files for June 16, 2005 omnibus hearing (.2); preparation of notebooks of the bankruptcy schedules for subsidiary of Winn-Dixie that filed a joint bankruptcy (2.0) | 2.20 | 264.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.7); updated master service list (.2); updated pleading index (.2); retrieval and review of updated docket sheet (.2) | 1.30 | 156.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  106459

Chapter 11 - Case Administration

|          |     |                                                                                                                                                                                                                                                 | HOURS |          |
|----------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|          | EMS | Preparation for June 16, 2005 omnibus hearing (2.0); conference with Cynthia C. Jackson and Stephen D. Busey regarding agenda for June 16, 2005 hearing (.6)                                                                                   | 2.60  | 429.00   |
|          | CCJ | Conferences with Stephen D. Busey and Elizabeth M. Schule and preparation for June 16, 2005 hearing                                                                                                                                          | 2.00  | 590.00   |
| 06/06/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements(1.2); retrieval and review of updated docket sheet (.3); updated pleading index (.5); updated index to files (.6) | 2.60  | 312.00   |
| 06/07/05 | KSW | Preparation of preliminary agenda for June 16, 2005 hearing (.7); retrieval and review of updated docket sheet (.2); updated pleading index (.3);                                                                                            | 1.20  | 144.00   |
| 06/08/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); updated master service list (.6); updated pleading index (.3); retrieval and review of updated docket sheet (.4) | 2.10  | 252.00   |
| 06/09/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); retrieval and review of updated docket sheet (.2); preparation of updated master service list (.2); electronic filing of master service list (.2); updated index to file (.3) | 1.70  | 204.00   |
|          | EMS | Draft of updated preliminary agenda for June 16, 2005 omnibus hearing                                                                                                                                                                        | 0.60  | 99.00    |
| 06/10/05 | TLC | Update files for the June 16, 2005 omnibus hearing with the objections (1.0); print off all the case law cited in the objections (.5)                                                                                                         | 1.50  | 180.00   |
|          | CCJ | Review of outlines and questions and answers for June 16, 2005 hearing and conference with courtroom administrator regarding same (2.0); preparation of agenda (1.4)                                                                          | 3.40  | 1,003.00 |
|          | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); retrieval and review of updated docket sheet (.2); updated index to discovery requests (.4); index to pleadings (.5); and index to files (.3); preparation of revised agenda for June 16, 2005 hearing (.3) | 3.00  | 360.00   |
| 06/13/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.5); organization of hearing notebooks (2.5); retrieval and review of updated docket sheet (.3); updated pleading index (.2); and index to files (.2) | 3.70  | 444.00   |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
07/14/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:   106459

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| | TLC | Document search regarding case law cited in the motions to be heard at the June 16, 2005 omnibus hearing (1.0); review of and preparation of orders for the Judge at the June 16, 2005 omnibus hearing (.5) | 1.50 | 180.00 |
| 06/14/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket sheet (.4); updated June 16, 2005 hearing agenda (.5); updated hearing notebooks (1.1); updated master service list (.1) | 3.00 | 360.00 |
| | TLC | Review and organization of files for the June 16, 2005 omnibus hearing (.8); preparation of files for the June 30, 2005 omnibus hearing (.2) | 1.00 | 120.00 |
| | BB | Conference with Kimberly S. Ward regarding the location of brokerage agreements and documents | 0.10 | 19.00 |
| 06/15/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.6); retrieval and review of updated docket sheet (.3); updated pleading index (.4); and index to files (.5); electronic filing and service of agenda for June 16, 2005 hearing (.5); e-mail to parties requesting to appear by telephone at June 16, 2005 hearing (.3) | 2.60 | 312.00 |
| | EMS | Draft of updated version of agenda for June 16, 2005 omnibus hearing (1.1); review of all June 16, 2005 omnibus hearing files to update proposed orders (.4) | 1.50 | 247.50 |
| | CCJ | Preparation of agenda and conferences with constituents regarding same | 1.20 | 354.00 |
| | TLC | Update of the certificate of service notebook | 0.10 | 12.00 |
| 06/16/05 | JHP | E-mail with Michael Freitag and others regarding questions for the press (.3); review of revised case calendar and recent case filings (.5) | 0.80 | 284.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.5); retrieval and review of docket sheet (.3); preparation for June 16, 2005 hearing (.8); preparation of revised exhibit list (.2); reorganization of exhibits (.5); updated pleading index (.3); and index to files (.4); telephone calls with Judge's chambers and Sara Lorber regarding disconnection of telephone call during hearing (.2) | 3.20 | 384.00 |
| | TLC | Review of and organization of all the files needed for the June 16, 2005 omnibus hearing | 2.00 | 240.00 |
| | CCJ | Preparation for hearing and revisions to agenda | 2.00 | 590.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 06/17/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket sheet (.3); updated master service list (.2) | 1.40 | 168.00 |
| | CCJ | Conferences with courtroom administrator and revisions to agenda and calendar (1.3); conference with Rosalie Gray regarding actions needed (.5) | 1.80 | 531.00 |
| | JHP | Preparation and issuance of updated schedule of stay litigation (.2); review of updated calendar and recently filed motions and orders (.3) | 0.50 | 177.50 |
| 06/20/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.4); retrieval and review of updated docket sheet (.2) | 0.60 | 72.00 |
| | JHP | Review of material pleadings and e-mails regarding motion filed by Heritage Mint to compel assumption of contract (.6); preparation and issuance of notice of pending Chapter 11 reorganization (.2); review of updated calendar and recently filed notices, motions and orders (.3) | 1.10 | 390.50 |
| 06/21/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); research of bankruptcy court website for retrieval and review of updated docket sheet (.3); updated pleading index (.4); and index to files (.4) | 1.90 | 228.00 |
| | CCJ | Update agenda and conferences with Elizabeth M. Schule and Skadden, Arps regarding same | 1.10 | 324.50 |
| 06/22/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.3); retrieval and review of updated docket sheet (.2) | 0.50 | 60.00 |
| 06/23/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.4); retrieval and review of updated docket sheet (.3); conference with Cynthia C. Jackson regarding motions to be served (.3); update pleading index (.3); update index to files (.2) | 1.50 | 180.00 |
| 06/24/05 | CCJ | Preparation of agenda and conferences with Rosalie Gray, Elizabeth M. Schule and Stephen D. Busey regarding same (1.4); correspondence to Court and to constituents regarding same (.5) | 1.90 | 560.50 |
| | EMS | Draft of updated version of agenda for omnibus hearing on June 30, 2005 | 2.30 | 379.50 |
| | JHP | Review of updated case calendar and ECF activity | 0.60 | 213.00 |
| | KSW | Retrieval and review of updated docket sheet (.2); electronic filing of master service list as of June 23, 2005 (.3) | 0.50 | 60.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
07/14/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  106459

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/27/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.8); retrieval and review of updated docket sheet (.3); preparation of updated index to files (.3); and pleading index (.9) | | |
| | EMS | Draft of updated agenda for June 30, 2005 omnibus hearing | 2.30 | 276.00 |
| | | | 1.10 | 181.50 |
| 06/28/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.4); retrieval and review of updated docket sheet (.2); preparation of hearing (1.2) | | |
| | CCJ | Conferences with courtroom administrator and with creditors regarding upcoming hearings and actions needed (1.0); correspondence regarding same (.2); review of agenda (.3); preparation of notebook for court (.5) | 1.80 | 216.00 |
| | | | 2.00 | 590.00 |
| 06/29/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.4); electronic filing and service of agenda for June 30, 2005 hearing (.5); retrieval and review of list of equity security holders (.4) | | |
| | EMS | Draft of updated hearing outline for July 14, 2005 omnibus hearing (1.4); draft of updated agenda for June 30, 2005 omnibus hearing (.4) | 1.30 | 156.00 |
| | TLC | Preparation of preliminary agenda for the July 14, 2005 omnibus hearing | 1.80 | 297.00 |
| | CCJ | Conference with Rosalie Gray regarding agenda issues and with United States Trustee regarding same (1.0); preparation for hearing (.8) | 0.50 | 60.00 |
| | | | 1.80 | 531.00 |
| 06/30/05 | TLC | Preparation of files for the July 14, 2005 omnibus hearing | | |
| | CCJ | Preparation for and representation of Winn-Dixie at omnibus hearings (1.4); conference with local counsel for Committee (.4); with local counsel for DIP (.5); with United States Trustee (.2) | 1.00 | 120.00 |
| | | | 2.50 | 737.50 |

FOR PROFESSIONAL SERVICES RENDERED                                          96.50  17,013.00

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 3.00 | $355.00 | $1,065.00 |
| Cynthia C. Jackson | 23.30 | 295.00 | 6,873.50 |
| Beau Bowin | 0.10 | 190.00 | 19.00 |
| *Tana L. Copeland | 14.80 | 120.00 | 1,776.00 |
| *Kimberly S. Ward | 41.00 | 120.00 | 4,920.00 |
| Elizabeth M. Schule | 14.30 | 165.00 | 2,359.50 |
| TOTAL | 96.50 | | $17,013.00 |

TOTAL THIS STATEMENT                                                                      $17,013.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

ATTN: Larry Appel, Esq.

Page: 1
07/14/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   106443

Chapter 11 -   Retention/Fee Matters (Others)


|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                        | HOURS |          |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 06/01/05 | SDB | Preparation for June 2, 2005 hearing on debtor's motion to retain DJM and The Food Partners                                                                                                                                                                                                                                                                                                                                            |       |          |
|          | EMS | Revision of hearing outline for June 2, 2005 hearing for debtor's application to employ DJM and The Food Partners                                                                                                                                                                                                                                                                                                                      | 0.40  | 158.00   |
|          | CCJ | Preparation for June 2, 2005 hearing on Blackstone, Xroads and DJM (2.0); conference with Rosalie Gray and with Sally Heny regarding same (1.0); review and revision of orders (.3)                                                                                                                                                                                                                                                      | 1.10  | 181.50   |
|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                        | 3.30  | 973.50   |
| 06/02/05 | SDB | Preparation for and a hearing to secure debtor's retention of DJM and The Food Partners                                                                                                                                                                                                                                                                                                                                                |       |          |
|          | CCJ | Preparation for hearings on retention applications (1.3); conferences with Sally Henry, Rosalie Gray, Jan Baker, Holly Etlin and Flip Huffard regarding same (2.0); revisions to orders (1.6)                                                                                                                                                                                                                                            | 0.70  | 276.50   |
|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                        | 4.90  | 1,445.50 |
| 06/03/05 | KSW | Electronic filing and service of submission of completed retention questionnaires of ordinary course professionals included in third supplement to Exhibit A pursuant to order regarding ordinary course professionals (.2); eighth submission of completed retention questionnaire of ordinary course professionals (.2); fourth supplement to Exhibit A of the motion for approval of retention and compensation of professionals used in ordinary course of business (.2); submission of completed retention questionnaire of ordinary course professionals included in fourth supplement (.2); preparation for and service of certificate of service regarding submission of completed retention questionnaires of ordinary course professionals included in second supplement (.2) |       |          |
|          | BB  | Review of motion to retain and compensate brokers (.8); review of case files regarding various brokers, i.e. previous applications for employment                                                                                                                                                                                                                                                                                       | 1.00  | 120.00   |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (Others)

Page: 2
07/14/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:  106443

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | and orders granting, previous applications for approval of sales of debtor's real and personal property and agreements entered into between Winn-Dixie and brokers (2.8); research regarding 11 U.S.C. 327, 328, 330 and 363 applications to employment of brokers (2.5); research regarding federal regulations requiring banks to give 90 day notice to customers of bank closure (1.5) | 7.60 | 1,444.00 |
| 06/06/05 | KSW | Preparation for and service of orders regarding retention of Xroads and the Blackstone | 0.40 | 48.00 |
|  | EMS | Preparation of hearing outline for order approving settlement of services rendered by Bain & Company (1.9); preparation of hearing outline for order approving application to retain Deloitte Consulting to provide in-store financial consulting to debtor (2.0) | 3.90 | 643.50 |
| 06/07/05 | KSW | Preparation of certificates of service for orders to employ Xroads and Blackstone (.4); electronic filing of same (.3) | 0.70 | 84.00 |
|  | BB | Preparation for conference with Cynthia C. Jackson regarding motion to retain and compensate brokers (1.5); draft motion to retain and compensate brokers (.8) | 2.30 | 437.00 |
| 06/08/05 | BB | Draft of motion to retain and compensate brokers nunc pro tunc | 3.50 | 665.00 |
| 06/09/05 | EMS | Draft of updated hearing outlines to include objections by Xerox Capital Services and Victory Park Real Estate Investments | 3.50 | 577.50 |
| 06/10/05 | BB | Draft of motion to retain brokers | 1.50 | 285.00 |
| 06/11/05 | BB | Draft of motion to retain brokers | 1.70 | 323.00 |
| 06/13/05 | BB | Review docket for broker agreements (.8); revision of motion to retain and compensate brokers (1.1); draft of proposed order granting motion to approve retention of brokers (.6); conference with Kimberly S. Ward regarding location of brokerage agreements (.2); research requirements for nunc pro tunc order (1.3); research regarding whether brothers are considered "professional persons" under Section 327 (1.2); draft of proposed order granting motion to approve retention of brokers (.6) | 5.80 | 1,102.00 |
| 06/14/05 | EMS | Draft of updated hearing outline to approve settlement with Bain & Company | 0.20 | 33.00 |
|  | BB | E-mail to Elaine Lane at Xroads requesting brokerage agreements (.2); leave voice message for Jeane of Skadden, Arps requesting payment figures for individual brokers (.1); review of Case Properties, |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
07/14/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   106443

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | Inc. brokerage agreement (.1); review and revision of motion to retain and compensate brokers (5.3); research regarding requirements for nunc pro tunc order (1.3); research regarding requirements for application for employment and the Rule of 2014 "verified statement" (1.2) |  | 8.20 | 1,558.00 |
| 06/15/05 | SDB | Preparation for June 16, 2005 hearing on debtor's motion to retain Deloitte Consulting (.4); preparation for June 16, 2005 hearing on the debtor's motion to resolve issues with Bain & Company retention (.4) | 0.80 | 316.00 |
|  | EMS | Draft of updated hearing outline for authorization to retain Deloitte Consulting (.2) draft of updated hearing outline regarding debtor's motion for entry or order approving settlement with Bain & Company (.3) | 0.50 | 82.50 |
|  | CCJ | Preparation for hearing on Bain & Company and Deloitte Consulting | 1.00 | 295.00 |
|  | BB | Contact Elaine Lane at Xroads and Jane Leamy at Skadden regarding the amount of administrative fees and brokers (.3); conference with Cynthia C. Jackson regarding requirements for applications for employment nunc pro tunc - specifically, Rule 2014 and the requirement to show good cause for not filing applications prior to employing brokers (.2); conference with Jane Leamy at Skadden, Arps regarding payment to brokers (.2); conference with Cynthia C. Jackson regarding requirement to file verified statement with motion to retain brokers (.2); review of motion to retain brokers (.8) | 1.70 | 323.00 |
| 06/16/05 | SDB | Preparation for and attendance at June 16, 2005 hearing on retention of Deloitte Consulting (.5); preparation for and attendance at June 16, 2005 hearing in Bain & Company compromise (.3) | 0.80 | 316.00 |
|  | EMS | Review of Deloitte Consulting file in preparation for omnibus hearing (.2); review of Bain & Company file in preparation for omnibus hearing and review of proposed order for accuracy (.2) | 0.40 | 66.00 |
|  | CCJ | Preparation for and representation of Winn-Dixie at hearings on Bain & Company motion and Deloitte Consulting motion | 0.60 | 177.00 |
| 06/17/05 | KSW | Preparation for and service of order approving retention of Deloitte Consulting (.3); and order approving settlement with Bain & Company (.3); conference with Stephen D. Busey and Cynthia C. Jackson regarding first interim fee applications (.3) | 0.90 | 108.00 |
| 06/20/05 | KSW | Electronic filing and service of fifth supplement to Exhibit A to motion for approval of retention and compensation of professionals used in the ordinary course of business (.3); and submission of completed retention questionnaire of ordinary course professional included in fifth supplement to Exhibit A (.2) | 0.50 | 60.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Preparation of motion to retain brokers | 1.30 | 383.50 |
| 06/21/05 | CCJ | Revision of broker motion and correspondence with Winn-Dixie regarding broker fees | 2.00 | 590.00 |
| 06/22/05 | TGW | Research regarding nunc pro tunc employment of professional persons hired by debtor in bankruptcy | 3.10 | 403.00 |
|  | KSW | Preparation for and transmittal of forms to Kim LaMaina and Steve Eichel regarding fee applications and notice of hearing thereon (.2); telephone calls with Kim LaMaina regarding same (.1); preparation of conferences regarding order approving settlement with Bain & Company (.2); electronic filing of same (.1); preparation of conferences regarding order authorizing retention of Deloitte Consulting (.2); electronic filing of same (.1) | 0.90 | 108.00 |
|  | BB | Research regarding nunc pro tunc (1.0);  conference with Elizabeth M. Schule and Thomas G. Wilson, III regarding requirements for nunc pro tunc application (.2) | 1.20 | 228.00 |
| 06/23/05 | BB | Research of law regarding requirements for approval of nunc pro tunc relief (2.1); revision of motion to employee brokers to include case law regarding nunc pro tunc relief (3.7) | 5.80 | 1,102.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 72.20 | 14,913.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.70 | $395.00 | $1,066.50 |
| Cynthia C. Jackson | 13.10 | 295.00 | 3,864.50 |
| Beau Bowin | 39.30 | 190.00 | 7,467.00 |
| *Kimberly S. Ward | 4.40 | 120.00 | 528.00 |
| **Thomas G. Wilson, III | 3.10 | 130.00 | 403.00 |
| Elizabeth M. Schule | 9.60 | 165.00 | 1,584.00 |
| TOTAL | 72.20 |  | $14,913.00 |

TOTAL THIS STATEMENT                                    $14,913.00
                                                       =========

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Employee Matters (General)

Page: 1
07/14/2005
ACCOUNT NO: 10163-021681M
STATEMENT NO:  106451

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/01/05 | SDB | Telephone call with David McFarlin regarding stipulations for June 2, 2005 hearing on the motion of company retirees to appoint an additional committee to represent retirees (.3); preparation for hearing on the motion (1.3) | 1.60 | 632.00 |
|  | EMS | Draft order overruling motion by non-qualified plan participants for order directing appointment of additional committee of creditors | 0.50 | 82.50 |
|  | CCJ | Preparation for hearing with retiree committee | 1.00 | 295.00 |
| 06/02/05 | SDB | Preparation for and attendance at evidentiary hearing on the motion of Richard Ehster and others to appoint a retiree's creditors committee to represent retirees | 1.80 | 711.00 |
| 06/06/05 | CCJ | Received and replied to correspondence regarding KERP motion (.6); conference with Rosalie Gray and with Stephen D. Busey regarding same (.3) | 0.90 | 265.50 |
|  | SDB | Preparation for June 16, 2005 hearing on employee retention plan (.8); telephone call with Jan Baker regarding same (.2) | 1.00 | 395.00 |
| 06/07/05 | SDB | Preparation for June 16, 2005 hearing on the debtor's motion for authority to implement a key employee retention plan (1.3); conference with Holly Etlin regarding same (.1); telephone call with Jan Baker regarding discovery requests by the creditors committee (.2) | 1.60 | 632.00 |
| 06/08/05 | SDB | Conference with debtor's professionals and creditors committee professionals to negotiate consensual resolution of debtor's motion to approve its key employee retention plan, including conferences with Jay Skelton, Peter Lynch and the debtor's professionals | 4.80 | 1,896.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Employee Matters (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/09/05 | SDB | Provide comments to Jay Castle regarding MSP questions and answers being mailed to MSP participants (.4); telephone call with Jan Baker regarding arranging for Nick Budnovich to testify at June 16, 2005 hearing on debtor's KERP motion (.2); review of Richard Ehster's objection to the debtor's KERP motion (.3); telephone conference with Jan Baker and David Turetsky regarding preparation of exhibits and witness testimony in support of the debtor's KERP motion (.4); preparation of document request to the creditor committee regarding its objection to the debtor's KERP motion (.6); other preparation for June 16, 2005 hearing (.5) | 2.40 | 948.00 |
|  | EMS | Update of June 16, 2005 omnibus files to include objection by Richard Ehster to debtor's motion to approve key employee and retention plans | 0.40 | 66.00 |
| 06/10/05 | SDB | Review of interrogatories and request for production of documents served by Richard Ehster's counsel and telephone conference with David Turetsky regarding formulation of Winn-Dixie's responses to the discovery (1.2); review of objections of the U.S. Trustee and two other interested parties to the debtor's KERP motion (.7); review proposed trial exhibits for hearing on the KERP motion (.6) | 2.50 | 987.50 |
|  | EMS | Update files for June 16, 2005 hearing to include objections regarding  motion for order authorizing implementation of employee retention and severance plans | 1.30 | 214.50 |
| 06/11/05 | SDB | Preparation of witness outlines for the June 16, 2005 evidentiary hearing on the debtor's KERP motions | 1.20 | 474.00 |
| 06/12/05 | SDB | Revision of witness outlines for June 16, 2005 hearing on the KERP | 0.80 | 316.00 |
| 06/13/05 | SDB | Draft of debtor's answers to Richard Ehster's interrogatories and request for production of documents regarding the KERP contested matter (1.6); memoranda to David Turetsky, Holly Etlin and others to solicit comments on same (.4); preparation for hearing on objections to the debtor's motion for approval of its key employees retention plan (1.1) | 3.10 | 1,224.50 |
|  | CCJ | Review and analysis of correspondence (1.4); conference with Skadden, Arps regarding same (.3) | 1.70 | 501.50 |
| 06/14/05 | SDB | Review memoranda regarding comments on draft answers to Richard Ehster's discovery requests (.4); finalization of responses to interrogatories and requests for production and correspondence to Richard Ehster's lawyer, David McFarlin regarding the responses (1.4); review of proposed trial exhibits for June 16, 2005 hearing on the debtor's KERP motion, and other preparation for the hearing (2.2) | 4.00 | 1,580.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Employee Matters (General)

Page: 3
07/14/2005
ACCOUNT NO: 10163-021681M
STATEMENT NO:   106451

HOURS

06/15/05 SDB Conference with Nick Bubnovich and David Turetsky
regarding Nick Bubnovich's testimony and review of
his testimony outline (1.6); dictate revised
testimony outline (.8); review and revision of six
trial exhibits for June 16, 2005 hearing on the
debtor's motion to approve their post-petition key
employee retention plan and preparation for
admission into evidence (1.4); memorandum to David
McFarlin forwarding trial exhibits (.3); memorandum
to Jay Castle regarding execution of
interrogatories (.2); preparation of responses to
U.S. Trustee's requests for information (.3);
telephone call with Jan Baker regarding KERP
related issues (.2); preparation for and attendance
at conference with Holly Etlin at Winn-Dixie in
preparation for her testimony at June 16, 2005 hearing
(1.8); dictate revised outline for Holly Etlin (.4);
review of five objections filed to the KERP motion
(.8); memorandum to Jay Castle regarding hearing
preparation (.3)                                      8.10  3,199.50

        KSW Preparation of exhibit list regarding exhibits for
hearing on motion to implement employee retention
and severance plans (KERP motion) (.3);
organization of exhibits (.9); electronic filing
and service of notice of compromise regarding KERP
motion (.4); preparation of certificate of service
regarding same (.2); electronic filing of
certificate of service (.2)                           2.00    240.00

        CCJ Preparation for hearing on KERP motion             1.40    413.00

06/16/05 SDB Preparation for hearing on Winn-Dixie's motion to
approve its post-petition key employee retention
and severance plans, including review direct
testimony with Nick Bubnovich and with Holly Etlin,
review evidentiary issues regarding use of KERP and
severance plan summaries and related preparation
for the hearing (3.8); attend evidentiary hearing
in Bankruptcy Court on Winn-Dixie's motion,
including presentation of evidence and argument
(2.3); telephone call with Jan Baker regarding
severance payment for part-time workers (.3)          6.40  2,528.00

        EMS Review of key employee retention plan file in
preparation for omnibus hearing and review of
proposed order for accuracy                           0.20     33.00

        CCJ Preparation for and representation of Winn-Dixie at
KERP hearing (.5); conferences with Rosalie Gray
and with Watson Wyatt (.8)                            1.30    383.50

06/20/05 CCJ Review of proposed findings regarding KERP and
conference with Rosalie Gray regarding same           0.30     88.50

06/23/05 KSW Electronic filing of proposed order authorizing
debtor to implement employee retention and
severance plans                                       0.30     36.00

06/30/05 KSW Preparation of certificate of service of order on
motion to implement employee and severance plans
(.2); electronic filing of same (.2)                  0.40     48.00
                                                      -----  ---------
        FOR PROFESSIONAL SERVICES RENDERED            51.00 18,190.50

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Employee Matters (General)

Page: 4
07/14/2005
ACCOUNT NO: 10163-021681M
STATEMENT NO:   106451

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 39.30 | $395.00 | $15,523.50 |
| Cynthia C. Jackson | 6.60 | 295.00 | 1,947.00 |
| *Kimberly S. Ward | 2.70 | 120.00 | 324.00 |
| Elizabeth M. Schule | 2.40 | 165.00 | 396.00 |
| TOTAL | 51.00 | | $18,190.50 |

TOTAL THIS STATEMENT                                    $18,190.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Utilities

Page: 1
07/14/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  106454

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/01/05 | SDB | Conference with Jayson Roy, Derrick Bryant and Jay Castle in preparation for testimony at June 2, 2005 hearing on utilities (AEP, Duke, Orlando) objections regarding Winn-Dixie's payment history (1.0); conference with Holly Etlin and Jay Castle regarding preparation for June 2, 2005 hearing and Ms. Etlin's testimony regarding Winn-Dixie's liquidity (2.0); other preparation for the June 2, 2005 hearing (1.6) | 4.60 | 1,817.00 |
|  | EMS | Draft order overruling objection to debtors' utilities motion by AEP, Duke, and Orlando Utilities commission | 1.00 | 165.00 |
|  | CCJ | Preparation for hearing on utilities' objection and conference with Nina LaFleur regarding same | 1.80 | 531.00 |
| 06/02/05 | SDB | Telephone conference with Jay Castle and Jan Baker regarding scope of cash funds evidenced and security law issues (.4); preparation of witness outline for Holly Etlin (.7); rehearse direct testimony and cross-examination of Holly Etlin regarding the debtors' cash forecasts and business plan (1.6); conferences with Jan Baker, Larry Appel and Jay Skelton regarding utility deposit issues (.6); preparation for and attendance at evidentiary hearing on the requests for $2 million deposits by Duke Power, American Power and Light and Orlando Utilities (2.7) | 6.00 | 2,370.00 |
|  | CCJ | Preparation for and representation of debtors at hearing on utilities objection | 1.70 | 501.50 |
| 06/06/05 | KSW | Preparation for and service of orders overruling objections of JEA and Duke Power, et al. to motion deeming utilities assured, prohibiting utilities from altering refusing or discontinuing services and establishing procedures for resolving requests for additional assurance | 0.40 | 48.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  106454

Chapter 11 -  Utilities

| | | | HOURS | |
|---|---|---|---|---|
| 06/09/05 | CCJ | Conference with various counsel for utilities regarding settlement and actions needed | 1.20 | 354.00 |
| 06/10/05 | CCJ | Telephone conference with Skadden, Arps and Florida Power & Light (.6); preparation for June 16, 2005 hearing (.5) | 1.10 | 324.50 |
| 06/13/05 | EMS | Telephone call with Stephanie Feld at Skadden Arps regarding updated status of objecting utility companies (.5); telephone call with Jessenia Paoli at Skadden, Arps regarding updated status of Tampa Utility Company (.1); draft of updated preliminary agenda for June 16, 2005 hearing (.4) | 1.00 | 165.00 |
| 06/15/05 | EMS | Telephone conference with Stephen D. Busey and Cynthia C. Jackson regarding status of objecting utilities for June 16, 2005 omnibus hearing | 0.20 | 33.00 |
| 06/20/05 | EMS | Telephone call to Denise Kaloudis from Skadden, Arps regarding motion for modification of security deposit with utility company | 0.10 | 16.50 |
| 06/22/05 | KSW | Telephone calls with Susan Carter, case administrator, regarding noticing of motion of city of Plaquomine for modification of security deposit for utility service (.2); e-mails with Cynthia C. Jackson regarding same (.1) | 0.30 | 36.00 |
| | CCJ | Substantial revisions to utilities motion and conferences with Skadden, Arps regarding same | 2.00 | 590.00 |
| | EMS | Telephone call with Denise Kaloudis regarding motion for modification of utility security deposit filed on behalf of the City of Plaquemine | 0.20 | 33.00 |
| 06/23/05 | EMS | Telephone call with Stephanie Feld regarding updated status of pending utilities objections (.2); telephone call with Jessenia Paoli regarding same (.2); draft of updated hearing outline to reflect current status of utilities objections (.6); telephone call with Denise Kaloudis regarding notice of motion for determination (.2); conference with Cynthia C. Jackson and Kimberly S. Ward regarding notice procedures for motion for determination (.2); telephone call to Denise Kaloudis regarding continuance of utility objections not yet resolved (.4) | 1.80 | 297.00 |
| 06/24/05 | EMS | Telephone call with Denise Kaloudis regarding continuing the utility objections to July 14, 2005 (.3); telephone call with Denise Kaloudis regarding proper method of citation of transcripts in motion for determination (.3) | 0.60 | 99.00 |
| | KSW | Preparation of notices of filing excerpts from transcripts of proceedings held May 19, 2005 and June 2, 2005 (.5); electronic filing of same (.3); electronic filing of motion to determination of adequate assurance of payment of utilities (.2) preparation and electronic filing of notice of hearing thereon (.2) | 1.20 | 144.00 |

LAW OFFICES
# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
07/14/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  106454

Chapter 11 -  Utilities

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/27/05 | EMS | E-mail to Jessenia Paoli regarding status update for Tampa Electric Company (.1); draft of hearing outline for debtors' motion for determination that utilities are adequately assured (.6) | 0.70 | 115.50 |
| 06/28/05 | SDB | Review of the debtors' motion to overrule eleven objecting utilities requesting adequate assurance deposits and conference with Cynthia C. Jackson regarding same | 0.90 | 355.50 |
| 06/29/05 | SDB | Preparation for June 30, 2005 hearing on utilities objections to the debtors' utility procedures motion and requests for adequate assurance (1.1); communications with Stephanie Feld and Cynthia C. Jackson regarding the debtors' motion to avoid adequate assurance payments (noticed for July 14, 2005) (.7) | 1.80 | 711.00 |
| 06/30/05 | SDB | Preparation for and attendance at hearing on the debtors' motion to provide for its utilities requests for adequate assurance | 0.80 | 316.00 |
|  | KSW | Preparation of amended notice of hearing regarding motion for determination of adequate assurance of payment of utilities | 0.20 | 24.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 29.60 | 9,046.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 14.10 | $395.00 | $5,569.50 |
| Cynthia C. Jackson | 7.80 | 295.00 | 2,301.00 |
| *Kimberly S. Ward | 2.10 | 120.00 | 252.00 |
| Elizabeth M. Schule | 5.60 | 165.00 | 924.00 |
| TOTAL | 29.60 |  | $9,046.50 |

TOTAL THIS STATEMENT                                    $9,046.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Page: 1
07/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:  106456

Chapter 11 - Automatic Stay (Relief Actions)

| | | | HOURS | |
|---|---|---|---|---|
| 06/01/05 | BB | Preparation of proposed stipulation regarding Thrivent Financial | 1.50 | 285.00 |
| | KSW | Preparation of proposed order regarding stipulation with Thrivent Financial for Lutheran's motion of relief (.3); review and revision of notice and motion regarding same (.2); and stipulation (.8) | 1.30 | 156.00 |
| | JHP | Telephone call with attorney Jerry Golson regarding stay issues (.5); telephone call with attorney for creditors committee regarding Thrivent Financial's motion to lift stay and preparation of stipulation and proposed order regarding same (2.6) | 3.10 | 1,100.50 |
| 06/02/05 | LMP | Correspondence regarding Timmons motion for relief from stay | 0.10 | 25.00 |
| | JHP | Preparation of stipulation and proposed order regarding Thrivent Financial's motion to lift stay and telephone call regarding same with counsel for Wachovia (1.8); telephone call with attorney for Wah Hong Go regarding possible resolution of his motion to lift stay, telephone call regarding same with Rosalie Gray and revisions to proposed consent order (1.2) | 3.00 | 1,065.00 |
| | DMA | Research regarding informal proof of claim doctrine | 2.30 | 299.00 |
| | BB | Draft of Thrivent Financial's stipulation to withdraw motion for relief from stay; review of mortgage, modification and assignment documents; draft notice and motion for approval of stipulation; review of ground lease (.5); draft of motion to corporate brokers; review of case files regarding brokers' duties and compensation (2.5); attendance at omnibus hearing (3.3); preparation of motion (.5) | 6.80 | 1,292.00 |
| | KSW | Preparation of revised stipulation with Thrivent Financial for Lutherans (.8); notice and motion regarding same (.3); preparation of revised proposed order regarding motion for relief filed by Wah Hong Go (.2); preparation of notice and motion for order on motion for relief filed by Wah Hong Go (.3) | 1.60 | 192.00 |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/03/05 | KSW | Review and revision of notice and motion for approval of stipulation with Thrivent Financial for Lutherans (.3); review and revision of stipulation with Thrivent Financial for Lutherans (.4) | 0.70 | 84.00 |
|  | DMA | Research regarding informal proof of claim doctrine | 3.30 | 429.00 |
|  | JHP | Preparation and issuance of e-mail correspondence to client regarding motion to lift stay by Wah Hong Go and review of legal research regarding waiver of jury trials by filing proof of claim (.8); preparation and issuance of proposed stipulation and order regarding consensual resolution of Thrivent Financial's motion to lift stay and telephone call regarding same with attorneys for claimants (2.2); review of motion to lift stay filed by Bobbie Edwards and e-mail correspondence regarding same (.7); review of motion to lift stay filed by Sarria Enterprises and correspondence regarding same (.7) | 4.40 | 1,562.00 |
|  | SDB | Review and revision of draft stipulation to settle Thrivent Financial's motion to lift the automatic stay, the draft motion to approve the stipulation and proposed notice to creditors regarding the settlement (.8); review of Wah Hong Go's motion for relief from the stay (.2) | 1.00 | 395.00 |
| 06/06/05 | KSW | E-mail to client regarding motion for relief filed by Bobbie Edwards (.1); e-mail to client and committee transmitting proposed stipulation with Thrivent Financial for Lutheran (.3); preparation of stipulation and waiver regarding hearing on Thrivent Financial's motion for relief (.6); preparation of revised notice of stipulation with Thrivent Financial (.6) and proposed order regarding same (.4); updated index to stay litigation (.2) | 2.20 | 264.00 |
|  | JHP | E-mail correspondence with clients regarding Wah Hong Go's motion to lift stay (.6); review of Bobbie Edwards motion to lift stay, e-mail correspondence to client regarding same and telephone call with counsel for movant regarding same (1.0); e-mail correspondence with client, counsel for creditors committee and counsel for Wachovia regarding proposed stipulation with Thrivent Financial and telephone call with Thrivent Financial regarding same (1.8); review of correspondence from attorneys for claimant McTlee and preparation of response (.6); e-mail correspondence to client regarding Sarria motion for relief from stay (.6); correspondence to client regarding update to stay litigation list (.2) | 4.80 | 1,704.00 |
|  | BB | Conference with James H. Post regarding motion to lift stay filed by Bobbie Edwards (.3); review of motion to lift stay, order on motion for relief from stay filed by Wah Hong Go (.4) | 0.70 | 133.00 |
| 06/07/05 | DMA | Research regarding informal proof of claim doctrine | 1.00 | 130.00 |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | BB | Preparation of proposed order regarding Thrivent Financial's motion to lift stay (2.5); draft revisions of order and notice of order regarding motion to lift stay (.7) | 3.20 | 608.00 |
|  | KSW | Preparation of revised stipulation and waiver (.2); e-mail correspondence to attorney's for Thrivent Financial for Lutherans transmitting same (.2); preparation for and electronic filing of stipulation and waiver (.3) | 0.70 | 84.00 |
|  | JHP | Correspondence with attorneys for Thrivent Financial and committee regarding the Thrivent Financial stipulation (1.4); review of legal research regarding informal proof of claim doctrine in Eleventh Circuit (.8); preparation of proposed stipulation on Bobbie Edward's motion to lift stay (.6) | 2.80 | 994.00 |
|  | TLC | Document search regarding the order approving settlement of litigation claims in the Senior Living case | 0.30 | 36.00 |
| 06/08/05 | BB | Preparation of proposed agreed order regarding Thrivent Financial's motion to lift stay and agreed order regarding motion to lift stay | 0.40 | 76.00 |
|  | KSW | Telephone calls with Diane Jackson regarding additional hearing dates for motions for relief from stay (.2); e-mail correspondence to client transmitting order entered by United States Bankruptcy Court of Alabama regarding stay relief (3); preparation of correspondence to client regarding motion for relief (.9) | 1.40 | 168.00 |
|  | JHP | E-mail correspondence with claimant's attorney and client regarding responding order on automobile claims (.3); preparation of stipulation regarding Bobbie Edwards' stay relief motion and telephone calls regarding same with client and the creditors' committee counsel (1.2); preparation of stipulation regarding Thrivent Financial's stay relief motion and telephone calls regarding same with creditor committee's counsel, client and attorney for movant (1.5); e-mail correspondence and telephone call with client regarding Sarrai stay relief motion and telephone call regarding same with creditors committee's counsel (1.0); e-mail correspondence and telephone call with client regarding potential stay violation in Grove v. Winn-Dixie (.5); e-mail correspondence regarding potential violation of stay in Connie Hicks v. Winn-Dixie (.3); review of Timmons' notice of indigency (.3); preparation of and e-mail correspondence to client regarding form notice of pending Chapter 11 for Jacksonville cases (.5); correspondence to attorney for Vicky McIlee regarding stay relief and telephone call with client regarding same (.5); e-mail correspondence to client regarding Granada Village demand letter (.3) | 6.40 | 2,272.00 |
| 06/09/05 | DMA | Research regarding informal proof of claim doctrine and preparation of memorandum regarding same | 2.80 | 364.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
07/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   106456

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

KSW Revision of correspondence to client regarding
status of motions for relief from stay (.8);
revision of notice of proposed agreed order
regarding Bobbie Edwards' motion for relief (.2);
transmittal of same to client (.1); transmittal of
correspondence to David Timmons regarding motion
for relief from stay (.2); preparation of and
revisions to stipulations and waivers regarding
motions for relief filed by Sarria Enterprises,
Inc. (1.1); and Bobbie Edwards (.4); preparation of
and revisions to attorney Larry Willmer regarding
motion for relief from stay (.5)                                    3.30      396.00

JHP Preparation of stipulation regarding Bobbie Edwards
stay relief motion and e-mail correspondence with
client regarding same (1.8); e-mail correspondence
with Tim Williams regarding stay issues regarding
Hicks case in Alabama (.5); preparation and
issuance of correspondence to attorney regarding
Larry Williamson claim (.5); preparation of
proposed stipulation regarding Sarria motion to
lift stay and e-mail correspondence with client
regarding same (2.2); preparation of form notice of
pending Chapter 11 case to client (.8)                              5.80    2,059.00

06/10/05 JHP E-mail correspondence with committee counsel
regarding proposed stipulation on motion for stay
relief filed by Bobbie Edwards and e-mail
correspondence with attorney for movant (.8);
preparation of stipulation regarding Sarria motion
to lift stay and e-mail correspondence to creditors
committee and attorney for Sarria regarding same
(1.0); e-mail correspondence with attorney Chris
French (.2); review of correspondence regarding
Fitzgerald-Mahnold EEOC claim (.2); preparation and
issuance of updated index to stay litigation (.2)                   2.40      852.00

DMA Research regarding lease and sublease rejections;
preparation of memorandum regarding informal proof
of claim doctrine                                                   5.00      650.00

06/13/05 JHP Telephone call and e-mail correspondence with
attorney for Bobbie Edwards and creditors committee
(.5); preparation and issuance of proposed agreed
order to attorney for Ms. Edwards (1.0); e-mail
correspondence with attorney Chris Turner (.2);
preparation and issuance of form notice of pending
Chapter 11 reorganization for filing in appropriate
cases (.2); e-mail correspondence with client
regarding Burch motion to lift stay and review of
same (.5)                                                           2.40      852.00

KSW Electronic filing of stipulation and waiver regarding
motion for relief from stay filed by Bobbie Edwards
(.2); updated index to stay litigation (.1)                        0.30       36.00

06/14/05 JHP E-mail correspondence and telephone calls with
counsel for committee regarding Bobbie Edwards'
motion to lift stay (1.2); review of motion to lift

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | stay filed by Marie Burch and e-mail correspondence with client regarding same (.8); e-mail correspondence with attorney for creditors committee and for Sarria regarding stipulation and waiver of section 362 time requirements and preparation, service and filing of such stipulation (.8); e-mail correspondence with client regarding motion to lift stay filed by Willie McCrae (.6) | 3.40 | 1,207.00 |
|  | JRA | Research regarding section 108(c) and E.E.O.C. claims | 3.60 | 468.00 |
|  | KSW | Electronic filing of stipulation and waiver regarding motion for relief from stay filed by Sarria Enterprises | 0.20 | 24.00 |
| 06/15/05 | JRA | Research regarding section 108(c) and E.E.O.C. claims | 3.00 | 390.00 |
|  | JHP | E-mail correspondence with committee counsel regarding proposed stipulation on Edwards' motion to lift stay (.4); preparation for hearing on Wah Hong Go's motion to lift stay (1.8) | 2.20 | 781.00 |
| 06/16/05 | JHP | E-mail correspondence with committee counsel regarding status of stay litigation filed by Bobbie Edwards and others (.3); preparation for hearing on Wah Hong Go motion to lift stay and review of section 108(c) legal research (.8); preparation for hearing on McCrae motion to lift stay (.8); preparation of revisions to motion to approve claims resolution procedures (2.3) | 4.20 | 1,491.00 |
|  | JRA | Research regarding section 108(c) and E.E.O.C. claims in preparation for hearing on Wah Hong Go motion to lift stay | 1.40 | 182.00 |
|  | ENM | Review of motion of Wah Hong Go for relief from automatic stay (.5); research regarding Eleventh Circuit precedent concerning 11 U.S.C. and 108(c) (.3); research regarding Eleventh Circuit precedent for relief from automatic stay (3.0); research regarding Middle District of Florida case law regarding relief from automatic stay (2.3) | 6.10 | 1,372.50 |
| 06/17/05 | KSW | Preparation for updated index to stay litigation | 0.20 | 24.00 |
|  | JHP | Preparation for hearing on Wah Hong Go motion to lift stay and telephone calls and e-mail regarding same with Mr. Go's attorney and client (1.2); e-mail correspondence regarding stipulation on stay motion filed by Bobbie Edwards (.8); preparation for hearing on McCrae motion to lift stay (.8) | 2.80 | 994.00 |
| 06/20/05 | KSW | Revisions of stipulation and waiver regarding time requirements on motion for relief from stay filed by Wah Hong Go | 0.30 | 36.00 |
|  | JHP | Preparation of proposed stipulation on Wah Hong Go's motion and e-mail correspondence regarding same with Committee counsel, client and movant's attorney (1.0); review of Reddick motion to lift stay, e-mail correspondence and telephone conference regarding same with client (.8) | 1.80 | 639.00 |
|  | ENM | Preparation of response in opposition to Wah Hong Go motion to lift automatic stay | 5.30 | 1,192.50 |

LAW OFFICES

### SMITH HULSEY & BUSEY

Chapter 11 - Automatic Stay (Relief Actions)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/21/05 | KSW | Review of motion for relief from stay filed by Stokes, Reddick and Delegal (.2); updated index to stay litigation (.1); preparation of stipulation and waiver regarding time requirements for motion for relief filed by Willie McCrae (.3); electronic filing of stipulation and waiver regarding time requirements for motion for relief filed by Wah Hong Go (.3) | 0.90 | 108.00 |
|  | LMP | Telephone conference with Tim Williams, Jay Castle and James H. Post regarding motion for relief from stay filed by Stokes, Reddick, and Delegal (1.0); research and analysis regarding whether the claims of Stokes et al. can be compromised with out triggering liability on the supersedeas bond (1.3) | 2.30 | 575.00 |
|  | JHP | Telephone call with attorney for Willie McCrae regarding stipulation to waive preliminary hearing and related matters (.3); review of material documents regarding Reddick motion to lift stay (1.0); preparation, service and filing of motion to waive preliminary hearing on Wah Hong Go motion to lift stay (.8) | 2.10 | 745.50 |
| 06/22/05 | JHP | Review of material documents regarding Reddick motion to lift stay and preparation of proposed timeline (1.6); revisions to proposed response to Wah Hong Go motion to lift stay (.6) | 2.20 | 781.00 |
|  | KSW | Updated index to stay litigation | 0.10 | 12.00 |
| 06/23/05 | LMP | Research regarding Reddick motion on whether judgment can be compromised without triggering surety's liability on supersedeas bond | 3.20 | 800.00 |
|  | JHP | Review of documents and legal research material to Reddick motion to lift stay (1.6); telephone call with counsel for Willie McCrae regarding the continuance of hearing and preparation of proposed stipulation and waiver thereof (.8); telephone call with attorneys representing personal injury claimants regarding stay issues (Chris Turner, David Landry and others) (.8) | 3.20 | 1,136.00 |
|  | KSW | Telephone calls with Susan Carter and James H. Post regarding hearing on motion for relief filed by Stokes, Reddick and Delegal (.3); update index to stay litigation (.2) | 0.50 | 60.00 |
| 06/24/05 | LMP | Research on Reddick matter as to whether a claim can be compromised without triggering liability to surety on supersedeas bond (8.1); preparation of timeline for Stokes' motion for relief from stay (.4) | 8.50 | 2,125.00 |
|  | JHP | Preparation of proposed motion, order and related documents for claims resolution procedure (2.8); e-mail correspondence with committee counsel regarding status of stay litigation (.4); e-mail correspondence and telephone call with opposing counsel regarding Stokes' motion to lift stay (.8); e-mail correspondence and telephone call with counsel for Edwards regarding motion to lift stay (.8) | 4.80 | 1,704.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 7
07/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   106456

Chapter 11 - Automatic Stay (Relief Actions)

| | | HOURS | |
|---|---|---|---|
| KSW | Preparation of stipulation and waiver regarding time requirements for motion for relief from stay filed by Stokes, Reddick and Delegal (.4); electronic filing of stipulation for relief from stay filed by Willie McCrae (.3) | 0.70 | 84.00 |
| 06/27/05 LMP | Analysis regarding whether supersedeas bond can be discharged without plaintiffs' consent and without full payment of judgment | 0.90 | 225.00 |
| DMA | Preparation of memorandum regarding informal proof of claim doctrine | 0.80 | 104.00 |
| 06/28/05 DMA | Preparation of memorandum regarding informal proof of claim | 1.70 | 221.00 |
| 06/29/05 LMP | Research regarding discharge or release of supersedeas bond | 2.50 | 625.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 143.90 | 36,669.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.00 | $395.00 | $395.00 |
| James H. Post | 61.80 | 355.00 | 21,939.00 |
| Beau Bowin | 12.60 | 190.00 | 2,394.00 |
| *Tana L. Copeland | 0.30 | 120.00 | 36.00 |
| **David M. Applegate | 16.90 | 130.00 | 2,197.00 |
| *Kimberly S. Ward | 14.40 | 120.00 | 1,728.00 |
| Eric N. McKay | 11.40 | 225.00 | 2,565.00 |
| **Joy R. Abrisch | 8.00 | 130.00 | 1,040.00 |
| Leanne McKnight Prendergast | 17.50 | 250.00 | 4,375.00 |
| TOTAL | 143.90 | | $36,669.00 |

TOTAL THIS STATEMENT                                      $36,669.00
                                                          ==========

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
07/14/2005
ACCOUNT NO: 10163-021697M
STATEMENT NO:  106445

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (SH&B)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/06/05 | KSW | Preparation of first supplemental declaration of Smith Hulsey & Busey | 0.60 | 72.00 |
| 06/14/05 | CCJ | Extensive revisions to WIPS for application and supplemental affidavit | 2.30 | 678.50 |
| 06/18/05 | CCJ | Review and revision of WIPS and preparation of fee statement | 2.30 | 678.50 |
| 06/20/05 | KSW | Preparation of monthly fee statement for May 2005 | 0.40 | 48.00 |
| 06/21/05 | KSW | Preparation of fee statement for May 2005 | 2.90 | 348.00 |
|  | CCJ | Preparation of fee statement for May 2005 | 1.00 | 295.00 |
| 06/22/05 | KSW | Revisions to fee statement for May 2005 | 0.60 | 72.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 10.10 | 2,192.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 5.60 | $295.00 | $1,652.00 |
| *Kimberly S. Ward | 4.50 | 120.00 | 540.00 |
| TOTAL | 10.10 |  | $2,192.00 |

TOTAL THIS STATEMENT                                    $2,192.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.                                                      Page: 1
5050 Edgewood Ct.                                                        07/14/2005
Jacksonville FL  32254                             ACCOUNT NO: 10163-021696M
                                                           STATEMENT NO:  106449

ATTN: Larry Appel, Esq.

Chapter 11 - Reports and Schedules

|  |  | | HOURS |  |
|---|---|---|---|---|
| 06/21/05 | KSW | Electronic filing of monthly operating report for May 5, 2005 hearing to June 1, 2005 (.4); and affidavit of Dr. Michael Byrum in support of same (.2) | 0.60 | 72.00 |
| 06/22/05 | KSW | Preparation of notice of filing affidavit of Dr. Michael Byrum in support of monthly operating report for May 5, 2005 (.2); electronic filing of same (.2) | 0.40 | 48.00 |
| 06/30/05 | KSW | Electronic filing of amendments to schedules | 0.80 | 96.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.80 | 216.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 1.80 | $120.00 | $216.00 |

TOTAL THIS STATEMENT                                                    $216.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  106450

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/06/05 | SDB | Telephone call with Winn-Dixie senior management and advisors for review and revision of proposed agenda and presentation for June 8, 2005 meeting with the creditors committee (1.5); telephone call with Larry Appel regarding same (.2) | 1.70 | 671.50 |
| 06/07/05 | SDB | Preparation for June 8, 2005 creditors committee in Jacksonville, including telephone conference with the debtors' senior management and advisors | 1.20 | 474.00 |
| 06/08/05 | SDB | Preparation for and attendance at meeting of the debtors with the creditors committee in Jacksonville regarding merchandizing initiatives, store sales and closings, financial projections and related restructuring issues | 2.60 | 1,027.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 5.50 | 2,172.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 5.50 | $395.00 | $2,172.50 |

TOTAL THIS STATEMENT                                                $2,172.50
                                                                   =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

Page: 1
07/14/2005
ACCOUNT NO: 10163-021694M
STATEMENT NO:   106452

ATTN: Larry Appel, Esq.

Chapter 11 -  Regulatory and SEC Matters


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/21/05 | SDB | Memorandum to Jan Baker regarding Winn-Dixie's response to the United States Trustee's inquiry regarding Winn-Dixie's projections of net book equity in connection with shareholders' request for an equity committee (.2); two telephone calls with Jan Baker regarding same (.4); review of Xroads' memoranda regarding same (.1); telephone conference with Jan Baker and Alex Stevenson regarding same (.3); telephone call with Elena Escamilla regarding same (.3) | 1.30 | 513.50 |
| 06/22/05 | JHP | Review of SEC request for list of 100 largest shareholders and e-mail correspondence with company and co-counsel regarding same | 0.30 | 106.50 |
| 06/30/05 | SDB | Conference with Elena Escamilla regarding the debtors' response to the U.S. Trustee's request to identify equity security holders (.2); telephone call with Jay Skelton regarding same (.2); telephone call with Jay Skelton and Larry Appel regarding same (.3); review of communications from the Securities and Exchange Commission regarding same (.2); draft communication to Elena Escamilla regarding the debtors' equity security holders (.4); telephone call with Larry Appel regarding same (.2); telephone call with Jay Skelton (.2); review of statutory and case law (.4) | 2.10 | 829.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 3.70 | 1,449.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.40 | $395.00 | $1,343.00 |
| James H. Post | 0.30 | 355.00 | 106.50 |
| TOTAL | 3.70 |  | $1,449.50 |

TOTAL THIS STATEMENT

$1,449.50
=========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reorganization Plan/Plan Sponsors

Page: 1
07/14/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:   106453

| | | | HOURS | |
|---|---|---|---|---|
| 06/06/05 | CCJ | Received and replied to correspondence regarding exclusivity | 0.70 | 206.50 |
| | SDB | Review of draft outline of evidentiary presentation for hearing on debtors' motion to extend exclusivity and other preparation for the June 16, 2005 hearing (1.2); telephone call with Jan Baker regarding same (.2) | 1.40 | 553.00 |
| | TLC | Compilation of case law cited in the motion for order extending exclusive periods for filing Chapter 11 plans and obtaining acceptance of such plans and in the application for authority to retain Deliotte Consulting LLC to provide in-store operational consulting services to the debtors | 1.50 | 180.00 |
| 06/07/05 | SDB | Preparation for June 16, 2005 hearing on debtors' motion to extend exclusivity (1.1); conference with Holly Etlin and Dennis Simon regarding the proposed plan (.5) | 1.60 | 632.00 |
| 06/12/05 | SDB | Revision of witness statement for June 16, 2005 hearing on extension of exclusivity | 0.80 | 316.00 |
| 06/15/05 | SDB | Preparation for June 16, 2005 hearing on the debtors' motion to extend the exclusivity period | 0.90 | 355.50 |
| | EMS | Draft of updated hearing outline regarding debtors' motion for order extending exclusivity period for filing Chapter 11 plan | 0.20 | 33.00 |
| 06/16/05 | SDB | Preparation for and attendance at June 16, 2005 hearing on Winn-Dixie's motion to extend exclusivity | 1.40 | 553.00 |
| | EMS | Review of file in preparation for omnibus hearing and review of proposed order for accuracy | 0.20 | 33.00 |
| 06/17/05 | KSW | Preparation for and service of order extending exclusive period in filing plan | 0.30 | 36.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:   106453

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  | HOURS |  |
|---|---|---|---|
| 06/22/05 KSW | Preparation of certificates of service regarding order extending exclusive periods to file plans and obtain acceptance (.2); electronic filing of same (.1) | 0.30 | 36.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 9.30 | 2,934.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.10 | $395.00 | $2,409.50 |
| Cynthia C. Jackson | 0.70 | 295.00 | 206.50 |
| *Tana L. Copeland | 1.50 | 120.00 | 180.00 |
| *Kimberly S. Ward | 0.60 | 120.00 | 72.00 |
| Elizabeth M. Schule | 0.40 | 165.00 | 66.00 |
| TOTAL | 9.30 | | $2,934.00 |

TOTAL THIS STATEMENT                                                     $2,934.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Litigation (General)

Page: 1
07/14/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  106461

| | | | HOURS | |
|---|---|---|---|---|
| 06/02/05 | JHP | E-mail correspondence with Steven Eickel regarding scheduling hearings and the court calendar (.2); review of updated case calendar (.3); review of updated agenda for June 2, 2005 hearing (.3) | 0.80 | 284.00 |
| 06/03/05 | DMA | Research regarding notice requirements for bank closing | 0.20 | 26.00 |
| 06/09/05 | KSW | Preparation of and revisions to form notice of bankruptcy (.4); preparation of notice of bankruptcy in Hicks v. Winn-Dixie Stores, Inc., et al. (.4) | 0.80 | 96.00 |
| 06/10/05 | SDB | Preparation of agenda for June 16, 2005 court hearings | 0.40 | 158.00 |
| 06/13/05 | JHP | Review of TRM Corporation motion for turnover of funds and legal authority cited therein | 0.60 | 213.00 |
| | KSW | Preparation of notice of bankruptcy form | 0.30 | 36.00 |
| 06/15/05 | JHP | Review of recent case law on letter of credit issues and e-mail with co-counsel regarding same | 0.40 | 142.00 |
| 06/17/05 | SDB | Preparation for first hearing on a motion for relief from the stay and establishing a claims management process | 0.80 | 316.00 |
| 06/20/05 | CCJ | Review and analysis of motions by TRM Corporation and Plegurm (1.0); review of and reply to correspondence regarding same (.3) | 1.30 | 383.50 |
| 06/21/05 | DMA | Preparation of memorandum regarding additional rent obligation under 365(d)(3) | 4.70 | 611.00 |
| | JHP | Review of material e-mail and pleadings regarding motion of Heritage Mint to compel assumption of contract | 0.60 | 213.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  106461

Chapter 11 -  Litigation (General)

| | | | HOURS | |
|---|---|---|---|---|
| 06/27/05 | KSW | Electronic filing and service of motion to strike TRM Corporation's motion to turnover funds | 0.80 | 96.00 |
| 06/30/05 | KSW | Preparation of certificate of service regarding motion to strike motion of TRM Corporation for turnover of funds (.2); electronic filing of same (.2) | 0.40 | 48.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 12.10 | 2,622.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.20 | $395.00 | $474.00 |
| James H. Post | 2.40 | 355.00 | 852.00 |
| Cynthia C. Jackson | 1.30 | 295.00 | 383.50 |
| **David M. Applegate | 4.90 | 130.00 | 637.00 |
| *Kimberly S. Ward | 2.30 | 120.00 | 276.00 |
| TOTAL | 12.10 | | $2,622.50 |

TOTAL THIS STATEMENT                                    $2,622.50

 *Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:  106463

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

| | | | HOURS | |
|---|---|---|---:|---:|
| 06/01/05 | SDB | Preparation for June 2, 2005 hearing on debtors' motion to reject executory contracts | 0.90 | 355.50 |
| | CCJ | Preparation for June 2, 2005 hearing on rejection of contracts and conference with Jane Leamy regarding same | 1.00 | 295.00 |
| 06/02/05 | SDB | Preparation for and attendance at hearing to secure court approval of debtors' motion to reject executory contracts | 0.50 | 197.50 |
| | CCJ | Preparation for and attendance at hearing on rejection | 0.40 | 118.00 |
| 06/03/05 | KSW | Electronic filing of certificate of service regarding motion to reject executory contracts effective as of June 16, 2005 | 0.20 | 24.00 |
| | CCJ | Conferences and correspondence regarding status of leased equipment and enterprise sales (1.5); conference with Rosalie Gray and with Keith Daw regarding same (.6) | 2.10 | 619.50 |
| 06/06/05 | EMS | Preparation of hearing outline for order authorizing debtors to reject executory contracts as of June 16, 2005 | 0.70 | 115.50 |
| 06/10/05 | CCJ | Preparation for June 16, 2005 hearing on contract rejection | 0.30 | 88.50 |
| | KSW | Electronic filing of motion to reject Pewter Partner agreement with Buccaneers Limited Partnership and notice of hearing thereon | 0.30 | 36.00 |
| 06/12/05 | CCJ | Preparation for hearing on objection by Garden Park Plaza (1.2); review and revision of reply (.3) | 1.50 | 442.50 |
| 06/13/05 | CCJ | Conference with Holly Etlin and Craig Boucher regarding equipment leases (.4); conference with Mike Chlebovec and with Rosalie Gray regarding same (.5); preparation of Garden Park Plaza's objection (1.0) | 1.90 | 560.50 |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/14/05 | CCJ | Conferences with counsel for Xerox and with Xroads regarding equipment leases and preparation of summary and correspondence regarding same (2.3); revisions to rejection motion and conferences with Skadden, Arps regarding same (1.1) | 3.40 | 1,003.00 |
| 06/15/05 | SDB | Preparation for June 16, 2005 hearing on debtors' motion to reject executory contracts | 0.40 | 158.00 |
|  | KSW | Electronic filing of certificate of service regarding motion to reject Pewter Partner agreement with Buccaneers Limited Partnership and notice of hearing thereon (.2); and certificate of service regarding order authorizing rejection of executory contracts and unexpired leases effective as June 2, 2005 (.2) | 0.40 | 48.00 |
|  | EMS | Draft of updated hearing outline regarding debtors' motion for order authorizing rejection of executory contracts | 0.20 | 33.00 |
|  | CCJ | Preparation for hearing on rejection motion | 0.60 | 177.00 |
| 06/16/05 | JHP | Update of case law in Middle District of Florida regarding executory contracts and e-mail correspondence with co-counsel regarding same | 0.60 | 213.00 |
|  | CCJ | Preparation for and representation of Winn-Dixie at hearing on motion to reject | 1.40 | 413.00 |
| 06/20/05 | CCJ | Received and replied to correspondence regarding Heritage Mint and conference with Stephen D. Busey regarding same (1.2); revision and transmittal of Garden Park Plaza's order (.4) | 1.60 | 472.00 |
| 06/22/05 | KSW | Electronic filing of order authorizing rejection of executory contracts effective as of June 16, 2005 | 0.20 | 24.00 |
| 06/24/05 | EMS | Review of case docket to determine if any objection had been filed to debtor's motion for order authorizing rejection of Pewter Partner agreement with Buccaneers Limited Partnership | 0.30 | 49.50 |
|  | KSW | Electronic filing of motion to reject executory contracts as of July 14, 2005 (.2) and notice of hearing thereon (.2) | 0.40 | 48.00 |
| 06/27/05 | EMS | Draft of updated hearing outline regarding debtors' motion to reject Pewter Partner agreement with Buccaneers Limited Partnership | 0.70 | 115.50 |
| 06/28/05 | SDB | Review of motion and supporting papers and preparation for June 30, 2005 hearing on the debtors' motion to reject the Buccaneers Limited Partnership's sponsorship contract | 1.20 | 474.00 |
| 06/30/05 | SDB | Preparation for and attendance at hearing on the debtors' motion to reject the Buccaneers Limited Partnership's $12 million sponsorship contract | 1.20 | 474.00 |
|  | EMS | Review of proposed order for debtors' motion to reject Pewter Partner agreement with Buccaneers Limited Partnership | 0.30 | 49.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 22.70 | 6,604.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
07/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   106463

Chapter 11 - Executory Contracts

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 4.20 | $395.00 | $1,659.00 |
| James H. Post | 0.60 | 355.00 | 213.00 |
| Cynthia C. Jackson | 14.20 | 295.00 | 4,189.00 |
| *Kimberly S. Ward | 1.50 | 120.00 | 180.00 |
| Elizabeth M. Schule | 2.20 | 165.00 | 363.00 |
| TOTAL | 22.70 | | $6,604.00 |

TOTAL THIS STATEMENT                              $6,604.00

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:   106458

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (General)

| | | | HOURS | |
|---|---|---|---|---|
| 06/01/05 | SDB | Preparation for June 2, 2005 hearing on debtors' motion to approve procedure for sale of assets worth less than $150,000 | 0.90 | 355.50 |
| | JHP | Review and analysis of proposed revisions to motion for authorization to sell all stores available and review of e-mail correspondence regarding same | 2.20 | 781.00 |
| | EMS | Revision of hearing outline for June 2, 2005 hearing regarding debtors' motion for authorization for sale of de minimus assets without court approval | 0.30 | 49.50 |
| | CCJ | Preparation for hearing on de minimus sale motion (.5); negotiations with Committee and secured lender regarding terms of order (1.2); conference with Winn-Dixie and King & Spalding regarding sale process and development of same (3.1) | 4.80 | 1,416.00 |
| | BB | Research regarding motion for sale of stores filed in Eagle Food Centers' Chapter 11 (1.0); review of motions for sale of stores and motion to approve bidding procedures (.8); review of motion for approval of retention and compensation of professionals used in the ordinary cause of business (.8) | 2.60 | 494.00 |
| 06/02/05 | SDB | Preparation for and attendance at hearing to secure court approval of procedure for sale of miscellaneous assets | 0.60 | 237.00 |
| | KSW | Preparation of notice of hearing on motion to file bid protections under seal (.3); electronic filing and service of same (.4) | 0.70 | 84.00 |
| 06/03/05 | KSW | Preparation for and service of order granting motion to sale de minimus assets without court approval | 0.40 | 48.00 |
| | SDB | Telephone call with Murray Wilzol with ProVisions, purchase of Jitney Jungle assets, regarding store sales | 0.20 | 79.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Review of proposed changes to bidding procedures and orders and revision of same (2.0); correspondence to Wachovia regarding same (.3); revision of both forms of sale motions (2.0); review and analysis of Eagle procedures (.5) | 4.80 | 1,416.00 |
| 06/06/05 EMS | Draft of hearing outline on debtors' motion to approve bid procedures | 1.00 | 165.00 |
| JHP | Review of proposed guidelines for store closings (.8); review of motion for order authorizing sale of store assets free and clear of liens (.8) | 1.60 | 568.00 |
| BB | Conference with Mike Chlebovec and Cynthia C. Jackson regarding motion to employ and compensate broker | 1.50 | 285.00 |
| 06/07/05 KSW | Preparation of certificates of service regarding notice of hearing on motion to file bid protections under seal (.2); electronic filing of same (.2); preparation of conferences regarding order to sell de minimus assets without court approval (.2); and electronic filing of same (.2) | 0.80 | 96.00 |
| CCJ | Review and analysis of public relations materials regarding footprint and conferences with Kathy Lussier regarding same (2.8); revisions to sale motion to conform with publicity (1.5); conference with Committee and Bank Group regarding sales process and changes requested to bidding process and sales process (2.6); revisions to same (.8); conferences with Ken Kirschner regarding Harahan sale and with Mike Chlebovec regarding same and related sales issues (1.4) | 9.10 | 2,684.50 |
| 06/08/05 KSW | Preparation of notice of withdrawal of motion to file bid protections under seal (.3); electronic filing and service of same (.6); preparation of notice of filing proposed bid protections (.4); electronic filing and service of same (.4); preparation of conferences regarding notice of withdrawal of motion to file bid protections under seal (.2); electronic filing of same (.2); preparation of conferences regarding notice of filing bid protections (.2); and electronic filing of same (.2) | 2.50 | 300.00 |
| CCJ | Conferences with Committee, Bank Group and with United States Trustee regarding bidding procedures and extensive revisions to same (3.2); conferences with Bank Group regarding sales order and revision of same (2.1); conference with Sheon Karol regarding sale process and with DJM and TFP regarding same (1.5); revisions to sale motion and conferences with Bank Group and Committee regarding same (2.0); conference regarding bid procedures and review of changes regarding same (1.0); conference with United States Trustee regarding sale process (.3); preparation and filing of notices regarding |  |  |

LAW OFFICES

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | motion to file under seal and bid protections (1.0); conferences with Ed Zimmer regarding witness testimony on June 16, 2005 (.5); preparation for same (1.2) | 12.80 | 3,776.00 |
|  | JHP | Revisions to bid protections procedure and conference with Cynthia C. Jackson regarding same (.8); review of objections to motion for bidding procedures (.3) | 1.10 | 390.50 |
|  | ENM | Preparation of motion to approve store closings (3.4); review of motion to approve store sales (.3); review of bid procedures (.4); review of objections filed related to bid procedures and sale motions (1.3) | 5.40 | 1,215.00 |
| 06/09/05 | CCJ | Conferences with landlords, Xroads and Winn-Dixie regarding sales process and actions needed (2.6); preparation of sale pleadings (1.3); negotiation with DIP and landlords (.9); revisions to bid procedures (1.4); analysis of bid protections (1.0); conference with PR and analysis of timing issues (.3) | 7.50 | 2,212.50 |
| 06/10/05 | SDB | Review and revision of proposed motion and supporting memorandum for sale of the debtors' non-core stores, inventory and equipment and assumption and assignment of related leases and conference with Cynthia C. Jackson regarding same | 2.10 | 829.50 |
|  | CCJ | Preparation of questions and answers for Ed Zimmer (1.1); conferences with landlords regarding bid procedure objections and with Winn-Dixie regarding same (1.6); correspondence to FA's and Winn-Dixie regarding actions needed (.4) | 3.10 | 914.50 |
| 06/11/05 | SDB | Conference with Cynthia C. Jackson regarding my comments on the draft enterprise sale motion and necessary modifications to the motion (.7); review notice procedures regarding the motion (.4) | 1.10 | 434.50 |
| 06/12/05 | CCJ | Revisions to bidding procedures, order approving bidding process and sales order (1.3); conferences with King & Spalding and with the Committee regarding same (.6); telephone conference regarding bidding with Winn-Dixie (.5) | 2.40 | 708.00 |
| 06/13/05 | JHP | Review of revisions to proposed Enterprise sale motion | 0.80 | 284.00 |
|  | CCJ | Conference with public relations firm regarding sale motion (.6); revisions to bidding procedures to resolve landlords' objections (2.2); conferences with Committee and DIP regarding same (1.4); conferences with landlords regarding same (2.8); revisions to sale motion and correspondence regarding same (1.3); conferences with DIP and with Committee regarding same (1.8) | 10.10 | 2,979.50 |
|  | EMS | Review of Winn-Dixie's new store footprint to determine whether an objecting landlord's stores are part of the new footprint | 1.10 | 181.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | ENM | Draft of lease termination agreement (5.6); review of supply agreement and asset purchase agreement for sale of dairy facilities (2.3) | 7.90 | 1,777.50 |
| 06/15/05 | SDB | Preparation for June 16, 2005 hearing on bidding procedures for sale of assets | 0.80 | 316.00 |
|  | JHP | E-mail correspondence with attorney for landlord regarding status of asset disposition efforts | 0.20 | 71.00 |
|  | CCJ | Preparation for bid procedures hearing (2.3); negotiations with landlords regarding bid procedures and sale issues (3.6); preparation of witness outlines (1.2) | 7.10 | 2,094.50 |
|  | EMS | Update of June 16, 2005 omnibus hearing files to include notice of hearing order to authorize bid protection under seal, debtors' motion for order authorizing debtor to file bid protections under seal, and debtors' withdrawal of motion to file bid protections under seal | 0.40 | 66.00 |
|  | ENM | Research regarding enforceability of restrictive lease provisions (3.6); conference with Cynthia C. Jackson regarding assignment of leases containing restrictive lease provisions (.5) | 4.10 | 922.50 |
| 06/16/05 | EMS | Review of bidding procedures file in preparation for omnibus hearing | 0.20 | 33.00 |
|  | CCJ | Preparation for and representation of Winn-Dixie at hearing on bid procedures (2.8); negotiations with landlords (3.1); negotiations with Committee and DIP and landlords (1.4); revisions to bid procedures and proposed order (.9) | 8.20 | 2,419.00 |
|  | ENM | Preparation of lease termination agreement | 1.30 | 292.50 |
| 06/17/05 | SDB | Preparation for store sale process, landlord issues and notice issues | 0.90 | 355.50 |
|  | KSW | E-mail correspondence and telephone calls with attorneys regarding revisions to proposed order regarding motion to establish bidding procedures (1.0); revision of same (.4) | 1.40 | 168.00 |
|  | CCJ | Revision of bid procedures and proposed order and negotiations with landlords, Committee and DIP regarding same | 4.20 | 1,239.00 |
| 06/20/05 | SDB | Telephone call with Bill Zewadski, counsel for Publix, regarding the store sale process (.4); conference with Cynthia C. Jackson regarding Publix's interest and sending bidding procedures to Bill Zewadski (.2); review and revision of the revised enterprise sale motion (.8) | 1.40 | 553.00 |
|  | CCJ | Revisions to Enterprise sale motion and conference regarding same (1.2); conferences with Ken Kirschner regarding Harahan sale (1.0); conferences with landlords regarding bidding procedures (1.5) | 3.70 | 1,091.50 |
| 06/21/05 | SDB | Provide comments to Cynthia C. Jackson and Jan Baker regarding asset sales procedure (.3); correspondence to landlord counsel regarding bidding procedures (.3) | 0.60 | 237.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

| | | HOURS | |
|---|---|---|---|
| | TLC Research regarding service of the taxing authorities for the 327 stores to be closed | 5.00 | 600.00 |
| | ENM Preparation of schedule of stores subject to sale motion including landlord information and lease descriptions | 8.50 | 1,912.50 |
| | CCJ Conference with Xroads regarding cure amounts and lease issues (.7); conference with Eric N. McKay regarding actions needed (.2); conference with Winn-Dixie group regarding bid status (.9); conference with landlords regarding sale process (1.5) | 3.30 | 973.50 |
| 06/22/05 | JHP Telephone call and e-mail correspondence with attorneys for landlords of stores outside of Florida and Georgia and telephone calls with client regarding same | 0.50 | 177.50 |
| | KSW Preparation of certificates of service regarding order establishing bidding procedures for the sale of assets (.2); electronic filing of same (.1) | 0.30 | 36.00 |
| | CCJ Conferences with landlords regarding sale process | 2.00 | 590.00 |
| | TLC Research regarding the tax authorities for the 327 stores to be closed (6.3); preparation of the tax authorities for service for the 327 stores to be closed (1.0) | 7.30 | 876.00 |
| 06/23/05 | CCJ Preparation of schedules to sale motion (2.0); preparation for service and confirm with Kimberly S. Ward regarding same (1.4); correspondence to Xroads regarding service lists and addresses of cure amounts (.6); correspondence to constituents regarding same motion (.5) | 4.50 | 1,327.50 |
| | TLC Preparation of spreadsheet listing all the taxing authorities in preparation of service (5.0); review of information provided by Winn-Dixie listing the addresses for all the landlords to be served (.3) | 5.30 | 636.00 |
| | ENM Preparation of schedules for store closing motion | 5.30 | 1,192.50 |
| | KSW Research regarding form sale motions and orders (.6); review of mailing labels regarding landlords (.4); telephone conference with Cynthia C. Jackson and Clay Cross regarding logistics of mailout of sale motion (.2); organization of exhibits to sale motion (.4) | 1.60 | 192.00 |
| 06/24/05 | CCJ Conferences regarding status of bids (2.3); review and revision of exhibits to motion (2.8); revisions to sale motion and correspondence regarding same (.7) | 5.80 | 1,711.00 |
| | JHP Review of proposed revisions to GOB motion (.8); e-mail correspondence with prospective purchaser of leaseholds (.4) | 1.20 | 426.00 |
| | ENM Preparation of exhibits for store sale motion | 6.70 | 1,507.50 |
| | KSW Review and revision of schedule of targeted stores (2.1); preparation of schedule regarding stalking horse bids (2.3); preparation for service of sale motion (.7) | 5.10 | 612.00 |
| | TLC Research regarding contact information for the Attorney Generals of Florida, Georgia, Alabama, North Carolina, South Carolina, Louisiana, | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  | HOURS |  |
|---|---|---|---|
| | Mississippi and Tennessee (1.0); revision of landlord's contact information for preparation of service (3.0); preparation of labels for service regarding interested parties to the asset sales (.2); revision to Exhibit A regarding schedule of targeted stores (.3) | 4.50 | 540.00 |
| 06/25/05 CCJ | Revision of schedules and compare information (1.4); telephone calls regarding status of bids (.8) | 2.20 | 649.00 |
| KSW | Review and revision of summary of targeted stores | 1.50 | 180.00 |
| 06/26/05 TLC | Revision of Exhibit A schedule of targeted stores (1.5); revision of motion to approve pharmaceutical sales (1.0); revision of motion for order approving store closings (.5); revision of form of order for pharmaceutical sales (.5); revision of chard regarding summary of stalking horse bids (1.0) | 4.50 | 540.00 |
| 06/27/05 JRA | Research regarding rules 9006 and 2002 | 1.90 | 247.00 |
| CCJ | Preparation of exhibits for sale motion regarding cure, landlords and inventory (2.6); legal research regarding notice (1.2); conferences with Eric N. McKay regarding same (.3); conferences with law clerks regarding marketing issue (.2); research regarding pharmacy notice (.5); conferences with Winn-Dixie regarding sale issues (1.6); correspondence regarding cure (.4); review and revision of Harahan asset purchase agreement and motion and order (.9); correspond and confirm regarding current leases (1.0); conference with Larry Appel and Catherine Ibold regarding notice issues and research regarding same (1.8); revisions to asset purchase agreement and motion (2.4) | 12.90 | 3,805.50 |
| KSW | Review and revision of Exhibit A to sale motion | 1.70 | 204.00 |
| TLC | Revision of Exhibit A to motion to sell assets (3.0); preparation of landlord information for service (3.0) | 6.00 | 720.00 |
| ENM | Extensive revisions to schedule of cure amounts | 3.70 | 832.50 |
| 06/28/05 SDB | Review of motion and supporting papers and preparation for June 30, 2005 hearing on the debtors' motion to reject the lease on its Madison, North Carolina store (.9); review of schedules and related materials regarding the debtors' 326 store sale motion and related scheduling issues (1.8) | 2.70 | 1,066.50 |
| LMP | Research regarding whether additional time for service by mail is required for notice of intent to sell assets out of ordinary course | 5.20 | 1,300.00 |
| TLC | Revision of chart regarding the landlords to be served with the sale motion (3.0); review of e-mail from Beth Crocker regarding the addresses for the landlords to be served (.2); revision of Exhibit A to sale motion (.3) | 3.50 | 420.00 |
| ENM | Preparation of schedule of cure amounts for disposition of non-Footprint stores | 2.10 | 472.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Review of notice issues and correspondence and attendance at conferences regarding landlord notice (2.0); revisions to stalking horse summary (1.5); conferences with Keith Daw and Kim Neil regarding cure issues (2.0); conferences with Brian Walsh and Sheon Karol regarding bids (1.8) | 7.30 | 2,153.50 |
|  | KSW | Review and revision of sale motion (2.2); and exhibits to same (3.9); preparation of notice of hearing regarding same (.5) | 6.60 | 792.00 |
| 06/29/05 | EMS | Conference with Cynthia C. Jackson regarding notice procedures upon sale of assets outside ordinary cause of business (.3); review and revision of debtors' motion for sale of assets (.7) | 1.00 | 165.00 |
|  | CCJ | Preparation of exhibits to sale motions and conferences and revisions to same (5.2); conferences regarding confidentiality issues with bidders and negotiations of same (1.4) | 6.60 | 1,947.00 |
|  | KSW | Review and revision of sale motion (2.3); shepardizing of cases cited in same (.6); review and revision of exhibits of sale motion (3.7) | 6.60 | 792.00 |
|  | TLC | Revision of Exhibit A to sale motion (.7); review and revision of Exhibit B (1.2); review of e-mail correspondence from Xroads regarding landlords' addresses (.1); preparation of chart comparing the information obtained from Winn-Dixie and the information obtained from Xroads regarding landlords (3.0); review of subtenant information and preparation of service labels (.8); preparation of service information regarding equipment lease vendors (.1); review of landlord charts to ensure all landlords listed on exhibits will be served (.5) | 6.40 | 768.00 |
| 06/30/05 | CCJ | Preparation of motions to sell leases and extensive revisions to exhibits | 3.20 | 944.00 |
|  | KSW | Coordination of filing and service of sale motion (.4); review and revision of exhibits to same (2.9); preparation of revised notice of hearing (.2) | 3.50 | 420.00 |
|  | ENM | Revisions to schedule of cure amounts | 1.30 | 292.50 |
|  | TLC | Review and revision of sale motion (2.0); review, revision and preparation of exhibits to sale motion (3.5) | 5.50 | 660.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 286.70 | 67,301.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 8
07/14/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:   106458

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 11.30 | $395.00 | $4,463.50 |
| James H. Post | 7.60 | 355.00 | 2,698.00 |
| Cynthia C. Jackson | 125.60 | 295.00 | 37,052.00 |
| Beau Bowin | 4.10 | 190.00 | 779.00 |
| *Tana L. Copeland | 48.00 | 120.00 | 5,760.00 |
| *Kimberly S. Ward | 32.70 | 120.00 | 3,924.00 |
| Eric N. McKay | 46.30 | 225.00 | 10,417.50 |
| **Joy R. Abrisch | 1.90 | 130.00 | 247.00 |
| Leanne McKnight Prendergast | 5.20 | 250.00 | 1,300.00 |
| Elizabeth M. Schule | 4.00 | 165.00 | 660.00 |
| TOTAL | 286.70 | | $67,301.00 |

TOTAL THIS STATEMENT                    $67,301.00

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   106457

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/01/05 | KSW | Review and revision of attachments to motion to establish alternative dispute resolution procedures | 1.20 | 144.00 |
|  | JHP | Preparation of motion to approve claims resolution procedures and related documents | 2.40 | 852.00 |
| 06/02/05 | TLC | Research regarding motions and orders in other liquidation cases regarding the pre-petition claims | 2.00 | 240.00 |
|  | JHP | Preparation of motion to approve claims resolution procedures and telephone call regarding same with Rachel Lamberth | 1.20 | 426.00 |
| 06/03/05 | CCJ | Review and analysis of alternative dispute procedure motion | 1.00 | 295.00 |
|  | KSW | Preparation of notice and agreed order regarding tort/employment claims | 0.50 | 60.00 |
|  | LMP | Research regarding statutory predicates for relief requested in motion for order approving procedures for liquidating personal injury claims | 1.30 | 325.00 |
|  | JHP | Preparation of motion to approve claims resolution procedures | 2.80 | 994.00 |
|  | TLC | Research regarding motions and orders from other cases to liquidate tort claims through alternative dispute resolution | 3.00 | 360.00 |
| 06/06/05 | KSW | Correspondence to attorney for Vicky Lynn McKee regarding personal injury claim (.3); correspondence to Logan and Co. transmitting original proofs of claim (.4) | 0.70 | 84.00 |
|  | SDB | Review proposal for court approval of process to resolve motions for relief from stay for miscellaneous litigation against the debtors | 0.80 | 316.00 |
|  | JHP | Preparation of proposed motion, order regarding claims resolution procedures | 1.80 | 639.00 |
| 06/07/05 | JHP | Preparation of motion and proposed order on claims resolution procedures | 2.40 | 852.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 2
07/14/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   106457

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|            |     |                                                                                                                                                                                                                              | HOURS |          |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 06/10/05   | JHP | Preparation of proposed order and attachments for claims resolution procedures                                                                                                                                                | 3.20  | 1,136.00 |
| 06/12/05   | SDB | Review and revision of draft claims procedure motion proposed by debtors and provide comments to James H. Post                                                                                                                | 1.50  | 592.50   |
| 06/13/05   | SDB | Memorandum to James H. Post regarding proposed claims procedure motion                                                                                                                                                        | 0.40  | 158.00   |
|            | JHP | Preparation of motion and proposed order for claims resolution procedure                                                                                                                                                      | 3.80  | 1,349.00 |
| 06/14/05   | ENM | Preparation of motion to approve litigation claims resolution procedures                                                                                                                                                      | 4.30  | 967.50   |
|            | JHP | Preparation of proposed motion, order and related documents for claims resolution procedure and review of such motions and related documents filed in other large cases                                                       | 2.80  | 994.00   |
| 06/15/05   | ENM | Review of claims resolution procedures (1.4); review of order approving claims resolution procedures (.8)                                                                                                                      | 2.20  | 495.00   |
|            | JHP | Preparation of draft motion to approve claims resolution procedure                                                                                                                                                            | 4.60  | 1,633.00 |
| 06/17/05   | JHP | Revisions to motion for authorization of claims procedure and related documents and e-mail correspondence regarding same with co-counsel                                                                                      | 2.00  | 710.00   |
| 06/20/05   | JHP | Preparation of draft motion to approve claims resolution procedure                                                                                                                                                            | 2.00  | 710.00   |
| 06/21/05   | LMP | Telephone conference with Rachel Lamberth, Jay Castle and Lori Paulsche regarding claims resolution procedures                                                                                                                | 1.80  | 450.00   |
|            | JHP | Preparation and review of e-mail correspondence to working group on claims regarding claims resolution procedure (.8); preparation for and attendance at telephone conference with working group regarding same (2.5); preparation and issuance of proposed timeline and action list regarding same (.8) | 4.10  | 1,455.50 |
| 06/22/05   | JHP | Telephone call with client and co-counsel regarding revisions to proposed timeline for claims resolution procedure and motion regarding same                                                                                  | 2.20  | 781.00   |
| 06/23/05   | JHP | Preparation of revisions to motion for authorization of claims resolution procedure                                                                                                                                           | 2.60  | 923.00   |
| 06/24/05   | ENM | Revision of litigation claim resolution procedures                                                                                                                                                                            | 0.40  | 90.00    |
| 06/27/05   | JHP | Preparation of motion for claims resolution procedure                                                                                                                                                                         | 2.20  | 781.00   |
| 06/28/05   | ENM | Preparation of motion to approve claim reconciliation procedures                                                                                                                                                              | 3.20  | 720.00   |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| JHP | Revision of motion for claims resolution procedure | 1.60 | 568.00 |
| 06/30/05 LMP | Research whether the automatic stay can be extended to prevent judgment creditor from collecting against supersedeas bond | 2.20 | 550.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 68.20 | 20,650.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.70 | $395.00 | $1,066.50 |
| James H. Post | 41.70 | 355.00 | 14,803.50 |
| Cynthia C. Jackson | 1.00 | 295.00 | 295.00 |
| *Tana L. Copeland | 5.00 | 120.00 | 600.00 |
| *Kimberly S. Ward | 2.40 | 120.00 | 288.00 |
| Eric N. McKay | 10.10 | 225.00 | 2,272.50 |
| Leanne McKnight Prendergast | 5.30 | 250.00 | 1,325.00 |
| TOTAL | 68.20 |  | $20,650.50 |

TOTAL THIS STATEMENT                                   $20,650.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:   106455

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

| | | HOURS | |
|---|---|---|---|
| 06/06/05 TLC | Retrieval and organization of the 488 reclamation claims | 4.00 | 480.00 |
| 06/07/05 TLC | Retrieval and organization of the 488 reclamation claims | 6.00 | 720.00 |
| 06/08/05 SDB | Conference with professionals for the debtors' and the creditors' committee regarding resolution of creditors' reclamation claims | 1.30 | 513.50 |
| TLC | Retrieval and organization of the 488 reclamation claims | 7.00 | 840.00 |
| 06/09/05 TLC | Retrieval and organization of the 488 reclamation claims | 6.00 | 720.00 |
| 06/10/05 TLC | Retrieval and organization of the 488 reclamation claims | 3.00 | 360.00 |
| 06/13/05 TLC | Document search regarding the reclamation claim from Wise Foods, Inc. and update of the reclamation claims notebooks | 2.00 | 240.00 |
| 06/16/05 JHP | Telephone call with attorney for reclamation claimant regarding status of reclamation process | 0.20 | 71.00 |
| 06/24/05 JHP | Preparation for June 30, 2005 deadline for service and filing reclamation notices and telephone call regarding same with Kimberly S. Ward | 0.50 | 177.50 |
| 06/30/05 KSW | Electronic filing of notice regarding assertion of specific reclamation defenses (.3); and notices of filing statements of reclamation (2.0); telephone calls and e-mails with Steve Eichel regarding motion to approve stipulation with Trade Vendors (1.2); preparation of revisions to same and related documents (1.0) | 4.50 | 540.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 34.50 | 4,662.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:   106455

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 1.30 | $395.00 | $513.50 |
| James H. Post | 0.70 | 355.00 | 248.50 |
| *Tana L. Copeland | 28.00 | 120.00 | 3,360.00 |
| *Kimberly S. Ward | 4.50 | 120.00 | 540.00 |
| TOTAL | 34.50 | | $4,662.00 |

TOTAL THIS STATEMENT                                     $4,662.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO:  106448

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Insurance

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/08/05 | KSW | E-mail correspondence to Dennis Levine transmitting motion and order regarding automobile liability claims | 0.30 | 36.00 |
|  |  |  | ---- | ----- |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 0.30 | 36.00 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 0.30 | $120.00 | $36.00 |

TOTAL THIS STATEMENT                                      $36.00
                                                         ======

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO:   106447

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/07/05 | SDB | Participate in weekly case management conference with debtor's senior management and advisors | 1.00 | 395.00 |
| 06/14/05 | CCJ | Winn-Dixie conferences regarding case status and strategy and conferences with Stephen D. Busey regarding same | 1.20 | 354.00 |
| 06/21/05 | SDB | Participation in weekly case management conference with Winn-Dixie senior management and advisors | 0.90 | 355.50 |
|  | CCJ | Participation in weekly telephone conference | 0.80 | 236.00 |
| 06/28/05 | SDB | Preparation for and participation in weekly case management call (1.0); telephone conference with the debtor's senior management and advisors (.3); preparation for and telephone call with Jan Baker regarding contingency plan for sale of the company (.2) | 1.50 | 592.50 |
|  | CCJ | Preparation for and participation in weekly strategy call | 0.70 | 206.50 |
|  |  |  | ---- | -------- |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 6.10 | 2,139.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.40 | $395.00 | $1,343.00 |
| Cynthia C. Jackson | 2.70 | 295.00 | 796.50 |
|  | ---- |  | --------- |
| TOTAL | 6.10 |  | $2,139.50 |

TOTAL THIS STATEMENT                                          $2,139.50
                                                             =========

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO:  106446

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  U.S. Trustee Matters

| | | | HOURS | |
|---|---|---|---|---|
| 06/06/05 | CCJ | Review and revision of proposed affidavit (1.0); correspondence to U.S. Trustee regarding same (.2); conference with Rosalie Gray regarding same (.2); correspondence with U.S. Trustee regarding banks (.5) | 1.90 | 560.50 |
| 06/07/05 | KSW | Telephone call with U.S. Trustee's office regarding quarterly fee statements | 0.20 | 24.00 |
| 06/09/05 | CCJ | Revisions to affidavit and conference with Winn-Dixie regarding same (.8); review of correspondence regarding U.S. Trustee's concerns over bid procedures, protections and professionals (.5) | 1.30 | 383.50 |
| 06/17/05 | SDB | Telephone call with Ken Meeker and Elena Escamilla regarding appointment of an Equity Committee | 0.30 | 118.50 |
| 06/22/05 | KSW | Conference with Cynthia C. Jackson regarding quarterly fees (.2); transmittal of revised U.S. Trustee's fee statements for first quarter of 2005 to Jay Castle (.1) | 0.30 | 36.00 |
| | SDB | Review of and memorandum to Elena Escamilla regarding comparative analysis of net book value and market value of selected public retail companies (.5); telephone call with Jan Baker regarding same (.2) | 0.70 | 276.50 |
| 06/23/05 | KSW | Comparison of disbursement reconciliation spreadsheet with U.S. Trustee's fee statements | 0.30 | 36.00 |
| | | | ---- | -------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 5.00 | 1,435.00 |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Page: 2
07/14/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO:   106446

Chapter 11 -  U.S. Trustee Matters

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 1.00 | $395.00 | $395.00 |
| Cynthia C. Jackson | | 3.20 | 295.00 | 944.00 |
| *Kimberly S. Ward | | 0.80 | 120.00 | 96.00 |
| | TOTAL | 5.00 | | $1,435.00 |

TOTAL THIS STATEMENT

$1,435.00
=========

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021671M
STATEMENT NO: 106484

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Real Property)

|            |     |                                                                                                                                                                                                                  | HOURS |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 06/01/05   | ENM | Review of timeline for asset sales (.2); conference with James H. Post and Cynthia C. Jackson regarding asset dispositions (.5)                                                                                  | 0.70  | 157.50 |
| 06/10/05   | EMS | Draft of updated hearing outline for June 16, 2005 omnibus hearing to include objections by Conopco, et al., Prudential Insurance Company, Capstone Advisors, Concord-Fund IV Retail, and Developers Diversified Realty Corp. | 1.70  | 280.50 |
|            | BB  | Review of motion for order authorizing sale of warehouse filed by Skadder                                                                                                                                       | 0.50  | 95.00  |
|            |     | FOR PROFESSIONAL SERVICES RENDERED                                                                                                                                                                              | 2.90  | 533.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL    |
|---------------------|-------|-------------|----------|
| Beau Bowin          | 0.50  | $190.00     | $95.00   |
| Eric N. McKay       | 0.70  | 225.00      | 157.50   |
| Elizabeth M. Schule | 1.70  | 165.00      | 280.50   |
| TOTAL               | 2.90  |             | $533.00  |

TOTAL THIS STATEMENT                                                $533.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:   106444

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/02/05 | CCJ | Preparation for sale hearing (1.2); conference with opposing counsel regarding revisions to order (.9); telephone conference regarding liquidation agents (.5) | 2.60 | 767.00 |
|  | ENM | Review of litigation timeline and proposed procedures for conducting GOB sales (1.6); research regarding Eleventh Circuit procedures for conducting GOB sales (4.2); preparation of motion to approve GOB sales (2.4) | 8.20 | 1,845.00 |
| 06/03/05 | KSW | Electronic filing of certificate of service regarding order authorizing sale of pharmaceuticals | 0.20 | 24.00 |
|  | ENM | Preparation of motion to approve GOB sales (3.9); preparation of order to approve GOB sales (1.0); review of GOB guidelines and agency agreement (1.2) | 6.10 | 1,372.50 |
| 06/04/05 | CCJ | Review and revision of GOB motion (1.3); correspondence with Committee regarding form sale order and revisions to same (1.4) | 2.70 | 796.50 |
| 06/06/05 | ENM | Preparation of motion to retain liquidation agent (2.8); preparation of order approving liquidation agent (1.4) | 4.20 | 945.00 |
|  | CCJ | Conferences with Mike Chlevovec regarding broker motion (.5); review of and reply to correspondence from broker and Skadden Arps regarding same (1.0); revision of sale order and conferences with DIP lender and Xroads regarding same (1.8); revision of sale motion (1.5); revision of GOB motion and liquidation (2.3) | 7.10 | 2,094.50 |
| 06/07/05 | JHP | Review of revisions to going out of business motion (.4); review of motion to retain liquidation agent (.4); telephone call with Keith Daws regarding Mississippi store (.3) | 1.10 | 390.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (Inventory)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | ENM | Research regarding state consumer protection laws in Georgia, Florida, Alabama, Mississippi, North Carolina, South Carolina, Louisiana and Texas | 4.80 | 1,080.00 |
| 06/09/05 | CCJ | Review and extensive revision of liquidation documents and pleadings (2.8); conference with DIP regarding same (.4) | 3.20 | 944.00 |
| 06/10/05 | CCJ | Preparation of agency motion | 2.80 | 826.00 |
| 06/11/05 | CCJ | Preparation of motion to approve agency and liquidation sales (2.5); legal research regarding same (1.4); conferences with King & Spalding and with Xroads regarding same (1.8); received and replied to correspondence regarding same and from landlords regarding bidding (1.0); revisions to sale motion and conference with Stephen D. Busey regarding same (2.0) | 8.70 | 2,566.50 |
| 06/14/05 | CCJ | Preparation of motion to approve GOB and agency (2.0); revisions to bidding procedures and conferences with landlords, DIP, Committee and Xroads regarding same (3.8) | 5.80 | 1,711.00 |
| 06/20/05 | CCJ | Preparation of motion to liquidate and retain agent | 1.80 | 531.00 |
| 06/21/05 | CCJ | Receive comments on proposed sale motion and revisions to same | 1.60 | 472.00 |
| 06/22/05 | CCJ | Revision of motion to approve agency and liquidation (1.6); review and analysis of correspondence from Xroads regarding sale of pharmacy inventory and conference regarding same (1.5) revision of broker motion (1.0); correspondence to Skadden Arps regarding same (.3); conference with Beau Bowin regarding legal research on same (.4) | 4.80 | 1,416.00 |
|  | ENM | Preparation of motion to approve pharmacy store sales | 5.30 | 1,192.50 |
|  | SDB | Review of memorandum from Holly Etlin regarding need for a motion for sale of prescriptions and pharmaceuticals and conference with Cynthia C. Jackson regarding preparation of the motion | 0.60 | 237.00 |
| 06/23/05 | CCJ | Revisions to liquidation motion and correspondence regarding same (2.3); correspondence and conferences regarding pharmacy motion (1.3); revision of broker motion and conference with Mike Chlebovec regarding same (1.2) | 4.80 | 1,416.00 |
|  | JHP | Review of and suggested revisions to proposed GOB motion | 0.50 | 177.50 |
| 06/24/05 | SDB | Review of and comment on Winn-Dixie's draft motion for authority to hire a liquidating agent and to sell inventory in stores that the Debtors are closing | 0.90 | 355.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (Inventory)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | CCJ | Revisions to liquidation motion and correspondence regarding same (.9); revision of GOB motion and correspondence regarding same (2.0); revision of pharmacy motion and correspondence regarding same (1.1) | 4.00 | 1,180.00 |
| 06/25/05 | CCJ | Revision of motion to sell, motion for going out of business sales (2.0); preparation of order on going out of business sales (1.3); preparation of order on pharmacy sales (1.0); revision to pharmacy motion (.8); correspondence and conferences regarding KERP, regarding pharmacy sale (1.0) | 6.10 | 1,799.50 |
| 06/26/05 | CCJ | Conference calls regarding status of bids (1.0); correspondence regarding estoppel issue (.5); regarding pharmacy issues (.6); and owned stores (.5); revisions to exhibits (2.0); revisions to pharmaceutical motion and preparation of GOB and pharmaceutical order (2.0) | 6.60 | 1,947.00 |
| 06/27/05 | SDB | Review and revision of draft Winn-Dixie motion to sell pharmaceutical assets | 0.90 | 355.50 |
|  | ENM | Preparation of schedule for pharmacy sales | 2.00 | 450.00 |
|  | MRW | Conference with Cynthia C. Jackson regarding notice of requirements for the transfer of pharmaceutical assets (.2); research regarding notice of requirements for transfer of prescriptions (5.0) | 5.20 | 676.00 |
|  | EMS | Legal research regarding transfer of prescription files pursuant to Florida, Georgia, Tennessee, and South Carolina administrative codes | 1.70 | 280.50 |
| 06/28/05 | KSW | Review and revision of pharmaceutical sale assets motion | 0.90 | 108.00 |
|  | MRW | Research regarding notice requirements for sale of pharmaceutical assets | 0.90 | 117.00 |
|  | EMS | Conference with Meghan R. Wojeski regarding legal research regarding notice requirements upon closing of a pharmacy (.2); research regarding notice of procedures upon sale of assets outside ordinary course of business (2.8) | 3.00 | 495.00 |
|  | CCJ | Revisions to pharmacy motion and order and enterprise motion (2.0); preparation of GOB order (.9) | 2.90 | 855.50 |
| 06/29/05 | KSW | Review and revision of pharmaceutical asset sale motion (1.2); shepardizing of cases cited in same (.6); review and revision of motion to sell merchandise free and clear of liens through store closing sales and to retain liquidation agent (.6); shepardizing of cases cited in same (.6) | 3.00 | 360.00 |
|  | ENM | Preparation of motion to approve agent for equipment sales (5.1); preparation of order to approve agent for equipment sales (2.4); preparation of schedule of cure amounts (1.4) | 8.90 | 2,002.50 |

LAW OFFICES

# Sмiтн Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (Inventory)

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Preparation of GOB motion (1.3); revise pharmaceutical motion (1.2); preparation of notices regarding all of above and conferences with Xroads and Winn-Dixie regarding strategy for same (1.9) | 4.40 | 1,298.00 |
| 06/30/05 KSW | Preparation of notice of hearing regarding pharmaceutical asset sale motion (.2); review and revision of motion to sell merchandise free and clear of liens and retain liquidation agent (1.1); preparation of notice of hearing regarding same (.2) | 1.50 | 180.00 |
| TLC | Review and revision of pharmaceutical motion (1.0); review, revision and preparation of exhibits (1.0) | 2.00 | 240.00 |
| CCJ | Preparation of motion to sell pharmaceutical assets (1.8); and for GOBs (2.5); revisions to pharmacy agreement (1.0); revisions to GOB order and negotiations regarding same (1.4) conferences with Committee (.6); with DIP Lender (1.0); with landlords (.9) | 9.20 | 2,714.00 |

FOR PROFESSIONAL SERVICES RENDERED                  141.00  36,218.50

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.40 | $395.00 | $948.00 |
| James H. Post | 1.60 | 355.00 | 568.00 |
| Cynthia C. Jackson | 79.10 | 295.00 | 23,334.50 |
| **Meghan R. Wojeski | 6.10 | 130.00 | 793.00 |
| *Tana L. Copeland | 2.00 | 120.00 | 240.00 |
| *Kimberly S. Ward | 5.60 | 120.00 | 672.00 |
| Eric N. McKay | 39.50 | 225.00 | 8,887.50 |
| Elizabeth M. Schule | 4.70 | 165.00 | 775.50 |
| TOTAL | 141.00 |  | $36,218.50 |

TOTAL THIS STATEMENT                                          $36,218.50

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
07/14/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:  106460

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/01/05 | EMS | Revision of hearing outline for June 2, 2005 hearing regarding debtors' motion for order authorizing rejection of executory contracts and unexpired leases | 0.40 | 66.00 |
|  | BB | Review of assignment of lease between Winn-Dixie, Rhodes, and Sun Bank, N.A. (.5); review of agreement as to assignment of lease (.4); review of Rhodes bankruptcy case to determine status of Rhodes time period to assume or reject lease (.5); review of Rhodes motion to extend time to assume or reject and order granting motion (.4) | 1.80 | 342.00 |
| 06/09/05 | EMS | Review of list of Winn-Dixie stores to be auctioned to determine whether any Victory stores are included | 0.60 | 99.00 |
|  | BB | Conference with David M. Applegate regarding Rhodes/Winn-Dixie sublease and each parties' rejection rights (.1); research case law regarding status of prime lease when sublease is rejected because either a debtor-landlord or a debtor-tenant (.7); review of Rhodes bankruptcy docket, specifically numerous motions to compel payment of post-petition rent, memoranda in support thereof, and order regarding motion (2.0) | 2.80 | 532.00 |
| 06/10/05 | CCJ | Preparation for Garden Park Plaza's objection (1.3); revisions to reply (1.6) | 2.90 | 855.50 |
|  | KSW | Electronic filing and service of motion to reject lease with American KB Properties I, Limited Partnership and notice of hearing thereon | 0.80 | 96.00 |
|  | BB | Research regarding the effect of rejection of sublease, by either subleasor or sublessee, on the prime lease and determination of the rights and duties of the parties' post rejection | 3.00 | 570.00 |
| 06/12/05 | SDB | Review and revision of memorandum of law in opposition to Garden Park Plaza's objection to the debtors' motion to extend its time to assume or |  |  |

LAW OFFICES

# Smith Hulsey & Busey

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  | | HOURS | |
|---|---|---|---|
| | reject leases (1.2); provide comments to Cynthia C. Jackson (.3) | 1.50 | 592.50 |
| 06/13/05 LMP | Research regarding whether insurance premiums billed to the debtor prepetition as additional rent but due postpetition must be paid pursuant to 365(d)(3) (1.1); preparation of reply to Gardens Park Plaza's objection to motion for extension of time to assume or reject leases (3.3) | 4.40 | 1,100.00 |
| SDB | Preparation for hearing on Garden Park Plaza's objection to debtors' motion to extend time to accept or reject leases | 0.90 | 355.50 |
| KSW | Revisions to reply to Gardens Park Plaza's objection to motion to extend time to assume or reject unexpired leases (.3); electronic filing and service of same (.4); preparation of conferences regarding motion to reject lease with American KB Properties I, Limited Partnership and notice of hearing thereon (.3); electronic filing of same (.2) | 1.20 | 144.00 |
| EMS | Research regarding adequate assurance of future performance for a landlord when assigning a lease in bankruptcy | 3.90 | 643.50 |
| BB | Research regarding rejection of executory sub-leases and its impact on the prime/master lease | 1.70 | 323.00 |
| 06/14/05 ENM | Research regarding ability of debtor to assume and assign non-residential leases not withstanding lease provisions that restrict use of premises | 4.60 | 1,035.00 |
| 06/15/05 LMP | Preparation of proposed order overruling Gardens Park Plaza's objection to motion for extension of time to assume or reject leases | 1.60 | 400.00 |
| EMS | Research regarding adequate assurance of future performance for a landlord when assigning a lease in bankruptcy (1.5); draft of updated hearing outline regarding Gardens Park Plaza's objection to debtors' motion to extend time to assume or reject unexpired leases (.8); update of June 16, 2005 omnibus files to include May 6, 2005 order granting extension of time to assume or reject unexpired leases (.5) | 2.80 | 462.00 |
| 06/16/05 LMP | Research regarding assumption of executory contracts | 0.90 | 225.00 |
| 06/20/05 DMA | Research regarding additional rent obligations under 365(d)(3) | 4.80 | 624.00 |
| 06/22/05 KSW | Electronic filing of proposed agreed order overruling Garden Park Plaza's objection to motion to extend time to assure or reject leases | 0.20 | 24.00 |
| EMS | Draft of hearing outline for debtors' motion for order to authorize rejection of non-residential real property lease with American KB Properties I, Limited Partnership (1.0); draft of hearing outline for debtors' motion to reject non-residential lease with Pewter Partner agreement (1.0); conference | | |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
|  |  | with Thomas G. Wilson, III and Beau Bowin regarding legal research on debtors' motion to employ professionals nunc pro tunc (.5) |  | 2.50 | 412.50 |
| 06/23/05 | KSW | Preparation for conferences regarding agreed order overruling Gardens Park Plaza's objection to motion to extend time to assure or reject unexpired non-residential real property leases (.3); electronic filing of same (.2) |  | 0.50 | 60.00 |
| 06/24/05 | EMS | Review of case docket to determine if any objections had been filed to debtors' motion for order authorizing rejection of American KB Properties I, Limited Partnership's real property lease |  | 0.30 | 49.50 |
| 06/27/05 | EMS | Draft of updated hearing outline regarding debtors' motion to reject non-residential real property lease with American KB Properties I, Limited Partnership |  | 0.60 | 99.00 |
| 06/30/05 | SDB | Preparation for and attendance at hearing on the debtors' motion to reject KB's lease of its Madison, North Carolina store |  | 1.20 | 474.00 |
|  | KSW | Preparation for and service of order on motion to reject lease with American KB Properties I, Limited Partnership (.4); preparation of certificate of service regarding same (.2); electronic filing of certificate of service (.2); electronic filing of motion for order authorizing retroactive rejections of real property leases and abandonment of related personal property (.2); and notice of hearing thereon (.2) |  | 1.20 | 144.00 |
|  | EMS | Review of proposed order for debtors' motion to reject lease with American KB Properties I, Limited Partnership |  | 0.30 | 49.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED |  | 47.40 | 9,777.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.60 | $395.00 | $1,422.00 |
| Cynthia C. Jackson | 2.90 | 295.00 | 855.50 |
| Beau Bowin | 9.30 | 190.00 | 1,767.00 |
| **David M. Applegate | 4.80 | 130.00 | 624.00 |
| *Kimberly S. Ward | 3.90 | 120.00 | 468.00 |
| Eric N. McKay | 4.60 | 225.00 | 1,035.00 |
| Leanne McKnight Prendergast | 6.90 | 250.00 | 1,725.00 |
| Elizabeth M. Schule | 11.40 | 165.00 | 1,881.00 |
| TOTAL | 47.40 |  | $9,777.50 |

TOTAL THIS STATEMENT                                        $9,777.50
                                                          =========

*Legal Assistant
**Summer Associate

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
07/14/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO:  106465

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating | 239.40 |
| Telephone | 2,943.81 |
| Westlaw | 1,568.48 |
| Facsimile Transmission | 6.00 |
| Outside Document Duplicating Service | 42.19 |
| Express Mail | 59.56 |
| Certified Copies | 40.00 |
| | -------- |
| TOTAL COSTS THRU 06/30/05 | 4,899.44 |
| | |
| TOTAL THIS STATEMENT | $4,899.44 |
| | ======== |