LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Page: 5
09/12/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   108172

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/25/05 | LMP | Research regarding whether a creditor holding a disputed claim may vote on Chapter 11 plan without first complying with Rule 3018 | 5.10 | 1,275.00 |
|  | JHP | Review of claims analysis prepared by Logan & Company (.4); review of objections filed by U.S. Trustee, Committee and all others to claims resolution motion and preparation for September 1, 2005 hearing (.8) | 1.20 | 426.00 |
| 08/26/05 | JHP | Review of objections filed to proposed claims resolution motion including U.S. Trustee, Committee and others and preparation for September 1, 2005 hearing regarding same (1.6); preparation for September 1, 2005 hearing on motion to approve omnibus objections procedures (.6) | 2.20 | 781.00 |
|  | KSW | Preparation of supplemental certificate of service regarding motion to establish claims resolution procedure (.3); electronic filing of same (.2) | 0.50 | 60.00 |
|  | LMP | Research regarding whether creditor holding a disputed claim must comply with Rule 3018 in order to vote on Chapter 11 plan | 2.10 | 525.00 |
|  | ENM | Research regarding authority of debtors to settle and pay pre-petition litigation claims | 4.10 | 984.00 |
| 08/29/05 | JHP | Preparation for September 1, 2005 hearing on debtors' claims resolution motion (2.2); e-mail and conferences regarding same with co-counsel and client (1.2); telephone call regarding same with U.S. Trustee counsel (.5); review of legal research regarding same (.8) | 4.70 | 1,668.50 |
|  | SDB | Preparation for the September 1, 2005 hearing on the debtors' claims' resolution procedure motion | 1.30 | 513.50 |
|  | ENM | Telephone conference with James H. Post, Jay Castle regarding payment of settled litigation claims in case (1.0); research regarding authority for debtors to pay settled claims in cash (4.3); research regarding precedent from bankruptcy court authorizing cash settlement payments (1.6) | 6.90 | 1,656.00 |
| 08/30/05 | EMS | Preparation for hearing on debtors' motion to approve omnibus claims objections | 0.70 | 133.00 |
|  | ENM | Preparation of claims resolution procedures (6.2); research applicability of section 505 of the Bankruptcy Code to stay audit by the Internal Revenue Service (1.7) | 7.90 | 1,896.00 |
|  | SDB | Telephone call with Jay Castle and other preparation for September 1, 2005 hearing on the debtors' claims resolution procedure motion and the Creditors Committee's and UST's objections | 0.80 | 316.00 |
|  | KSW | Preparation of hearing notebooks regarding motion to establish claims resolution procedures (.4); and motion regarding omnibus claims objections (.3) | 0.70 | 84.00 |
|  | JHP | Preparation for September 1, 2005 hearing on claims resolution motion and telephone calls regarding same with attorneys for U.S. Trustee, Creditors Committee and certain creditors regarding the resolution of objections (2.4); revisions to |  |  |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| | proposed order and procedures based upon objections, including telephone calls with client and co-counsel regarding same (1.8); preparation for September 1, 2005 hearing on omnibus claim objection procedures (1.4); telephone call with attorney for objecting creditors and preparation of revisions based upon objections, including telephone calls with client and co-counsel regarding same (.8) | 6.40 | 2,272.00 |
| 08/31/05 ENM | Preparation for hearing on claim resolution procedures (4.3); research law on authorization for debtors to make cash settlement payments (1.4); preparation of hearing outline for claims resolution procedures (1.1) | 6.80 | 1,632.00 |
| SDB | Telephone call with Elena Escamilla regarding the debtors' claims resolution procedure motion (.3); preparation for September 1, 2005 hearing on the motion (.3) | 0.60 | 237.00 |
| KSW | Updated hearing notebook regarding motion to establish claims resolution procedures | 0.40 | 48.00 |
| JHP | Preparation for September 1, 2005 hearing on claims resolution motion, including telephone calls regarding same with attorneys for U.S. Trustee and certain creditors regarding resolution of objections (2.4); revisions to proposed order and procedures based upon discussions for resolution, including conference and telephone calls regarding same with client and co-counsel (2.6); preparation for September 1, 2005 hearing on omnibus claims objections and telephone calls and e-mail with attorneys for objecting creditors (1.2) | 6.20 | 2,201.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 140.50 | 40,718.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 3.50 | $395.00 | $1,382.50 |
| James H. Post | 60.80 | 355.00 | 21,584.00 |
| *Tana L. Copeland | 0.50 | 120.00 | 60.00 |
| *Kimberly S. Ward | 4.80 | 120.00 | 576.00 |
| Eric N. McKay | 56.70 | 240.00 | 13,608.00 |
| Leanne McKnight Prendergast | 13.50 | 250.00 | 3,375.00 |
| Elizabeth M. Schule | 0.70 | 190.00 | 133.00 |
| TOTAL | 140.50 | | $40,718.50 |

TOTAL THIS STATEMENT                          $40,718.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021677M
STATEMENT NO:   108161

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (PACA/PASA)

| | | | HOURS | |
|---|---|---|---|---|
| 08/08/05 | SDB | Review of debtors' motion to determine Old Dixie's PACA motion and preparation for August 18, 2005 hearing on the debtors' motion | 1.10 | 434.50 |
| 08/15/05 | SDB | Preparation for August 18, 2005 hearing on Old Dixie PACA issues | 0.70 | 276.50 |
| | EMS | Updated omnibus hearing file for PACA motion | 0.60 | 114.00 |
| 08/16/05 | SDB | Review of briefs and case law regarding Old Dixie's PACA claim and objection to the debtors' PACA resolution report | 1.70 | 671.50 |
| | CCJ | Preparation for PACA hearing and conference with Sally Henry regarding same | 2.10 | 619.50 |
| 08/17/05 | SDB | Preparation for hearing on August 18, 2005 on Old Dixie's PACA claim, including reading case law, preparing exhibits and outlining argument | 2.80 | 1,106.00 |
| | TLC | Review of Old Dixie PACA invoices for any claim that falls under 30 days (1.5); preparation of notebook regarding same (1.0) | 2.50 | 300.00 |
| | CCJ | Legal research regarding PACA and extensive preparation for August 18, 2005 hearing on same | 6.50 | 1,917.50 |
| | EMS | Updated file for omnibus hearing for motion for determination of Old Dixie's claim under PACA | 0.20 | 38.00 |
| 08/18/05 | SDB | Review of Old Dixie invoices, Xroads spreadsheets and case law (.7); preparation of notebooks for authorities of the court and opposing counsel (.3); and other preparation for and attendance at hearing on Winn-Dixie's motion to determine Old Dixie's PACA claim (3.3) | 4.30 | 1,698.50 |
| | TLC | Review and analysis of Old Dixie PACA invoices to determine which ones fall under 30 days | 3.50 | 420.00 |
| | CCJ | Preparation for hearing on motion to determine objection regarding Old Dixie and legal research regarding same | 3.40 | 1,003.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Page: 2
09/12/2005
ACCOUNT NO: 10163-021677M
STATEMENT NO:   108161

Chapter 11 - Claims Admin. (PACA/PASA)

|  |  | HOURS |  |
|---|---|---|---|
| KSW | Preparation for hearing regarding motion for determination of Old Dixie Produce and Packaging, Inc.'s PACA claim including calculation of invoices | 3.20 | 384.00 |
| EMS | Preparation of case law for motion for determination of Old Dixie's PACA claim | 3.20 | 608.00 |
| 08/22/05 CCJ | Review of PACA order | 0.80 | 236.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 36.60 | 9,827.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 10.60 | $395.00 | $4,187.00 |
| Cynthia C. Jackson | 12.80 | 295.00 | 3,776.00 |
| *Tana L. Copeland | 6.00 | 120.00 | 720.00 |
| *Kimberly S. Ward | 3.20 | 120.00 | 384.00 |
| Elizabeth M. Schule | 4.00 | 190.00 | 760.00 |
| TOTAL | 36.60 | | $9,827.00 |

TOTAL THIS STATEMENT                                    $9,827.00
                                                       =========

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville FL 32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

Page: 1
09/12/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:  108160

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/05 | JHP | Preparation and issuance of amended order approving reclamation stipulation (.5); review of Peace River settlement offer (.2) | 0.70 | 248.50 |
|  | KSW | Preparation of order correcting order dated July 29, 2005 regarding stipulation with trade vendors regarding reclamation claims (.8); electronic filing of same (.2) | 1.00 | 120.00 |
| 08/05/05 | JHP | E-mail and telephone calls with attorneys representing reclamation creditors regarding claim resolution | 0.40 | 142.00 |
| 08/10/05 | KSW | Electronic filing of certificate of service regarding order amending order dated August 2, 2005 correcting order dated July 29, 2005 to attach stipulation between debtors and certain trade vendors regarding reconciliation and treatment of trade vendor's reclamation claims | 0.20 | 24.00 |
| 08/12/05 | LMP | Research, analysis and comparison of three reclamation orders | 0.80 | 200.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 3.10 | 734.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 1.10 | $355.00 | $390.50 |
| *Kimberly S. Ward | 1.20 | 120.00 | 144.00 |
| Leanne McKnight Prendergast | 0.80 | 250.00 | 200.00 |
| TOTAL | 3.10 |  | $734.50 |

TOTAL THIS STATEMENT                    $734.50

---

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO:  108164

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/02/05 | SDB | Conference with the debtors' senior management, other preparation for and attendance at the debtors' meeting with the Creditors Committee at Milbank Tweed in New York City regarding the debtors' sale of assets, overhead restructuring, operational initiatives and recent operating results | 6.80 | 2,686.00 |
| 08/16/05 | SDB | Telephone conference with Larry Appel and Jan Baker regarding the debtors' response to the U.S. Trustee's appointment of an Equity Committee (.4); communications with U.S. Trustee regarding appointment of an Equity Committee (.2) | 0.60 | 237.00 |
| 08/18/05 | SDB | Memorandum to Larry Appel, Jan Baker and Kathie Lussier regarding company comment on U.S. Trustee's appointment of an Equity Committee (.6); conference with Kathie Lussier regarding same (.2) | 0.80 | 316.00 |
| 08/19/05 | SDB | Telephone conference with Larry Appel and Jan Baker regarding the Creditors Committee challenge to the appointment of the Equity Committee and related issues (.5); memoranda with Larry Appel and Jan Baker regarding the Committee's preparation and timing (.6) | 1.10 | 434.50 |
| 08/22/05 | SDB | Preparation for and telephone conference with the debtors' senior management and senior advisors regarding the Creditors Committee challenge to the U.S. Trustee's appointment of an Equity Committee (.8); telephone call with Jay Skelton regarding same (.4); telephone call with Jan Baker regarding communications with the Creditors Committee (.3); review of correspondence regarding the Equity Committee (.4) | 1.90 | 750.50 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/23/05 | SDB | Preparation for and attendance at conference with Jay Skelton and Jan Baker regarding management of the Creditors Committee challenge to the Equity Committee (.7); telephone call with Jan Baker regarding communications with the Creditors Committee and the U.S. Trustee (.3); telephone call with Larry Appel regarding same (.3); preparation for anticipated discovery on the issue (.4) | 1.70 | 671.50 |
| 08/26/05 | SDB | Review and revision of draft joint motion to maintain under seal pleadings and evidence regarding the Creditors Committee challenge to the Equity Committee and memorandum to David Turetsky and others regarding same | 1.40 | 553.00 |
| 08/29/05 | SDB | Telephone call with Matt Barr regarding the draft joint motion (.2); memorandum to David Turetsky regarding same (.2); telephone call with Jan Baker (.1) | 0.50 | 197.50 |
| 08/30/05 | SDB | Provide comments on the debtors' draft motion to conduct proceedings challenging the Equity Committee | 0.50 | 197.50 |
| 08/31/05 | SDB | Review of Creditors Committee motion to file motion under seal (.3); review of debtors' motion to conduct the proceedings under seal (.3); conference with Jan Baker regarding same (.2); telephone call with Jay Crystal regarding same (.2); telephone call with Elena Escamilla regarding the motion (.4) | 1.40 | 553.00 |
|  | KSW | Electronic filing of motion regarding filing under seal of pleadings related to appointment of Equity Committee (.4); and notice of hearing thereon (.2) | 0.60 | 72.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 17.30 | 6,668.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 16.70 | $395.00 | $6,596.50 |
| *Kimberly S. Ward | 0.60 | 120.00 | 72.00 |
| TOTAL | 17.30 |  | $6,668.50 |

TOTAL THIS STATEMENT                                         $6,668.50

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
09/12/2005
ACCOUNT NO: 10163-021683M
STATEMENT NO:  108162

ATTN: Larry Appel, Esq.

Chapter 11 - Environmental Matters

| Date | | | | HOURS | |
|---|---|---|---|---|---|
| 08/12/05 | TES | Conference with Cynthia C. Jackson regarding freon (.2); research regarding same (.8) | | 1.00 | 355.00 |
| 08/15/05 | TES | Research regarding abandonment of freon (2.0); preparation of memorandum to Cynthia C. Jackson regarding same (.5) | | 2.50 | 887.50 |
| 08/16/05 | TES | Research regarding USEPA regulations regarding abandonment of refrigeration equipment, hazardous waste rules regarding freon, freon sales and abandonment | | 3.00 | 1,065.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | | ---- 6.50 | -------- 2,307.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tim E. Sleeth | 6.50 | $355.00 | $2,307.50 |

TOTAL THIS STATEMENT                              $2,307.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:  108169

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/05 | JHP | Preparation of revisions to motion to reject contract with Panasonic | 0.80 | 284.00 |
| 08/02/05 | SDB | Review of Heritage Mint's motion to compel the debtors to assume or reject Heritage Mint's contract (.4); preparation for August 4, 2005 hearing on the motion (.5) | 0.90 | 355.50 |
| 08/03/05 | EMS | Draft of hearing outline regarding motion by Heritage Mint to shorten time for debtors to assume or reject executory contracts | 0.40 | 76.00 |
| 08/04/05 | CCJ | Preparation for and representation of debtors at hearings on Heritage Mint's motion to assume or reject and motion for retroactive rejection | 1.80 | 531.00 |
| 08/05/05 | KSW | Electronic filing of certificate of service regarding motion to reject executory contracts effective as of August 8, 2005 | 0.20 | 24.00 |
| 08/10/05 | KSW | Electronic filing of certificate of service regarding order authorizing rejection of executory contract effective as of July 14, 2005 | 0.30 | 36.00 |
|  | CCJ | Review and revision of memorandum regarding Rhodes lease (1.8); review and extensive revision of Penman Plaza objection and conferences regarding same (1.5); review and analysis of cure correspondence and pleadings and response to same (2.0); preparation of correspondence in response to termination notice (.9); legal research regarding cause under 365(d)(3) (1.4) | 7.60 | 2,242.00 |
| 08/11/05 | KSW | Preparation of certificate of service regarding motion to approve settlement with Heritage Mint (.1); and electronic filing of same (.2) | 0.30 | 36.00 |
| 08/12/05 | EMS | Draft of hearing outline for debtors' motion to reject executory contracts as of August 18, 2005 | 0.30 | 57.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/16/05 | SDB | Review of motion notice and proposed order and preparation for August 18, 2005 hearing on the debtors' motion to reject executory contracts (.7); preparation for Heritage Mint's motion to shorten time for the debtors to assume or reject Heritage Mint's executory contract (.4) | 1.10 | 434.50 |
| 08/22/05 | SDB | Telephone call with Paul Singerman regarding the debtors' leases with Computer Leasing Company and issues regarding the debtors' assertion that they are financing transactions | 0.40 | 158.00 |
| 08/23/05 | KSW | Electronic filing of certificate of service regarding order authorizing rejection of executory contracts effective as of August 18, 2005 | 0.20 | 24.00 |
| 08/25/05 | SDB | Review of Computer Leasing Company's motion to compel Winn-Dixie to assume or reject lease of point of sale equipment (.4); review of Computer Leasing Company's motion to compel Winn-Dixie to stay administrative expense (.3); review of memoranda from Larry Appel, Jan Baker, Rosalie Gray and others regarding Computer Leasing Company's motions (.5); telephone call with Jan Baker regarding Computer Leasing Company's motions and Winn-Dixie's defenses (.4); preparation for and telephone conference with Rosalie Gray and Jane Leamy regarding same and procedural avenues to challenge Computer Leasing Company's excessive lease changes (.5) | 2.10 | 829.50 |
|  | KSW | Preparation of proposed order on motion to approve settlement with Heritage Mint (.4); electronic filing of same (.3) | 0.70 | 84.00 |
| 08/26/05 | SDB | Conference with Jay Castle regarding Computer Leasing Company's motions and the design of an adversary proceeding challenging Computer Leasing Company's lease | 1.20 | 474.00 |
|  | KSW | Service of order granting motion to approve settlement with Heritage Mint (.4); preparation of certificate of service regarding same (.2); electronic filing of certificate of service (.2) | 0.80 | 96.00 |
| 08/29/05 | SDB | Telephone conferences with Holly Etlin and Beau Bowin regarding Xroads investigation into Computer Leasing Company's lease (.6); review of Craig Boucher's financial analysis (.4); two telephone conferences with Rosalie Gray and Jane Leamy regarding defenses to Computer Leasing Company's motions and alternative courses of action available to Winn-Dixie (.6); analysis of theories of action for Winn-Dixie to avoid the Company Leasing Company's lease (.8); telephone call with Paul Singerman, counsel for Computer Leasing Company, regarding the September 8, 2005 hearing on Computer Leasing Company's motions and related issues (.4) | 2.80 | 1,106.00 |

LAW OFFICES

## SMITH & HULSEY

Page: 3
09/12/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:  108169

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  | HOURS |  |
|---|---|---|---|
| BB | Conference with Stephen D. Busey regarding Computer Leasing Company's equipment lease (.5); conference with Stephen D. Busey and Holly Etlin regarding Computer Leasing Company's equipment lease (.5); research of case law regarding FT as it pertains to rental payments under equipment lease (8.0) | 9.00 | 1,845.00 |
| 08/30/05 SDB | Communications with Xroads regarding Winn-Dixie performance under the Computer Leasing Company's lease (.4); review of applicable case law (.3); preparation for and telephone call with Paul Singerman regarding hearing on Computer Leasing Company's motions, Winn-Dixie's adversary proceeding to avoid the lease and settlement parameters (.6) | 1.30 | 513.50 |
| BB | Telephone conference with Stephen D. Busey and Paul Singerman regarding Computer Leasing Company's lease (.5); research of case law for alternate theories for avoiding liability under Computer Leasing Company's lease agreement (7.7) | 8.20 | 1,681.00 |
| 08/31/05 SDB | Telephone call with Paul Singerman regarding Commercial Leasing Company's requirements for continuance of September 8, 2005 hearing (.5); memoranda from Paul Singerman (.1); memorandum to Holly Etlin and Cynthia C. Jackson regarding substantial issues raised by Computer Leasing Company (.4); memorandum to Beau Bowin and preparation of a motion for continuance because of witness unavailability (.2); telephone call with Jay Crystal regarding these issues (.2) | 1.40 | 553.00 |
| BB | Review of motion to compel Winn-Dixie to assume or reject Computer Leasing Company's lease and Southern District of New York's order establishing notice procedures in preparation for drafting motion for continuance (.5); research of alternate theories for avoiding Computer Leasing Company's lease agreement (3.2) | 3.70 | 758.50 |
|  | FOR PROFESSIONAL SERVICES RENDERED |  45.50 | 12,198.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 11.20 | $395.00 | $4,424.00 |
| James H. Post | 0.80 | 355.00 | 284.00 |
| Cynthia C. Jackson | 9.40 | 295.00 | 2,773.00 |
| Beau Bowin | 20.90 | 205.00 | 4,284.50 |
| *Kimberly S. Ward | 2.50 | 120.00 | 300.00 |
| Elizabeth M. Schule | 0.70 | 190.00 | 133.00 |
| TOTAL | 45.50 |  | $12,198.50 |

TOTAL THIS STATEMENT                                    $12,198.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
09/12/2005
ACCOUNT NO: 10163-021668M
STATEMENT NO:  108171

ATTN: Larry Appel, Esq.

Chapter 11 - General Corporate Advice

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/29/05 | PTD | Preparation of memorandum to Cynthia C. Jackson regarding audit opinion letter | 0.30 | 37.50 |
| 08/11/05 | SDB | Preparation for and attendance at Board of Directors meeting at Winn-Dixie headquarters in Jacksonville (5.2); conference with Larry Appel and Jan Baker regarding corporate governance issues (.6) | 5.80 | 2,291.00 |
|  | PTD | Preparation of e-mails and telephone calls regarding memorandum to obtain information regarding audit opinion letter; delivery of original memorandum and copy of audit opinion request letter to Cynthia C. Jackson | 0.60 | 75.00 |
| 08/12/05 | PTD | Preparation of e-mail to Cathleen Cooke requesting timekeeper list for the audit opinion letter | 0.20 | 25.00 |
| 08/23/05 | PTD | Telephone calls with outstanding request memorandum distribution regarding audit opinion letter reports | 0.40 | 50.00 |
| 08/24/05 | PTD | Conference with Beau Bowin regarding loss reports | 0.20 | 25.00 |
| 08/26/05 | CCJ | Preparation of response for audit opinion letter and conferences with Stephen D. Busey regarding same | 1.20 | 354.00 |
|  | PTD | Telephone call with Cynthia C. Jackson and conference with John R. Smith, Jr. regarding report; research regarding audit opinion files for sample report formats for bankruptcy clients | 0.70 | 87.50 |
| 08/30/05 | JRS | Review description for audit opinion | 0.30 | 106.50 |
| 08/31/05 | PTD | Review and revision of audit opinion letter per comments from Stephen D. Busey and reports from Cynthia C. Jackson and James H. Post; conference with Mellissa Moyers and Julie Merante in accounting |  |  |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

ACCOUNT NO: 10163-021668M
STATEMENT NO:  108171

Chapter 11 - General Corporate Advice

|  | HOURS |  |
|---|---|---|
| to confirm status of legal fees and expenses; review and revision of audit opinion letter per comments from John R. Smith, Jr.; preparation of e-mails to Stephen D. Busey and Cynthia C. Jackson | 0.80 | 100.00 |
| JRS Review and revision of description for audit opinion and conferences with Patrice T. De Wees regarding same | 0.50 | 177.50 |
| FOR PROFESSIONAL SERVICES RENDERED | 11.00 | 3,329.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Stephen D. Busey | | 5.80 | $395.00 | $2,291.00 |
| John R. Smith, Jr. | | 0.80 | 355.00 | 284.00 |
| Cynthia C. Jackson | | 1.20 | 295.00 | 354.00 |
| *Patrice T. De Wees | | 3.20 | 125.00 | 400.00 |
| | TOTAL | 11.00 | | $3,329.00 |

TOTAL THIS STATEMENT  $3,329.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Insurance

Page: 1
09/12/2005
ACCOUNT NO: 10163-021685M
STATEMENT NO:  108174

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/03/05 | SDB | Review of the debtors' motion to approve renewal of the debtors' worker's compensation, automobile and casualty insurance programs and preparation for August 4, 2005 hearing on the motion | 0.90 | 355.50 |
| 08/04/05 | SDB | Review of debtors' motion for court approval to renew worker's compensation coverage, casualty and automobile liability insurance coverages (self-insured retention and first layer of excess) with Ace American Insurance coverage and other preparation for and attendance at August 4, 2005 hearing on the motion and obtain court approval | 1.80 | 711.00 |
|  | EMS | Telephone call with Adam Ravin regarding status of TransAmerica motion | 0.20 | 38.00 |
| 08/16/05 | TLC | Service of order authorizing the debtors to renew certain insurance programs and assume workers' compensation program (Docket No. 2826), and preparation of certificate of service regarding same | 0.40 | 48.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 3.30 | 1,152.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.70 | $395.00 | $1,066.50 |
| *Tana L. Copeland | 0.40 | 120.00 | 48.00 |
| Elizabeth M. Schule | 0.20 | 190.00 | 38.00 |
| TOTAL | 3.30 |  | $1,152.50 |

TOTAL THIS STATEMENT

$1,152.50
========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:  108177

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)


|            |     |                                                                                                                                                                                                                                                                     | HOURS |          |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/01/05   | SDB | Review of the debtors' motion (docket 1954) to reject 9 leases retroactively and two landlord objections to the motion (.8); preparation for August 4, 2005 hearing on the motion (.5)                                                                                | 1.30  | 513.50   |
| 08/03/05   | EMS | Draft of hearing outline regarding TransAmerica Life Insurance's motion for payment of administrative expenses and hearing outline regarding debtors' objection to TransAmerica Life Insurance's motion                                                               | 1.20  | 228.00   |
| 08/04/05   | BB  | Review of Rhodes' memorandum and research case law regarding assignments                                                                                                                                                                                             | 0.70  | 143.50   |
| 08/05/05   | KSW | Electronic filing of certificate of service regarding motion to amend order authorizing rejection of lease with American KB Properties                                                                                                                               | 0.20  | 24.00    |
|            | EMS | Telephone call with Mike Schmahl, attorney for store 2106, regarding filing of cure objection                                                                                                                                                                        | 0.30  | 57.00    |
| 08/09/05   | SDB | Review and revision of debtors' draft motion to further extend the time within the debtors must assume or reject leases (.5); review of Penman Plaza's motion to compel debtors to assume or assign its lease and preparation of the debtors' response to the motion (.5); preparation for August 18, 2005 hearing on the motion (.9) | 1.90  | 750.50   |
|            | KSW | Electronic filing of proposed order approving stipulation providing for termination of unexpired non residential real property lease and fixing and allowing of lessor's claim                                                                                        | 0.30  | 36.00    |
|            | CCJ | Review and revision of motion to extend 365(d) deadline and conference with Stephen D. Busey regarding same (2.3); review of motion to reject leases in preparation for August 18, 2005 hearing (.8); review of motion and correspondence by Penman Plaza (1.0)       | 4.10  | 1,209.50 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/10/05 | KSW | Electronic filing of proposed order regarding motion for order authorizing (i) retroactive rejection of real property leases and (ii) abandonment of related personal property | 0.20 | 24.00 |
|  | EMS | Legal research regarding what constitutes "cause" for a landlord to file a motion to compel to shorten the time debtors have to assume or reject lease on non-residential real property | 7.70 | 1,463.00 |
|  | SDB | Revision of draft memorandum of law in opposition to Penman Plaza's motion to compel the debtors to assume or reject Penman Plaza's lease | 1.30 | 513.50 |
| 08/11/05 | SDB | Review of case law (.5); conference with Cynthia C. Jackson (.4); revision of redraft of memorandum of law in opposition to Penman Plaza's motion to compel (.4) | 1.30 | 513.50 |
|  | EMS | Legal research regarding what constitutes "cause" for a landlord to file a motion to compel to shorten the time debtors have to assume or reject lease of non-residential real property (8.1); draft of debtors' objection to objection by Penman Plaza to shorten debtors' time to assume or reject lease of non-residential real property (.4) | 8.50 | 1,615.00 |
|  | BB | Research proof of claim in Rhodes case | 1.20 | 246.00 |
|  | CCJ | Preparation of objection to Penman Plaza motion and legal research regarding same (2.6); conferences with Elizabeth M. Schule and Stephen D. Busey regarding same (.3) | 2.90 | 855.50 |
| 08/12/05 | KSW | Electronic filing of motion for order authorizing (i) retroactive rejection of real property leases and (ii) abandonment of related personal property and notice of hearing thereon (.5); electronic filing of objection to Penman Plaza Associates, Ltd.'s motion to compel assumption or rejection of unexpired lease (.3) | 0.80 | 96.00 |
|  | EMS | Draft of hearing outline regarding Penman Plaza's motion to compel assumption/rejection of lease and hearing outline regarding debtors' response to the motion | 1.90 | 361.00 |
|  | CCJ | Preparation and filing of 4th omnibus motion (.5); preparation and filing of Penman Plaza objection and conferences regarding same (1.3) | 1.80 | 531.00 |
| 08/13/05 | CCJ | Preparation for lease rejections on targeted stores | 1.00 | 295.00 |
| 08/15/05 | EMS | Telephone conversation with Alan Weiss regarding nonpayment of rent for store 851 (.2); e-mail correspondence with Bert Mason regarding contact information for Star Market (.2); telephone conversation with Alan Weiss regarding payment of rent by debtors for store 851 (.2); telephone call with landlord Jerry Hoffman regarding August 9, 2005 hearing (.4) | 1.00 | 190.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 08/16/05 | CCJ | Preparation for hearing on Penman Plaza | 2.00 | 590.00 |
| | EMS | Telephone call with John Rogerson regarding sale of store 912 (.3); telephone call with Dan Fliman at Kirkpatrick, Stockton regarding status of orders from first sale hearing (.3) | 0.60 | 114.00 |
| 08/17/05 | SDB | Review of Penman Plaza's motion to compel the debtors to assume or reject the Penman Plaza's lease (.8); review of case law on prepetition proration issue (.4); preparation of outline of witness testimony (.8) and other preparation for the August 18, 2005 hearing on the motion (.8) | 2.80 | 1,106.00 |
| | CCJ | Preparation for hearing on Penman Plaza and conferences regarding same | 1.80 | 531.00 |
| | KSW | Electronic filing of certificate of service regarding order authorizing (i) retroactive rejection of real property leases and (ii) abandonment of related personal property (.2); electronic filing of certificate of service regarding order granting motion for approval of stipulation providing for termination of unexpired non-residential real property lease and fixing and allowing of lessor's claim regarding Downtown Two LLC and 40-59 Hampton Street, LLC (.2) electronic filing of certificate of service regarding motion for authorizing (i) retroactive rejection of real property leases and (ii) abandonment of related personal property and notice of hearing thereon (.2); electronic filing of certificate of service regarding motion to further extend time to assume or reject leases (.2) | 0.80 | 96.00 |
| | EMS | Preparation of binder for omnibus hearing regarding motion of Penman Plaza to compel debtors to assume or reject unexpired leases (2.4); preparation of witness outline regarding motion of Penman Plaza to compel debtors to assume or reject unexpired leases (2.1) | 4.50 | 855.00 |
| 08/18/05 | SDB | Negotiate resolution of Penman Plaza's motion to compel the debtors to assume or reject Penman Plaza's lease (.8); preparation for and attendance at hearing on Penman Plaza's motion (.7) | 1.50 | 592.50 |
| | CCJ | Negotiations regarding Penman Plaza | 0.80 | 236.00 |
| | EMS | Draft of proposed order granting in part and denying in part Penman Plaza's motion to compel debtors to assume or reject lease (.5); telephone call with Vic Gibbons, property manager for store 2740 in Norcross, Ga., regarding assignment of lease (.2) | 0.70 | 133.00 |
| | BB | Update of cure spreadsheet to include all correspondence and objections filed since August 15, 2005 and to include a notation for all cure objections filed after July 14, 2005 | 3.60 | 738.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Page: 4
09/12/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   108177

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/19/05 | EMS | Telephone call with Brian Walsh regarding status of rent for store 2740 (.2); telephone call with Vic Gibbons regarding status of rent for store 2740 (.3) | 0.50 | 95.00 |
|  | BB | Review of memorandum regarding Rhodes assignment of lease | 0.30 | 61.50 |
| 08/22/05 | EMS | Telephone call with Mike Schmahl at McGuire Woods regarding store 2106 and objection to sale motion and request for one day extension (.5); preparation of file and drafted hearing outline regarding debtors' motion for authority to retroactively reject real property leases and abandonment of related personal property (2.6) | 3.10 | 589.00 |
| 08/23/05 | SDB | Preparation for August 26, 2005 hearing on the debtors' motion for authority to assume and assign nine store leases | 1.40 | 553.00 |
|  | EMS | Draft of sale orders approving sale of debtors' sale assignment and assumption of store leases (5.9); telephone call with Dane Holsom, attorney for landlord for store 1914 regarding closing documents and assignment of lease for store (.3); telephone call with Brian Walsh regarding status of store 1914 (.2); telephone call with Sandy Sanford from Westminister, SC Chamber of Commerce regarding interest in purchase of store 1220 (.3); telephone call with Mike Schmahl at McGuire Woods regarding rejection and assumption status of store 2106 (.3) | 7.00 | 1,330.00 |
|  | TLC | Preparation and filing of notice of filing lease termination agreements with VOW, LLC and four Florida Shopping centers (1.0); preparation of notebooks for the sale hearing regarding same (1.0); preparation of, filing and service of notice of filing bill of sale with Rockdale Grocery for store 2704 (1.2); preparation of notebook regarding same (.5); preparation of exhibits to sale orders for August 28, 2005 hearing (3.0) | 6.70 | 804.00 |
|  | BB | Update spreadsheet for cure objections | 3.30 | 676.50 |
| 08/24/05 | SDB | Preparation for August 26, 2005 hearing on Winn-Dixie's motion to assume and assign leases and on landlords' objections to Winn-Dixie's motion, including evidentiary issues (1.6); review of Computer Leasing Company's limited objection to Winn-Dixie's motion because of uncertainty regarding disposition of leased equipment and telephone call with Paul Singerman regarding same (.4) | 2.00 | 790.00 |
| 08/25/05 | SDB | Prepare for August 26, 2005 hearing on Winn-Dixie's motions to assume and assign lease holds and landlords' objections, including preparation for evidentiary issues | 1.30 | 513.50 |
|  | CCJ | Conferences with a number of landlords' counsel regarding resolution of cure disputes | 2.70 | 796.50 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/26/05 | EMS | Preparation of proposed sale orders for sale hearing (1.5); attendance at sale hearing (2.5); conference with Cynthia C. Jackson, Stephen D. Busey, Jay Castle and Brian Walsh regarding agenda for September 1, 2005 and September 8, 2005 hearings (2.1) | 6.10 | 1,159.00 |
|  | SDB | Preparation for September 8, 2005 hearing on Winn-Dixie's motion to extend the time within which Winn-Dixie must accept or reject leases for non-residential real property, including reading objections and preparation of witness testimony | 1.30 | 513.50 |
|  | KSW | Preparation of amended notice of hearing regarding motion to extend time to assume or reject leases (.2); electronic filing and service of same (.3) | 0.50 | 60.00 |
| 08/29/05 | EMS | Preparation of proposed orders for debtors' sale and assumption and assignment of leasehold interest in Winn-Dixie stores (2.2); e-mail correspondence with Brian Walsh regarding purchase agreement for store 42 (.2); preparation of orders for sale of stores 2702 and 2002 (2.4); preparation of lease termination agreement for store 700 (.8); preparation of revised hearing outline for debtors' motion authorizing retroactive rejection of real property leases (.6) | 6.20 | 1,178.00 |
|  | KSW | Preparation of certificate of service regarding amended notice of hearing on motion to further extend time to assume or reject leases (.3); electronic filing of same (.2) | 0.50 | 60.00 |
|  | CCJ | Conferences with Illinois counsel regarding rejection procedures | 1.30 | 383.50 |
| 08/30/05 | EMS | Preparation of proposed orders for sale of debtors' leasehold interest or lease termination to MD Investment, LLC, Tatone Properties Florida, Inc., Newton Associates, Willowood Partners, McDaniel Food Management of Alexandria, Inc. and Big Star of Farmerville, inc. (5.3); telephone call with Mark Kelley regarding common ownership of stores 2702 & 2708 (.2); preparation of proposed orders for sale of store 2702 and withdrawal of the debtors' motion as to store 2708 (.6); preparation of notebooks for sale motions (2.1) | 8.20 | 1,558.00 |
| 08/31/05 | EMS | Preparation of proposed order for store 1566 and telephone call with Brian Walsh regarding same (2.1); telephone call with Mike Schmahl regarding objections to debtors' lease rejection procedures and e-mail correspondence with Mike Schmahl regarding same (.5); review of e-mail correspondence and voice messages regarding sale motions (.8); revision of order regarding retroactive lease rejection and objections by Catamount and Woodbury, LLC (1.7) | 5.10 | 969.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| CCJ | Preparation for hearing on lease rejections including conference with Mike Chlebovec regarding status of same and conferences with landlords regarding proposed order | 1.50 | 442.50 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 117.70 | 27,189.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 16.10 | $395.00 | $6,359.50 |
| Cynthia C. Jackson | 19.90 | 295.00 | 5,870.50 |
| Beau Bowin | 9.10 | 205.00 | 1,865.50 |
| *Tana L. Copeland | 6.70 | 120.00 | 804.00 |
| *Kimberly S. Ward | 3.30 | 120.00 | 396.00 |
| Elizabeth M. Schule | 62.60 | 190.00 | 11,894.00 |
| TOTAL | 117.70 |  | $27,189.50 |

TOTAL THIS STATEMENT                                    $27,189.50
                                                       ==========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:   108170

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Litigation (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/05 | JHP | Telephone call with prospective mediators for Stokes & Reddick mediation and e-mail with client and Stokes' attorney regarding same | 0.80 | 284.00 |
|  | JHP | Review of material pleadings, orders and legal research regarding removal of state court litigation in which Winn-Dixie is the plaintiff and e-mail with client and co-counsel regarding same | 1.80 | 639.00 |
| 08/02/05 | JHP | Revision of proposed stipulation and order on settlement of Heritage Mint's motion (.6); e-mail with opposing counsel regarding same (.2) | 0.80 | 284.00 |
| 08/03/05 | SDB | Review of Transamerica's application for payment of administrative expenses, briefs in support of the application and in support of the debtors' objection, case law cited in the briefs and other preparation for the August 4, 2005 hearing on Transamerica's application | 2.30 | 908.50 |
|  | JHP | E-mail regarding stipulation to settle Heritage Mint's motion (.5); e-mail with client regarding deadline for removal of pending state court actions in which Winn-Dixie is the plaintiff, including the review of material pleadings and case law (1.2) | 1.70 | 603.50 |
| 08/04/05 | SDB | Review of additional case law, preparation for and make argument at August 4, 2005 hearing on Transamerica's motion for payment of administrative expense regarding prepetition CAM charges and real estate taxes | 2.80 | 1,106.00 |
|  | JHP | Preparation, service and filing of notice and motion for authorization to settle Heritage Mint contract matter | 0.80 | 284.00 |
| 08/10/05 | JHP | E-mail correspondence regarding Penman Plaza's motion to compel assumption of lease and telephone call with attorney for Penman Plaza regarding same (.5); telephone call regarding claims and review of documents (.9) | 1.40 | 497.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Litigation (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/11/05 | SDB | Request research regarding need for court approval of Lacy Act plea agreement with the Department of Justice (.6); conferences with Larry Appel and Jan Baker regarding same (.6); telephone call with Myron Trepper regarding same (.2) | 1.40 | 553.00 |
|  | CCJ | Legal research regarding misdemeanor plea and need for court approval (2.0); review of and draft correspondence regarding same and conference with Stephen D. Busey regarding same (1.6) | 3.60 | 1,062.00 |
|  | LMP | Research regarding whether leave of the bankruptcy court is required for the debtor to enter a guilty plea to a misdemeanor charge | 1.20 | 300.00 |
| 08/17/05 | JHP | Preparation for mediation of Stokes & Reddick claim and telephone call with Tim Williams regarding same | 1.00 | 355.00 |
| 08/18/05 | JHP | Preparation for mediation of Stokes & Reddick litigation | 0.80 | 284.00 |
|  | EMS | Attendance at omnibus hearing | 1.30 | 247.00 |
| 08/19/05 | JHP | Preparation for mediation of Stokes & Reddick claims | 2.40 | 852.00 |
| 08/22/05 | EMS | Telephone call with Kim LaMaina regarding 11th Circuit case law on ordinary course of business and new value defense (.3); legal research regarding same (.5) | 0.80 | 152.00 |
|  | JHP | Preparation for Stokes mediation, including preparation of mediation statement (1.2); review of legal research regarding litigation strategy for the resolution of the Internal Revenue Service pre-petition and post-petition claims (.8) | 2.00 | 710.00 |
| 08/23/05 | JHP | Preparation of mediation statement in Stokes & Reddick dispute | 1.60 | 568.00 |
|  | JHP | Preparation for and attendance at working group telephone conference regarding litigation strategy to resolve the pre-petition and post-petition Internal Revenue Service claims and review of legal research regarding same | 1.20 | 426.00 |
| 08/24/05 | JHP | Preparation of Stokes & Reddick mediation statement, including telephone calls regarding same with Tim Williams and mediator (2.6); review of appellate briefs (.6) | 3.20 | 1,136.00 |
|  | SDB | Review and consideration of King & Spaulding's memorandum regarding need for the preparation of a 120 Chapter 11 status report for the Winn-Dixie ERISA and security litigation class action (.3); request to Eric N. McKay to draft the report and outline contents (.5) | 0.80 | 316.00 |
|  | ENM | Preparation of case status report as required by court order in ERISA and securities litigation (3.2); research regarding condition precedent to enforce surety bond (5.1) | 8.30 | 1,992.00 |

LAW OFFICES

# SMITH & HULSEY

Page: 3
09/12/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  108170

Winn-Dixie Stores, Inc.

Chapter 11 - Litigation (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/25/05 | SDB | Revision of draft 120 day status report for Winn-Dixie ERISA and securities class actions | 1.10 | 434.50 |
|  | ENM | Preparation of case status report as required by court order in ERISA and securities litigation (4.1); research regarding conditions precedent to enforce surety bond (3.7) | 7.80 | 1,872.00 |
|  | JHP | Preparation, service and filing of mediation statement for Stokes & Reddick litigation (2.6); preparation, service and filing of order on settlement of Heritage Mint's claim (.2) | 2.80 | 994.00 |
| 08/26/05 | JHP | Preparation for and attendance at mediation on litigation filed by Stokes & Reddick, including telephone calls with surety bonds attorney | 5.80 | 2,059.00 |
|  | ENM | Legal research regarding authority for debtors to discharge punitive damages claim in bankruptcy (2.4); research regarding application of section 523 of the Bankruptcy code to corporate debtors (1.8) | 4.20 | 1,008.00 |
| 08/29/05 | JHP | E-mail correspondence with counsel for Stokes & Reddick and client regarding possible mediated settlement agreement | 0.80 | 284.00 |
|  | TLC | Preparation of notebooks for the hearing on September 1, 2005 regarding the pre-litigation claims and omnibus claims | 1.00 | 120.00 |
|  | SDB | Finalization of summary and status of the Chapter 11 proceedings for the Winn-Dixie ERISA and Securities class action litigation and to arrange for transmission to King & Spaulding | 1.60 | 632.00 |
| 08/30/05 | LMP | Review and analysis of correspondence from Mike Lindell, telephone call with Robert George and preparation of memorandum regarding Couch claims | 5.10 | 1,275.00 |
| 08/31/05 | LMP | Analysis of whether Couch settlement agreement is enforceable even though not reduced to writing and whether it could constitute an executory contract, preparation of memorandum to Jay Castle regarding proposed objection to Couch claims and preparation of proposed order on objection to Couch claims | 1.50 | 375.00 |
|  | BB | Review of case law to determine enforceability of oral settlement agreements and the requirements for enforceability (1.2); research of case law regarding bankruptcy court's exclusive jurisdiction to modify or lift the automatic stay (1.1); research of case law regarding collateral attack of bankruptcy court orders generally (.4) | 2.70 | 553.50 |
|  | JHP | Preparation of agreed order regarding settlement of Couch claims and conference with Jay Castle regarding same (.6); review of draft settlement and release agreement regarding claims of Reddick and Stokes (.6) | 1.20 | 426.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 77.60 | 23,592.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 – Litigation (General)

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 10.00 | $395.00 | $3,950.00 |
| James H. Post | 30.10 | 355.00 | 10,685.50 |
| Cynthia C. Jackson | 3.60 | 295.00 | 1,062.00 |
| Beau Bowin | 2.70 | 205.00 | 553.50 |
| *Tana L. Copeland | 1.00 | 120.00 | 120.00 |
| Eric N. McKay | 20.30 | 240.00 | 4,872.00 |
| Leanne McKnight Prendergast | 7.80 | 250.00 | 1,950.00 |
| Elizabeth M. Schule | 2.10 | 190.00 | 399.00 |
| TOTAL | 77.60 | | $23,592.00 |

TOTAL THIS STATEMENT                                        $23,592.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:    108175

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/02/05 | SDB | Conference with Jay Skelton, Peter Lynch and Larry Appel regarding plan negotiations, Equity Committee considerations, relative priority of creditor constituencies, timing of the debtors' business plan and related issues | 1.60 | 632.00 |
| 08/09/05 | SDB | Review and revision of draft motion to further extend debtors' period of exclusivity for the filing of a plan of reorganization | 1.20 | 474.00 |
|  | CCJ | Review and revision of exclusivity motion and conference with Stephen D. Busey regarding same | 1.60 | 472.00 |
| 08/12/05 | SDB | Review and revision of the debtors' revised motion to further extend the exclusivity periods | 0.70 | 276.50 |
|  | KSW | Electronic filing of motion for order further extending time within which debtors may assume or reject unexpired leases of non-residential real property and notice of hearing thereon | 0.50 | 60.00 |
| 08/17/05 | KSW | Electronic filing of certificate of service regarding motion to further extend exclusivity period | 0.20 | 24.00 |
| 08/22/05 | EMS | Preparation of file and draft of hearing outline regarding debtors' motion to extend exclusivity period to file Chapter 11 plan | 2.90 | 551.00 |
| 08/26/05 | SDB | Preparation for September 8, 2005 hearing on Winn-Dixie's motion to extend the exclusivity hearings, including review of objections to the motion, the statement of the Creditors Committee, and preparation of witness testimony | 1.50 | 592.50 |
|  | KSW | Preparation of amended notice of hearing regarding motion to further extend exclusivity period (.2); electronic filing and service of same (.3) | 0.50 | 60.00 |
| 08/29/05 | EMS | Preparation of questions and answers for debtors' exclusivity motion for witness Flip Huffard | 2.10 | 399.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | KSW | Preparation of certificate of service regarding amended notice of hearing on motion to further extend exclusivity period (.3); electronic filing of same (.2) | 0.50 | 60.00 |
| 08/30/05 | SDB | Telephone call with Jan Baker regarding the impact of Hurricane Katrina on the timing of the debtors' development of their hurricane plan and plan of reorganization (.3); preparation for September 8, 2005 hearing on the debtors' motion to extend their exclusive period with regard to the impact of the hurricane (.8) | 1.10 | 434.50 |
| 08/31/05 | SDB | Preparation for September 8, 2005 hearing on the debtors' motion to extend exclusive periods in light of the hurricane impact including conference with Jan Baker (.5); telephone call with Larry Appel and Jan Baker (.3); telephone call with Jay Crystal (.4); memorandum to Michael Frietag (.3) | 1.50 | 592.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 15.90 | 4,628.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 7.60 | $395.00 | $3,002.00 |
| Cynthia C. Jackson | 1.60 | 295.00 | 472.00 |
| *Kimberly S. Ward | 1.70 | 120.00 | 204.00 |
| Elizabeth M. Schule | 5.00 | 190.00 | 950.00 |
| TOTAL | 15.90 |  | $4,628.00 |

TOTAL THIS STATEMENT                                    $4,628.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021696M
STATEMENT NO:  108163

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/05/05 | EMS | Telephone call with Sisteria Manns at Winn-Dixie regarding payment of Winn-Dixie's quarterly fees (.3); telephone call with Rosalie Gray regarding same (.2) | 0.50 | 95.00 |
| 08/29/05 | KSW | Electronic filing of monthly operating report for June 30, 2005 through July 27, 2005 (.6); preparation of notice of filing affidavit of Michael Byrum (.2); electronic filing of same (.2) | 1.00 | 120.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.50 | 215.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| *Kimberly S. Ward | 1.00 | $120.00 | $120.00 |
| Elizabeth M. Schule | 0.50 | 190.00 | 95.00 |
| TOTAL | 1.50 |  | $215.00 |

TOTAL THIS STATEMENT                                    $215.00

---
*Legal Assistant

LAW OFFICES

# Sᴍɪᴛʜ Hᴜʟsᴇʏ & Bᴜsᴇʏ

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   108168

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Retention/Fee Matters (Others)

| | | | HOURS | |
|---|---|---|---|---|
| 08/01/05 | EMS | Draft of hearing outlines for August 4, 2005 omnibus hearing for fee applications by Skadden Arps, Smith Hulsey & Busey, Bain and Company, Carlton Fields, Deloitle Consulting, King and Spalding, and Kirschner and Legler | 7.70 | 1,463.00 |
| | KSW | Preparation for and service of Wachovia's motion for appointment of fee examiner and notice of hearing thereon | 0.40 | 48.00 |
| 08/02/05 | SDB | Review of Wachovia's motion to appoint an independent fee examiner (.2); conferences with Larry Appel, Jan Baker and Peter Lynch regarding same (.6); conference with Holly Etlin (.2) | 1.00 | 395.00 |
| | EMS | Draft of hearing outlines for August 4, 2005 hearing for the fee applications of KPMG, Pricewaterhouse Coopers, Smith, Grambell, and Russell, Inc., Blackstone Group, Toqut, Segal and Segal, Xroads, Milbank Tweed, Alvarez and Marsal, and Houlihan, Lokey, Howard, and Zuhin (6.6); telephone conference with Kim LaMaina regarding the trustee's proposed language for fee application orders (.5) | 7.10 | 1,349.00 |
| | KSW | Preparation of certificate of service regarding bank's motion for appointment of fee examiner and notice of hearing thereon (.3) electronic filing of same (.2); electronic filing of second supplemental declaration of D.J. Baker (.2) | 0.70 | 84.00 |
| | CCJ | Conference with U.S. Trustee and with applicants regarding fees, fee auditors and legal process (2.0); conference with Winn-Dixie regarding same (.1) | 2.10 | 619.50 |
| 08/03/05 | CCJ | Conferences with Elena Escamilla, with Rosalie Gray, with Stephen D. Busey, with Wachovia, with Skadden Arps, with King & Spalding, with Jay Castle and preparation for fee hearings | 2.60 | 767.00 |

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Retention/Fee Matters (Others)

HOURS

SDB Review of first interim fee applications of the
debtors' professionals and preparation for the
August 4, 2005 hearing on the applications (1.6);
telephone conference with Larry Appel, John Helfat
and Wachovia representative regarding Wachovia's
request to continue the August 4, 2005 hearings on
the motion and Wachovia's request for the
appointment of a fee examiner (.4); two telephone
calls with Larry Appel regarding same (.4);
telephone call with Jan Baker regarding same (.2);
draft language for proposed orders to obviate
Wachovia's request to continue the hearings (.5);
telephone call with Betsy Cox regarding same (.2);
memoranda to John Helfat and Betsy Cox regarding
same (.3); other preparation for the hearings on
the applications and on Wachovia's motion for
appointment of a fee examiner (.9)                          4.50   1,777.50

EMS Conference with Stephen D. Busey and Cynthia C.
Jackson regarding order for applications (.3);
telephone conference with Margery Reed of Duane
Morris and Kim LaMaina regarding August 4, 2005
omnibus hearing and motion for insurance renewal
(.2); telephone conversation with Kim LaMaina
regarding final orders for professional fee
applications (.7); telephone conference with Steve
Eichel and Kim LaMaina regarding fee application
amendments (.2); telephone call with Doug
Stanford's office regarding amended fee application
order (.2); telephone call with Carla at Xroads
regarding same (.2); telephone call with Mike
Commeford at Milbank Tweed regarding same (.2);
e-mail to Sally Feld regarding amended fee
application order (.1); review of amended fee
applications submitted by professionals (.8);
telephone call with Kim LaMaina regarding final fee
application for Toqut, Segal and Segal (.4);
telephone call with Kim LaMaina regarding update on
amended fee application orders (.3); draft e-mail
to all professionals regarding fee application order
amendment (.4); telephone conference with Kim LaMaina
and Steve Eichel regarding contacting all
professionals about amended fee application orders
(.3); draft of amended fee application orders (2.2);
telephone call with Dawn Person of Toqut, Segal
and Segal regarding amended fee application (.1)            6.60   1,254.00

TLC Revision of fee application orders to include new
language                                                    4.00     480.00

08/04/05 SDB Conference with John Helfat and Betsy Cox regarding
Wachovia's motion to appoint a fee examiner and to
negotiate proposed orders on the motion and the
professional fee applications (1.1); preparation of
orders, other preparation for and attendance at
August 4, 2005 court hearing on sixteen
professional interim applications for $15+ million

LAW OFFICES

# SMITH & HULSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Retention/Fee Matters (Others)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | dollars, including conversations with the U.S. Trustee, the Creditors Committee and Wachovia counsel (3.3) | 4.40 | 1,738.00 |
|  | EMS | Telephone call with Kim LaMaina regarding amended fee application orders (.5); telephone call with Jon Silver at Carlton Fields regarding amended fee applications orders (.1); telephone call with Dawn Person at Togut regarding amended fee application orders (.2); telephone call with Kim LaMaina regarding Blackstone Group's amended fee application order and confirmation of all professionals agreeing to amended fee application orders (.4); telephone call with Kim LaMaina regarding status of fee applications (.3); telephone call with Denise Kaloudis regarding status of motion for determination order (.2) | 1.70 | 323.00 |
|  | KSW | Preparation of proposed orders on fee applications | 2.70 | 324.00 |
|  | CCJ | Preparation for and representation of debtors at hearings on retentions and conference with various fee applicants and U.S. Trustee regarding same (3.9); conference with bank and negotiation of order on fee examiner (1.3) | 5.20 | 1,534.00 |
| 08/05/05 | SDB | Review of memorandum from Betsy Cox regarding proposed order on Wachovia's fee examiner motion, and provide Betsy Cox with comments on the draft order | 0.60 | 237.00 |
|  | KSW | Electronic filing of certificate of service regarding second supplemental declaration of D.J. Baker | 0.20 | 24.00 |
| 08/08/05 | SDB | Review comments on Wachovia's proposed order (.3); memorandum to Betsy Cox regarding same (.3); telephone call with Jan Baker regarding aspirant fee examiners (.2) | 0.80 | 316.00 |
| 08/09/05 | SDB | Review of comments of creditor constituencies on Wachovia's fee examiner motion | 0.30 | 118.50 |
| 08/15/05 | KSW | Electronic filing of seventh supplement to Exhibit A of the motion for approval of retention and compensation of professionals used in the ordinary course of business (.2); submission of completed retention questionnaires of ordinary course professionals included in same (.2) | 0.40 | 48.00 |
| 08/16/05 | KSW | Preparation and service of order granting motion to appoint fee examiner (.6); preparation of certificate of service regarding same (.4); electronic filing and service of motion to retain liquidation agent and approving agency agreement (.4); electronic filing and preparation of service notice of hearing regarding same (.5) | 1.90 | 228.00 |
| 08/17/05 | KSW | Electronic filing and preparation and service of amended motion to retain liquidating agent and approving agency agreement (.7); preparation and |  |  |

LAW OFFICES

# SMITH & HULSEY

Page: 4
09/12/2005
ACCOUNT NO: 10163-021698M
STATEMENT NO:   108168

Winn-Dixie Stores, Inc.

Chapter 11 - Retention/Fee Matters (Others)

|  |  | HOURS |  |
|---|---|---|---|
| | electronic filing of certificate of service regarding same (.4); and certificate of service regarding notice of hearing thereon (.4) | 1.50 | 180.00 |
| 08/24/05 SDB | Telephone call with Jay Castle regarding selection of fee examiner and alternative candidates | 0.40 | 158.00 |
| 08/25/05 KSW | Electronic filing and service of motion to retain liquidation agent and approving agency agreements subject to higher and better offers (.6) and notice of hearing regarding same (.4); electronic filing of second submission of completed retention questionnaires of professional in seventh supplement (.5); eighth supplement to Exhibit A to motion to retain professionals in ordinary course of business (.6); and submission of completed retention questionnaires of professional in eighth supplement (.6) | 2.70 | 324.00 |
| 08/29/05 KSW | Preparation of certificate of service regarding motion to retain liquidation agent and approving agency agreements subject to higher and better offers and notice of hearing thereon (.3); electronic filing of same (.2) | 0.50 | 60.00 |

FOR PROFESSIONAL SERVICES RENDERED                    60.00 13,849.50

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 12.00 | $395.00 | $4,740.00 |
| Cynthia C. Jackson | 9.90 | 295.00 | 2,920.50 |
| *Tana L. Copeland | 4.00 | 120.00 | 480.00 |
| *Kimberly S. Ward | 11.00 | 120.00 | 1,320.00 |
| Elizabeth M. Schule | 23.10 | 190.00 | 4,389.00 |
| TOTAL | 60.00 | | $13,849.50 |

TOTAL THIS STATEMENT                                      $13,849.50

---

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO: 108159

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Tax Matters

| | | HOURS | |
|---|---|---|---|
| 08/02/05 BB | Research regarding Internal Revenue Service's motion to extend claims bar date | 1.60 | 328.00 |
| 08/03/05 BB | Research regarding Internal Revenue Service's motion to extend claims bar date | 1.50 | 307.50 |
| 08/08/05 ENM | Research regarding rights of the Internal Revenue Service to withhold refund to allow set off against debtor's future tax liabilities | 1.50 | 360.00 |
| 08/09/05 SDB | Review of the Internal Revenue Service's motion to extend claims bar date and conferences with Winn-Dixie personnel regarding the debtors' response to the motion (.4); conference with James H. Post regarding negotiations with the Internal Revenue Service (.2) | 0.60 | 237.00 |
| ENM | Conference with James H. Post regarding effect of bankruptcy proceeding on tax refunds and whether debtors should grant an extension of time for Internal Revenue Service to file a proof of claim (1.0); research tax audits and refunds in bankruptcy proceedings (3.5) | 4.50 | 1,080.00 |
| 08/10/05 ENM | Research regarding effect of bankruptcy proceeding on tax refunds and tax audits | 2.30 | 552.00 |
| 08/18/05 SDB | Preparation for and attendance at hearing on the Internal Revenue Service's motion to extend the claims bar date | 0.40 | 158.00 |
| 08/22/05 ENM | Research regarding right of Internal Revenue Service to retain tax refund (3.2); preparation of memorandum regarding tax refunds in bankruptcy (2.4) | 5.60 | 1,344.00 |
| 08/23/05 ENM | Preparation of memorandum on obtaining tax refunds in bankruptcy | 3.10 | 744.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 21.10 | 5,110.50 |

LAW OFFICES

# SMITH & HULSEY

Page: 2
09/12/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:   108159

Winn-Dixie Stores, Inc.

Chapter 11 -  Tax Matters

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|------:|------------:|------:|
| Stephen D. Busey | 1.00 | $395.00 | $395.00 |
| Beau Bowin | 3.10 | 205.00 | 635.50 |
| Eric N. McKay | 17.00 | 240.00 | 4,080.00 |
| TOTAL | 21.10 | | $5,110.50 |

TOTAL THIS STATEMENT                                    $5,110.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021701M
STATEMENT NO:  108167

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  U.S. Trustee Matters

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/13/05 | CCJ | Review of correspondence regarding MOR and correspondence to U.S. Trustee regarding same | 0.50 | 147.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 0.50 | 147.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 0.50 | $295.00 | $147.50 |

TOTAL THIS STATEMENT                                               $147.50

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/12/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:    108165

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Utilities

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/05 | SDB | Review of the debtors' motion to determine utilities to be adequately protected and preparation for August 4, 2005 hearing on the motion (.8); review of City of Plaquemine's motion to compel the debtors to provide a deposit and preparation for August 4, 2005 hearing on the motion (.8); telephone call with Jay Castle regarding resolution of utilities issues (.2); review of communications with Skadden Arps regarding same (.2) | 2.00 | 790.00 |
|  | EMS | Telephone call and e-mail with Denise Kaloudis regarding debtors' motion for determination of payment and utilities | 0.40 | 76.00 |
| 08/02/05 | EMS | Draft of City of Plaquemine hearing outline (.3); draft of hearing outline on debtors' motion deeming utilities adequately assured (.3) | 0.60 | 114.00 |
| 08/03/05 | SDB | Review and revision of proposed order for August 4, 2005 hearing on debtors' motion for determination of adequate assurance of payment of utilities | 0.40 | 158.00 |
|  | EMS | Telephone call with Denise Kaloudis regarding amended utilities motion (.1); telephone call with Denise Kaloudis regarding amendment of order granting debtors' motions for determination utilities adequately assured (.4) | 0.50 | 95.00 |
| 08/04/05 | EMS | Telephone conference with Stephanie Feld and Denise Kaloudis regarding amended order for debtors' motion for determination utilities adequately assured | 0.40 | 76.00 |
| 08/08/05 | SDB | Preparation for Florida Power objection to the debtors' utilities deposit procedures | 0.60 | 237.00 |
| 08/09/05 | SDB | Preparation for Florida Power objection set for hearing on August 18, 2005 | 0.70 | 276.50 |

LAW OFFICES

# SMITH & HULSEY

Page: 2
09/12/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  108165

Winn-Dixie Stores, Inc.

Chapter 11 -  Utilities

| | | | HOURS | |
|---|---|---|---|---|
| 08/10/05 | KSW | Electronic filing of certificates of service regarding order granting motion for determination of adequate assurance of payment of utilities | 0.20 | 24.00 |
| 08/12/05 | EMS | Draft of hearing outline for debtors' motion deeming utilities adequately assured | 0.30 | 57.00 |
| 08/18/05 | SDB | Preparation for and attendance at continued hearing of Florida Power's objection to the debtors' utility report | 0.50 | 197.50 |
| 08/24/05 | CCJ | Conferences with Winn-Dixie and Skadden Arps regarding City of Plaquemine utility issues and preparation for hearing on same | 1.50 | 442.50 |
| 08/31/05 | SDB | Preparation for September 1, 2005 hearing on debtors' utility motion | 0.40 | 158.00 |
| | | | ---- | -------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 8.50 | 2,701.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 4.60 | $395.00 | $1,817.00 |
| Cynthia C. Jackson | 1.50 | 295.00 | 442.50 |
| *Kimberly S. Ward | 0.20 | 120.00 | 24.00 |
| Elizabeth M. Schule | 2.20 | 190.00 | 418.00 |
| | ----- | | --------- |
| TOTAL | 8.50 | | $2,701.50 |

TOTAL THIS STATEMENT                                    $2,701.50
                                                       =========

*Legal Assistant

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
09/13/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO:   108180

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating (8,706 copies @ .15 each) | 1,305.90 |
| Postage | 887.74 |
| Telephone | 1,036.59 |
| Westlaw | 2,391.43 |
| Facsimile Transmission | 101.00 |
| Filing Fee - Clerk, U.S. District Court | 250.00 |
| Outside Document Duplicating Service | 13,813.53 |
| Express Mail | 710.69 |
| Per Diem - Hedquist & Associates Reporters, Inc. | 160.00 |

SUBTOTAL                                             20,656.88
LESS CREDIT FOR REFUND FROM U.S.P.S.                  -229.26

TOTAL DUE THIS STATEMENT                           $20,427.62