LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:  109217

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (General)

| | | | HOURS | |
|---|---|---|---|---|
| 09/01/05 | CCJ | Preparation for and representation of debtors at hearings for sale of five stores (2.9); conference with Sheon Karol regarding same and regarding actions needed for September 8, 2005 sale hearings (1.7); review and reply to correspondence to counsel for two stores and revision of orders (.8) | 5.40 | 1,593.00 |
| | SDB | Preparation for and attendance at court hearing on debtor's motion for authority to sell pharmaceutical assets in South Carolina | 0.90 | 355.50 |
| | EMS | Preparation of orders for sale hearing (3.5); e-mail correspondence with Denise Kaloudis regarding retroactive rejections of leases order (.2) | 3.70 | 703.00 |
| 09/02/05 | CCJ | Received and replied to correspondence regarding sale status (1.3); preparation of orders regarding same (1.2) | 2.50 | 737.50 |
| | EMS | Preparation of amended order for store 1908 to VOW, LLC and telephone call with Brian Walsh regarding same (1.9); e-mail correspondence with Cynthia C. Jackson regarding preparation of amended order for store 42 to ALS-Telfair-Perlis (.3); telephone call with Mike Schmahl regarding debtors' notice of intent to abandon and schedule of omnibus hearings (.4) | 2.60 | 494.00 |
| 09/05/05 | EMS | Preparation of order for store number 42 to ALS-Telfair-Perlis (.7); preparation of order for store 229 to stiles west (.8) | 1.50 | 285.00 |
| 09/06/05 | CCJ | Correspondence and conferences with Xroads regarding lease terminations and sales (2.9); preparation for September 8, 2005 sale hearings and negotiations with landlords regarding same (2.0) | 4.90 | 1,445.50 |
| | TLC | Preparation of and filing of the notice of hearing and filing of debtors' lease termination agreement with Kaolin Plaza, LLC, store 408 (.6); preparation of a hearing notebook regarding same (.8) | 1.40 | 168.00 |

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

| | | HOURS | |
|---|---|---|---|

09/07/05 TLC Preparation and filing of the notice of hearing and filing regarding the lease termination agreement with Waynesville Shopping Center, store 1249 (.6); preparation of a hearing notebook regarding same (.6); preparation and filing of the notice of hearing and filing regarding the lease termination agreement with E & A Southeast Limited Partnership, store 2708 (.6); preparation of a hearing notebook regarding same (.6); preparation and filing of the notice of hearing and filing regarding the lease termination agreement with FW NC-Shoppes of Kildaire LLC, store 803 (.6); preparation of a hearing notebook regarding same (.6); preparation and filing of the notice of hearing and filing regarding the lease termination agreement with Valrico Partners, store 716 (.6); preparation of a hearing notebook regarding same (.6); preparation and filing of the notice of hearing and filing regarding the lease termination agreement with EBR Limited Liability Company, store 1466 (.6); preparation of a hearing notebook regarding same (.6); preparation and filing of the notice of hearing and filing regarding the lease termination agreement with IDR Jr., Rose Holding LTD and SRE Inc., store 847 (.6); preparation of a hearing notebook regarding same (.6); filing of the proposed order regarding the lease termination agreement with ALS-Telfair-Perlis store number 42 (.4); filing of the proposed order regarding the asset purchase agreement with C.Y. YU, Inc. store number 2702 (.4); preparation and filing of the notice of withdrawal of debtors' notice of hearing and filing regarding the asset purchase agreement with Associated Wholesale Grocers, Inc and Alex Lee, Inc, store number 2718 (.6)                    8.60    1,032.00

CCJ Preparation for September 8, 2005 hearings to sell 15 stores (1.2); preparation of notices regarding same (.6); preparation of termination agreement on 1249 and conferences with landlord's counsel and correspondence regarding same (2.0); conferences with Catherine Ibold, Sheon Karol and Brian Walsh in preparation of agenda (.4)                    4.20    1,239.00

EMS Telephone call with Mike Schmahl regarding debtors' notice of abandonment (.3); preparation of proposed orders for debtors' motion to sell leasehold interest stores free and clear of liens for MD Investment, Kaolin Plaza, IDR Jr., EBR Limited Liability Company, Valrico Partners, FW-NC Shoppes of Kildaire, E & A Southeast LP and Waynesville Shopping Center (8.9)                    9.20    1,748.00

09/08/05 TLC Revision of the summary of bids (.5); revision of the summary of unsold stores (.6); preparation of sale orders for the omnibus hearing (1.0);                    2.10      252.00

CCJ Preparation for and representation of debtors at hearings on motion to sell or terminate leasehold interests at ten stores for over $500,000 plus

Law Offices

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Asset Disposition (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | waiver of claims in excess of $10 million, including final negotiations with landlords and assigns (4.3); conference with Xroads and debtors regarding status of store sales and owned parcels (1.3) | 5.60 | 1,652.00 |
|  | EMS | Preparation of orders for store sales for omnibus hearing | 2.10 | 399.00 |
| 09/09/05 | TLC | Preparation of the store closing statement notices for eighty stores that were sold | 3.00 | 360.00 |
|  | CCJ | Conference with DJM regarding owned parcels (.2); conference with Xroads, debtors and DJM regarding same (.5) | 0.70 | 206.50 |
|  | EMS | Preparation of notice of filing closing statements for debtors' sale of leasehold interest in stores and lease termination agreements | 4.10 | 779.00 |
| 09/12/05 | CCJ | Analysis of additional opportunity to market leases in areas affected by Hurricane Katrina (.3); review and revision of proposed Merriman sale agreement and conferences with Ed Zimmer regarding same (1.5) | 1.80 | 531.00 |
| 09/16/05 | KSW | Preparation and electronic filing of notice of hearing and filing regarding lease rejection agreement with Winn-Dixie Tampa Trust (store no. 636) | 0.40 | 48.00 |
| 09/20/05 | TLC | Preparation of and filing notices of store closing statements for stores 2460, 2725, 2151, 2160, 911, 2093, 1242, 1004, 851, 2104 and 2150 (4.0); preparation and filing of the lease termination agreement for store number 2312 (.3) | 4.30 | 516.00 |
|  | EMS | Preparation of proposed order approving debtors' lease termination agreement and granting related relief for A.A.C., Inc, Great Oaks, LLC and Winn-Dixie Tampa Trust | 3.70 | 703.00 |
|  | CCJ | Review and revision to real estate contracts and conferences with Ed Zimmer and with Ken Kirschner regarding same | 1.40 | 413.00 |
|  | BB | Review of correspondence regarding the sale of stores received from landlords, equipment vendors, and their respective attorneys | 3.20 | 656.00 |
| 09/21/05 | TLC | Preparation of and filing notices of store closing statements for stores 2726, 1010, 2717, 603, 2720, 1915, 332, 1913, 2051, 10, 2073 and 1906, 2724 (4.5); preparation and filing of notice of hearing and lease termination agreement for store 1851 to Rockdale Grocery (.4); preparation of hearing notebooks for lease terminations to heard at the omnibus hearing on September 22, 2005 (1.7) | 6.60 | 792.00 |
| 09/22/05 | CCJ | Preparation with Sheon Karol for sales hearings and status of orders (2.3); preparation for and representation of Winn-Dixie at sales hearings (1.0) | 3.30 | 973.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

|  |  |
|---|---|
| Winn-Dixie Stores, Inc. | Page: 4 |
| | 10/14/2005 |
| | ACCOUNT NO: 10163-021669M |
| | STATEMENT NO:   109217 |

Chapter 11 - Asset Disposition (General)

| | | | HOURS | |
|---|---|---|---|---|
| | TLC | Preparation of and filing of the notices of store closing statements for store numbers 576, 524, 805, 1314, 1317, 1914, 1942, 2727, 2014, 2004, 1944, 2008 and 1806 | 4.60 | 552.00 |
| | EMS | Preparation for and attendance at hearings in the Bankruptcy Court on debtors' motions to sell leasehold interest in targeted stores (5.9); review of and revision of proposed orders on debtors' motion to sell leasehold interest in targeted stores (2.2) | 8.10 | 1,539.00 |
| 09/23/05 | TLC | Preparation of and filing of notices of store closing statements for store numbers 2038, 2039, 133, 2056, 827, 2063, 126, 452, 1328, 2003, 2710, 2068, 825, 1471, 1349, 1323, 1303, 1234, 880, 1547, 1938, 2076, 2083, 2022, 2730, 2733, 2740, 2743 and 2731 | 8.00 | 960.00 |
| | CCJ | Review of new sale contracts and comments regarding same | 1.40 | 413.00 |
| 09/26/05 | CCJ | Conference with Ken Kirschner and with Sheon Karol regarding sale agreements (.5); preparation of sale order form (1.0); conference with Ken Kirschner regarding same (.5) | 2.00 | 590.00 |
| | TLC | Preparation of ten lease termination agreement orders for service on September 28, 2005 to the respective landlords and their attorney (1.5); e-mails to Rebecca Sawyer at Winn-Dixie regarding the lease termination agreements for stores 158 and 1249 requesting that they be signed by someone at Winn-Dixie (.3); preparation of the store closing statements to be served on the master service list and the respective landlord and their attorney for 81 stores (1.2); e-mail correspondence with Deanna Gantert from Eddie Held's office regarding the assumption and assignment agreement for store number 2726 (.1) | 3.10 | 372.00 |
| 09/27/05 | TLC | Preparation of store closing statements and assumption and assignment of leases for 14 stores to the landlords and their respective attorneys (2.1); preparation for service of 31 lease termination orders on the landlords and their respective attorneys on Wednesday, September 28, 2005 (5.0) | 7.10 | 852.00 |
| | BB | Review of correspondence regarding objections to sale of stores | 1.10 | 225.50 |
| 09/28/05 | TLC | Service of notice of closing statements and assumption and assignment of leases to the respective landlords and their attorneys for 57 stores | 7.30 | 876.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 129.90 | 24,461.00 |

## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
10/14/2005
ACCOUNT NO: 10163-021669M
STATEMENT NO:   109217

Chapter 11 - Asset Disposition (General)

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Stephen D. Busey | 0.90 | $395.00 | $355.50 |
| Cynthia C. Jackson | 33.20 | 295.00 | 9,794.00 |
| Beau Bowin | 4.30 | 205.00 | 881.50 |
| *Tana L. Copeland | 56.10 | 120.00 | 6,732.00 |
| *Kimberly S. Ward | 0.40 | 120.00 | 48.00 |
| Elizabeth M. Schule | 35.00 | 190.00 | 6,650.00 |
| TOTAL | 129.90 | | $24,461.00 |

TOTAL THIS STATEMENT                                $24,461.00
                                                   ===========

*Legal Assistant

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100818

Page: 1
10/14/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:   109215

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Asset Disposition (Inventory)

| | | | HOURS | |
|---|---|---|---|---|
| 09/01/05 | TLC | Service of notice of abandonment on over 200 affected landlords | 2.50 | 300.00 |
| 09/05/05 | EMS | Preparation of hearing outline for debtors' amended motion for order authorizing retention of liquidating agent | 1.90 | 361.00 |
| 09/06/05 | CCJ | Conference with XRoads and with liquidator regarding September 8, 2005 hearing and preparation for same | 1.40 | 413.00 |
| 09/08/05 | SDB | Preparation for and attendance at hearing on the debtors' motion to hire a liquidator and to sell fixtures, furniture and equipment at closed distribution center | 1.10 | 434.50 |
| 09/19/05 | EMS | Telephone conversation and e-mail correspondence with Dudley Dow of Southern Food Brokers regarding date, time, location and requirements for Deep South Auction | 0.30 | 57.00 |
| 09/20/05 | CCJ | Analysis with Brian Walsh (King & Spalding), Sheon Karol (XRoads) and Catherine Ibold (Winn-Dixie) regarding abandonment issues (2.0); preparation for and representation of Winn-Dixie at auction on liquidating agent (2.9); revisions and negotiations of order approving agent (2.0); conferences with John Young and with Holly Etlin regarding same (1.0) | 7.90 | 2,330.50 |
| | EMS | Extensive revisions to hearing outline regarding debtors' motion for order (a) authorizing debtors to retain a liquidating agent and approving agency agreements and (b) to sell equipment located at the Fitzgerald, Georgia and Astor facilities free and clear of liens and exempt from stamp or similar taxes and preparation for hearing | 2.40 | 456.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
10/14/2005
ACCOUNT NO: 10163-021670M
STATEMENT NO:  109215

Chapter 11 - Asset Disposition (Inventory)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/21/05 | CCJ | Preparation for hearing on retention of liquidating agent and conferences with Committee and XRoads regarding same | 1.40 | 413.00 |
|  | EMS | Revision of proposed order authorizing the debtors (a) to retain liquidating agent and (b) to sell furniture, fixtures and equipment located at the Fitzgerald, Georgia and Astor facilities free and clear of liens and exempt from stamp tax or similar taxes (1.2); review of an objection to debtors' notice of intent to abandon furniture fixtures and equipment in order to resolve the objections and avoid expense of litigation (.4) | 1.60 | 304.00 |
| 09/22/05 | CCJ | Preparation for and representation of Winn-Dixie at hearing to approve liquidating agent for Fitzgerald, Georgia and Astor (1.2); conferences with counsel for agent and revisions to order (.8); received and replied to correspondence from committee regarding same (.3) | 2.30 | 678.50 |
|  | TLC | Review and revision of liquidating agent order | 1.80 | 216.00 |
|  | SDB | Preparation for and attendance at hearing on debtors' motion to retain liquidating agent and sell fixtures in Fitzgerald, Georgia and Astor facilities, including telephone call with Xroads people regarding the transaction (1.3); conference with counsel for the liquidating agent and review of the proposed order (.4) | 1.70 | 671.50 |
|  | KSW | Preparation for and service of order on amended motion to retain liquidating agents regarding Fitzgerald, Georgia and Astor facilities (.8); preparation and electronic filing of certificate of service regarding same (.3); electronic filing of ninth submission of completed questionnaire of ordinary course professionals (.2) | 1.30 | 156.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 27.60 | 6,791.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.80 | $395.00 | $1,106.00 |
| Cynthia C. Jackson | 13.00 | 295.00 | 3,835.00 |
| *Tana L. Copeland | 4.30 | 120.00 | 516.00 |
| *Kimberly S. Ward | 1.30 | 120.00 | 156.00 |
| Elizabeth M. Schule | 6.20 | 190.00 | 1,178.00 |
| TOTAL | 27.60 |  | $6,791.00 |

TOTAL THIS STATEMENT                                        $6,791.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Automatic Stay (Relief Actions)

|  | | | HOURS | |
|---|---|---|---|---|
| 09/01/05 | JHP | Preparation and issuance of stay enforcement letter on attorney for Essy Kleinmann (.8); preparation and issuance of update of index to stay enforcement litigation (.4) | 1.20 | 426.00 |
| | CCJ | Conferences with Eddie Held, with Catherine Ibold and with Jay Castle regarding termination | 1.30 | 383.50 |
| | KSW | Preparation for and electronic filing of stipulation and waiver regarding motion for relief from stay filed by Concord Fund IV Retail, Inc. | 0.30 | 36.00 |
| 09/02/05 | JHP | Preparation and issuance of stay enforcement demand letter to attorney Lauri Goldstein regarding Stacey Hux's claim (.9); preparation and issuance of correspondence to J.H. Zidell regarding stay of claim being asserted by Essy Kleinmann (.4) correspondence to client regarding attorney Adams' settlement demand on claim of Bobbie Edwards (.2); telephone call with attorney Wiler regarding personal injury/stay issues (.3) | 1.80 | 639.00 |
| 09/06/05 | LMP | Preparation of stay enforcement letter regarding Stacey Hux matter, update to index to stay enforcement matters and e-mail to working group regarding same (.5); e-mail to working group regarding stay enforcement letter in Hernandez matter (.1); e-mails with Scott Morris regarding Mitchell motion for relief from stay (.2) | 0.80 | 200.00 |
| | JHP | Correspondence to attorney for Essy Kleinmann regarding enforcement of stay relief (.3); preparation of correspondence to attorney for Willie Burgess regarding continuance of hearing on motion to lift stay (.3); correspondence and telephone calls with attorneys regarding the postponement of stay relief during claims resolution procedure (.6) | 1.20 | 426.00 |
| | TLC | Telephone call with the District Court of Texas Clerk of Courts regarding Boyd v. Winn-Dixie Stores to see if Wayne Boyd filed a notice of dismissal, e-mail to Leanne McKnight Prendergast and Matthew Coveler regarding same | 0.80 | 96.00 |

LAW OFFICES
S MITH  H ULSEY  &  B USEY

Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

09/07/05 LMP E-mail to attorney for Jackie Medlin regarding
             response to his inquiry regarding stay relief (.2);
             analysis regarding service of process on Central
             Progressive Bank after Hurricane Katrina, telephone
             calls to Central Progressive Bank and Robin
             Cheatham regarding service of process, telephone
             call to Brent Barriere regarding service of order
             and e-mail to John Alsobrook regarding same (1.5);
             telephone call with Wayne Boyd regarding status of
             Texas action and review of pleadings and
             correspondence served by Wayne Boyd (.8); preparation
             of reply to correspondence from attorneys for Stacey
             Hux regarding stay enforcement and e-mail to
             working group regarding same (1.3); review and
             analysis of e-mails from Scott Morris regarding
             Lumper's motion for relief from stay and state court
             action against Winn-Dixie employees and replies
             thereto (1.1); review of Willie Burgess' motion for
             relief from stay and preparation of correspondence to
             attorneys for Willie Burgess regarding same (1.2);
             review of correspondence from Stephen Radford
             regarding Delia Gonzalez and Erica Legrand matters
             and telephone calls to Stephen Radford regarding same
             (.4); analysis regarding whether to file motion to
             strike Lumper's motion for relief from stay (.4);
             e-mail to Cynthia C. Jackson and Keith Daw
             regarding status of Abbeville store (.2); e-mails
             with Brian Davis regarding status of and response
             to Essy Kleinmann's state court motion for relief from
             stay and response to stay enforcement letter (.9)        8.00   2,000.00
         JHP E-mail with special counsel regarding stay issues
             and strategy regarding Mitchell v. Winn-Dixie (.3);
             review of proposed answers to interrogatories
             regarding Davidson motion to lift stay (.3);
             preparation for hearing on Lumper's motion to lift
             stay (.3); preparation of stay enforcement letter
             regarding Stacey Hux (.3); telephone call with attorneys
             for personal injury claimants regarding claims
             resolution procedures (.4); telephone call with
             attorney for creditors committee, Jeff Milton,
             regarding status of stay relief (.2)                      1.80     639.00

09/08/05 LMP Telephone calls with Stephen Radford regarding status
             of Delia Gonzalez and Curtis matters and response to
             correspondence from Craig Goldenfarb regarding
             Erica Legrand matter (.8); telephone calls to Robin
             Cheatham and Susie Morgan regarding service of
             process in adversary regarding Abbeville store and
             extension of deadline for answering complaint (.9);
             review of docket and revision of correspondence to
             attorneys for Willie Burgess to reflect abatement
             of motion for relief from stay (.4); telephone
             calls to Diane Jackson and Susan Carter regarding
             whether the court has been sua sponte striking
             pleadings filed by attorneys not in compliance with
             the court's April 19, 2005 order (.3); telephone

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | calls to attorneys for Essy Kleinnmann regarding hearing in state court scheduled for September 13, 2005 (.2); review of correspondence from Stephen Radford regarding Moreno matter and preparation of stay enforcement letter (.6); review of e-mail from Jay Castle regarding landlord locking sales agents out of Fayetteville, North Carolina store, telephone calls to Keith Daw, Kathryn Ibold and Shawn Sloan regarding same, preparation of correspondence regarding enforcement of sales motion and e-mail of same to working group, telephone calls and e-mails to Bryan Gaston regarding letter and status of Fayetteville store (1.8) | 5.00 | 1,250.00 |
|  | JHP | E-mail correspondence with client regarding stay enforcement issues relating to store number 883 in Fayetteville, North Carolina (.2); e-mail correspondence regarding the treatment of the letter of Tenesha Jones as a possible request for stay relief (.2) | 0.40 | 142.00 |
| 09/09/05 | LMP | Review of e-mails from John Alsobrook regarding Central Progressive Bank, response to same, telephone call to case manager regarding returns of service after alternative service effected due to Hurricane Katrina, preparation of alias summonses and service of same, telephone call with John Alsobrook regarding intervening in foreclosure action (1.7); review of notice of dismissal served by Lourdes Hernandez, update of index to stay litigation and e-mail to working group regarding same (.3); telephone call from Stephen Radford regarding dismissal as to Winn-Dixie of Curtis matter, status of Curtis matter regarding Winn-Dixie's employee, status of Delia Gonzalez matter (.4); preparation of stay enforcement letter to attorneys for Delia Gonzalez and e-mail to working group regarding same (.5); review of notice of dismissal filed by attorneys for Curtis and transmittal letter from Stephen Radford, e-mail to working group regarding same and update of stay enforcement litigation index (.5); review of notice of dismissal and correspondence from attorney for Stacey Hux and preparation of reply to same (.6) | 4.00 | 1,000.00 |
|  | JHP | E-mail correspondence regarding the issuance of stay enforcement letters regarding litigation filed by Ana Moreno and Delia Gonzalez (.5); e-mail correspondence regarding dismissal of litigation filed in connection with the automatic stay filed by Lourdes Hernandez and Roger Combs (.3) | 0.80 | 284.00 |
| 09/12/05 | LMP | Update stay enforcement litigation action list (.4); telephone calls with attorneys for Essy Kleinmann demanding cancellation of hearing in state court on motion for relief from stay, review |  |  |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

of correspondence from Essy Kleinmann's attorneys
agreeing to cancel hearing, e-mail to Brian Davis
and Jackie Eikner regarding same, preparation of
correspondence to attorneys for Essy Kleinmann regarding
withdrawing motion for relief from stay filed in
state court (.9); review of and responses to e-mail
from Bryan Gaston regarding FFE sale enforcement
letter and revision of same (.4); e-mail to working
group regarding dismissal of Stacey Hux action (.2);
e-mail to working group regarding letter describing
claims resolution procedure to be sent to movant
for relief from stay (.2); analysis regarding
whether Winn-Dixie should file motion to extend
automatic stay to employees for whose actions it is
liable (.6); revision of reply to correspondence
from attorneys for Stacey Hux (.2); review of
e-mail from John Alsobrook, intervention and
memorandum in support of motion to transfer venue
and in opposition of motion for remand, revision of
same and e-mail and telephone call to John
Alsobrook (2.5); preparation of correspondence to
attorney for Erica Legrand regarding his request
for mediation (.7); preparation of correspondence
to Stephen Radford regarding continued prosecution
and defense of actions against employee drivers in
automobile cases (.6); telephone call with Susie
Morgan regarding service of process on By-Pass
Partnership (.2)                                                 6.90   1,725.00

JHP  Telephone call and correspondence with attorney for
Christine Bass regarding claims resolution
procedures and stay relief (.4); telephone call and
correspondence with attorney Steve Ermer regarding
claims resolution procedure and stay relief (.5);
revision to the motion and memorandum to be filed
by Winn-Dixie's local counsel, John Alsobrook, to
remove and transfer Progressive Bank v. By-Pass
case (.8); review of dismissal filed by attorneys
for Stacey Hux and Essy Kleinmann (.2)                           1.90     674.50

09/13/05 LMP  E-mail to Scott Morris regarding status of Lumper's
motion for reconsideration of state court stay,
preparation of adversary complaint against
Lumper for violation of the automatic stay,
research regarding status of Lumper's motion for
relief from stay, review and analysis of Lumper's
second motion for relief from stay, analysis
regarding and preparation of response in opposition
to Lumper's second motion for relief from stay and
e-mail to Jay Castle regarding status of Lumper's
state court action and motion for relief from stay
and recommended course of action (6.9); review of
motion for relief from stay filed by Eddie Traffica,
research regarding whether Eddie Traffica has
filed a proof of claim and preparation of
correspondence to attorneys for Eddie Traffica
suggesting that she participate in the claims resolution

Page: 5
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

procedure rather than prosecute a motion for relief
from stay (.4); telephone call to Matthew Coveler
regarding status of Wayne Boyd matter and analysis
regarding potential courses of action with respect
thereto (.5)                                                              7.80   1,950.00

JHP Correspondence to attorney for Christine Bass
regarding settlement of claims and correspondence
to client regarding same (.5); review of motion to
lift stay filed by Eddie Traffica and e-mail
correspondence to client regarding same (.4);
telephone call with attorney for Robert Gagnon
regarding continuance of lift stay hearing and e-mail
correspondence regarding proposed stipulation (.8);
review of proposed answer to Davidson
interrogatories and e-mail correspondence with
client regarding same (.8)                                               2.50    887.50

KSW Updated index to stay litigation (.2); preparation
of stipulation and waiver regarding motion for
relief filed by Robert Gagnon (.3)                                       0.50     60.00

09/14/05 LMP Telephone call and e-mails with Susie Morgan
regarding service of process on By-Pass Partnership
(.3); review of certificate of service filed by
attorneys for Vera Volvecky requesting a hearing on
her motion for relief from stay, and verification
that a letter regarding the self-insurance
situation had been sent to them (.3); telephone
call with Matthew Coveler regarding status of Wayne
Boyd matter and strategy with respect thereto (.3);
review of correspondence from Rhonda Miller and
Eugene Mitchell (.2); preparation of notice of
deposition to Dannon                                                     1.30    325.00

JHP Preparation for September 26, 2005 hearing on Dannon's
motion to lift stay, including the preparation of
discovery on Dannon (1.1); e-mail correspondence
with Jackie Eickner regarding claimant Bobbie
Edwards (.2); preparation and issuance of
stipulation to continue hearing on Robert Gagnon's
motion to lift stay (.4); review of pleadings, including
motion to lift stay of Amanda Johnson and revisions
to index to stay litigation (.2); review of letter
received from Lumper's claimants and preparation for
September 26, 2005 hearing on lift stay motion
(1.1); telephone call with attorney Joe Frank
regarding requested stay relief (.3)                                     3.30   1,171.50

09/15/05 LMP E-mails with Jay Castle regarding status of Lumper's
motion for relief from stay and state court action,
and e-mails with Jay Castle and Scott Morris
regarding meeting for preparation for hearing on
Lumper's motion for relief from stay (.5);
preparation of notice of deposition of Dannon,
correspondence to attorneys for Dannon regarding
the scheduling of the deposition and telephone call
and e-mails with Steve Eichel regarding response to
Dannon's motion for relief from stay and settlement

### SMITH HULSEY & BUSEY

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
| | negotiations (1.9); telephone call with Wayne Boyd regarding the status of the Texas action and the chapter 11, and analysis of potential courses of action (.4); e-mail to working group regarding letter to attorneys for Eddie Traffica regarding motion for relief from stay (.1); telephone call with Denise Kaloudis and analysis regarding deadline for filing reply to objection to motion to extend time for assuming leases (.4); review of suggestion of bankruptcy filed by attorneys for Ana Moreno and preparation of correspondence reiterating demand that the state court action be dismissed (.5) | 3.80 | 950.00 |
| JHP | Preparation, service and filing of discovery on Dannon and preparation for September 26, 2005 hearing regarding same (1.0); preparation for September 26, 2005 hearing on Lumper's lift stay motion and telephone call with Jay Castle regarding same (1.0); preparation and issuance of stipulation to continue hearing on Willie McCrae's motion (.3) | 2.30 | 816.50 |
| KSW | Preparation for electric filing of stipulation and Waiver regarding motion for relief filed by Robert Gagnon | 0.30 | 36.00 |
| 09/16/05 LMP | E-mails with Jay Castle regarding scheduling of conference for preparation for hearing on Lumper's motion for relief from stay (.1); e-mail to Jackie Eikner regarding draft response to inquiry from Stephen Radford regarding continued defense of Company employee after action stayed as to Company (.2) | 0.30 | 75.00 |
| KSW | Preparation for and electronic filing of stipulation to continue hearing on motion for relief from stay filed by Willie McCrae (.3); electronic filing of proposed agreed order on motion for relief from stay filed by Wah Hong Go (.3); and proposed agreed order on motion for relief from stay filed by James Stokes, David Reddick and Delegal Law Offices, P.A. (.3) | 0.90 | 108.00 |
| CCJ | Conference with Eddie Held regarding Concord stay relief motion | 0.30 | 88.50 |
| 09/19/05 LMP | E-mail from Jackie Eikner regarding draft response to inquiry from Stephen Radford regarding continued defense of Company employee after action stayed as to Company (.1); review and analysis of Wayne Boyd's second notice of withdrawal of notice of dismissal of Texas action, motion for relief from automatic stay and related correspondence (.5); analysis of how Medicare liens should be addressed in the claims resolution procedure (.5) | 1.10 | 275.00 |
| JHP | Preparation for trial on Dannon's motion to lift stay, including the review of material documents, proposed memorandum of law, testimony for prospective witnesses and telephone calls and e-mails with client and co-counsel regarding same | | |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 7
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

(2.2); review of Glasrud motion to lift stay and
e-mail correspondence regarding same with client
and co-counsel (.8); e-mail correspondence with
Committee counsel and client regarding Wah Hong Go
motion to lift stay (.3); correspondence to local
counsel, Stephen Radford, regarding the defense of
the Curtis case (.2)

3.50   1,242.50

09/20/05 LMP  Review of notice of deposition served by Dannon,
e-mail to working group of same, analysis of
response in opposition to Dannon's motion for
relief from stay, telephone conferences with
working group regarding same and preparation of
motion for continuance of hearing on Dannon's
motion for relief from stay (5.4); preparation for
and telephone conference with Jay Castle and Scott
Morris regarding preparation for hearing on Lumper's
motion for relief from stay (1.1)

6.50   1,625.00

SDB  Conference with James H. Post regarding Dannon's
motion for relief to affect its reclamation claim;
review of case law

0.60    237.00

JHP  Preparation for September 26, 2005 hearing on
Lumper's motion to lift stay, including preparation
of proposed testimony and exhibits and telephone
calls with prospective witnesses (1.8); preparation
for September 26, 2005 hearing on Dannon's motion to
lift stay, including review of legal research and
revisions to response in opposition to motion,
telephone conferences with prospective witnesses and
client (2.2); telephone call with attorney for
Thrivent regarding stipulation to continue final
hearing on motion and preparation of same (1.0);
preparation and issuance of update to index to lift
stay motions (.2)

5.20   1,846.00

09/21/05 LMP  Review of Dannon's amended notice of deposition and
document demand, preparation of motion for
continuance of hearing on Dannon's motion for relief
from stay and motion for protective order from
pending discovery requests, review of e-mail
correspondence regarding negotiations for
stipulation to continuance of hearing, research
regarding whether each purchase of Dannon products
could be considered to have involved separate
contracts, and preparation of response in
opposition to Dannon's motion for relief from stay
(8.2); preparation of outline of Jay Castle's
testimony for Lumper's motion for relief from stay
(.5); telephone call with Jill Downey regarding
allowing prosecution to continue against
Winn-Dixie's employee in the Curtis matter (.2)

8.90   2,225.00

JHP  Preparation for September 26, 2005 hearing on
Dannon's motion to lift stay, including review of
legal research and revisions to response in
opposition to motion, telephone calls and e-mails

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 8
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Chapter 11 - Automatic Stay (Relief Actions)

HOURS

|  |  |  |
|---|---|---|
| with Dannon's attorney and client regarding possible settlement or continuance of final hearing and preparation of motion for continuance and protective order regarding late noticed depositions and document requests (4.6); preparation for September 26, 2005 hearing on Lumper's motion for relief from stay, including preparation of direct examination of witnesses and preparation of trial exhibits (1.8) | 6.40 | 2,272.00 |
| SDB Conference with James H. Post regarding Dannon discovery and scheduling | 0.20 | 79.00 |

09/22/05 LMP Review and analysis of motion for relief from stay and state court complaint filed by the Johnson family and strategy in responding to both, e-mail to working group regarding same, preparation of stay enforcement letter and preparation of correspondence to Johnsons' attorneys declining to accept service of process (3.1); analysis regarding status of and recommended actions for stay enforcement matters and stay relief litigation and update of indices/action lists (2.9); review and analysis of draft response in opposition to Dannon's motion for relief from stay (.5)

6.50   1,625.00

JHP Preparation for September 26, 2005 hearing on Dannon's motion to lift stay, including revisions to a proposed response to the motion, proposed direct testimony, e-mail correspondence and telephone calls with prospective witnesses, Jay Castle and co-counsel (2.6); telephone calls and e-mails with attorneys for Dannon regarding a potential stipulation to continue hearing and resolve discovery disputes, including e-mail and correspondence with Jay Castle and others regarding same (1.6); preparation for September 26, 2005 hearing on Lumper's motion to lift stay, including the preparation of proposed testimony and conference with Jay Castle regarding same (1.0); review of new motions to lift stay filed by Shaun Johnson, et al. and conference and e-mail with Jay Castle and others regarding same (.6)

5.80   2,059.00

KSW Updated index to stay litigation

0.30   36.00

09/23/05 LMP Research regarding waiver of set-off rights and preparation of stipulation, agreed order and notice of agreed order regarding Dannon's motion for relief from stay to effect set-off (4.4); research regarding judgment on partial findings, research regarding burden of proof on motion for relief from stay, and preparation of outline of testimony of Jay Castle, exhibit list and hearing notebook for hearing on Lumper's motion for relief from stay (2.7)

7.10   1,775.00

JHP Preparation for September 26, 2005 hearing on Dannon's motion to lift stay, including preparation of proposed testimony, exhibit list, response in

LAW OFFICES
## SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page:  9
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:  109214

Chapter 11 - Automatic Stay (Relief Actions)

| | | | HOURS | |
|---|---|---|---|---|
| | | opposition and motion for continuance (1.8); telephone call and e-mail correspondence with Dannon's attorney regarding settlement and continuance issues, and e-mail and telephone calls regarding same with client and co-counsel (1.2); preparation for September 26, 2005 hearing on Lumper's motion to lift stay, including the preparation of proposed testimony and exhibit list, e-mail correspondence with client regarding same, and review of legal research (3.2) | 6.20 | 2,201.00 |
| | ENM | Research standards for lifting the automatic stay related to Lumper Tech motion | 3.30 | 792.00 |
| | KSW | Preparation for hearing, including organization of exhibits, on Eugene Mitchell and Rhonda Miller's motion for relief from stay | 0.80 | 96.00 |
| 09/26/05 | LMP | Review of affidavit of Kate Logan regarding Lumper's claims, research and analysis regarding whether the affidavit is admissible under the residual exception to the hearsay rule, research regarding whether the court may take judicial notice of claims register maintained by claims agent, preparation of response in opposition to Lumper's motion for relief from stay, e-mails to Scott Morris regarding outcome of hearing and case law he requested regarding the automatic stay and preparation of proposed order denying the Lumper's motion for relief from stay (4.1); review of e-mails between Jay Castle and Laura Waring regarding Sumwalt claim and e-mail to Laura Waring regarding documentation of and approval process for settlement of same (.4); telephone call with Matthew Coveler regarding status of and strategy for Wayne Boyd's Texas action (.2) | 4.70 | 1,175.00 |
| | KSW | Preparation for hearing on Eugene Mitchell and Rhonda Miller's motion for relief from stay (1.4); electronic filing of response in opposition to Eugene Mitchell and Rhonda Miller's motion for relief from stay (.3) | 1.70 | 204.00 |
| | JHP | Preparation for and attendance at evidentiary hearing on motion to lift stay filed by Lumper, including conferences with Jay Castle before and after hearing, preparation of exhibit list, proposed testimony and applicable case law (4.8); telephone call and e-mail correspondence to attorney for Sarria Enterprises regarding continuance of stay hearing and e-mail correspondence with Jay Castle regarding same (.8); telephone call and e-mail correspondence with Dannon's attorney and client regarding possible resolution of Dannon's motion to lift stay to take set-off and preparation of stipulation regarding same (1.0) | 6.60 | 2,343.00 |
| 09/27/05 | LMP | Telephone conference with working group regarding claims resolution procedure, including issues with respect to sending out and initial handling of | | |

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | questionnaires (1.1); analysis regarding status of stay relief litigation matters and update of action list (.6); analysis regarding status of stay enforcement litigation and update of action lists (.4) | 2.10 | 525.00 |
| JHP | E-mail correspondence and telephone call with attorney for Dannon regarding possible settlement and e-mail correspondence with co-counsel regarding same | 0.80 | 284.00 |
| 09/28/05 LMP | Preparation of stipulation continuing the hearing on Concord Fund's motion for relief from stay and e-mails with Eddie Held regarding same (.6); telephone calls with Gerald Golson regarding possible relief from the stay to foreclose against property against which Winn-Dixie has de minimus liens and analysis of same (.5); telephone conference with Jay Castle and creditors committee counsel regarding cash payments of less than $5,000 in claims resolution procedure and preparation of agreed order regarding same (1.5); research regarding whether defendant in action brought by debtor must obtain relief from the automatic stay in order to assert counterclaims (.3) research regarding transfer of venue for proceeding related to a bankruptcy case, research regarding filing motion to transfer venue in the Northern District of Texas, preparation of motion to transfer venue of Wayne Boyd matter, telephone calls with Tom Choate and Matthew Coveler regarding Tom Choate acting as local counsel in Boyd matter pursuant to local rule requiring local counsel located within 50 miles of the courthouse (4.7) | 7.60 | 1,900.00 |
| KSW | Preparation of stipulation to further continue hearing on Sarria Enterprises' motion for relief from stay | 0.20 | 24.00 |
| JHP | E-mail correspondence with attorney for Concord Fund regarding continuance of hearing on stay relief motion (.6); e-mail correspondence with attorney for Sarria Enterprises regarding possible continuation of hearing on motion and e-mail correspondence with client regarding same (.6); telephone call with attorney for Dannon regarding possible settlement and e-mail correspondence with client regarding same (1.2); preparation of complaint against Wayne Boyd for violation of automatic stay (.8) | 3.20 | 1,136.00 |
| 09/29/05 LMP | E-mails with Tom Choate regarding the motion to transfer venue of the Wayne Boyd matter and telephone call with Tom Choate regarding his entering a notice of appearance in the Wayne Boyd matter (.3); telephone call with Eddie Held regarding stipulation rescheduling hearing on motion for relief from stay filed by Concord Fund (.1); preparation of e-mail to and telephone call to Craig Kelly regarding Glasrud motion for relief from stay (.3); research regarding and review and analysis of |  |  |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 11
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Chapter 11 - Automatic Stay (Relief Actions)

|  |  | HOURS |  |
|---|---|---|---|
|  | order authorizing the hiring of professionals in the ordinary course of business to determine how to retain and compensate local counsel for the Central Progressive Bank and Wayne Boyd matters (1.8) | 2.50 | 625.00 |
| KSW | Telephone call with and e-mail of correspondence to attorney for landlord and Mike Chlebovec regarding status of delivery of keys (.4); service of order on Penman Plaza's motion to compel debtors to assume or reject unexpired lease (.3) | 0.70 | 84.00 |
| JHP | Telephone call and e-mail correspondence with attorney for Dannon regarding possible settlement of claim, e-mail correspondence regarding same to client (1.0); telephone call with Jay Castle and local counsel regarding lift stay motion filed by Glasrud to assert counterclaim and telephone call regarding same with attorney for Glasrud (.8); preparation, service and filing of stipulation to continue October 3, 2005 hearing on Sarria Enterprises' motion (.4) | 2.20 | 781.00 |
| BB | Research regarding whether counterclaim filed against debtor's post-petition violates the automatic stay (3.6); conference with James H. Post regarding results of research regarding counterclaim issue (.4); review of legal research regarding the Medicare Secondary Payor Program (.4) | 4.40 | 902.00 |
| 09/30/05 LMP | E-mails to John Alsobrook and review of docket to determine whether Ostendorf firm had completed questionnaire for ordinary course retention (for Central Progressive Bank matter) (.4); research regarding attorney Tom Choate and e-mail to Jay Castle regarding Tom Choate and the need to hire local counsel for Wayne Boyd matter (.4); preparation of order denying Lumper's motion for relief from stay (.4); preparation of stipulation rescheduling hearing on Concord Fund motion for relief from stay and e-mails with Eddie Held regarding filing of same (.3); e-mail to Craig Kelley regarding Glasrud motion for relief from stay and necessity of answering state court complaint (.3) | 1.80 | 450.00 |
| KSW | Electronic filing of stipulation to continue hearing on Sarria Enterprises' motion for relief from stay (.3) and proposed order denying motion for relief from stay filed by Lumper (.2) | 0.50 | 60.00 |
| JHP | Correspondence with attorney for Davidson regarding discovery response and e-mail with Jackie Eicker regarding same (.3); preparation, service and filing of stipulation continuing hearing on Sarria Enterprises' motion to lift stay (.5) | 0.80 | 284.00 |

FOR PROFESSIONAL SERVICES RENDERED

161.70  45,551.50

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 12
10/14/2005
ACCOUNT NO: 10163-021672M
STATEMENT NO:   109214

Chapter 11 - Automatic Stay (Relief Actions)

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.80 | $395.00 | $316.00 |
| James H. Post | 57.90 | 355.00 | 20,554.50 |
| Cynthia C. Jackson | 1.60 | 295.00 | 472.00 |
| Beau Bowin | 4.40 | 205.00 | 902.00 |
| *Tana L. Copeland | 0.80 | 120.00 | 96.00 |
| *Kimberly S. Ward | 6.20 | 120.00 | 744.00 |
| Eric N. McKay | 3.30 | 240.00 | 792.00 |
| Leanne McKnight Prendergast | 86.70 | 250.00 | 21,675.00 |
| TOTAL | 161.70 | | $45,551.50 |

TOTAL THIS STATEMENT                                   $45,551.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100818

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
10/14/2005
ACCOUNT NO: 10163-021673M
STATEMENT NO:   109228

ATTN: Larry Appel, Esq.

Chapter 11-Business Operations/Strategic Planning

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/05 | SDB | Attendance at meeting with Winn-Dixie Board of Directors and advise the Board on case related issues | 3.60 | 1,422.00 |
| 09/07/05 | CCJ | Preparation for and participation in weekly strategy call | 1.20 | 354.00 |
| 09/13/05 | SDB | Preparation for and participation in weekly Winn-Dixie case management conference with senior management and senior advisors | 0.90 | 355.50 |
|  | CCJ | Preparation for and attendance at weekly strategy call | 1.00 | 295.00 |
| 09/20/05 | SDB | Preparation for and participation in weekly Winn-Dixie case management conference with senior management and senior advisors | 0.90 | 355.50 |
|  | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 295.00 |
| 09/27/05 | SDB | Preparation for and participation in telephone conference with Winn-Dixie's Board of Directors (1.8); preparation for and participation in weekly Winn-Dixie case management conference with senior management and senior advisors (.7) | 2.50 | 987.50 |
|  | CCJ | Preparation for and participation in weekly strategy call | 1.00 | 295.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 12.10 | 4,359.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 7.90 | $395.00 | $3,120.50 |
| Cynthia C. Jackson | 4.20 | 295.00 | 1,239.00 |
| TOTAL | 12.10 |  | $4,359.50 |

TOTAL THIS STATEMENT                                    $4,359.50

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  109213

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/05 | CCJ | Conference with Jay Castle regarding September 8, 2005 hearings (.2); review and revision of September 8, 2005 agenda (.5); conference with courtroom administrator regarding new dates (.2) | 0.90 | 265.50 |
|  | TLC | Preparation of orders for September 1, 2005 omnibus hearing (1.0); preparation of a notebook for the September 8, 2005 omnibus hearing (.8) | 1.80 | 216.00 |
|  | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.7); retrieval and review of updated docket sheet (.5); updated agenda for September 22, 2005 hearing (.4) | 2.60 | 312.00 |
|  | EMS | Conference with Jay Castle, Cynthia C. Jackson, Sheon Karol and Catherine Ibold regarding September 8, 2005 agenda (1.2); review, analysis and distribution of incoming correspondence and pleadings (.5) | 1.70 | 323.00 |
|  | BB | Preparation for omnibus hearing (1.0); review and analysis of incoming correspondence for objections to proposed sales (.8) | 1.80 | 369.00 |
| 09/02/05 | EMS | Review and analysis of pleadings and correspondence and distribution of same | 0.50 | 95.00 |
|  | CCJ | Review and revision of agenda for September 8, 2005 hearings and conference with committee and U.S. Trustee regarding same | 1.50 | 442.50 |
|  | TLC | Preparation of notice regarding omnibus hearing dates (1.0); revision of agenda for the omnibus hearing on September 8, 2005 and service of same (.3) | 1.30 | 156.00 |
| 09/06/05 | CCJ | Preparation of updated agenda and correspondence with constituents regarding same | 1.00 | 295.00 |
|  | TLC | Revision of hearing agenda for September 8, 2005 (1.0); e-mail to court regarding same (.1) and revision and service of the hearing notebook to Judge Funk (1.4) | 2.50 | 300.00 |

LAW OFFICES
SMITH HULSEY & BUSEY

Page: 2
10/14/2005
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021664M
STATEMENT NO:   109213

Chapter 11 - Case Administration


|          |     |                                                                                                                              | HOURS |        |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/07/05 | TLC | Revision and filing of the final agenda for the omnibus hearing to be held on September 8, 2005 (.8); e-mail to Susan Carter, Jodie and Diane regarding same (.2) | 1.00  | 120.00 |
|          | CCJ | Preparation of final agenda and conferences with committee, Bank, Winn-Dixie, Xroads, King & Spalding regarding same          | 1.20  | 354.00 |
|          | JHP | Review of docket update and calendar                                                                                         | 0.20  | 71.00  |
| 09/08/05 | TLC | Preparation of the hearing agenda for September 22, 2005 (.8); preparation of files regarding same (.4)                     | 1.20  | 144.00 |
| 09/09/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); retrieval and review of updated docket sheet (.3); electronic filing of master service list of September 8, 2005 (.2) | 1.80  | 216.00 |
| 09/12/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.8); retrieval and review of updated docket sheet (.2); updated index to files (.7); preparation of notice of omnibus hearing dates (.4) | 4.10  | 492.00 |
| 09/13/05 | SDB | Revision of proposed agenda for September 22, 2005 omnibus hearing and conference with Cynthia C. Jackson regarding scheduling of matters | 0.30  | 118.50 |
|          | JHP | Review of docket update and revised case calendar                                                                           | 0.30  | 106.50 |
|          | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (3.1); retrieval and review of updated docket sheet (.4); preparation of revised agenda for September 22, 2005 hearing (.4); updated index to files (.8) | 4.70  | 564.00 |
|          | CCJ | Preparation of agenda for September 22, 2005 hearing and review of pleadings and docket regarding same | 1.60  | 472.00 |
| 09/14/05 | JHP | Review of ECF activity report (.2); review of revised Winn-Dixie case calendar (.2); review of e-mail regarding proposed business dealings with Mr. Breedlove and related possible bankruptcy issues (.3) | 0.70  | 248.50 |
|          | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.6); retrieval and review of updated docket (.2); updated agenda for September 22, 2005 hearing (.4); updated index to file (.3); updated master service list (.1) | 1.60  | 192.00 |
| 09/15/05 | JHP | Telephone call with Jay Castle regarding possible bankruptcy issues arising from Debtors' business dealings with Mr. Breedlove | 0.30  | 106.50 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | CCJ | Preparation of preliminary agenda for September 22, 2005 and conference with Rosalie Gray (Skadden) regarding same | 1.00 | 295.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.2); updated agenda for September 22, 2005 hearing (.3) | 1.50 | 180.00 |
| 09/16/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.1); updated index to files (.6); retrieval and review of updated docket sheet (.3) | 3.00 | 360.00 |
| | CCJ | Finalization of preliminary agenda for September 22, 2005 hearing | 1.20 | 354.00 |
| 09/19/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.7); retrieval and review of updated docket sheet (.2); updated agenda for September 22, 2005 hearing (.2) | 1.10 | 132.00 |
| 09/20/05 | JHP | Review of updated case calendar | 0.20 | 71.00 |
| 09/21/05 | JHP | Review of summary of ECF activity report and Winn-Dixie docket update | 0.30 | 106.50 |
| 09/22/05 | JHP | Review of docket update and revised court calendar | 0.20 | 71.00 |
| | TLC | Preparation of the orders for the omnibus hearing | 1.00 | 120.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.8); retrieval and review of updated docket sheet (.3); updated pleading index (1.9); updated index to files (.5); updated master service list (.2); updated agenda for October 7, 2005 hearing (.2) | 4.90 | 588.00 |
| 09/23/05 | EMS | Telephone call with Carolyn Chayavahanaghur regarding results of September 22, 2005 omnibus hearing | 0.10 | 19.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (.9); retrieval and review of updated docket sheet (.2); updated index to files (.4) | 1.50 | 180.00 |
| 09/26/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.9); electronic filing and service of notice of change of omnibus hearing date (.1) and notice of hearing schedule (.1); preparation of agenda for October 7, 2005 hearing (.3); preparation of agenda for November 17, 2005 hearing (.2); updated index to files (.4) | 3.00 | 360.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 4
10/14/2005
ACCOUNT NO: 10163-021664M
STATEMENT NO:  109213

Winn-Dixie Stores, Inc.

Chapter 11 - Case Administration

| | | | HOURS | |
|---|---|---|---|---|
| 09/27/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (2.2); review of case calendar and telephone call with Luisa Bonachea regarding changes to same (.5); updated pleading index (1.1) and index to files (.9); revised agenda for October 7, 2005 hearing (.2) | 4.90 | 588.00 |
| | CCJ | Review and analysis of and revisions to October 7, 2005 agenda (1.2); correspondence regarding status of various matters and review of file regarding same (1.9) | 3.10 | 914.50 |
| | EMS | E-mail correspondence and telephone call with Carolyn Chayavahanaghur at Paul Hastings regarding Winn-Dixie omnibus hearing schedule (.3); review and analysis of incoming pleadings and correspondence (.5) | 0.80 | 152.00 |
| 09/28/05 | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.5); retrieval and review of updated docket sheet (.2); updated index to files (.5) | 2.20 | 264.00 |
| | EMS | Review and analysis of incoming pleadings and correspondence and distribution of same | 0.50 | 95.00 |
| 09/30/05 | TLC | Preparation of notice of withdrawal of appearance for Eric N. McKay in the Wayne Boyd case (.8); preparation of order the for the 365 (d)(4) motion (.2) | 1.00 | 120.00 |
| | CCJ | Revisions to agenda for October 7, 2005 and conference with Rosalie Gray regarding same | 0.60 | 177.00 |
| | KSW | Review of incoming pleadings and correspondence to determine responsible person, response obligation and calendaring requirements (1.3); updated index to stay litigation (.2); retrieval and review of updated docket sheet (.3); updated agenda for hearing (.2) | 2.00 | 240.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 68.70 | 11,366.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.30 | $395.00 | $118.50 |
| James H. Post | 2.20 | 355.00 | 781.00 |
| Cynthia C. Jackson | 12.10 | 295.00 | 3,569.50 |
| Beau Bowin | 1.80 | 205.00 | 369.00 |
| *Tana L. Copeland | 9.80 | 120.00 | 1,176.00 |
| *Kimberly S. Ward | 38.90 | 120.00 | 4,668.00 |
| Elizabeth M. Schule | 3.60 | 190.00 | 684.00 |
| TOTAL | 68.70 | | $11,366.00 |

TOTAL THIS STATEMENT                                                $11,366.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (PACA/PASA)

Page: 1
10/14/2005
ACCOUNT NO: 10163-021677M
STATEMENT NO:  109225

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 09/02/05 | TLC | Preparation of a notice of appeal regarding the order sustaining the Old Dixie objection | 1.20 | 144.00 |
| 09/15/05 | CCJ | Review of docket for record on appeal for Old Dixie (1.0); correspondence with Jay Castle regarding responsibility for same (.2); conference with Stephen D. Busey and with Sally Henry (Skadden) regarding same (.5) | 1.70 | 501.50 |
| 09/16/05 | BB | Draft of designation of items for appeal and review of order appealed | 1.00 | 205.00 |
|  | CCJ | Review and analysis of order sustaining Old Dixie PACA objection (1.0); preparation of designation and statement of issues on appeal (1.4) | 2.40 | 708.00 |
| 09/19/05 | CCJ | Review of and respond to correspondence regarding Old Dixie appeal (.7); review, revision and filing of designation (1.0) | 1.70 | 501.50 |
| 09/26/05 | CCJ | Preparation of designation of items (1.0); correspondence with Jay Castle regarding Old Dixie (.5) | 1.50 | 442.50 |
|  | BB | Research regarding stay pending appeal of a contested matter upon filing of a supersedeas bond and the applicability of Bankruptcy Rule 7062 to contested matters | 5.70 | 1,168.50 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 15.20 | 3,671.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (PACA/PASA)

Page: 2
10/14/2005
ACCOUNT NO: 10163-021677M
STATEMENT NO:   109225

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 7.30 | $295.00 | $2,153.50 |
| Beau Bowin | 6.70 | 205.00 | 1,373.50 |
| *Tana L. Copeland | 1.20 | 120.00 | 144.00 |
| TOTAL | 15.20 | | $3,671.00 |

TOTAL THIS STATEMENT                                        $3,671.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021676M
STATEMENT NO:   109220

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/06/05 | JHP | E-mail correspondence with Michael Enright, other reclamation attorneys and co-counsel | 0.40 | 142.00 |
| 09/12/05 | JHP | Telephone call and correspondence to Derrick Meek, attorney for Buffalo Rock, regarding reclamation response deadline and related matters (.5); telephone call and e-mail correspondence with Joe Frank, attorney for Pepsi Bottlers, regarding reclamation response deadline and related matters (.5); telephone call with Todd Ruskamp, Interstate Bakeries, regarding reclamation response deadline and related matters (.8) | 1.80 | 639.00 |
| 09/13/05 | LMP | Review of e-mail from Steve Eichel regarding preparing objections to reclamation claims, research regarding form of objection to claim, e-mail to Steve Eichel regarding same | 0.50 | 125.00 |
| 09/14/05 | JHP | Review of material documents from Interstate Bakeries and telephone call with officer regarding reclamation claim | 0.50 | 177.50 |
| 09/26/05 | JHP | Telephone call with co-counsel regarding proposed order on motion for determination of unresolved reclamation claims | 0.30 | 106.50 |
| 09/27/05 | JHP | Review of and revisions to proposed order granting motion to determine unresolved reclamation claims | 1.20 | 426.00 |
| 09/28/05 | JHP | Review of and revisions to proposed motion and order on debtors' motion to determine unresolved reclamation claims | 2.20 | 781.00 |
| 09/29/05 | JHP | Revisions to proposed motion and order establishing procedure for determination of unresolved reclamation claims | 1.20 | 426.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Claims Admin. (Reclamation/Trust Funds)


|  | | HOURS | |
|---|---|---|---|
| 09/30/05 KSW | Electronic filing and service of motion for determination of unresolved reclamation claims and notice of hearing thereon | 1.10 | 132.00 |
| JHP | E-mail correspondence and telephone calls with client and co-counsel regarding motion and proposed order for determining unresolved reclamation claims, including revisions to motion and proposed order | 1.80 | 639.00 |
| | FOR PROFESSIONAL SERVICES RENDERED | 11.00 | 3,594.00 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 9.40 | $355.00 | $3,337.00 |
| *Kimberly S. Ward | 1.10 | 120.00 | 132.00 |
| Leanne McKnight Prendergast | 0.50 | 250.00 | 125.00 |
| TOTAL | 11.00 | | $3,594.00 |

TOTAL THIS STATEMENT                                                       $3,594.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100818

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

Page: 1
10/14/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:    109221

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/05 | JHP | Preparation for hearing on claims resolution procedures motion and omnibus objections to claim motion, including telephone calls regarding same with attorneys for Committee, D-I-P lender and others (3.8); final revisions to proposed order, procedures and related documents (1.8); attendance at hearing (1.2); e-mail correspondence to client and co-counsel regarding action items necessary to implement the procedures approval with respect to both motions (1.4) | 8.20 | 2,911.00 |
|  | KSW | Preparation for hearing on motion to establish claims resolution procedures and motion regarding omnibus objections to claims (2.2); electronic service of orders on motion to establish claims resolution procedures (.5) and order on motion regarding omnibus objections to claims (.5) | 3.20 | 384.00 |
| 09/02/05 | JHP | E-mail correspondence with Jay Castle and others regarding implementation of claims resolution process (.8); preparation for September 22, 2005 hearing on cash settlement payment issues (1.2); review of Logan & Company analysis of filed proofs of claim (.8) | 2.80 | 994.00 |
|  | ENM | Review of litigation proofs of claim and related documents and preparation of spreadsheet | 3.20 | 768.00 |
| 09/05/05 | ENM | Preparation of claim litigation spreadsheet (3.1); conference with James H. Post regarding litigation claims in Louisiana, Mississippi and Alabama and procedures for addressing such claims in light of Hurricane Katrina (.5) | 3.60 | 864.00 |
| 09/06/05 | ENM | Review and analysis of litigation claims information submitted by Logan & Company (1.1); conference with James H. Post regarding litigation claims and suggested procedures for tracking claim |  |  |

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | resolution procedures (.5); attendance at telephone conference with James H. Post and Jane Leamy regarding omnibus claim objections and objections to litigation claims and review of material documents (1.0); preparation of outline and issues regarding claim resolution procedures (2.2); research authority for debtors to settle litigation claims in cash pursuant to section 363 of the Bankruptcy Code (4.1) | 8.90 | 2,136.00 |
|  | JHP | Review of additional litigation claims provided by Logan & Company and e-mail correspondence to Logan & Company regarding logistics for implementing claims resolution procedures (1.6); e-mail correspondence to client and co-counsel regarding same (.4); preparation of revisions to claims resolution questionnaire pursuant to directions of Bankruptcy Judge (2.2) | 4.20 | 1,491.00 |
| 09/07/05 | ENM | Preparation for meeting concerning procedures for implementing claim resolution procedures (2.1); preparation of outline of issues concerning coordination of service and tracking claim resolution procedure documents (2.1); attendance at telephone conference with James H. Post and Kate Logan regarding coordination and tracking of claim resolution documents (1.2); preparation of revised claim procedure questionnaire (1.0) | 7.40 | 1,776.00 |
|  | JHP | Preparation for and attendance at telephone conference with Logan & Company and co-counsel regarding logistics for implementing claims resolution procedures (1.2); revisions to questionnaire based upon directive of Bankruptcy Court, U.S. Trustee objections and other events such as Hurricane Katrina (.8); preparation for September 22, 2005 hearing on issue of cash payments to settle small claims (1.8) | 3.80 | 1,349.00 |
| 09/08/05 | ENM | Research requirements for payment of expense claim relating to post-petition litigation concerning wage and hour violations | 6.30 | 1,512.00 |
| 09/09/05 | JHP | Correspondence to Kate Logan regarding responsibilities of Logan & Company in connection with claims resolution procedure and revisions therewith | 0.50 | 177.50 |
| 09/12/05 | KSW | Preparation for transmittal of order establishing claims resolution procedure to Paul Pazzanghera | 0.20 | 24.00 |
| 09/13/05 | JHP | Correspondence to Jay Castle, Kate Logan, Tim Williams, Kim Romeo and others regarding recommended course of action to implement claims resolution motion and revisions to the recommendations (1.8); telephone call with attorneys for creditors regarding claims resolution process (.8) | 2.60 | 923.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
10/14/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   109221

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/14/05 | JHP | Preparation for September 22, 2005 hearing on motion to pay cash to settle de minimus claims | 1.20 | 426.00 |
|  | KSW | Preparation of certificate of service regarding order establishing resolution procedure (.2) and order regarding omnibus claims objections (.2); electronic filing of both (.3) | 0.70 | 84.00 |
|  | BB | Legal research regarding claims resolution order and the propriety of the court authorizing Winn-Dixie to pay small claims of $5,000 or less in cash | 0.40 | 82.00 |
| 09/15/05 | JHP | Preparation for September 16, 2005 conferences with working group for claims resolution process, including calls and e-mails with Winn-Dixie personnel and Logan & company regarding same (2.2); revisions to proposed guidelines and material documents relating to claims resolution process, including "frequently asked questions" and material correspondence (2.2); e-mail correspondence with Committee attorney and client regarding same (.2); preparation for September 22, 2005 hearing on motion for authority to make cash payments to settle de minimus disputed claims (1.2) | 5.80 | 2,059.00 |
|  | ENM | Preparation of documents for implementation of claim resolution procedure (4.3); preparation for claim resolution procedure meeting (2.1) | 6.40 | 1,536.00 |
| 09/16/05 | JHP | Preparation for and attendance at conference with working group to establish procedures and protocol necessary to implement the claims resolution process, including the review of proposed guidelines, material documents, response to "frequently asked questions" and material correspondence with claimants or their attorneys | 4.20 | 1,491.00 |
|  | ENM | Preparation for and attendance at claim resolution procedure meeting at Winn-Dixie (4.0); research right of Medicare to assert lien against settlement proceeds under claim resolution procedure (2.4); communicate with Tim Williams regarding proofs of claims for employment claims (.2)); conference with James H. Post regarding implementing claim resolution procedure and training schedule (.2); conference with Kate Logan regarding proofs of claim database and status of importing claims (.2) | 7.00 | 1,680.00 |
| 09/19/05 | JHP | Review of case law, statutes and material documents regarding the alleged liability of Winn-Dixie in connection with settlement of personal injury claims and e-mail correspondence regarding same with client and co-counsel (2.0); revisions to uniform correspondence, pleadings and guidelines for Winn-Dixie to use when negotiating settlement of litigation claims and e-mail correspondence regarding same with co-counsel (1.2) | 3.20 | 1,136.00 |
|  | CTC | Conference with Eric N. McKay regarding Medicare liens and treatment of same in bankruptcy; research |  |  |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
10/14/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   109221

Chapter 11 - Claims Admin. (General)

| | | HOURS | |
|---|---|---|---|
| | regarding Medicare secondary payor rules and regulations regarding repayment to Medicare from liability insurance | 4.10 | 1,025.00 |
| ENM | Research regarding legal effect of attorney liens, hospital liens and Medicare liens on settlement payments made under the claim resolution procedure (5.3); research right of U.S. Department of Health and Human Services to bring "direct case of action" against Winn-Dixie if the debtors settle claims for which Medicare made an insurance payment (2.8) | 8.10 | 1,944.00 |
| 09/20/05 JHP | Review of material documents and legal research regarding dischargeability of liability for payment of Medicare liens and settlement payments (1.4); preparation for September 22, 2005 hearing on claims resolution motion provision for payment of cash on small litigation claims (1.8) | 3.20 | 1,136.00 |
| TLC | Preparation of files for the omnibus hearing to held on September 22, 2005 | 0.40 | 48.00 |
| ENM | Research regarding Medicare statutes and whether Medicare liens arise as an exception to the automatic stay (4.1); research case law regarding ability of Medicare to obtain reimbursement from debtors following settlement through the claims resolution procedure of a Medicare claimant (3.1) | 7.20 | 1,728.00 |
| 09/21/05 JHP | Preparation for September 22, 2005 hearing on claims resolution motion provision for payment of cash on small litigation claims (1.8); review of legal research and analysis on issue of debtor liability for Medicare liens on settlement of liability claims (1.6) | 3.40 | 1,207.00 |
| SDB | Preparation for September 22, 2005 hearing on the debtors' proposed claims resolution procedures, including reading the motion, communications with Jan Baker and Jay Castle regarding the $5,000 issue, and related matters | 1.20 | 474.00 |
| CCJ | Preparation of agenda and conference with Stephen D. Busey regarding hearings and conference with Rosalie Gray regarding same | 1.50 | 442.50 |
| TLC | Revision and filing of the final agenda for the omnibus hearing to be held on September 22, 2005, service of same (.5); preparation of orders for the hearing (.6) | 1.10 | 132.00 |
| ENM | Research regarding effect of Medicare liens on claim resolution procedure | 5.10 | 1,224.00 |
| 09/22/05 SDB | Preparation for and attendance at hearing on the debtors' claims resolution procedures, including conference with John Macdonald and Jay Castle | 0.70 | 276.50 |
| JHP | Preparation for implementation of claims resolution procedure, including review of draft guidelines for debtors' arguments rejecting settlements (1.8); preparation for October 7, 2005 hearing on cash payments of de minimus claims, including the review of e-mail correspondence with Committee attorneys and conference with Jay Castle regarding same (.8) | 2.60 | 923.00 |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 5
10/14/2005
ACCOUNT NO: 10163-021675M
STATEMENT NO:   109221

Chapter 11 - Claims Admin. (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | ENM | Research regarding effect of Medicare liens on claim resolution procedure | 3.40 | 816.00 |
| 09/23/05 | JHP | Preparation for September 27, 2005 conference regarding claims resolution training, including the review of materials prepared by George Black and e-mail correspondence with Jay Castle and Kate Logan regarding same (.8); preparation for October 7, 2005 hearing on issue regarding cash payments to settle de minimus claims (.8) | 1.60 | 568.00 |
| 09/26/05 | KSW | Review of Logan & Company website regarding claim filed by Lesco Medisearch and scheduled liability to Lesco Medisearch | 0.40 | 48.00 |
|  | ENM | Research regarding the Medicare Secondary Provider Act and how it interacts with bankruptcy law | 7.50 | 1,800.00 |
|  | JHP | Preparation for September 27, 2005 conference of working group on claims resolution process, including telephone calls and e-mails with Logan & Company, Jay Castle and others (1.6); review of Logan & Company's analysis of cost savings if authorized to pay cash to settle claims and preparation for hearing regarding same scheduled for October 7, 2005 (.6) | 2.20 | 781.00 |
| 09/27/05 | LMP | Telephone call with Michelle Shirio regarding motion to allow late claim of Marketplace of Frankford Ltd. (.3); telephone call with Charles Dittmar regarding motion to allow late filed claim of Lesco Medisearch, research regarding claim, motion to allow late filed claim and the scheduling of the debt to Lesco Medisearch (.6); telephone call and e-mails with Jane Leamy and Jay Castle regarding motions to allow late claims by Marketplace of Frankford and Lesco Medisearch (1.1); analysis regarding bar date for administrative expense claims (.4) | 2.40 | 600.00 |
|  | KSW | Telephone calls with creditors regarding status of claims | 0.30 | 36.00 |
|  | ENM | Preparation of memorandum regarding Medicare Secondary Payer Act and effect on the claim resolution procedure (3.1); telephone conference regarding claim resolution procedure mailing (1.0); conference with James H. Post to discuss stay litigation, claims resolution procedure and related issues (2.0) | 6.10 | 1,464.00 |
|  | JHP | Preparation for and attendance at conference of working group on claims resolution process (4.0); telephone calls and e-mail correspondence regarding information and documents necessary to meet September 30, 2005 deadline for commencement of claims resolution process (1.8); review of material documents, proofs of claim and legal research for analysis of Winn-Dixie's possible liability for Medicare claims of liens when paying settlements to personal injury claimants (1.8) | 7.60 | 2,698.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Claims Admin. (General)

|  |  | HOURS |  |
|---|---|---|---|
| 09/28/05 LMP | Research regarding recent decision by Judge Funk on motions to allow late claims and e-mail to Jay Castle and Jane Leamy regarding same | 0.90 | 225.00 |
| ENM | Preparation of memorandum on Medicare Secondary Provider Act and its effect on the claims resolution procedure | 6.00 | 1,440.00 |
| JHP | Preparation for and attendance at telephone conference with Committee representatives regarding the making of cash payments to settle de minimus personal injury claims (1.8); review of legal research regarding Winn-Dixie's potential liability for Medicare claims when paying settlements to personal injury claims (1.6); review of case law on late proofs of claim and e-mail correspondence regarding same (.5); preparation of documents and information necessary to meet September 30, 2005 deadline to commence claims resolution process (1.0) | 4.90 | 1,739.50 |
| 09/29/05 ENM | Preparation of memorandum on issues related to claims resolution procedure and Medicare claims (2.3); research regarding Medicare law (4.0) | 6.30 | 1,512.00 |
| TLC | Preparation of notebook regarding Medicare claims in the Winn-Dixie bankruptcy case | 1.50 | 180.00 |
| JHP | Preparation for and attendance at telephone conference with working group to determine actions necessary to commence claims resolution process on September 30, 2005 (1.0); review of material documents, proofs of claim and legal research for analysis of debtors' possible liability for Medicare claims or liens when paying to settlement claims of personal injury plaintiffs (3.2); telephone call and e-mail correspondence with Kate Logan at Winn-Dixie offices regarding logistics of our implementation of claims resolution process (1.6) | 5.80 | 2,059.00 |
| BB | Conference with James H. Post regarding interplay between Chapter 11 and the Medicare Secondary Payer Program | 0.60 | 123.00 |
| 09/30/05 ENM | Preparation of agreed order for claim resolution procedure to include disallowance of duplicate claim and incorporate ability to make cash payments (.5); preparation of order authorizing debtors to make cash payments (.6); preparation of memorandum regarding issues related to Medicare laws and claims (2.2) | 3.30 | 792.00 |
| BB | Legal research regarding Medicare Secondary Payor statutes, relevant case law and law review articles | 4.30 | 881.50 |
| JHP | Preparation for October 7, 2005 hearing on motion to settle de minimus claims with cash payments, including proposed testimony and exhibits (1.8); telephone call with attorneys for Committee and others regarding a proposed compromise on such issue, including preparation of proposed order regarding same (.6); e-mail correspondence with | | |

LAW OFFICES

## SMITH HULSEY & BUSEY

Page: 7
10/14/2005
Winn-Dixie Stores, Inc.
ACCOUNT NO: 10163-021675M
STATEMENT NO:  109221

Chapter 11 - Claims Admin. (General)

|  | HOURS |  |
|---|---|---|
| Kate Logan and Winn-Dixie personnel regarding mail out of questionnaires and related papers (.6); e-mail correspondence regarding treatment of alleged Medicare claims and Lines and review of legal research (1.4) | 4.40 | 1,562.00 |
| FOR PROFESSIONAL SERVICES RENDERED | 192.50 | 53,925.50 |

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 2.50 | $395.00 | $987.50 |
| James H. Post | 72.20 | 355.00 | 25,631.00 |
| Cynthia C. Jackson | 1.50 | 295.00 | 442.50 |
| Beau Bowin | 5.30 | 205.00 | 1,086.50 |
| *Tana L. Copeland | 3.00 | 120.00 | 360.00 |
| *Kimberly S. Ward | 4.80 | 120.00 | 576.00 |
| Eric N. McKay | 95.80 | 240.00 | 22,992.00 |
| Charmaine T. M. Chiu | 4.10 | 250.00 | 1,025.00 |
| Leanne McKnight Prendergast | 3.30 | 250.00 | 825.00 |
| **TOTAL** | 192.50 | | $53,925.50 |

TOTAL THIS STATEMENT                                   $53,925.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-022112M
STATEMENT NO:    109222

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Claims Litigation


|  |  | HOURS |  |
|---|---|---|---|
| 09/23/05 JHP | Review of revisions to proposed settlement agreement with Stokes & Reddick and e-mail correspondence with Tim Williams regarding same | 0.60 | 213.00 |
| 09/26/05 JHP | Telephone call with attorney for Stokes & Reddick regarding extension of time to consider Winn-Dixie's counteroffer and telephone call with Tim Williams regarding same | 0.30 | 106.50 |
| 09/29/05 JHP | Telephone call with attorney for Stokes & Reddick regarding the status of settlement negotiations | 0.20 | 71.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 1.10 | 390.50 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 1.10 | $355.00 | $390.50 |


TOTAL THIS STATEMENT                                                    $390.50
                                                                       ========

LAW OFFICES

# Smith Hulsey & Busey

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100818

Page: 1
10/14/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO: 109212

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/05 | SDB | Conference with Jan Baker regarding his communications with counsel for the creditors committee regarding the committee's motion to file under seal a motion to disband the equity committee (.4); preparation for and attendance at court hearing on the committee's motion (.9); conference with John Macdonald regarding same (.2); review of memoranda from David Turetsky and preparation of memorandum to David Turetsky regarding process for obtaining confidentiality agreements from interested parties (.4) | 1.90 | 750.50 |
| 09/02/05 | SDB | Preparation for September 8, 2005 hearing on the debtors' motion to hear in camera the creditors' motion to disband the equity committee, including outlining and directing legal research on standards for sealing court proceedings and considering evidence to be addressed at the hearing (1.2); conference with Larry Appel regarding his testimony at the hearing (.3); review of and response to memoranda from the creditors committee's counsel regarding preparation for the hearing (.3) | 1.80 | 711.00 |
|  | CCJ | Conferences with Stephen D. Busey, with Rosalie Gray and with U.S. Trustee regarding equity motion (1.0); conference with John MacDonald regarding same (.5) | 1.50 | 442.50 |
|  | BB | Review of court docket for recently filed objections (1.2); review motions to seal filed by Winn-Dixie and official creditors' committee and research regarding legal sufficiency of motions (2.1) | 3.30 | 676.50 |
| 09/04/05 | SDB | Review of the creditors committee's motion to disband the equity committee and its exhibits (.7); review of case law on the debtors' right to hear the motion to disband in camera and to seal the proceedings (.8); memorandum to Jan Baker regarding coordination and division of labor of the contested matters relating to the committee's motion to disband and the debtors' motion to seal the proceedings (.3) | 1.80 | 711.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
10/14/2005
ACCOUNT NO: 10163-021679M
STATEMENT NO: 109212

Chapter 11-Creditor Meetings/Statutory Committees

| | | | HOURS | |
|---|---|---|---|---|
| 09/06/05 | SDB | Review of U.S. Trustee's objection to the creditors committee's motion to file pleadings under seal regarding its motion to disband the equity committee (.3); review of the ad hoc committee's objection (.1); telephone call with Jan Baker regarding preparation for September 8, 2005 hearing (.3); telephone conference with Larry Appel and Jan Baker regarding Larry Appel's testimony at the September 8, 2005 hearing (.7) | 1.40 | 553.00 |
| | BB | Research regarding court's authority to seal records and close proceedings under 11 U.S.C. 107(b) | 2.20 | 471.50 |
| 09/07/05 | SDB | Revision of outline of Larry Appel's testimony in support of the debtors' motion to seal the proceedings regarding the creditors committee's motion to disband the equity committee (1.2); memorandum to Larry Appel regarding preparation for the hearing (.4); review of additional case law regarding sealing the proceedings (.8) | 2.40 | 948.00 |
| 09/08/05 | SDB | Revision of outline of Larry Appel for use at hearing on the debtors' motion to hear the creditors committee's motion to disband the equity committee (.4); conference with Larry Appel and Jay Castle in preparation for Larry Appel's testimony (1.2); review and highlight case law, pleadings and other preparation for and attendance at hearing on the debtors' motion to hear in camera the committee's motion (2.8) | 4.40 | 1,738.00 |
| | CCJ | Preparation for and participation in hearings regarding filing motions under seal (1.3); conferences with debtors regarding same (.2) | 1.50 | 442.50 |
| 09/09/05 | SDB | Review and revision of draft proposed order granting Winn-Dixie's motion to conduct equity proceedings under seal (.4); telephone call with Robert Winer of Milbank regarding same (.2); communications with Jan Baker, Ken Meeker and Robert Winer regarding scheduling a conference (.3); review of confidentiality agreement language proposed by Ken Meeker (.2); memorandum to Rosalie Gray regarding same (.4) | 1.50 | 592.50 |
| | CCJ | Revisions to proposed order on equity committee (.7); received and reviewed correspondence and conference with equity committee regarding form of order (1.0) | 1.70 | 501.50 |
| 09/12/05 | SDB | Telephone call with Jan Baker and Rosalie Gray regarding confidentiality issues in providing confidential commercial information to the U.S. Trustee and the Securities and Exchange Commission (.4); preparation for and conference with counsel for the creditors committee, equity committee, the ad hoc retiree committee and the U.S. Trustee regarding establishing a briefing and discovery schedule with regard to the creditors committee's motion to disband the equity committee (.8); telephone conference with Jan Baker and Jay Castle regarding same (.3) | 1.50 | 592.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11-Creditor Meetings/Statutory Committees

|  |  | HOURS |  |
|---|---|---|---|
| 09/13/05 SDB | Review of draft consent scheduling order prepared by Milbank for the disbandment contested matter (.3); review of memorandum from Rosalie Gray regarding confidentiality issues with the U.S. Trustee and the Security and Exchange Commission and draft response (.7); two telephone calls with John Macdonald regarding the November 16, 2005 final hearing (.4) | 1.40 | 553.00 |
| 09/14/05 SDB | Review of the creditors committee's subpoena for documents to DDI (.3); memorandum to counsel for creditors committee regarding the hearing on the creditors committee's motion to disband the equity committee (.3) | 0.60 | 237.00 |
| 09/15/05 SDB | Preparation for and attendance by telephone at the debtors' meeting with the creditors committee (1.9); review of comments by others on Milbanks' proposed consent scheduling order and memorandum to Sally Henry regarding same (.4); review of revised consent order received from Milbank (.3); telephone call with Jan Baker regarding communications with the equity committee regarding the disbandment motion (.3); telephone conference with Jan Baker and David Turetsky regarding case law on the court's authority to hear the disbandment motion (.6); telephone conference with Larry Appel and Jan Baker regarding same (.3) | 3.80 | 1,501.00 |
| 09/16/05 SDB | Telephone conference with Karol Denniston, Jan Baker and David Turetsky regarding response to the creditors committee's motion to disband the equity committee (.7); telephone call with Jan Baker regarding the debtors' meeting with the equity committee and related issues (.3) | 1.00 | 395.00 |
| KSW | Electronic filing of certificate of service regarding order requiring filing under seal of pleadings related to appointment of equity committee | 0.20 | 24.00 |
| 09/20/05 SDB | Review of Skadden memorandum regarding the Bankruptcy Court's jurisdiction to review the U.S. Trustee's decision to appoint the equity committee (.8); review of case law regarding same (.5); telephone call with Jan Baker regarding same (.3); telephone call with Jan Baker regarding discovery served on DDI (.2); memorandum to Jan Baker regarding same (.2) | 2.00 | 790.00 |
| 09/22/05 SDB | Two conferences with Ken Meeker regarding the U.S. Trustee's request to extend the briefing schedule on the equity committee's litigation (.1); conference with John Macdonald regarding same (.1); telephone call with Jan Baker regarding same and preparation of the debtors' motion (.3) | 0.50 | 197.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 4
10/14/2005
Winn-Dixie Stores, Inc.                                    ACCOUNT NO: 10163-021679M
STATEMENT NO:   109212

Chapter 11-Creditor Meetings/Statutory Committees


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/26/05 | SDB | Review and preparation of comments on Winn-Dixie's draft motion for summary judgment on the creditors committee's disbandment motion | 1.40 | 553.00 |
| 09/27/05 | SDB | Preparation of paragraphs to insert in the debtors' proposed motion for summary judgment on the creditors committee's disbandment motion (1.1); memorandum to David Turetsky and Jan Baker regarding same (.2); review of revised motion (.4) | 1.70 | 671.50 |
|  | CCJ | Received and replied to correspondence regarding equity committee (.5); conferences with U.S. Trustee and with David Turetsky regarding same (.8) | 1.30 | 383.50 |
| 09/28/05 | SDB | Review of the equity committee's motion for summary judgment (.8); memorandum to David Turetsky regarding exhibits, filing and service issues (.2); telephone call with Ken Meeker regarding evidentiary issues (.3) | 1.30 | 513.50 |
|  | EMS | E-mail correspondence with Carolyn Chayavahanghur regarding appropriate service procedure to debtors' lenders for the disbandment motion (.4) | 0.40 | 76.00 |
| 09/29/05 | SDB | Review of U.S. Trustee's objection to the creditors committee's disbandment motion (.5); telephone call with Larry Appel and Jan Baker regarding same (.3); review service and filing procedures to file Winn-Dixie's motion for summary judgment under seal (.4); correspondence to service recipients regarding confidentiality requirements of the court's order sealing the proceedings (.5) | 1.70 | 671.50 |
|  | CCJ | Preparation for filing and service of sealed pleadings regarding equity committee (.5); conferences with David Turetsky (Skadden Arps), Kimberly S. Ward and Stephen D. Busey regarding same (.8) | 1.30 | 383.50 |
|  | KSW | Preparation for filing and service of motion for summary judgment under seal (1.4); telephone calls with Mike Shadburn regarding filing of same (.2) | 1.60 | 192.00 |
|  |  | | ----- | --------- |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 47.20 | 16,273.00 |


### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 32.10 | $395.00 | $12,679.50 |
| Cynthia C. Jackson | 7.30 | 295.00 | 2,153.50 |
| *Kimberly S. Ward | 1.80 | 120.00 | 216.00 |
| Elizabeth M. Schule | 0.40 | 190.00 | 76.00 |
| Beau Bowin | 5.60 | 205.00 | 1,148.00 |
|  | ----- |  | ---------- |
| TOTAL | 47.20 |  | $16,273.00 |


TOTAL THIS STATEMENT                                              $16,273.00
                                                                 ===========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021683M
STATEMENT NO:  109226

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Environmental Matters


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/13/05 | CCJ | Conferences with Greenwood counsel regarding clean-up issues and with Tim E. Sleeth regarding same | 1.30 | 383.50 |
| 09/19/05 | TES | Review of motion to abandon and objection | 0.80 | 284.00 |
| 09/20/05 | EMS | Review of case law and meeting with Tim E. Sleeth regarding environmental clean-up costs arising from pre-petition activities by the debtors in their leasehold interest | 3.40 | 646.00 |
|  | TES | Review of information from Winn-Dixie regarding closure of tanks at Meridian, Mississippi location (1.0); review of schedules and closure status of store (.3) | 1.30 | 461.50 |
| 09/21/05 | TES | Research regarding regulations for tank closure and review of lease and objection regarding Meridian, Mississippi location and correspondence to Pat Ross and Cynthia C. Jackson regarding same | 0.70 | 248.50 |
| 09/28/05 | TES | Conference with Cynthia C. Jackson regarding objections to abandonment of Meridian, Mississippi site (.4); telephone call with Paul Ross at Winn-Dixie regarding temporary closure of tanks (.4); review of draft order withdrawing objection (.2) | 1.00 | 355.00 |
| 09/29/05 | TES | Review of lease (.2); telephone call and e-mails with Pat Ross regarding temporary closure (.5); conference with Cynthia C. Jackson regarding same (.3); telephone call with counsel for Meridian, Mississippi location (.5); review of lease and e-mails with Pat Ross and Keith Daw regarding hurricane damage and tank closure (.8); review of lease and sublease and telephone calls and e-mail(s) with Pat Ross and Keith Daw regarding insurance and tank closure issues (1.0) | 3.30 | 1,171.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Environmental Matters

|  |  | HOURS |  |
|---|---|---|---|
| 09/30/05 TES | E-mails with Pat Ross and Keith Daw regarding status of temporary closure at Meridian, Mississippi location (.5); telephone conference with Winn-Dixie team regarding review of proposal from landlord regarding tanks and insurance for hurricane damage (.5); preparation of response to proposed settlement terms relating to closure/removal of storage tank (.6); review of settlement agreement (.2); review of lease regarding tank ownership transfer by abandonment (.6) | 2.40 | 852.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 14.20 | 4,402.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Tim E. Sleeth | 9.50 | $355.00 | $3,372.50 |
| Cynthia C. Jackson | 1.30 | 295.00 | 383.50 |
| Elizabeth M. Schule | 3.40 | 190.00 | 646.00 |
| TOTAL | 14.20 |  | $4,402.00 |

TOTAL THIS STATEMENT                                        $4,402.00

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   109229

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Executory Contracts

| | | | HOURS | |
|---|---|---|---|---|
| 09/01/05 | BB | Research case law on aiding and abetting breach of fiduciary duty (1.2); draft motion for continuance of September 8, 2005 hearing on Computer Leasing Corporation's motion to compel (1.5); review of court docket and objections (1.0) | 3.70 | 758.50 |
| 09/02/05 | SDB | Telephone call with Arthur Spector regarding form of order overruling Computer Leasing Corporation's objection, moving the hearing on Computer Leasing Corporation's motions from September 9, 2005 to September 22, 2005, Winn-Dixie's right to challenge the Computer Leasing Corporation's leases; parameters of settlement and related issues (.7); telephone call with Holly Etlin regarding alternative arguments to avoid the Computer Leasing Corporation's lease, factual history of the lease and settlement parameters (.6); review of case law and analysis of lease recharacterization, fraudulent transfer and aiding and abetting theories of action (1.4) | 2.70 | 1,066.50 |
| | TLC | Filing and service of motion for order authorizing the rejection of executory contracts (.8); preparation of and filing of the proposed order sustaining in part and overruling in part objection by Computer Leasing Corporation to the debtors' amended motion for order authorizing the debtors (i) to sell leasehold interests in targeted stores free and clear of liens, claims and interests and exempt from taxes, (ii) to assume and assign leases (iii) to reject targeted leases the debtors are unable to sell, and (iv) granting related (.4) | 1.20 | 144.00 |
| | BB | Prepare for and conference with Stephen D. Busey, Cynthia C. Jackson and Arthur Spector, counsel for Computer Leasing Corporation, regarding Computer Leasing Corporation's lease and discussion of options with Stephen D. Busey (1.0); research case law on standard for insolvency under Florida Statute 726.105 | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  | HOURS |  |
|---|---|---|---|
| | and 726.106 and Uniform Fraudulent Transfer Act (2.2); prepare for and conference with Stephen D. Busey and Holly Etlin regarding Computer Leasing Corporation's lease (1.1); conference with Stephen D. Busey regarding causes of action against Computer Leasing Corporation (.5); perform corporate record search for Colin Armstrong of Computer Leasing Corporation (.3) | 5.10 | 1,045.50 |
| CCJ | Conferences with Stephen D. Busey and Beau Bowin regarding Computer Leasing Corporation with issues (1.0); review of order and documents regarding same (.8); conference with Stephen D. Busey and Arthur Spector regarding same (.5) | 2.30 | 678.50 |
| 09/05/05 BB | Research case law regarding officers' duty of loyalty and liability for breach (1.2); research regarding third party liability for aiding and abetting breach of fiduciary duty (1.1) | 2.30 | 471.50 |
| 09/06/05 SDB | Two conferences with Beau Bowin regarding legal research results on the ability to avoid the Computer Leasing Corporation's lease payments and related fraudulent transfer issues (.6); telephone conference with Rosalie Gray and Beau Bowin regarding defenses and rights of action (.6); telephone call with Jan Baker regarding same (.3); research regarding Charles Robertson's affiliation with Computer Leasing Corporation's principals (.4) | 1.90 | 750.50 |
| BB | Legal research regarding insolvency requirements under Florida Statutes 726.105 and 726.106 (2.1); prepare for and conference with Stephen D. Busey and Rosalie Gray (.8); research regarding avoidance of contract procured by breach of duty of loyalty (2.2); research regarding avoidance of pre and post-petition rental payments as preferences (2.0); research regarding debtor's ability to fraudulent transfer action for post-petition transfers (1.2) | 8.30 | 1,701.50 |
| 09/07/05 SDB | Review of memorandum from Computer Leasing Corporation's counsel regarding analysis of monthly bank payments (.4); memorandum to Holly Etlin regarding same (.4); conference with Beau Bowin regarding Winn-Dixie's right of action against Computer Leasing Corporation (.3) | 1.10 | 434.50 |
| BB | Research case law around the country to determine how other jurisdictions interpret the requirements for voiding fraudulent transfers under statutes similar to Florida Statute 726.105(1)(b) (2.5); research distinctions between equitable insolvency and balance sheet insolvency (1.0); research regarding breach of fiduciary duty of good faith (1.2); research regarding when obligations are incurred for purposes of fraudulent transfer statutes (1.1); research regarding whether | | |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

Page: 3
10/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   109229

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | rental payments can be recovered as preference (1.2); draft complaint alleging fraudulent transfer and aiding and abetting breach of fiduciary duty (3.1) | 10.10 | 2,070.50 |
| 09/08/05 | SDB | Review of memoranda from Holly Etlin regarding Computer Leasing Corporation's schedule of bank payments (.3); conference with Larry Appel regarding Charles Raulerson and Colin Armstrong (.4); conference with Beau Bowin regarding Winn-Dixie's objection and counterclaim and aiding and abetting theories of action (.6) | 1.30 | 513.50 |
|  | EMS | Preparation of hearing outline for the September 22, 2005 omnibus hearing regarding debtors' motion for authorization to reject executory contracts as of September 22, 2005 | 1.20 | 228.00 |
|  | BB | Review of case law regarding sealing court proceedings (.5); review of correspondence from Arthur Spector regarding Computer Leasing Corporation's lease financing arrangement (.3); research regarding reviving time barred cause of action as affirmative defense (3.0); research regarding statute of limitations on breach of fiduciary duty (.5); research regarding breach of fiduciary duty of care (3.0); research regarding procedural posture for objection to claim for administrative expense and applicability of Rule 3007 (1.0) | 10.50 | 2,152.50 |
| 09/09/05 | BB | Research allowance of administrative claims for lease of personal property (.8); research procedural posture for adversary proceeding commenced pursuant to 3007 (.4); research whether 365(d)(10) precludes claim that lease payments were fraudulent transfers (.6); research remedies available to corporation under broad of fiduciary duty (.4); revision of complaint asserting fraudulent transfers and aiding and abetting breach of fiduciary duty (3.6) | 5.80 | 1,189.00 |
| 09/10/05 | SDB | Review of memorandum and correspondence received from Arthur Spector (.4); review of case law on Winn-Dixie's right to assert recoupment in counterclaim to a claim for administrative expense (.5); conference with Beau Bowin regarding structure of Winn-Dixie's defenses and counterclaims to Computer Leasing Corporation (.5) | 1.40 | 553.00 |
|  | BB | Draft of complaint alleging claims against Computer Leasing Corporation for fraudulent transfers and aiding and abetting breach of fiduciary duty | 2.00 | 410.00 |
| 09/11/05 | BB | Revision of complaint against Computer Leasing Corporation and recharacterize as objection and counterclaim | 1.00 | 205.00 |
| 09/12/05 | BB | Research regarding avoidance as a defense to Computer Leasing Corporation's request for administrative expense | 0.70 | 143.50 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 4
10/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:   109229

Chapter 11 - Executory Contracts

| | | | HOURS | |
|---|---|---|---|---|
| 09/13/05 | SDB | Review of draft objection and counterclaim (.6); review of statutory and case law (.8); telephone call with Craig Boucher regarding Computer Leasing Corporation's equipment lease schedules and payment schedules (.8) | 2.20 | 869.00 |
| | BB | Research regarding aiding and abetting breach of fiduciary duty (2.0) | 3.00 | 615.00 |
| 09/14/05 | SDB | Draft counterclaim by Winn-Dixie against Computer Leasing Corporation (1.8); two telephone calls with Craig Boucher regarding reasonable rental values of Computer Leasing Corporation's equipment (.4); memoranda to Craig Boucher and Holly Etlin regarding Winn-Dixie defenses and range of resolution (.4); telephone call with Arthur Spector regarding procedural and substantive issues in resolution of Computer Leasing Corporation's claim (.3); memoranda to Holly Etlin regarding Winn-Dixie's response to Computer Leasing Corporation's motions (.3) | 3.20 | 1,264.00 |
| | JHP | Preparation of objection to Computer Leasing Corporation's request for administrative expense claim and review of applicable law | 0.50 | 177.50 |
| | BB | Conference with Stephen D. Busey regarding factual discoveries in Computer Leasing Corporation's matter and effect on legal position (.8); conference with Stephen D. Busey regarding revisions to be made to objection to Computer Leasing Corporation's request for administrative expense (.5); telephone call with Craig Boucher regarding total amount of monthly payments made by Winn-Dixie to Computer Leasing Corporation pursuant to master lease and equipment schedules (.2); review of correspondence from Xroads detailing the financial aspects of the master lease between Winn-Dixie and Computer Leasing Corporation, the types of equipment leased and the varying amounts and lease terms for each (1.2); revision of objection to Computer Leasing Corporation's motion for payment of administrative expenses to include newly discovered financial data, and add count in counterclaim for declaratory judgment that lease is unenforceable (3.5); conference with Stephen D. Busey regarding revised objection to Computer Leasing Corporation's motion for payment of administrative expense (.2); revision of objection to Computer Leasing Corporation's motion for payment of administrative expense (2.1) | 8.50 | 1,742.50 |
| 09/15/05 | SDB | Revision and finalization of the objection to Computer Leasing Corporation's motions and the debtors' proposed counterclaim (1.7); telephone conference with Jay Castle and Craig Boucher regarding allegations of the debtors' counterclaim against Computer Leasing Corporation (.8); telephone call with Jay Castle, Caroline Gentile and Terry Derreberry | | |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Executory Contracts

|  |  | HOURS |  |
|---|---|---|---|
| | regarding media issues arising out of the Computer Leasing Corporation's counterclaim (.4); telephone conference with Jay Castle, Larry Appel, Holly Etlin and Craig Boucher regarding substantive issues regarding the proposed Computer Leasing Corporation's counterclaim (.9); telephone call with Craig Boucher regarding factual issues (.3); revision of the Computer Leasing Corporation's counterclaim to include comments received from others and file the objection and counterclaim (.6); memorandum to Caroline Gentile and Terry Derreberry regarding Computer Leasing Corporation pleadings (.3) | 5.00 | 1,975.00 |
| KSW | Electronic filing and service of debtors' objection to request for payment of administrative expenses of Computer Leasing Corporation and counterclaim | 0.50 | 60.00 |
| BB | Telephone call with Jane Leamy regarding coordinating our objection to Computer Leasing Corporation's request for administrative expense with Skadden's objection to Computer Leasing Corporation's motion to compel Winn-Dixie to accept or reject lease (.2); conference with Stephen D. Busey, Jay Castle, Craig Boucher, and Rosalie Gray regarding objection to Computer Leasing Corporation's motions (1.0); conference with Eric N. McKay regarding objection to Computer Leasing Corporation's request for administrative expense (.5); research regarding reasonably equivalent value (.3); revision to objection to Computer Leasing Corporation's request for payments of administrative expense (1.3); research of case law regarding precedence for bringing fraudulent transfer action to recover post-petition transfers (4.1); telephone call with Jane Leamy (.1) | 7.50 | 1,537.50 |
| 09/16/05 SDB | Memorandum to Holly Etlin regarding Winn-Dixie's counterclaim to Computer Leasing Corporation (.2); conference with Beau Bowin regarding research on fraudulent transfer issues (.3) | 0.50 | 197.50 |
| 09/17/05 BB | Research regarding recovery of post-petition transfers under § 544(b) and F.S. § 726.105 | 4.00 | 820.00 |
| 09/19/05 SDB | Telephone call with Arthur Spector regarding discovery and scheduling regarding Computer Leasing Corporation's litigation and memorandum to file regarding same | 0.50 | 197.50 |
| EMS | Preparation of updated hearing outline for debtors' motion for order authorizing rejection of executory contracts and unexpired leases (.6); preparation of hearing outline and preparation of file for hearing regarding motion of Computer Leasing Corporation to compel debtors to assume or reject lease of personal property (1.4), preparation of hearing outline and preparation of file for September 22, 2005 omnibus hearing for request for payment of expenses by Computer Leasing Corporation (1.4) | 4.70 | 893.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 6
10/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO:  109229

Chapter 11 - Executory Contracts

| | | HOURS | |
|---|---|---|---|
| | BB | Research regarding application of fraudulent transfer analysis under 11 U.S.C. 549 as an "unauthorized" transaction | |
| | | 7.20 | 1,476.00 |
| 09/20/05 | SDB | Memorandum to Holly Etlin and others regarding communications with Computer Leasing Corporation's counsel and Computer Leasing Corporation's response to Winn-Dixie's counterclaim (.4); conference with Holly Etlin regarding same (.7); revision of September 22, 2005 court agenda to reflect stipulation with Computer Leasing Corporation's counsel (.2) | |
| | | 1.30 | 513.50 |
| 09/21/05 | SDB | Preparation for September 22, 2005 hearing on the debtors' motion to reject equipment leases at the Fitzgerald and Jacksonville manufacturing facilities, including reading the motions and the draft orders | |
| | | 1.10 | 434.50 |
| | EMS | Revision of hearing outline for debtors' motion on authorizing rejection of executory contracts and unexpired leases as of September 22, 2005 (.7); revision of proposed order regarding same (1.0) | |
| | | 1.70 | 323.00 |
| 09/22/05 | BB | Legal research regarding use of 544 for post-petition transactions in the 11th Circuit (.5); draft of request for documents and interrogatories (.6); research regarding use of post-544 for post-petition transactions in the 11th Circuit (1.0) | |
| | | 2.10 | 430.50 |
| 09/23/05 | SDB | Telephone call with Arthur Spector, counsel for Computer Leasing Corporation, regarding discovery and settlement parameters for the case (.3); memorandum to Holly Etlin, Larry Appel and others regarding same (.4); memorandum to Craig Boucher regarding Winn-Dixie's total exposure under the Computer Leasing Corporation's lease (.2); review of memoranda from Holly Etlin, Larry Appel, Jay Castle and Craig Boucher regarding resolution of the Computer Leasing Corporation's litigation (.3); conference with Beau Bowin regarding Winn-Dixie discovery to Computer Leasing Corporation (.2) | |
| | | 1.40 | 553.00 |
| | BB | Draft of interrogatories and request for production to Computer Leasing Corporation | |
| | | 5.00 | 1,025.00 |
| 09/24/05 | SDB | Review and revision of draft interrogatories and request for production of documents to Computer Leasing Corporation | |
| | | 1.40 | 553.00 |
| | BB | Revision of request for production of documents and first set of interrogatories in adversary proceeding against Computer Leasing Corporation | |
| | | 1.00 | 205.00 |
| 09/26/05 | SDB | Telephone call with Holly Etlin regarding settlement parameters and settlement negotiations with Computer Leasing Corporation | |
| | | 0.40 | 158.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 7
10/14/2005
ACCOUNT NO: 10163-021666M
STATEMENT NO: 109229

Chapter 11 - Executory Contracts

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/27/05 | SDB | Telephone call with Holly Etlin and Craig Boucher regarding value of equipment leased by the debtors from Computer Leasing Corporation and appropriate parameters of settlement negotiations (.3); telephone call with Arthur Spector (.2) | 0.50 | 197.50 |
| 09/28/05 | SDB | Memorandum to Holly Etlin regarding settlement negotiations (.1); memorandum to Arthur Spector regarding same (.1); telephone call with Arthur Spector to discuss settlement (.3); memorandum to Beau Bowin regarding 9019 motion (.1) | 0.60 | 237.00 |
| 09/29/05 | SDB | Memorandum to Arthur Spector to confirm terms of Winn-Dixie's settlement with Computer Leasing Corporation (.4); telephone conference with Larry Appel and Jan Baker regarding same (.3); review of exhibits regarding Winn-Dixie's remaining liabilities under the Computer Leasing Corporation's lease (.3) | | |
| | BB | Draft of notice and motion to approve compromise regarding lease disputes with Computer Leasing Corporation | 1.00 | 395.00 |

|  |  |
|---|---|
| | 2.60    533.00 |
| FOR PROFESSIONAL SERVICES RENDERED | 129.00   31,693.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 27.50 | $395.00 | $10,862.50 |
| James H. Post | 0.50 | 355.00 | 177.50 |
| Cynthia C. Jackson | 2.30 | 295.00 | 678.50 |
| Beau Bowin | 89.40 | 205.00 | 18,327.00 |
| *Tana L. Copeland | 1.20 | 120.00 | 144.00 |
| *Kimberly S. Ward | 0.50 | 120.00 | 60.00 |
| Elizabeth M. Schule | 7.60 | 190.00 | 1,444.00 |
| TOTAL | 129.00 | | $31,693.50 |

TOTAL THIS STATEMENT

$31,693.50
=========

*Legal Assistant

# SMITH HULSEY & BUSEY

LAW OFFICES

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 - Leases (Real Property)

Page: 1
10/14/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   109216

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/02/05 | CCJ | Review and revision of fifth rejection motion and conference with Denise Kaloudis regarding same | 1.30 | 383.50 |
|  | TLC | Filing and service of the motion for order authorizing (i) retroactive rejection of real property leases and (ii) abandonment of related personal property and the notice of hearing regarding same | 0.80 | 96.00 |
|  | EMS | Telephone conference with Keith Daw and Catherine Ibold regarding assignment of fuel center back to the landlord for use in hurricane relief | 0.30 | 57.00 |
| 09/03/05 | BB | Research case law regarding whether rejection of lease equals termination of lease | 2.10 | 430.50 |
| 09/06/05 | CCJ | Negotiations with landlords regarding extension of time and rejection procedures (2.3); review and circulate orders regarding same (1.4) | 3.70 | 1,091.50 |
|  | EMS | Legal research regarding objection by Greenwood Plaza, Ltd. to debtors' proposed rejection procedures and whether debtors' must comply with all provision of a lease prior to rejection and whether the failure to comply is entitled to administrative priority status or is considered a general unsecured claim (5.6); correspondence to Cynthia C. Jackson regarding status of sale order for store no. 1908 (.2); preparation of hearing outline for debtors' motion to further extend time to assume or reject leases (1.4); review of objection by Deutsche Bank to debtors' motion to further extend time to assume or rejected leases (.5) | 7.70 | 1,463.00 |
| 09/07/05 | CCJ | Conference and negotiations with committee, landlords regarding rejection procedures and revisions to order for same (3.4); negotiations regarding 365(d)(4) and correspondence regarding same (2.4) | 5.80 | 1,711.00 |

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
10/14/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   109216

Chapter 11 - Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 09/08/05 | SDB | Preparation for and attendance at hearing on debtors' motion to extend the time to assume or reject commercial leases | 1.10 | 434.50 |
| | CCJ | Preparation for hearing on motion to extend time to assume or reject (1.0); extensive negotiations with landlords and committees regarding rejection procedures and form of orders (2.7) | 3.70 | 1,091.50 |
| | EMS | Preparation of hearing outline for the September 22, 2005 ombinbus hearing regarding debtors' motion to retroactively reject real property leases (1.2); preparation of hearing outline for the September 22, 2005 ombinbus hearing regarding debtors' motion to further extend time to assume or reject unexpired leases of property (1.4) | 2.60 | 494.00 |
| 09/09/05 | KSW | Electronic filing of proposed order amending order authorizing rejection of lease with American KB Properties I Limited Partnership | 0.30 | 36.00 |
| | CCJ | Continued negotiations with landlords regarding form of proposed order on motion to extend time and revisions to same (2.6); conference with debtors and Xroads regarding lease rejections and actions needed (.8); review, revision and finalization of rejection notice (1.0); review and analysis of schedules of stores to be rejected (1.0); telephone conference with Brian Walsh, and CI regarding rent proration (.3) | 5.70 | 1,681.50 |
| | EMS | Correspondence to Cynthia C. Jackson regarding telephone call from the landlord of store no. 807 about locks, electrical power and shopping carts (.2); preparation of rejection notice to landlords of all leases rejected by debtors (2.5) | 2.70 | 513.00 |
| | BB | Research regarding effect of rejection of prime lease on relationship between sublessee and landlord | 1.20 | 246.00 |
| 09/12/05 | CCJ | Analysis of leases to be rejected with Mike Chlebovec and Bryan Gaston and Skadden Arps (.5); analysis of store leases with Skadden Arps (.3); conferences with landlords regarding lease status (1.3); received and replied to large number of e-mails regarding same (2.4); preparation of motion to reject Greenwood lease and correspondence regarding same (2.3) | 6.80 | 2,006.00 |
| | TLC | Preparation of lease rejection notices for 207 store leases (6.0); filing of the proposed order regarding granting further extension of time to assume or reject unexpired leases of nonresidential real property (.4) | 6.40 | 768.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 3
10/14/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:  109216

Chapter 11 -  Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| | BB | Research of case law regarding effect of rejection of nonresidential real property lease by sublessor upon legal relationship between sublessee and landlord (3.6); research of state laws regarding effect of termination of prior lease on the sublease (2.5) | 6.10 | 1,250.50 |
| 09/13/05 | CCJ | Conferences with Skadden Arps, Bryan Gaston and Mike Chlebovec regarding lease rejections and actions needed (1.3); preparation of form of lease rejection and conferences regarding same (2.6) | 3.90 | 1,150.50 |
| | TLC | Preparation of and revision of form letter to send to landlords whose leases were rejected (1.0); preparation of correspondence to the landlords for the 207 store leases to be rejected by the debtors (3.0); preparation of the notices of rejection for the 207 store leases to be rejected by the debtors (3.5) | 7.00 | 840.00 |
| | KSW | Telephone call with attorneys for landlords regarding status of leases | 0.30 | 36.00 |
| | BB | Research state law regarding enforcement of sublease after prime lease is terminated | 1.00 | 205.00 |
| 09/14/05 | CCJ | Preparation for, review and finalization of rejection packages for 220+ leases (3.4); conferences with Mike Chebovec regarding same (1.5); review and revision of sixth omnibus rejection motion (1.1); conference with Earl Barker regarding potential resolution of Victory's objection to motion to extend time to assume or reject (.5); review of correspondence regarding same and preparation of correspondence regarding same (.3) | 6.80 | 2,006.00 |
| | KSW | Preparation for transmittal of correspondence to landlords with rent checks and notice of rejection of unexpired lease (1.5); preparation of revised motion to reject lease regarding store no. 583 (.5); preparation of notice of hearing on same (.3); preparation for and electronic filing and service of the motion to reject lease and notice of hearing (.8); preparation of amended motion to reject leases regarding store no. 583 (.5); preparation for and electronic filing and service of same (.7); preparation of certificate of service regarding motion to reject and notice of hearing (.2) and certificate of service regarding amended motion to reject (.2); electronic filing of both certificates of service (.3) | 5.00 | 600.00 |
| | TLC | Preparation of rejection packages for 220+ leases and service of same (6.0); preparation of summary regarding rejection notices not mailed because of conflicting information regarding the landlord (1.5) | 7.50 | 900.00 |
| 09/15/05 | CCJ | Conference with Skadden Arps regarding lease rejections (.3); conference with Eddie Held regarding same (.5); conference with Bryan Gaston and Pam Windham regarding cure status (.4); received and replied to correspondence regarding | | |

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
|  | lease rejections and cure issues (1.5); conference with Earl Barker regarding Victory's objection to extension motion and preparation for hearing on same (2.0) | 4.70 | 1,386.50 |
| KSW | Preparation of notices of filing and certificate of service regarding notices of rejection of unexpired leases (2.6); electronic filing of same (.5); telephone calls with various attorneys for landlords regarding same (.3); preparation for and electronic filing and service of debtors' objection to Computer Leasing Company's motion to compel debtors to assume or reject lease of personal property (.5); preparation of certificate of service regarding same (.2); electronic filing of same (.1) | 4.20 | 504.00 |
| TLC | Preparation of rejection packages for the landlords who did not get served on September 14, 2005 and service of same (6.0); e-mail correspondence with Kim Neil regarding the correct landlords (.2) | 6.20 | 744.00 |
| 09/16/05 BB | Legal research regarding effects of rejection of prime lease upon rights of sublessee under bankruptcy and state law | 4.00 | 820.00 |
| KSW | Electronic filing of certificate of service regarding order granting further extension of time to assume or reject unexpired leases of nonresidential real property (.2); preparation for and electronic filing of motion for order authorizing and approving (i) retroactive rejection of leases and (ii) abandonment of related property (.4); preparation and electronic filing of notice of hearing thereon (.4); preparation for and electronic filing of motion for order authorizing and approving (i) rejection of leases, (ii) abandonment of property and (iii) settlement with E.W. James (.4) and notice of hearing thereon (.2); electronic filing of certificate of service regarding order amending order dated June 30, 2005 authorizing rejection of lease with American KB Properties I LP (.2); review of schedule of targeted leases attached to order further extending time to assume or reject leases (.5) | 2.30 | 276.00 |
| CCJ | Conferences with Skadden Arps, Bryan Gaston, Pam Windham (all from Xroads), Mike Chlebovec and Catherine Ibold (Winn-Dixie) regarding cure issues and lease rejections (.7); analysis of claim objections with Skadden Arps (1.3); conference with Eddie Held on behalf of a number of landlords regarding cure and rejection issues (1.0); conference with Denise Kaloudis and Sally Henry (both with Skadden Arps) regarding sixth omnibus rejection issues (1.1); review, revision and filing of same (.8) | 4.90 | 1,445.50 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/19/05 | KSW | Preparation of proposed order correcting order dated September 12, 2005 further extending time to assume or reject leases (.5); review of correspondence and checks transmitted to various landlords (.8) | 1.30 | 156.00 |
|  | CCJ | Review of and respond to correspondence from landlords regarding status of lease rejections and assumptions and payment of rent (2.0); telephone conference with landlords regarding same (1.3); preparation for September 22, 2005 hearing on Greenwood objection and on Victory objection (1.5) | 4.80 | 1,416.00 |
|  | EMS | Preparation of hearing outline for debtors' amended motion (i) for authority to reject real property leases and to abandon related personal property and (iii) to establish bar date for any rejection damage claim (1.3); preparation of hearing outline for debtors motion for order (i) authorizing retroactive rejection or real property and (ii) abandonment of related personal property (1.7) | 3.40 | 646.00 |
| 09/20/05 | CCJ | Conferences with counsel for Victory and with PMG regarding resolution of objections (1.3); conference with Nina LaFleur regarding resolution of Greenwood objection and with Tim E. Sleeth regarding same (1.5) | 2.80 | 826.00 |
| 09/21/05 | SDB | Preparation for the September 22, 2005 hearing on the debtors' motions (Docket Nos. 3451, 3348) to reject real property leases, including reading the motion and objections and reading case law regarding the objections and on the debtors' motion to extend the time in which debtors must assume or reject real property leases, including reading two objections and case law and review of the form of the proposed order | 4.00 | 1,580.00 |
|  | CCJ | Preparation for hearings on rejection motions (1.0); conference with Xroads regarding facility leases and status of same (2.0); review of and respond to correspondence from landlords regarding cure issues and September rent (2.5); conferences with landlords regarding same and with Mike Chlebovec and KN regarding same (1.2) | 6.70 | 1,976.50 |
|  | EMS | Preparation of revised order for debtors' motion granting further extension of time to assume or reject unexpired leases or nonresidential real property (1.2); preparation of revised proposed order for debtors' motion to reject real property lease and abandon related personal property and establishing rejection damage bar date (1.2); telephone call with Zachary Berg, representing store no. 414 in Alabama regarding unpaid rent (.3); correspondence to Cynthia C. Jackson regarding same (.1); revision of order for Great Oaks, LLC approving debtors' lease termination agreement (1.1) | 3.90 | 741.00 |

SMITH HULSEY & BUSEY

Page: 6
10/14/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO: 109216

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

| | | | HOURS | |
|---|---|---|---|---|
| 09/22/05 | SDB | Preparation for and attendance at hearing on Winn-Dixie's motion to extend the time to assume or reject leases (.6); preparation for and attendance at hearing on the debtors' two motions to reject leases and abandon property, including communications with the landlord and revision of the proposed orders (1.2) | 1.80 | 711.00 |
| | CCJ | Preparation for and representation of Winn-Dixie at hearing on motions to reject (2.1); negotiations with landlords regarding same (1.1); conference with Sheon Karol and Catherine Ibold regarding rejection of DC's and manufacturing facilities and conference with Catherine Ibold, Doug Stanford, Elena Escamilla and Mike Chlebovec regarding sale of properties (3.6) | 6.80 | 2,006.00 |
| | KSW | Telephone call with landlord regarding status of lease rejection (.1); electronic filing of certificate of service regarding sixth motion for retroactive rejection of leases (.2); and certificate of service regarding motion to reject lease and approve settlement with E.W. James (.2) | 0.50 | 60.00 |
| | EMS | Review of correspondence regarding debtors' motion for order further extending time within which debtors may assume or reject unexpired leases of nonresidential real property to revisions made by Stephen D. Busey and the creditors committee (1.2); telephone call to Earl Barker regarding proposed changes to order on debtors' motion for order further extending time within which debtors may assume or reject unexpired leases of non residential real property by Stephen D. Busey and the creditors committee (.3); correspondence to Earl Barker regarding same (.2) | 1.70 | 323.00 |
| 09/23/05 | EMS | Telephone call with Ike Grover in-house counsel for Drinker Development regarding status of store no. 403 (.1); telephone call with Michelle Adams at Heritage SPE regarding lost rent check sent by the debtors (.3); correspondence to Cynthia C. Jackson regarding same (.2); telephone call with Jay Bender about store no. 415 regarding whether the debtors had rejected this lease, the distribution to unsecured creditors under a proposed plan and an approximated date for when the debtors may submit a plan under Chapter 11 (.5) | 1.10 | 209.00 |
| | CCJ | Conferences with Keith Daw regarding Jackson property (1.0); review and analysis of letter regarding same (.6); conferences with counsel for landlord regarding same (.7); revision, finalization and filing of motion to reject facility leases (1.3) | 3.60 | 1,062.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 -  Leases (Real Property)


                                                                    HOURS

KSW  Preparation of notice of hearing on motion (i) to
      reject real property leases and abandon related
      personal property and (ii) to establish bar date
      for rejection damage claims (.2); preparation for
      and electronic service and filing of rejection
      motion and notice of hearing thereon (.6);
      preparation and electronic filing of certificate
      service regarding same (.3); telephone calls with
      landlords and/or attorneys for landlords regarding
      status of lease rejections and payment of rent
      through September 30, 2005 (.2)                          1.30    156.00

09/26/05 KSW  Telephone calls with landlords regarding status of
      rent payment through September 30, 2005 (.5);
      preparation for electronic filing and service of
      amended notice of hearing regarding 6th retroactive

      rejection motion (.4) and amended notice of hearing
      regarding motion to reject lease and approve
      settlement with E.W. James (.4)                         1.30    156.00
CCJ  Conference with Ken Kirschner and Sheon Karol
      regarding rejection of facility leases (.5);
      conference with Stephen D. Busey regarding
      rejection motion for October 7, 2005 (.2);
      conference regarding store no. 251 (.3);
      conferences with landlords regarding surrender and
      September 2005 rent (1.4)                               2.40    708.00
EMS  Preparation of hearing outline regarding debtors'
      motion for order authorizing and approving (i)
      retroactive rejection of real property leases and
      subleases and (ii) abandonment of related personal
      property (2.8); telephone call with Zach Berg
      regarding store no. 414 and non-payment of real estate
      taxes and CAM charges by the debtors (.4);
      correspondence to Cynthia C. Jackson regarding
      same (.2); telephone call with Rick Baer regarding
      status of store no. 414 (.2); telephone call with John
      Silverman regarding unpaid rent (.2); telephone
      call with Paul Campon regarding unpaid rent (.2);
      telephone call with Bryan Verona regarding
      rejection of distribution facility (.1);
      telephone call with Perry McGaugh regarding status
      of debtors' interest in store no. 2629 (.4); telephone
      call with to Michelle Adams at Heritage SPE
      regarding check number of lost rent check (.2);
      telephone call with to Marion Hughes, attorney for
      landlord of store nos. 1203 and 1016 regarding
      non-payment of debtors insurance and taxes for 2005
      and process for filing request for payment of
      administrative expense (.5); correspondence
      to Cynthia C. Jackson regarding same (.2);
      conference with Bret Marks and Brad Schrailberg
      regarding status of debtors' leasehold interest in

LAW OFFICES

SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  | HOURS |  |
|---|---|---|---|
| | a store located in Miami, Florida (.4); e-mail correspondence with Cynthia C. Jackson regarding same (.2); preparation of hearing outline on motion by Heritage SPE to enlarge time and grant leave to file an objection to cure amount provided in debtors' motion authorizing sale of assets (2.7) | 8.70 | 1,653.00 |
| TLC | Research regarding the store number for the Office Depot sublease to determine whether or not that particular store's lease was rejected (.6); correspondence to Brian Gaston regarding the lease termination agreement for store no. 158 (.1), research regarding the status of store no. 1323 to determine whether or not the lease was rejected (.3) | 1.00 | 120.00 |
| 09/27/05 CCJ | Conferences with landlords for rejected stores regarding September 2005 rent and surrender of premises (2.6); received and replied to landlords' counsel regarding same (1.4); conferences with landlords' counsel regarding cure issues (1.3); received and replied to correspondence regarding same (1.4); conference with Tim E. Sleeth regarding Greenland Plaza (.8) | 7.50 | 2,212.50 |
| KSW | Electronic filing of certificates of service regarding order granting rejection of executory contracts and unexpired leases effective as of September 22, 2005 (.2); order granting rejection of real property leases and abandonment of related personal property (.2); and order granting further extension of time to assume or reject unexpired leases of nonresidential real property (.2); telephone calls with landlords regarding status of rejection of leases (.9); revised exhibit A to proposed correcting order further extending time to assume or reject leases (.2) | 1.70 | 204.00 |
| EMS | Preparation of hearing outline for debtors' motion for order further extending time to assume or reject leases (2.8); telephone call with Christie Dowling counsel for landlord of store no. 519 in Alabama regarding unpaid rent for the month of September (.2); telephone call with Amy Williams counsel for landlord of store nos. 1049 and 2029 regarding unpaid rent for the month of September (.2); telephone call with Ben Mills, counsel for the landlord of store no. 126 in Georgia regarding unpaid rent for February and unpaid taxes (.4); e-mail correspondence to Cynthia C. Jackson regarding same (.2); telephone call with Byron Saintsing counsel for landlords of store nos. 908 and 923 in North Carolina regarding unpaid rent for September (.3); correspondence to Cynthia C. Jackson regarding correspondence received from William Mafucci counsel for store no. 1350 in Mississippi regarding willingness of debtors to sublease the store to organizations providing | | |

LAW OFFICES

### SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Hurricane Katrina relief (.3); correspondence to Cynthia C. Jackson regarding status of debtors' interest in store no. 333 in response to inquiry from Michael Bakst, counsel for the landlord of store no. 333 (.2); telephone call with Bryan Verona regarding rejection of distribution facility (.4); telephone call with John Silverman regarding unpaid rent (.2); preparation of witness outline regarding debtors' motion to further extend time to assume or reject leases (2.9) | 8.00 | 1,520.00 |
|  | BB | Research right to remain in possession of leased premises after prime lease has been rejected | 3.20 | 656.00 |
| 09/28/05 | TLC | Preparation, filing and service of notices of withdrawal of lease rejections for store nos. 636, 2282, 257 and 1301 | 1.00 | 120.00 |
|  | CCJ | Conference call with Xroads and Winn-Dixie regarding cure issues (.5); review of and respond to correspondence regarding same (1.2); conferences with landlords' counsel regarding same (.6); review of and respond to correspondence regarding September 2005 rent and surrender of premises (1.2); conference calls with landlords regarding same (1.0) | 4.50 | 1,327.50 |
|  | KSW | Telephone call with Catherine Ibold regarding and preparation of revised proposed order correcting order granting further extension of time to assume or reject leases and amended exhibit thereto | 0.90 | 108.00 |
|  | EMS | Preparation of hearing outline regarding debtors' motion for order authorizing and approving rejection or real property leases and subleases (2.9); telephone call with Sue Costello regarding identity of legal counsel for ZSF/WD (.3); preparation of hearing outline regarding debtors' motion to reject leases and subleases with E.W. James (2.8) | 6.00 | 1,140.00 |
|  | BB | Legal research regarding sublessee's rights under various state laws (1.2); draft of memorandum to Cynthia C. Jackson regarding sublessee's rights under Section 365 of the Bankruptcy Code (2.4) | 3.60 | 738.00 |
| 09/29/05 | CCJ | Conferences with landlords' counsel regarding rent and return of keys (1.8); received and replied to correspondence regarding same (2.2); preparation for and conference regarding Greenland Plaza (1.0); received and replied to correspondence regarding same (1.0); received and replied to correspondence regarding cure issues (1.4); telephone conferences with landlords' counsel regarding same (.7) | 8.10 | 2,389.50 |
|  | EMS | Telephone call with Milton Hughes regarding process for filing claim for administrative expenses (.2); telephone call with Christie Dowling representing store no. 519 regarding date of rejection of lease and unpaid rent (.3); correspondence to Tana L. Copeland regarding same (.2); correspondence with Christie |  |  |

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

Dowling regarding same (.2); preparation of updated
hearing outline on debtors' motion for order authorizing
retroactive rejection of real property leases and subleases
(.4); preparation of updated hearing outline on
debtors' motion further extending time to assume or
reject leases (.4) telephone call with Paul Campsen
regarding rejection date for store no. 915 and return
of keys by the debtor (.3); correspondence
with Cynthia C. Jackson regarding same (.2) correspondence
to Paul Campsen regarding same (.2); telephone call with
Miles Berman regarding rejection date for store no. 2049
(.2); telephone call  with Andy Hellenger regarding status
of debtors' interest in lease (.1); conference with Beau
Bowin regarding filing objection to Crowder Family
Trusts' proof of claim and filing counterclaim
(.3); legal research regarding claim for recoupment
of overpayment of rent in response to proof of
claim filed by the landlord for store no. 1328 (2.4);
preparation of objection to proof of claim filed by
landlord for store no. 1328 and counterclaim for
recoupment for overpayment of rent (2.7)                    8.10   1,539.00
TLC Preparation of the notice of filing the store
closing statement for store no. 2002, electronic filing
of and service of same (.4); preparation of notice
of filing the store closing statement for store no.
1998, electronic filing of and service of same
(.4); preparation of the notice of filing the
store closing statement for store no. 2156, electronic
filing of and service of same (.4); preparation of
the notice of filling the store closing statement
for store no. 1541, electronic filing of and service of
same (.4); preparation of the notice of filing the
store closing statement for store no. 1566, electronic
filing of and service of same (.4); e-mail
correspondence to Elizabeth M. Schule regarding the
filing of the notice of rejection of unexpired
lease for store no. 519 (.1); e-mail to Kim Neil
regarding cure amount objections for store nos.
1328, 133, 233, 229 and 2045 (.3); research
regarding the store number located in Meridian,
Mississippi and e-mail to Tim E. Sleeth regarding
same (.2)                                                    2.60     312.00
BB  Conference with Elizabeth M. Schule regarding
objection to claim and counterclaim against Crowder
Family Trust                                                 0.30      61.50

09/30/05 TLC Document retrieval of the lease for store no.
1328 from the Merrill website and e-mail
correspondence to Elizabeth M. Schule regarding
same (.3); preparation and electronic filing of the
certificate of service regarding the order
approving the debtors' lease termination agreement
and granting related relief as to Kaolin Plaza, LLC
store no. 408 (.5); preparation of and
electronic filing of the certificate of service
regarding the order authorizing the debtors (i) to

Winn-Dixie Stores, Inc.

Chapter 11 - Leases (Real Property)

HOURS

sell leasehold interests in targeted stores free
and clear of liens, claims and interests and exempt
from taxes (ii) to assume and assign leases (iii)
to reject leases the debtors are unable to sell and
(iv) granting related relief as Greg Adams
Enterprises, Inc. store no. 827 (.5);
preparation of and electronic filing of the
certificate of service regarding the order
approving the debtors' asset purchase and lease
termination agreement and granting related relief
as to Big Star of Farmerville (store no. 1541)
(.5); preparation and electronic filing of the
certificate of service regarding the order
approving the debtors' lease termination agreement
and granting related relief as to EBR Liability Co.
store no. 1466 (.5); preparation and electronic
filing of the certificate of service regarding the
order approving the debtors' lease termination
agreement and granting related relief as to
Waynesville Shopping Center store no. 1249 (.5);
preparation and electronic filing of the
certificate of service regarding the order
approving the debtors' lease termination agreement
and granting related relief as to Shannon Village
Shopping Center store no. 807 (.5); preparation
and electronic filing of the certificate of service
regarding the order approving the debtors' lease
termination agreement and granting related relief
as to Tatone Properties of Florida, Inc. store
no. 700 (.5); preparation and electronic filing
of the certificate of service regarding the order
approving the debtors' lease termination agreement
and granting related relief as to Winn-Dixie Tampa
Trust store no. 636 (.5); preparation and
electronic filing of the certificate of service
regarding the order approving the debtors' lease
termination agreement and granting related relief
as to Four Florida Shopping Centers, LLC store
no. 360 (.5); preparation and electronic filing
of the certificate of service regarding the order
approving the debtors' lease termination agreement
and granting related relief as to Perlis Ellin, LLC
store no. 158 (.5); preparation and electronic
filing of the certificate of service regarding the
order authorizing the debtors (i) to sell leasehold
interests in targeted stores free and clear of
liens, claims and interests and exempt from taxes
(ii) to assume and assign leases (iii) to reject
leases the debtors are unable to sell and (iv)
granting related relief as Yeon Sung Yim Family
Partnership, store no. 20 (.5); preparation and
electronic filing of the order approving debtors'
(a) sale of assets free and clear of liens, (b)
assumption and assignment of lease and (c) related
relief as to Wal-Mart Stores, Inc. store no. 206

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 12
10/14/2005
ACCOUNT NO: 10163-021688M
STATEMENT NO:   109216

Chapter 11 - Leases (Real Property)

|  | | HOURS | |
|---|---|---|---|
|  | (.5); telephone call with and e-mail correspondence with Lynn Moore of the Bell Moore Group regarding the notice of lease rejection of unexpired lease for store no. 2101; e-mail correspondence with Cynthia C. Jackson regarding same (.4) | 6.70 | 804.00 |
| CCJ | Conferences with Bryan Gaston, with Sheon Karol, with Catherine Ibold, with Kim Neil, with Keith Daw regarding rejection and cure issues (1.2); review of and respond to correspondence regarding same (2.4); review and revision of memorandum from Beau Bowin regarding sandwich leases (.8) | 4.40 | 1,298.00 |
| KSW | Preparation and electronic filing of certificates of service regarding amended notice of hearing regarding motion for retroactive rejection of leases (.3); amended notice of hearing regarding motion regarding rejection of leases with E.W. James (.3), and order on Penman Plaza's motion to compel debtors to assume or reject leases (.3) | 0.90 | 108.00 |
| EMS | Telephone call with Wendy Simkulak regarding unpaid rent (.2); telephone call with Mark Hout regarding unpaid rent (.2); telephone call with Jamie Allen regarding unpaid rent (.2); review of non-residential real property lease between the debtors and the Crowder Family Trust, store no. 1328, in preparation for drafting an objection and counterclaim to landlord's proof of claim (1.1); preparation of objection to proof of claim filed by Crowder Family Trust and counterclaim for overpayment of rent (3.9) | 5.60 | 1,064.00 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 246.30 | 54,774.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.90 | $395.00 | $2,725.50 |
| Cynthia C. Jackson | 98.90 | 295.00 | 29,175.50 |
| Beau Bowin | 21.50 | 205.00 | 4,407.50 |
| *Tana L. Copeland | 39.20 | 120.00 | 4,704.00 |
| *Kimberly S. Ward | 20.00 | 120.00 | 2,400.00 |
| Elizabeth M. Schule | 59.80 | 190.00 | 11,362.00 |
| TOTAL | 246.30 | | $54,774.50 |

TOTAL THIS STATEMENT                                   $54,774.50

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:  109218

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Litigation (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/01/05 | JHP | Review of draft settlement offer to attorneys for Stokes & Reddick and telephone call with Tim Williams regarding same | 0.80 | 284.00 |
| 09/02/05 | JHP | Review of Stokes & Reddick settlement offer, preparation of settlement agreement and telephone call with Tim Williams regarding same | 1.40 | 497.00 |
|  | EMS | Conference with Cynthia C. Jackson regarding debtors' motion regarding filing under seal of pleadings related to appointment of equity committee (.5); review of debtors' motion regarding filing under seal of pleadings related to appointment of equity committee and review of all case law and codes cited within the motion (2.7) | 3.20 | 608.00 |
| 09/06/05 | JHP | Review of settlement demand letter prepared by Tim Williams and telephone call with Charles McBurney regarding same (.8); revision of Winn-Dixie form release document to conform with bankruptcy concerns such as Bankruptcy Court approval, release of proofs of claim, etc. (1.0) | 1.80 | 639.00 |
| 09/07/05 | LMP | Revision of agreed order on objection to claim filed by Jeremiah Couch | 0.50 | 125.00 |
|  | JHP | Preparation for and attendance at telephone conference call with attorneys for Stokes & Reddick and Tim Williams to further mediation negotiations (1.0); e-mail correspondence with South Florida Water Management and Winn-Dixie (Pat |  |  |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
10/14/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:   109218

Chapter 11 - Litigation (General)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | Ross) regarding resolution of claims of State of Florida (.3); review of case law on lost wages/taxation issues regarding Stokes & Reddick settlement (.5) | 1.80 | 639.00 |
| 09/08/05 | JHP | E-mail correspondence with Pat Ross at Winn-Dixie regarding threatened claim of South Florida Water Management District | 0.20 | 71.00 |
| 09/12/05 | JHP | Telephone calls and e-mail correspondence with attorneys for Stokes & Reddick, Charles McBurney, and Tim Williams regarding the claimants' counteroffer for settlement | 1.00 | 355.00 |
|  | CCJ | Conference call with Jay Castle, Pam Windham and Cindy Reynolds regarding potential litigation on Store No. 251 in Coral Springs (.2); review and analysis of correspondence regarding same (.9); conference with Stephen D. Busey and Beau Bowin regarding Computer Leasing Corporation issues and 251 (.5) | 1.60 | 472.00 |
| 09/13/05 | JHP | E-mail correspondence with Tim Williams and Charles McBurney regarding Winn-Dixie's counteroffer for settlement and preparation of proposed release documents | 1.60 | 568.00 |
| 09/14/05 | CCJ | Review and analysis of correspondence from Williams and correspondence to company regarding same | 1.20 | 354.00 |
|  | JHP | Preparation of revised release agreement with Stokes & Reddick and correspondence to client regarding same | 1.80 | 639.00 |
| 09/15/05 | JHP | Preparation of revisions to agreed order to lift stay on litigation filed by Stokes & Reddick and telephone call with attorney for Stokes & Reddick regarding same | 1.00 | 355.00 |
| 09/19/05 | JHP | Review of settlement counteroffer served by attorney for Stokes & Reddick | 0.30 | 106.50 |
|  | CCJ | Telephone conference with Sheon Karol (Xroads), Sharon Sloane, Catherine Ibold and Mike Chlebovec (Winn-Dixie) regarding store closings (.8); telephone conference with Sheon Karol (Xroads) and Catherine Ibold (Winn-Dixie) and Jay Castle regarding dollar stores (.8) | 1.60 | 472.00 |
| 09/20/05 | JHP | Review of counteroffer for Stokes & Reddick and further revisions to settlement agreement | 0.80 | 284.00 |
| 09/21/05 | JHP | Review of Winn-Dixie's counterproposal for settlement and further revisions to settlement agreement | 0.50 | 177.50 |
| 09/22/05 | JHP | Revisions to proposed settlement agreement with Stokes & Reddick and e-mail correspondence with Tim Williams regarding same | 0.80 | 284.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Page: 3
10/14/2005
ACCOUNT NO: 10163-021689M
STATEMENT NO:   109218

Winn-Dixie Stores, Inc.

Chapter 11 - Litigation (General)

| | | | HOURS | |
|---|---|---|---|---|
| | KSW | Retrieval of docket sheets regarding Wayne Boyd litigation and Washington litigation | 0.30 | 36.00 |
| 09/26/05 | CCJ | Conference regarding directors and officers dispute (.3); correspondence to Jay Castle regarding same and actions needed (.4) | 0.70 | 206.50 |
| 09/27/05 | LMP | Analysis regarding whether settlement of the Couches' claims should include release from related business entity (.2); telephone call with Laura Waring regarding settlement of Winn-Dixie's claims against Sumwalt and analysis regarding strategy for further litigation against remaining defendant, release language to be included in settlement agreement and whether bankruptcy court approval is required for settlement (.6) | 0.80 | 200.00 |
| 09/28/05 | LMP | Review and redaction of settlement agreement to be provided to Laura Waring as example and e-mail to Laura Waring and Jay Castle regarding same | 1.10 | 275.00 |
| 09/29/05 | LMP | Review and analysis of e-mail from Laura Waring regarding provisions she plans to have included in Sumwalt settlement agreement to address bankruptcy issues and response thereto (1.4); telephone conference with working group regarding issues related to mail out of questionnaires in claims resolution process (.9); telephone call with Matthew Kaplan's office regarding their request to be provided with a copy of the claims resolution questionnaire for Anna Martinez and e-mail to Kate Logan regarding same (.3) | 2.60 | 650.00 |

|   |   |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED | 27.40   8,297.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| James H. Post | 13.80 | $355.00 | $4,899.00 |
| Cynthia C. Jackson | 5.10 | 295.00 | 1,504.50 |
| *Kimberly S. Ward | 0.30 | 120.00 | 36.00 |
| Leanne McKnight Prendergast | 5.00 | 250.00 | 1,250.00 |
| Elizabeth M. Schule | 3.20 | 190.00 | 608.00 |
| TOTAL | 27.40 | | $8,297.50 |

| | |
|---|---|
| TOTAL THIS STATEMENT | $8,297.50 |

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:   109227

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -   Reorganization Plan/Plan Sponsors

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/04/05 | SDB | Revision of witness outline for Paul Huffard's testimony at September 8, 2005 hearing on extension of exclusivity | 0.80 | 316.00 |
| 09/06/05 | SDB | Telephone call with Flip Huffard regarding proposed testimony in support of the debtors' motion to further extend exclusivity (.3); revision of Flip Huffard's witness outline in accordance with our conversation (.8); memorandum to Jan Baker and Larry Appel regarding Flip Huffard's testimony (.3); telephone conference with Larry Appel and Jan Baker regarding preparation for the September 8, 2005 hearing on exclusivity and the forming of the debtors' proposed business plan and plan of reorganization (.5) | 1.90 | 750.50 |
| 09/07/05 | SDB | Review of pleadings, objections and other preparation for September 8, 2005 hearing on the debtors' motion to extend the exclusive period within which they may file a plan of reorganization | 1.20 | 474.00 |
| 09/08/05 | SDB | Outline argument, review of case law and pleadings and other preparation for and attendance at hearing on the debtors' motion to extend the exclusive time within which it may file a plan of reorganization | 2.30 | 908.50 |
| 09/09/05 | KSW | Service of order further extending exclusivity | 0.40 | 48.00 |
| 09/16/05 | KSW | Electronic filing of certificate of service regarding order further extending exclusive periods for filing Chapter 11 plans and obtaining acceptances of such plan | 0.40 | 48.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 7.00 | 2,545.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
10/14/2005
ACCOUNT NO: 10163-021695M
STATEMENT NO:   109227

Chapter 11 -  Reorganization Plan/Plan Sponsors

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 6.20 | $395.00 | $2,449.00 |
| *Kimberly S. Ward | 0.80 | 120.00 | 96.00 |
| TOTAL | 7.00 | | $2,545.00 |

TOTAL THIS STATEMENT $2,545.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021696M
STATEMENT NO:  109219

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Reports and Schedules

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/13/05 | CCJ | Conference with U.S. Trustee regarding MOR and correspondence with company regarding same | 1.00 | 295.00 |
| 09/26/05 | KSW | Preparation of notice of filing affidavit of D. Michael Byrum in support of monthly operating report for July 28, 2005 through August 24, 2005 (.2); electronic filing of same (.2) and monthly operating report for July 28, 2005 through August 24, 2005 (.2) | 0.60 | 72.00 |
|  |  | FOR PROFESSIONAL SERVICES RENDERED | 1.60 | 367.00 |

PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Cynthia C. Jackson | 1.00 | $295.00 | $295.00 |
| *Kimberly S. Ward | 0.60 | 120.00 | 72.00 |
| TOTAL | 1.60 |  | $367.00 |

TOTAL THIS STATEMENT                                        $367.00

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021700M
STATEMENT NO:   109224

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Tax Matters

|  |  | HOURS |  |
|---|---|---|---|
| 09/22/05  BB | Research law regarding court's authority under 11 U.S.C. 505 to determine a debtor's tax liability | 5.30 | 1,086.50 |
|  | FOR PROFESSIONAL SERVICES RENDERED | 5.30 | 1,086.50 |

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Beau Bowin | 5.30 | $205.00 | $1,086.50 |

TOTAL THIS STATEMENT                                    $1,086.50

LAW OFFICES

# SMITH HULSEY & BUSEY

**1800 WACHOVIA BANK TOWER**

**225 WATER STREET**

**POST OFFICE BOX 53315**

**JACKSONVILLE, FLORIDA 32201-3315**

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:   109223

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville   FL   32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Utilities


| | | | HOURS | |
|---|---|---|---|---|
| 09/01/05 | CCJ | Conference with counsel for City of Plaquemine (.5); preparation for and representation of debtors at hearing on City of Plaquemine's motion (1.0); preparation of proposed order (.2) | 1.70 | 501.50 |
| | SDB | Preparation for and attendance at court hearing on motions relating to the City of Plaquemine's request for a utility deposit | 0.90 | 355.50 |
| | EMS | Preparation and revision of order denying City of Plaquemine's motion for adequate assurance of utility payment (2.0); telephone conference with Stephanie Feld and Denise Kaloudis regarding order for City of Plaquemine (.3); correspondence to Denise Kaloudis regarding the City of Plaquemine (.2); | 2.50 | 475.00 |
| | KSW | Electronic filing of proposed order (i) granting motion for determination of adequate assurance of payment of utilities and (ii) denying motion of City of Plaquemine for modification of security deposit for utility service and (iii) granting debtors' objection to City of Plaquemine's motion | 0.30 | 36.00 |
| 09/26/05 | CCJ | Preparation of correspondence to Denise Kaloudis regarding October 7, 2005 hearing | 0.20 | 59.00 |
| 09/28/05 | EMS | Preparation of hearing outline regarding debtors' motion deeming utilities adequately assured | 1.80 | 342.00 |
| | | | ---- | -------- |
| | | FOR PROFESSIONAL SERVICES RENDERED | 7.40 | 1,769.00 |

LAW OFFICES

# SMITH HULSEY & BUSEY

Winn-Dixie Stores, Inc.

Page: 2
10/14/2005
ACCOUNT NO: 10163-021702M
STATEMENT NO:  109223

Chapter 11 -  Utilities

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen D. Busey | 0.90 | $395.00 | $355.50 |
| Cynthia C. Jackson | 1.90 | 295.00 | 560.50 |
| *Kimberly S. Ward | 0.30 | 120.00 | 36.00 |
| Elizabeth M. Schule | 4.30 | 190.00 | 817.00 |
| | ---- | | --------- |
| TOTAL | 7.40 | | $1,769.00 |

TOTAL THIS STATEMENT                                              $1,769.00
                                                                 ========

*Legal Assistant

LAW OFFICES

# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER

225 WATER STREET

POST OFFICE BOX 53315

JACKSONVILLE, FLORIDA 32201-3315

TELEPHONE
904-359-7700
FACSIMILE
904-359-7708
904-353-9908
FEDERAL ID
59-2100518

Page: 1
10/14/2005
ACCOUNT NO: 10163-021704M
STATEMENT NO:   109211

Winn-Dixie Stores, Inc.
5050 Edgewood Ct.
Jacksonville  FL  32254

ATTN: Larry Appel, Esq.

Chapter 11 -  Disbursements (Costs/Expenses)

| | |
|---|---:|
| Document Duplicating | 1,148.70 |
| Postage | 1,521.69 |
| Telephone | 545.42 |
| Telephone Conferences | 153.30 |
| Westlaw | 2,093.77 |
| Facsimile Transmission | 109.00 |
| Outside Document Duplicating Service | 2,552.21 |
| Express Mail | 215.21 |
| Transcripts of hearings held on August 4, 2005 and August 18, 2005 | 401.11 |
| Per Diem – Hedquist & Associates Reporters, Inc. - Auction Held on September 20, 2005 | 65.00 |
| | -------- |
| TOTAL COSTS THRU 09/30/05 | 8,805.41 |
| | |
| TOTAL THIS STATEMENT | $8,805.41 |