## **Schedule B**

| Name | Years experience | Hours | Rate | Amount |
|---|---|---|---|---|
| **Shareholders:** | | | | |
| Stephen D. Busey | 36 | 490.40 | 395.00 | 193,708.00 |
| John R. Smith, Jr. | 32 | .8 | 355.00 | 284.00 |
| James H. Post | 31 | 764.60 | 355.00 | 271,433.00 |
| Tim S. Sleeth | 30 | 29.9 | 355.00 | 10,614.50 |
| Cynthia C. Jackson | 20 | 1,313.60 | 295.00 | 387,512.00 |
| Subtotal: | | 2,599.30 | | 863,551.50 |
| **Associates:** | | | | |
| Leanne McKnight Prendergast | 10 | 332.6 | 250.00 | 83,150.00 |
| Charles A. Beard | 9 | 1.7 | 250.00 | 425.00 |
| Bert J. Millis | 7 | 2.5 | 250.00 | 625.00 |
| Charmaine T.M. Chiu | 6 | 4.1 | 250.00 | 1,025.00 |
| Eric N. McKay | 4 | 248.9<br>297.1 | 225.00/<br>240.00 | 56,002.50/<br>71,304.00 |
| Beau Bowin | 3 | 19.6<br>157.5<br>236.8 | 165.00/<br>190.00/<br>205.00 | 3,724.00<br>29,925.00<br>48,544.00 |
| Eric W. Ensminger | 2 | 13.2 | 205.00 | 2,706.00 |
| David D. Burns | 1 | 24.1 | 165.00 | 3,976.50 |
| Elizabeth M. Schule | 1 | 291.8<br>298.9 | 165.00/<br>190.00 | 48,147.00<br>56,791.00 |
| Subtotal: | | 1,928.80 | | 406,345.00 |

15

**Summer Associates**

| | | | | |
|---|---|---|---|---|
| Joy R. Abrisch | 2 | 22.2 | 130.00 | 2,886.00 |
| David M. Applegate | 1 | 65.2 | 130.00 | 8,476.00 |
| Thomas G. Wilson, III | 2 | 3.1 | 130.00 | 403.00 |
| Meghan R. Wojeski | 1 | 84.9 | 130.00 | 11,037.00 |
| Mathew. Crist | 1 | <u>12.0</u> | 130.00 | <u>1,560.00</u> |
| Subtotal | | 187.4 | | 24,362.00 |

**Paralegals:**

| | | | | |
|---|---|---|---|---|
| Kimberly S. Ward | 18 | 602 | 120.00 | 72,240.00 |
| Patrice T. De Wees | | 4 | 125.00 | 500.00 |
| Therese M. Lee | | 3 | 130.00 | 390.00 |
| Tana L. Copeland | 1 | <u>511.5</u> | 120.00 | <u>61,380.00</u> |
| Subtotal | | 1120.5 | | 134,510.00 |

**Total Fees** <u>$1,428,768.50</u>

**Total Hours**   5,836.00

**Blended Hourly Rate**   $243.56

**Schedule C**

| Expenses | Total Amount |
|---|---:|
| Certification Fees | $40.00 |
| Conference Calls | $1,234.81 |
| Deposition/Court Reporter | $225.00 |
| Document Duplicating (72,753 pages @ $0.15) | $10,912.95 |
| Express Mail | $2,655.67 |
| Facsimile (399 pages @ $1.00) | $399.00 |
| Filing Fee | $380.00 |
| Information and Research (Westlaw) | $9,909.12 |
| Meals | $323.60 |
| Messenger Services | $5.00 |
| Outside Document Duplicating Costs | $17,633.67 |
| Postage | $8,033.30 |
| Telephone | $6,777.98 |
| Transcript Charges | $499.11 |
| Total | $59,029.21029.21 |

Certificate of Service

I certify that a copy of this document was furnished by mail and/or electronically to Elena L. Escamilla, Esq., Assistant U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida  32801, Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia  30303, D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York  10036, Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York  10005, Jonathan N. Helfat, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York  10169, and Laurence B. Appel, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida  32254-3699, this 15th day of November, 2005.



*s/ Cynthia C. Jackson*
Attorney

00513929.2