UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## ORDER DENYING TRANSAMERICA LIFE INSURANCE COMPANY'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

These cases came before the Court upon Application for Payment of Administrative Expenses filed by Transamerica Life Insurance Company. Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

Application for Payment of Administrative Expenses filed by Transamerica Life Insurance Company is denied.

**DATED** this 15 day of November, 2005 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge