UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al, | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |

### AMENDED NOTICE OF EVIDENTIARY HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a final evidentiary hearing is scheduled for **December 15, 2005 at 1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Objection by Landlord, School Street Crossing, L.P., to Debtor's Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Doc. No. 1961) – Objection to Proposed Cure Amount, (Doc. No. 2151).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is

required for entry into the Courthouse.

Dated: November 16, 2005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic filing or by regular U. S. Mail on this 16th day of November to the following:

D. J. Baker
Skadden, Arps, Slate, Meacher & Flom LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

/s/ Jon E. Kane_____
JON E. KANE
Florida Bar Number 814202
DAVID M. LANDIS
Florida Bar Number 193094
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
Attorneys for Plaintiff

H:\Kane J\School Street Crossing, LP\Winn Dixie Stores, Inc - Chapter 11 Bankruptcy\Amended Notice of Evidentiary Hearing 121505.doc

2

H:\Kane J\School Street Crossing, LP\Winn Dixie Stores, Inc - Chapter 11 Bankruptcy\Amended Notice of Evidentiary Hearing 121505.doc