UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON NOVEMBER 17, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on November 17, 2005 at 1:00 p.m. (ET):

**A.    Uncontested Matters**

1. *Motion for Order (A) Authorizing the Debtors to Sell Miami Reclamation Center and Related Assets Free and Clear of Liens, Claims, and Interests and Exempt from Documentary or Similar Tax, and (B) Granting Related Relief (Docket No. 3904)*

Objection Deadline:  November 7, 2005.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

   2.   *Amended Motion for Order Authorizing the Debtors (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

   Purchaser(s):   Valrico Partners, LP, **Store No. 716** (Docket No. 3376).

   Objections to Sales: No objections have been filed.

   Status:   The Debtors will proceed with the Motion.

B.   **Contested Matters**

   1.   *Motion for Order (i) Authorizing and Approving Post-Petition Premium Finance Agreement Between Debtors and AFCO Premium Credit LLC and (ii) Granting Related Relief (Docket No. 3961)*

   Objection Deadline: November 10, 2005

   Objections:   Official Committee of Equity Security Holders (Docket No. 4127).

   Status:   The Debtors have been informed that the Equity Committee will withdraw its objection. The Debtors will proceed with the Motion.

   2.   *Motion for Order Approving Settlement Agreement and Release of Claims with Debtors' Property Insurers (Docket No. 3959)*

   Objection Deadline: November 10, 2005

   Objections:   Official Committee of Equity Security Holders (Docket No. 4128).

   Status:   The Debtors have been informed that the Equity Committee will withdraw its objection. The Debtors will proceed with the Motion.

>    3. *Objection by Landlord, School Street Crossing, L.P. to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Docket No. 2151)*

> On July 1, 2005, the Debtors filed a motion seeking authority to sell leasehold interests in over 300 stores, including Store No. 1362 located in Ridgeland, Mississippi (Docket No. 1961) (the "Sale Motion"). By the Sale Motion, the Debtors asserted that no amounts are due under the lease for Store 1362 and gave the landlord, School Street Crossing, LP until July 14, 2005, to object to the proposed cure. On July 14, 2005, School Street filed an objection asserting that $70,122.56 was due under the lease (the "Cure Objection"). The Court granted the Sale Motion on August 5, 2005 (Docket No. 2847) and reserved ruling on the Cure Objection. The Debtors and School Street have been unable to resolve the Cure Objection.

>    Objection Deadline:  None

>    Status:  School Street and the Debtors have agreed to continue the Cure Objection to December 15, 2005.

Dated: November 16, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00509354