UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 05-3817 (RDD)<br><br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS OF KENNEDY COVINGTON LOBDELL & HICKMAN, LLP.** |

Notice is given of the change of address of Kennedy Covington Lobdell & Hickman, L.L.P.

>A. Lee Hogewood III
>Margaret R. Westbrook
>Brian C. Fork
>Kennedy Covington Lobdell & Hickman, LLP
>4350 Lassiter At North Hills Avenue (27609)
>Suite 300
>Post Office Box 17047
>Raleigh, NC 27619-7047

This the 16th day of November, 2005.

>/s/ Margaret R. Westbrook
>Margaret R. Westbrook
>N.C. State Bar No. 23327
>KENNEDY COVINGTON
>4350 Lassiter at North Hills Avenue (27609)
>Suite 300
>Post Office Box 17047
>Raleigh, North Carolina  27619-7047
>Telephone: (919) 743-7300
>Facsimile:   (919) 516-2006
>lhogewood@kennedycovington.com

151821.01
LIB: RALEIGH

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document, **Notice of Changed of Address,** was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service.

    This the 16th day of November, 2005.

                                                        /s/ Margaret R. Westbrook
                                                        Margaret R. Westbrook