UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,        Case No. 3:05-bk-03817-3F1
                                           Chapter 11 (Jointly Administered)

                   Debtors.

_____/

**WITHDRAWAL OF LIMITED OBJECTION OF CATAMOUNT ROCKINGHAM, LLC, CATAMOUNT LS-KY, LLC AND CATAMOUNT ATLANTA, LLC TO DEBTORS' NOTICE OF INTENT TO ABANDON FURNITURE, FIXTURES, AND EQUIPMENT**
**[Docket Nos. 3303, 3512 and 3542]**

Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, and Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation (collectively, "La Gatta"), as lessor of the premises identified as Store Number 2045 located in Rockingham, North Carolina, Store No. 1676 located in Louisville, Kentucky and Store No. 2712 located in Atlanta, Georgia, hereby withdraw their September 19, 2005 limited objection (Dkt. No. 3512) (the "Objection") to the Debtors' Notice of Intent to Abandon Furniture, Fixtures, and Equipment (the "Notice") (Dkt. No. 3303), and their September 20, 2005 supplement (Dkt. No. 3542) to that objection (the "Supplement," and collectively with the Objection, the "Objection"), and in support state as follows:

1.     La Gatta incorporates herein by reference its Objection as if fully set forth.

2.    La Gatta hereby withdraws the Objection, providing, however, that in doing so La Gatta reserves all of its claims herein against Debtors, and all of its claims against any other parties, including but not limited to all claims La Gatta may have arising from the manner in which Debtors (and their agents and employs) conducted the liquidation and abandonment of the furniture, fixtures, equipment and related assets in stores the Debtors have closed or are closing, including but not limited to all such stores that Debtors may have defined or referred to as "Targeted Stores" (as so defined in the Notice).

WHEREFORE, La Gatta hereby respectfully withdraws its Objection (Dkt. Nos. 3512 and 3542) on the terms set forth above, and requests the Court to allow such other and further relief as may be just and proper in the premises.

Dated: November 17, 2005                Respectfully submitted,

　　/s/ C. Daniel Motsinger　　　　　　
C. Daniel Motsinger
Florida Bar No.: 0362875
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; and Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon the parties by operation of the Court's electronic filing system on November 17, 2005, as indicated below:

                                               /s/ C. Daniel Motsinger
                                               C. Daniel Motsinger

| | |
|---|---|
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne<br>Milbank Tweed & Hadley<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Elana L. Escamilla<br>Office of United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL 32806 | John B. McDonald<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Cynthia C. Jackson<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | |

KD_IM-657869_1.DOC