STEVENS & LEE, P.C.
*Attorneys for Charles Simon Trust*
485 Madison Avenue, 20th Floor
New York, NY 10022
Chester B. Salomon (CS-2319)
Jocelyn Keynes (JK-7728); (FL Bar No. 0181323)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------x
                                            :   Chapter 11
In re                                    :
                                            :   Case No. 05-03817 (JAF)
WINN-DIXIE STORES, INC.             :   Jointly Administered
                                           :
                                Debtor.   :   NOTICE OF APPEARANCE
                                           :   <u>AND REQUEST FOR NOTICES</u>
                                           :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Charles Simon Trust, Landlord of Store #727 in Fort Meyers, Florida, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b) and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office and address provided below.

       PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor, its respective property and/or property of the estate.

1

TO:

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
Proposed Attorneys for the Debtor
Attn: Adam Ravin, Esq.

Smith Husley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Attorneys for the Debtor
Attn: Cynthia C. Jackson, Esq.

Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
Attorneys for the Official Committee of Unsecured Creditors
Attn: John B. Macdonald, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorneys for the official committee of unsecured creditors
Attn: Dennis F. Dunne, Esq.

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Attn: Kenneth C. Meeker, Esq.

Dated: New York, New York
       November 17, 2005

STEVENS & LEE, P.C.

By: /s/ Jocelyn Keynes _____
    Chester B. Salomon (CS-2319)
    Jocelyn Keynes (JK-7728); (FL Bar No. 0181323)
    485 Madison Avenue
    New York, New York  10022
    (212) 319-8500

    *Attorneys for Charles Simon Trust*

STEVENS & LEE, P.C.
*Attorneys for Charles Simon Trust*
485 Madison Avenue, 20th Floor
New York, NY 10022
Chester B. Salomon (CS-2319)
Jocelyn Keynes (JK-7728); (FL Bar No. 0181323)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

---------------------------------------------------------------x
                                                     :    Chapter 11

In re                                          :

                                                  :    Case No. 05-03817 (JAF)

WINN-DIXIE STORES, INC.           :

                       Debtor.     :    <u>CERTIFICATE OF SERVICE</u>

---------------------------------------------------------------x

       The undersigned hereby certifies that on November 16, 2005 a copy of the forgoing Notice of Appearance and request for Notices was served upon the following by first class mail:

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036
Proposed Attorneys for the Debtor
Attn: Adam Ravin

Smith Husley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Attorneys for the Debtor
Attn: Cynthia C. Jackson

Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
Attorneys for the Official Committee of
Unsecured Creditors
Attn: John B. Macdonald

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attorneys for the official committee of
unsecured creditors
Attn: Dennis F. Dunne

United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Attn: Kenneth C. Meeker

Dated: New York, New York
       November 17, 2005

                                                            /s/ Jocelyn Keynes
                                                            Jocelyn Keynes

SL1 589244v1/100726.00001

4