

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 17, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

₱

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for an Order (a) Authorizing the Debtors to Sell Miami Reclamation Center and Related Assets Free and Clear of Liens, Claims, and Interest and Exempt from Documentary or Similar Tax, and (B) Granting Related Relief Filed by Debtor (3904)

*Approved*
*Order/Signed*
*Busey*

APPEARANCES:
US TRUSTEE:    ELENA ESCAMILLA  ₱
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
               MATTHEW S. BARR

RULING: