

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**November 17, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief filed by Debtor (2707)**

PURCHASER:            (1) Valrico Partners, LP Store 716 (Doc. 3376)

*Cont'd to Dec. 1, 2005 @ 1:00 pm.*
*AOCN Fed*

APPEARANCES:
US TRUSTEE:  ELENA ESCAMILLA  p
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
                MATTHEW S. BARR

*Valrico: Eddie Held p*

RULING: