

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 17, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**    **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order (I) Authorizing and Approving Post-Petition Premium Finance Agreement Between Debtors and AFCO Premium Credit LLC and (II) Granting Related Relief Filed by Debtor (3961)

Objection to Debtor's Motion Filed by Official Committee of Equity Security Holders (4127)

*Granted - ord/signed*

**APPEARANCES:**
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
EQUITY SECURITY HOLDERS:       KAROL DENNISTON/DAVID S. JENNIS

RULING: