Case 3:05-bk-03817-JAF   Doc 4200   Filed 11/17/05   Page 1 of 1



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 17, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order Approving Settlement Agreement and Release of Claims with Debtors' Property Insurers Filed by Debtor (3959)

Objection to Debtor's Motion filed by Official Committee of Equity Security Holders (4128)

*Approved - ord/signed*

**APPEARANCES:**
US TRUSTEE:                      ELENA ESCAMILLA
UNSEC. CRED:                     JOHN B. MACDONALD/PATRICK PATANGAN
                                 MATTHEW S. BARR
EQUITY SECURITY HOLDERS:         KAROL DENNISTON/DAVID S. JENNIS

RULING: