UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER APPROVING SETTLEMENT AGREEMENT AND
RELEASE OF CLAIMS WITH DEBTORS' PROPERTY INSURERS**

These cases came before the Court for hearing on November 17, 2005, upon the motion of Winn-Dixie Stores, Inc. ("WDSI") and its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order authorizing and approving a Settlement Agreement and Release,[1] by WDSI on behalf of itself and its affiliated companies in favor of Zurich American Insurance Company; ACE American Insurance Company; and Underwriters at Lloyds London, FR White Syndicate Number No. 0190 and Wellington Syndicate No. 2020 c/o Marsh Limited (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, and after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief and that granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Settlement Agreement and Release are approved.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

3. The Debtors are authorized to take any and all actions that may be required to implement the settlement described in the Settlement Agreement and Release.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated November 17, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

533972-New York Server 5A - MSW