

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 17, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Objection by Landlord, School Street Crossing, L.P. to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (2151)

*Cont'd to Dec. 15, 2005 @ 1:00 p.m.*

*AOCN FN*

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
SCHOOL STREET CROSSING LP:     JON KANE

RULING: