# EXHIBIT B
# TO ADMINISTRATIVE EXPENSE CLAIM
# OF JNB COMPANY OF VIRGINIA, LLC

*Postpetition Arrearages:*

| | | | |
|---|---|---|---|
| 2005 CAM (Mar-July) | 5 | $ 4,756.70 | $ 23,783.50 |
| 2005 Insurance (Mar-July) | 5 | $ 876.72 | $ 4,383.60 |
| 2005 R/E Taxes (Mar-July) | 5 | $ 3,453.71 | $ 17,268.55 |
| **TOTAL POSTPETITION ARREARAGES:** | | | $ 45,435.65 |
| *Less Amounts Paid* | 5 | $ (3,957.72) | $ (19,788.60) |
| **NET POSTPETITION CLAIM AMOUNT AFTER CREDITS:** | | | $ 25,647.05 |