## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA,
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | NO. 3-05-bk-3817 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |
| | ) | |

## MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT LEASE

NOW INTO COURT, though undersigned counsel, comes By-Pass Partnership, a Louisiana general partnership ("By-Pass"), who, pursuant to 11 U.S.C. §365(d)(4) and Fed. Bankr. P. 6006(b) & 9014, respectfully moves this Court for an Order to compel the debtor, Winn Dixie Stores, Inc, et al. (collectively the "Debtor") to assume or reject on or before December 19, 2005 that certain lease between the Debtor and By-Pass, of property located at 2210-2240 Veterans Memorial Drive, Abbeville, Louisiana and entered into on June 8, 1993, all for the reasons set forth in the accompanying memorandum submitted in support of this motion.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:  /s/ Timothy P. Shusta
Timothy P. Shusta (Fl. Bar No. 442305)
shustat@phelps.com
100 South Ashley Drive, Suite 1900
Tampa, FL  33602-5311
Telephone:  (813) 472-7550
Facsimile:  (813) 472-7570

– and –

-1-

TA.114787.1

_/s/ Brent B. Barriere_____
Brent B. Barriere (Bar No. 02818)
barrierb@phelps.com
Susie Morgan (Bar No. 9715)
morgans@phelps.com
Katherine M. Determan (Bar No.25381)
dtermak@phelps.com
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR
BY-PASS PARTNERSHIP**

## CERTIFICATE OF SERVICE

I certify that I have on this 17th day of November, 2005, served a copy of

the foregoing Motion to Compel Debtor to Assume or Reject Lease by electronic mail

and United States Mail, properly addressed, postage pre-paid, and/or by telecopy, to:

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
(904) 359-7700

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000

_/s/ Timothy P. Shusta_____

-2-

TA.114787.1