**EXHIBIT "C"**

RECORD & RETURN TO

OFFICIAL RECORDS
BOOK        PAGE
3722        1426
SEMINOLE CO. FL

THIS INSTRUMENT PREPARED BY
AND RECORD AND RETURN TO:

Douglas G. Stanford, Esq.
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
50 North Laura Street, Suite 2800
Jacksonville, Florida 32202

## MEMORANDUM OF LEASE

THIS MEMORANDUM OF LEASE is hereby executed this 26th day of August, 1999, by and between:

ORLANDO 99-FL, LLC, a Delaware limited liability company ("Landlord"), whose mailing address is c/o Principal Net Lease Investors, L.L.C., 711 High Street, Des Moines, Iowa 50392-0301 Attention: Gary Lines;

and

WINN-DIXIE STORES, INC., a Florida corporation ("Tenant"), whose mailing address is 5050 Edgewood Court, Jacksonville, Florida 32254 Attention: Chief Financial Officer;

which terms "Landlord" and "Tenant" shall include, wherever the context permits or requires, singular or plural, and the heirs, legal representatives, successors and assigns of the respective parties;

### WITNESSETH:

WHEREAS, Landlord and Tenant did enter into a Lease Agreement dated as of even date herewith (the "Lease"); and

WHEREAS, Landlord and Tenant desire to memorialize the terms and conditions of the Lease as a matter of public record.

NOW, THEREFORE, FOR VALUABLE CONSIDERATION, the receipt and sufficiency of which are hereby acknowledged, Landlord does hereby demise and lease unto Tenant, and Tenant does hereby lease from Landlord, the property more particularly described on attached Exhibit A and as depicted on the Site Plan attached as an exhibit to the Lease, together with all Improvements now or hereafter located thereon (collectively the "Premises").

Store #2294,
Orlando, Seminole County, Florida

OFFICIAL RECORDS
BOOK         PAGE
3751        0326

OFFICIAL RECORDS
BOOK         PAGE
3722        1427

SEMINOLE CO. FL            SEMINOLE CO. FL

The Term of the Lease shall commence on the Commencement Date as defined in the Lease and shall terminate, unless sooner terminated or extended as provided in the Lease, on August 31, 2019. Annual rent, payable in quarterly installments on the 1st day of each December, March, June and September during the term thereof, and provisions regulating the use and purposes to which the Premises shall be limited, are set forth in detail in the Lease and Landlord and Tenant agree to abide by the terms of the Lease. Tenant, at its option, shall be entitled to the privilege of 6 successive extensions of the term of the Lease, each extension to be for a period of 5 years each. Tenant has a right of first refusal to purchase the Premises under the Lease.

The Lease contains the following provision:

Liens. TENANT SHALL NOT, DIRECTLY OR INDIRECTLY, CREATE OR PERMIT TO BE CREATED OR TO REMAIN, AND SHALL PROMPTLY DISCHARGE, ANY LIEN (OTHER THAN THE MORTGAGE, THE ASSIGNMENT, ANY PERMITTED ENCUMBRANCE, OR ANY LIEN CREATED BY OR RESULTING FROM ANY ACTION BY LANDLORD NOT CONSENTED TO BY TENANT IN ADVANCE AND IN WRITING), WHETHER CREATED OR ARISING BEFORE, ON OR AFTER THE COMMENCEMENT DATE, ON THE LEASED PREMISES OR ANY RENT, ADDITIONAL MONETARY OBLIGATIONS OR ANY OTHER SUMS PAYABLE BY TENANT UNDER THIS LEASE. NOTICE IS HEREBY GIVEN THAT LANDLORD SHALL NOT BE LIABLE FOR ANY LABOR, SERVICES OR MATERIAL FURNISHED OR TO BE FURNISHED TO TENANT, OR TO ANYONE HOLDING THE LEASED PREMISES THROUGH OR UNDER TENANT, AND THAT NO MECHANICS' OR OTHER LIENS FOR ANY SUCH LABOR, SERVICES OR MATERIALS SHALL ATTACH TO OR AFFECT THE INTEREST OF LANDLORD IN THE LEASED PREMISES.

All the terms, conditions, provisions and covenants of the Lease are incorporated herein by this reference for all purposes as though written out at length herein, and both the Lease and this Memorandum of Lease shall be deemed to constitute a single instrument or document. This Memorandum of Lease is not intended to amend, modify, supplement, or supersede any of the provisions of the Lease and, to the extent there may be any conflict or inconsistency between the Lease or this Memorandum of Lease, the Lease shall control.

JK 128627 1 80130 02051
7/31/98 4 20 PM

2

Store #2294,
Orlando, Seminole County, Florida

OFFICIAL RECORDS
BOOK          PAGE
3751          0327

OFFICIAL RECORDS
BOOK          PAGE
3722          1428

SEMINOLE CO. FL                    SEMINOLE CO. FL

**IN WITNESS WHEREOF**, Landlord and Tenant have executed this Memorandum of Lease as of the date first above written.

Witnesses:                **LANDLORD:**

                      **ORLANDO 99-FL, LLC**, a Delaware limited liability company

                      By:  Principal Net Lease Investors, L.L.C., a Delaware limited liability company, its sole member

                      By:  Principal Life Insurance Company, an Iowa corporation, its sole member

Name: _____

Name: _____

                      By: _____
                      Name: __CLARE TAUKE__
                      Title: __COUNSEL__

Name: _____

                      By: _Karen A Pearston_
                      Name: __KAREN A. PEARSTON__
                      Title: __COUNSEL__

Name: _____

                      [CORPORATE SEAL]

STATE OF __Iowa__ )
COUNTY OF __Polk__ )

The foregoing instrument was acknowledged before me this ____ day of August, 1999, by __Clare Tauke__ and __Karen A Pearston__, the __Counsel__ and __Counsel__, respectively, of Principal Life Insurance Company, an Iowa corporation, on behalf of the corporation, as the sole member of Principal Net Lease Investors, L.L.C., a Delaware limited liability company, the sole member of ORLANDO 99-FL, LLC, a Delaware limited liability company. Each of them either [x] is personally known to me or [ ] has produced a _____ state drivers license as identification.

[NOTARIAL SEAL]

NOTARY PUBLIC, State of __Iowa__
Printed Name: __Helen L Boles__
Commission No.: _____
My commission expires: _____

HELEN L. BOLES
MY COMMISSION EXPIRES
April 7, 2002

Store #2294,
Orlando, Seminole County, Florida

3

OFFICIAL RECORDS
BOOK 3751 PAGE 0328
SEMINOLE CO. FL

OFFICIAL RECORDS
BOOK 3722 PAGE 1429
SEMINOLE CO. FL

**TENANT:**

**WINN-DIXIE STORES, INC.,**
a Florida corporation

Name: R. D. Peterson

Name: Mary Kim Vega

By: R. P. McCook
Name: R. P. McCook
Title: Vice President

[CORPORATE SEAL]

STATE OF FLORIDA )
COUNTY OF DUVAL )

The foregoing instrument was acknowledged before me this 5th day of August, 1999, by R.D. McCook, the Vice president of WINN-DIXIE STORES, INC., a Florida corporation, on behalf of the corporation. He either [X] is personally known to me or [ ] has produced _____ state drivers license as identification.

NOTARY PUBLIC, State of FL
Printed Name: _____
Commission No.: _____
My commission expires: _____

[NOTARIAL SEAL]

Mary Kay Vega
MY COMMISSION # CC677749 EXPIRES
September 20, 2000

4

Store #2294,
Orlando, Seminole County, Florida

JX 136627 1 80139 03051
7/31/99 4:20 PM

*This is not a certified copy*

OFFICIAL RECORDS
BOOK        PAGE
3751        0329
SEMINOLE CO. FL

OFFICIAL RECORDS
BOOK        PAGE
3722        1430
SEMINOLE CO. FL

**EXHIBIT A**

**ORLANDO, FLORIDA**

THAT PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 LYING SOUTH AND EAST OF STATE ROAD NO. 426 (ALOMA AVENUE) AND NORTH AND EAST OF DEAN ROAD, SECTION 31, TOWNSHIP 21 SOUTH, RANGE 31 EAST, SEMINOLE COUNTY, FLORIDA.

TOGETHER WITH: THAT PART OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 LYING NORTH OF OAK HOLLOW LANE, AS RECORDED IN OFFICIAL RECORD BOOK 2279, PAGE 35 OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA AND LYING EAST OF DEAN ROAD, SECTION 31, TOWNSHIP 21 SOUTH, RANGE 31 EAST, SEMINOLE COUNTY, FLORIDA. SAID LANDS BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 31, TOWNSHIP 21 SOUTH, RANGE 31 EAST, SEMINOLE COUNTY, FLORIDA: THENCE RUN NORTH 89° 44' 24" WEST ALONG THE SOUTH LINE OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, A DISTANCE OF 685.87 FEET TO THE SOUTHEAST CORNER OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 31; THENCE DEPARTING THE SOUTH LINE OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 31, RUN NORTH 00° 07' 31" EAST ALONG THE EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, A DISTANCE OF 19.81 FEET TO THE POINT OF BEGINNING; SAID POINT LYING ON THE NORTHERLY RIGHT OF WAY OF OAK HOLLOW LANE; THENCE CONTINUE NORTH 00° 07' 31" EAST ALONG SAID EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, A DISTANCE OF 1212.20 FEET TO A POINT ON THE EASTERLY RIGHT OF WAY OF STATE ROAD NO. 426 (ALOMA AVENUE PER O.R. BOOK 3617 PAGE 1918); THENCE DEPARTING SAID EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 RUN ALONG SAID EASTERLY RIGHT OF WAY OF ALOMA AVENUE SOUTH 29° 29' 01" WEST, A DISTANCE OF 286.81 FEET; THENCE DEPARTING SAID EASTERLY RIGHT OF WAY RUN SOUTH 60° 30' 59" EAST, A DISTANCE OF 149.29 FEET; THENCE RUN SOUTH 00° 07' 31" WEST, A DISTANCE OF 52.53 FEET; THENCE RUN SOUTH 29° 29' 01" WEST, A DISTANCE OF 144.21 FEET; THENCE RUN NORTH 60° 30' 59" WEST, A DISTANCE OF 175.05 FEET TO THE AFOREMENTIONED EASTERLY RIGHT OF WAY OF ALOMA AVENUE; THENCE RUN ALONG SAID EASTERLY RIGHT OF WAY THE FOLLOWING COURSES; SOUTH 29° 29' 01" WEST A DISTANCE OF 298.44 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE NORTHWESTERLY HAVING THE FOLLOWING ELEMENTS: A CENTRAL ANGLE OF 12° 56' 10", A RADIUS OF 1206.28 FEET, A CHORD LENGTH OF 271.77 FEET AND A CHORD BEARING OF SOUTH 35° 57' 06" WEST; THENCE FROM A TANGENT BEARING OF SOUTH 29° 29' 01" WEST RUN SOUTHWESTERLY ALONG THE ARC OF SAID CURVE 272.35 FEET TO THE END OF SAID CURVE; SAID POINT ALSO BEING THE BEGINNING OF A NON-TANGENT CURVE CONCAVE EASTERLY HAVING THE FOLLOWING ELEMENTS: A CENTRAL ANGLE OF 48° 40' 19", A RADIUS OF 217.44 FEET; A CHORD LENGTH OF 179.21 FEET AND A CHORD BEARING OF SOUTH 06° 51' 28" EAST; THENCE FROM A TANGENT BEARING OF NORTH 42° 25' 11" EAST RUN SOUTHEASTERLY ALONG THE ARC OF SAID CURVE 184.71 FEET TO THE END OF SAID NON-TANGENT CURVE; SAID POINT LYING ON THE NORTHEASTERLY RIGHT OF WAY OF DEAN ROAD; THENCE DEPARTING SAID CURVE RUN ALONG SAID NORTHEASTERLY RIGHT OF WAY THE FOLLOWING COURSES: SOUTH 54° 08' 20" EAST, A DISTANCE OF 333.71 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE SOUTHWESTERLY HAVING THE

OFFICIAL RECORDS
BOOK  PAGE
3751  0330
SEMINOLE CO. FL

OFFICIAL RECORDS
BOOK  PAGE
3722  1431
SEMINOLE CO. FL

FOLLOWING ELEMENTS: A RADIUS OF 869.02 FEET, A CENTRAL ANGLE OF 02° 08' 31", A CHORD LENGTH OF 32.49 FEET AND A CHORD BEARING OF SOUTH 53° 04' 05" EAST; THENCE RUN SOUTHEASTERLY ALONG THE ARC OF SAID CURVE 32.49 FEET TO THE POINT OF REVERSE CURVATURE OF A CURVE CONCAVE NORTHERLY HAVING THE FOLLOWING ELEMENTS: A RADIUS OF 25.00 FEET, A CENTRAL ANGLE OF 80° 07' 09", A CHORD LENGTH OF 32.18 FEET AND A CHORD BEARING OF NORTH 87° 56' 37" EAST; THENCE DEPARTING SAID NORTHEASTERLY RIGHT OF WAY OF DEAN ROAD FROM A TANGENT BEARING OF SOUTH 51° 59' 49" EAST, RUN EASTERLY ALONG THE ARC OF SAID CURVE 34.96 FEET TO A POINT OF REVERSE CURVATURE OF A CURVE CONCAVE SOUTHEASTERLY HAVING THE FOLLOWING ELEMENTS: A RADIUS OF 285.00 FEET, A CENTRAL ANGLE OF 41° 29' 10", A CHORD LENGTH OF 201.88 FEET AND A CHORD BEARING OF NORTH 68° 37' 37" EAST, SAID POINT ALSO LYING ON THE NORTHERLY RIGHT OF WAY OF OAK HOLLOW LANE; THENCE RUN NORTHEASTERLY ALONG THE ARC OF SAID CURVE AND NORTHERLY RIGHT OF WAY LINE A DISTANCE OF 206.36 FEET TO THE POINT OF BEGINNING.

LESS:

THAT PART OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 LYING SOUTH AND EAST OF STATE ROAD NO. 426 (ALOMA AVENUE) AND NORTH AND EAST OF DEAN ROAD, SECTION 31, TOWNSHIP 21 SOUTH, RANGE 31 EAST, SEMINOLE COUNTY, FLORIDA; BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 31, TOWNSHIP 21 SOUTH, RANGE 31 EAST, SEMINOLE COUNTY, FLORIDA; THENCE RUN NORTH 89° 44' 24" WEST ALONG THE SOUTH LINE OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, A DISTANCE OF 685.87 FEET TO THE SOUTHEAST CORNER OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 31; THENCE DEPARTING THE SOUTH LINE OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 31, RUN NORTH 00° 07' 31" EAST ALONG THE EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, A DISTANCE OF 19.81 FEET; SAID POINT LYING ON THE NORTHERLY RIGHT OF WAY OF OAK HOLLOW LANE; THENCE CONTINUE NORTH 00°07'31" EAST ALONG SAID EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, A DISTANCE OF 332.79 FEET; THENCE DEPARTING SAID EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 RUN NORTH 89°52'29" WEST A DISTANCE OF 347.50 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 89°52'29" WEST, A DISTANCE OF 64.00 FEET; THENCE RUN SOUTH 00°07'31" WEST, A DISTANCE OF 137.00 FEET; THENCE RUN SOUTH 89°52'29" EAST, A DISTANCE OF 44.00 FEET; THENCE RUN SOUTH 00°07'31" WEST, A DISTANCE OF 28.67 FEET; THENCE RUN SOUTH 89°52'29" EAST A DISTANCE OF 20.00 FEET; THENCE RUN NORTH 00°07'31" EAST, A DISTANCE OF 165.67 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH EASEMENTS CONTAINED IN DECLARATION OF RECIPROCAL EASEMENTS AND RESTRICTIVE COVENANTS RECORDED DECEMBER 18, 1997, RECORDED IN OFFICIAL RECORDS BOOK 3342, PAGE 1598, IN THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

Store #2294, Orlando, FL