**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about November 15, 2005, I caused copies of:

- the **Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity Claims and (B) Duplicate Liability Note Claims**

to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A (Equity Claimants) and Exhibit B (Duplicate Liability Note Claimants) . A copy of the served notices as listed above is attached hereto as Exhibits C and D.

Dated: November 18, 2005

Kathleen M. Logan

Code: 1A & 1B

# EXHIBIT A
# SERVICE LIST
# (EQUITY CLAIMANTS)

**SERVICE LIST**

**EQUITY CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 3530-05
ADDIS, JUDITH B
601 TIMBERLAKE RD
ANDERSON SC 29625-1134

CREDITOR ID: 406072-15
ARNOVITZ, WILFORD
940 DONNER WAY, APT 390
SALT LAKE UT 84108

CREDITOR ID: 410832-15
ATHA, ARNOLD & NETTIE
13623 WRIGHT ROAD
FAYETTEVILLE AR 72704-8503

CREDITOR ID: 88832-09
BAKER, BRUCE
2900 CONESTOGA AVE
LOUISVILLE KY 40210

CREDITOR ID: 407495-93
BAKER, JEAN B
1802 CLINIC DRIVE
IVYDALE WV 25113

CREDITOR ID: 410836-15
BARBARA GREENBERG TRUST
U/A DTD 4/7/95
ATTN BARBARA GREENBERG, TRUSTEE
695 LOMBARDY LANE
DEERFIELD IL 60015

CREDITOR ID: 302553-39
BARDYSZ, MARY & HELEN JTTEN
PO BOX 23
FLUSHING NY 11372

CREDITOR ID: 398255-78
BARKER, LINDA
104 MALIBU STREET
EDEN, NC 27288

CREDITOR ID: 89984-09
BARNES, BENJAMIN
905 RICHARD STREET
GRETNA LA 70053

CREDITOR ID: 408197-15
BATEMAN, LUCILLE
7215 CONWAY CIRCLE
ORLANDO FL 32809

CREDITOR ID: 402411-89
BAXTER, BRUCE
4457 FERN CREEK DR
JACKSONVILLE FL 32277

CREDITOR ID: 259626-12
BELLIS, RICK B
710 BOSTON STREET
TARPOIN SPRINGS FL 34689-0410

CREDITOR ID: 410476-15
BENDER, DARRELL WAYNE
1436 NW 6TH STREET, APT 9
FORT LAUDERDALE FL 33311

CREDITOR ID: 410463-15
BIDWELL, DAVID & BETTY
180 KYES LANE
WEWA FL 32465-7748

CREDITOR ID: 406039-15
BOLICK, JAMES & VIVIAN
1835 COWAN DRIVE
TITUSVILLE FL 32796

CREDITOR ID: 405945-15
BOXMAN, JUDITH
59 KWOLLWOOD DRIVE
MAYS LANDING NJ 08330

CREDITOR ID: 405947-15
BOXMAN, RONALD
59 KNOLLWOOD DRIVE
MAYS LANDING NJ 08330

CREDITOR ID: 411281-15
BROCKHOFF, STEVEN J
15722 LAKEDALE DRIVE
HOUSTON TX 77095

CREDITOR ID: 406007-15
BULMAN, DOROTHY B & DONALD R
3526 42ND STREET
MERIDIAN MS 39305-3118

CREDITOR ID: 411260-15
CAMPBELL, RAYMOND C
PO BOX 96
EASTOVER SC 29044

CREDITOR ID: 14186-05
CARBALLO, JOSE
C/O MARIA CARBALLO
4385 W 14TH AVE, APT 203
HIALEAH FL 33012

CREDITOR ID: 410878-15
CARBONE, ESTATE OF ANGELINA
C/O JOANNA GENCIE, EXECUTRIX
31-80 51ST STREET, APT 2-D
WOODSIDE NY 11377

CREDITOR ID: 105072-09
CARRIER, RONALD R
PO BOX 2127
GREENWOOD SC 29646

CREDITOR ID: 406187-15
CASEY, JANE N
7011 SHERWOOD DR
KNOXVILLE TN 37919

CREDITOR ID: 406317-15
CASEY, MICHAEL E
C/O WACHOVIA SECURITIES, LLC
8351 E WALKER SPRINGS LANE, SUITE 4
KNOXVILLE TN 37923

CREDITOR ID: 406064-15
CASKEY, LARRY M
1719 LAMBTON AVENUE
WAKE FOREST NC 27587

CREDITOR ID: 410432-15
CASTEEL, KAREN A
2082 SR 61
MARENGO OH 43334

**SERVICE LIST**

**EQUITY CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 406172-15
COFFRATH, JACQUELINE, CUSTODIAN
BRANDES GLBL
2505 WINSFORD LANE
CARMICHAEL CA 95608-5185

CREDITOR ID: 406098-15
COLLINS, BOBBY JOE
222 EAST PARKINS MILL RD
GREENVILLE SC 29607

CREDITOR ID: 410505-15
CORBIN, JARED L
C/O DONNA L POWELL, CUSTODIAN
PO BOX 1463
VIDALIA GA 30475

CREDITOR ID: 407546-15
CRAGG-LESTER, NADINE
C/O COMPACT MEMBRANE SYS
325 WATER STREET
WILMINGTON DE 19804

CREDITOR ID: 411125-15
CRANE, ESTATE OF DORIS M
C/O JOHN HOLLOWAY, ESQ
700 ELEVENTH STREET SOUTH, STE 202
NAPLES FL 34102

CREDITOR ID: 19382-05
CUTHBERTSON, MARTY A
7017 SUMMER PLACE
CHARLOTTE NC 28213

CREDITOR ID: 406119-15
DEAN, RICHARD R
18100 VARIETY LANE
CHARLOTTE NC 28278

CREDITOR ID: 296556-39
DEEREY, JOHN P JR
1806 SCHNELL DR
ARABI LA 70032

CREDITOR ID: 287619-39
DEL GROSSO, DOMINIC & MARY JT TEN
635 COLONIAL DRIVE
VERO BEACH FL 32962

CREDITOR ID: 21349-05
DESHOMMES, GUERSON
640 CAROLINA AVENUE
FORT LAUDERDALE FL 33312

CREDITOR ID: 405954-15
DISCIPIO, FRANCIS J
1200 HARGER, APT 500
OAK BROOK IL 60523

CREDITOR ID: 406036-15
DORFMAN, ALVIN M
1511 MANOR DRIVE NE
PALM BAY FL 32905

CREDITOR ID: 406102-15
DUNN, JAMES T
3400 NORTH OCEAN DRIVE APT 907
WEST PALM BEACH FL 33404

CREDITOR ID: 407701-15
EUGENE, RUTH
537 SW 2ND PL, APT 1
POMPANO FL 33060

CREDITOR ID: 125000-09
EUGENE, RUTH
5303 EAGLE CAY WAY
COCONUT CREEK FL 33073

CREDITOR ID: 410470-15
FARKAS, PAUL
7079 SPINNAKER BLVD
ENGLEWOOD FL 34224

CREDITOR ID: 407720-15
FAUST, MARY ELLEN
12330 LA ROCK
AMITE LA 70422

CREDITOR ID: 406095-15
FISHELSON, ROBERT S & CHERYN L TTEE
FISHELSON REV TRUST U/A DTD 11-3-88
W4541 GOLF COURSE DRIVE
FOND DU LAC WI 54935-9590

CREDITOR ID: 407572-15
FORLINI, TERESA
45-15 41 STREET
SUNNYSIDE NY 11104

CREDITOR ID: 128910-09
FOSTER, JULIA N
309 LASSITER LANE
ATMORE AL 36502

CREDITOR ID: 129139-09
FOWLER, PEGGY G
7521 MORTON RD
CENTURY FL 32535

CREDITOR ID: 27353-05
FRITZ, HAROLD W
975 PRITCHARD ISLAND ROAD
INVERNESS FL 34450

CREDITOR ID: 290596-39
GADDIE, FREDDIE A & LOUISE M JT TEN
9300 PONDER LANE
LOUISVILLE KY 40272

CREDITOR ID: 407746-15
GARNER, STEVE R
PO BOX 844
RISON AR 71665

CREDITOR ID: 132773-09
GENRY, HELEN F
807 15 AVE SW
ALABASTER AL 35007

CREDITOR ID: 132954-09
GERBENSKEY, JAMES L
7311 BALLARD TERRACE
PORT CHARLOTTE FL 33981

CREDITOR ID: 411112-15
GLASER, VICTOR M
9 HOLMES COURT
PARADISE ROAD
STOCKWELL
LONDON SW4 6QJ
ENGLAND

**SERVICE LIST**

**EQUITY CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 134418-09
GODWIN, ROBERT E
200 ELDRIDGE ST
DUNN NC 28334

CREDITOR ID: 410724-15
GONSOULIN, PATRICK
19384 BROOKSWOOD WAY
BEND OR 97702

CREDITOR ID: 405951-15
GRAND MAISON LTD PENSION PLAN
C/O MARTIN GROOTHUIS
11234 LAURIE DR
STUDIO CITY CA 91604-3877

CREDITOR ID: 30348-05
GRANESE, EDITH D
16178 SW 11 ST
PEMBROKE PINES FL 33027

CREDITOR ID: 406051-15
GRANT, ROBERT L
5458 GOLF POINTE DRIVE
SARASOTA FL 34243

CREDITOR ID: 138138-09
GRUBE, LINDA K
5520 BOOTH RD
OXFORD OH 45056

CREDITOR ID: 407883-15
GUSTAFSON, JOHN C, MD
811 SADDLE LANE
OJAI CA 93023

CREDITOR ID: 411065-15
HALL, ANITA
5543 WINTON ROAD
FAIRFIELD OH 45014

CREDITOR ID: 406065-15
HAUGEN, SUSAN H
411 LA FORET DRIVE
MORGANTON NC 28655

CREDITOR ID: 34653-05
HERNANDEZ, ADOLFO
14661 PALMETTO PALMAVE
MIAMI LAKES FL 33014

CREDITOR ID: 408181-15
HILBRAND, CARL & DIXIANA L
3524 E 128TH STREET
GRANT MI 49327

CREDITOR ID: 146653-09
HOBBS, THOMAS M
306 ALOHA DRIVE
GRAHAM NC 27253

CREDITOR ID: 411099-15
HOWARD, KELSEY NICOLE (MINOR)
C/O PATRICIA HOWARD
142 GOLDFINCH DRIVE
OWENSBORO KY 42301

CREDITOR ID: 406069-15
HUFF, SALLY A
650 NORTH 9TH STREET
CARLISLE IA 50047

CREDITOR ID: 411280-15
HULL, EDWARD C
1310 STATE HIGHWAY 121
MT ZION IL 62549

CREDITOR ID: 411294-15
JACQUES, OSCAR A
C/O MRS OSCAR A JACQUES
2029 N ROMAN STREET
NEW ORLEANS LA 70116

CREDITOR ID: 152802-09
JEANSONNE, JULIETTE
2826 CLARK STREET, APT B
SLIDELL LA 70458

CREDITOR ID: 410936-15
JOHNSON, BARBARA W
12300 PARK BLVD, UNIT 101
SEMINOLE FL 33772

CREDITOR ID: 410935-15
JOHNSON, WARREN F
12300 PARK BLVD, UNIT #101
SEMINOLE FL 33772

CREDITOR ID: 406171-15
JONES, GLEN HARVEY
40 GRANT ST
FROSTBURG MD 21532

CREDITOR ID: 404035-15
JONES, JAMES R
1032 BLUE LAKE DR
FORT WORTH TX 76103

CREDITOR ID: 390243-54
JONES, ROOSEVELT
8974 DEVONSHIRE BLVD
JACKSONVILLE FL 32208

CREDITOR ID: 157678-09
KALKSTEIN, J HERBERT
4445 NE 3 COURT
OCALA FL 34479

CREDITOR ID: 407413-15
KATZ, DAVID J & MARDI S
132 INVERNESS LANDE
SCHERERVILLE IN 46375

CREDITOR ID: 410466-15
KETTRON, W MICHAEL
429 MAIN STREET
CICERO IN 46034

CREDITOR ID: 41735-05
KHAN, FARZANA
552 GREEN MEADOW COURT
MAITLAND FL 32751

CREDITOR ID: 41738-05
KHAN, MOHAMMAD S
552 GREEN MEADOW COURT
MAITLAND FL 32751

**SERVICE LIST**
**EQUITY CLAIMANTS**
**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 41742-05
KHAN, RIZWAN
552 GREEN MEADOW COURT
MAITLAND FL 32751

CREDITOR ID: 406292-15
KNOWLES, VANDA
7525 NW 61 TERRACE #301
PARKLAND FL 33067

CREDITOR ID: 160793-09
KOHLS, BARBARA
3318 GAMBLE AVE
CINCINNATI OH 45211

CREDITOR ID: 160794-09
KOHLS, MARK R
3318 GAMBLE AVE
CINCINNATI OH 45211

CREDITOR ID: 411279-15
KRISHNASWAMY, ASHOK
1713 BYWOODS LANE
PO BOX 145
STEVENSON MD 21153

CREDITOR ID: 406158-15
LEASE, SHIRLEY
1485 FRONT STREET, APT 114
EAST MEADOW NY 11554

CREDITOR ID: 406294-15
LEE, CALYN JOSEPH
UNIF TRANS MIN ACT FL
C/O LYNDEN S WORDELL, CUSTODIAN
4911 SW BIMINI CIRCLE NORTH
PALM CITY FL 34990

CREDITOR ID: 408204-15
LEVIE, MAURICE F
PARK TOWERS WEST 303
7121 PARK HEIGHTS AVENUE
BALTIMORE MD 21215-1648

CREDITOR ID: 410898-15
LOCKLEAR, WELTON
1122 CANAL ROAD
PEMBROKE PINES NC 28372

CREDITOR ID: 167011-09
LOPEZ, JOSE R
PO BOX 555
MOUNT DORA FL 32756

CREDITOR ID: 407809-15
LUCEY, TERESA A & PATRICIA A
232 SOUTH LAGRANGE ROAD
LAGRANGE IL 60525-2458

CREDITOR ID: 248407-12
LUCKETT, DOROTHY A
4608 KATY DRIVE
NEW SMYRNA BEACH FL 32169

CREDITOR ID: 405891-15
MARICONDA, ANNE
78 MEADOW LANE
BAYPORT NY 11705

CREDITOR ID: 405892-15
MARICONDA, DAVID
78 MEADOW LANE
BAYPORT NY 11705

CREDITOR ID: 302617-39
MARY TALBOT TRUST
C/O MARY D TALBOT, TTEE
3530 DAMIEN AVENUE, APT 245
LA VERNE CA 91750

CREDITOR ID: 171608-09
MASON, VERONICA L
PO BOX 1072
NATALBANY LA 70451-1072

CREDITOR ID: 411097-15
MATHIS, DON & BARBARA
387 SUNCREST ORCHARD RD
N WILKESBORO NC 28659

CREDITOR ID: 408242-15
MATTHEWS, JOHANNA
10241 MAVERICK ST
NEW PORT RICHEY FL 34654

CREDITOR ID: 406291-15
MATTHEWS, LINDA S
3239 FENCE LINE ROAD
FRANKSVILLE WI 53126

CREDITOR ID: 300575-39
MCEADY, LISA
2110 HOUSTON AVE
VALDOSTA GA 31602

CREDITOR ID: 407549-15
MCMILLAN, WESLEY C & JANICE
620 GOLDPOINT TRACE
WOODSTOCK GA 30189

CREDITOR ID: 408184-15
MELTON, JOHN H & NELL
4 PELHAM STREET
SELMA AL 36701-5810

CREDITOR ID: 411032-15
MILLS, JOHN H & GERTRUDE, CO-TTEES
JOHN H MILLS REV LIV TR
UA DTD 2/25/98
7084 SEAMIST DR
PORT CHARLOTTE FL 33981

CREDITOR ID: 406101-15
MINTZ, GENE D
PO BOX 555
GROVER BEACH CA 93483

CREDITOR ID: 411035-15
MITCHELL, DEBBIE A
6940 MARBEV DRIVE
CINCINNATI OH 45239

CREDITOR ID: 180463-09
MOORE, SHARON L
129 LAKESIDE DRIVE
QUINCY MI 49082

CREDITOR ID: 410509-15
MURPHY, ANNA LEE LYND
14 BRANDYWINE DRIVE
CINCINNATI OH 45246

**SERVICE LIST**

**EQUITY CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 410431-15
NEWMAN, MARGARET ADELLE
610 COLLEGE AVENUE
JACKSON AL 36545

CREDITOR ID: 410865-15
NORMA E DENTON TRUST
U/A DTD 12/8/04
ATTN NORMA E DENTON, TRUSTEE
2163 E 350 NORTH ROAD
PANA IL 62557

CREDITOR ID: 406185-15
OLIFF, JAY R
4110 OLD TRACE ROAD
PALO ALTO CA 94306-3727

CREDITOR ID: 407529-15
OWENS, BETTY S
594 JAMES ST
LILBURN GA 30047

CREDITOR ID: 406165-15
PATTERSON, MILDRED S
1334 SUNBURY DRIVE
FORT MYERS FL 33901

CREDITOR ID: 407526-15
PETERSON, DALE
4729 HACKAMORE DRIVE S
COLORADO SPRINGS CO 80918-2658

CREDITOR ID: 411257-15
PETERSON, G RUSSELL
80 LA CITA COURT
VERO BEACH FL 32963-4291

CREDITOR ID: 410725-15
PHILLIPS, DOLORES A
1615 WILDWOOD ROAD
CLEARWATER FL 33756

CREDITOR ID: 59099-05
PIGNATARO, NANCY M
910 SAGO PALM WAY
APOLLO BEACH FL 33572

CREDITOR ID: 411107-15
PLAISTED, JOAN M
1310 33RD STREET NW
WASHINGTON DC 20007-2818

CREDITOR ID: 410835-15
PLUMMER, LAURENE R
4001 STEINMETZ DRIVE
INDIANAPOLIS MD 46254

CREDITOR ID: 406057-15
POWELL, EDDIE G
PO BOX 5544
TALLAHASSEE FL 32314

CREDITOR ID: 407799-15
POWELL, JEROME W
1461 NW 173 TERR
MIAMI FL 33169

CREDITOR ID: 407414-15
RAMBO, SHARON
3103 BELLE AVENUE
DENISON TX 75020

CREDITOR ID: 410532-15
RAWL, W DEAN
515 WALTER RAWL ROAD
LEXINGTON SC 29072-9655

CREDITOR ID: 410531-15
RAWL, WAYNE P
568 WALTER RAWL ROAD
GILBERT SC 29054-9672

CREDITOR ID: 407450-15
REINKING, CYNDY
182 S STARLIGHT DRIVE
ANAHEIM CA 92807

CREDITOR ID: 407422-15
REYNOLDS, DORIS RAWL
621 WALTER RAWL RD
LEXINGTON SC 29072

CREDITOR ID: 406100-15
RICE, MATTHEW W
705 E GRAND AVE
ARROYO GRANDE CA 93420

CREDITOR ID: 408359-15
ROELOFS, MARILYN S & ROGER G TTEE
MARILYN S ROELOFS REV TRUST
U/A DTD 12/5/2001
7099 MISTY MORNING DRIVE SE
CALEDONIA MI 49316-9046

CREDITOR ID: 202932-09
ROLLINS, ALLEN C
31427 PRESWICK DR
SORRENTO FL 32776

CREDITOR ID: 407588-15
ROSENBERG, SUSAN
1250 PARKWOOD CIRCLE, APT 306
ATLANTA GA 30339

CREDITOR ID: 408345-15
ROTH, SANDRA A
5386 LANDON CIRCLE
BOYNTON BEACH FL 33437

CREDITOR ID: 287699-39
RUPPRECHT LIVING TRUST DTD 12-15-99
C/O D C & J RUPPRECHT, TRUSTEES
1410 S FERNANDEZ AVENUE
ARLINGTON HEIGHTS IL 60005

CREDITOR ID: 410465-15
SACRED HEART CHURCH
ATTN FATHER W MICHAEL KETTRON
429 MAIN STREET
CICERO IN 46034

CREDITOR ID: 411238-15
SAKER, JAKE E & MARIE D
PO BOX 4348
ROANOKE VA 24015

CREDITOR ID: 410861-15
SANFORD, CHARLES M & DENISE P
1463 HANNAHS MILL ROAD
THOMASTON GA 30286

**SERVICE LIST**

**EQUITY CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 407636-15
SAULS, PEGGY ANN
600 RUTHERS ROAD
RICHMOND VA 23235

CREDITOR ID: 206984-09
SCATES, PHILLIP O
502 SUNSET DR
BESSEMER CITY NC 28016

CREDITOR ID: 281851-39
SCHAUBHUT, BERTRAND J
PO BOX 312
DES ALLEMANDS LA 70030

CREDITOR ID: 406103-15
SCHWIND, JOSEPH A
102 EMORYWOOD DRIVE
MORGANTON NC 28655

CREDITOR ID: 411071-15
SCOTT, MARI V
3009 NE 11TH STREET
MINERAL WELLS TX 76067

CREDITOR ID: 407602-15
SHEETS, HAROLD & PATRICIA
180 SHEETS LANE
DURANGO CO 81303

CREDITOR ID: 210265-09
SHOUP, SAMUEL G
1708 JUNIPER TREE DR
EDGEWATER FL 32132

CREDITOR ID: 411114-15
SMITH, CLAUDIE LEE
1702 PICCADILLY DRIVE
WINTERVILLE NC 28590

CREDITOR ID: 407712-15
SMITH, JOE E
1220 LONGVIEW
PISMO BEACH CA 93449

CREDITOR ID: 411106-15
SMITH, KRISTIN L
10600 4TH STREET N, APT 204
SAINT PETERSBURG FL 33716

CREDITOR ID: 406070-15
ST ALBAN COMMANDERY #8 KT
ATTN GEORGE L SMYTH, TREASURER
69 INVERNESS ST
PORTLAND ME 04103

CREDITOR ID: 386321-54
STILES, JOHNNY
3349 SANDY DRIVE
ZEPHYRILLS FL 33541

CREDITOR ID: 386321-54
STILES, JOHNNY
C/O STILES TAYLOR & GRACE, PA
ATTN MARY ANN STILES, ESQ.
PO BOX 460
TAMPA FL 33601

CREDITOR ID: 411170-15
STOKES, MARTHA ANNE
3791 GARNER ROAD
TIMMONSVILLE SC 29161

CREDITOR ID: 411168-15
STOKES, WILLIAM J
1205 MANORWAY DRIVE
FLORENCE SC 29501

CREDITOR ID: 410799-15
STOKES, WILLIAM J
3791 GARNER ROAD
TIMMONSVILLE SC 29161

CREDITOR ID: 407643-15
STRASBURGER, RAYMOND T & TERESA L
7809 BANKERS DRIVE
FAYETTEVILLE NC 28311-7413

CREDITOR ID: 407561-15
STRUDWICK, LINDA
21 FITZJAMES AVENUE
LONDON W14 0RP
UNITED KINGDOM

CREDITOR ID: 294493-39
TAGIUAM, JANET
18 DAIRY FARM DRIVE
BROOKFIELD CT 06804

CREDITOR ID: 408409-15
THURSTON, HERBERT A
250 S SYKES CREEK PKWY, APT 205
MERRITT ISLAND FL 32952

CREDITOR ID: 407446-15
TIPPING, HARRY A
2598 A BINGTON RD
FAIRLAWN OH 44333

CREDITOR ID: 407446-15
TIPPING, HARRY A
C/O TIPPING CO, LPA
ATTN HARRY A TIPPING, ESQ
SANCTUARY PROFESSIONAL BLDG STE 207
525 N CLEVELAND-MASSILLON RD
AKRON OH 44333

CREDITOR ID: 408418-15
TORVELA, ARTHUR E
430 SOUTH C STREET
LAKE WORTH FL 33460

CREDITOR ID: 225856-09
VALENTAVICIENE, AUDRA P
401 PINE STREET
SIGNAL MOUNTAIN TN 37377-0253

CREDITOR ID: 407560-15
VALENTINE, JIMMY M & CAROLYN S
19317 VALENTINE
KEMP TX 75143

CREDITOR ID: 407442-15
VARIS, ANNE G & TATE, HARRY TTEES
FBO JOHN D VARIS REV T DTD 03/17/94
105106 CR 250
DURANGO CO 81301

CREDITOR ID: 227112-09
VERMILLION, BRENDA A
5385 BROKEN PINE CIRCLE
ORLANDO FL 32818

**SERVICE LIST**

**EQUITY CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 405905-15
VOWELL, J LARRY
13314 BUCKLAND HALL RD
TOWN & COUNTRY MO 63131-1214

CREDITOR ID: 410601-15
WADFORD, HOWARD S
613 CATHERINE FOSTER LANE
JACKSONVILLE FL 32259

CREDITOR ID: 411150-15
WAGNER, DANIEL A
114 KEITH DRIVE
GREENVILLE SC 29607

CREDITOR ID: 410896-15
WARD, JOHN T
200 EDGEWOOD COURT
MONROEVILLE AL 36460

CREDITOR ID: 410471-15
WATERS, HILDA GRACE
16 BEECH ROAD
HAZLEHURST GA 31539

CREDITOR ID: 410546-15
WATTENBERG, LILLIAN
16165 W MULBERRY DRIVE
GOODYEAR AZ 85338

CREDITOR ID: 230589-09
WAUGAMAN, CHARLES D
PO BOX 55384
LEXINGTON KY 40555

CREDITOR ID: 302193-39
WENTZELL, MARLENE
10 STEWART RD
PILESGROVE NJ 08098

CREDITOR ID: 411256-15
WIGGINS, MARY LOU
520 32ND COURT NW
VERO BEACH FL 32968

CREDITOR ID: 407559-15
WILIAMS, JOHN M, SR
3187 FORREST ROAD
HOGANSVILLE GA 30230

CREDITOR ID: 411091-15
WILLARD, ELIZABETH P
505 SOUTH 116 STREET
TACOMA WA 98444-5315

CREDITOR ID: 281395-39
WILLIAMSON, BARBARA FRANCES
343 E WINE ST
MULLINS SC 29574

CREDITOR ID: 407441-15
WINTERSGILL, ROBERT & CYNTHIA JT T
1909 PEPPERELL DRIVE
NEW PORT RICHEY FL 34655

CREDITOR ID: 406097-15
WORATZECK, JEROME C
23832 SO STONEY PATH DRIVE
SUN LAKES AZ 85248

CREDITOR ID: 411047-15
WYATT, DORIS
1221 CROOKED CREEK RD
WATKINSVILLE GA 30677

CREDITOR ID: 411297-15
YOUNG, STEVEN D
12217 TIMBER RUN CT
MONROVIA MD 21770

**Total: 178**

# EXHIBIT B
# SERVICE LIST
# (DUPLICATE LIABILITY NOTE CLAIMANTS)

**SERVICE LIST**

**DUPLICATIVE LIABILITY NOTE CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 406038-15
AMES, WALTER D
6718 WEMBERLY WAY
MC LEAN VA 22101

CREDITOR ID: 406091-15
AMISANO, FRANK P
331 EAST 3RD STREET
DEERPARK NY 11729

CREDITOR ID: 411196-15
ANAGNOSTOPOULOS, THOMAS & ANGIE
39-26 BELL BLVD
BAYSIDE NY 11361

CREDITOR ID: 411060-15
BIEDRONSKI, PHILIP J
443 GUSRYAN STREET
BALTIMORE MD 21224

CREDITOR ID: 406316-15
BROWN, LEWIS P
11633 HOLLY ANN DRIVE
NEW PORT RICHEY FL 34654

CREDITOR ID: 411235-15
CALLAHAN, DIANE
9114 FLAGSTICK ROAD
HUDSON FL 34667

CREDITOR ID: 411203-15
COLEMAN, DANIEL M & CAROL L JT TEN
600 PINE HOLLOW ROAD, APT 19-8B
EAST NORWICH NY 11732-1037

CREDITOR ID: 407523-15
CONFESSORE, GRACE
7310 NW 18TH STREET, BLDG 38
MARGATE FL 33063-6858

CREDITOR ID: 407803-15
COOPER, VIRGINIA C TTEE
7807 GOVERNOR PRINTZ BLVD, APT 403
CLAYMONT DE 19703-2613

CREDITOR ID: 410749-15
CORINNE L DODERO TRUST FOR THE ARTS & SCIENCES
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
127 PUBLIC SQUARE, 4900 KEY TOWER
CLEVELAND OH 44114 1304

CREDITOR ID: 406010-15
COULES, LINDA L
3461 BAY RIDGE WAY
PORT CHARLOTTE FL 33953

CREDITOR ID: 411204-15
COWAN, WILLIAM F & MARGARET T
159-11 16TH AVENUE
WHITESTONE NY 11357-3221

CREDITOR ID: 411046-15
CREW, STEPHEN M
2067 INGELSIDE CT
CROFTON MD 21114

CREDITOR ID: 411197-15
DELUCIE, ELEANORE
9000 SHORE ROAD, APT 14R EAST
BROOKLYN NY 11209-5449

CREDITOR ID: 408216-15
DROBNOV, STANISLAV & PONOMAEVA, OXANA JT TEN
LA CUMBRE DEL SOL, 138E
03726 BENITACHELL
ALICANTE
SPAIN

CREDITOR ID: 411199-15
EN-FORM CORP
ATTN KIMBERLY JOINER
1490 CHEROKEE TRAIL
WHITE PLAINS GA 30678

CREDITOR ID: 407416-15
FAGAN, MICHAEL
9 MANISTEE LANE
EAST ISLIP NY 11730

CREDITOR ID: 408192-15
FOX, HERBERT S
315 E 72ND STREET, APT 17C
NEW YORK NY 10021

CREDITOR ID: 410751-15
FRANKINO & FRANKINO CHARITABLE FDN
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114-1304

CREDITOR ID: 410750-15
FRANKINO INVESTMENTS LLC
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114 1304

CREDITOR ID: 405974-15
FRIDAY, JAMES C
129 GLENEAGLES DRIVE
NICEVILLE FL 32578

CREDITOR ID: 407690-15
GAST, JOYCE C
10435 OWENSMOUTH
CHATSWORKTH CA 91311-2147

CREDITOR ID: 405978-15
GILLESPIE, WILLARD J, TOMPKINS, WANDA J & PAOLETTI, SHIRLEY A
1120 N V STREET
PENSACOLA FL 32505

CREDITOR ID: 406112-15
GOLDSTEIN FAMILY REVOCABLE TRUST
ATTN LAWRENCE GOLDSTEIN
5299 GARNEBY LANE
NORCROSS GA 30092

CREDITOR ID: 407804-15
GUTHRIE, JOHN
275 PAGE HOLLOW ROAD
WARREN PA 16365-4327

CREDITOR ID: 410899-15
HANLON, JOSEPHINE
162 CLAIRBORNE AVENUE
SATELLITE BEACH FL 32937

CREDITOR ID: 411208-15
HAWKINS, H MICHAEL
19238 RACINE COURT
GAITHERSBURG MD 20886-3900

**SERVICE LIST**

**DUPLICATIVE LIABILITY NOTE CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 411273-15
HEADY, CHARLES WILLIAM II
1642 J AVENUE
PERRY IA 50220

CREDITOR ID: 407635-15
HENRY, WILLIAM J
15111 W 143RD TERR
OLATHE KS 66062

CREDITOR ID: 411400-15
HICKAM, JERRY A
2 HICKAM LANE
MURPHYSBORO IL 62966

CREDITOR ID: 406120-15
HIGGINS, JOHN R & ELIZABETH
2051 W 110TH PLACE
CHICAGO IL 60643

CREDITOR ID: 407418-15
IHNS, JUERGEN RICHARD
8898 SCENIC HILLS DR
PENSACOLA FL 32514

CREDITOR ID: 407600-15
J PARK INVESTMENT CLUB
C/O R KATHY TYRONE, AS AGENT
1-A WEST STREET
MADISON NJ 07940

CREDITOR ID: 406114-15
JOHN H DIXON REVOCABLE TRUST
DTD 12/17/1991
ATTN JOHN H DIXON, TRUSTEE
2701 ST MARY'S ST
RALEIGH NC 27609-7640

CREDITOR ID: 411207-15
JOINER, KIMBERLY & WALTER S
1490 CHEROKEE TRAIL
WHITE PLAINS GA 30678-2880

CREDITOR ID: 411211-15
KALMAN, STEPHEN J
21 JEFFERSON AVENUE
NEW BRUNSWICK NJ 08901-1709

CREDITOR ID: 410890-15
KANYO, BARBARA R
3789 MUIR ROAD
ALMONT MI 48003

CREDITOR ID: 406183-15
KENDALL, RICHARD
PO BOX 63
GULF BREEZE FL 32562

CREDITOR ID: 406092-15
KHANI, FRED-SANDI
4390 CASPER CT
HOLLYWOOD FL 3302

CREDITOR ID: 403525-15
KILKENNY, STEVEN JAMES
1340 SHORE DRIVE
ANCHORAGE AK 99515-3203

CREDITOR ID: 410904-15
KINOVER, ESTHER
45 NORMANDY VILLAGE, APT 1
NANUET NY 10954

CREDITOR ID: 406012-15
KROESCHELL, WILLIAM O
272 MOORING LINE DRIVE
NAPLES FL 34102

CREDITOR ID: 411064-15
LEVINS, JANET C
4145 AMBLESTON WAY
SOUTHPORT NC 28461

CREDITOR ID: 411110-15
MAILHOT, FRANK AND SHARON
PMB 649
1706 FRONT STREET
LYNDEN WA 98264

CREDITOR ID: 411218-15
MANZO LIVING TRUST
C/O MICHAEL & JOANNA MANZO, TTEES
21-26 42ND STREET
ASTORIA NY 11105-1404

CREDITOR ID: 411214-15
MCGUIRE, RICHARD & TERI V
17 REDWOOD DRIVE
DIX HILLS NY 11746-7727

CREDITOR ID: 411213-15
MCGUIRE, TERRY
17 REDWOOD DRIVE
DIX HILLS NY 11746

CREDITOR ID: 411061-15
MILLER, LEE A JR
1210 BERN DRIVE
HAVRE DE GRACE MD 21078

CREDITOR ID: 396264-60
MOORE, FRANCIS W
1936 MORNINGSIDE ST
JACKSONVILLE, FL 32205

CREDITOR ID: 410864-15
O'DEA, WILLIAM
10820 LARAMIE STREET
OAK LAWN IL 60453-5108

CREDITOR ID: 411212-15
PADICH, RAYMOND
1 MORNING GLORY DRIVE
LAKE GROVE NY 11755-1845

CREDITOR ID: 411156-15
PAULINE M CONLEY, TTEE
PAULINE M CONLEY REV TRST 7/25/91
9224 SW 109TH LANE
OCALA FL 34481-9783

CREDITOR ID: 407722-15
PENZEL, MARY ANN
7034 N KOSTNER
LINCOLNWOOD IL 60712

CREDITOR ID: 407630-15
PIERCE, DONALD E
6 CAMERON LANE
SANTA FE NM 87505

**SERVICE LIST**

**DUPLICATIVE LIABILITY NOTE CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 410903-15
PINKNEY, SARA & DONNA
110-27 173RD STREET
JAMAICA NY 11433

CREDITOR ID: 410451-15
R2 INVESTMENTS, LDC
C/O MAYER BROWN ROWE & MAW LLP
ATTN N ZILKLA/M MULCARE, ESQS
1675 BROADWAY
NEW YORK NY 10019

CREDITOR ID: 410451-15
R2 INVESTMENTS, LDC
C/O AMALGAMATED GADGET, LP
ATTN GENERAL COUNSEL
301 COMMERCE STREET, SUITE 3200
FORT WORTH TX 76102

CREDITOR ID: 406090-15
RERISI, VICTOR & GAIL
PO BOX 112
BAYVILLE NY 11709

CREDITOR ID: 411033-15
ROSENBLOOM SURVIVORS TRUST
C/O HERMAN ROSENBLOOM, TRUSTEE
17326 WESTBURY DRIVE
GRANADA HILLS CA 91344

CREDITOR ID: 411215-15
ROTHSTEIN, GLADYS
2854 NICOLE COURT
OCEANSIDE NY 11572

CREDITOR ID: 411205-15
SANDERS, STEVEN P
165 HIGH POND DRIVE
JERICHO NY 11753-2806

CREDITOR ID: 410906-15
SAUERLAND, PAUL & MARY
73 SIXTH STREET
HICKSVILLE NY 11801

CREDITOR ID: 411216-15
SCANLON, DONALD T & ELOISE M
26 JILL DRIVE
COMMACK NY 11725

CREDITOR ID: 411209-15
SCHIFF, JOAN
PO BOX 480656
DELRAY BEACH FL 33448-0656

CREDITOR ID: 406106-15
SCHWARTZ-ICHTHYS TRUST, UAD 6/21/03
C/O RANDY & JACKIE SCHWARTZ, TTEES
16071 QUARTZ STREET
WESTMINSTER CA 92683

CREDITOR ID: 407676-15
SEXTON, WAYNE
PO BOX 396
AVOCA MI 48006

CREDITOR ID: 411052-15
SHEARER, JOEL D
16122 KENT ROAD
LAUREL MD 20707

CREDITOR ID: 407438-15
SIEGENDORF, DONALD DDS
AG EDWARDS & CONS C/F
ROLLOVER IRA ACCOUNT
3370 NE 190 ST #3415
AVENTURA FL 33180-2466

CREDITOR ID: 411206-15
SYLVIA HARVEY TRUST
C/O SYLVIA HARVEY & MICHAEL BALSAMO
18 CARLSON LANE
E NORTHPORT NY 11731-2505

CREDITOR ID: 408365-15
TEMPLE, FRANKLIN E
76 BREEZY HILL RD
ST JOHNSBURY VT 05819

CREDITOR ID: 405995-15
THOMAS, KAREN & ALLEN
900 WILLOW STREET
CARTERVILLE IL 62918

CREDITOR ID: 407544-15
THREADGILL
ATTN E J THREADGILL, TRUSTEE
7777 N WICKHAM RD, NO 12-614
MELBOURNE FL 32940

CREDITOR ID: 407585-15
TUCKERMAN & NIESEN J & B
3712 N WOODROW STREET
ARLINGTON VA 22207

CREDITOR ID: 411210-15
TUSA, PROVIDENCE, PETER &
DEMOTT, MARIA L
37 LIMERICK LANE
PHILIPSBURG NJ 08865

CREDITOR ID: 407580-15
TWAY, ROBERT R
IRA FCC AS CUSTODIAN
PO BOX 1119
MCALLEN TX 78505-1119

CREDITOR ID: 407601-15
TYRONE, R KATHY
1 WEST STREET, APT A
MADISON NJ 07940

CREDITOR ID: 411224-15
URBANO, R M & ENZUKEWICH, E
NARCISSUS BUILDING
91 TULIP AVENUE, UNIT N2A
FLORAL PARK NY 11001-1962

CREDITOR ID: 411217-15
VARIO, ELAINE
79 OAKFIELD AVENUE
DIX HILLS NY 11746

CREDITOR ID: 411200-15
WACHSTOCK, JACOB
185 GREAT NECK ROAD
GREAT NECK NY 11021-3312

CREDITOR ID: 406181-15
WARD, JOHN W
PO BOX 577
GULF BREEZE FL 32962

CREDITOR ID: 411062-15
WARK, RICHARD G
PO BOX 1067
LIMA OH 45802

**SERVICE LIST**

**DUPLICATIVE LIABILITY NOTE CLAIMANTS**

**Notice of Debtors' First Omnibus Objection Pursuant to 11 U.S.C. 502 and Fed.R.Bankr.P. 3007 and 9014 to Certain (A) Equity claims and (B) Duplicative Liability Note Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.** **CASE: 05-03817-3F1**

CREDITOR ID: 411201-15
WEIDENHAEFER, VERA
103 BLAIR ROAD
OPTER BAY NY 11717

CREDITOR ID: 407772-15
WEINSTEIN, GERALD, JUDGE
8802 VENTNOR AVENUE
MARGATE CITY NJ 08402-2544

CREDITOR ID: 411202-15
WEINUM, MARY H
12 SOUNDVIEW GARDENS, APT B
PORT WASHINGTON NY 11050

CREDITOR ID: 411404-15
WENTZ, HARLAN & KAREN
1800 WARDS LANDING CT
ORANGE PARK FL 32003

CREDITOR ID: 406035-15
WHITE, ROY B
1274 WAGGLE WAY
NAPLES FL 34108

CREDITOR ID: 405953-15
WITHROW, SANDRA A
142 CYPRESS LANE
LAKE HAVASU CITY AZ 86403

CREDITOR ID: 410838-15
WOODLEY, FRANK
3661 DARIEN STREET
SHREVEPORT LA 71109

CREDITOR ID: 410837-15
WOODLEY, MINNIE
3661 DARIEN STREET
SHREVEPORT LA 71109

**Total: 89**

# EXHIBIT C
# Notice to Equity Claimants

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A) EQUITY CLAIMS AND (B) DUPLICATE LIABILITY NOTE CLAIMS**

Claimant's Name and Address:

| CLAIM(S) TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Debtor:** | **Reason For Proposed Disallowance:** |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on November 15, 2005 their First Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Equity Claims and (B) Duplicate Liability Note Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"). The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that the proof of claim was filed on account of ownership of an equity interest in or possession of shares of the Debtors' common stock, and it is unnecessary for stockholders to file proofs of claim or proofs of interest solely to evidence their stock ownership. The Debtors will rely on the records of their stock transfer agent for such information. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan.**

2. If you do NOT oppose the disallowance and expungement of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

3. If you DO oppose the disallowance and expungement of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 5, 2005** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

5. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

6. A hearing will be held on **December 15, 2005** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

7. If the Bankruptcy Court does not disallow and expunge your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

8. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

9. If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: November 15, 2005

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By *<u>/s/ D.J. Baker</u>*
D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By *<u>/s/ James H. Post</u>*
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

**EXHIBIT D**
**Notice to Duplicate Liability Note Claimants**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |

**NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A ) EQUITY CLAIMS AND (B) DUPLICATE LIABILITY NOTE CLAIMS**

Claimant's Name and Address:

| CLAIM(S) TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Remaining Claim No.** | **Duplicate Claim to be Disallowed:**<br>**Amount of Claim to be Disallowed:**<br>**Debtor:**<br>**Reason for Disallowance:** |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on November 15, 2005 their First Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Equity Claims and (B) Duplicate Liability Note Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"). The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that your claim duplicates the liability in the master proof of claim (listed as the remaining claim above) filed by Wilmington Trust Company, as Successor Indenture Trustee, on behalf of the noteholders under the 8-7/8% Senior Notes due 2008. The master proof of claim filed by the Indenture Trustee is not affected by the Objection. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan.**

2. If you do NOT oppose the disallowance and expungement of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

3. If you DO oppose the disallowance and expungement of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 5, 2005** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

5. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

6. A hearing will be held on **December 15, 2005** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

7. If the Bankruptcy Court does not disallow and expunge your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

8. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

9. If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: November 15, 2005

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By *_/s/ D.J. Baker_*
D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By *_/s/ James H. Post_*
Stephen D. Busey
James H. Post
Cynthia C. Jackson
Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com