UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about November 16, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: November 18, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 249943-12<br>FORKLIFT TIRE OF FLORIDA<br>PO BOX 6985<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 416960-97<br>FORKLIFT TIRE OF FLORIDA<br>ATTN: S. O. KINES, JR, PRES<br>4831 PHYLLIS STREET<br>JACKSONVILLE FL 32254 |
| CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 380962-47<br>TEXTILE FINANCIAL SERVICES INC<br>ATTN: AILEEN S REARDON, PRES<br>15 PORTLAND ROAD<br>WEST CONSHOCOCKEN, PA 19428 | |

Total: 5

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1
                                                          Docket No.: 4137

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| FORKLIFT TIRE OF FLORIDA | CONTRARIAN FUNDS, LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| FORKLIFT TIRE OF FLORIDA<br>PO BOX 6985<br>JACKSONVILLE, FL 32236 | CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone:<br>Account No.: 249943 | Phone:<br>Account No.: 416956 |
| FORKLIFT TIRE OF FLORIDA<br>ATTN: S. O. KINES, JR, PRES<br>4831 PHYLLIS STREET<br>JACKSONVILLE FL 32254 | |
| Phone:<br>Account No.: 416960 | |
| Claim No.: 32672 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $22,417.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2005                            /s/ Logan & Company, Inc.
                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 16, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.     Case No.: 05-03817-3F1

Docket No.: 4106

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TEXTILE FINANCIAL SERVICES INC | HAIN CAPITAL OPPORTUNITIES LLC |
| Name of Transferor | Name of Transferee |
| TEXTILE FINANCIAL SERVICES INC<br>ATTN: AILEEN S REARDON, PRES<br>15 PORTLAND ROAD<br>WEST CONSHOCOCKEN, PA 19428 | HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| Phone: | Phone: 201 896 6100 |
| Account No.: 380962 | Account No.: 411409 |

Claim No.: 35690     Full Transfer: (X)     Partial Transfer:

Date Claim Filed: 04/07/2005     Transfer Amount: $64,263.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/16/2005     /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 16, 2005.