IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | CASE NO. 05-03817-JAF |
| ) | CHAPTER 11 |
| Debtor. ) | JOINTLY ADMINISTERED |
| ) | |

**WITHDRAWAL OF LIMITED OBJECTION TO DEBTORS' NOTICES OF REJECTION OF UNEXPIRED LEASES AND DEBTORS' NOTICE TO ABANDON FURNITURE, FIXTURES AND EQUIPMENT**

Russell Crossing Partners, Ltd., lessor of the premises identified by the Debtors as Store Number 404, located in Phenix City, Alabama; Pascagoula Properties, Ltd., lessor of the premises identified by the Debtors as Store Number 573, located in Pascagoula, Alabama; and 59 West Partners, Ltd., lessor of the premises identified by the Debtors as Store Number 594, located in Bessemer, Alabama (together referred to as the "Lessors"), hereby withdraw their Objection (Docket Number 3544) to the Debtors' Notices of Rejection of Unexpired Leases and to Debtors' Notice to Abandon Furniture, Fixtures and Equipment (the "Notice") (Docket Number 3303), and in support state:

1. Lessors incorporate herein by reference their Objection as if fully set forth.

2. Lessors hereby withdraw their Objection, providing however, that in doing so Lessors reserve all of their claims herein against Debtors, and all of their claims against any other parties, including, but not limited to all claims Lessors may have arising from the manner in which Debtors (and their agents and employs) conducted the liquidation and abandonment of the furniture, fixtures, equipment and related assets in stores the Debtors have closed or are closing, including, but not limited to all such stores that Debtors may have defined or referred to as "Targeted Stores" (as so defined in the Notice).

WHEREFORE, Lessors hereby respectfully withdraw their Objection (Docket Number 3544) on the terms set forth above, and request the Court to allow such other and further relief as may be just and proper in the premises.

Dated this 18th day of November 2005.

           Respectfully submitted,

           **HARWELL HOWARD HYNE**
           **GABBERT & MANNER, P.C.**

By: s/ David P. Cañas
   David P. Cañas
   315 Deaderick Street, Suite 1800
   Nashville, TN  37238-1800
   Telephone: (615) 256-0500
   Facsimile: (615) 251-1058
   Email: dpc@h3gm.com

   *Attorneys for 59 West Partners,*
   *LTD/Bessemer, Russell Crossing Partners,*
   *LTD, and Pascagoula Properties, LTD*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on November 18, 2005.

| | |
|---|---|
| Adam Ravin | Cynthia C. Jackson |
| D. J. Baker | Smith, Hulsey & Busey |
| Skadden Arps Slate Meagher & Flom, LLP | 1800 Wachovia Tower |
| Four Times Square | 225 Water Street |
| New York, NY 10036 | Jacksonville, FL 32202 |
| | |
| United States Trustee – JAX | |
| 135 W. Central Blvd., Suite 620 | |
| Orlando, FL 32801 | |

           s/ David P. Cañas
           David P. Cañas

358793-1