32 Ann Lee Lane
Tamarac, FL 33319



REC'E D
JACKSONVILLE, FLORIDA

NOV 10 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

November 7, 2005

The Honorable Jerry A. Funk
U.S. Bankruptcy Court, M.D. Florida
U.S. Courthouse
311 W. Monroe Street
Jacksonville, FL 32201
(904) 232-3862

Your Honor,

My name is Michelle Silvera and I am writing in reference to Claim #5726.

This Questionnaire for Litigation Claimants was due on November 1. However, because of the recent Hurricane Wilma which shut down South Florida for more than a week (and still ongoing), it was impossible to meet the required date, as all mailing facilities were closed. After many attempts to get the package mailed (which was completed and ready to go on October 24th – the date of the hurricane), I was finally able to get it sent overnight on November 1st (the due date) for arrival on November 2nd.

Based on the unfortunate circumstance, I am hereby requesting an extension on the due date for the Questionnaire for Litigation Claimants.

If necessary, I can be reached at 954-401-3313(C), or 954-840-0234 (w) if needed.

Thank you for your time and attention to this matter.

Sincerely,


Michelle Silvera