UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., )    Case No. 05-03817-3F1
                                            Chapter 11
                    Debtors. )    Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of Agreed Order of Resolution of the Litigation Claim of Jodrika Burke (Claim No. 10371) (Docket No. 4096) was furnished by mail on November 10, 2005 to Ms. Jodricka Burke, 17961 NW 22nd Ct., Miami, Florida 33056.

Dated: November 21, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                            By      *s/  James H. Post*
     D. J. Baker                                        Stephen D. Busey
     Sally McDonald Henry                               James H. Post (FBN 175460)
     Rosalie Gray                                       Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida 32202
(212) 735-3000                                 (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                            cjackson@smithhulsey.com

Co-Counsel for Debtors                         Co-Counsel for Debtors