UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )
                                                   )
WINN-DIXIE STORES, INC., et al.,                   )    Case No. 05-03817-3F1
                                                        Chapter 11
        Debtors.                                   )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Agreed Order of Resolution of the Litigation Claim of Brittany Hamby (Claim No. 9220) (Docket No. 4034) was furnished by mail on November 4, 2005 to Andrew C. Bar, Esq., Fulton and Bar, P.A., Post Office Box 17947, Greenville, South Carolina 29606.

Dated: November 21, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>       D. J. Baker <br>       Sally McDonald Henry <br>       Rosalie Gray | By   *s/ James H. Post*  <br>       Stephen D. Busey <br>       James H. Post (FBN 175460) <br>       Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |