UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                            Chapter 11
                    Debtors.                    )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of Agreed Order of Resolution of the Litigation Claim of

Benjamin Wilson (Claim No. 7590) (Docket No. 4033) was furnished by mail on

November 4, 2005 to Mr. Benjamin Wilson, Post Office Box 1623, Pensacola, Florida

32507.


Dated:  November 21, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                        By         *s/ James H. Post*
      D. J. Baker                                        Stephen D. Busey
      Sally McDonald Henry                              James H. Post (FBN 175460)
      Rosalie Gray                                      Cynthia C. Jackson

Four Times Square                             225 Water Street, Suite 1800
New York, New York 10036                      Jacksonville, Florida  32202
(212) 735-3000                                (904) 359-7700
(917) 777-2150 (facsimile)                    (904) 359-7708 (facsimile)
djbaker@skadden.com                           cjackson@smithhulsey.com


Co-Counsel for Debtors                        Co-Counsel for Debtors