UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                 )    Chapter 11
           Debtors.                         )    Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joseph Whittingham (Claim No. 4656) (Docket No. 4107) was furnished by mail on November 10, 2005 to Neibra Washington Collins, Esq., 528 East Park Avenue, Tallahassee, Florida 32301.

Dated: November 21, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*   <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Gray | By   *s/ James H. Post*   <br>     Stephen D. Busey <br>     James H. Post (FBN 175460) <br>     Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |