UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )        Case No. 05-03817-3F1
                                                      Chapter 11
            Debtors.                         )        Jointly Administered
_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Robert Hammerling (Claim No. 9832) (Docket No. 4109) was furnished by mail on November 10, 2005 to Mr. Robert Hammerling, 22300 Calibre Ct., PH 1408, Boca Raton, Florida 33433.

Dated:  November 21, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_____              By    ____s/ James H. Post_____
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post (FBN 175460)
      Rosalie Gray                            Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors