UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                            )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                              Chapter 11
                       Debtors.                        )          Jointly Administered

_____

**CERTIFICATE OF SERVICE**

     I certify that a copy of the Agreed Order of Resolution of the Litigation Claim

of Lucien Buggs (Claim No. 761) (Docket No. 4179) was furnished by mail on

November 16, 2005 to Franklin T. Walden, Esq., 1936 Lee Rd., Suite 100, Winter

Park, Florida 32789.


Dated:  November 21, 2005

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By  ___s/ D. J. Baker_____          By  _____s/ James H. Post_____
    D. J. Baker                                   Stephen D. Busey
    Sally McDonald Henry                 James H. Post (FBN 175460)
    Rosalie Gray                                  Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036            Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors