[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
　　　　　　　　　　　　　　　　　　　　Case No. 3:05-bk-03817-JAF
　　　　　　　　　　　　　　　　　　　　Chapter 11

Winn-Dixie Stores, Inc

　　　　Debtor(s)　　　　/

## ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On November 18, 2005, Madison Liquidity Investors, LLC filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated November 21, 2005

　　　　　　　　　　　　　　　　　　　Jerry A. Funk
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Copies furnished to:
Mary Rhodes, Madison Liquity Investors, LLC, 6310 Lamar Ave., Ste 120, Overland Park, KS 66202
Perdue Farms, Inc., P.O. Box 360831, Pittsburgh, PA 15251-6831