[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE FOR LITIGATION CLAIMANTS

This case came on for consideration upon the Court's own motion. On November 10, 2005, Michelle Silvera filed Motion for Extension of time to file Questionnaire for Litigation Claimants without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion for Extension of Time to file Questionnaire for Litigation Claimants is stricken from the record.

Dated November 21, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Michelle Silvera, 32 Ann Lee Lane, Tamarac, FL 33319