# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re                                        )
                                             )
WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                             )        Chapter 11
             Debtors.                  )        Jointly Administered

**CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING (I) REJECTION OF LEASES AND SUBLEASES AND (II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

I certify that I caused to be served the Debtors' Motion for Order Authorizing (I) Rejection of Leases and Subleases and (II) Abandonment of Related Personal Property [Docket No. 4143] and corresponding Notice of Hearing [Docket No. 4144], by having true and correct copies sent via (a) first-class mail, postage pre-paid and/or e-mail service on November 11, 2005 to the parties listed in Exhibit A and (b) first-class mail, postage pre-paid and e-mail service on November 14, 2005 to the party listed in Exhibit B.

Dated: November 21, 2005

                              SMITH HULSEY & BUSEY

                              By      *s/ Cynthia C. Jackson*
                                      Stephen D. Busey
                                      James H. Post
                                      Cynthia C. Jackson (FBN 498882)
                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)

                                      -and-

                              SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP
                              D. J. Baker
                              Sally McDonald Henry
                              Rosalie Walker Gray
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000
                              (212) 735-2000 (facsimile)

                              Attorneys for the Debtors

**EXHIBIT A**

James & Carolyn Sell
449 Fairridge Road
Johnson City, TN 37604

Hogan Development Co.
420 West Liberty Street
Louisville, KY 40202

LPI Calhoun, Inc.
3000 Corporate Center Dr
Suite 300
Morrow, GA 30260

Teacher's Retirement System of the State of Kentucky
c/o Mortgage Co. of Kentucky, Inc.
642 South Fourth Street
Louisville, KY 40202

HPC Wade Green LLC
c/o Steven Shellenberger
3838 Oak Lawn
Suite 810
Dallas, TX 75219

NMB Partners LP
c/o Etling L Chapman III
P.O. Box 2384
Murrells Inlet, SC 29576

Zimmer Development Co. of S.C, L.P
c/o Herbert Zimmer
111 Princess Street
Wilmington, N.C. 28401

Acron USA Fonds Winn Dixie, L.P.
c/o Acron Kapital, Dallas Branch
1516 South Boston Avenue, Suite 215
Tulsa, OK 74119

Don & Wendy Bradford
 236 Lakeridge Drive
Jonesborough, TN 37859

Buehler of Kentucky LLC
c/o Associated Wholesale Grocers, Inc.
5000 Kansas Avenue
P.O. Box 2397
Kansas City, Kansas 66110-2932

Justin Dodge-Chrysler Jeep LLC
1114 S. Wall Street
Calhoun, GA 30701

J&J Supermarkets - KY, LLC
Jan T. Harbort
916A Lafayette Road
Rossville, GA 30741

Consolidated Stores Corporation
300 Phillipi Road, Dept. 10051
Columbus, OH 43228

Jeffrey & Elizabeth Hayslett
6593 Breezewood Blvd.
Myrtle Beach, SC 29588

Factory Home Décor, Inc.
c/o Custom Tree Inc.
P.O. Box 863
Jefferson, GA 30549

Savemore Superstores, Inc.
5033 Dick Pond Road
Myrtle Beach, SC 29588

Indian Trail Square LLC
1020 Industry Road, Suite 40
Lexington, KY 40505

Cingular
110 Peachtree Street, Suite 7H05
Atlanta GA 30309

Buehler of Kentucky, LLC
Attn: Kris Buehler Massat
P.O. Box 82
110 West 12th Avenue
Jasper, Indiana 47547-0082

The Grossman Companies, Inc.
1266 Furnace Brook Pkwy.
Quincy MA 02269-0110

Colonial Bank, frmly Dalton/Whitfield Bank & Trust
P.O. Box 1929
Dalton GA

Marlene Reich
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
mreich@sommerbarnard.com

Baumgardner Hogan, LLC
P.O. Box 7606
Louisville, KY 40257-7606

John O. LaGatta
50 West Liberty Street, Ste 1080
Reno, NV 89501

Sunset Hill Development Company, LLC.
2100 Gardiner Lane, Ste 207
Louisville, KY 40205-2994

Teacher's Retirement System, c/o Mortgage Company of Kentucky
642 South 4th Street
Louisville, KY 40202

## **EXHIBIT B**

Nicole S. Biddle
Stites & Harbison PLLC
250 W. Main Street, Suite 2300
Lexington  KY 40507
Nbiddle@stites.com