**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE WITH RESPECT TO NOTICE OF**
**ESTABLISHMENT OF SPECIAL BAR DATE APPLICABLE TO**
<u>**CERTAIN SUBSEQUENTLY IDENTIFIED CLAIMANTS**</u>

I certify that, on November 4, 2005, I caused to be served the Notice Of Establishment

Of Special Bar Date Applicable To Certain Subsequently Identified Claimants [Docket No.

4047], by having true and correct copies sent via e-mail service to the following parties:

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
ken.meeker@usdoj.gov

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
Elena.L.Escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY  10169
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
mbarr@milbank.com

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K. Denniston, Carolyn (Keri) Chayavadhanangkur
600 Peachtree Street., N.E., 24th Fl.
Atlanta, GA 30308
carolynchayavadhanangkur@paulhastings.com;
karolkdenniston@paulhastings.com

Jennis & Bowen
Attn: David Jennis
400 North Ashley Dr., Ste 2540
Tampa, FL 33602
djennis@jennisbowen.com

Dated:  November 21, 2005

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

   -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors