

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
November 21, 2005

**HONORABLE JERRY A. FUNK**

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / CYNTHIA JACKSON / D. J. BAKER *est*
Trustee:

HEARING:

CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY SARRIA ENTERPRISES (1542)

R/S    A/P    F/HRG

ORDER:

Jan 23 @ 2:00
AOCNFR

APPEARANCES:

Sarria Enterprises: Michael Kaufman
*Adam Ragen -*
*Patanji Meech*

RULING:

prorpt2