[3F1727] [Notice Instruction Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3-350
JACKSONVILLE, FLORIDA 32202
(904)301-6490

November 22, 2005

MICHAEL T. SHADBURN
DEPUTY-IN-CHARGE

In re: Winn-Dixie Stores, Inc.  Case No. 3:05-bk-03817-JAF
Chapter 11

TO: Brian FitzGerald

### INSTRUCTIONS:

Prepare a Notice of Evidentiary Hearing with a certification of service regarding your Motion for Adequate Protection filed by Florida Tax Collectors.

The hearing has been scheduled for January 9, 2006 at 2:00 p.m. in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville, Florida 32202.

In the Notice of Hearing include the following language:

1. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

2. The hearing may be continued upon announcement made in open Court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Notice must comply with Federal Rule of Bankruptcy Procedure 2002. If notice is required to be made to all creditors or all interested parties, Local Rule 7005-1 applies and for service to be proper you must use a matrix obtained from the Clerk's Office within 10 days before the date of service. Service must be *made within 10 days* and *immediately* upon completion of this mailing, you must file with the Court a Certificate of Service with a copy of the mailing matrix attached.