UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC. et.al.,

Debtors

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION OF CAPITAL CROSSING BANK FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

I HEREBY CERTIFY that a true copy of the Motion of Capital Crossing Bank for Entry of an Order Granting Relief From the Automatic Stay (Docket #4237) has been served via U.S. Mail, on the 23rd day of November, 2005 to: John B. Macdonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, 5050 Edgewood Court, Jacksonville, FL 32254-3699; and King &Spalding LLP, Attn: Sarah Robinson Borders, 191 Peachtree St., Atlanta GA 30303.

Matt E. Beal
Florida Bar No. 0865310
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
Attorneys for Capital Crossing Bank

0095052\115852\900403\1