UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re: Winn-Dixie Stores, Inc. - Lease Rejections<br><br>Debtor. | Chapter 11<br>Case Nos. 05-03817<br><br>Claim No. 10181 |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:     __AMEGY MORTGAGE COMPANY, LLC__     ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   __MITCHELL MORTGAGE COMPANY LLC__
   __4576 RESEARCH FOREST DR__

   __THE WOODLANDS, TX 77281__

2. Please take notice of the transfer of $ 1,858,299.52 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $1,858,299.52 to:
   __Madison Investment Trust - Series 1__     ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   __6310 Lamar Ave. Suite 120__

   __Overland Park, KS     66202__

No action is required if you do not object to the transfer of you claim.

_Sally Meyer_
Sally Meyer
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Middle District of Florida Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

*Amegy Mortgage Company LLC FKA Mitchell Mortgage Company LLC* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Stores, Inc. – Lease Rejections in the Middle District of Florida Bankruptcy Court , The case entitled In re Winn-Dixie Stores, Inc. – Lease Rejections, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

*11-22-05A11:22 RCVD*

IN WITNESS WHERE OF, dated as of the *21 November 2005*

Name: *Amegy Mortgage Company, L.L.C.*

By: *[signature]*
(Signature of Claimant)

Print Name: *DALE H. ANDRES*

(Address) *4576 Research Forest Dr.*

(Address) *The Woodlands, Texas 77381*

(SS#/Tax ID) *76-0520586*


By: _____
(Signature of Co-Claimant)

Print Name: _____

(Address) _____

(Address) _____

(SS#/Tax ID) _____

Transfer Agreement Number: 102166456

Accepted: Madison Liquidity Investors, LLC

By: *[signature]*