**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the appearance of David N. Stern in the above-captioned cases is hereby withdrawn as he has changed firms and is no longer counsel for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1 ("LaSalle"). Mr. Stern should be removed as counsel of record in this action. McKenna Long and Aldridge LLP remains counsel for LaSalle and under, *inter alia*, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. 1109(b), all notices given or required to be given in this case, and all papers served or required to be served in this case, be should be given to and served upon:

> B. Summer Chandler
> schandler@mckennalong.com
> McKenna Long & Aldridge LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, Georgia 30308
> Telephone: (404) 527-4000
> Facsimile: (404) 527-4198

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion,

ATLANTA:4777304.1

petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including LaSalle with respect to, *inter alia*, the following: (a) the above captioned Debtors and Debtors in Possession (the "Debtors"); or (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by LaSalle.

Dated:  November 23, 2005

/s/ B. Summer Chandler
B. Summer Chandler
GA Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*