UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817-3F1 |
| | ) |
| **WINN-DIXIE STORES, INC.** | ) Chapter 11 |
| | ) (Jointly Administered) |
| Debtor. | ) |

## NOTICE OF WITHDRAWAL OF OBJECTION OF BAXLEY ZAMAIGAS TO DEBTOR'S MOTION FOR ORDER SEEKING, AMONG OTHER RELIEF, THE ASSUMPTION AND ASSIGNMENT OF THE BAXLEY SHOPPING CENTER, BAXLEY GEORGIA (STORE #133), LEASE TO FOOD LION, LLC

Creditor, Baxley Zamaigas (Store #133), hereby withdraws his Objection to Debtor's Motion for Order Seeking, Among Other Relief, the Assumption and Assignment of the Baxley Shopping Center, Baxley Georgia (Store #133), Lease to Food Lion, LLC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November, 2005, I served a copy of the foregoing via first-class mail, postage prepaid, and electronic mail, upon the following:

D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
cjackson@smithhulsey.com

ARNSTEIN & LEHR, LLP
1110 N. Florida Avenue (33602)
Post Office Box 3424
Tampa, Florida  33601-3424
(813) 254-1400
Attorneys for Baxley Zamaigas

Ronald B. Cohn, Esquire
Florida Bar #599786