UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.                          Jointly Administered

---

E & A SOUTHEAST, LP'S NOTICE OF WITHDRAWAL
OF ITS AMENDED OBJECTION TO DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE SALE OF
ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND
INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF LEASES AND
CONTRACTS AND (C) GRANTING RELATED RELIEF WITH
RESPECT TO STORE NUMBERS 2156 AND 2723

E & A Southeast, LP, by and through its undersigned counsel, gives notice of its withdrawal of its Amended Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No. 2203) with respect to Store Nos. 2156 and 2723 and states as follows:

1.  On or about July 14, 2005, E & A Southeast, LP filed its Amended Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C)

Granting Related Relief with respect to Store Nos. 2156 and 2723.

2. E & A Southeast, LP hereby withdraws its Amended Objection to Debtors' Motion with respect to Store Nos. 2156 and 2723 as referred to in Paragraphs two (2) and five (5) of said Amended Objection.

DATED this 23 day of November, 2005.

HELD & ISRAEL

By: _____
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

KITCHENS, KELLEY, GAYNES, P.C.

Mark A. Kelley, Esquire
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 467-7718 Telephone
(843) 364-0126 Facsimile