T1031 - Proof of claim. Official Form 10, with instructions, 4-98.   Blumberg Excelsior, Inc PUBLISHER NYC 10013

FORM B10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT **Middle** DISTRICT OF **Florida** **Jacksonville Division** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor<br>Winn Dixie Stores Inc. | Case Number<br>05-3817-3F1 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>National In Store Marketing LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving the particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>National In Store Marketing LLC<br>2 N. Tamiami Trail, 9th Floor<br>Sarasota, Florida 34236<br>Attention: Rich Jones, CFO<br>Telephone Number: (941) 953-3866 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here  ☐ replaces<br>if this claim  ☐ amends   a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS#:_____
  Unpaid compensation for services performed
  from _____ to _____
  (date)     (date)

**2. Date debt was incurred:** October 2004 through March 2005

**3. If court judgement, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 557,243.01

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest of additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐ Up to $1950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(___)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security, agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any). |
|---|---|
| 11/1/05 | National In Store Marketing LLC<br>By: _____ Rich Jones, CFO |

**EXHIBIT A**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 [years] and 3571.



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number: 206054

Invoice Date: 12/21/2004

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | QTY         DESCRIPTION<br>2,677 HRS   Winn Dixie Oct 16th – Oct 31st, 2004<br>                    Cycle 9, Image / Resets / Remodels - Housewares<br>                    Job# 7961<br><br>TOTAL INVOICE DUE = $58,894.00 | 58,894.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 58,894.00 |
|---|---|---|



## NATIONAL IN-STORE MARKETING, LLC

Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

**Invoice Number**
206055

**Invoice Date**
12/21/2004

**Sold To:**

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| QTY | Description | Extension |
|---|---|---|
|  | QTY         DESCRIPTION<br>380 HRS    Winn Dixie Oct 15th - Oct 31st, 2004<br>                   Stationary Section<br>                   Job# 7961<br><br>TOTAL INVOICE DUE = $5,434.00 | 8,360.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 8,360.00 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number
206057

Invoice Date
12/21/2004

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL  32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | | Extension |
|---|---|---|---|
|  | QTY<br>2,882 HRS | DESCRIPTION<br>Winn Dixie Oct 31st - Nov 15th, 2004<br>Image / Resets / Remodels - Housewares<br>Job# 7961 | 63,044.00 |
|  | TOTAL INVOICE DUE = $63,044.00 | |  |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 63,044.00 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number

206058

Invoice Date

12/21/2004

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL  32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
| | QTY          DESCRIPTION<br>246.5 HRS   Winn Dixie Nov 1st - Nov 15th, 2004<br>                    Stationary Section<br>                    Job# 7961<br><br>TOTAL INVOICE DUE = $5,423.00 | 5,423.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 5,423.00 |
|---|---|---|



## NATIONAL IN-STORE MARKETING, LLC

Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**Sold To:**

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL  32256

### INVOICE

**Invoice Number**

206241

**Invoice Date**

1/26/2005

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Retail Service - November / December 2004<br>Winn Dixie - Vitamin Reset<br>Contract # 859800<br><br>Job# 8598<br>915 stores @ $241.45/store =    $220,926.75<br><br>TOTAL INVOICE DUE = $220,926.75<br><br>CALL DETAILS ATTACHED | 220,926.75 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 220,926.75 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number: 206305

Invoice Date: 2/8/2005

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Retail Service - October / November 2004<br>Winn Dixie - Small Appliance Reset<br>Contract # 817800<br><br>Job# 8178<br>Dry Run = 32 stores @ $27.00/store = $864.00<br>4' = 8 stores @ $40.00/store = $320.00<br>8' = 19 stores @ $70.00/store = $1,330.00<br>12' = 45 stores @ $90.00/store = $4,050.00<br>16' = 47 stores @ $105.00/store = $4,935.00<br><br>Deployment charges = $300.00<br><br>TOTAL INVOICE DUE = $11,799.00<br><br>CALL DETAILS ATTACHED | 11,799.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 11,799.00 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number: 206465

Invoice Date: 3/7/2005

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
| | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | | Extension |
|---|---|---|---|
| | Qty Description<br>2,843 hrs   Winn Dixie  Jan 31, 2005<br>   Image/Resets/Remodels - Housewares<br>   Job # 9332<br><br>TOTAL INVOICE DUE = $62,543.00 | | 62,543.00 |
| NOTE: Pre-bill Invoices are due prior to deployment of the program | | TOTAL | 62,543.00 |



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

**Invoice Number**
206466

**Invoice Date**
3/7/2005

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
| | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
| | Qty Description<br>51 hrs   Winn Dixie Jan 31, 2005<br>    Image/Resets/Remodels - Ironing/Laundry<br>    Job # 9332<br><br>TOTAL INVOICE DUE = $1,122.00 | 1,122.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 1,122.00 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number
206467

Invoice Date
3/7/2005

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Description<br>Winn Dixie Jan 31, 2005<br>Pet Care<br>Job # 9332<br><br>TOTAL INVOICE DUE =     $1,415.50 | 1,415.50 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 1,415.50 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number: 206468

Invoice Date: 3/7/2005

Sold To:

Winn Dixie Stores Inc
Janice Bradley / Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Description<br>Winn Dixie Jan 31, 2005<br>Stationary section<br>Job # 9332<br><br>TOTAL INVOICE DUE =    $9,174.00 | 9,174.00 |
| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 9,174.00 |



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number
206534

Invoice Date
3/15/2005

Sold To:

Winn Dixie Stores Inc
Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL  32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Description<br>Winn Dixie Feb 28, 2005<br>Image/Resets/Remodels - Housewares<br>Job # 9332<br><br>TOTAL INVOICE DUE =       $112,919.00 | 112,919.00 |

WD paid #19,105 as post-petition work

*RJ*

NOTE: Pre-bill Invoices are due prior to deployment of the program    TOTAL    112,919.00



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

**Invoice Number**
206535

**Invoice Date**
3/15/2005

Sold To:

Winn Dixie Stores Inc
Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Qty  Description<br>31 hrs  Winn Dixie  Feb 28, 2005<br>  Image/Resets/Remodels - Ironing/Laundry<br>  Job # 9332<br><br>TOTAL INVOICE DUE =      $1,848.00 | 1,848.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 1,848.00 |
|---|---|---|



# NATIONAL IN-STORE MARKETING, LLC

Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

**Sold To:**

Winn Dixie Stores Inc
Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL 32256

**Invoice Number**
206536

**Invoice Date**
3/15/2005

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Description<br>Winn Dixie Feb 28, 2005<br>Stationary section<br>Job # 9332<br><br>TOTAL INVOICE DUE =     $16,500.00 | 16,500.00 |

| NOTE: Pre-bill Invoices are due prior to deployment of the program | TOTAL | 16,500.00 |
|---|---|---|



**NATIONAL IN-STORE MARKETING, LLC**
Remit To: Lockbox #771760
1760 Solutions Center
Chicago, IL 60677-1007
1-877-454-3171

**INVOICE**

Invoice Number
206537

Invoice Date
3/15/2005

Sold To:

Winn Dixie Stores Inc
Daniel Roehl
Vendor #828944
7595 Centurion Parkway
Jacksonville, FL  32256

| Customer P.O. | Payment Terms | Sales Rep ID | Customer ID |
|---|---|---|---|
|  | Net 15 Days | GOLDFARB | WINN DIXIE |

| Qty | Description | Extension |
|---|---|---|
|  | Description<br>Winn Dixie  Feb 28, 2005<br>_Pet Care<br>Job # 9332<br><br>TOTAL INVOICE DUE =     $2,379.76 | 2,379.76 |
|  | NOTE: Pre-bill Invoices are due prior to deployment of the program   TOTAL | 2,379.76 |