# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND NOTICE OF WITHDRAWAL** was served electronically on the parties which receive electronic notification in these proceedings and via regular U.S. mail and/or e-mail as noted to the following recipients:

See Attached Exhibit A

This 23rd day of November, 2005

/s/ B. Summer Chandler
B. Summer Chandler
Georgia Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*

**VIA UNITED STATES MAIL**

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801
407-648-6301

**VIA UNITED STATES MAIL AND E-MAIL**

| | |
|---|---|
| **Adam Ravin**<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000<br>aravin@skadden.com | **Cynthia C. Jackson**<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br>904-359-7700<br>cjackson@smithhulsey.com |
| **James H. Post**<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202<br>904-359-7700<br>jpost@smithhulsey.com | **Leanne McKnight Prendergast**<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, Fl 32202<br>904-359-7802<br>lprendergast@smithhulsey.com |
| **Stephen D. Busey**<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>904-359-7700<br>busey@smithhulsey.com | **Elena L Escamilla**<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806<br>(407) 648-6465<br>Fax : (407) 648-6323<br>elena.l.escamilla@usdoj.gov |
| **Kenneth C. Meeker**<br>United States Trustee<br>135 W. Central Blvd Suite 620<br>Orlando, FL 32801<br>407-648-6301<br>USTP.Region21.OR.ECF@usdoj.gov | **Dennis F. Dunne**<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000<br>Fax : (212) 530-5219<br>ddunne@milbank.com |
| **John B. Macdonald**<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>904-798-3700<br>Fax : 904-798-3730<br>john.macdonald@akerman.com | **Patrick P. Patangan**<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>904-798-3700<br>Fax : 904-798-3730<br>patrick.patangan@akerman.com |

**EXHIBIT "A"**