UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> **WINN-DIXIE STORES, INC., et al.,** <br><br> Debtors. | **Chapter 11** <br><br> **Case No. 05-03817-3F1** <br><br> (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about November 23, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addresses envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: November 23, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                **CASE:   05-03817-3F1**

| | |
|---|---|
| CREDITOR ID: 410941-15 | CREDITOR ID: 410459-98 |
| AMEGY MORTGAGE COMPANY, LLC FKA | MADISON INVESTMENT TRUST - SERIES 1 |
| MITCHELL MORTGAGE COMPANY, LLC | ATTN KRISTY STARK |
| ATTN: DALE H AMBREDS | 6310 LAMAR AVE STE 120 |
| 4576 RESEARCH FOREST DRIVE | OVERLAND PARK KS 66202 |
| THE WOODLANDS TX 77381 | |

       **Total:   2**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.             Case No.: 05-03817-3F1
                                                    Docket No.: 4308

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| AMEGY MORTGAGE COMPANY, LLC FKA | MADISON INVESTMENT TRUST - SERIES 1 |
| Name of Transferor | Name of Transferee |
| AMEGY MORTGAGE COMPANY, LLC FKA<br>MITCHELL MORTGAGE COMPANY, LLC<br>ATTN: DALE H AMBREDS<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381 | MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: | Phone: 800 896 8913 |
| Account No.: 410941 | Account No.: 410459 |

Claim No.: 10181                                    Full Transfer: (X)     Partial Transfer:
Date Claim Filed: 07/28/2005                        Transfer Amount: $1,858,299.52

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/23/2005                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on November 23, 2005.