UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about November 23, 2005, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Motion For Order Under 11 U.S.C. §§ 365(d)(4) Granting Third Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: November 23, 2005

Kathleen M. Logan

Code: AZ

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE, NJ 07645 | CREDITOR ID: 993-07<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | CREDITOR ID: 995-07<br>17161 NW 27TH AVENUE LLC DBA<br>DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA, GA 30353-0446 |
| CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES LLC<br>C/O ECKSTEIN PROPERTIES<br>60 BOARD STREET<br>NEW YORK, NY 10004 | CREDITOR ID: 997-07<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>3753 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 998-07<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA, GA 30353-0496 |
| CREDITOR ID: 999-RJ<br>40/86 MORTGAGE CAPITAL INC<br>PO BOX 67000<br>LOAN NO. 11048<br>DETROIT, MI 48267-1641 | CREDITOR ID: 2033-07<br>4JS FAMILY LLC<br>4408 GILBERT AVENUE<br>COLUMBUS, GA 31904 | CREDITOR ID: 1003-07<br>5 POINTS WEST SHOPPING CENTER<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0115 |
| CREDITOR ID: 1004-07<br>51ST STREET & 8TH AVE CORP<br>ATTN: PATRICIA<br>655 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10021 | CREDITOR ID: 1005-RJ<br>7595 CENTURION PARKWAY LLC<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873 | CREDITOR ID: 1007-07<br>98 PALMS LTD<br>C/O NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON STREET<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 2036-07<br>99 EGLIN LTD<br>C/O DOWD LAW FIRM, PA<br>ATTN JOHN R DOWD, ESQ<br>285 HARBOUR BLVD, SUITE A<br>DESTIN FL 32541 | CREDITOR ID: 2036-07<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540 | CREDITOR ID: 241477-12<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 |
| CREDITOR ID: 1014-07<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST., 29TH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 407791-15<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 | CREDITOR ID: 1015-07<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVENUE<br>SUITE 215<br>TULSA, OK 74119 |
| CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO, IL 60693-6273 | CREDITOR ID: 1020-07<br>AEI INCOME & GROWTH FUND XXI L<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 | CREDITOR ID: 1022-07<br>AEI NET LEASE INCOME & GROWTH<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 |
| CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI, FL 33231 | CREDITOR ID: 315717-40<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>ST LOUIS, MO 63178 | CREDITOR ID: 1026-RJ<br>AIRKAMAN OF JACKSONVILLE INC<br>PO BOX 911652<br>DALLAS, TX 75391-1652 |
| CREDITOR ID: 315722-40<br>AL BELLOTTO INC<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND, FL 33803 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK, NJ 07601 | CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES, CA 90014 |

SERVICE LIST

Notice of Hearing

**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>C/O ALLEN, MATKINS, LECK, ET AL<br>ATTN I M GOLD/N B WARANOFF<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO CA 94111-4105 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028 | CREDITOR ID: 1031-07<br>ALFA MUTUAL FIRE INSURANCE COMPANY<br>ATTN ROSE JACKSON<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 |
| CREDITOR ID: 411159-15<br>ALLIED CAPITAL CORP CLASSES ABC<br>HLDRS OF ACGS 2004, LLC SEC NOTES<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 1058-07<br>ALLIED CAPITAL CORPORATION<br>ACCT# 630796<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 | CREDITOR ID: 1033-07<br>ALLIED CAPITAL CORPORATION<br>ACCT# 399572<br>PO BOX 630796<br>BALTIMORE, MD 21263-1796 |
| CREDITOR ID: 410891-15<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 1059-07<br>ALLIED CAPITAL REIT INC<br>ATTN: JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE, MD 21263-0796 | CREDITOR ID: 315725-40<br>ALVIN B CHAN INC<br>C/O TYLER A CHAN VP<br>5 BEACONSFIELD COURT<br>ORINDA, CA 94563 |
| CREDITOR ID: 1064-07<br>AMELIA PLAZA SHOPPING CENTER<br>C/O EDENS & AVANT FIN II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2054-07<br>AMERICAN FEDERAL PROPERTIES<br>1 SLEIMAN PARKWAY, SUITE 250<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 410852-15<br>AMERICAN FEDERAL PROPERTIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 |
| CREDITOR ID: 1068-07<br>AMERICAN MORTGAGE & REALTY CORP<br>5643 COVENTRY LANE<br>FORT WAYNE, IN 46804-9730 | CREDITOR ID: 2055-07<br>AMERICAN MORTGAGE & REALTY CORP<br>5643 COVENTRY LANE<br>FORT WAYNE, IN 46804 | CREDITOR ID: 2056-07<br>AMERICAN PAPER BOX COMPANY INC<br>PO BOX 8135<br>DELRAY BEACH, FL 33482 |
| CREDITOR ID: 1070-07<br>AMERICAN PLAZA LTD PARTNERSHIP<br>PO BOX 75579<br>BALTIMORE, MD 21275-5579 | CREDITOR ID: 2057-07<br>AMERICAN UNITED LIFE INSURANCE<br>5875 RELIABLE PARKWAY<br>LOAN #2050601<br>CHICAGO, IL 60686-5666 | CREDITOR ID: 1071-07<br>AMERICAN UNITED LIFE INSURANCE CO<br>C/O ISLOA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32794-1483 |
| CREDITOR ID: 410778-15<br>AMSOUTH BANK (PROPERTIES DEPT)<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 1075-07<br>ANSEL PROPERTIES INC<br>C/O CUSHMAN & WAKEFIELD<br>PO BOX 02-5137<br>MIAMI, FL 33102-5137 | CREDITOR ID: 410770-15<br>APOLLO BEACH 99-FL, LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 |
| CREDITOR ID: 1077-07<br>ARCADIA FL DIVERSEY WEST<br>C/O KENNEDY WILSON PROPERTIES LTD<br>100 PRINGLE AVENUE<br>WALNUT CREEK, CA 94596-0612 | CREDITOR ID: 315730-40<br>ARLINGTON PROPERTIES INC<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM, AL 35202-2767 | CREDITOR ID: 1618-07<br>ARNOVITZ, E M & PLASKER, M<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA, GA 30360 |
| CREDITOR ID: 1081-07<br>ASBURY COMMONS LTD<br>C/O HALLMARK PARTNERS<br>95 CORPORATE CENTER<br>SUITE 100<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 1084-07<br>AUGUST URBANEK INVESTMENTS<br>4800 NORTH FEDERAL HWY., STE. 209A<br>BOCA RATON, FL 33431 | CREDITOR ID: 1085-07<br>AVON SQUARE LTD<br>PO BOX 5252<br>LOAN# 015 802 347<br>LAKELAND, FL 33807-5252 |

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 1087-07
AZALEA MANAGEMENT AND LEASING
PO BOX 9527
ASHEVILLE, NC 28815

CREDITOR ID: 1088-07
AZALEA SHOPPING CENTER
C/O SIZELER REAL ESTATE MGMT.
2542 WILLIAMS BLVD.
KENNER, LA 70062

CREDITOR ID: 2070-07
BAINBRIDGE ASSOCIATES
PO BOX 983
BAINBRIDGE, GA 39818-0993

CREDITOR ID: 2072-07
BAKERSMITH CORNERS LLC
PO BOX 12397
COLUMBIA, SC 29211

CREDITOR ID: 1194-07
BANK OF CHARLESTON SQUARE INC
C/O PMG OCEAN ASSOCIATES
ATTN STEPHANIE WEYANDT
TRAMMEL CROW SERVICES INC
1801 N MILITARY TRAIL STE 150
BOCA RATON FL 33431

CREDITOR ID: 373797-44
BANK OF NEW ENGLAND AND TRUST
ATTN: CORPORATE TRUST DEPARTMENT
ONE CONSTITUTION PLAZA
HARTFORD, CT 06115

CREDITOR ID: 1097-07
BANK OF NEW YORK
C/O MATT LOUIS ESCROW UNIT
101 BARCLAY STREET
FLOOR 8W
NEW YORK, NY 10286

CREDITOR ID: 1099-07
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO, CA 93010

CREDITOR ID: 2074-07
BAUMGARDNER-HOGAN I LLC
PO BOX 7606
LOUISVILLE, KY 40257-7606

CREDITOR ID: 1104-07
BAYVIEW LOAN SERVICING LLC
ATTN: PAYMENT PROCESSING DEPT.
PO BOX 331409
MIAMI, FL 33233-1409

CREDITOR ID: 397238-68
BDM FINANCIAL CORPORATION
ATTN: IRVING MILLER
2601 BISCAYNE BLVD
MIAMI, FL 33137-0308

CREDITOR ID: 1105-07
BEACHWALK CENTRE II LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 1106-07
BEDFORD AVENUE REALTY INC
C/O DBR ASSETT MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE, FL 33394

CREDITOR ID: 2075-07
BELCO ENTERPRISES
PO BOX 520
STARKE, FL 32091-0520

CREDITOR ID: 408349-15
BELLOTTO PROPERTIES, LLC
C/O HOLLAND & KNIGHT, LLP
ATTN NOEL R BOEKE, ESQ
PO BOX 1288
TAMPA FL 33601-1288

CREDITOR ID: 315737-40
BELMART INC
C/O KIMCO REALTY CORP
3333 NEW HYDE PARK RD STE 100
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 1112-07
BENDERSON 85-1 TRUST & WAYNE RUBEN
PO BOX 21199
LEASE # 45235
BRADENTON, FL 34204-1199

CREDITOR ID: 1116-07
BEP II LIMITED PARTNERSHIP
777 41ST STREET, 4TH FLOOR
MIAMI, FL 33140

CREDITOR ID: 1118-07
BG HIGHLANDS LLC
DEPT# 5920W51407
PO BOX 931670
CLEVELAND, OH 44193

CREDITOR ID: 1119-07
BG TURFWAY LLC
DEPT 591625WO2522
PO BOX 931572
CLEVELAND, OH 44193

CREDITOR ID: 2081-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY, FL 33043

CREDITOR ID: 2083-07
BIRD SQUARE PLAZA MANAGEMENT
12185 S. DIXIE HIGHWAY
MIAMI, FL 33156

CREDITOR ID: 315741-40
BIRMINGHAM REALTY CO
ATTN:  ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM, AL 35242-4202

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLCP
C/O KAREM & KAREM
ATTN JOHN W HARRISON JR, ESQ
333 GUTHRIE GREEN, SUITE 312
LOUISVILLE KY 40202

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLCP
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 1130-07
BOGALUSA SHOPPING CENTER COMPANY
C/O JW PROPERTIES
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 1135-07
BOYNTON LAKES PLAZA
C/O REGECNY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2091-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO, FL 32804

CREDITOR ID: 1139-07
BRIERWOOD VILLAGE PLAZA
903 UNIVERSITY BLVD NORTH
JACKSONVILLE, FL 32211-5527

CREDITOR ID: 315746-40
BRIGHT-MEYERS DUBLIN ASSOCIATES
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 60
ATLANTA GA 30309-7706

CREDITOR ID: 1144-07
BROOKWOOD FLAMINGO PARTNERS LP
C/O PMAT FLAMINGO, LLC
4716 CARTHAGE ST
METAIRIE LA 70002

CREDITOR ID: 397240-68
BUCK, CAROLYN
609 SHERIDAN ROAD
WINNETKA, IL 60093

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O BENENSON CAPITAL PARTNERS LLC
ATTN LLOYD D STABINER, CFO
708 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 1152-07
BW DIX INC
C/O DAVID NOVAK
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 315748-40
BW TREASURE INC
C/O DAVID NOVAK
849 20TH ST
VERO  BEACH, FL 32960

CREDITOR ID: 244248-12
BW TREASURE, INC
C/O DAVID NOVAK, TREAS
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 1154-07
BYARS & CO INC
PO BOX 530310
BIRMINGHAM, AL 35253-0310

CREDITOR ID: 1157-07
CA NEW FIXED RATE PARTNERSHIP
PO BOX 848409
DALLAS, TX 75284-8409

CREDITOR ID: 315750-40
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 848407
LEASE# 1514003
DALLAS, TX 75284-8407

CREDITOR ID: 1162-07
CALIFORNIA CLUB MALL
C/O RK ASSOCIATES
17100 COLLINS AVENUE, SUITE 225
SUNNY ISLE BEACH, FL 33160-0111

CREDITOR ID: 1163-07
CALLAHAN PLAZA SHOPPING CENTER
C/O TALOR COMMERCIAL REAL ESTATE
1018 THOMASVILLE ROAD, SUITE 20
TALLAHASSEE, FL 32303-3027

CREDITOR ID: 1166-07
CAMILLA MARKETPLACE ASSOCIATES
C/O ADVANTIS GVA
PO BOX 3941
NORFOLK, VA 23514-3941

CREDITOR ID: 2114-07
CAPITAL DEVELOPMENT COMPANY
PO BOX 3487
LACEY, WA 98509-3487

CREDITOR ID: 244473-12
CAPITAL PROPERTIES ASSOCIATES
ATTN CHARLES W WEST, MGR
PO BOX 2169
TUSCALOOSA, AL 35403

CREDITOR ID: 2115-07
CAPITAL PROPERTIES ASSOCIATES
PO BOX 2169
TUSCALOOSA, AL 35403

CREDITOR ID: 1173-RJ
CAPMARK SERVICES LP
PO BOX 404124
ATLANTA, GA 30384-8356

CREDITOR ID: 2116-RJ
CAPMARK SERVICES LP
245 PEACHTREE CENTER AVENUE
SUITE 1800
ATLANTA, GA 30303

CREDITOR ID: 410916-15
CAPMARK SERVICES, INC, AGENT
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

CREDITOR ID: 410916-15
CAPMARK SERVICES, INC, AGENT
C/O GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER
THREE RAVINIA DRIVE, STE 200
ATLANTA GA 30346

CREDITOR ID: 1174-07
CARDINAL ENTITIES COMPANY LLC
C/O MATTITUCK SHOPPING CT
PO BOX 77
MATTITUCK, NY 11952

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1178-07<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FORT LAUDERDALE, FL 33307 | CREDITOR ID: 2102-07<br>CC ALTAMONTE JOINT VENTURE<br>7200 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0072 | CREDITOR ID: 1181-RJ<br>CDC PAYING AGENT LLC<br>CHURCH STREET STATION<br>PO BOX 26180<br>NEW YORK, NY 10249 |
| CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1185-07<br>CENTRAL PROGRESSIVE BANK<br>ATTN: JAMES J. VENEZIA, EXEC VP<br>29092 KRENTEL ROAD<br>LACOMBE, LA 70445 |
| CREDITOR ID: 315761-40<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CTR PKWY<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD, SUITE 11<br>JACKSONVILLE, FL 32216-6353 | CREDITOR ID: 2127-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH, GA 30096 |
| CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 315757-40<br>CLARK, CARL F.<br>300 RIVERSIDE DR<br>GREENWOOD, MS 38930 | CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 |
| CREDITOR ID: 1199-07<br>CLEARLAKE SQUARE<br>C/O TRYCON INC<br>951 MARKET PROMENADE<br>LAKE MARY, FL 32746 | CREDITOR ID: 1200-07<br>CLEVELAND MARKETPLACE LTD<br>C/O LAT PURSER & ASSOC<br>6320-7 ST AUGUSTINE ROAD<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 411126-15
CLEVELAND MARKETPLACE, LTD
PO BOX 1806
GREENVILLE SC 29602

CREDITOR ID: 2145-07
CLINTON HOUSE COMPANY
C/O RMC REALY COMPANIES LTD
1733 W FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 1209-07
COLONIAL PROPERTIES TRUST
PO BOX 55966 - DEPT. 301501
BIRMINGHAM, AL 35255-5966

CREDITOR ID: 407769-15
COLONIAL REALTY LP
C/O FOSTER, LINDEMAN & KLINKBEIL,PA
ATTN W LINDEMAN/T FOSTER, ESQS
PO BOX 3108
ORLANDO FL 32802

CREDITOR ID: 246681-12
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
ATTN JEFF HOWELL, PROP MGMT DIR
330 CROSS POINTE BOULEVARD
EVANSVILLE, IN 47715

CREDITOR ID: 246681-12
COLUMBIA MARKETPLACE LLC
C/O TERRELL, BAUGH, ET AL
ATTN BRADLEY J SALMON, ESQ
700 S GREEN RIVER ROAD, STE 2000
EVENSVILLE IN 47715

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O REGENCY PROPERTY SERVICES
ATTN JEFF HOWELL, DIR OF PROP MGMT
330 CROSS POINTE BOULEVARD
EVANSVILLE, IN 47715

CREDITOR ID: 1210-07
COLUMBIA MARKETPLACE LLC
C/O TERRELL, BAUGH, ET AL
ATTN BRADLEY J SALMON, ESQ
700 S GREEN RIVER ROAD, STE 2000
EVENSVILLE IN 47715

CREDITOR ID: 315765-40
COMKE INC
C/O DACAR MGMT LLC
336 E DANIA BEACH BLVD
DANIA, FL 33004

CREDITOR ID: 1213-07
COMMERCIAL LEASING ONE
C/O P. VASCONCELLOS
PO BOX 622
STOUGHTON MA 02072

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO, IL 60677-1002

CREDITOR ID: 315766-40
COMMERCIAL NET LEASE REALTY INC
ATTN HELEN COLLINS
PO BOX 992
ORLANDO, FL 32802-0992

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 315767-40
COMMODORE REALTY INC
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE, FL 33149

CREDITOR ID: 315768-40
CONCIRE CENTERS INC
411 COMMERCIAL COURT STE E
VENICE, FL 34292

CREDITOR ID: 315769-40
CONSECO MORTGAGE CAPITAL INC
DEPT #164101  LN#01586010
PO BOX 67000
DETROIT, MI 48267-1641

CREDITOR ID: 2160-07
CONSTELLATION APARTMENTS
15 W COLLEGE DRIVE
ARLINGTON HEIGHTS, IL 60004

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS, FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC
CO RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEALL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 1230-07
CREST HAVEN LLC
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD, SUITE 600
MIAMI, FL 33140-2764

CREDITOR ID: 2168-07
CRESTVIEW MARKETPLACE LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 410813-15
CRIIMI MAE SVCS LP, SERIES 1997-C2
HOLDERS FIRST UNION COMMERCIAL
C/O VENABLE, LLP
ATTN G A CROSS, H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410820-15
CRIIMI MAE SVCS LP, SERIES 1997-ML1
HOLDERS COMMERCIAL MRTG ACCEPTANCE
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410819-15
CRIIMI MAE SVCS LP, SERIES 1997-WF1
HOLDERS MORGAN STANLEY CAPITAL INC
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 411303-15
CRIIMI MAE SVCS LP, SERIES 1998-WF1
HOLDERS MORGAN STANLEY CAPITAL INC
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 410818-15
CRIIMI MAE SVCS, LP, SERIES 1997-C1
HOLDERS FIRST UNION COMMERCIAL
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 2169-07
CROSS COUNTY ASSOCIATES LP
DEPT 2315
LOS ANGELES, CA 90084-2315

CREDITOR ID: 1233-07
CROSSINGS OF ORLANDO, LTD
C/O COURTELIS CO
703 WATERFORD WAY
MIAMI, FL 33126-4677

CREDITOR ID: 1235-07
CROWN LIQUORS BROWARD INC
ATTN RAY BROOKS
910 NW 10TH PLACE
FORT LAUDERDALE, FL 33311-6132

CREDITOR ID: 2171-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER, AL 35501

CREDITOR ID: 1237-07
CRYSTAL BEACH ACQUISTION LP
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 1238-07
CRYSTAL LAKE AT ORLANDO
C/O REALVEST PARTNERS INC
2200 LUCIEN WAY, SUITE 350
MAITLAND, FL 32751-7019

CREDITOR ID: 410920-15
CRYSTAL LAKE AT ORLANDO
C/O FRAZIER HOTTE & ASSOCIATES
ATTN ROBERT W FRAZIER, JR
6550 N FEDERAL HWY #220
FT LAUDERDALE FL 33308

CREDITOR ID: 315773-40
CSX TRANSPORTATION
PO BOX 40545
JACKSONVILLE, FL 32203-0545

CREDITOR ID: 1239-07
CURRY FORD LP
C/O HOLD THYSSEN INC.
147 W LYMAN AVENUE, SUITE 100
WINTER PARK, FL 32789-4367

CREDITOR ID: 411164-15
CW CAPITAL ASSET MGT SERIES 2001-C2
HOLDERS OF SALOMON BROTHERS MTG
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411160-15
CWCAPITAL ASSET MGMT SERIES 2004-C1
HOLDERS OF GS MORTGAGE SECURITIES
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411174-15
CWCAPITAL ASSET MGMT, SERIES 1999C1
HOLDERS OF COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411169-15
CWCAPITAL ASSET MGMT, SERIES 2005C1
HOLDERS LB-UBS COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411166-15
CWCAPITAL ASSET MGT, SERIES1998-MC3
HOLDERS OF MORTGAGE CAPITAL FUNDING
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411172-15
CWCAPITAL ASSET MGMT, SERIES 2001C1
HOLDERS OF JP MORGAN CHASE COM MORT
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
DILORENZO PROPERTIES CO COMPANY
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 1243-07
DAIRY PLAZA ASSOCIATES LTD
C/O VANGUARD COMMERCIAL REALTY
PO BOX 4235
ORMOND BEACH, FL 32175-4235

CREDITOR ID: 1244-07
DALRAIDA PROPERTIES INC
ATTN JAMES W RUTLAND, JR PRESIDENT
PO BOX 230758
MONTGOMERY, AL 36123

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 S HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 2177-07
DAUKSCH FAMILY PARTNERSHIP
10732 TODT KARLE ROAD SE
OLYMPIA, WA 98513

CREDITOR ID: 415972-15
DAUKSCH FAMILY PARTNERSHIP
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 315777-40
DAVIE PLAZA LP
7000 W PALMETTO PARK ROAD
SUITE 40
BOCA RATON, FL 33433

CREDITOR ID: 407741-99
DBR ASSET MGMT, LLC AGENT FOR
IIIT WEST LLC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407739-99<br>DBR ASSET MGMT, LLC AGENT FOR<br>NORTHWAY INVESTMENTS LLC<br>C/O GATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 407738-99<br>DBR ASSET MGMT, LLC AGENT FOR<br>BEDFORD AVENUE REALTY INC<br>C/O GATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | CREDITOR ID: 407736-99<br>DBR ASSET MGMT, LLC AGENT FOR<br>THREE LAKES PLAZA LC<br>C/O GATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 |
| CREDITOR ID: 1255-07<br>DEBARY COMMON SHOPPING CENTER<br>C/O STAFFORD PROPERTIES INC.<br>80 WEST WIEUCA ROAD, SUITE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 1259-07<br>DEFUNIAK SQUARE PARTNERS, LTD<br>C/O VALPARAISO REALTY CO<br>ATTN TERESA W FEDONCZAK<br>PO BOX 8<br>VALPARAISO, FL 32580-0008 | CREDITOR ID: 1261-07<br>DEL MAR SHOPPING CENTER<br>C/O STILES PROP MGMT.<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 |
| CREDITOR ID: 2185-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI, FL 33101-6727 | CREDITOR ID: 1264-RJ<br>DELTA PLAZA, LLC<br>C/O CAMPBELL DELONG, LLP<br>ATTN R BRITTAIN VIRDEN, ESQ<br>PO BOX 1856<br>GREENVILLE MS 38702-1856 | CREDITOR ID: 1264-RJ<br>DELTA PLAZA, LLC<br>ATTN GABRIEL JEIDEL, PRESIDENT<br>16 EAST 34TH STREET, 16TH FLOOR<br>NEW YORK, NY 10016-4328 |
| CREDITOR ID: 315778-40<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVE<br>BRUCE STRUMPF INC S-305<br>CLEARWATER, FL 33756 | CREDITOR ID: 2188-07<br>DEM PARTNERSHIP<br>C/O KLEIN & HEUCHAN, INC.<br>ATTN: MARK S KLEIN<br>1744 N BELCHER ROAD<br>CLEARWATER, FL 33765 | CREDITOR ID: 315824-40<br>DEWRELL, GEORGE<br>PO BOX 642<br>FORT WALTON BEACH, FL 32549 |
| CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427 | CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 | CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>SCOTT R NABORS, ESQ<br>456 HARRISON AVENUE<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 | CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>506 45TH ST, SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 |
| CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 | CREDITOR ID: 248713-12<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 248713-12<br>EASTGATE INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 248729-12<br>EBR, LLC<br>7732 GOODWOOD BLVD, STE V<br>BATON ROUGE, LA 70806 | CREDITOR ID: 248729-12<br>EBR, LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315787-40<br>EDENS & AVANT INC<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202-0528 | CREDITOR ID: 407752-99<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 | CREDITOR ID: 315788-40<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE, FL 33617-3004 |
| CREDITOR ID: 1300-07<br>ELSTON/LEETSDALE LLC<br>C/O TERRANOVA CORP.<br>801 AUTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ILAN D SCHARF, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017-2024 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107 |
| CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 410789-15<br>EQUITY ONE (ALPHA) CORP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 410787-15<br>EQUITY ONE (COMMONWEALTH) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 410790-15<br>EQUITY ONE (DELTA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 410791-15<br>EQUITY ONE (LANTANA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 315792-40<br>EQUITY ONE (LANTANA) INC<br>PO BOX 01-9170<br>MIAMI BEACH, FL 33179-9170 | CREDITOR ID: 410792-15<br>EQUITY ONE (LOUISIANA PORTFOLIO)<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI` FL 33131 | CREDITOR ID: 410793-15<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 411173-15<br>EQUITY ONE (POINT ROYALE) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315793-40<br>EQUITY ONE (POINTE ROYALE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315794-40<br>EQUITY ONE (SUMMERLIN) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 410794-15<br>EQUITY ONE (SUMMERLIN) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 411165-15<br>EQUITY ONE (WEST LAKE) INC<br>C/O GREENBURG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKEL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315795-40<br>EQUITY ONE (WEST LAKE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 315796-40<br>EQUITY ONE ALPHA INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315797-40<br>EQUITY ONE COMMONWEALTH INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 315798-40<br>EQUITY ONE MONUMENT POINTE INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 410786-15<br>EQUITY ONE, INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BROWN, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315799-40<br>ERNST PROPERTIES, INC<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW ORLEANS, LA 70130-6078 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 315801-40<br>ESCROW SPECIALISTS<br>ATTN PAYMENTS PROCESSING DEPT<br>PO BOX 3287<br>OGDEN, UT 84409 | CREDITOR ID: 316015-41<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ<br>840 GRAND CONCOURSE SUITE 1 B<br>BRONX NY 10451 | CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS, LA 70163 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 1322-07<br>FAIRWAY FOOD STORES<br>PO BOX B<br>JACKSONVILLE, FL 32203-0297 | CREDITOR ID: 315809-40<br>FIRST SECURITY BANK NATL ASSOC<br>ATTN: CORP TRUST SERVICES<br>ACCT# 0510922115<br>SALT LAKE CITY, UT 84111 |
| CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 316157-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 316156-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 316155-40<br>FIRST UNION NATIONAL BANK<br>ABA 053-000-219<br>ACCT 5000000021453<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1335-07<br>FIRST UNION WHOLESALE LOCKBOX<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>ATLANTA, GA 30305 |
| CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 | CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 |
| CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 | CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 |
| CREDITOR ID: 315813-40<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 |
| CREDITOR ID: 1348-07<br>FOUR FLORIDA SHOPPING CENTERS<br>C/O REPUBLIC BANK/CASH MGMT<br>PO BOX 33006<br>ST PETERSBURG, FL 33733-8006 | CREDITOR ID: 410525-15<br>FOUR FLORIDA SHOPPING CENTERS LP<br>C/O THE BROWN COMPANY<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 1353-07<br>FRO LLC VIII<br>C/O JAMES HASTINGS<br>305 PIPING ROCK DRIVE<br>SILVER SPRING, MD 20905 |

**SERVICE LIST**

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397241-68<br>FU/WD ATLANTA, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 397242-68<br>FU/WD OPA LOCKA, LLC<br>ADMINISTRATIVE GENERAL PARTNER<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | CREDITOR ID: 1355-07<br>FWI 16 LLC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 1356-07<br>FWI 20 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1357-07<br>FWI 23 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PPRESIDENT<br>314 S MISSOURI AVENUE<br>CLEARWATER, FL 33756 | CREDITOR ID: 1358-07<br>FWI 5 LLC<br>C/O BRUCE STRUMPF INC<br>ATTN THOMAS J CANNON, PRESIDENT<br>314 S MISSOURI AVENUE, SUITE 305<br>CLEARWATER, FL 33756 |
| CREDITOR ID: 2248-07<br>GAD & ASHER REALTY LTD<br>3637 B WEST WATERS AVENUE<br>TAMPA, FL 33614 | CREDITOR ID: 1362-07<br>GALT OCEAN MARKETPLACE<br>C/O DANEBELT GROUP INC.<br>1 FINANCIAL PLAZA, SUITE 2001<br>FT LAUDERDALE, FL 33394 | CREDITOR ID: 2251-07<br>GARDENS PARK PLAZA, LTD<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 1364-07<br>GATES OF ST JOHNS LLC<br>C/O HAKIMIAN HOLDINGS INC<br>PO BOX 54332<br>JACKSONVILLE, FL 32245 | CREDITOR ID: 2253-07<br>GATOR CARRIAGE PARTNERS LTD<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 1366-07<br>GATOR JACARANDA LTD<br>ATTN: WILLIAM GOLDSMITH<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 |
| CREDITOR ID: 1367-07<br>GATOR LINTON PARTNERS LTD<br>C/O GATOR INVESTMENTS<br>1595 NE 163RD STREET<br>NORTH MIAMI BEACH, FL 33162 | CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 1368-07<br>GEHR DEVELOPMENT FLORIDA LLC<br>C/O SUNTRUST BANK<br>PO BOX 918983<br>ORLANDO, FL 32891-8983 |
| CREDITOR ID: 1371-07<br>GENERAL ELECTRIC CAPITAL BUSINESS<br>LOAN# 95-00068 ACCT # 37566<br>PO BOX 402363<br>ATLANTA, GA 30384-2363 | CREDITOR ID: 1377-07<br>GEORGE CHEN FORMOSA DEVELOPERS<br>7836 W. ORLP BRONSON HIGHWAY<br>KISSIMMEE, FL 34747 | CREDITOR ID: 1380-07<br>GLA LLC<br>C/O RETAIL PLANNING CORPORATION<br>35 JOHNSON FERRY ROAD<br>MARIETTA, GA 30067 |
| CREDITOR ID: 1382-07<br>GLIMCHER PROPERTIES LIMITED<br>C/O FIRSTSTAR BANK<br>PO BOX 641973<br>CINCINNATI, OH 45264-1973 | CREDITOR ID: 1383-07<br>GLYNN ENTERPRISES LLC<br>C/O ZIFF PROPERTIES INC.<br>PO BOX 751554<br>CHARLOTTE, NC 28275-1554 | CREDITOR ID: 315826-40<br>GOODINGS SUPERMARKETS INC<br>PO BOX 691329<br>ORLANDO, FL 32869-1329 |
| CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802 | CREDITOR ID: 1389-07<br>GRE CORALWODD LP<br>C/O STILES PROPERTY MANAGEMENT<br>300 SE 2ND STREET<br>FORT LAUDERDALE, FL 33301 | CREDITOR ID: 1399-07<br>GS II JACKSONVILLE REGIONAL<br>PO BOX 73153<br>CLEVELAND, OH 44193 |
| CREDITOR ID: 1352-07<br>GUILFORD, FRANK W JR, TRUSTEE<br>TRUST UNDER VICTORIA FASCELL WILL<br>400 UNIVERSITY DRIVE STE 200<br>CORAL GABLES, FL 33134 | CREDITOR ID: 2273-07<br>GULF COAST PROPERTIES<br>PO BOX 24087<br>NEW ORLEANS, LA 70184-4087 | CREDITOR ID: 2275-07<br>GULFPORT PLAZA CENTER INC<br>10341 BARRY DRIVE<br>LARGO, FL 33774 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410506-15<br>GULFPORT/ORANGE GROVE ASSOCS, LTD<br>C/O ECMC<br>ATTN JOHN C T EDWARDS, AGENT<br>6055 PRIMACY PARKWAY, SUITE 402<br>MEMPHIS TN 38119 | CREDITOR ID: 1406-07<br>HADDCO PROPERTIES LTD PARTNERS<br>C/O ATLANTIC COMMERCIAL PROPER<br>8761 PERIMETER PARK BLVD.<br>JACKSONVILLE, FL 32216 | CREDITOR ID: 1407-07<br>HALL PROPERTIES<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 |
| CREDITOR ID: 2284-07<br>HALL PROPERTIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2720 PARK STREET, APT 204<br>JACKSONVILLE FL 32205-7645 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>C/O ROBERT A HECKIN, ESQ<br>1 SLGIMAN PARKWAY, STE 280<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 2684-07<br>HALL, WILLIAM H<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 315835-40<br>HALPERN ENTERPRISES INC<br>ATTN A/R MANAGER<br>5269 BUFORD HIGHWAY<br>ATLANTA, GA 30340 | CREDITOR ID: 315836-40<br>HAMMERDALE INC<br>C/O R ALEX SMITH<br>PO DRAWER 3308<br>MERIDIAN, MS 39303 |
| CREDITOR ID: 405981-99<br>HAMMERDALE INC NV<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 383961-47<br>HAMMONTON PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 2294-07<br>HAYDAY INC<br>PO BOX 350940<br>MIAMI, FL 33135-0940 |
| CREDITOR ID: 315839-40<br>HAYDEL REALTY COMPANY INC<br>PO BOX 26194<br>NEW ORLEANS, LA 70186-6194 | CREDITOR ID: 1543-07<br>HEARD, LAWRENCE M<br>C/O ARIANA ASSOCIATES<br>3904 HALL OAK COURT<br>VALRICO, FL 33594 | CREDITOR ID: 1419-07<br>HEATHROW SQUARE LLC<br>ATTN:  LEIGH RUSHING<br>12121 WILSHIRE BLVD #512<br>LOS  ANGELES, CA 90025 |
| CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ<br>100 CENTERVIEW DRIVE, STE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1420-07<br>HELENA MARKETPLACE LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA<br>SUITE 102<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 2299-07<br>HENDERSON CORPORATION<br>PO BOX 150<br>WINTER PARK, FL 32790 |
| CREDITOR ID: 1423-07<br>HERITAGE COMMUNITY BANK<br>19540 VALDOSTA HIGHWAY<br>VALDOSTA, GA 31602 | CREDITOR ID: 1425-07<br>HERITAGE PROP INVESTMENT LTD P<br>GROUP #37 - #03721781<br>PO BOX 3165<br>BOSTON, MA 02241-3165 | CREDITOR ID: 1428-07<br>HERMAN MAISEL & CO INC<br>PO BOX 7481<br>MOBILE, AL 36670 |
| CREDITOR ID: 1429-07<br>HIALEAH FEE COMMONS LTD<br>1800 SUNSET HARBOUR DRIVE, STE. 2<br>MIAMI BEACH, FL 33139 | CREDITOR ID: 1430-07<br>HIALEAH PROMENADE LIMITED PART<br>C/O STERLING CENTRE CORP MGT SERV<br>1 N. CLEMATIS STREET<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 1433-07<br>HIGHLAND LAKES ASSOCIATES<br>PO BOX 643342<br>PITTSBURGH, PA 15264-3342 |
| CREDITOR ID: 1434-07<br>HIGHLAND SQ SHOP CENTER<br>C/O THE SEMBLER COMPANY<br>PO BOX 409824<br>ATLANTA, GA 30384-9824 | CREDITOR ID: 397243-68<br>HILL LANES INC.<br>ATTN: ROBERT BIER<br>525 ROUTE 9 NORTH<br>HOPELAWN, NJ 08861 | CREDITOR ID: 1438-07<br>HILYARD MANOR ASSOCIATES LLP<br>C/O AARON J. EDELSTEIN<br>36 ISLAND AVENUE<br>SUITE #56<br>MIAMI BEACH, FL 33139 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1439-07<br>HOBE SOUND S C COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 2305-07<br>HOLBROOK HERITAGE HILLS LP<br>PO BOX 663<br>MABLETON, GA 30126-0663 | CREDITOR ID: 2306-07<br>HOMESTEAD PLAZA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1443-07<br>HOMOSASSA ASSOCIATION<br>6700 NW BROKEN SOUND PKWY, STE. 201<br>BOCA RATON, FL 33487 |
| CREDITOR ID: 1444-07<br>HOUSTON CENTRE LLC<br>PO BOX 1382<br>DOTHAN, AL 36302 | CREDITOR ID: 1446-07<br>HPC WADE GREEN LLC<br>3838 OAK LAWN<br>SUITE 810<br>DALLAS, TX 75219 | CREDITOR ID: 2278-07<br>HR ORLANDO LLC<br>PO BOX 2771<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 315841-40<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE, FL 33617-3004 | CREDITOR ID: 2311-07<br>HURTAK FAMILY PARTNERSHIP LTD<br>525 NE 58 STREET<br>MIAMI, FL 33137 | CREDITOR ID: 1452-07<br>ICOS LLC<br>ELIO OR ALEX MADDALOZZO<br>740 HARBOR DRIVE<br>KEY BISCAYNE, FL 33149 |
| CREDITOR ID: 1453-07<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE, FL 33394 | CREDITOR ID: 1454-07<br>IMPERIAL CHRISTINA SHOPPING CENTER<br>C/O BRUCE STRUMPF INC.<br>314 S. MISSOURI AVENUE, STE. 305<br>CLEARWATER, FL 33756 | CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>C/O JOSEPH N PERLMAN LAW OFFICES<br>ATTN JOSEPH N PERLMAN, ESQ<br>1101 BELCHER ROAD, SUITE B<br>LARGO FL 33771 |
| CREDITOR ID: 1455-07<br>INDEPENDENCE SQUARE<br>ALBA CONSULTING CORP<br>1420 COURT STREET<br>CLEARWATER, FL 33756 | CREDITOR ID: 1460-RJ<br>INDIANAPOLIS LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITILAND, FL 32794-1483 | CREDITOR ID: 1459-RJ<br>INDIANAPOLIS LIFE INSURANCE CO<br>C/O ISOLA & ASSOCIATES INC<br>PO BOX 941483<br>MAITLAND, FL 32791-1483 |
| CREDITOR ID: 2316-07<br>INDRIO CROSSINGS INC<br>806 EAST 25TH STREET<br>SANFORD, FL 32771 | CREDITOR ID: 1463-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3305 | CREDITOR ID: 1462-07<br>INLAND SOUTHEAST PROPERTY MGMT<br>PO BOX 31005<br>TAMPA, FL 33631-3005 |
| CREDITOR ID: 1464-07<br>INTERCHANGE ASSOCIATES INC<br>190 SOUTH SYKES CREEK PKWY., STE. 4<br>MERRITT ISLAND, FL 32952 | CREDITOR ID: 1466-07<br>INTRACOASTAL MALL LLC<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD., SUITE 450<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1471-07<br>IRT PARTNERS LP EQUITY ONE REA<br>PO BOX 01-9170<br>MIAMI , FL 33101-9170 |
| CREDITOR ID: 410788-15<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1472-07<br>IRT PROPERTY COMPANY<br>PO BOX 945793<br>ATLANTA, GA 30394-5793 | CREDITOR ID: 1473-07<br>ISLAND PLAZA LLC<br>ATTN RICHARD S YOUNG<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI, FL 33139 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1474-07<br>ISRAM REALTY & MANAGEMENT INC<br>C/O ISRAM ESCROW/FOREST EDGE<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 | CREDITOR ID: 397244-68<br>JAMARCO REALTY, LLC<br>ATTN: JOHN P. MANES<br>144 JUNE ROAD<br>NORTH SALEM, NY 10560 | CREDITOR ID: 2327-07<br>JAMERSON INVESTMENTS<br>2517-B EAST COLONIAL DRIVE<br>ORLANDO, FL 32803-3359 |
| CREDITOR ID: 2326-07<br>JB LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE, LA 70004-0518 | CREDITOR ID: 315854-40<br>JDN REALTY CORP<br>ACCT# 190260-JD1766<br>PO BOX 532614  DEPT 260<br>ATLANTA, GA 30353-2614 | CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 |
| CREDITOR ID: 315855-40<br>JEROME H & FAITH PEARLMAN TRUST<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA  MONICA, CA 90402 | CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | CREDITOR ID: 1492-RJ<br>JRT REALTY GROUP - TIAA<br>CORPORATE PLAZA OF DEERWOOD<br>8663 BAYPINE ROAD<br>JACKSONVILLE, FL 32256 |
| CREDITOR ID: 315859-40<br>JUPITER PALM ASSOC<br>7000 W PALMETTO PARK ROAD<br>SUITE 203<br>BOCA RATON, FL 33433 | CREDITOR ID: 315776-40<br>KAMIN, DANIEL G<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 | CREDITOR ID: 315815-40<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA, GA 30325 | CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 | CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 | CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH, FL 32176 |
| CREDITOR ID: 410877-15<br>KMART CORPORATION<br>C/O DYKEMA GOSSETT PLLC<br>ATTN BRENDAN G BEST, ESQ<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-7019 | CREDITOR ID: 1512-RJ<br>KOGER EQUITY<br>PO BOX 538266<br>ACCT# 648015<br>ATLANTA, GA 30353-8266 |
| CREDITOR ID: 315827-40<br>KONRAD, GORDON K<br>PO BOX 10890<br>JEFFERSON, LA 70181 | CREDITOR ID: 2355-RJ<br>KPT COMMUNITIES LLC<br>C/O KIMCO REALTY CORP.<br>3333 NEW HYDE PARK<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1516-07<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>WILLIAMS & ANDERSON PLC<br>ATTN JOHN KOOISTRA, III, ESQ<br>TWENTY SECOND FLOOR<br>111 CENTER STREET<br>LITTLE ROCK  AR 72201 | CREDITOR ID: 1522-07<br>LA PETITE ROCHE CENTER GENERAL<br>C/O DOYLE ROGERS COMPANY<br>PO DRAWER A<br>BATESVILLE, AR 72503 | CREDITOR ID: 2363-07<br>LAKE JACKSON TRADING POST<br>151 SAWGRASS CORNERS DRIVE, SUITE 2<br>PONTE VEDRA BEACH, FL 32082-1929 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1527-07<br>LAKE SUN PROPERTIES LTD<br>ATTN ROGER F RUTTENBERG, GP<br>55 E MONROE, STE 1890<br>CHICAGO, IL 60603-2390 | CREDITOR ID: 1528-07<br>LAKELAND PARTNERS<br>C/O BRANDYWINE GROUP INC<br>PO BOX 999<br>CHADDS FORD, PA 19317-0999 | CREDITOR ID: 410958-15<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 1531-07<br>LAND DADE INC<br>4 MARINA ISLES BLVD<br>STE 302<br>INDIAN HARBOUR BCH, FL 32937 | CREDITOR ID: 1533-07<br>LANDSOUTH PARTNERS<br>5001 N KINGS HIGHWAY<br>SUITE 203<br>MYRTLE  BEACH, SC 29577 | CREDITOR ID: 1534-07<br>LANGDALE TIRE CO<br>ATTN LOUIS CASSOTA<br>PO BOX 1088<br>VALDOSTA, GA 31603-1361 |
| CREDITOR ID: 2368-07<br>LAPALCO VILLAGE SHOPPING CENTER<br>7809 AIRLINE HWY SU 309<br>METAIRIE, LA 70003 | CREDITOR ID: 1537-07<br>LARAMIE RIVER BAY LP<br>RIVER BAY PLAZA<br>PO BOX 6006<br>HICKSVILLE, NY 11802-6006 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 2372-07<br>LAUDERHILL MALL<br>1267 NW 40TH AVE<br>LAUDERHILL, FL 33313 | CREDITOR ID: 1542-RJ<br>LAUREATE CAPITAL<br>PO BOX 890090<br>CHARLOTTE, NC 28289-0090 |
| CREDITOR ID: 1545-07<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | CREDITOR ID: 1845-07<br>LEFCOURT, SIDNEY<br>2100 PONCE DE LEON BLVD, STE 800<br>CORAL  GABLES, FL 33134-5200 | CREDITOR ID: 1549-07<br>LF LIMITED LP & WALNUT STREET<br>C/O COLLIERS CAUBLE CO<br>1349 W PEACHTREE STREET SUITE<br>ATLANTA, GA 30309 |
| CREDITOR ID: 1548-07<br>LF LIMITED LP & WALNUT STREET<br>C/O COLLIERS CAUBLE & CO<br>1349 WEST PEACHTREE STREET<br>ATLANTA, GA 30309-2956 | CREDITOR ID: 1550-07<br>LIBBY CROSS STATION ENTERPRISE<br>ATTN: RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | CREDITOR ID: 2379-07<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG, MS 39401 |
| CREDITOR ID: 2380-07<br>LINCOLN TRUST COMPANY, CUSTODIAN<br>FBO JOHN C. STROUGO<br>717 17TH ST STE 1700<br>DENVER CO 80202-3331 | CREDITOR ID: 2358-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 1517-07<br>LJ MELODY & COMPANY<br>C/O BANK ONE<br>PO BOX 297480<br>HOUSTON, TX 77297 |
| CREDITOR ID: 1518-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 2382-07<br>LOCKWOOD ASSOC OF GA LP<br>80 W WIEUCA RD STE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 1520-07<br>LOL LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL  GABLES, FL 33143 |
| CREDITOR ID: 1560-07<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133-1900 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 |
| CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 1569-RJ<br>MAGNOLIA PARK SHOPPING CENTER<br>C/O TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE WORTH, FL 33461 | CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 |
| CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 | CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>ATTN ROBERT KANE<br>PO BOX 2130<br>BAY SAINT LOUIS, MS 39521 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 |
| CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1578-07<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1579-07<br>MARKETPLACE OF DELRAY LTD<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1580-07<br>MARKETPLACE SHOPPING CENTER<br>C/O EDENS & AVANT<br>FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 |
| CREDITOR ID: 315802-40<br>MCLAIN, EUGENE M<br>PO BOX 2199<br>HUNTSVILLE, AL 35804-2199 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>147 WEST LYMANN AVENUE<br>WINTER PARK FL 32789 |
| CREDITOR ID: 1588-07<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1589-07<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1590-07<br>MELBOURNE BEACH LLC<br>C/O WESTCO DEVELOPMENT<br>3125 SOUTHWEST MAPP ROAD<br>PALM CITY, FL 34990 |
| CREDITOR ID: 1591-07<br>MELLON TRUST OF CALIFORNIA<br>SAMUAL OSCHIN TRUSTEE<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES CA 90024 | CREDITOR ID: 1593-07<br>MERIDIAN SUPERMARKET LLC<br>24E COTA STREET<br>SUITE 100<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 316158-40<br>MET LIFE<br>5647 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32254 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1595-07<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>EATONTOWN, NJ 07724 | CREDITOR ID: 1596-07<br>MID AMERICAN MANAGEMENT CORP<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | CREDITOR ID: 1598-RJ<br>MIDLAND LOAN SERVICES<br>C/O PNC BANK PITTSBURGH<br>LOAN 030231723<br>PO BOX 642303<br>PITTSBURGH, PA 15264-2303 |
| CREDITOR ID: 1600-RJ<br>MIDLAND LOAN SERVICES INC<br>C/O PNC BANK PITTSBURGH<br>LOAN 921444<br>PO LOCKBOX 642303<br>PITTSBURGH, PA 15264-2303 | CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 2410-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH, FL 33010 |
| CREDITOR ID: 256520-12<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 1605-07<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080 |
| CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 1607-07<br>MODERN WOODMAN OF AMERICA<br>C/O THE INTERLACHEN CO<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 2411-07<br>MODERN WOODMEN OF AMERICA<br>1701 1ST AVENUE<br>ROCK ISLAND, IL 61201 |
| CREDITOR ID: 1609-07<br>MODERN WOODMEN OF AMERICA<br>C/O INTERLACHEN COMPANY<br>PO BOX 1916<br>WINTER  PARK, FL 32790 | CREDITOR ID: 2412-07<br>MOHATRA INC<br>6500 W 4TH AVE OFC 39<br>HIALEAH, FL 33012-6670 | CREDITOR ID: 1611-07<br>MONROEVILLE CENTER PARTNERS LTD<br>PO BOX 230<br>POINT  CLEAR, AL 36564 |
| CREDITOR ID: 408167-15<br>MONROEVILLE CENTER PARTNERS, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 256657-12<br>MOORINGS OF MANATEE INC<br>ATTN BARRY SPENCER, PRESIDENT<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 | CREDITOR ID: 2413-07<br>MOORINGS OF MANATEE INC<br>430 INTERSTATE COURT<br>SARASOTA, FL 34240 |
| CREDITOR ID: 1614-07<br>MORRIS TRACK CORP &<br>WILLISTON HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>2601 BISCAYNE BLVD<br>MIAMI, FL 33137 | CREDITOR ID: 2416-RJ<br>MOULTON PROPERTIES<br>PO BOX 12524<br>PENSACOLA, FL 32573-2524 | CREDITOR ID: 408316-15<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904 | CREDITOR ID: 1628-07<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>2299 SW 37TH AVE<br>MIAMI, FL 33145 |
| CREDITOR ID: 1629-07<br>NATIONAL WESTERN INSURANCE COMPANY<br>ATTN: MORTAGE LOAN DEPT<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 1630-07<br>NATIONAL WESTERN LIFE INSURANCE<br>ATTN MTG LOAN DEPT FOR STORE #<br>850 EAST ANDERSON LANE<br>AUSTIN, TX 78752-1602 | CREDITOR ID: 1631-07<br>NAVARRE SQUARE<br>C/O RUTLAND VAN CAMP ASSOC<br>PO BOX 230758<br>MONTGOMERY, AL 36123 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1632-07<br>NB/85 ASSOCIATES WAYNE M RUBEN<br>C/O BENDERSON DEVE CO<br>BRADEN RIVER PO LEASE # 49705<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 1635-07<br>NEW ENGLAND REALTY RESOURCES<br>C/O JOSEPH NORRIS<br>10 WINTHROP SQUARE<br>BOSTON, MA 02110 | CREDITOR ID: 241335-07<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 |
| CREDITOR ID: 1644-07<br>NEW PLAN EXCEL REALTY TRUST INC<br>PO BOX 402938<br>ATLANTA, GA 30384-2938 | CREDITOR ID: 315880-40<br>NEW PLAN EXCEL REALTY TRUST INC<br>LEASE# 876946<br>4536 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 1648-07<br>NMB PARTNERS L P<br>ATTN: ELTING L CHAPMAN III<br>PO BOX 2384<br>MURRELLS  INLET, SC 29576 |
| CREDITOR ID: 2450-07<br>NOBLE MANAGEMENT COMPANY<br>PO BOX 100849<br>FT  LAUDERDALE, FL 33310-0849 | CREDITOR ID: 1625-07<br>NOM PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-1689 | CREDITOR ID: 2452-07<br>NORMANDY EQUITIES LTD<br>1 SLEIMAN PKWY STE 250<br>JACKSONVILLE, FL 32216 |
| CREDITOR ID: 410853-15<br>NORMANDY EQUITIES, LTD<br>ATTN BERNARD E SMITH, VP<br>1 SLEIMAN PARKWAY, SUITE 210<br>JACKSONVILLE FL 32216-8046 | CREDITOR ID: 1652-07<br>NORTH COLUMBUS CROSSING SHOPPING CT<br>ATTN: EDDIE BRANCH<br>506 MANCHESTER EXPRESSWAY<br>COLUMBUS, GA 31904 | CREDITOR ID: 1655-07<br>NORTH PORT VILLAGE SHOPPING<br>CENTER ASSOCIATES LTD<br>C/O ISRAM REALTY & MANGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 1657-07<br>NORTHEAST PLAZA ASSOCIATES<br>1345 MAIN STREET, SUITE C 2<br>SARASOTA, FL 34236-5019 | CREDITOR ID: 1658-RJ<br>NORTHERN FUNDS FBO URBANEK INV<br>PO BOX 75986<br>ACCT# 6110329270<br>CHICAGO, IL 60675-5986 | CREDITOR ID: 1661-07<br>NORTHSIDE SHOPPING CENTER<br>C/O TALCOR COMMERCIAL REAL EST<br>1018 THOMASVILLE RD SUITE 200A<br>TALLAHASSEE, FL 32303 |
| CREDITOR ID: 1662-07<br>NORTHWAY INVESTMENTS LLC<br>C/O DBR ASSET MGMT LLC<br>1 FINANCIAL PLACE SUITE 2001<br>FORT  LAUDERDALE, FL 33394 | CREDITOR ID: 1664-07<br>NORTHWOOD OAKS LLC PROVIDENCE<br>PO BOX 60608<br>CHARLOTTE, NC 28260-0608 | CREDITOR ID: 1666-07<br>O'BRIEN KIERNAN INVESTMENT COMPANY<br>1255 POST STREET, SUITE 950<br>SAN  FRANCISCO, CA 94109 |
| CREDITOR ID: 1670-07<br>OCEANWAY PLAZA ASSOC LTD<br>C/O FLETCHER BRIGHT COMPANY<br>1827 POWERS FERRY ROAD<br>ATLANTA, GA 30339 | CREDITOR ID: 410526-15<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 |
| CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 | CREDITOR ID: 411157-15<br>ORIX CAPITAL MKTS, SERIES 1997-MC1<br>HOLDERS OF MORTGAGE CAPITAL FUNDING<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411151-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD 21201 | CREDITOR ID: 411180-15<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411141-15<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411142-15<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411134-15<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 |
| CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW HYDE PARK, NY 11042-0020 |
| CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>C/O DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004-0992 | CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA, GA 30305 |
| CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN: JAMES S. CARR, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>ATTN DIANA MARRONE<br>419 W 49TH STREET, SUITE 300<br>HIALEAH FL 33012 | CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 |
| CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 | CREDITOR ID: 1689-RJ<br>PARKVIEW SQUARE OWNER CORPORATION<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 | CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS, OH 43215-2568 |
| CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>ATTN ANNE D KING, MEMBER<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>C/O CAPELL & HOWARD PC<br>ATTN JAMES L WEBB, ESQ<br>150 SOUTH PERRY STREET<br>PO BOX 2069<br>MONTGOMERY AL 36102-2069 | CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 |
| CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 |
| CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 | CREDITOR ID: 1703-07<br>PEREGINE PROPERTIES LP<br>C/O PRINCIPLE MUTUAL LIFE<br>ASSURANCE #399570<br>PO BOX 10387<br>DES MOINES, IA 50306-0387 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 | CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT MYERS, FL 33906 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>ATTN CATHY HOSN, PROP MGR<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA RATON, FL 33432 |
| CREDITOR ID: 1709-07<br>PINE PLAZA<br>LAW OFFICES OF JEFFREY SOLOMON<br>ATTN JEFFREY SOLOMON, ESQ.<br>3864 SHERIDAN STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 315889-40<br>PINEBELT PARTNERS INC<br>PO BOX 6426<br>LAUREL, MS 39441 | CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY, FL 32056 |
| CREDITOR ID: 1712-07<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>ATTN: EDMUND TERRY<br>211 ALEXANDER PAM RD<br>BOCA RATON FL 33432 |
| CREDITOR ID: 384294-47<br>PMG OCEAN ASSOCIATES II, LLC<br>C/O WANDER & ASSOCIATES, PC<br>ATTN DAVID WANDER, ESQ<br>641 LEXINGTON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 315890-40<br>PNC BANK<br>REF: ORIX CAPITAL MARKETS LLC<br>1200 E CAMPBELL ROAD<br>SUITE 108<br>RICHARDSON, TX 75081 | CREDITOR ID: 1718-RJ<br>PNC BANK PHILADELPHIA<br>LOCKBOX 31001-0363<br>465 N HALSTEAD<br>PASADENA, CA 91107-1524 |
| CREDITOR ID: 1918-07<br>POMPANO MARKETPLACE T/A WESTERN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 |
| CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 | CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE, LA 70001 |
| CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 |
| CREDITOR ID: 1741-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 399571<br>DES MOINES, IA 50306-0387 | CREDITOR ID: 1737-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 750412<br>DES MOINES, IA 50309 | CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 |
| CREDITOR ID: 1747-07<br>PROM VENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND, OH 44193-0124 | CREDITOR ID: 1746-07<br>PROMENADES MALL, LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1749-07<br>PSMA LTD AP FLA FP FLA TIC<br>C/O PHILIPS INTL HOLDING CORP<br>295 MADISON AVE 2ND FLOOR<br>NEW YORK, NY 10017-5820 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1750-07<br>QUAIL ROOST ASSOC. PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>ATTN F CARRINGTON OR R DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 410959-15<br>QUINCY ASSOCIATES<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 2491-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 2493-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG  BEACH, FL 33741-6345 | CREDITOR ID: 2494-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 |
| CREDITOR ID: 1757-07<br>RAINBOW SPRINGS VENTURES LC<br>C/O CHASE ETERPRISES<br>ONE COMMERCIAL PLAZA<br>HARTFORD, CT 06103 | CREDITOR ID: 1758-07<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R MEITIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | CREDITOR ID: 1759-07<br>RAMCO USA DEVELOPMENT INC<br>PO BOX 2291<br>174 WEST COMSTOCK AVE, SUITE 100<br>WINTER PARK, FL 32790 |
| CREDITOR ID: 279491-99<br>RAMCO-GERSHENSON PROPERTIES LP<br>C/O KUPELIAN ORMOND & MAGY PC<br>ATTN P MAGY/ T HILLER JR/M THOMPSON<br>25800 NORTHWESTERN HWY, STE 950<br>SOUTHFIELD MI 48075 | CREDITOR ID: 1760-07<br>RANDALL BENDERSON 1993-1 TRUST<br>BRADEN RIVER PO<br>LEASE# S3641<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 2497-07<br>RAYNE PLAZA SHOPPING CENTER<br>PO BOX 258<br>RAYNE, LA 70578-0258 |
| CREDITOR ID: 1765-07<br>REEF ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 | CREDITOR ID: 1765-07<br>REEF ASSOCIATES, LTD<br>C/O COURTELIS CO<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 1767-07<br>REGENCY CENTERS INC<br>MARINERS VILLAGE<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 |
| CREDITOR ID: 1768-07<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK, IL 60302 | CREDITOR ID: 1770-07<br>REGENT INVESTMENT CORPORATION<br>222 THIRD STREET SE<br>SUITE 230<br>CEDAR  RAPIDS, IA 52401 | CREDITOR ID: 1773-07<br>RETREAT VILLAGE MANAGEMENT CO<br>PO BOX 5046<br>MACON, GA 31208 |
| CREDITOR ID: 2509-07<br>RICHARD BALL & ASSOCIATES<br>PO BOX 1054<br>MINERAL  WELLS, TX 76067 | CREDITOR ID: 1777-07<br>RILEY PLACE LLC<br>PO BOX 1260<br>RIDGELAND, MS 39158 | CREDITOR ID: 1779-07<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#3068899810<br>ATLANTA, GA 30384-9436 |
| CREDITOR ID: 2516-07<br>RIZIKA, ROBERT N<br>107 WINDWARD DR<br>PALM BEACH GARDENS, FL 33418-4012 | CREDITOR ID: 2512-07<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM, MA 02027-0111 | CREDITOR ID: 410469-15<br>RMC PROPERTY GROUP<br>C/O DENNIS LEVINE & ASSOCIATES, PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 SO BOULEVARD<br>PO BOX 707<br>TAMPA FL 33601-0707 |
| CREDITOR ID: 410469-15<br>RMC PROPERTY GROUP<br>ATTN KIMBERLY LAMB, VP<br>1733 W FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 315895-40<br>ROBERT G H<br>90 ELM LANE<br>SHREWSBURY, NJ 07702 | CREDITOR ID: 2517-07<br>ROBERTSDALE DEV LLC<br>PO BOX 81322<br>MOBILE, AL 36689 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416242-15<br>ROBERTSDALE DEVELOPMENT, LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 | CREDITOR ID: 416242-15<br>ROBERTSDALE DEVELOPMENT, LLC<br>C/O L W CAVE REAL ESTATE, INC<br>PO BOX 81322<br>MOBILE AL 36689 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 |
| CREDITOR ID: 2533-07<br>ROPER, SAMUEL C<br>1209 CHICHESTER ST<br>ORLANDO, FL 32803 | CREDITOR ID: 1620-07<br>ROSENBERG, MALCOLM<br>C/O ALLSTORE<br>2734 COLONIAL AVENUE<br>ROANOKE, VA 24015 | CREDITOR ID: 1620-07<br>ROSENBERG, MALCOLM<br>C/O WOODS ROGERS PLC<br>ATTN B WEBB KING, ESQ.<br>PO BOX 14125<br>ROANOKE VA 24038 |
| CREDITOR ID: 260057-12<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 | CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 2524-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 |
| CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM, AL 35203-2767 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE, FL 33154-6612 | CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE VP<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 |
| CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 | CREDITOR ID: 1798-07<br>RSSC LLC<br>31500 NORTHWESTERN HWY, STE 300<br>FARMINGTON HILLS, MI 48334-3113 | CREDITOR ID: 2661-07<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 |
| CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE PARK, NJ 07662 | CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE, TN 37919 | CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER, FL 33763 |
| CREDITOR ID: 1802-07<br>RUTH S SMITH SNODGRASS AIRES<br>308 RUNNING WINDS LANE<br>MAITLAND, FL 32751 | CREDITOR ID: 260289-12<br>SADDLE FUND I LP<br>C/O WINTHROP INVESTMENT GROUP<br>ATTN HANS J SCHMIDT, GP<br>PO BOX 327<br>MCLEAN VA 22101 | CREDITOR ID: 260289-12<br>SADDLE FUND I LP<br>C/O NIXON PEABODY LLP<br>ATTN: DANIEL W SKLAR, ESQ<br>889 ELM STREET<br>MANCHESTER NH 03101 |
| CREDITOR ID: 315900-40<br>SALERNO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALITY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH  MIAMI  BEACH, FL 33179 | CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN:  FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 |
| CREDITOR ID: 410513-15<br>SARRIA ENTERPRISES, INC<br>C/O MICHAEL A KAUFMAN, PA<br>ATTN M KAUFMAN/A BURGER, ESQS<br>1601 FORUM PLACE, SUITE 404<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 | CREDITOR ID: 1818-07<br>SAVITAR A/M/A SRA/AMERICAN LLC<br>SAVITAR AS AGENT FOR<br>SUITE 5A<br>2301 W SAMPLE RD BLDG 3<br>POMPANO  BEACH, FL 33073 | CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 2621-07<br>SCHREIBER CO BELLEVIEW ASSOC, THE<br>235 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 2542-07<br>SCHWARTZ FAMILY TRUST<br>157 N FORMOSA AVE<br>LOS  ANGELES, CA 90036 | CREDITOR ID: 2544-07<br>SCRIBE RIVIERA JOINT VENTURE<br>6761 W INDIANTOWN RD, STE 29<br>JUPITER, FL 33458 |
| CREDITOR ID: 1828-07<br>SEBRING SQUARE LTD<br>PO BOX 2162<br>PALM BEACH, FL 33480 | CREDITOR ID: 1829-07<br>SELIG ENTERPRISES INC<br>ATTN: ROBERT C RIDDLE<br>1100 SPRING STREET<br>SUITE 550<br>ATLANTA, GA 30309 | CREDITOR ID: 315851-40<br>SELL, JAMES & CAROLYN<br>449 FAIRRIDGE ROAD<br>JOHNSON  CITY, TN 37604 |
| CREDITOR ID: 2622-07<br>SEMBLER COMPANY, THE<br>PO BOX 41847<br>ST. PETERSBURG, FL 33743-1847 | CREDITOR ID: 407735-99<br>SEMBLER COMPANY, THE, PROPERTY MGR<br>FOR HIGHLANDS SQUARE SHOPPING CTR<br>C/O PIPER LUDIN HOWIE ET AL<br>ATTN ERIC E LUDIN, ESQ<br>5720 CENTRAL AVENUE<br>ST PETERSBURG FL 33707 | CREDITOR ID: 1114-07<br>SETZER, BENJAMIN ADAM AS TRUSTEE<br>OF THE FAYE ASHLEY SETZER TST<br>C/O LEONARD SETZER<br>903 UNIVERSITY BLVD N<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 1547-07<br>SETZER, LEONARD R<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 1832-07<br>SHADES CREEK PARTNERS<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 | CREDITOR ID: 2697-07<br>SHADRALL ASSOCIATES<br>AUBURNDALE PROPERTIES LLC<br>50 TICE BLVD.<br>WOODCLIFF LAKE, NJ 07675 |
| CREDITOR ID: 1840-07<br>SHOPPES @ 104<br>PO BOX 534101<br>ATLANTA, GA 30353-4101 | CREDITOR ID: 2555-07<br>SHOPPES AT 18TH & COMMERCIAL INC<br>1717 E COMMERCIAL BLVD<br>FT. LAUDERDALE, FL 33334 | CREDITOR ID: 2556-07<br>SHOPPES AT LAKE AVENUE INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 |
| CREDITOR ID: 261010-12<br>SHOPPES OF LIBERTY CIT LLC<br>ATTN DEBRA SINKLE KOLSKY, PRES<br>1175 NE 125TH STREET, SUITE 103<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 1843-07<br>SHOPPES OF LIBERTY CIT LLC<br>C/O PLATINUM PROPERTY MGMT INC<br>1175 NE 125TH STREET SUITE 103<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 2558-07<br>SIDNEY KOHL COMPANY<br>ATTN SIDNEY KOHL, PROP MGR<br>340 ROYAL POINCIANA WAY, SUITE 305<br>PALM BEACH, FL 33480 |
| CREDITOR ID: 1193-07<br>SIMON, CHARLES, TRUSTEE<br>20801 BISCAYNE BLVD., SUITE 202<br>AVENTURA, FL 33180-1869 | CREDITOR ID: 1849-07<br>SITUS SERVICING INC<br>PO BOX 201341<br>LOAN# 3086039<br>DALLAS, TX 75320-1341 | CREDITOR ID: 1850-07<br>SIZELER COMPANIES<br>PO BOX 62073<br>NEW ORLEANS, LA 70162 |
| CREDITOR ID: 1851-07<br>SJS-WOODLAKE PLAZA LP<br>C/O BANK ATLANTIC<br>PO BOX 5512<br>FT. LAUDERDALE, FL 33319 | CREDITOR ID: 1852-07<br>SKINNERS OF JACKSONVILLE INC<br>2970 HARTLEY ROAD, SUITE 320<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 1853-07<br>SKS PROPERTIES LC<br>240 S PINEAPPLE AVE., STE 702<br>SARASOTA, FL 34236 |

SERVICE LIST

**Notice of Hearing**

**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1855-07<br>SMITH BARNEY FBO WEINACKER'S<br>SHOPPING CTR LLC<br>#1211701<br>PO BOX 2926<br>MOBILE, AL 36652-9987 | CREDITOR ID: 2563-07<br>SNELLVILLE PLAZA LTD<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD, STE M<br>ATLANTA, GA 30360 | CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 |
| CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE, MD 21275-5426 | CREDITOR ID: 1860-07<br>SOUTH PLAZA  ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 |
| CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORPORATION<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INSURANCE<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 |
| CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL, CA 94901 |
| CREDITOR ID: 1873-07<br>SOUTHGATE PLAZA 93 LTD<br>PO BOX 712219<br>CINCINNATI, OH 45271-2219 | CREDITOR ID: 407471-99<br>SOUTHLAND-CRYSTAL RIVER WD DEL BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2200<br>CHICAGO IL 60602 | CREDITOR ID: 411304-15<br>SOUTHLAND-POINCIANA WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 |
| CREDITOR ID: 1877-07<br>SOUTHVIEW SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1882-07<br>SPISHORES LLC<br>ATTN SIZELER PROPERTIES DEPOSI<br>PO BOX 62799<br>NEW  ORLEANS, LA 70162 | CREDITOR ID: 410598-15<br>SPRING HILL LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ROBERT J FEINSTEIN, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 410598-15<br>SPRING HILL LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC & DILORENZO PROP<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107 | CREDITOR ID: 1884-07<br>SPRING PLAZA LP<br>C/O SIZELER REAL ESTATE MNG CO<br>2542 WILLIAMS BLVD<br>KENNER, LA 70062-1919 | CREDITOR ID: 1886-07<br>SPRINGFIELD CROSSING LLC<br>C/O PAPPAS RETAIL LEASING & MGMT<br>PO BOX 48547<br>ST  PETERSBURG, FL 33743-8547 |
| CREDITOR ID: 1887-07<br>SPRINGHILL ASSOCIATES LLC<br>1 POSTON ROAD<br>SUITE 230<br>CHARLESTON, SC 29407 | CREDITOR ID: 1892-07<br>SRT ACQUISTION CORPORATION<br>C/O CENTURION REALTY<br>PO BOX 1171<br>NEW  YORK, NY 10018 | CREDITOR ID: 2589-RJ<br>SSKIB CORPORATION<br>903 UNIVERSITY BLVD NORTH<br>JACKSONVILLE, FL 32211-5527 |
| CREDITOR ID: 1894-07<br>ST CHARLES PARTNERS<br>ATTN R RENE BORDER, MGR<br>PO BOX 704<br>MARKSVILLE LA 71351 | CREDITOR ID: 1895-07<br>ST JOHNS COMMONS OWNER CORP<br>LASALLE BANK NA<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 | CREDITOR ID: 408166-15<br>ST STEPHENS SQUARE PARTNERS<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVE N<br>BIRMINGHAM AL 35203-2104 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2590-07<br>ST. CHARLES PARTNERS<br>PO BOX 704<br>MARKSVILLE, LA 71351 | CREDITOR ID: 2593-07<br>ST. STEPHENS PARTNERS<br>PO BOX 230<br>POINT  CLEAR, AL 36564-0230 | CREDITOR ID: 2381-07<br>STANISH, LISETTE AS TRUSTEE<br>1405 SW 107TH AVENUE, SUITE 301-B<br>MIAMI, FL 33174 |
| CREDITOR ID: 315779-40<br>STATE OF ALABAMA FINANCE DEPT<br>PO BOX 1390<br>MONTGOMERY, AL 36104 | CREDITOR ID: 1902-07<br>STW HOLDINGS LLC<br>1140 NE 163RD STREET, STE 28<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 1903-07<br>SUGARLAND SHOPPING CENTER<br>C/O SAMCO PROPERTIES INC<br>455 FAIRWAY DRIVE<br>SUITE 301<br>DEERFIELD  BEACH, FL 33441 |
| CREDITOR ID: 1905-07<br>SUMTER CROSSING PROPERTIES INC<br>C/O CONCIRE CENTERS INC<br>411 COMMERCIAL COURT SUITE E<br>VENICE, FL 34292 | CREDITOR ID: 410599-15<br>SUN CITY LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ROBERT J FEINSTEIN, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 410599-15<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10017 |
| CREDITOR ID: 1906-07<br>SUN LAKE PLAZA INC<br>PO BOX 320219<br>COCOA  BEACH, FL 32932-0219 | CREDITOR ID: 2603-07<br>SUNBURST PROPERTIES CORPORATION<br>3191 PADARO LANE<br>CARPINTERIA, CA 93013 | CREDITOR ID: 1909-07<br>SUNSET CENTRES LTD<br>C/O GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE, MD 21275-5260 |
| CREDITOR ID: 1910-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE, MD 21275-5377 | CREDITOR ID: 2607-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 | CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>C/O BLAXBERG GRAYSON KUKOFF&SEGAL<br>ATTN MOISES T GRAYSON, ESQ<br>25 SE 2ND AVENUE, SUITE 730<br>MIAMI FL 33131 |
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE, STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 410771-15<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW  YORK NY 10016 | CREDITOR ID: 1921-07<br>TATONE PROPERTIES FLA INC<br>C/O HERITAGE MGT CORP<br>PO BOX 2495<br>OCALA, FL 34478-2495 |
| CREDITOR ID: 1923-07<br>TAVARES ASSOC LTD<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 2614-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES, FL 34120 | CREDITOR ID: 1925-07<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>LOUISVILLE, KY 40202 |
| CREDITOR ID: 2615-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY., STE 217<br>STUART, FL 34994 | CREDITOR ID: 1927-07<br>TERRA NOVA REALTY ASSOC FUND<br>PO BOX 862456<br>#2000002810953<br>ORLANDO , FL 32886-2489 | CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 |
| CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 263051-12<br>TIGER CROSSING W D<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 |

**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263051-12<br>TIGER CROSSING W D<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 1936-07<br>TOULOUSE VILLAGE ASSOCIATES<br>C/O THE TROTMAN COMPANY INC<br>ATTN GREG HUGHS<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 1938-07<br>TOWN & COUNTRY SHOPPING CENTER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 |
| CREDITOR ID: 315745-40<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE, FL 32223 | CREDITOR ID: 1941-07<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | CREDITOR ID: 1943-07<br>TRIANGLE IV LLLP<br>MARK PROPERTIES INC<br>26 PARK PLACE WEST 2ND FLOOR<br>MORRISTOWN, NJ 07960 |
| CREDITOR ID: 1946-07<br>TRUSTEE OF TRUST B<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX  VA 22030 | CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 |
| CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 410746-15<br>TS MARGATE CO, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410746-15<br>TS MARGATE CO, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 |
| CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE, SUITE 400<br>ATLANTA, GA 30309 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>8698 E SAN ALBERTO DR<br>SCOTTSDALE, AZ 85258-4306 |
| CREDITOR ID: 315915-40<br>TYRONE GARDENS LLC<br>ATTN: SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN BILL NOVICK<br>401 CENTERPOINTE CIRCLE #1537<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 410795-15<br>UIRT-SKIPPER PALMS, LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 1956-07<br>UNITED COMMERCIAL MORTGAGE CORP.<br>C/O LAWERENCE KADISH<br>135 JERICHO TURNPIKE<br>OLD WESTBURY, NY 11568 | CREDITOR ID: 1957-07<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>2005 W CYPRESS CREEK RD, SUITE 202<br>FORT  LAUDERDALE, FL 33309 |
| CREDITOR ID: 410915-15<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 | CREDITOR ID: 1964-07<br>VACHLIA INC<br>111 SECOND AVENUE NE, STE 702<br>ST PETERSBURG, FL 33701 | CREDITOR ID: 1966-RJ<br>VENETIA VILLAGE CENTER<br>C/O SOUTHEAST LEASING & MGMT<br>1620 HENDRICKS AVE<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 1968-07<br>VICTORIA SQUARE PARTNERS LLC<br>C/O ISRAM REALITY & MGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 | CREDITOR ID: 264132-12<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264132-12<br>VICTORY BERRYLAND LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |

SERVICE LIST
Notice of Hearing
Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting
Third Extension of Time Within Which Debtors May Assume or
Reject Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 1969-07
VICTORY BERRYLAND LLC
VICTORY COMM REAL ESTATE INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264134-12
VICTORY COLDWATER PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264139-12
VICTORY GRETNA LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 1970-07
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 1971-07
VICTORY KENNER LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264141-12
VICTORY KENNER, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264141-12
VICTORY KENNER, LLC
506 45TH STREET SUITE B-5
COLUMBUS, GA 31904

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
PO BOX 4767
COLUMBUS, GA 31904

CREDITOR ID: 264147-12
VICTORY ROYAL PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264147-12
VICTORY ROYAL PLAZA, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT CO, LLC
C/O FOSHEE REALTY COMPANY, INC
ATTN MARY A JORDAN, PROPERTY MGR
51 TACON STREET, STE B
MOBILE, AL 36607

CREDITOR ID: 1976-07
VILLAGE ROYALE PROPERTIES LLC
C/O CB RICHARD ELLIS
6700 NORTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33309

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CTR PKWY,
LITTLE ROCK, AR 72211

CREDITOR ID: 1981-07
WACHOVIA SECURITIES
LOAN # 815114283
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1983-07
WATCH OMEGA HOLDINGS LP
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD WEST
JACKSONVILLE, FL 32217

CREDITOR ID: 1984-07
WATERS & ARMENIA PLAZA
ARTZIBUSHEV & CO
1525 W HILLSBOROUGH AVE
TAMPA, FL 33603-1200

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
ATTN LAWENCE A WATKINS, PRES
751 CHAMPAGNE ROAD
INCLINE VILLAGE NV 89451

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
C/O SHAW GUSSIS FISHMAN ET AL
ATTN BRIAN SHAW & ALLEN GUON, ESQS
321 N CLARK STREET, SUITE 800
CHICAGO IL 60610

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1992-RJ<br>WD JACKSONVILLE FL LLC<br>C/O I REISS & SONS<br>200 EAST 61ST STREET<br>NEW YORK, NY 10021 | CREDITOR ID: 316162-40<br>WD MARIANNA PORTFOLIO LP<br>C/O H&R ESTATE INVESTMENT TRU<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA | CREDITOR ID: 316163-40<br>WD MILTON PORTFOLIO LP<br>C/O H&R REAL ESTATE INVESTMENT<br>3625 DUFFERIN STREET<br>DOWNSVIEW, ON<br>CANADA |
| CREDITOR ID: 410765-15<br>WD MONTGOMERY, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410765-15<br>WD MONTGOMERY, LLC<br>C/O KAMIN REALTY, LLC<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 2671-99<br>WEAVERS CORNER JT VENTURE<br>PO BOX 7388<br>WEST PALM BEACH, FL 33405-7388 |
| CREDITOR ID: 2671-99<br>WEAVERS CORNER JT VENTURE<br>JOHN E MUFSON, P.A.<br>JOHN E MUFSON, ESQ<br>2213 N UNIVERSITY DRIVE<br>PEMBROKE PINES FL 33024 | CREDITOR ID: 1998-07<br>WEEKI WACHEE VILLAGE SHOP CENTER<br>C/O SIZELER PROPERTY INVESTORS<br>DEPOSITORY ACCOUNT<br>PO BOX 62799<br>NEW ORLEANS, LA 70162 | CREDITOR ID: 1693-07<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NIMZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606 |
| CREDITOR ID: 1999-07<br>WEINGARTEN REALTY INVESTORS<br>ATTN JENNY HYUN, ESQ.<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 | CREDITOR ID: 315922-40<br>WEINGARTEN REALTY INVESTORS<br>PO BOX 200518<br>HOUSTON, TX 77216-0518 | CREDITOR ID: 2553-07<br>WEISS, SHERI TRAGER<br>13853 THOMASVILLE CT<br>JACKSONVILLE, FL 32223 |
| CREDITOR ID: 2003-07<br>WESTFORK PLAZA<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI  BEACH, FL 33140 | CREDITOR ID: 2004-07<br>WESTGATE LLC<br>ATTN: JAMES A CAIN<br>PO BOX 3242<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 2006-07<br>WESTON ROAD SHOPPING CENTER<br>470 BILTMORE WAY<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 2008-07<br>WESTWOOD SHOPPING CENTER<br>C/O MARRERO LAND<br>5201 WESTBANK EXPRESSWAY<br>MARRERO, LA 70072 | CREDITOR ID: 2009-07<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE, AL 36607 | CREDITOR ID: 407487-99<br>WILMINGTON TRUST CO//WADE, WJ, TTEES<br>SOUTHLAND-AMITE WD DEL BUS TRUST<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 |
| CREDITOR ID: 407485-99<br>WILMINGTON TRUST CO//WADE, WJ, TTEES<br>SOUTHLAND BIRMINGHAM WD DEL BUS TRU<br>C/O NEAL BERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 411321-15<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-RIVER RIDGE WD DEL BUS TR<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 407469-99<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ANDERSON WD DEL BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 |
| CREDITOR ID: 2015-07<br>WINBROOK MANAGEMENT INC<br>MANAGING AGENT FOR FESTIVAL CE<br>370 SEVENTH AVENUE<br>NEW  YORK, NY 10001 | CREDITOR ID: 2018-07<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL<br>PO BOX 2287<br>GREENVILLE, SC 29602 | CREDITOR ID: 2020-07<br>WIREGRASS PLAZA LLC<br>C/O ARONOV REALTY MGMT INC<br>PO BOX 235021<br>MONTGOMERY, AL 36105-5021 |
| CREDITOR ID: 2024-07<br>WRI/TEXLA LLC<br>ATTN: PROPERTY MGMT<br>PO BOX 924133<br>HOUSTON, TX 77292-4133 | CREDITOR ID: 265053-24<br>WRI/TEXLA LLC<br>ATTN JENNY HYUN, ESQ<br>2600 CITADEL PLAZA DRIVE<br>HOUSTON TX 77008 | CREDITOR ID: 2025-07<br>XARLA REALTY LLC<br>C/O ALLEN RILEY CO INC<br>200 PARK AVE., SUITE 200<br>NEW  YORK, NY 10166 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion For Order Under 11 U.S.C. 365(d)(4) Granting**
**Third Extension of Time Within Which Debtors May Assume or**
**Reject Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 2026-07
YDB THREE LAKES LC
C/O ELYSEE INVESTMENT CO
601 W 182ND ST 1ST FL
NEW YORK, NY 10033

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 397246-68
ZSF/WD CHARLOTTE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397247-68
ZSF/WD CLAYTON, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397248-68
ZSF/WD FITZGERALD, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397249-68
ZSF/WD GREENVILLE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397250-68
ZSF/WD HAMMOND, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397251-68
ZSF/WD JACKSONVILLE, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397252-68
ZSF/WD MONTGOMERY-31, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397253-68
ZSF/WD OPA LOCKA, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 397254-68
ZSF/WD ORLANDO, LLC
ADMINISTRATIVE GENERAL PARTNER
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

CREDITOR ID: 2027-07
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2692-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 416970-LL
ZURICH STRUCTURED FINANCE
C/O EUCLIKD WAREHOUSES INC
ATTN: CHRISTIAN HALABI
105 E 17TH ST, 4TH FL
NEW YORK NY 10003-2105

**Total:   771**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 15, 2005, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Granting Third Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property.

Only objections filed with the Court and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 and on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **December 8, 2005** will be considered by the Bankruptcy Court at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  November 23, 2005

SKADDEN, ARPS, SLATE,                              SMITH HULSEY & BUSEY
  MEAGHER & FLOM LLP


By    /s/ D. J. Baker_____          By    /s/ Cynthia C. Jackson_____
       D. J. Baker                                              Stephen D. Busey
       Sally McDonald Henry                             James H. Post
       Rosalie Walker Gray                               Cynthia C. Jackson
       Adam S. Ravin
                                                                     Florida Bar Number 498882
Four Times Square                                       225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida  32202
(212) 735-3000                                            (904) 359-7700
(917) 777-2150 (facsimile)                            (904) 359-7708 (facsimile)
djbaker@skadden.com                                  cjackson@smithhulsey.com

- 2 -

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) GRANTING THIRD EXTENSION OF TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move for entry of an order under 11 U.S.C. § 365(d)(4) further extending the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property (the "Motion"). In support of the Motion, the Debtors respectfully represent as follows:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request has been made for the appointment of a trustee or examiner.  On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  Subsequently, on August 17, 2005, the U.S. Trustee appointed an official committee of equity security holders (the "Equity Committee").

3.      The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  As of the Petition Date, the Debtors were considered to be the eighth-largest food retailer in the United States and one of the largest in the Southeast, with more than 900 stores in the United States.

4.      Prior to the Petition Date, the Debtors and their financial advisors began a comprehensive analysis of the Debtors' businesses to determine how best to maximize their value.  In connection with this analysis, the Debtors announced a series of actions to improve their competitive position, which the Debtors refer to as their Strategic Plan.

5.      In connection with the Strategic Plan, the Debtors and their financial advisors analyzed the Debtors' market areas and determined that some of these markets are noncore, with limited opportunities for the Debtors and unprofitable operations in the aggregate.  Prepetition, the Debtors sold or closed 111 stores in these noncore areas and another 45 unprofitable stores located in core market areas.  Postpetition, the Debtors determined that all stores in the noncore areas should be sold or closed.

6.      Shortly after the Petition Date, the Debtors obtained authority to reject approximately 150 unexpired leases effective as of the Petition Date.  Thereafter, the Debtors, in consultation with their major creditor constituencies, formulated and implemented a market area reduction program (the "Footprint Process") pursuant to which the Debtors undertook to close or sell 326 additional stores (the "Targeted Stores").  The purpose of the Footprint Process was to enable the Debtors to focus on their strongest markets where they have a significant market share position, significantly reducing the number of stores and other facilities in which they operated as of the Petition Date.

7.      On July 1, 2005, the Debtors filed the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, pursuant to which they sought, among other things, authority to sell their leasehold interests in several stores.  An auction was held on July 18, 2005 at which bids were accepted on 102 stores. Following the closing of contingency periods, on July 27, 28 and 29, 2005, the Debtors obtained Court approval for the sale of 84 stores.  The Debtors held a second auction in August, 2005.  As a result of the second auction, the Debtors sold and/or terminated leases for 27 stores.

8.      To date, the Debtors have completed the sale of 81 stores.  Proceeds from completed sales exceeded $40 million, exclusive of consideration received for inventory.  The Targeted Stores that were not sold have now been rejected under a Court-approved rejection procedure.  Additionally, the Debtors have obtained Court approval to reject 60 other unexpired leases (and subleases) of non-residential real property, separate and apart from rejections of the Targeted Stores.  The Debtors filed a motion seeking to reject another 21 leases (including subleases) on November 11, 2005, which is scheduled for hearing on December 1, 2005.

9.    In order to provide time for this process, the Debtors have previously requested and obtained two prior extensions of the 365(d)(4) period.  On May 6, 2005, the Court entered an Order extending to September 19, 2005 the Debtors' 60-day initial period to assume or reject unexpired nonresidential real property leases.  Thereafter on September 12, 2005, the Court entered an order extending the Debtors' period for an additional 90 days.  That deadline will expire on December 19, 2005, if not extended.

10.    Although the Footprint Process is now largely complete, for the reasons discussed below, the Debtors require additional time to decide whether to assume or reject their remaining 630 (approximately) unexpired real property leases.

11.    This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

12.    The statutory predicate for the relief requested in the Motion is section 365(d)(4) of the Bankruptcy Code.

## Relief Requested

13.    By this Motion, the Debtors seek entry of an order further extending the period within which they must move to assume or reject unexpired nonresidential real property leases, through and including March 20, 2006 (the "Extension Period").

## Basis for Relief

14.    As of the date of this Motion, the Debtors are lessees under more than 630 unexpired leases of nonresidential real property (collectively, the "Unexpired Leases").  As noted above, since the Petition Date the Debtors have exited approximately 326 stores--some through

4

assumption and assignment of the subject leases and the others through lease rejection. Additionally, the Debtors have rejected leases for over 200 non-operating stores and facilities.

15.     Given the large number of Unexpired Leases that still exist in these proceedings, the Debtors require an extension of the section 365(d)(4) deadline in order to determine, in the context of a going forward business plan, whether to assume or reject each of the remaining Unexpired Leases.  The Debtors, with the assistance of their advisors, are analyzing the remaining Unexpired Leases to determine which will be critical to their reorganization.

16.     If the Debtors' time to assume or reject is not extended beyond December 19, 2005, the Debtors will be compelled, prematurely and without regard to their business plan, to either assume substantial, long-term liabilities under the Unexpired Leases or forfeit benefits associated with the Unexpired Leases.  Either course would be detrimental to the Debtors' ability to operate and preserve the going-concern value of their business for the benefit of all creditors and other parties in interest.  Deciding whether and when to assume, assign or reject the Unexpired Leases requires the Debtors to determine whether particular leased premises are necessary to their business plan and whether assigning certain Unexpired Leases will benefit the Debtors' estates more than rejecting them.

17.     Until the Debtors have an opportunity to refine their business plan and negotiate and propose a plan of reorganization, they must maintain the flexibility to assume or reject their remaining Unexpired Leases.  To compel a premature decision would limit the Debtors' ability to establish the most appropriate composite of stores to serve as the foundation for such plan. Allowing the Debtors to have the additional time to make such decision will benefit all creditors by ensuring that the plan of reorganization reflects the most profitable store composition.

**Applicable Authority**

18.    Section 365(d)(4) of the Bankruptcy Code provides that:

> [n]otwithstanding paragraphs (1) and (2), in a case under any chapter of this title, if the trustee does not assume or reject an unexpired lease of nonresidential real property under which the debtor is the lessee within 60 days after the date of the order for relief, <u>or within such additional time as the court, for cause, within such 60-day period, fixes</u>, then such lease is deemed rejected, and the trustee shall immediately surrender such nonresidential real property to the lessor.

11 U.S.C. § 365(d)(4) (emphasis added). Thus, the Court can, for cause, order an extension of the period during which a debtor-in-possession must assume or reject nonresidential real property leases upon the filing of a motion for such relief within the 60-day period or extensions thereof.  <u>In re Burger Boys</u>, 94 F.3d 755, 760-61 (2d Cir. 1996); <u>In re Wedtech Corp.</u>, 72 B.R. 464, 468-70 (Bankr. S.D.N.Y. 1987).

19.    Courts considering the issue have set forth the following nonexhaustive list of factors relevant to the determination of whether cause exists to extend the period during which a debtor-in-possession must assume or reject nonresidential real property leases:  "(1) whether the debtor was 'paying for the use of the property'; (2) whether 'the debtor's continued occupation . . . could damage the lessor beyond [] the compensation available under the Bankruptcy Code'; (3) whether the lease is the debtor's primary asset; and (4) whether the debtor has had sufficient time to formulate a plan of reorganization."  <u>Burger Boys</u>,  94 F.3d at 761 (<u>quoting</u> <u>Theatre Holding Corp. v. Mauro</u>, 681 F.2d 102, 105-06 (2d Cir. 1982)); <u>In re Beautyco, Inc.</u>, 307 B.R. 225, 231 (Bankr. N.D. Okla. 2004) (<u>citing</u> <u>Burger Boys</u> factors); <u>see also</u> <u>Legacy, Ltd. v. Channel Home Centers (In re Channel Home Centers)</u>, 989 F.2d 682, 689 (3d Cir. 1993) ("[I]t is permissible for a bankruptcy court to consider a particular debtor's need for more time in order to analyze leases in light of the plan it is formulating.") (citing <u>Wedtech</u>, 72 B.R. at 471-72)).

6

20.     In this case, all of these factors are satisfied.  First, the Debtors are paying for use

of the property at the applicable lease rates and are continuing to perform their other obligations

under the Unexpired Leases in a timely fashion.

21.     Second, there is no reason why the Debtors' proposed extension of the time to

assume or reject could or would damage the landlords party to the Unexpired Leases (the

"Lessors") beyond the compensation that is available to the Lessors under the Bankruptcy Code.

Indeed, pursuant to section 365(d)(3) of the Bankruptcy Code, the Lessors enjoy a preferred and

relatively low-risk position.[2]  There would, thus, be no harm to the Lessors should the Court

extend the period within which the Debtors must assume or reject the Unexpired Leases.

Further, the Debtors propose that each Lessor be permitted to seek to shorten the Extension

Period for cause with respect to a particular Unexpired Lease.  This ability to request relief from

the Extension Period ensures that no Lessor will be prejudiced by the requested extension of

time.

22.     Third, the Unexpired Leases are important assets of the Debtors.  Indeed, the

Unexpired Leases are an integral component of the Debtors' business operations.  If the Debtors

were forced to decide prematurely to assume or reject the Unexpired Leases, the impact on their

business would be significant.  Rejection of the Unexpired Leases at this stage might disrupt the

core of the Debtors' businesses and impair the Debtors' ability to administer and reorganize the

business.  The Debtors believe that such disruption is likely to cause material, irreparable harm

to the Debtors' estates.  On the other hand, assumption at this stage would give rise to significant

---

[2]     Under section 365(d)(3), a debtor-in-possession must timely perform its postpetition leasehold obligations
that are allocable to periods preceding the debtor's rejection of the lease.  See, e.g., In re Handy Andy Home
Improvement Ctrs., Inc., 144 F.3d 1125, 1126-27 (7th Cir. 1998); Schneider & Reiff v. William Schneider, Inc. (In
re William Schneider, Inc.), 175 B.R. 769, 770 (S.D. Fla. 1994); In re Ames Dep't Stores, Inc., 306 B.R. 43, 80
(Bankr. S.D.N.Y. 2004) ("[T]he Landlords are entitled to unpaid rent under section 365(d)(3) to the extent … it is
allocable to the post-petition, prerejection, period").

cure costs as well as administrative claim liability if, as a result of the Debtors' testing of their business plan, the Debtors determine that they need to later reject an Unexpired Lease that was prematurely assumed.

23.     Fourth, the development of a plan of reorganization is necessarily tied to the outcome of the lease assumption/rejection analysis, and the Debtors have not yet had the opportunity to negotiate and propose a reorganization plan.  Rather, the Debtors have been focusing their efforts upon stabilizing their businesses and developing -- and now monitoring, testing and refining -- a business plan that reflects the smaller "footprint".  As the Third Circuit observed in Channel Home Centers, 989 F.2d at 689, "nothing prevents a bankruptcy court from granting an extension because a debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."  Once the business plan is tested and refined, a workable plan of reorganization can be negotiated and proposed.

24.     Additional extensions of the time period for assuming or rejecting nonresidential real property leases are routinely granted by the courts.  See, e.g., In re Safety-Kleen Corp., Case No. 00-2303 (Bankr. D. Del. Feb. 11, 2002) (granting extension until effective date of plan); In re Solutia Inc., Case No. 03-17949 (Bankr. S.D.N.Y. November 4, 2005) (granting eighth extension of period in which to assume or reject unexpired nonresidential real property leases, bringing aggregate extensions to almost two years); In re Spiegel, Inc., Case No. 03-11540 (Bankr. S.D.N.Y. August 3, 2005) (granting fourth extension of period in which to assume or reject unexpired nonresidential real property leases, bringing aggregate extensions to approximately 20 months); In re Adelphia Communications Corp., Case No. 02-41729 (Bankr.

S.D.N.Y. September 7, 2005) (granting eleventh extension (through confirmation of plan) in which to assume or reject unexpired nonresidential real property leases).

25.     The Debtors hope to make considerable progress during the Extension Period in finalizing their reorganization strategy, refining and monitoring their business plan, and making final decisions with respect to the disposition of the Unexpired Leases.  Given the importance of the Unexpired Leases to the Debtors' business operations and reorganization efforts, however, the Debtors reserve the right to seek further extensions if circumstances warrant.

### Notice

26.     Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d) counsel to the Equity Committee, (e) the other parties in interest named on the Master Service List maintained in these cases, and (f) the Lessors.  No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached as Exhibit A extending through and including March 20, 2006 the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property, and (ii) grant such other and further relief as is just and proper.

Dated: November 23, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ___*s/ Cynthia C. Jackson*___
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson,
     Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

# **Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING THIRD EXTENSION OF TIME TO ASSUME OR REJECT**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

These cases came before the Court for hearing on December 15, 2005

upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and

affiliates, as debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors")[1] for entry of an order under 11 U.S.C. § 365(d)(4) granting

the Debtors a further extension of time to assume or reject unexpired nonresidential real

property leases (the "Motion").  Based upon the representations of counsel and without

objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted.

2.    The period within which the Debtors must move to assume or

reject the Unexpired Leases is extended through March 20, 2006.

3.    The Debtors will comply with the mandates of section 365 of the

Bankruptcy Code as such Code section is interpreted by this Court, and will perform all

the obligations of the Debtors, except those specified in section 365(b)(2), arising from

---

[1]    All capitalized terms not otherwise defined shall have the meaning ascribed to
them in the Motion.

and after the order for relief (the "Postpetition Rental Obligations").  The Debtors agree that any lessor shall be permitted to file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations, which motion shall set forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor.  The Debtors have agreed that they shall not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this Paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

4.     The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

5.      The entry of this Order is without prejudice to the Debtors' right to seek additional extensions of the period within which to assume or reject the Unexpired Leases, and no Unexpired Lease shall be deemed rejected under 11 U.S.C. § 365(d)(4) if the Debtors file a motion seeking a further extension of the time to assume or reject the Unexpired Leases on or before March 20, 2006.

Dated this _____ day of December, 2005, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3