[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

This case came on for consideration upon the Court's own motion. On November 18, 2005, Madison Liquidity Investors, LLC filed a Notice of Transfer of Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Transfer of Claim is stricken from the record.

Dated November 21, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Mary Rhodes, Madison Liquity Investors, LLC, 6310 Lamar Ave., Ste 120, Overland Park, KS 66202
Perdue Farms, Inc., P.O. Box 360831, Pittsburgh, PA 15251-6831

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Nov 21, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 3
```

The following entities were served by first class mail on Nov 23, 2005.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
             +Mary Rhodes,    Madison Liquidity Investors, LLC,    6310 Lamar Ave., #120,
              Overland Park, KS 66202-4293
              Perdue Farms, Inc.,    P.O. Box 360831,    Pittsburgh, PA  15251-6831

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2005**                    **Signature:**    _Joseph Speetjens_

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234