[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

ORDER STRIKING MOTION FOR EXTENSION OF TIME TO FILE QUESTIONNAIRE FOR LITIGATION CLAIMANTS

This case came on for consideration upon the Court's own motion. On November 10, 2005, Michelle Silvera filed Motion for Extension of time to file Questionnaire for Litigation Claimants without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion for Extension of Time to file Questionnaire for Litigation Claimants is stricken from the record.

Dated November 21, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Michelle Silvera, 32 Ann Lee Lane, Tamarac, FL 33319

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Nov 21, 2005
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Nov 23, 2005.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Michelle Silvera,   32 Ann Lee Lane,   Tamarac, FL 33319-2402

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2005**                    **Signature:** *Joseph Speetjens*