[3F1727] [Notice Instruction Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3-350
JACKSONVILLE, FLORIDA 32202
(904)301-6490

November 22, 2005

MICHAEL T. SHADBURN
DEPUTY-IN-CHARGE

In re: Winn-Dixie Stores, Inc.    Case No. 3:05-bk-03817-JAF
                                  Chapter 11

TO: Brian FitzGerald

*INSTRUCTIONS:*

Prepare a Notice of Evidentiary Hearing with a certification of service regarding your Motion for Adequate Protection filed by Florida Tax Collectors.

The hearing has been scheduled for January 9, 2006 at 2:00 p.m. in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville, Florida 32202.

In the Notice of Hearing include the following language:

  1. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

  2. The hearing may be continued upon announcement made in open Court without further notice.

  3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

  4. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

  5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Notice must comply with Federal Rule of Bankruptcy Procedure 2002. If notice is required to be made to all creditors or all interested parties, Local Rule 7005-1 applies and for service to be proper you must use a matrix obtained from the Clerk's Office within 10 days before the date of service. Service must be *made within 10 days* and *immediately* upon completion of this mailing, you must file with the Court a Certificate of Service with a copy of the mailing matrix attached.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes             Page 1 of 1              Date Rcvd: Nov 22, 2005
Case: 05-03817                Form ID: pdfdoc          Total Served: 1
```

The following entities were served by first class mail on Nov 24, 2005.
aty         +Brian T FitzGerald,   Hillsborough County Attorney,   Senior Assistant County Attorney,
              601 E Kennedy Boulevard, 14th Floor,   Tampa, FL 33602-4932

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2005**              **Signature:**    _Joseph Speetjens_