```
                UNITED STATES BANKRUPTCY COURT
                  MIDDLE DISTRICT OF FLORIDA
                     JACKSONVILLE DIVISION
```

IN RE:

**WINN DIXIE STORES INC.**

Case No. 3-05-BK-3817-JAF

Debtors.
_____

AMENDED CERTIFICATE OF SERVICE
**AS TO MOTION FOR RELIEF FROM STAY FILED BY PAUL VERNON MACON ON NOVEMBER 14, 2005**

**I HEREBY CERTIFY** that a true and correct copy of the Motion for Relief from Stay filed by Paul Vernon Macon on November 14, 2005 was furnished by U.S. Mail or E- mail to the Local Rule 1007(d) Parties in Interest List on the 29th day of November, 2005.

_____/s/ Rodger J. Friedline_____
**RODGER J. FRIEDLINE, ESQ.**
1756 University Blvd. S.
Jacksonville, FL 32216
(904) 727-7850
Attorney for Movant
Florida Bar# 813788