UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING DEBTORS' MOTION
FOR ORDER APPROVING COMPROMISE WITH
COMPUTER LEASING CORPORATION OF MICHIGAN, INC.**

These cases came before the Court upon the motion of Winn-Dixie Stores, Inc., et al. ("Debtors") for the entry of an order approving a compromise with Computer Leasing Corporation of Michigan, Inc. (the "Motion") (Docket No. 3918). The Court finds that (i) notice of the Motion was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object within 20 days of the date of service, and (ii) that no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The compromise between the Debtors and Computer Leasing Corporation of Michigan, Inc. is approved.

3. The senior liens and superpriority administrative claims and/or interests of Wachovia Bank National Association, will attach to the Equipment (as such term is defined in the Motion) in accordance with the Final Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying the Automatic Stay, (II) Authorizing Debtors to use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the Repayment in full of all Claims of Debtors' Prepetition Secured Lenders, dated March 23, 2005 (the "Final Financing Order") and the Loan Documents (as such term is defined in the Final Financing Order).

Dated this 30 day of November, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson
[Attorney Cynthia C. Jackson is directed to mail a copy of this Order to all parties entitle to notice.]

00514562