UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

**UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT
TO DESIGNATE LOCAL COUNSEL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    B. Summer Chandler, of the firm of McKenna Long & Aldridge LLP, counsel for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1 ("LaSalle"), creditors and parties in interest in the above captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, stating as follows:

    1.    On February 21, 2005, Winn-Dixie Stores, Inc., *et al*. (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

    2.    Pursuant to Bankruptcy Local Rule 2090-1 (c), a nonresident attorney, who is a member in good standing of the bar of any District Court of the United States other than the Middle of District of Florida, appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers maybe served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1 (c) provides that the Court may waive such designation for good cause shown.

    3.    The matters pertaining to LaSalle at issue in these jointly-administered Chapter 11 cases are limited to the rejection of a single store lease and the claims to which LaSalle is entitled to as a result of the rejection. The retention of local counsel would impose an additional financial burden on LaSalle.

    4.    The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

    5.    Based on the foregoing, B. Summer Chandler requests that the Court grant her leave to represent LaSalle without the necessity of designating local counsel.

WHEREFORE, B. Summer Chandler respectfully requests that the Court enter an Order authorizing her to represent LaSalle without designating local counsel and granting her such other and further relief to which she may be entitled.

This the 30th day of November, 2005.

<div style="margin-left:50%">

/s/ B. Summer Chandler
B. Summer Chandler
GA Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*

</div>

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Chapter 11 |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the **UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL** was served electronically on the parties which receive electronic notification in these proceedings and via regular U.S. mail and/or e-mail as noted to the following recipients:

See Attached Service List

This 30th day of November, 2005

/s/ B. Summer Chandler
B. Summer Chandler
Georgia Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*

# SERVICE LIST

## VIA UNITED STATES MAIL

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801
407-648-6301

## VIA UNITED STATES MAIL AND E-MAIL

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
aravin@skadden.com

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
cjackson@smithhulsey.com

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
904-359-7700
jpost@smithhulsey.com

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202
904-359-7802
lprendergast@smithhulsey.com

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
busey@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
(407) 648-6465
Fax : (407) 648-6323
elena.l.escamilla@usdoj.gov

**Kenneth C. Meeker**
United States Trustee
135 W. Central Blvd Suite 620
Orlando, FL 32801
407-648-6301
USTP.Region21.OR.ECF@usdoj.gov

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
ddunne@milbank.com

ATLANTA:4779575.1