**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Case No. 05-03817-3F1
                                                                 :
WINN-DIXIE INC., <u>et</u> <u>al.</u>,                           :   Chapter 11
                                                                 :
        Debtors.                                                 :   Jointly Administered
-----------------------------------------------------------------x

-----------------------------------------------------------------x
In re                                                            :   Case No. 05-03837-3F1
WINN-DIXIE MONTEGOMERY, INC.                                     :   Chapter 11
        Debtors.                                                 :
-----------------------------------------------------------------x

-----------------------------------------------------------------x
In re                                                            :   Case No. 05-03839-3F1
WINN-DIXIE RALEIGH, INC.                                         :   Chapter 11
        Debtors.                                                 :
-----------------------------------------------------------------

-----------------------------------------------------------------x
In re                                                            :   Case No. 05-038369-3F1
WINN-DIXIE LOGISTICS, INC.                                       :   Chapter 11
        Debtors.                                                 :
-----------------------------------------------------------------

**AMENDMENT TO PROOF OF CLAIM OF DEUTSCHE BANK TRUST COMPANY**
**AMERICAS, PASS-THROUGH TRUSTEE**

Deutsche Bank Trust Company Americas (formerly known as Bankers Trust Company, hereinafter, "Claimant"), is acting as (i) Pass-Through Trustee under the Amended and Restated Pass-Through Trust Agreement (Winn-Dixie Pass-Through Certificates, Series 1999-1), dated as of February 1, 2001, among Claimant, as Indenture Trustee, First Union National Bank (now

S517832.1

- 2 -

known as Wachovia Bank, N.A.), as Servicer, and Claimant, as Pass-Through Trustee (the "Pass-Through Trust Agreement") and (ii) Indenture Trustee under each Indenture ("Indenture" as that term is defined in the Pass-Through Trust Agreement).

On October 14, 2005, the Court issued its <u>Order Authorizing Debtors' To Reject Real Property Leases and Abandon Related Personal Property And Establishing Rejection Damage Claim Bar Date</u> (the "Order") pursuant to which the Court authorized Debtors to reject the Facility Leases for the Atlanta, Charlotte and Greenville Facilities effective as of October 31, 2005 and the Facility Leases for the Highpoint Dairy and the Montgomery Pizza Plant effective November 30, 2005 (collectively, the "Facilities Leases"). On July 29, 2005, Claimant filed Proofs of Claim with respect to (i) the Atlanta Facility, a copy of which is attached hereto as *Exhibit A*; (ii) the Charlotte Facility, a copy of which is attached hereto as *Exhibit B*, (iii) the Greenville Facility, a copy of which is attached hereto as *Exhibit C*, (iv) the Highpoint Dairy, a copy of which is attached hereto as *Exhibit D* and (v) the Montgomery Pizza Plant, a copy of which is attached hereto as *Exhibit E*.

Claimant seeks to amend the Annex to each Proof Of Claim as follows:

1. The first three sentences of Item 4 of the Annex to Proof of Claim for each of the Atlanta (*Exhibit A*), Charlotte(*Exhibit B*) and Greenville Facilities (*Exhibit C*) are deleted and replaced with the following sentences:

    "The Lease was rejected by the Debtor as of October 31, 2005 (the "Rejection Date"). As of the Rejection Date, the Debtor was current on its obligations to pay rent under the Lease."

S517832.1

2. The first three sentences of Item 4 of the Annex to Proof of Claim for the High Point Dairy Facility (*Exhibit D*) are deleted and replaced with the following sentences:

"The Lease is rejected by the Debtor as of November 30, 2005 (the "Rejection Date"). As of the Rejection Date, $40,870.89 rent will be due for the month of November 2005. If Debtor fails to pay this amount, in addition to the other claims set-forth herein, Claimant is entitled to an administrative priority, as further described in Item 7 below.

3. The first three sentences of Item 4 of the Annex to Proof of Claim for the Montgomery Pizza Plant Facility (*Exhibit E*) are deleted and replaced with the following sentences:

"The Lease is rejected by the Debtor as of November 30, 2005 (the "Rejection Date"). As of the Rejection Date, $11,770.93 rent will be due for the month of November 2005. If Debtor fails to pay this amount, in addition to the other claims set-forth herein, Claimant is entitled to an administrative priority, as further described in Item 7 below.

4. Item 7 of the Annex to Proof of Claim for each Facility (*Exhibits A – E*) is deleted and replaced with the following:

"Claimant is entitled to administrative priority under 11 U.S.C. §§ 503(b)(7) and 507(a)(2) with respect to monetary obligations of the Debtor that are accruing or otherwise may arise from the Petition Date through the later of (a) the Rejection Date, and (b) the date of actual turnover of the premises.

Dated: New York, New York  
November 30, 2005

Nixon Peabody, LLP

By: /s/ Dennis J. Drebsky  
Attorneys for Deutsche Bank Trust Company Americas, as Pass-Through Trustee

437 Madison Avenue  
New York, New York  10022  
(212) 940-3091

S517832.1