**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Chapter 11 |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

## AMENDED CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the **UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL** was served electronically on the parties which receive electronic notification in these proceedings and via regular U.S. mail and/or e-mail as noted to the following recipients:

See Attached Service List

This 30th day of November, 2005

/s/ B. Summer Chandler
B. Summer Chandler
Georgia Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*

# SERVICE LIST

## VIA UNITED STATES MAIL

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801
407-648-6301

## VIA UNITED STATES MAIL AND E-MAIL

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
aravin@skadden.com

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
cjackson@smithhulsey.com

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
904-359-7700
jpost@smithhulsey.com

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202
904-359-7802
lprendergast@smithhulsey.com

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
busey@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
(407) 648-6465
Fax : (407) 648-6323
elena.l.escamilla@usdoj.gov

**Kenneth C. Meeker**
United States Trustee
135 W. Central Blvd Suite 620
Orlando, FL 32801
407-648-6301
USTP.Region21.OR.ECF@usdoj.gov

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
ddunne@milbank.com

| | |
|---|---|
| **John B. Macdonald**<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>904-798-3700<br>Fax : 904-798-3730<br>john.macdonald@akerman.com | **Patrick P. Patangan**<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>904-798-3700<br>Fax : 904-798-3730<br>patrick.patangan@akerman.com |