UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Case No.: | 05-03817-3F1 |
| | ) | | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter: | 11 |
| | ) | | |
| Debtors | ) | Jointly Administered | |
| | ) | | |

MOTION UNDER RULE 9006(b)(1) FOR ENLARGEMENT OF TIME TO FILE CLAIM

     NOW COMES the Movant, B.H.B.S. Corporation, a North Carolina corporation, by and through its undersigned attorney, and moves the Court pursuant to a Rule 9006(b)(1) for an enlargement of time to file a late Proof of Claim for damages resulting from the rejection of a lease of nonresidential real property, said rejection having been allowed by the Court's Order of September 1, 2005, and in support of this motion, the Movant shows unto the Court as follows:

     1.    B.H.B.S. Corporation is a North Carolina corporation that owns a 32,294 square foot building located at 905 Mebane Oaks Rd., Mebane, North Carolina (hereinafter the "Premises").

     2.    In or about December 1992, the Mebane Properties, a North Carolina general partnership entered into a long term nonresidential real estate lease (hereinafter the "Lease") for the Premises with Winn-Dixie Charlotte, Inc., one of the Debtors in this jointly administered case (hereinafter referred to as the "Debtor").

     3.    On or about September 1, 2005, this Court authorized the Debtor in possession to reject the Lease and other unexpired nonresidential leases.

     4.    The Order required, pursuant to Rule 3003, that claims for rejection damages be filed no later than 30 days after the date of entry of the Order.

     5.    The Movant, who subsequently purchased the Premises from Mebane Properties, has a claim for damages arising from the rejection of the lease.

     6.    The Movant and Mebane Properties failed to file a proof of claim within the time allowed, and failed to file a motion to extend said time within such time.

     7.    Due to extensive damage to the real property, in violation of the Lease, it required an extended period of time within which to have the damages appraised and valued and the

amount of said damages were finalized and forwarded to the undersigned on or about November 15, 2005.

8. The claim for rejection damages in favor of Movant or Mebane Properties, totals $177,400.00.

9. The Motion to Reject Unexpired Leases, and the Order establishing the claims deadline, were not served on Mebane Properties.

10. The Movant's failure to timely file a proof of claim or motion to extend the time for filing the proof of claim resulted from the time necessary to compute the damages to the claim.

11. The Court is permitted to accept late filings caused by inadvertence, mistake, or carelessness. Pioneer Inv. Svcs. Co. v. Brunswick Assoc. Ltd. P'Ship, 507 U.S. 380, 113 S.Ct. 1489 (1993); In re Norris, 228 BR 27 (Bankr. M.D. Fla. 1998). Extension of time under the "excusable neglect" standard is not limited to situations where the failure to timely file is due to circumstances beyond the control of the filer.

12. The Movant has at all times acted in good faith, and the benefit to the Movant from allowing it to file a late proof of claim greatly outweighs the slight inconvenience and detriment to the Debtor-in-possession.

13. The length of the delay has been brief and the potential negative impact on this proceeding is minimal.

14. An extension of time to allow the Movant to file a late proof of claim is appropriate under the circumstances.

15. A copy of the proposed proof of claim is attached hereto as Exhibit A, and shows that no further delay will be required.

16. The undersigned is licensed to practice law and is a member in good standing of the North Carolina Bar, and is admitted to practice and in good standing in the United States District Courts for the Eastern District and Middle Districts of North Carolina. He is admitted to practice before the United States Court of Appeals for the Fourth Circuit. He is not admitted to practice before the United States District Court for the Middle District of Florida. He is a resident of North Carolina.

17. A substantial amount of the undersigned's practice is dedicated to debtor and creditor representation in the Bankruptcy Court and the undersigned regularly appears before the Bankruptcy Court of the Eastern District of North Carolina.

18. The undersigned has never before appeared in the Middle District of Florida, and does not anticipate or foresee any circumstances that would require an appearance before this Court in the future, except the filing of this motion, and, if allowed, filing of a proof of claim on behalf of the Movant.

19. The undersigned further moves the Court for a waiver of the designation and consent-to-act requirement pursuant to Local Bankruptcy Rule 2090-1(c), and shows unto the Court that the undersigned's experience and the minimal involvement foreseen in this proceeding establishes good cause for the waiver of said requirement.

20. The undersigned, if allowed to appear, understands that he is subject to the same disciplinary process as a member of the Bar of the United States District Court of the Middle District of Florida.

WHEREFORE, the undersigned prays the Court on behalf of B.H.B.S. Corporation that the time for filing a proof of claim for damages arising from the rejection of a non-residential lease be extended; that the Movant be allowed to file the proof of claim attached hereto; that the undersigned be allowed to specially appear before this Court; and that the designation and consent-to-act requirement be waived; and for such other and further relief as to the Court seems just and proper.

This the 30th day of November, 2005.

MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A.

By: /s/ David F. Mills
DAVID F. MILLS
North Carolina State Bar No: 18326
Attorney for B.H.B.S. Corporation
Post Office Box 119
One Courthouse Square
Smithfield, North Carolina 27577
Telephone: (919) 934-6187
Facsimile: (919) 934-8342

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

NOTICE OF MOTION UNDER RULE 9006(b)(1) FOR
ENLARGEMENT OF TIME TO FILE A PROOF OF CLAIM AND
FOR LEAVE FOR COUNSEL TO SPECIALLY APPEAR

NOTICE IS HEREBY GIVEN, that provided no objections by a party in interest are filed with the Clerk of the United States Bankruptcy Court, with a request for hearing, within twenty (20) days from the date of this notice, with a copy to the Trustee and a copy to the undersigned attorney; and

FURTHER NOTICE IS HEREBY GIVEN that the undersigned filed a Motion simultaneously to allow him to appear specially in this proceeding and that the designation and consent-to-act requirements be waived; and

FURTHER NOTICE IS HEREBY GIVEN that the Motion under Rule 9006(b)(1) for Enlargement of Time to File a Claim and the Motion under Local Rule 2090-1(c) for Leave to Specially Appear shall be allowed, provided no response and request for a hearing is made by any party in interest in writing to the Clerk of this Court within twenty (20) days from the date of this notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and request for hearing is filed by any party in interest named herein in writing within the time indicated, a hearing will be conducted on the motion at a date, time and place to be later set by this Court, and all interest parties shall be notified accordingly.  If no request for hearing is timely filed, the Court may rule on the Motion ex parte without further notice.

This the 30th day of November, 2005.

        MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A.

By:    /s/ David F. Mills
        DAVID F. MILLS
        North Carolina State Bar No: 18326
        Attorney for B.H.B.S. Corporation
        P.O. Box 119, One Courthouse Square
        Smithfield, North Carolina 27577
        Telephone: (919) 934-6187
        Facsimile: (919) 934-8342

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

CERTIFICATE OF SERVICE

     I, David F. Mills, of MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A., Attorneys at Law, P. O. Box 119, Smithfield, North Carolina 27577, certify:

     That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

     That on the 30th day of November, 2005, I served a copy of foregoing Notice of Motion via electronic mail simultaneously filed with the Court on the following:

| Counsels for Winn-Dixie | United States Trustee |
|---|---|
| Adam Ravin | Elena L. Escamilla |
| Skadden Arps Slate Meagher & Flom, LLP | 135 W Central Blvd., Ste 620 |
| Four Times Square | Orlando, FL 32806 |
| New York, NY 10036 | (407) 648-6465 |
| | |
| Cynthia C. Jackson | Kenneth C. Meeker |
| Smith Hulsey & Busey | United States Trustee |
| 225 Water Street, Suite 1800 | 135 W. Central Blvd Suite 620 |
| Jacksonville, FL 32201 | Orlando, FL 32801 |
| | |
| James H. Post | Official Committee of Unsecured Creditors |
| Smith Hulsey & Busey | Dennis F. Dunne |
| 225 Water St., Suite 1800 | Milbank, Tweed, Hadley & McCloy LLP |
| Jacksonville, FL 32202 | 1 Chase Manhattan Plaza |
| | New York, NY 10005 |
| Leanne McKnight Prendergast | |
| Smith Hulsey & Busey | John B. Macdonald |
| 225 Water Street Suite 1800 | Akerman Senterfitt |
| Jacksonville, Fl 32202 | 50 North Laura Street |
| | Suite 2500 |
| Stephen D. Busey | Jacksonville, FL 32202 |
| Smith Hulsey & Busey | |
| 225 Water Street, Suite 1800 | Patrick P. Patangan |
| Jacksonville, FL 32202 | Akerman Senterfitt |
| | 50 N. Laura Street, Suite 2500 |
| | Jacksonville, FL 32202 |

I certify under penalty of perjury that the foregoing is correct.

This the 30th day of November, 2005.

        MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A.

By:   /s/ David F. Mills
      DAVID F. MILLS
      North Carolina State Bar No: 18326
      Attorney for B.H.B.S. Corporation
      P.O. Box 119, One Courthouse Square
      Smithfield, North Carolina 27577
      Telephone: (919) 934-6187
      Facsimile: (919) 934-8342