# FORMER WINN-DIXIE SUPERMARKET
## 905 Mebane Oaks Road
## Mebane, NC.

Site is located inroute to Mebane, NC. Off I-40. Site is on the right side of Mebane Oaks Road. Site is below road level and has ingress and egress from Oaks Road and side adjacent street. Site was inspected September 3rd, 2005.

### Site Inspection and Summary

The former tenant food operation vacated the premises leaving many items unaddressed as to the removal of equipment and fixturing and repairing the building to original conditions.

The original Sales flooring was 12-inch vinyl composition floor tiles. The landlord has had the current tenant to cover the terrible flooring conditions to make the retail areas a much safer place to shop. The former tenant left many areas of the retail and stock room flooring unsafe and unrepaired. There are many areas of the floor where equipment, refrigeration lines, electrical lines were removed and the floor was patched with rough non smooth or level concrete and no new vinyl floor tiles were installed.

There are electrical stub ups and standing junction boxes protruding from the flooring throughout the sales area and the stock room. There are pipe flanges bolted to the floor where pipe has been removed and the flanges, stub ups and junction boxes are a tripping hazard.

There are many holes in the exterior walls that once fed electrical lines and refrigerant piping and lines to outside mounted equipment. The holes are open to the atmosphere and are a heat loss to the building and a cold air loss in the summer and the interior entering of flies, mosquitoes, etc.

There are pipe hangers hanging empty of removed piping in the stock room area from the ceiling structure. There are hanging HVAC ducting standing open and mounted from the roof structure. Throughout the stockroom and receiving areas there are hundreds of junction boxes, conduits and loose electrical wiring hanging from the ceiling and structure. There are hundreds of hanging rods and struts that were left in tact after the buss ducting and electrical conduits were removed.

The former tenant was a food operation and used a heat reclaim system from all of the many coolers, freezers and refrigeration throughout the building. When all of the coolers and freezers were removed as well as the meat and produce processing rooms. KW strip heat had to be installed and missing ceiling tiles had to be installed to be able to heat the building in the winter by the landlord.

When the cooling and freezer rooms were removed by the quarry tiles were left in place on the floors as well as the horizontal steel guardrail safety piping that was installed around the units. The raised concrete curbing and tiles was left, as were the steel pipe bollards located at the corners of the units that were removed.

The guttering and downspout system in place should have been removed and replaced as the guttering and down spouts is rusted through in many areas. The rainwater has run down the exterior concrete block wall allowing water to peel away the exterior and interior paint and soak through the porous concrete block into the stock room.

The former tenant did not remove the many building exterior wood and metal brackets bolted to the rear exterior wall that was attached to former equipment.

The restrooms were left in a condition where repairs and replacements of items have to be addressed. Damaged partitions need to be removed and new partitions and hardware should be installed. Mirrors in each restroom over each lavatory were removed and will also have to be replaced and installed.

It is going to be expensive and time consuming to address all of the numerous issues listed within this letter. It was the former tenant's responsibility to restore the building and grounds to a satisfactory condition and leave the building in a safe and usable condition. The premises should have been left in a broom swept condition with all of the fixtures removed along with mounting brackets, ducting, electrical conduits, hanging conduits, stub ups, junction boxes, wiring, pipe hangers and hanging brackets. Missing ceiling ceiling tiles and t-grids should have been replaced and the floors should have been restored to a usable and safe condition.

## Costs to be resolved

- Remove all existing guttering and downspouts from the rear wall of the building and dispose of.
- Wire brush and clean the rear exterior concrete block wall of the building of all loose paint and damaged block and mortar.
- Install concrete block water sealer and finish paint coatings on the exterior of the of the rear exterior wall.
- Install new guttering and down spouts along the rear exterior wall of the building to handle all rain water, snow, etc.
- Repair some areas of roofing and flashing as required and replace major areas of existing roofing to tight seal the roofing system.
- Remove all of the electrical stub ups, junction boxes and pipe flanges from the concrete floors in the sales area and stock room.
- Repair all holes in the concrete floors with high strength grout and smooth to the finish floor level. Install vinyl floor tiles as required matching the existing flooring in the sales area.
- Remove all of the loose hanging wiring, conduits, junction boxes and hanging threaded rod with strut bars from the ceilings in the stock rooms and all interior walls and exterior concrete block walls.
- Remove and seal all hanging HVAC areas of ducting and brackets in the stock room and former cooler and freezer and processing room locations.
- Install concrete grout in all open holes in exterior concrete block walls, seal for winter and summer temperatures and to prevent flies, bugs, mosquitoes, etc. from entering the building.
- Remove all quarry tiles, concrete curbing, guardrails and steel pipe bollards from the stock room areas where coolers, freezers and various equipment and rooms were removed. All concrete floors should be patched to a level and smooth condition with high strength grout.
- Install new plate glass safety mirrors and frames over each lavatory in each Men's and Women's Public Rest rooms.
- Remove the existing damaged toilet partitions and install new toilet partitions in the Men's and Women's Public Restrooms.
- Install new T-grid as required and new ceiling tiles in the Sales Areas and Stock Room Areas and replace any water damaged insulation due to the unrepaired splits, joints and leaks in the roofing system.

**Total Estimated cost to complete all of the repairs above: $ 177,400.00**

3.