UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )        Case No. 05-3817-3F1

WINN-DIXIE STORES, INC., et al.,        )        Chapter 11

            Debtors.                          )        Jointly Administered

**AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON DECEMBER 1, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as

debtors and debtors in possession (collectively, the "Debtors"), submit the

following agenda with matters to be heard at the hearing on December 1, 2005 at

1:00 p.m. (ET):

**A.**      **Uncontested Matters**

> *1.       Debtors' Application to Employ Stuart, Maue, Mitchell &*
> *James, Ltd. as Fee Examiner (Docket No. 4124)*

Objection Deadline:  November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors will proceed with the Application.

2. *Debtors' Application to Employ Deloitte & Touche as Risk Assessment, Quality Assessment, and Journal Entry Testing Services (Docket No. 4122)*

Objection Deadline:  November 24, 2005

Objections to Sales:  No objections have been filed.

Status:                    The Debtors will proceed with the Application.

3. *Second Interim Fee Application for The Blackstone Group, L.P. (Docket No. 4130)*

Objection Deadline:  November 24, 2005

Objections:            No objections have been filed.

Status:                    The Debtors have been informed that Blackstone will proceed with the Application.

4. *Second Interim Fee Application for PricewaterhouseCoopers, LLP (Docket No. 4131)*

Objection Deadline:  November 24, 2005

Objections:            No objections have been filed.

Status:                    The Debtors have been informed that PricewaterhouseCoopers will proceed with the Application.

5. *Second Interim Fee Application for KPMG LLP (Docket No. 4132)*

Objection Deadline:  November 24, 2005

Objections:            No objections have been filed.

Status:                    The Debtors have been informed that KPMG will proceed with the Application.

6.      *Second Interim Fee Application for King & Spalding LLP (Docket No. 4133)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that King & Spalding will proceed with the Application.

7.      *Second Interim Fee Application for Smith, Gambrell & Russell LLP (Docket No. 4134)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Smith Gambrell will proceed with the Application.

8.      *Second Interim Fee Application for Carlton Fields, P.A. (Docket No. 4138)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Carlton Fields will proceed with the Application.

9.      *Second Interim Fee Application for Kirschner & Legler, P.A. (Docket No. 4140)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Kirschner Legler will proceed with the Application.

10.     *Second Interim Fee Application for Deloitte Consulting, LLP (Docket No. 4141)*

Objection Deadline: November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Deloitte Consulting will proceed with the Application.

11.     *Second Interim Fee Application for Togut, Segal & Segal LLP (Docket No. 4142)*

Objection Deadline: November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Togut Segal will proceed with the Application.

12.     *First Interim Fee Application for Akerman Senterfitt (Docket No. 4146)*

Objection Deadline: November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Akerman Senterfitt will proceed with the Application.

13.     *Second Interim Fee Application for Alvarez & Marsal, LLC (Docket No. 4147)*

Objection Deadline: November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Alvarez & Marsal will proceed with the Application.

14.   *Second Interim Fee Application for Houlihan, Lokey Howard & Zukin Capital, Inc. (Docket No. 4148)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Houlihan Lokey will proceed with the Application.

15.   *Second Interim Fee Application for Milbank, Tweed, Hadley & McCloy LLP (Docket No. 4151)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Milbank Tweed will proceed with the Application.

16.   *Second Interim Fee Application for Smith Hulsey & Busey (Docket No. 4173)*

Objection Deadline:  November 24, 2005

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Smith Hulsey will proceed with the Application.

17.   *Second Interim Fee Application for Skadden Arps, Slate, Meagher & Flom LLP  (Docket No. 4165)*

Objection Deadline:  November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Skadden Arps will proceed with the Application.

18.   *Second Interim Fee Application for XRoads Solutions Group, LLC  (Docket No. 4152)*

Objection Deadline:  November 24, 2005

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Xroads will proceed with the Application.

19.   *Debtors' Motion for Order Authorizing (I) Rejection of Leases and Subleases and (II) Abandonment of Related Personal Property (Docket No. 4143)*

Objection Deadline:  November 22, 2005

Objections:            No objections have been filed.

Status:                The Debtors will proceed with the Motion.

20.    *Debtors' Amended Motion for an Order (a) Authorizing the Debtors to Sell Dallas, Georgia Outparcels and Related Assets Free and Clear of Liens, Claims and Interest and Exempt from Documentary or Similar Tax and (b) Granting Related Relief (Docket No. 4149)*

Objection Deadline:  November 25, 2005

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.


B.        **Contested Matters**


1.    *Motion for Order Authorizing and Approving (i) Rejection of Real Property Leases and Subleases (ii) Abandonment of Related Personal Property and (iii) the Settlement Agreement with E.W. James (Docket No. 3489)*

This Motion was granted with respect to all non-objecting landlords and subtenants by Order of this Court dated October 7, 2005 (Docket No. 3836).  The Motion remains pending only with respect to the objection of Mr. Lifter.

Objection Deadline:  Expired.

Objections:          Bennett Lifter (Docket No. 3718).

Status:              The Debtors will proceed with the Motion.

2.      *Application for an Order Pursuant to Section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Nunc Pro Tunc Employment and Retention of Paul, Hastings, Janofsky & Walker LLP as Legal Counsel for the Equity Security Holders Committee (Docket No. 3386)*

Objection Deadline:  November 23, 2005.

Objections:           Creditors Committee (Docket No. 3443);
                      Retirees Committee (Docket No. 3885); and
                      Richard Ehster (Docket No. 3909).

Status:               The Debtors have been informed that the Equity
                      Committee will proceed with the Application.

3.      *Application for an Order Pursuant to Sections 328 and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Nunc Pro Tunc Employment and Retention of Jefferies & Company, Inc. as Financial Advisor to the Official Committee of Equity Security Holders (Docket No. 3719)*

Objection Deadline:  November 23, 2005; but as to the Debtors,
                      November 29.

Objections:           Creditors Committee (Docket No. 3750); and
                      Debtors (Docket No. 4335).

Status:               The Debtors have been informed that the Equity
                      Committee will proceed with the Application.

4.    *Application to Employ Jennis & Bowen, P.L. as Local Counsel Nunc Pro Tunc for the Equity Security Holders Committee (Docket No. 3872)*

Objection Deadline:  November 23, 2005.

Objections:    Creditors Committee (Docket No. 3966).

Status:    The Debtors have been informed that the Equity Committee will proceed with the Application.

Dated:  November 30, 2005

SKADDEN, ARPS, SLATE, MEAGHER      SMITH HULSEY & BUSEY
& FLOM LLP

By  *s/ D. J. Baker*                    By  *s/ Cynthia C. Jackson*
    D. J. Baker                             Stephen D. Busey
    Sally McDonald Henry                    James H. Post
    Rosalie Walker Gray                     Cynthia C. Jackson, F.B.N. 498882

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida 32202
(212) 735-3000                          (904) 359-7700
(212) 735-2000 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors

00514099