UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et. al.,

Debtors.
_____/

CASE NO: 05-03817-3F Q
(Jointly Administered)
CHAPTER 11

## NOTICE OF WITHDRAWAL

Bennett M. Lifter, as Trustee of the Waikiki Partnership of the Daniel and Helene Lifter Trust Funds, gives notice of the withdrawal of its Objection to Debtors' Motion for Order Authorizing and Approving (I) Rejection of Real Property Leases and Subleases, (II) Abandonment of Related Personal Property, and (III) The Settlement Agreement with E.W. James.

I HEREBY CERTIFY that on December 1, 2005, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all CM/ECF participants.

Ben-Ezra & Katz, P.A.
951 NE 167th Street, Suite 204
N. Miami Beach, FL 33162
Telephone: (305) 770-4100
Fax:         (305) 653-2329

By: /S/ Marc Ben-Ezra
MARC BEN-EZRA
Fla. Bar No. 861189

Our file: 16144