

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post**

Application to Employ Jennis & Bowen, P.L. as Local Counsel, Nunc Pro Tunc, for the Equity Security Holders Committee Filed by the Official Committee of Equity Security Holders (3872)

Limited Objection to Application filed by Committee of Unsecured Creditors (Doc. 3966)

*Granted - Approved*
*ord/*

**APPEARANCES:**
US TRUSTEE:                           ELENA ESCAMILLA
UNSEC. CRED:  *Robert Winter*         JOHN B. MACDONALD/PATRICK PATANGAN
                                       MATTHEW S. BARR
EQUITY SECURITY HOLDERS:              DAVID JENNIS    *Karol Denniston p*

**RULING:**