

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Application to Employ Stuart, Maue, Mitchell & James, Ltd. as Fee Examiner Filed by Debtor (4124)

*Approved*
*ord/Busey*

**APPEARANCES:**
US TRUSTEE:     ELENA ESCAMILLA
                JOHN B. MACDONALD/PATRICK PATANGAN
UNSEC. CRED:    MATTHEW S. BARR

RULING: