UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

_____/

Chapter 11

Case No: 3-05-bk-03817-JAF

Jointly Administered

### ORDER GRANTING APPLICATION TO EMPLOY JENNIS & BOWEN, P.L. AS LOCAL COUNSEL NUNC PRO TUNC FOR THE EQUITY SECURITY HOLDERS COMMITTEE

THIS CAUSE came on for consideration at the hearing held on December 1, 2005 at 1:00 p.m., on the *Application to Employ Jennis & Bowen, P.L. as Local Counsel Nunc Pro Tunc for the Equity Security Holders Committee* (Docket No. 3386 ) (the "Application") which seeks to approve the employment of Jennis & Bowen, P.L. ("Jennis & Bowen") as local co-counsel to represent its interests in these chapter 11 proceedings. The Equity Security Holders Committee ("Equity Committee") seeks to employ Jennis & Bowen as local co-counsel to Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), to assist Paul Hastings in the performance of its duties as legal counsel as described in the application. Finding that the Declaration filed by Jennis & Bowen in support of the Application (Exhibit "A" of the Application) establishes that Jennis & Bowen does not hold or represent an interest adverse to the Estate and is disinterested, the Court grants the Application. Accordingly, the Court hereby APPROVES the Equity Committee's employment of the law firm of Jennis & Bowen as local co-counsel.

It is ORDERED that

1.  The Equity Committee is authorized to retain and employ Jennis & Bowen for the purposes and on the terms and conditions stated in the Application effective *nunc pro tunc* to August 18, 2005, as follows.

{00043397.DOC;1}

2. Jennis & Bowen will file applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, and any orders of this Court.

3. The Equity Committee shall make no payments to counsel absent proper application and order of the Court.

DONE and ORDERED in Tampa, Florida, this ____1____ day of December, 2005.

_____
Jerry A. Funk
Bankruptcy Court Judge

CC:

All Parties on the attached service list