

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for The Blackstone Group, L.P. (4130)

For the period: 06/01/05 through 09/30/05

Fee: $668,000.00

Expenses: $49,021.08

*Approved*
*ord/ Dqred*

*one order for all fee apps*

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
THE BLACKSTONE GROUP: PAUL HUFFARD

RULING: