

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for KPMG LLP (4132)

For the period: 06/01/05 through 09/30/05

Fee: $2,524,319.00

Expenses: $90,341.00

*Approved*

**APPEARANCES:**
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR
KPMG LLP:               R. TRAVIS STOREY

RULING: