

**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Smith, Gambrell & Russell LLP (4134)

For the period: 06/01/05 through 09/30/05

Fee: $735,100.00

Expenses: $18,786.66

*Approved*

APPEARANCES:
US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD/PATRICK PATANGAN
                                           MATTHEW S. BARR
SMITH, GAMBRELL & RUSSELL LLP:             DOUGLAS G. STANFORD

RULING: