

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Carlton Fields, P.A. (4138)

For the period: 06/01/05 through 09/30/05

Fee: $240,325.00

Expenses: $9,678.63

*Approved*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
CARLTON FIELDS, P.A.:  JAMES D. SILVER

RULING: