

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Kirschner & Legler, P.A. (4140)

For the period: 06/01/05 through 09/30/05

Fee: $145,710.00

Expenses: $121.57

*Approved*

**APPEARANCES:**
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR
KIRSCHNER & LEGLER PA:  KENNETH M. KIRSCHNER

**RULING:**