

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Togut, Segal & Segal LLP  (4142)

For the period: 07/12/05 through 09/30/05

Fee: $15,190.00

Expenses: $1,307.54

*Approved*

**APPEARANCES:**
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
TOGUT, SEGAL & SEGAL, LLP:   NEIL BERGER

**RULING:**