

**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Alvarez & Marsal, LLC (4147)

For the period: 06/01/05 through and including 09/30/05

Fee: $400,000.00

Expenses: $7,637.09

*Approved*

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
ALVAREZ & MARSAL LLC:    MARTHA E.M. KOPACZ

RULING: