

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Houlihan Lokey Howard & Zukin Capital, Inc. (4148)

For the period: 06/01/05 through and including 09/30/05

Fee: $400,000.00

Expenses: $21,346.40

*Approved*

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
HOULIHAN, LOKEY, HOWARD & ZUKIN:               DAVID R. HILTY

RULING: