

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Second Interim Fee Application for Milbank, Tweed, Hadley & McCloy LLP (4151)

For the period: 06/01/05 through and including 09/30/05

Fee: $1,283,088.00

Expenses: $101,383.95

*Approved*

**APPEARANCES:**
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR

**RULING:**