

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order Authorizing (I) Rejection of Leases and Subleases and (II) Abandonment of Related Personal Property Filed by Debtor (4143)

*Granted except for below*

*#1857 + all six Buehler leases continued ord/Jackson*

**APPEARANCES:**
US TRUSTEE:   ELENA ESCAMILLA
UNSEC. CRED:  JOHN B. MACDONALD/PATRICK PATANGAN
              MATTHEW S. BARR

**RULING:**