

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Amended Motion for an Order (a) Authorizing the Debtors to Sell Dallas, Georgia Outparcels and Related Assets Free and Clear of Liens, Claims, and Interests and Exempt from Documentary or Similar Tax and (b) Granting Related Relief Filed by Debtor (4149)

$970,000

Approved
ord/agreed

**APPEARANCES:**
**US TRUSTEE:**   ELENA ESCAMILLA
**UNSEC. CRED:**   JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

**RULING:**