

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Motion for Order Authorizing and Approving (i) Rejection of Real Property Leases and Subleases (ii) Abandonment of Related Personal Property and (iii) the Settlement Agreement with E.W. James Filed by Debtor (3489)**

Objection to Debtors' Motion for Order Authorizing and Approving (I) Rejection of real Property Leases and Subleases, (II) Abandonment of Related Personal Property, and (III) the Settlement Agreement with E.W James Filed by Bennett Lifter (3718)

w/drawn 12/1/05

granted

ord/signed

**APPEARANCES:**
**US TRUSTEE:**       ELENA ESCAMILLA
**UNSEC. CRED:**      JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
**BENNETT LIFTER:**   MARC BEN-EZRA

**RULING:**