

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**December 1, 2005**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Application for Employment and Retention of Paul Hastings Janofsky & Walker Nunc Pro Tunc as counsel for Official Committee of Equity Security Holders Filed by Official Committee of Equity Security Holders (3386)**

Limited Objection to Application filed by Creditors Committee (Doc. 3443)

Objection to Application filed by Ad Hoc Committee of Winn-Dixie Retirees (Doc. 3885)

Objection to Application filed by Richard S. Ehster (Doc. 3909)

*Approved (3rd) Denied*

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA  p
UNSEC. CRED:    *Robert Winter* p    JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
AD HOC COMM. OF W-D RETIREES:        JERRETT MCCONNELL  p
RICHARD EHSTER:                      DAVID MCFARLIN
EQUITY SECURITY HOLDERS:             DAVID JENNIS

RULING: