

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post**

Application for Employment and Retention of Jefferies & Company, Inc. Nunc Pro Tunc as Financial Advisor to the Official Committee of Equity Security Holders Filed by Official Committee of Equity Security Holders (3719)

Limited Objection to Application filed by Official Committee of Unsecured Creditors (Doc. 3750)

Objection to Application filed by Debtor (Doc. 4335)

Cont'd
~~Jeff~~ to Dec. 15
AOCNFN

**APPEARANCES:**
**US TRUSTEE:**         ELENA ESCAMILLA p
**UNSEC. CRED:**        JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR
**EQUITY SECURITY HOLDERS:**  DAVID JENNIS p   HENRY BAER p FOR JEFFRIES
                                              ~~Karol~~ Denniston

**RULING:**