

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 1, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Second Interim Fee Application for Skadden, Arps, Slate, Meagher & Flom LLP (4165)**

For the period: 05/01/05 through 09/30/05

Fee: $4,158,012.50

Expenses: $145,055.82

*Approved*

**APPEARANCES:**
**US TRUSTEE:**        ELENA ESCAMILLA
**UNSEC. CRED:**       JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

**RULING:**