UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | CASE NO. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | CHAPTER 11 |
| ) | |
| Debtors. ) | Jointly Administered |

ORDER PURSUANT TO SECTION 1103(a) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 2014 AUTHORIZING THE
*NUNC PRO TUNC* EMPLOYMENT AND RETENTION OF
PAUL, HASTINGS, JANOFSKY & WALKER LLP AS LEGAL
COUNSEL FOR THE EQUITY SECURITY HOLDERS COMMITTEE

Upon the application dated September 7, 2005 (the "**Application**") of the Equity Security Holders Committee (the "**Equity Committee**"), under Section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 for authorization to employ and retain Paul, Hastings, Janofsky & Walker LLP ("**Paul Hastings**") as legal counsel for the Equity Committee, pursuant to the terms set forth in the Application and upon the Affidavit of Karol K. Denniston, a partner of Paul Hastings, filed in support of the Application and annexed to the Application (the "**Denniston Affidavit**"); and the Court being satisfied, based on the representations made in the Application and the Denniston Affidavit, that Paul Hastings represents no interest adverse to the Equity Committee or the Debtors' estates with respect to the matters upon which it is to be engaged; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the requested relief being a core proceeding the Bankruptcy Court can determine pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

ADMIN_US/6282018.1

due and proper notice of the Application having been provided to counsel to the United States Trustee, counsel to the Debtors, counsel to the Debtors' post-petition secured lenders, counsel to the Official Committee of Unsecured Creditors, and other parties in interest named on the Master Service List maintained in these cases, and it appearing that no other or further notice need be provided; and the relief requested in the Application being in the best interests of the Debtors' estates and the creditors thereto; and the Court having reviewed the Application and having held a hearing with appearances of parties in interest noted in the transcript thereof (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

ORDERED that the Equity Committee is hereby authorized to employ and retain Paul Hastings as legal counsel in the Debtors' chapter 11 Cases, effective as of August 17, 2005, as contemplated by the Application and on the terms provided in the Application and the Denniston Affidavit; and it is further

ORDERED that Paul Hastings will file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, and any orders of this Court; and it is further

ORDERED that to the extent that there may be any inconsistency between the terms of the Application and this Order, the terms of this Order shall govern.

Dated: \_\_\_\_December 1\_\_\_\_, 2005

*[signature]*
The Honorable Jerry A. Funk
United States Bankruptcy Judge