November 29, 2005

To whom it may concern,

This is in response to your correspondence dated November 15, 2005 regarding WINN-DIXIE STORES, INC., et al., Case No. 05-03817-3F1, Chapter 11. I purchased 300 shares of WINN-DIXIE @$7.73 on April 6, 2005. My claim was mailed in May 2005.

I do oppose the disallowance and expungement of my claim.

Please find enclosed a copy of my original claim and my financial statement for the period dated February 2004-April 2004.

Thank you for your time and attention.

Sincerely,

Sally Huff
650 North 9th Street
Carlisle, Iowa 50047
(515)989-4178

cc:
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: DJ Baker
Four Times Square
New York, New York 10036

ACCOUNT #: 88-612736-032 | SALLY A. HUFF ROLLOVER IRA ACCOUNT
FINANCIAL CONSULTANT: RALPH BAROCAS | (303) 744-2600 (800) 777-1401

**EDWARDS**
FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FOR THE PERIOD: *February 28, 2004 - April 30, 2004*

PAGE 3 OF 4

### PORTFOLIO HOLDINGS *continued*

| Quantity | Description | Symbol | % of Account | Current Price | Current Value | Estimated Annual Income | % Yield | Type |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS** | | | | | | | | |
| 115.996 | AMERICAN BALANCED FUND INC | ABALX | 18.74 | 17.36 | 2,013.69 | 42 | 2.09 | C |
| | TOTAL MUTUAL FUNDS | | 18.74 | | $2,013.69 | $42 | 2.09± | |
| | TOTAL ACCOUNT VALUE | | | | $10,748.14 | $256 | 2.38 | |

± Estimated Annual % Yield does not include capital gain payments or changes in market valuation.
♦ *Research Report Available*

### ACTIVITY DETAIL

| Date | Transaction Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 03/19 | Dividend | 1.09 | CENTENNIAL MONEY MKT TR 00.41% 28 DAY AVERAGE YIELD FOR PERIOD ENDING 03/18/04 AUTOMATICALLY REINVESTED | | |
| 04/06 | Redemption | -2,421.88 | CENTENNIAL MONEY MKT TR | 1 | 2,421.88 |
| 04/06 | Bought | 300 | WINN-DIXIE STORES INC | 7.73 | -2,421.88 |
| 04/16 | Dividend | .76 | CENTENNIAL MONEY MKT TR 00.40% 28 DAY AVERAGE YIELD FOR PERIOD ENDING 04/15/04 AUTOMATICALLY REINVESTED | | |
| 04/20 | Dividend On | 200 | XCEL ENERGY INC | | 37.50 |
| 04/26 | Investment | 37.50 | CENTENNIAL MONEY MKT TR | 1 | -37.50 |

### INCOME DETAIL

| Date | Transaction Type | Quantity | Description | Amount |
|---|---|---|---|---|
| 03/19 | Dividend | | CENTENNIAL MONEY MKT TR 00.41% 28 DAY AVERAGE YIELD FOR PERIOD ENDING 03/18/04 AUTOMATICALLY REINVESTED | 1.09 |

0088

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

### NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A) EQUITY CLAIMS AND (B) DUPLICATE LIABILITY NOTE CLAIMS

**Claimant's Name and Address:**
WDX-406069-1A-15
HUFF, SALLY A
650 NORTH 9TH STREET
CARLISLE IA 50047

**Counsel Address (if any):**

**Additional Notice Party (if any):**

| CLAIM(S) TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Claim No.:** 3029<br>**Claim Amount:** $0.00<br>**Debtor:** Winn-Dixie Stores, Inc. | **Reason For Proposed Disallowance:**<br>Unnecessary Claim Filed on Account of Ownership of Equity Interest |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on November 15, 2005 their First Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Equity Claims and (B) Duplicate Liability Note Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"). The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that the proof of claim was filed on account of ownership of an equity interest in or possession of shares of the Debtors' common stock, and it is unnecessary for stockholders to file proofs of claim or proofs of interest solely to evidence their stock ownership. The Debtors will rely on the records of their stock transfer agent for such information. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan.**

2. If you do NOT oppose the disallowance and expungement of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

3. If you DO oppose the disallowance and expungement of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 5, 2005** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

5. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

6. A hearing will be held on **December 15, 2005** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

7. If the Bankruptcy Court does <u>not</u> disallow and expunge your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

8. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

9. If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: November 15, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By  /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By  /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |



Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: __Winn-Dixie Stores, Inc.__ Case No. __05-03817-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Sally A. Huff
650 North 9th Street
Carlisle, IA 50047

Telephone No. of Creditor: 515-989-4178

Fax No. of Creditor: ___

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

REC'D
JACKSONVILLE, FLORIDA
DEC ~~NOV~~ 0 5 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name: ___
Company/Firm: ___
Address: ___

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim. EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: __00-1012736-0R-34748659__

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ___

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☒ Other __Investment loss__

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract ___

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: ___
Unpaid compensation for services performed from ___ to ___
(date) (date)

2. Date debt was incurred: ___

3. If claim is based on a Court Judgment, date obtained: ___

4. Total Amount of Claim at Time Case Filed:
$ ___ (unsecured)   $ ___ (secured)   $ ___ (priority)   $ ___ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other ___

Value of Collateral: $ ___

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ___

6. Unsecured Nonpriority Claim $ ___
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☒ Check this box if you have an unsecured priority claim

Amount entitled to priority $ ___
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925).* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br>Print: __SALLY A. HUFF__ Title: ___<br>Signature: __Sally A. Huff__ |