UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

DEC – 2 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES, INC., et al.,

              Debtors.

)
)
)
)
)
)
/

Case No. 05-03817-3F1

Chapter 11
Jointly Administered

## CERTIFICATE OF MAILING

I CERTIFY that on the 7th day of November 2005, I caused to be served the Second Interim Application of Carlton Fields, P.A., As Special Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses, by having a true and correct copy sent via Federal Express and U. S. Mail to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801
Telephone: 407-648-6465
Facsimile: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801
Telephone: 407-648-6301
Facsimile: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attention: Laurence B. Appel
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Telephone: 904-783-5000
Facsimile: 904-783-5059
LarryAppel@winn-dixie.com

**CARLTON FIELDS, P.A.**
**4000 International Place - 100 S.E. Second Street – Miami - Florida 33131-9101**

MIA#2417972.1

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: D.J. Baker
Four Times Square
New York, New York  10036
Telephone: 212-735-2150
Facsimile:  917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention:  Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, New York  10169
Telephone: 212-661-9100
Facsimile:  212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attention:  Matthew Barr
1 Chase Manhattan Plaza
New York, New York  10005
Telephone:  212-530-5000
Facsimile:  212-530-5219
Mbarr@milbank.com

King & Spalding, LLP
Attention:  Sarah Robinson Borders
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  404-572-4600
Facsimile:  404-572-5149
sborders@kslaw.com

Respectfully submitted,

CARLTON FIELDS, P.A.
Special Counsel for Debtors
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Telephone:    (305) 530-0050
Facsimile:     (305) 530-0055
jsilver@carltonfields.com

By: _____
    JAMES D. SILVER
    Florida Bar Number 373702

2

MIA#2417972.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this _29th_ day of November, 2005 to all parties listed on the attached Service List.

JAMES D. SILVER

**CARLTON FIELDS, P.A.**
**4000 International Place - 100 S.E. Second Street – Miami - Florida 33131-9101**

MIA#2417972.1

## SERVICE LIST

Elena L. Escamilla
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida  32801

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida  32801

Winn-Dixie Stores, Inc.
Attention:  Laurence B. Appel
5050 Edgewood Court
Jacksonville, Florida  32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  D.J. Baker
Four Times Square
New York, New York  10036

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention:  Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, New York  10169

Milbank, Tweed, Hadley & McCloy LLP
Attention:  Matthew Barr
1 Chase Manhattan Plaza
New York, New York  10005

King & Spalding, LLP
Attention:  Sarah Robinson Borders
191 Peachtree Street
Atlanta, Georgia  30303

CARLTON FIELDS, P.A.
4000 International Place  - 100 S.E. Second Street – Miami - Florida 33131-9101

MIA#2417972.1