EXHIBIT B

FOLIO NO.: 08-46-25-01-00000.0010

(6)

# WARRANTY DEED

THIS INDENTURE, made this 14 day of June, 2002 by ALAN C. FREEMAN, Individually and as Trustee, whose post office address is 19091 Tamiami Trail SE, Ft. Myers, Florida 33908, party of the first part, and WEBBER COMMERCIAL PROPERTIES, LLC, a Florida limited liability company, whose post office address is 4591 Southwestern Boulevard, Suite One, Hamburg, New York, 14075, party of the second part.

WITNESSETH: That the said party of the first part, for and in consideration of the sum of TEN ($10.00) DOLLARS in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the party of the second part, its successors and assigns forever, the following described real property, situate and being in the County of Lee, State of Florida, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO

The property is not now nor has it ever been homestead property of the Grantor.

Subject to: Easements, restrictions and limitations of record, provided nothing herein shall reimpose same; zoning ordinances; and taxes for the year 2002 and subsequent years. Additionally, the Property is subject to that certain Declaration of Easements and Covenants dated June 12, 2002, recorded at O.R. Book 3665 Page 3586 of The Public Records of Lee County, Florida; and a mortgage held by General American Life Insurance Company recorded at O. R. Book 2856, Page 2921, assigned by Assignment of Note, Mortgage and Loan Documents filed at OR Book 3057, Page 3084 and modified by Amended and Restated Mortgage, Security Agreement and Fixture Filing recorded at OR Book 3057, Page 3087 all in The Public Records of Lee County, Florida.

acf         acf

And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered
in the presence of:

_____
Brooke S. Allen, WITNESS

_____
Mark Farrell, WITNESS

_____
ALAN C. FREEMAN, Individually
and as Trustee

INST # 5480886 OR BK 03666 PG 0372 RECORDED 06/17/2002 03:49:46 PM
CHARLIE GREEN, CLERK OF COURT, LEE COUNTY
DEED DOC 46,200.00
DEPUTY CLERK S Warwick
C:\Wpdocs\phf\...

STATE OF FLORIDA
COUNTY OF LEE

OR BOOK 03669 PAGE 0373

EXECUTION OF the foregoing instrument was acknowledged before me this 11th day of June, 2002, by ALAN C. FREEMAN, Individually and as Trustee, who is personally known to me or who has produced sufficient evidence of identification (described below) and who did not take an oath.

Description of identification produced:_____

_____
NOTARY PUBLIC - SIGNATURE ABOVE

NOTARY NAME:_____         (Affix Notary Seal)
COMMISSION NO.:_____
COMMISSION EXP. DATE:_____
Notary Name/Commission No./Exp. Date - type or printed

Stephen Bradley Bowman
Commission # DD096127
Expires March 8, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

This Instrument prepared by:

PAUL H. FREEMAN, ESQ.
1840 West 49th Street
Suite 410
Hialeah, Florida 33012
(305) 827-33331

C:\Wpdocs\phf\Brett\wdixie.wd.wpd

OR BOOK 03669 PAGE 0374

**RECORDER'S MEMO**
Legibility of Writing, Typing or Printing Unsatisfactory in this Document When Received.

**SCANNER'S MEMO**
Best Image Available

EXHIBIT "A"

A tract of land lying in Sections 17 and 8, Township 46 South, Range 25 East, Lee County, Florida, being more particularly described as follows:

Commence at the Southwest corner of the Northwest quarter (NW 1/4) of the Northwest quarter (NW 1/4) of Section 17, Township 46 South, Range 25 East; thence Easterly along the South line of the Northwest quarter (NW 1/4) of the Northwest quarter (NW 1/4) of said Section 17 for 328.46 feet to a point on the centerline of U.S. Highway 41 (State Road 45); thence North 20°35'30" West, along said centerline for 1750.28 feet; thence North 69°24'30" East for 153.00 feet; thence North 69°19'18" East, for 280.00 feet to the point of beginning; thence South 20°35'30" East for 30.19 feet to a point of curvature on the arc of a curve concave Southwesterly; thence Southeasterly 89.92 feet along said curve having a radius of 170.00 feet and a central angle of 30°18'28" to a point of reverse curvature; thence Southeasterly 68.77 feet along the arc of said curve having a radius of 130.00 feet and a central angle of 30°18'33" to a point of tangency; thence South 20°35'30" East for 449.21 feet to a point of curvature on the arc of a curve concave Northeasterly; thence Southeasterly 117.11 feet along the arc of said curve having a radius of 80.00 feet and a central angle of 83°52'34" to a point of tangency; thence North 75°31'56" East for 59.14 feet to a point of curvature on the arc of a curve concave Southwesterly; thence Southeasterly for 186.20 feet along the arc of said curve having a radius of 120.00 feet and a central angle of 88°54'19" to a point of non-tangency; thence North 06°21'30" West for 136.63 feet to a point of curvature on the arc of a curve concave Southeasterly; thence Northeasterly 19.84 feet along the arc of said curve having a radius of 15.00 feet and a central angle of 75°46'00" to a point of tangency; thence North 69°24'30" East for 292.92 feet; thence North 00°48'59" West for 280.36 feet; thence North 28°50'27" East for 217.59 feet; thence North 00°59'23" West for 148.96 feet; thence South 89°00'37" West for 470.00 feet; thence South 69°19'18" West for 404.42 feet to the Point of Beginning.

Together with the following Easements for ingress and egress as described on pages 2 of 4 and 3 of 4, and the drainage easement as described on page 4 of 4.

Page 1 of 4.

OR BOOK 03669 PAGE 0375

RECORDER'S MEMO
Legibility of Writing, Typing or
Printing Unsatisfactory in this
Document When Received.

SCANNER'S MEMO
Best Image Available

EXHIBIT A
Continued

## EASEMENT FOR INGRESS AND EGRESS

An easement for Ingress and Egress over and across part of Sections 7, 8 and 17, Township 46 South, Range 25 East, Lee County, Florida, being more particularly described as follows:

Commencing at the Southwest corner of the Northwest Quarter (N.W. ¼) of the Northwest Quarter (N.W. ¼) of said Section 17; thence run Easterly along the South line of the Northwest Quarter (N.W. ¼) of the Northwest Quarter (N.W. ¼) of said Section 17 for 328.46 feet to the survey centerline of U.S. Highway #41 (State Road #45); thence run N.20°35'30"W. along said center line for 1030.55 feet; thence run N.69°24'30"E. for 132.00 feet to the Easterly right-of-way line of U.S. Highway #41; thence run N.20°35'30"W. along said Easterly line for 334.06 feet to the point of beginning; thence continue N.20°35'30"W. for 70.00 feet; thence run N.69°24'30"E. for 260.00 feet; thence run S.20°35'30"E. for 315.00 feet; thence run Southeasterly for 117.11 feet on the arc of a curve to the left having a radius of 80.00 feet (chord bearing S.62°31'47"E., chord distance of 106.93 feet); thence run N.75°31'56"E. for 59.14 feet; thence run Southeasterly for 186.20 feet on the arc of a curve to the right having a radius of 120.00 feet (chord bearing S.60°00'55"E., chord distance of 168.08 feet); thence run S.15°33'45"E. for 50.19 feet to the Northerly right-of-way line of Constitution Boulevard; thence run Southwesterly along said Northerly line for 40.00 feet on the arc of a curve concave Southeasterly having a radius of 1063.00 feet (chord bearing S.74°26'15"W., chord distance of 40.00 feet); thence run N.15°33'45"W. for 50.19 feet; thence run Northwesterly for 124.14 feet on the arc of a curve to the left having a radius of 80.00 feet (chord bearing N.60°00'55"W., chord distance of 112.05 feet); thence run S.75°31'56"W. for 59.14 feet; thence run Northwesterly for 175.67 feet on the arc of a curve to the right having a radius of 120.00 feet (chord bearing N.62°31'47"W., chord distance of 160.40 feet); thence run N.20°35'30"W. for 215.00 feet; thence run Northwesterly for 47.12 feet on the arc of a curve to the left having a radius of 30.00 feet (chord bearing N.65°35'30"W., chord distance of 42.43 feet); thence run S.69°24'30"W. for 190.00 feet to the point of beginning.

page 2 of 4

OR BOOK 03669 PAGE 0376

RECORDER'S MEMO
Legibility of Writing, Typing or
Printing Unsatisfactory in this
Document When Received.

SCANNER'S MEMO
Best Image Available

EXHIBIT A
Continued

ACCESS ROAD EASEMENT

A tract or parcel of land lying in part of Lot 1, San Carlos Center, as recorded in Plat Book 42, Pages 1 and 2, Public Records of Lee County, Florida, described as follows:

Commencing at the Northwesterly corner of the aforesaid Lot 1, said point lying on the Easterly right-of-way line of State Road 45 ( U.S. Hwy. 41, Tamiami Trail ), being 132 feet Northeasterly as measured perpindicular from the centerline of said State Road 45, thence run N.69°24'30"E. along the Northwesterly line of said Lot 1 for 261.01 feet to the point of beginning; thence run S.20°35'30"E. for 29.76 feet to a point of curvature; thence run Southeasterly for 68.77 feet along the arc of a curve concave Southwesterly with a radius of 130.00 feet and a delta of 30°18'33" to a point of reverse curvature; thence run Southeasterly for 89.93 feet along the arc of a curve concave Northeasterly with a radius of 170.00 feet and a delta of 30°18'33" to a point of tangency; thence run S.20°35'30"E. for 104.21 feet to a point of curvature; thence run Southwesterly for 47.12 feet along the arc of a curve concave Northwesterly with a radius of 30.00 feet and a delta of 90°00'00" to a point of tangency; thence run N.69°24'30"E. for 70.00 feet; thence run N.20°35'30"W. for 134.21 feet to a point of curvature; thence run Northwesterly for 68.77 feet along the arc of a curve concave Northeasterly with a radius of 130.00 feet and a delta of 30°18'33" to a point of reverse curvature; thence run Northwesterly for 89.93 feet along the arc of a curve concave Southwesterly with a radius of 170.00 feet and a delta of 30°18'33" to a point of tangency; thence run N.20°35'30"W. for 29.76 feet to the Northwesterly line of the aforesaid Lot 1; thence run S.69°24'30"W. for 40.00 feet to the point of beginning.

OR BOOK 03669 PAGE 0377

RECORDER'S MEMO
Legibility of Writing, Typing or Printing Unsatisfactory in this Document when Received.

SCANNER'S MEMO
Best Image Available

EXHIBIT A
Continued.
Drainage Easement

AN EASEMENT OVER A TRACT OF LAND SITUATED IN THE STATE OF FLORIDA, COUNTY OF LEE, BEING A PART OF SECTION 17, TOWNSHIP 46 SOUTH, RANGE 25 EAST, AND FURTHER BOUNDED AND DESCRIBED AS FOLLOWS; for Drainage Purposes:

STARTING AT A CONCRETE MONUMENT AT THE SOUTHWEST CORNER OF THE NORTHWEST 1/4 OF THE NORHTWEST 1/4 OF THE AFORESAID SECTION 17, THENCE N. 88°57'25" E. ALONG A SOUTHERLY LINE OF THE AFORESAID FRACTION OF A SECTION A DISTANCE OF 466.34 FEET TO A POINT ON THE NORTHEASTERLY RIGHT-OF-WAY LINE OF U.S. HIGHWAY 41 (STATE ROAD #45 - 200 FEET WIDE); THENCE N. 20°35'30" W. ALONG SAID NORTHEASTERLY RIGHT-OF-WAY LINE A DISTANCE OF 705.88 FEET TO A POINT ON A CURVE TO THE RIGHT HAVING A RADIUS OF 25 FEET FOR 29.51 FEET (CHORD BEARING N. 13°13'30" E.) TO A POINT OF COMPOUND CURVATURE; THENCE RUN NORTHEASTERLY ALONG THE ARC OF A CURVE TO THE RIGHT OF RADIUS 957.00 FEET FOR 280.00 FEET (CHORD BEARING N. 55°25'30" E.); TO THE POINT OF BEGINNING.

FROM SAID POINT OF BEGINNING RUN S. 34°30'30" E. FOR 401.00 FEET MORE OF LESS TO THE WATERS OF A LAKE; THENCE RUN WESTERLY ALONG SAID WATERS A DISTANCE OF 15.66 FEET; THENCE RUN N. 34°30'30" WESTERLY A DISTANCE OF 398.57 FEET; THENCE RUN ALONG THE ARC OF A CURVE TO THE RIGHT OF RADIUS 957.00 FEET FOR 15.14 FEET (CHORD BEARING N. 63°21'18"E.) TO THE POINT OF BEGINNING.

Page 4 of 4