# EXHIBIT C

**PROFESSIONAL REALTY CONSULTANTS OF LEE COUNTY, INC.**

2503 Del Prado Blvd.
Wachovia Bank Building, Suite 500
Cape Coral, FL  33904

Office (239)573-5341     Fax (239)772-7164    (239)707-2577

November 18, 2005

RE: Winn Dixie Store #740
    San Carlos Marketplace Plaza
    18011 S. Tamiami Trail
    Ft. Myers, FL  33912

To Whom It May Concern:

The following services are estimates of charges currently being incurred by Webber Commercial Properties, regarding the above tenant after vacating leased premises:

| | |
|---|---|
| Replace American Flag ( 6' x10' Nylon)................ | $ 120.00 |
| Hiring of Electrician to reset lights (inside & out)...... | 225.00 |
| Maintenance for key replacement and lights,............ | 375.00 |
| - malfunctioning due to disconnection from Winn Dixie main computer system.(time & travel-several visits) | |
| Removal of Winn Dixie sign and banners................. (A-1 Signs) | 560.00 |
| Removal of trash/shelving left behind building........... (Florida Cleanup) | 500.00 |
| **TOTAL ESTIMATE** | **$1,780.00** |

Please feel free to contact me with any questions you may have regarding this matter.

Sincerely,

Cheryl A. Maymon,
Agent for Webber Commercial Properties

ktj/CM