UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

            Debtors.                      Jointly Administered
_____

## REQUEST FOR ALL NOTICES AND
## DEMAND FOR SERVICE OF PAPERS

The following party in interest in these Cases, Winn Dixie
Green Cove Trust ("the Party in Interest"), hereby requests
notice of all hearings and conferences and copies of all papers
herein, including all papers and notices pursuant to Rules 2002,
3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure
and including, without limitation, schedules, statements of
financial affairs, operating reports, plans of reorganization
and disclosure statements, applications (including applications
for compensation), motions, proposed orders, conformed copies of
orders, complaints and other pleadings, objections and other
requests, formal and informal, whether written or oral and
whether transmitted by mail, fax, e-mail, telephone or
otherwise. All such notices and papers should be directed to
the attorneys for the Party in Interest at the address set forth
below.

Neither this Request nor its filing and service shall constitute the consent of the Party in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Party in Interest reserve to the full extent of the law.

Dated: December 6 , 2005.
        Jacksonville, Florida

                        HELD & ISRAEL

                        By: ૩ W Held
                        Edwin W. Held, Jr., Esquire
                        Florida Bar #162574
                        Adam N. Frisch, Esquire
                        Florida Bar #635308
                        1301 Riverplace Blvd., Suite 1916
                        Jacksonville, Florida 32207
                        (904) 398-7038 Telephone
                        (904) 398-4283 Facsimile
                        Counsel for Winn Dixie Green Cove Trust

ewh/winndixie/greencovetrustnoa.djg

2