UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.                               Jointly Administered

_____

**REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

The following party in interest in these Cases, Winn Dixie Jacksonville Trust ("the Party in Interest"), hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Party in Interest at the address set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Party in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Party in Interest reserve to the full extent of the law.

Dated: December 6, 2005.
      Jacksonville, Florida

            HELD & ISRAEL

            By: _____
            Edwin W. Held, Jr., Esquire
            Florida Bar #162574
            Adam N. Frisch, Esquire
            Florida Bar #635308
            1301 Riverplace Blvd., Suite 1916
            Jacksonville, Florida 32207
            (904) 398-7038 Telephone
            (904) 398-4283 Facsimile
            Counsel for Winn Dixie Jacksonville Trust

ewh/winndixie/Jacksonvilletrustnoa.djg