UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING CERTIFICATE OF MAILING

The Court finds that the Certificate of Mailing of the Second Interim Application for Compensation filed by James D. Silver on behalf of Carlton Fields, P.A. on December 2, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Certificate of Mailing of the Second Interim Application for Compensation filed by James D. Silver on behalf of Carlton Fields, P.A. on December 2, 2005 is stricken from the record.

**DATED December 6, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
D.J. Baker, Attorney for Debtor, Four Times Square, New York, NY 10036
Elena Escamilla and Kenneth C. Meeker, US Trustee
Matthew Barr, Counsel for Official Committee of Unsecured Creditors, 1 Chase Manhattan Plaza, New York, NY 10005
Jonathan N. Helfat, 230 Park Ave., 29th Floor, New York, NY 10169
Sarah Robinson Borders, 191 Peachtree St., Atlanta, GA 30303