**UNITED STATES BANKRUPTCY COURT**
**MIDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., *et al.*,.,

                  Debtors._____/

Chapter 11
Case No.: 05-03817-3F1
Jointly Administered

**MOTION TO ALLOW LATE FILED RESPONSE**

COMES NOW, State of Florida Department of Revenue, by and through undersigned counsel and moves this honorable court to allow a late response to Debtor's Motion for Order authorizing sale of assets and as grounds therefore states as follows:

1. Debtor's motion was mailed on November 23, 2005, the day prior to the Thanksgiving Holiday.

2. The Offices of the State of Florida were closed on November 25, 2005 for a State Holiday.

3. The Motion for Order was not received in the offices of the undersigned until November 28, 2005 leaving less than 10 days in which to file a response.

4. The Motion was reviewed by the undersigned attorneyfor the first time on December 6, 2005 the date hereof.

5. Attached hereto is the Objection to Debtor's Motion which the undersigned would file upon approval of this motion by the court.

6. State of Florida, Department of Revenue does not believe the granting of this motion would unduly prejudice the Debtor.

WHEREFORE, State of Florida Department of Revenue, moves this honorable court grant it motion to allow late filed response.

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection was provided to the following via CM ECF Electronic Mail where available or facsimile transmission this 6th day of December, 2005:

Stephen D. Busey, Esquire
James H. Post, Esquire
Cynthia C. Jackson, Esquire
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7708

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Four Times Square
New York, New York 10036
(212) 735-2000

Dated: December 6, 2005

Respectfully submitted,

s/ Frederick F. Rudzik
Frederick F. Rudzik, Esquire
P.O. Box 6668
Tallahassee, Florida 32314-6668
Ph.  (850) 922-9887
Fax:(850) 921-3039
Fla Bar # 0749052