**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., *et al.*,.,

                  Debtors.     /

Chapter 11
Case No.: 05-03817-3F1
Jointly Administered

**OBJECTION TO MOTION FOR ORDER
(A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS AND EXEMPT FROM TAXES,
(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
3OF LEASES AND (C) GRANTING RELATED RELIEF**

COMES NOW, State of Florida Department of Revenue, objects to debtor's Motion for Order and as grounds therefore state as follows:

1. Debtor's motion requests relief pursuant to 1146(c) of the bankruptcy code.

*2.* While numerous cases are cited inferring that the relief sought is proper, both the Third and Fourth Circuit Court of Appeal have held the 11 U.S.C. 1146(c) tax exemption is not available to transactions which precede plan confirmation. [See, *In re Hechinger Inv. Co. of Del.,* 335 F.3d 335 F.3d 243 (3rd Cir.2003) and . In re NVR LP, 189 F.3d 442 (4th Cir.1999)]. The Eleventh Circuit Court of Appeal agreed with the holdings of the Third and Fourth Circuits in dicta in the case of *T.H. Orlando,* 391 F. 3d. 1287, (11th Cir. 2004).

WHEREFORE, State of Florida Department of Revenue, requests this honorable court sustain its objection to the Motion filed by debtor and

prays this court deny same or grant said motion with limits to the use of the tax exemption set forth in 11 U.S.C. 1146(c).

    I HEREBY CERTIFY that a true and correct copy of the foregoing Objection was provided to the following via CM ECF Electronic Mail where available or facsimile transmission this 6th day of December, 2005:

| | |
|---|---|
| Stephen D. Busey, Esquire | D.J. Baker |
| James H. Post, Esquire | Sally McDonald Henry |
| Cynthia C. Jackson, Esquire | Rosalie W. Gray |
| 225 Water Street, Suite 1800 | Four Times Square |
| Jacksonville, Florida 32202 | New York, New York 10036 |
| (904) 359-7708 | (212) 735-2000 |

Dated: December 6, 2005    Respectfully submitted,

s/ Frederick F. Rudzik\_\_\_\_\_
Frederick F. Rudzik, Esquire
P.O. Box 6668
Tallahassee, Florida 32314-6668
Ph.  (850) 922-9887
Fax:(850) 921-3039
Fla Bar # 0749052