UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING LIMITED OBJECTION TO DEBTORS' MOTION

This case came on for consideration upon the Court's own motion. On December 5, 2005, Dennis J. Drebsky filed a Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and ( c) Granting Related Relief on behalf of Deutsche Bank Trust Company Americas using a login and password belonging to Richard Bernard. Pursuant to Local Rule 9011-4( c), it shall not be permissible for an attorney to use another attorney's password to file a pleading. It is

**ORDERED:**

The Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and ( c) Granting Related Relief filed by Dennis J. Drebsky on behalf of Deutsche Bank Trust Company Americas is stricken from the record.

**DATED December 6, 2005, at Jacksonville, Florida.**

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Dennis J. Drebsky, 437 Madison Avenue, New York, NY 10022
Richard Bernard, 437 Madison Avenue, New York, NY 10022