UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11
WINN-DIXIE STORES, INC., et. al.,

    Debtors.                              Jointly Administered

---

REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS

The following Parties in Interest in these Cases, Hector M. Asprea and Bobby K. Bennett, as co-personal representatives of the Estate of Tina Marie Asprea, hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims, setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: December 6, 2005.
      Jacksonville, Florida

                HELD & ISRAEL

                By: *Kimberly Held Israel*
                Kimberly Held Israel
                Florida Bar #47287
                1301 Riverplace Blvd., Suite 1916
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile

and

LEESFIELD, LEIGHTON & PARTNERS

John Elliott Leighton
Florida Bar #0507921
2350 South Dixie Highway
Miami, Florida 33133
(305) 854-4900 Telephone
(305) 854-8266 Facsimile
Co-counsel for Hector M. Asprea and
Bobby K. Bennett, as co-personal
Representatives of the Estate of
Tina Marie Asprea