UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | Jointly Administered |
| ) | |

## NOTICE OF WITHDRAWAL OF MOTION
## FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that Movant, ROGER F. GAGNON, by and through his undersigned attorneys, Dennis Hernandez & Associates, PA, hereby withdraws his Motion for Relief from Automatic Stay, previously filed with this Honorable Court.

Respectfully submitted,

_____
Michael R. DeMinico, Esquire
Florida Bar Number 336254
Dennis Hernandez & Associates, PA
3339 West Kennedy Boulevard
Tampa, Florida 33609
Telephone: 813-250-0000
Facsimile:  813-258-4567
Attorneys for Movant

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in the jointly administered cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachment has been furnished via U.S. Mail and facsimile (904-783-5970) to Robert Devine, Esquire, Winn-Dixie Stores, Inc., 5050 Edgewood Court, P.O. Box B, Jacksonville, Florida, 32203-0297 and via U.S. Mail and facsimile (904-359-7708) to Stephen D. Busey, Esquire, James H. Post, Esquire, and Cynthia C. Jackson, Esquire, Smith Hulsey, Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202 on this 6th day of December, 2005.

_____
Michael R. DeMinico, Esquire