UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>   Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about December 5, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first-class mail, postage prepaid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: December 7, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

CREDITOR ID: 243646-12  
BLUE DIAMOND GROWERS  
ATTN ELAINE DYKHOUSE, MGR  
PO BOX 96269  
CHICAGO, IL 60693

CREDITOR ID: 381971-36  
BRACH'S CONFECTIONS, INC  
ATTN JOHN A VOGEL, CR & AR MGR  
PO BOX 22427  
CHATTANOOGA TN 37422-2427

CREDITOR ID: 279351-36  
COLE'S QUALITY FOODS INC  
ATTN: CYNTHIA A HARVARD, CFO  
1188 LAKESHORE DRIVE  
MUSKEGON MI 49441-1691

CREDITOR ID: 408404-98  
FAIR HARBOR CAPITAL LLC  
ATTN FRED GLASS  
875 AVENUE OF THE AMERICAS STE 2305  
NEW YORK NY 10001

CREDITOR ID: 249391-12  
FARMINGTON FOODS  
ATTN ALBERT A LAVALLE, FIN DIR  
4806 PAYSPHERE CIRCLE  
CHICAGO, IL 60674

CREDITOR ID: 410716-15  
FARMINGTON FOODS  
ATTN ALBERT A LAVALLE, FIN DIR  
7419 W FRANKLIN STREET  
FOREST PARK IL 60130

CREDITOR ID: 405906-98  
MADISON INVESTMENT TRUST - SERIES 3  
ATTN KRISTY STARK  
6310 LAMAR AVE STE 120  
OVERLAND PARK KS 66202

CREDITOR ID: 416964-97  
PERDUE FARMS INC  
ATTN: HAL RUNNER, CORP CREDIT MGR  
31149 OLD OCEAN CITY ROAD  
SALISBURY MD 21802

CREDITOR ID: 279140-33  
PERDUE FARMS INCORPORATED  
ATTN HAL RUNNER, CORP CREDIT MGR  
PO BOX 1537  
SALISBURY MD 21802-1537

CREDITOR ID: 382085-36  
SENECA FOODS CORPORATION  
ATTN JANE E SLOAN, CR MGR  
3736 S MAIN STREET  
MARION NY 14505

CREDITOR ID: 407520-98  
SPCP GROUP LLC AGT OF SILVER PT CAP  
FUND LP & SILVER PT CAP OFFSHORE  
ATTN BRIAN JARMAIN  
2 GREENWICH PLAZA  
GREENWICH CT 06830

CREDITOR ID: 405667-95  
SYROCO, INC  
ATTN RONNIE RECCIO, CREDIT MGR  
7528 STATE FAIR BOULEVARD  
BALDWINSVILLE NY 13027

**Total: 12**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1

Docket No.: 4297

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BLUE DIAMOND GROWERS | FAIR HARBOR CAPITAL LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| BLUE DIAMOND GROWERS<br>ATTN ELAINE DYKHOUSE, MGR<br>PO BOX 96269<br>CHICAGO, IL 60693 | FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| Phone: 916 446 8321 | Phone: |
| Account No.: 243646 | Account No.: 408404 |

Claim No.: 34615         Full Transfer:        Partial Transfer: (X)

Date Claim Filed: 04/07/2005         Transfer Amount: $10,538.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/05/2005         /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 4352

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BRACH'S CONFECTIONS, INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| BRACH'S CONFECTIONS, INC<br>ATTN JOHN A VOGEL, CR & AR MGR<br>PO BOX 22427<br>CHATTANOOGA TN 37422-2427 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: 423 510 7711 | Phone: |
| Account No.: 381971 | Account No.: 407520 |

Claim No.: 8559                                     Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 07/27/2005                        Transfer Amount: $636,268.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/05/2005                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 4350 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COLE'S QUALITY FOODS INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
|---|---|
| Name of Transferor | Name of Transferee |
| | |
| COLE'S QUALITY FOODS INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| ATTN: CYNTHIA A HARVARD, CFO | FUND LP & SILVER PT CAP OFFSHORE |
| 1188 LAKESHORE DRIVE | ATTN BRIAN JARMAIN |
| MUSKEGON MI 49441-1691 | 2 GREENWICH PLAZA |
| | GREENWICH CT 06830 |
| | |
| Phone: 231 722 1657 | Phone: |
| Account No.: 279351 | Account No.: 407520 |

| | |
|---|---|
| Claim No.: 4425 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 06/23/2005 | Transfer Amount: $150,505.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 12/05/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1

Docket No.: 4351

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| Transferor | Transferee |
|---|---|
| FARMINGTON FOODS | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: | Phone: |
| Account No.: 249391 | Account No.: 407520 |
| FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>7419 W FRANKLIN STREET<br>FOREST PARK IL 60130 | |
| Phone: 708 771 3600 | |
| Account No.: 410716 | |

Claim No.: 9490                                Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 07/27/2005                   Transfer Amount: $510,465.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/05/2005                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 4337 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PERDUE FARMS INCORPORATED | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| PERDUE FARMS INCORPORATED<br>ATTN HAL RUNNER, CORP CREDIT MGR<br>PO BOX 1537<br>SALISBURY MD 21802-1537 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: 410 341 2727 | Phone: 800 896 8913 |
| Account No.: 279140 | Account No.: 405906 |
| PERDUE FARMS INC<br>ATTN: HAL RUNNER, CORP CREDIT MGR<br>31149 OLD OCEAN CITY ROAD<br>SALISBURY MD 21802 | |
| Phone: | |
| Account No.: 416964 | |
| Claim No.: 4402 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 06/22/2005 | Transfer Amount: $137,238.91 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 12/05/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 4332

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SENECA FOODS CORPORATION | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| SENECA FOODS CORPORATION<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: 315 926 8100 | Phone: |
| Account No.: 382085 | Account No.: 407520 |

Claim No.: 3791                               Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 06/08/2005                  Transfer Amount: $968,878.11

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/05/2005                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 4333

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SYROCO, INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| SYROCO, INC<br>ATTN RONNIE RECCIO, CREDIT MGR<br>7528 STATE FAIR BOULEVARD<br>BALDWINSVILLE NY 13027 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: 3156712401 | Phone: |
| Account No.: 405667 | Account No.: 407520 |

Claim No.: 6419    Full Transfer: (X)    Partial Transfer:

Date Claim Filed: 07/15/2005    Transfer Amount: $203,796.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/05/2005    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 5, 2005.