Atlanta, GA 30305
Phone: 404-266-2421
jmartin@simplawatlanta.com

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL 33156
Phone: 305-670-5000
Fax: 305-670-5011
jmarkowitz@mdrtlaw.com; rrubio@mdrtlaw.com

Frank, Weinberg & Black, PL
Attn: David Black
7805 S.W. 6th Court
Plantation, FL 33324
Phone: 954-474-8000
Fax: 954-474-9850
dblack@fwblaw.net

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257
Phone: 904-268-7227
Fax: 904-268-3337
mbowlus@fjbd.com; kschnauss@fjbd.com

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Fl
214 North Tryon St.
Charlotte, NC 28202
Phone: 704-331-7400
Fax: 704-353-3129
handresen@kennedycovington.com

Sesssions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Fl.
New Orleans, LA 70170-3500
Phone: 504-582-1521
Fax: 504-582-1564
jdf@sessions-law.com

Weiss Serota Helfman Pastoriza Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312
Phone: 954-763-4242
Fax: 954-764-7770
dgonzales@wsh-law.com

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300

Northfield, IL 60093
Phone: 847-441-7676
Fax: 312-346-8434
wschwartz@lplegal.com

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerard Catalanello
900 Third Ave.
New York, NY 10022
Phone: 212-895-2000
Fax: 212-895-2900
gcatalanello@brownraysman.com

Broward County Revenue Collection Division
Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S. Andrews Ave.
Fort Lauderdale, FL 33301
Phone: 954-357-7600
Fax: 954-357-7641
hhawn@broward.org

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204
Phone: 904-354-5200
Fax: 904-354-5256
afranson@atritt.com

Johnson, Pope, Bokor, Ruppel & Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757
Phone: 727-461-1818
Fax: 727-443-6548
mikem@jpfirm.com

Williams Mullen Hofheimer Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460
Phone: 757-629-0617
Fax: 757-629-0660
dgreer@williamsmullen.com

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St.
PO Box 1320
Richmond, VA 23218-1320
Phone: 804-783-6448
Fax: 804-783-6507
pbliley@williamsmullen.com

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294
Phone: 614-462-5404
Fax: 614-464-2634
scupps@keglerbrown.com

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103
Phone: 860-240-2700
Fax: 860-240-2800
anthony.smits@bingham.com

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: 302-421-6840
Fax: 302-421-5873
mminuti@saul.com

Thompson, O'Brien, Kemp & Nasuti PC
Attn: Albert Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092
Phone: 770-925-0111
Fax: 770-925-8597
anasuti@tokn.com

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dri., Ste 2540
Tampa, FL 33602
Phone: 813-229-1700
Fax: 813-229-1707
ecf@jennisbowen.com; djennis@jennisbowen.com

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave., 17th Fl.
New York, NY 10017
Phone: 212-684-0199
Fax: 212-684-0197
dflanigan@pswslaw.com

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112
Phone: 816-753-1000

Fax: 816-753-1536
jbird@pswslaw.com

Clark, Partington, Hart, Larry, Bond & Stackhouse
Attn: Keith L. Bell, Jr
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32501
Phone: 850-434-9200
Fax: 850-434-7340
kbell@cphlaw.com

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq.
Suite 1300 - Constitution Place
325 Chesnut Street
Philadelphia, PA 19106
Phone: 215-829-0014
Fax: 215-829-0059
jchebot@wbc-lawyers.com

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA 30503
Phone: 770-536-3381
Fax: 770-531-1481
bpatten@sgwfirm.com

Blanco Tacklabery Combs & Matamoros, PA
Attn: Gene B. Tarr
PO Drawer 25008
Winston-Salem, NC 27114-5008
Phone: 336-293-9000
Fax: 336-293-9030
gbt@btcmlaw.com

Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP
Attm: Amos U. Priester IV
PO Box 2611
Raleigh, NC 27602-2611
Phone: 919-821-1220
Fax: 919-821-6800
apriester@smithlaw.com

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
PO Box 23066
Jackson, MS 39225-3066
Phone: 601-352-2300
Fax: 601-360-9777
nobled@phelps.com

Stoel Rives LLP
Attn: Peter L. Slinn

600 University St., Ste 3600
Seattle, WA 98101
Phone: 206-386-7612
Fax: 206-386-7500
plslinn@stoel.com

Simon Property Group
Attn: Ronald Tucker
115 West Washington St.
Indianapolis, IN 46204
Phone: 317-263-2346
Fax: 317-263-7901
rtucker@simon.com

Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
Attn: Robert Feinstein
780 Third Ave., 36th Fl.
New York, NY 10017
Phone: 212-561-7700
Fax: 212-561-7777
rfeinstein@pszyjw.com

Davis & Fields PC
Attn: Richard Davis
PO Box 2925
Daphne, AL 36526
Phone: 251-621-1555
Fax: 251-621-1520
rdavis@davis-fields.com

Haywood, Denny & Miller LLP
Attn: Robert Levin
PO Box 51429
Durham, NC 51429
Phone: 919-403-0000
Fax: 919-403-0001
rlevin@hdmllp.com

GrayRobinson PA
Attn: Donald Nohrr
PO Box 1870
Melbourne, FL 32902
Phone: 321-727-8100
Fax: 321-984-4122
dnohrr@gray-robinson.com

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
Attn: Elwood F. Cahill, Jr., Neal J. Kling
909 Poydras St., 28th Fl.
New Orleans, Louisiana 70112
Phone: 504-299-2100
Fax: 504-299-2300
ecahill@shergarner.com; nkling@shergarner.com

Seyfarth Shaw LLP
Attn: Richard Lauter, Sara Lorber

55 East Monroe St., Ste 4200
Chicago, IL 60601-5803
Phone: 312-346-8000
Fax: 312-269-8869
rlauter@seyfarth.com; slorber@seyfarth.com

St. John & Wayne, LLC
Attn: Todd Galante, Paul Evangelista
Two Penn Plaza East
Newark, NJ 07105
Phone: 973-491-3600
Fax: 973-491-3555
tmg@stjohnlaw.com; pse@stjohnlaw.com

Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
Attn: Brian Shaw, Allen Guon
321 N. Clark St., Ste 800
Chicago, IL 60610
Phone: 312-541-0151
Fax: 312-980-3888
bshaw100@shawgussis.com; aguon@shawgussis.com

Porter, Wright, Morris & Arthur LLP
Attn: James Botti
41 South High St., 31st Fl.
Columbus, OH 43215
Phone: 614-227-2178
Fax: 614-227-2100
jbotti@porterwright.com

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron Saintsing
PO Box 26268
Raleigh, NC 27611
Phone: 919-250-2000
Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Snell & Wilmer, LLP
Attn: Peter Rathwell
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Phone: 602-382-6203
Fax: 602-382-6070
prathwell@swlaw.com

McCormick & Company
Attn: Austin Nooney
211 Schilling Circle
Hunt Valley, MD
Phone: 410-527-6050
Fax: 410-527-6262
austin_nooney@mccormick.com

Wolff, Hill, McFarlin & Herron, PA

Attn: David McFarlin, Kenneth Herron
1851 W. Colonial Drive
Orlando, FL 32804
Phone: 407-648-0058
Fax: 407-648-0681
dmcfarlin@whmh.com; kherron@whmh.com

LaMonica Herbst & Maniscalco, LLP
Attn: Salvatore LaMonica, David Balansky
3305 Jerusalem Ave.
Wantagh, NY 11803
Phone: 516-826-6500
sl@lhmlawfirm.com; dab@lhmlawfirm.com

Leatherwood Walker Todd & Mann, PC
Attn: Seann Gray Tzouvelekas
PO Box 87, 300 East McBee Avenue, Ste 500
Greenvile, SC 29602-0087
Phone: 864-240-2490
Fax: 864-240-2498
stzouvelekas@lwtm.com

Haynsworth Sinkler Boyd, PA
Attn: William H. Short
PO Box 11889
Columbia, SC 29201
Phone: 803-779-3080
Fax: 803-765-1243
bshort@hsblawfirm.com

Johnston, Harris, Gerde & Jelks, PA
Attn: Jerry Gerde
239 E. 4th St.
Panama City, FL 091787
Phone: 850-763-8421
Fax: 850-763-8425
gerdekomarek@bellsouth.net

Foley & Mansfield, PLLP
Attn: Jeffrey DeCarlo
545 Madison Avenue
New York, NY 10022
Phone: 212-421-0436
Fax: 212-421-0539
jdecarlo@foleymansfield.com

McClain, Leppert & Maney, P.C.
Attn: J. Casey Roy, Michael Leppert
711 Louisiana Street, Suite 3100
Houston, Texas 77002
Phone: 713-654-8001
Fax: 713-654-8818
roy@mcclainleppert.com; leppert@mcclainleppert.com

Brenner Kaprosy LLP
Attn: T. David Mitchell

50 East Washington St.
Chagrin Falls, OH 4402
Phone: 440-247-5555
Fax: 440-247-5551
tdavidmitchell@msn.com

Greenbaum, Rowe, Smith & Davis LLP
Attn: Thomas Denitzio
Metro Corporate Campus One
PO Box 5600
Woodbridge, NJ 07095-0988
Phone: 732-549-5600
Fax: 732-549-1881
tdenitzio@greenbaumlaw.com; runderhill@greenbaumlaw.com

Ray Quinney & Nebeker, PC
Attn: Steven Waterman
PO Box 45385
Salt Lake City, UT 84145-0385
Phone: 801-532-1500
Fax: 801-532-7543
swaterman@rqn.com

Alfred E. Smith
60 E. 42nd St., Ste 2501
New York, NY 10017
Phone: 212-986-2251
Fax: 212-986-2238
alsmithesq@aol.com

Wachtel & Masyr, LLP
Attn: Steven Cohen, Greg Haber
110 East 59th St.
New York, NY 10022
Phone: 212-909-9500
Fax: 212-371-0320
cohen@wmllp.com; ghaber@wmllp.com

Spain & Gillon, LLC
Attn: Walter F. McArdle
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
Phone: 205-328-4100
Fax: 205-324-8866
wfm@spain-gillon.com

Genovese Joblove & Battista, P.A.
Attn: Craig P. Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131
Phone: 305-349-2300
Fax: 305-349-2310
crieders@gjb-law.com

Berger Singerman, P.A.

Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd., Ste 1000
Fort Lauderdale, FL 33301
Phone: 954-525-9900
Fax: 561-998-0028
aspector@bergersingerman.com; grobson@bergersingerman.com

Stovash,,Case & Tingley, PA
Attn: Rachel Adams
SunTrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410
Phone: 407-316-0393
Fax: 407-316-8969
radams@sctlaw.com

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Phone: 501-371-0808
Fax: 501-376-9442
jglover@wlj.com

Marvin S. Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 33331
Phone: 954-349-3300
Fax: 954-650-3045
mschulmanpa@aol.com

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004
Phone: 610-667-5800
Fax: 610-617-6224
slewis@stoltzusa.com

Gronek & Latham, LLP
Attn: Scott Shuker
390 N. Orange Ave., Ste 600
Orlando, FL 32801
Phone: 407-481-5800
Fax: 407-481-5801
rshuker@groneklatham.com

Rogers Towers PA
Attn: Betsy Cox, Robert T. Hyde, Jr.
1301 Riverplace Blvd., Ste 1500
Jacksonville, FL 32207
Phone: 904-398-3911
Fax: 904-396-0663
bcox@rtlaw.com; bhyde@rtlaw.com

Lee & Rosenberger, a Law Corporation

Attn: Gregg Rapoport
135 W. Green St., Ste 100
Pasadena, CA 91105
Phone: 626-356-8080
Fax: 626-578-1827
gar@garlaw.us

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067
Phone: 310-586-8108
Fax: 310-449-3136
cmiller@mgm.com

Bregman, Berbert, Schwartz & Gilday, LLC
Attn: Laurence H. Berbert
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814
(301) 656-2707 Main
(301) 961-6525 Facsimile
lberbert@bregmanlaw.com

Nick Law Firm, LC
Attn: Tammy N. Nick
676 East I-10 Service Road
Slidell, LA 70461
Phone: 985-641-1802
Fax: 985-641-1807
nicklaw@eatel.net

Wilkins, Bankester, Biles & Wynne, PA
Attn: Marion Wynne, Brian Britt
PO Box 1367
Fairhope, AL 36532
Phone: 251-928-1915
Fax: 251-928-1967
twynne@wbbwlaw.com; bbritt@wbbwlaw.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis
Attn: Lara R. Fernandez, Richard McIntyre
Post Office Box 1102
Tampa FL, 33601-1102
Phone: 813-223-7474
Fax: 813-229-6553
lrfernandez@trenam.com; rjmcintyre@trenam.com

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018
Phone: 212-593-3000
Fax: 212-593-0353
tsadutto@platzerlaw.com

RMC Property

c/o Dennis LeVine & Associates
PO Box 707
Tampa, FL 33601-0707
Phone: 813-253-0777
Fax: 813-253-0975
Dennis@bcylaw.com

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
5929 College Ave.
Oakland, CA 94618
shweitze@dreyers.com

Dreyer's Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
PO Box 270
San Francisco, CA 94104-0270
Phone: 415-989-4730
Fax: 415-989-0491
cookdavidj@aol.com

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square
600 First Ave. North, Ste 308
St. Petersburg, FL 33701
Phone: 727-895-8050
Fax: 727-895-8057
sbeavens@iurillolaw.com

Marks Gray, P.A.
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207
Phone: 904-398-0900
Fax: 904-399-8440
npulignano@marksgray.com

Mowrey & Biggins, P.A.
Attn: Ronald A. Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111
Phone: 850-222-9482
Fax: 850-561-6867
rmowrey@mowreylaw.com

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd., Ste 2700
Atlanta, GA 30326
Phone: 404-923-9045
Fax: 404-923-9099
amcbrayer@ebglaw.com

Taft, Stettiniuse & Hollister, LLP

Attn: Richard Ferrell
425 Walnut St., Ste 1800
Cincinnati, OH 45202-3957
Phone: 513-381-2838
Fax: 513-381-0205
ferrell@taftlaw.com

Keaton & Associates, P.C.
Attn: Mary E. Gardner, Esq.
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067
Phone: 847-934-6500
Fax: 847-934-6508
gardner@pacatrust.com

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816
Phone: 256-536-8213
Fax:  256-536-8262
mikeelee@bellsouth.net

Nelson Mullins Riley & Scarborough, LLP
Attn: George B. Cauthen
Meridian Building, 17th Fl.
1320 Main St.
Colombia, SC 29201
Phone: 803-799-2000
Fax: 803-255-9644
george.cauthen@nelsonmullins.com

Holland & Knight
Attn: Alan Weiss
15 North Laura St., Ste 3900
Jacksonville, FL 32202
Phone: 904-798-5459
Fax: 904-358-1872
alan.weiss@hklaw.com

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples
400 Meridian St., Ste 301
Huntsville, AL 35801
Phone: 256-533-5770
Fax: 256-533-5980
smaples@jmmtlawfirm.com

Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs.
Attn: John T. Rogerson
Riverplace Tower
1301 Riverplace Blvd., Suite 1700
Jacksonville, FL 32207
Phone: 904-355-1700
Fax: 904-355-1797
jrogerson@vbwr.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524
Phone: 212-872-1000
Fax: 212-872-1002
skuhn@akingump.com

Rex D. Rainach
A Professional Law Corporation
3622 Government St.
Baton Rouge, LA 70806-0646
Phone: 225-343-0643
Fax:225-343-0646
rainach@msn.com

The Coca-Cola Company
Attn: John Lewis, Litigation Counsel
PO Box 1734
Atlanta, GA 30301
Phone: 404-676-4016
Fax: 404-676-7636
johnlewis@na.ko.com; josjohnson@na.ko.com

Hedrick, Dewberry, Regan & Durant
Attn: Jeffrey C. Regan
50 North Laura St., Ste 1600
Jacksonville, FL 32202
Phone: 904-356-1300
Fax: 904-356-8050
jregan@hdrd-law.com; tbombard@hdrd-law.com

Berger Singerman, P.A.
Attn: Berger Singerman
200 South Biscayne Blvd., St1 1000
Miami, FL 33131-5308
Phone: 305-755-9500
Fax: 305-714-4340
singerman@bergersingerman.com

Gerard Kouri, Jr.
10021 Pines Blvd., Ste 202
Pembroke Pines, FL 33024-6191
Phone: 954-447-9632
Fax: 954-447-9634
gmkouri@aol.com

Karem & Karem, Attorneys at Law
Attn: John W. Harrison, Jr.
333 Guthrie Green, Ste 312
Louisville, KY 40202
Phone: 502-587-6659
Fax: 502-582-1171
kandklaw_jwh@msn.com

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Ave., Ste 400
Marietta, GA 30060-7946
Phone: 770-426-4619
Fax: 770-426-4846
bankruptcy@evict.net

Reinhart Boerner Van Deuren s.c.
Attn: Joshua Blakely, Michael Jankowski
1000 North Water St., Ste 2100, PO Box 2965
Milwaukee, WI 53201-2965
Phone: 414-298-1000
Fax: 414-298-8097
mjankows@reinhartlaw.com; jblakely@reinhartlaw.com

Kondos & Kondos Law Office
Attn:  Anjel K. Avant, Esq.
1595 N. Central Expressway
Richardson, TX  75080
Phone: 972-231-9924
Fax: 972-231-8636
anjela@kondoslaw.net

Munsch Hardt Kopf & Harr PC
Attn: Randall Rios
Bank of America Center
700 Louisiana, 46th Fl.
Houston, TX 77002
Phone: 713-222-1470
Fax: 713-222-1475
rrios@munsch.com

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike St.
North Andover, MA 01845
Phone: 978-683-2479
Fax: 978-683-3041
hweinberg@jrhwlaw.com

Shutts & Bowen LLP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801
Phone: 407-423-3200
Fax: 407-425-8316
abrumby@shutts-law.com

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree St., Ste 800
Atlanta, GA 30309-7649
Phone: 404-962-6100
Fax: 404-962-6300
charrison@millermartin.com

Poyner & Spruill LLP
Attn: Judy Thompson
301 South College St., Ste 2300
Charlotte, NC 28202
Phone: 704-342-5250
Fax: 704-342-5264
jthompson@poynerspruill.com

Tabas, Freedman, Soloff & Miller PA
Attn: Joel Tabas
919 Ingraham Bldg, 25 Southeast Second Ave.
Miami, FL 33131-1538
Phone: 305-375-8171
Fax: 305-381-7708
jtabas@tfslaw.com

Saul Ewing LLP
Attn: Joyce Kuhns
100 South Charles St., 15th Fl
Baltimore, MD 21201
Phone: 410-332-8965
Fax: 410-332-8964
jkuhns@saul.com

Johnston, Conwell & Donovan LLC
Attn: W. Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birmingham, AL 35209
Phone: 205-414-1200
Fax: 205-414-1205
whd@johnstonconwell.com; amd@johnstonconwell.com

Slott, Barker & Nussbaum
Attn: Earl M. Barker
334 East Duval St.
Jacksonville, FL 32202
Phone: 904-353-0033
Fax: 904-355-4148
embarker@bellsouth.net

Hangley, Aronchick, Segal & Pudlin
Attn: Ashley Chan
One Logan Square, 27th Fl
Philadelphia, PA 19103
Phone: 215-568-6200
Fax: 215-568-0300
achan@hangley.com

Loreal Paris
Attn: Patrick Ackerman
35 Broadway Road
Cranbury, NJ 08512
Phone: 609-860-7627
Fax: 609-860-7738
packerman@us.loreal.com

Lowndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
PO Box 2809
Orlando, FL 32802
Phone: 407-418-6259
Fax: 407-843-4444
matt.beal@lowndes-law.com

Foley & Mansfield PLLP
Attn: Thomas Lallier, Megan Blazina
250 Marquette Ave, Ste 1200
Minneapolis, MN 55401
Phone: 612-338-8788
Fax: 612-338-8690
tlallier@foleymansfield.com; mblazina@foleymansfield.com

Morgan & Morgan, Attorneys at Law PC
Attn: Lee P. Morgan
PO Box 48359
Athens, GA 30604
Phone: 706-548-7070
Fax: 706-613-2089
lmorgan@morganlawyers.com

State of Georgia, Assistant Attorney General
Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, GA 30334
Phone: 404-656-3303
Fax: 404-657-3239
bo.fears@law.state.ga.us

Pinellas County, Florida
Diane Nelson, Tax Collector
PO Box 2943
Clearwater, FL 33757-2943
Phone: 727-464-3402
Fax: 727-464-5230
bgramley@taxcollect.com

Canova and Delahaye
Attn: L. Phillip Canova, Louis Delahaye, Thomas Delahaye
58156 Court St.
Plaquemine, LA 70764-2708
Phone: 225-687-8340
Fax: 225-687-1868
pcanova@eatel.net

Choate, Hall & Stewart
Attn: John Ventola, William McMahon
Exchange Place, 53 State St.
Boston, MA 02109-2891
Phone: 617-248-5000
Fax: 617-248-4000

jventola@choate.com; wmcmahon@choate.com

Barnes & Thornburg LLP
Attn: Wendy D Brewer
11 South Meridian St
Indianapolis, IN 46204-3535
Phone: 317-236-1313
Fax: 317-231-7433
wendy.brewer@btlaw.com

Anthony Salzano
Counsel for Pasco County Board of County Commissioners
West Pasco Government Center
7530 Little Road, Ste 340
New Port Richey, FL 34654
Phone: 727-847-8120
tosipov@pascocountyfl.net

Harper, Kynes, Geller & Bradford PA
Attn: Charles Buford
2560 Gulf to Bay Blvd, Ste 300
Clearwater, FL 33765
Phone: 727-799-4840
Fax: 727-797-8206
buford@harperkynes.com

Law Offices of Daniel Markind
Attn: Johanna Markind
1500 Walnut St., Ste 1100
Philadelphia, PA 19102
Phone: 215-546-2212
Fax: 215-735-9004
markindlaw@att.net

Cohen & Thurston PA
Attn: Janet Thurston
1723 Blanding Blvd #102
Jacksonville, FL 32210
Phone: 904-388-6500
Fax: 904-387-4192
cohenthurston@cs.com

Hill, Ward & Henderson, PA
Attn: Lynn Welter Sherman
PO Box 2231
Tampa, FL 33601
Phone: 813-221-3900
Fax: 813-221-2900
lsherman@hwhlaw.com

Eastman & Smith Ltd
Attn: Kenneth C Baker
One Seagate, 24th Floor
PO Box 10032
Toledo, OH 43699-0032
Phone: 41-241-6000

Fax: 419-247-1777
kcbaker@eastsmith.com

Borges & Associates, LLC
Attn: Wanda Borges
575 Underhill Blvd., Ste 110
Syosset, NY 11791
Phone: 516-677-8200
borgeslawfirm@aol.com

Meland Russin Hellinger & Budwick, PA
Attn: Jonathan Williams
3000 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 33131
Phone: 305-358-6363
Fax: 305-358-1221
jwilliams@melandrussin.com

Akerman Senterfitt
Attn:  John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone:  904-798-3700
Fax:  904-398-3730
john.macdonald@akerman.com

Broad and Cassel
Attn: Roy S. Kobert
390 North Orange Ave., Ste 1100
Orlando, FL 32801
Phone: 407-839-4200
Fax: 407-650-0927
rkobert@broadandcassel.com; orlandobankruptcy@broadandcassel.com

Winderweedle, Haines, Ward & Woodman, PA
Attn: Ryan E. Davis
a/f AmSouth Bank
390 North Orange Ave., Ste 1500
PO Box 1391
Orlando, FL 32802-1391
Phone: 407-423-4246
Fax: 407-423-7014
rdavis@whww.com

Irby Law Firm
Attn: Albert Adams
PO Box 910
Eufaula, AL 36072
Phone: 334-687-6672
Fax: 334-687-6671
irbylawfirm@bellsouth.net

Hubbard, Smith, McIlwain, Brakefield & Browder PC
Attn: Marcus Brakefield, Christopher McIlwain, Kristofor Sodergren
PO Box 2427

Tuscaloosa, AL 35403
mbrakefield@hsmbb.com; cmcilwain@hsmbb.com; ksodergren@hsmbb.com

McGuirewoods LLP
Attn: John H. Maddock III
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804-775-1000
Fax: 804-775-1061
jmaddock@mcguirewoods.com

McGuirewoods LLP
Attn: Charles L. Gibbs II
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661
Phone: 904-798-3200
Fax: 904-798-3207
cgibbs@mcguirewoods.com

Kizer, Hood & Morgan, LLP
Attn: Ralph Hood
2111 Quail Run Drive
Baton Rouge, LA 70808
Phone: 225-761-0001
Fax: 225-761-0731
rhood@khmllp.com

Neufeld, Rennett & Bach, APC
Attn: Timothy L. Neufeld
360 E. Second Street, Suite 703,
Los Angeles, CA 90012
Phone: 213-625-2625
Fax: 213-625-2650
tneufeld@nrblaw.com

Gunster, Yoakley & Stewart, PA
Attn: Christian Petersen
500 East Broward Blvd, Ste 1400
Fort Lauderdale, FL 33394
Phone: 954-468-1394
Fax: 954-523-1722
cpetersen@gunster.com

Neil, Gerber & Eisenberg
Attn: Thomas Wolford
2 North LaSalle St., Ste 2200
Chicago, IL 60602
Phone: 312-269-5675
Fax: 312-269-1747
twolford@ngelaw.com

Pinkston & Pinkston, PA
Attn: David Pinkston, Gina Schlegel
PO Box 4608

Jacksonville, FL 32201
Phone: 904-389-5880
Fax: 904-389-9957
dpinkston@pinkstonandpinkston.com; gschlegel@pinkstonandpinkston.com

McKenna Long & Aldridge LLP
Attn: B. Summer Chandler, David N. Stern
303 Peachtree St., Ste 5300
Atlanta, GA 30308
Phone: 404-527-4000
Fax: 404-527-4198
schandler@mckennalong.com; dstern@mckennalong.com

Lord, Bissell & Brook LLP
Attn: Folarin Dosunmu, Aaron C Smith
115 S. LaSalle Street
Chicago, IL 60603
Phone: 312-443-0700
Fax: 312-443-0336
Fdosunmu@lordbissell.com; asmith@lordbissell.com

Piper, Ludin, Howie & Werner, PA
Attn: Eric E. Ludin
5720 Central Ave.
St. Petersburg, FL 33707
Phone: 727-344-1111
Fax: 727-344-1117
ludin@piperludin.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Sarah Schultz
1700 Pacific Ave., Ste 4100
Dallas, TX 75201-4675
Phone: 214-969-2800
Fax: 214-969-4343
sschultz@akingump.com

Solomon Pearl Blum Heymann & Stich LLC
Attn: Joel Shafferman
40 Wall St., 35th Fl.
New York,NY 10005
Phone: 212-267-7600
Fax: 212-267-2030
jshafferman@solpearl.com

Hinshaw & Culbertson LLP
Attn: Kenneth G. M. Mather
100 South Ashley Drive, Ste 500
Tampa, FL 33602
Phone: 813-276-1662
Fax: 813-276-1956
kmather@hinshawlaw.com

Rosen Law Group, LLC
Attn: Mitchell S Rosen
Atlanta Plaza, Ste 3250

950 E. Paces Ferry Rd.
Atlanta, GA 30326
Phone: (404) 832-8410
Fax: (404) 832-8422
mrosen@rosenlawgroup.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.
Attn: William Knight Zewadski
PO Box 1102
Tampa, Florida 33601
Phone: (813) 223-7474
Z@trenam.com

Harrell & Harrell, P.A.
Attn: Greg Schlax; Michael Moran
4735 Sunbeam Road
Jacksonville, Florida 32257
Phone: (904) 251-1111
Fax: (904) 296-7710
gschlax@harrellandharrell.com; mmoran@harrellandharrell.com

Ward and Smith, PA
Attn: J. Michael Fields
120 West Fire Tower Rd
PO Box 8088
Greenville, NC 27835-8088
Phone: (252) 215-4026
jmf@wardandsmith.com

Diane Nelson, Tax Collector of Pinellas County, FL
Attn: Sarah Richardson
Managing Assistant County Attorney
315 Court St.
Clearwater, FL 33756
Phone: 727-464-3354
Fax: 727-464-4147
srichard@co.pinellas.fl.us

McElwee Law Firm, PLLC
Attn: Robert Laney
906 Main St.
North Wilkesboro, NC 28659
Phone: 336-838-1111
Fax: 336-838-0753
blaney@mcelweefirm.com

Kitchens Kelley Gaynes, P.C.
Attn: Mark Kelley
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Phone: 404-237-4100
Fax: 404-364-0126
mkelley@kkgpc.com

Young, Morphis, Bach and Taylor, L.L.P.

Attn: Jimmy Ray Summerlin
First Lawyers Building, 400 Second Avenue, N.W.
P.O. Drawer 2428
Hickory, North Carolina 28603
Phone: 828-322-4663
Fax: 828-322-2023
jimmys@hickorylaw.com

Wilcox Law Firm
Attn: Robert D Wilcox
10201 Centurion Pkwy, Ste 600
Jacksonville, FL 32254
Phone: 904-998-9994
Fax: 904-513-9201
rwilcox@wilcoxlawfirm.com

Tuggle Duggins & Meschan, P.A.
Attn: Paul M. Dennis, Jr.
228 West Market St., P.O. Box 2888
Greensboro, NC 27402-2888
Phone: 336-378-1431
Fax: 336-274-6590
pdennis@tuggleduggins.com

Harwell Howard Hyne Gabbert & Manner PC
Attn: David P. Canas
315 Deaderick St., Ste 1800
Nashville, TN 37238
Phone: 615-256-0500
Fax: 615-251-1058
dpc@h3gm.com

Foley & Lardner LLP
Attn: Gardner Davis
PO Box 240
Jacksonville, FL 32201-0240
Phone: 904-359-2000
Fax: 904-359-8700
gdavis@foley.com

Emmanuel, Sheppard and Condon PA
Attn: Sally Bussell Fox
30 South Spring St.
Pensacola, FL 32502
Phone: 850-433-6581
sfox@esclaw.com

Tatone Properties of Florida, Inc.
Attn: Melody D Genson
3665 Bee Ridge Rd., Ste 316
Sarasota, FL 34233
Phone: 941-927-6377
melodydgenson@verizon.net

Krieg DeVault LLP
Attn: C. Daniel Motsinger

One Indiana Sq., Ste 2800
Indianapolis, IN 46204-2079
Phone: 317-636-4341
Fax: 317-636-1507
cmotsinger@kdlegal.com

Balch & Bingham LLP
Attn: Elizabeth T Baer
14 Peidmont Ctr, Ste 1100
3535 Piedmont Rd.
Atlanta, GA 30305
bbaer@balch.com

Sell & Melton, LLP
Attn: Ed S Sell
PO Box 229
Macon, GA 31202-0229
Phone: 478-746-8521
Fax: 478-745-6426
eds@sell-melton.com

Hillsborough County Attorney's Office
Attn: Brian T FitzGerald
PO Box 1110
Tampa, FL 33601-1110
Phone: 813-272-5670
Fax: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

Blackwell Sanders Peper Martin LLP
Attn: John Cruciani
4801 Main St., Ste 1000
Kansas City, MO 64112
Phone: 816-983-8197
Fax: 816-983-8080
jcruciani@blackwellsanders.com

Vertis, Inc
Attn: Luke Brandonisio
250 W Pratt St
PO Box 17102
Baltimore, MD 21297
Lbrandonisio@VertisInc.com

Terrell, Hogan, Ellis & Yegelwel PA
Attn: Carroll Cayer
233 East Bay St., 8th Fl
Jacksonville, FL 32202
Phone: 904-632-2424
Fax: 904-632-0549
cayer@terrellhogan.com

Hodgson Russ LLP
Attn: Tina Talarchyk
1801 North Military Trail, Ste 200
Boca Raton, FL 33431

ttalarch@hodgsonruss.com

Phelps Dunbar
Attn: Donald Whittemore
100 South Ashley Drive, Ste 1900
Tampa, FL 33602
Phone: 813-472-7550
Fax: 813-472-7570
whittemd@phelps.com


Verona Law Group, PA
Attn: Jay Verona
7235 First Ave. So.
St. Petersburg, FL 33707
Phone: 727-347-7000
Fax: 727-347-7997
jay@veronalawgroup.com

Kilpatrick Stockton LLP
Attn: Paul M. Rosenblatt
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530
Phone: 404-815-6500
Fax: 404-815-6555
Prosenblatt@KilpatrickStockton.com

Henderson, Franklin, Starnes & Holt, PA
Attn: Douglas Szabo, John Noland
PO Box 280
Fort Myers, FL 33902-0280
Phone: 239-344-1140
douglas.szabo@henlaw.com

Hiday & Ricke, PA
Attn: Jeffrey Becker
PO Box 550858
Jacksonville, FL 32255
Phone: 904-363-2769
Fax: 904-363-0538
litigate@hidayricke.com

Squire, Sanders & Dempsey LLP
Attn: Joseph Weinstein
4900 Keuy Tower
127 Public Sq.
Cleveland, OH 44114-1304
Phone: 216-479-8426
Fax: 216-479-8780
jweinstein@ssd.com

Ervin, Cohen & Jessup
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212
Phone: 310-273-6333

Fax: 310-859-2325
mkogan@ecjlaw.com

Mirick, O'Connell, DeMallie & Lougee LLP
Attn: Paul W. Carey
100 Front St.
Worcester, MA 01608-1477
Phone: 508-791-8500
Fax: 508-791-8502
bankrupt@modl.com

McGuirewoods LLP
Attn: Michael Schmahl
77 W. Wacker Dr., Ste 4100
Chicago, IL 60601
Phone: :312-849-8100
mschmahl@mcguirewoods.com

Becket and Lee LLP
Attn: Gilbert Weisman
PO Box 3001
Malvern, PA 19355-0701
Phone: 610-644-7800
Fax: 610-993-8493
notices@becket-lee.com

Baker Botts LLP
Attn: C. Luckey McDowell
2001 Ross Ave.
Dallas, TX 75201-2980
Phone: 214-953-6500
Fax: 214-953-6503
luckey.mcdowell@bakerbotts.com

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC 27622

Colodny, Fass, Talenfeld, Karlinsky & Abate
Attn: Joel Fass
2000 W. Commercial Blvd., Ste 232
Ft. Lauderdale, FL 33309
Phone: 954-492-4010
Fax: 954-492-1144
jfass@cftlaw.com

Hill, Ward & Henderson, PA
Attn: Paige Greenlee
PO Box 2231
Tampa, FL 33601
Phone: 813-221-3900
Fax: 813-221-2900
pgreenlee@hwhlaw.com


Ervin, Cohen & Jessup, LLP

Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212
Phone: 310-273-6333
Fax: 310-859-2325
mkogan@ecjlaw.com

Blaxberg, Grayson, Kukoff & Segal, PA
Attn: Ian J Kukoff
25 Southeast Second Ave.
Miami, FL 33131
Phone: 305-381-7979
Fax: 305-371-6816
ian.kukoff@blaxgray.com

Mickler & Mickler
Attn: Albert H. Mickler
5452 Arlington Exp.
Jacksonville, FL 32211
Phone: (904) 725-0822
Fax: (904) 725-0855
court@planlaw.com

Held & Israel
Attn: Adam Frisch
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207
Phone: 904-398-7038
Fax: 904-398-4283
afrisch@hilawfirm.com

GrayRobinson
Attn: Jason B. Burnett
50 North Laura St., Ste 1675
Jacksonville, FL 32202
Phone: (904) 598-9929
Fax: (904) 598-9109
jburnett@gray-robinson.com

Friedline & McConnell, P.A.
Attn: Jerrett M. McConnell
1756 University Blvd. S.
Jacksonville, FL 32216
Phone: 904-727-7850
bankruptcy@fandmlaw.com

Powell Goldstein LLP
Attn: Wendy Hagenau, John Moore
One Atlantic Center, 14th Fl
1201 W. Peachtree St., NW
Atlanta, FA 30309-3488
Phone: 404-572-6600
Fax: 404-572-6999
'jmoore@pogolaw.com

Duane Morris LLP

Attn: Margery Reed, Wendy Simkulak
30 South 17th St.
Philadelphia, PA 19103
Phone: 215-979-1000
Fax: 215-979-1020
mnreed@duanemorris.com; wmsimkulak@duanemorris.com

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K. Denniston
600 Peachtree Street. N.E.
Twenty-Fourth Floor
Atlanta, GA 30308
Tel: (404) 815-2347
Fax: (404) 685-5347
karolkdenniston@paulhastings.com

Stichter, Riedel, Blain & Prosser PA
Attn: Susan H. Sharp
110 Madison St., Ste 200
Tampa, FL 33602
Phone: 813-229-0144
Fax: 813-229-1811
ssharp.ecf@srbp.com

Marcus, Santoro & Kozak, PC
Attn: Kelly M Barnhart
1435 Crossways Blvd., Ste 300
Chesapeake, VA 23320
Phone: 757-222-2224
Fax: 757-333-3390
kbarnhart@mskpc.com

Kelley & Fulton, PA
Attn: Craig I. Kelley
1665 Palm Beach Lakes Blvd.
The Forum, Ste 1000
West Palm Beach, FL 33401
Phone: 561-684-5524
Fax: 561-684-3773
craig@kelleylawoffice.com

Schnader Harrison Segal & Lewis LLP
Attn: William J. Maffucci
1600 Market Street Suite 3600
Philadelphia, PA  19103-7286
Phone: 215-751-2210
wjmaffucci@schnader.co

Arnstein & Lehr LLP
Attn: Ronald J Marlowe
1110 N. Florida Ave.
Tampa, FL 33602
rjmarlowe@arnstein.com

State of Florida Health Care Admin
Attn:  Charles Ginn

Building B Suite 12, MS 6
2002 Old St. Augustine Road
Tallahassee, FL  32308

State of Florida, AHCA
Attn:  Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL  32308

State of Georgia, Dept. of
   Community Health
Attn:  Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA  30303-3159

State of Kentucky Health & Family
   Services Cabinet
Attn:  Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY  40621

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn:  Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303-8909

Quarles & Brady LLP
Attn: Ned R Nashban
1900 Glades Road, Ste 355
Boca Raton, FL 33431
Phone: 561-368-5400
nrn@quarles.com

Liebman, Conway, Olejniczak & Jerry, SC
Attn: Jerome E. Smyth
PO Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
jes@lcojlaw.com

The Caluda Law Firm
Attn: Robert J. Caluda
3232 Edenborn Ave.
Metairie, LA 70002
Phone: 504-586-0361
rcaluda@rcaluda.com

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

Thompson & Knight
Attn: John S Brannon
1700 Pacific Ave., Suite 3300
Dallas, TX 75201
214-969-1505
214-999-1608
john.brannon@tklaw.com

Stevens & Lee, PC
Attn: Chester Salomon, Jocelyn Keynes
485 Madison Ave., 20th Fl.
New York, NY 10022
Phone: 212-319-8500
jk@stevenslee.com