UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA_____X

In re:                                                          Chapter 11
WINN-DIXIE STORES, INC.,   et al.,                              (Jointly Administered Under)
                                                                Case No. 05-03817-3F1
                                 Debtors.
_____X

OMNIBUS NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:      Best Manufacturing Group LLC
                 10 Exchange Place
                 Jersey City, NJ  07302
                 Attn: Richard Menon


Transferee:      Contrarian Funds, LLC
                 411 West Putnam Avenue, S-225
                 Greenwich, CT 06830
                 Attn:  Alpa Jimenez


A transfer of all right, title and interest in and to the claim amount held by Best Manufacturing
Group LLC (the "Transferor") in the amount of $44,084.06 against Winn-Dixie Stores, Inc., et
al., and its affiliates, $33,558.47 against Winn-Dixie Montgomery, Inc., and $8.03 against Winn-
Dixie Raleigh, Inc.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.    However, IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF
THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

        United States Bankruptcy Court
        Middle District of Florida
        300 North Hogan Street
        Jacksonville, Florida 32202
        Attn: Bankruptcy Clerk

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
        Refer to INTERNAL CONTROL No. _____ in your objection.
        If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____


                                    _____
                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

BEST MANUFACTURING GROUP LLC, a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated October __, 2005 has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **4th** day of **October** 2005.


(Assignor)
BEST MANUFACTURING GROUP LLC

By: _____

Name:  *RICHARD MENON*

Title:  *DIRECTOR OF CREDIT*.


(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____

Name:  Gail Tenzer

Title:  Member


(Assignor)
WITNESS:

By: _____

Name:  Don Kliesch

Title:  DIRECTOR of IT

KL2239AAAA.1

## Schedule A

### Best Manufacturing Group LLC

| Debtor | Case Number | Schedule Amount | Outstanding Amt | Proof of Claim filed | Claim No. |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 05-3817 |  |  | 77,704.93 | 952 |
| Winn-Dixie Stores, Inc. | 05-3817 | 44,084.06 | 44,084.06 |  |  |
| Winn-Dixie Montgomery, Inc. | 05-3637 | 33,558.47 | 33,558.47 |  |  |
| Winn-Dixie Raleigh, Inc. | 05-3839 | 8.03 | 8.03 |  |  |
| **Total** |  | **77,650.56** | **77,650.56** | **77,704.93** |  |

**Initial:** 
**Buyer:**
**Seller:**

