UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC. et.al.,<br><br>Debtors | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## AMENDED SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION OF CAPITAL CROSSING BANK FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

I HEREBY CERTIFY that a true copy of the Motion of Capital Crossing Bank for Entry of an Order Granting Relief From the Automatic Stay (Docket #4237) was served via U.S. Mail, on the 23rd day of November, 2005 to the Debtor, Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, 5050 Edgewood Court, Jacksonville, FL 32254-3699; and on November 18, 2005, via electronic mail to Debtor's counsel D.J. Baker, Sally McDonald Henry, Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Time Square, New York, New York 10036; Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Kenneth C. Meeker, Assistant U.S. Trustee, 135 West Central Blvd., Room 620, Orlando, Florida 32801, and the parties on the Local Rule 1007-2 (Fed. R. Bankr. P. Rule 1007(d))

0095052\115852\900403\2

Parties in Interest list. To the extent any party on the 1007-2 Parties in Interest List is not electronically served, said party was served via U.S. Mail this 7th day of December 2005.

*[signature]*

Matt E. Beal
Florida Bar No. 0865310
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-444
Attorneys for Capital Crossing Bank