UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

## WITHDRAWAL OF OBJECTION BY SPECTRUM CAUBLE MANAGEMENT, LLC TO CURE AMOUNT FOR STORE NO. 2733 PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

COMES NOW Spectrum Cauble Management, LLC ("Spectrum"), by and through counsel, and withdraws its Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and Contracts and (c) Granting Related Relief dated July 14, 2005 ("Objection") (Docket No. 2733). Spectrum withdraws its Objection to the Cure Amount for Store No. 2733 because its cure claim of $44,987.20 has been paid in full. The Objection is moot, and Spectrum hereby withdraws its Objection.

Respectfully submitted this 7th day of December, 2005.

By: /s/ Beth T. Baer
Beth T. Baer
BALCH & BINGHAM, LLP
Georgia Bar No. 030845
14 Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, Georgia 30305
Tel: 404-261-6020
Fax: 404-261-3656

*Counsel for SPECTRUM CAUBLE MANAGEMENT, LLC*

59960.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **WITHDRAWAL OF OBJECTION BY SPECTRUM CAUBLE MANAGEMENT, LLC TO CURE AMOUNT FOR STORE NO. 2733 PROVIDED IN DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF** were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on December 7, 2005.

Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Elizabeth M. Schule
Cynthia C. Jackson
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202

/s/ Beth T. Baer
Beth T. Baer
Georgia Bar No. 030845

59960.1