**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**STIPULATION AND WAIVER REGARDING**
**TIME REQUIREMENTS ON MOTION FOR**
**RELIEF FROM STAY FILED BY PAUL VERNON MACON**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Paul Vernon Macon ("Macon") stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Macon (the "Motion") (Docket No. 4159). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing on or after January 30, 2006, and (ii) the continuation of the automatic stay in

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

effect pending the conclusion of such hearing and determination of Macon's Motion for

Relief from Stay.

Dated:  December 8, 2005.


FRIEDLINE & McCONNELL, P.A.                    SMITH HULSEY & BUSEY


By  *s/ Rodger J. Friedline                            By   s/ James H. Post
        Rodger J. Friedline                                      James H. Post

Florida Bar Number 0813788                        Florida Bar Number 175460
1756 University Boulevard South                  225 Water Street, Suite 1800
Jacksonville, Florida 32216                          Jacksonville, Florida  32202
(904) 727-7850                                           (904) 359-7700
                                                               (904) 359-7708 (facsimile)
Attorneys for Paul Vernon Macon               jpost@smithhulsey.com

                                                                         -and-
*Counsel has authorized his electronic
 signature                                                SKADDEN, ARPS, SLATE, MEAGHER
                                                              & FLOM LLP
                                                              D. J. Baker
                                                              Sally McDonald Henry
                                                              Rosalie Gray
                                                              Four Times Square
                                                              New York, New York 10036
                                                              (212) 735-3000
                                                              (212) 735-2000 (facsimile)
                                                              rgray@skadden.com

                                                              Attorneys for the Debtors

515529