

REVISED NOTICE OF EXERCISE OF LEASE TERM EXTENSION

September 1, 2005

Via: Federal Express Overnight
And Telefax 305-661-7803

Mr. David Baumgard, Chief Executive Officer
Investment Management Associates
1575 San Ignacio Avenue, Suite 100
Coral Gables, Florida 33146

Re: Lease dated March 26, 1969, as evidenced or amended by (i) Short Form Lease dated March 26, 1969, recorded in Book 6478, page 619 of the official records of Dade County, Florida; (ii) Modification Agreement dated February 9,1970;(iii) Modification Agreement dated April 30, 1970 (which partially superseded the Modification Agreement dated February 9, 1970); (iv) Modification Agreement dated June 1, 1973; (v) Letter Agreement dated July 23, 1973; (vi) Letter Agreement dated January 6, 1976; (vii) Letter Agreement dated May 8, 1990; and (viii) Tenant's Renewal Option Exercise Notices dated May 22, 1990, August 22, 1995 and August 29, 2000 (collectively, the "Lease"), by and between Sunset West Shopping Plaza, a joint venture consisting of B & K Associates, Inc. and Anthony F. Balzebre and Dorothy Balzebre ("Landlord"), and Winn-Dixie Stores, Inc., a Florida corporation, Debtor-In-Possession ("Tenant"), for Winn-Dixie Store #370, located in the Sunset West Shopping Center, 8710 Sunset Drive, Miami, Florida.

Dear Mr. Baumgard:

You are hereby notified that Winn-Dixie herewith exercises the fourth and final of its four (4) options to extend the term of the Lease, as amended, for a period of five (5) years commencing January 1, 2006, and terminating at midnight on December 31, 2010. This Lease, as extended shall be upon the same terms and conditions and at the rentals contained in the Lease.

This Notice of Exercise of Lease Term Extension constitutes a part of the Lease described hereinabove, and should be attached to your copy of the Lease.

WINN-DIXIE STORES, INC.    5050 EDGEWOOD COURT    P.O. BOX B    JACKSONVILLE, FLORIDA 32203-0297    (904) 783-5000

C 22-21 (08/04)

Mr. David Baumgard, Chief Executive Officer
Investment Management Associates
September 1, 2005
Page Two

As you are aware, Winn-Dixie and certain of its subsidiaries filed for Chapter 11 protection under the United States Bankruptcy Code. Please note that this Lease Extension Notice shall not be deemed to constitute an assumption of the Lease under Section 365 of the Bankruptcy Code nor indicate an intention to assume such Lease in the future. Accordingly, Winn-Dixie reserves all of its rights under the Bankruptcy Code, including the right to move to assume or reject the Lease.

Kindly acknowledge your receipt of this Notice by executing the attached counterpart and returning to Donald Smith at the Legal Department at the address below.

Very truly yours,

**WINN-DIXIE STORES, INC.**

By: _____
Its: Senior Vice President

cc: Cyndi Reynolds
Chrissy Norris
Kevin Grab
Kim Neil

LEGAL APPROVED
ATTY: _____
DATE: 9-12-05

ACKNOWLEDGED this 22nd day of September, 2005

_____
Anthony F. Balzebre

_____
Dorothy Balzebre

Landlord

O:\BECKY\FORMS\RENEWAL LETTERS\RENEWAL LETTER - New - PCW 2003.doc