09/02/05 FRI 13:25 FAX 954 783 2810    RE WD MIAMI    @001

AUGUST 17, 2005

SUNSET WEST SHOPPING PLAZA
INVESTMENT MANAGEMENT ASSOC
1575 SAN IGNACIO AVE STE 100
CORAL GABLES, FL 33146

WINN-DIXIE LOCATION NO. 370
SUNSET PLAZA
8710 SUNSET DR
MIAMI, FL 33173

DEAR LANDLORD,

IN ACCORDANCE WITH THE TERMS OF THE LEASE AGREEMENT COVERING THE ABOVE METIONED LOCATION, WE ADVISE THAT OUR SALES FOR THE FISCAL YEAR ENDED JUNE 29, 2005 AMOUNTED TO $11,088,105.02.

WE SUBMIT THESE SALES FIGURES WITH THE UNDERSTANDING THAT THEY WILL BE KEPT IN STRICT CONFIDENCE BY YOU.

BECAUSE THE LIMITATIONS ON WINN-DIXIE AS A DEBTOR-IN-POSSESSION UNDER FEDERAL BANKRUPTCY LAW, AT THIS TIME WE ARE REMITTING ONLY THE PORTION OF PERCENTAGE RENT ATTRIBUTABLE TO THE PERIOD AFTER OUR REORGANIZATION FILING, THE SO-CALLED "POST-PETITION" PERIOD. ACCORDINGLY, A CHECK WILL BE MAILED SEPARATELY ON AUGUST 17, 2005 IN THE AMOUNT OF $30,215.56. OUR CALCULATIONS ARE AS FOLLOWS:

| | |
|---|---|
| SALES: | $11,088,105.02 |
| BASE: | $ 4,954,950.00 |
| EXCESS: | $ 6,133,155.02 |
| PERCENTAGE | 1.50% |
| ANNUALIZED PERCENTAGE RENT: | $91,997.32 |
| RENT AMOUNT FOR POST-PETITION PERIOD | $34,175.56 |
| LESS DEDUCTIBLE PAYMENTS: COMMON AREA MAINTENANCE | $3,960.00 |
| PERCENTAGE RENT REMITTED: | $30,215.56 |

RESPECTFULLY YOURS,
LEASE ACCOUNTING DEPARTMENT