



November 15th, 2005

Ms. Jane DeWitte
Winn Dixie Stores Inc.
5050 Edgewood Court
Jacksonville, FL. 32203-0297

RE: Store # 370, Sunset Plaza - 8710 Sunset Drive, Miami FL.

Dear Jane,

Enclosed is the recovery calculation for the 2005 Property Tax. The Winn Dixie prorated share is $47,946.14. We would like to take advantage of the 4% November payment discount.

Please remit payment immediately to: Sunset West Shopping Center
.c/o Investment Management Associates Inc.
1575 San Ignacio Avenue, Suite 10
Coral Gables, FL. 33146

I can be contacted at (305) 661-0110 if you have any questions.

Sincerely,

Jacqueline Webley
Financial Controller

Enclosures



**INVESTMENT MANAGEMENT ASSOCIATES**
LICENSED REAL ESTATE BROKER



Winn Dixie Stores, Inc.
Jacksonville/Miami Division
Attn: Jane De Witte/Store #370
5050 Edgewood Ct.
Jacksonville FL 32203-0297

LOCATION Winn Dixie Location # 370
         Sunset West Plaza
         8710 Sunset Drive
         Miami, FL. 33173

INVOICE - Real Estate Tax 2005                    INVOICE DATE - 11/15/05

Recovery Calculation for Real Estate Tax

| | | | |
|---|---|---|---|
| Square Footage of store | 28465 | Expense Amount | $123,811.02 |
| Parcel square footage | 73505 | Prorata share | 38.73% |
| | | Winn Dixie prorated amount | $47,946.14 |
| | | Sales Tax | $0.00 |
| | | **Total Amount Due** | **$47,946.14** |

Please pay the total amount due immediately. The real estate tax has been paid to take advantage of the 4% discount saving which has been passed on to you.

1575 SAN IGNACIO AVENUE, SUITE 100, CORAL GABLES, FLORIDA 33146   305.661.0110   FAX: 305.661.7803

# 2005 REAL ESTATE PROPERTY TAXES

Miami-Dade County, Florida

## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

255664

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 30-4033-001-0011 | UNINC. MIAMI-DADE | 3000 | 6,050,291 |

**Mailing Address**
JEFFREY SANDELMAN & SUSAN TRS
% ANTHONY F BALZEBRE
135 LEUCADENDRA DR
CORAL GABLES FL 33156

**Property Address**
7300 SW 87 AVE

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | | TAX LEVIED |
|---|---|---|---|
| School Board | 7.94700 | 6,050,291 | 48,081.66 |
| School Board Debt Service | 0.49100 | 6,050,291 | 2,970.69 |
| Florida Inland Navigation Dist | 0.03850 | 6,050,291 | 232.94 |
| South Florida Water Mgmt District | 0.59700 | 6,050,291 | 3,612.02 |
| Everglades Construction Project | 0.10000 | 6,050,291 | 605.03 |
| Childrens Trust Authority | 0.42880 | 6,050,291 | 2,594.36 |
| County Wide Operating | 5.83500 | 6,050,291 | 35,303.45 |
| County Wide Debt Service | 0.28500 | 6,050,291 | 1,724.33 |
| Library District | 0.48600 | 6,050,291 | 2,940.44 |
| Fire Rescue Operating | 2.60900 | 6,050,291 | 15,785.21 |
| Fire Rescue Debt Service | 0.05200 | 6,050,291 | 314.62 |
| Unincorporated Operating | 2.44700 | 6,050,291 | 14,805.06 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| | | | |

**Combined taxes and assessments $128,969.81**

SAVE TIME. PAY ONLINE. www.miamidade.gov
E-checking is now available

If paid by November 30, 2005   $123,811.02
If paid by December 31, 2005   $125,100.72
If paid by January 31, 2006    $126,390.41
If paid by February 28, 2006   $127,680.11
If paid by March 31, 2006      $128,969.81

† RETAIN FOR YOUR RECORDS †
✂ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ✂

**2005 REAL ESTATE PROPERTY TAXES**

30-4033-001-0011    7300 SW 87 AVE
FOLIO NUMBER        PROPERTY ADDRESS

**LEGAL DESCRIPTION**
33 54 40 6.55 AC M/L
SUB OF PB 1-84
TRACT 1 LESS N150FT OF E175FT &
E230FT M/L OF TRACT 2 LESS N50FT

Make checks payable to:
**Miami-Dade Tax Collector**
(in U.S. funds drawn on U.S. banks)

Please use envelope provided or
mail to 140 W. Flagler Street, 12th Floor
Miami, FL 33130-1575

JEFFREY SANDELMAN & SUSAN TRS
% ANTHONY F BALZEBRE
135 LEUCADENDRA DR
CORAL GABLES FL 33156

### PAY ONLY ONE AMOUNT

Amount if paid by NOVEMBER 30, 2005
$ 123,811.02
Amount if paid by DECEMBER 31, 2005
$ 125,100.72
Amount if paid by JANUARY 31, 2006
$ 126,390.41
Amount if paid by FEBRUARY 28, 2006
$ 127,680.11
Amount if paid by MARCH 31, 2006
$ 128,969.81

50033 30403300100110 0012896981 00000000 0000000 0000000 00000 3

#4086 P.004/004    INVESTMENT MNGMNT    3056617803 10:31 2005.08.DEC