ATLANTA OFFICE

SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30309-3592
TELEPHONE
(404) 815-3500
FACSIMILE
(404) 815-3509

Andrew Keith Daw
Direct Phone No. (904) 598-6125
Direct Fax No. (904) 598-6225
E-Mail - kdaw@sgrlaw.com

## SMITH, GAMBRELL & RUSSELL, LLP
ATTORNEYS AT LAW
SUITE 2600, BANK OF AMERICA TOWER
50 NORTH LAURA STREET
JACKSONVILLE, FLORIDA 32202
TELEPHONE (904) 598-6100
FACSIMILE (904) 598-6300
WEBSITE www.sgrlaw.com

ESTABLISHED 1893

WASHINGTON, D.C. OFFICE

SUITE 600
1850 M STREET N.W.
WASHINGTON, D C 20036
TELEPHONE
(202) 263-4300
FACSIMILE
(202) 263-4329

November 28, 2005

**BY TELEFAX (305) 661-7803 AND**
**BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Investment Management Associates
1575 San Ignacio Avenue, Suite 100
Coral Gables, FL 33146-3000

RE:  Winn-Dixie Store #370
     Sunset Plaza
     8710 Sunset Drive
     Miami, Florida

Gentlemen:

   I am counsel to Winn-Dixie Stores, Inc. (Winn-Dixie"). As you are aware, Hurricane Wilma passed through South Florida on October 24, 2005, deeply affecting the area in which the referenced store is located. Due to the storm, the referenced store could not be operated for 3 days.

   Under the lease related to this location, Winn-Dixie has the right to abate rent when the store is closed as a result of a casualty. Thus, Winn-Dixie has reduced the amount of the November rent check to deduct the rent corresponding to the number of days the location was closed, and a pro-rated check is enclosed.

   If you have any questions, you may contact me using the information provided above.

Very truly yours,

Andrew Keith Daw

AKD:jgs
Enclosure

SGRJAX/77258.1

Check Date: 25.Nov.2005                                                                                     Check No.        0081337

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amou |
|---|---|---|---|---|---|---|
| WDHDQ | 0370CAM11/05 | 21.Nov.2005 | 00679936 | 298.06 | 0.00 | 298. |
| WDHDQ | 0370RENT11/05 | 21.Nov.2005 | 00679951 | 5,294.38 | 0.00 | 5,294. |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000191760 | SUNSET W SHOPPING PLAZA | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amoun |
| 008133747 | 25.Nov.2005 | $5,592.44 | $0.00 | $5,592.44 |

The face of this document has a red background on white paper, micro-printing and a security watermark on reverse side.

Winn Dixie Stores, Inc.          WACHOVIA BANK, N.A.          008133747
Debtor-in-Possession             Pensacola, FL 32534           63-1012/632
PO Box B
Jacksonville, Florida 32203-0297
                                 Date    25.Nov.2005
                                                               Pay Amount  $5,592.44***
Pay     ****FIVE THOUSAND FIVE HUNDRED NINETY-TWO AND 44 / 100 US DOLLAR****

To The Order Of                  Winn Dixie Stores, Inc. Consolidated Disbursement Account

SUNSET W SHOPPING PLAZA
INVESTMENT MANAGEMENT ASS
1575 SAN IGNACIO AVE STE 100
CORAL GABLES, FL 33146                                         KDHaidee
                                                               Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS