8. If during, or prior to the terms hereby granted, the premises shall be damaged or destroyed by fire or other casualty, the Landlord shall repair and restore the same at the Landlord's expense and as promptly as possible. If such damage or destruction: (a) shall be so extensive that the cost of repair or restoration would be in excess of 75% of the value of the demised store building (exclusive of land) when restored; and (b) shall occur at a time when the unexpired term of this lease shall be less than 10 years, this lease shall terminate unless, within 30 days after such damage or destruction, the Tenant shall have elected to exercise one or more privileges of extension, given the Tenant by this paragraph or paragraph #15 hereof, and the aggregate of such unexpired and extended terms shall be at least 10 years. If at the time of the injury or destruction mentioned in subdivision (a), the aggregate unexpired and renewal terms shall be less than ten years, the Tenant shall be privileged to extend the then current term for a period of ten years, as hereinafter mentioned. If the Tenant shall elect to take such ten-year extension, then: (1) the Landlord shall repair or restore the demised premises at the Landlord's expense and as promptly as possible; (2) the said ten-year extension shall begin 30 days after the Landlord shall have completed such repairs or restoration; and (3) the Tenant shall have no right of extension or renewal other than said ten-year extension. In the event of termination under this paragraph, all rent shall be adjusted and apportioned at the time of such destruction; otherwise, the rent shall be abated in an amount corresponding with the time during which and the extent to which the premises have been untenantable.



-6-