**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Pines-Carter of Florida's 1) Objection to Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Granting Third Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property; and 2) Motion to Compel Debtor to Assume or Reject Unexpired Lease of Nonresidential Real Property (Store #658, Located at 15200 Municipal Drive, Madeira Beach, Pinellas County, Florida) was electronically mailed to all parties listed on the attached service and sent via U.S. Regular Mail to those parties on the attached service list entitled Service By Mail on December 8, 2005.

DATED this 8th day of December, 2005

/s/ Jonathan R. Williams
Jonathan R. Williams, Esquire
Florida Bar No. 0178810
MELAND RUSSIN HELLINGER
 & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

**File an answer, response or objection to a motion:**
3:05-bk-03817-JAF Winn-Dixie Stores, Inc and Anthony and Dorothy Balzebre **CASE FILED prior to 10/17/05**

U.S. Bankruptcy Court

Middle District of Florida

Notice of Electronic Filing

The following transaction was received from Williams, Jonathan R entered on 12/8/2005 at 1:00 PM EST and filed on 12/8/2005
**Case Name:** Winn-Dixie Stores, Inc and Anthony and Dorothy Balzebre
**Case Number:** 3:05-bk-03817-JAF
**Document Number:** 4518

**Docket Text:**
Objection to (related to motions(s)[4314]) Filed by Jonathan R Williams on behalf of Creditor Pines-Carter of Florida, Inc.. (Attachments: # (1) Exhibit Exhibits B through D) (Williams, Jonathan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** j:\docs\clients\5047\5047-1\00115865.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=12/8/2005] [FileNumber=12484555-0] [9675c5428b81c0c5e733db7f4ce5738f2784dd9e719398abd8105118426a3d8614 9a577a8ac55653c9e9828502041d364930721fb7819deadfea9cf4249aaa20]]
**Document description:** Exhibit Exhibits B through D
**Original filename:** j:\docs\clients\5047\5047-1\00115863.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=12/8/2005] [FileNumber=12484555-1] [6ac31e39f3341ca781b245036ed174d2de16c9a9625a5db56993d84a001b2d7c1b 5c6e7f0e4518a81dc377cd3947ef80a88d85ca65c1ce64c37b2121b20b806b]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

P Matthew Abbott     pmabbott2002@yahoo.com,

Albert H Adams     irbylawfirm@bellsouth.net,

Rachel E Adams     radams@sctlaw.com,

Amroc Investments, LLC     dleinwand@amrocinvestments.com,

Elizabeth T Baer     bbaer@balch.com,

D. J. Baker     djbaker@skadden.com,

Kenneth C Baker    kcbaker@eastmansmith.com,

Zachary J Bancroft    zachary.bancroft@lowndes-law.com

Dale R Baringer    dale@sb-lawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net,dlhartwell@bellsouth.net

Kelly M Barnhart    kbarnhart@mskpc.com

Matthew Scott Barr    mbarr@milbank.com,
lmandel@milbank.com,jmilton@milbank.com,mcomerford@milbank.com,Snaik@milbank.com,jclark2(

Gene Barton    gbarton@1-stopnet.com,

Matt E Beal    matt.beal@lowndes-law.com

Sabrina C Beavens    sbeavens@iurillolaw.com, rrichman@iurillolaw.com

Jeffrey R. Becker    vsteward@hidayricke.com

Keith L Bell    kbell@cphlaw.com

Marc A. Ben-Ezra    mben-ezra@fcllaw.com,

Leslie A Berkoff    lberkoff@moritthock.com

Richard J Bernard    rbernard@nixonpeabody.com

Brendan G. Best    bbest@dykema.com,

Stephenie M Biernacki    sbiernacki@gray-robinson.com,

James E Bird    jbird@pswslaw.com

Leyza F Blanco    lfb@katzbarron.com,

David A. Blansky    dab@lhmlawfirm.com,

Wanda Borges    borgeslawfirm@aol.com,

Chad S. Bowen    ecf@jennisbowen.com

Michael T. Bowlus    mbowlus@fjbd.com,

Jean Winborne Boyles    jboyles@jhvgmlaw.com

Dustin P Branch    dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,cora.sagara@kattenlaw.com,jeri.bradshaw@kattenlaw.com,alicia.castellan

John S Brannon     john.brannon@tklaw.com,

Clyde E Brazeal    ebrazeal@walstonwells.com,

Wendy D Brewer     wbrewer@btlaw.com, marilyn.strange@btlaw.com,bankruptcyindy@btlaw.com

John P Brice    lexbankruptcy@wyattfirm.com

Brian P Britt    cpizzotti@wbbwlaw.com

Robert J Brown    lexbankruptcy@wyattfirm.com

Scott N Brown    snb@smrw.com,

Andrew M. Brumby     abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant     hobankecf@lockeliddell.com,

Jason B. Burnett     jburnett@gray-robinson.com, jconley@gray-robinson.com

Michael G Busenkell     mbusenkell@mnat.com,

Stephen D. Busey     busey@smithhulsey.com,

Thomas R. Califano     thomas.califano@dlapiper.com,

David P Canas    dpc@h3gm.com,

L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net

James S. Carr    jcarr@kelleydrye.com

Linda J. Casey    caseyl@pepperlaw.com

George B Cauthen     george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion    flc@psstf.com,

B Summer Chandler     schandler@mckennalong.com,

Robin Bryan Cheatham     robin.cheatham@arlaw.com,

Ronald B. Cohn    roncohn@cohncohnlaw.com,

Michael E Collins    mcollins@manierherod.com, mfranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com

Neal D. Colton    NColton@Cozen.com

Contrarian Funds, LLC    alisa@contrariancapital.com,

David J Cook    cookdavidj@aol.com,

C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com,

John J Cruciani    jcruciani@blackwellsanders.com

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Gardner F. Davis    gdavis@foley.com, bmjones@foley.com

Ryan E Davis    rdavis@whww.com, rwilliams@whww.com

Michael R DeMinico    mike.deminico@dennishernandez.com,

Robert Dehney    rdehney@mnat.com,

Caryl E Delano    cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com

Katherine Miller Determan    determak@phelps.com, crombiet@phelps.com

Developers Diversified Realty Corp.    hsmith@ddrc.com

Charles H. Dittmar    dittmarlaw@tampabaydsl.com, patofs@tampabaydsl.com

Mary Joanne Dowd    dowd.mary@arentfox.com

Christie L Dowling    cdowling@balch.com,

Mark G Duncan    mduncan@dwyercambre.com,

Dennis F. Dunne    ddunne@milbank.com,

David W. Dykhouse    dwdykhouse@pbwt.com,

Andrew B. Eckstein    aeckstein@blankrome.com,

Henry A. Efroymson    henry.efroymson@icemiller.com,

Jason H Egan    jegan@mowreylaw.com,

Judith Elkin    judith.elkin@haynesboone.com,

Earle I Erman    eerman@ermanteicher.com

Elena L Escamilla    elena.l.escamilla@usdoj.gov

William J. Factor    wfactor@seyfarth.com,

Fair Harbor Capital, LLC    fglass@fairharborcapital.com,

Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell    ferrell@taftlaw.com

Charles J. Filardi    cfilardi@pepehazard.com

Brian T FitzGerald    fitzgeraldb@hillsboroughcounty.org,
britei@hillsboroughcounty.org,szpicekg@hillsboroughcounty.org,litigation@hillstax.org

J David Forsyth    jdf@sessions-law.com,

Sally B Fox    sfox@esclaw.com,

Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank    jfrank@fgllp.com

Rodger J Friedline    bankruptcy@fandmlaw.com

Mark J Friedman    mark.friedman@dlapiper.com,

Adam Frisch    afrisch@hilawfirm.com,

Todd Mark Galante    tmg@stjohnlaw.com

J. Nathan Galbreath    ngalbreath@pattonboggs.com,

Gill R Geldreich    icflorida@state.tn.us

Melody D Genson    melodydgenson@verizon.net

Charles L. Gibbs    cgibbs@papmet.com

Gary Ginsburg    gginsburg@ngmpc.com,

James J. Glover    jglover@wlj.com,

Priscilla W. Grannis    priscilla@rjlaw.com,

Danielle K Greco    dgreco@bradleyarant.com,
Jesse.Slaton@Wakm.com,emarxjr@marxbrothersinc.com

Ira S. Greene    isgreene@hhlaw.com,

Reginald A. Greene    reginald.greene@bellsouth.com,

Paige A. Greenlee     pgreenlee@hwhlaw.com, cbeilin@hwhlaw.com

Rudi R. Grueneberg     rrg@rglawgroup.com,

Allen J Guon     aguon@shawgussis.com,

Marc L. Hamroff     mhamroff@moritthock.com,

Catherine A Harrison     charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com

John W Harrison     johnwharrison@bellsouth.net

Patrick L. Hayden     phayden@mcguirewoods.com

Edwin W. Held     eheld@hilawfirm.com,

Larry D. Henin     lhenin@andersonkill.com,

Neil E Herman     Nherman@morganlewis.com,

Kenneth D. Herron     kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com

David E. Hicks     courtinfo@bcylaw.com

Terrance A Hiller     tah@kompc.com

John E Hinkel     jhinkel@fmblaw.com,

Robert L Holladay     robert.holladay@youngwilliams.com,

Ralph E Hood     rhood@khmllp.com,

Brian D. Huben     brian.huben@kmzr.com,

Patrick L Huffstickler     plhuffst@coxsmith.com

John B Hutton     huttonj@gtlaw.com,

Kimberly H. Israel     khisrael@hilawfirm.com,

Cynthia C. Jackson     cjackson@smithhulsey.com,

Edward P Jackson     edward@edwardpjackson.com, jo@edwardpjackson.com

Solomon J. Jaskiel     soljas@aol.com,

David S. Jennis     ecf@jennisbowen.com

Richard K. Jones     rkjones@mppkj.com,

Benjamin A Kahn   bkahn@npaklaw.com, donna.roland@jpfinancial.com

Jon E Kane   jkane@mateerharbert.com, ccrumrine@mateerharbert.com

Ronald Scott Kaniuk   rkaniuklaw@aol.com,

Andrew C. Kassner   kassneac@dbr.com,

Dena C Kaufman   dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com

Michael A Kaufman   michael@mkaufmanpa.com,

Craig I Kelley   craig@kelleylawoffice.com,

Elena P. Ketchum   eketchum.ecf@srbp.com

Jocelyn Keynes   jk@stevenslee.com,

Roy S Kobert   orlandobankruptcy@broadandcassel.com

Michael S Kogan   mkogan@ecjlaw.com,

Alan W Kornberg   akornberg@paulweiss.com, jgladstone@paulweiss.com,cweidler@paulweiss.com

John W Kozyak   jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com

Stuart A. Krause   skrause@zeklaw.com,

Joyce A. Kuhns   jkuhns@saul.com,

Ian J Kukoff   ian.kukoff@blaxgray.com,

Jeffrey Kurtzman   JKurtzma@Klehr.com,

Nina M LaFleur   nlafleur@stutsman-thames.com

Maria J LaSala   mjlasala@aol.com,

Darryl S. Laddin   bkrfilings@agg.com ,

Thomas J Lallier   tlallier@foleymansfield.com

Robert P Laney   blaney@mcelweefirm.com,

Elena Lazarou   elazarou@reedsmith.com,

Robert L LeHane   rlehane@kelleydrye.com

Thomas J Leanse   thomas.leanse@kattenlaw.com

David E Lemke   david.lemke@wallerlaw.com,

chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Chris Lenhart    lenhart.chris@dorseylaw.com,

Alvin R Lenoir    alvinlenoir@yahoo.com,

Bruce Levinson    b.levinson@verizon.net

Stephen Lewis    slewis@stoltzusa.com

Alan Jay Lipkin    maosbny@willkie.com,

Liquidity Solutions, Inc    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com;fjaeger@liquiditysolutions.com

Sara E Lorber    slorber@seyfarth.com,

Joseph Lubertazzi    JLubertazzi@McCarter.com,

John B. Macdonald    john.macdonald@akerman.com

Jeffrey S. Margolin    margolin@hugheshubbard.com,

Bradley R Markey    brmarkey@Stutsman-thames.com, SMRandle@Stutsman-Thames.com

Johanna E Markind    jmarkind@att.net,

Ronald J Marlowe    rjmarlowe@arnstein.com,

Lawrence J Marraffino    ljmarra@bellsouth.net,

Luis Martinez-Monfort    lmmonfort@mpdlegal.com,

Kenneth G. M. Mather    kmather@hinshawlaw.com

Walter F. McArdle    wfm@spain-gillon.com,

Charles W. McBurney    cmcburney@bellsouth.net,

Jerrett M. McConnell    bankruptcy@fandmlaw.com

C Luckey McDowell    luckey.mcdowell@bakerbotts.com,

David R McFarlin    dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com

William S McMahon    wmcmahon@choate.com,

Austin L. McMullen    amcmulle@bccb.com,

Marc T McNamee    mmcnamee_br@nealharwell.com

Derek F Meek     dmeek@burr.com,

Kenneth C. Meeker     USTP.Region21.OR.ECF@usdoj.gov

Richard M. Meth     rmmnybankruptcy@pitneyhardin.com

Lawrence H Meuers     lmeuers@meuerslawfirm.com,

G Christopher Meyer     cmeyer@ssd.com,

Todd C Meyers     tmeyers@kilpatrickstockton.com, DFliman@KilpatrickStockton.com

Albert H. Mickler     court@planlaw.com,

Christopher C. Miller     cmiller@mgm.com,

Kathleen M. Miller     kmm@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com,

David F Mills     david@mastschulz.com,

Stephan William Milo     smilo@wawlaw.com

Mark Minuti     mminuti@saul.com,

T David Mitchell     tdavidmitchell@msn.com

Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore     bsmoore@pbnlaw.com,

John A Moore     jmoore@pogolaw.com,

Lee P Morgan     lmorgan@morganlawyers.com,

Deborah M Morris     deborah.m.morris@usdoj.gov

Andrew L. Morrison     amorrison@reedsmith.com,

C Daniel Motsinger     cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com

Ned R Nashban     nrn@quarles.com, jdb@quarles.com

Larren M Nashelsky     lnashelsky@mofo.com

Albert F. Nasuti     anasuti@tokn.com

Bruce S. Nathan     bnathan@lowenstein.com,

Carole Neville     cneville@sonnenschein.com,

James J. Niemeier    jniemeier@mnmk.com,awoodard@mnmk.com,

Douglas C Noble    nobled@phelps.com, hoffmank@phelps.com

Merritt A. Pardini    merritt.pardini@kmzr.com,

Barbra R. Parlin    nyc-bkcyecf@hklaw.com

Patrick P. Patangan    patrick.patangan@akerman.com

Aaron D. Patton    apatton@murrayfrank.com,

Robert Perry    eheld@hilawfirm.com

Christian A Petersen    cpetersen@gunster.com

Edward J Peterson    epeterson.ecf@srbp.com

David L Pollack    pollack@ballardspahr.com,

Geraldine E Ponto    gponto@gibbonslaw.com

James H. Post    jpost@smithhulsey.com,

Leanne McKnight Prendergast    lprendergast@smithhulsey.com,

Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com

Paul Pysczynski    paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com

Rex D. Rainach    rainach@msn.com,

Peter J Rathwell    prathwell@swlaw.com,

Adam Ravin    aravin@skadden.com,
rgray@skadden.com,lbonache@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@

Eric T. Ray    eray@balch.com,

Diane G. Reed    dianegreed@sbcglobal.net,

Jo Christi Reed    jcreed@sonnenschein.com,

Jeffrey C. Regan    jregan@hdrd-law.com,

Steven J. Reisman    sreisman@cm-p.com , athau@cm-p.com

Sarah Richardson    srichard@co.pinellas.fl.us,

Larry B. Ricke    larry.ricke@leonard.com,

Craig P. Rieders    crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel    fringel@pobox.com

John T Rogerson    jrogerson@vbwr.com, fdepaolo@vbwr.com,acroft@vbwr.com,

Adam L. Rosen    mail@srsllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com,

Mitchell S Rosen    mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Paul M Rosenblatt    prosenblatt@kilpatrickstockton.com,

Neal M. Rosenbloom    NRosenbloom@finkgold.com,

Jason A Rosenthal    jrosenthal@foley.com

Fox Rothschild    nybkfilings@foxrothschild.com

Edward P Rowan    erowan@kittrell-rowan.com,

J Casey Roy    roy@mcclainleppert.com,

David S Rubin    drubin@kswb.com,

Robert B. Rubin    brubin@burr.com

Rachel L Rubio    rrubio@mdrtlaw.com

Shelley D Rucker    srucker@millermartin.com

Frederick F Rudzik    rudzikf@dor.state.fl.us,

Teresa Sadutto    tsadutto@platzerlaw.com,

Byron L Saintsing    bsaintsing@smithdebnamlaw.com,

Anthony M Salzano    asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez    afspalaw@aol.com,

Michael M Schmahl    mschmahl@mcguirewoods.com,

Marvin S. Schulman    mschulmanpa@aol.com,

Sarah L Schultz    sschultz@akingump.com,

Gregory J. Seketa    franklin.berg@4086.com,

Ed S. Sell    eds@sell-melton.com

Susan H Sharp    ssharp.ecf@srbp.com

Andrew Howard Sherman    asherman@sillscummis.com,

Lynn Welter Sherman    lsherman@hwhlaw.com, mschaeffer@hwhlaw.com

Bradley S Shraiberg    bshraiberg@kpkb.com

R Scott Shuker    bankruptcynotice@groneklatham.com,

Timothy P. Shusta    shustat@phelps.com, yosta@phelps.com,hootsela@phelps.com,wildere@phelps.com

Wendy M Simkulak    wmsimkulak@duanemorris.com,

Peter L. Slinn    plslinn@stoel.com

Thomas R. Slome    mail@srsllp.com

Aaron C Smith    asmith@lordbissell.com,

Anthony J. Smits    anthony.smits@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com,

Marc P. Solomon    msolomon@burr.com,

James E Sorenson    bk@wggdlaw.com

Arthur J Spector    aspector@bergersingerman.com

Mark D. Speed    mds@markdspeedlaw.com,

Alex Spizz    aspizz@tnsj-law.com, snobles@tnsj-law.com

Don M Stichter    dstichter.ecf@srbp.com

Sabrina L. Streusand    streuss@hughesluce.com,

Debra Sudock    dsudock@kelleydrye.com

Jimmy Ray Summerlin    jimmys@hickorylaw.com,

Stephen B. Sutton    ssutton@lathropgage.com,

Douglas B Szabo    douglas.szabo@henlaw.com, eileen.haywood@henlaw.com

Joel L. Tabas    jtabas@tfsmlaw.com,

Tina M Talarchyk    ttalarch@hodgsonruss.com

Gene B Tarr    gbt@btcmlaw.com

Richard R. Thames    rrthames@stutsman-thames.com, ras@stutsman-thames.com

Diana M. Thimmig    dthimmig@ralaw.com,

Janet H. Thurston    cohenthurston@cs.com,

Laura L. Torrado    ltorrado@bear.com,

Trade-Debt.net    tmcguire@trade-debt.net,

Ronald M Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,danasmith@simon.com,ncaldwell@simon.com

Jeanine Ackerson Ullo    jeanine@mcbridefirm.com,

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com,

Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com

Jay B Verona    jay@veronalawgroup.com, laura@veronalawgroup.com

David H Wander    dwander@wanderlaw.com

Richard Whitney Ward    rwward@airmail.net,

Michael D. Warner    bankruptcy@warnerstevens.com,

Allan C Watkins    watkinslaw@worldnet.att.net,

Leslie G Weeks    lgw@helmsinglaw.com,

Alan M. Weiss    alan.weiss@hklaw.com,

Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com

David B. Wheeler    davidwheeler@mvalaw.com,

Stephen D Wheelis    steve@wheelis-rozanski.com,

Hurley Partin Whitaker    hpw@whitakerlaw.com,

William Douglas White    wdw@mccarthywhite.com

Robert D Wilcox    rwilcox@wilcoxlawfirm.com

John J. Wiles    bankruptcy@evict.net

Amy Pritchard Williams    swilliams@kennedycovington.com,

Jonathan R Williams    jwilliams@melandrussin.com,

Steven R Wirth    swirth@kayescholer.com,

Frank J. Wright    bankruptcy@hswgb.com,

William Knight Zewadski    z@trenam.com,

Scott A. Zuber    szuber@pitneyhardin.com

SERVICE BY US REGULAR MAIL

| | | |
|---|---|---|
| U.S. Health & Human Services<br>c/o Office General Counsel<br>Attn:  Gary Kurz, Esq.<br>61 Forsyth Street SW, # 5M60<br>Atlanta, GA   30303-8909 | State of Georgia, Dept of<br>Community Health<br>Attn:  Neal B. Childers, Esq.<br>2 Peachtree Street, 40th FL<br>Atlanta, GA   30303-3159 | State of Florida Health Care<br>Admin. Attn:  Charles Ginn<br>Building B Suite 12, MS 6<br>2002 Old St. Augustine Road<br>Tallahassee, Florida   32308 |
| Contrarian Capital<br>Management, LLC<br>Attn:  Natalie Klein<br>411 West Putnam Avenue, # 225<br>Greenwich, CT   06830 | State of Kentucky Health &<br>Family -- Services Cabinet<br>Attn:  Richard Warne, Esq.<br>275 East Main Street, 5W-B<br>Frankfort, KY   40621 | Cameron Sandford Company, LLC<br>PO Box 31827<br>Raleigh, NC   27622 |
| Internal Revenue Service<br>Special Procedures -<br>Stop 5720<br>400 W Bay Street, Suite 35045<br>Jacksonville, Florida   32202 | Office of Attorney General<br>Honorable Charlie Crist<br>State of Florida<br>The Capital PL-01<br>Tallahassee, FL 32399-1050 | State of Florida, AHCA<br>Attn:  Grant Dearborn, Esq.<br>2727 Mahan Dr. MS 3<br>Tallahassee, Florida   32308 |