## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of Pines-Carter of Florida's 1) Objection to Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Granting Third Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property; and 2) Motion to Compel Debtor to Assume or Reject Unexpired Lease of Nonresidential Real Property (Store #658, Located at 15200 Municipal Drive, Madeira Beach, Pinellas County, Florida) was electronically mailed to all parties listed on the attached service and sent via U.S. Regular Mail to those parties on the attached service list entitled Service By Mail on December 8, 2005.

DATED this 8th day of December, 2005

/s/ Jonathan R. Williams
Jonathan R. Williams, Esquire
Florida Bar No. 0178810
MELAND RUSSIN HELLINGER
 & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

## File an answer, response or objection to a motion:
3:05-bk-03817-JAF Winn-Dixie Stores, Inc and Anthony and Dorothy Balzebre **CASE FILED prior to 10/17/05**

U.S. Bankruptcy Court

Middle District of Florida

Notice of Electronic Filing

The following transaction was received from Williams, Jonathan R entered on 12/8/2005 at 1:00 PM EST and filed on 12/8/2005
**Case Name:**   Winn-Dixie Stores, Inc and Anthony and Dorothy Balzebre
**Case Number:**   3:05-bk-03817-JAF
**Document Number:** 4518

**Docket Text:**
Objection to (related to motions(s)[4314]) Filed by Jonathan R Williams on behalf of Creditor Pines-Carter of Florida, Inc.. (Attachments: # (1) Exhibit Exhibits B through D) (Williams, Jonathan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** j:\docs\clients\5047\5047-1\00115865.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=12/8/2005] [FileNumber=12484555-0] [9675c5428b81c0c5e733db7f4ce5738f2784dd9e719398abd8105118426a3d8614 9a577a8ac55653c9e9828502041d364930721fb7819deadfea9cf4249aaa20]]
**Document description:** Exhibit Exhibits B through D
**Original filename:** j:\docs\clients\5047\5047-1\00115863.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=12/8/2005] [FileNumber=12484555-1] [6ac31e39f3341ca781b245036ed174d2de16c9a9625a5db56993d84a001b2d7c1b 5c6e7f0e4518a81dc377cd3947ef80a88d85ca65c1ce64c37b2121b20b806b]]

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

P Matthew Abbott    pmabbott2002@yahoo.com,

Albert H Adams    irbylawfirm@bellsouth.net,

Rachel E Adams    radams@sctlaw.com,

Amroc Investments, LLC    dleinwand@amrocinvestments.com,

Elizabeth T Baer    bbaer@balch.com,

D. J. Baker    djbaker@skadden.com,

Kenneth C Baker    kcbaker@eastmansmith.com,

Zachary J Bancroft    zachary.bancroft@lowndes-law.com

Dale R Baringer    dale@sb-lawfirm.com

Earl M. Barker    embarker@bellsouth.net, hollynf@bellsouth.net,dlhartwell@bellsouth.net

Kelly M Barnhart    kbarnhart@mskpc.com

Matthew Scott Barr    mbarr@milbank.com, lmandel@milbank.com,jmilton@milbank.com,mcomerford@milbank.com,Snaik@milbank.com,jclark2(

Gene Barton    gbarton@1-stopnet.com,

Matt E Beal    matt.beal@lowndes-law.com

Sabrina C Beavens    sbeavens@iurillolaw.com, rrichman@iurillolaw.com

Jeffrey R. Becker    vsteward@hidayricke.com

Keith L Bell    kbell@cphlaw.com

Marc A. Ben-Ezra    mben-ezra@fcllaw.com,

Leslie A Berkoff    lberkoff@moritthock.com

Richard J Bernard    rbernard@nixonpeabody.com

Brendan G. Best    bbest@dykema.com,

Stephenie M Biernacki    sbiernacki@gray-robinson.com,

James E Bird    jbird@pswslaw.com

Leyza F Blanco    lfb@katzbarron.com,

David A. Blansky    dab@lhmlawfirm.com,

Wanda Borges    borgeslawfirm@aol.com,

Chad S. Bowen    ecf@jennisbowen.com

Michael T. Bowlus    mbowlus@fjbd.com,

Jean Winborne Boyles    jboyles@jhvgmlaw.com

Dustin P Branch    dustin.branch@kattenlaw.com, carole.levine@kattenlaw.com,cora.sagara@kattenlaw.com,jeri.bradshaw@kattenlaw.com,alicia.castellan

John S Brannon     john.brannon@tklaw.com,

Clyde E Brazeal     ebrazeal@walstonwells.com,

Wendy D Brewer     wbrewer@btlaw.com, marilyn.strange@btlaw.com,bankruptcyindy@btlaw.com

John P Brice     lexbankruptcy@wyattfirm.com

Brian P Britt     cpizzotti@wbbwlaw.com

Robert J Brown     lexbankruptcy@wyattfirm.com

Scott N Brown     snb@smrw.com,

Andrew M. Brumby     abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant     hobankecf@lockeliddell.com,

Jason B. Burnett     jburnett@gray-robinson.com, jconley@gray-robinson.com

Michael G Busenkell     mbusenkell@mnat.com,

Stephen D. Busey     busey@smithhulsey.com,

Thomas R. Califano     thomas.califano@dlapiper.com,

David P Canas     dpc@h3gm.com,

L Phillip Canova     pcanova@eatel.net, canodel109@eatel.net

James S. Carr     jcarr@kelleydrye.com

Linda J. Casey     caseyl@pepperlaw.com

George B Cauthen     george.cauthen@nelsonmullins.com, georgia.vernon@nelsonmullins.com

Lee Champion     flc@psstf.com,

B Summer Chandler     schandler@mckennalong.com,

Robin Bryan Cheatham     robin.cheatham@arlaw.com,

Ronald B. Cohn     roncohn@cohncohnlaw.com,

Michael E Collins     mcollins@manierherod.com, mfranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com

Neal D. Colton     NColton@Cozen.com

Contrarian Funds, LLC     alisa@contrariancapital.com,

David J Cook    cookdavidj@aol.com,

C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com,

John J Cruciani    jcruciani@blackwellsanders.com

Timothy J. Curtin    tjcurtin@varnumlaw.com,

Gardner F. Davis    gdavis@foley.com, bmjones@foley.com

Ryan E Davis    rdavis@whww.com, rwilliams@whww.com

Michael R DeMinico    mike.deminico@dennishernandez.com,

Robert Dehney    rdehney@mnat.com,

Caryl E Delano    cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com

Katherine Miller Determan    determak@phelps.com, crombiet@phelps.com

Developers Diversified Realty Corp.    hsmith@ddrc.com

Charles H. Dittmar    dittmarlaw@tampabaydsl.com, patofs@tampabaydsl.com

Mary Joanne Dowd    dowd.mary@arentfox.com

Christie L Dowling    cdowling@balch.com,

Mark G Duncan    mduncan@dwyercambre.com,

Dennis F. Dunne    ddunne@milbank.com,

David W. Dykhouse    dwdykhouse@pbwt.com,

Andrew B. Eckstein    aeckstein@blankrome.com,

Henry A. Efroymson    henry.efroymson@icemiller.com,

Jason H Egan    jegan@mowreylaw.com,

Judith Elkin    judith.elkin@haynesboone.com,

Earle I Erman    eerman@ermanteicher.com

Elena L Escamilla    elena.l.escamilla@usdoj.gov

William J. Factor     wfactor@seyfarth.com,

Fair Harbor Capital, LLC     fglass@fairharborcapital.com,

Lara Roeske Fernandez     lrfernandez@trenam.com, klgerber@trenam.com

Richard L Ferrell     ferrell@taftlaw.com

Charles J. Filardi     cfilardi@pepehazard.com

Brian T FitzGerald     fitzgeraldb@hillsboroughcounty.org, britei@hillsboroughcounty.org,szpicekg@hillsboroughcounty.org,litigation@hillstax.org

J David Forsyth     jdf@sessions-law.com,

Sally B Fox     sfox@esclaw.com,

Shawn Randall Fox     sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank     jfrank@fgllp.com

Rodger J Friedline     bankruptcy@fandmlaw.com

Mark J Friedman     mark.friedman@dlapiper.com,

Adam Frisch     afrisch@hilawfirm.com,

Todd Mark Galante     tmg@stjohnlaw.com

J. Nathan Galbreath     ngalbreath@pattonboggs.com,

Gill R Geldreich     icflorida@state.tn.us

Melody D Genson     melodydgenson@verizon.net

Charles L. Gibbs     cgibbs@papmet.com

Gary Ginsburg     gginsburg@ngmpc.com,

James J. Glover     jglover@wlj.com,

Priscilla W. Grannis     priscilla@rjlaw.com,

Danielle K Greco     dgreco@bradleyarant.com, Jesse.Slaton@Wakm.com,emarxjr@marxbrothersinc.com

Ira S. Greene     isgreene@hhlaw.com,

Reginald A. Greene     reginald.greene@bellsouth.com,

Paige A. Greenlee    pgreenlee@hwhlaw.com, cbeilin@hwhlaw.com

Rudi R. Grueneberg    rrg@rglawgroup.com,

Allen J Guon    aguon@shawgussis.com,

Marc L. Hamroff    mhamroff@moritthock.com,

Catherine A Harrison    charrison@millermartin.com, pjstarr@millermartin.com;gbisbee@millermartin.com

John W Harrison    johnwharrison@bellsouth.net

Patrick L. Hayden    phayden@mcguirewoods.com

Edwin W. Held    eheld@hilawfirm.com,

Larry D. Henin    lhenin@andersonkill.com,

Neil E Herman    Nherman@morganlewis.com,

Kenneth D. Herron    kherron@whmh.com , jsenecal@whmh.com,poates@whmh.com

David E. Hicks    courtinfo@bcylaw.com

Terrance A Hiller    tah@kompc.com

John E Hinkel    jhinkel@fmblaw.com,

Robert L Holladay    robert.holladay@youngwilliams.com,

Ralph E Hood    rhood@khmllp.com,

Brian D. Huben    brian.huben@kmzr.com,

Patrick L Huffstickler    plhuffst@coxsmith.com

John B Hutton    huttonj@gtlaw.com,

Kimberly H. Israel    khisrael@hilawfirm.com,

Cynthia C. Jackson    cjackson@smithhulsey.com,

Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com

Solomon J. Jaskiel    soljas@aol.com,

David S. Jennis    ecf@jennisbowen.com

Richard K. Jones    rkjones@mppkj.com,

Benjamin A Kahn     bkahn@npaklaw.com, donna.roland@jpfinancial.com

Jon E Kane     jkane@mateerharbert.com, ccrumrine@mateerharbert.com

Ronald Scott Kaniuk     rkaniuklaw@aol.com,

Andrew C. Kassner     kassneac@dbr.com,

Dena C Kaufman     dckaufman@hhlaw.com, khseal@hhlaw.com,bjgrieco@hhlaw.com

Michael A Kaufman     michael@mkaufmanpa.com,

Craig I Kelley     craig@kelleylawoffice.com,

Elena P. Ketchum     eketchum.ecf@srbp.com

Jocelyn Keynes     jk@stevenslee.com,

Roy S Kobert     orlandobankruptcy@broadandcassel.com

Michael S Kogan     mkogan@ecjlaw.com,

Alan W Kornberg     akornberg@paulweiss.com, jgladstone@paulweiss.com,cweidler@paulweiss.com

John W Kozyak     jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com

Stuart A. Krause     skrause@zeklaw.com,

Joyce A. Kuhns     jkuhns@saul.com,

Ian J Kukoff     ian.kukoff@blaxgray.com,

Jeffrey Kurtzman     JKurtzma@Klehr.com,

Nina M LaFleur     nlafleur@stutsman-thames.com

Maria J LaSala     mjlasala@aol.com,

Darryl S. Laddin     bkrfilings@agg.com ,

Thomas J Lallier     tlallier@foleymansfield.com

Robert P Laney     blaney@mcelweefirm.com,

Elena Lazarou     elazarou@reedsmith.com,

Robert L LeHane     rlehane@kelleydrye.com

Thomas J Leanse     thomas.leanse@kattenlaw.com

David E Lemke     david.lemke@wallerlaw.com,

chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Chris Lenhart    lenhart.chris@dorseylaw.com,

Alvin R Lenoir    alvinlenoir@yahoo.com,

Bruce Levinson    b.levinson@verizon.net

Stephen Lewis    slewis@stoltzusa.com

Alan Jay Lipkin    maosbny@willkie.com,

Liquidity Solutions, Inc    lsi@liquiditysolutions.com,
sfriedberg@liquiditysolutions.com;fjaeger@liquiditysolutions.com

Sara E Lorber    slorber@seyfarth.com,

Joseph Lubertazzi    JLubertazzi@McCarter.com,

John B. Macdonald    john.macdonald@akerman.com

Jeffrey S. Margolin    margolin@hugheshubbard.com,

Bradley R Markey    brmarkey@Stutsman-thames.com, SMRandle@Stutsman-Thames.com

Johanna E Markind    jmarkind@att.net,

Ronald J Marlowe    rjmarlowe@arnstein.com,

Lawrence J Marraffino    ljmarra@bellsouth.net,

Luis Martinez-Monfort    lmmonfort@mpdlegal.com,

Kenneth G. M. Mather    kmather@hinshawlaw.com

Walter F. McArdle    wfm@spain-gillon.com,

Charles W. McBurney    cmcburney@bellsouth.net,

Jerrett M. McConnell    bankruptcy@fandmlaw.com

C Luckey McDowell    luckey.mcdowell@bakerbotts.com,

David R McFarlin    dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com

William S McMahon    wmcmahon@choate.com,

Austin L. McMullen    amcmulle@bccb.com,

Marc T McNamee    mmcnamee_br@nealharwell.com

Derek F Meek     dmeek@burr.com,

Kenneth C. Meeker     USTP.Region21.OR.ECF@usdoj.gov

Richard M. Meth     rmmnybankruptcy@pitneyhardin.com

Lawrence H Meuers     lmeuers@meuerslawfirm.com,

G Christopher Meyer     cmeyer@ssd.com,

Todd C Meyers     tmeyers@kilpatrickstockton.com, DFliman@KilpatrickStockton.com

Albert H. Mickler     court@planlaw.com,

Christopher C. Miller     cmiller@mgm.com,

Kathleen M. Miller     kmm@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com,

David F Mills     david@mastschulz.com,

Stephan William Milo     smilo@wawlaw.com

Mark Minuti     mminuti@saul.com,

T David Mitchell     tdavidmitchell@msn.com

Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

Brett S. Moore     bsmoore@pbnlaw.com,

John A Moore     jmoore@pogolaw.com,

Lee P Morgan     lmorgan@morganlawyers.com,

Deborah M Morris     deborah.m.morris@usdoj.gov

Andrew L. Morrison     amorrison@reedsmith.com,

C Daniel Motsinger     cmotsinger@kdlegal.com, ispells@kdlegal.com,Roeosc@aol.com

Ned R Nashban     nrn@quarles.com, jdb@quarles.com

Larren M Nashelsky     lnashelsky@mofo.com

Albert F. Nasuti     anasuti@tokn.com

Bruce S. Nathan     bnathan@lowenstein.com,

Carole Neville     cneville@sonnenschein.com,

James J. Niemeier     jniemeier@mnmk.com,awoodard@mnmk.com,

Douglas C Noble     nobled@phelps.com, hoffmank@phelps.com

Merritt A. Pardini     merritt.pardini@kmzr.com,

Barbra R. Parlin     nyc-bkcyecf@hklaw.com

Patrick P. Patangan     patrick.patangan@akerman.com

Aaron D. Patton     apatton@murrayfrank.com,

Robert Perry     eheld@hilawfirm.com

Christian A Petersen     cpetersen@gunster.com

Edward J Peterson     epeterson.ecf@srbp.com

David L Pollack     pollack@ballardspahr.com,

Geraldine E Ponto     gponto@gibbonslaw.com

James H. Post     jpost@smithhulsey.com,

Leanne McKnight Prendergast     lprendergast@smithhulsey.com,

Nicholas V. Pulignano     npulignano@marksgray.com, slw@marksgray.com

Paul Pysczynski     paulp@lancasterlawyers.com, debbieh@lancasterlawyers.com;ppyski@aol.com

Rex D. Rainach     rainach@msn.com,

Peter J Rathwell     prathwell@swlaw.com,

Adam Ravin     aravin@skadden.com,
rgray@skadden.com,lbonache@skadden.com,jleamy@skadden.com,kward@smithhulsey.com,dturetsk@

Eric T. Ray     eray@balch.com,

Diane G. Reed     dianegreed@sbcglobal.net,

Jo Christi Reed     jcreed@sonnenschein.com,

Jeffrey C. Regan     jregan@hdrd-law.com,

Steven J. Reisman     sreisman@cm-p.com , athau@cm-p.com

Sarah Richardson     srichard@co.pinellas.fl.us,

Larry B. Ricke     larry.ricke@leonard.com,

Craig P. Rieders     crieders@gjb-law.com, gisabelle@gjb-law.com

Fred B. Ringel     fringel@pobox.com

John T Rogerson     jrogerson@vbwr.com, fdepaolo@vbwr.com, acroft@vbwr.com,

Adam L. Rosen     mail@srsllp.com

Avrum J. Rosen     arosen@avrumrosenlaw.com,

Mitchell S Rosen     mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Paul M Rosenblatt     prosenblatt@kilpatrickstockton.com,

Neal M. Rosenbloom     NRosenbloom@finkgold.com,

Jason A Rosenthal     jrosenthal@foley.com

Fox Rothschild     nybkfilings@foxrothschild.com

Edward P Rowan     erowan@kittrell-rowan.com,

J Casey Roy     roy@mcclainleppert.com,

David S Rubin     drubin@kswb.com,

Robert B. Rubin     brubin@burr.com

Rachel L Rubio     rrubio@mdrtlaw.com

Shelley D Rucker     srucker@millermartin.com

Frederick F Rudzik     rudzikf@dor.state.fl.us,

Teresa Sadutto     tsadutto@platzerlaw.com,

Byron L Saintsing     bsaintsing@smithdebnamlaw.com,

Anthony M Salzano     asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Anthony F Sanchez     afspalaw@aol.com,

Michael M Schmahl     mschmahl@mcguirewoods.com,

Marvin S. Schulman     mschulmanpa@aol.com,

Sarah L Schultz     sschultz@akingump.com,

Gregory J. Seketa     franklin.berg@4086.com,

Ed S. Sell   eds@sell-melton.com

Susan H Sharp   ssharp.ecf@srbp.com

Andrew Howard Sherman   asherman@sillscummis.com,

Lynn Welter Sherman   lsherman@hwhlaw.com, mschaeffer@hwhlaw.com

Bradley S Shraiberg   bshraiberg@kpkb.com

R Scott Shuker   bankruptcynotice@groneklatham.com,

Timothy P. Shusta   shustat@phelps.com, yosta@phelps.com,hootsela@phelps.com,wildere@phelps.com

Wendy M Simkulak   wmsimkulak@duanemorris.com,

Peter L. Slinn   plslinn@stoel.com

Thomas R. Slome   mail@srsllp.com

Aaron C Smith   asmith@lordbissell.com,

Anthony J. Smits   anthony.smits@bingham.com

Richard G. Smolev   rsmolev@kayescholer.com,

Marc P. Solomon   msolomon@burr.com,

James E Sorenson   bk@wggdlaw.com

Arthur J Spector   aspector@bergersingerman.com

Mark D. Speed   mds@markdspeedlaw.com,

Alex Spizz   aspizz@tnsj-law.com, snobles@tnsj-law.com

Don M Stichter   dstichter.ecf@srbp.com

Sabrina L. Streusand   streuss@hughesluce.com,

Debra Sudock   dsudock@kelleydrye.com

Jimmy Ray Summerlin   jimmys@hickorylaw.com,

Stephen B. Sutton   ssutton@lathropgage.com,

Douglas B Szabo   douglas.szabo@henlaw.com, eileen.haywood@henlaw.com

Joel L. Tabas   jtabas@tfsmlaw.com,

Tina M Talarchyk    ttalarch@hodgsonruss.com

Gene B Tarr    gbt@btcmlaw.com

Richard R. Thames    rrthames@stutsman-thames.com, ras@stutsman-thames.com

Diana M. Thimmig    dthimmig@ralaw.com,

Janet H. Thurston    cohenthurston@cs.com,

Laura L. Torrado    ltorrado@bear.com,

Trade-Debt.net    tmcguire@trade-debt.net,

Ronald M Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,danasmith@simon.com,ncaldwell@simon.com

Jeanine Ackerson Ullo    jeanine@mcbridefirm.com,

United States Trustee - JAX    USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com,

Lori V. Vaughan    lvaughan@foley.com, mgrettenberger@foley.com

Jay B Verona    jay@veronalawgroup.com, laura@veronalawgroup.com

David H Wander    dwander@wanderlaw.com

Richard Whitney Ward    rwward@airmail.net,

Michael D. Warner    bankruptcy@warnerstevens.com,

Allan C Watkins    watkinslaw@worldnet.att.net,

Leslie G Weeks    lgw@helmsinglaw.com,

Alan M. Weiss    alan.weiss@hklaw.com,

Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com

David B. Wheeler    davidwheeler@mvalaw.com,

Stephen D Wheelis    steve@wheelis-rozanski.com,

Hurley Partin Whitaker    hpw@whitakerlaw.com,

William Douglas White    wdw@mccarthywhite.com

Robert D Wilcox    rwilcox@wilcoxlawfirm.com

John J. Wiles    bankruptcy@evict.net

Amy Pritchard Williams    swilliams@kennedycovington.com,

Jonathan R Williams    jwilliams@melandrussin.com,

Steven R Wirth    swirth@kayescholer.com,

Frank J. Wright    bankruptcy@hswgb.com,

William Knight Zewadski    z@trenam.com,

Scott A. Zuber    szuber@pitneyhardin.com

SERVICE BY US REGULAR MAIL

| | | |
|---|---|---|
| U.S. Health & Human Services<br>c/o Office General Counsel<br>Attn: Gary Kurz, Esq.<br>61 Forsyth Street SW, # 5M60<br>Atlanta, GA 30303-8909 | State of Georgia, Dept of<br>Community Health<br>Attn: Neal B. Childers, Esq.<br>2 Peachtree Street, 40th FL<br>Atlanta, GA 30303-3159 | State of Florida Health Care<br>Admin. Attn: Charles Ginn<br>Building B Suite 12, MS 6<br>2002 Old St. Augustine Road<br>Tallahassee, Florida 32308 |
| Contrarian Capital<br>Management, LLC<br>Attn: Natalie Klein<br>411 West Putnam Avenue, # 225<br>Greenwich, CT 06830 | State of Kentucky Health &<br>Family -- Services Cabinet<br>Attn: Richard Warne, Esq.<br>275 East Main Street, 5W-B<br>Frankfort, KY 40621 | Cameron Sandford Company, LLC<br>PO Box 31827<br>Raleigh, NC 27622 |
| Internal Revenue Service<br>Special Procedures -<br>Stop 5720<br>400 W Bay Street, Suite 35045<br>Jacksonville, Florida 32202 | Office of Attorney General<br>Honorable Charlie Crist<br>State of Florida<br>The Capital PL-01<br>Tallahassee, FL 32399-1050 | State of Florida, AHCA<br>Attn: Grant Dearborn, Esq.<br>2727 Mahan Dr. MS 3<br>Tallahassee, Florida 32308 |