**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., et al.,                         CASE NO. 05-03817-3F1
                                                                              Chapter 11
        Debtor.                                                     Jointly Administered

### NOTICE OF APPEARANCE

COMES NOW the law firm of PHILIP A. BATES, P.A., pursuant to Rule 2002, Federal Bankruptcy Rules of Procedure, and enters its appearance as counsel for Claimant, Janet Holley, Tax Collector in and for Escambia County, Florida, in the captioned bankruptcy proceedings. The undersigned counsel requests that it be served with copies of all pleadings, notices and motions filed in this case and further that its name be affixed to the mailing matrix in this file.

    /s/ Philip A. Bates
PHILIP A. BATES
PHILIP A. BATES, P.A.
25 West Cedar Street, Suite 550
Post Office Box 1390
Pensacola, FL  32591-1390
(850) 470-0091
Attorney for Escambia County Tax Collector

Florida Bar No.:  228354

CERTIFICATE OF SERVICE

The following parties were served either by electronic or standard first class mail, postage prepaid, on this 8th day of December, 2005:

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Skappen, Arps, Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036-6522

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202


　　　　　　　　　　　　　　　　　　/s/ Philip A. Bates
　　　　　　　　　　　　　　　　　　PHILIP A. BATES

CERTIFICATE OF SERVICE

The following parties were served either by electronic or standard first class mail, postage prepaid, on this 8th day of December, 2005:

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Skappen, Arps, Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036-6522

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202


    /s/ Philip A. Bates
    PHILIP A. BATES