# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,　　　　　CASE NO. 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.　　　　　　　　　　　　　　Jointly Administered

## NOTICE OF APPEARANCE

COMES NOW the law firm of PHILIP A. BATES, P.A., pursuant to Rule 2002, Federal Bankruptcy Rules of Procedure, and enters its appearance as counsel for Claimant, Chris Hughes, Tax Collector in and for Okaloosa County, Florida, in the captioned bankruptcy proceedings. The undersigned counsel requests that it be served with copies of all pleadings, notices and motions filed in this case and further that its name be affixed to the mailing matrix in this file.

　　　　　　　　　　　　　　　　　　　　　　/s/ Philip A. Bates
　　　　　　　　　　　　　　　　　　　　　　PHILIP A. BATES
　　　　　　　　　　　　　　　　　　　　　　PHILIP A. BATES, P.A.
　　　　　　　　　　　　　　　　　　　　　　25 West Cedar Street, Suite 550
　　　　　　　　　　　　　　　　　　　　　　Post Office Box 1390
　　　　　　　　　　　　　　　　　　　　　　Pensacola, FL  32591-1390
　　　　　　　　　　　　　　　　　　　　　　(850) 470-0091
　　　　　　　　　　　　　　　　　　　　　　Attorney for Okaloosa County Tax Collector

　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.:  228354

CERTIFICATE OF SERVICE

The following parties were served either by electronic or standard first class mail, postage prepaid, on this 8th day of December, 2005:

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Skappen, Arps, Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036-6522

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

      /s/ Philip A. Bates
    PHILIP A. BATES