**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Jacksonville)**

| | |
|---|---|
| In re: | * |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | *  Case No. 05-3817-JAF |
| Debtor. | *  (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

Dear Clerk:

Please enter this Change of Address for Joyce A. Kuhns, Esquire and Saul Ewing LLP, as counsel for Commodore Realty, Inc., and Isram Realty & Management, Inc., managing agents and/or lessors in the above-captioned case. Please ensure that all notices, pleadings, orders and all papers served or required to be served in this case be sent to her as follows:

> Joyce A. Kuhns, Esquire
> Saul Ewing LLP
> Lockwood Place
> 500 East Pratt Street
> Baltimore, Maryland 21202

Dated: December 8, 2005            /s/ Joyce A. Kuhns
                                    Joyce A. Kuhns, MD Bar No. 03979
                                    Saul Ewing LLP
                                    Lockwood Place
                                    500 East Pratt Street
                                    Baltimore, Maryland 21202
                                    Tel: (410) 332-8965
                                    Fax: (410) 332-8964
                                    E-Mail  jkuhns@saul.com

                                    Attorney for Commodore Realty, Inc. and
                                    Isram Realty & Management, Inc.

871662.1 12/8/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2005, a copy of the foregoing electronically filed Notice of Change of Address was served by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

D. J. Baker, Esquire
Sally McDonald Henry, Esquire
Adam Ravin, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32201

U.S. Trustee – JAX
Elena L. Escamilla, Esquire
Kenneth C. Meeker, Esquire
135 W. Central Blvd. Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 1005

John B. Macdonald
Akerman Senterfitt
50 North Laura St.
Suite 2500
Jacksonville, FL 32202

David S. Jennis, Esquire
Chad S. Bowen, Esquire
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, FL 33602

Patrick P. Patangan, Esquire
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Carolyn Chayavadhanangkur, Esquire
Karol K. Denniston, Esquire
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, NE
Atlanta, GA 30308

James D. Wareham, Esquire
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, D.C. 20005

/s/ Joyce A. Kuhns
Joyce A. Kuhns, MD Bar No. 03979