UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for January 12, 2006 at 1:00 pm (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider National In Store Marketing, LLC's Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim.

Your are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: December 6, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished this 8th day of December, 2005, to all parties in interest.

        Respectfully submitted,

        KATZ BARRON SQUITERO FAUST
        Attorney for National In Store Marketing, LLC
        2699 S. Bayshore Drive, Seventh Floor
        Miami, Florida 33133
        Tel: 305-856-2444
        Fax: 305-285-9227

        By: _____
        Leyza F. Blanco, Esq.
        Florida Bar No. 104639