UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING (I) REJECTION
OF LEASES AND SUBLEASES AND
(II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

These cases came before the Court for hearing upon the motion (the "Motion") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing the rejection by the Debtors of the unexpired non-residential real property leases listed on Exhibit A to the Motion (the "Leases") and the unexpired non-residential real property subleases listed on Exhibit B to the Motion (the "Subleases"). The lease for Store No. 1857 (the "Store 1857 Lease" and together with the corresponding sublease for Store No. 1857, the "Store 1857 Leases") was among the leases that the Debtors originally sought to reject by the Motion. Additionally, the Leases and Subleases sought to be rejected by the Motion included several leases (and one sublease) that are related to a bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Indiana, Evansville Division, bearing the caption In re Buehler Foods, Inc. (Case No. 05-70961) (such leases and sublease, the "Buehler Leases", as set forth on Exhibit C to this Order). The hearing on the Motion was scheduled for December 1, 2005. Shortly before such hearing, the Debtors and the landlord party to the Store 1857 Lease entered into negotiations regarding the termination of the Store 1857 Lease. The Debtors

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

advised the Court that, based upon these negotiations, the Debtors determined that it would be prudent to continue the hearing with respect to the Store 1857 Leases until the omnibus hearing scheduled for December 15, 2005. Additionally, the Debtors advised the Court that they believed it would be prudent to continue the hearing with respect to the Buehler Leases until the omnibus hearing scheduled for December 15, 2005. The hearing with respect to the other Leases and Subleases was held on December 1, 2005. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted to the extent provided by this Order.

2. The Debtors are authorized to reject the Leases set forth on Exhibit A and the Subleases set forth on Exhibit B pursuant to 11 U.S.C. § 365(a), and such Leases and Subleases are deemed rejected, effective as of the date of entry of this Order.

3. For the month in which the Leases set forth on Exhibit A are rejected, the Debtors shall pay all amounts due under each Lease for such month on a prorated basis for each day from the first day of the month through the date of entry of this Order.

4. Claims for any rejection damages resulting from the rejection of the Leases and Subleases set forth on Exhibits A and B to this Order shall be filed no later than thirty (30) days after the date of entry of this Order.

5. Any interest of any of the Debtors in any personal property remaining in the premises that are the subject of the Leases set forth on Exhibit A is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. To the extent any Landlord seeks to dispose of any such abandoned property, the Landlord shall provide fifteen days written notice of such intent to any party who the Debtors advise is likely to have an interest in such property. Unless such interested party removes the property from the premises within

such fifteen-day period, or within a longer period that is established by written agreement among the parties, the Landlord shall be entitled to dispose of the abandoned property as it deems fit.

      6.      Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Leases or Subleases, whether or not related to the Lease or Sublease.

      7.      The hearing to consider the Debtors' proposed rejection of the Store 1857 Leases and the Buehler Leases is continued to the omnibus hearing scheduled for December 15, 2005.

      8.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated December 8, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

## Exhibit A

## SCHEDULE OF LEASES

| Store No. | Leased Property Location | Landlord |
|---|---|---|
| 2197 | 2517 Knob Creek Road<br>Johnson City, Tennessee | James & Carolyn Sell |
| 1602 | 181 South Highway 27<br>Somerset, Kentucky | Teacher's Retirement System of the State of Kentucky<br>c/o Mortgage Co. of Kentucky, Inc. |
| 1896 | 4200 Wade Green Road<br>Kennesaw, Georgia | HPC Wade Green LLC<br>c/o Steven Shellenberger |
| 2111 | 710 Hwy 17 South<br>N. Myrtle Beach, South Carolina | NMB Partners LP<br>c/o Etling L. Chapman III |
| 2117 | 2712 Highway 17 S.<br>Garden City, South Carolina | Zimmer Development Co. of S.C., L.P.<br>c/o Herbert Zimmer |
| 2172 | 5033 Dick Pond Road<br>Socastee, South Carolina | Acron USA Fonds Winn Dixie, L.P.<br>c/o Acron Kapital, Dallas Branch |

## Exhibit B

## SCHEDULE OF SUBLEASES

| Store No. | Leased Property Location | Subtenant |
|---|---|---|
| 2197 | 2517 Knob Creek Road<br>Johnson City, Tennessee | Don F. Bradford and Wendy L. Bradford |
| 1602 | 181 South Highway 27<br>Somerset, Kentucky | J&J Supermarkets - KY, LLC |
| 1896 | 4200 Wade Green Road<br>Kennesaw, Georgia | Consolidated Stores Corporation |
| 2111 | 710 Hwy 17 South<br>N. Myrtle Beach, South Carolina | Jeffrey & Elizabeth Hayslett |
| 2117 | 2712 Highway 17 S.<br>Garden City, South Carolina | Factory Home Décor, Inc.<br>c/o Custom Tree Inc. |
| 2172 | 5033 Dick Pond Road<br>Socastee, South Carolina | Savemore Superstores, Inc. |

## Exhibit C

## SCHEDULE OF BUEHLER LEASES

| Store No. | Leased Property Location | Landlord |
|---|---|---|
| 1618 | 201 Blankenbaker Parkway<br>Louisville, Kentucky | Hogan Development Co. |
| 1697 | 3220 Crums Ln.,<br>Louisville, KY | Baumgardner - Hogan, Inc. |
| 1673 | 120 Midland Blvd<br>Shelbyville, KY | John O. La Gatta |
| 1607 | 10968 Dixie Hwy,<br>Valley Station KY | Sunset Hill Development Co. |
| 1659 | 968 Breckenridge Lane<br>St. Matthews, KY | Teacher's Retirement System of State of Kentucky |
| 1696 | 5733 Preston Highway,<br>Louisville, KY | Indian Trail Square |

| Store No. | Leased Property Location | Subtenant |
|---|---|---|
| 1618 | 201 Blankenbaker Parkway<br>Louisville, Kentucky | Buehler of Kentucky LLC<br>c/o Associated Wholesale Grocers, Inc. |

3

623117-New York Server 1A - MSW