## EXHIBIT D

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

DIRECT DIAL
212-735-2150
DIRECT FAX
917-777-2150
EMAIL ADDRESS
DJBAKER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

November 9, 2005

### BY FACSIMILE AND ELECTRONIC MAIL

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Twenty-Fourth Floor
Atlanta, Georgia 30308

RE:   Winn-Dixie Stores, Inc., et al.
      Case No. 05-03817-3F1

Dear Karol:

Thank you for your letter of November 2, 2005. I have forwarded the letter to the Company's management team, which has in turn forwarded it to the Company's board of directors. The next scheduled meeting of the board of directors will be held on December 8, 2005. I anticipate that the board will consider the issues raised in your letter at that time.

In the meantime, we have already commenced providing you with information concerning the Company's D&O insurance coverage. Specifically, I understand that you have received from Adam Ravin copies of the Company's primary 2004-2005 D&O policy as well as the 2005-2006 binder for such policy, and that Adam is in the process of providing you with several examples of the excess layer D&O policies.

I will provide a further response to your letter after the board meeting. If I can be of assistance on other issues in the meantime, please feel free to contact me.

Very truly yours,

D. J. Baker

cc:   Larry B. Appel, Esq.
      Jay F. Castle, Esq.
      Stephen Busey, Esq.