**EXHIBIT E**

Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. • Twenty-Fourth Floor • Atlanta, GA 30308
telephone 404 815 2400 • facsimile 404 815 2424 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(404) 815-2347
karolkdenniston@paulhastings.com

November 15, 2005 59559.00007

**VIA E-MAIL**

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Re: Winn-Dixie Stores, Inc., et al., Case No. 3-05-bk-03817-JAF (the "Bankruptcy Case")

Dear Jan:

We have received your November 9, 2005 letter in response to the Official Committee of Equity Security Holders' (the "Equity Committee") request that Winn-Dixie Stores, Inc.'s ("Winn-Dixie") Board of Directors form an independent committee with independent counsel to investigate potential claims the bankruptcy estate may have against the Class III directors and company's auditors, including KPMG LLP ("KPMG"), before any ratification of the independent auditors or re-election of the Class III directors.

We appreciate your forwarding our November 2, 2005 letter to Winn-Dixie's management team and confirmation that the matters raised therein will be considered by the Board of Directors. We understand that the next scheduled meeting of the Board of Directors will be held on December 8, 2005, the same day as Winn-Dixie's annual shareholder meeting. As a result, we are concerned that proceeding with the election of the Class III directors and ratification of the independent auditors, in the absence of any investigation, whether by a special committee of the board or otherwise, will result in waivers of any claims which the Debtors may have against such parties.

Absent confirmation that Winn-Dixie has performed an independent investigation, evaluation or other performance review of the performance of the Class III directors that are on the slate for election and of KPMG in connection with the proposed recertification, the Equity Committee hereby requests that Winn-Dixie postpone the election of the Class III directors and ratification of KPMG's appointment as independent registered public accounting firm for the fiscal year 2006 to allow sufficient time for an appropriate investigation to take place. In the event Winn-Dixie is unwilling to postpone the re-election and certification of KPMG, the Equity Committee will be forced to seek appropriate relief from the bankruptcy court.

PaulHastings
ATTORNEYS

David J. Baker, Esq.
November 15, 2005
Page 2

Best regards,

Karol K. Denniston /ccc

Karol K. Denniston
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc: James D.Wareham
Thomas R. Pollock

LEGAL_US_E # 70209428.1