UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING CERTIFICATE OF MAILING

The Court finds that the Certificate of Mailing of the Second Interim Application for Compensation filed by James D. Silver on behalf of Carlton Fields, P.A. on December 2, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Certificate of Mailing of the Second Interim Application for Compensation filed by James D. Silver on behalf of Carlton Fields, P.A. on December 2, 2005 is stricken from the record.

**DATED December 6, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
D.J. Baker, Attorney for Debtor, Four Times Square, New York, NY 10036
Elena Escamilla and Kenneth C. Meeker, US Trustee
Matthew Barr, Counsel for Official Committee of Unsecured Creditors, 1 Chase Manhattan Plaza, New York, NY 10005
Jonathan N. Helfat, 230 Park Ave., 29th Floor, New York, NY 10169
Sarah Robinson Borders, 191 Peachtree St., Atlanta, GA 30303

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1           Date Rcvd: Dec 06, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 3
```

The following entities were served by first class mail on Dec 08, 2005.
aty        +Matthew Scott Barr,   Milbank Tweed Hadley & McCloy LLP,   One Chase Manhattan Plaza,
             New York, NY 10005-1401
           +Jonathan N. Helfat,   230 Park Ave., 29th Floor,   New York, NY 10169-0005
           +Sarah Robinson Borders,   191 Peachtree Street,   Atlanta, GA 30303-1740

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2005**                          **Signature:**  _Joseph Speetjens_