UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING LIMITED OBJECTION TO DEBTORS' MOTION

This case came on for consideration upon the Court's own motion. On December 5, 2005, Dennis J. Drebsky filed a Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and (c) Granting Related Relief on behalf of Deutsche Bank Trust Company Americas using a login and password belonging to Richard Bernard. Pursuant to Local Rule 9011-4(c), it shall not be permissible for an attorney to use another attorney's password to file a pleading. It is

**ORDERED:**

The Limited Objection to Debtors' Motion for Order (a) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (b) Authorizing the Assumption and Assignment of Leases and (c) Granting Related Relief filed by Dennis J. Drebsky on behalf of Deutsche Bank Trust Company Americas is stricken from the record.

**DATED December 6, 2005**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Dennis J. Drebsky, 437 Madison Avenue, New York, NY 10022
Richard Bernard, 437 Madison Avenue, New York, NY 10022

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes          Page 1 of 1             Date Rcvd: Dec 06, 2005
Case: 05-03817              Form ID: pdfdoc       Total Served: 2
```

The following entities were served by first class mail on Dec 08, 2005.
```
aty        +Richard J Bernard,    Nixon Peabody LLP,    437 Madison Avenue,    New York, NY 10022-7039
           +Dennis J. Drebsky,    437 Madison Avenue,    New York, NY 10022-7001
```

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2005**                    **Signature:**    *Joseph Speetjens*