IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  WINN-DIXIE STORES, INC., et al,                    Case No. 05-03817-3F1

        Debtors.                                                                    Chapter 11
_____/                Jointly Administered

**MOTION BY ALLARD, LLC FOR ALLOWANCE AND PAYMENT
OF POST-PETITION ADMINISTRATIVE EXPENSES**

Movant, ALLARD, LLC, by and through its undersigned counsel, hereby moves the court pursuant to 11 U.S.C., Sections 365(d)(10) and 503, for allowance and payment of administrative expenses as follows:

1.   Debtor and its affiliates filed voluntary petitions for reorganization under Chapter 11 of the United States Bankruptcy Code on February 21, 2005 (the "Petition Date").  Since the filing, the Debtor has continued to operate its businesses as debtor-in-possession pursuant to 11 U.S.C. Section 1107.  No trustee or examiner has been appointed in this case.

2.   Allard, LLC, a Florida limited liability company, is the owner of the premises located at 850 3rd Avenue South, St. Petersburg, Florida, which was identified by the Debtor as store number 620 (the "Premises"), and which was leased to the Debtor pursuant to that certain lease agreement dated July 16, 1997 (the "Lease"), a copy of which is attached as Exhibit A-1. The Lease is also subject to that certain Declaration of Restrictions and Grant of Easement dated June 4, 1896, which provides for payment of common area expenses, a copy of which is attached hereto as Exhibit A-2.  Movant, Allard, LLC, subsequently purchased the Premises.

241106

3.  Movant and the Debtor entered into a Subordination, Nondisturbance and Attornment Agreement dated February 20, 2004, a copy of which is attached as Exhibit B.

4.  From and after the Petition Date, the Debtor continued to use and occupy the Premises until September 30, 2005, which was the effective date of the Debtor's rejection of the Lease (the "Rejection Date").

5.  As part of the Lease, the Debtor was obligated to pay Movant its share of taxes and common area maintenance. The Debtor paid the base rent and insurance due under the Lease but has failed to pay the amounts due for real estate taxes and for common area maintenance from the Petition Date through the Rejection Date (60.5479% of 1 year) as follows:

| | |
|---|---:|
| Taxes ($61,623.05 per year See Exhibit C for tax bill) | $37,311.46 |
| Common area maintenance (underpayment of $990.00 per month See Exhibit D for CAM) | 7,193.10 |
| TOTAL: | $44,504.56 |

6.  Section 503(b)(1)(A) of the Bankruptcy Code requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition Lease charges were for the benefit of the bankruptcy estate by allowing the Debtor to continue to operate its business at the Premises location through the Rejection Date, making Movant's claim an administrative expense entitled to first priority pursuant to 11 U.S.C. Section 507(a)(1).

WHEREFORE, Movant prays that the court allow Allard, LLC's administrative expense claim in the amount of $44,504.56, order the Debtor to pay Movant the total administrative claim

within ten (10) days of entry of the court's order and for such other and further relief as the court may deem just.

/s/ Thomas H. McLain, Jr.
Thomas H. McLain, Jr., Esq.
Fisher & Sauls, P.A.
Suite 701, 100 Second Avenue South
Post Office Box 387
St. Petersburg, FL  33731
727/822-2033
FBN 759650
Attorneys for Allard, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and copy of the foregoing Motion by Allard, LLC for Allowance and Payment of Post-Petition Administrative Expenses has been served electronically or by regular U.S. mail on December 9, 2005, to:

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Elena L. Escamilla, Assistant U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Dennis F. Dunne, attorney to unsecured Creditor's Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, attorney to Unsecured Creditor's Committee
Akerman Serterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

/s/ Thomas H. McLain, Jr.
Thomas H. McLain, Jr., Esq.