NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

# AD VALOREM TAXES

**PINELLAS COUNTY TAX COLLECTOR**

2005 REAL ESTATE TAX/NOTICE RECEIPT FOR PINELLAS COUNTY    RE 408916-5

**PAY IN U.S. FUNDS TO *DIANE NELSON TAXCOLLECTOR***

**P.O. BOX 10832 • CLEARWATER, FL 33757-8832 • (727) 562-3262**

| NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH |
|---|---|---|---|---|
| $60,987.76 | $61,623.05 | $62,258.34 | $62,893.63 | $63,528.92 |

| Misc Code | Escrow | Millage Code | Millage Rate |
|---|---|---|---|
| | | SP | 24.4342 |

| Assessed Value | Exempt Value | Taxable Value |
|---|---|---|
| 2,600,000 | 0 | 2,600,000 |

**Parcel #** 19/31/17/95366/001/0020

**Site Address** 850 3RD AVE S

## ALLARD LLC

695 CENTRAL AVE STE 207
ST PETERSBURG, FL 33701-3662

### Legal Description

WEBB CITY REPLAT 1ST ADD
BLK 1, LOT 2

| TAXING AUTHORITY | MILLAGE RATE | TAXES LEVIED |
|---|---|---|
| COUNTY-AGGREGATE | 6.8010 | $17,682.60 |
| SCHOOL-STATE LAW | 5.1910 | $13,496.60 |
| SCHOOL-LOCAL BD. | 3.1990 | $8,317.40 |
| CITY | 6.9500 | $18,070.00 |
| SW FLA WTR MGMT. | .4220 | $1,097.20 |
| PINELLAS ANCLOTE | .4000 | $1,040.00 |
| PIN.CO.PLN.CNCL. | .0218 | $56.68 |
| JUV. WELFARE BD. | .8117 | $2,110.42 |
| SUNCST. TR.AUTH. | .6377 | $1,658.02 |