
Member of
International
Council of
Shopping Centers



RETAIL LEASING & MANAGEMENT PRLM INC.


COPY

727-347-5796
Fax 727-345-5722

April 20, 2005

Winn Dixie Stores, Inc. # 620
3015 Coastline Dr.
Orlando, FL 32808
Attn: Ms. Chrissy Norris

RE: Webb's Plaza, 2004 CAM RECONCILIATION

Dear Ms. Norris,

Attached please find the breakdown for the 2004 CAM Reconciliation as well as a worksheet showing the reconciliation for your space. Please review your 2004 CAM Reconciliation, and should you have any questions, please feel free to contact me. I have also attached the actual paid detail from the Landlords books.

There is an increase for 2004, partly due to the billing being for a full 12 months; prior year was pro-rated due to the purchase. Attached you will find the invoice for 2004, along with the invoice for the amount due for 2005, January to April. Your new monthly amount will be reflected with the May billing.

We will continue to maintain Webb's Plaza with the current level of service and maintenance to ensure the center is always in good condition as well as continue our effort to contain costs.

Respectfully,

*Cynthia Andrix*

Cynthia Andrix
Account Manager

cc: Webb's Plaza, LL
    Tenant File
    Pauline A. Pappas

PO Box 48547 • St. Petersburg, FL 33743-8547
7211 - 1st Avenue South • St. Petersburg, FL 33707

E-MAIL: jimiller@tampabay.rr.com

## CAM RECONCILIATION

Prepared for:

**WINN DIXIE STORE # 620**

**2004**

### CAM Related Charges

Yearly Amount

| | | | |
|---|---|---|---:|
| Building Repairs, Maint. | | | N/A |
| Fire Sprinklers/Hydrants Rep/Maint | wtr fire line | $ | 831.00 |
| Janitorial Services | | $ | 867.36 |
| Landscaping | | $ | 8,851.00 |
| Lift Station/Plumbing Rep/Maint. | | | N/A |
| Lighting/Fixtures Electrical Rep/Maint | decorative lights | $ | 3,585.00 |
| Management Fee | | $ | 13,600.00 |
| Parkinglot Rep/Maint | | $ | 3,151.36 |
| Parkinglot Sweeping | | $ | 12,885.00 |
| Exterior Pest control | | $ | 1,213.00 |
| Roof Rep/Maint | | | N/A |
| Signage Rep/Maint | | | N/A |
| Utility/Electric/Lighting | common area | $ | 8,660.71 |
| Utility/Trash Removal | | | N/A |
| Utility/Water/Sewer | | | N/A |
| Adm. Ser/Adv/Prof Fees | | | N/A |
| **Total Operating Cost** | | $ | 53,644.43 |
| Insurance | | $ | 7,875.74 |
| Property Tax | | | N/A |
| **Total Expenses** | | $ | 61,520.17 |

Square footage of Store: 46,500
Pro-rata Share Per Lease: 72.0%

| | ANNUAL | | MONTHLY |
|---|---|---|---|
| Total Due: | $ 44,294.52 | $ | 3,691.21 |
| Less Payments made: | $ 32,400.00 | $ | 2,700.00 |
| Net Due: | $ 11,894.52 | | |
| Plus 7% State Sales Tax: | Exempt | | |
| **Total Due for 2004** | $ 11,894.52 | | |

4/20/05 billing sent as this

# Webb's Plaza

c/o Pappas Retail Leasing & Mgmt
PO BOX 48547
St. Petersburg, FL 33743-8547
727-347-5796, Fax 345-5722

# Invoice

| Date | Invoice # |
|---|---|
| 4/20/2005 | 1277 |

| Bill To |
|---|
| Winn Dixie Stores, Inc #620<br>3015 Coastline Dr.<br>Orlando, FL 32808<br>Attn: Ms. Chrissy Norris |

| Description | Amount |
|---|---|
| 2004 Reconciliation | 11,894.52 |
| DETAIL ATTACHED | |
| FL Sales Tax | 0.00 |

| | Total | $11,894.52 |
|---|---|---|

# Webb's Plaza

c/o Pappas Retail Leasing & Mgmt
PO BOX 48547
St. Petersburg, FL  33743-8547
727-347-5796, Fax 345-5722

# Invoice

| Date | Invoice # |
|---|---|
| 4/20/2005 | 1276 |

| Bill To |
|---|
| Winn Dixie Stores, Inc #620<br>3015 Coastline Dr.<br>Orlando, FL  32808<br>Attn: Ms. Chrissy Norris |

| Description | Amount |
|---|---|
| CAM/Ins/RE Taxes January 2005 shortage | 990.00 |
| CAM/Ins/RE Taxes February 2005 shortage | 990.00 |
| CAM/Ins/RE Taxes March 2005 shortage | 990.00 |
| CAM/Ins/RE Taxes April 2005 shortage | 990.00 |
| FL Sales Tax | 0.00 |
| **Total** | **$3,960.00** |

# Statement

Webb's Plaza
c/o Pappas Retail Leasing & Mgmt
PO BOX 48547
St. Petersburg, FL  33743-8547
727-347-5796, Fax 345-5722

| Date |
|---|
| 10/12/2005 |

To:

Winn Dixie Stores, Inc #620
3015 Coastline Dr.
Orlando, FL  32808
Attn: Ms. Chrissy Norris

| Amount Due | Amount Enc. |
|---|---|
| $20,804.52 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2004 | Balance forward | | 0.00 |
| 01/01/2005 | INV #1223. Due 01/01/2005. | 2,700.00 | 2,700.00 |
| 01/05/2005 | PMT #7416821. | -2,700.00 | 0.00 |
| 02/01/2005 | INV #1235. Due 02/01/2005. | 2,700.00 | 2,700.00 |
| 02/07/2005 | PMT #7440475. | -2,700.00 | 0.00 |
| 03/01/2005 | INV #1248. Due 03/01/2005. | 2,700.00 | 2,700.00 |
| 03/07/2005 | PMT #8001180. | -2,700.00 | 0.00 |
| 04/01/2005 | INV #1261. Due 04/01/2005. | 2,700.00 | 2,700.00 |
| 04/07/2005 | PMT #8013797. | -2,700.00 | 0.00 |
| 04/20/2005 | INV #1276. Due 04/20/2005. 2005 cam shortage Jan-April | 3,960.00 | 3,960.00 |
| 04/20/2005 | INV #1277. Due 04/20/2005. 2004 cam rec | 11,894.52 | 15,854.52 |
| 05/01/2005 | INV #1275. Due 05/01/2005. | 3,690.00 | 19,544.52 |
| 05/05/2005 | PMT #8030371. | -2,700.00 | 16,844.52 |
| 06/01/2005 | INV #1299. Due 06/01/2005. | 3,690.00 | 20,534.52 |
| 06/06/2005 | PMT #8048903. | -2,700.00 | 17,834.52 |
| 07/01/2005 | INV #1312. Due 07/01/2005. | 3,690.00 | 21,524.52 |
| 07/07/2005 | PMT #8066432. | -2,700.00 | 18,824.52 |
| 08/01/2005 | INV #1326. Due 08/01/2005. | 3,690.00 | 22,514.52 |
| 08/08/2005 | PMT #8082188. | -2,700.00 | 19,814.52 |
| 09/01/2005 | INV #1340. Due 09/01/2005. | 3,690.00 | 23,504.52 |
| 09/19/2005 | PMT #8103691. | -2,160.00 | 21,344.52 |
| 09/27/2005 | PMT #8109288A. | -540.00 | 20,804.52 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 990.00 | 990.00 | 18,824.52 | $20,804.52 |