**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

**THIRD SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE**
**OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE SEVENTH**
**SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER**
**AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing

Debtors to Retain and Compensate Professionals Used in the Ordinary Course of

Business (the "Order"),[2] a completed Questionnaire for the following Ordinary

Course Professional (which completed Questionnaire is attached hereto as the exhibit

indicated next to the name of such Ordinary Course Professional):

    1.    Jenner & Block LLP (Exhibit A)

The Debtors will serve copies of the above referenced completed

Questionnaire upon the United States Trustee, counsel to the Creditors' Committee,

counsel to the Equity Committee, and counsel to the DIP Lender.  The United States

Trustee, the Creditors' Committee, the Equity Committee and the DIP Lender shall

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

have 20 days after such service to object to the retention of the above referenced

Ordinary Course Professional.

Dated:  December 9, 2005


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By ___s/ D. J. Baker_____          By ___s/ Cynthia C. Jackson_____
    D. J. Baker                         Stephen D. Busey
    Sally McDonald Henry                James H. Post
    Rosalie Walker Gray                 Cynthia C. Jackson,
    Steven B. Eichel                    Florida Bar Number 498882


Four Times Square                   225 Water Street, Suite 1800
New York, New York 10036            Jacksonville, Florida  32202
(212) 735-3000                      (904) 359-7700
(212) 735-2000 (facsimile)          (904) 359-7708 (facsimile)
djbaker@skadden.com                 cjackson@smithhulsey.com

Co-Attorneys for Debtors            Co-Attorneys for Debtors

---

[2]     Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

> Steven Eichel
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, New York 10036
> Telephone: (212) 735-4113
> Facsimile: (917) 777-4113
> Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.


I, _John H. Mathias, Jr_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:


1.  Name and address of firm:

    Jenner & Block LLP

    One IBM Plaza

    Chicago, Illinois 60611


2.  Date of retention:    July 13, 2004

Questionnaire of: ___Jenner & Block LLP___
(Name of Firm)

3.   Type of services provided (accounting, legal, etc.):

___Legal_____

_____

_____

4.   Brief description of services to be provided:

___Legal representation in connection with pursuit of recovery___

___for insurer breach of contract and insurance broker___

___professional negligence._____

5.   Arrangements for compensation (hourly, contingent, etc.)

___Hourly fee._____

6.   Average hourly rate (if applicable): $493
     Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

___$30,000_____

7.   Pre-petition claims against any of the Debtors held by the firm:

Amount of claim: $ 1,700.00_____

Date claim arose: ___February 18, 2005_____

Source of claim: ___Fees and costs for legal services._____

8.   Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:   None.

Name: _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

Questionnaire of: __Jenner & Block LLP__
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm: None.

   Kind of shares: _____

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm: None.

   Name: _____

   Status: _____

   Kind of shares: _____

   No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

   ____None._____

   _____

   _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __December 7, 2005____

Name: __John H. Mathias, Jr.____
Title: __Partner____
Company: __Jenner & Block LLP__
Address: __One IBM Plaza__
__Chicago, Illinois 60611__
Telephone: __(312) 222-9350__
Facsimile: __(312) 527-0848__