UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1
CHAPTER 11 (Jointly Administered)

IN RE:                                  )
                                        )
Winn-Dixie Stores, Inc., et al.,        )
                                        )
        Debtors.                        )
                                        )

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing is scheduled for **December 15, 2005, at 1:00 p.m.**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida, 32202, to consider the Motion to Deem Claims of Credit Suisse First Boston, LLC As Timely Filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

GREENBERG TRAURIG, P.A.
Attorneys for Credit Suisse First Boston, LLC
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By:  /s/ John B.Hutton
     JOHN B. HUTTON
     Florida Bar No. 902160