UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

----------------------------------------------- x
In re:                                          :    Chapter 11
                                                :    Case No-05-03817-JAF
    Winn-Dixie Procurement, Inc., *et al.*,     :    (Jointly Administered)
                                                :    **Claim Amount:$929,745.02**
            Debtor.                             :    **Claim Number: 5179**
                                                :    **Schedule Number: 000075589**
                                                :
----------------------------------------------- x

### NOTICE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)

:       **TRANSFEROR:**       HAIN CAPITAL GROUP, LLC.
                              201 ROUTE 17, SUITE 300
                              RUTHERFORD, NJ 07070

**PLEASE TAKE NOTICE** of the transfer of all right, title and interest in **$929,745.02**, held by Hain Capital Group, LLC (transferor) against Winn-Dixie Procurement, Inc, and its affiliates as evidenced by the attached Exhibit A (the Evidence of Partial Transfer of Claim) to:

        **TRANSFEREE:**       **COHANZICK CREDIT OPPORTUNITIES MASTER FUND, LTD**
                              427 BEDFORD ROAD, SUITE 260
                              PLEASANTVILLE, NY 10570

No action is required if you do not object to the transfer of the Transferred Interest as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED INTEREST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- -     **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
        United States Bankruptcy Court
        Middle District of Florida
        300 North Hogan Street
        Ste 3-350
        Jacksonville, FL 32202
        ATTN: Winn-Dixie
        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
- -     Refer to **INTERNAL CONTROL NO.** _____ in your objection.
        If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                        _____
                                                                    Clerk of the Court

----------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2004.
INTERNAL CONTROL NO. _____, Copy (check): Claims Agent: _____ Transferee: _____
_____ Debtor's Attorney: _____ Deputy Clerk _____

KL2:2422959.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HAIN CAPITAL GROUP, LLC. ("Assignor") hereby unconditionally and irrevocably sell, transfer and assign to Cohanzick Credit Opportunities Master Fund, Ltd.("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), in the aggregate outstanding principal amount of $929,745.02, claim number 5179 (the "Proof of Claim") against Winn-Dixie Stores, Inc. ("Stores"), and schedule number 000075589 scheduled by Winn-Dixie Procurement, Inc. (together with Stores, the "Debtor") the debtor-in-possession in the chapter 11 reorganization case, case no. 05-03817 (the "Case"), in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of October, 2005.

HAIN CAPITAL GROUP, LLC                    Cohanzick Credit Opportunities
                                           Master Fund, Ltd.

By: _____                      By: _____
Name: Robert Koltai                        Name: David
Title: Manager                             Title: Authorized Agent