# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as debtors and debtors in possession, give notice of filing the attached Notice of Withdrawal of Front End Services Corporation's Motion for Administrative Priority Claim or, Alternatively, a Lien Under 11 U.S.C. § 546(c) (Docket No. 296).

Dated:   December 12, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-counsel for Debtors | Co-counsel for Debtors |

00516382

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-03817-JAF |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR ADMINISTRATIVE PRIORITY CLAIM OR, ALTERNATIVELY, A LIEN UNDER 11 U.S.C. § 546(c)**

Front End Services Corporation ("FES") files this Notice of Withdrawal of Motion for Administrative Priority Claim or, Alternatively, a Lien Under 11 U.S.C. § 546(c). In support of this Notice of Withdrawal, FES respectfully represents as follows:

1. On March 7, 2005, FES filed its Motion for Administrative Priority Claim or, Alternatively, a Lien Under 11 U.S.C. § 546(c) (the "Motion") [Docket No. 296].

2. The Motion has been resolved pursuant to the terms of the Stipulation between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program.

3. No objections have been filed to the Motion.

4. The Debtors consent to the withdrawal of the Motion.

5. Therefore, pursuant to Federal Rule of Bankruptcy Procedure 9014(c) and Federal Rule of Civil Procedure 41(a)(1), FES withdraws the Motion.

Respectfully submitted this 12th day of December, 2005.

        HAYNES AND BOONE, LLP

*/s/ Mark J. Elmore*
Stacey G.C. Jernigan
Texas State Bar No. 10652200
Mark J. Elmore
Texas State Bar No. 24036523
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 200-0486

COUNSEL FOR FRONT END SERVICES
CORPORATION

## CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing Notice of Withdrawal of Motion for Administrative Priority Claim or, Alternatively, a Lien Under 11 U.S.C. § 546(c) was served on the parties identified on the attached service list by United States mail, first class postage prepaid, on December 12, 2005.

        */s/ Mark J. Elmore*
        Mark J. Elmore