UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF CLAIM NUMBER 7370 FILED BY
COMPUTER LEASING CORPORATION OF MICHIGAN, INC.**

NOTICE IS HEREBY GIVEN that, in accordance with the *Notice and Motion to Approve Compromise* entered into between Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Computer Leasing Corporation of Michigan, Inc. ("CLC"), which was approved by order dated November 30, 2005, CLC hereby withdraws its Proof of Claim filed on July 22, 2005, in the amount of $61,737.59, which was assigned Claim Number 7370.

DATED this 13th day of December 2005.

          BERGER SINGERMAN, P.A.
          Attorneys for CLC
          350 E. Las Olas Boulevard
          Suite 1000
          Fort Lauderdale, FL 33301
          Tel. (954) 525-9900
          Fax. (954) 523-2872

          By: _____/s/ Arthur J. Spector_____
              Arthur J. Spector
              Florida Bar No. 620777
              Email: aspector@bergersingerman.com