Walter F. McArdle (ALA Bar No. 2446-R69W)
SPAIN & GILLON, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 3-05-bk-3817 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

# AMENDED APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

Comes now Golden Flake Snack Foods, Inc., creditor in the above-styled bankruptcy case (hereinafter "Golden Flake"), and amends its Application for Allowance and Payment of Administrative Expense in its entirety and submits the following:

1. Due to a miscommunication, the facts supporting Golden Flake's Application for Allowance and Payment of Administrative Expense were not accurately set forth in the original application. After further investigation and discussion, Golden Flake submits the following in support of its Application for Allowance and Payment of Administrative Expense Claim.

2. On December 22, 2004, a program for the lease of shelf space was discussed between Winn Dixie (hereinafter referred to as "Winn Dixie") and Golden Flake. That program was accepted by Winn Dixie in early January, 2005, and became effective on January 1, 2005. Shelf space is paid for on a quarterly basis pursuant to the agreement

at the rate of $154,500.00 per quarter. The first quarter's rent payment was due in April, 2005.

3. During the 38 day period preceding bankruptcy, Winn Dixie did not pay for Golden Flake product placed on its shelves. Therefore, Golden Flake received no income, or benefit for the shelf space during that period and has a pre-petition claim for invoices relating to product sold during that period. Winn Dixie kept the revenues generated from the Golden Flake product during that 38 day period.

4. Later, in April, 2005, Winn Dixie set off the full amount allegedly due for the first quarter's rent, pre- and post-petition, for all stores against amounts owed on post-petition invoices to Golden Flake. The set-off by Winn Dixie of post-petition claims against pre-petition claims was not authorized by law and violated the doctrine of mutuality.

5. The unilateral set-off by Winn Dixie also has impaired Golden Flake's secured claim pursuant to 11 U.S.C. §§553 and 506.

6. Because the set-off by Winn Dixie was unauthorized by law, Winn Dixie has effectively taken a loan from the amount owed on the Golden Flake invoices and used that unauthorized post-petition loan.

7. Golden Flake computes the daily value for the shelf space at $1,697.80 and its total administrative claim at $64,516.48 ($1,697.80 X 38). Attached as Exhibit A is a copy of Golden Flake's computation of its claim.

WHEREFORE, PREMISES CONSIDERED, Golden Flake requests this Court to enter an order allowing it an administrative expense claim in the amount of $64,516.48 and also ordering the Debtor to pay that administrative expense claim forthwith and for such

other and further relief to which Golden Flake is entitled.

Nina M. LaFleur

Stutsman & Thames, P.A.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202
Phone:(904) 358-4000
FL Bar# 0107451

Walter F. McArdle

Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Phone: (205) 581-6295
Facsimile: (205) 324-8866

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the parties via U.S. Mail on this 14th day of December, 2005.

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

David J. Baker, Esq.
Skadden, Arps, Slate, Meagher &Flom, LLP
Four Times Square
New York, NY 10036-6522

Dennis F. Dunne, Esq.
Millbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Office of the United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, Florida 32801

Of Counsel

# EXHIBIT A

Reclaim on Golden Flake 2005 Merchandising Program

| **Current Program** | **Stores** | **$/Value/Store** | | **Totals** | |
|---|---|---|---|---|---|
| Current Stores Serviced (including Jax Stores) | 481 | $ | 1,000.00 | $ | 481,000 |
| Expanded Space in Jax Stores | 137 | $ | 1,000.00 | $ | 137,000 |
| **Total Program Value** | | | | **$** | **618,000** |
| **Quarterly Credit Estimate Basis on Open Stores** | **481** | **$** | **154,500** | | |
| **Current Store Count** | | | | | |
| **Quarterly Payment Date** | **Stores** | | **Jax Stores** | | |
| Mar-05 | 481 | | 137 | | |
| | $ 481,000 | $ | 137,000 | **$** | **154,500** |
| Current Count as of April, for 6/1/2005 | 473 | | 137 | | |
| Sep-05 | | | | | |
| | $ - | $ | - | $ | - |
| Dec-05 | | | | | |
| | $ - | $ | - | $ | - |
| 2005 Space/Program Value Daily | | $ | 1,697.80 | | |
| Sales Period of NO Payment - 38 Days(Jan 18 thru February 21) | | $ | 64,516.48 | Reclaim Amount | |

Reclaim on Golden Flake 2005 Merchandising Program

| | Stores Open (Month Prior) | Stores Closed | Issued | Took | Difference |
|---|---|---|---|---|---|
| April Credit (Jan thru March Period) | 473 | 8 | $ 154,500 | $ 157,000 | $ (2,500) |

**Final Payment Schedule . . . Approved by Semon Cull - Category Buyer/Manager**

## Payment Schedule . . .

- **Current Store Distribution (3/1/2005)** **$481,000.00**
  - $1,000 per Store for Stores Served
    - 25% April 1, 2005
    - 25% of Balance Paid at the end June, September, December
- **Expand Presence in Jacksonville Division** **$137,000.00**
  - $1,000 per Store for
  - Gondola Space increase by 3'- 4'
    - 25% April 1, 2005
    - 25% of Balance Paid at the end June, September, December
- **New Distribution in (est. 51 Stores)** **TBD**
  - Raleigh and Charlotte Division
  - Replacing Secondary Supplier with 6' of Space
  - $2,000 per Store (pro rated at $1,500 if stores are set by April)
    - 33.3% of Balance Paid at the end June, September, December

– **All Payments based on Current Store Count at the time of Payment**

WINN DIXIE

1

**Program Agreement with Winn Dixie Stores . . . Presented to Semon Cull - Category I**

Program for 2005. . .
Current Store Distribution (11/26/2004)
429 Winn Dixie Stores
54 SaveRite Stores
Division # Stores
Montgomery 135
New Orleans 120
Jacksonville 137
Atlanta 29
SaveRite 54
Charlotte 8
TTL Stores 483
– 2005 Program Elements . . .
Space and Displays
» Maintain ALL Current Distribution and Gondola Space
– Maintain ALL Secondary Displays, as follows . . .
» End Caps in ALL Stores in 1st Position before the Snack Section
» 2' Check Out /Side Saddle Racks for Single Serve/Super Snacks/Crackers/Nuts/Meats
– In Montgomery, New Orleans Division and SaveRite Stores
Promotions . . .
– Authorize Displays in Planner for All Promotion Activity
– 12 Wall of Value / Lobby Display Activity
» Montgomery, New Orleans, Jacksonville and Atlanta (SaveRite's)
– BOGO Features . . . 2 Per Quarter – 8 Total with Authorized Displays in ALL Divisions
– EDLP on Top Shelf Items
» 2/$6.00 and 2/$5.00 Target Price Points
WINN DIXIE
19

## 2005 Program . . .

- **Current Store Distribution (11/26/2004)** **$483,000.00**
  - $1,000 per Store for Stores Served
  - For Program Elements described (page 19)
- **Expand Presence in Jacksonville Division** **$137,000.00**
  - $1,000 per Store for
    - Gondola Space increase by 3'- 4'
    - 2' Wing for Maizetos and Pace Salsa
- **New Distribution in (est. 69 Stores)** **$ 138,000.00**
  - Raleigh and Charlotte Division
    - Replacing Secondary Supplier with 6' of Space
  - $2,000 per Store

WINN DIXIE

**Buyer/Manager and Paul Tremblay - Category Analyst**

|  | Money for Space | Total Amount of Claim | Recovery % |
|---|---|---|---|
|  | $ 64,516.48 | $ 687,626.23 | 0% |
| Value of Space Used | $ - |  |  |
| Claim Owed Golden Flake | $ 64,516.48 |  |  |