UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS TO BE
HELD ON DECEMBER 15, 2005**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on December 15, 2005 at 1:00 p.m. (ET):

**A.    Uncontested Matters**

*1.    Motion of Lesco Medisearch to Accept Late Filed Claim as Timely  (Docket No. 2944)*

Objection Deadline:  December 8, 2005

Objections to Sales:  No objections have been filed.

Status:    The Debtors have been informed that the Movant will proceed with the Motion.

2. *Credit Suisse First Boston LLC Motion to Deem Claim as Timely Filed (Docket No. 3892)*

Objection Deadline: December 14, 2005.

Objections: No objections have been filed.

Status: The Debtors have been informed that the Movant will proceed with the Motion.

3. *Debtors' Motion for Order Authorizing (I) Rejection of Leases and Subleases and (II) Abandonment of Related Personal Property (Docket No. 4143)*

Objection Deadline: The Court granted the Motion as to all leases and subleases other than Store 1857 and the Buehler leases, which were continued to December 15, 2005.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

4. *Debtors' Motion (I) for Authority to Reject Ground leases and Airport Hangar Lease Retroactively and (II) to Establish Bar Date for any Rejection Damage Claims (Docket No. 4513)*

Objection Deadline: December 14, 2005.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

        5.    *Pines-Carter of Florida, Inc.'s Motion to Compel Debtor to Assume or Reject Unexpired Lease (Store No. 658) (Docket No. 4519)*

Objection Deadline:  None.

Objections:          No objections have been filed.

Status:              The Debtors have been informed that the Movant will proceed with the Motion.

**B.**      <u>**Contested Matters**</u>

        1.    *Debtors' First Omnibus Objection to Equity Claims and Duplicate Liability Note Claims (Docket No. 4170)*

Objection Deadline:  December 5, 2005.

Response:           Creditor Sally Huff (Docket No. 4442).

Status:              The Debtors will proceed with the Objection as to all creditors other than R2 Investments, LDC, which will be continued to a later date.

        2.    *Application for an Order Authorizing the Retention of Jefferies & Company, Inc. as Financial Advisor to the Official Committee of Equity Security Holders (Docket No. 3719)*

Objection Deadline:  Expired.

Objections:          Creditors Committee (Docket No. 3750);
                       Ad Hoc Committee (Docket No. 4199); and
                       Debtors (Docket No. 4335).

Status:              The Debtors have been informed that the Equity Committee will proceed with the Application.

3. *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and (C) Granting Related Relief (Docket No. 4325)*

Objection Deadline: December 5, 2005.

Objections to Sale: Deutsche Bank Trust Company Americas (Docket No. 4522); and
State of Florida, Department of Revenue (Docket No. 4470).

Status: The Debtors will proceed with the Motion.

4. *Debtors' Motion for Order Granting Third Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 4314)*

Objection Deadline: December 8, 2005.

Objections: By-Pass Partnership (Docket No. 4467);
Anthony and Dorothy Balzebre (Docket No. 4515);
Pines-Carter of Florida, Inc. (Docket No. 4518); and
Sarria Enterprises, Inc. (Docket No. 4527).

Status: The Debtors will proceed with the Motion.

5. *Debtors' Motion for Order Granting Third Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (Docket No. 4312)*

Objection Deadline: Expired.

Objections: Equity Committee (Docket No. 4524); and
Creditors' Committee (Docket No. 4591).

Status: The Debtors will proceed with the Motion.

6.  *Debtors' Motion to Implement Order on Penman Plaza Associates, Ltd's Motion to Compel (Docket No. 4238)*

Objection Deadline: December 8, 2005.

| | |
|---|---|
| Objections: | Penman Plaza Associates, Ltd. (Docket No. 4589). |
| Status: | The Debtors will proceed with the Motion. |

7.  *By-Pass Partnership's Motion to Compel Debtor to Assume or Reject Lease (Docket No. 4214)*

Objection Deadline: December 13, 2005.

| | |
|---|---|
| Objections: | Debtors (Docket No. 4597) |
| Status: | The Debtors have been informed that the Movant will proceed with the Motion. |

Dated: December 14, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey  <br>    James H. Post  <br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(212) 735-2000 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00514403