UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,

    Debtor,

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## RE-NOTICE OF EVIDENTIARY HEARING
### [RESCHEDULES HEARING PREVIOUSLY SET FOR DECEMBER 15, 2005]

TO PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that an evidentiary hearing is scheduled for **January 19, 2005 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the *Motion of Schreiber Foods, Inc. to Have the Court Set a Specific Date for the Debtor to Assume or Reject Executory Contract, Pursuant to Bankruptcy Code §365(d)(2) (Docket No. 3815)*.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse

DATED, this ___14th___ day of December, 2005

QUARLES & BRADY LLP

By: _____
Ned R. Nashban, Esquire
Florida Bar No. 717230
nrn@quarles.com
One Lincoln Place
1900 Glades Road, Suite 355
Boca Raton, FL  33431
561.368.5400
561.368.1996 Facsimile

and

Jerome E. Smyth, Esquire
LIEBMAN, CONWAY, OLEJNICZAK &
JERRY, S.C
231 S. Adams Street
P.O. Box 23200,
Green Bay, Wisconsin 54305-3200
920.437.0476
920.437.2868 Facsimile
jes@lcojlaw.com

Co-Counsel for Schreiber Foods, Inc.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Re-Notice of Evidentiary Hearing has been served electronically on the Debtor's attorneys, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, Four Times Square, New York, New York 10036 and Stephen Busey, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201; the U.S. Trustee; Counsel for the Official Committee of Unsecured Creditors; Counsel for the Official Committee of Equity Interestholders; and the Local Rule 1007-2 Parties in Interest and by First Class U.S. Mail to Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, FL 32254-3699, this 14th day of December, 2005.

QUARLES & BRADY LLP

By: _____
    Ned R. Nashban, Esquire
    Florida Bar No. 717230
    nrn@quarles.com
    Co-Counsel for Schreiber Foods, Inc.
    1900 Glades Road
    Suite 355
    Boca Raton, FL   33431
    561.368.5400 Telephone
    561.368.1996 Facsimile