**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

**WINN-DIXIE STORES, INC.**  Case No. 3:05-bk-03817-JAF
  Chapter 11
　　　　Debtor(s).
_____

**NOTICE OF WITHDRAWAL OF CREDITOR WILLIE McCRAE'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW the Movant, **Willie McCrae**, by and through his undersigned attorney and hereby gives Notice of his Withdrawal of the Motion for Relief from the Automatic Stay.

Dated this 15th day of December, 2005.

　　　　　　　　　　　　　　　　　FRIEDLINE & McCONNELL, P.A.

　　　　　　　　　　　　　　　　　/s/ Jerrett M. McConnell
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RODGER J. FRIEDLINE
　　　　　　　　　　　　　　　　　FL BAR NO. 0813788
　　　　　　　　　　　　　　　　　JERRETT M. MCCONNELL
　　　　　　　　　　　　　　　　　FL BAR NO. 0244960
　　　　　　　　　　　　　　　　　1756 University Blvd. S.
　　　　　　　　　　　　　　　　　Jacksonville, FL 32216
　　　　　　　　　　　　　　　　　(904) 727-7850
　　　　　　　　　　　　　　　　　Attorneys for Movant