

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

## PRO MEMO

Monday
December 12, 2005

**HONORABLE JERRY A. FUNK**

JACKSONVILLE

CASE NUMBER: 05-03817-3F1

HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN /C. JACKSON /S. BUSEY /J. POST
Trustee:

HEARING:

1. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY WILLIE MCCRAE (1686)

B/C - Withdrawn    Ntc/ McConnell

R/S    A/P    F/HRG

ORDER:

~~FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY ROBERT F. GAGNON (3111)~~

Withdrawn 12/6/05 - OFF

R/S    A/P    F/HRG

ORDER:

APPEARANCES:
MOVANT #1: JERRETT MCCONNELL
~~MOVANT #2: MICHAEL DEMINICO~~

RULING: