UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO.: 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY COMPUTER LEASING CORPORATION OF MICHIGAN, INC.**

NOTICE IS HEREBY GIVEN that, in accordance with the *Notice and Motion to Approve Compromise* entered into between Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Computer Leasing Corporation of Michigan, Inc. ("CLC"), which was approved by order dated November 30, 2005, CLC hereby withdraws the *Request for Payment of Administrative Expense* filed by CLC on or about August 24, 2005 (Docket No. 3169).

DATED this 15th day of December 2005.

BERGER SINGERMAN, P.A.
Attorneys for CLC
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax. (954) 523-2872

By: /s/ Arthur J. Spector
Arthur J. Spector
Florida Bar No. 620777
Email: aspector@bergersingerman.com