UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about December 12, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security [re: D.I. 4516 and 4517]**

    to be served by first-class mail, postage prepaid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: December 15, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**
**[re: DI 4516 and 4517]**

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 252462-12<br>J&B COMMERCIAL FLOORS<br>ATTN DIXIE LUSK<br>1200 TILDEN AVENUE<br>APOPKA, FL 32703-6497 | CREDITOR ID: 258252-12<br>PEDRINI USA INC<br>AT PEDRINI PLAZA<br>ATTN CAROL MASTROMONICA, CONTROLLER<br>500 CHURCH STREET<br>BAYPORT, NY 11705 | CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |

**Total:  3**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 4516 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| J&B COMMERCIAL FLOORS | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| J&B COMMERCIAL FLOORS<br>ATTN DIXIE LUSK<br>1200 TILDEN AVENUE<br>APOPKA, FL 32703-6497 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 407 880 7100 | Phone: |
| Account No.: 252462 | Account No.: 399395 |
| Claim No.: 1874 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 05/17/2005 | Transfer Amount: $272.64 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 12/12/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 12, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 4517 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PEDRINI USA INC | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| PEDRINI USA INC<br>AT PEDRINI PLAZA<br>ATTN CAROL MASTROMONICA, CONTROLLER<br>500 CHURCH STREET<br>BAYPORT, NY 11705 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 631 472 4501 | Phone: |
| Account No.: 258252 | Account No.: 399395 |
| Claim No.: 3789 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 06/08/2005 | Transfer Amount: $47,403.63 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 12/12/2005 | /s/ Logan & Company, Inc.<br>Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  December 12, 2005.