# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about December 13, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security  [re: D.I. 3939 and 3940]**

    to be served by first-class mail, postage prepaid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: December 15, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**[re: DI 3939 and 3940]**

**DEBTOR:**     **WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:**   **05-03817-3F1**

CREDITOR ID: 241459-12
ABN DISTRIBUTORS INC
ATTN: JOSE A GONZALEZ, OWNER
13115 S W 122 AVE
MIAMI, FL 33186

CREDITOR ID: 246736-12
COMMERCIAL MAINTENANCE COMPANY
ATTN STEVE ROBBINS, PRESIDENT
709 EWING FARM ROAD
ASHBURN, GA 31714

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

**Total:   3**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                              Docket No.: **3939**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ABN DISTRIBUTORS INC                         CONTRARIAN FUNDS, LLC
Name of Transferor                           Name of Transferee

ABN DISTRIBUTORS INC                         CONTRARIAN FUNDS, LLC
ATTN: JOSE A GONZALEZ, OWNER                  ATTN ALPA JIMENEZ
13115 S W 122 AVE                            411 WEST PUTNAM AVE S-225
MIAMI, FL 33186                              GREENWICH CT 06830

Phone: 305-216-8802                          Phone: 203 862 8236
Account No.: 241459                          Account No.: 416956

Claim No.: 1646                              Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/16/2005                 Transfer Amount: $35,861.94

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/13/2005                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  December 13, 2005.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 3940

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COMMERCIAL MAINTENANCE COMPANY

Name of Transferor

CONTRARIAN FUNDS, LLC

Name of Transferee

COMMERCIAL MAINTENANCE COMPANY
ATTN STEVE ROBBINS, PRESIDENT
709 EWING FARM ROAD
ASHBURN, GA 31714

CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 229 567 9187
Account No.: 246736

Phone: 203 862 8236
Account No.: 416956

Claim No.: 5235
Date Claim Filed: 07/05/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $23,766.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/13/2005

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  December 13, 2005.