

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**December 15, 2005**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Motion to Allow as Timely Late-Filed Claim(s) Filed by Lesco Medisearch (2944)**

*Grant*
*oral Petition*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                              MATTHEW S. BARR
LESCO MEDISEARCH:   CHARLES DITTMAR

RULING: