

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order Authorizing (I) Rejection of Leases and Subleases and (II) Abandonment of Related Personal Property Filed by Debtor (4143)

*Granted - ord/signed*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

**RULING:**