

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion to Compel Debtor to Assume or Reject Unexpired Lease of Nonresidential Real Property (Store #658) Filed by Pines-Carter of Florida, Inc. (4519)

*Granted - ord/Rusen*

*assume or reject in 10 days*

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
PINES-CARTER OF FL INC:              JONATHAN WILLIAMS  /Peter Rusen p

RULING: