

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post  P

First Omnibus Objection to Equity Claims and Duplicate Liability Note Claims filed by Debto(4170)

Response by Sally Huff (Doc. 4442) - Overruled

Sustained - Ord/Signed

APPEARANCES:
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR
SALLY HUFF:

RULING: