**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**December 15, 2005**
**1:00 P.M.**

**PRO MEMO**

**CASE NO. 05-3817-3F1** **WINN-DIXIE STORES, INC.**

**AOCNFN**
**Prior Pro**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post**

**Application For Retention of Jefferies & Company, Inc. as Financial Advisor to the Official Committee of Equity Security Holders(3719)**

Limited Objection to Application filed by Official Committee of Unsecured Creditors (Doc. 3750)

Objection to Application filed by Debtor (Doc. 4335)

Objection to Application filed by Ad Hoc Committee of Retirees (Doc. 4199)

Approved

Ord/Denniston/Baer

**APPEARANCES:**

| | |
|---|---|
| **US TRUSTEE:** | **ELENA ESCAMILLA** |
| **UNSEC. CRED:** | **JOHN B. MACDONALD/PATRICK PATANGAN** |
| | **MATTHEW S. BARR** |
| **EQUITY SECURITY HOLDERS:** | **DAVID JENNIS/KAROL DENNISTON** |
| **JEFFERIES & CO., INC:** | **HENRY BAER** P |
| **AD HOC COMMITTEE:** | **JERRETT MCCONNELL** P |

**RULING:**