

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and (C) Granting Related Relief Filed by Debtor (4325)

Limited Objection to Debtors' Motion filed by Deutsche Bank Trust Company Americas (Doc.4522)
w/drawn

Objection to Motion by State of Florida, Department of Revenue (Doc. 4470)
w/drawn

oral/Jackson

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
DEUTSCHE BANK:      RICHARD BERNARD
STATE OF FL:        FREDERICK RUDZIK

Acon Foods:         John Schwartz p

RULING:             Eddie Held p
Landlord:
Southeast Milk:     Jimmy Parrish p