

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order Under 11 U.S.C. 365(d)(4) Granting Third Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (4314)

Objection to Debtor's Motion filed by Anthony and Dorothy Balzebre (Doc. 4515) *Contested*

Objection to Debtor's Motion filed by Sarria Enterprises, Inc. (Doc. 4527)

Objection to Debtor's Motion filed by Pines-Carter of Florida, Inc. (Doc. 4518) *Resolved*

Objection to Debtor's Motion filed by By-Pass Partnership (Doc. 4467)

w/ Holly Eckuwn)                    Granted ord/ Busey

**APPEARANCES:**
US TRUSTEE:                         ELENA ESCAMILLA
UNSEC. CRED:                        JOHN B. MACDONALD/PATRICK PATANGAN
                                    MATTHEW S. BARR
ANTHONY AND DOROTHY BALZEBRE:       IAN KUKOFF P
SARRIA ENTERPRISES:                 MICHAEL KAUFFMAN
PINES-CARTER OF FL INC:             JONATHAN WILLIAMS
BY-PASS PARTNERSHIP:                KATHERINE MILLER DETERMAN

                                    PETER RUSSENP
                                    Eddie Held P

**RULING:**
Morrisville Models #802