

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Order Granting Third Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans Filed by Debtor (4312)

Limited Objection to Debtor's Motion filed by Official Committee of Unsecured Creditors (Doc. 4591)

Limited Objection to the Debtors' Motion filed by Official Committee of Equity Security Holders (Doc. 4524)

W - Holly Ecklund

Granted - ord/Busey

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR ₱
EQUITY SEC. HOLDERS:   DAVID JENNIS

RULING: