

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 15, 2005
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Motion to Implement Order on Penman Plaza Associates, Ltd.'s Motion to Compel Filed by Debtor (4238)**

Response to Motion filed by Penman Plaza Associates, Ltd. (Doc. 4589)

*Granted - ord/ Jackson*

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
PENMAN PLAZA ASSOC:            MICHAEL T. BOWLUS  p

RULING: