

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**December 15, 2005**
**1:00 P.M.**

### PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

**Motion to Compel Debtor to Assume or Reject Lease Filed by By-Pass Partnership (4214)**

Objection to Motion Filed by Debtor (Doc. 4597)

*Could see further notice*

**APPEARANCES:**
**US TRUSTEE:**          ELENA ESCAMILLA
**UNSEC. CRED:**         JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
**BY-PASS PARTNERSHIP:** TIMOTHY SHUSTA/KATHERINE MILLER DETERMAN

**RULING:**

## NOTICE OF APPEARANCE

### PRINT YOUR NAME, WHICH PARTY YOU REPRESENT
### AND YOUR PHONE NUMBER

| NAME | REPRESENTING | PHONE NUMBER |
|---|---|---|
| John Schwartz | Dean Foods Company + affiliates | 214/855-7173 |
| John B. Hutton | Credit Suisse First Boston | 305-579-0500 |
| Jimmy D. Parrish | Southeast Milk, Inc. | 407 481 5800 |
| Charles H. Dittmar, Jr. | Lesco Medisearch, Inc | (813) 639-1920 |
| Jerrett M. McConnen | Retirees Committee | (904) 727-7850 |
| IAN J. KULKOFF | ANTHONY + DOROTHY BALZEBRE | (305) 381-7979 |
| Karol Denniston | Equity Committee | 404 815 2347 |
| Henry Baer Jr. | Jefferies + Co. | 212 906 1353 |
| PETER RUSSIN | PINES CARTER OF FLA, INC | (305) 375-6075 |
| Betsy Cox | Wachovia Bank | 904-346-5747 |
| Cheryl Thompson | Maureen Fitzgerald-Marhold | 813-273-5076 |
| Michael Bowlus | PENMAN PLAZA | 268-7227 |
| Eddie Held | Zurich, 35F, JAPW et al | 398-7038 |