UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                        Chapter 11

Debtors.                                                Jointly Administered

ORDER AUTHORIZING DEBTORS' TO REJECT GROUND
LEASES AND AIRPORT HANGAR LEASE AND
ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE

These cases came before the Court on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §365 authorizing the Debtors to reject Leases and pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the applicable landlords must file any claims for rejection damages (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Leases pursuant to 11 U.S.C. §365(a). The leases for Stores 1402, 2099, 2177, 2382 and 2629 and the Airport Hangar are rejected effective December 1, 2005.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

00514626.DOC.2

3. The applicable landlords must file any claims resulting from the rejection of the Leases, if any, no later than thirty (30) days after entry of this Order.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against the applicable landlords, whether or not related to the Leases.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated ___December 15___, 2005, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00514626.DOC.2