UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER AUTHORIZING (I) REJECTION
OF LEASES AND SUBLEASES AND
(II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

These cases came before the Court for hearing upon the motion (the "Motion") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. §§ 105(a) and 365 authorizing the rejection by the Debtors of the unexpired non-residential real property leases listed on Exhibit A to the Motion (the "Leases") and the unexpired non-residential real property subleases listed on Exhibit B to the Motion (the "Subleases"). Following a hearing held on December 1, 2005, the Court entered an Order (Docket No. 4531) (a) authorizing the Debtors to reject all of the Leases and Subleases other than the Leases set forth on Exhibit A to this Order (the "Exhibit A Leases") and the Subleases set forth on Exhibit B to this Order (the "Exhibit B Subleases") and (b) continuing to December 15, 2005 the hearing with respect to the Exhibit A Leases and the Exhibit B Subleases. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted to the extent provided by this Order.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to reject the Exhibit A Leases and the Exhibit B Subleases pursuant to 11 U.S.C. § 365(a), and the Exhibit A Leases and Exhibit B Subleases are deemed rejected, effective as of the date of entry of this Order.

3. For the month in which the Exhibit A Leases are rejected, the Debtors shall pay all amounts due under each Lease for such month on a prorated basis for each day from the first day of the month through the date of entry of this Order.

4. Claims for any rejection damages resulting from the rejection of the Exhibit A Leases and the Exhibit B Subleases shall be filed no later than thirty (30) days after the date of entry of this Order.

5. Any interest of any of the Debtors in any personal property remaining in the premises that are the subject of the Exhibit A Leases is deemed abandoned, pursuant to 11 U.S.C. § 554(a), effective as of the date of entry of this Order. To the extent any Landlord seeks to dispose of any such abandoned property, the Landlord shall provide fifteen days written notice of such intent to any party who the Debtors advise is likely to have an interest in such property. Unless such interested party removes the property from the premises within such fifteen-day period, or within a longer period that is established by written agreement among the parties, the Landlord shall be entitled to dispose of the abandoned property as it deems fit.

6. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the non-debtor parties to the Exhibit A Leases or the Exhibit B Subleases, whether or not related to the Exhibit A Leases or the Exhibit B Subleases.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated \_\_\_15\_\_, 2005 in Jacksonville, Florida.

*/s/ Jerry A. Funk*
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

# Exhibit A

## SCHEDULE OF LEASES

| Store No. | Lease Property Location | Landlord |
|---|---|---|
| 1618 | 201 Blankenbaker Parkway, Louisville, Kentucky | Hogan Development Co. |
| 1697 | 3220 Crums Ln., Louisville, KY | Baumgardner - Hogan, Inc. |
| 1673 | 120 Midland Blvd, Shelbyville, KY | John O. La Gatta |
| 1607 | 10968 Dixie Hwy, Valley Station KY | Sunset Hill Development Co. |
| 1659 | 968 Breckenridge Lane, St. Matthews, KY | Teacher's Retirement System of State of Kentucky |
| 1696 | 5733 Preston Highway, Louisville, KY | Indian Trail Square |
| 1857 | 2518 East Walnut Avenue, Dalton, Georgia | The Grossman Companies, Inc. |

## Exhibit B

## SCHEDULE OF SUBLEASES

| Store No. | Leased Property Location | Subtenant |
|---|---|---|
| 1618 | 201 Blankenbaker Parkway<br>Louisville, Kentucky | Buehler of Kentucky LLC<br>c/o Associated Wholesale Grocers, Inc. |
| 1857 | 2518 East Walnut Avenue<br>Dalton, Georgia | Colonial Bank,<br>formerly Dalton/Whitfield Bank & Trust |