December 14, 2005

United States Courthouse
Attn: US Bankruptcy Clerk
300 North Hogan Street
Jacksonville, Florida 32202

        Re:  **Winn-Dixie Stores, Inc., et al.,**
              Change of Address For Distribution
              **Allowed Reclamation Claim for $1,163,315.52**
              Claimant: Georgia Pacific Corporation

Dear Clerk:

        Please forward any and all distributions on account of the above mentioned claims to the following address:

                    Georgia Pacific Corporation
                    c/o Contrarian Funds, LLC
                      Attn. Alpa Jimenez
            411 West Putnam Avenue, Suite 225
                      Greenwich, CT 06830
                        (203) 862-8236

Georgia Pacific Corporation

By: _____
Name: James J. Pircq
Title: Sr. Credit Manager
Telephone: 404-652-4466