

THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

In Re:   WINN-DIXIE STORES, ET AL.

Chapter: 11
Case No: 05-03817-3F1

Debtor(s).

DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, EDUARDO RODRIGUEZ, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

Signature of Debtor
or other claimant

Signature of Joint Debtor

Verified Document(s):

Full Descriptive Title
Verified Motions for Enlargement of Time
to File Proof of Claim on behalf of
Jennifer Powers and Janice Swain

Date Executed
December 14, 2005