

## THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

In Re:                                                 Chapter: __11__
WINN-DIXIE STORES, ET AL.               Case No: 05-03817-3F1

Debtor(s).

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __EDUARDO RODRIGUEZ__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____         _____
Signature of Debtor                                   Signature of Joint Debtor
or other claimant

Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Verified Motions for Enlargement of Time to File Proof of Claim on behalf of Jennifer Powers and Janice Swain | December 14, 2005 |