UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING IN PART MOTION BY PINES-CARTER OF FLORIDA, INC. TO COMPEL DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASE

These cases came before the Court for hearing on December 15, 2005, upon the motion (Docket No. 4519) of Pines-Carter of Florida, Inc. ("Pines-Carter"), for entry of an order under 11 U.S.C. §365 denying the Debtors' motion to extend the time to assume or reject unexpired leases or in the alternative, compelling the Debtors' to assume or reject the unexpired nonresidential real property lease for Store Number 658 (the "Lease") within ten days of entry of this Order (the "Motion"). The Court has read the Motion and considered the representations of counsel, including the Debtors' agreement to file a motion to assume or reject the Lease within ten days. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted to the extent set forth in this Order.

2. The Debtors must file a motion to assume or reject Pine-Carter's Lease within ten days of the entry of this Order.

3. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 19 day of December, 2005 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

00516782.DOC                              2