UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING THIRD EXTENSION OF EXCLUSIVE PERIODS
FOR FILING CHAPTER 11 PLANS AND OBTAINING
ACCEPTANCES OF SUCH PLANS**

These cases came before the Court for hearing on December 15, 2005, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned cases, as debtors and debtors-in-possession (the "Debtors"), for entry of an order under 11 U.S.C. §1121(d) further extending their exclusive periods for proposing and obtaining acceptances of one or more plans of reorganization for an additional 90 days (the "Motion"). Limited objections to the Motion were filed by the Creditors Committee (Docket No. 4591) and the Equity Committee (Docket No. 4524), respectively (collectively, the "Objections"). A response in support of the Motion was filed by Wachovia Bank, National Association (Docket No. 4610). The Court has reviewed the Motion, considered the evidence, and heard argument of counsel. After due deliberation and good and sufficient cause existing, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Objections are overruled.

3. The Debtors' Exclusive Proposal Period is extended to and including March 20, 2006.

4. The Debtors' Exclusive Solicitation Period is extended to and including May 22, 2006.

5. Entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause.

Dated December 19, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2