UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1
CHAPTER 11 (Jointly Administered)

IN RE:                                )
                                      )
Winn-Dixie Stores, Inc., et al.,      )
                                      )
        Debtors.                      )
                                      )

## ORDER GRANTING MOTION TO DEEM CLAIMS OF CREDIT SUISSE FIRST BOSTON, LLC AS TIMELY FILED

This case is before the court upon the Motion of Credit Suisse First Boston, LLC to Deem Claims As Timely Filed (the "Motion"), filed by creditor Credit Suisse First Boston, LLC ("Movant"). After the hearing held on Thursday, December 15, 2005, and for the reasons stated orally and recorded in open court that shall constitute the decision of the court, it is

ORDERED:

1. The Motion is granted.

2. Movant's Claim No. 11414 (against Debtor Winn-Dixie Stores, Inc.) and Movant's Claim No. 11415 (against Winn-Dixie Montgomery, Inc.) are deemed timely filed.

DATED this 20th day of December, 2005, in Jacksonville, Florida.

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE