UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ninoska Cajina (Claim No. 7861) [Docket No. 4685] was furnished by mail on December 20, 2005 to Ninoska Cajina, c/o Alexander M. Weinberg, Esq., 9130 S. Dadeland Boulevard, Suite 1609, Miami, Florida 33156.

Dated: December 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                                   By   *s/ James H. Post*
     D. J. Baker                                              Stephen D. Busey
     Sally McDonald Henry                                     James H. Post (FBN 175460)
     Rosalie Gray                                             Cynthia C. Jackson

Four Times Square                                       225 Water Street, Suite 1800
New York, New York 10036                                Jacksonville, Florida 32202
(212) 735-3000                                          (904) 359-7700
(917) 777-2150 (facsimile)                              (904) 359-7708 (facsimile)
djbaker@skadden.com                                     jpost@smithhulsey.com

Co-Counsel for Debtors                                  Co-Counsel for Debtors

00517295