UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                                    Chapter 11
            Debtors.                       )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Janice McBride (Claim No. 6449) [Docket No. 4692] was furnished by mail on December 20, 2005 to Janice McBride, 118 Southwind Cove, Richland, Mississippi 39218.

Dated: December 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER    SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                               By   *s/ James H. Post*
      D. J. Baker                                           Stephen D. Busey
      Sally McDonald Henry                       James H. Post (FBN 175460)
      Rosalie Gray                                      Cynthia C. Jackson

Four Times Square                                 225 Water Street, Suite 1800
New York, New York 10036                    Jacksonville, Florida  32202
(212) 735-3000                                        (904) 359-7700
(917) 777-2150 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                            jpost@smithhulsey.com

Co-Counsel for Debtors                           Co-Counsel for Debtors

00517287