UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Louise Little (Claim No. 5823) [Docket No. 4693] was furnished by mail on December 20, 2005 to Louise Little, c/o Greg Jones, Esq., Post Office Box 3030, Elizabethtown, North Carolina  28337.

Dated:  December 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER       SMITH HULSEY & BUSEY
& FLOM LLP

By   *s/ D. J. Baker*                           By   *s/ James H. Post*
   D. J. Baker                                      Stephen D. Busey
   Sally McDonald Henry                    James H. Post (FBN 175460)
   Rosalie Gray                                   Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida  32202
(212) 735-3000                                    (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                       jpost@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors

00517286