UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                          Chapter 11
            Debtors.                          )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dawn Nero (Claim No. 4773) [Docket No. 4695] was furnished by mail on December 20, 2005 to Dawn Nero, c/o John J. Sullivan, Esq., 862 Camp Street, New Orleans, Louisiana  70130.

Dated:  December 20, 2005


| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By   *s/ James H. Post*<br>   Stephen D. Busey<br>   James H. Post (FBN 175460)<br>   Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00517301