UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re					)

WINN-DIXIE STORES, INC., et al.,	)	Case No. 05-03817-3F1
					Chapter 11
		Debtors.		)	Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tony Hudson (Claim No. 6926) [Docket No. 4700] was furnished by mail on December 20, 2005 to Tony Hudson, 233 SW Eagin Hill Lane, Madison, Florida 32340.

Dated: December 20, 2005


SKADDEN, ARPS, SLATE, MEAGHER			SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*				By   *s/ James H. Post*
   D. J. Baker					Stephen D. Busey
   Sally McDonald Henry				James H. Post (FBN 175460)
   Rosalie Gray					Cynthia C. Jackson

Four Times Square				225 Water Street, Suite 1800
New York, New York 10036			Jacksonville, Florida 32202
(212) 735-3000					(904) 359-7700
(917) 777-2150 (facsimile)			(904) 359-7708 (facsimile)
djbaker@skadden.com				jpost@smithhulsey.com

Co-Counsel for Debtors				Co-Counsel for Debtors

00517313