UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                             Chapter 11
          Debtors.                              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Helen Hofmann (Claim No. 2702) [Docket No. 4701] was furnished by mail on December 20, 2005 to Helen Hofmann, 7098 West Christian Drive, New Palestine, Indiana  46163.

Dated:  December 20, 2005

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By  *s/ James H. Post*  <br> Stephen D. Busey <br> James H. Post (FBN 175460) <br> Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00517312