[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                           Case No. 3:05-bk-03817-JAF
                                                                 Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF CONTINUED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Thrivent Financial for Lutherans is continued for Final Hearing to March 27, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated December 21, 2005 .

                              Clerk of Court
                              300 North Hogan Street Suite 3-350
                              Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Movant