IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In Re:

WINN DIXIE STORES, INC.,             CASE NO. 05-03817-3FL
                                         CHAPTER 11
       Debtor.                        **Jointly Administered**
_____/

### ORDER GRANTING MOTION OF LESCO MEDISEARCH TO ACCEPT LATE-FILED CLAIM AS TIMELY

THIS CAUSE came on to be heard on December 15, 2005 upon the Motion of Lesco Medisearch to Accept Late-Filed Claim as Timely (Doc. No. 2944). No objections were made to the relief requested. For the reasons stated and recorded in open court which shall constitute the decision of the court, it is therefore

ORDERED AND ADJUDGED that the motion is hereby granted and the claim of Lesco Medisearch shall be accepted by the court as timely filed.

Dated December 22, 2005, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
**Winn-Dixie Stores, Inc., Debtor,** 5050 Edgewood Court, Jacksonville, FL 32254-3699
**Adam Ravin, Esquire,** Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036
**Cynthia C. Jackson, Esquire,** Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32201
**United States Trustee - JAX,** 135 W. Central Blvd., Suite 620, Orlando, FL 32801
**Elena L. Escamilla, Esquire,** Attorney for United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801
**Dennis F. Dunne, Esquire,** Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005;
**John B. Macdonald, Esquire,** Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202
**Patrick P. Patangan, Esquire,** Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202
**Charles H. Dittmar, Jr, Esquire,** Attorney for Lesco, 1411 N. Westshore Blvd., Suite 203, Tampa, FL 33607