**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### DEBTORS' MOTION TO AMEND ORDER

Pursuant to Rule 9023, Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move to amend the Court's order dated December 16, 2005 (Docket No. 4662) as it relates to the effective date for the rejection of the lease for Store Number 1857 (the "Lease) and in support states:

1.   The Order provides for an effective date of December 15, 2005 for rejection of the Lease.  After entry of the Order, the Debtors reached a compromise with the landlord and subtenant, subject to Court approval, which provides for a March 1, 2006 effective date for rejection of the Lease.

2.   The Debtors intend to file a motion to approve the proposed compromise promptly.  In the interim, the Debtors ask the Court to amend the Order to provide that the effective date for rejection of the Lease will not occur until further order of the Court.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court amend the Order to provide that the effective date of rejection for the Lease will not occur until further order of the Court and for such other and further relief as the Court deems just and proper.

Dated: December 22, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D. J. Baker  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie W. Gray | By  /s/ Cynthia C. Jackson  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson  (F.B.N. 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |