UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**AMENDED NOTICE OF EVIDENTIARY HEARING**

Please take notice that, on **Thursday**, **February 9, 2006**, beginning **at 1:00 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, creditor, JEA, will call up for hearing and disposition before the Honorable Jerry A. Funk its **Renewed Motion for Additional Assurance of Payment for Future Utility Services** (Docket No. 4161). The hearing will be held in Courtroom 4D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pant suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores, Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc. and Winn-Dixie Supermarkets, Inc.

use of a computer. Please take notice that due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED this 22nd day of December, 2005.

**STUTSMAN & THAMES, P.A.**

By  */s/ Richard R. Thames*
      Richard R. Thames
      Nina M. LaFleur

Florida Bar Number 0718459
Florida Bar Number 0107451
121 W. Forsyth Street, Ste. 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA

**Certificate of Service**

      I certify that, on December 22, 2005, a copy of the foregoing was furnished electronically to the following persons:

| | |
|---|---|
| Stephen D. Busey, Esq.<br>Smith Hulsey & Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, Florida 32202 | David Jennis, Esq.<br>Jennis & Bowen, P.L.<br>400 North Ashley Drive<br>Suite 2540<br>Tampa, Florida 33602 |
| John B. Macdonald, Esq.<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, Florida 32202 | Patrick P. Patangan, Esq.<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, Florida 32202 |
| Elana L. Escamilla, Esq.<br>Assistant United States Trustee<br>135 West Central Boulevard<br>Room 620<br>Orlando, Florida 32801 | Karol K. Denniston, Esq.<br>Paul, Hastings, Janofsky & Waler, LLP<br>600 Peachtree Street<br>Suite 2400<br>Atlanta, Georgia 30308 |
| Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, Florida 32202 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Plaza<br>New York, New York 10005 |
| Adam Ravin, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 | D.J. Baker, Esq.<br>Skadden, Arps, Slat, Meagher, & Flom, LLP<br>Four Times Square<br>New York, New York 10036 |

                                            */s/ Richard R. Thames*

                                                          Attorney

58078