UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.** | **(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.    On or about December 19, 2005, I caused copies of:

• the **Order Under 11 U.S.C. § 502 and Fed.R.Bankr.P.3007 and 9014 Disallowing and Expunging Certain (A) Equity Claims and (B) Duplicate Liability Note Claims as Set Forth in the Debtors' First Omnibus Claims Objection**

to be served by first-class mail, postage prepaid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A .  A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: December 22, 2005

_____
Kathleen M. Logan

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 3530-05
ADDIS, JUDITH B
601 TIMBERLAKE RD
ANDERSON SC 29625-1134

CREDITOR ID: 406038-15
AMES, WALTER D
6718 WEMBERLY WAY
MC LEAN VA 22101

CREDITOR ID: 406091-15
AMISANO, FRANK P
331 EAST 3RD STREET
DEERPARK NY 11729

CREDITOR ID: 411196-15
ANAGNOSTOPOULOS, THOMAS & ANGIE
39-26 BELL BLVD
BAYSIDE NY 11361

CREDITOR ID: 406072-15
ARNOVITZ, WILFORD
940 DONNER WAY, APT 390
SALT LAKE UT 84108

CREDITOR ID: 410832-15
ATHA, ARNOLD & NETTIE
13623 WRIGHT ROAD
FAYETTEVILLE AR 72704-8503

CREDITOR ID: 88832-09
BAKER, BRUCE
2900 CONESTOGA AVE
LOUISVILLE KY 40210

CREDITOR ID: 407495-93
BAKER, JEAN B
1802 CLINIC DRIVE
IVYDALE WV 25113

CREDITOR ID: 410836-15
BARBARA GREENBERG TRUST
U/A DTD 4/7/95
ATTN BARBARA GREENBERG, TRUSTEE
695 LOMBARDY LANE
DEERFIELD IL 60015

CREDITOR ID: 302553-39
BARDYSZ, MARY & HELEN JTTEN
PO BOX 23
FLUSHING NY 11372

CREDITOR ID: 398255-78
BARKER, LINDA
104 MALIBU STREET
EDEN, NC 27288

CREDITOR ID: 89984-09
BARNES, BENJAMIN
905 RICHARD STREET
GRETNA LA 70053

CREDITOR ID: 408197-15
BATEMAN, LUCILLE
7215 CONWAY CIRCLE
ORLANDO FL 32809

CREDITOR ID: 402411-89
BAXTER, BRUCE
4457 FERN CREEK DR
JACKSONVILLE FL 32277

CREDITOR ID: 259626-12
BELLIS, RICK B
710 BOSTON STREET
TARPOIN SPRINGS FL 34689-0410

CREDITOR ID: 410476-15
BENDER, DARRELL WAYNE
1436 NW 6TH STREET, APT 9
FORT LAUDERDALE FL 33311

CREDITOR ID: 410463-15
BIDWELL, DAVID & BETTY
180 KYES LANE
WEWA FL 32465-7748

CREDITOR ID: 411060-15
BIEDRONSKI, PHILIP J
443 GUSRYAN STREET
BALTIMORE MD 21224

CREDITOR ID: 406039-15
BOLICK, JAMES & VIVIAN
1835 COWAN DRIVE
TITUSVILLE FL 32796

CREDITOR ID: 405945-15
BOXMAN, JUDITH
59 KWOLLWOOD DRIVE
MAYS LANDING NJ 08330

CREDITOR ID: 405947-15
BOXMAN, RONALD
59 KNOLLWOOD DRIVE
MAYS LANDING NJ 08330

CREDITOR ID: 411281-15
BROCKHOFF, STEVEN J
15722 LAKEDALE DRIVE
HOUSTON TX 77095

CREDITOR ID: 406316-15
BROWN, LEWIS P
11633 HOLLY ANN DRIVE
NEW PORT RICHEY FL 34654

CREDITOR ID: 406007-15
BULMAN, DOROTHY B & DONALD R
3526 42ND STREET
MERIDIAN MS 39305-3118

CREDITOR ID: 411235-15
CALLAHAN, DIANE
9114 FLAGSTICK ROAD
HUDSON FL 34667

CREDITOR ID: 411260-15
CAMPBELL, RAYMOND C
PO BOX 96
EASTOVER SC 29044

CREDITOR ID: 14186-05
CARBALLO, JOSE
C/O MARIA CARBALLO
4385 W 14TH AVE, APT 203
HIALEAH FL 33012

Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410878-15<br>CARBONE, ESTATE OF ANGELINA<br>C/O JOANNA GENCIE, EXECUTRIX<br>31-80 51ST STREET, APT 2-D<br>WOODSIDE NY 11377 | CREDITOR ID: 105072-09<br>CARRIER, RONALD R<br>PO BOX 2127<br>GREENWOOD SC 29646 | CREDITOR ID: 406187-15<br>CASEY, JANE N<br>7011 SHERWOOD DR<br>KNOXVILLE TN 37919 |
| CREDITOR ID: 406317-15<br>CASEY, MICHAEL E<br>C/O WACHOVIA SECURITIES, LLC<br>8351 E WALKER SPRINGS LANE, SUITE 4<br>KNOXVILLE TN 37923 | CREDITOR ID: 406064-15<br>CASKEY, LARRY M<br>1719 LAMBTON AVENUE<br>WAKE FOREST NC 27587 | CREDITOR ID: 410432-15<br>CASTEEL, KAREN A<br>2082 SR 61<br>MARENGO OH 43334 |
| CREDITOR ID: 406172-15<br>COFFRATH, JACQUELINE, CUSTODIAN<br>BRANDES GLBL<br>2505 WINSFORD LANE<br>CARMICHAEL CA 95608-5185 | CREDITOR ID: 411203-15<br>COLEMAN, DANIEL M & CAROL L JT TEN<br>600 PINE HOLLOW ROAD, APT 19-8B<br>EAST NORWICH NY 11732-1037 | CREDITOR ID: 406098-15<br>COLLINS, BOBBY JOE<br>222 EAST PARKINS MILL RD<br>GREENVILLE SC 29607 |
| CREDITOR ID: 407523-15<br>CONFESSORE, GRACE<br>7310 NW 18TH STREET, BLDG 38<br>MARGATE FL 33063-6858 | CREDITOR ID: 407803-15<br>COOPER, VIRGINIA C TTEE<br>7807 GOVERNOR PRINTZ BLVD, APT 403<br>CLAYMONT DE 19703-2613 | CREDITOR ID: 410505-15<br>CORBIN, JARED L<br>C/O DONNA L POWELL, CUSTODIAN<br>PO BOX 1463<br>VIDALIA GA 30475 |
| CREDITOR ID: 410749-15<br>CORINNE L DODERO TRUST FOR THE<br>ARTS & SCIENCES<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN JOSEPH C WEINSTEIN, ESQ<br>127 PUBLIC SQUARE, 4900 KEY TOWER<br>CLEVELAND OH 44114 1304 | CREDITOR ID: 406010-15<br>COULES, LINDA L<br>3461 BAY RIDGE WAY<br>PORT CHARLOTTE FL 33953 | CREDITOR ID: 411204-15<br>COWAN, WILLIAM F & MARGARET T<br>159-11 16TH AVENUE<br>WHITESTONE NY 11357-3221 |
| CREDITOR ID: 407546-15<br>CRAGG-LESTER, NADINE<br>C/O COMPACT MEMBRANE SYS<br>325 WATER STREET<br>WILMINGTON DE 19804 | CREDITOR ID: 411125-15<br>CRANE, ESTATE OF DORIS M<br>C/O JOHN HOLLOWAY, ESQ<br>700 ELEVENTH STREET SOUTH, STE 202<br>NAPLES FL 34102 | CREDITOR ID: 411046-15<br>CREW, STEPHEN M<br>2067 INGELSIDE CT<br>CROFTON MD 21114 |
| CREDITOR ID: 19382-05<br>CUTHBERTSON, MARTY A<br>7017 SUMMER PLACE<br>CHARLOTTE NC 28213 | CREDITOR ID: 406119-15<br>DEAN, RICHARD R<br>18100 VARIETY LANE<br>CHARLOTTE NC 28278 | CREDITOR ID: 296556-39<br>DEEREY, JOHN P JR<br>1806 SCHNELL DR<br>ARABI LA 70032 |
| CREDITOR ID: 287619-39<br>DEL GROSSO, DOMINIC & MARY JT TEN<br>635 COLONIAL DRIVE<br>VERO BEACH FL 32962 | CREDITOR ID: 411197-15<br>DELUCIE, ELEANORE<br>9000 SHORE ROAD, APT 14R EAST<br>BROOKLYN NY 11209-5449 | CREDITOR ID: 21349-05<br>DESHOMMES, GUERSON<br>640 CAROLINA AVENUE<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 405954-15<br>DISCIPIO, FRANCIS J<br>1200 HARGER, APT 500<br>OAK BROOK IL 60523 | CREDITOR ID: 406036-15<br>DORFMAN, ALVIN M<br>1511 MANOR DRIVE NE<br>PALM BAY FL 32905 | CREDITOR ID: 408216-15<br>DROBNOV, STANISLAV &<br>PONOMAEVA, OXANA JT TEN<br>LA CUMBRE DEL SOL, 138E<br>03726 BENITACHELL<br>ALICANTE<br>SPAIN |

SERVICE LIST
Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

CREDITOR ID: 406102-15
DUNN, JAMES T
3400 NORTH OCEAN DRIVE APT 907
WEST PALM BEACH FL 33404

CREDITOR ID: 411199-15
EN-FORM CORP
ATTN KIMBERLY JOINER
1490 CHEROKEE TRAIL
WHITE PLAINS GA 30678

CREDITOR ID: 407701-15
EUGENE, RUTH
537 SW 2ND PL, APT 1
POMPANO FL 33060

CREDITOR ID: 125000-09
EUGENE, RUTH
5303 EAGLE CAY WAY
COCONUT CREEK FL 33073

CREDITOR ID: 407416-15
FAGAN, MICHAEL
9 MANISTEE LANE
EAST ISLIP NY 11730

CREDITOR ID: 410470-15
FARKAS, PAUL
7079 SPINNAKER BLVD
ENGLEWOOD FL 34224

CREDITOR ID: 407720-15
FAUST, MARY ELLEN
12330 LA ROCK
AMITE LA 70422

CREDITOR ID: 406095-15
FISHELSON, ROBERT S & CHERYN L TTEE
FISHELSON REV TRUST U/A DTD 11-3-88
W4541 GOLF COURSE DRIVE
FOND DU LAC WI 54935-9590

CREDITOR ID: 407572-15
FORLINI, TERESA
45-15 41 STREET
SUNNYSIDE NY 11104

CREDITOR ID: 128910-09
FOSTER, JULIA N
309 LASSITER LANE
ATMORE AL 36502

CREDITOR ID: 129139-09
FOWLER, PEGGY G
7521 MORTON RD
CENTURY FL 32535

CREDITOR ID: 408192-15
FOX, HERBERT S
315 E 72ND STREET, APT 17C
NEW YORK NY 10021

CREDITOR ID: 410751-15
FRANKINO & FRANKINO CHARITABLE FDN
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114-1304

CREDITOR ID: 410750-15
FRANKINO INVESTMENTS LLC
C/O SQUIRE SANDERS & DEMPSEY LLP
ATTN JOSEPH C WEINSTEIN, ESQ
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND OH 44114 1304

CREDITOR ID: 405974-15
FRIDAY, JAMES C
129 GLENEAGLES DRIVE
NICEVILLE FL 32578

CREDITOR ID: 27353-05
FRITZ, HAROLD W
975 PRITCHARD ISLAND ROAD
INVERNESS FL 34450

CREDITOR ID: 290596-39
GADDIE, FREDDIE A & LOUISE M JT TEN
9300 PONDER LANE
LOUISVILLE KY 40272

CREDITOR ID: 407746-15
GARNER, STEVE R
PO BOX 844
RISON AR 71665

CREDITOR ID: 407690-15
GAST, JOYCE C
10435 OWENSMOUTH
CHATSWORKTH CA 91311-2147

CREDITOR ID: 132773-09
GENRY, HELEN F
807 15 AVE SW
ALABASTER AL 35007

CREDITOR ID: 132954-09
GERBENSKEY, JAMES L
7311 BALLARD TERRACE
PORT CHARLOTTE FL 33981

CREDITOR ID: 405978-15
GILLESPIE, WILLARD J, TOMPKINS,
WANDA J & PAOLETTI, SHIRLEY A
1120 N V STREET
PENSACOLA FL 32505

CREDITOR ID: 411112-15
GLASER, VICTOR M
9 HOLMES COURT
PARADISE ROAD
STOCKWELL
LONDON  SW4 6QJ
ENGLAND

CREDITOR ID: 134418-09
GODWIN, ROBERT E
200 ELDRIDGE ST
DUNN NC 28334

CREDITOR ID: 406112-15
GOLDSTEIN FAMILY REVOCABLE TRUST
ATTN LAWRENCE GOLDSTEIN
5299 GARNEBY LANE
NORCROSS GA 30092

CREDITOR ID: 410724-15
GONSOULIN, PATRICK
19384 BROOKSWOOD WAY
BEND OR 97702

CREDITOR ID: 405951-15
GRAND MAISON LTD PENSION PLAN
C/O MARTIN GROOTHUIS
11234 LAURIE DR
STUDIO CITY CA 91604-3877

Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 30348-05<br>GRANESE, EDITH D<br>16178 SW 11 ST<br>PEMBROKE PINES FL 33027 | CREDITOR ID: 406051-15<br>GRANT, ROBERT L<br>5458 GOLF POINTE DRIVE<br>SARASOTA FL 34243 | CREDITOR ID: 138138-09<br>GRUBE, LINDA K<br>5520 BOOTH RD<br>OXFORD OH 45056 |
| CREDITOR ID: 407883-15<br>GUSTAFSON, JOHN C, MD<br>811 SADDLE LANE<br>OJAI CA 93023 | CREDITOR ID: 407804-15<br>GUTHRIE, JOHN<br>275 PAGE HOLLOW ROAD<br>WARREN PA 16365-4327 | CREDITOR ID: 411065-15<br>HALL, ANITA<br>5543 WINTON ROAD<br>FAIRFIELD OH 45014 |
| CREDITOR ID: 410899-15<br>HANLON, JOSEPHINE<br>162 CLAIRBORNE AVENUE<br>SATELLITE BEACH FL 32937 | CREDITOR ID: 406065-15<br>HAUGEN, SUSAN H<br>411 LA FORET DRIVE<br>MORGANTON NC 28655 | CREDITOR ID: 411208-15<br>HAWKINS, H MICHAEL<br>19238 RACINE COURT<br>GAITHERSBURG MD 20886-3900 |
| CREDITOR ID: 411273-15<br>HEADY, CHARLES WILLIAM II<br>1642 J AVENUE<br>PERRY IA 50220 | CREDITOR ID: 407635-15<br>HENRY, WILLIAM J<br>15111 W 143RD TERR<br>OLATHE KS 66062 | CREDITOR ID: 34653-05<br>HERNANDEZ, ADOLFO<br>14661 PALMETTO PALMAVE<br>MIAMI LAKES FL 33014 |
| CREDITOR ID: 411400-15<br>HICKAM, JERRY A<br>2 HICKAM LANE<br>MURPHYSBORO IL 62966 | CREDITOR ID: 406120-15<br>HIGGINS, JOHN R & ELIZABETH<br>2051 W 110TH PLACE<br>CHICAGO IL 60643 | CREDITOR ID: 408181-15<br>HILBRAND, CARL & DIXIANA L<br>3524 E 128TH STREET<br>GRANT MI 49327 |
| CREDITOR ID: 146653-09<br>HOBBS, THOMAS M<br>306 ALOHA DRIVE<br>GRAHAM NC 27253 | CREDITOR ID: 411099-15<br>HOWARD, KELSEY NICOLE (MINOR)<br>C/O PATRICIA HOWARD<br>142 GOLDFINCH DRIVE<br>OWENSBORO KY 42301 | CREDITOR ID: 406069-15<br>HUFF, SALLY A<br>650 NORTH 9TH STREET<br>CARLISLE IA 50047 |
| CREDITOR ID: 411280-15<br>HULL, EDWARD C<br>1310 STATE HIGHWAY 121<br>MT ZION IL 62549 | CREDITOR ID: 407418-15<br>IHNS, JUERGEN RICHARD<br>8898 SCENIC HILLS DR<br>PENSACOLA FL 32514 | CREDITOR ID: 407600-15<br>J PARK INVESTMENT CLUB<br>C/O R KATHY TYRONE, AS AGENT<br>1-A WEST STREET<br>MADISON NJ 07940 |
| CREDITOR ID: 411294-15<br>JACQUES, OSCAR A<br>C/O MRS OSCAR A JACQUES<br>2029 N ROMAN STREET<br>NEW ORLEANS LA 70116 | CREDITOR ID: 152802-09<br>JEANSONNE, JULIETTE<br>PO BOX 2918<br>SLIDELL LA 70459-2918 | CREDITOR ID: 406114-15<br>JOHN H DIXON REVOCABLE TRUST<br>DTD 12/17/1991<br>ATTN JOHN H DIXON, TRUSTEE<br>2701 ST MARY'S ST<br>RALEIGH NC 27609-7640 |
| CREDITOR ID: 410936-15<br>JOHNSON, BARBARA W<br>12300 PARK BLVD, UNIT 101<br>SEMINOLE FL 33772 | CREDITOR ID: 410935-15<br>JOHNSON, WARREN F<br>12300 PARK BLVD, UNIT #101<br>SEMINOLE FL 33772 | CREDITOR ID: 411207-15<br>JOINER, KIMBERLY & WALTER S<br>1490 CHEROKEE TRAIL<br>WHITE PLAINS GA 30678-2880 |

SERVICE LIST
Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                          **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406171-15<br>JONES, GLEN HARVEY<br>40 GRANT ST<br>FROSTBURG MD 21532 | CREDITOR ID: 404035-15<br>JONES, JAMES R<br>1032 BLUE LAKE DR<br>FORT WORTH TX 76103 | CREDITOR ID: 390243-54<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 157678-09<br>KALKSTEIN, J HERBERT<br>4445 NE 3 COURT<br>OCALA FL 34479 | CREDITOR ID: 411211-15<br>KALMAN, STEPHEN J<br>21 JEFFERSON AVENUE<br>NEW BRUNSWICK NJ 08901-1709 | CREDITOR ID: 410890-15<br>KANYO, BARBARA R<br>3789 MUIR ROAD<br>ALMONT MI 48003 |
| CREDITOR ID: 407413-15<br>KATZ, DAVID J & MARDI S<br>132 INVERNESS LANDE<br>SCHERERVILLE IN 46375 | CREDITOR ID: 406183-15<br>KENDALL, RICHARD<br>PO BOX 63<br>GULF BREEZE FL 32562 | CREDITOR ID: 410466-15<br>KETTRON, W MICHAEL<br>429 MAIN STREET<br>CICERO IN 46034 |
| CREDITOR ID: 41735-05<br>KHAN, FARZANA<br>552 GREEN MEADOW COURT<br>MAITLAND FL 32751 | CREDITOR ID: 41738-05<br>KHAN, MOHAMMAD S<br>552 GREEN MEADOW COURT<br>MAITLAND FL 32751 | CREDITOR ID: 41742-05<br>KHAN, RIZWAN<br>552 GREEN MEADOW COURT<br>MAITLAND FL 32751 |
| CREDITOR ID: 406092-15<br>KHANI, FRED-SANDI<br>4390 CASPER CT<br>HOLLYWOOD FL 3302 | CREDITOR ID: 403525-15<br>KILKENNY, STEVEN JAMES<br>1340 SHORE DRIVE<br>ANCHORAGE AK 99515-3203 | CREDITOR ID: 410904-15<br>KINOVER, ESTHER<br>45 NORMANDY VILLAGE, APT 1<br>NANUET NY 10954 |
| CREDITOR ID: 406292-15<br>KNOWLES, VANDA<br>7525 NW 61 TERRACE #301<br>PARKLAND FL 33067 | CREDITOR ID: 160793-09<br>KOHLS, BARBARA<br>3318 GAMBLE AVE<br>CINCINNATI OH 45211 | CREDITOR ID: 160794-09<br>KOHLS, MARK R<br>3318 GAMBLE AVE<br>CINCINNATI OH 45211 |
| CREDITOR ID: 411279-15<br>KRISHNASWAMY, ASHOK<br>1713 BYWOODS LANE<br>PO BOX 145<br>STEVENSON MD 21153 | CREDITOR ID: 406012-15<br>KROESCHELL, WILLIAM O<br>272 MOORING LINE DRIVE<br>NAPLES FL 34102 | CREDITOR ID: 406158-15<br>LEASE, SHIRLEY<br>1485 FRONT STREET, APT 114<br>EAST MEADOW NY 11554 |
| CREDITOR ID: 406294-15<br>LEE, CALYN JOSEPH<br>UNIF TRANS MIN ACT FL<br>C/O LYNDEN S WORDELL, CUSTODIAN<br>4911 SW BIMINI CIRCLE NORTH<br>PALM CITY FL 34990 | CREDITOR ID: 408204-15<br>LEVIE, MAURICE F<br>PARK TOWERS WEST 303<br>7121 PARK HEIGHTS AVENUE<br>BALTIMORE MD 21215-1648 | CREDITOR ID: 411064-15<br>LEVINS, JANET C<br>4145 AMBLESTON WAY<br>SOUTHPORT NC 28461 |
| CREDITOR ID: 410898-15<br>LOCKLEAR, WELTON<br>1122 CANAL ROAD<br>PEMBROKE PINES NC 28372 | CREDITOR ID: 167011-09<br>LOPEZ, JOSE R<br>PO BOX 555<br>MOUNT DORA FL 32756 | CREDITOR ID: 407809-15<br>LUCEY, TERESA A & PATRICIA A<br>232 SOUTH LAGRANGE ROAD<br>LAGRANGE IL 60525-2458 |

SERVICE LIST

Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248407-12<br>LUCKETT, DOROTHY A<br>4608 KATY DRIVE<br>NEW SMYRNA BEACH FL 32169 | CREDITOR ID: 411110-15<br>MAILHOT, FRANK AND SHARON<br>PMB 649<br>1706 FRONT STREET<br>LYNDEN WA 98264 | CREDITOR ID: 411218-15<br>MANZO LIVING TRUST<br>C/O MICHAEL & JOANNA MANZO, TTEES<br>21-26 42ND STREET<br>ASTORIA NY 11105-1404 |
| CREDITOR ID: 405891-15<br>MARICONDA, ANNE<br>78 MEADOW LANE<br>BAYPORT NY 11705 | CREDITOR ID: 405892-15<br>MARICONDA, DAVID<br>78 MEADOW LANE<br>BAYPORT NY 11705 | CREDITOR ID: 302617-39<br>MARY TALBOT TRUST<br>C/O MARY D TALBOT, TTEE<br>3530 DAMIEN AVENUE, APT 245<br>LA VERNE CA 91750 |
| CREDITOR ID: 171608-09<br>MASON, VERONICA L<br>PO BOX 1072<br>NATALBANY LA 70451-1072 | CREDITOR ID: 411097-15<br>MATHIS, DON & BARBARA<br>387 SUNCREST ORCHARD RD<br>N WILKESBORO NC 28659 | CREDITOR ID: 408242-15<br>MATTHEWS, JOHANNA<br>10241 MAVERICK ST<br>NEW PORT RICHEY FL 34654 |
| CREDITOR ID: 406291-15<br>MATTHEWS, LINDA S<br>3239 FENCE LINE ROAD<br>FRANKSVILLE WI 53126 | CREDITOR ID: 300575-39<br>MCEADY, LISA<br>2110 HOUSTON AVE<br>VALDOSTA GA 31602 | CREDITOR ID: 411214-15<br>MCGUIRE, RICHARD & TERI V<br>17 REDWOOD DRIVE<br>DIX HILLS NY 11746-7727 |
| CREDITOR ID: 411213-15<br>MCGUIRE, TERRY<br>17 REDWOOD DRIVE<br>DIX HILLS NY 11746 | CREDITOR ID: 407549-15<br>MCMILLAN, WESLEY C & JANICE<br>620 GOLDPOINT TRACE<br>WOODSTOCK GA 30189 | CREDITOR ID: 408184-15<br>MELTON, JOHN H & NELL<br>4 PELHAM STREET<br>SELMA AL 36701-5810 |
| CREDITOR ID: 411061-15<br>MILLER, LEE A JR<br>1210 BERN DRIVE<br>HAVRE DE GRACE MD 21078 | CREDITOR ID: 411032-15<br>MILLS, JOHN H & GERTRUDE, CO-TTEES<br>JOHN H MILLS REV LIV TR<br>UA DTD 2/25/98<br>7084 SEAMIST DR<br>PORT CHARLOTTE FL 33981 | CREDITOR ID: 406101-15<br>MINTZ, GENE D<br>PO BOX 555<br>GROVER BEACH CA 93483 |
| CREDITOR ID: 411035-15<br>MITCHELL, DEBBIE A<br>6940 MARBEV DRIVE<br>CINCINNATI OH 45239 | CREDITOR ID: 396264-60<br>MOORE, FRANCIS W<br>1936 MORNINGSIDE ST<br>JACKSONVILLE, FL 32205 | CREDITOR ID: 180463-09<br>MOORE, SHARON L<br>129 LAKESIDE DRIVE<br>QUINCY MI 49082 |
| CREDITOR ID: 410509-15<br>MURPHY, ANNA LEE LYND<br>14 BRANDYWINE DRIVE<br>CINCINNATI OH 45246 | CREDITOR ID: 410431-15<br>NEWMAN, MARGARET ADELLE<br>610 COLLEGE AVENUE<br>JACKSON AL 36545 | CREDITOR ID: 410865-15<br>NORMA E DENTON TRUST<br>U/A DTD 12/8/04<br>ATTN NORMA E DENTON, TRUSTEE<br>2163 E 350 NORTH ROAD<br>PANA IL 62557 |
| CREDITOR ID: 410864-15<br>O'DEA, WILLIAM<br>10820 LARAMIE STREET<br>OAK LAWN IL 60453-5108 | CREDITOR ID: 406185-15<br>OLIFF, JAY R<br>4110 OLD TRACE ROAD<br>PALO ALTO CA 94306-3727 | CREDITOR ID: 407529-15<br>OWENS, BETTY S<br>594 JAMES ST<br>LILBURN GA 30047 |

SERVICE LIST

**SERVICE LIST**

Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 411212-15
PADICH, RAYMOND
1 MORNING GLORY DRIVE
LAKE GROVE NY 11755-1845

CREDITOR ID: 406165-15
PATTERSON, MILDRED S
1334 SUNBURY DRIVE
FORT MYERS FL 33901

CREDITOR ID: 411156-15
PAULINE M CONLEY, TTEE
PAULINE M CONLEY REV TRST 7/25/91
9224 SW 109TH LANE
OCALA FL 34481-9783

CREDITOR ID: 407722-15
PENZEL, MARY ANN
7034 N KOSTNER
LINCOLNWOOD IL 60712

CREDITOR ID: 407526-15
PETERSON, DALE
4729 HACKAMORE DRIVE S
COLORADO SPRINGS CO 80918-2658

CREDITOR ID: 411257-15
PETERSON, G RUSSELL
80 LA CITA COURT
VERO BEACH FL 32963-4291

CREDITOR ID: 410725-15
PHILLIPS, DOLORES A
1615 WILDWOOD ROAD
CLEARWATER FL 33756

CREDITOR ID: 407630-15
PIERCE, DONALD E
6 CAMERON LANE
SANTA FE NM 87505

CREDITOR ID: 59099-05
PIGNATARO, NANCY M
910 SAGO PALM WAY
APOLLO BEACH FL 33572

CREDITOR ID: 410903-15
PINKNEY, SARA & DONNA
110-27 173RD STREET
JAMAICA NY 11433

CREDITOR ID: 411107-15
PLAISTED, JOAN M
1310 33RD STREET NW
WASHINGTON DC 20007-2818

CREDITOR ID: 410835-15
PLUMMER, LAURENE R
4001 STEINMETZ DRIVE
INDIANAPOLIS MD 46254

CREDITOR ID: 406057-15
POWELL, EDDIE G
PO BOX 5544
TALLAHASSEE FL 32314

CREDITOR ID: 407799-15
POWELL, JEROME W
1461 NW 173 TERR
MIAMI FL 33169

CREDITOR ID: 410451-15
R2 INVESTMENTS, LDC
C/O AMALGAMATED GADGET, LP
ATTN GENERAL COUNSEL
301 COMMERCE STREET, SUITE 3200
FORT WORTH TX 76102

CREDITOR ID: 410451-15
R2 INVESTMENTS, LDC
C/O MAYER BROWN ROWE & MAW LLP
ATTN N ZILKLA/M MULCARE, ESQS
1675 BROADWAY
NEW YORK NY 10019

CREDITOR ID: 407414-15
RAMBO, SHARON
3103 BELLE AVENUE
DENISON TX 75020

CREDITOR ID: 410532-15
RAWL, W DEAN
515 WALTER RAWL ROAD
LEXINGTON SC 29072-9655

CREDITOR ID: 410531-15
RAWL, WAYNE P
568 WALTER RAWL ROAD
GILBERT SC 29054-9672

CREDITOR ID: 407450-15
REINKING, CYNDY
182 S STARLIGHT DRIVE
ANAHEIM CA 92807

CREDITOR ID: 406090-15
RERISI, VICTOR & GAIL
PO BOX 112
BAYVILLE NY 11709

CREDITOR ID: 407422-15
REYNOLDS, DORIS RAWL
621 WALTER RAWL RD
LEXINGTON SC 29072

CREDITOR ID: 406100-15
RICE, MATTHEW W
705 E GRAND AVE
ARROYO GRANDE CA 93420

CREDITOR ID: 408359-15
ROELOFS, MARILYN S & ROGER G TTEE
MARILYN S ROELOFS REV TRUST
U/A DTD 12/5/2001
7099 MISTY MORNING DRIVE SE
CALEDONIA MI 49316-9046

CREDITOR ID: 202932-09
ROLLINS, ALLEN C
31427 PRESWICK DR
SORRENTO FL 32776

CREDITOR ID: 407588-15
ROSENBERG, SUSAN
1250 PARKWOOD CIRCLE, APT 306
ATLANTA GA 30339

CREDITOR ID: 411033-15
ROSENBLOOM SURVIVORS TRUST
C/O HERMAN ROSENBLOOM, TRUSTEE
17326 WESTBURY DRIVE
GRANADA HILLS CA 91344

SERVICE LIST
Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408345-15<br>ROTH, SANDRA A<br>5386 LANDON CIRCLE<br>BOYNTON BEACH FL 33437 | CREDITOR ID: 411215-15<br>ROTHSTEIN, GLADYS<br>2854 NICOLE COURT<br>OCEANSIDE NY 11572 | CREDITOR ID: 287699-39<br>RUPPRECHT LIVING TRUST DTD 12-15-99<br>C/O D C & J RUPPRECHT, TRUSTEES<br>1410 S FERNANDEZ AVENUE<br>ARLINGTON  HEIGHTS IL 60005 |
| CREDITOR ID: 410465-15<br>SACRED HEART CHURCH<br>ATTN FATHER W MICHAEL KETTRON<br>429 MAIN STREET<br>CICERO IN 46034 | CREDITOR ID: 411238-15<br>SAKER, JAKE E & MARIE D<br>PO BOX 4348<br>ROANOKE VA 24015 | CREDITOR ID: 411205-15<br>SANDERS, STEVEN P<br>165 HIGH POND DRIVE<br>JERICHO NY 11753-2806 |
| CREDITOR ID: 410861-15<br>SANFORD, CHARLES M & DENISE P<br>1463 HANNAHS MILL ROAD<br>THOMASTON GA 30286 | CREDITOR ID: 410906-15<br>SAUERLAND, PAUL & MARY<br>73 SIXTH STREET<br>HICKSVILLE NY 11801 | CREDITOR ID: 407636-15<br>SAULS, PEGGY ANN<br>600 RUTHERS ROAD<br>RICHMOND VA 23235 |
| CREDITOR ID: 411216-15<br>SCANLON, DONALD T & ELOISE M<br>26 JILL DRIVE<br>COMMACK NY 11725 | CREDITOR ID: 206984-09<br>SCATES, PHILLIP O<br>502 SUNSET DR<br>BESSEMER CITY NC 28016 | CREDITOR ID: 281851-39<br>SCHAUBHUT, BERTRAND J<br>PO BOX 312<br>DES ALLEMANDS LA 70030 |
| CREDITOR ID: 411209-15<br>SCHIFF, JOAN<br>PO BOX 480656<br>DELRAY BEACH FL 33448-0656 | CREDITOR ID: 406106-15<br>SCHWARTZ-ICHTHYS TRUST, UAD 6/21/03<br>C/O RANDY & JACKIE SCHWARTZ, TTEES<br>16071 QUARTZ STREET<br>WESTMINSTER CA 92683 | CREDITOR ID: 406103-15<br>SCHWIND, JOSEPH A<br>102 EMORYWOOD DRIVE<br>MORGANTON NC 28655 |
| CREDITOR ID: 411071-15<br>SCOTT, MARI V<br>3009 NE 11TH STREET<br>MINERAL WELLS TX 76067 | CREDITOR ID: 407676-15<br>SEXTON, WAYNE<br>PO BOX 396<br>AVOCA MI 48006 | CREDITOR ID: 411052-15<br>SHEARER, JOEL D<br>16122 KENT ROAD<br>LAUREL MD 20707 |
| CREDITOR ID: 407602-15<br>SHEETS, HAROLD & PATRICIA<br>180 SHEETS LANE<br>DURANGO CO 81303 | CREDITOR ID: 210265-09<br>SHOUP, SAMUEL G<br>1708 JUNIPER TREE DR<br>EDGEWATER FL 32132 | CREDITOR ID: 407438-15<br>SIEGENDORF, DONALD DDS<br>AG EDWARDS & CONS C/F<br>ROLLOVER IRA ACCOUNT<br>3370 NE 190 ST #3415<br>AVENTURA FL 33180-2466 |
| CREDITOR ID: 411114-15<br>SMITH, CLAUDIE LEE<br>1702 PICCADILLY DRIVE<br>WINTERVILLE NC 28590 | CREDITOR ID: 407712-15<br>SMITH, JOE E<br>1220 LONGVIEW<br>PISMO BEACH CA 93449 | CREDITOR ID: 411106-15<br>SMITH, KRISTIN L<br>10600 4TH STREET N, APT 204<br>SAINT PETERSBURG FL 33716 |
| CREDITOR ID: 406070-15<br>ST ALBAN COMMANDERY #8 KT<br>ATTN GEORGE L SMYTH, TREASURER<br>69 INVERNESS ST<br>PORTLAND ME 04103 | CREDITOR ID: 386321-54<br>STILES, JOHNNY<br>3349 SANDY DRIVE<br>ZEPHYRILLS FL 33541 | CREDITOR ID: 386321-54<br>STILES, JOHNNY<br>C/O STILES TAYLOR & GRACE, PA<br>ATTN MARY ANN STILES, ESQ.<br>PO BOX 460<br>TAMPA FL 33601 |

SERVICE LIST

**Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 411170-15
STOKES, MARTHA ANNE
3791 GARNER ROAD
TIMMONSVILLE SC 29161

CREDITOR ID: 411168-15
STOKES, WILLIAM J
1205 MANORWAY DRIVE
FLORENCE SC 29501

CREDITOR ID: 410799-15
STOKES, WILLIAM J
3791 GARNER ROAD
TIMMONSVILLE SC 29161

CREDITOR ID: 407643-15
STRASBURGER, RAYMOND T & TERESA L
7809 BANKERS DRIVE
FAYETTEVILLE NC 28311-7413

CREDITOR ID: 407561-15
STRUDWICK, LINDA
21 FITZJAMES AVENUE
LONDON  W14 0RP
UNITED KINGDOM

CREDITOR ID: 411206-15
SYLVIA HARVEY TRUST
C/O SYLVIA HARVEY & MICHAEL BALSAMO
18 CARLSON LANE
E NORTHPORT NY 11731-2505

CREDITOR ID: 294493-39
TAGIUAM, JANET
18 DAIRY FARM DRIVE
BROOKFIELD CT 06804

CREDITOR ID: 408365-15
TEMPLE, FRANKLIN E
76 BREEZY HILL RD
ST JOHNSBURY VT 05819

CREDITOR ID: 405995-15
THOMAS, KAREN & ALLEN
900 WILLOW STREET
CARTERVILLE IL 62918

CREDITOR ID: 407544-15
THREADGILL
ATTN E J THREADGILL, TRUSTEE
7777 N WICKHAM RD, NO 12-614
MELBOURNE FL 32940

CREDITOR ID: 408409-15
THURSTON, HERBERT A
250 S SYKES CREEK PKWY, APT 205
MERRITT ISLAND FL 32952

CREDITOR ID: 407446-15
TIPPING, HARRY A
2598 A BINGTON RD
FAIRLAWN OH 44333

CREDITOR ID: 407446-15
TIPPING, HARRY A
C/O TIPPING CO, LPA
ATTN HARRY A TIPPING, ESQ
SANCTUARY PROFESSIONAL BLDG STE 207
525 N CLEVELAND-MASSILLON RD
AKRON OH 44333

CREDITOR ID: 408418-15
TORVELA, ARTHUR E
430 SOUTH C STREET
LAKE WORTH FL 33460

CREDITOR ID: 407585-15
TUCKERMAN & NIESEN J & B
3712 N WOODROW STREET
ARLINGTON VA 22207

CREDITOR ID: 411210-15
TUSA, PROVIDENCE, PETER &
DEMOTT, MARIA L
37 LIMERICK LANE
PHILIPSBURG NJ 08865

CREDITOR ID: 407580-15
TWAY, ROBERT R
IRA FCC AS CUSTODIAN
PO BOX 1119
MCALLEN TX 78505-1119

CREDITOR ID: 407601-15
TYRONE, R KATHY
1 WEST STREET, APT A
MADISON NJ 07940

CREDITOR ID: 411224-15
URBANO, R M & ENZUKEWICH, E
NARCISSUS BUILDING
91 TULIP AVENUE, UNIT N2A
FLORAL PARK NY 11001-1962

CREDITOR ID: 225856-09
VALENTAVICIENE, AUDRA P
401 PINE STREET
SIGNAL MOUNTAIN TN 37377-0253

CREDITOR ID: 407560-15
VALENTINE, JIMMY M & CAROLYN S
19317 VALENTINE
KEMP TX 75143

CREDITOR ID: 411217-15
VARIO, ELAINE
79 OAKFIELD AVENUE
DIX HILLS NY 11746

CREDITOR ID: 407442-15
VARIS, ANNE G & TATE, HARRY TTEES
FBO JOHN D VARIS REV T DTD 03/17/94
105106 CR 250
DURANGO CO 81301

CREDITOR ID: 227112-09
VERMILLION, BRENDA A
5385 BROKEN PINE CIRCLE
ORLANDO FL 32818

CREDITOR ID: 405905-15
VOWELL, J LARRY
13314 BUCKLAND HALL RD
TOWN & COUNTRY MO 63131-1214

CREDITOR ID: 411200-15
WACHSTOCK, JACOB
185 GREAT NECK ROAD
GREAT NECK NY 11021-3312

CREDITOR ID: 410601-15
WADFORD, HOWARD S
613 CATHERINE FOSTER LANE
JACKSONVILLE FL 32259

SERVICE LIST

Order Under 11 U.S.C. 502 and Fed.R.Bankr.P. 307 and 9014
Disallowing and Expunging Certain (A) Equity Claims and (B)
Duplicating Liability Note Claims as Set Forth in the
Debtors' First Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411150-15<br>WAGNER, DANIEL A<br>114 KEITH DRIVE<br>GREENVILLE SC 29607 | CREDITOR ID: 410896-15<br>WARD, JOHN T<br>200 EDGEWOOD COURT<br>MONROEVILLE AL 36460 | CREDITOR ID: 406181-15<br>WARD, JOHN W<br>PO BOX 577<br>GULF BREEZE FL 32962 |
| CREDITOR ID: 411062-15<br>WARK, RICHARD G<br>PO BOX 1067<br>LIMA OH 45802 | CREDITOR ID: 410471-15<br>WATERS, HILDA GRACE<br>16 BEECH ROAD<br>HAZLEHURST GA 31539 | CREDITOR ID: 410546-15<br>WATTENBERG, LILLIAN<br>16165 W MULBERRY DRIVE<br>GOODYEAR AZ 85338 |
| CREDITOR ID: 230589-09<br>WAUGAMAN, CHARLES D<br>PO BOX 55384<br>LEXINGTON KY 40555 | CREDITOR ID: 411201-15<br>WEIDENHAEFER, VERA<br>103 BLAIR ROAD<br>OPTER BAY NY 11717 | CREDITOR ID: 407772-15<br>WEINSTEIN, GERALD, JUDGE<br>8802 VENTNOR AVENUE<br>MARGATE CITY NJ 08402-2544 |
| CREDITOR ID: 411202-15<br>WEINUM, MARY H<br>12 SOUNDVIEW GARDENS, APT B<br>PORT WASHINGTON NY 11050 | CREDITOR ID: 411404-15<br>WENTZ, HARLAN & KAREN<br>1800 WARDS LANDING CT<br>ORANGE PARK FL 32003 | CREDITOR ID: 302193-39<br>WENTZELL, MARLENE<br>10 STEWART RD<br>PILESGROVE NJ 08098 |
| CREDITOR ID: 406035-15<br>WHITE, ROY B<br>1274 WAGGLE WAY<br>NAPLES FL 34108 | CREDITOR ID: 411256-15<br>WIGGINS, MARY LOU<br>520 32ND COURT NW<br>VERO BEACH FL 32968 | CREDITOR ID: 407559-15<br>WILIAMS, JOHN M, SR<br>3187 FORREST ROAD<br>HOGANSVILLE GA 30230 |
| CREDITOR ID: 411091-15<br>WILLARD, ELIZABETH P<br>505 SOUTH 116 STREET<br>TACOMA WA 98444-5315 | CREDITOR ID: 281395-39<br>WILLIAMSON, BARBARA FRANCES<br>343 E WINE ST<br>MULLINS SC 29574 | CREDITOR ID: 407441-15<br>WINTERSGILL, ROBERT & CYNTHIA JT T<br>1909 PEPPERELL DRIVE<br>NEW PORT RICHEY FL 34655 |
| CREDITOR ID: 405953-15<br>WITHROW, SANDRA A<br>142 CYPRESS LANE<br>LAKE HAVASU CITY AZ 86403 | CREDITOR ID: 410838-15<br>WOODLEY, FRANK<br>3661 DARIEN STREET<br>SHREVEPORT LA 71109 | CREDITOR ID: 410837-15<br>WOODLEY, MINNIE<br>3661 DARIEN STREET<br>SHREVEPORT LA 71109 |
| CREDITOR ID: 406097-15<br>WORATZECK, JEROME C<br>23832 SO STONEY PATH DRIVE<br>SUN LAKES AZ 85248 | CREDITOR ID: 411047-15<br>WYATT, DORIS<br>1221 CROOKED CREEK RD<br>WATKINSVILLE GA 30677 | CREDITOR ID: 411297-15<br>YOUNG, STEVEN D<br>12217 TIMBER RUN CT<br>MONROVIA MD 21770 |

**Total:   267**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**ORDER UNDER 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014**
**DISALLOWING AND EXPUNGING CERTAIN (A) EQUITY CLAIMS AND**
**(B) DUPLICATE LIABILITY NOTE CLAIMS AS SET FORTH IN THE**
**DEBTORS' FIRST OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on December 15, 2005,

upon the First Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A and B (the "Disputed Claims").[2]  At the request of

R2 Investments, LDC ("R2 Investments"), the parties have agreed to continue the

Objection with respect to R2 Investments' claim numbers 8186 through 8195, which

claim numbers have been removed from Exhibit B.  Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained to the extent provided in this Order.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.    Pursuant to 11 U.S.C. §§ 105(a) and 502(b), the Equity Claims listed on Exhibit A are disallowed and expunged in their entirety.

3.    Pursuant to 11 U.S.C. §§ 105(a) and 502(b), the Duplicate Liability Note Claims listed on Exhibit B are disallowed and expunged in their entirety.

4.    The hearing to consider the disallowance of claim numbers 8186 through 8195 is continued to an omnibus hearing date to be determined by the Debtors and R2 Investments or as scheduled by the Court.

5.    This Court shall retain jurisdiction over the Debtors and the claimants whose claims are subject to the Objection with respect to any matters related to or arising from implementation of this Order.

6.    Each claim and the objections by the Debtors thereto as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

7.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order shall constitute a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

2

8.     This Order is without prejudice to the Debtors' right to object to any other proofs of claim or interests filed in these chapter 11 cases, including the Remaining Claims identified on Exhibit B.

Dated this _15_ day of December, 2005 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 3530**<br>ADDIS, JUDITH B<br>601 TIMBERLAKE RD<br>ANDERSON SC 29625-1134 | **5931**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$49,369.68** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406072**<br>ARNOVITZ, WILFORD<br>940 DONNER WAY, APT 390<br>SALT LAKE UT 84108 | **3033**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$124.32** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410832**<br>ATHA, ARNOLD & NETTIE<br>13623 WRIGHT ROAD<br>FAYETTEVILLE AR 72704-8503 | **9864**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$3,500.01** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 88832**<br>BAKER, BRUCE<br>2900 CONESTOGA AVE<br>LOUISVILLE KY 40210 | **10793**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407495**<br>BAKER, JEAN B<br>1802 CLINIC DRIVE<br>IVYDALE WV 25113 | **7601**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410836**<br>BARBARA GREENBERG TRUST<br>U/A DTD 4/7/95<br>ATTN BARBARA GREENBERG, TRUSTEE<br>695 LOMBARDY LANE<br>DEERFIELD IL 60015 | **9874**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$2,936.90** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 302553**<br>BARDYSZ, MARY & HELEN JTTEN<br>PO BOX 23<br>FLUSHING NY 11372 | **10700**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 398255**<br>BARKER, LINDA<br>104 MALIBU STREET<br>EDEN, NC 27288 | **7484**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 89984**<br>BARNES, BENJAMIN<br>905 RICHARD STREET<br>GRETNA LA 70053 | 1252<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 408197**<br>BATEMAN, LUCILLE<br>7215 CONWAY CIRCLE<br>ORLANDO FL 32809 | 6155<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 402411**<br>BAXTER, BRUCE<br>4457 FERN CREEK DR<br>JACKSONVILLE FL 32277 | 9355<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 259626**<br>BELLIS, RICK B<br>710 BOSTON STREET<br>TARPON SPRINGS FL 34689-0410 | 3142<br>Debtor: | $131.04<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410476**<br>BENDER, DARRELL WAYNE<br>1436 NW 6TH STREET, APT 9<br>FORT LAUDERDALE FL 33311 | 8131<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410463**<br>BIDWELL, DAVID & BETTY<br>180 KYES LANE<br>WEWA FL 32465-7748 | 8107<br>Debtor: | $311.50<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406039**<br>BOLICK, JAMES & VIVIAN<br>1835 COWAN DRIVE<br>TITUSVILLE FL 32796 | 2964<br>Debtor: | $101.01<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 405945**<br>BOXMAN, JUDITH<br>59 KWOLLWOOD DRIVE<br>MAYS LANDING NJ 08330 | 2396<br>Debtor: | $379.90<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 405947**<br>BOXMAN, RONALD<br>59 KNOLLWOOD DRIVE<br>MAYS LANDING NJ 08330 | 2397<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $412.35 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411281**<br>BROCKHOFF, STEVEN J<br>15722 LAKEDALE DRIVE<br>HOUSTON TX 77095 | 11610<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406007**<br>BULMAN, DOROTHY B & DONALD R<br>3526 42ND STREET<br>MERIDIAN MS 39305-3118 | 2870<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411260**<br>CAMPBELL, RAYMOND C<br>PO BOX 96<br>EASTOVER SC 29044 | 11561<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 14186**<br>CARBALLO, JOSE<br>C/O MARIA CARBALLO<br>4385 W 14TH AVE, APT 203<br>HIALEAH FL 33012 | 7111<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410878**<br>CARBONE, ESTATE OF ANGELINA<br>C/O JOANNA GENCIE, EXECUTRIX<br>31-80 51ST STREET, APT 2-D<br>WOODSIDE NY 11377 | 9977<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 105072**<br>CARRIER, RONALD R<br>PO BOX 2127<br>GREENWOOD SC 29646 | 5968<br>**Debtor:** | **WINN-DIXIE RALEIGH, INC.** | $151.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406187**<br>CASEY, JANE N<br>7011 SHERWOOD DR<br>KNOXVILLE TN 37919 | 3711<br>**Debtor:** | **WINN-DIXIE STORES, INC.** | $2,692.42 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406317**<br>CASEY, MICHAEL E<br>C/O WACHOVIA SECURITIES, LLC<br>8351 E WALKER SPRINGS LANE, SUITE 4<br>KNOXVILLE TN 37923 | 3035<br>Debtor: | $2,690.08<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406064**<br>CASKEY, LARRY M<br>1719 LAMBTON AVENUE<br>WAKE FOREST NC 27587 | 3015<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410432**<br>CASTEEL, KAREN A<br>2082 SR 61<br>MARENGO OH 43334 | 8216<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406172**<br>COFFRATH, JACQUELINE, CUSTODIAN<br>BRANDES GLBL<br>2505 WINSFORD LANE<br>CARMICHAEL CA 95608-5185 | 3497<br>Debtor: | $3,699.72<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406098**<br>COLLINS, BOBBY JOE<br>222 EAST PARKINS MILL RD<br>GREENVILLE SC 29607 | 3222<br>Debtor: | $70,834.30<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406098**<br>COLLINS, BOBBY JOE<br>222 EAST PARKINS MILL RD<br>GREENVILLE SC 29607 | 3223<br>Debtor: | $63,556.20<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410505**<br>CORBIN, JARED L<br>C/O DONNA L POWELL, CUSTODIAN<br>PO BOX 1463<br>VIDALIA GA 30475 | 8449<br>Debtor: | $7,102.50<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407546**<br>CRAGG-LESTER, NADINE<br>C/O COMPACT MEMBRANE SYS<br>325 WATER STREET<br>WILMINGTON DE 19804 | 4228<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411125**<br>CRANE, ESTATE OF DORIS M<br>C/O JOHN HOLLOWAY, ESQ<br>700 ELEVENTH STREET SOUTH, STE 202<br>NAPLES FL 34102 | 11119<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 19382**<br>CUTHBERTSON, MARTY A<br>7017 SUMMER PLACE<br>CHARLOTTE NC 28213 | 9460<br>Debtor: | $12,000.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406119**<br>DEAN, RICHARD R<br>18100 VARIETY LANE<br>CHARLOTTE NC 28278 | 3283<br>Debtor: | $4,993.42<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 296556**<br>DEEREY, JOHN P JR<br>1806 SCHNELL DR<br>ARABI LA 70032 | 8558<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 287619**<br>DEL GROSSO, DOMINIC & MARY JT TEN<br>635 COLONIAL DRIVE<br>VERO BEACH FL 32962 | 6828<br>Debtor: | $636.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 21349**<br>DESHOMMES, GUERSON<br>640 CAROLINA AVENUE<br>FORT LAUDERDALE FL 33312 | 7570<br>Debtor: | $1,111.30<br>WINN-DIXIE SUPERMARKETS, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 405954**<br>DISICIPIO, FRANCIS J<br>1200 HARGER, APT 500<br>OAK BROOK IL 60523 | 2425<br>Debtor: | $2,000.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406036**<br>DORFMAN, ALVIN M<br>1511 MANOR DRIVE NE<br>PALM BAY FL 32905 | 2960<br>Debtor: | $1,293.84<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406102**<br>DUNN, JAMES T<br>3400 NORTH OCEAN DRIVE APT 907<br>WEST PALM BEACH FL 33404 | 3233<br>Debtor: | $25,610.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 125000**<br>EUGENE, RUTH<br>5303 EAGLE CAY WAY<br>COCONUT CREEK FL 33073 | 5161<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410470**<br>FARKAS, PAUL<br>7079 SPINNAKER BLVD<br>ENGLEWOOD FL 34224 | 8120<br>Debtor: | $2,764.28<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407720**<br>FAUST, MARY ELLEN<br>12330 LA ROCK<br>AMITE LA 70422 | 5328<br>Debtor: | $685.00<br>WINN-DIXIE SUPERMARKETS, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406095**<br>FISHELSON, ROBERT S & CHERYN L TTEE<br>FISHELSON REV TRUST U/A DTD 11-3-88<br>W4541 GOLF COURSE DRIVE<br>FOND DU LAC WI 54935-9590 | 3219<br>Debtor: | $3,891.41<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407572**<br>FORLINI, TERESA<br>45-15 41 STREET<br>SUNNYSIDE NY 11104 | 4401<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 128910**<br>FOSTER, JULIA N<br>309 LASSITER LANE<br>ATMORE AL 36502 | 4349<br>Debtor: | $755.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 129139**<br>FOWLER, PEGGY G<br>7521 MORTON RD<br>CENTURY FL 32535 | 5051<br>Debtor: | $755.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 27353**<br>FRITZ, HAROLD W<br>975 PRITCHARD ISLAND ROAD<br>INVERNESS FL 34450 | **3740**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$755.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 290596**<br>GADDIE, FREDDIE A & LOUISE M JT TEN<br>9300 PONDER LANE<br>LOUISVILLE KY 40272 | **6666**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407746**<br>GARNER, STEVE R<br>PO BOX 844<br>RISON AR 71665 | **5406**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,651.12** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 132773**<br>GENRY, HELEN F<br>807 15 AVE SW<br>ALABASTER AL 35007 | **11105**<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 132954**<br>GERBENSKEY, JAMES L<br>7311 BALLARD TERRACE<br>PORT CHARLOTTE FL 33981 | **1461**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,515.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411112**<br>GLASER, VICTOR M<br>9 HOLMES COURT<br>PARADISE ROAD<br>STOCKWELL<br>LONDON SW4 6QJ ENGLAND | **11074**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 134418**<br>GODWIN, ROBERT E<br>200 ELDRIDGE ST<br>DUNN NC 28334 | **9233**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$623.64** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410724**<br>GONSOULIN, PATRICK<br>19384 BROOKSWOOD WAY<br>BEND OR 97702 | **9510**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$20,385.72** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 405951**<br>GRAND MAISON LTD PENSION PLAN<br>C/O MARTIN GROOTHUIS<br>11234 LAURIE DR<br>STUDIO CITY  CA  91604-3877 | 2415<br>Debtor: | $3,895.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 30348**<br>GRANESE, EDITH D<br>16178 SW 11 ST<br>PEMBROKE PINES  FL  33027 | 2726<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406051**<br>GRANT, ROBERT L<br>5458 GOLF POINTE DRIVE<br>SARASOTA  FL  34243 | 2999<br>Debtor: | $9,490.50<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 138138**<br>GRUBE, LINDA K<br>5520 BOOTH RD<br>OXFORD  OH  45056 | 8893<br>Debtor: | $831.87<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407883**<br>GUSTAFSON, JOHN C, MD<br>811 SADDLE LANE<br>OJAI  CA  93023 | 5794<br>Debtor: | $20,941.35<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411065**<br>HALL, ANITA<br>5543 WINTON ROAD<br>FAIRFIELD  OH  45014 | 10704<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406065**<br>HAUGEN, SUSAN H<br>411 LA FORET DRIVE<br>MORGANTON  NC  28655 | 3019<br>Debtor: | $2,692.33<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 34653**<br>HERNANDEZ, ADOLFO<br>14661 PALMETTO PALMAVE<br>MIAMI LAKES  FL  33014 | 1114<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 408181<br>HILBRAND, CARL & DIXIANA L<br>3524 E 128TH STREET<br>GRANT MI 49327 | 6105<br>Debtor: WINN-DIXIE STORES, INC. | $1,440.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 146653<br>HOBBS, THOMAS M<br>306 ALOHA DRIVE<br>GRAHAM NC 27253 | 11736<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 411099<br>HOWARD, KELSEY NICOLE (MINOR)<br>C/O PATRICIA HOWARD<br>142 GOLDFINCH DRIVE<br>OWENSBORO KY 42301 | 11014<br>Debtor: WINN-DIXIE STORES, INC. | $2,500.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 406069<br>HUFF, SALLY A<br>650 NORTH 9TH STREET<br>CARLISLE IA 50047 | 3029<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 411280<br>HULL, EDWARD C<br>1310 STATE HIGHWAY 121<br>MT ZION IL 62549 | 11612<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 411294<br>JACQUES, OSCAR A<br>C/O MRS OSCAR A JACQUES<br>2029 N ROMAN STREET<br>NEW ORLEANS LA 70116 | 11622<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 152802<br>JEANSONNE, JULIETTE<br>2826 CLARK STREET, APT B<br>SLIDELL LA 70458 | 2289<br>Debtor: WINN-DIXIE STORES, INC. | $39.25 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 410936<br>JOHNSON, BARBARA W<br>12300 PARK BLVD, UNIT 101<br>SEMINOLE FL 33772 | 10175<br>Debtor: WINN-DIXIE STORES, INC. | $3,155.23 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 410935<br>JOHNSON, WARREN F<br>12900 PARK BLVD, UNIT #101<br>SEMINOLE FL 33772 | 10174<br>Debtor: WINN-DIXIE STORES, INC. | $13,373.40 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 406171<br>JONES, GLEN HARVEY<br>40 GRANT ST<br>FROSTBURG MD 21532 | 3496<br>Debtor: WINN-DIXIE STORES, INC. | $29,520.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 404035<br>JONES, JAMES R<br>1032 BLUE LAKE DR<br>FORT WORTH TX 76103 | 1959<br>Debtor: WINN-DIXIE STORES, INC. | $7,099.09 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 390243<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | 5166<br>Debtor: WINN-DIXIE STORES, INC. | $11,455.98 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 157678<br>KALKSTEIN, J HERBERT<br>4445 NE 3 COURT<br>OCALA FL 34479 | 1725<br>Debtor: WINN-DIXIE STORES, INC. | $5,000.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 407413<br>KATZ, DAVID J & MARDI S<br>132 INVERNESS LANDE<br>SCHERERVILLE IN 46375 | 3885<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 410466<br>KETTRON, W MICHAEL<br>429 MAIN STREET<br>CICERO IN 46034 | 8111<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| Creditor Id: 41735<br>KHAN, FARZANA<br>552 GREEN MEADOW COURT<br>MAITLAND FL 32751 | 10411<br>Debtor: WINN-DIXIE STORES, INC. | $1,500.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 41738**<br>KHAN, MOHAMMAD S<br>552 GREEN MEADOW COURT<br>MAITLAND FL 32751 | 9219<br>Debtor: | WINN-DIXIE STORES, INC. | $700.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 41742**<br>KHAN, RIZWAN<br>552 GREEN MEADOW COURT<br>MAITLAND FL 32751 | 10456<br>Debtor: | WINN-DIXIE STORES, INC. | $750.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406292**<br>KNOWLES, VANDA<br>7525 NW 61 TERRACE #301<br>PARKLAND FL 33067 | 3772<br>Debtor: | WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 160793**<br>KOHLS, BARBARA<br>3318 GAMBLE AVE<br>CINCINNATI OH 45211 | 7518<br>Debtor: | WINN-DIXIE STORES, INC. | $3,300.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 160794**<br>KOHLS, MARK R<br>3318 GAMBLE AVE<br>CINCINNATI OH 45211 | 7517<br>Debtor: | WINN-DIXIE STORES, INC. | $3,300.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411279**<br>KRISHNASWAMY, ASHOK<br>1713 BYWOODS LANE<br>PO BOX 145<br>STEVENSON MD 21153 | 11614<br>Debtor: | WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406158**<br>LEASE, SHIRLEY<br>1485 FRONT STREET, APT 114<br>EAST MEADOW NY 11554 | 3470<br>Debtor: | WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406294**<br>LEE, CALYN JOSEPH<br>UNIF TRANS MIN ACT FL<br>C/O LYNDEN S WORDELL, CUSTODIAN<br>4911 SW BIMINI CIRCLE NORTH<br>PALM CITY FL 34990 | 3776<br>Debtor: | WINN-DIXIE STORES, INC. | $301.66 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 408204**<br>LEVIE, MAURICE F<br>PARK TOWERS WEST 303<br>7121 PARK HEIGHTS AVENUE<br>BALTIMORE MD 21215-1648 | **6183**<br>**Debtor:** | $2,236.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410898**<br>LOCKLEAR, WELTON<br>1122 CANAL ROAD<br>PEMBROKE PINES NC 28372 | **10037**<br>**Debtor:** | $2,000.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 167011**<br>LOPEZ, JOSE R<br>PO BOX 555<br>MOUNT DORA FL 32756 | **7055**<br>**Debtor:** | $50.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407809**<br>LUCEY, TERESA A & PATRICIA A<br>232 SOUTH LAGRANGE ROAD<br>LAGRANGE IL 60525-2458 | **5785**<br>**Debtor:** | $1,487.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 248407**<br>LUCKETT, DOROTHY A<br>4608 KATY DRIVE<br>NEW SMYRNA BEACH FL 32169 | **6344**<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 405891**<br>MARICONDA, ANNE<br>78 MEADOW LANE<br>BAYPORT NY 11705 | **2059**<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 405892**<br>MARICONDA, DAVID<br>78 MEADOW LANE<br>BAYPORT NY 11705 | **2060**<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 302617**<br>MARY TALBOT TRUST<br>C/O MARY D TALBOT, TTEE<br>3530 DAMIEN AVENUE, APT 245<br>LA VERNE CA 91750 | **6137**<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 171608**<br>MASON, VERONICA L<br>PO BOX 1072<br>NATALBANY LA 70451-1072 | **3565**<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411097**<br>MATHIS, DON & BARBARA<br>387 SUNCREST ORCHARD RD<br>N WILKESBORO NC 28659 | **11010**<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,911.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 408242**<br>MATTHEWS, JOHANNA<br>10241 MAVERICK ST<br>NEW PORT RICHEY FL 34654 | **6746**<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406291**<br>MATTHEWS, LINDA S<br>3239 FENCE LINE ROAD<br>FRANKSVILLE WI 53126 | **3770**<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,446.50 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 300575**<br>MCEADY, LISA<br>2110 HOUSTON AVE<br>VALDOSTA GA 31602 | **10387**<br>Debtor: **CRACKIN' GOOD, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407549**<br>MCMILLAN, WESLEY C & JANICE<br>620 GOLDPOINT TRACE<br>WOODSTOCK GA 30189 | **4234**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 408184**<br>MELTON, JOHN H & NELL<br>4 PELHAM STREET<br>SELMA AL 36701-5810 | **6107**<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,696.39 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411032**<br>MILLS, JOHN H & GERTRUDE, CO-TTEES<br>JOHN H MILLS REV LIV TR<br>UA DTD 2/25/98<br>7084 SEAMIST DR<br>PORT CHARLOTTE FL 33981 | **10685**<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,962.28 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406101**<br>MINTZ, GENE D<br>PO BOX 555<br>GROVER BEACH CA 93483 | 3229<br>Debtor: | **WINN-DIXIE STORES, INC.** | $9,558.65 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411035**<br>MITCHELL, DEBBIE A<br>6940 MARBEV DRIVE<br>CINCINNATI OH 45239 | 10570<br>Debtor: | **WINN-DIXIE STORES, INC.** | $1,500.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 180463**<br>MOORE, SHARON L<br>129 LAKESIDE DRIVE<br>QUINCY MI 49082 | 2645<br>Debtor: | **WINN-DIXIE STORES, INC.** | $2.33 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410509**<br>MURPHY, ANNA LEE LYND<br>14 BRANDYWINE DRIVE<br>CINCINNATI OH 45246 | 8457<br>Debtor: | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410431**<br>NEWMAN, MARGARET ADELLE<br>610 COLLEGE AVENUE<br>JACKSON AL 36545 | 8215<br>Debtor: | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410865**<br>NORMA E DENTON TRUST<br>U/A DTD 12/8/04<br>ATTN NORMA E DENTON, TRUSTEE<br>2163 E 350 NORTH ROAD<br>PANA IL 62557 | 9907<br>Debtor: | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406185**<br>OLIFF, JAY R<br>4110 OLD TRACE ROAD<br>PALO ALTO CA 94306-3727 | 3692<br>Debtor: | **WINN-DIXIE STORES, INC.** | $6,442.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407529**<br>OWENS, BETTY S<br>594 JAMES ST<br>LILBURN GA 30047 | 4181<br>Debtor: | **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 406165**<br>PATTERSON, MILDRED S<br>1334 SUNBURY DRIVE<br>FORT MYERS FL 33901 | **3489**<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,685.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407526**<br>PETERSON, DALE<br>4729 HACKAMORE DRIVE S<br>COLORADO SPRINGS CO 80918-2658 | **4172**<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,300.25 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411257**<br>PETERSON, G RUSSELL<br>80 LA CITA COURT<br>VERO BEACH FL 32963-4291 | **11555**<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,712.50 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410725**<br>PHILLIPS, DOLORES A<br>1615 WILDWOOD ROAD<br>CLEARWATER FL 33756 | **9509**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 59099**<br>PIGNATARO, NANCY M<br>910 SAGO PALM WAY<br>APOLLO BEACH FL 33572 | **4390**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411107**<br>PLAISTED, JOAN M<br>1310 33RD STREET NW<br>WASHINGTON DC 20007-2818 | **11093**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410835**<br>PLUMMER, LAURENE R<br>4001 STEINMETZ DRIVE<br>INDIANAPOLIS MD 46254 | **9873**<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,500.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406057**<br>POWELL, EDDIE G<br>PO BOX 5544<br>TALLAHASSEE FL 32314 | **3006**<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,383.98 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 407799**<br>POWELL, JEROME W<br>1461 NW 173 TERR<br>MIAMI FL 33169 | **5665**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,335.73** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407414**<br>RAMBO, SHARON<br>3103 BELLE AVENUE<br>DENISON TX 75020 | **3887**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$2,941.25** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410532**<br>RAWL, W DEAN<br>515 WALTER RAWL ROAD<br>LEXINGTON SC 29072-9655 | **8409**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$1,454.64** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410531**<br>RAWL, WAYNE P<br>568 WALTER RAWL ROAD<br>GILBERT SC 29054-9672 | **8408**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$11,509.52** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407450**<br>REINKING, CYNDY<br>182 S STARLIGHT DRIVE<br>ANAHEIM CA 92807 | **4077**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$0.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 407422**<br>REYNOLDS, DORIS RAWL<br>621 WALTER RAWL RD<br>LEXINGTON SC 29072 | **3903**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$4,849.00** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 406100**<br>RICE, MATTHEW W<br>705 E GRAND AVE<br>ARROYO GRANDE CA 93420 | **3226**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$3,801.08** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 408359**<br>ROELOFS, MARILYN S & ROGER G TTEE<br>MARILYN S ROELOFS REV TRUST<br>U/A DTD 12/5/2001<br>7099 MISTY MORNING DRIVE SE<br>CALEDONIA MI 49316-9046 | **7045**<br>Debtor: **WINN-DIXIE STORES, INC.** | **$4,419.18** | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 202932**<br>ROLLINS, ALLEN C<br>31427 PRESWICK DR<br>SORRENTO FL 32776 | 1152<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407588**<br>ROSENBERG, SUSAN<br>1250 PARKWOOD CIRCLE, APT 306<br>ATLANTA GA 30339 | 4427<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 408345**<br>ROTH, SANDRA A<br>5386 LANDON CIRCLE<br>BOYNTON BEACH FL 33437 | 7027<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 287699**<br>RUPPRECHT LIVING TRUST DTD 12-15-99<br>C/O D C & J RUPPRECHT, TRUSTEES<br>1410 S FERNANDEZ AVENUE<br>ARLINGTON HEIGHTS IL 60005 | 5029<br>**Debtor:** WINN-DIXIE STORES, INC. | $73,750.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410465**<br>SACRED HEART CHURCH<br>ATTN FATHER W MICHAEL KETTRON<br>429 MAIN STREET<br>CICERO IN 46034 | 8110<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411238**<br>SAKER, JAKE E & MARIE D<br>PO BOX 4348<br>ROANOKE VA 24015 | 11502<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,346.50 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410861**<br>SANFORD, CHARLES M & DENISE P<br>1463 HANNAHS MILL ROAD<br>THOMASTON GA 30286 | 9901<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407636**<br>SAULS, PEGGY ANN<br>600 RUTHERS ROAD<br>RICHMOND VA 23235 | 4670<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 206984**<br>SCATES, PHILLIP O<br>502 SUNSET DR<br>BESSEMER CITY NC 28016 | 11465<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 281851**<br>SCHAUBHUT, BERTRAND J<br>PO BOX 312<br>DES ALLEMANDS LA 70030 | 8430<br>Debtor: **WINN-DIXIE STORES, INC.** | $104.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406103**<br>SCHWIND, JOSEPH A<br>102 EMORYWOOD DRIVE<br>MORGANTON NC 28655 | 3246<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,934.75 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411071**<br>SCOTT, MARI V<br>3009 NE 11TH STREET<br>MINERAL WELLS TX 76067 | 10714<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407602**<br>SHEETS, HAROLD & PATRICIA<br>180 SHEETS LANE<br>DURANGO CO 81303 | 4560<br>Debtor: **WINN-DIXIE STORES, INC.** | $26,054.92 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 210265**<br>SHOUP, SAMUEL G<br>1708 JUNIPER TREE DR<br>EDGEWATER FL 32132 | 2816<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411114**<br>SMITH, CLAUDIE LEE<br>1702 PICCADILLY DRIVE<br>WINTERVILLE NC 28590 | 11078<br>Debtor: **WINN-DIXIE STORES, INC.** | $12,000.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407712**<br>SMITH, JOE E<br>1220 LONGVIEW<br>PISMO BEACH CA 93449 | 5300<br>Debtor: **WINN-DIXIE STORES, INC.** | $7,722.16 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411106**<br>SMITH, KRISTIN L<br>10600 4TH STREET N, APT 204<br>SAINT PETERSBURG  FL  33716 | **11091**<br>**Debtor:**  WINN-DIXIE STORES, INC. | $2,100.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406070**<br>ST ALBAN COMMANDERY #8 KT<br>ATTN GEORGE L SMYTH, TREASURER<br>69 INVERNESS ST<br>PORTLAND  ME  04103 | **3031**<br>**Debtor:**  WINN-DIXIE STORES, INC. | $6,858.77 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 386321**<br>STILES, JOHNNY<br>3349 SANDY DRIVE<br>ZEPHYRILLS  FL  33541<br><br>Counsel: ATTN MARY ANN STILES, ESQ. | **10274**<br>**Debtor:**  WINN-DIXIE STORES, INC. | $500.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411170**<br>STOKES, MARTHA ANNE<br>3791 GARNER ROAD<br>TIMMONSVILLE  SC  29161 | **11237**<br>**Debtor:**  WINN-DIXIE SUPERMARKETS, INC. | $980.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 410799**<br>STOKES, WILLIAM J<br>3791 GARNER ROAD<br>TIMMONSVILLE  SC  29161 | **10924**<br>**Debtor:**  WINN-DIXIE STORES, INC. | $3,600.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411168**<br>STOKES, WILLIAM J<br>1205 MANORWAY DRIVE<br>FLORENCE  SC  29501 | **11236**<br>**Debtor:**  WINN-DIXIE SUPERMARKETS, INC. | $1,620.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407643**<br>STRASBURGER, RAYMOND T & TERESA L<br>7809 BANKERS DRIVE<br>FAYETTEVILLE  NC  28311-7413 | **4858**<br>**Debtor:**  WINN-DIXIE STORES, INC. | $102.09 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407561**<br>STRUDWICK, LINDA<br>21 FITZJAMES AVENUE<br>LONDON   W14 0RP UNITED KINGDOM | **4249**<br>**Debtor:**  WINN-DIXIE STORES, INC. | $979.39 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 294493**<br>TAGIUAM, JANET<br>18 DAIRY FARM DRIVE<br>BROOKFIELD CT 06804 | 9204<br>Debtor: | $15,000.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 408409**<br>THURSTON, HERBERT A<br>250 S SYKES CREEK PKWY, APT 205<br>MERRITT ISLAND FL 32952 | 7226<br>Debtor: | $2,702.40<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407446**<br>TIPPING, HARRY A<br>2598 A BINGTON RD<br>FAIRLAWN OH 44333<br>Counsel: ATTN HARRY A TIPPING, ESQ | 4065<br>Debtor: | $3,772.72<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 408418**<br>TORVELA, ARTHUR E<br>430 SOUTH C STREET<br>LAKE WORTH FL 33460 | 7242<br>Debtor: | $1,271.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 225856**<br>VALENTAVICIENE, AUDRA P<br>401 PINE STREET<br>SIGNAL MOUNTAIN TN 37377-0253 | 7091<br>Debtor: | $2,000.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407560**<br>VALENTINE, JIMMY M & CAROLYN S<br>19317 VALENTINE<br>KEMP TX 75143 | 4248<br>Debtor: | $3,194.66<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407442**<br>VARIS, ANNE G & TATE, HARRY TTEES<br>F90 JOHN D VARIS REV T DTD 03/17/94<br>105106 CR 250<br>DURANGO CO 81301 | 4057<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 227112**<br>VERMILLION, BRENDA A<br>5385 BROKEN PINE CIRCLE<br>ORLANDO FL 32818 | 9227<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 405905**<br>VOWELL, J LARRY<br>13314 BUCKLAND HALL RD<br>TOWN & COUNTRY MO 63131-1214 | 2078<br>Debtor: | $42,306.65<br>WINN-DIXIE SUPERMARKETS, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410601**<br>WADFORD, HOWARD S<br>613 CATHERINE FOSTER LANE<br>JACKSONVILLE FL 32259 | 9276<br>Debtor: | $13,745.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 411150**<br>WAGNER, DANIEL A<br>114 KEITH DRIVE<br>GREENVILLE SC 29607 | 11175<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410896**<br>WARD, JOHN T<br>200 EDGEWOOD COURT<br>MONROEVILLE AL 36460 | 10035<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410471**<br>WATERS, HILDA GRACE<br>16 BEECH ROAD<br>HAZLEHURST GA 31539 | 8122<br>Debtor: | $241,236.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 410546**<br>WATTENBERG, LILLIAN<br>16165 W MULBERRY DRIVE<br>GOODYEAR AZ 85338 | 8533<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 230589**<br>WAUGAMAN, CHARLES D<br>PO BOX 55384<br>LEXINGTON KY 40555 | 11773<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |
| **Creditor Id: 302193**<br>WENTZELL, MARLENE<br>10 STEWART RD<br>PILESGROVE NJ 08098 | 11812<br>Debtor: | $10,000.00<br>WINN-DIXIE STORES, INC. | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP<br>OF EQUITY INTEREST. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - EQUITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411256**<br>WIGGINS, MARY LOU<br>520 32ND COURT NW<br>VERO BEACH FL 32968 | 11554<br>Debtor: WINN-DIXIE STORES, INC. | $1,989.98 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407559**<br>WILIAMS, JOHN M, SR<br>3187 FORREST ROAD<br>HOGANSVILLE GA 30230 | 4246<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411091**<br>WILLARD, ELIZABETH P<br>505 SOUTH 116 STREET<br>TACOMA WA 98444-5315 | 11002<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 281395**<br>WILLIAMSON, BARBARA FRANCES<br>343 E WINE ST<br>MULLINS SC 29574 | 6664<br>Debtor: WINN-DIXIE STORES, INC. | $9,600.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 407441**<br>WINTERSGILL, ROBERT & CYNTHIA JT T<br>1909 PEPPERELL DRIVE<br>NEW PORT RICHEY FL 34655 | 4066<br>Debtor: WINN-DIXIE STORES, INC. | $23,316.81 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 406097**<br>WORATZECK, JEROME C<br>23832 SO STONEY PATH DRIVE<br>SUN LAKES AZ 85248 | 3221<br>Debtor: WINN-DIXIE STORES, INC. | $10,217.24 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411047**<br>WYATT, DORIS<br>1221 CROOKED CREEK RD<br>WATKINSVILLE GA 30677 | 10761<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |
| **Creditor Id: 411297**<br>YOUNG, STEVEN D<br>12217 TIMBER RUN CT<br>MONROVIA MD 21770 | 11660<br>Debtor: WINN-DIXIE STORES, INC. | $2,373.00 | UNNECESSARY CLAIM FILED ON ACCOUNT OF OWNERSHIP OF EQUITY INTEREST. |

**Total Claims to be Disallowed:** 176

**Total Amount to be Disallowed:** $1,023,266.64      Plus Unliquidated Amounts, If Any

# EXHIBIT B

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 406038**<br>AMES, WALTER D<br>6718 WEMBERLY WAY<br>MC LEAN VA 22101 | 8393<br>Debtor: | 2963<br>WINN-DIXIE STORES, INC. | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406091**<br>AMISANO, FRANK P<br>331 EAST 3RD STREET<br>DEERPARK NY 11729 | 8393<br>Debtor: | 3216<br>WINN-DIXIE STORES, INC. | $10,443.75 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406091**<br>AMISANO, FRANK P<br>331 EAST 3RD STREET<br>DEERPARK NY 11729 | 8393<br>Debtor: | 11326<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411196**<br>ANAGNOSTOPOULOS, THOMAS & ANGIE<br>39-26 BELL BLVD<br>BAYSIDE NY 11361 | 8393<br>Debtor: | 11323<br>WINN-DIXIE STORES, INC. | $100,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411060**<br>BIEDRONSKI, PHILIP J<br>443 GUSRYAN STREET<br>BALTIMORE MD 21224 | 8393<br>Debtor: | 10673<br>WINN-DIXIE STORES, INC. | $39,998.75 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406316**<br>BROWN, LEWIS P<br>11633 HOLLY ANN DRIVE<br>NEW PORT RICHEY FL 34654 | 8393<br>Debtor: | 3840<br>WINN-DIXIE STORES, INC. | $12,667.50 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411235**<br>CALLAHAN, DIANE<br>9114 FLAGSTICK ROAD<br>HUDSON FL 34667 | 8393<br>Debtor: | 11537<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411203**<br>COLEMAN, DANIEL M & CAROL L JT TEN<br>600 PINE HOLLOW ROAD, APT 19-8B<br>EAST NORWICH NY 11732-1037 | 8393<br>Debtor: | 11331<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407523**<br>CONFESSORE, GRACE<br>7310 NW 18TH STREET, BLDG 38<br>MARGATE FL 33063-6858 | 8393<br>Debtor: | 4163<br>WINN-DIXIE STORES, INC. | $5,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407803**<br>COOPER, VIRGINIA C TTEE<br>7807 GOVERNOR PRINTZ BLVD, APT 403<br>CLAYMONT DE 19703-2613 | 8393<br>Debtor: | 5716<br>WINN-DIXIE STORES, INC. | $10,728.65 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 410749**<br>CORINNE L DODERO TRUST FOR THE<br>ARTS & SCIENCES<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN JOSEPH C WEINSTEIN, ESQ<br>127 PUBLIC SQUARE, 4900 KEY TOWER<br>CLEVELAND OH 44114 1304 | 8393<br>Debtor: | 9570<br>WINN-DIXIE STORES, INC. | $506,500.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406010**<br>COULES, LINDA L<br>3461 BAY RIDGE WAY<br>PORT CHARLOTTE FL 33953 | 8393<br>Debtor: | 2884<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411204**<br>COWAN, WILLIAM F & MARGARET T<br>159-11 16TH AVENUE<br>WHITESTONE NY 11357-3221 | 8393<br>Debtor: | 11332<br>WINN-DIXIE STORES, INC. | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411046**<br>CREW, STEPHEN M<br>2067 INGELSIDE CT<br>CROFTON MD 21114 | 8393<br>Debtor: | 10760<br>WINN-DIXIE STORES, INC. | $39,998.75 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411197**<br>DELUCIE, ELEANORE<br>9000 SHORE ROAD, APT 14R EAST<br>BROOKLYN NY 11209-5449 | 8393<br>Debtor: | 11324<br>WINN-DIXIE STORES, INC. | $17,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY
NOTE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408216**<br>DROBNOV, STANISLAV &<br>PONOMAEVA, OXANA JT TEN<br>LA CUMBRE DEL SOL, 138E<br>03726 BENITACHELL<br>ALICANTE    SPAIN | 8393<br>**Debtor: WINN-DIXIE STORES, INC.** | 6215 | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411199**<br>EN-FORM CORP<br>ATTN KIMBERLY JOINER<br>1490 CHEROKEE TRAIL<br>WHITE PLAINS  GA 30678 | 8393<br>**Debtor: WINN-DIXIE STORES, INC.** | 11327 | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407416**<br>FAGAN, MICHAEL<br>9 MANISTEE LANE<br>EAST ISLIP NY 11730 | 8393<br>**Debtor: WINN-DIXIE STORES, INC.** | 3889 | $10,444.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 408192**<br>FOX, HERBERT S<br>315 E 72ND STREET, APT 17C<br>NEW YORK NY 10021 | 8393<br>**Debtor: WINN-DIXIE STORES, INC.** | 6135 | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 410751**<br>FRANKINO & FRANKINO CHARITABLE FDN<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN JOSEPH C WEINSTEIN, ESQ<br>4900 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND OH 44114-1304 | 8393<br>**Debtor: WINN-DIXIE STORES, INC.** | 9568 | $2,532,500.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 410750**<br>FRANKINO INVESTMENTS LLC<br>C/O SQUIRE SANDERS & DEMPSEY LLP<br>ATTN JOSEPH C WEINSTEIN, ESQ<br>4900 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND OH 44114-1304 | 8393<br>**Debtor: WINN-DIXIE STORES, INC.** | 9569 | $253,250.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY
NOTE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  405974**<br>FRIDAY, JAMES C<br>129 GLENEAGLES DRIVE<br>NICEVILLE  FL  32578 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 2644 | $15,890.63 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  407690**<br>GAST, JOYCE C<br>10435 OWENSMOUTH<br>CHATSWORKTH  CA  91311-2147 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 5052 | $4,522.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  405978**<br>GILLESPIE, WILLARD J, TOMPKINS,<br>WANDA J & PAOLETTI, SHIRLEY A<br>1120 N V STREET<br>PENSACOLA  FL  32505 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 2650 | $8,077.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  406112**<br>GOLDSTEIN FAMILY REVOCABLE TRUST<br>ATTN LAWRENCE GOLDSTEIN<br>5299 GARNEBY LANE<br>NORCROSS  GA  30092 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 3307 | $30,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  407804**<br>GUTHRIE, JOHN<br>275 PAGE HOLLOW ROAD<br>WARREN  PA  16365-4327 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 5717 | $10,443.75 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  410899**<br>HANLON, JOSEPHINE<br>162 CLAIRBORNE AVENUE<br>SATELLITE BEACH  FL  32937 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 10038 | $10,261.01 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411208**<br>HAWKINS, H MICHAEL<br>19238 RACINE COURT<br>GAITHERSBURG  MD  20886-3900 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 11336 | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411273**<br>HEADY, CHARLES WILLIAM II<br>1642 J AVENUE<br>PERRY  IA  50220 | 8393<br>Debtor:  WINN-DIXIE STORES, INC. | 11606 | $7,205.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407635**<br>HENRY, WILLIAM J<br>15111 W 143RD TERR<br>OLATHE KS 66062 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 4668 | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411400**<br>HICKAM, JERRY A<br>2 HICKAM LANE<br>MURPHYSBORO IL 62966 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 11794 | $9,406.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406120**<br>HIGGINS, JOHN R & ELIZABETH<br>2051 W 110TH PLACE<br>CHICAGO IL 60643 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 3286 | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407418**<br>IHNS, JUERGEN RICHARD<br>8898 SCENIC HILLS DR<br>PENSACOLA FL 32514 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 3891 | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407600**<br>J PARK INVESTMENT CLUB<br>C/O R KATHY TYRONE, AS AGENT<br>1-A WEST STREET<br>MADISON NJ 07940 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 4554 | $5,071.59 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406114**<br>JOHN H DIXON REVOCABLE TRUST<br>DTD 12/17/1991<br>ATTN JOHN H DIXON, TRUSTEE<br>2701 ST MARY'S ST<br>RALEIGH NC 27609-7640 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 3309 | $15,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406114**<br>JOHN H DIXON REVOCABLE TRUST<br>DTD 12/17/1991<br>ATTN JOHN H DIXON, TRUSTEE<br>2701 ST MARY'S ST<br>RALEIGH NC 27609-7640 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 5793 | $15,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411207**<br>JOINER, KIMBERLY & WALTER S<br>1490 CHEROKEE TRAIL<br>WHITE PLAINS GA 30678-2880 | 8393<br>Debtor: | 11335<br>WINN-DIXIE STORES, INC. | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411211**<br>KALMAN, STEPHEN J<br>21 JEFFERSON AVENUE<br>NEW BRUNSWICK NJ 08901-1709 | 8393<br>Debtor: | 11339<br>WINN-DIXIE STORES, INC. | $15,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 410890**<br>KANYO, BARBARA R<br>3789 MUIR ROAD<br>ALMONT MI 48003 | 8393<br>Debtor: | 10008<br>WINN-DIXIE STORES, INC. | $5,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406183**<br>KENDALL, RICHARD<br>PO BOX 63<br>GULF BREEZE FL 32562 | 8393<br>Debtor: | 3690<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406092**<br>KHANI, FRED-SANDI<br>4390 CASPER CT<br>HOLLYWOOD FL 3302 | 8393<br>Debtor: | 3217<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 403525**<br>KILKENNY, STEVEN JAMES<br>1340 SHORE DRIVE<br>ANCHORAGE AK 99515-3203 | 8393<br>Debtor: | 1356<br>WINN-DIXIE STORES, INC. | $32,765.60 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 410904**<br>KINOVER, ESTHER<br>45 NORMANDY VILLAGE, APT 1<br>NANUET NY 10954 | 8393<br>Debtor: | 10042<br>WINN-DIXIE STORES, INC. | $10,255.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406012**<br>KROESCHELL, WILLIAM O<br>272 MOORING LINE DRIVE<br>NAPLES FL 34102 | 8393<br>Debtor: | 2890<br>WINN-DIXIE STORES, INC. | $30,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  411064**<br>LEVINS, JANET C<br>4145 AMBLESTON WAY<br>SOUTHPORT  NC  28461 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **10703** | **$22,125.00** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411110**<br>MAILHOT, FRANK AND SHARON<br>PMB 649<br>1706 FRONT STREET<br>LYNDEN  WA  98264 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **11071** | **$14,000.00** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411218**<br>MANZO LIVING TRUST<br>C/O MICHAEL & JOANNA MANZO, TTEES<br>21-26 42ND STREET<br>ASTORIA  NY  11105-1404 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **11347** | **$20,000.00** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411214**<br>MCGUIRE, RICHARD & TERI V<br>17 REDWOOD DRIVE<br>DIX HILLS  NY  11746-7727 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **11343** | **$20,000.00** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411213**<br>MCGUIRE, TERRY<br>17 REDWOOD DRIVE<br>DIX HILLS  NY  11746 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **11341** | **$25,000.00** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  411061**<br>MILLER, LEE A JR<br>1210 BERN DRIVE<br>HAVRE DE GRACE  MD  21078 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **10674** | **$21,223.32** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  396264**<br>MOORE, FRANCIS W<br>1936 MORNINGSIDE ST<br>JACKSONVILLE, FL  32205 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **4667** | **$10,886.00** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id:  410864**<br>O'DEA, WILLIAM<br>10820 LARAMIE STREET<br>OAK LAWN  IL  60453-5108 | **8393**<br>Debtor:  **WINN-DIXIE STORES, INC.** | **9906** | **$9,451.91** | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY
NOTE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411212**<br>PADICH, RAYMOND<br>1 MORNING GLORY DRIVE<br>LAKE GROVE NY 11755-1845 | 8393<br>**Debtor:** | 11340<br>**WINN-DIXIE STORES, INC.** | $13,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411156**<br>PAULINE M CONLEY, TTEE<br>PAULINE M CONLEY REV TRST 7/25/91<br>9224 SW 109TH LANE<br>OCALA FL 34481-9783 | 8393<br>**Debtor:** | 11209<br>**WINN-DIXIE STORES, INC.** | $5,075.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407722**<br>PENZEL, MARY ANN<br>7034 N KOSTNER<br>LINCOLNWOOD IL 60712 | 8393<br>**Debtor:** | 5333<br>**WINN-DIXIE STORES, INC.** | $2,285.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407630**<br>PIERCE, DONALD E<br>6 CAMERON LANE<br>SANTA FE NM 87505 | 8393<br>**Debtor:** | 4654<br>**WINN-DIXIE STORES, INC.** | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 410903**<br>PINKNEY, SARA & DONNA<br>110-27 173RD STREET<br>JAMAICA NY 11433 | 8393<br>**Debtor:** | 10041<br>**WINN-DIXIE STORES, INC.** | $10,255.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406090**<br>RERISI, VICTOR & GAIL<br>PO BOX 112<br>BAYVILLE NY 11709 | 8393<br>**Debtor:** | 3213<br>**WINN-DIXIE STORES, INC.** | $7,916.75 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406090**<br>RERISI, VICTOR & GAIL<br>PO BOX 112<br>BAYVILLE NY 11709 | 8393<br>**Debtor:** | 11342<br>**WINN-DIXIE STORES, INC.** | $8,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411033**<br>ROSENBLOOM SURVIVORS TRUST<br>C/O HERMAN ROSENBLOOM, TRUSTEE<br>17326 WESTBURY DRIVE<br>GRANADA HILLS CA 91344 | 8393<br>**Debtor:** | 10686<br>**WINN-DIXIE STORES, INC.** | $23,288.50 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY
NOTE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  411215
ROTHSTEIN, GLADYS
2854 NICOLE COURT
OCEANSIDE  NY  11572 | 8393
Debtor: | 11344
WINN-DIXIE STORES, INC. | $35,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  411205
SANDERS, STEVEN P
165 HIGH POND DRIVE
JERICHO  NY  11753-2806 | 8393
Debtor: | 11333
WINN-DIXIE STORES, INC. | $35,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  410906
SAUERLAND, PAUL & MARY
73 SIXTH STREET
HICKSVILLE  NY  11801 | 8393
Debtor: | 10043
WINN-DIXIE STORES, INC. | $9,318.40 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  411216
SCANLON, DONALD T & ELOISE M
26 JILL DRIVE
COMMACK  NY  11725 | 8393
Debtor: | 11345
WINN-DIXIE STORES, INC. | $30,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  411209
SCHIFF, JOAN
PO BOX 480656
DELRAY BEACH  FL  33448-0656 | 8393
Debtor: | 11337
WINN-DIXIE STORES, INC. | $19,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  406106
SCHWARTZ,ICHTTHYS TRUST, UAD 6/21/03
C/O RANDY & JACKIE SCHWARTZ, TTEES
16071 QUARTZ STREET
WESTMINSTER  CA  92683 | 8393
Debtor: | 3296
WINN-DIXIE STORES, INC. | $20,255.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  407676
SEXTON, WAYNE
PO BOX 396
AVOCA  MI  48006 | 8393
Debtor: | 4881
WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id:  411052
SHEARER, JOEL D
16122 KENT ROAD
LAUREL  MD  20707 | 8393
Debtor: | 10640
WINN-DIXIE STORES, INC. | $9,030.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY
NOTE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407438**<br>SIEGENDORF, DONALD DDS<br>AG EDWARDS & CONS C/F<br>ROLLOVER IRA ACCOUNT<br>3370 NE 190 ST #3415<br>AVENTURA FL 33180-2466 | 8393<br>Debtor: | 4052<br>WINN-DIXIE STORES, INC. | $25,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411206**<br>SYLVIA HARVEY TRUST<br>C/O SYLVIA HARVEY & MICHAEL BALSAMO<br>18 CARLSON LANE<br>E NORTHPORT NY 11731-2505 | 8393<br>Debtor: | 11334<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 408365**<br>TEMPLE, FRANKLIN E<br>76 BREEZY HILL RD<br>ST JOHNSBURY VT 05819 | 8393<br>Debtor: | 7072<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 405995**<br>THOMAS, KAREN & ALLEN<br>900 WILLOW STREET<br>CARTERVILLE IL 62918 | 8393<br>Debtor: | 2860<br>WINN-DIXIE STORES, INC. | $5,221.88 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407544**<br>THREADGILL<br>ATTN E J THREADGILL, TRUSTEE<br>7777 N WICKHAM RD, NO 12-614<br>MELBOURNE FL 32940 | 8393<br>Debtor: | 4226<br>WINN-DIXIE STORES, INC. | $11,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407585**<br>TUCKERMAN & NIESEN J & B<br>3712 N WOODROW STREET<br>ARLINGTON VA 22207 | 8393<br>Debtor: | 4417<br>WINN-DIXIE STORES, INC. | $25,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411210**<br>TUSA, PROVIDENCE, PETER &<br>DEMOTT, MARIA L<br>37 LIMERICK LANE<br>PHILIPSBURG NJ 08865 | 8393<br>Debtor: | 11338<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407580**<br>TWAY, ROBERT R<br>IRA FCC AS CUSTODIAN<br>PO BOX 1119<br>MCALLEN TX 78505-1119 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 4411 | $32,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407601**<br>TYRONE, R KATHY<br>1 WEST STREET, APT A<br>MADISON NJ 07940 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 4555 | $5,399.30 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 407601**<br>TYRONE, R KATHY<br>1 WEST STREET, APT A<br>MADISON NJ 07940 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 4556 | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411224**<br>URBANO, R M & ENZUKEWICH, E<br>NARCISSUS BUILDING<br>91 TULIP AVENUE, UNIT N2A<br>FLORAL PARK NY 11001-1962 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 11355 | $30,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411217**<br>VARIO, ELAINE<br>79 OAKFIELD AVENUE<br>DIX HILLS NY 11746 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 11346 | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411200**<br>WACHSTOCK, JACOB<br>185 GREAT NECK ROAD<br>GREAT NECK NY 11021-3312 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 11328 | $10,000.00<br>, | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406181**<br>WARD, JOHN W<br>PO BOX 577<br>GULF BREEZE FL 32962 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 3688 | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 411062**<br>WARK, RICHARD G<br>PO BOX 1067<br>LIMA OH 45802 | 8393<br>Debtor: WINN-DIXIE STORES, INC. | 10675 | $25,875.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - DUPLICATE LIABILITY**
**NOTE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 411201<br>WEIDENHAEFER, VERA<br>103 BLAIR ROAD<br>OPTER BAY NY 11717 | 8393<br>Debtor: | 11329<br>WINN-DIXIE STORES, INC. | $50,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id: 407772<br>WEINSTEIN, GERALD, JUDGE<br>8802 VENTNOR AVENUE<br>MARGATE CITY NJ 08402-2544 | 8393<br>Debtor: | 5549<br>WINN-DIXIE STORES, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id: 411202<br>WEINUM, MARY H<br>12 SOUNDVIEW GARDENS, APT B<br>PORT WASHINGTON NY 11050 | 8393<br>Debtor: | 11330<br>WINN-DIXIE STORES, INC. | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id: 411404<br>WENTZ, HARLAN & KAREN<br>1800 WARDS LANDING CT<br>ORANGE PARK FL 32003 | 8393<br>Debtor: | 11806<br>WINN-DIXIE STORES, INC. | $5,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id: 406035<br>WHITE, ROY B<br>1274 WAGGLE WAY<br>NAPLES FL 34108 | 8393<br>Debtor: | 2959<br>WINN-DIXIE STORES, INC. | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id: 405953<br>WITHROW, SANDRA A<br>142 CYPRESS LANE<br>LAKE HAVASU CITY AZ 86403 | 8393<br>Debtor: | 2424<br>WINN-DIXIE STORES, INC. | $5,080.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| Creditor Id: 410838<br>WOODLEY, FRANK<br>3661 DARIEN STREET<br>SHREVEPORT LA 71109 | 8393<br>Debtor: | 9876<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT B - DUPLICATE LIABILITY
NOTE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410837**<br>WOODLEY, MINNIE<br>3661 DARIEN STREET<br>SHREVEPORT LA 71109 | 8393 | 9875 | $0.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |

**Total Claims to be Disallowed:** 91

**Total Amount to be Disallowed:** $4,622,115.04    Plus Unliquidated Amounts, If Any