### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.** | **(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about December 20, 2005, I caused copies of:

- the **Notice of Debtors' Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed.R.Bankr.P.3007 and 9014 to Certain (A) Duplicative Claims and (B) Amended and Superseded Claims**

    to be served by first-class mail, postage prepaid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A (Duplicate Claimants) and Exhibit B (Amended Claimants) . A copy of the served Notices as listed above is attached hereto as Exhibits C and D.

Dated: December 22, 2005

_____
Kathleen M. Logan

Code: 2A-2B

SERVICE LIST

EXHIBIT A
(DUPLICATE CLAIMANTS)

SERVICE LIST - EXHIBIT A

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ<br>1201 SOUTH W S YOUNG DRIVE<br>PO BOX 10309<br>KILLEEN TX 76547-0309 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>C/O LAW OFFICES OF JAMES O CURE<br>ATTN JAMES O CURE, ESQ<br>2584 BLUE MEADOW DRIVE<br>TEMPLE TX 76502 | CREDITOR ID: 1001-RJ<br>440 GROUP, LTD<br>ATTN GENE WILLIAMS<br>PO BOX 578<br>KILLEEN TX 76540-0578 |
| CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 241581-12<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRES<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY 40299-1924 | CREDITOR ID: 373524-44<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRESIDENT<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY 40299-1924 |
| CREDITOR ID: 403559-15<br>ALBERINO, VERONICA<br>C/O GOLDBERG & CATREN, PA<br>ATTN SHEILA GOLDBERG, ESQ<br>5353 NORTH FEDERAL HWY, SUITE 407<br>FORT LAUDERDALE FL 33308 | CREDITOR ID: 403559-15<br>ALBERINO, VERONICA<br>108 SE 10TH STREET, APT 102J<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 83828-09<br>ALBERINO, VERONICA M<br>C/O GOLDBERG & CATREN, PA<br>ATTN SHEILA GOLDBERG, ESQ<br>5353 NORTH FEDERAL HWY, SUITE 407<br>FORT LAUDERDALE FL 33308 |
| CREDITOR ID: 83828-09<br>ALBERINO, VERONICA M<br>108 SE 10 STREET, APT 102J<br>DEERFIELD BEACH FL 33441 | CREDITOR ID: 398023-74<br>ALLEN NORTON & BLUE, PA<br>ATTN ROBERT LARKIN/R NORTON<br>121 MAJORCA AVENUE<br>CORAL GABLES FL 33134 | CREDITOR ID: 399731-15<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 |
| CREDITOR ID: 408408-15<br>ALRO METALS SERVICE CENTER<br>ATTN JOHN F RUMLER<br>PO BOX 927<br>JACKSON MI 49204 | CREDITOR ID: 242071-12<br>ALRO METALS SERVICE CENTER<br>ATTN MARTIN KORN<br>6200 PARK OF COMMERCE BLVD<br>BOCA RATON FL 33487 | CREDITOR ID: 395536-15<br>AMERICAN ELECTRIC POWER<br>ATTN DEBRA CROUCH<br>PO BOX 2021<br>ROANOKE VA 24022-2121 |
| CREDITOR ID: 400438-15<br>AMERICAN FOOD DISTRIBUTORS, INC<br>ATTN LEN KANTER, VP<br>325 WIRELESS BLVD<br>HAUPPAUGE NY 11788 | CREDITOR ID: 400438-15<br>AMERICAN FOOD DISTRIBUTORS, INC<br>C/O MACCO & STERN<br>ATTN RICHARD L STERN, ESQ<br>135 PINELAWN ROAD<br>MELVILLE NY 11747 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 242341-12<br>AMSOIL INC<br>ATTN DEENAH L PETERSON, ACCTG MGR<br>AMSOIL BUILDING<br>925 TOWER AVENUE<br>SUPERIOR, WI 54880 | CREDITOR ID: 403478-15<br>AMSW, INC<br>C/O STOVASH, CASE & TINGLEY, PA<br>ATTN RACHEL E ADAMS, ESQ<br>200 S ORANGE AVENUE, SUITE 1200<br>ORLANDO FL 32801 | CREDITOR ID: 381744-15<br>ANCO FINE CHEESE<br>ATTN LESLEY RICHMOND, CR MGR<br>149 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 |
| CREDITOR ID: 242377-12<br>ANDERSON ROOFING CO, INC<br>ATTN PAUL M ANDERSON III, PRES<br>PO BOX 976<br>ALBANY, GA 31702 | CREDITOR ID: 242446-12<br>APOLLO TRADING LTD<br>ATTN ROBERT S POST, PRES<br>PO BOX 812379<br>BOCA RATON, FL 33481-2379 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 386298-54<br>ASMER, GENEVIEVE<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 386298-54<br>ASMER, GENEVIEVE<br>1001 STARKEY RD, LOT 571<br>LARGO FL 33771 | CREDITOR ID: 391407-55<br>ASMER, GENEVIEVE<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 |

SERVICE LIST - EXHIBIT A
**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407612-15<br>ATLANTA JOURNAL & CONSTITUTION, THE<br>ATTN VANN BEASLEY, CREDIT MGR<br>72 MARIETTA STREET NW<br>ATLANTA GA 30302 | CREDITOR ID: 404008-15<br>ATMOS ENERGY CORP FKA TXU GAS CO<br>ATTN BANKRUPTCY DEPT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | CREDITOR ID: 405936-15<br>ATMOS ENERGY CORP FKA TXU GAS CO<br>C/O BANKRUPTCY DEPARTMENT<br>ATTN DON WELLS, SUPERV<br>PO BOX 650393<br>DALLAS TX 75265-0393 |
| CREDITOR ID: 399351-15<br>B&F SYSTEM, INC DBA HOME OF MAXAM<br>PRODUCTS<br>C/O HANCE SCARBOROUGH WRIGHT ET AL<br>ATTN FRANK J WRIGHT ESQ<br>14755 PRESTON ROAD SUITE 600<br>DALLAS TX 75254 | CREDITOR ID: 381113-47<br>B&K DIESEL ELECTRIC SERVICE INC<br>ATTN KIMI CRUMBLEY, VP<br>PO BOX 28898<br>JACKSONVILLE, FL 32226-8898 | CREDITOR ID: 278848-30<br>BAILEY FARMS<br>ATTN DEBORAH BAILEY, VP<br>3553 TAR RIVER RD<br>OXFORD, NC 27565 |
| CREDITOR ID: 383993-47<br>BAKER MAID PRODUCTS INC<br>ATTN DARRYL SORENSEN, PRES<br>403 SOUTH MAIN STREET<br>POPLARVILLE, MS 39470 | CREDITOR ID: 242958-12<br>BAKER MAID PRODUCTS, INC<br>ATTN DARRYL SORENSEN, PRES<br>403 SOUTH MAIN STREET<br>POPLARVILLE MS 39470 | CREDITOR ID: 381741-15<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA 70456 |
| CREDITOR ID: 381741-15<br>BALLARD PETROLEUM, INC<br>C/O POWERS & HIGHTOWER, LLP<br>ATTN JEFFREY J GUIDRY, ESQ<br>7967 OFFICE PARK BLVD<br>PO BOX 15948<br>BATON ROUGE LA 70895 | CREDITOR ID: 389782-54<br>BAMFORD, JACQUELINE E<br>155 N. ORANGE ST<br>STARKE FL 32091 | CREDITOR ID: 89377-09<br>BAMFORD, JACQUELINE E<br>155 N ORANGE ST<br>STARKE FL 32091 |
| CREDITOR ID: 243158-12<br>BAYFORCE TECHNOLOGY SOLUTIONS<br>ATTN: MICHAEL NAGY<br>146 2ND STREET N, SUITE 107<br>ST PETERSBURG, FL 33701 | CREDITOR ID: 404208-95<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO IL 60690-1455 | CREDITOR ID: 243169-12<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO, IL 60690-1455 |
| CREDITOR ID: 315701-36<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | CREDITOR ID: 315701-36<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN GERARD S CATALANELLO, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 410927-15<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 |
| CREDITOR ID: 243366-12<br>BEST ACCESS SYSTEMS<br>ATTN R M MINCE<br>6161 E 75TH ST<br>INDIANAPOLIS IN 46250 | CREDITOR ID: 399396-15<br>BEST ACCESS SYSTEMS<br>ATTN RAY MINCE<br>6161 E 75TH STREET<br>INDIANAPOLIS IN 46250 | CREDITOR ID: 398281-78<br>BETROS, GEORGE L<br>2837 CARAWAY DRIVE<br>TUCKER, GA 30084 |
| CREDITOR ID: 381939-15<br>BINSWANGER GLASS<br>ATTN JOHN LUMPKIN, MGR<br>2931 LIME STREET<br>METAIRIE LA 70006 | CREDITOR ID: 243546-12<br>BINSWANGER GLASS COMPANY<br>ATTN: WW GOULD III, CREDIT MNGR<br>PO BOX 172321<br>MEMPHIS, TN 38187-2321 | CREDITOR ID: 240811-10<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 |
| CREDITOR ID: 243998-12<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | CREDITOR ID: 243998-12<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 244124-12<br>BTP MECHANICAL COMPANY LLC<br>ATTN REBECCA SANDIDGE, OWNER<br>7431 WHITE PINE ROAD<br>RICHMOND, VA 23237 |

SERVICE LIST - EXHIBIT A

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 244425-12<br>CAMPBELL REAL ESTATE, INC<br>ATTN COLIN CAMPBELL JR, PRES<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 | CREDITOR ID: 384033-47<br>CAMPBELL REAL ESTATE, INC<br>ATTN COLIN CAMPBELL, JR PRESIDENT<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 | CREDITOR ID: 381755-15<br>CAPITAL TRAILER & EQUIPMENT CO, INC<br>DBA CAPITAL VOLVO TRUCK & TRAILER<br>ATTN BILL MAXWELL, CEO<br>185 WEST BOULEVARD<br>MONTGOMERY AL 36108 |
| CREDITOR ID: 410916-15<br>CAPMARK SERVICES, INC, AGENT<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410916-15<br>CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 392014-55<br>CARACCIOLA, MARY<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN JR, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 |
| CREDITOR ID: 407689-15<br>CARHILL & ASSOCIATES<br>ATTN DAN CARHILL<br>266 NE 4TH STREET<br>GRESHAM OR 97030 | CREDITOR ID: 406466-MS<br>CARHILL, DANIEL<br>PO BOX 1007<br>GRESHAM OR 97030-0219 | CREDITOR ID: 399295-15<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 |
| CREDITOR ID: 244968-12<br>CHAMBERS & ASSOCIATES, INC<br>ATTN DERRILL C MCLENDON, PRES<br>PO BOX 1652<br>DECATUR, GA 30031-1652 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>C/O ROBERT C MEYER, PA<br>ATTN ROBERT MEYER, ESQ<br>2223 CORAL WAY<br>MIAMI FL 33145 |
| CREDITOR ID: 392372-55<br>CHAPMAN, QUIDA L<br>C/O BROBSTON & BROBSTON, PC<br>ATTN E L BROBSTON, ESQ<br>304 NORTH 18TH STREET<br>BESSEMER AL 35020 | CREDITOR ID: 188-03<br>CHESTER METROPOLITAN DISTRICT<br>ATTN MARY NELL MCKENZIE<br>PO BOX 550<br>CHESTER SC 29706-0550 | CREDITOR ID: 245209-12<br>CHESTER METROPOLITAN DISTRICT<br>ATTN MARY NELL MCKENZIE<br>PO BOX 550<br>CHESTER SC 29706-0550 |
| CREDITOR ID: 245301-12<br>CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRES<br>PO BOX 470039<br>LAKE MONROE FL 32747 | CREDITOR ID: 404364-95<br>CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRESIDENT<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 | CREDITOR ID: 402087-15<br>CHRISTENSEN GROUP, THE<br>C/O KOLDENHOVEN & ASSOCIATES, INC<br>ATTN LINDA KOLDENHOVEN<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 |
| CREDITOR ID: 410777-15<br>CINCINNATI BELL TELEPHONE CO<br>ATTN CREDIT & COLLECTIONS MANAGER<br>201 EAST FOURTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 404031-15<br>CITY OF HOLLYWOOD PUBLIC WORKS DEPT<br>C/O CITY ATTORNEY<br>ATTN TRACY A LYONS, ESQ<br>2600 HOLLYWOOD BLVD, SUITE 407<br>HOLLYWOOD FL 33020 | CREDITOR ID: 405916-99<br>CITY OF HUNTSVILLE<br>C/O MICHAEL E LEE, ESQ<br>200 WEST SIDE SQUARE, SUITE 803<br>HUNTSVILLE AL 35801-4816 |
| CREDITOR ID: 245980-12<br>CITY OF MOULTRIE<br>C/O WHELCHEL CARLTON & WALLER LLP<br>ATTN MICKEY E WALLER, ESQ<br>PO BOX 758<br>MOULTRIE GA 31776 | CREDITOR ID: 245980-12<br>CITY OF MOULTRIE<br>PO BOX 3368<br>MOULTRIE, GA 31776 | CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427 |
| CREDITOR ID: 246019-12<br>CITY OF NORTH MIAMI BEACH<br>C/O NORTH MIAMI BEACH CITY ATTORNEY<br>17011 NE 19TH AVENUE<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 779-03<br>CITY OF RAYMOND WATER DEPT<br>ATTN BRENDA A HUBBARD<br>PO BOX 10<br>RAYMOND MS 39154 | CREDITOR ID: 381789-15<br>CITY OF RAYMOND WATER DEPT, MS<br>ATTN BRENDA A HUBBARD<br>PO BOX 10<br>RAYMOND MS 39154 |

SERVICE LIST - EXHIBIT A

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246116-12<br>CITY OF RAYNE<br>ATTN LARRY T RICHARDS, ESQ<br>PO BOX 69<br>RAYNE, LA 70578-0069 | CREDITOR ID: 262786-12<br>CITY OF RIVIERA BEACH<br>ATTN PATRICIA B JACKSON, MGR<br>600 W BLUE HERON BLVD<br>RIVIERA BEACH FL 33404 | CREDITOR ID: 240257-06<br>CITY OF RIVIERA BEACH<br>ATTN PATRICIA B JACKSON, MGR<br>600 W BLUE HERON BOULEVARD<br>RIVIERA BEACH FL 33404 |
| CREDITOR ID: 246240-12<br>CITY OF VIDALIA TAX DEPT<br>ATTN KIM M BARNES<br>PO BOX 280<br>VIDALIA, GA 30474-0280 | CREDITOR ID: 317547-42<br>CITY OF VIDALIA, GA<br>ATTN KIM M BARNES, CITY CLERK<br>PO BOX 280<br>VIDALIA, GA 30475-0280 | CREDITOR ID: 246296-12<br>CLABBER GIRL BAKING CORP<br>ATTN LINDA FORSYTHE, CONTROLLER<br>PO BOX 150<br>TERRE HAUTE, IN 47808-0150 |
| CREDITOR ID: 391426-55<br>CLARK, THELMA<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J. PAULK, ESQ<br>501 SOUTH GRANT STREET<br>PO BOX 1315<br>FITZGERALD GA 31750-1315 | CREDITOR ID: 393142-55<br>CLARK, THELMA<br>C/O TERRENCE PAULK, PC<br>ATTN TERRENCE PAULK, ESQ<br>PO BOX 1315<br>FITZGERALD GA 317501315 | CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>C/O AWTREY & PARKER, PC<br>ATTN ROBERT B SILLIMAN, ESQ<br>250 LAWRENCE STREET<br>PO BOX 997<br>MARIETTA GA 30061 |
| CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061 | CREDITOR ID: 399294-15<br>COLLIERS KEENAN, INC<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | CREDITOR ID: 382468-51<br>COMMERCEQUEST<br>ATTN ERIKA BRAGAN, VP FINANCE<br>5481 W WATERS AVE, SUITE 100<br>TAMPA, FL 33634-1205 |
| CREDITOR ID: 246717-12<br>COMMERCEQUEST, INC<br>ATTN ERIKA BRAGAN, VP FIN<br>5481 WEST WATERS AVENUE, SUITE 100<br>TAMPA FL 33634-1205 | CREDITOR ID: 403269-83<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>SERVICES CABINET<br>ATTN RICHARD WARNE, ESQ<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621 | CREDITOR ID: 403269-83<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 |
| CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | CREDITOR ID: 388665-54<br>CONDOMINA, ONDINA<br>SADOW & GOROWITZ, PA<br>ATTN SUZANNE GOROWITZ, ESQ<br>80 SW 8TH STREET, STE 1910<br>MIAMI FL 33130 |
| CREDITOR ID: 388665-54<br>CONDOMINA, ONDINA<br>220 SW 67 COURT<br>MIAMI FL 33144 | CREDITOR ID: 392710-55<br>CONDOMINA, ONDINA<br>C/O SADOW & GOROWITZ, PA<br>ATTN SUZANNE GOROWITZ, ESQ<br>80 SW 8TH STREET, STE 1910<br>MIAMI FL 33130 | CREDITOR ID: 17385-05<br>CONDOMINA, ONDINA C<br>220 SW 67 COURT<br>MIAMI FL 33144 |
| CREDITOR ID: 247046-12<br>COTTLE STRAWBERRY NURSERY, INC<br>ATTN RON E COTTLE, PRES<br>192 NED COTTLE LANE<br>FAISON, NC 28341 | CREDITOR ID: 404044-15<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS GA 30603 | CREDITOR ID: 247606-12<br>COUNTY OF DARLINGTON<br>ATTN B D COPELAND OR T DICKERSON<br>PO BOX 1070<br>CHARLOTTE, NC 28201-1070 |
| CREDITOR ID: 403430-15<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN WILLIE RESPRESS/D MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA GA 30303 | CREDITOR ID: 250685-12<br>COUNTY OF GLYNN FINANCE DEPT, GA<br>WATER AND SEWER<br>ATTN PHYLLIS MCNICOLL, FIN DIRECTOR<br>1725 REYNOLDS STREET, SUITE 300<br>BRUNSWICK, GA 31520 | CREDITOR ID: 250685-12<br>COUNTY OF GLYNN FINANCE DEPT, GA<br>C/O GLYNN COUNTY ATTORNEY<br>ATTN L WILLIAM WORLEY, ESQ<br>HISTORIC GLYNN COUNTY COURTHOUSE<br>701 G STREET, 2D FLOOR<br>BRUNSWICK GA 31520 |

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 251538-12<br>COUNTY OF HERNANDO UTILITIES<br>ATTN KENT L WEISSINGER, ESQ<br>20 N MAIN STREET, SUITE 462<br>BROOKSVILLE FL 34601 | CREDITOR ID: 240494-06<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA FL 33610 | CREDITOR ID: 381958-15<br>COUNTY OF TUSCALOOSA TAX COLL<br>ATTN PEYTON C COCHRANE<br>714 GREENSBORO AVENUE, ROOM 124<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 247147-12<br>CPM ASSOCIATES LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 408233-97<br>CT DRIVER<br>ATTN: JOANNA DRIVER, CO OWNER<br>938 CHESSON HILL DRIVE<br>FITZPATRICK AL 36029 | CREDITOR ID: 381019-47<br>CT DRIVER<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY, AL 36116 |
| CREDITOR ID: 247302-12<br>CT DRIVER SIGNS & LIGHTING<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY AL 36116 | CREDITOR ID: 279201-99<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE, LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, SUITE 2800<br>KANSAS CITY MO 64108-2684 |
| CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 410563-15<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | CREDITOR ID: 406551-MS<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DRIVE WEST<br>BAY ST LOUIS MS 39520 |
| CREDITOR ID: 386216-54<br>DEAL, RONALD<br>412 KELLY LANE<br>MILL SPRING NC 28756 | CREDITOR ID: 393399-55<br>DELGATTO, BONNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 383211-15<br>DELL MARKETING, LP<br>C/O HUGHES & LUCE, LLP<br>ATTN SABRINA L STREUSAND, ESQ<br>111 CONGRESS AVENUE, SUITE 900<br>AUSTIN TX 78701 |
| CREDITOR ID: 2196-07<br>DIXIE LAND SC, LLC<br>C/O PARKWAY ASSET MANAGEMENT CORP<br>ATTN PAUL J GINGRAS, PRESIDENT<br>235 MOORE STREET, SUITE 102<br>HACKENSACK NJ 07601 | CREDITOR ID: 2196-07<br>DIXIE LAND SC, LLC<br>C/O FORMAN HOLT & ELIADES LLC<br>ATTN DANIEL M ELIADES, ESQ<br>218 ROUTE 17 NORTH<br>ROCHELLE PARK NJ 07662 | CREDITOR ID: 22386-05<br>DOSS, LISA G<br>30 EDGEWOOD DR<br>SELMA AL 36701 |
| CREDITOR ID: 254854-12<br>DOSS, LISA G<br>30 EDGEWOOD DRIVE<br>SELMA AL 36701 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>C/O COOK PERKISS & LEW<br>ATTN: DAVID J COOK, ESQ<br>PO BOX 270<br>SAN FRANCISCO CA 94104-0270 |
| CREDITOR ID: 384079-47<br>DS&S CO<br>ATTN MARY WEAVER, OWNER<br>PO BOX 74<br>HONORAVILLE, AL 36042 | CREDITOR ID: 410524-15<br>DUBOUR, JOHN<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 123205-09<br>EDOUARD-CALIXTE, RAYMONDE<br>160 ZENITH CIRCLE<br>FT MYERS FL 33913 |
| CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 1297-07<br>ELFERS SQUARE CENTER INC<br>C/O MORSE & GOMEZ, PA<br>ATTN ALBERTO F GOMEZ JR, ESQ<br>119 S DAKOTA AVENUE<br>TAMPA FL 33606 | CREDITOR ID: 406005-15<br>EMBUTIDOS PALACIOS USA INC<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON FL 33432 |

**SERVICE LIST - EXHIBIT A**
**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248985-12<br>EMPRESS INTERNATIONAL LTD<br>ATTN GRACE BISCHOFF<br>10 HARBOR PARK DR<br>PORT WASHINGTON, NY 11050-4602 | CREDITOR ID: 399625-15<br>EMPRESS INTERNATIONAL, LTD<br>ATTN MAGDALENA K BROWN, CR MGR<br>2 MONUMENT SQUARE, 8TH FL<br>PORTLAND ME 04101 | CREDITOR ID: 248998-12<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474 |
| CREDITOR ID: 249032-12<br>ENVIRO SAFE CARPET CLEANING<br>ATTN ADAM T DANOS, OWNER<br>PO BOX 1702<br>RACELAND, LA 70394 | CREDITOR ID: 411171-15<br>EQUITY ONE (HUNTER'S CREEK) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 254121-12<br>ERICKSON, KRISTOPHER<br>240 GRANDE VISTA STREET<br>DEBARRY, FL 32713 |
| CREDITOR ID: 406616-MS<br>EVANS, SAMUEL W<br>1245 SOUTH POWERLINE ROAD<br>PO BOX 299<br>POMPANO BEACH FL 33069 | CREDITOR ID: 399347-15<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 381750-15<br>EZY TIME FOOD PRODUCTS BLENDCO INC<br>ATTN CHARLEY MCCAFFREY, PRES<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39401 |
| CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 374946-44<br>FLOWERS BAKING CO OF JACKSONVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 251211-12<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 411135-15<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 N BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 269255-16<br>FOOD LION, LLC<br>ATTN REAL ESTATE DEPARTMENT<br>2110 EXECUTIVE BLVD<br>SALISBURY, NC 28145-1330 | CREDITOR ID: 269255-16<br>FOOD LION, LLC<br>AKIN GUMP, ET AL<br>ATTN PATRICK J IVIE, ESQ<br>2029 CENTURY PARK EAST, STE 2400<br>LOS ANGELES CA 90067-3012 |
| CREDITOR ID: 397198-67<br>FOOD LION, LLC<br>ATTN A O GOODRICH, ESQ/LEGAL DEPT<br>2110 EXECUTIVE DRIVE<br>SALISBURY, NC 28145-1330 | CREDITOR ID: 406643-MS<br>FORBUS, DAVID L<br>103 BRIARCREST LANE<br>HENDERSONVILLE TN 37075 | CREDITOR ID: 411043-15<br>FRANKFORT ELECTRIC & WATER PLANT BD<br>C/O CREDIT CLEARING HOUSE OF AM INC<br>ATTN CANDICE GRIMES<br>305 WEST MARKET STREET<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 411136-15<br>FRANKLIN BAKING CO LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 N BROAD STREET<br>THOMASVILLE GA 31772 | CREDITOR ID: 374945-44<br>FRANKLIN BAKING CO LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 384137-47<br>G&M FOOD EQUIPMENT SALES & SERVICE<br>ATTN GREG BUXTON, MGR<br>PO BOX 7704<br>SPANISH FORT, AL 36577-7704 |
| CREDITOR ID: 250259-12<br>GARDENS PARK PLAZA  219<br>505 S FLAGLER DR STE 1010<br>WEST PALM BEACH, FL 33401-5923 | CREDITOR ID: 250259-12<br>GARDENS PARK PLAZA  219<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ.<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 392401-55<br>GARDINER, MARY REGINA<br>C/O THE GLENN ARMENTOR LAW CORP<br>ATTN RICHARD E SMITH, ESQ<br>300 STEWART STREET<br>LAFAYETTE LA 70501 |
| CREDITOR ID: 395561-15<br>GARGONE, PHILLIP<br>C/O TODD M LADOUCEUR, PA<br>ATTN TODD M LADOUCEUR, ESQ<br>4286 WOODBINE ROAD, SUITE A<br>PACE FL 32571 | CREDITOR ID: 385264-54<br>GARGONE, PHILLIP<br>C/O TODD M LADOUCEUR, PA<br>ATTN TODD M LADOUCEUR, ESQ<br>4286 WOODBINE ROAD, SUITE A<br>PACE FL 32571 | CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |

SERVICE LIST - EXHIBIT A

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 | CREDITOR ID: 403314-83<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>2866 E. OAKLAND PARK BLVD<br>FT. LAUDERDALE FL 33306 | CREDITOR ID: 394068-61<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 |
| CREDITOR ID: 401802-15<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN SANDY R TOPKIN, ESQ<br>2866 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 250724-12<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT, CREDIT MGR<br>909 PACKERLAND DRIVE<br>GREEN BAY  WI 54303 | CREDITOR ID: 403504-15<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 |
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 | CREDITOR ID: 402203-90<br>HAMMOND, WALTER B<br>307 THREE SKILLET ROAD<br>SPRINGTOWN TX 76082 |
| CREDITOR ID: 251283-12<br>HARRIS FREEMAN & CO, LP<br>ATTN CFO<br>DEPT 2412<br>LOS ANGELES, CA 90084-2412 | CREDITOR ID: 251283-12<br>HARRIS FREEMAN & CO, LP<br>C/O DEMBO & SALDUTTI<br>ATTN ANNE S CANTWELL, ESQ<br>102 BROWNING LANE, BLDG B<br>CHERRY HILL NJ 08003 | CREDITOR ID: 383209-15<br>HARTFORD INSURANCE CO, SUBROGEE<br>TO MAXINE POWELL-DACOSTA<br>C/O CHERYL L BLOCKER, ESQ<br>BAYPORT PLAZA, SUITE 1100<br>3000 BAYPORT DRIVE<br>TAMPA FL 33607 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 145862-09<br>HILL, ARLEEN M<br>336 STRELING ROSE CT<br>APOPKA FL 32703 |
| CREDITOR ID: 410522-15<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 251715-12<br>HOEKSEMA ENTERPRISES, INC DBA<br>GILLIARDS TRUCK SERVICE<br>ATTN RICK HOEKSEMA, PRES<br>2740 INDUSTRIAL PARK DRIVE<br>LAKELAND FL 33801 | CREDITOR ID: 251102-12<br>HR LEWIS PETROLEUM CO<br>ATTN JERRY STAPP, VP<br>PO BOX 40763<br>JACKSONVILLE, FL 32203-0763 |
| CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>C/O MORSE & GOMEZ, PA<br>ATTN ALBERTO F GOMEZ JR, ESQ<br>119 S DAKOTA AVENUE<br>TAMPA FL 33606 | CREDITOR ID: 1447-07<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | CREDITOR ID: 399797-84<br>HUGHES, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 |
| CREDITOR ID: 381924-15<br>HUGHES, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>PO BOX 1649<br>DOTHAN AL 36302 | CREDITOR ID: 392019-55<br>HUTSON, KENNETH<br>C/O BARRS WILLIAMSON STOLBERG ET AL<br>ATTN MELISSA S WIEGNER, ESQ<br>2503 WEST SWANN AVENUE<br>TAMPA FL 33609-4017 | CREDITOR ID: 406804-MS<br>INCLAN, GARY B<br>2806 TUPELO COURT<br>LONGWOOD FL 32779 |
| CREDITOR ID: 403776-94<br>INCLAN, GARY B<br>2806 TUPELO COURT<br>LONGWOOD FL 32779 | CREDITOR ID: 382722-51<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CREDIT REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | CREDITOR ID: 399337-15<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 |

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252195-12<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | CREDITOR ID: 410788-15<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 279142-33<br>JA-RU, INC<br>ATTN KENNETH T KOCHAN, CFO<br>4030 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 279142-33<br>JA-RU, INC<br>C/O HELD & ISRAEL<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 33207-9073 | CREDITOR ID: 253299-12<br>JOHNS SEAFOOD COMPANY<br>ATTN FRANK J PANEPINTO, OFF MGR<br>1709 LAKE SALVADOR DRIVE<br>HARVEY, LA 70058 | CREDITOR ID: 406822-MS<br>JOHNSON, HUGH T JR<br>103 CATHEDRAL WAY<br>CARY NC 27513 |
| CREDITOR ID: 402728-89<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT<br>ELIZABETHTOWN KY 42701 | CREDITOR ID: 402728-89<br>JOHNSTON, KENNETH<br>C/O SKEETERS BENNETT & WILSON PLC<br>ATTN MICHAEL A PIKE, ESQ<br>PO BOX 610<br>RADCLIFF KY 40160 | CREDITOR ID: 405959-15<br>JONES WALKER<br>ATTN A BRUNS OR W BACKSTROM JR ESQS<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS LA 70170 |
| CREDITOR ID: 380973-47<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | CREDITOR ID: 407691-15<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN A TODESCO, SR, PRESIDENT<br>8401 DRURY ST<br>METAIRIE LA 70003 | CREDITOR ID: 253567-12<br>KAL FOODS INC<br>PO BOX 402821<br>ATLANTA, GA 30384-2821 |
| CREDITOR ID: 407570-15<br>KAL KAN FOODS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 253554-12<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE SC 29502-5533 | CREDITOR ID: 380999-47<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE, SC 29502-5533 |
| CREDITOR ID: 375669-44<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE, SC 29502-5533 | CREDITOR ID: 382756-51<br>KOLDENHOVEN & ASSOCIATES, INC DBA<br>THE CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRESIDENT<br>4395 SAINT JOHNS PKWY<br>SANFORD, FL 32771-5381 | CREDITOR ID: 403802-94<br>LAFEVER, DANIEL G<br>5004 SHELLEY COURT<br>ORLANDO FL 32807-1372 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 410523-15<br>LAW, TRAVIS<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 410521-15<br>LEWIS, TIFFNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 254941-12<br>LOGO CHAIR DBA LOGO INC<br>ATTN SHEA POPE, REGIONAL SALES MGR<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 | CREDITOR ID: 381044-47<br>LOGO INC<br>ATTN WILLIAM MCCAULEY, PRES<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 |
| CREDITOR ID: 255178-12<br>M&M MARS<br>PO BOX 100593<br>ATLANTA, GA 30384-0593 | CREDITOR ID: 407569-15<br>M&M MARS - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 255225-12<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 |

**SERVICE LIST - EXHIBIT A**

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 |
| CREDITOR ID: 255308-12<br>MAGLA PRODUCTS, LLC<br>ATTN JANE CORLEY, AR MGR<br>PO BOX 1934<br>MORRISTOWN, NJ 07962-1934 | CREDITOR ID: 399352-15<br>MAPA SPONTEX, INC<br>ATTN SUE ELLEN POLK, CR COLL SUPERV<br>100 SPANTEX DRIVE<br>COLUMBIA TN 38401 | CREDITOR ID: 397347-15<br>MARKY'S CAVIAR<br>ATTN PATRICIA PARKER<br>687 NE 79TH STREET<br>MIAMI FL 33138 |
| CREDITOR ID: 403456-15<br>MARLIN LEASING CORPORATION<br>ATTN REBECCA SENTELL<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 | CREDITOR ID: 406931-MS<br>MARTIN, JOSEPH<br>9 RED OAK<br>COVINGTON KY 70433 | CREDITOR ID: 406127-97<br>MCKEE FOODS CORPORATION<br>ATTN BARRY S PATTERSON, CFO<br>PO BOX 2118<br>COLLEGEDALE TN 37315 |
| CREDITOR ID: 255906-12<br>MCKEE FOODS CORPORATION<br>ATTN VALERIE PHILLIPS<br>PO BOX 750<br>COLLEGEDALE, TN 37315 | CREDITOR ID: 390646-55<br>MCMULLEN, SANDRA<br>C/O HINTON & POWELL<br>ATTN DOUGLAS R POWELL, ESQ<br>3340 PEACHTREE ROAD NE, SUITE 2800<br>ATLANTA GA 30326 | CREDITOR ID: 400278-85<br>MCNEIL, FREDDIE<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 |
| CREDITOR ID: 406983-MS<br>MELVIN, CHARLES L<br>299 LAKEVIEW CABINS DR<br>NEW CONCORD KY 42076 | CREDITOR ID: 50633-05<br>MENDEZ, OSLY Y<br>5716 CODY STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 50633-05<br>MENDEZ, OSLY Y<br>C/O MALCA AND JACOBS, PA<br>ATTN RAMON MALCA, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 |
| CREDITOR ID: 384235-47<br>METTLER-TOLEDO, INC<br>ATTN DANIEL P BUETTIN, RET CR DEPT<br>1900 POLARIS PARKWAY<br>COLUMBUS OH 43240 | CREDITOR ID: 262856-12<br>MIAMI HERALD PUBLISHING CO, THE<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FL<br>MIAMI FL 33132 | CREDITOR ID: 256176-12<br>MIAMI SAFE & LOCK INC<br>ATTN CYNTHIA BAGWELL<br>11750 SW 95TH AVENUE<br>MIAMI, FL 33176-4251 |
| CREDITOR ID: 278523-24<br>MIDWEST CENTERS LTD<br>ATTN ALVIN LIPSON, MANAGING MEMBER<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 | CREDITOR ID: 407012-MS<br>MORGAN, WILLIAM E<br>6479 SABLE WOODS DRIVE EAST<br>JACKSONVILLE FL 32244 | CREDITOR ID: 399353-15<br>MORGRAN COMPANY, THE<br>C/O GINNIE VAN KESTEREN, ESQ<br>111 SECOND AVENUE NE, SUITE 706<br>ST PETERSBURG FL 33701 |
| CREDITOR ID: 256761-12<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 381758-15<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM PA<br>ATTN BRITT BATSON GRIGGS ESQ<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 395578-15<br>MURRAY'S CONTRACT HARDWARE, INC<br>ATTN WALTER S MURRAY SR, PRES<br>5429 RAMONA BLVD<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 399690-YY<br>NATCO INC FKA HOBART SALES & SVCE<br>ATTN BELLA NATALICCHIO<br>PO BOX 4607<br>WILMINGTON NC 28406 |

SERVICE LIST - EXHIBIT A
Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:** **05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257152-12<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>ATTN DONALD BARKEMEYER, OWNER<br>14854 HAYNE BLVD<br>NEW ORLEANS, LA 70128 | CREDITOR ID: 395547-15<br>NORTHWEST NATURAL PRODUCTS, INC<br>ATTN ELLEN PONAS/RON RIDDOUT<br>6350 NE CAMPUS DRIVE<br>VANCOUVER WA 98661 | CREDITOR ID: 376433-44<br>NOWELL, LINDA C, BENEFICIARY<br>OF MORRIS M NOWELL<br>609 COOKSTOWN DRIVE<br>SMYRNA, TN 37167 |
| CREDITOR ID: 257482-12<br>NU-SAFE FLOOR SOLUTIONS INC<br>ATTN PATRICIA FISHER, PRES<br>PO BOX 663<br>FLORENCE, KY 41022-0663 | CREDITOR ID: 378298-15<br>OCEAN SPRAY CRANBERRIES, INC<br>ATTN BEVERLY COSTA, CR MGR<br>1 OCEAN SPRAY DR<br>LAKEVILLE MA 02349 | CREDITOR ID: 410526-15<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 410445-15<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 | CREDITOR ID: 410445-15<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 257806-12<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 382059-36<br>OTIS SPUNKMEYER INC<br>ATTN TED COMITO/ KATHY SOLIZ<br>14490 CATALINA ST<br>SAN LEANDRO CA 94577 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 279033-32<br>PEACE RIVER CITRUS PRODUCTS<br>ATTN ANDREW TAYLOR, FIN VP<br>582 BEACHLAND BLVD, SUITE 300<br>VERO BEACH FL 32963 | CREDITOR ID: 384288-47<br>PESCANOVA INC<br>ATTN: JOSE ABBAD, CEO<br>848 BRICKELL AVE, STE 210<br>MIAMI, FL 33131 | CREDITOR ID: 381766-15<br>PESCANOVA, INC<br>C/O METROGROUP<br>ATTN MARCUS L ARKY, ESQ<br>61 BROADWAY, SUITE 1410<br>NEW YORK NY 10006 |
| CREDITOR ID: 258435-12<br>PHARMACY RELIEF SVCS OF CTR FL INC<br>ATTN MARILYB A CUSKADEN, PRES<br>1810 POINCIANA RD<br>WINTER PARK FL 32792 | CREDITOR ID: 380959-47<br>PHARMACY RELIEF SVCS OF CTR FL INC<br>ATTN MARILYN A CUSKADEN, PRES<br>1810 POINCIANA RD<br>WINTER PARK, FL 32792 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 382068-36<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 1712-07<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 404021-15<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | CREDITOR ID: 258669-12<br>POINTE COUPEE ELECTRIC<br>ATTN KATHY STEELE, COLL SUPERV<br>PO BOX 160<br>NEW ROADS, LA 70760-0160 |
| CREDITOR ID: 259749-12<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 384327-47<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 |

**SERVICE LIST - EXHIBIT A**

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 279385-36
PREMIER BEVERAGE COMPANY, LLC
ATTN JORGE F GRAU, VP FIN
9801 PREMIER PARKWAY
MIRAMAR  FL 33025

CREDITOR ID: 279385-36
PREMIER BEVERAGE COMPANY, LLC
C/O BROWN RAYSMAN MILLSTEIN ET AL
ATTN GERARD S CATALANELLO, ESQ
900 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 258920-12
PRO-ACTIVE JANITORIAL SERVICES
ATTN JEFFREY HOROWITZ
156 20TH AVENUE SE
ST PETERSBURG FL 33705

CREDITOR ID: 399355-15
PRODUCERS RICE MILL, INC
ATTN VICKI BAKER, CR MGR
PO BOX 1248
STUTTGART AR 72160

CREDITOR ID: 258983-12
PROJECT ASSISTANTS, INC
C/O MORRIS NICHOLS ARSHT & TUNNELL
ATTN: MICHAEL G BUSENKELL, ESQ
1201 NORTH MARKET STREET
PO BOX 1347
WILMINGTON DE 19899-1347

CREDITOR ID: 258983-12
PROJECT ASSISTANTS, INC
ATTN ROBERT KIRKPATRICK
1409 FOULK ROAD, SUITE 200
WILMINGTON, DE 19803

CREDITOR ID: 394015-61
PYE, IRENE
9759 MACARTHUR COURT S
JACKSONVILLE, FL 32246

CREDITOR ID: 383213-15
PYE, IRENE L
9759 MACARTHUR CT S
JACKSONVILLE FL 32246

CREDITOR ID: 400119-15
PYXIS CONSULTING GROUP INC DBA
BAYFORCE TECHNOLOGY SOLUTIONS ET AL
C/O LAU LANE PIEPER CONLEY ET AL
PO BOX 838
TAMPA FL 33601

CREDITOR ID: 252380-12
RAYMER'S LAWN & SWEEPING SERVICE
ATTN IVA RAYMER, OWNER
8716 WINDSOR VIEW DRIVE
LOUISVILLE, KY 40272

CREDITOR ID: 402926-89
REDNOUR, STEVE K
570 BARBARA SUE LANE
MT WASHINGTON KY 40047

CREDITOR ID: 407117-MS
REDNOUR, STEVE K
570 BARBARA SUE LANE
MT WASHINGTON KY 40047

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 403349-83
REMILLARD LAW FIRM, PA
ATTN MICHELLE REMILLARD, OFF MGR
3201 SHAMROCK SOUTH, SUITE 102
TALLAHASSEE FL 32309

CREDITOR ID: 416946-15
REMKE MARKETS, INC
C/O DETERS BENZINGER & LAVELLE
ATTN ELIZABETH GRAHAM WEBER, ESQ
207 THOMAS MORE PKWY
CRESTVIEW HILLS KY 41017

CREDITOR ID: 2511-RJ
RIDGEVIEW INC
ATTN RODNEY M POOLE, ESQ
PO BOX 6895
RICHMOND, VA 23230-6895

CREDITOR ID: 259648-12
RIDGEVIEW INC
ATTN RODNEY M POOLE, ESQ
PO BOX 6895
RICHMOND, VA 23230-6895

CREDITOR ID: 407590-15
RUDEN MCCLOSKY SMITH SCHUSTER ET AL
ATTN KATIE A LANE, ESQ
200 E BROWARD BLVD, 15TH FLOOR
FORT LAUDERDALE FL 33301

CREDITOR ID: 381765-15
RUDEN MCCLOSKY SMITH SCHUSTER ET AL
ATTN KATIE A LANE, ESQ
200 E BROWARD BLVD, 15TH FLOOR
FORT LAUDERDALE FL 33301

CREDITOR ID: 381757-15
RUSSELL OIL COMPANY INC
C/O PARNELL & CRUM, PA
ATTN B B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 1831-RJ
SEVEN SPRINGS PLAZA LLC
C/O MAZAS MANAGEMENT
2551 DREW STREET, SUITE 301
CLEARWATER, FL 33765

CREDITOR ID: 1831-RJ
SEVEN SPRINGS PLAZA LLC
HARPER KYNES GELLER & BUFORD PA
ATTN CHARLES A BUFORD, ESQ
2560 GULF TO BAY BOULEVARD, STE 300
CLEARWATER FL 33765

CREDITOR ID: 383210-99
SEVEN SPRINGS PLAZA, LLC
C/O HARPER KYNES GELLER & BUFORD PA
ATTN: CHARLES A BUFORD, ESQ
2560 GULF TO BAY BLVD, SUITE 300
CLEARWATER FL 33765

CREDITOR ID: 261161-12
SLIM FAST FOODS - UNILEVER
ATTN RICHARD BELLIS
2200 CABOT DR, SUITE 200
LISLE IL 60532

CREDITOR ID: 69502-05
SMITH, MARTINO R
1166 RAGAN DR
GASTONIA NC 28054

CREDITOR ID: 403950-94
SOUMOFF, DENNIS P
10921 NW 12TH PLACE
PLANTATION FL 33322-0693

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407238-MS<br>STANLEY, ARLIE D<br>243 RANCH RD<br>JOSHUA TX 76058 | CREDITOR ID: 262004-12<br>STEVENS SAUSAGE COMPANY INC<br>C/O WOODRUFF REECE & FORTNER<br>ATTN GORDON C WOODRUFF, ESQ<br>1023-B W MARKET STREET<br>PO BOX 708<br>SMITHFIELD NC 27577 | CREDITOR ID: 262004-12<br>STEVENS SAUSAGE COMPANY INC<br>ATTN: TIM STEVENS, VP<br>PO BOX 2304<br>SMITHFIELD, NC 27577 |
| CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 262209-12<br>SUN FRESH OF FLORIDA<br>ATTN WILLIAM R COTTON, GEN MGR<br>1755 LAKESIDE AVENUE<br>ST AUGUSTINE, FL 32086 |
| CREDITOR ID: 262276-12<br>SUPREME HOTEL & RESTAURANT SUPPLY<br>ATTN LARRY GERTLER, PRESIDENT<br>2150 SW 30TH AVENUE<br>PEMBROKE PARK FL 33009 | CREDITOR ID: 381010-47<br>SUPREME HOTEL & RESTAURANT SUPPLY CORP<br>ATTN LARRY GERTLER, PRES<br>2150 SW 30TH AVENUE<br>PEMBROKE PARK, FL 33009 | CREDITOR ID: 262311-12<br>SUSHI EXPRESS<br>ATTN SAMMY LEUNG/SIU YIN CHAN, PRES<br>PO BOX 3516<br>WINTER PARK, FL 32790 |
| CREDITOR ID: 410374-15<br>SWEDISH MATCH NORTH AMERICA, INC &<br>SWEDISH MATCH CIGARS INC<br>C/O CHRISTIAN & BARTON, LLP<br>ATTN JENNIFER M MCLEMORE, ESQ<br>909 E MAIN STREET, SUITE 1200<br>RICHMOND VA 23219 | CREDITOR ID: 407266-MS<br>TARKE, NELSON<br>7541 SW 134TH COURT<br>MIAMI FL 33183 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O EDWARD VAN GUNTEN & CO, LPA<br>ATTN EDWARD A VAN GUNTEN, ESQ<br>6545 W CENRAL AVENUE, SUITE 209<br>TOLEDO OH 43617-1034 |
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | CREDITOR ID: 411067-15<br>TILIA, INC<br>ATTN ROSE MCCAULEY, ACCTG MGR<br>NORTH TOWER, 5TH FLOOR<br>303 SECOND STREET<br>SAN FRANCISCO CA 94107-6302 |
| CREDITOR ID: 399640-15<br>TILIA, INC<br>ATTN Z KAZMIERCZAK & D SANDERSON<br>NORTH TOWER, 5TH FLOOR<br>303 2ND STREET<br>SAN FRANCISCO CA 94107 | CREDITOR ID: 263271-12<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>PO BOX 1929<br>EASLEY SC 29641-1929 |
| CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 263409-12<br>TRADEWINDS PUBLICATIONS<br>ATTN CINDY M GERMANY, CIR MGR<br>PO BOX 1200<br>GREENWOOD, MS 38935-1200 | CREDITOR ID: 263506-12<br>TRI-COUNTY STRIPING & SWEEPER SVCES<br>ATTN MAX C STUDSTILL, OWNER<br>PO BOX 301<br>CENTERVILLE, GA 31028 |
| CREDITOR ID: 395747-65<br>TRI-COUNTY STRIPING & SWEEPER SVCES<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 407309-MS<br>TYJEWSKI, WILLIAM C<br>3390 CHEYENNE LN<br>JACKSONVILLE FL 32223-3267 | CREDITOR ID: 263727-12<br>UNCLE BENS<br>PO BOX 402832<br>ATLANTA, GA 30384-2832 |
| CREDITOR ID: 407571-15<br>UNCLE BENS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 263754-12<br>UNILEVER BEST FOODS<br>C/O UNILEVER - FOODS NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, STE 200<br>LISLE IL 60532 | CREDITOR ID: 264030-12<br>VANGUARD PLASTICS, INC<br>ATTN WILLIAM C SEANOR, CEO<br>4555 LANGLAND ROAD<br>FARMERS BRANCH TX 75244 |

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 269371-16
VISAGENT CORPORATION
C/O MARK RUBIN
2107 HENDRICKS AVENUE
JACKSONVILLE, FL 32207

CREDITOR ID: 264237-12
VISAGENT CORPORATION
2107 HENDRICKS AVE
JACKSONVILLE FL 32207

CREDITOR ID: 269371-16
VISAGENT CORPORATION
RUBIN & RUBIN
ATTN GUY B RUBIN, ESQ
PO BOX 395
STUART FL 34995

CREDITOR ID: 264237-12
VISAGENT CORPORATION
RUBIN & RUBIN
ATTN GUY B RUBIN, ESQ
PO BOX 395
STUART FL 34995

CREDITOR ID: 269370-16
VISAGENT CORPORATION
C/O RUBIN & RUBIN
ATTN GUY B RUBIN, ESQ
520 SOUTH FEDERAL HWY
PO BOX 395
STUART, FL 34995

CREDITOR ID: 407345-MS
WATHEN, PATRICK D
2246 SEAMAN CR
CHAMBLIE GA 30341

CREDITOR ID: 400971-91
WATTS, RALPH C
3719 CREEK HOLLOW LANE
MIDDLEBURG FL 32068

CREDITOR ID: 403983-94
WATTS, RALPH C
3719 CREEK HOLLOW LANE
MIDDLEBURG FL 32068

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O RONALD L HOOKER
435 OVERLOOK DRIVE
MAGGIE  VALLEY NC 28751

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 399363-15
WEINSTEIN WHOLESALE MEATS, INC
ATTN JOANNE VELEZ ACCT MGR
1328 W RANDOLPH ST
CHICAGO IL 60607

CREDITOR ID: 407362-MS
WETZEL, JACK T
6115 YUCCA DR
DOUGLASVILLE GA 30135

CREDITOR ID: 403109-89
WETZEL, JACK T
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 403109-89
WETZEL, JACK T
6115 YUCCA DRIVE
DOUGLASVILLE GA 30135

CREDITOR ID: 399298-15
WHITE, MARY DBA COASTAL NEWS SVCE
PO BOX 24386
ST SIMONS ISLAND GA 31522

CREDITOR ID: 394010-61
WILHOITE, MARIE
10447 GREENMORE DRIVE
JACKSONVILLE, FL 32246

CREDITOR ID: 383220-15
WILHOITE, MARIE E
10447 GREENMORE DRIVE
JACKSONVILLE FL 32246

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
5215 HIGHWAY AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
C/O MORFORD & WHITEFIELD
ATTN B THOMAS WHITEFIELD, ESQ
4040 WOODCOCK DRIVE, STE 202
JACKSONVILLE FL 32207

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
DICKSON ASHENFELTER SLOUS ET AL
ATTN RICHARD A TANNER, ESQ
250 BELLEVUE AVENUE
UPPER MONTCLAIR NJ 07043-1394

CREDITOR ID: 391414-55
WILLIAMS, ADA
C/O LAW OFFICES OF R SCOTT ILES
ATTN LEE ANN ILES, ESQ
PO BOX 3385
LAFAYETTE LA 70502

CREDITOR ID: 269587-18
WILSON, ANNIE
603 FINLEY AVENUE
SYLACAUGA AL 35150

CREDITOR ID: 397948-76
WILSON, ANNIE
603 FINLEY AVENUE
SYLACAUGA, AL 35150

CREDITOR ID: 235886-09
WILSON, ANNIE R
603 FINLEY AVE.
SYLACAUGA AL 35150

**Total:   348**

SERVICE LIST

EXHIBIT B
(AMENDED CLAIMANTS)

SERVICE LIST - EXHIBIT B

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403415-15<br>AADITYA INC<br>ATTN OJASH JARIWALA<br>3748 MT DIABLO AVENUE<br>LAFAYETTE CA 94549 | CREDITOR ID: 403502-15<br>AADITYA, INC.<br>ATTN OJASH JARIWALA<br>3748 MT DIABLO BLVD<br>LAFAYETTE CA 94549 | CREDITOR ID: 381978-36<br>ACADIANA BOTTLING CO, INC<br>C/O DAVIDSON, MEAUX, SONNIER ET AL<br>ATTN CHRISTOPHER J PIASECKI, ESQ<br>PO DRAWER 2908<br>LAFAYETTE LA 70502-2908 |
| CREDITOR ID: 410452-15<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | CREDITOR ID: 381978-36<br>ACADIANA BOTTLING CO, INC<br>ATTN JIM ANGERS<br>700 KAL SALOOM<br>LAFAYETTE LA 70508 | CREDITOR ID: 241505-12<br>ACE EXPEDITERS INC<br>ATTN: RICHARD COOPER, VP<br>PO BOX 2513<br>ORLANDO, FL 32802 |
| CREDITOR ID: 382366-51<br>ADAMO ENTERPRISES, INC<br>ATTN LINDA ZARAK, PRESIDENT<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 279455-12<br>ADAMO ENTERPRISES, INC<br>(PHARMACY STAFFING)<br>ATTN L ZARAK, PRES<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS FL 33410 | CREDITOR ID: 279335-36<br>AEP INDUSTRIES, INC<br>ATTN ERWIN F STORZ, CR MGR<br>125 PHILLIPS AVENUE<br>SOUTH HACKENSACK  NJ 07606 |
| CREDITOR ID: 381983-36<br>ALLEN BEVERAGES, INC DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN H G WALKER, JR OR E AWEN, PRES<br>PO BOX 2037<br>GULFPORT MS 39505 | CREDITOR ID: 410373-15<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | CREDITOR ID: 406326-MS<br>ALLEN, GARY C<br>3612 KERRY ANN WAY<br>JEFFERSONVILLE IN 47120 |
| CREDITOR ID: 406326-MS<br>ALLEN, GARY C<br>C/O THE BROWN FIRM, PLC<br>ATTN THOMAS R BROWN, ESQ<br>6550 ST AUGUSTINE ROAD, SUITE 104<br>JACKSONVILLE FL 32217 | CREDITOR ID: 406326-MS<br>ALLEN, GARY C<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 402381-89<br>ALLEN, GARY C<br>3612 KERRY ANN WAY<br>JEFFERSONVILLE IN 47130 |
| CREDITOR ID: 402381-89<br>ALLEN, GARY C<br>C/O THE BROWN FIRM, PLC<br>ATTN THOMAS R BROWN, ESQ<br>6550 ST AUGUSTINE ROAD, SUITE 104<br>JACKSONVILLE FL 32217 | CREDITOR ID: 406178-15<br>ALLERGAN, INC<br>ATTN WILLIAM N SCARFF JR, ESQ<br>2525 DUPONT DRIVE<br>IRVINE CA 92612 | CREDITOR ID: 399731-15<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 |
| CREDITOR ID: 381731-15<br>ALTADIS USA<br>ATTN MIRIAM PIEDRA, CR MGR<br>5900 N ANDREWS AVE<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116 | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>C/O BLACKWELL SANDERS PEPER MARTIN<br>ATTN JOHN J CRUCIANI, ESQ<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY MO 64112 |
| CREDITOR ID: 399385-99<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 403580-94<br>APPLE, CHRISTOPHER J<br>107 ALISON LANE<br>ARCHDALE NC 27263 |
| CREDITOR ID: 400568-91<br>APPLE, CHRISTOPHER J<br>107 ALISON LANE<br>ARCHDALE NC 27263 | CREDITOR ID: 242479-12<br>AQUA SOFT WATER SYSTEMS INC<br>ATTN MARGARET E RICE, PRES<br>220 BUSINESS PARKWAY<br>ROYAL PALM BEACH, FL 33411 | CREDITOR ID: 395571-15<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN J E MCMONAGLE,  COLL MGR<br>PO BOX 2219<br>COLUMBUS OH 43216 |

SERVICE LIST - EXHIBIT B

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 399271-15<br>ATHENS FOODS INC<br>ATTN ROBERT TANSING, FIN VP<br>13600 SNOW ROAD<br>CLEVELAND OH 44142 | CREDITOR ID: 381724-15<br>AVNET INC<br>ATTN BETH THOMPSON, COLL COORD<br>2211 S 47TH ST<br>PHOENIX AZ 85034 |
| CREDITOR ID: 399633-15<br>AVNET, INC<br>ATTN MARY PACINI, CREDIT SVCS MGR<br>2211 S 47TH STREET<br>PHOENIX AZ 85034 | CREDITOR ID: 242958-12<br>BAKER MAID PRODUCTS, INC<br>ATTN DARRYL SORENSEN, PRES<br>403 SOUTH MAIN STREET<br>POPLARVILLE MS 39470 | CREDITOR ID: 242996-12<br>BANDAG, INC<br>ATTN LYNN FINCK<br>2905 N HWY 61<br>MUSCATINE IA 52761 |
| CREDITOR ID: 403591-94<br>BARROW, JEFFERY A<br>PO BOX 350423<br>JACKSONVILLE FL 32235-0423 | CREDITOR ID: 406361-MS<br>BARROW, JEFFERY A<br>PO BOX 350423<br>JACKSONVILLE FL 32235 | CREDITOR ID: 406386-MS<br>BLACKMON, DENNIS L<br>857 PALMETTO TERRACE<br>OVIEDO FL 32765 |
| CREDITOR ID: 400598-91<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | CREDITOR ID: 403610-94<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | CREDITOR ID: 316027-41<br>BOREN, FRANK<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 |
| CREDITOR ID: 2242-07<br>BOREN, FRANK D<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 1351-07<br>BOREN, FRANK D AND GAIL F<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 406401-MS<br>BOTTOMS, LARRY L<br>1810 SHADY CREEK DR<br>CANTONMENT FL 32533 |
| CREDITOR ID: 402431-89<br>BOTTOMS, LARRY L<br>1810 SHADY CREEK DRIVE<br>CANTONMENT FL 32533 | CREDITOR ID: 394043-61<br>BREAUD & LEMOINE, APLC<br>ATTN M LEMOINE/ALAN K BREAUD, PRES<br>PO BOX 3448<br>LAFAYETTE, LA 70502 | CREDITOR ID: 403620-94<br>BROCK, JAMES M<br>6056 PINEAPPLE HWY<br>GREENVILLE AL 36037 |
| CREDITOR ID: 400611-91<br>BRYAN, WILLIAM H<br>28 SNELSON DRIVE<br>ASHEVILLE NC 28806 | CREDITOR ID: 403623-94<br>BRYAN, WILLIAM H<br>23 S NELSON DRIVE<br>ASHEVILLE NC 28806 | CREDITOR ID: 397706-99<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102 |
| CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 S BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006 | CREDITOR ID: 406431-MS<br>BUBECK, BILL A<br>3208 DOTY LANE<br>ARLINGTON TX 76001 |
| CREDITOR ID: 244153-12<br>BUILDING DIAGNOSTICS ASSOCS<br>C/O FREDRIC C BURESH, PA<br>ATTN: FREDRIC C BURESH, ESQ<br>800 SE THIRD AVENUE, 4TH FLOOR<br>FORT LAUDERDALE FL 33316 | CREDITOR ID: 244153-12<br>BUILDING DIAGNOSTICS ASSOCS<br>5824 STIRLING ROAD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 403146-89<br>BURNS, JOSEPH H<br>7713 HARPS MILL RD<br>RALEIGH NC 27615 |

**SERVICE LIST - EXHIBIT B**

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406437-MS<br>BURNS, JOSEPH H<br>7713 HARPS MILL RD<br>RALEIGH NC 27615 | CREDITOR ID: 399286-15<br>BURR WOLFF, LP<br>ATTN SCOTT MCNEILL, ACCTG MGR<br>3800 BUFFALO SPEEDWAY, SUITE 200<br>HOUSTON TX 77098-3706 | CREDITOR ID: 402471-89<br>CAREY, JAMES I<br>316 WEST VIOLET STREET<br>TAMPA FL 33603 |
| CREDITOR ID: 406465-MS<br>CAREY, JAMES I<br>316 WEST VIOLET ST<br>TAMPA FL 33603 | CREDITOR ID: 381723-15<br>CENTERPOINT ENERGY ENTEX<br>ATTN TUCKER BLAIR, CR MGR<br>PO BOX 1700<br>HOUSTON TX 77251 | CREDITOR ID: 395620-65<br>CHAMPION BLACKTOP MAINTENANCE<br>ATTN BRANT CUNNINGHAM, OWNER<br>PO BOX 5772<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 245145-12<br>CHECKPOINT SECURITY SYSTEMS GRP INC<br>ATTN R GRAFFUNDER-LUNDSTEN, MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | CREDITOR ID: 245507-12<br>CITY OF ABBEVILLE<br>C/O FUNDERBURK & HERPIN<br>ATTN J ISAAC FUNDERBURK, ESQ<br>100 SOUTH ST CHARLES<br>PO DRAWER 1030<br>ABBEVILLE LA 70511-1030 | CREDITOR ID: 245507-12<br>CITY OF ABBEVILLE<br>PO BOX 1170<br>ABBEVILLE, LA 70511-1170 |
| CREDITOR ID: 384051-47<br>CITY OF BAY MINETTE UTILITIES BD<br>ATTN KARAN D LEWIS, CFO<br>PO BOX 1207<br>BAY MINETTE, AL 36507-1207 | CREDITOR ID: 395563-15<br>CITY OF BAY MINETTE UTILITIES BD<br>ATTN KARAN D LEWIS, CFO<br>PO BOX 1207<br>BAY MINETTE AL 36507 | CREDITOR ID: 245674-12<br>CITY OF CULLMAN, AL<br>ATTN LUCILLE N GALIN, CITY CLERK<br>204 SECOND AVENUE SE<br>PO BOX 278<br>CULLMAN, AL 35056-0278 |
| CREDITOR ID: 265774-14<br>CITY OF HAMPTON, TREASURER<br>TREASURERS OFFICE<br>ATTN DONNA DANGERFIELD,DEPUTY TREAS<br>1 FRANKLIN ST<br>HAMPTON VA 23669 | CREDITOR ID: 403483-15<br>CITY OF HAMPTON, VA<br>TREASURER'S OFFICE<br>ATTN DONNA DANGERFIELD<br>1 FRANKLIN STREET, SUITE 100<br>HAMPTON VA 23669 | CREDITOR ID: 245968-12<br>CITY OF MIRAMAR<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES ESQ<br>3107 STIRLING ROAD SUITE 300<br>FORT LAUDERDALE FL 33312 |
| CREDITOR ID: 245967-12<br>CITY OF MIRAMAR FINANCE DEPT<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES, ESQ.<br>3107 STIRLING ROAD, SUITE 300<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 245967-12<br>CITY OF MIRAMAR FINANCE DEPT<br>6700 MIRAMAR PARKWAY<br>MIRAMAR, FL 33023 | CREDITOR ID: 395541-15<br>CITY OF NEW ORLEANS REV COLL, LA<br>ATTN DERRICK MUSE, DPTY FIN DIR<br>CITY HALL ANNEX<br>NEW ORLEANS LA 70112 |
| CREDITOR ID: 953-03<br>CITY OF WARNER ROBINS UTILITY & TAX<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS GA 31099 | CREDITOR ID: 393366-55<br>CLEMENT, SUEANN<br>C/O HUNTER & MORTON LAW OFFICES<br>ATTN HEIDEL A SCHNEIDER, ESQ<br>1916 GUS KAPLAN DRIVE<br>PO BOX 11710<br>ALEXANDRIA LA 71315-1710 | CREDITOR ID: 109130-09<br>CLEMENTS, SUEANN D<br>4902 MONROE HWY, LOT C<br>PINEVILLE LA 71360 |
| CREDITOR ID: 109130-09<br>CLEMENTS, SUEANN D<br>C/O HUNTER & MORTON<br>ATTN PHILIP G HUNTER, ESQ<br>1916 GUS KAPLAN DRIVE<br>PO BOX 11710<br>ALEXANDRIA LA 71315-1710 | CREDITOR ID: 246568-12<br>COBY MILLER'S LAWN CARE, INC<br>ATTN COBY J MILLER, OWNER/PRESIDENT<br>6041 WEST PARK AVE<br>HOUMA, LA 70364 | CREDITOR ID: 246575-12<br>COCA COLA BOTTLING CO<br>ATTN JOYCE L ROPER, CREDIT COLL MGR<br>PO BOX 31487<br>CHARLOTTE, NC 28231-1487 |
| CREDITOR ID: 411175-15<br>COCA COLA BOTTLING CO CONSOLIDATED<br>ATTN JOYCE L ROPER, CREDIT MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231-1487 | CREDITOR ID: 408153-15<br>COFACE NORTH AMERICA, INC, AGENT<br>PLUMROSE USA, INC<br>ATTN DENISE FIRELLI, INSOLVENCY<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 279352-36<br>COMBE INC<br>ATTN CAROL PIRONE OR J GUSMANO<br>1101 WESTCHESTER AVENUE<br>WHITE PLAINS  NY 10604 |

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 246717-12<br>COMMERCEQUEST, INC<br>ATTN ERIKA BRAGAN, VP FIN<br>5481 WEST WATERS AVENUE, SUITE 100<br>TAMPA FL 33634-1205 | CREDITOR ID: 381954-15<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN JERRY KILGORE, ESQ<br>900 E MAIN STREET<br>RICHMOND VA 23219 | CREDITOR ID: 381954-15<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>VDACS - STATE MILK COMMISSION<br>ATTN RODNEY L PHILLIPS<br>WASHINGTON BUILDING<br>1100 BANK STREET, SUITE 1019<br>RICHMOND VA 23219-3638 |
| CREDITOR ID: 246770-12<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>VDACS - STATE MILK COMMISSION<br>ATTN RODNEY L PHILLIPS<br>WASHINGTON BUILDING<br>1100 BANK STREET, SUITE 1019<br>RICHMOND, VA 23219-3638 | CREDITOR ID: 246770-12<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN JERRY KILGORE, ESQ<br>900 E MAIN STREET<br>RICHMOND VA 23219 | CREDITOR ID: 246802-12<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 |
| CREDITOR ID: 378305-15<br>CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520 | CREDITOR ID: 246852-12<br>CONECUH SAUSAGE COMPANY INC<br>200 INDUSTRIAL PARK<br>PO BOX 327<br>EVERGREEN, AL 36401 | CREDITOR ID: 246852-12<br>CONECUH SAUSAGE COMPANY INC<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 |
| CREDITOR ID: 381863-99<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | CREDITOR ID: 406518-MS<br>COTE, RENE<br>15462 SW 112TH TERRACE<br>MIAMI FL 33196 | CREDITOR ID: 402506-89<br>COTE, RENE<br>15462 SW 112TH TERRACE<br>MIAMI FL 33196 |
| CREDITOR ID: 400641-91<br>COUNTS, JAMES A<br>116 CRESCENT ROAD<br>GREENWOOD SC 29649-1806 | CREDITOR ID: 403653-94<br>COUNTS, JAMES A<br>116 CRESCENT ROAD<br>GREENWOOD SC 29649-1806 | CREDITOR ID: 381930-15<br>COUNTY OF DEKALB TAX COMMISSION, GA<br>ATTN HACKWIN L DEVOE<br>PO BOX 100004<br>DECATUR GA 30031-7004 |
| CREDITOR ID: 381930-15<br>COUNTY OF DEKALB TAX COMMISSION, GA<br>COUNTY OF DEKALB, LAW DEPT<br>ATTN MARK THOMPSON, ESQ<br>THE MALOOF CENTER, 5TH FLOOR<br>1300 COMMERCE DRIVE<br>DECATUR GA 30030 | CREDITOR ID: 251179-12<br>COUNTY OF HAMILTON, OH COMM BD<br>700 COUNTY ADMINISTRATION BLDG<br>138 EAST COURT STREET<br>CINCINNATI OH 45202-1232 | CREDITOR ID: 407551-15<br>COUNTY OF HAMILTON, OH COMM BD<br>700 COUNTY ADMINISTRATION BLDG<br>138 EAST COURT STREET<br>CINCINNATI OH 45202-1232 |
| CREDITOR ID: 251179-12<br>COUNTY OF HAMILTON, OH COMM BD<br>HAMILTON COUNTY PROSECUTOR<br>ATTN DALE H BERNHARD, ESQ<br>230 E 9TH STREET, SUITE 4000<br>CINCINNATI OH 45202 | CREDITOR ID: 407551-15<br>COUNTY OF HAMILTON, OH COMM BD<br>HAMILTON COUNTY PROSECUTOR<br>ATTN DALE H BERNHARD, ESQ<br>230 E 9TH STREET, SUITE 4000<br>CINCINNATI OH 45202 | CREDITOR ID: 256662-12<br>COUNTY OF MORGAN REV COMMISSIONER<br>ATTN AMANDA G SCOTT, CPA<br>PO BOX 696<br>DECATUR AL 35602 |
| CREDITOR ID: 264519-12<br>COUNTY OF WAYNE, NC TAX COLLECTOR<br>ATTN W DORTCH LANGSTON JR, ESQ<br>PO BOX 1495<br>GOLDSBORO NC 27533-1495 | CREDITOR ID: 240784-06<br>COUNTY OF WAYNE, NC TAX COLLECTOR<br>ATTN W DORTCH LANGSTON JR, ESQ<br>PO BOX 1495<br>GOLDSBORO NC 27533 | CREDITOR ID: 247093-12<br>COURIER JOURNAL<br>ATTN: ROBERT LOVE, PRES<br>1828 DARBY DR<br>FLORENCE, AL 35630 |
| CREDITOR ID: 403185-15<br>COURIER JOURNAL, INC<br>C/O L&L SERVICES, INC<br>ATTN LANNY L CARRUTHERS, VP<br>502 N MONTGOMERY AVENUE<br>SHEFFIELD AL 35660 | CREDITOR ID: 400645-91<br>CRANE, LARRY R<br>204 COUNTY RD 836<br>SELMA AL 36701-0024 | CREDITOR ID: 403657-94<br>CRANE, LARRY R<br>204 COUNTY RD, APT 836<br>SELMA AL 36701-0024 |

**SERVICE LIST - EXHIBIT B**
**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 410700-15<br>CREDIT SUISSE, ASSIGNEE OF FALCON<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS PC<br>ATTN: ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK  NY 10022 | CREDITOR ID: 410700-15<br>CREDIT SUISSE, ASSIGNEE OF FALCON<br>FARMS, INC<br>ATTN WENDY BEER, ESQ<br>11 MADISON AVENUE, 5TH FLOOR<br>NEW YORK NY 10010 |
| CREDITOR ID: 2167-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>1011 EAST MAIN STREET, SUITE 206<br>RICHMOND, VA 23219 | CREDITOR ID: 2167-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>SPOTTS FAIN<br>ATTN JENNIFER J WEST, ESQ<br>PO BOX 1555<br>RICHMOND VA 23218 | CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>1912 EASTCHESTER DRIVE, SUITE 204<br>HIGH POINT NC 27265 |
| CREDITOR ID: 399723-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>ATTN DAVID KIRK<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 | CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>C/O HINSON & RHYNE, PA<br>ATTN WALTER L HINSON, ESQ.<br>2401-G WOOTEN BLVD<br>PO BOX 7479<br>WILSON NC 27895-7479 | CREDITOR ID: 247304-12<br>CT INNOVATIONS LLC<br>ATTN MARIYLN FREIERMUTH, AR MGR<br>635 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 |
| CREDITOR ID: 247382-12<br>CWA GROUP, INC, THE<br>ATTN JON N CHRISTIAN<br>PO BOX 3179<br>MONTGOMERY, AL 36109 | CREDITOR ID: 381742-15<br>CWA GROUP, INC, THE<br>ATTN W TODD BALLARD, PRES<br>1211 NEWELL PARKWAY<br>MONTGOMERY AL 36110 | CREDITOR ID: 279217-35<br>DANNON COMPANY, INC<br>ATTN NEAL BRYCE, CR SUPERV<br>100 HILLSIDE AVE<br>WHITE PLAINS NY 10603-2863 |
| CREDITOR ID: 402523-89<br>DARNELL, JERRY<br>5100 FOREST CREEK ROAD<br>RALEIGH NC 27606-9418 | CREDITOR ID: 406546-MS<br>DARNELL, JERRY<br>5100 FOREST CREEK RD<br>RALEIGH NC 27606-9418 | CREDITOR ID: 247742-12<br>DAWN FOOD PRODUCTS, INC<br>ATTN ROBERT W LYSKO, DIR OF CREDIT<br>3333 SARGENT ROAD<br>JACKSON MI 49201 |
| CREDITOR ID: 410807-15<br>DAWN FOOD PRODUCTS, INC<br>ATTN ROBERT LYSKO, NAT CR MGR<br>3333 SARGENT ROAD<br>JACKSON MI 49201 | CREDITOR ID: 410807-15<br>DAWN FOOD PRODUCTS, INC<br>BARNES & THORNBURG, LLP<br>ATTN M MCCRORY/W BREWER, ESQS<br>11 S MERIDAN STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| CREDITOR ID: 248046-12<br>DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | CREDITOR ID: 406574-MS<br>DILL, WILLIAM F JR<br>2111 IMPERIAL DRIVE NE<br>GAINESVILLE GA 30501 | CREDITOR ID: 402164-90<br>DILL, WILLIAM F JR<br>2111 IMPERIAL DRIVE NE<br>GAINESVILLE GA 30501 |
| CREDITOR ID: 399434-15<br>DISPLAY SPECIALTIES, INC<br>ATTN LAUREN HARVEY<br>9 BEACON DRIVE<br>WILDER KY 41076 | CREDITOR ID: 404558-95<br>DISPLAY SPECIALTIES, INC<br>PO BOX 115<br>FT THOMAS KY 41075 | CREDITOR ID: 403678-94<br>DIXON, CHARLES A<br>817 DOWNS AVE<br>GARDENDALE AL 35071 |
| CREDITOR ID: 400666-91<br>DIXON, CHARLES A<br>817 DOWNS AVE<br>GARDENDALE AL 35071 | CREDITOR ID: 400682-91<br>DUVALL, WILLIAM M<br>4 BAY WOOD DR<br>ORMOND BEACH FL 32174 | CREDITOR ID: 403694-94<br>DUVALL, WILLIAM M<br>4 BAY WOOD DR<br>ORMOND BEACH FL 32174 |

**SERVICE LIST - EXHIBIT B**

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 |
| CREDITOR ID: 407591-15<br>EAS C/O ABBOTT LABORATORIES<br>C/O KOHNER MANN & KAILAS, SC<br>ATTN MATTHEW J STICKEL, ESQ<br>WA BLDG, BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | CREDITOR ID: 248689-12<br>EAST POINT CYCLE & KEY, INC<br>ATTN NANCY JENKINS<br>PO BOX 90580<br>EAST POINT, GA 30364-0580 | CREDITOR ID: 403403-15<br>EHSTER, RICHARD J<br>1901 EDGEWATER DR<br>MOUNT DORA FL 32757 |
| CREDITOR ID: 406601-MS<br>EHSTER, RICHARD J<br>1901 EDGEWOOD DR<br>MT DORA FL 32757 | CREDITOR ID: 403697-94<br>EPSTEIN, STEPHEN C<br>701 TARRY TOWN TR<br>PORT ORANGE FL 32127 | CREDITOR ID: 400685-91<br>EPSTEIN, STEPHEN C<br>701 TARRY TOWN TR<br>PORT ORANGE FL 32127 |
| CREDITOR ID: 399347-15<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462 | CREDITOR ID: 249270-12<br>EXCELL REFRIGERATION INC<br>C/O CLICKMAN WITTERS AND MARELL<br>ATTN WILLIAM J MARELL ESQ<br>1601 FORUM PLACE, STE 1101<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 249274-12<br>EXCESS SPACE RETAIL SERVICES, INC<br>ATTN MICHAEL S WIENER, PRES & CEO<br>ONE HOLLOW LANE, SUITE 112<br>LAKE SUCCESS NY 11042 | CREDITOR ID: 249274-12<br>EXCESS SPACE RETAIL SERVICES, INC<br>PLATZER SWERGOLD KARLIN ET AL<br>ATTN DANA HONG<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK NY 10018 | CREDITOR ID: 279360-36<br>FALCON FARMS INC<br>ATTN:  JAIRO RENGIFO<br>2330 NW 82ND AVE<br>MIAMI FL 33122-1511 |
| CREDITOR ID: 403431-99<br>FALCON FARMS, INC<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS<br>ATTN ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 249348-12<br>FALCON RICE MILL INC<br>ATTN: CHARLES D TRAHAN, VP<br>PO DRAWER 771<br>CROWLEY, LA 70526 | CREDITOR ID: 406621-MS<br>FAVERO, TOM<br>3043 EGRET TERRACE<br>SAFETY HARBOR FL 34695 |
| CREDITOR ID: 406632-MS<br>FITTS, GORDON M<br>136 ESSEX DRIVE<br>PAWLEYS ISLAND SC 29585 | CREDITOR ID: 406632-MS<br>FITTS, GORDON M<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 402179-90<br>FITTS, GORDON M<br>136 ESSEX DRIVE<br>PAWLEYS ISLAND SC 29585 |
| CREDITOR ID: 249667-12<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003 | CREDITOR ID: 249868-12<br>FLOWERS BAKING CO OF MORRISTOWN LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 249869-12<br>FLOWERS BAKING CO OF THOMASVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 249856-12<br>FLOWERS BAKING CO OF VILLA RICA LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 399648-15<br>FROZSUN FOODS INCORPORATED<br>C/O FROZSUN, INC<br>ATTN LEGAL DEPT, PETER GWOSDOF, ESQ<br>701 W KIMBERLY AVENUE, SUITE 210<br>PLACENTIA CA 92870 | CREDITOR ID: 250169-12<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |

SERVICE LIST - EXHIBIT B

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403716-94<br>GARDINER, LELAND M JR<br>716 RANDOLPH<br>HUNTSVILLE AL 35801 | CREDITOR ID: 395015-59<br>GARDINER, LELAND M JR<br>716 RANDOLPH AVE SE<br>HUNTSVILLE, AL 35801 | CREDITOR ID: 402606-89<br>GAROUTTE, JOHN W<br>2324 STONEGATE DR<br>WELLINGTON FL 33414 |
| CREDITOR ID: 406664-MS<br>GAROUTTE, JOHN W<br>2324 STONEGATE DR<br>WELLINGTON FL 33414 | CREDITOR ID: 250319-12<br>GATES UP, INC<br>ATTN RUTH REID, PRES<br>35400 BASELINE LANE<br>DADE CITY, FL 33525 | CREDITOR ID: 410722-15<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 |
| CREDITOR ID: 394041-61<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 250345-12<br>GDS, INC ASHEVILLE<br>ATTN CHRISTI INGLE, CREDIT/COLLECT<br>1070 RIVERSIDE DRIVE<br>ASHVILLE NC 28804 | CREDITOR ID: 250415-12<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 394068-61<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | CREDITOR ID: 401802-15<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN SANDY R TOPKIN, ESQ<br>2866 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | CREDITOR ID: 279364-36<br>GERBER PRODUCTS COMPANY<br>ATTN JEFFREY J KIPPE, ASSOC DIR<br>445 STATE STREET<br>FREEMONT MI 49413-0001 |
| CREDITOR ID: 250545-12<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF KIPPE<br>445 STATE STREET<br>FREEMONT, MI 49413 | CREDITOR ID: 250545-12<br>GERBER PRODUCTS COMPANY<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN J CARR & A PAK, ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 406125-97<br>GERBER PRODUCTS COMPANY<br>ATTN: JEFFREY J KIPPE, ASSOC DIR<br>200 KIMBALL DRIVE<br>PARSIPPANY NJ 07054 |
| CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 | CREDITOR ID: 1390-07<br>GRE PROPERTIES LLC<br>ATTN NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 |
| CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 398591-78<br>GULLEDGE, BARBARA<br>1723 TREASURE CAY DRIVE<br>MANSFIELD, TX 76063 | CREDITOR ID: 251117-12<br>H2O TRANSPORT, INC<br>ATTN DANIEL G WALKER, PRES<br>7738 OTT WILLIAMS ROAD<br>CLERMONT FL 34714 |
| CREDITOR ID: 402203-90<br>HAMMOND, WALTER B<br>307 THREE SKILLET ROAD<br>SPRINGTOWN TX 76082 | CREDITOR ID: 406715-MS<br>HAMMOND, WALTER B<br>307 THREE SKILLET RD<br>SPRINGTOWN TX 76082 | CREDITOR ID: 402654-89<br>HART, WILLIAM V<br>1705 LEESTOWN RD, APT 703<br>LEXINGTON KY 40511 |
| CREDITOR ID: 406735-MS<br>HART, WILLIAM V<br>1705 LEESTOWN RD, APT 703<br>LEXINGTON KY 40511 | CREDITOR ID: 279370-36<br>HARTZ MOUNTAIN CORPORATION, THE<br>ATTN JOHN RUSSAK CR MGR<br>400 PLAZA DRIVE<br>SECAUCUS  NJ 07094-3688 | CREDITOR ID: 251374-12<br>HEADLEY PLUMBING CO, INC<br>ATTN THOMAS HADLEY JR, PRES<br>5520 MAIN STREET<br>MILLBROOK, AL 36054-4902 |

SERVICE LIST - EXHIBIT B

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 400734-91<br>HEALY, LIEN N<br>10330 NW 28TH PLACE<br>OCALA FL 34482 | CREDITOR ID: 403746-94<br>HEALY, LIEN N<br>10330 NW 28TH PLACE<br>OCALA FL 34482 | CREDITOR ID: 382021-36<br>HELUVA GOOD LLC<br>ATTN JAMES F JULIAN<br>6551 PRATT RD<br>PO BOX 410<br>SODUS NY 14551 |
| CREDITOR ID: 406755-MS<br>HESTER, LARRY E<br>3562 LAKE BAYSHORE DR, CONDO K202<br>BRADENTON FL 34205 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>ATTN JO N WARD<br>PO BOX 2109<br>LAKE CITY, FL 32056-2109 |
| CREDITOR ID: 251673-12<br>HOBART CORPORATION<br>ATTN HAROLD W LEWIS, PRES<br>444 SOUTH WALNUT STREET<br>FLORENCE, AL 35630 | CREDITOR ID: 395303-63<br>HOBART CORPORATION<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | CREDITOR ID: 251849-12<br>HOT SHOT STEAM CLEANING<br>ATTN JOHN P HUTCHINGS, OWNER<br>PO BOX 242<br>LAKE COMO, FL 32157-0242 |
| CREDITOR ID: 36637-05<br>HOWARD, LARRY B<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 | CREDITOR ID: 403763-94<br>HOWARD, LARRY B<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 | CREDITOR ID: 395078-59<br>HOWARD, RAMENA M<br>5757 OAK LAKE TRAIL<br>OVIEDO, FL 32765 |
| CREDITOR ID: 403764-94<br>HOWARD, RAMENA M<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 | CREDITOR ID: 382023-36<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | CREDITOR ID: 403771-94<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 406792-MS<br>HUEY, ROBERT E<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 400760-91<br>HUGUENIN, LARRY B<br>738 KNOLLVIEW BLVD<br>ORMOND BEACH FL 32174-4634 |
| CREDITOR ID: 403772-94<br>HUGUENIN, LARRY B<br>738 KNOLLVIEW BLVD<br>ORMOND BEACH FL 32174-4634 | CREDITOR ID: 279376-36<br>IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>6829 FLINTLOCK ROAD<br>HOUSTON  TX 77040 | CREDITOR ID: 382722-51<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CREDIT REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 |
| CREDITOR ID: 404877-95<br>INFORMATION RESOURCES INC<br>ATTN PETER J DIMAGGIO, CREDIT MGR<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | CREDITOR ID: 397648-72<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CR REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | CREDITOR ID: 252747-12<br>JANI KING OF TAMPA BAY<br>ATTN DAWN EGLINTON, COLL MGR<br>2469 SUNSET POINT RD, SUITE 250<br>CLEARWATER, FL 33765 |
| CREDITOR ID: 402718-89<br>JENKINS, WILLIS<br>3025 WOODLAND CHURCH ROAD<br>YOUNGSVILLE NC 27596 | CREDITOR ID: 406817-MS<br>JENKINS, WILLIS<br>3025 WOODLAND CHURCH RD<br>YOUNGSVILLE NC 27596 | CREDITOR ID: 395580-15<br>JOHNSONDIVERSEY FOOD GROUP<br>ATTN MILES LULE, CREDIT ANALYST<br>8310 16TH STREET, MS 4880<br>PO BOX 902<br>STURTEVANT WI 53177 |

**SERVICE LIST - EXHIBIT B**

**Notice of Debtors' Second Omnibus Objection Pursuant to**
**11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain**
**(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 402728-89
JOHNSTON, KENNETH
100 RIDGEWOOD CT
ELIZABETHTOWN KY 42701

CREDITOR ID: 406828-MS
JOHNSTON, KENNETH
C/O SKEETERS BENNETT & WILSON PLC
ATTN MICHAEL A PIKE, ESQ
PO BOX 610
RADCLIFF KY 40160

CREDITOR ID: 402728-89
JOHNSTON, KENNETH
C/O SKEETERS BENNETT & WILSON PLC
ATTN MICHAEL A PIKE, ESQ
PO BOX 610
RADCLIFF KY 40160

CREDITOR ID: 406828-MS
JOHNSTON, KENNETH
100 RIDGEWOOD CT
ELIZABETHTOWN KY 42701

CREDITOR ID: 253557-12
K JACOBS TRANSPORTATION LLC
ATTN KELLY JACOBS JR OR M JACOBS
PO BOX 1266
MCDONOUGH, GA 30253-1266

CREDITOR ID: 395542-15
KAMAN INDUSTRIAL TECHNOLOGIES
ATTN MICHAEL CONDON
1 WATERSIDE CROSSING
WINDSOR CT 06095

CREDITOR ID: 400781-91
KAUS, JAMES JOHN
7403 FONTANA RIDGE LANE
RALEIGH NC 27613- 000

CREDITOR ID: 406844-MS
KAUS, JAMES JOHN
7403 FONTANA RIDGE LANE
RALEIGH NC 27613

CREDITOR ID: 406847-MS
KELLER, BRADLEY T
1660 BEAR CROSSING CIRCLE
APOKA FL 32703

CREDITOR ID: 41298-05
KELLER, BRADLEY T
1660 BEAR CROSSING CIRCLE
APOPKA, FL 32703

CREDITOR ID: 382029-36
KEMPS LLC
ATTN STEVE CARLSON, CREDIT MGR
1270 ENERGY LANE
ST PAUL MN 55108

CREDITOR ID: 398214-74
KIESEWETTER WISE KAPLAN PRATHER PLC
ATTN S HYMOWITZ OR P PRATHER, ESQS
3725 CHAMPION HILLS DR, STE 3000
MEMPHIS TN 38125

CREDITOR ID: 402086-15
LA QUINTA INN ORLANDO/WINTER PARK
ATTN OJASH N JARIWALA
626 LEE ROAD
ORLANDO FL 32810

CREDITOR ID: 254255-12
LA QUINTA ORLANDO WINTERPARK
ATTN ROBERT GEDCON, ASST GM
626 LEE ROAD
ORLANDO, FL 32810

CREDITOR ID: 254283-12
LADYBUGS MAINTENANCE, INC
ATTN DOUG L TERRO, SEC/TREAS
PO BOX 60351
LAFAYETTE LA 70596-0351

CREDITOR ID: 254345-12
LAKESIDE MILLS, INC
DEPT CODE 196
PO BOX 32849
CHARLOTTE NC 28232-2849

CREDITOR ID: 381929-15
LAKESIDE MILLS, INC
ATTN BRYAN KING
PO BOX 230
RUTHERFORDTON NC 28139

CREDITOR ID: 399727-15
LASER NETWORKING, INC
ATTN RHONDA COCHENOUR
9850 PELHAM RD
TAYLOR MI 48180

CREDITOR ID: 279053-99
LIBERTY MUTUAL INSURANCE COMPANY
C/O MANIER & HEROD, PC
ATTN T PENNINGTON/J FRANKS/M COLLIN
2200 ONE NASHVILLE PLACE
150 FOURTH AVE NORTH, STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 255391-12
MAPLES GAS COMPANY, INC
ATTN THOMAS L WEBB, ESQ
PO BOX 292
MERIDIAN, MS 39302-0292

CREDITOR ID: 255391-12
MAPLES GAS COMPANY, INC
C/O HELD & ISRAEL
ATTN ADMA N FRISCH, ESQ
RIVERPLACE TOWER, SUITE 1916
1301 RIVERPLACE BLVD
JACKSONVILLE FL 32207-9073

CREDITOR ID: 399638-15
MAPLES GAS COMPANY, INC
ATTN THOMAS L WEBB
PO BOX 292
MERIDIAN MS 39302

CREDITOR ID: 399631-15
MARIANI PACKING COMPANY
ATTN DOREEN I DEDELOW, ACCTG MGR
500 CROCKER DRIVE
VACAVILLE CA 95688-8706

CREDITOR ID: 315696-36
MATRANA'S PRODUCE INC
ATTN CAMILE MATRANA JR, VP
201 LOUISIANA STREET
WESTWEGO LA 70094

CREDITOR ID: 255857-12
MCCLELLAN TRUCK LINES
ATTN ARTHUR L MCCLELLAN, CEO
PO BOX 1327
TIFTON, GA 31793-1327

SERVICE LIST - EXHIBIT B

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255894-12<br>MCGRIFF TRANSPORTATION, INC<br>ATTN JEFF MCGRIFF<br>PO BOX 1148<br>CULLMAN, AL 35056 | CREDITOR ID: 255894-12<br>MCGRIFF TRANSPORTATION, INC<br>C/O ST JOHN & ST JOHN, LLC<br>ATTN FINIS E ST JOHN, ESQ<br>PO BOX 2130<br>CULLMAN AL 35056 | CREDITOR ID: 255920-12<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 |
| CREDITOR ID: 255924-12<br>MCW DEVELOPMENT, INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | CREDITOR ID: 399287-15<br>MCW DEVELOPMENT, INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | CREDITOR ID: 408260-99<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>C/O HELD & ISREAL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 397351-15<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>ATTN ANGELA RETTERBUSH<br>121 WEST FORSYTH STREET, SUITE 200<br>JACKSONVILLE FL 32202 | CREDITOR ID: 256088-12<br>MERIDIAN COCA COLA BOTTLING CO<br>ATTN THOMAS L WEBB<br>PO BOX 5207<br>MERIDIAN MS 39302-5207 | CREDITOR ID: 279149-33<br>MERIDIAN COCA-COLA BOTTLING CO<br>C/O THOMAS L. WEBB, ESQ<br>613 22ND AVENUE<br>MERIDIAN MS 39301 |
| CREDITOR ID: 403839-94<br>MICKIE, MICHAEL J<br>50 PALM HARBOR PKWY, UNIT 31<br>PALM COAST FL 32137 | CREDITOR ID: 406988-MS<br>MICKIE, MICHAEL J<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406988-MS<br>MICKIE, MICHAEL J<br>50 PALM HARBOR PKWY<br>PALM COAST FL 32137 |
| CREDITOR ID: 384244-47<br>MISSISSIPPI POWER CO<br>ATTN JAN STUART<br>401 WEST MAIN AVE<br>LUMBERTON MS 39455 | CREDITOR ID: 625-03<br>MISSISSIPPI POWER CO<br>ATTN JAN STUART<br>401 WEST MAIN AVE<br>LUMBERTON MS 39455 | CREDITOR ID: 400836-91<br>MORENE, SAUNDRA R<br>3005 RHONE CT<br>JACKSONVILLE FL 32208 |
| CREDITOR ID: 403848-94<br>MORENE, SAUNDRA R<br>3005 RHONE CT<br>JACKSONVILLE FL 32208 | CREDITOR ID: 256690-12<br>MOSBY PACKING CO, INC<br>W STATION<br>PO BOX 4253<br>MERIDIAN, MS 39305 | CREDITOR ID: 256690-12<br>MOSBY PACKING CO, INC<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 |
| CREDITOR ID: 408316-15<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O HELD & ISRAEL<br>ATTN ADMA N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 | CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>C/O THOMAS L WEBB LAW OFFICE<br>ATTN THOMAS L. WEBB, ESQ<br>613 22ND AVENUE<br>PO BOX 308<br>MERIDIAN MS 39302-0308 |
| CREDITOR ID: 399270-15<br>NORTHEAST MISSISSIPPI COCA-COLA<br>BOTTLING CO INC<br>PO BOX 968<br>STARKVILLE MS 39760 | CREDITOR ID: 406126-97<br>NOVARTIS CONSUMER HEALTH INC<br>ATTN: JEFFREY J KIPPE, ASSOC DIR<br>200 KIMBALL DRIVE<br>PARSIPPANY NJ 07054 | CREDITOR ID: 279255-35<br>NOVARTIS CONSUMER HEALTH, INC<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN J CARR & A PAK, ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 279255-35<br>NOVARTIS CONSUMER HEALTH, INC<br>ATTN JEFFREY J KIPPE<br>445 STATE STREET<br>FREMONT MI 49413-0001 | CREDITOR ID: 257533-12<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVENUE, SUITE 150<br>WEST PALM BEACH FL 33407 | CREDITOR ID: 403433-15<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH FL 33407 |

SERVICE LIST - EXHIBIT B

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 406146-15
OHIO CASUALTY INSURANCE CO, THE
C/O MANIER & HEROD
ATTN J FRANKS/T PENNINGTON, ESQS
150 FOURTH AVE N, SUITE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 257738-12
ORANGEBURG PUBLIC UTILITY DEPT
ATTN MICHAEL G SELLS, DIRECTOR
PO BOX 1057
ORANGEBURG, SC 29116-1057

CREDITOR ID: 257738-12
ORANGEBURG PUBLIC UTILITY DEPT
C/O ROBINSON MCFADDEN & MOORE, PC
ATTN ANNEMARIE B MATHEWS, ESQ
1901 MAIN STREET, SUITE 1200
PO BOX 944
COLUMBIA SC 29202

CREDITOR ID: 402366-90
OWENS, RODERICK
594 JAMES ST
LILBURN GA 30047

CREDITOR ID: 407050-MS
OWENS, RODERICK
594 JAMES STREET
LILBURN GA 30047

CREDITOR ID: 402088-15
PARISH OF JEFFERSON TAX COLLECTOR
C/O BUREAU OF REVENUE & TAXATION
ATTN ANDREW J LEBLANC, DIRECTOR
1233 WESTBANK EXPWAY, B-425
HARVEY LA 70058

CREDITOR ID: 258087-12
PASKERT DISTRIBUTING CO
9318 FLORIDA PALM DRIVE
TAMPA, FL 33619

CREDITOR ID: 378302-15
PASKERT DISTRIBUTING CO
C/O KASS SHULER SOLOMON ET AL
ATTN LARRY FOYLE ESQ
1505 N FLORIDA AVENUE
PO BOX 800
TAMPA FL 33601

CREDITOR ID: 258087-12
PASKERT DISTRIBUTING CO
C/O KASS, SHULER ET AL
ATTN LARRY FOYLE, ESQ
1505 N FLORIDA AVENUE
TAMPA FL 33602

CREDITOR ID: 258252-12
PEDRINI USA INC
AT PEDRINI PLAZA
ATTN CAROL MASTROMONICA, CONTROLLER
500 CHURCH STREET
BAYPORT, NY 11705

CREDITOR ID: 279126-32
PEPSI BOTTLING VENTURES LLC
C/O SMITH ANDERSON BLOUNT ET AL
ATTN AMOS U PRIESTER, IV, ESQ
PO BOX 2611
RALEIGH NC 27602-2611

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
SMITH, ANDERSON, BLOUNT, ET AL
ATTN AMOS U PRIESTER, IV, ESQ
2500 WACHOVIA CAPITOL CENTER
PO BOX 2611
RALEIGH  NC 27601

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
ATTN RITA BARBOUR, CORP CREDIT MGR
4700 HOMEWOOD CT, SUITE 200
RALEIGH NC 27609

CREDITOR ID: 258333-12
PEPSI COLA BOTTLING
ATTN MARVIN G MOTLEY, PRESIDENT
PO BOX 226
LUVERNE, AL 36049

CREDITOR ID: 258337-12
PEPSI COLA DECATUR LLC DBA
PEPSI COLA BOTTLING CO
ATTN RODGER SHABEL, GM
PO BOX 2389
DECATUR, AL 35602

CREDITOR ID: 410567-15
PEPSI-COLA BTLG CO OF LUVERNE INC
ATTN MARVIN MOTLEY, PRESIDENT
PO BOX 226
LUVERNE AL 36049

CREDITOR ID: 407073-MS
PERKINS, MARVIN
6200 MIAL PLANTATION ROAD
RALEIGH NC 27610-9643

CREDITOR ID: 384288-47
PESCANOVA INC
ATTN: JOSE ABBAD, CEO
848 BRICKELL AVE, STE 210
MIAMI, FL 33131

CREDITOR ID: 381766-15
PESCANOVA, INC
C/O METROGROUP
ATTN MARCUS L ARKY, ESQ
61 BROADWAY, SUITE 1410
NEW YORK NY 10006

CREDITOR ID: 400870-91
PFOST, STEPHEN C
23216 DOVER DR
LAND O'LAKES FL 34639

CREDITOR ID: 403882-94
PFOST, STEPHEN C
23216 DOVER DRIVE
LAND O'LAKES FL 34639

CREDITOR ID: 381960-15
PIEDMONT NATURAL GAS
ATTN W G HARTSELL, DIST MGR
PO BOX 1149
HICKORY NC 28232

CREDITOR ID: 382068-36
PILGRIM'S PRIDE CORP
ATTN K LAWRENCE/ T DUFFEE
DEPT 24
PO BOX 93
PITTSBURG TX 75686-0093

CREDITOR ID: 258656-12
PLUMROSE USA INC
ATTN ELVIRA LAGANA, CR MGR
7 LEXINGTON AVENUE
EAST BRUNSWICK NJ 08816

CREDITOR ID: 402296-90
POWELL, CHARLES E
1206 CELY ROAD
EASLEY SC 29640

CREDITOR ID: 407097-MS
POWELL, CHARLES E
1206 CELY RD
EASLEY SC 29642

CREDITOR ID: 258798-12
PRECISION PLUMBING & AIR INC
ATTN MARY S FRANK, OWNER
PO BOX 180279
RICHLAND, MS 39218-0279

SERVICE LIST - EXHIBIT B
Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258920-12<br>PRO-ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWITZ<br>156 20TH AVENUE SE<br>ST PETERSBURG FL 33705 | CREDITOR ID: 376677-44<br>PUMPHREY, T G<br>MANAGEMENT SECURITY PLAN<br>PO BOX 2649<br>PONTE VEDRA, FL 32004 | CREDITOR ID: 407105-MS<br>PUMPHREY, THOMAS G<br>PO BOX 2649<br>PONTE VEDRA BEACH FL 32004 |
| CREDITOR ID: 380952-47<br>RAUCH INDUSTRIES INC<br>ATTN HENRY TAYLOR CREDIT MGR<br>PO BOX 534182<br>ATLANTA, GA 30353-4182 | CREDITOR ID: 399401-15<br>RAUCH INDUSTRIES INC<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | CREDITOR ID: 259354-12<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 |
| CREDITOR ID: 259361-12<br>REDDWERKS CORPORATION<br>ATTN RICHARD PIOTROWSKI, VP FINANCE<br>38155 S CAPITAL OF TX HWY, STE 275<br>AUSTIN TX 78704 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 407614-15<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 |
| CREDITOR ID: 259518-12<br>REYNOLDS PARK YACHT CENTER<br>ATTN P TED MCGOWEN, EXEC DIR<br>1063 BULKHEAD ROAD<br>GREEN COVE SPRINGS, FL 32043 | CREDITOR ID: 259554-12<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | CREDITOR ID: 260131-12<br>RUBBAIR DOOR<br>ATTN JUDY CARON, OFF MGR<br>100 GROTON SHIRLEY RD<br>AYER, MA 01432 |
| CREDITOR ID: 381757-15<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 402310-90<br>RUSSELL, JOSEPH F<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243 | CREDITOR ID: 407156-MS<br>RUSSELL, JOSEPH F<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243-1634 |
| CREDITOR ID: 399371-15<br>RX SOLUTIONS<br>ATTN JERE COUCH<br>111 THOMAS OVERBY DR<br>SHARPSBURG GA 30277 | CREDITOR ID: 260214-12<br>RX SOLUTIONS, INC<br>ATTN JERE COUCH, CEO<br>PO BOX 491<br>SHARPSBURG, GA 30277-0491 | CREDITOR ID: 260303-12<br>SAFETY AMERICA, INC<br>ATTN CATHERINE TOMLINSON, VP<br>4716 RIDGEWOOD AVE<br>JACKSONVILLE, FL 32207 |
| CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 | CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 408174-15<br>SARA LEE BAKERY GROUP - FROZEN DIV<br>ATTN JERRI SPONIK, SR MANAGER<br>111 CORPORATE OFFICE DRIVE, STE 200<br>EARTH CITY MO 63045 |
| CREDITOR ID: 408173-15<br>SARA LEE BAKERY GROUP - RDP DIV<br>ATTN JERRI SPONIK, SR MANAGER<br>111 CORPORATE OFFICE DRIVE, STE 200<br>EARTH CITY MO 63045 | CREDITOR ID: 279279-35<br>SARA LEE CORPORATION<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 279279-35<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 |
| CREDITOR ID: 399291-15<br>SIGNATURE WASTE SYSTEMS, INC<br>ATTN JOE SWINFORD, PRESIDENT/OWNER<br>660 WESTINGHOUSE BLVD, SUITE 106<br>PO BOX 7349<br>CHARLOTTE NC 28241 | CREDITOR ID: 399290-15<br>SIGNATURE WASTE SYSTEMS, INC.<br>ATTN JOE SWINFORD, PRES<br>11519 NATIONS FORD ROAD<br>PINEVILLE NC 28134 | CREDITOR ID: 391552-55<br>SMITH, MARTINO R<br>C/O DON H BUMGARDNER<br>PO BOX 1375<br>GASTONIA NC 28053-1375 |

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 69502-05<br>SMITH, MARTINO R<br>1166 RAGAN DR<br>GASTONIA NC 28054 | CREDITOR ID: 400935-91<br>SMITH, SCOTT H<br>3861 SUMMER GROVE WAY N<br>JACKSONVILLE FL 32257 | CREDITOR ID: 403943-94<br>SMITH, SCOTT H<br>3861 SUMMER GROVE WAY N<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 400936-91<br>SOLOWAY, RICHARD L<br>1043 SW 113 TERRACE<br>PEMBROKE PINES FL 33025-4372 | CREDITOR ID: 403948-94<br>SOLOWAY, RICHARD L<br>1043 S.W. 113 TERRACE<br>PEMBROKE PINES FL 33025-4372 | CREDITOR ID: 403949-94<br>SOUDER, BRUCE R<br>1811 NW 51ST STREET<br>PO BOX 888<br>FORT LAUDERDALE FL 33309 |
| CREDITOR ID: 1872-RJ<br>SOUTHGATE ASSOCIATES II LP<br>C/O THE COVINGTON CO<br>ATTN JAMES E COVINGTON JR, PRES<br>PO BOX 8510<br>RICHMOND, VA 23226 | CREDITOR ID: 408321-15<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 261482-12<br>SOUTHMARK PROPERTIES LLC<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 1875-07<br>SOUTHMARK PROPERTIES LLC<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 410893-15<br>SOUTHMARK PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 |
| CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON<br>PO BOX 66658<br>BATON ROUGE LA 70896 | CREDITOR ID: 403441-15<br>SUDDATH VAN LINES<br>ATTN CHRISTINE VALLES<br>5266 HIGHWAY AVE<br>JACKSONVILLE FL 32247 | CREDITOR ID: 262131-12<br>SUGIYO USA INC<br>ATTN D B STEPHENSON, DIRECTOR<br>PO BOX 468<br>ANACORTES, WA 98221 |
| CREDITOR ID: 399403-15<br>SULPHUR SPRINGS MARKETPLACE, LLC<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 403490-15<br>SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 279330-99<br>SUNSHINE MILLS, INC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STEWART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 400946-91<br>SWEENEY, PATRICK M<br>6514 BLACKFIN WAY<br>APOLLO BEACH FL 33572 | CREDITOR ID: 403958-94<br>SWEENEY, PATRICK M<br>6514 BLACKFIN WAY<br>APOLLO BEACH FL 33572 | CREDITOR ID: 262374-12<br>SYSTEL BUSINESS EQUIPMENT<br>ATTN JACLYN JOHNSON<br>PO BOX 35870<br>FAYETTEVILLE, NC 28303-0870 |
| CREDITOR ID: 403044-89<br>TARKE, NELSON<br>7541 SW 134TH COURT<br>MIAMI FL 33183 | CREDITOR ID: 407266-MS<br>TARKE, NELSON<br>7541 SW 134TH COURT<br>MIAMI FL 33183 | CREDITOR ID: 400950-91<br>THORNTON, SHANNON J<br>4854 COUNTY RD 117A<br>WILDWOOD FL 34785 |
| CREDITOR ID: 403962-94<br>THORNTON, SHANNON J<br>4854 COUNTY RD 117A<br>WILDWOOD FL 34785 | CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 279400-36<br>TRINIDAD BENHAM CORP<br>ATTN RONALD J WEIMER, CONTROLLER<br>3650 S YOSEMITE, SUITE 300<br>PO BOX 378007<br>DENVER  CO 80237 |

**SERVICE LIST - EXHIBIT B**

**Notice of Debtors' Second Omnibus Objection Pursuant to
11 U.S.C. 502 and Fed.R.Bankr.P.3007 and 9014 to Certain
(A) Duplicate Claims and (B) Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 263792-12<br>UNITED ENTERPRISES, INC<br>ATTN GERALDINE RUIS, CEO<br>PO BOX 1319<br>FLOWERY BRANCH, GA 30542 | CREDITOR ID: 403437-15<br>UNITED VAN LINES LLC<br>ATTN SAM DUNCAN, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | CREDITOR ID: 263911-12<br>US CAP SYSTEMS CORP<br>ATTN: CHARLES E HOGAN, EXEC VP<br>119 S ADAMS RD<br>SPOKANE, WA 99216 |
| CREDITOR ID: 279169-33<br>US CAP SYSTEMS CORPORATION<br>ATTN DONALD R COBLENTZ, ESQ<br>WORCESTER PLAZA<br>446 MAIN STREET<br>WORCESTER MA 01608 | CREDITOR ID: 410956-15<br>US SURVEYOR<br>C/O FINE & HATFIELD, PC<br>ATTN TODD I GLASS, ESQ<br>520 NW SECOND ST<br>PO BOX 779<br>EVANSVILLE IN 47705-0779 | CREDITOR ID: 263935-12<br>US SURVEYOR<br>ATTN DEBBIE ECKERT<br>4929 RIVERWIND POINTE DRIVE<br>EVANSVILLE, IN 47715-6753 |
| CREDITOR ID: 402334-90<br>VALENTINE, OLIVER D<br>804 HOLLY SPRINGS ESTATE ROAD<br>FRANKLIN NC 28734 | CREDITOR ID: 407314-MS<br>VALENTINE, OLIVER D<br>804 HOLLY SPRINGS ESTATE RD<br>FRANKLIN NC 28734 | CREDITOR ID: 278050-22<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288 |
| CREDITOR ID: 278050-22<br>WACHOVIA BANK NA, ADMIN AGT<br>C/O SHEARMAN & STERLING, LLP<br>ATTN HENRY T NGUYEN, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 278050-22<br>WACHOVIA BANK NA, ADMIN AGT<br>C/O SHEARMAN & STERLING<br>ATTN ANDREW TENZER, ESQ<br>599 LEXINGTON AVE<br>NEW YORK NY 10022 | CREDITOR ID: 410369-15<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 402340-90<br>WADE, HARRY D<br>4355 FULTON RD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 407329-MS<br>WADE, HARRY D<br>4355 FULTON RD<br>JACKSONVILLE FL 32225 | CREDITOR ID: 397348-15<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 |
| CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O LAW OFFICE OF NEIL REGER<br>ATTN NEIL REGER, ESQ<br>4476 BOCAIRE BLVD<br>BOCA RATON FL 33487 | CREDITOR ID: 264305-12<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | CREDITOR ID: 381752-99<br>WEBB'S SEAFOOD, INC<br>C/O JOHNSTON HARRIS GERDE ET AL<br>ATTN JERRY W GERDE, ESQ<br>239 E 4TH STREET<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 400973-91<br>WELCH, CLIFTON T JR<br>52 SHINNECOCK DRIVE<br>PALM COAST FL 32137-1509 | CREDITOR ID: 407354-MS<br>WELCH, CLIFTON T JR<br>52 SHINNECOCK DRIVE<br>PALM COAST FL 32137 | CREDITOR ID: 400981-91<br>WHITWORTH, DARRELL H<br>1725 ROYAL FERN LANE<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 403993-94<br>WHITWORTH, DARRELL H<br>1725 ROYAL FERN LANE<br>ORANGE PARK FL 32003 | CREDITOR ID: 392036-55<br>WILLIS, NATHANIEL<br>C/O KALO & VERHEUL PA<br>ATTN  LISA ANN KALO, ESQ<br>2580 UNIVERSITY PARKWAY<br>SARASOTA FL 34243 | CREDITOR ID: 264967-12<br>WINTER HAVEN HOSP DBA HEALTHWORKS<br>ATTN MONA BEDFORD, MGR<br>134 ARIANA AVENUE<br>AUBURNDALE, FL 33823 |
| CREDITOR ID: 407391-MS<br>WORDELL, LYNDEN S<br>4911 SW BIMINI CIRCLE  N<br>PALM CITY FL 34990 | CREDITOR ID: 383146-99<br>ZUBI ADVERTISING SERVICES, INC<br>C/O MARKOWITZ DAVIS RINGEL & TRUSTY<br>ATTN J MARKOWITZ & R RUBIO, ESQS<br>9130 SO DADELAND BLVD, STE 1225<br>MIAMI  FL 33156 | |

**Total:   377**

EXHIBIT C
NOTICE TO DUPLICATE CLAIMANTS

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

### NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS

| | |
|---|---|
| **Creditor ID**: | **Creditor ID**: |
| **Counsel:** | **Counsel:** |
| **Counsel:** | **Counsel:** |
| **Additional Notice Party:** | **Additional Notice Party:** |
| **Transferee:** | **Transferee:** |

| CLAIM TO BE DISALLOWED & EXPUNGED | REMAINING CLAIM |
|---|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Asserted Debtor:** | **Claim No.:**<br>**Claim Amount:**<br>**Asserted Debtor:** |
| **Reason For Disallowance:** | |

     1.   PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on December 20, 2005 their Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

     2.   The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that the claim duplicates another claim that is listed as the REMAINING CLAIM above.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.  The REMAINING CLAIM listed above is not affected by the Objection.**

     3.   If you do NOT oppose the disallowance and expungement of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.    If you DO oppose the disallowance and expungement of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on January 9, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.    Responses will be deemed timely filed _only if_ the original response is _actually received_ on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.    A hearing will be held on **January 19, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.    If the Bankruptcy Court does not disallow and expunge your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.    The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.    If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  December 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM, LLP

By      _/s/ D.J. Baker_                         By      _/s/ James H. Post_
        D.J. Baker                                       Stephen D. Busey
        Sally McDonald Henry                             James H. Post
        Rosalie Walker Gray                              Cynthia C. Jackson
        Jane M. Leamy                                    Florida Bar Number 175460
Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                         Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                               jpost@smithhulsey.com

EXHIBIT D
NOTICE TO AMENDED CLAIMANTS

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS

**Creditor ID**:                                    **Creditor ID**:

**Counsel:**                                        **Counsel:**

**Counsel:**                                        **Counsel:**

**Additional Notice Party:**                        **Additional Notice Party:**

**Transferee:**                                     **Transferee:**

| CLAIM TO BE DISALLOWED & EXPUNGED | REMAINING CLAIM |
|---|---|
| **Claim No.:** <br> **Claim Amount:** <br> **Asserted Debtor:** <br><br> **Reason For Disallowance:** | **Claim No.:** <br> **Claim Amount:** <br> **Asserted Debtor:** |

     1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on December 20, 2005 their Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

     2.    The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that the claim was amended and superseded by another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

     3.    If you do NOT oppose the disallowance and expungement of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.   If you DO oppose the disallowance and expungement of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on January 9, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.   Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.   In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.   A hearing will be held on **January 19, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.   If the Bankruptcy Court does not disallow and expunge your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.   The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.   If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  December 20, 2005

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By      /s/ D.J. Baker                                By      /s/ James H. Post
         D.J. Baker                                          Stephen D. Busey
         Sally McDonald Henry                                James H. Post
         Rosalie Walker Gray                                 Cynthia C. Jackson
         Jane M. Leamy                                       Florida Bar Number 175460
Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                             Jacksonville, Florida  32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                   jpost@smithhulsey.com