**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE WITH RESPECT TO ORDER AUTHORIZING**
**(I) REJECTION OF LEASES AND SUBLEASES AND**
**(II) ABANDONMENT OF RELATED PERSONAL PROPERTY**

I certify that, on December 19, 2005, I caused to be served the Order Authorizing (I) Rejection of Leases and Subleases and (II) Abandonment of Related Personal Property [Docket No. 4662], by having true and correct copies sent via first-class mail, postage pre-paid and/or e-mail service to the parties listed in Exhibit A.

Dated: December 22, 2005

                                              SMITH HULSEY & BUSEY

                                              By  *s/ Cynthia C. Jackson*
                                                   Stephen D. Busey
                                                   James H. Post
                                                 Cynthia C. Jackson  (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

                                                  -and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Attorneys for the Debtors

**EXHIBIT A**

James & Carolyn Sell
449 Fairridge Road
Johnson City, TN 37604
Store no 2197

Hogan Development Co.
420 West Liberty Street
Louisville, KY 40202
Store no 1618

LPI Calhoun, Inc.
3000 Corporate Center Dr
Suite 300
Morrow, GA 30260
Store no 1816

Teacher's Retirement System of the State of Kentucky
c/o Mortgage Co. of Kentucky, Inc.
642 South Fourth Street
Louisville, KY 40202
Store No. 1602

HPC Wade Green LLC
c/o Steven Shellenberger
3838 Oak Lawn
Suite 810
Dallas, TX 75219
Store no 1896

NMB Partners LP
c/o Etling L Chapman III
P.O. Box 2384
Murrells Inlet, SC 29576
Store no 2111

Zimmer Development Co. of S.C, L.P
c/o Herbert Zimmer
111 Princess Street
Wilmington, N.C. 28401
Store No 2117

Acron USA Fonds Winn Dixie, L.P.
c/o Acron Kapital, Dallas Branch
1516 South Boston Avenue, Suite 215
Tulsa, OK 74119
Store no 2172

Don & Wendy Bradford
236 Lakeridge Drive
Jonesborough, TN 37859

Buehler of Kentucky LLC
c/o Associated Wholesale Grocers, Inc.
5000 Kansas Avenue
P.O. Box 2397
Kansas City, Kansas 66110-2932

J&J Supermarkets - KY, LLC
Jan T. Harbort
916A Lafayette Road
Rossville, GA 30741

Consolidated Stores Corporation
300 Phillipi Road, Dept. 10051
Columbus, OH 43228

Home Decor Outlet Center
710 Highway 17 South
Suite D
N. Mrytle Beach, SC 29582
843-361-7070
Sublease store no 2111

Factory Home Décor, Inc.
c/o Custom Tree Inc.
P.O. Box 863
Jefferson, GA 30549

Savemore Superstores, Inc.
5033 Dick Pond Road
Myrtle Beach, SC 29588

Indian Trail Square LLC
1020 Industry Road, Suite 40
Lexington, KY 40505
Store No 1696

Cingular
110 Peachtree Street, Suite 7H05
Atlanta GA 30309
Store No 1696

Buehler of Kentucky, LLC
Attn: Kris Buehler Massat
P.O. Box 82
110 West 12th Avenue
Jasper, Indiana 47547-0082
Sublease Store 1618

The Grossman Companies, Inc.
1266 Furnace Brook Pkwy.
Quincy MA 02269-0110
Store No 1857

Marlene Reich
Sommer Barnard Attorneys, PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
mreich@sommerbarnard.com
Sublease Store 1618

Baumgardner Hogan, LLC
P.O. Box 7606
Louisville, KY 40257-7606
#1697

John O. LaGatta
50 West Liberty Street, Ste 1080
Reno, NV 89501
#1673

Sunset Hill Development Company, LLC.
2100 Gardiner Lane, Ste 207
Louisville, KY 40205-2994
#1607

Teacher's Retirement System, c/o Mortgage Company of Kentucky
642 South 4th Street
Louisville, KY 40202
#1659

Nicole S. Biddle
Stites & Harbison PLLC
250 W. Main Street, Suite 2300
Lexington  KY 40507
Store No. 1686
Nbiddle@stites.com