UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-03817-3F1
CHAPTER 11 (Jointly Administered)

IN RE:                                          )
                                                )
Winn-Dixie Stores, Inc., et al.,                )
                                                )
        Debtors.                                )
                                                )

## ORDER GRANTING MOTION TO DEEM CLAIMS OF
## CREDIT SUISSE FIRST BOSTON, LLC AS TIMELY FILED

This case is before the court upon the Motion of Credit Suisse First Boston, LLC to Deem Claims As Timely Filed (the "Motion"), filed by creditor Credit Suisse First Boston, LLC ("Movant"). After the hearing held on Thursday, December 15, 2005, and for the reasons stated orally and recorded in open court that shall constitute the decision of the court, it is

ORDERED:

1.      The Motion is granted.

2.      Movant's Claim No. 11414 (against Debtor Winn-Dixie Stores, Inc.) and Movant's Claim No. 11415 (against Winn-Dixie Montgomery, Inc.) are deemed timely filed.

DATED this 20th day of December, 2005, in Jacksonville, Florida.


HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1            Date Rcvd: Dec 20, 2005
Case: 05-03817              Form ID: pdfdoc         Total Served: 2
```

```
The following entities were served by first class mail on Dec 22, 2005.
aty         +John B Hutton,   Greenberg Traurig PA,   1221 Brickell Avenue,   Miami, FL 33131-3238
cr          +Credit Suisse,   11 Madison Avenue,    5th Floor,   New York, NY 10010-3643

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2005**                    **Signature:**