UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(E)(2)

1.  To Transferors:
    Three Meadows Plaza Partnership
    Three Meadows Plaza Partnership
    402 High Point Drive
    Coca, FL 32926

    With a copy to:
    John H. Evans
    John H. Evans, P.A.
    1702 S Washington Avenue
    Titusville, Florida 32780

    and

    Strike Force III, LLC
    380 S. Courtenay Parkway
    Merritt Island, FL 32952

    With a copy to:
    John H. Evans
    John H. Evans, P.A.
    1702 S Washington Avenue
    Titusville, Florida 32780

2.  Your claim arising out of that certain Lease dated June 16, 1995 (as amended, the "Lease") against the Debtors has been transferred to the Transferee:

    LaSalle Bank National Association, as Trustee for Morgan Stanley Dean Witter Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2000-Prin, by and through its Primary Servicer, Principal Global Investors, LLC, a Delaware limited liability company, formerly known as Principal Capital Management, LLC, a Delaware limited liability company

PH1\1515159.1

<u>With copies to:</u>
Principal Global Investors
801 Grand Avenue
Des Moines, IA 50392-1450
Attention: Emily A. Hippen

and

Margery N. Reed, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit "A".

3. If you <u>do not</u> object to the transfer of your claim, no action is required. If you do object to such transfer, you must within 20 days of the date of this Notice file a written objection with the United States Bankruptcy Court for the Middle District of Florida, with a copy to Transferee and its counsel at their respective addresses listed herein.

LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2000-PRIN, by and through its Primary Servicer, Principal Global Investors, LLC, a Delaware limited liability company, formerly known as Principal Capital Management LLC, a Delaware limited liability company

By: _____
    One of Its Attorneys

Wendy M. Simkulak, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1547

# EXHIBIT "A"

## EVIDENCE OF TRANSFER OF CLAIM

TO: **Winn-Dixie Stores, Inc. and the United States Bankruptcy Court for the Middle District of Florida.**

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged and intending to be legally bound thereby, THREE MEADOWS PLAZA PARTNERSHIP, a Florida general partnership (the "Assignor") hereby acknowledges that it has unconditionally and irrevocably sold, transferred and assigned (the "Assignment") to LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2000-PRIN, by and through its Primary Servicer Principal Global Investors, LLC, a Delaware limited liability company, formerly known as Principal Capital Management, LLC, a Delaware limited liability company ("Assignee") all of Assignor's right, title, interest, and causes of action in and to, or arising under, or in connection with, any and all claims of Assignor (collectively, the "Claim") against Winn-Dixie Stores, Inc. and/or one or more of its affiliates (collectively, the "Debtors"), in their chapter 11 bankruptcy cases, No. 05-11063, et seq. (Jointly Administered) (collectively, the "Bankruptcy Case"), as set forth in that certain Assignment of Transfer of Claim Agreement dated as of December _9th_, 2005, between Assignor and Assignee.

Assignor hereby represents that it has filed no fewer than five (5) proofs of claim (the "Proofs of Claim") in the Bankruptcy Case and hereby expressly sells, transfers and assigns to the Assignee: (a) the Proofs of Claim; (b) the exclusive right to file additional proof(s) of claim in the Bankruptcy Case; and (c) the exclusive right to receive payment and distributions of money or property in respect of the Claim and Proofs of Claim. Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtors

and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law or regulation. Assignor further agrees to waive its right to object to the Assignment (collectively, the "Assignor's Waivers"). Assignor acknowledges and agrees that Assignor's Waivers shall be binding at all times even if Assignor receives a notice of transfer of claim that would otherwise permit Assignor to object to the transfer. Assignor acknowledges, agrees and hereby stipulates that the Bankruptcy Court, without further notice to Assignor, may enter an Order transferring the Claim to Assignee and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notice relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee at the following address:

> LaSalle Bank National Association, as Trustee for Morgan Stanley Dean Witter Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2000-Prin, by and through its Primary Servicer, Principal Global Investors, LLC, a Delaware limited liability company, formerly known as Principal Capital Management, LLC, a Delaware limited liability company
>
> With copies to:
> Principal Global Investors
> 801 Grand Avenue
> Des Moines, IA 50392-1450
> Attention: Emily A. Hippen
>
> and
>
> Margery N. Reed, Esquire
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196

2

IN WITNESS WHEREOF, this **EVIDENCE OF TRANSFER OF CLAIM** is executed as of December 9, 2005.

THREE MEADOWS PLAZA PARTNERSHIP, a Florida general partnership

By: _____
Alan R. Matroni, General Partner

**ACKNOWLEDGEMENT:**

STRIKE FORCE III, LLC, a Florida limited liability company, ("Borrower") intending to be legally bound hereby and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby acknowledges its receipt of the Evidence of Transfer and the Assignment and Transfer of Claim Agreement, each by and between Assignor and Assignee, and Borrower hereby agrees to the terms thereof, including but not limited to, the unconditional assignment of the Claim and the Proofs of Claim by Assignor to Assignee.

STRIKE FORCE III, LLC, a Florida limited liability company

By: _____
Antonia Pastermack, Manager

By: _____
William Pastermack, Manager

3