UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about December 23, 2005, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first-class mail, postage prepaid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: December 23, 2005

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 417059-97<br>REDDYICE GROUP INC DBA<br>REDDY ICE CORP &  TRIANGLE ICE<br>ATTN: STEVEN J JANUSEK, CFO<br>8750 NORTH CENTRAL EXPRESSWAY<br>STE 1800<br>DALLAS TX 75231 | CREDITOR ID: 410580-15<br>REDDYICE GROUP, INC DBA<br>REDDY ICE CORP &  TRIANGLE ICE<br>C/O AKIN GUMP STRAUSS HAUER & FELD<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 |
| CREDITOR ID: 410581-15<br>SOUTHERN BOTTLED WATER CO, INC<br>C/O AKIN GUMP STRAUSS HAUER & FELD<br>ATTN KEITH MILES AURZADA, ESQ.<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | CREDITOR ID: 417058-97<br>SOUTHERN BOTTLED WATER INC<br>ATTN: STEVEN J JANUSEK, CFO<br>8750 NORTH CENTRAL EXPRESSWAY<br>STE 1800<br>DALLAS TX 75231 | |

    Total:    5

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

                                                Docket No.: 4738

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| REDDYICE GROUP, INC DBA | MADISON INVESTMENT TRUST - SERIES 3 |
|---|---|
| Name of Transferor | Name of Transferee |

REDDYICE GROUP, INC DBA
REDDY ICE CORP &  TRIANGLE ICE
C/O AKIN GUMP STRAUSS HAUER & FELD
ATTN KEITH MILES AURZADA, ESQ
1700 PACIFIC AVENUE, SUITE 4100
DALLAS TX 75201

MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 214 969 2800                             Phone: 800 896 8913
Account No.: 410580                             Account No.: 405906

REDDYICE GROUP INC DBA
REDDY ICE CORP &  TRIANGLE ICE
ATTN: STEVEN J JANUSEK, CFO
8750 NORTH CENTRAL EXPRESSWAY
STE 1800
DALLAS TX 75231

Phone:
Account No.:  417059

Claim No.: 8951                                 Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 07/27/2005                    Transfer Amount: $434,048.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/23/2005                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  December 23, 2005.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 4736 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SOUTHERN BOTTLED WATER CO, INC | MADISON INVESTMENT TRUST - SERIES 3 |
| Name of Transferor | Name of Transferee |
| SOUTHERN BOTTLED WATER CO, INC<br>C/O AKIN GUMP STRAUSS HAUER & FELD<br>ATTN KEITH MILES AURZADA, ESQ.<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| Phone: 214 969 2800 | Phone: 800 896 8913 |
| Account No.: 410581 | Account No.: 405906 |
| SOUTHERN BOTTLED WATER INC<br>ATTN: STEVEN J JANUSEK, CFO<br>8750 NORTH CENTRAL EXPRESSWAY<br>STE 1800<br>DALLAS TX 75231 | |
| Phone: | |
| Account No.: 417058 | |
| Claim No.: 8952 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 07/27/2005 | Transfer Amount: $113,785.79 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 12/23/2005 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on December 23, 2005.