# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN DIXIE CORPORATION, et al.,        Consolidated Case No.: 3-05-bk-3817

    Debtor(s),

WINN DIXIE MONTGOMERY, INC.        Case No. 05-03837-3F1

    Debtor(s),

## MOTION OF WILLIE M. RIVERS FOR RELIEF FROM THE STAY

**COMES NOW** the Movant, Willie M. Rivers, and respectfully moves this Honorable Court to grant relief from the automatic stay to permit Movant to proceed in her action against Winn Dixie Montgomery, Inc., for Worker's Compensation benefits and shows as follows:

1.    Movant was involved in an on-the-job injury on January 14, 2004 while an employee of Winn Dixie Montgomery, Inc., Store # 519, Greenville, Alabama.

2.    Proper and timely notice was given to her employer and she was subsequently sent to the company doctor.

3.    Employer has paid some benefits to date but denies other of the Movant's injuries suffered as a result of said accident and has denied worker's compensation benefits for the same.

4.    Plaintiff is seeking and is entitled to Workers' Compensation benefits under the Workers' Compensation Act of the State of Alabama, 1975, as amended, as well as unpaid compensation and medical expenses not reimbursed. Plaintiff is in need of this relief.

5.    The Movant seeks relief from the automatic stay to file suit in the Circuit Court of Butler County, Greenville, AL in pursuit of all claims against Winn Dixie, Inc. and their subsidiary, Winn Dixie Montgomery, Inc., to the limits of any applicable insurance coverage, including but not

limited to self-insured coverage.

5.      No lawsuit has been filed in this worker's compensation matter. No formal discovery has been performed. Attempts to reach a resolution of the issues in this matter have thus far been unsuccessful.

**WHEREFORE,** the above premises considered, Movant moves this Honorable Court to make and enter in an Order permitting it to proceed with all claims against Winn Dixie, Inc. and their subsidiary Winn Dixie Montgomery, Inc., pursuant to the laws of the State of Alabama, within the limits of any insurance coverage applicable to said claims and Movant moves for any further and different relief to which she might be entitled to pursue said claims.

/s/   12/23/05
Paul C. Bartley (BAR 127, Alabama)
Attorney for Movant

OF COUNSEL:

**PAUL C. BARTLEY, L.L.C.**
608 South Hull Street
Montgomery, Alabama 36104
        (334) 262-2404
FAX:  (334) 262-8897
bartleylaw@knology.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this _____ day of December, 2005, served via United States Mail, postage prepaid, a copy of the foregoing Motion for Relief of Stay upon the following:

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Winn Dixie Montgomery, Inc.
1550 Jackson Ferry Rd.
Montgomery, AL 36104-1718

_____
OF COUNSEL