[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

This case came on for consideration upon the Court's own motion. On December 23, 2005, Paul C. Barley, Jr. filed a Motion for Relief From Stay on behalf of Willie Mae Rivers without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion for Relief From Stay filed by Willie Mae Rivers is stricken from the record.

Dated December 27, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Movant
Debtor
Winn-Dixie Montgomery