UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

F I L E D
JACKSONVILLE, FLORIDA

DEC 2 7 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC., ET AL.,   )
                                   )   Chapter 11
                                       Case No. 05-03817-3F1
                                       Creditor-Petitioner: Barbara Daye

## MOTION FOR ACCEPTANCE OF LATE FILED PROOF OF CLAIM

COMES NOW the petitioner and moves the Court for leave to file her proof of claim. In support thereof the following is shown:

1. The plaintiff the victim of a slip and fall accident was injured in a Winn-Dixie store in the city of Greensboro on or about November 25, 2004. The statute of limitations do not run on this matter until November 25, 2007.

2. Mr. Richard Law of Sedgwick Claims Management Services whom I had been communicating with I somehow thought had this claim evaluated and ready to settled but was simply awaiting the authority from the Court to do so.

3. Thus, we relaxed and awaited the proof of claim form from the Bankruptcy Court. However, the form never came.

WHEREFORE, the petitioner pray the Court to waive the time period and allow her proof of claim to be filed in this matter.

This the 8th day of December, 2005.

Lee D. Andrews
Attorney for petitioner
PO Box 21472
Greensboro, NC 27420

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion to waive the time limit and allow a proof of claim filing was served upon the adverse party by mailing a copy thereof by first class mail, postage prepaid and addressed as follows:

Kate Logan
Logan & Company
546 Valley Road
Upper Montclair, New Jersey 07043

This the 8th day of December, 2005.

Lee D. Andrews