UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

F I L E D
JACKSONVILLE, FLORIDA

DEC 2 7 2005

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores

Case No. 05-3817

Chapter 11

NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy 3001(e)(2), notice is hereby given that the proof of claim filed by APV North America in the sum of $16,012.32 has been unconditionally transferred to Atradius Trade Credit Insurance, Inc. on 12/6/05, for consideration received. The transferor requests that any dividend checks be made payable to Atradius Trade Credit Insurance, Inc., 5026 Campbell Boulevard, Suite C, Baltimore, MD 21236, attn. Dana Santilli.

Respectfully submitted

*[signature]*
Dana Santilli
Atradius Trade Credit Insurance, Inc.
5026 Campbell Boulevard, Suite C
Baltimore, MD 21236

Claim No. 8686860




Assignment

| | |
|---|---|
| AON LIMITED<br>AON TRADE CREDIT<br>MR UMBERTO OLIVA<br>SOMERSET HOUSE<br>47-49 LONDON ROAD<br>REDHILL RH1 1LU<br>UNITED KINGDOM | If you have any queries,<br>please contact Donna Messick.<br><br>**Our Reference:** 8686860<br>**Telephone:** +410-246-5494<br>**Fax:** +410-246-5530<br>**Date:** 10 June 2005 |

In consideration of the payment of $14,411.09, A P V NORTH AMERICA INC (DEL) (hereafter "Insured") does hereby assign, transfer and set over to

       Atradius Trade Credit Insurance Inc.
       Attention:  Claims Department
       5026 Campbell Boulevard, Suite A-D
       Baltimore, Maryland 21236

(hereafter "Company") all of its rights, title and interest in the claim against the Debtor identified below, together with all securities and guarantees related thereto, in the amount shown:

Debtor:    WINN-DIXIE STORES INC            Claim No: 8686860
                                                                   Policy No: 554536

Amount:  $16,012.32

Any portion of the claim assigned to Company that may not have been covered by the Policy specified above must be handled by the Company for the joint benefit of the Insured and Company as their interest appear. Insured agrees to transmit to Company any amounts hereafter received from Debtor or its representative.

Insured warrants the legal validity of the indebtedness for the amount of such claim and that there is no known defense, set-off or counterclaim against it. It is agreed that the Company is not liable for any legal or collection expenses incurred by the Insured prior to the date of this Assignment.

By: _[signature]_
Title: Credit Manager
Date: 06 DEC 2005

Subscribed and Sworn to before me this 6TH day of DEC., 2005

        Notary Public
        _[signature] Angel R. Valdez_
        My commission Expires

---

| | | |
|---|---|---|
| Atradius Trade Credit Insurance, Inc<br>5026 Campbell Boulevard, Suite C<br>Baltimore<br>Maryland 21236<br>USA | Telephone +1 800 423-6624<br>Fax +1 410 246 5530<br>www.atradius.us | Angel R. Valdez, Notary Public<br>Commonwealth of Massachusetts<br>My Commission Expires 1/23/2009 |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 22nd day of December a copy of the foregoing Notice of Transfer of Claim was mailed first-class, postage pre-paid to:

Bankruptcy Clerk's Office:

United States Bankruptcy Court
300 North Hogan Street
Jacksonville, FL 32202

Attorney for Debtor:

Adam Ravin
Skadden Arps Slate Meagher & Flom
Four Times Square
New York, NY 10036


managing risk, enabling trade

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
DEC 27 2005
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

December 22, 2005

United States Bankruptcy Court
For the Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

Re: <u>Winn-Dixie Stores, Inc.</u>
Bankruptcy Case No. 05-3817

Dear Sir or Madam Clerk:

    I enclose an original and one copy of a Notice of Transfer of Claim for filing in the above-captioned matter. Upon filing of the original, please return a date-stamped copy to the undersigned via the self-addressed, stamped envelope.

If you have any questions, please do not hesitate to contact me at (410)-246-5548. Thank you.

Kind Regards,

*[signature]*
Dana Santilli
Recovery Officer

(410)-246-5548
(410)-246-5545 fax
dana.santilli@atradius.com

Atradius Trade Credit
Insurance, Inc.
5026 Campbell Blvd.
Suite C
Baltimore, MD 21236

Phone
+1 410-931-9441
Fax
+1 410-246-5530
www.atradius.us