**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                              CASE NO.:  3:05-bk-03817-JAF

                                                    CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

    Debtors.                                    Jointly Administered

---

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the undersigned counsel and, pursuant to Rule 4-1.16, Florida Rules of Professional Conduct, and Local Rule 2091-1, hereby moves for leave to withdraw as counsel for Creditor/Party in Interest, Valrico Partners LP, Ltd. ("Valrico"), thereby relieving counsel of all further responsibility in the Debtors' Jointly Administered Cases. As grounds therefore, the undersigned would state:

(a) It has been instructed by Valrico, through its authorized agent, Paul D. Cooley, President of Retail Asset Management, Inc., not to take any further action in the Debtors' Jointly Administered Cases.

(b) Valrico, through both its broker and its legal counsel located in Jersey City, New Jersey (both of whom the undersigned has communicated with in the past), has failed to respond to the undersigned's attempts and requests to communicate directly with the managing partner of the client, including attempts to obtain specific instructions concerning pending matters. Therefore,

the undersigned is not able to continue to represent Valrico in the Debtors' Jointly Administered Cases.

(c) Based on the foregoing, the undersigned deems itself required, under the Florida Rules of Professional Conduct, to seek leave to withdraw as Valrico's counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order granting it leave to withdraw as counsel of record for Creditor/Party-in-Interest, Valrico Partners LP, Ltd., in the Debtors' Jointly Administered Cases, and granting such other and further relief as the Court deems just and proper.

**HELD & ISRAEL**

_____
EDWIN W. HELD, JR.
Florida Bar No. 162574
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Attorneys for Creditor/Party-in-Interest, Valrico Partners LP, Ltd.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Motion to Withdraw as Counsel has been furnished to **Mr. Paul D. Cooley**, President, Retail Asset Management, Inc., P.O. Box 5666, Clearwater, FL 33758-5666, via e-mail and U.S. Mail, and **Ed McCrossin, Esq.**, 30 Montgomery Street, 15th Floor, Jersey City, NJ 07302 via Federal Express, this 28 day of December, 2005.

_____
Attorney