UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                           Chapter 11
                  Debtors.                        )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Susan Cloves (Claim No. 4720) [Docket No. 4773] was furnished by mail on December 28, 2005 to Susan Cloves, c/o Steven L. Morgan, Esq., 509 "G" Street, Brunswick, Georgia 31520.

Dated: December 28, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*   <br>      D. J. Baker <br>      Sally McDonald Henry <br>      Rosalie Gray | By   *s/ James H. Post*   <br>      Stephen D. Busey <br>      James H. Post (FBN 175460) <br>      Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00517853