UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )      Case No. 05-03817-3F1
                                                   )      Chapter 11
         Debtors.                              )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of D'Ann Briggs (Claim No. 7591) [Docket No. 4339] was furnished by mail on December 1, 2005 to Ms. D'Ann Briggs, 1471 NW 2nd Street, Boynton Beach, Florida 33435.

Dated: December 29, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Gray | By  *s/ James H. Post*  <br>    Stephen D. Busey  <br>    James H. Post (FBN 175460)  <br>    Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00517931.DOC