UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )
                                                    )
WINN-DIXIE STORES, INC., et al.,      )       Case No. 05-03817-3F1
                                                    )       Chapter 11
          Debtors.                            )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Robert Whaley (Claim No. 7585) [Docket No. 4343] was furnished by mail on December 1, 2005 to Mr. Robert Whaley, 7901 Indian Springs Road, Richmond, Virginia 23237.

Dated:  December 29, 2005

SKADDEN, ARPS, SLATE, MEAGHER           SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                                  By    *s/ James H. Post*
     D. J. Baker                                                  Stephen D. Busey
     Sally McDonald Henry                                 James H. Post (FBN 175460)
     Rosalie Gray                                               Cynthia C. Jackson

Four Times Square                                       225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida  32202
(212) 735-3000                                              (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                  cjackson@smithhulsey.com

Co-Counsel for Debtors                                Co-Counsel for Debtors

00517953.DOC