[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

This case came on for consideration upon the Court's own motion. On December 23, 2005, Paul C. Barley, Jr. filed a Motion for Relief From Stay on behalf of Willie Mae Rivers without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion for Relief From Stay filed by Willie Mae Rivers is stricken from the record.

Dated December 27, 2005

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Movant
Debtor
Winn-Dixie Montgomery

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes            Page 1 of 1              Date Rcvd: Dec 27, 2005
Case: 05-03817               Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Dec 29, 2005.
aty          +Paul C Bartley, Jr,   Paul C Bartley LLC,   608 South Hull Street,   Montgomery, AL 36104-5808

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2005**                    **Signature:** *Joseph Speetjens*