# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

---

In Re:

WINN-DIXIE STORES, INC., et al.,                    Case No. 05-03817-3F1
                                                    Chapter 11

         Debtors.                              Jointly Administered

---

## APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Cole's Quality Foods, Inc., a creditor in the above-referenced case, and pursuant to F.R.Bankr.P. 2002 and 9007, and § 1109 of the Bankruptcy Code, requests that all notices given or required to be given in the above case and all papers served in the above case be given to and served upon the undersigned of the following office, telephone number and telecopier number:

> Mary Kay Shaver
> Varnum, Riddering, Schmidt & Howlett LLP.
> Bridgewater Place
> P.O. Box 352
> Grand Rapids, Michigan 49501-0352
> (616) 336-6000 Telephone
> (616) 336-7000 Facsimile
> E-mail Address: mkshaver@varnumlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, telecopier, email or otherwise, that affects the Debtor or property of the Debtor.

The submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of the right to challenge jurisdiction of this Court to adjudicate noncore matters which right Cole's Quality Foods, Inc. expressly reserves without prejudice.

                                                VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
                                                Attorneys for: Cole's Quality Foods, Inc.

                                                By:    /s/ Mary Kay Shaver
Date:  December 21, 2005                          Mary Kay Shaver (P-60411)
                                                      Business Address:
                                                            Bridgewater Place
                                                            P. O. Box 352
                                                            Grand Rapids, MI  49501-0352
                                                            (616) 336-6000

1199472