UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION FOR ACCEPTANCE OF LATE FILED CLAIM

The Court finds that the Motion for Acceptance of Late Filed Claim filed by Lee D. Andrews on behalf of Debra Simpson and Barbara Daye on December 27, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Acceptance of Late Filed Claim filed by Lee D. Andrews on behalf of Debra Simpson and Barbara Daye on December 27, 2005 is stricken from the record.

DATED December 30, 2005, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Lee D. Andrews, Attorney for Movants, P.O. Box 21472, Greensboro, NC 27420
Kate Logan, Logan & Company, 546 Valley Road, Upper Montclair, NJ 07043