UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | * |
| | * |
| WINN-DIXIE, INC., | *   CASE NO: 05-11084-RDD-11 |
| | * |
| Debtors. | * |

**WITHDRAWAL OF OBJECTION BY LAGRANGE MARKETPLACE, L.L.C., COUNTRY CLUB CENTRE, L.L.C., MSC, L.L.C. AND BONNER'S POINT, L.L.C. TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF**

COMES NOW LaGrange Marketplace, L.L.C., MSC, L.L.C. and Bonnner's Point, L.L.C. ("Landlords"), by and through counsel, and withdraws its Objection to Debtors' Motion For Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt From Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief dated July 14, 2005 ("Objection") (Docket No. 2136). Landlords withdraw their Objection to the Cure Amount for Store No. 1988 because its cure claim has been fully satisfied. The Objection is moot. The Landlords hereby withdraw their Objection.

Respectfully submitted this 3rd day of January, 2006.

/s/Leslie G. Weeks
LESLIE G. WEEKS
FL Bar #01067592
JEFFERY J. HARTLEY
Counsel for LaGrange Marketplace, L.L.C., MSC, L.L.C. and Bonner's Point, L.L.C.

OF COUNSEL:

HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
lgw@helmsinglaw.com

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this the 3rd day of January, 2006 served a copy of the foregoing pleading on the appropriate parties either by electronic mail or by U.S. Mail, properly addressed and first class postage prepaid:

| | |
|---|---|
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie W. Gray | Cynthia C. Jackson |
| Eric M. Davis | Eric N. McKay |
| Skadden, Arps, Slate, Meagher & Flom LLP | Smith Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York  10036 | Jacksonville, Florida  32202 |

                /s/Leslie G. Weeks
                Of Counsel