# Blendco
### INC.

RECE'D
JACKSONVILLE, FLORIDA

JAN 0 3 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Blendco, Inc.
8 J.M. Tatum Industrial Drive
Hattiesburg, MS 39401

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan St.
Suite 3-350
Jacksonville, FL 32202

December 28, 2005

Dear Sir or Madam:

Creditor ID: WDX-381750-2A-15
Claim No.: 82
Claim Amount: $5789.00
Asserted Debtor: Winn-Dixie Stores, Inc.

February 21, 2005 Blendco, Inc. documents provided open invoices totaling $5789.00 for the Winn-Dixie Account. Please do not expunge our claim against Winn-Dixie. The record attached will provide the proper documentation to support the bankruptcy claim.

Sincerely,

Jennifer Hopstein
Accounting

• 8 J. M. Tatum Industrial Drive • Hattiesburg, Mississippi 39403
(601) 545-2450 • Fax (601) 544-5634



# Blendco
### INC.

## Winn Dixie
Montgomery/Atlanta Divisions

## Aged Receivables

Customer: FLWI1/FLWI2

Aging Date: 02-25-2005

| Doc No. | Date | PO No. | Total Due | Reason for Deduction or Non Payment |
|---|---|---|---|---|
| 36468 | 6/20/2003 | 9448835 | 624.96 | <WD refused to pay. DR submitted |
| 39451 | 12/6/2004 | 545587 | 329.96 | <disallowed deduction |
| 39468 | 2/4/2005 | 610452 | 997.60 | <Non pay due to Backruptcy |
| 39487 | 2/9/2005 | 617793 | 1197.12 | <Non pay due to Backruptcy |
| 39511 | 2/16/2005 | 623400 | 997.60 | <Non pay due to Backruptcy |
| 39538 | 2/22/2005 | 630992 | 997.60 | <Non pay due to Backruptcy |
| 39540 | 2/22/2005 | 630994 | 644.16 | <Non pay due to Backruptcy |

Total:    5,789.00

• 8 J. M. Tatum Industrial Drive • Hattiesburg, Mississippi 39403
(601) 545-2450 • Fax (601) 544-5634