

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Tuesday
January 03, 2006

**HONORABLE JERRY A. FUNK**     JACKSONVILLE

CASE NUMBER: 05-03817-3F1     HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN / C. JACKSON / S. BUSEY / J. POST

~~Trustee:~~

HEARING:

MOTION FOR RELIEF FROM STAY FILED BY CAPITAL CROSSING BANK (4237 & 4508)

(R/S)   A/P   F/HRG

ORDER: 5\

APPEARANCES:

Capital Crossing: Matt Beal
US Tee: Elena Escamilla
Cred. Comm: John MacDonald

RULING:

Bankrupt