UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC. et.al.,<br><br>Debtors | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### ~~AGREED~~ ORDER GRANTING MOTION OF CAPITAL CROSSING BANK FOR RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for hearing before the Court on the Motion of Capital Crossing Bank For Entry of an Order Granting Relief From the Automatic Stay (the "Motion for Relief") filed by Capital Crossing Bank ("Capital Crossing") on November 18, 2005. At a hearing held on January 3, 2006, the Court was been informed that Capital Crossing and the Debtors have reached an agreement with respect to the Motion for Relief. Therefore, it is

ORDERED:

1. The Motion is GRANTED to the extent provided below.

2. Capital Crossing, its affiliated company, CAPX Realty, LLC, or any assignee of the promissory notes(s) secured by that certain Open-End Mortgage, Security Agreement and Fixture Filing dated August 26, 1999 and recorded on September 13, 1999 in Official Records Book 3722, Page 1432, Public Records of Seminole County, Florida, and re-recorded in Official Records Book 3751, Page 331, Public Records of Seminole County, Florida (the "Mortgage") and all related loan documents, may name Winn-Dixie Stores, Inc. as a defendant in a mortgage foreclosure action with respect to the property that is encumbered by the Mortgage (the "Foreclosure Action") for the purpose of seeking *in rem* relief only. No *in personam* relief shall be sought against the Debtors.

0095052\115852\910975\2

2

3. Except as modified in this Order, the automatic stay imposed by 11 U.S.C. § 362 shall remain in full force and effect.

Dated this __3__ of January, 2006, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished to:

James H. Post
[James H. Post is directed to serve a copy of this Order on all parties that were served with the Motion for Relief.]