UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REQUEST FOR MEDIATION

The Court finds that the Request for Mediation filed by Melissa H. Andrade on behalf of Howard White on December 30, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Mediation filed by Melissa H. Andrade on behalf of Howard White on December 30, 2005 is stricken from the record.

**DATED January 3, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Melissa H. Andrade, P.O. Box 1869, Ocala, FL 34478
Attorneys for Debtor
Logan & Co., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043
Kerry Ledbetter, GL Examiner, III, Sedgwick Claims Management Svcs., Inc., P.O. Box 24787, Jacksonville, FL 32241-4787