**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER OF RESOLUTION OF THE LITIGATION**
**CLAIM OF PANDRA WILLIAMS (CLAIM NO. 2990)**

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant,

Pandra Williams (the "Claimant"), in accordance with the Order Approving Claims

Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation

Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an

agreed amount less than the $50,000 minimum established in the Claims Resolution

Procedure. Accordingly, it is

ORDERED AND ADJUDGED:

1.    Claim No. 2990 filed by Claimant is allowed as an unsecured non-priority

claim in the amount of $10,000.00 against Winn-Dixie Stores, Inc. in Case No. 05-3817

to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11

cases.

2.    This Agreed Order resolves (i) all liabilities and obligations related to

Claim No. 2990 and (ii) all other claims the Claimant has or may have against the

Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or

assigns as of the date of this Agreed Order, all of which are forever waived, discharged

and released.

00513350.DOC

3.    The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability.  The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

4.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __3__ day of __January__, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By_____

James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors

SLOOTSKY & GOLDSTEIN, P.A.

By_____

Jeffery M. Braxton

2701 W. Oakland Park Blvd., Suite 100
Fort Lauderdale, FL 33311

Attorney for the Claimant

00513350.DOC