UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 3-05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtor(s). | JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

I, Carolyn Chayavadhanangkur, hereby certify that true and accurate copies of the following documents were served on January 5, 2006, via overnight courier, upon the parties identified on Exhibit A attached hereto:

- Notice of Deposition of the Debtors in Connection with the Motion of the Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code;

- Official Committee of Equity Security Holders' First Set of Requests for Production to the Debtors in Connection with the Motion of the Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code;

- Official Committee of Equity Security Holders' First Set of Interrogatories Directed to the Debtors in Connection with the Motion of the Official Committee of Equity Security Holders Pursuant to Section 1104 of the Bankruptcy Code; and

- The Official Committee of Equity Security Holders' First Requests for Admissions in Connection with the Motion of the Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code.

January 5, 2006

_[signature]_

2

## EXHIBIT A

Counsel for the Creditors' Committee
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akermann Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Counsel for the Ad Hoc Committee of Retirees
Jerrett M. McConnell
Friedline & McConnell
1756 University Blvd South
Jacksonville, FL 32216

United States Trustee
Elena L. Escamilla
Kenneth C. Meeker
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Counsel for the Securities and Exchange Commission
Susan Sherrill-Beard
U.S. Securities and Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326

Counsel to the Lenders
Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, NY 10169

Betsy C. Cox
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207