United States Bankruptcy Court
For the Middle District of Florida

| | |
|---|---|
| WINN-DIXIE STORES, INC., | } Chapter 11 |
| | } |
| | } Claim No. 11881 |
| | } |
| | } Case No. 05-3817 |
| | } |
| <u>Debtor</u> | } **Amount $114,179.76** |

**Notice of transfer of Claim pursuant to rule 3001 (e) (2) $114,179.76**
**To: Transferor:**

**PROMOTIONS UNLIMITED CORP.**
**8000 SEARS TOWER**
**CHICAGO, IL 60606**

The transfer of your claim as shown above in the amount of **$114,179.76** has been transferred to:

> Liquidity Solutions, Inc.
> D/B/A Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

<u>By: /s/ Jeffrey Caress</u>
Revenue Management
(201) 968-0001

## Transfer Notice

Promotions Unlimited Corp. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **Winn-Dixie Stores, Inc.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $114,179.76 representing all claims against the Debtor in the United States Bankruptcy Court, **Middle District of Florida**, administered as Case No. 05-3817.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2005.

WITNESS:
Promotions Unlimited Corp.

By: _____
(Signature)

Lowell Haron - Controller
(Print Name and Title)

REVENUE MANAGEMENT

By: _____
(Signature)

JEFFREY CARESS
(Print Name and Title)