UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE RALEIGH, INC.

    Debtor.

CASE NO. 05-3839-3F1

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Bankruptcy Rule 3001(e), creditor/assignee Protective Life Insurance Company gives notice to DPJ Limited Partnership of the transfer of DPJ's Proof of Claim in the above bankruptcy. The facts upon which this notice is based are set forth below:

1. On August 25, 2005, DPJ Limited Partnership transferred to Protective Life Insurance Company all of its right, title and interest in and to a certain claim against debtor in the amount of $339,536.53, as shown in the Proof of Claim filed as Claim No. 10260 on July 28, 2005. A true and correct copy of the evidence of this transfer is attached hereto as Exhibit "A."

2. The claim transfer is a claim other than one based on a publically traded note, bond or depenture and has not been transferred for security.

                                                           **HOLLAND & KNIGHT LLP**

                                                           By:  /s/ Charles S. McCall
                                                                Charles S. McCall
                                                                 Florida Bar No.: 765510
                                                                 P.O. Box 52687
                                                                 Jacksonville, FL 32201-2687
                                                                 (904) 353-2000
                                                                 (904) 358-1872 (Facsimile)
                                                                Attorneys for Protective Life
                                                                Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made on January 6, 2006, via ECF Noticing and first class mail upon the parties listed below.

/s/ Charles S. McCall
Charles S. McCall

D.J. Baker
Sally McDonald Henry
Rosalie W. Gray
Eric M. Davis
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
Attorneys for OCUC
1 Chase Manhattan Plaza
New York, NY 10005

Elena L. Escamilla
U.S. Trustee
135 W. Central Boulevard, Room 620
Orlando, FL 32801

Herbert Weinberg, Esquire
Rosenberg & Weinberg
805 Turnpike Street
North Andover, Mass. 01845

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Eric N. McKay
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald, Esq.
Akerman Senterfitt
Attorneys for OCUC
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Gregory K. Cinnamon
Kilpatrick Stockton LLP
1100 Peachtree Street N.E.
Suite 2800
Atlanta, GA 30309

/s/Charles S. McCall
Attorney

# 3200419_v1