Instrument Control Number

LR 200505051937 08/31/2005 11:43:00 AM

# Commonwealth of Virginia
## Land Record Instruments
## Cover Sheet - Form A

[ILS Cover Sheet Agent Online 1.1.6]

BK3956PG1107

TAX EXEMPT

| | | |
|---|---|---|
| C O R P | Date of Instrument | [ 07/31/2005 ] |
| | Instrument Type | [ DLF ] |
| | Number of Parcels | [ 1 ] |
| | Number of Pages | [ 5 ] |
| | City☐ County☒ | [ Henrico County ] |

(Box for Deed Stamp Only)

**First and Second Grantors**

| | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| ☐☒ | [ DPJ Company  ] | [ ] | [ ] | [ ] |
| ☐☐ | [ ] | [ ] | [ ] | [ ] |

**First and Second Grantees**

| | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| ☐☒ | [ Protective Life Insurance Company ] | [ ] | [ ] | [ ] |
| ☐☐ | [ ] | [ ] | [ ] | [ ] |

Grantee Address (Name) [ Protective Life Insurance Company ]
(Address 1) [ P. O. Box 2606 ]
(Address 2) [ ]
(City, State, Zip) [ Birmingham ] [ AL ] [ 35202 ]

Consideration [ 759,381.26 ]   Existing Debt [ 0.00 ]   Assumption Balance [ 759,381.26 ]

Prior Instr. Recorded at: City☐  County☒ [ Henrico County ]  Percent in this Juris.(%) [ 100 ]
Book [ ]  Page [ ]  Instr. No [ ]
Parcel Identification No (PIN) [ 732-751-0561 ]
Tax Map Num. (if different than PIN) [ 732-751-0561 ]
Short Property Description [ Improvements on 3.85 acres, Gayton Road and Ridgef. ]

Current Property Addr.(Address 1) [ Gayton Road ]
(Address 2) [ ]
(City, State, Zip) [ Richmond ] [ VA ] [ 23233 ]

Instrument Prepared by [ Coates & Davenport ]
Recording Paid for by [ Coates & Davenport ]
Return Recording to (Name) [ Coates & Davenport ]
(Address 1) [ John C. Moore, Esquire ]
(Address 2) [ P. O. Box 11787 ]
(City, State, Zip) [ Richmond ] [ VA ] [ 23230 ]
Customer Case ID [ ] [ CS-64114 ]

Cover Sheet Page #1 of 1

BK 3956 PG 1108

Prepared By:
Coates & Davenport
5206 Markel Road, Suite 200
Richmond, Virginia 23230
804-285-7000

Tax Map No: __732-751-0561__　　　　　　　　　　Consideration: $759,381.26

## Special Warranty Deed in Lieu of Foreclosure

This Special Warranty Deed in Lieu of Foreclosure is made as of the 31st day of July, 2005, by DPJ Company Limited Partnership, a Massachusetts Limited Partnership ("Grantor") and Protective Life Insurance Company, a Tennessee Corporation ("Grantee").

### WITNESSETH:

In consideration of Ten dollars ($10.00) and other such valuable consideration, receipt of which is hereby acknowledged, the Grantor does grant and convey with special warranty unto the Grantee all of its right, title and interest as they may exist subject to the rights of Ridgeview, Inc. to the Improvements constituting a "Winn-Dixie Store" building containing approximately 35,000 square feet and located on a parcel of 3.85 acres in the Gayton Centre Shopping Center at the intersection of Gayton Road and Ridgefield Parkway, Henrico County, Virginia, and more particularly described as follows:

ALL that certain piece or parcel of land, lying and being in Tuckahoe District, Henrico County, Virginia, near the southwest corner of Gayton Road and Ridgefield Parkway, containing 3.85 acres and shown as Parcel "B" on a plat made by Bodie, Taylor and Puryear, Inc., Engineers and Surveyors, entitled "Map Showing Six Parcels of Land containing a total of 11.54 Acres at the southwest corner of Gayton Road and Ridgefield Parkway in Henrico County, Virginia," dated March 14, 1985, revised March 20, 1985 and bounded and described as follows:

BEGINNING at a point on the south side of Ridgefield Parkway, distant 318.55 feet westwardly from a point at the intersection of Gayton Road and Ridgefield Parkway, the latter point being the northwestern point of two closely adjacent points shown on the above referenced plat; thence S 8° 06' 58" W 34.50 feet to a point; thence S 70°22' 34" E 93.81 feet to a point; thence S 21°23' 15" E 136.00 feet to a point; thence S 10°40' 42" W 23.50 feet to a point; thence N 77°00' 58" W 32.50 feet to a point; thence S 68°36' 45" W 262.50 to a point thence S 21° 23'15" E 23.50 to a point; thence S 68° 36' 45" W 306.29 feet to a point; thence N 41°13' 16" W 24.93 feet to a point; thence N 15°43' 26" W 221.83 feet to a point; thence N 0°04' 09" W 44.23 feet to a point; thence N. 68°36' 45" E 256.69 feet to a point; thence N 4°55' 18" E 88.48 feet to a point; thence N 45°55' 18" E 8.00 feet to a point; thence easterly along the southern line of Ridgefield Parkway along a curve arcing to the right having a radius of 4573.76 feet a distance of 255.00 feet to the point and place of beginning.

Page -1-

BK 3956 PG 1109

BEING the same property described in the Ground Lease dated July 3, 1985, a Short Form of which is recorded in the Clerk's Office, Circuit Court of Henrico County, Virginia, recorded at Deed Book 1972, page 1295, from Ridgeview, Inc., a Virginia corporation, to Winn-Dixie Raleigh, Inc., a North Carolina corporation, as assigned by Winn-Dixie Raleigh, Inc. to Manchester Mall Joint Venture, and then further assigned to DPJ Company Limited Partnership, both by Assignments of Ground Lease, both dated December 30, 1986, and both recorded in the aforesaid Clerk's Office in Deed Book 2044 at pages 1340 and 1364, respectively.

SUBJECT HOWEVER, it is understood and agreed by the parties hereto that the Improvements hereby conveyed shall revert to Ridgeview, Inc. upon termination of the said Ground Lease, including all extensions of said Ground Lease.

[SIGNATURE PAGES FOLLOW]

**WITNESS** the following duly authorized and signatures and seals:

BK 3956 PG 1110

                        **DPJ COMPANY LIMITED PARTNERSHIP**, a
                        Massachusetts Limited Partnership

            By: _____Wallace Yaffe_____
                    Wallace Yaffe, General Partner

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF NORFOLK, SS

    I, Solomon M. Feldman, Notary Public for the State and County aforesaid do certify that Wallace Yaffe, General Partner of DPJ Company Limited Partnership, a Massachusetts Limited Partnership, whose name is signed to the writing above, bearing date as of the 31st day of July, 2005, has acknowledged the same before me in my County aforesaid.

    Given under my hand and official seal this 25th day of August, 2005.

    My term of office expires on the 1st day of December, 2006.

                                         Solomon M. Feldman, Notary Public

                                         (Notarial Seal)

                              [SIGNATURE PAGE FOLLOWS]

BK3956PG1111

WITNESS the following duly authorized and signatures and seals:

           PROTECTIVE LIFE INSURANCE COMPANY,
           A Tennessee corporation

           By: _Chas M Pri_

           Its: _Vice President_

STATE OF ~~TENNESSEE~~ Alabama
~~City/~~County of _Jefferson_, to-wit:

I, _Susan M Edge_, Notary Public for the State and County aforesaid do certify that _Charles M. Prior_, _Vice President_ of Protective Life Insurance Company, a Tennessee Corporation, whose name is signed to the writing above, bearing date as of the 31st day of July, 2005, has acknowledged the same before me in my County aforesaid.

Given under my hand and official seal this _29_ day of August, 2005.

My term of office expires on the _____ day of _MY COMMISSION EXPIRES JULY 26, 2007_.

           _Susan M Edge_
           Notary Public

MY COMMISSION EXPIRES JULY 26, 2007  (Notarial Seal)

Grantee Address:

P. O. Box 2606
Birmingham, AL 35202

           INSTRUMENT #051937
         RECORDED IN THE CLERK'S OFFICE OF
           HENRICO COUNTY ON
         AUGUST 31, 2005 AT 11:43AM
        $759.50 GRANTOR TAX WAS PAID AS
       REQUIRED BY SEC 58.1-802 OF THE VA. CODE
       STATE:  $379.75 LOCAL:  $379.75
          YVONNE G. SMITH, CLERK

            RECORDED BY: MMM