UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | CHAPTER 11 |
| | ) | Jointly Administered |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF LIMITED WITHDRAWAL
OF OBJECTION TO SALE RELATING TO STORE 2160

Notice is hereby given that Ventures, LLC (the "Store 2160 Landlord") withdraws to the extent set forth herein its objection to sale filed on or about July 27, 2005 [Docket No. 2525] (the "Objection"). The Store 2160 Landlord withdraws its objections to the sale of the leasehold interest set forth in the Objection; provided, however, that the Store 2160 Landlord (a) does not withdraw its objections to the sale arising under 11 U.S.C. § 365(b)(1)(A) as set forth in the Objection except to the extent that the Debtors paid the Store 2160 Landlord the sum of $7,021.72, which was the specific cure amount set forth in its Statement of Cure filed on or about July 14, 2005 [Docket No. 2101], and (b) hereby reserves its right with regard to its objections set forth in Paragraphs 7 through 10 of the Objection.

/s/ Alan M. Weiss
HOLLAND & KNIGHT, LLP
Alan M. Weiss
Florida State Bar No. 340219
50 North Laura Street
Suite 3900
Jacksonville, FL, 32202
Phone: (904) 353-2000
Fax: (904) 358-1872

and

ROBINSON, BRADSHAW & HINSON, P.A.
David M. Schilli
N.C. State Bar No. 17989
Jonathan C. Krisko
N.C. State Bar No. 28625
101 North Tryon Street
Suite 1900
Charlotte, North Carolina 28246
Phone: (704) 377-2536
Fax: (704) 378-4000

Attorneys for Ventures, LLC

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made on January 6, 2006, via ECF Noticing and first class mail upon the parties listed below.

/s/ Alan M. Weiss
Alan M. Weiss

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie W. Gray<br>Eric M. Davis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Eric N. McKay<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>Attorneys for OCUC<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>Attorneys for OCUC<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Elena L. Escamilla<br>U.S. Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801 | Gregory K. Cinnamon<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street N.E.<br>Suite 2800<br>Atlanta, GA 30309 |

# 3498430_v1