```
                   UNITED STATES BANKRUPTCY COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION

In re:                                 CASE NO.:  3:05-bk-03817-JAF

                                       CHAPTER 11
WINN-DIXIE STORES, INC., et. al.,

              Debtors.                 Jointly Administered
_____
```

CHAPIN DEVELOPMENT CO.'S NOTICE OF WITHDRAWAL
OF ITS AMENDED OBJECTION TO DEBTORS' MOTION FOR
ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND
CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM
TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF

Chapin Development Co., by and through its undersigned counsel, gives notice of its withdrawal of its Amended Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No. 2353) with respect to Store No. 1010 and states as follows:

1. On or about July 21, 2005, Chapin Development Co. filed its Amended Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief.

2.  Chapin Development Co. hereby withdraws its Amended Objection to Debtors' Motion with respect to Store No. 1010.

DATED this 6th day of January, 2006.

                      HELD & ISRAEL

                      By:_/s/ David L. Gay_____
                      Edwin W. Held, Jr., Esquire
                      Florida Bar #162574
                      DAVID L. GAY
                      Florida Bar #839221
                      1301 Riverplace Blvd., Suite 1916
                      Jacksonville, Florida 32207
                      (904) 398-7038 Telephone
                      (904) 398-4283 Facsimile