UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* ) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |
| Debtors. ) | |
| _____) | |

## REQUEST FOR FINAL EVIDENTIARY HEARING

The undersigned counsel for the Florida Tax Collectors ("FTC") requests that a Final Evidentiary Hearing be scheduled for FTC's Motion for Adequate Protection (Dkt. No. 4284), which is currently on the Court's stay relief docket for January 9, 2006 at 2:00 p.m. The undersigned has conferred with Debtors' counsel James H. Post, and FTC and Debtors both agree that the Motion be moved and scheduled for a Final Evidentiary Hearing. The undersigned requests that FTC's Motion be set for one and one-half (1 ½) hours. Debtors' counsel has requested that the Motion be set for three (3) hours.

Dated this 6 day of January, 2006.

/s/ Brian T. FitzGerald
Brian T. FitzGerald
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Attorney for Florida Tax Collectors

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by *Notice of Electronic Filing* this \_6\_ day of January, 2006 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com); and to all other participants using the CM/ECF system who have appeared in this matter.

Brian T. FitzGerald, Esq.