UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                               Chapter 11

WINN DIXIE STORES, INC., et al                       Case No. 05-03817-JAF

         Debtors.                                  (Jointly Administered)
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned law firm hereby appears as counsel for the following landlords/creditors of Debtor, Winn-Dixie Stores, Inc. through their management company Terranova Corporation:

    TA/Western, LLC
    Concord-Fund IV Retail, LP
    TA Cresthaven, LLC
    Flagler Retail Associates, Ltd.
    Elston/Leetsdale, LLC

Accordingly, please serve copies of all pleadings, motions, objections, responses, notices and any other court papers on the undersigned law firm at the address referenced below.

                        TEW CARDENAS, LLP
                        Counsel for TA/Western, LLC,
                        Concord-Fund IV Retain, LP
                        TA Cresthaven, LLC
                        Flagler Retail Associates, Ltd.
                        Elston/Leetsdale, LLC
                        Four Seasons Tower, 15th Floor
                        1441 Brickell Avenue
                        Miami, Florida  33131-3407
                        Telephone No.:  (305) 536-1112
                        Facsimile No.:  (305) 536-1116
                        E-Mail: TRL@Tewlaw.com

                        By /s/ Thomas R. Lehman
                        THOMAS R. LEHMAN, P.A.
                        Florida Bar No. 351318

Case No.04-11819-BKC-AJC
Case No. 04-11820-BKC-AJC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Of Appearance was furnished via U.S. Mail on the 6th day of January , 2006 to all parties on the attached service list.

_____
Thomas R. Lehman, P.A.

#451678v1<MIAMI> -Notice of Appearance (Winn Dixie)

Skadden, Arps, Slate, Meagher & Flom LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036

Smith Hulsey & Busey
Stephen D. Busey
James H Post
Cynthia C. Jackson,
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Kenneth C Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Elena L Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Winn-Dixie Stores, Inc,
Attn: Laurence B Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, New York 10036

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303

Smith Hulsey & Busey
Attn: Stephen D Busey
225 Water Street, Ste 1800
Jacksonville, FL 32202

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202
Atlanta, GA 30.326-1232

U.S. Securities and Exchange Commission
Office of Reorganization
Attn: Susan R. Sherrill-Beard
3475 Lenox Road, NE, Ste 1000

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Deutsche Bank Trust Company Americas
C/O Nixon Peabody L LP
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093

Pepsico &. Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 3 8-109
Plano, TX 75024

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston & Rosen, PC
Attn:    Dan Fioiello, Jonathan N Helfat,
         Jarod Stern,
Melissa Hager
230 Park Avenue, 29th Floor
New York, NY 10169

Milbank, Tweed, Hadley & McCloy LLP
Attn:    Dennis Dunne, Lena Mandel,
         Dennis O'Donnell,
Matthew Ban
1 Chase Manhattan Plaza
New York, NY 10005

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Pepper Hamilton LLP
Attn: I William Cohen
100 Renaissance Center, :36th Floor
Detroit, MI 48243-1157

The Blackstone Group L. P
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

Curtis, Mallet-Prevost, Colt & Mosle LL.P
Attn. Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St.,
Rodney Square North
Wilmington, DE 19890

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C Waldt,
Mellon Bank Center, 51st Floor
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management LLC
Attn. Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

Patterson Belknap Webb & Tyler
Attn: David W Dykehouse, Michael Handler.
1133 Avenue of the Americas
New York, NY 10036-6710

Cozen O'Connor
Attn. Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103

Kelley Drye & Warren LLP
Attn:. James S Carr, Robert Lehane
101 Park Avenue
New York, NY 10178

Pitney Hardin LLP
Attn: Scott A Zuber
PO Box 1945
Morristown, NJ 07962-1945

Frank/Gecker LLP
Attn:. Joseph D Frank, Micah Krohn
325 N Lasalle Street, Ste. 625
Chicago, IL 60610

Richard W Ward, Esq
2527 Fairmount Street
Dallas, TX 75201

Morgan Lewis & Bockius LL.P
Attn: Neil E Herman, Esq.
101 Park Ave
New York, NY 10178-0600

Allman Spry Leggett & Crumples
Attn: Leggett R Bradford Esq.
380 Knollwood St, Ste 700
Winston-Salem, NC 2711.3-5129

Batch & Bingham LLP
Attn: W Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205

Jenkens & Gilchrist P C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Manier & Herod
Attn:. J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN .37219-2494

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsbt and Tunnell
Attn: Robert Dehney, Eric D Schwartz
1201 N. Market Street
P.O. Box 1.347
Wilmington, DE 19899-1347

Robinson Brag Leinwand Greene Genovese & Gluck PC
Attn: Fred B Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P C
Attn: Lee Champion, Esq.
1111 Bay Ave., :3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq.
800 Delaware Avenue, 7t' Floor
P 0 Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: David Boyle
259 Radnor-Chester Road, Suite 100
P 0 Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, LLP
Attn: Ira S Greene, Dena Copulsky Kaufman, Brian Grieco
875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn.- Darryl Laddin, J. Hayden Kepner
171 W 1'7`h St , NW, Suite 2100
Atlanta, GA 30363

Wyatt, Tarrant & Combs, LLP
Attn: John P Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Locke Liddell & Sapp LLP
Attn: W Steven Bryant, Thomas H Grace
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Greenberg Tausig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 331.31

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, IN .37203

Coca-Cola Enterprises Inc
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
8.32 Georgia Avenue, Suite 1000
Chattanooga, IN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA , 70821-2997

Young Williams, P.A.
Attn: Robert L Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

BellSouth
Attn: Reginald A Greene
6 75 West Peachtree St NE, Ste 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

McGrath North Mullin & Krath, PC LLO
Attn: James T. Niemeier
First National Tower, Ste .3700
1601 Dodge St.
Omaha, NE 68102

Lowenstein Sandler PC
Attn: Bruce S. Nathan
1251 Avenue of the Americas, 18`h 11.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Men ill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Burr & Forman LLP
Attn: Derek Meek, Robert Rubin, Marc Solomon
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Macco & Stern, LLP
Attn: Richard L, Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

Held & Israel
Attn: Edwin W Held, Kimberly Held Israel
1301 Riverplace Blvd, Ste 1916
Jacksonville, FL 32207

Howard, Solochek & Weber, S.C.
Aft: Bryan M Becker
324 East Wisconsin Ave , Ste 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn. Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave, Ste 2418
New York, NY 10118

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743

Pepe & Hazard LLP
Attn: Charles I Filardi
30 Jelliff Lane
Southport, CT 06890-14.36

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003

Roetzel & Andress
Attn: Diana M Thimmig
13 75 East Ninth St
One Cleveland Center, 9th Fl
Cleveland, OH 44115

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Lathrop & Gage LC
Attn: Stephen B Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Developers Diversified Realty Corp
Attn: Eric C Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Milling Benson Woodward LLP
Attn. David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Warner Stevens, L L .P
Attn: Michael Warner, David Cohen, Emily Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Porzio, Bromberg & Newman PC
Attn: Warren J Martin, Brett S Moo re
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Broad and Cassel
Attn: C Craig Eller
One North Clematis St, Ste 500
West Palm Beach, FL 33401

Anderson Kill & Olick, PC
Attn: Larry D Henin
1251 Avenue of the Americas
New York, NY 10020

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA '71.315-3199

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
,One Riverfront Plaza
Newark, NJ 07102-5497

Moore & Van Allen PLLC
Attn: David B Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Stutsman &. Thames
Attn:   Nina M LaFleur,
        Richard Thames, Bradley Markey
121 W. Forsyth St., Ste 600
Jacksonville, FL 32202

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave
New York, NY 10179

Lowenstein Sandler PC
Attn: Sharon L Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Fair & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019

McCarter &English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Macey, Wilensky, Cohen, Wittner & Kessler LIP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30.303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Floor
New York, NY 10016

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075

Fox Rothschild LIP
Attn: Joshua T Klein
2000 Market Street, 10th Floor.
Philadelphia, PA 19103-3291

Munsch Hardt Kopf & Bali PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive, Ste 875
McLean, VA 22102

Morris, .James, Hitchens & Williams LL P
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2:306
Wilmington, Delaware 19899

Begnaud &Marshall LLP
Attn: Darrel Begnaud
250 N Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth St, NW
Washington, DC 20036

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N LaSalle St., Ste 1900
Chicago, IL 60601

Moritt, Hock, HaHamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24'
New York, NY 10020

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St, PO Box 2207
Wilmington, DE 19899

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Reed & Reed
Attn: Diane Reed
501 N. College St
Waxahachie, TX 75165

Reed Smith LLP
Attn: Robert M Marino
1301 K Street, NW
Suite 1100-East Tower
Washington, DC 20005-3.317

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave, Ste 900
Austin, TX 78701

Todtman, Nachamie, Spizz & Johns, PC
Attn. Alex Spizz
425 Park Ave
New York, NY 10022

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254

Klehr, Harrison, Harvey, Branzburg & Fliers, UP
Attn: Carol Ann Slocum
4 75 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Ave, 27th Floor
New York, NY 10022

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N Market Street
Wilmington, DE 19801

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St, PO Box 3037
Norfolk, VA 23514

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St, Ste 800
Wilmington, DE 19801

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Floor
Hackensack, NJ 07601

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste. 5100
1313 Market St,., PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50'" Fl.
Pittsburgh, PA 15219-2502

Waller Lansden Dortch & Davis PL LC
Attn: David E Lemke, Robert Welhoelter
511 Union Street, Ste 2 700
Nashville, TN 37219

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave, 11'h Fl.
New York, NY 10016

Bradley Arant Rose & White LLP
Attn: Danielle K Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35222

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Floor
New York, NY 10167

Hamilton Beach/Proctor-Silex Inc
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Minims Enterprises, Inc
Attn. Thomas B Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

Johnson, Heat-n, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

FagelHaber LLC
Attn: Clinton P Hansen, Dennis E. Quaid
55 East Monroe, 40' Fl
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Russell W. Mills, Krista P Bates
1530.3 Dallas Parkway, Ste 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861

Marrero Land and Improvement Association, Ltd
Attn: Vincent A Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co, Inc
Attn: M Eric Newberg
5501 Fulton Industrial Blvd,
Atlanta, GA 30336

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1.300 Huntington Center
41 South High St
Columbus, OH 43215-6197

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Citrus County Tax Collector
Attn: Janice A. Warren
210 N Apopka Ave., Suite 100
Inverness, FL 34450

Kaplan and Freedman, P. A.
Attn: Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St
Boston, MA 02114

William P. Wessler
1624 24th Ave
Gulfport, MS 39501

Levy & Droney, PC
Attn: Ross G Fingold
74 Batterson Park Road
Farmington, CT 06032

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
4.350 Lassiter At North Hills Avenue, Suite 300
Post Office Box 17047
Raleigh, NC 27619-7047

William F. Harmeyer & Associates
Attn: William F Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074

Liebmann, Conway, Olejniczak & Jerry, S C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200

Buckeye Capital Partners, L.P.
Attn: Philip Brown
230 Park Ave , Ste 1540
New York, NY 10169

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron L Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Drive, Bldg 1, Ste 525
Clearwater, FL 34762

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U S 301 Blvd. West
Bradenton, FL 34206-5300

Ginnie Van Kesteren P A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701

Adelman Law Offices, PC
Attn: David A. Adelman
1320 lower Road, Ste 114
Schaumburg, IL 60173

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Ave, Ste 1330
West Palm Beach, FL 33401

Richard Blackstone II, PA
Attn. Richard Blackstone Webber 11
320 Maitland Ave.
Altamonte Springs, FL. 32701

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601

Fredrikson & Byron, P A
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425

Foster & Lindeman, PA
Attn: William Lindeman, Vickie Pace
PO Box 3108
Orlando, FL 32802-3108

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St, Ste 2300
Minneapolis, MN 55402

The H.T. Hackney Co.
Attn: Kyle Dugger
502S Gay St , Ste 300
Knoxville, IN 3 7902

Perkins Coie LLP
Attn: Bruce MacIntyre
1201 Third Ave., 40th Floor
Seattle, WA 98101-3099

Stichter, Riedel, Blain & Prosser PA
Attn: Don M Stichter, Edward Peter son, Elena Ketchum
110 East Madison St , Ste 200
Tampa, FL 3:3602

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg,
2 Hopkins Plaza
Baltimore, MD 21201

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945

Wander & Associates
Attn: David H Wander
641 Lexington Ave, 21st Floor
New York, NY 10022

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Fredric Bluish, P A.
Attn: Fredric Buresh
800 SE Third Ave., 4'h Fl
Ft Lauderdale, FL 33316

Simpson Law Offices
Attn: James W Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL .33156

Frank, Weinberg & Black, PL.
Attn: David Black
7805 SW. 6`h Court
Plantation, FL, 33324

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Floor
214 North Tryon St.
Charlotte, NC 28202

Sessions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Floor
New Orleans, LA 70170-3500

Weiss Serota Helfinan Pastotiza Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerald Catalanello
900 Third Ave.
New York, NY 10022

Broward County Revenue Collection Division
Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S Andrews Ave
Fort Lauderdale, FL 33301

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204

Johnson, Pope, Bokor, Ruppel &. Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757

Williams Mullen Hofheimei Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St
PO Box 1320
Richmond, VA 23218-1320

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Thompson, OBiien, Kemp & Nasuti PC
Attn: Albeit Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dr., Ste 2540
Tampa, FL 33602

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave, 17th Floor
New York, NY 10017

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112

Clark, Partington, Hart, Lany, Bond & Stackhouse
Attn: Keith L Bell, Jr.
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL. 32501

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq
Suite 1300 -Constitution Place
325 Chesnut Street
Philadelphia, PA 19106

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA.30503

| | | |
|---|---|---|
| Blanco Iacklabery Combs & Matamoios, PA<br>Attn: Gene Blair<br>PO Drawer 25008<br>Winston-Salem, NC 27114-5008 | Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP<br>Attn: Amos U. Priester IV<br>PO Box 2611<br>Raleigh, NC 27602-2611 | Phelps Dunbar<br>Attn: Douglas C. Noble<br>111 East Capital, Ste 600<br>PO Box 23066<br>Jackson, MS 39225-3066 |
| | Stoel Rives LLP<br>Attn: Peter L. Slinn<br>600 University St, Ste 3600<br>Seattle, WA 98101 | Simon Property Group<br>Attn: Ronald Tucker<br>115 West Washington St.<br>Indianapolis, IN 46204 |
| Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC<br>Attn: Robert Feinstein<br>780 Third Ave-36th Floor<br>New York, NY 10017 | Davis & Fields PC<br>Attn: Richard Davis<br>PO Box 2925<br>Daphne, AL 36526 | Haywood, Denny & Miller LLP<br>Attn: Robert Levin<br>PO Box 51429<br>Durham, NC 51429 |
| GrayRobinson PA<br>Attn: Donald Nohrr<br>PO Box 1870<br>Melbourne, FL 32902 | Sher Garner Cahill Richter Klein & Hilbert, L.L.C.<br>Attn: Elwood F Cahill, Jr, Neal J. Kling<br>909 Poydras St, 28th Fl.<br>New Orleans, Louisiana 70112 | Seyfarth Shaw LL.P<br>Attn: Richard Lauter, Sara L orber<br>55 East Monroe St, Ste 4200<br>Chicago, IL 60601-5803 |
| St. John & Wayne, LLC<br>Attn: Todd Galante<br>Two Penn Plaza East<br>Newark, NJ 07105 | Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC<br>Attn: Brian Shaw, Allen Guon<br>321 N. Clark St., Ste 800<br>Chicago, IL 60610 | Porter, Wright, Morris & Arthur LLP<br>Attn: James Botti<br>41 South High St, :315th Fl.<br>Columbus, OH 43215 |
| Smith Debnam Narron Wyche Saintsing & Myers, LLP<br>Attn: Byron Saintsing<br>PO Box 26268<br>Raleigh, NC 27611 | Snell & Wilmer, LL P<br>Attn: Peter Rathwell<br>One Arizona Center<br>400 E Van Buren<br>Phoenix, AZ 85004-2202 | McCormick & Company<br>Attn: Austin Nooney<br>211 Schilling Circle<br>Hunt Valley, MD |
| Wolff, Hill, McFarlin & Herron, PA<br>Attn: David McF arlin, Kenneth Herron<br>1851 W. Colonial Drive<br>Orlando, FL .32804 | LaMonica Herbst & Maniscalco, LLP<br>Attn. Salvatore L.aMonica, David Blansky<br>3305 Jerusalem Ave<br>Wantagh, NY 11803 | Leatherwood Walker Todd & Mann, PC<br>Attn: Seann Gray Tzouvelekas<br>PO Box 87, 300 East McBee Avenue, Ste 500<br>Greenvile, SC 29602-0087 |
| Haynsworth Sinkler Boyd, PA<br>Attn: William H. Short<br>PO Box 11889<br>Columbia, SC 29201 | Johnston, Harris, Geide & Jelks, PA<br>Attn: Jerry Gerde<br>239 E. 4th St.<br>Panama City, FL 091787 | Foley & Mansfield, PLLP<br>Attn. Jeffrey DeCailo<br>545 Madison Avenue, 15th Fl<br>New York, NY 10022 |
| McClain, Leppert & Maney, P.C.<br>Attn:.1 Casey Roy, Michael Leppert<br>711 Louisiana Street, Suite 3100<br>Houston, Texas 77002 | Brenner Kaprosy LLP<br>Attn: I David Mitchell<br>50 East Washington St.<br>Chagrin Falls, OH 4402 | Greenbaum, Rowe, Smith & Davis LLP<br>Attn: Thomas Denitzio<br>Metro Corporate Campus One<br>PO Box 5600<br>Woodbridge, NJ 07095-0988 |
| Ray Quinney & Nebeker, PC<br>Attn: Steven Waterman<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 | Alfred E Smith<br>60 E 42nd St., Ste 2501<br>New York, NY 10017 | Wachtel & Masyr, LIP<br>Attn: Steven Cohen, Greg Haber<br>110 East 59th St.<br>New York, NY 10022 |

Spain & Gillon, LLC
Attn: Walter F. McAidle
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

Genovese Joblove & Battista, P A.
Attn: Craig P, Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131

Berger Singeiman, P A
Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd, Ste 1000
Fort Lauderdale, FL 33301

Stovash, Case & Tingley, PA
Attn: Rachel Adams
Sunlrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Marvin S Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 3:3:3.31

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Gronek & Latham, LLP
Attn: Scott Shuker
:390 N Orange Ave, Ste 600
Orlando, FL 32801

Rogers Towers PA
Attn: Betsy Cox, Robert I Hyde, Jr
1301 Riverplace Blvd, Ste 1500
Jacksonville, FL 32007

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067

Bregman, Berbert, Schwartz & Gilday, L L C
Attn: Laurence H Berbert
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814

USDA AMS, Dairy Programs
Attn: Sue L Mosely
P.O. Box 491778
Lawrenceville, GA 30049

Nick Law Firm, LC
Attn: Iammy N Nick
676 East I-10 Service Road
Slidell, LA 70461

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018

Wilkins, Bankester, Bites & Wynne, PA
Attn: Marion Wynne, Brian Britt
PO Box 1367
Fairhope, AL 365:32

Dreyer`s Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
PO Box 270
San Francisco, CA 94104-0270

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
555 12th Street Suite 300
Oakland, CA 94607

RMC Property
c/o Dennis LeVine & Associates
Attn: Dennis LeVine
PO Box 707
Tampa, FL 33601-0707

Hedrick, Dewberry, Regan & Durant
Attn: Jeffrey C Regan
50 North Laura St., Ste 1600
Jacksonville, FL 32202

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square
600 First Ave. North, Ste.308
St. Petersburg, FL 33701

Marks Gray, P.A.,
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207

Mowrey & Biggins, P A
Attn: Ronald A Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd, Ste 2700
Atlanta, GA 30326

Taft, Stettiniuse & Hollister, LLP
Attn: Richard Ferrell
425 Walnut St., Ste 1800
Cincinnati, OH 45202-3957

Keaton & Associates, P. C
Attn: Mary E Gardner, Esq
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Nelson Mullins Riley & Scarborough, LLP
Attn: George B Cauthen
Meridian Building, 17th Fl
1320 Main St.
Colombia, SC 29201

The Coca-Cola Company
Attn:.Tohn Lewis, Litigation Counsel
PO Box 1734
Atlanta, GA 30301

Rex D., Rainach
A Professional Law Corporation
3622 Government St.
Baton Rouge, LA 70806-0646

Karem & Karem, Attorneys at Law
Attn: John W Hanison, Jr
3.33 Guthrie Green, Ste 312
Louisville, KY 40202

Berger Singerman, P.A.
Aft: Bergen Singerman
200 South Biscayne Blvd, Stl 1000
Miami, FL 33131-5308

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike St
North Andover, MA 01845

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree St, Ste 800
Atlanta, GA 30309-7649

Hangley, Aronchick, Segal & Pudlin
Attn. Ashley Chan
One Logan Square, 27th Fl.
Philadelphia, PA 19103

Pinellas County, Florida
Diane Nelson, Tax Collector
PO Box 2943
Clearwater, FL .33757-2943

Holland & Knight
Attn: Alan Weiss
15 North Laura St., Ste 3900
Jacksonville, FL 32202

Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs
Attn: John I Rogerson
Riverplace Tower
1301 Riverplace Blvd, Suite 1700
Jacksonville, FL 32207

Gerard Kouri, Jr,
10021 Pines Blvd., Ste 202
Pembroke Pines, FL 33024-6191

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Ave, Ste 400
Marietta, GA 30060-7946

Munsch Haidt Kopf & Hair PC
Attn: Randall Rios
Bank of America Center
700 Louisiana St, 46th Fl.
Houston, TX 77002

Kondos & Kondos Law Offices
Attn: Anjel K Avant, Esq
1595 N Central Expressway
Richardson, TX 75080

Tabas, Freedman, Soloff & Miller PA
Attn:.Joel Tabas, Amber Donner
919 Ingraham Bldg, 25 Southeast Second Ave
Miami, FL 3.3131-1538

Johnston, Conwell & Donovan L.LC
Attn: W Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birminham, AL 35209

Poyner & Spruill LIP
Attn:.Judy Thompson
301 South College St, Ste 2300
Charlotte, NC 28202

L,owndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
PO Box 2809
Orlando, FL. 32802

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples
400 Meridian St., Ste 301
Huntsville, AL 35801

Akin Gump Strauss Hauer & Feld LLP
Attn. Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524

Hubbard, Smith, McIlwain, Brakefield & Browder PC
Attn: Marcus Brakefield, Christopher McIlwain, K. Sodergren
PO Box 2427
Tuscaloosa, AL 35403

Reinhart Boerner Van Deuren s.c
Attn: Joshua Blakely, Michael Jankowski
1000 North Water St, Ste 2100, PO Box 2965
Milwaukee, WI 53201-2965

Shutts & Bowen UP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801

Saul Ewing LLP
Attn., Joyce Kuhns
Lockwood Place
500 East Piatt Street
Baltimore, MD 21202

Slott, Barker & Nussbaum
Attn: Earl M Barker
334 East Duval St
Jacksonville, FL 32202

State of Georgia, Assistant Attorney General
Oscar B F ears, III
40 Capitol Square, SW
Atlanta, GA 30334

Foley & Mansfield PLL,P
Attn: Ihomas Lallici, Megan Blazina
250 Maiquette Ave, Ste 1200
Minneapolis, MN 55401

Morgan & Morgan, Attorneys at L,aw PC
Attn: Lee P Morgan
PO Box 48.359
Athens, GA 30604

Choate, Hall & Stewart
Attn: John Ventola, William McMahon
Exchange Place, 5.3 State St
Boston, MA 02109-2891

Cohen & Thurston PA
Attn: Janet Thurston
1723 Blanding Blvd #102
Jacksonville, FL 32210

Borges & Associates, LLC
Attn: Wanda Borges
575 Underhill Blvd., Ste 110
Syosset, NY 11791

Winderweedle, Haines, Ward & Woodman, PA
Attn: Ryan E Davis
a/f AmSouth Bank
390 North Orange Ave., Ste 1500
PO Box 1391
Orlando, FL 32802-1:391

McGuirewoods LLP
Attn: Charles L . Gibbs II
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661

Neufeld, Rennett & Bach, APC
Attn: Timothy L. Neufeld
360 E, Second Street, Suite 703,
Los Angeles, CA 90012

Pinkston & Pinkston, PA
Attn: David Pinkston, Gina Schlegel
PO Box 4608
Jacksonville, FL 32201

Lord, Bissell & Brook UP
Attn: Folarin Doounmu, Aaron C Smith
115 S. LaSalle Street
Chicago, IL 60603

L.oreal Paris
Attn: Patrick Ackerman
:35 Broadway Road
Cranbury, NJ 08512

Barnes & Thornbung LLP
Attn: Wendy D Brewer
11 South Meridian St
Indianapolis, IN 46204-3535

Harper, Kynes, Geller & Bradford PA
Attn: Charles Buford
2560 Gulf to Bay Blvd, Sic 300
Clearwater, FL 33 765

Hill, Ward & Henderson, PA
Attn: Lynn Welter Sherman
PO Box 2231
Tampa, FL 33601

Meland Russin Hellingei & Budwick, PA
Attn:.Jonathan Williams
3000 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 331.31

Irby Law Firm
Attn: Albert Adams
PO Box 910
Eufaula, AL 36072

Gunster, Yoakley & Stewart, PA
Attn: Christian Petersen
500 East Broward Blvd, Ste 1400
Fort Lauderdale, FL 33394

McKenna Long & Aldridge LLP
Attn: B. Summer Chandler
303 Peachtree St., Ste 5300
Atlanta, GA 30308

Piper, L.udin, Howie & Weiner, PA
Attn: Eric E. Ludin
5720 Central Ave.
St. Petersburg, FL 3:3707

Canova and Delahaye
Attn: L Phillip Canova, Louis Delahaye, Thomas Delahaye
58156 Court St
Plaquemine, LA 70764-2708

Anthony Salzano
Counsel for Pasco County Board of County Commissioners
West Pasco Government Center
7530 Little Road, Ste 340
New Port Richey, FL 34654

Law Offices of Daniel Mankind
Attn:.Johanna Mankind
1500 Walnut St., Ste 1100
Philadelphia, PA 19102

Eastman & Smith Ltd
Attn: Kenneth C Baker
One Seagate, 24th Floor
PO Box 10032
Toledo, OH 43699-0032

Broad and Cassel
Attn: Roy S Kobeit
.390 North Orange Ave , Ste 1100
Orlando, FL 32801

McGuirewoods LLP
Attn:.John H. Maddock III
One James Center
901 East Cary Street
Richmond, VA 2.3219-4030

Kizer, Hood & Morgan, LLP
Attn: Ralph Hood
2111 Quail Run Drive
Baton Rouge, LA 70808

Neil, Gerber & Eisenberg
Attn: Thomas Wolford
2 North LaSalle St, Ste 2200
Chicago, IL 60602

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret R Westbrook
434 Fayetteville Street Mall, 19th Floor
Post Office Box 1070
Raleigh, NC 27602-1070

Akin Gump Strauss Hauer & Feld LLP
Attn: Sarah Schultz
1700 Pacific Ave., Ste 4100
Dallas, TX 75201-4675

Solomon Pearl Blum Heymann & Stich LLC
Attn: Joel Shafferman
40 Wall St., 35th Floor
New York, NY 10005

Rosen Law Group, LLC
Attn: Mitchell S Rosen
Atlanta Plaza, Ste 3250
950 E Paces Ferry Rd.
Atlanta, GA 30326

Kitchens Kelley Gaynes, P C
Attn: Mark Kelley
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E
Atlanta, Georgia 30305

Wilcox Law Firm
Attn: Robert D Wilcox
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216

Iatone Properties of Florida, Inc.
Attn: Melody D Genson
3665 Bee Ridge Rd, Ste 316
Sarasota, FL 3423.3

Sell & Melton, LLP
Attn: Ed S Sell
PO Box 229
Macon, GA 31202-0229

Vertis, Inc
Attn: Luke Brandonisio
250 W Pratt St
PO Box 17102
Baltimore, MD 21297

Phelps Dunbar
Attn: Donald Whittemore
100 South Ashley Drive, Ste 1900
Tampa, FL 33602

Hinshaw & Culbertson LLP
Attn: Kenneth G. M Mather-
100 South Ashley Drive., Ste 500
Tampa, FL 3.3602

Ward & Smith, P.A.
Attn:.J Michael Fields
120 West Fire Tower Rd.
PO Box 8088
Greenville, NC 27835-8088

Trenam, Kemker, Scharf, Barkin, Frye, ONeill & Mullis, P.A.
Attn: William Knight Zewadski
PO Box 1102
Tampa, Florida 33601

Harrell & Harrell
Attn: Michael Moran
4735 Sunbeam Road
Jacksonville, FL. 32257

Tuggle Duggins & Meschan, P A
Attn: Paul M. Dennis, Jr
228 West Market St , P O. Box 2888
Greensboro, NC 27402-2888

Foley & L,ardner LLP
Attn: Gardner Davis
PO Box 240
Jacksonville, FL .32201-0240

Krieg DeVault LLP
Attn. C Daniel Motsinger
One Indiana Sq., Ste 2800
Indianapolis, IN 46204-2079

Hillsborough County Attorney's Office
Attn: Brian I. FitzGerald
PO Box 1110
Tampa, FL 33601-1110

Terrell, Hogan, Ellis & Yegelwel PA
Attn: Carroll Cayer
233 East Bay St., 8th Fl
.Jacksonville, FL 32202

Verona Law Group, PA
Attn: Jay Verona
7235 First Ave So
St Petersburg, FL 33707

Harrell & Harrell, P A
Attn: Greg Schlax
4735 Sunbeam Road
Jacksonville, Florida 32257

Diane Nelson, Tax Collector of
   Pinellas County, FL
Attn: Sarah Richardson
Managing Assistant County Attorney
315 Court St
Clearwater, FL 3.3756

McElwee Law Firm, PL L C
Attn: Robert Laney
906 Main St
North Wilkesboro, NC 28659

Young, Morphis, Bach and Taylor, L.L.P.
Attn:.Jimmy Ray Summerlin
First lawyers Building, 400 Second Avenue, N. W
P O. Drawer 2428
Hickory, North Carolina 28603

Harwell Howard Hyne Gabbert & Manner PC
Attn: David P Canas
315 Deaderick St., Ste 1800
Nashville, IN 3 7238

Emmanuel, Sheppard and Condon PA
Attn: Sally Bussell Fox
30 South Spring St
Pensacola, FL 32502

Balch & Bingham LLP
Attn: Elizabeth I Baer
14 Peidmont Ctr, Ste 1100
3535 Piedmont Rd.
Atlanta, GA 30.305

Blackwell Sanders Peper Martin LL.P
Attn: John Cruciani
4801 Main St, Ste 1000
Kansas City, MO 64112

Hodgson Russ UP
Attn: Tina Talarchyk
1801 North Military Trail, Ste 200
Boca Raton, FL 33431

Kilpatrick Stockton LLP
Attn: Paul M Rosenblatt
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

Henderson, Franklin, Starnes & Holt, PA
Attn: Douglas Szabo, John Noland
PO Box 280
Fort Myers, FL 3.3902-0280

Hiday & Ricke, PA
Attn: Jeffrey Becker
PO Box 550858
Jacksonville, FL. 32255

Squire, Sanders & Dempsey LIP
Attn: Joseph Weinstein
4900 Keuy lower
127 Public Sq.
Cleveland, OH 44114-1304

Mirick, O'Connell, DeMallie & Lougee UP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608-1477

McGuiiewoods L.LP
Attn: Michael Schmahl
77 W Wacker Dr., Ste 4100
Chicago, IL 60601

Becket and Lee L.LP
Attn: Gilbert Weisman
PO Box 3001
Malvern, PA 19.355-0701

Baker Botts LLP
Attn: C. Luckey McDowell
2001 Ross Ave.
Dallas, TX 75201-2980

Colodny, F ass, T alenfeld, Karlinsky & Abate
Attn: Joel Fass
2000 W. Commercial Blvd, Ste 232
Fort Lauderdale, FL 33309

Hill, Ward & Henderson, PA
Attn: Paige Greenlee
PO Box 22.31
Tampa, FL 33601

Ervin, Cohen & Jessup, L.LP
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl
Beverly Hills, CA 90212

Blaxberg, Grayson, Kukoff & Segal, PA
Attn: Ian J Kukoff
25 Southeast Second Ave.
Miami, FL 33131

Mickler & Mickler
Attn: Albert H. Mickler
5452 Arlington Exp.
Jacksonville, FL. 32211

Held & Israel
Attn: Adam Frisch
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

GrayRobinson
Attn: Jason B Burnett
50 North Laura St., Ste 1675
.Jacksonville, FL 32202

Friedline & McConnell, P A.
Attn: Jerrett M. McConnell
1756 University Blvd S
Jacksonville, FL 32216

Powell Goldstein L.LP
Attn: Wendy Hagenau, .John Moore
One Atlantic Center, 14th Fl
1201 W. Peachtree St., NW
Atlanta, GA 30309-3488

Duane Morris LLP
Attn: Margery Reed, Wendy Sinkulak
30 South 17th St.
Philadelphia, PA 19103

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K Denniston, Carolyn (Keri) Chayavadhanangkur
600 Peachtree Street., N E., 24th Fl
Atlanta, GA 30308

Stichter, Riedel, Blain & Prosser PA
Attn: Susan H Sharp
110 Madison St., Ste 200
Tampa, FL 33602

Marcus, Santoro & Kozak, PC
Attn: Kelly M Barnhart
1435 Crossways Blvd., Ste 300
Chesapeake, VA 23320

Kelley & Fulton, PA
Attn: Craig I Kelley
1665 Palm Beach Lakes Blvd
The Forum, Ste 1000
West Palm Beach, FL 33401

Schnader Harrison Segal & Lewis LLP
Attn: William J. Maffucci
1600 Market Street Suite 3600
Philadelphia, PA 19103-7286

Arnstein & Lehr LLP
Attn: Ronald J Marlowe
1110 N Florida Ave.
Tampa, FL 33602

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL 32308

State of Georgia, Dept. of Community Health
Attn: Neal B Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

U S. Health & Human Services Dept
c/o Office of the General Counsel
Attn: Gary Kurz, Esq
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909

Quarles & Brady LLP
Attn: Ned R Nashban
1900 Glades Road, Ste.355
Boca Raton, FL 33431

Liebman, Conway, Olejniczak & Jerry, SC
Attn: Jerome E. Smyth
PO Box 23200
Green Bay, WI 54305-3200

The Caluda Law Firm
Attn: Robert J., Caluda
3232 Edenborn Ave
Metairie, LA 70002

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

Thompson & Knight
Attn: John S Biannon
1700 Pacific Ave., Suite 3300
Dallas, TX 75201

Stevens & Lee, PC
Attn: Chester Salomon, Jocelyn Keynes
485 Madison Ave., 20th Floor
New York, NY 10022

Leesfield Leighton & Partners, P.A.
2350 South Dixie Highway
Miami, FL 33133-2314

Philip A Bates, P A
Philip A. Bates
25 West Cedar Street, Suite 550
Pensacola, FL 32502