UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN DIXIE STORES, INC., et al | Case No. 05-03817-JAF |
| Debtors. _____/ | (Jointly Administered) |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED TO by and between the undersigned firms that the law firm of TEW CARDENAS LLP, by Thomas R. Lehman, PA, shall be substituted for HELD & ISRAEL as counsel of record for the following landlords/creditors of Debtors, Winn-Dixie Stores, Inc. et al through their management company Terranova Corporation: TA/Western, LLC, Concord-Fund IV Retail, LP, TA Cresthaven, LLC, Flagler Retail Associates, Ltd., Elston/Leetsdale, LLC, and that the law firm of HELD & ISRAEL shall be relieved of any further responsibility for these landlords/creditors in the above-styled case.

Dated: December 30, 2005.

TEW CARDENAS L.L.P.
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
(305) 536-1112
By: /s/ Thomas R. Lehman
THOMAS R. LEHMAN, P.A.
Florida Bar No. 351318

Dated: December 21, 2005.

HELD & ISRAEL
Suite 1916 Riverplace Towers
1301 Riverplace Boulevard
Jacksonville, Florida 32207
(904) 398-7038
By: /s/ Edwin W. Held, Jr.
EDWIN W. HELD, JR., ESQ.
Florida Bar No. 162574

@PFDesktop\::ODMA/MHODMA/DMS_NT;MIAMI;451960;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation for Substitution of Counsel was furnished via U.S. Mail on the 6th day of January , 2006 to all parties on the attached service list.

_____
Thomas R. Lehman, P.A.

Skadden, Arps, Slate, Meagher & Flom LLP
D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
Four Times Square
New York, New York 10036

Smith Hulsey & Busey
Stephen D. Busey
James H Post
Cynthia C. Jackson,
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Kenneth C Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Elena L Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Winn-Dixie Stores, Inc,
Attn: Laurence B Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, New York 10036

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303

Smith Hulsey & Busey
Attn: Stephen D Busey
225 Water Street, Ste 1800
Jacksonville, FL 32202

Internal Revenue Service
Special Procedures - Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, FL 32202
Atlanta, GA 30.326-1232

U.S. Securities and Exchange Commission
Office of Reorganization
Attn: Susan R. Sherrill-Beard
3475 Lenox Road, NE, Ste 1000

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Deutsche Bank Trust Company Americas
C/O Nixon Peabody L LP
Attn: Dennis Drebsky, John Rosenthal
437 Madison Ave
New York, NY 10022

Kraft (Kraft Foods, Kraft Pizza, Nabisco)
Attn: Sandra Schirmang, Director of Credit
Three Lakes Drive
Northfield, IL 60093

Pepsico &. Subsidiaries
Attn: Scott Johnson
7701 Legacy Drive 3 8-109
Plano, TX 75024

Shearman & Sterling LLP
Attn: Andrew Tenzer
599 Lexington Avenue
New York, NY 10022-6069

Otterbourg, Steindler, Houston & Rosen, PC
Attn:   Dan Fioiello, Jonathan N Helfat,
        Jarod Stern,
Melissa Hager
230 Park Avenue, 29th Floor
New York, NY 10169

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis Dunne, Lena Mandel,
        Dennis O'Donnell,
Matthew Ban
1 Chase Manhattan Plaza
New York, NY 10005

Morgan Lewis & Bockius LLP
Attn: Richard S. Toder
101 Park Avenue
New York, NY 10178-0060

Pepper Hamilton LLP
Attn: I William Cohen
100 Renaissance Center, :36th Floor
Detroit, MI 48243-1157

The Blackstone Group L. P
Attn: Flip Huffard
345 Park Avenue
New York, NY 10010

XRoads Solutions Group LLC
Attn: Dennis Simon
9 Executive Circle, Suite 190
Irvine, CA 92614

Curtis, Mallet-Prevost, Colt & Mosle LL.P
Attn. Steven J. Reisman, Andrew M. Thau
101 Park Avenue
New York, New York 10178-0061

Wilmington Trust Company
Attn: Steven M. Cimalore
1100 North Market St.,
Rodney Square North
Wilmington, DE 19890

Ballard Spahr Andrews & Ingersoll
Attn: David L. Pollack, Jeffrey Meyers, Dean C Waldt,
Mellon Bank Center, 51st Floor
1735 Market Street
Philadelphia, PA 19103

Contrarian Capital Management LLC
Attn. Janice Stanton
411 W Putnam Ave, Ste 225
Greenwich, CT 6830

Patterson Belknap Webb & Tyler
Attn: David W Dykehouse, Michael Handler.
1133 Avenue of the Americas
New York, NY 10036-6710

Cozen O'Connor
Attn: Neal D. Colton, David J. Liebman
1900 Market Street
Philadelphia, PA 19103

Kelley Drye & Warren LLP
Attn:. James S Carr, Robert Lehane
101 Park Avenue
New York, NY 10178

Pitney Hardin LLP
Attn: Scott A Zuber
PO Box 1945
Morristown, NJ 07962-1945

Frank/Gecker LLP
Attn:. Joseph D Frank, Micah Krohn
325 N Lasalle Street, Ste. 625
Chicago, IL 60610

Richard W Ward, Esq
2527 Fairmount Street
Dallas, TX 75201

Morgan Lewis & Bockius LL.P
Attn: Neil E Herman, Esq.
101 Park Ave
New York, NY 10178-0600

Allman Spry Leggett & Crumples
Attn: Leggett R Bradford Esq.
380 Knollwood St, Ste 700
Winston-Salem, NC 2711.3-5129

Batch & Bingham LLP
Attn: W Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205

Jenkens & Gilchrist P C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Manier & Herod
Attn:. J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN .37219-2494

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsbt and Tunnell
Attn: Robert Dehney, Eric D Schwartz
1201 N. Market Street
P.O. Box 1.347
Wilmington, DE 19899-1347

Robinson Brag Leinwand Greene Genovese & Gluck PC
Attn: Fred B Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P C
Attn: Lee Champion, Esq.
1111 Bay Ave., :3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq.
800 Delaware Avenue, 7t' Floor
P 0 Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: David Boyle
259 Radnor-Chester Road, Suite 100
P 0 Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, LLP
Attn: Ira S Greene, Dena Copulsky Kaufman, Brian Grieco
875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn.- Darryl Laddin, J. Hayden Kepner
171 W 1'7`h St , NW, Suite 2100
Atlanta, GA 30363

Wyatt, Tarrant & Combs, LLP
Attn: John P Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Locke Liddell & Sapp LLP
Attn: W Steven Bryant, Thomas H Grace
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Greenberg Tausig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 331.31

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, IN .37203

Coca-Cola Enterprises Inc
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
8.32 Georgia Avenue, Suite 1000
Chattanooga, IN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA , 70821-2997

Young Williams, P.A.
Attn: Robert L Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

BellSouth
Attn: Reginald A Greene
6 75 West Peachtree St NE, Ste 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Macco & Stern, LLP
Attn: Richard L, Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

40/86 Advisors, Inc.
Attn. Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Pepe & Hazard LLP
Attn: Charles I Filardi
30 Jelliff Lane
Southport, CT 06890-14.36

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Developers Diversified Realty Corp
Attn: Eric C Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Porzio, Bromberg & Newman PC
Attn: Warren J Martin, Brett S Moo re
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA '71.315-3199

Moore & Van Allen PLLC
Attn: David B Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

McGrath North Mullin & Krath, PC LLO
Attn: James T. Niemeier
First National Tower, Ste .3700
1601 Dodge St.
Omaha, NE 68102

Men ill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Held & Israel
Attn: Edwin W Held, Kimberly Held Israel
1301 Riverplace Blvd, Ste 1916
Jacksonville, FL 32207

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave, Ste 2418
New York, NY 10118

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Milling Benson Woodward LLP
Attn. David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Broad and Cassel
Attn: C Craig Eller
One North Clematis St, Ste 500
West Palm Beach, FL 33401

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Lowenstein Sandler PC
Attn: Bruce S. Nathan
1251 Avenue of the Americas, 18'h 11.
New York, NY 10020

Burr & Forman LLP
Attn: Derek Meek, Robert Rubin, Marc Solomon
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Howard, Solochek & Weber, S.C.
Aft: Bryan M Becker
324 East Wisconsin Ave , Ste 1100
Milwaukee, WI 53202

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743

Roetzel & Andress
Attn: Diana M Thimmig
13 75 East Ninth St
One Cleveland Center, 9th Fl
Cleveland, OH 44115

Lathrop & Gage LC
Attn: Stephen B Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Warner Stevens, L L .P
Attn: Michael Warner, David Cohen, Emily Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Anderson Kill & Olick, PC
Attn: Larry D Henin
1251 Avenue of the Americas
New York, NY 10020

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Stutsman &. Thames
Attn:    Nina M LaFleur,
          Richard Thames, Bradley Markey
121 W. Forsyth St., Ste 600
Jacksonville, FL 32202

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave
New York, NY 10179

Lowenstein Sandler PC
Attn: Sharon L Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Fair & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019

McCarter &English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Macey, Wilensky, Cohen, Wittner & Kessler LIP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30.303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Floor
New York, NY 10016

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075

Fox Rothschild LIP
Attn: Joshua T Klein
2000 Market Street, 10th Floor.
Philadelphia, PA 19103-3291

Munsch Hardt Kopf & Bali PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive, Ste 875
McLean, VA 22102

Morris, .James, Hitchens & Williams LL P
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2:306
Wilmington, Delaware 19899

Begnaud &Marshall LLP
Attn: Darrel Begnaud
250 N Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth St, NW
Washington, DC 20036

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N LaSalle St., Ste 1900
Chicago, IL 60601

Moritt, Hock, HaHamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24'
New York, NY 10020

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St, PO Box 2207
Wilmington, DE 19899

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Reed & Reed
Attn: Diane Reed
501 N. College St
Waxahachie, TX 75165

Reed Smith LLP
Attn: Robert M Marino
1301 K Street, NW
Suite 1100-East Tower
Washington, DC 20005-3.317

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

| | | |
|---|---|---|
| Hughes & Luce<br>Attn: Sabrina Streusand<br>111 Congress Ave, Ste 900<br>Austin, TX 78701 | Todtman, Nachamie, Spizz & Johns, PC<br>Attn: Alex Spizz<br>425 Park Ave<br>New York, NY 10022 | Hance Scarborough Wright Ginsberg &<br>Brusilow, LLP<br>Attn: Frank Wright, Ashley Ellis<br>6000 Signature Place<br>14755 Preston Road<br>Dallas, TX 75254 |
| Klehr, Harrison, Harvey, Branzburg & Fliers, UP<br>Attn: Carol Ann Slocum<br>4 75 Haddonfield Road, Ste 510<br>Cherry Hill, NJ 08002 | Reed Smith LLP<br>Attn: Elena Lazarou, Andrew Morrison<br>599 Lexington Ave, 27th Floor<br>New York, NY 10022 | Reed Smith LLP<br>Attn: Kurt F. Gwynne, Esq.<br>1201 N Market Street<br>Wilmington, DE 19801 |
| Kaufman & Canoles<br>Attn: Paul Campsen<br>150 West Main St , PO Box 3037<br>Norfolk, VA 23514 | Blank Rome LLP<br>Attn: Jason W. Staib<br>Chase Manhattan Centre<br>1201 Market St , Ste 800<br>Wilmington, DE 19801 | Neal & Harwell PLC<br>Attn: Marc McNamee<br>150 Fourth Ave., North, Suite 2000<br>Nashville, TN 37219 |
| Shapiro & Croland<br>Attn: Alexander Benisatto, Robert Shapiro<br>Continental Plaza II<br>411 Hackensack Ave., 6th Floor<br>Hackensack, NJ 07601 | Pepper Hamilton LLP<br>Attn: James C. Carignan<br>Hercules Plaza, Ste. 5100<br>1313 Market St,., PO Box 1709<br>Wilmington, DE 19899-1709 | Pepper Hamilton LLP<br>Attn: Linda Casey<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 |
| Pepper Hamilton LLP<br>Attn: Alan Sable<br>500 Grant St., 50''' Fl.<br>Pittsburgh, PA 15219-2502 | Waller Lansden Dortch & Davis PL LC<br>Attn: David E Lemke, Robert Welhoelter<br>511 Union Street, Ste 2 700<br>Nashville, TN 37219 | Klein & Solomon LLP<br>Attn: Solomon J. Jaskiel<br>275 Madison Ave, 11`h Fl.<br>New York, NY 10016 |
| Bradley Arant Rose & White LLP<br>Attn: Danielle K Greco, John Whittington,<br>Patrick Darby<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35222 | McGuirewoods LLP<br>Attn: Robert A. Cox<br>Bank of America Corporate Center<br>100 N. Tryon St., Ste 2900<br>Charlotte, NC 28202-4011 | Angelo, Gordon & Co.<br>Attn: James M. Malley<br>245 Park Ave, 26th Floor<br>New York, NY 10167 |
| Hamilton Beach/Proctor-Silex Inc<br>Attn: William Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060 | Moseley, Prichard, Parrish, Knight & Jones<br>Attn: Richard K Jones, Eric L. Hearn<br>501 West Bay Street<br>Jacksonville, FL 32202 | Minims Enterprises, Inc<br>Attn. Thomas B Mimms, Jr.<br>85-A Mill Street<br>Roswell, GA 30075-4952 |
| Johnson, Heat-n, Vinegar, Gee & Mercer PLLC<br>Attn: Jean Winborne Boyles<br>PO Box 1776<br>Raleigh, NC 27602 | FagelHaber LLC<br>Attn: Clinton P Hansen, Dennis E. Quaid<br>55 East Monroe, 40' Fl<br>Chicago, IL 60603 | Rynn & Janowsky LLP<br>Attn: Patricia Rynn, Priscilla Grannis<br>4100 Newport Place Drive, Ste 700<br>Newport Beach, CA 92660 |
| Hiersche, Hayward, Drakeley & Urbach PC<br>Attn: Russell W. Mills, Krista P Bates<br>1530.3 Dallas Parkway, Ste 700<br>Addison, TX 75001 | Dykema Gossett PLLC<br>Attn: Brendan G. Best<br>400 Renaissance Center<br>Detroit, Michigan 48243-1668 | Glenn M. Reisman<br>Two Corporate Drive, Ste 648<br>PO Box 861<br>Shelton, CT 06484-0861 |
| Marrero Land and Improvement Association, Ltd<br>Attn: Vincent A Vastola<br>5201 Westbank Expressway, Ste 400<br>Marrero, LA 70072 | Cohen, Todd, Kite & Stanford<br>Attn: Monica V Kindt<br>250 East Fifth St., Ste 1200<br>Cincinnati, OH 45202 | Diaz Wholesale & Mfg Co., Inc<br>Attn: M Eric Newberg<br>5501 Fulton Industrial Blvd,<br>Atlanta, GA 30336 |

Squire, Sanders & Dempsey LLP
Attn: Kristin E. Richner
1.300 Huntington Center
41 South High St
Columbus, OH 43215-6197

Liebmann, Conway, Olejniczak & Jerry, S C.
Attn: Jerome E. Smyth
231 South Adams Street
P.O. Box 23200
Green Bay, WI 54305-3200

Richard Blackstone II, PA
Attn. Richard Blackstone Webber 11
320 Maitland Ave.
Altamonte Springs, FL. 32701

Anderlini, Finkelstein, Emerick & Smoot
Attn: David G Finkelstein
400 South El Camino Real, Ste 700
San Mateo, CA 94402

Buckeye Capital Partners, L.P.
Attn: Philip Brown
230 Park Ave, Ste 1540
New York, NY 10169

FPL Law Department
Attn: Rachel S. Budke
700 Universe Boulevard
Juno Beach, Florida 33408

Quadrangle Group LLC
Attn: Patrick Bartel, Andrew Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
Attn: Zachary J Bancroft
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809

Kass, Shuler, Solomon, Spector, Foyle & Singer
Attn: Larry Foyle
1505 N. Florida Ave
P.O. Box 800
Tampa, FL 33601

Citrus County Tax Collector
Attn: Janice A. Warren
210 N Apopka Ave., Suite 100
Inverness, FL 34450

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron L Saintsing, Esq.
P.O. Box 26268
Raleigh, NC 27611

Fredrikson & Byron, P A
Attn: John M. Koneck, Esq.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425

Kaplan and Freedman, P. A.
Attn. Matthew E. Kaplan, Esq.
9410 Southwest 77th Avenue
Miami, Florida 33156-7903

AmSouth Bank
Attn: William R. Hoog
13535 Feather Sound Drive, Bldg 1, Ste 525
Clearwater, FL 34762

Foster & Lindeman, PA
Attn: William Lindeman, Vickie Pace
PO Box 3108
Orlando, FL 32802-3108

Bodoff & Slavitt LLP
Attn: Joseph Bodoff
225 Friend St
Boston, MA 02114

Kozyak Tropin & Throckmorton, PA
Attn: John Kozyak, Laurel Isicoff
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

Leonard, Street and Deinard
Attn: Larry Ricke
150 South Fifth St, Ste 2300
Minneapolis, MN 55402

William P. Wessler
1624 24th Ave
Gulfport, MS 39501

Ken Burton, Jr., Manatee County Tax Collector
Attn: Susan D. Profant
PO Box 25300
819 U S 301 Blvd. West
Bradenton, FL 34206-5300

The H.T. Hackney Co.
Attn: Kyle Dugger
502S Gay St, Ste 300
Knoxville, IN 3 7902

Levy & Droney, PC
Attn: Ross G Fingold
74 Batterson Park Road
Farmington, CT 06032

Ginnie Van Kesteren P A.
Attn: Ginnie Van Kesteren
111 Second Ave NE, Suite 706
St. Petersburg, FL 33701

Perkins Coie LLP
Attn: Bruce MacIntyre
1201 Third Ave., 40th Floor
Seattle, WA 98101-3099

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret Westbrook
Two Hanover Square, Suite 1900
4.350 Lassiter At North Hills Avenue, Suite 300
Post Office Box 17047
Raleigh, NC 27619-7047

Adelman Law Offices, PC
Attn: David A. Adelman
1320 lower Road, Ste 114
Schaumburg, IL 60173

Stichter, Riedel, Blain & Prosser PA
Attn: Don M Stichter, Edward Peter son, Elena Ketchum
110 East Madison St, Ste 200
Tampa, FL 3:3602

William F. Harmeyer & Associates
Attn: William F Harmeyer
7322 Southwest Freeway, Ste 475
Houston, TX 77074

Elk, Bankier, Christu & Bakst, LLP
Attn: Michael R. Bakst
222 Lakeview Ave, Ste 1330
West Palm Beach, FL 33401

Venable LLP
Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley
1800 Mercantile Bank & Trust Bldg,
2 Hopkins Plaza
Baltimore, MD 21201

| | | |
|---|---|---|
| Pitney Hardin LLP<br>Attn: Richard Meth<br>PO Box 1945<br>Morristown, NJ 07962-1945 | Wander & Associates<br>Attn: David H Wander<br>641 Lexington Ave, 21st Floor<br>New York, NY 10022 | Meuers Law Firm, P.L.<br>Attn: Lawrence H. Meuers<br>5395 Park Central Court<br>Naples, FL 34109 |
| Fredric Bluish, P A.<br>Attn: Fredric Buresh<br>800 SE Third Ave., 4'h Fl<br>Ft Lauderdale, FL 33316 | Simpson Law Offices<br>Attn: James W Martin<br>One Securities Center, Suite 300<br>3490 Piedmont Road, NE<br>Atlanta, GA 30305 | Markowitz, Davis, Ringel & Trusty, PA<br>Attn: Jerry Markowitz, Rachel Rubio<br>9130 South Dadeland Blvd., Ste 1225<br>Miami, FL .33156 |
| Frank, Weinberg & Black, PL.<br>Attn: David Black<br>7805 SW. 6'h Court<br>Plantation, FL, 33324 | Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA<br>Attn: Michael Bowlus, Katherine Schnauss<br>10110 San Jose Blvd.<br>Jacksonville, FL 32257 | Kennedy Covington Lobdell & Hickman LLP<br>Attn: Amy Pritchard Williams<br>Hearst Tower, 47th Floor<br>214 North Tryon St.<br>Charlotte, NC 28202 |
| Sessions, Fishman & Nathan LLP<br>Attn: J. David Forsyth<br>201 St. Charles Ave., 35th Floor<br>New Orleans, LA 70170-3500 | Weiss Serota Helfinan Pastotiza Guedes Cole & Boniske PA<br>Attn: Douglas Gonzales<br>3107 Stirling Road, Ste 300<br>Fort Lauderdale, FL 33312 | Levenfeld Pearlstein, LLC<br>Attn: William S. Schwartz<br>211 Waukegan Road, Ste 300<br>Northfield, IL 60093 |
| Brown Raysman Millstein Felder & Steiner, LLP<br>Attn: Gerald Catalanello<br>900 Third Ave.<br>New York, NY 10022 | Broward County Revenue Collection Division<br>Litigation Section, Attn: Hollie Hawn<br>Government Center Annex<br>115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | Trutt & Franson, PA<br>Attn: Albert Franson<br>707 Peninsular Place<br>Jacksonville, FL 32204 |
| Johnson, Pope, Bokor, Ruppel &. Burns LLP<br>Attn: Michael Markham<br>PO Box 1368<br>Clearwater, FL 33757 | Williams Mullen Hofheimei Nusbaum<br>Attn: David Greer<br>999 Waterside Drive, Ste 1700<br>PO Box 3460<br>Norfolk, VA 23514-3460 | Williams Mullen Hofheimer Nusbaum<br>Attn: Paul Bliley<br>1021 East Gary St<br>PO Box 1320<br>Richmond, VA 23218-1320 |
| Kegler Brown Hill & Ritter<br>Attn: Stewart Cupps<br>Capitol Square, Suite 1800<br>65 East State St.<br>Columbus, OH 43215-4294 | Bingham McCutchen LLP<br>Attn: Anthony Smits<br>One State St.<br>Hartford, CT 06103 | Saul Ewing LLP<br>Attn: Mark Minuti<br>222 Delaware Ave., Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899 |
| | Thompson, OBiien, Kemp & Nasuti PC<br>Attn: Albeit Nasuti<br>40 Technology Parkway South, Ste 300<br>Norcross, GA 30092 | Jennis & Bowen<br>Attn: David Jennis, Chad Bowen<br>400 North Ashley Dr., Ste 2540<br>Tampa, FL 33602 |
| Polsinelli Shalton Welte Suelthaus PC<br>Attn: Daniel Flanigan<br>292 Madison Ave, 17th Floor<br>New York, NY 10017 | Polsinelli Shalton Welte Suelthaus PC<br>Attn: James E. Bird<br>700 West 47th St., Ste 1000<br>Kansas City, MI 64112 | Clark, Partington, Hart, Lany, Bond & Stackhouse<br>Attn: Keith L Bell, Jr.<br>One Pensacola Plaza, Suite 800<br>125 West Romana Street<br>Pensacola, FL. 32501 |
| Whiteman, Bankes & Chebot, LLC<br>Jeffrey M. Chebot, Esq<br>Suite 1300 -Constitution Place<br>325 Chesnut Street<br>Philadelphia, PA 19106 | | Smith, Gilliam, Williams & Miles, PA<br>Attn: Brad Patten<br>PO Box 1098<br>Gainesville, GA.30503 |

| | | |
|---|---|---|
| Blanco Iacklabery Combs & Matamoios, PA<br>Attn: Gene Blair<br>PO Drawer 25008<br>Winston-Salem, NC 27114-5008 | Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP<br>Attn: Amos U. Priester IV<br>PO Box 2611<br>Raleigh, NC 27602-2611 | Phelps Dunbar<br>Attn: Douglas C. Noble<br>111 East Capital, Ste 600<br>PO Box 23066<br>Jackson, MS 39225-3066 |
| | Stoel Rives LLP<br>Attn: Peter L. Slinn<br>600 University St, Ste 3600<br>Seattle, WA 98101 | Simon Property Group<br>Attn: Ronald Tucker<br>115 West Washington St.<br>Indianapolis, IN 46204 |
| Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC<br>Attn: Robert Feinstein<br>780 Third Ave-36th Floor<br>New York, NY 10017 | Davis & Fields PC<br>Attn: Richard Davis<br>PO Box 2925<br>Daphne, AL 36526 | Haywood, Denny & Miller LLP<br>Attn: Robert Levin<br>PO Box 51429<br>Durham, NC 51429 |
| GrayRobinson PA<br>Attn: Donald Nohrr<br>PO Box 1870<br>Melbourne, FL 32902 | Sher Garner Cahill Richter Klein & Hilbert, L.L.C.<br>Attn: Elwood F Cahill, Jr, Neal J. Kling<br>909 Poydras St, 28th Fl.<br>New Orleans, Louisiana 70112 | Seyfarth Shaw LL.P<br>Attn: Richard Lauter, Sara L orber<br>55 East Monroe St, Ste 4200<br>Chicago, IL 60601-5803 |
| St. John & Wayne, LLC<br>Attn: Todd Galante<br>Two Penn Plaza East<br>Newark, NJ 07105 | Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC<br>Attn: Brian Shaw, Allen Guon<br>321 N. Clark St., Ste 800<br>Chicago, IL 60610 | Porter, Wright, Morris & Arthur LLP<br>Attn: James Botti<br>41 South High St, :315th Fl.<br>Columbus, OH 43215 |
| Smith Debnam Narron Wyche Saintsing & Myers, LLP<br>Attn: Byron Saintsing<br>PO Box 26268<br>Raleigh, NC 27611 | Snell & Wilmer, LL P<br>Attn: Peter Rathwell<br>One Arizona Center<br>400 E Van Buren<br>Phoenix, AZ 85004-2202 | McCormick & Company<br>Attn: Austin Nooney<br>211 Schilling Circle<br>Hunt Valley, MD |
| Wolff, Hill, McFarlin & Herron, PA<br>Attn: David McF arlin, Kenneth Herron<br>1851 W. Colonial Drive<br>Orlando, FL .32804 | LaMonica Herbst & Maniscalco, LLP<br>Attn. Salvatore L.aMonica, David Blansky<br>3305 Jerusalem Ave<br>Wantagh, NY 11803 | Leatherwood Walker Todd & Mann, PC<br>Attn: Seann Gray Tzouvelekas<br>PO Box 87, 300 East McBee Avenue, Ste 500<br>Greenvile, SC 29602-0087 |
| Haynsworth Sinkler Boyd, PA<br>Attn: William H. Short<br>PO Box 11889<br>Columbia, SC 29201 | Johnston, Harris, Geide & Jelks, PA<br>Attn: Jerry Gerde<br>239 E. 4th St.<br>Panama City, FL 091787 | Foley & Mansfield, PLLP<br>Attn. Jeffrey DeCailo<br>545 Madison Avenue, 15th Fl<br>New York, NY 10022 |
| McClain, Leppert & Maney, P.C.<br>Attn:.1 Casey Roy, Michael Leppert<br>711 Louisiana Street, Suite 3100<br>Houston, Texas 77002 | Brenner Kaprosy LLP<br>Attn: I David Mitchell<br>50 East Washington St.<br>Chagrin Falls, OH 4402 | Greenbaum, Rowe, Smith & Davis LLP<br>Attn: Thomas Denitzio<br>Metro Corporate Campus One<br>PO Box 5600<br>Woodbridge, NJ 07095-0988 |
| Ray Quinney & Nebeker, PC<br>Attn: Steven Waterman<br>PO Box 45385<br>Salt Lake City, UT 84145-0385 | Alfred E Smith<br>60 E 42nd St., Ste 2501<br>New York, NY 10017 | Wachtel & Masyr, LIP<br>Attn: Steven Cohen, Greg Haber<br>110 East 59th St.<br>New York, NY 10022 |

Spain & Gillon, LLC
Attn: Walter F. McAidle
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

Stovash, Case & Tingley, PA
Attn: Rachel Adams
Sunlrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410

Marvin S Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 3:3:3.31

Rogers Towers PA
Attn: Betsy Cox, Robert I Hyde, Jr
1301 Riverplace Blvd, Ste 1500
Jacksonville, FL 32007

USDA AMS, Dairy Programs
Attn: Sue L Mosely
P.O. Box 491778
Lawrenceville, GA 30049

Wilkins, Bankester, Bites & Wynne, PA
Attn: Marion Wynne, Brian Britt
PO Box 1367
Fairhope, AL 365:32

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
555 12th Street Suite 300
Oakland, CA 94607

Hedrick, Dewberry, Regan & Durant
Attn: Jeffrey C Regan
50 North Laura St., Ste 1600
Jacksonville, FL 32202

Marks Gray, P.A.,
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207

Taft, Stettiniuse & Hollister, LLP
Attn: Richard Ferrell
425 Walnut St., Ste 1800
Cincinnati, OH 45202-3957

Genovese Joblove & Battista, P A.
Attn: Craig P, Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067

Nick Law Firm, LC
Attn: Iammy N Nick
676 East I-10 Service Road
Slidell, LA 70461

Dreyer's Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
PO Box 270
San Francisco, CA 94104-0270

RMC Property
c/o Dennis LeVine & Associates
Attn: Dennis LeVine
PO Box 707
Tampa, FL 33601-0707

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square
600 First Ave. North, Ste.308
St. Petersburg, FL 33701

Mowrey & Biggins, P A
Attn: Ronald A Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111

Keaton & Associates, P. C
Attn: Mary E Gardner, Esq
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

Berger Singeiman, P A
Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd, Ste 1000
Fort Lauderdale, FL 33301

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Gronek & Latham, LLP
Attn: Scott Shuker
:390 N Orange Ave, Ste 600
Orlando, FL 32801

Bregman, Berbert, Schwartz & Gilday, L L C
Attn: Laurence H Berbert
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd, Ste 2700
Atlanta, GA 30326

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Nelson Mullins Riley & Scarborough, LLP
Attn: George B Cauthen
Meridian Building, 17th Fl
1320 Main St.
Colombia, SC 29201

The Coca-Cola Company
Attn:.Tohn Lewis, Litigation Counsel
PO Box 1734
Atlanta, GA 30301

Rex D., Rainach
A Professional Law Corporation
3622 Government St.
Baton Rouge, LA 70806-0646

Karem & Karem, Attorneys at Law
Attn: John W Hanison, Jr
3.33 Guthrie Green, Ste 312
Louisville, KY 40202

Berger Singerman, P.A.
Aft: Bergen Singerman
200 South Biscayne Blvd, Stl 1000
Miami, FL 33131-5308

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike St
North Andover, MA 01845

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree St, Ste 800
Atlanta, GA 30309-7649

Hangley, Aronchick, Segal & Pudlin
Attn. Ashley Chan
One Logan Square, 27th Fl.
Philadelphia, PA 19103

Pinellas County, Florida
Diane Nelson, Tax Collector
PO Box 2943
Clearwater, FL .33757-2943

Holland & Knight
Attn: Alan Weiss
15 North Laura St., Ste 3900
Jacksonville, FL 32202

Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs
Attn: John I Rogerson
Riverplace Tower
1301 Riverplace Blvd, Suite 1700
Jacksonville, FL 32207

Gerard Kouri, Jr,
10021 Pines Blvd., Ste 202
Pembroke Pines, FL 33024-6191

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Ave, Ste 400
Marietta, GA 30060-7946

Munsch Haidt Kopf & Hair PC
Attn: Randall Rios
Bank of America Center
700 Louisiana St, 46th Fl.
Houston, TX 77002

Kondos & Kondos Law Offices
Attn: Anjel K Avant, Esq
1595 N Central Expressway
Richardson, TX 75080

Tabas, Freedman, Soloff & Miller PA
Attn:.Joel Tabas, Amber Donner
919 Ingraham Bldg, 25 Southeast Second Ave
Miami, FL 3.3131-1538

Johnston, Conwell & Donovan L.LC
Attn: W Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birminham, AL 35209

Poyner & Spruill LIP
Attn:.Judy Thompson
301 South College St, Ste 2300
Charlotte, NC 28202

L,owndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
PO Box 2809
Orlando, FL. 32802

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples
400 Meridian St., Ste 301
Huntsville, AL 35801

Akin Gump Strauss Hauer & Feld LLP
Attn. Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524

Hubbard, Smith, Mcllwain, Brakefield & Browder PC
Attn: Marcus Brakefield, Christopher Mcllwain, K. Sodergren
PO Box 2427
Tuscaloosa, AL 35403

Reinhart Boerner Van Deuren s.c
Attn: Joshua Blakely, Michael Jankowski
1000 North Water St, Ste 2100, PO Box 2965
Milwaukee, WI 53201-2965

Shutts & Bowen UP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801

Saul Ewing LLP
Attn., Joyce Kuhns
Lockwood Place
500 East Piatt Street
Baltimore, MD 21202

Slott, Barker & Nussbaum
Attn: Earl M Barker
334 East Duval St
Jacksonville, FL 32202

State of Georgia, Assistant Attorney General
Oscar B F ears, III
40 Capitol Square, SW
Atlanta, GA 30334

Foley & Mansfield PLL,P
Attn: Ihomas Lallici, Megan Blazina
250 Maiquette Ave, Ste 1200
Minneapolis, MN 55401

Morgan & Morgan, Attorneys at L,aw PC
Attn: Lee P Morgan
PO Box 48.359
Athens, GA 30604

L.oreal Paris
Attn: Patrick Ackerman
:35 Broadway Road
Cranbury, NJ 08512

Canova and Delahaye
Attn: L Phillip Canova, Louis Delahaye, Thomas Delahaye
58156 Court St
Plaquemine, LA 70764-2708

Choate, Hall & Stewart
Attn: John Ventola, William McMahon
Exchange Place, 5.3 State St
Boston, MA 02109-2891

Barnes & Thornbung LLP
Attn: Wendy D Brewer
11 South Meridian St
Indianapolis, IN 46204-3535

Anthony Salzano
Counsel for Pasco County Board of County Commissioners
West Pasco Government Center
7530 Little Road, Ste 340
New Port Richey, FL 34654

Harper, Kynes, Geller & Bradford PA
Attn: Charles Buford
2560 Gulf to Bay Blvd, Sic 300
Clearwater, FL 33 765

Law Offices of Daniel Mankind
Attn:.Johanna Mankind
1500 Walnut St., Ste 1100
Philadelphia, PA 19102

Cohen & Thurston PA
Attn: Janet Thurston
1723 Blanding Blvd #102
Jacksonville, FL 32210

Hill, Ward & Henderson, PA
Attn: Lynn Welter Sherman
PO Box 2231
Tampa, FL 33601

Eastman & Smith Ltd
Attn: Kenneth C Baker
One Seagate, 24th Floor
PO Box 10032
Toledo, OH 43699-0032

Borges & Associates, LLC
Attn: Wanda Borges
575 Underhill Blvd., Ste 110
Syosset, NY 11791

Meland Russin Hellingei & Budwick, PA
Attn:.Jonathan Williams
3000 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL 331.31

Broad and Cassel
Attn: Roy S Kobeit
.390 North Orange Ave , Ste 1100
Orlando, FL 32801

Winderweedle, Haines, Ward & Woodman, PA
Attn: Ryan E Davis
a/f AmSouth Bank
390 North Orange Ave., Ste 1500
PO Box 1391
Orlando, FL 32802-1:391

Irby Law Firm
Attn: Albert Adams
PO Box 910
Eufaula, AL 36072

McGuirewoods LLP
Attn:.John H. Maddock III
One James Center
901 East Cary Street
Richmond, VA 2.3219-4030

McGuirewoods LLP
Attn: Charles L . Gibbs II
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661

Kizer, Hood & Morgan, LLP
Attn: Ralph Hood
2111 Quail Run Drive
Baton Rouge, LA 70808

Neufeld, Rennett & Bach, APC
Attn: Timothy L. Neufeld
360 E, Second Street, Suite 703,
Los Angeles, CA 90012

Gunster, Yoakley & Stewart, PA
Attn: Christian Petersen
500 East Broward Blvd, Ste 1400
Fort Lauderdale, FL 33394

Neil, Gerber & Eisenberg
Attn: Thomas Wolford
2 North LaSalle St, Ste 2200
Chicago, IL 60602

Pinkston & Pinkston, PA
Attn: David Pinkston, Gina Schlegel
PO Box 4608
Jacksonville, FL 32201

McKenna Long & Aldridge LLP
Attn: B. Summer Chandler
303 Peachtree St., Ste 5300
Atlanta, GA 30308

Kennedy Covington Lobdell & Hickman LLP
Attn: Margaret R Westbrook
434 Fayetteville Street Mall, 19th Floor
Post Office Box 1070
Raleigh, NC 27602-1070

Lord, Bissell & Brook UP
Attn: Folarin Doounmu, Aaron C Smith
115 S. LaSalle Street
Chicago, IL 60603

Piper, L.udin, Howie & Weiner, PA
Attn: Eric E. Ludin
5720 Central Ave.
St. Petersburg, FL 3:3707

Akin Gump Strauss Hauer & Feld LLP
Attn: Sarah Schultz
1700 Pacific Ave., Ste 4100
Dallas, TX 75201-4675

Solomon Pearl Blum Heymann & Stich LLC
Attn: Joel Shafferman
40 Wall St., 35th Floor
New York, NY 10005

Rosen Law Group, LLC
Attn: Mitchell S Rosen
Atlanta Plaza, Ste 3250
950 E Paces Ferry Rd.
Atlanta, GA 30326

Kitchens Kelley Gaynes, P C
Attn: Mark Kelley
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E
Atlanta, Georgia 30305

Wilcox Law Firm
Attn: Robert D Wilcox
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216

Iatone Properties of Florida, Inc.
Attn: Melody D Genson
3665 Bee Ridge Rd, Ste 316
Sarasota, FL 3423.3

Sell & Melton, LLP
Attn: Ed S Sell
PO Box 229
Macon, GA 31202-0229

Vertis, Inc
Attn: Luke Brandonisio
250 W Pratt St
PO Box 17102
Baltimore, MD 21297

Phelps Dunbar
Attn: Donald Whittemore
100 South Ashley Drive, Ste 1900
Tampa, FL 33602

Hinshaw & Culbertson LLP
Attn: Kenneth G. M Mather-
100 South Ashley Drive., Ste 500
Tampa, FL 3.3602

Ward & Smith, P.A.
Attn:.J Michael Fields
120 West Fire Tower Rd.
PO Box 8088
Greenville, NC 27835-8088

Trenam, Kemker, Scharf, Barkin, Frye, ONeill & Mullis, P.A.
Attn: William Knight Zewadski
PO Box 1102
Tampa, Florida 33601

Harrell & Harrell
Attn: Michael Moran
4735 Sunbeam Road
Jacksonville, FL. 32257

Tuggle Duggins & Meschan, P A
Attn: Paul M. Dennis, Jr
228 West Market St , P O. Box 2888
Greensboro, NC 27402-2888

Foley & L,ardner LLP
Attn: Gardner Davis
PO Box 240
Jacksonville, FL .32201-0240

Krieg DeVault LLP
Attn: C Daniel Motsinger
One Indiana Sq., Ste 2800
Indianapolis, IN 46204-2079

Hillsborough County Attorney's Office
Attn: Brian I. FitzGerald
PO Box 1110
Tampa, FL 33601-1110

Terrell, Hogan, Ellis & Yegelwel PA
Attn: Carroll Cayer
233 East Bay St., 8th Fl
.Jacksonville, FL 32202

Verona Law Group, PA
Attn: Jay Verona
7235 First Ave So
St Petersburg, FL 33707

Harrell & Harrell, P A
Attn: Greg Schlax
4735 Sunbeam Road
Jacksonville, Florida 32257

Diane Nelson, Tax Collector of
Pinellas County, FL
Attn: Sarah Richardson
Managing Assistant County Attorney
315 Court St
Clearwater, FL 3.3756

McElwee Law Firm, PL L C
Attn: Robert Laney
906 Main St
North Wilkesboro, NC 28659

Young, Morphis, Bach and Taylor, L.L.P.
Attn:.Jimmy Ray Summerlin
First lawyers Building, 400 Second Avenue, N. W
P O. Drawer 2428
Hickory, North Carolina 28603

Harwell Howard Hyne Gabbert & Manner PC
Attn: David P Canas
315 Deaderick St., Ste 1800
Nashville, IN 3 7238

Emmanuel, Sheppard and Condon PA
Attn: Sally Bussell Fox
30 South Spring St
Pensacola, FL 32502

Balch & Bingham LLP
Attn: Elizabeth I Baer
14 Peidmont Ctr, Ste 1100
3535 Piedmont Rd.
Atlanta, GA 30.305

Blackwell Sanders Peper Martin LL.P
Attn: John Cruciani
4801 Main St, Ste 1000
Kansas City, MO 64112

Hodgson Russ IJP
Attn: Tina Talarchyk
1801 North Military Trail, Ste 200
Boca Raton, FL 33431

Kilpatrick Stockton LLP
Attn: Paul M Rosenblatt
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

Henderson, Franklin, Starnes & Holt, PA
Attn: Douglas Szabo, John Noland
PO Box 280
Fort Myers, FL 3.3902-0280

Hiday & Ricke, PA
Attn: Jeffrey Becker
PO Box 550858
Jacksonville, FL. 32255

Squire, Sanders & Dempsey LIP
Attn: Joseph Weinstein
4900 Keuy lower
127 Public Sq.
Cleveland, OH 44114-1304

Mirick, O'Connell, DeMallie & Lougee UP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608-1477

McGuiiewoods L.LP
Attn: Michael Schmahl
77 W Wacker Dr., Ste 4100
Chicago, IL 60601

Becket and Lee L.LP
Attn: Gilbert Weisman
PO Box 3001
Malvern, PA 19.355-0701

Baker Botts LLP
Attn: C. Luckey McDowell
2001 Ross Ave.
Dallas, TX 75201-2980

Colodny, F ass, T alenfeld, Karlinsky & Abate
Attn: Joel Fass
2000 W. Commercial Blvd, Ste 232
Fort Lauderdale, FL 33309

Hill, Ward & Henderson, PA
Attn: Paige Greenlee
PO Box 22.31
Tampa, FL 33601

Ervin, Cohen & Jessup, L.LP
Attn: Michael Kogan
9401 Wilshire Blvd., 9th Fl
Beverly Hills, CA 90212

Blaxberg, Grayson, Kukoff & Segal, PA
Attn: Ian J Kukoff
25 Southeast Second Ave.
Miami, FL 33131

Mickler & Mickler
Attn: Albert H. Mickler
5452 Arlington Exp.
Jacksonville, FL. 32211

Held & Israel
Attn: Adam Frisch
1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207

GrayRobinson
Attn: Jason B Burnett
50 North Laura St., Ste 1675
.Jacksonville, FL 32202

Friedline & McConnell, P A.
Attn: Jerrett M. McConnell
1756 University Blvd S
Jacksonville, FL 32216

Powell Goldstein L.LP
Attn: Wendy Hagenau, .John Moore
One Atlantic Center, 14th Fl
1201 W. Peachtree St., NW
Atlanta, GA 30309-3488

Duane Morris LLP
Attn: Margery Reed, Wendy Sinkulak
30 South 17th St.
Philadelphia, PA 19103

Paul, Hastings, Janofsky & Walker LLP
Attn: Karol K Denniston, Carolyn (Keri) Chayavadhanangkur
600 Peachtree Street., N E., 24th Fl
Atlanta, GA 30308

Stichter, Riedel, Blain & Prosser PA
Attn: Susan H Sharp
110 Madison St., Ste 200
Tampa, FL 33602

Marcus, Santoro & Kozak, PC
Attn: Kelly M Barnhart
1435 Crossways Blvd., Ste 300
Chesapeake, VA 23320

Kelley & Fulton, PA
Attn: Craig I Kelley
1665 Palm Beach Lakes Blvd
The Forum, Ste 1000
West Palm Beach, FL 33401

Schnader Harrison Segal & Lewis LLP
Attn: William J. Maffucci
1600 Market Street Suite 3600
Philadelphia, PA 19103-7286

Arnstein & Lehr LLP
Attn: Ronald J Marlowe
1110 N Florida Ave.
Tampa, FL 33602

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, FL 32308

State of Georgia, Dept. of Community Health
Attn: Neal B Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

U S. Health & Human Services Dept
c/o Office of the General Counsel
Attn: Gary Kurz, Esq
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909

Quarles & Brady LLP
Attn: Ned R Nashban
1900 Glades Road, Ste.355
Boca Raton, FL 33431

Liebman, Conway, Olejniczak & Jerry, SC
Attn: Jerome E. Smyth
PO Box 23200
Green Bay, WI 54305-3200

The Caluda Law Firm
Attn: Robert J., Caluda
3232 Edenborn Ave
Metairie, LA 70002

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

Thompson & Knight
Attn: John S Biannon
1700 Pacific Ave., Suite 3300
Dallas, TX 75201

Stevens & Lee, PC
Attn: Chester Salomon, Jocelyn Keynes
485 Madison Ave., 20th Floor
New York, NY 10022

Leesfield Leighton & Partners, P.A.
2350 South Dixie Highway
Miami, FL 33133-2314

Philip A Bates, P A
Philip A. Bates
25 West Cedar Street, Suite 550
Pensacola, FL 32502