UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                             Chapter 11

WINN DIXIE STORES, INC., et al          Case No.: 05-03817-JAF

        Debtors.

_____/

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

**THIS MATTER** came before the Court on the Stipulation for Substitution of Counsel and based on the stipulation, it is

**ORDERED** that TEW CARDENAS LLP is substituted for HELD & ISRAEL as counsel for the following landlords/creditors of Debtors, Winn-Dixie Stores, Inc. et al through their management company Terranova Corporation: TA/Western, LLC, Concord-Fund IV Retail, LP, TA Cresthaven, LLC, Flagler Retail Associates, Ltd., Elston/Leetsdale, LLC. HELD & ISRAEL is relieved of all responsibility for the representation of the landlords/creditors of Debtors as of the date of this Order.

**DONE AND ORDERED** this ____ day of January, 2006 in chambers.

_____
UNITED STATES BANKRUPTCY JUDGE

@PFDesktop\::ODMA/MHODMA/DMS_NT;MIAMI;451962;1