UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**RESPONSE OF LIBERTY MUTUAL INSURANCE COMPANY TO DEBTORS' SECOND OMNIBUS OBJECTION TO DUPLICATE CLAIMS AND AMENDED AND SUPERSEDED CLAIMS**

COMES NOW, Liberty Mutual Insurance Company ("Liberty") by and through its undersigned counsel, and in response to Debtors Second Omnibus Objection to Duplicate Claims and Amended and Superseded Claims (the "Objection" docket entry no. 4716) would respectfully show unto this Court as follows:

1. Subsequent to the commencement of these cases, but prior to the bar date for filing proofs of claim set by this Honorable Court, Liberty filed proofs of claim numbered 1312, 3375, 3376, 3377, 3378, and 3379 against Winn-Dixie Stores, Inc., Astor Products, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Raleigh, Inc., Winn-Dixie Montgomery, Inc., and Economy Wholesale Distributors, Inc., respectively (collectively, the "Initial Proofs of Claim"). Subsequent thereto, but prior to the applicable claims bar date set by this Honorable Court, Liberty filed a proof of claim numbered 8623 against Dixie Stores, Inc. (hereinafter, proof of claim number 8623 against Dixie Stores, Inc. will be included as one of the "Initial Proofs of Claim"). Subsequent to filing the Initial Proofs of Claim, but prior to the applicable claims bar date set by this Honorable Court, Liberty filed amended proofs of

367970

claim numbered 8624, 8625, 8626, 8627, 8628, and 8629, against Winn-Dixie Logistics, Inc., Winn-Dixie Raleigh, Inc., Winn-Dixie Montgomery, Inc., Astor Products, Inc., Economy Wholesale Distributors, Inc. and Winn-Dixie Stores, Inc., respectively (collectively, the "Amended Proofs of Claim").  Further, subsequent to filing the Initial Proofs of Claim and the Amended Proofs of Claim, but prior to the applicable claims bar date set by this Honorable Court, Liberty filed amended proofs of claim numbered 10276, 10277, 10278, 10279, 10280, 10281, and 10282, against Dixie Stores, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Raleigh, Inc., Winn-Dixie Montgomery, Inc., Economy Wholesale Distributors, Inc., Astor Products, Inc. and Winn-Dixie Stores, Inc., respectively (collectively, the "Second Amended Proofs of Claim").

2.     Liberty's claims, as represented in the Initial Proofs of Claim, the Amended Proofs of Claim and the Second Amended Proofs of Claim, are based on its execution and delivery of certain surety bonds on behalf of and at the behest of the Debtors (a description of said bonds is attached as Exhibit A to each Proof of Claim, Amended Proof of Claim, and Second Amended Proof of Claim), and arising pursuant to its common law and contractual rights of indemnification, the latter represented by that certain General Agreement of Indemnity dated January 23, 2003 (the "Indemnity Agreement"), and arising pursuant to certain other rights and remedies as set forth more specifically and reserved in the Initial Proofs of Claim, the Amended Proofs of Claim and the Second Amended Proofs of Claim. A copy of the Indemnity Agreement is attached as Exhibit B to each Proof of Claim, Amended Proof of Claim, and Second Amended Proof of claim.

3.     In the Objection, Debtors object to Liberty's proofs of claim numbered 1312, 3375, 3376, 3377, 3378, 3379, 8623, 8624, 8625, 8626, 8627, 8628, and 8629 (the "Subject

367970

Proofs of Claim"). The basis for Debtors' Objection to the Subject Proofs of Claim is that the Subject Proofs of Claim are amended by or superseded by other claims filed by Liberty against the Debtors. The Objection identifies the Second Amended Proofs of Claim as amending or superseding the Subject Proofs of Claim.

4. Liberty has no objection to the relief sought by the Objection to the extent that the Subject Proofs of Claim are in fact amended and superseded by the Second Amended Proofs of Claims; provided that any order entered in connection with the Objection provides that the Second Amended Proofs of Claim, and specifically, claims numbered 10276, 10277, 10278, 10279, 10280, 10281 and 10282, filed against Dixie Stores, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Raleigh, Inc., Winn-Dixie Montgomery, Inc., Economy Wholesale Distributors, Inc., Astor Products, Inc., and Winn-Dixie Stores, Inc. respectively, (the "Liberty Claims") are preserved on the Claims Register of this Honorable Court as filed before the claims bar date, and that by disallowing the Subject Proofs of Claim, Liberty shall not be prejudiced with respect to any recovery against the Debtors pursuant to the claims to be preserved.

WHEREFORE, premises considered, Liberty respectfully requests that this Honorable Court overrule the Debtors' Second Omnibus Objection to Duplicate Claims and Amended and Superseded Claims to the extent that the relief requested by the Debtors' seeks to disallow and expunge any non-duplicative portions of the Subject Proofs of Claim or to the extent that any relief requested by the Debtors may prejudice Liberty's recovery against the Debtors pursuant to the Liberty Claims.

Dated January 6, 2006.

367970

3

Respectfully submitted,

/s/ Jeffrey C. Regan
Jeffrey C. Regan
HEDRICK DEWBERRY REGAN & DURANT P.A.
Bank of America Tower
50 North Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 356-1300
(904) 356-8050
jregan@hdrd-law.com

and

MANIER & HEROD
J. Michael Franks (BPR #2641)
Thomas T. Pennington (BPR #9605)
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030 (telephone)
(615) 242-4203 (telecopy)
mfranks@manierherod.com
tpennington@manierherod.com

Attorneys for Liberty Mutual Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by filing with the United States Bankruptcy Court for the Middle District of Florida via the CM/ECF system and served on the following party by facsimile and U.S. Mail on January 6, 2006:

D.J. Baker, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (telephone)
(212) 735-2000 (telecopy)
djbaker@skadden.com

/s/ Jeffrey C. Regan
Attorney

367970