Composite Exhibit "N"

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3675 | 11/30/04 |

DUE UPON RECEIPT

Voice:   601-892-6200
Fax:

AMOUNT_____

REMIT TO: CRYSTAL CLEAN,

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID 60 SCHOOL ST S/C

## MONTH OF NOVEMBER

| Description | Amount |
|-------------|--------|
| | 389.70 |
| MONTHLY SWEEPING | |

Approved: _Mum_
Vendor # 1626600
Prop: SCH     Period:
Chg Code: 50270
Chg Code:_____
A/P Comment_____

3675 -7
11-30-04
389.70

NOV 2 3 2004

| | | |
|---|---|---|
| Subtotal | 389.70 |
| Sales Tax | |
| Total Invoice Amount | 389.70 |
| Payment Received | |
| Check No: | |
| **TOTAL** | 389.70 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

(601) 362-1533

MAY 1 1 2004

Sold
to

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

Ship
to

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

| Account | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---------|----------|----------|-----------|-------|--------------|------|
| 13159   |          |          |           | Net 30 | 05/05/2004  | 1    |

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
|      | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

|  |  |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

# Invoice

**CRYSTAL CLEAN, INC.**
**102 RAILROAD AVE N**
**CRYSTAL SPRINGS, MS  39059**

| Invoice | Invoice |
|---------|---------|
| 2965 | 12/31/03 |

Voice:   601-892-6200
Fax:

**DUE UPON RECEIPT**

AMOUNT_____

JAN 7   2004

REMIT TO: CRYSTAL CLEAN,

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
.1.50% month added
to overdue
accounts.

**Customer ID**:60 SCHOOL ST S/C

# MONTH OF
# DECEMBER

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 128.00 |

| | |
|---|---|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| **TOTAL** | 128.00 |

Check No:

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3039 | 1/31/04 |

Voice:   601-892-6200
Fax:

DUE UPON RECEIPT

AMOUNT_____

FEB 6  2004    REMIT TO: CRYSTAL CLEAN,

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID 60 SCHOOL ST S/C        **MONTH OF JANUARY**

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 128.00 |

| | |
|---|---|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| **TOTAL** | 128.00 |

Check No:



# INVOICE

Page 1 of 2

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 03/01/2004 |
| Invoice Number: | 0320982-0078-8 |
| Terms: | NET 10 DAYS |

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 275-5539
(601) 923-5134 FAX

MAR  5 2004

| Current Invoice Amount | Total Amount Due |
|---|---|
| 723.07 | 723.07 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 2.15% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 721.66 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 721.66- |
| **Total Current Charges** | 723.07 |
| **Total Amount Due** | 723.07 |
| **Total Amount Past Due** | 0.00 |

## Service Period: MARCH SERVICES

| Description | Amount |
|---|---|
| Commercial | 723.07 |
| **Total Current Charges** | 723.07 |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 723.07 | 0.00 | 0.00 | 0.00 | 0.00 | 723.07 |



Proud NASCAR Sponsor

Printed on Recycled Paper

720002



# INVOICE

**WM MANAGEMENT**

Management of
on Hauling
BOX 1788
ckson MS  39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

APR 5   2004

SCHOOL STREET CROSSING

| | |
|---|---|
| Customer: | |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 04/01/2004 |
| Invoice Number: | 0331082-0078-4 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 726.93 | 726.93 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 2.70% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 723.07 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 723.07- |
| Total Current Charges | 726.93 |
| **Total Amount Due** | **726.93** |
| Total Amount Past Due | 0.00 |

## Service Period APRIL SERVICES

| Description | Amount |
|---|---|
| Commercial | 726.93 |
| **Total Current Charges** | **726.93** |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| | | | | 0.00 | 726.93 |

00001484183007

# Invoice

**CRYSTAL CLEAN, INC.**
**102 RAILROAD AVE N**
**CRYSTAL SPRINGS, MS 39059**

| Invoice | Invoice |
|---------|---------|
| 3675 | 11/30/04 |

**DUE UPON RECEIPT**

**AMOUNT** _____

Voice:   601-892-6200
Fax:

**REMIT TO: CRYSTAL CLEAN,**

Sold To:
**THE MATTIACE COMPANY**
**P.O. BOX 13809**
**JACKSON, MS 39236-3809**

Service Charge
1.50% month added
to overdue
accounts.

Customer ID:60 SCHOOL ST S/C

## MONTH OF NOVEMBER

| Description | Amount |
|-------------|--------|
| | 389.70 |
| MONTHLY SWEEPING | |

Approved: _____ *MWM*
Vendor # 1026600    3675
Prop: SCH    Period: 11-30-04
Chg Code: 50270    38970
Chg Code: _____
A/P Comment _____

NOV 2 3 2004

| | |
|---|---|
| Subtotal | 389.70 |
| Sales Tax | |
| Total Invoice Amount | 389.70 |
| Payment Received | |
| **TOTAL** | 389.70 |

Check No:

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

(601) 362-1533

Invoice: 023365

MAY 1 1 2004

| | | |
|---|---|---|
| Sold to | Ship to | |
| MATTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236 | SCHOOL ST CROSSING SHPNG CTNR<br>HWY 51<br>RIDGELAND, MS | |

| Account | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---|---|---|---|---|---|---|
| 13159 | | | | Net 30 | 05/05/2004 | 1 |

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

# Invoice

**CRYSTAL CLEAN, INC.**
**102 RAILROAD AVE N**
**CRYSTAL SPRINGS, MS  39059**

| Invoice | Invoice |
|---------|---------|
| 2965 | 12/31/03 |

Voice:   601-892-6200
Fax:

DUE UPON RECEIPT

AMOUNT

REMIT TO: CRYSTAL CLEAN,

JAN 7  2004

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

**Customer ID: 60 SCHOOL ST S/C**

## MONTH OF DECEMBER

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 128.00 |

| | |
|---|---|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| **TOTAL** | 128.00 |

Check No:

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS 39059

Voice:   601-892-6200
Fax:

| Invoice | Invoice |
|---------|---------|
| 3039 | 1/31/04 |

DUE UPON RECEIPT

AMOUNT_____

FEB 6  2006

REMIT TO: CRYSTAL CLEAN,

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS 39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID:60 SCHOOL ST S/C

# MONTH OF JANUARY

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 128.00 |

| | |
|---|---|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| **TOTAL** | 128.00 |

Check No:



# INVOICE

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 03/01/2004 |
| Invoice Number: | 0320982-0078-8 |
| Terms: | NET 10 DAYS |

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 273-5539
(601) 923-5134 FAX

MAR 5 2004

| Current Invoice Amount | Total Amount Due |
|---|---|
| 723.07 | 723.07 |

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 721.66 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 721.66- |
| Total Current Charges | 723.07 |
| **Total Amount Due** | 723.07 |
| **Total Amount Past Due** | 0.00 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 2.15% has been added to your invoice.

## Service Period: MARCH SERVICES

| Description | Amount |
|---|---|
| Commercial | 723.07 |
| **Total Current Charges** | 723.07 |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 723.07 | 0.00 | 0.00 | 0.00 | 0.00 | 723.07 |



Proud NASCAR Sponsor

Printed on Recycled Paper

720002

# INVOICE

**MANAGEMENT**

Management of
on Hauling
BOX 1788
ckson MS  39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

APR 5   2004

| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 04/01/2004 |
| Invoice Number: | 0331082-0078-4 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
| --- | --- |
| 726.93 | 726.93 |

Please pay total amount due. Thank you for your business.

## Account Summary

| Description | Amount |
| --- | --- |
| Previous Balance | 723.07 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 723.07- |
| Total Current Charges | 726.93 |
| **Total Amount Due** | **726.93** |
| Total Amount Past Due | 0.00 |

A Fuel Surcharge of 2.70% has been added to your invoice.

## Service Period APRIL SERVICES

| Description | Amount |
| --- | --- |
| Commercial | 726.93 |
| **Total Current Charges** | **726.93** |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
| --- | --- | --- | --- | --- | --- |
| 726.93 | 0.00 | 0.00 | 0.00 | 0.00 | 726.93 |



Proud NASCAR Sponsor

Printed on Recycled Paper

720002

000014844183007



# INVOICE

Page 1 of 2

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 06/01/2004 |
| Invoice Number: | 0342699-0078-2 |
| Terms: | NET 10 DAYS |

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

JUN 1 2004

| Current Invoice Amount | Total Amount Due |
|---|---|
| 728.91 | 728.91 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 2.98% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 725.45 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 725.45- |
| Total Current Charges | 728.91 |
| Total Amount Due | 728.91 |
| Total Amount Past Due | 0.00 |

## Service Period: JUNE SERVICES

| Description | Amount |
|---|---|
| Commercial | 728.91 |
| **Total Current Charges** | **728.91** |

Approved: _____ (Mwm)
Vendor # __924125__ Inv. # _0342699-0078-2_
Proj: __SCt__ Period/Month: _____
Gln Code: __50295__ $ _728.91_
__ ty Code: _____ $ ____.__
A/P Comment _____

ENTERED

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 728.91 | 0.00 | 0.00 | 0.00 | 0.00 | 728.91 |



Proud NASCAR Sponsor

00001484183007

# INVOICE

**WM.**
WASTE MANAGEMENT

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

MAY 3 2004

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 05/01/2004 |
| Invoice Number: | 0338165-0078-0 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 725.45 | 725.45 |

Please pay total amount due. Thank you for your business.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 726.93 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 726.93- |
| Total Current Charges | 725.45 |
| **Total Amount Due** | **725.45** |
| **Total Amount Past Due** | **0.00** |

A Fuel Surcharge of 2.49% has been added to your invoice.

## Service Period: MAY SERVICE

| Description | Amount |
|---|---|
| Commercial | 725.45 |
| **Total Current Charges** | **725.45** |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 725.45 | 0.00 | 0.00 | 0.00 | 0.00 | 725.45 |



Proud NASCAR Sponsor

Printed on Recycled Paper

720002

00001484183007

# INVOICE

**WASTE MANAGEMENT**

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

JUL 2   2004

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 07/01/2004 |
| Invoice Number: | 0346923-0078-2 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 726.72 | 726.72 |

Please pay total amount due. Thank you for your business.

Due to increasing costs in our business, your next invoice may reflect a rate increase.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 728.91 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 728.91– |
| Total Current Charges | 726.72 |
| **Total Amount Due** | **726.72** |
| **Total Amount Past Due** | **0.00** |

## Service Period: JULY SERVICES

| Description | Amount |
|---|---|
| Commercial | 726.72 |
| **Total Current Charges** | **726.72** |

*ENTERED*

Approved: _WM_

Inv. # 0346923-0078-2

Vendor # 924123

Period/Month:

Prop: SCH   $ 726.72

Chg Code: 50295   $

Chg Code: 

A/P Comment 

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 726.72 | 0.00 | 0.00 | 0.00 | 0.00 | 726.72 |



Proud NASCAR Sponsor

Printed on Recycled Paper

0001484183007

# INVOICE

**Customer:** SCHOOL STREET CROSSING

| | |
|---|---|
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 08/01/2004 |
| Invoice Number: | 0351513-0078-3 |
| Terms: | NET 10 DAYS |

WASTE MANAGEMENT

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS  39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

AUG 2  2004

| Current Invoice Amount | Total Amount Due |
|---|---|
| 761.50 | 1,488.22 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 2.95% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 726.72 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 0.00 |
| Total Current Charges | 761.50 |
| **Total Amount Due** | **1,488.22** |
| **Total Amount Past Due** | **726.72** |

## Service for AUGUST Services

| Description | Amount |
|---|---|
| Commercial | 761.50 |
| **Total Current Charges** | **761.50** |

Approved: _MWM_
Vendor # 924123     Inv. # 0351513-0078
Prep: SCH     Period/Month: _____
Chg Code: 50295     $ 761.50
Chg Code: _____     $ _____
A/P Comment _____

ENTERED

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 761.50 | 726.72 | 0.00 | 0.00 | 0.00 | 1,488.22 |


Proud NASCAR Sponsor

0000148441B3007

Printed on Recycled Paper

720002



# INVOICE

**MANAGEMENT**

...anagement of
...on Hauling
...O BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-8 |
| Invoice Date: | 09/01/2004 |
| Invoice Number: | 0355484-0078-3 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
| --- | --- |
| 764.65 | 764.65 |

## Account Summary

| Description | Amount |
| --- | --- |
| Previous Balance | 1,488.22 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 1,488.22- |
| Total Current Charges | 764.65 |
| **Total Amount Due** | **764.65** |
| **Total Amount Past Due** | **0.00** |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 3.38% has been added to your invoice.

## Service Period: SEPTEMBER SERVICES

| Description | Amount |
| --- | --- |
| Commercial | 764.65 |
| **Total Current Charges** | **764.65** |

Approved: _Mim_
Vendor # _924123_ Inv. # _0355484-0078-3_
Prop: _SCH_  Period/Month: _9-1-04_
Chg Code: _50295_ $ _764.65_
Chg Code: _____ $ _____
A/P Comment _____

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
| --- | --- | --- | --- | --- | --- |
| 764.65 | 0.00 | 0.00 | 0.00 | 0.00 | 764.65 |

**Proud NASCAR Sponsor**

SEP - 1 2004

Printed on Recycled Paper

720002

0000148441B3007

Page 1 of 2



**WASTE MANAGEMENT**

# INVOICE

| Customer: | SCHOOL STREET CROSSING |
|---|---|
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 10/01/2004 |
| Invoice Number: | 0359749-0078-5 |
| Terms: | NET 10 DAYS |

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

| Current Invoice Amount | Total Amount Due |
|---|---|
| 764.32 | 764.32 |

Please pay total amount due. Thank you for your business.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 764.65 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 764.65- |
| Total Current Charges | 764.32 |
| Total Amount Due | 764.32 |
| Total Amount Past Due | 0.00 |

A Fuel Surcharge of 3.33% has been added to your invoice.

## Service Period: OCTOBER SERVICES

| Description | Amount |
|---|---|
| Commercial | 764.32 |
| **Total Current Charges** | **764.32** |

Approved: _MWM_
Vendor # 924123    Inv. # 0359749-0078-5
Prop: SCH    Period/Month: 10-1-04
Chg Code: 50295    $ 764.32
Chg Code: _____    $ _____
A/P Comment _____

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 764.32 | 0.00 | 0.00 | 0.00 | 0.00 | 764.32 |

Proud NASCAR Sponsor

OCT - 4 2004

Printed on Recycled Paper

720002

00001484418300

# INVOICE



**MANAGEMENT**

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS  39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 11/01/2004 |
| Invoice Number: | 0364120-0078-2 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 774.41 | 774.41 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 4.70% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 764.32 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 764.32- |
| Total Current Charges | 774.41 |
| **Total Amount Due** | 774.41 |
| Total Amount Past Due | 0.00 |

## Service Period: NOVEMBER SERVICES

| Description | Amount |
|---|---|
| Commercial | 774.41 |
| **Total Current Charges** | 774.41 |

ENTERED

Approved: _Mmm_
Vendor # _924123_   inv. #_0364120-0078-2_
Prop: _3C4_   Period/Month: _11-1-04_
Chg Code: _50295_   $ _774.41_
Chg Code: ___   $ ___
A/P Comment ___

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

NOV 0 2 2004

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 774.41 | 0.00 | 0.00 | 0.00 | 0.00 | 774.41 |

Proud NASCAR Sponsor

Printed on Recycled Paper

720002

0000148418007



**WM.**
WASTE MANAGEMENT
Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 38215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

The NEW invoice format is here . Easier to read
and easier to pay. See inside for details.

0003746 01 AT 0.292 **AUTO  T1 1 5774 39201-330199   CP1 I0078D037

MATTIACE PROPERTIES, INC
125 S CONGRESS ST
JACKSON MS 39201-3301

**Payment Coupon**
Please detach and enclose this portion with your
payment - do not send cash.

| Invoice Date | Your Account Number |
|---|---|
| 10/01/2004 | 780-0015891-0078-8 |

| Total Due | Your Invoice Number |
|---|---|
| | 0361266-0078-2 |

Terms: Please Remit Total Due     Amount Paid

NET 10

Vendor # 92-4123    Inv. # 0361266-0078-2

Prop: SCH    Period/Month: 10-1-04    $ 857.60

Chg Code: 50295

Waste Management
Introduces WM ezPay!!
Pay your WM bill on-line
at www.wm.com.

Paying by credit card?
Please fill out the reverse
side of the Payment
Coupon.

900D112995690000

007878000159910036126800000008576 9     $ 857.60 0

Acct #: Waste Management of
Check     Jackson MS Hauling
Payable To: PO BOX 830064
LOUISVILLE KY 40290-1054

FOR CHANGE OF ADDRESS OR ANY SERVICE ISSUES CONTACT NUMBER ABOVE

Printed on Recycled Paper

720001

Page 1 of 2



# INVOICE

| | |
|---|---|
| Customer: | SCHOOL STREET CROSSING |
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 12/01/2004 |
| Invoice Number: | 0368573-0078-8 |
| Terms: | NET 10 DAYS |
| WM ezPay Account ID: | 00001-48441-83007 |

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS 39215-1788
(601) 922-9647
(800) 272-5539
(601) 923-5134 FAX

| Current Invoice Amount | Total Amount Due |
|---|---|
| 774.41 | 774.41 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 4.70% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 774.41 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 774.41- |
| Total Current Charges | 774.41 |
| **Total Amount Due** | **774.41** |
| Total Amount Past Due | 0.00 |

## Service Period: DECEMBER SERVICES

| Description | Amount |
|---|---|
| Commercial | 774.41 |
| **Total Current Charges** | **774.41** |

Approved: _Mum_

Vendor # _924123_   Inv. # _0368573_

Prop: _SCH_   Period/Month: _12-1-04_

Chg Code: _50295_   $ _774.41_

Chg Code: _____   $ _____

A/P Comment _____

ENTERED

DEC 6 - 2004

Want to pay this bill on-line? Go to www.wm.com to learn more about WMezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 774.41 | 0.00 | 0.00 | 0.00 | 0.00 | 774.41 |



Printed on Recycled Paper

720002

Page 1 of 2

# INVOICE

**Customer:** SCHOOL STREET CROSSING
**Account Number:** 780-0005856-0078-6
**Invoice Date:** 02/01/2004
**Invoice Number:** 0314411-0078-6
**Terms:** NET 10 DAYS

WM Management of
Jackson Hauling
PO BOX 1788
Jackson MS  39215-1788
(601) 922-9647
(800) 278-5539
(601) 923-5134 FAX

FEB 2 2004

| Current Invoice Amount | Total Amount Due |
|---|---|
| 721.66 | 721.66 |

Please pay total amount due. Thank you for your business.

A Fuel Surcharge of 1.95% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 719.54 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 719.54- |
| Total Current Charges | 721.66 |
| **Total Amount Due** | 721.66 |
| Total Amount Past Due | 0.00 |

## Service Period: FEBRUARY SERVICES

| Description | Amount |
|---|---|
| Commercial | 721.66 |
| **Total Current Charges** | 721.66 |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 721.66 | 0.00 | 0.00 | 0.00 | 0.00 | 721.66 |



000014844183007

Printed on Recycled Paper

720002

# INVOICE

**WASTE MANAGEMENT**

Waste Management of
Jackson Hauling
PO BOX 1788
Jackson MS  39215-1788
(601) 922-9647
(800) 272-8539
(601) 923-5134 FAX

DEC 3 0 2003

| Customer: | SCHOOL STREET CROSSING |
|---|---|
| Account Number: | 780-0005856-0078-6 |
| Invoice Date: | 01/01/2004 |
| Invoice Number: | 0307731-0078-6 |
| Terms: | NET 10 DAYS |

| Current Invoice Amount | Total Amount Due |
|---|---|
| 719.54 | 719.54 |

Please pay total amount due. Thank you for your business.

A fuel surcharge of 1.65% has been added to your invoice.

## Account Summary

| Description | Amount |
|---|---|
| Previous Balance | 97.63 |
| Total Credits and Adjustments | 0.00 |
| Total Payments Received | 97.63- |
| Total Current Charges | 719.54 |
| **Total Amount Due** | **719.54** |
| Total Amount Past Due | 0.00 |

## Service Period JANUARY SERVICES

| Description | Amount |
|---|---|
| Commercial | 719.54 |
| **Total Current Charges** | **719.54** |

Want to pay this bill on-line? Go to www.wm.com to learn more about WM ezPay and make a convenient, secure payment.

| Current Due | Over 30 | Over 60 | Over 90 | Over 120 | Total Due |
|---|---|---|---|---|---|
| 719.54 | 0.00 | 0.00 | 0.00 | 0.00 | 719.54 |



Proud NASCAR Sponsor

Printed on Recycled Paper

720002

0000146441I83007

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water          TX - Tax
SE - Sewer          PD - Past Due
GA - Garbage        TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

OCT - 4 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
|------|---------------|---|-------|--------|----------------|-----|
|      | PREVIOUS | PRESENT | | | 03-1430-02 | 27.31 |
| WA | 836 | 843 | Period/Month: | | DUE DATE | GROSS |
| SE | SWR-RIDGE | | $ 7.47 | 10/15/2004 | 30.04 |
| SE | SWR-JACKS 50903 | | $ 0.15 | SERVICE FROM | SERVICE TO |
| Chg Code: TAX | | $ 0.77 | 7/24/2004 | 8/23/2004 |

Chg Code: _____

A/P Comment _____

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water          TX - Tax
SE - Sewer          PD - Past Due
GA - Garbage        TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

OCT - 4 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE DUE
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
|------|---------------|---|-------|--------|----------------|-----|
|      | PREVIOUS | PRESENT | | | 03-1395-00 | 52.00 |
| Vendor #1744 | 43.60 | Inv. # | | DUE DATE | GROSS |
| TX | TAX | Period/Month: 8-3-04 | | 10/15/2004 | 57.20 |
| Chg Code: 50903 | | $52.00 | SERVICE FROM | SERVICE TO |
| Chg Code: | | $ | 7/24/2004 | 8/23/2004 |

A/P Comment _____

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water          TX - Tax
SE - Sewer          PD - Past Due
GA - Garbage        TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

OCT - 4 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
|------|---------------|---|-------|--------|----------------|-----|
| Approved: | | | | | 03-1435-01 | 4.21 |
| WA | SWR-RIDGE 43.60 | Inv. # 1.00 | | DUE DATE | GROSS |
| SE | Vendor # | | | 10/15/2004 | 4.63 |
| TX | TAX Prop: SCH | Period/Month: 8-23-04 | | SERVICE FROM | SERVICE TO |
| Chg Code: 50903 | | $4.21 | 7/24/2004 | 8/23/2004 |

Chg Code: _____

A/P Comment _____



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water      TX - Tax
SE - Sewer      PD - Past Due
GA - Garbage    TR - Transfer Fee
OT - Meter Deposit   SC - Service Charge

DEC 3 - 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
| | PREVIOUS | PRESENT | | | | |

Past Due:
Approved:
SWR-RIDGE
Vendor #   14350
Prop:
Chg Code:   50903
Chg Code:

ACCOUNT NUMBER: 03-1430-00
DUE DATE: 12/15/2004
SERVICE FROM: 9/22/2004   SERVICE TO: 10/22/2004

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water      TX - Tax
SE - Sewer      PD - Past Due
GA - Garbage    TR - Transfer Fee
OT - Meter Deposit   SC - Service Charge

DEC 3 - 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

Vendor #   14350   Inv #2
Prop:
Period/Month: 10-22
Tax Code:
SWR-JAL
Chg Code:   50903
A/P Comment

ACCOUNT NUMBER: 03-1430-00   NET: 25.43
DUE DATE: 12/15/2004   GROSS: 27.83
SERVICE FROM: 9/22/2004   SERVICE TO: 10/22/2004

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water      TX - Tax
SE - Sewer      PD - Past Due
GA - Garbage    TR - Transfer Fee
OT - Meter Deposit   SC - Service Charge

DEC 3 - 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

Approved:
Vendor #   14350   Inv #5.70
Prop:
Period/Month: 10-22
Chg Code:   50903
Chg Code:
A/P Comment

ACCOUNT NUMBER: 03-1575-00   NET: 74.28
DUE DATE: 12/15/2004   GROSS: 81.31
SERVICE FROM: 9/22/2004   SERVICE TO: 10/22/2004



**INVOICE**

| DATE | INVOICE NO. |
|---|---|
| 04/02/2004 | 6023 |

# The Mattiace Company

PO Box 13809
Jackson,  MS  39236-3809

BILL TO

School Street Shopping Ctr

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | | | 2,200.00 | 2,200.00 |
| mgt fee est. | est. management fee, current month | 56,038.18 | 0.04 | 2,241.53 |
| mgt fee actl | actual calculated fees | | -2,200.00 | -2,200.00 |
| mgt fee settl | credit for est. fee at begin'g of month | | | |

| | **Total** | **$2,241.53** |
|---|---|---|



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 03/26/2004 | 5991 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

**BILL TO**

School Street Shopping Ctr

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| ICSC share... | payment to Exhibitgroup/Gilspur  shared cost billing/reimbursment | 3,604 | 0.27 | 973.08 |

M—
Please Pay—
Am

| | **Total** | **$973.08** |
|--|-----------|-------------|



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 06/02/2004 | 6163 |

# The Mattiace Company

PO Box 13809
Jackson, MS  39236-3809

ENTERED

| BILL TO |
|---------|
| School Street Shopping Ctr |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | | | 2,200.00 | 2,200.00 |
| mgt fee est. | est. management fee, current month | 71,416.25 | 0.04 | 2,856.65 |
| mgt fee actl | actual calculated fees | | -2,200.00 | -2,200.00 |
| mgt fee settl | credit for est. fee at begin'g of month | | | |

Approved: _Mann_

Vendor # _839250_       Inv. # _6163_

Prop: _Sct_

Chg Code: _50260_       Period/Month:

Chg Code: _____     $ _2856.65_

A/P Comment _____   $

| | | | Total | $2,856.65 |



**Invoice**

| DATE | INVOICE NO. |
|---|---|
| 05/21/2004 | 6122comm |

JUN 2  2004

# The Mattiace Company

PO Box 13809
Jackson, MS  39236-3809

ENTERED

| BILL TO |
|---|
| School Street Shopping Ctr |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| leasing | MB//Kam Wan Chan | 1 | 5,850.00 | 5,850.00 |

Approved: _Mum_

Vendor # _839250_   Inv. # _6122_

Prop: _SCH_      Period/Month:_____

Chg Code:_ ~~02303~~ 58001  $ 5,850.00_

Chg Code:_____  $_____

A/P Comment_____  _Kam Loon_

| | | | **Total** | $5,850.00 |
|---|---|---|---|---|



# Invoice

| DATE | INVOICE NO. |
| --- | --- |
| 08/02/2004 | 6349 |

# The Mattiace Company

PO Box 13809
Jackson, MS  39236-3809

ENTERED

| BILL TO |
| --- |
| School Street Shopping Ctr |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 55,102.36 | 0.04 | 2,204.09 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

| | Total | $2,204.09 |
| --- | --- | --- |



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 08/13/2004 | 6331comm |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

**BILL TO**

School Street Shopping Ctr

*ENTERED*

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| leasing | PH//Lam Huynh | 44,550 | 0.02 | 891.00 |

Approved: _Moore_

Vendor # _839250_    Inv. # _6331_

Prop: _SCH_    Period/Month: _____

Chg Code: _58002_    $ _891.00_

Chg Code: _____    $ _____

A/P Comment _____

| | | | | **Total** | **$891.00** |
|--|--|--|--|--|--|



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 09/02/2004 | 6399 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

ENTERED

**BILL TO**

School Street Shopping Ctr

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 51,948.55 | 0.04 | 2,077.94 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

Approved: _____ MWM
Vendor # 83925 ___ Inv. # 6399
Prop: SCH ___ Period/Month: 9-2-04
Chg Code: 50260 ___ $ 2077.94
Chg Code: _____ $ _____
A/P Comment _____

SEP - 8 2004

| | Total | $2,077.94 |
|--|-------|-----------|



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 09/02/2004 | 6378comm |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

**BILL TO**

School Street Shopping Ctr

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| leasing | BF//Papa Johns | 8,700 | 0.03 | 261.00 |
| leasing | MM//Papa johns | 8,700 | 0.03 | 261.00 |

Approved: _____ Mum _____
Vendor # 839251   Inv. # 6378 comm
Prop: SCH   Period/Month: 9-2-04
Chg Code: 58002   $ 522.00
Chg Code: _____ $ _____
A/P Comment _____

SEP - 2 2004

| | Total | $522.00 |
|---|-------|---------|

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 10/02/2004 | 6484 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

| BILL TO |
|---------|
| School Street Shopping Ctr |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 57,157.21 | 0.04 | 2,286.29 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

ENTERED

Approved: _____
Vendor #: 839254   Inv. #: 6484
Prop: SCH   Period/Month: 10-2-01
Chg Code: 50260   $ 228629
Chg Code: _____   $_____
A/P Comment _____

OCT - 7 2004

| | Total | $2,286.29 |

ntenance Work Orders

The Mattiace Company
P.O. Box 13809
Jackson, MS 39236
Attn: Bob Flowers

# Invoice

| Date | Invoice # |
|------|-----------|
| 09/17/2004 | 3406 |

**Bill To**

School Street Shop Ctr

| P.O. No. | Project |
|----------|---------|
|          | 8439 - RC |

| Item | Description | Qty | Rate | Serviced | Amount |
|------|-------------|-----|------|----------|--------|
|      |             |     |      |          | 45.00 |
| 50148 - Leon | Building/Property Repairs FIXED FRONT AND BACK DOOR | 1.5 | 30.00 | | |

ENTERED

| | Total | $45.00 |
|--|-------|--------|

Maintenance Work Orders

# Invoice

The Mattiace Company
P.O. Box 13809
Jackson, MS 39236
Attn: Bob Flowers

| Date | Invoice # |
|------|-----------|
| 09/16/2004 | 3403 |

| Bill To |
|---------|
| School Street Shop Ctr |

| P.O. No. | Project |
|----------|---------|
|  | 8435 - RC |

| Item | Description | Qty | Rate | Serviced | Amount |
|------|-------------|-----|------|----------|--------|
| 52151 - Leon | Electric - Non-CAM REPLACED LIGHTS IN VACANT SPACE | 5 | 30.00 |  | 150.00 |

| Total | $150.00 |
|-------|---------|



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/02/2004 | 6556 |

# The Mattiace Company

PO Box 13809
Jackson, MS  39236-3809

**BILL TO**

School Street Shopping Ctr

*ENTERED*

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 57,382.21 | 0.04 | 2,295.29 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

Approved: _____ *(mum)*
Vendor # _839250___ Inv. # _6556_
Prop: _SClf__ Period/Month: _11-2-04_
Chg Code: _502600_ $_2795.29_
Chg Code: _____ $_____
A/P Comment _____

NOV 0 3 2004

| | Total | $2,295.29 |
|---|---|---|

Maintenance Work Orders

# Invoice

The Mattiace Company
P.O. Box 13809
Jackson, MS 39236
Attn: Bob Flowers

| Date | Invoice # |
|------|-----------|
| 11/10/2004 | 3493 |

| Bill To |
|---------|
| School Street Shop Ctr |

| P.O. No. | Project |
|----------|---------|
|          | 8524 - RC |

| Item | Description | Qty | Rate | Serviced | Amount |
|------|-------------|-----|------|----------|--------|
| 50148 - Leon | Building/Property Repairs INSTALLED SIGN | 1 | 30.00 | | 30.00 |

| Total | $30.00 |
|-------|--------|



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/02/2004 | 6621 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809



| BILL TO |
|---|
| School Street Shopping Ctr |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 62,699.58 | 0.04 | 2,507.98 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

Approved: _Mum_
Vendor # _839250_  Inv. # _6621_
Pay: _SCH_  Period/Month: _12-2-04_
GL Code: _502060_  $ _2507.98_
C   de: _____  $ _____
A/P Comment _____

DEC 6 - 2004

| | Total | $2,507.98 |
|---|---|---|

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water      TX - Tax
SE - Sewer      PD - Past Due
GA - Garbage    TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | PAST DUE: | | | 2.73 |
| WA | 842 | 845 | 3 | 6.42 |
| SE | SWR-RIDGE | | | 3.76 |
| SE | SWR-JACKS | | | 3.48 |
| TX | TAX | | | 0.45 |

HAPPY THANKSGIVING!!!!!!!!!!!!

NOV 0 2 2004

| ACCOUNT NUMBER | NET |
| 03-1430-02 | 16.84 |
| DUE DATE | GROSS |
| 11/15/2004 | 18.26 |
| SERVICE FROM | SERVICE TO |
| 8/23/2004 | 9/22/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water      TX - Tax
SE - Sewer      PD - Past Due
GA - Garbage    TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | PAST DUE: | | | 5.20 |
| WA | 1784 | 1814 | 30 | 37.20 |
| TX | TAX | | | 2.60 |

HAPPY THANKSGIVING!!!!!!!!!!!!

NOV 0 2 2004

| ACCOUNT NUMBER | NET |
| 03-1395-00 | 45.00 |
| DUE DATE | GROSS |
| 11/15/2004 | 48.98 |
| SERVICE FROM | SERVICE TO |
| 8/23/2004 | 9/22/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water      TX - Tax
SE - Sewer      PD - Past Due
GA - Garbage    TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | PAST DUE: | | | 0.42 |
| WA | 34 | 34 | 0 | 3.00 |
| SE | SWR-RIDGE | | | 1.00 |
| TX | TAX | | | 0.21 |

HAPPY THANKSGIVING!!!!!!!!!!!!

NOV 0 2 2004

| ACCOUNT NUMBER | NET |
| 03-1435-01 | 4.63 |
| DUE DATE | GROSS |
| 11/15/2004 | 5.05 |
| SERVICE FROM | SERVICE TO |
| 8/23/2004 | 9/22/2004 |

# S T R I P I N G    U N L I M I T E D    I I

P. O. Box 205
Terry, Mississippi    39170
(601) 878-9471

MAY 1 7 2004

Invoice:  1661

Date:   05/14/04

Mattiace Properties
125 S. Congress St.
Jackson, MS  39201

P. O. Number/Verbal Authority:    Mark McCormack
Date(s) Striped:    5/05 and 5/06
Job Location:    Ridgeland, MS--School Street Crossing

| | | |
|---|---|---|
| 286 | Parking Stalls | |
| 11 | Handicapped Stalls | |
| | LF 4" line | |
| 2 | EA Arrows | |
| | LF Curbing | |
| | Lump Sum | |
| 1 | Other Detail (See bid) | |

Striping:   $ 1,805.00
Signage:      126.35

Total:    $ 1,931.35

Notes:

### Payment Due in Full Upon Receipt

### THANK YOU FOR YOUR BUSINESS!

# Invoice

Shopping Center Maintenance, Inc.

P.O. Box 13433
Jackson, MS 39236-3433

| Date | Invoice # |
|------|-----------|
| 12/26/2003 | 2150 |

DEC 2 9 2003

**Bill To**

School Street Shopping Center
c/o The Mattiace Co.
PO Box 13809
Jackson, MS 39236

| P.O. Number | Terms | Project |
|-------------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

All work is complete!

| Total | $790.00 |
|-------|---------|

Shopping Center Maintenance, Inc.

P.O. Box 13433
Jackson, MS 39236-3433

# Invoice

MAR 3 2004

| Date | Invoice # |
|------|-----------|
| 2/25/2004 | 2174 |

**Bill To**

School Street Shopping Center
c/o The Mattiace Co.
PO Box 13809
Jackson, MS 39236

| P.O. Number | Terms | Project |
|-------------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

All work is complete!

| **Total** | $790.00 |

Shopping Center Maintenance, Inc.

# Invoice

P.O. Box 13433
Jackson, MS 39236-3433

| Date | Invoice # |
|------|-----------|
| 3/25/2004 | 2195 |

MAR 2 6 2004

| Bill To |
|---------|
| School Street Shopping Center |
| c/o The Mattiace Co. |
| PO Box 13809 |
| Jackson, MS 39236 |

| P.O. Number | Terms | Project |
|-------------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

All work is complete!

| Total | $790.00 |
|-------|---------|

Shopping Center Maintenance, Inc.

P.O. Box 13433
Jackson, MS 39236-3433

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/25/2004 | 2209 |

**Bill To**

School Street Shopping Center
c/o The Mattiace Co.
PO Box 13809
Jackson, MS 39236

| P.O. Number | Terms | Project |
|-------------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

J work is complete!

| | | **Total** | $790.00 |

Shopping Center Maintenance, Inc.

# Invoice

P.O. Box 13433
Jackson, MS 39236-3433

| Date | Invoice # |
|------|-----------|
| 5/25/2004 | 2223 |

**Bill To**

School Street Shopping Center
c/o The Mattiace Co.
PO Box 13809
Jackson, MS 39236

ENTERED

| P.O. Number | Terms | Project |
|-------------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

Approved: *MWM*
Vendor # 787775     Inv. # 2223
Prop: SCH     Period/Month:
Chg Code: ~~50275~~ 50270  $ 790.00
Chg Code: _____ $ _____
A/P Comment _____

All work is complete!

| | **Total** | **$790.00** |

Shopping Center Maintenance, Inc.

# Invoice

P.O. Box 13433
Jackson, MS 39236-3433

| Date | Invoice # |
|------|-----------|
| 6/25/2004 | 2241 |

| Bill To |
|---------|
| School Street Shopping Center<br>c/o The Mattiace Co.<br>PO Box 13809<br>Jackson, MS 39236 |

ENTERED

| P.O. Number | Terms | Project |
|-------------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

Approved: _____ _mam_

Vendor # __7 8 775__    Inv. # __2241__

Prop: __SCH__ _____    Period/Month: _____

Chg Code: ~~50275~~ 50270 $ 790 . 00

Chg Code: _____

A/P Comment _____

| | | | |
|--|--|--|--|
| All work is complete! | | **Total** | $790.00 |

**(OPERATING)**

# Invoice

Shopping Center Maintenance, Inc.

P.O. Box 13433
Jackson, MS 39236-3433

| Date | Invoice # |
|------|-----------|
| 7/25/2004 | 2258 |

| Bill To |
|---------|
| School Street Shopping Center<br>c/o The Mattiace Co.<br>PO Box 13809<br>Jackson, MS 39236 |

| P.O. Number | Terms | Project |
|-------------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

Approved: _NRM_

Vendor # _787775_   Inv. # _2258_

Prop: _SCH_   Period/Month: _____

Chg Code: _50270_   $ _790.00_

Chg Code: _____   $ _____

A/P Comment _____

All work is complete!

| | Total | $790.00 |

**The Mattiace Company**

**Expense Voucher Form Amount- $** _790⁰⁰_

use: when there will be no invoice or similar document; or, to initiate a payment

Request by: _____    date: _11-1-04_

expensed to (company) _SCH_    paid by _Oper_    bank account

Vendor: _Shopping Ctr Maint_

address, _____

FEI#, SS#: _____    Approved: _M-Mw.M-SR_

W-9 on file (Y) or (N) _____ department/project manager

Insurance, W/C & G/L certif. on file? _____

This payment is: (✓) an expense in normal business operations

( ) a reimbursable expenditure, from _____

( ) a capital expenditure, depreciable item

( ) owner withdrawal

( ) transfer of funds

payment instructions requested:

( ) put in line for next regularly scheduled check run

( ) have delivered to whom : _____ by whom & when _____

( ) return to person requesting check prior to mailing

( ) other, _____

(✓) needed today

( ) hold for pick up

reason for expenditure requested: _____

charges/expense to:

| G/L code | amount | G/L code | amount | G/L code | amount |
|----------|--------|----------|--------|----------|--------|
| 50270 | 790⁰⁰ | | | | |

file://C:\1DATA\voucher.htm

7/26/02



**Expense Voucher Form Amount- $** _790 00_

use: when there will be no invoice or similar document; or, to initiate a payment

Request by: _____    date: _10-1-04_

expensed to (company) _SClt_    paid by _Oper_    bank account

Vendor: _Shopping Ctr Maint._

address, _____

FEI#, SS#: _____    Approved: _Matt W. McG_

W-9 on file (Y) or (N) _____ department/project manager

Insurance, W/C & G/L certif. on file? _____

This payment is: (✓) an expense in normal business operations

　　　　　( ) a reimbursable expenditure, from _____

　　　　　( ) a capital expenditure, depreciable item

　　　　　( ) owner withdrawal

　　　　　( ) transfer of funds

payment instructions requested:

　　　　　( ) put in line for next regularly scheduled check run

　　　　　( ) have delivered to whom : _____ by whom & when_____

　　　　　( ) return to person requesting check prior to mailing

　　　　　( ) other, _____

　　　　　(✓) needed today

　　　　　( ) hold for pick up

reason for expenditure requested: _____

charges/expense to:

| G/L code | amount | G/L code | amount | G/L code | amount |
|----------|--------|----------|--------|----------|--------|
| ~~----~~ | 790 00 |          |        |          |        |
| 50270    |        |          |        |          |        |

7/26/02

# BOYKIN LAWN SERVICE INC.

# Invoice

462 LAUREL OAK DR.
MADISON, MS 39110

JUN 2  2004

| Date | Invoice # |
|------|-----------|
| 6/1/2004 | 2503 |

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

ENTERED

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 5/2/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | MAY | 500.00 | 500.00 |
| | MISC | CLEAN UP | 120.00 | 120.00 |
| | | Sales Tax | 7.00% | 0.00 |

Approved: _____ ~Mun~

Vendor # _Seat To 4420_ inv. # _2503_

P. o: _Sch_ ___ Period/Month: _____

Chg Code: _51255_ ___ $ _620.00_

Chg Code: _____ $ _____

A/P Comment _____

**Total**

$620.00

**Phone #**

601-856-7387

## Service Invoice

# LOVE IRRIGATION, INC.

221 HWY 51
·RIDGELAND, MS 39157
Phone: (601)898-1333 Fax: (601)898-1318



Billed Customer: #02648

Site ID: # 02648-0002

MATTIACE COMPANY
TONY MATTIACE
P.O. BOX 13809
JACKSON, MS 39236

SCHOOL ST STATION SHOPPING CTR
HWY 51
RIDGELAND, MS 39157

**Amount Paid**

| CallSlip Number | P.O. Number | Invoice Date | Invoice Number | Terms |
|---|---|---|---|---|
| 3711 | | 12/17/2004 | 9655 | |
| 3711 | | 12/17/2004 | 9655 | |

WINTERIZED SYSTEM

*ENTERED*

Approved: _MWM_
Vendor # 533515   Inv. # 9655
P.O. SCH
Ch. Code: 50243        Period/Month: 12-17-04
Ch. Code: _____        $  58.85
A/P Comment                $

DEC 2 2 2004



We now accept credit cards in
payment of your account.

30 DAY WARRANTY ON SERVICE

| | |
|---|---|
| As Agreed | 55.00 |
| Subtotal | 55.00 |
| Tax | 3.85 |
| Grand Total | 58.85 |

BOYKIN LAWN SERVICE INC.

# Invoice

143 DEER WOOD CROSSING
CANTON, MS 39046

| Date | Invoice # |
|------|-----------|
| 12/1/2004 | 2876 |

ENTERED

Ship To

Bill To

SCHOOL STREET CROSSING LP
C/O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS 39236

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 11/1/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | NOVEMBER | 500.00 | 500.00 |
| | MISC | 11/6 SPRAY (PER ANDREW) | 175.00 | 175.00 |
| 48 | LANDSCAPE | 6" PANSIES 11/17 | 3.00 | 144.00T |
| 15 | LANDSCAPE | BALES PINE STRAW 11/17 | 10.75 | 161.25T |
| 5 | LANDSCAPE | YARDS CYPRESS MULCH 11/17 | 37.80 | 189.00T |
| 1.5 | LANDSCAPE | YARDS PLANTING MIX 11/16 | 38.00 | 57.00T |
| 78 | LANDSCAPE | 6" PANSIES 11/16 | 3.00 | 234.00T |
| 10 | LANDSCAPE | BALES PINE STRAW 11/16 | 10.75 | 107.50T |
| 4 | LABOR | HOURS 3 MEN REMOVE OLD STRAW FROM BEDS TO INSTALL CYPRESS MULCH 11/17 | 60.00 | 240.00 |
| | MISC | CLEAN UP | 40.00 | 40.00 |
| | | Sales Tax | 7.00% | 62.49 |

Approved: _____ *Mum* _____ inv. # 2876
Vendor # 104420
Prop: SCH    Period/Month: 12-1-04
Chg Code: 50245    $ 1910.24
Chg Code: _____ $ _____
A/P Comment _____

DEC 3 - 2004

| **Total** | $1,910.24 |
|-----------|-----------|

Phone #

601-859-1324

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS 39059

Voice:   601-892-6200
Fax:

| Invoice | Invoice |
|---------|---------|
| 3491 | 8/31/04 |

DUE UPON RECEIPT

AMOUNT_____

REMIT TO: CRYSTAL CLEAN,

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS 39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID:60 SCHOOL ST S/C

## MONTH OF AUGUST

| Description | Amount |
|-------------|--------|
| | 246.00 |
| MONTHLY SWEEPING | |

Approved: _____ *Mam*
Vendor # 1021000   Inv. # 3491
Prop: SCH   Period/Month: 8-31-04
Chg Code: 50245   $ 246.00
Chg Code: _____ $ _____
A/P Comment _____

SEP - 8 2004

| | |
|---|---|
| Subtotal | 246.00 |
| Sales Tax | |
| Total Invoice Amount | 246.00 |
| Payment Received | |
| Check No: | |
| **TOTAL** | 246.00 |

# Invoice

BOYKIN LAWN SERVICE INC.

143 DEER WOOD CROSSING
CANTON, MS  39046

| Date | Invoice # |
|------|-----------|
| 11/1/2004 | 2839 |

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 10/2/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | OCTOBER | 500.00 | 500.00 |
| | MISC | | 420.00 | 420.00 |
| | | Sales Tax | 7.00% | 0.00 |

ENTERED

Approved: _mhm_
Vendor # 104470     Inv. # 2839
Prop: SCH     Period/Month: 11-1-04
Chg Code: 50255     $ 920.00
Chg Code: _____     $ _____.__
A/P Comment _____

NOV 0 5 2004

| | **Total** | $920.00 |

Phone #

601-859-1324

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

(601) 362-1533

| Sold to | | | Ship to | |
|---|---|---|---|---|
| MATTIACE COMPANY | | | | SCHOOL ST CROSSING SHPNG CTNR |
| PO BOX 13809 | | | | HWY 51 |
| JACKSON, MS 39236 | | | | RIDGELAND, MS |

| | | | | | Invoice Date | Page |
|---|---|---|---|---|---|---|
| :count .159 | P.O. Num | Ship Via | Ship Date | Terms Net 10 | 10/05/2004 | 1 |

| | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| :m | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

ENTERED

Approved: _____
Vendor # _____
Prop: _SCH_ Period/Month: _10-5-04_
Chg Code: _5025_ $ _150.87_
Chg Code: _____ $ _____
A/P Comment _____

Inv # C28115

OCT 1 3 2004

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

**TheMattiace Company**

## Expense Voucher Form  Amount- $ 74.90

use: when there will be no invoice or similar document; or, to initiate a payment

Request by: _Mwm_                              date: _4-12-04_

expensed to (company) _SCH_          paid by _Oper_          bank account

Vendor: _Ace Pest Control_

address, _____

FEI#, SS#: _____   Approved: _M. W. McCl_

W-9 on file (Y) or (N) _____ department/project manager

insurance, W/C & G/L certif. on file? _____

This payment is: (✓) an expense in normal business operations

             ( ) a reimbursable expenditure, from _____

             ( ) a capital expenditure, depreciable item

             ( ) owner withdrawal

             ( ) transfer of funds

payment instructions requested:

        ( ) put in line for next regularly scheduled check run

        ( ) have delivered to whom : _____ by whom & when _____

        (✓) return to person requesting check prior to mailing

        ( ) other, _____

        (✓) needed today

        ( ) hold for pick up

reason for expenditure requested: _Spray for flying ants_

charges/expense to:

| G/L code | amount | G/L code | amount | G/L code | amount |
|----------|--------|----------|--------|----------|--------|
| 50225 | 74.90 | | | | |

file://C:\1DATA\voucher.htm

# Invoice

**BOYKIN LAWN SERVICE INC.**

462 LAUREL OAK DR.
MADISON, MS 39110

FEB 3  2004

| Date | Invoice # |
|------|-----------|
| 2/1/2004 | 2283 |

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|  | NET 10 | 1/2/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | LAWN | JANUARY | 500.00 | 500.00 |
|  |  | Sales Tax | 7.00% | 0.00 |

**Total**                                          $500.00

**Phone #**

601-856-7387

# Work Order 23441

**McClure Lawn Irrigation, Inc.**
**2610 Lakeland Drive**
**Flowood, MS 39232**
Telephone 601/939-8810

| Date | Serviced By |
|---|---|
| 08/31/04 | DC |
| | Call If Necessary |
| | Work Schedule |

**Client:**   **MATTIACE COMPANY**
              **P.O. BOX 13809**
              **SCHOOL STREET CROSSING**
              **JACKSON, MS 39236**

REPLACE BROKEN HEADS.

*School Street Crossing*

| Quantity Required | B.O. | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | | 11.00 | 22.00 |
| 2.000 | | POPUP 12" | 7.20 | 7.20 |
| 1.000 | | POPUP 6" | 1.40 | 7.00 |
| 5.000 | | Nozzle | | |
| 0.500 | | LABOR | 75.000 | 37.500 |

Approved: _MWM_
Vendor # _554570_   Inv. # _23441_
Prop: _SCH_   Period/Month: _8-31-04_
Chg Code: _50243_   $ _105.61_
Chg Code: _____   $ _____
A/P Comment _____

SEP - 7 2004

| | |
|---|---|
| Service Call | 25.000 |
| Total Materials | 36.20 |
| Total Labor | 37.50 |
| Total Service, Materials & Labor | 98.70 |
| Total Tax | 6.91 |
| Total | 105.61 |

Customer Original

Page   1

## Service Invoice

# LOVE IRRIGATION, INC.

APR 2 7 2004

221 HWY 51
RIDGELAND, MS 39157
Phone: (601)898-1333 Fax: (601)898-1318

Site ID: # 02648-0002

Billed Customer: #02648

| MATTICE COMPANY | SCHOOL ST STATION SHOPPING CTR |
| TONY MATTICE | HWY 51 |
| P.O. BOX 13809 | RIDGELAND, MS 39157 |
| JACKSON, MS 39236 | |

Amount Paid

| 1666 | | 4/23/2004 | 7825 | |
|---|---|---|---|---|
| **CallSlip Number** | **P.O. Number** | **Invoice Date** | **Invoice Number** | **Terms** |
| 1666 | | 4/23/2004 | 7825 | |

Labor:                                                    $79.50
Minimum Charge for 1st 1.00 hour

| Tech ID | Level | Service Date |
|---|---|---|
| JOHN | Tech2 | 04/20/2004 |

| LEON | Tech1 | 04/26/2004 | $86.12 |

RT: 1.08 hrs. @ $ 79.50 per hour.

| | Unit Price | |
|---|---|---|
| Materials: | | |
| (2) T-BIRD PC ROTORS | 16.59 | $33.18 |
| (2) 1800 SEAL CAP | 4.20 | $8.40 |
| (1) 3/4 BARB 90 MALE | 0.32 | $0.32 |
| (1) SWING PIPE | 0.27 | $0.27 |
| (1) SHOP MATERIALS | 7.50 | $7.50 |
| (1) 6 STATION CONTROLLER OUTDOOR | 189.77 | $189.77 |

SPRING START UP

ZONE1 ADJUST NOZZLES
ZONE 2 OK
ZONE 3 OK
ZONE 4 SEALS ON HEADS
ZONE 5 REPLACED 4" ROTORS NOT WORKING PROPERLY
ZONE 6 ADJUST HEADS

**WE NOW ACCEPT CREDIT CARDS
FOR PAYMENT ON INVOICES.**

**30 DAYS WARRANTY FROM DAY OF
SERVICE.**

| Material | 239.44 |
|---|---|
| Labor | 165.62 |
| Subtotal | 405.06 |
| Tax | 0.00 |
| Grand Total | 405.06 |

BOYKIN LAWN SERVICE INC.

# Invoice

143 DEER WOOD CROSSING
CANTON, MS  39046

| Date | Invoice # |
|------|-----------|
| 10/1/2004 | 2767 |

Bill To

Ship To

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 9/1/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | | 500.00 | 500.00 |
| | LAWN | SEPTEMBER | 120.00 | 120.00 |
| | LAWN | MISC | 7.00% | 0.00 |
| | | Sales Tax | | |

Approved: _Mum_
Vendor # _104426_    Inv. # _2767_
Prop: _SCH_    Period/Month: _10-1-04_
Chg Code: _50255_    $ _620.00_
Chg Code: _____    $_____
A/P Comment _____

**Total**      $620.00

Phone #

601-859-1324

OCT - 6 2004

YKIN LAWN SERVICE INC.

143 DEER WOOD CROSSING
CANTON, MS  39046

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2004 | 2687 |

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 8/2/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | AUGUST | 500.00 | 500.00 |
| | MISC | | 245.00 | 245.00 |
| | | Sales Tax | 7.00% | 0.00 |

Approved: _____ Mwm
Vendor # __104420__  Inv. # __2687__
Prop: __SCH__  Period/Month: __9-1-04__
Chg Code: __50255__  $ __745.00__
Chg Code: _____  $ _____
A/P Comment _____

SEP - 7 2004

**Total**                          $745.00

Phone #

601-859-1324

# Invoice

CRYSTAL CLEAN, INC.
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3099 | 2/29/04 |

DUE UPON RECEIPT

Voice:    601-892-6200
Fax:

MAR  9 2004

AMOUNT_____

REMIT TO: CRYSTAL CLEAN,

Sold To:
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID 60 SCHOOL ST S/C

## MONTH OF FEBRUARY

| Description | Amount |
|-------------|--------|
| | 128.00 |
| MONTHLY SWEEPING | |

|  |  |
|--|--|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| Check No: | |
| **TOTAL** | 128.00 |

**R**USSELL **E**NTERPRISES, LLC

Asphalt Paving • Concrete Contractor
Sealcoating • Striping • Track Resurfacing

Office: (601) 856-6977
Fax: (601) 855-8879

109 Devereaux Drive
Madison, MS  39110

| DATE | INVOICE # |
|------|-----------|
| 6-10-04 | |

| PURCHASE ORDER # | JOB # |
|------------------|-------|
| | 8 shoal Street Cabinet |

Sold To: Matt Price Prod

ATT: Mark McConnell

350-1818
350-1829

**TERMS:** Net 10th of the month.  All late payments subject to 1-1/2% finance charge after thirty (30) days.

| QUANTITY | DESCRIPTION | CHARGES |
|----------|-------------|---------|
| | (1) Saw Cut | |
| | (2) Excavate other 10 pt | $ 3675.00 |
| | (3) Replace with 4" 3000 PSI | |
| | concrete with Fiber | |
| | | |
| | Please call if I will | $ 257.00 |
| | pick up - 941-5707 | |
| | TAX | |
| | TOTAL | $ 3932.00 |

PLEASE PAY BY INVOICE. NO STATEMENT WILL BE SENT.  *Thank You For Your Business!*

**RUSSELL ENTERPRISES, LLC**

Asphalt Paving • Concrete Contractor
Sealcoating • Striping • Track Resurfacing

109 Devereaux Drive          Office: (801) 856-6977
Madison, MS 39110            Fax: (601) 856-8879

| DATE | INVOICE # |
|------|-----------|
| 12-6-04 | |

| PURCHASE ORDER # | JOB # |
|------------------|-------|
| | Trace Clerus School Stuf |

Sold To: Mattiace

ATT: Mark McCormick

352-1818    352-1829        941-5703

**TERMS:** Net 10th of the month. All late payments subject to 1-1/2% finance charge after thirty (30) days.

| QUANTITY | DESCRIPTION | CHARGES |
|----------|-------------|---------|
| | ① Saw cut | |
| | ② Excavate & Haul off | 5 |
| | ③ Dirt Rebue Into Slab | 4995⁰⁰ |
| | ④ Pour 6" 3000 PSI concrete | |
| | with Fiber | |
| | ⑤ cut Joint            TAX | 350 |
| | ⚡ Call & I will pick up   TOTAL | 5395⁰⁰ |

PLEASE PAY BY INVOICE. NO STATEMENT WILL BE SENT. *Thank You For Your Business!*

BOYKIN LAWN SERVICE INC.

143 DEERWOOD CROSSING
CANTON, MS  39046

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2004 | 2518 |

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| M MCCORMACK | NET 10 | 6/16/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | CLEAN UP | 200.00 | 200.00 |
| | | Sales Tax | 7.00% | 0.00 |

**Total**          $200.00

**Phone #**

601-859-1324

BOYKIN LAWN SERVICE INC.

143 DEERWOOD CROSSING
CANTON, MS  39046

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2004 | 2630 |

Bill To

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

Ship To

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 7/1/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | MISC | 120.00 | 120.00 |
| | | Sales Tax | 7.00% | 0.00 |

ENTERED

Approved: _M w m_

Vendor # _104420_   Inv. # _2630_
Prop: _SCH_   Period/Month: _____
Chg Code: _50255_   $ _120.00_
Chg Code: _____   $ _____
A/P Comment _____

PLEASE NOTE NEW ADDRESS & PHONE NUMBER

**Total**                    $120.00

Phone #

601-859-1324

ΛKIN LAWN SERVICE INC.

# Invoice

43 DEERWOOD CROSSING
CANTON, MS  39046

**JUL 6  2004**

| Date | Invoice # |
|------|-----------|
| 7/1/2004 | 2552 |

Bill To

Ship To

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

*ENTERED*

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 6/1/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | JUNE | 500.00 | 500.00 |
| | MISC | | 120.00 | 120.00 |
| | | Sales Tax | 7.00% | 0.00 |

Approved: _____ *mum* _____
Vendor # _104420_ Inv. # _2552_
Prop: _SCH_
Org Code: _50255_ Period/Month: _____
Chg Code: _____ $ _620.00_
A/P Comment _____ $_____

PLEASE NOTE NEW ADDRESS

**Total**

$620.00

Phone #

601-856-7387



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 05/02/2004 | 6083 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

**BILL TO**

School Street Shopping Ctr

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | | | 2,200.00 | 2,200.00 |
| mgt fee est. | est. management fee, current month | 53,909.32 | 0.04 | 2,156.37 |
| mgt fee actl | actual calculated fees | | | |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

| | Total | $2,156.37 |
|--|-------|-----------|

# Invoice



JAN 9 2004

| DATE | INVOICE NO. |
|---|---|
| 01/02/2004 | 5796 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

**BILL TO**

School Street Shopping Ctr

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | | | 2,200.00 | 2,200.00 |
| mgt fee est. | est. management fee, current month | 55,388.86 | 0.04 | 2,215.55 |
| mgt fee acti | actual calculated fees | | -2,200.00 | -2,200.00 |
| mgt fee settl | credit for est. fee at begin'g of month | | | |

| | **Total** | **$2,215.55** |
|---|---|---|



# Invoice

| DATE | INVOICE NO. |
| --- | --- |
| 03/11/2004 | 5954 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

| BILL TO |
| --- |
| School Street Shopping Ctr |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| postage, etc. | REIMBURSE FOR POSTAGE 12/11/03-03/11/04 | | 40.29 | 40.29 |

| | Total | $40.29 |
| --- | --- | --- |

**Invoice**

| DATE | INVOICE NO. |
|---|---|
| 03/02/2004 | 5923 |

*639250*    Inv. #  *5923*

*ate* *3/2/04*    Period Date *3/04*

Co. *Sch*    Due Date _____    npany

Property *Sch*    Bank _____

Account *50260*    Amount *$2,125.85*

Account _____    Amount _____

Approved for payment _____    ENTERED

Comment _____

| ITEM | | | RATE | AMOUNT |
|---|---|---|---|---|
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 53,146.34 | 0.04 | 2,125.85 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |
| | | | **Total** | $2,125.85 |

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 07/02/2004 | 6274 |

# The Mattiace Company

### Real Estate Development & Management

PO Box 13809
Jackson, MS  39236-3809

**BILL TO**

School Street Shopping Ctr

ENTERED

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| mgt fee est. | est. management fee, current month | | 2,200.00 | 2,200.00 |
| mgt fee actl | actual calculated fees | 95,614.46 | 0.04 | 3,824.58 |
| mgt fee settl | credit for est. fee at begin'g of month | | -2,200.00 | -2,200.00 |

Approved: _____

Vendor # _839250_    Inv. # _6274_

Prop: _Scrt_    Period/Month: _____

Chg Code: _50260_    $ _3824.58_

Chg Code: _____    $ _____

A/P Comment _____

| | | | **Total** | $3,824.58 |



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 06/17/2004 | 6189 |

# The Mattiace Company

PO Box 13809
Jackson, MS 39236-3809

**BILL TO**

School Street Shopping Ctr

ENTERED

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | | | 46.25 | 46.25 |
| postage, etc. | | | | |

Approved: _____

Vendor # _839250_     Inv. # _6189_

Prop: _SCH_     Period/Month: _____

Chg Code: _50140_     $ _46.25_

Chg Code: _____     $ _____

A/P Comment _____

| | Total | $46.25 |
|---|-------|--------|

...enance Work Orders

# Invoice

The Mattiace Company
P.O. Box 13809
Jackson, MS 39236
Attn: Bob Flowers

| Date | Invoice # |
|------|-----------|
| 07/07/2004 | 3324 |

| Bill To |
|---------|
| School Street Shop Ctr |

| P.O. No. | Project |
|----------|---------|
|          | 8329 - RC |

| Item | Description | Qty | Rate | Serviced | Amount |
|------|-------------|-----|------|----------|--------|
| 50148 - Leon | Building/Property Repairs checked timer | 1 | 30.00 | | 30.00 |

| | Total | $30.00 |
|--|-------|--------|

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3175 | 3/31/04 |

DUE UPON RECEIPT

Voice:  601-892-6200    APR 6  2004
Fax:

AMOUNT_____

REMIT TO: CRYSTAL CLEAN.

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID:60 SCHOOL ST S/C

## MONTH OF MARCH

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 128.00 |

| | |
|---|---|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| **TOTAL** | 128.00 |

Check No:

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3235 | 4/30/04 |

**DUE UPON RECEIPT**

Voice:  601-892-6200
Fax:

*MAY 4 2004*

**AMOUNT**_____

**REMIT TO: CRYSTAL CLEAN,**

Sold To:
**THE MATTIACE COMPANY**
**P.O. BOX 13809**
**JACKSON, MS  39236-3809**

Service Charge
1.50% month added
to overdue
accounts.

Customer ID 60 SCHOOL ST S/C

# MONTH OF APRIL

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 128.00 |

| | |
|---|---|
| Subtotal | 128.00 |
| Sales Tax | |
| Total Invoice Amount | 128.00 |
| Payment Received | |
| **TOTAL** | 128.00 |

Check No:

# Invoice

**CRYSTAL CLEAN, INC.**
**102 RAILROAD AVE N**
**CRYSTAL SPRINGS, MS  39059**

JUN 2  2004

| Invoice | Invoice |
|---------|---------|
| 3298 | 5/31/04 |

**Voice:    601-892-6200**
**Fax:**

DUE UPON RECEIPT

*cell - 927-5470*

AMOUNT_____

REMIT TO: CRYSTAL CLEAN.

**Sold To:**
**THE MATTIACE COMPANY**
**P.O. BOX 13809**
**JACKSON, MS  39236-3809**

Customer ID 50 SCHOOL ST S/C   **MONTH OF MAY**

ENTERED

Service Charge
1.50% month added
to overdue
accounts.

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 213.79 |

Approved: _____ *Mura*
Vendor # _162600_   Inv. # _3298_
Prop: _Sch_   Period/Month: _____
Chg Code: _50270_   $ _213.79_
Chg Code: _____   $ _____
A/P Comment _____

| | |
|---|---|
| Subtotal | 213.79 |
| Sales Tax | |
| Total Invoice Amount | 213.79 |
| Payment Received | |
| **TOTAL** | 213.79 |

Check No:

# Invoice

CRYSTAL CLEAN, INC.
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

JUL 6 2004

| Invoice | Invoice |
|---------|---------|
| 3362 | 6/30/04 |

DUE UPON RECEIPT

Voice:   601-892-6200
Fax:

AMOUNT_____

REMIT TO: CRYSTAL CLEAN,

Sold To:
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

ENTERED

Service Charge
1.50% month added
to overdue
accounts.

Customer ID60 SCHOOL ST S/C

## MONTH OF JUNE

| Description | Amount |
|-------------|--------|
| | 246.00 |
| MONTHLY SWEEPING | 28.41 |
| 1 EXTRA SWEEP | |

Approved: _____ *Mum* _____
Vendor # __162600__   inv. # __3362__
Prop: __Sch__   Period/Month:_____
Chg Code: __50270__   $ __274__.__41__
Chg Code:_____   $_____.___
A/P Comment_____

| | |
|---|---|
| Subtotal | 274.41 |
| Sales Tax | |
| Total Invoice Amount | 274.41 |
| Payment Received | |
| **TOTAL** | 274.41 |

Check No:

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3549 | 9/30/04 |

DUE UPON RECEIPT

Voice:   601-892-6200
Fax:

AMOUNT _____

REMIT TO: CRYSTAL CLEAN,

Sold To:
**THE MATTIACE COMPANY**
P.O. BOX 13809
JACKSON, MS 39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID $0 SCHOOL ST S/C

## MONTH OF SEPTEMBER

| Description | Amount |
|-------------|--------|
| | 246.00 |
| MONTHLY SWEEPING | |

ENTERED

Approved: _MWM_
Vendor # _1102600_  Inv. # _3549_
Prop: _SCH_  Period/Month: _9-30-04_
Chg Code: _50270_  $ _246.00_
Chg Code: _____  $ _____
A/P Comment _____

SEP 2 9 2004

| | Amount |
|---|---|
| Subtotal | 246.00 |
| Sales Tax | |
| Total Invoice Amount | 246.00 |
| Payment Received | |
| Check No: | |
| **TOTAL** | 246.00 |

# Invoice

**CRYSTAL CLEAN, INC.**
102 RAILROAD AVE N
CRYSTAL SPRINGS, MS  39059

| Invoice | Invoice |
|---------|---------|
| 3616 | 10/31/04 |

Voice:    601-892-6200
Fax:

**DUE UPON RECEIPT**

**AMOUNT**_____

REMIT TO: CRYSTAL CLEAN,

**Sold To:**
THE MATTIACE COMPANY
P.O. BOX 13809
JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID:60 SCHOOL ST S/C

## MONTH OF OCTOBER

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 246.00 |

Approved: *Mhms*
Vendor # 102600    Inv. # 3616
Prop: SCH    Period/Month: 10-31-04
Chg Code: 50270    $ 246.00
Chg Code: _____    $ ___.___
A/P Comment _____

NOV 0 4 2004

| | |
|---|---|
| Subtotal | 246.00 |
| Sales Tax | |
| Total Invoice Amount | 246.00 |
| Payment Received | |
| **TOTAL** | 246.00 |

Check No:

# Invoice

**CRYSTAL CLEAN, INC.**
**102 RAILROAD AVE N**
**CRYSTAL SPRINGS, MS  39059**

| Invoice | Invoice |
|---------|---------|
| 3734 | 12/31/04 |

Voice:   601-892-6200
Fax:

DUE UPON RECEIPT

AMOUNT_____

REMIT TO: CRYSTAL CLEAN,

Sold To:
   THE MATTIACE COMPANY
   P.O. BOX 13809
   JACKSON, MS  39236-3809

Service Charge
1.50% month added
to overdue
accounts.

Customer ID:50 SCHOOL ST S/C

**MONTH OF DECEMBER**

*ENTERED*

| Description | Amount |
|-------------|--------|
| MONTHLY SWEEPING | 389.70 |

Approved: _Mw_____ Inv. # 3734
Vendor # 1021000
Prop: SCH   Period/Month: 12-31-04
Chg Code: 50270   $ 389.70
Chg Code: _____   $ _____
A/P Comment: _____

DEC 22 2004

| | |
|---|---|
| Subtotal | 389.70 |
| Sales Tax | |
| Total Invoice Amount | 389.70 |
| Payment Received | |
| Check No: | |
| **TOTAL** | 389.70 |

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

AUG 9  2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| WA | 33 | 34 | 1 | 4.14 |
| SE | SWR-RIDGE | | | 1.92 |
| SE | SWR-JACKS | | | 1.16 |
| TX | TAX | | | 0.29 |

| ACCOUNT NUMBER | NET |
| 03-1435-01 | 7.51 |
| DUE DATE | GROSS |
| 8/18/2004 | 8.26 |
| SERVICE FROM | SERVICE TO |
| 5/25/2004 | 6/24/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

AUG 9  2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| WA | 828 | 831 | 3 | 6.42 |
| SE | SWR-RIDGE | | | 3.76 |
| SE | SWR-JACKS | | | 3.48 |
| TX | TAX | | | 0.45 |

| ACCOUNT NUMBER | NET |
| 03-1430-02 | 14.11 |
| DUE DATE | GROSS |
| 8/18/2004 | 15.53 |
| SERVICE FROM | SERVICE TO |
| 5/25/2004 | 6/24/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

AUG 9  2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| WA | 1700 | 1722 | 22 | 28.08 |
| TX | TAX | | | 1.97 |

| ACCOUNT NUMBER | NET |
| 03-1395-00 | 30.05 |
| DUE DATE | GROSS |
| 8/18/2004 | 33.08 |
| SERVICE FROM | SERVICE TO |
| 5/25/2004 | 6/24/2004 |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

SEP - 2 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING PREVIOUS | PRESENT | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
|------|----|----|----|----|----|----|
|  | CREDIT: |  |  | 0.73- | 03-1435-01 | 3.48 |
| WA | 34 | 34 | 0 | 3.00 | DUE DATE | GROSS |
| SE | SWR-RIDGE |  |  | 1.00 | 9/15/2004 | 3.83 |
| TX | TAX |  |  | 0.21 | SERVICE FROM | SERVICE TO |
|  | HAVE A SAFE LABOR DAY WEEKEND!! |  |  |  | 6/24/2004 | 7/24/2004 |

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

SEP - 2 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING PREVIOUS | PRESENT | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
|------|----|----|----|----|----|----|
|  | CREDIT: |  |  | 3.01- | 03-1395-00 | 27.04 |
| WA | 1722 | 1744 | 22 | 28.08 | DUE DATE | GROSS |
| TX | TAX |  |  | 1.97 | 9/15/2004 | 29.75 |
|  | HAVE A SAFE LABOR DAY WEEKEND!! |  |  |  | SERVICE FROM | SERVICE TO |
|  |  |  |  |  | 6/24/2004 | 7/24/2004 |

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

SEP - 2 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING PREVIOUS | PRESENT | USAGE | AMOUNT | ACCOUNT NUMBER | NET |
|------|----|----|----|----|----|----|
|  | CREDIT: |  |  | 1.42- | 03-1430-02 | 15.99 |
| WA | 831 | 835 | 4 | 7.56 | DUE DATE | GROSS |
| SE | SWR-RIDGE |  |  | 4.68 | 9/15/2004 | 17.59 |
| SE | SWR-JACKS |  |  | 4.64 | SERVICE FROM | SERVICE TO |
| TX | TAX |  |  | 0.53 | 6/24/2004 | 7/24/2004 |
|  | HAVE A SAFE LABOR DAY WEEKEND!! |  |  |  |  |  |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water       TX - Tax
SE - Sewer       PD - Past Due
GA - Garbage     TR - Transfer Fee
OT - Meter Deposit   SC - Service Charge

MAY 1 0 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
|------|-----------------|---------|-------|--------|
| | PREVIOUS | PRESENT | | |
| WA | 814 | 819 | 5 | 8.70 |
| SE | SWR-RIDGE | | | 5.60 |
| SE | SWR-JACKS | | | 5.80 |
| TX | TAX | | | 0.61 |

HAVE A GREAT MEMORIAL WEEKEND!!

| ACCOUNT NUMBER | NET |
|----------------|-----|
| 03-1430-02 | 20.71 |
| DUE DATE | GROSS |
| 5/20/2004 | 22.78 |
| SERVICE FROM | SERVICE TO |
| 2/25/2004 | 3/26/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water       TX - Tax
SE - Sewer       PD - Past Due
GA - Garbage     TR - Transfer Fee
OT - Meter Deposit   SC - Service Charge

MAY 1 0 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
|------|-----------------|---------|-------|--------|
| | PREVIOUS | PRESENT | | |
| WA | 1657 | 1657 | 0 | 3.00 |
| TX | TAX | | | 0.21 |

HAVE A GREAT MEMORIAL WEEKEND!!

| ACCOUNT NUMBER | NET |
|----------------|-----|
| 03-1395-00 | 3.21 |
| DUE DATE | GROSS |
| 5/20/2004 | 3.53 |
| SERVICE FROM | SERVICE TO |
| 2/25/2004 | 3/26/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water       TX - Tax
SE - Sewer       PD - Past Due
GA - Garbage     TR - Transfer Fee
OT - Meter Deposit   SC - Service Charge

MAY 1 0 2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
|------|-----------------|---------|-------|--------|
| | PREVIOUS | PRESENT | | |
| WA | 32 | 33 | 1 | 4.14 |
| SE | SWR-RIDGE | | | 1.92 |
| SE | SWR-JACKS | | | 1.16 |
| TX | TAX | | | 0.29 |

HAVE A GREAT MEMORIAL WEEKEND!!

| ACCOUNT NUMBER | NET |
|----------------|-----|
| 03-1435-01 | 7.51 |
| DUE DATE | GROSS |
| 5/20/2004 | 8.26 |
| SERVICE FROM | SERVICE TO |
| 2/25/2004 | 3/26/2004 |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

JUL 9   2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 1.86- |
| | 824 | 828 | 4 | 7.56 |
| WA | | | | 4.68 |
| SE | SWR-RIDGE | | | 4.64 |
| SE | SWR-JACKS | | | 0.53 |
| TX | TAX | | | |

| ACCOUNT NUMBER | NET |
| 03-1430-02 | 15.55 |
| DUE DATE | GROSS |
| 7/21/2004 | 17.11 |
| SERVICE FROM | SERVICE TO |
| 4/25/2004 | 5/25/2004 |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

JUL 9   2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 0.35- |
| WA | 33 | 33 | 0 | 3.00 |
| SE | SWR-RIDGE | | | 1.00 |
| TX | TAX | | | 0.21 |

| ACCOUNT NUMBER | NET |
| 03-1435-01 | 3.86 |
| DUE DATE | GROSS |
| 7/21/2004 | 4.25 |
| SERVICE FROM | SERVICE TO |
| 4/25/2004 | 5/25/2004 |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit SC - Service Charge

JUL 9   2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 3.09- |
| WA | 1680 | 1700 | 20 | 25.80 |
| TX | TAX | | | 1.81 |

| ACCOUNT NUMBER | NET |
| 03-1395-00 | 24.52 |
| DUE DATE | GROSS |
| 7/21/2004 | 26.97 |
| SERVICE FROM | SERVICE TO |
| 4/25/2004 | 5/25/2004 |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water    TX - Tax
SE - Sewer    PD - Past Due
GA - Garbage  TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 2.59- |
| | | | | 6.42 |
| WA | 811 | 814 | 3 | 3.76 |
| SE | SWR-RIDGE | | | 3.48 |
| SE | SWR-JACKS | | | |
| TX | TAX | | | 0.45 |

| ACCOUNT NUMBER | NET |
| 03-1430-02 | 11.52 |
| DUE DATE | GROSS |
| 4/16/2004 | 12.67 |
| SERVICE FROM | SERVICE TO |
| 1/26/2004 | 2/25/2004 |

---



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water    TX - Tax
SE - Sewer    PD - Past Due
GA - Garbage  TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 0.38- |
| WA | 31 | 32 | 1 | 4.14 |
| SE | SWR-RIDGE | | | 1.92 |
| SE | SWR-JACKS | | | 1.16 |
| TX | TAX | | | 0.29 |

| ACCOUNT NUMBER | NET |
| 03-1435-01 | 7.13 |
| DUE DATE | GROSS |
| 4/16/2004 | 7.84 |
| SERVICE FROM | SERVICE TO |
| 1/26/2004 | 2/25/2004 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water    TX - Tax
SE - Sewer    PD - Past Due
GA - Garbage  TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 0.29- |
| WA | 1657 | 1657 | 0 | 3.00 |
| TX | TAX | | | 0.21 |

| ACCOUNT NUMBER | NET |
| 03-1395-00 | 2.92 |
| DUE DATE | GROSS |
| 4/16/2004 | 3.21 |
| SERVICE FROM | SERVICE TO |
| 1/26/2004 | 2/25/2004 |









**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water          TX - Tax
SE - Sewer          PD - Past Due
GA - Garbage        TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

JAN 8   2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| WA | 1657 | 1657 | 0 | 3.00 |
| TX | TAX | | | 0.21 |

MRYC softball and baseball
registration Jan 27,29,& 31st.
More info call 331-1575

| ACCOUNT NUMBER | NET |
| --- | --- |
| 03-1395-00 | 3.21 |
| DUE DATE | GROSS |
| 1/21/2004 | 3.53 |
| SERVICE FROM | SERVICE TO |
| 10/28/2003 | 11/27/2003 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water          TX - Tax
SE - Sewer          PD - Past Due
GA - Garbage        TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

JAN 8   2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | PAST DUE: | | | 4.40 |
| WA | 798 | 801 | 3 | 6.36 |
| SE | SWR-RIDGE | | | 3.70 |
| SE | SWR-JACKS | | | 3.36 |
| TX | TAX | | | 0.45 |

MRYC softball and baseball
registration Jan 27,29,& 31st.
More info call 331-1575

| ACCOUNT NUMBER | NET |
| --- | --- |
| 03-1430-02 | 18.27 |
| DUE DATE | GROSS |
| 1/21/2004 | 19.67 |
| SERVICE FROM | SERVICE TO |
| 10/28/2003 | 11/27/2003 |

---

**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water          TX - Tax
SE - Sewer          PD - Past Due
GA - Garbage        TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

JAN 8   2004

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | PAST DUE: | | | 6.10 |
| WA | 31 | 31 | 0 | 3.00 |
| SE | SWR-RIDGE | | | 1.00 |
| TX | TAX | | | 0.21 |

MRYC softball and baseball
registration Jan 27,29,& 31st.
More info call 331-1575

| ACCOUNT NUMBER | NET |
| --- | --- |
| 03-1435-01 | 10.31 |
| DUE DATE | GROSS |
| 1/21/2004 | 10.58 |
| SERVICE FROM | SERVICE TO |
| 10/28/2003 | 11/27/2003 |



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 0.32- |
| | | | | 3.00 |
| WA | 1657 | 1657 | 0 | 0.21 |
| TX | TAX | | | |

| ACCOUNT NUMBER | NET |
| 03-1395-00 | 2.89 |
| DUE DATE | GROSS |
| 2/19/2004 | 3.18 |
| SERVICE FROM | SERVICE TO |
| 11/27/2003 | 12/27/2003 |

FEB 9 2004

300 HIGHWAY 51



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MA
AUTO
U.S. POSTAGE PA
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 1.40- |
| WA | 801 | 804 | 3 | 6.36 |
| SE | SWR-RIDGE | | | 3.70 |
| SE | SWR-JACKS | | | 3.36 |
| TX | TAX | | | 0.45 |

| ACCOUNT NUMBER | NET |
| 03-1430-02 | 12.47 |
| DUE DATE | GROSS |
| 2/19/2004 | 13.71 |
| SERVICE FROM | SERVICE TO |
| 11/27/2003 | 12/27/2003 |

FEB 9 2004

300 HIGHWAY 51



**CITY OF RIDGELAND**
WATER DEPARTMENT
P. O. BOX 217
RIDGELAND, MS 39158

SERVICE CODES
WA - Water        TX - Tax
SE - Sewer        PD - Past Due
GA - Garbage      TR - Transfer Fee
OT - Meter Deposit  SC - Service Charge

FIRST CLASS MAIL
AUTO
U.S. POSTAGE PAID
RIDGELAND, MS
PERMIT NO. 3

ADDRESS SERVICE REQUESTED

| CODE | METER READING | | USAGE | AMOUNT |
| | PREVIOUS | PRESENT | | |
| | CREDIT: | | | 0.27- |
| WA | 31 | 31 | 0 | 3.00 |
| SE | SWR-RIDGE | | | 1.00 |
| TX | TAX | | | 0.21 |

| ACCOUNT NUMBER | NET |
| 03-1435-01 | 3.94 |
| DUE DATE | GROSS |
| 2/19/2004 | 4.33 |
| SERVICE FROM | SERVICE TO |
| 11/27/2003 | 12/27/2003 |

FEB 9 2004

300 HIGHWAY 51







*Entergy*

Entergy Mississippi, Inc.
www.entergy.com

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

JUL 9  2004

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages** Call 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for Mattiace Properties

| | | |
|---|---|---|
| **Account #**  18891143 | **Mail Date** | **QPC**  09000 |
| **Invoice #**  585000055853 | 07/06/2004 | **Cycle**  04 |

| | |
|---|---|
| Amount Due by 07/27/2004 | $982.01 |
| Amount Due after 07/27/2004 | $997.77 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 734.27 |
| Payment Received | (06/21/2004) | -734.27 |
| Remaining Balance | | $.00 |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 757.38 |
| Fuel Adjustment | 8916 kWh @ $0.017989 | 160.39 |
| **Total Metered Charges** | | **$917.77** |
| State Sales Tax | | 64.24 |
| **Current Month Energy Charges** | | **$982.01** |

## Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days  ( 29 ) | | 71235 |
| Current Meter Reading | (06/29/2004) | - 62319 |
| Previous Meter Reading | (05/31/2004) | 8916 |
| kWh Metered | | 21.25 |
| Demand Metered kW | | x 1 |
| Multiplier | | 21.3 |
| kW Metered | | |

pproved: _____    Mwm

endor # ___240520___   Inv. # 585000055 ___

rop: ___SCH___   Period/Month: ___88___

hg Code: ___30901___   $ ___982.01___

hg Code: _____   $ _____

/P Comment _____

*KEEP*

5421

mount
31.00

_entergy_
_trgy Mississippi, Inc._
ww.entergy.com

**Service Location**
398 Highway 51 N
Ridgeland, MS 39157-4430

Check Date: 03/16/2004

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

### Account Summary for School Street Crossing

| | | |
|---|---|---|
| Account # 18389460 | Mail Date | QPC 09000 |
| Invoice # 90000493753 | 03/08/2004 | Cycle 04 |

| | |
|---|---|
| Amount Due by 03/29/2004 | $29.86 |
| Amount Due after 03/29/2004 | $30.34 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 27.61 |
| Payment Received | (02/19/2004) | -28.75 |
| Remaining Balance | | -$1.14 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 28.21 |
| Fuel Adjustment | 191 kWh@ $0.003961 | .76 |
| Total Metered Charges | | $28.97 |
| State Sales Tax | | 2.03 |
| Current Month Energy Charges | | $31.00 |
| Total Amount Due | | $29.86 |

### Meter Reading

| | |
|---|---|
| Meter # 4811756 | Rate : MS_GS |
| Total Days ( 32 ) | |
| Current Meter Reading | (03/01/2004) | 7818 |
| Previous Meter Reading | (01/29/2004) | - 7627 |
| kWh Metered | | 191 |

### Usage Adjustments

| | |
|---|---|
| Billed on Minimum kW | 6.0 |

$31.00

### Important Messages

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

MAR 1 1 2004

KEEP

Appr

Comm

Check Date: 05/07/2004                    5456

## Entergy

Entergy Mississippi, Inc.
www.entergy.com

**1-866-955-9500**

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

MAY 3  2004

# DISCONNECT NOTICE

Our records show that your account is past due. Payment of $791.25 must be received before 5:00 p.m. on 5/10/2004 or you may be billed an additional deposit and your service will be disconnected on 5/11/2004. If service is disconnected for non-payment, an additional deposit may be required. Please disregard this notice if you have already paid this amount. This notice was mailed on 4/29/2004.

## HOW TO PAY

To assure timely receipt of your payment, bring the entire disconnect notice to any authorized payment location.

## PLEASE NOTE

It is no longer necessary to call to verify the status of your account. All payments are automatically reported and all reconnections are automatically scheduled.

## AUTHORIZED PAYMENT LOCATIONS

| | |
|---|---|
| Rite Aid<br>1073 Highway 51 North<br>Madison MS 39110 | Ford's Furniture<br>4840 Main Street<br>Flora MS 39071 |
| Service Drugs<br>680 Highway 51 North<br>Ridgeland MS 39157 | Canton Discount Drugs<br>726 East Peace Street<br>Canton MS 39046 |
| Checkers Quik Cash<br>1009 North West Street  Suite B<br>Jackson MS 39215 | |
| Terry Road Pawn Shop<br>1500-C Terry Road<br>Jackson MS 39204 | Star Grocery<br>1723 Bailey Avenue<br>Jackson MS 39203 |
| Mr. Discount Drugs<br>3202 West Capital Street<br>Jackson MS 39209 | Cellular Connection<br>350 West Woodrow Wilson<br>Jackson MS 39213 |

## IF SERVICE IS DISCONNECTED . . .

| | |
|---|---|
| Before service is reconnected you must pay | $791.25 |
| PLUS, a Reconnection Fee of | $50.00 |
| **Total** | **$841.25** |

State sales tax applied to non-residential fees.

- Pay before 7 p.m., Monday through Friday and service will be reconnected the same day.
- Pay after 7 p.m., Monday through Friday, or any time on weekends or holidays and service will be reconnected the next business day.
- For emergency after-hours reconnection, call 1-866-377-3700. Please reference your account number 18891143 and quick pay code 09000.

#778.75

4/22 802.40            50901

0 SP 002838TH29 1 M

**KEEP**

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

...sippi, Inc.
.gy.com

## ...tant Messages

...nder! Your Entergy Account Number
...0862 has changed. Please use your new
...ccount number for all payments and billing or
service inquiries. Your new account number is
located in the Account Summary in the upper
right-hand corner of this bill.

Energy Concern provides energy-related
assistance to those in your community who
are in need. If you would like to participate,
please add $1.00 to your total payment.

FEB 1 ? 2004

### Account Summary for Mattiace Properties

Account # 18891143        Mail Date        QPC 09000
Invoice # 100000438273    02/13/2004       Cycle 04

| | |
|---|---|
| Amount Due by 03/05/2004 | $2,333.66 |
| Amount Due after 03/05/2004 | $2,371.12 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 2,418.99 |
| Payment Received | (01/28/2004) | -901.87 |
| Late Payment Charge | | 14.48 |
| **Remaining Balance (Due Now)** | | **$1,531.60** |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 716.29 |
| Fuel Adjustment | 8406 kWh@ $0.003961 | 33.30 |
| **Total Metered Charges** | | **$749.59** |
| State Sales Tax | | 52.47 |
| | | **$802.06** |
| Current Month Energy Charges | | |
| **Total Amount Due** | | **$2,333.66** |

### Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 29 ) | | |
| Current Meter Reading | (01/29/2004) | 32894 |
| Previous Meter Reading | (12/31/2003) | - 24488 |
| kWh Metered | | 8406 |
| Demand Metered kW | | 21.45 |
| Multiplier | | x 1 |
| kW Metered | | 21.5 |

*KEEP*

Location
Highway 51 N
dgeland, MS 39157-4430

**For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week**

ges
provides energy-related
those in your community who
d. If you would like to participate,
add $1.00 to your total payment.

APR 8 2004

## Account Summary for School Street Crossing

| Account # 18389460 | Mail Date | QPC 09000 |
| Invoice # 80000521689 | 04/06/2004 | Cycle 04 |

| Amount Due by 04/27/2004 | $29.93 |
|---|---|
| Amount Due after 04/27/2004 | $30.41 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 29.86 |
| Payment Received | (03/18/2004) | -31.00 |
| Remaining Balance | | -$1.14 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 27.12 |
| Fuel Adjustment | 181 kWh @ $0.010621 | 1.92 |
| Total Metered Charges | | $29.04 |
| State Sales Tax | | 2.03 |
| Current Month Energy Charges | | $31.07 |
| Total Amount Due | | $29.93 |

### Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (03/31/2004) | 7999 |
| Previous Meter Reading | (03/01/2004) | - 7818 |
| kWh Metered | | 181 |

### Usage Adjustments

| | |
|---|---|
| Billed on Minimum kW | 6.0 |

**KEEP**

**Service Location**
398 Highway 51 N
Ridgeland, MS  39157-4430

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

## Account Messages

...er! Your Entergy Account Number
...232 has changed. Please use your new
...count number for all payments and billing or
service inquiries. Your new account number is
located in the Account Summary in the upper
right-hand corner of this bill.

Energy Concern provides energy-related
assistance to those in your community who
are in need. If you would like to participate,
please add $1.00 to your total payment.

## Account Summary for School Street Crossing

| Account # 18389460 | Mail Date | QPC 09000 |
| Invoice # 15000150678 | 02/05/2004 | Cycle 04 |

| Amount Due by 02/26/2004 | $27.61 |
|---|---|
| Amount Due after 02/26/2004 | $28.05 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 30.84 |
| Payment Received | (01/28/2004) | -31.98 |
| Remaining Balance | | -$1.14 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 26.18 |
| Fuel Adjustment | 173 kWh @ $0.003961 | .69 |
| Total Metered Charges | | $26.87 |
| State Sales Tax | | 1.88 |
| Current Month Energy Charges | | $28.75 |
| Total Amount Due | | $27.61 |

### Meter Reading

| | Rate : MS_GS | |
|---|---|---|
| Meter # 4811756 | | |
| Total Days ( 29 ) | | |
| Current Meter Reading | (01/29/2004) | 7627 |
| Previous Meter Reading | (12/31/2003) | - 7454 |
| kWh Metered | | 173 |

### Usage Adjustments

| | |
|---|---|
| Billed on Minimum kW | 6.0 |

FEB 9  2004

KEEP

*Entergy*

**1-866-955-9500**

*Entergy Mississippi, Inc.*
**www.entergy.com**

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

APR 2 1 2004

# DISCONNECT NOTICE

**Our records show that your account is past due.**
**Payment of $1,581.16** must be received before 5:00
p.m. on **4/28/2004** or you may be billed an
additional deposit and your service will be
disconnected on **4/29/2004.** If service is
disconnected for non-payment, an additional
deposit may be required. Please disregard this
notice if you have already paid this amount. This
notice was mailed on 4/19/2004.

## HOW TO PAY

To assure timely receipt of your payment, bring
the **entire disconnect notice** to any authorized
payment location.

## PLEASE NOTE

It is no longer necessary to call to verify the
status of your account. All payments are
automatically reported and all reconnections are
automatically scheduled.

## AUTHORIZED PAYMENT LOCATIONS

| | |
|---|---|
| Rite Aid<br>1073 Highway 51 North<br>Madison MS 39110 | Ford's Furniture<br>4840 Main Street<br>Flora MS 39071 |
| Service Drugs<br>680 Highway 51 North<br>Ridgeland MS 39157 | Canton Discount Drugs<br>726 East Peace Street<br>Canton MS 39046 |
| Checkers Quik Cash<br>1009 North West Street  Suite B<br>Jackson MS 39215 | |
| Terry Road Pawn Shop<br>1500-C Terry Road<br>Jackson MS 39204 | Star Grocery<br>1723 Bailey Avenue<br>Jackson MS 39203 |
| Mr. Discount Drugs<br>3202 West Capital Street<br>Jackson MS 39209 | Cellular Connection<br>350 West Woodrow Wilson<br>Jackson MS 39213 |

## IF SERVICE IS DISCONNECTED . . .

| | |
|---|---|
| Before service is<br>reconnected you must pay | **$1,581.16** |
| PLUS, a Reconnection Fee of | $50.00 |
| **Total** | **$1,631.16** |

State sales tax applied to non-residential fees.

- Pay **before** 7 p.m., Monday through Friday and
  service will be reconnected the same day.
- Pay **after** 7 p.m., Monday through Friday, or any
  time on weekends or holidays and service will
  be reconnected the next business day.
- For emergency after-hours reconnection, call
  1-866-377-3700. Please reference your account
  number 18891143 and **quick pay code** 09000.

0 SP 002596 MO19 1 M

**KEEP**

Location
Highway 51
.idgeland, MS  39157-3401

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

.ages
. provides energy-related
. those in your community who
.d. If you would like to participate,
. add $1.00 to your total payment.

APR 8  2004

## Account Summary for Mattiace Properties

| Account # 18891143 | Mail Date | QPC 09000 |
|---|---|---|
| Invoice # 70000526509 | 04/06/2004 | Cycle 04 |

| Amount Due by 04/27/2004 | $2,359.90 |
|---|---|
| Amount Due after 04/27/2004 | $2,397.78 |

## Account Detail

| Previous Balance | | 2,373.45 |
|---|---|---|
| Payment Received | (03/29/2004) | -817.27 |
| Late Payment Charge | | 24.97 |
| **Remaining Balance (Due Now)** | | **$1,581.15** |

## Current Charges

| Energy Charge | | 648.76 |
|---|---|---|
| Fuel Adjustment | 7442 kWh@ $0.010621 | 79.04 |
| **Total Metered Charges** | | **$727.80** |
| State Sales Tax | | 50.95 |
| **Current Month Energy Charges** | | **$778.75** |
| **Total Amount Due** | | **$2,359.90** |

## Meter Reading

| Meter # Y621889 | Rate : MS_GS3 | |
|---|---|---|
| Total Days ( 30 ) | | |
| Current Meter Reading | (03/31/2004) | 48932 |
| Previous Meter Reading | (03/01/2004) | - 41490 |
| kWh Metered | | 7442 |
| Demand Metered kW | | 21.37 |
| Multiplier | | x 1 |
| kW Metered | | 21.4 |

*KEEP*

*KEEP*

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

...ssippi, Inc.
..rgy.com

### ...rtant Messages

...inder! Your Entergy Account Number
...0862 has changed. Please use your new
..ccount number for all payments and billing or
..service inquiries. Your new account number is
located in the Account Summary in the upper
right-hand corner of this bill.

Energy Concern provides energy-related
assistance to those in your community who
are in need. If you would like to participate,
please add $1.00 to your total payment.

JAN 9  2004

### Account Summary for Mattiace Properties

| | | |
|---|---|---|
| Account # 18891143 | Mall Date | QPC 09000 |
| Invoice # 45000104945 | 01/07/2004 | Cycle 04 |

| Amount Due by 01/28/2004 | $2,418.99 |
|---|---|
| Amount Due after 01/28/2004 | $2,457.81 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 2,128.55 |
| Payment Received | (01/02/2004) | -635.40 |
| Late Payment Charge | | 23.97 |
| Remaining Balance (Due Now) | | $1,517.12 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 804.63 |
| Fuel Adjustment | 9653 kWh@ $0.003961 | 38.24 |
| Total Metered Charges | | $842.87 |
| State Sales Tax | | 59.00 |
| Current Month Energy Charges | | $901.87 |
| Total Amount Due | | $2,418.99 |

### Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 33 ) | | |
| Current Meter Reading | (12/31/2003) | 24488 |
| Previous Meter Reading | (11/28/2003) | - 14835 |
| kWh Metered | | 9653 |
| Demand Metered kW | | 21.42 |
| Multiplier | | x  1 |
| kW Metered | | 21.4 |

*KEEP*

**Service Location**
398 Highway 51 N
Ridgeland, MS  39157-4430

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

Inc,
m

**Messages**

oncern provides energy-related
ce to those in your community who
need. If you would like to participate,
se add $1.00 to your total payment.

MAY 7  2004

## Account Summary for School Street Crossing

| Account # 18389460 | Mail Date | QPC 09000 |
|---|---|---|
| Invoice # 20000642991 | 05/05/2004 | Cycle 04 |

| Amount Due by 05/26/2004 | $28.96 |
|---|---|
| Amount Due after 05/26/2004 | $29.42 |

## Account Detail

| | | 29.93 |
|---|---|---|
| Previous Balance | | |
| Payment Received | (04/21/2004) | -29.93 |
| Remaining Balance | | $.00 |

## Current Charges

| | | 25.32 |
|---|---|---|
| Energy Charge | | |
| Fuel Adjustment | 165 kWh@ $0.010621 | 1.75 |
| Total Metered Charges | | $27.07 |
| State Sales Tax | | 1.89 |
| Current Month Energy Charges | | $28.96 |

## Meter Reading

| Meter # 4811756 | Rate : MS_GS | |
|---|---|---|
| Total Days ( 28 ) | | |
| Current Meter Reading | (04/28/2004) | 8164 |
| Previous Meter Reading | (03/31/2004) | - 7999 |
| kWh Metered | | 165 |

## Usage Adjustments

| | | 6.0 |
|---|---|---|
| Billed on Minimum kW | | |

*KEEP*

*KEEP*

**Service Location**
398 Highway 51 N
Ridgeland, MS  39157-4430

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

.inc.

.m

**Messages**

...oncern provides energy-related
...nce to those in your community who
... need. If you would like to participate,
...se add $1.00 to your total payment.

MAY 7   2004

## Account Summary for School Street Crossing

| | | |
|---|---|---|
| Account # 18389460 | Mail Date 05/05/2004 | QPC 09000 |
| Invoice # 20000642991 | | Cycle 04 |

| | |
|---|---|
| Amount Due by 05/26/2004 | $28.96 |
| Amount Due after 05/26/2004 | $29.42 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 29.93 |
| Payment Received | (04/21/2004) | -29.93 |
| Remaining Balance | | $.00 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 25.32 |
| Fuel Adjustment | 165 kWh @ $0.010621 | 1.75 |
| Total Metered Charges | | $27.07 |
| State Sales Tax | | 1.89 |
| Current Month Energy Charges | | $28.96 |

### Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 28 ) | | |
| Current Meter Reading | (04/28/2004) | 8164 |
| Previous Meter Reading | (03/31/2004) | - 7999 |
| kWh Metered | | 165 |

### Usage Adjustments

| | |
|---|---|
| | 6.0 |
| Billed on Minimum kW | |

*KEEP*

*KEEP*

*xergy*

*xergy Mississippi, Inc.*
www.entergy.com

**Service Location**
398 Highway 51
Ridgeland, MS 39157-3401

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

JUN 8   2004

## Account Summary for Mattiace Properties

| | | |
|---|---|---|
| Account #  18891143 | Mail Date | QPC 09000 |
| Invoice #  30000658673 | 06/04/2004 | Cycle  04 |

| Amount Due by 06/25/2004 | $734.27 |
|---|---|
| Amount Due after 06/25/2004 | $746.06 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 1,481.18 |
| Payment Received | (05/12/2004) | -791.25 |
| Payment Received | (05/19/2004) | -689.93 |
| **Remaining Balance** | | **$.00** |

## Current Charges

ENTERED

| | | |
|---|---|---|
| Energy Charge | | 612.28 |
| Fuel Adjustment | 6963 kWh @ $ 0.010621 | 73.95 |
| **Total Metered Charges** | | **$686.23** |
| State Sales Tax | | 48.04 |
| **Current Month Energy Charges** | | **$734.27** |

## Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 33 ) | | |
| Current Meter Reading | (05/31/2004) | 62319 |
| Previous Meter Reading | (04/28/2004) | - 55356 |
| kWh Metered | | 6963 |
| Demand Metered kW | | 21.13 |
| Multiplier | | x 1 |
| kW Metered | | 21.1 |

Approved: _____ *Mussa*

Vendor # 240520     Inv. # 300006586

Prop: SCH        Period/Month: _____

Chg Code: 50901         $ 734 . 27

Chg Code: _____         $_____.___

A/P Comment _____

*KEEP*

**entergy**

Entergy Mississippi, Inc.
www.entergy.com

**Service Location**
398 Highway 51 N
Ridgeland, MS 39157-4430

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

JUN 8  2004

ENTERED

## Account Summary for School Street Crossing

| | | |
|---|---|---|
| Account # 18389460 | Mail Date | QPC 09000 |
| Invoice # 20000674955 | 06/04/2004 | Cycle 04 |

| | |
|---|---|
| Amount Due by 06/25/2004 | $32.25 |
| Amount Due after 06/25/2004 | $32.76 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 28.96 |
| Payment Received | (05/19/2004) | -28.96 |
| Remaining Balance | | $.00 |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 28.12 |
| Fuel Adjustment | 190 kWh @ $0.010621 | 2.02 |
| Total Metered Charges | | $30.14 |
| State Sales Tax | | 2.11 |
| Current Month Energy Charges | | $32.25 |

## Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 33 ) | | |
| Current Meter Reading | (05/31/2004) | 8354 |
| Previous Meter Reading | (04/28/2004) | - 8164 |
| kWh Metered | | 190 |

## Usage Adjustments

| | |
|---|---|
| Billed on Minimum kW | 6.0 |

Approved: _Mwm_

Vendor # _240520_    Inv. # _20000674955_

Prop: _SCH_    Period/Month: _____

Chg Code: _50901_    $ _32.25_

Chg Code: _____    $ _____

A/P Comment _____

*KEEP*

# entergy

**Entergy Mississippi, Inc.**
www.entergy.com

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for Mattiace Properties

| Account # 18891143 | Mail Date | QPC 09000 |
| Invoice # 50000750304 | 10/06/2004 | Cycle 04 |

| | |
|---|---|
| Amount Due by 10/27/2004 | $773.46 |
| Amount Due after 10/27/2004 | $785.87 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 777.30 |
| Payment Received | (09/30/2004) | -777.30 |
| Late Payment Charge | | 12.48 |
| Remaining Balance (Due Now) | | $12.48 |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 624.52 |
| Fuel Adjustment | 7086 kWh @ $ 0.012232 | 86.68 |
| Total Metered Charges | | $711.20 |
| State Sales Tax | | 49.78 |
| Current Month Energy Charges | | $760.98 |
| Total Amount Due | | $773.46 |

## Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 31 ) | | |
| Current Meter Reading | (09/30/2004) | 91207 |
| Previous Meter Reading | (08/30/2004) | - 84121 |
| kWh Metered | | 7086 |
| Demand Metered kW | | 20.75 |
| Multiplier | | x 1 |
| kW Metered | | 20.8 |

Approved: _Mun_

Vendor # 245820

Prop: SCH  10-6-04

Chg Code: 50903

760 98

Chg Code: _____

A/P Comment _____

OCT 11 2004

*KEEP*

# entergy
*Entergy Mississippi, Inc.*
www.entergy.com

**Service Location**
398 Highway 51 N
Ridgeland, MS  39157-4430

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.**

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for School Street Crossing

| | | |
|---|---|---|
| **Account #** 18389460 | **Mail Date** | **QPC** 09000 |
| **Invoice #** 30000794075 | 10/06/2004 | **Cycle** 04 |

| Amount Due by 10/27/2004 | $32.03 |
|---|---|
| Amount Due after 10/27/2004 | $32.54 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 64.05 |
| Payment Received | (09/03/2004) | -36.52 |
| Payment Received | (09/30/2004) | -26.94 |
| Late Payment Charge | | .44 |
| **Remaining Balance (Due Now)** | | **$1.03** |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 26.80 |
| Fuel Adjustment | 177 kWh @ $0.012232 | 2.17 |
| **Total Metered Charges** | | **$28.97** |
| State Sales Tax | | 2.03 |
| **Current Month Energy Charges** | | **$31.00** |
| **Total Amount Due** | | **$32.03** |

## Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 31 ) | | |
| Current Meter Reading | (09/30/2004) | 9044 |
| Previous Meter Reading | (08/30/2004) | - 8867 |
| kWh Metered | | 177 |

## Usage Adjustments

| | |
|---|---|
| Billed on Minimum kW | 6.0 |

Approved: _____

Vendor # _240520_  Inv. # _____

Prop: _SCH_  Period/Month: _10-6-04_

Chg Code: _50901_  $ ~~32.03~~

Chg Code: _____  $ _31.00_

A/P Comment _____

OCT 1 1 2004

**KEEP**

**Entergy**

*Entergy Mississippi, Inc.*
www.entergy.com

**Service Location**
398 Highway 51 N
Ridgeland, MS  39157-4430

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

## Important Messages

Downed power lines and anything they touch can be energized – and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for School Street Crossing

| | | |
|---|---|---|
| **Account #** 18389460 | **Mail Date** | **QPC** 09000 |
| **Invoice #** 95000408023 | 11/03/2004 | **Cycle** 04 |

| Amount Due by 11/24/2004 | $30.85 |
|---|---|
| Amount Due after 11/24/2004 | $31.35 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 32.03 |
| Payment Received | (10/27/2004) | -31.00 |
| Late Payment Charge | | .02 |
| **Remaining Balance (Due Now)** | | **$1.05** |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 25.80 |
| Fuel Adjustment | 168 kWh @ $ 0.012232 | 2.05 |
| **Total Metered Charges** | | **$27.85** |
| State Sales Tax | | 1.95 |
| **Current Month Energy Charges** | | **$29.80** |
| **Total Amount Due** | | **$30.85** |

### Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 29 ) | | |
| Current Meter Reading | (10/29/2004) | 9212 |
| Previous Meter Reading | (09/30/2004) | - 9044 |
| kWh Metered | | 168 |

### Usage Adjustments

| | | |
|---|---|---|
| Billed on Minimum kW | | 6.0 |

Approved: _(signature)_

Vendor # 240520 .. '. #

Prop: 3CH    Period/Month: 11-3-04

Chg Code: 50901    $ 29.80

Chg Code: _____    $_____

A/P Comment _____

NOV 0 8 2004 *(stamp: SCANNED)*

*KEEP*

**~ergy**

*Entergy Mississippi, Inc.*
www.entergy.com

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

*parking lot lights—SRH*

## Account Summary for Mattiace Properties

| Account #  18891143 | **Mail Date** | **QPC** 09000 |
|---|---|---|
| Invoice #  80000738678 | 11/03/2004 | **Cycle** 04 |

| Amount Due by 11/24/2004 | $768.91 |
|---|---|
| Amount Due after 11/24/2004 | $781.25 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 773.46 |
| Payment Received | (10/27/2004) | -760.98 |
| Late Payment Charge | | .20 |
| **Remaining Balance (Due Now)** | | **$12.68** |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 620.73 |
| Fuel Adjustment | 7033 kWh @ $ 0.012232 | 86.03 |
| **Total Metered Charges** | | **$706.76** |
| State Sales Tax | | 49.47 |
| **Current Month Energy Charges** | | **$756.23** |
| **Total Amount Due** | | **$768.91** |

## Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 29 ) | | |
| Current Meter Reading | (10/29/2004) | 98240 |
| Previous Meter Reading | (09/30/2004) | - 91207 |
| kWh Metered | | 7033 |
| Demand Metered kW | | 20.75 |
| Multiplier | | x 1 |
| kW Metered | | 20.8 |

Approved: _____ (signature)

Vendor # _240520_  Inv. # _____

Prop: _SRH_  Period/Month: _11-3-04_

Chg Code: _50901_  $ _756.23_

Chg Code: _____  $ _____

A/P Comment _____

NOV 0 8 2004

*KEEP*

# Entergy

Entergy Mississippi, Inc.
www.entergy.com

**Service Location**
398 Highway 51 N
Ridgeland, MS 39157-4430

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for School Street Crossing

| Account # 18389460 | **Mail Date** 09/03/2004 | **QPC** 09000 |
|---|---|---|
| Invoice # 615000051491 | | **Cycle** 04 |

| Amount Due by 09/24/2004 | $64.05 |
|---|---|
| Amount Due after 09/24/2004 | $65.08 |

## Account Detail

| | |
|---|---|
| Previous Balance | 36.52 |
| Late Payment Charge | .59 |
| **Remaining Balance (Due Now)** | **$37.11** |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 22.66 |
| Fuel Adjustment | 140 kWh @ $0.017989 | 2.52 |
| **Total Metered Charges** | | **$25.18** |
| State Sales Tax | | 1.76 |
| **Current Month Energy Charges** | | **$26.94** |
| **Total Amount Due** | | **$64.05** |

## Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 32 ) | | |
| Current Meter Reading | (08/30/2004) | 8867 |
| Previous Meter Reading | (07/29/2004) | - 8727 |
| kWh Metered | | 140 |

## Usage Adjustments

| | |
|---|---|
| Billed on Minimum kW | 6.0 |

Approved: _____

Vendor # 240580  Inv. # _____

Prop: SCH  Period/Month: 9-30

Chg Code: 50901  $ 64.05

Chg Code: _____  $ 26.94

A/P Comment _____

SEP - 8 2004

*KEEP*

Check Date: 09/25/2004    5564

# Entergy

Entergy Mississippi, Inc.
www.entergy.com

**Service Location**
398 Highway 51
Ridgeland, MS 39157-3401

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for Matlace Properties

| | | |
|---|---|---|
| Account # 18891143 | Mail Date | QPC 09000 |
| Invoice # 50000718291 | 09/03/2004 | Cycle 04 |

| Amount Due by 09/24/2004 | $777.30 |
|---|---|
| Amount Due after 09/24/2004 | $789.78 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 711.27 |
| Payment Received | (08/19/2004) | -711.27 |
| **Remaining Balance** | | **$.00** |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 604.34 |
| Fuel Adjustment | 6788 kWh @ $0.017989 | 122.11 |
| **Total Metered Charges** | | **$726.45** |
| State Sales Tax | | 50.85 |
| **Current Month Energy Charges** | | **$777.30** |

## Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 32 ) | | |
| Current Meter Reading | (08/30/2004) | 84121 |
| Previous Meter Reading | (07/29/2004) | - 77333 |
| kWh Metered | | 6788 |
| Demand Metered kW | | 21.20 |
| Multiplier | | x 1 |
| kW Metered | | 21.2 |

pproved: _____

endor # 240520    Inv. # _____

rop: 8 H    Period/Month: 9-30-04

hg Code: 50901    $ 777.30

hg Code: _____    $ _____

P Comment _____

SEP - 8 2004

*KEEP*

Check Date: 12/16/2004    5619

## Entergy

*Entergy Mississippi, Inc.*
www.entergy.com

**Service Location**
398 Highway 51 N
Ridgeland, MS  39157-4430

**For Billing Inquiries and Customer Service, call**
1-800-ENTERGY Mon-Fri, 7am-7pm

**For Power Outages and Safety Concerns, call**
1-800-9OUTAGE 24 hours a day, 7 days a week

### Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages** Call 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

### Account Summary for School Street Crossing

| | |
|---|---|
| Account # 18389460 | |
| Invoice # 90000780011 | Mail Date 12/06/2004 | QPC 09000 Cycle 04 |

| | |
|---|---|
| **Amount Due by 12/27/2004** | **$33.35** |
| **Amount Due after 12/27/2004** | **$33.89** |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 30.85 |
| Payment Received | (11/18/2004) | -29.60 |
| Late Payment Charge | | .02 |
| Remaining Balance (Due Now) | | $1.27 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | | 27.72 |
| Fuel Adjustment | 185 kWh @ $0.012232 | 2.26 |
| Total Metered Charges | | $29.98 |
| State Sales Tax | | 2.10 |
| Current Month Energy Charges | | $32.08 |
| Total Amount Due | | $33.35 |

ENTERED

### Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | | |
| Total Days ( 31 ) | Rate : MS_GS | |
| Current Meter Reading | (11/29/2004) | 9397 |
| Previous Meter Reading | (10/29/2004) | 9212 |
| kWh Metered | | 185 |

### Usage Adjustments

| | | |
|---|---|---|
| Billed on Minimum kW | | 6.0 |

Approved: _Mum_
Vendor # 240570    Inv. #
Prop: SCH    Period/Month: 12-6-04
Chg Code: 50901    $ 32.08
Chg Code: _____    $
A/P Comment _____

DEC 9 - 2004
**KEEP**

Check Date: 12/16/2004    5619

*energy*
*Entergy Mississippi, Inc.*
www.entergy.com

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

**For Billing Inquiries and Customer Service, call**
**1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call**
**1-800-9OUTAGE 24 hours a day, 7 days a week**

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for Matlace Properties

| | | |
|---|---|---|
| Account #  18891143 | Mall Date | QPC  09000 |
| Invoice #  70000781245 | 12/06/2004 | Cycle 04 |

| | |
|---|---|
| Amount Due by 12/27/2004 | $903.39 |
| Amount Due after 12/27/2004 | $917.89 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | |
| Payment Received | (11/18/2004) | 768.91 |
| Late Payment Charge | | -756.43 |
| Remaining Balance (Due Now) | | .20 |
| | | $12.68 |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 728.02 |
| Fuel Adjustment | 8537 kWh @ $0.012232 | 104.42 |
| Total Metered Charges | | $832.44 |
| State Sales Tax | | 58.27 |
| Current Month Energy Charges | | $890.71 |
| Total Amount Due | | $903.39 |

## Meter Reading

| | | |
|---|---|---|
| Meter #  Y621889 | | |
| Total Days  ( 31 ) | Rate : MS_GS3 | |
| Current Meter Reading | (11/29/2004) | 6777 |
| Previous Meter Reading | (10/29/2004) | - 98240 |
| kWh Metered | | 8537 |
| Demand Metered kW Multiplier | | 21.03 |
| kW Metered | | x 1 |
| | | 21.0 |

Approved: _Mum_
Vendor #  _240520_    Inv. # _____
Prop: _8CH_    Period/Month: _12-6-04_
Chg Code: _50901_    $ _890.71_
Chg Code: _____    $ _____
A/P Comment _____

ENTERED
DEC 9 - 2004

*KEEP*

**Service Location**
398 Highway 51 N
Ridgeland, MS 39157-4430

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

*Entergy*

*Entergy Mississippi, Inc.*
www.entergy.com

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages** Call 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for School Street Crossing

| | | |
|---|---|---|
| Account #  18389460 | Mail Date | QPC  09000 |
| Invoice #  20000747388 | 08/09/2004 | Cycle  04 |

| Amount Due by 08/30/2004 | $36.52 |
|---|---|
| Amount Due after 08/30/2004 | $37.11 |

## Account Detail

| | | |
|---|---|---|
| | | 30.42 |
| Previous Balance | (07/28/2004) | -30.42 |
| Payment Received | | $.00 |
| Remaining Balance | | |

## Current Charges

| | | |
|---|---|---|
| | | 30.39 |
| Energy Charge | | 3.74 |
| Fuel Adjustment | 208 kWh @ $0.017989 | |
| Total Metered Charges | | $34.13 |
| State Sales Tax | | 2.39 |
| Current Month Energy Charges | | $36.52 |

## Meter Reading

| | | |
|---|---|---|
| Meter # 4811756 | Rate : MS_GS | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (07/29/2004) | 8727 |
| Previous Meter Reading | (06/29/2004) | - 8519 |
| kWh Metered | | 208 |

## Usage Adjustments

6.0

Approved: ___M_____

Vendor # __240520__ Inv. # __20000747388__ Billed on Minimum kW

Prop: __SCH__  Period/Month: _____

Chg Code: __50901__   $ __36.52__

Chg Code: _____   $ _____

A/P Comment _____

*KEEP*

# entergy

*Entergy Mississippi, Inc.*
www.entergy.com

**AUG 9  2004**

**Service Location**
398 Highway 51
Ridgeland, MS  39157-3401

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

## Important Messages

Downed power lines and anything they touch can be energized - and deadly! USE COMMON SENSE. Stay away and keep children and others away from downed power lines. Call Entergy immediately at 1-800-ENTERGY(1-800-368-3749) to report downed power lines. **Your safety is our priority.**

**To Report Street Light Outages Call** 1-800-9OUTAGE(968-8243) or go to www.entergy-mississippi.com.

Energy Concern provides energy-related assistance to those in your community who are in need. If you would like to participate, please add $1.00 to your total payment.

## Account Summary for Mattiace Properties

| Account #  18891143 | Mail Date | QPC 09000 |
|---|---|---|
| Invoice #  80000641812 | 08/04/2004 | Cycle 04 |

| Amount Due by 08/25/2004 | $711.27 |
|---|---|
| Amount Due after 08/25/2004 | $722.69 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 982.01 |
| Payment Received | (07/28/2004) | -982.01 |
| Remaining Balance | | $.00 |

## Current Charges

| | | |
|---|---|---|
| Energy Charge | | 553.91 |
| Income Tax Adjustment | | 1.13 |
| Fuel Adjustment | 6098 kWh @ $0.017989 | 109.70 |
| Total Metered Charges | | $664.74 |
| State Sales Tax | | 46.53 |
| Current Month Energy Charges | | $711.27 |

## Meter Reading

| | | |
|---|---|---|
| Meter # Y621889 | Rate : MS_GS3 | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (07/29/2004) | 77333 |
| Previous Meter Reading | (06/29/2004) | - 71235 |
| kWh Metered | | 6098 |
| Demand Metered kW | | 21.20 |
| Multiplier | | x 1 |
| kW Metered | | 21.2 |

Approved: _____

Vendor # 240520    Inv # 8000064181?

Prop: 5Crt    Period/Month: _____

Chg Code: 50501    $ 711 27

Chg Code: _____    $_____

VP Comment _____

ENTERED

*KEEP*

Invoice:   C22099

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

(601) 362-1533

MAR 1 0 2004

Ship
to

MATTIACE COMPANY                    SCHOOL ST CROSSING SHPNG CTNR
PO BOX 13809                        HWY 51
JACKSON, MS 39236                   RIDGELAND, MS

| ccount | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|--------|----------|----------|-----------|-------|--------------|------|
| 3159   |          |          |           | Net 30 | 03/05/2004 | 1 |

| em | Quantity | Description | Unit Price | Extended Price |
|----|----------|-------------|------------|----------------|
|    | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

Invoice:    C22456

(601) 362-1533

APR 1 2 2004

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

Ship
to

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

| ccount | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|--------|----------|----------|-----------|-------|--------------|------|
| 3159 | | | | Net 30 | 04/05/2004 | 1 |

| em | Quantity | Description | Unit Price | Extended Price |
|----|----------|-------------|------------|----------------|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

Invoice:    C21748

(601) 362-1533

FEB 1 1 2004

Ship
to

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

| ccount | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|--------|----------|----------|-----------|-------|--------------|------|
| 159 | | | | Net 30 | 02/05/2004 | 1 |

| m | Quantity | Description | Unit Price | Extended Price |
|---|----------|-------------|------------|----------------|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

Invoice:    C21323

(601) 362-1533

JAN 1 2 2004

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

Ship
to

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

| Account | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---------|----------|----------|-----------|-------|--------------|------|
| 13159   |          |          |           | Net 30 | 01/05/2004  | 1    |

| tem | Quantity | Description | Unit Price | Extended Price |
|-----|----------|-------------|------------|----------------|
|     | 1        | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

|  |  |
|--|--|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

Invoice:    C25346

(601) 362-1533

JUL 1 6 2004

ENTERED

Sold to

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

Ship to

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

| Account | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---------|----------|----------|-----------|-------|--------------|------|
| 3159 | | | | Net 10 | 07/05/2004 | 1 |

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

Approved: _____

Vendor # _286550_    inv. # _C25346_

Prop: _SCH_    Period/Month: _____

Chg Code: _50133_    $ _150.87_

Chg Code: _____    $ _____

A/P Comment _____

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

Invoice:        10920

JUN 2 9 2004

| Sold to | MATTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236 | Site | SCHOOL ST CROSSING SHPNG CTNR<br>HWY 51<br>RIDGELAND, MS |

Account
13159

| | Terms<br>Net 30 | Invoice<br>Date<br>06/25/2004 | Page<br>1 |

ENTERED

Order: 50128          PO#:
Resolution:    REPLACED BAD RELAY
               TO BLDG WALLPACKS
Service Tech: COMPLETED

| Equipment | Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| | 01 | 1 | IDE-RR2P-UAC 120V RELAY | $21.47 | $21.47 |
| | 9000 | 1 | LIGHTING TECHNICIAN | $52.00 | $52.00 |

Approved: _____
Vendor # _286550_  Inv. # _10920_
Prop: _Sctt_ _____  Period/Month: _____
Chg Code: _50133_ _____  $ _78_ . _41_
Chg Code: _____  $_____ . ___
A/P Comment _____

| | | |
|---|---|---|
| Subtotal | | 73.47 |
| Tax | | 5.14 |
| Total | | $78.61 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

Invoice:    C27217

(601) 362-1533

| Sold to | | Ship to | |
|---------|---|---------|---|
| MATTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236 | | SCHOOL ST CROSSING SHPNG CTNR<br>HWY 51<br>RIDGELAND, MS | |

| ccount | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|--------|----------|----------|-----------|-------|--------------|------|
| 3159 | | | | Net 10 | 09/05/2004 | 1 |

| em | Quantity | Description | Unit Price | Extended Price |
|----|----------|-------------|-----------|----------------|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

Approved: _____

Vendor # _286550_  inv. # _C27217_

Prop: _SCH_    Period/Month: _9-5-04_

Chg Code: _50133_    $ _150.87_

Chg Code: _____    $ _____

A/P Comment _____

SEP 2 2 2004

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

# GARRY GRAVES' LANDSCAPES, INC.

**2580 LAKELAND DRIVE**
**JACKSON,  39232**

# INVOICE

| | |
|---|---|
| INVOICE # | INVOICE # |
| | 12-03-1 0LBH |

JAN 1 4 2004

| | |
|---|---|
| BILL DATE | 1/12/2004 |

**BILL TO**

THE MATTIACE COMPANY
317 E. CAPITOL
JACKSON, MS 39201

| | |
|---|---|
| DUE DATE | DUE UPON RECEIPT |

| DESCRIPTION | AMOUNT |
|---|---|
| APPROVED TREE PLANTING AT SCHOOL STREET. | 4,306.00 |
| SALES TAX | 301.42 |

**TOTAL**    $4,607.42

PAYMENT DUE IN FULL UPON RECEIPT.  ( FINANCE CHARGE IS 1.75% AFTER
30 DAYS FROM INVOICE DATE AND ALSO SUBJECT TO COLLECTION).
OFFICE 939-5442

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

(601) 362-1533

Invoice:    C29135

| Sold to | | Ship to | |
|---|---|---|---|
| MATTIACE COMPANY | | SCHOOL ST CROSSING SHPNG CTNR | |
| PO BOX 13809 | | HWY 51 | |
| JACKSON, MS 39236 | | RIDGELAND, MS | |

| Account 3159 | P.O. Num | Ship Via | Ship Date | Terms Net 10 | Invoice Date 11/05/2004 | Page 1 |
|---|---|---|---|---|---|---|

| Item | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

Approved: _____ *Mum* _____
Vendor # _____  Inv. # C29135
Prop: SCH  Period/Month: 11-5-04
Chg Code: 50257  $ 150.87
Chg Code: _____  $ _____
A/P Comment _____

NOV 1 5 2004

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
PO Box 10162
Jackson, MS 39286

(601) 362-1533

Invoice:     C30062

ENTERED

| Sold to | | Ship to | |
|---|---|---|---|
| MATTIACE COMPANY<br>PO BOX 13809<br>JACKSON, MS 39236 | | SCHOOL ST CROSSING SHPNG CTNR<br>HWY 51<br>RIDGELAND, MS | |

| ccount | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---|---|---|---|---|---|---|
| 3159 | | | | Net 10 | 12/05/2004 | 1 |

| em | Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

Approved: _____ Mun _____
Vendor # 286550   Inv. # C30062
Prop: SCH   Period/Month: 12-5-04
Chg Code: 50257   $ 150.87
Chg Code: _____ $ _____
A/P Commen _____

DEC 1 5 2004

| | |
|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

BOYKIN LAWN SERVICE INC.

# Invoice

462 LAUREL OAK DR.
MADISON, MS 39110

| Date | Invoice # |
|------|-----------|
| 3/1/2004 | 2322 |

MAR 1 2004

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS 39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 2/1/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | FEBRUARY | 500.00 | 500.00 |
| | | Sales Tax | 7.00% | 0.00 |

**Total** $500.00

**Phone #**

601-856-7387

FMS Lighting Mgmt Systems Inc.   Invoice:   C26312
PO Box 10162
Jackson, MS 39286

(601) 362-1533

AUG 1 6 2004

Sold
to

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

Ship
to

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

ENTERED

| Account | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---------|----------|----------|-----------|-------|--------------|------|
| 13159 | | | | Net 10 | 08/05/2004 | 1 |

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

Approved: _____ MMM _____
Vendor # 2 84552   Inv. # C 24312
Prop: SC #   Period/Month: _____
Chg Code: 50257   $ 150.87
Chg Code: _____   $ _____ . ____
A/P Comment _____

| | | |
|---|---|---|
| Subtotal | 141.00 |
| Tax | 9.87 |
| Total | $150.87 |

FMS Lighting Mgmt Systems Inc.
Invoice: C24275

PO Box 10162
Jackson, MS 39286

(601) 362-1533

Sold to

MATTIACE COMPANY
PO BOX 13809
JACKSON, MS 39236

Ship to

SCHOOL ST CROSSING SHPNG CTNR
HWY 51
RIDGELAND, MS

| Account | P.O. Num | Ship Via | Ship Date | Terms | Invoice Date | Page |
|---------|----------|----------|-----------|-------|--------------|------|
| 13159 | | | | Net 30 | 06/05/2004 | 1 |

| Item | Quantity | Description | Unit Price | Extended Price |
|------|----------|-------------|------------|----------------|
| | 1 | LIGHTING MAINTENANCE CONTRACT | 141.00 | 141.00 |

Approved: (MWM)  Inv. # C24275
Vendor # 286550  Period/Month: $ 150.87
Prop: SCH 50257  $
Chg Code:
Chg Code:
A/P Comment

| | | |
|--|--|--|
| Subtotal | 141.00 |
| Tex | 9.87 |
| Total | $150.87 |

BOYKIN LAWN SERVICE INC.

# Invoice

462 LAUREL OAK DR.
MADISON, MS 39110

MAY 3 2004

| Date | Invoice # |
|------|-----------|
| 5/1/2004 | 2408 |

| Bill To | Ship To |
|---------|---------|
| SCHOOL STREET CROSSING LP<br>C\O MATTIACE PROPERTIES<br>P O BOX 13809<br>JACKSON, MS 39236 | |

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 4/1/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | LAWN | APRIL | 500.00 | 500.00 |
| | | Sales Tax | 7.00% | 0.00 |

**Total** $500.00

Phone #

601-856-7387

KIN LAWN SERVICE INC.

# Invoice

2 LAUREL OAK DR.
MADISON, MS 39110

APR 5  2004

| Date | Invoice # |
|------|-----------|
| 4/1/2004 | 2357 |

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
| | NET 10 | 3/2/2004 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | | 500.00 | 500.00 |
| | LAWN | MARCH | 7.00% | 0.00 |
| | | Sales Tax | | |

| **Total** | **$500.00** |
|-----------|-------------|

**Phone #**

601-856-7387

# Invoice

DYKIN LAWN SERVICE INC.

62 LAUREL OAK DR.
MADISON, MS 39110

| Date | Invoice # |
|------|-----------|
| 1/1/2004 | 2246 |

JAN 5 2004

**Bill To**

SCHOOL STREET CROSSING LP
C\O MATTIACE PROPERTIES
P O BOX 13809
JACKSON, MS  39236

**Ship To**

| P.O. Number | Terms | Ship | Project |
|-------------|-------|------|---------|
|  | NET 10 | 12/2/2003 | SCHOOL ST |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | LAWN | DECEMBER | 500.00 | 500.00 |
| 4 | LANDSCAPE | FLATS PANSIES | 25.00 | 100.00T |
|  |  | Sales Tax | 7.00% | 7.00 |

**Total**       $607.00

**Phone #**

601-856-7387

# Invoice

Shopping Center Maintenance, Inc.

P.O. Box 13433
Jackson, MS 39236-3433

| Date | Invoice # |
|------|-----------|
| 1/25/2004 | 2162 |

FEB 3 2004

**Bill To**

School Street Shopping Center
c/o The Mattiace Co.
PO Box 13809
Jackson, MS 39236

| P.O. Number | Terms | Project |
|-------------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Monthly Groundskeeping/Maintenance | 790.00 | 790.00 |

All work is complete!

| | **Total** | $790.00 |
|--|-----------|---------|

Exhibit "O"

AUG 16 2005 14:27 FR KING & SPALDING     404 572 5149 TO 5352#10063#01900 P.03

AUG-16-2005 TUE 12:21 PM WD DIVISION SUPPORT     FAX NO. 9043708368     P. 03

#1362

## Winn Dixie Louisiana Inc.

600 Edwards Ave, Harahan, La. 70123
PO Box 51059 New Orleans, La. 70151
504-731-2211    504-731-2309 Fax
JayArchambault@winn-dixie.com

601-352-1880
5/25/05   FAX

Date  4/4/05

To  Mark McCormick

RE:  INSURANCE BILLING

RE:  Winn Dixie Store #  1362

Under the provisions of our lease covering the above retail store location, Landlord is required to remit an Insurance Bill alone with the Statements, Certificate of Insurance and Declaration Pages. This is now required in order to set up for payment.

The above requires your prompt attention in order to process for payment. Your response should be addressed to Jay Archambault, Real Estate Property Manager, at the letterhead address.

Sincerely,
Winn Dixie Louisiana, Inc.

Jay Archambault
Real Estate Property Manager

Exhibit "P"

## Winn Dixie Louisiana Inc.

*600 Edwards Ave. Harahan, La. 70123*
*PO Box 51059 New Orleans, La. 70151*
*504-731-2211    504-731-2309 Fax*
*JayArchambault@winn-dixie.com*

Date __5/25/05__
__4/4/05__

*To:* __Mark McCormick__

✻ *RE:  Common Area Maintenance Billings*

✻ *RE: Cancelled Check or Paid Receipt for Taxes Paid*

*RE:  Winn Dixie Store #* __1362__

✻ *Under the provisions of our lease covering the above retail store location, Landlord is required to remit copies of all invoices with your CAM Billing. This is now required in order to set up for payment.*

*The above requires your prompt attention in order to process for payment. Your response should be addressed to Jay Archambault, Real Estate Property Manager, at the letterhead address.*

*Sincerely,*

*Winn Dixie Louisiana Inc.*

*Jay Archambault*
*Real Estate Property Manager*

Exhibit "Q"

**KAY PACE**
TAX COLLECTOR, MADISON COUNTY
POST OFFICE BOX 113
CANTON, MS 39046

Real Property
REC. # R-032539 - YEAR 2004

| DESCRIPTION | AMOUNT |
|---|---|
| COUNTY | 17572.20 |
| SCHOOL | 30325.20 |
| MUNIC. | 11342.93 |
| NET | 59240.33 |
| TOTAL DUE | 59240.33 |

LEGAL DESCRIPTION PARCEL 072I-30C-075/01.00
7.05 AC OUT LOTS 1 & 2 BLK 24 HC E/
S HWY 51

| | TRUE VALUES | | ASSESSED VALUE |
|---|---|---|---|
| | CLASS 1 | CLASS 2 | 566,297 |
| LND | 0 | 1151620 | |
| IMP | 0 | 6968690 | S   T   R |
| TOT | 0 | 3775310 | E 30  07N  02E |
| | | | C |

PAY BY MAIL TO
ADDRESS ABOVE OR
IN PERSON AT OUR
CANTON OFFICE
LOCATED ON THE
COURTHOUSE SQUARE
OUR RIDGELAND
OFFICE AT 344 HWY
51, OR OUR OFFICE
LOCATED IN FLORA
CITY HALL.

Damages accrue after Feb. 1, 2005
at the rate of 1.00% per month.
For your convenience, pay online at
HTTP://MADISON.MS.EZGOV.COM

SCHOOL STREET CROSSING LP
PO BOX 13809
JACKSON                    MS      39236

PLEASE RETURN
THIS CARD WITH
YOUR PAYMENT

Composite Exhibit "R"

AUG-16-2005 TUE 12:21 PM WD DIVISION SUPPORT          FAX NO. 8043706368                P. 05

#1362
Closing

601-352-1810

## Winn Dixie Louisiana Inc.

600 Edwards Ave. Harahan, La. 70123
PO Box 51059 New Orleans, La. 70151
504-731-2211   504-731-2309 Fax
JayArchambault@winn-dixie.com

Final

Date: 6/27/05

To: _Mark McCormick_

RE:   Common Area Maintenance Billings

RE:   Cancelled Check or Paid Receipt for Taxes Paid

RE:   Winn Dixie Store #  1362

Under the provisions of our lease covering the above retail store location, Landlord is required to remit copies of all invoices with your CAM Billing. This is now required in order to set up for payment.

The above requires your prompt attention in order to process for payment. Your response should be addressed to Jay Archambault, Real Estate Property Manager, at the letterhead address.

Sincerely,

Winn-Dixie Louisiana, Inc.

Jay Archambault
Real Estate Property Manager

Composite Exhibit "S"

**2004 CAM, Tax & Insurance Reconciliation**
**School Street Shopping Center**
**Ridgeland, Mississippi**

Totals for Shopping Center:

| | |
|---|---|
| *Square Footage:* | 67,891 |
| *Property Taxes:* | **$59,240.33** |
| *Insurance:* | **$11,429.00** |

CAM Detail:

| | |
|---|---|
| Admin Expenses | $157.52 |
| Building Repairs | $0.00 |
| Exterminator | $112.35 |
| Irrigation | $569.52 |
| Landscape Services | $9,398.24 |
| Parking Lot Lighting | $1,889.05 |
| Management Fee | $28,576.07 |
| Parking Lot Repair & Maint | $11,208.35 |
| Parking Lot Sweeping | $9,509.60 |
| Trash Removal | $9,769.17 |
| Utilities, Electricity | $9,908.58 |
| Utilities, Water & Sewer | $1,379.21 |

| | |
|---|---|
| *CAM Total* | **$82,477.66** |
| Total Expense Per Square Foot | $2.26 |

**2005 CAM, Tax & Insurance Reconciliation**
**School Street Shopping Center**
**Ridgeland, Mississippi**
**Year to Date 08/15/05**

Tenant:                                    Winn Dixie 1362

Square Footage:                            30,400

Pro Rata Percentage:                       44.78%

|  | Actuals YTD 07/31 | Estimated 08/01 - 08/15 | Total 2005 Amount Due |
|---|---|---|---|
| Taxes | $15,407.13 | $1,090.13 | $16,497.26 |
| Insurance | $3,234.34 | $228.84 | $3,463.18 |
| CAM |  |  |  |
| Admin Expenses | $33.96 | $0.73 | $34.69 |
| Building Repairs | $239.81 | $9.86 | $249.67 |
| Exterminator | $0.00 | $0.00 | $0.00 |
| Irrigation | $0.00 | $0.00 | $0.00 |
| Landscape Services | $2,964.66 | $88.62 | $3,053.28 |
| Parking Lot Lighting | $556.21 | $16.66 | $572.87 |
| Management Fee | $0.00 | $0.00 | $0.00 |
| Parking Lot Repair & Maint | $3,075.78 | $126.40 | $3,202.18 |
| Parking Lot Sweeping | $3,645.89 | $102.20 | $3,748.09 |
| Trash Removal | $2,979.21 | $88.39 | $3,067.60 |
| Utilities, Electricity | $2,822.01 | $89.05 | $2,911.06 |
| Utilities, Water & Sewer | $248.90 | $5.24 | $254.14 |
| CAM Total | $16,566.43 | $527.14 | $17,093.57 |

| Less Actual Charged Estimates, Per Lease: |  |  |  |
|---|---|---|---|
| Taxes | $0.00 | $0.00 |  |
| Insurance | $1,200.00 | $100.00 |  |
| CAM | $3,600.00 | $300.00 |  |

| Net Due: |  |  |  |
|---|---|---|---|
| Taxes | $15,407.13 | $1,090.13 | $16,497.26 |
| Insurance | $2,034.34 | $128.84 | $2,163.18 |
| CAM | $12,966.43 | $227.14 | $13,193.57 |
| **Total** | **$30,407.90** | **$1,446.11** | **$31,854.01** |