UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )
                                                )
WINN-DIXIE STORES, INC., et al.,                )    Case No. 05-03817-3F1
                                                )    Chapter 11
          Debtors.                              )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jacqueline Gonzalez (Claim No. 1934) [Docket No. 4934] was furnished by mail on January 5, 2006 to Ms. Jacqueline Gonzalez, c/o Matthew R. Kochevar, Esquire, Gibbs & Parnell, P.A., 15310 Amberly Dr, Suite 103, Tampa, Florida 33647.

Dated: January 6, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Gray | By  *s/ James H. Post*  <br>   Stephen D. Busey <br>   James H. Post (FBN 175460) <br>   Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00518397.DOC