UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                                Chapter 11
                    Debtors.              )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Beverly Willett (Claim No. 5892) [Docket No. 4954] was furnished by mail on January

5, 2006 to Ms. Beverly Willett, 2901 Lencott Drive, Louisville, Kentucky 40216.

Dated:  January 6, 2006.


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By    *s/ James H. Post*
        D. J. Baker                              Stephen D. Busey
        Sally McDonald Henry                     James H. Post (FBN 175460)
        Rosalie Gray                             Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00518397.DOC