UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REQUEST FOR MEDIATION

The Court finds that the Request for Mediation filed by Melissa H. Andrade on behalf of Howard White on December 30, 2005 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Request for Mediation filed by Melissa H. Andrade on behalf of Howard White on December 30, 2005 is stricken from the record.

**DATED January 3, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Melissa H. Andrade, P.O. Box 1869, Ocala, FL 34478
Attorneys for Debtor
Logan & Co., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043
Kerry Ledbetter, GL Examiner, III, Sedgwick Claims Management Svcs., Inc., P.O. Box 24787, Jacksonville, FL 32241-4787

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1              Date Rcvd: Jan 04, 2006
Case: 05-03817                  Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Jan 06, 2006.
aty         +Melissa H. Andrade,   Blanchard, Merriam et al,   Post Office Box 1869,   Ocala, FL 34478-1869
             Kerry Ledbetter, GL Examiner, III,   Sedgwick Claims Mgmt Svcs Inc.,   P.O. Box 24787,
               Jacksonville, FL  32241-4787
unk         +Logan & Company, Inc.,   Logan & Company, Inc.,   546 Valley Road,
               Upper Montclair, NJ 07043-1896

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2006**                         **Signature:** *Joseph Speetjens*