Law Offices

# HUNTER & MORTON

Post Office Box 11710   •   71315-1710   •   1916 Gus Kaplan Drive
Alexandria, Louisiana
Phone: (318) 487-1997   •   Fax: (318) 487-2022

Philip G. Hunter                                                                              John E. Morton

## PHILIP G. HUNTER
January 3, 2006
Certified Mail No. 7005 1160 0000 6139 3433

**FILED**
JACKSONVILLE, FLORIDA

JAN 0 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Clerk of Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

Re:   Case No. 05-0381-3F1; Winn-Dixie Stores, Inc., et al. (Debtors)
      My Client: Sueann Clement

      Re:   OWC Docket No.: 03-06244; Sue Ann Clement v. Winn-Dixie

Dear Sir:

My client has settled her worker's compensation claim against Winn-Dixie Stores and will not oppose the disallowance and expungement of her claim in connection with the bankruptcy of Winn-Dixie.

A copy of your notice is enclosed for your convenience.

Thank you for your cooperation.

Sincerely,

Philip G. Hunter

Enclosure

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS**

Creditor ID: WDX-393366-2B-55
CLEMENT, SUEANN
C/O HUNTER & MORTON LAW OFFICES
ATTN HEIDEL A SCHNEIDER, ESQ
1916 GUS KAPLAN DRIVE
PO BOX 11710
ALEXANDRIA LA  71315-1710

Creditor ID: WDX-109130-2B
CLEMENTS, SUEANN D
4902 MONROE HWY, LOT C
PINEVILLE LA 71360

Counsel: WDX-109130-2B
C/O HUNTER & MORTON
ATTN PHILIP G HUNTER, ESQ
1916 GUS KAPLAN DRIVE
PO BOX 11710
ALEXANDRIA LA  71315-1710

| **CLAIM TO BE DISALLOWED & EXPUNGED** | **REMAINING CLAIM** |
|---|---|
| Claim No.: 3736<br>Claim Amount: $1,000,000.00<br>Asserted Debtor: Winn-Dixie Stores, Inc.<br><br>Reason For Disallowance: Amended by Claim Listed in Remaining Claim Column. | Claim No.: 7078<br>Claim Amount: $500,000.00<br>Asserted Debtor: Winn-Dixie Stores, Inc. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on December 20, 2005 their Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court expunge and disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED & EXPUNGED on the ground that the claim was amended and superseded by another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. If you do NOT oppose the disallowance and expungement of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance and expungement of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on January 9, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **January 19, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow and expunge your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. The REMAINING CLAIM(S) listed above may also be subject to further objections. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: December 20, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D.J. Baker  <br>D.J. Baker  <br>Sally McDonald Henry  <br>Rosalie Walker Gray  <br>Jane M. Leamy  <br>Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | By  /s/ James H. Post  <br>Stephen D. Busey  <br>James H. Post  <br>Cynthia C. Jackson  <br>Florida Bar Number 175460  <br>225 Water Street, Suite 1800  <br>Jacksonville, Florida 32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |