**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO DEBTORS' OBJECTION TO NATIONAL IN STORE**
**MARKETING, LLC'S MOTION TO ALLOW CLAIM AS AMENDED CLAIM**
**OR TO ALLOW LATE FILED CLAIM**

The official committee of unsecured creditors (the "Committee") appointed in the above-captioned chapter 11 cases of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submits this joinder to the Debtors' objection (Docket No. 5004, the "Objection") to National in Store Marketing LLC's ("NISM") motion, filed November 23, 2005, to allow an amended claim or to allow a late filed claim (Docket No. 4316, the "Motion"), and represents as follows:

The Committee submits that NISM -- like various similarly situated parties that have filed motions seeking an order allowing a late filed claim -- must sustain its burden of proof including, without limitation, establishing that the failure to file a timely proof of claim was the

{JA260694;1}

result of "excusable neglect". The Committee agrees with the statement of facts, the legal arguments, and the assertions set forth by the Debtors in the Objection, and hereby joins in the Objection. The Committee reserves all rights to be heard before the Bankruptcy Court with respect to the Motion and the Objection.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, the Committee respectfully requests that the Bankruptcy Court sustain the Objection and deny the Motion.

Dated: January 9, 2006

        AKERMAN SENTERFITT

        By: */s/ John B. Macdonald*
        John Macdonald
        Florida Bar No. 230340
        E-mail:john.macdonald@akerman.com
        Patrick P. Patangan
        Florida Bar No. 348340
        E-mail: patrick.patangan@akerman.com
        50 North Laura Street, Suite 2500
        Jacksonville, Florida 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

        Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

        And

        MILBANK, TWEED, HADLEY & McCLOY LLP
        Matthew S. Barr (MB 9170)
        Michael E. Comerford (MC 7049)
        1 Chase Manhattan Plaza
        New York, NY 10005
        (212) 530-5000

        Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.