## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## (JACKSONVILLE DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 Case |
| WINN DIXIE STORES, INC. et al., | ) |
| | ) Case No. 05-03817-3F1 (JAF) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)(2) REGARDING PROOF OF CLAIM NO. 12330 FROM WELLS FARGO BANK NORTHWEST N.A. TO MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

To:        Wells Fargo Bank Northwest N.A., Indenture Trustee
299 South Main Street, 12th Floor
Salt Lake City, Utah  84111
Attn: Val T. Orton, Individual Trustee

("Transferor")

**PLEASE TAKE NOTICE** of the transfer of all of your right, title and interest in Claim No. 12330 against Winn Dixie Stores, Inc. in the unsecured nonpriority claim amount of $1,535,287.00 attached hereto as Exhibit A, pursuant to the Evidence of Transfer of Claim, by and between Transferor and Transferee (as defined below), dated December 30, 2005 and attached hereto as Exhibit B to:

Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
250 Vesey Street- 7th Floor
New York, NY  10080
Attn: Gabriel Calvetti and Nick Griffiths

("Transferee")

dc-437667

No Action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
300 NORTH HOGAN STREET
JACKSONVILLE, FL  32202

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____
CLERK


FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2006.


INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____
Deputy Clerk

dc-437667

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

|  |  |
|---|---|
| In re:<br><br>WINN DIXIE STORES, INC. et al.,<br><br>                    Debtors. | )<br>)<br>) Chapter 11 Case<br>)<br>) Case No. 05-03817-3F1 (JAF)<br>) (Jointly Administered)<br>)<br>)<br>) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)(2) REGARDING PROOF OF CLAIM NO. 12331 FROM WELLS FARGO BANK NORTHWEST N.A. TO MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

To:         Wells Fargo Bank Northwest N.A., Indenture Trustee
299 South Main Street, 12th Floor
Salt Lake City, Utah 84111
Attn: Val T. Orton, Individual Trustee

("Transferor")

**PLEASE TAKE NOTICE** of the transfer of all of your right, title and interest in Claim No. 12331 against Winn Dixie Montgomery, Inc. in the unsecured nonpriority claim amount of $1,774,446.52 attached hereto as Exhibit A, pursuant to the Evidence of Transfer of Claim, by and between Transferor and Transferee (as defined below), dated December 30, 2005 and attached hereto as Exhibit B to:

Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
250 Vesey Street- 7th Floor
New York, NY 10080
Attn: Gabriel Calvetti and Nick Griffiths

("Transferee")

dc-437669

No Action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
300 NORTH HOGAN STREET
JACKSONVILLE, FL  32202

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____

CLERK


FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2006.


INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____
Deputy Clerk

dc-437669

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## (JACKSONVILLE DIVISION)

|  |  |
|---|---|
| In re:<br><br>WINN DIXIE STORES, INC. et al.,<br><br>Debtors. | ) <br> ) <br> ) Chapter 11 Case <br> ) <br> ) Case No. 05-03817-3F1 (JAF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)(2)
REGARDING PROOF OF CLAIM NO. 12332 FROM WELLS FARGO BANK
NORTHWEST N.A. TO MERRILL LYNCH, PIERCE, FENNER & SMITH
<u>INCORPORATED</u>**

To:         Wells Fargo Bank Northwest N.A., Indenture Trustee
            299 South Main Street, 12th Floor
            Salt Lake City, Utah  84111
            Attn: Val T. Orton, Individual Trustee

("<u>Transferor</u>")

**PLEASE TAKE NOTICE** of the transfer of all of your right, title and interest in Claim No. 12332 against Winn Dixie Montgomery, Inc. in the unsecured nonpriority claim amount of $844,260.99 attached hereto as Exhibit A, pursuant to the Evidence of Transfer of Claim, by and between Transferor and Transferee (as defined below), dated December 30, 2005 and attached hereto as Exhibit B to:

Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
250 Vesey Street- 7th Floor
New York, NY  10080
Attn: Gabriel Calvetti and Nick Griffiths

("<u>Transferee</u>")

dc-437664

No Action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
300 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____
CLERK


FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2006.


INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____
Deputy Clerk

dc-437664

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### (JACKSONVILLE DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 Case |
| WINN DIXIE STORES, INC. et al., | ) |
| | ) Case No. 05-03817-3F1 (JAF) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001(e)(2) REGARDING PROOF OF CLAIM NO. 12333 FROM WELLS FARGO BANK NORTHWEST N.A. TO MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

To:        Wells Fargo Bank Northwest N.A., Indenture Trustee
            299 South Main Street, 12th Floor
            Salt Lake City, Utah  84111
            Attn: Val T. Orton, Individual Trustee

("Transferor")

**PLEASE TAKE NOTICE** of the transfer of all of your right, title and interest in Claim No. 12333 against Winn Dixie Stores, Inc. in the unsecured nonpriority claim amount of $1,774,446.52 attached hereto as Exhibit A, pursuant to the Evidence of Transfer of Claim, by and between Transferor and Transferee (as defined below), dated December 30, 2005 and attached hereto as Exhibit B to:

Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
250 Vesey Street- 7th Floor
New York, NY  10080
Attn: Gabriel Calvetti and Nick Griffiths

("Transferee")

dc-437338

No Action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
300 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

--SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____
CLERK


FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2006.


INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent) _____
Copy to Transferee: _____
Deputy Clerk

dc-437338

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006 a copy of the attached was served by overnight delivery on the following counsel:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254<br>Tel: (904) 783-5000 | D. Jan Baker<br>Rosalie Walker Gray<br>Adam S. Ravin<br>Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: (212) 735-3000 |
| Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, FL 32202<br>Tel: (904) 359-7700 | Dennis Dunne, Esq.<br>Millbank, Tweed, Hadley &<br>McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5000 |
| Dennis B. Stratford<br>Capitol Crossing Bank<br>101 Summer Street<br>Boston, MA 02110 | Logan & Company, Inc.<br>Attention: Winn-Dixie Claim Center<br>546 Valley Road<br>Upper Montclair, New Jersey 07043 |

Michael Rodgers

dc-437394

1