**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

**STIPULATION TO FURTHER CONTNUE HEARING ON**
**MOTION FOR RELIEF FROM STAY FILED BY BETTY TERRELL**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Betty Terrell (the "Movant") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by the Movant (Docket No. 2634) for final hearing on or after March 27, 2006, and (ii) the continuation of the automatic stay in effect pending

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

the conclusion of such hearing and determination of the Movant's Motion for

Relief from Stay.


Dated: January 9, 2006


CHURCH, MINOR, ABBOTT, FURR          SMITH HULSEY & BUSEY
& DAVIS, P.C.


By    *s/ Matt Abbott*                         By    *s/ James H. Post*
        Matt Abbott                                     James H. Post

Alabama Bar Nunber ASB-3107-P70A         Florida Bar Number 175460
Mississippi Bar Number MSB-100293        225 Water Street, Suite 1800
1609 Cogswell Avenue                     Jacksonville, Florida  32202
Pell City, Alabama  35125                (904) 359-7700
(205) 338-2295                           (904) 359-7708 (facsimile)
pmabbott2002@yahoo.com                   jpost@smithhulsey.com

Attorneys for Betty Terrell                          -and-

*Counsel has authorized his electronic   SKADDEN, ARPS, SLATE, MEAGHER
 signature                               & FLOM LLP
                                         D. J. Baker
                                         Sally McDonald Henry
                                         Rosalie Gray
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000
                                         (212) 735-2000 (facsimile)
                                         rgray@skadden.com

                                         Attorneys for the Debtors

518547