UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## RESPONSE OF SOUTHLAND-MANSFIELD W.D. DELAWARE BUSINESS TRUST TO DEBTORS' SECOND OMNIBUS CLAIMS OBJECTION

Southland-Mansfield W.D. Delaware Business Trust (the "Mansfield Landlord"), by its attorneys, respectfully submits this Response to the Debtors' Second Omnibus Claims Objection to Certain (A) Duplicate and (B) Amended and Superseded Claims filed on or about December 20, 2005. In support thereof, the Mansfield Landlord states as follows:

1. The Mansfield Landlord, as successor to Peregrine Properties Limited Partnership ("Peregrine"), is a party to a Lease Agreement dated as of August 25, 1994 with Winn-Dixie Texas, Inc. One of the Debtors herein, Winn-Dixie Montgomery, Inc., is the successor by merger to Winn-Dixie Texas, Inc. Contemporaneous with the execution of the Lease Agreement, Peregrine also entered into a Guaranty Agreement with Winn-Dixie Stores, Inc. pursuant to which Winn-Dixie Stores, Inc. irrevocably, absolutely and unconditionally guaranteed payment of all "sums due and payable by Tenant pursuant to the Lease."

2. This Court previously entered an order authorizing rejection of the Lease Agreement as of February 28, 2005. Following that rejection, the Mansfield Landlord filed three claims:

| Claim No. | Asserted Debtor | Amount |
|---|---|---|
| 6800 | Winn-Dixie Stores, Inc. | $862,131.69 |
| 10863 | Winn-Dixie Stores, Inc. | $1,171,570.71 |
| 10864 | Winn-Dixie Montgomery, Inc. | $1,171,570.71 |

3. Claim No. 10863 amended and superseded Claim No. 6800. By the Second Omnibus Objection, the Debtor has sought to disallow and expunge Claim No. 6800, and the Mansfield Landlord has no objection to that request.

4. By the Second Omnibus Objection, the Debtor has also sought to disallow and expunge Claim No. 10863 as superseded by Claim No. 10864. This relief should not be granted. Claim No. 10864 is asserted against Winn-Dixie Montgomery, Inc. as the successor Tenant under the Lease Agreement. In contrast, Claim No. 10863 is asserted against Winn-Dixie Stores, Inc. under the Guaranty Agreement. Copies of both the Lease Agreement and the Guaranty Agreement were attached to each of those proofs of claim. Both claims are entitled to be asserted in these cases.

WHEREFORE, Southland-Mansfield W.D. Delaware Business Trust respectfully requests that this Court enter order:

A. Disallowing and expunging Claim No. 6800;

B. Overruling the Debtors' objection to the extent that it seeks to disallow and expunge Claim No. 10863; and

    C.    Granting the Mansfield Landlord such other relief as this Court deems just and proper.

Dated: January 9, 2006.
Jacksonville, Florida

        HELD & ISRAEL

        By: _____
        Edwin W. Held, Jr., Esquire
        Florida Bar #162574
        Adam N. Frisch, Esquire
        Florida Bar #635308
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, Florida 32207
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile

and

NEAL, GERBER & EISENBERG, LLP

Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-5675 Telephone
(312) 269-1747 Facsimile
Co-counsel for Southland-Mansfield
W.D. Delaware Business Trust

NGEDOCS: 014840.0538;1229628.1