FILED
JACKSONVILLE, FLORIDA
JAN - 9 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Winn Dixie Montgomery          NO.: 05-11081
       Debtor
                                                    3817

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that the Mississippi State Tax Commission, a priority creditor in the above captioned cause, pursuant to Rule 3006 of the Rules of Bankruptcy Procedure, withdraws the balance of its claim filed in the case on or about  6-30-05  in the amount of $ 95,643.11  .

                                                         RESPECTFULLY SUBMITTED:
                                                         MISSISSIPPI STATE TAX COMMISSION

                                                 BY: _____Stephanie Jones_____
                                                         Stephanie Jones, Esquire
                                                         Staff Attorney for MSTC
                                                         PO Box 1033
                                                         Jackson, MS 39215
                                                         (State Bar No.: 101051)
                                                         Telephone: 601/923-7412
                                                         Facsimile: 601/923-7423

## CERTIFICATE OF SERVICE

I, Stephanie Jones, an attorney of record for the Mississippi State Tax Commission, hereby certify that I have served the above and foregoing NOTICE OF WITHDRAWAL OF CLAIM, by mailing, by First Class United States mail, this date, postage prepaid, a true and correct copy thereof to the following:

Sally M. Henry, Esquire
Fourtimes Square
New York, NY 10036

    THUS DONE, this the  29 day of December ,2005.

                                                          _____Stephanie Jones_____
                                                          Stephanie Jones

RECEIVED
JAN 4 2006
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK