**UNITED STATES BANKRUTPCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| _____ | ) | |

<u>**RESPONSE OF LASSITER PROPERTIES, INC. TO "DEBTORS' SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 AND 9014 TO CERTAIN (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS**</u>"

NOW COMES Lassiter Properties, Inc. (hereinafter "Lassiter") and files its "Response of Lassiter Properties, Inc. to 'Debtors' Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims", and states that this matter has been resolved between counsel for the parties as set forth below:

1.

On February 21, 2005 (hereinafter the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three (23) of its subsidiaries and affiliates (hereinafter collectively "Debtors"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.

On August 1, 2005, Lassiter filed the following Proofs of Claims:

- **Claim No. 10889:** Claim No. 10889 is a claim against Debtor Winn-Dixie Stores, Inc. arising out of three (3) separate Guaranty Agreements each designated a "Guaranty Agreement between Winn-Dixie Stores, Inc." (Guarantor) and Perigrine Properties

Limited Partnership (Landlord) and each dated as of August 25, 1994, a copy of which is attached to Claim No. 10889. Lassiter is the successor in interest to Perigrine Properties Limited Partnership. The three (3) separate Guaranty Agreements relate to three (3) separate leases for the following Winn-Dixie stores: Winn-Dixie Store No. 1826, Milledgeville, Georgia, Winn-Dixie Store No. 482, Columbus, Georgia, and Winn-Dixie Store No. 1816, Calhoun, Georgia.

- **Claim No. 10892:** Claim No. 10892 is a claim against Debtor Winn-Dixie Stores, Inc. arising out of that certain "Lease Agreement" between Lassiter, as Landlord, and Winn Dixie Montgomery, Inc., as Tenant, relating to Winn-Dixie Store No. 1826, Milledgeville, Georgia.

- **Claim No. 10893**: Claim No. 10893 is a claim against Debtor Winn-Dixie Stores, Inc., in Case No. 3:05-bk-03817-JAF arising out of that certain "Lease Agreement" between Lassiter, as Landlord, and Winn Dixie Montgomery, Inc. relating to Winn-Dixie Store No. 482, Columbus, Georgia.

- **Claim No. 10894:** Claim No. 10894 is a claim against Debtor Winn-Dixie Stores, Inc., in Case No. 3:05-bk-03817-JAF arising out of that certain "Lease Agreement" between Lassiter, as Landlord, and Winn Dixie Montgomery, Inc. relating to Winn-Dixie Store No. 1816, Calhoun, Georgia.

3.

On December 20, 2005, Debtors filed their "Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims" (hereinafter "Debtors' Objection").

4.

By Debtors' Objection, Debtors seek, inter alia, an order disallowing Claim No. 10889, Claim No. 10893 and Claim No. 10894 as alleged duplicate claims of Claim No. 10892.

5.

Claim No. 10889 is a Claim against Debtor Winn-Dixie Stores, Inc. arising out of Debtor Winn-Dixie Stores, Inc.'s obligations under three (3) Guaranty Agreements whereby Debtor Winn-Dixie Stores, Inc. guaranteed the performance of Debtor Winn-Dixie Montgomery, Inc., a subsidiary of Debtor Winn-Dixie Stores, Inc., under three (3) Leases between Lassiter, as Landlord, and Debtor Winn-Dixie Montgomery, Inc., as Tenant.

6.

Claim No. 10889 is not duplicative of any other claim filed in this Bankruptcy Case or any related case, and should be allowed.

7.

Claim No. 10893, Claim No. 10894 and Claim No. 10892 are direct claims against Debtor Winn-Dixie Montgomery, Inc.  As Lassiter has timely filed separate claims against Debtor Winn-Dixie Montgomery, Inc. in Bankruptcy Case No. 05-03837 respecting Winn-Dixie Store No. 1826, Milledgeville, Georgia, Winn-Dixie Store No. 482, Columbus, Georgia, and Winn-Dixie Store No. 1816, Calhoun, Georgia, Lassiter will withdraw Claim No. 10893, Claim No. 10894 and Claim No. 10892.

8.

Counsel for Lassiter and counsel for Debtors have conferred and have agreed that Claim No. 10889 will be designated a "Remaining Claim" as defined in Debtors' Objection and will not

be disallowed and expunged, and Lassiter will withdraw Claim No. 10893, Claim No. 10894 and

Claim No. 10892.

      **WHEREFORE**, Lassiter respectfully requests that the Court overrule Debtors' Objection

as such regards Claim No. 10889, enter an Order allowing Claim No. 10889, and grant Lassiter

such additional and further relief as is appropriate under the circumstances.

      Dated this 9th day of January, 2006.

                      Respectfully submitted,

By:   /s/ R. Scott Shuker
       R. SCOTT SHUKER
       Florida State Bar No. 984469
       Gronek & Latham, LLP
       390 North Orange Avenue, Ste 600
       P.O. Box 3353
       Orlando, Florida  32802
       (407) 481-5800
       (407) 481-5801 (Facsimile)

       JAMES L. PAUL
       Georgia State Bar No. 567600
       JOHN K. REZAC
       Georgia State Bar No. 601935
       Chamberlain, Hrdlicka, White, Williams &
       Martin
       191 Peachtree Street, N.E., Ninth Floor
       Atlanta, Georgia 30303
       (404) 659-1410
       (404) 659-1852 (Facsimile)
       Co-counsel for Creditor Lassiter Properties,
       LP

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date served a true and correct copy of the within and foregoing "Response of Lassiter Properties, Inc. to 'Debtors' Second Omnibus Objection Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to Certain (A) Duplicate Claims and (B) Amended and Superseded Claims'" on the following parties, by manner of service as indicated below, in a properly addressed envelope, with adequate postage affixed thereof, as necessary:

> D.J. Baker
> Skadden Arps Slate Meagher & Flom, LLP
> Four Times Square
> New York, New York 10036
> Via facsimile 212-735-2000
>
> Cynthia C. Jackson
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, Florida  32202
>
> Office of United States Trustee
> 135 W. Central Blvd., Suite 600
> Orlando, FL  32801

Dated this 9th day of January, 2006.

> By:   /s/ R. Scott Shuker
>        R. SCOTT SHUKER
>        Florida State Bar No. 984499
>        Gronek & Latham, LLP
>        390 North Orange Avenue, Ste 600
>        P.O. Box 3353
>        Orlando, Florida  32802
>        (407) 481-5800
>        (407) 481-5801 (Facsimile)
>
>        JAMES L. PAUL
>        JOHN K. REZAC
>        Chamberlain, Hrdlicka, White, Williams &
>        Martin
>        191 Peachtree Street, N.E., Ninth Floor
>        Atlanta, Georgia 30303
>        (404) 659-1410
>        (404) 659-1852 (Facsimile)