UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

The Court finds that the Notice of Transfer of Claim filed by Michael Rodgers on behalf of Merrill Lynch, Pierce, Fenner & Smith, Inc. on January 9, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Transfer of Claim filed by Michael Rodgers on behalf of Merrill Lynch, Pierce, Fenner & Smith, Inc. on January 9, 2006 is stricken from the record.

**DATED January 9, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Attorneys for Debtor
Logan & Co., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043
Dennis B. Stratford, Capitol Crossing Bank, 101 Summer Street, Boston, MA 02110
Dennis Dunne, Counsel for Unsecured Creditors Committee, 1 Chase Manhattan Plaza, New York, NY 10005-1413
Michael Rodgers, Morrison Foerster, 2000 Pennsylvania Ave., N.W., Washington, DC 20006-1888