UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Time Requested: 15 Minutes |
| _____ | ) | |

## MOTION TO COMPEL DISCOVERY

JEA, a creditor, moves the Court pursuant to Rule 7037(a) Federal Rules of Bankruptcy Procedure, for the entry of an order compelling the debtors, Winn-Dixie Stores, Inc., et al. ("Winn-Dixie"), to comply with JEA's discovery requests, and in support of the motion states:

1.  JEA is the local utility provider to Winn-Dixie.

2.  On the Petition Date, JEA was owed approximately $607,000 for utility services provided to Winn-Dixie.

3.  Notwithstanding the fact that the $607,000 is the largest potential write-off in JEA history, JEA has been compelled by court order to continue providing utility services to Winn-Dixie without the benefit of a post-petition security deposit.

4.  Since the entry of the order denying JEA's request for a post-petition security deposit, Winn-Dixie has continued to report significant operating losses. JEA has therefore recently renewed its request for a post-petition security deposit as adequate assurance of

future payment. A hearing on the motion is currently scheduled for February 9, 2006 at 2:00 p.m.

5. In order to make a proper evidentiary showing at the February 9th hearing, JEA served a request for production of documents on Winn-Dixie requiring the debtors to produce the following information relative to its financial performance:

    a. All documents reflecting the amount borrowed and presently available under Winn-Dixie's DIP credit facility with Wachovia Bank;

    b. All financial statements of Winn-Dixie since the Petition Date;

    c. Winn-Dixie's business plan or the most recent draft thereof; and

    d. Winn-Dixie's budgets, pro-forma income statements and financial forecasts for the balance of 2005 and for all of 2006 (and for any shorter period within said time periods).

A copy of the request for production is attached as Exhibit A.

6. Winn-Dixie's responses to JEA's discovery requests were served on December 21, 2005 (see Exhibit B attached hereto). In the response, Winn-Dixie has objected to each of JEA's document requests as being "overly broad" or "not reasonably calculated to lead to the discovery of the admissible evidence."

7. Winn-Dixie's objections to JEA's discovery requests are not well-founded. The requested documents are needed to show (i) that Winn-Dixie continues to lose money, (ii) that Winn-Dixie anticipates losing additional money, and (iii) that Winn-Dixie's financial

forecasting is highly suspect, all of which bears on the risk facing JEA and other utility suppliers. There is nothing confidential about the historical documents, and any concerns about the business plan or future revenues can easily be addressed through a confidentiality order. Moreover, disclosure of financial statements, business plans and the like are part of the trade-off inherent in the Chapter 11 process.

8. The undersigned certifies that he has consulted with counsel for Winn-Dixie in an attempt to resolve this discovery dispute with court intervention, but was unsuccessful in such efforts. In fact, the undersigned can certify that JEA's discovery requests are being largely ignored.

WHEREFORE, JEA respectfully requests that the Court enter an order: (a) compelling Winn-Dixie to produce the documents requested; and (b) granting to JEA such further relief as this Court deems appropriate.

STUTSMAN & THAMES, P.A.

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
E-mail: rrthames@stutsman-thames.com

Attorneys for JEA

-3-

Case 3:05-bk-03817-JAF    Doc 5086    Filed 01/10/06    Page 4 of 7

## Certificate of Service

I certify that on January _10_, 2006, a copy of the foregoing was furnished electronically to: **Stephen D. Busey, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, sbusey@smithhulsey.com; **D.J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com; **John B. Macdonald, Esq.**, Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, john.macdonald@akerman.com; **Elana L. Escamilla, Esq.**, Assistant United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, elana.l.escamilla@usdoj.gov; **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com; **Adam Ravin, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, aravin@skadden.com; **Patrick P. Patangan, Esq.**, Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, patrick.patangan@akerman.com; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Plaza, New York, New York 10005, ddunne@milbank.com; **David Jennis Esq.**, Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, Florida 33602, djennis@jennisbowen.com; to **Karol K. Denniston, Esq.**, Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street, Suite 2400, Atlanta, Georgia 30308, karoldenniston@paulhastings.com; and by mail to the Rule 1007-D list of creditors on the mailing matrix attached to the original of this document



58268                                                                 Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:05-bk-03817-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Jan 10 10:21:27 EST 2006 | ACE American Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Ad Hoc Committee of Winn-Dixie Retirees<br>c/o Friedline & McConnell, P.A.<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 |
| Albert H. Adams, Jr.<br>P.O. Box 910, Eufaula, AL 36072-0910 | Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301 |
| Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 | Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201 | Bi-Lo, LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |
| Brian J. Grieco<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, New York 10022 | Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326 |
| C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis<br>IN<br>46204-2079 | CapMark Services, Inc., as servicer<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Cardinal Entities Company, LLC<br>c/o Bradley R. Markey, Esq.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202 |
| Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 | Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 | Citrus World, Inc., d/b/a Florida's Nat<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 |
| Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802 | Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Day Properties, Inc.<br>c/o Robert Laney, Esquire<br>906 Main Street<br>North Wilkesboro, NC 28659 | Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 |
| Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC 27114-5008 | Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 |

| | | |
|---|---|---|
| Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802 | International Business Machines Corp.<br>%Ronald J. Marlowe<br>ARNSTEIN & LEHR LLP<br>1110 N. Florida Ave.<br>Tampa, FL 33602 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 |
| Jerrett M. McConnell<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 | John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO 64112 |
| John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia<br>30060-7946 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304 | Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 |
| Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802 | Lassiter Properties, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>PO Box 3353<br>Orlando, FL 32802 |
| Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600<br>Jacksonville, FL 32202 | Long Wholesale, Inc. d/b/a CCC Beauty Supply<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Northeast MS Coca-Cola Bottling Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326 |
| Official Committee of Unsecured Creditors of | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326 | Principal Life Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Randall A. Rios<br>700 Louisiana Ste 4600 Houston, Tx 77002 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211 | Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309 |

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207


Thomas R. Lehman, P.A.
1441 Brickell Avenue
15th Floor
Miami
FL
33131

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207


Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900
Jacksonville, FL 32202

End of Label Matrix
Total addresses 64