UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### DEBTORS' RESPONSE TO JEA'S REQUEST TO PRODUCE

Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Debtors"), respond to the document request of the Jacksonville Electric Authority ("JEA") as follows:

### General Objections

The Debtors object to each request to the extent it seeks documents protected by the attorney-client privilege or work product doctrine.

### Responses

Request No. 1: The Debtors object to this request as overly broad and not likely to lead to the discovery of admissible evidence. The Debtors also object to the request to the extent it seeks disclosure of confidential business information.

Request No. 2: The Debtors object to this request as overly broad and not likely to lead to the discovery of admissible evidence.

Request No. 3: The Debtors object to this request as irrelevant and not likely to lead to the discovery of admissible evidence and seeks disclosure of confidential business information.

**EXHIBIT B**

Request No. 4: The Debtors object to this request as overly broad and not likely to lead to the discovery of admissible evidence.

Dated: December 21, 2005

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically and by hand delivery to Richard R. Thames, Esq., Stutsman & Thames, P.A., 121 W. Forsyth Street, Suite 600, Jacksonville, FL 32202; and electronically and/or by mail to John B. Macdonald, Esq., Akerman, Senterfitt & Edison, P.A., 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; Elena L. Escamilla, Esq., Assistant United States Trustee, 135 West Canal Blvd., Room 620, Orlando, FL 32801; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; David Jennis, Esq., Jennis & Bowen, PL, 400 North Ashley Drive, Suite 2540, Tampa, FL 33602; Patrick P. Patangan, Esq., Akerman, Senterfitt & Edison, P.A., 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; Karol K. Denniston, Esq., Paul, Hastings, Janofsky, & Waler, LLP, 600 Peachtree Street, Suite 2400, Atlanta, GA 30308; and Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Plaza, New York, NY 10005, this 21st day of December, 2005.



*s/ Cynthia C. Jackson*
Attorney

00517137