UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 05-BK-3817-3F1

DEBTOR: Winn Dixie Stores, Inc.
CREDITORS: Glenn Brown and Nellie Jean Brown

F I L E D
JACKSONVILLE, FLORIDA
JAN 0 9 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

_____/

## NOTICE OF WITHDRAWAL COUNSEL

Rafael J. Nobo, III and the law firm of Frost Tamayo Sessums & Aranda, P.A., respectfully give notice to this Court of their withdrawal as counsel of record for Creditors, GLENN BROWN and NELLIE JEAN BROWN. As grounds therefore, Movants would show that:

1. That there are irreconcilable differences between Movants and Glenn Brown and Nellie Jean Brown, as to the handling of this matter.

2. The undersigned counsel has conferred with Leanne McKnight Prendergast, Esquire, of Smith Hulsey & Busey, counsel for Debtor, Winn-Dixie Stores, Inc., who has advised she has no objection to the Motion to Withdraw as Counsel.

WHEREFORE, Rafael J. Nobo, III and the law firm of Frost Tamayo Sessums & Aranda, P.A. respectfully give notice that they are relieved from further representation and responsibility as counsel for Creditors, GLENN BROWN and NELLIE JEAN BROWN, in the above-styled matter. Movants further request that all future pleadings be served on Creditors, GLENN BROWN and NELLIE JEAN BROWN, at 3417 Lakewood Road, Sebring, Florida 33875, until such time as new counsel files a Notice of Appearance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished by U.S. mail to **LEANNE McKNIGHT PRENDERGAST, ESQUIRE,** Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **J. GORDON ROTHWELL, ESQUIRE,** 560 First Avenue N, St. Petersburg, Florida 33701, and to **GLENN BROWN AND NELLIE JEAN BROWN**, 3417 Lakewood Road, Sebring, Florida 33875, this 6th day of January, 2006.

FROST TAMAYO SESSUMS
ARANDA, P.A.

By: _____
RAFAEL J. NOBO, III
Florida Bar No. 0808091
Post Office Box 2188
Bartow, FL 33830
Telephone: (863) 533-0314
Facsimile: (863) 533-8985