**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                              Case No. 3:05−bk−03817−JAF
                                                                                                    Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CONTINUED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Betty Terrell is continued for final hearing to April 3, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated January 10, 2006 .

                                        Clerk of Court
                                        300 North Hogan Street Suite 3−350
                                        Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Movant