# GENE BARTON

ATTORNEY AT LAW

**COPY**

*Pontotoc*

Washington Street
Pontotoc, Mississippi
Phone: (662) 489-4204
Fax: (662) 489-4249

*Mailing Address*

P. O. Box 455
Pontotoc, Mississippi 38863

*Tupelo*

1123 B West Main
Tupelo, Mississippi
Phone: (662) 844-5722

January 3, 2006

Logan and Company, Inc.
Claims Administrator
546 Valley Road
Upper Montclair, New Jersey 07043

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
JAN 0 9 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE: Winn-Dixie Stores, Inc.
United States Bankruptcy Court for the
   Middle District of Florida
   Jacksonville Division
Case Number:    3-05bk-3817-3F1
Creditor:    Elizabeth Montgomery

Dear Sir or Madam:

Pursuant to the Court's Order approving resolution of claims sent out in the Fall of 2005, my client, Elizabeth Montgomery, disputes your decisions and demands her full claim of Two Hundred Fifty Thousand Dollars ($250,000.00). We request, at your expense, mediation of her claim pursuant to the Court's Order.

Thank you for your response.

Very truly yours,

Gene Barton  (mdd)

GB:mdd
cc:    Honorable Leland S. Smith
       Mr. David K. Oliveria, Clerk, United States Bankruptcy Court, Middle District of Florida
       Ms. Elizabeth Montgomery