UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 Jointly Administered |
| | ) | |

## MOTION TO ALLOW SUBSTITUTION OF COUNSEL

Creditor, Golden Flake Snack Foods, Inc., respectfully requests that this Court enter an order allowing the law firm of LaFleur Law Firm be substituted as local counsel of record for Creditor in place of Stutsman & Thames, P.A.. The Creditor's consent to the proposed substitution is attached.

LaFLEUR LAW FIRM

By _____
Nina M. LaFleur

Florida Bar Number 0107451
P.O. Box 861128
St. Augustine, Florida 32086
(904) 797-7995
(904) 797-7996 Facsimile

STUTSMAN & THAMES, P.A.

By _____
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile

## Consent

Golden Flake Snack Foods, Inc., by and through its undersigned counsel consents to the substitution of LaFleur Law Firm for Stutsman & Thames, P.A. as local counsel in this case.

DATED this 6th day of January, 2006.

SPAIN & GILLON, LLC

By: /s/ Walter F. McArdle
Walter F. McArdle

The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
(205) 581-6295
(205) 324-8866