UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JANUARY 12, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on January 12, 2006 at 1:00 p.m. (ET):

**Contested Matters**

1.  *Equity Committee's Request for Scheduling Conference with Respect to the Motion of the Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code (Docket No. 4735)*

    Objection Deadline: January 5, 2006

    Objections: Creditors Committee (Docket No. 5071).

    Status: The Debtors have been informed that the Movant will proceed with the Request.

    2.    *Creditor National In Store Marketing LLC's Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim(s) (Docket No. 4316)*

Objection Deadline:  January 5, 2006

| | |
|---|---|
| Objections: | Debtors (Docket No. 5004), and Creditors Committee (Docket No. 5058). |
| Status: | The Debtors have been informed that the Movant will proceed with the Motion. |

    3.    *Objection of School Street Crossing, L.P. to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Docket No. 2151)*

Status:  By Order dated August 5, 2005 (Docket No. 2847), the Court granted the Debtors' Motion to sell assets and assume and assign leases (Docket No. 1961) as to Store No. 1362. School Street Crossing, the landlord for Store No. 1362, objects to the cure amount the Debtors propose to pay School Street. The Debtors will ask the Court to hear School Street's Objection.

With the Debtors' consent, School Street has re-noticed this matter for hearing on January 19, 2006.

Dated:  January 11, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00517167