B210
(12/04)

# United States Bankruptcy Court

__Middle__ District Of __Florida - Jacksonville Division__

In re __Winn-Dixie Stores, Inc.__ ,    Case No. __05-03817-3F1__

Court ID (Court use only)____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Nationwide Life Insurance Company of America | Pinetree Partners, L.L.C. |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
|---|---|
| One Nationwide Plaza  01-34-06<br>Columbus, Ohio  43215-2220<br>Attention:  Randall W. May, Esq.<br>Phone: __614-249-7899__<br>Last Four Digits of Acct #: ____ | Last Four Digits of Acct. #: ____ |

| Name and Address where transferee payments should be sent (if different from above)<br><br>Phone: ____<br>Last Four Digits of Acct #: ____ | Name and Current Address of Transferor<br>113 Bascom Court<br>Suite H<br>Columbus, Georgia  31909<br>Phone: ____<br>Last Four Digits of Acct. #: ____ |
|---|---|

Court Claim # (if known): __11840__
Date Claim Filed: __9/22/05__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Luke A. Kill   /s/__     Date: __January 11, 2006__
         Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:____

                                                            _____
                                                            **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO: Middle District of Florida Bankruptcy Court
AND TO: Nationwide Life Insurance Company of America
One Nationwide Plaza
Columbus, Ohio 43215-2220

PINETREE PARTNERS, L.L.C., for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Rents and Leases by Pinetree Partners, L.L.C., dated August 21, 1998 and recorded in Deed Book 653, Page 333, Office of the Clerk of Superior Court of Thomas County, Georgia, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Nationwide Life Insurance Company of America, with offices at One Nationwide Plaza, Columbus, Ohio 43215-2220, its successors and assigns all right, title and interest in and to the Claim(s) of Pinetree Partners, L.L.C. against Winn-Dixie Stores, Inc. in the Middle District of Florida Bankruptcy Court, The case entitled In re Winn-Dixie Stores, Inc., with a Case Number of 05-03817 pending in the Court, including without limitation, lease rejection damages of Pinetree Partners, L.L.C.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Nationwide Life Insurance Company of America as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Nationwide Life Insurance Company of America.

IN WITNESS WHEREOF, dated as of the 6TH OF DECEMBER, 2005.

Name: PINETREE PARTNERS, L.L.C.
By: _[signature]_
(Signature of Claimant)

Print Name: Charles Flowers

113 Bascom Court
Suite H
Columbus, Georgia 31909

58-2409720
(SS#/Tax ID)


Accepted: NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA
By: _[signature]_
ROBERT J. MALONEY
VICE PRESIDENT - REAL ESTATE INVESTMENTS

153089v.1 002/66001

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | CASE NO. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., ) | CHAPTER 11 |
| ) | |
| Debtors. ) | |
| ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** upon the parties to this action by depositing a true and complete copy of same in the United States Mail, with adequate postage thereon, addressed as follows:

Elizabeth M. Schule, Esq.
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida  32202

Pinetree Partners, L.L.C.
113 Bascom Court
Suite H
Columbus, Georgia  31909

This 11th day of January, 2006.

/s/
Eloise S. Quinnelly,
Legal Secretary

SCOGGINS & GOODMAN, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1227
(404) 659-1000

156700v.1 002/66002