UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE  DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                          Case No.: 3-05-bk-03817-JAF
                                                          Chapter 11

                        Debtors.                          Jointly Administered
_____/

## NOTICE OF DISBANDMENT
## OF EQUITY SECURITY HOLDERS COMMITTEE

COMES NOW, Felicia S. Turner, United States Trustee, Region 21, by and through her

undersigned counsel, and hereby disbands the Equity Security Holders Committee effective

January 11, 2006.

Dated: January 11, 2006.

FELICIA S. TURNER
United States Trustee
Region 21


/s/ Elena L. Escamilla
Elena L. Escamilla,  Trial Attorney
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Telephone No.:   (407) 648-6465
Facsimile No.:    (407) 648-6323
Florida Bar No.: 898414
Elena.L.Escamilla@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Disbandment of Equity Committee Security Holders has been furnished electronically to all parties listed on the master service list dated January 6, 2006 (Docket no. 5070) on this the 11th day of January 2006.

/s/ Elena L. Escamilla
Elena L. Escamilla,  Trial Attorney