United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| WINN-DIXIE STORES, INC | } Chapter 11 |
| | } |
| | } Claim No. 8487 |
| | } Claim No. 8155 |
| | } |
| | } Case No.05-03817 |
| | } |
| Debtor | } Total Amount $1,042,137.41 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
To: Transferor:

**SHOALS MARKETPLACE, LLC**
**C/O WALSTON WELLS & BIRCHALL**
**1819 5TH AVENUE NORTH**
**BIRMINGHAM, AL 35203**

The transfer of your claim as shown above in the amount of $1,042,137.41 has been transferred to:

> Liquidity Solutions, Inc
> Defined Benefit
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Jeffrey Caress
Liquidity Solutions, Inc
Defined Benefit
(201) 968-0001

474878

## TRANSFER NOTICE

SHOALS MARKETPLACE, L.L.C. ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. DEFINE BENEFIT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **WINN-DIXIE MONTGOMERY AND WINN-DIXIE STORES, INC.** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to proofs of claim numbers 8487 and 8155 the aggregate amount of **$1,042,137.41** representing all general unsecured claims against: **WINN-DIXIE MONTGOMERY AND WINN-DIXIE STORES, INC.** in the United States Bankruptcy Court, Northern District of Florida, administered as Case No. 05-3817, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

SHOALS MARKETPLACE, L.L.C.

By: /s/ Richard G. Schmalz, member
(Signature)

RICHARD G. SCHMALZ, MEMBER
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC

(Signature)

JEFFREY L. CARESS
(Print Name of Witness)

474878