

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
January 12, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Request for Scheduling Conference with Respect to the Motion of the Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code Filed by Creditor Official Committee of Equity Security Holders (4735)

Response of Official Committee of Unsecured Creditors to Request (Doc. 5071)

*no action @ this time*

**APPEARANCES:**
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
EQUITY SECURITY HOLDERS:       DAVID JENNIS
                               Karol Dennison P

**RULING:**