

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
January 12, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim(s) Filed by National In Store Marketing LLC (4316)

Objection to Motion filed by Debtor (Doc. 5004)

Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to Motion (Doc. 5058)

*Ntc of Compromise*

*Ord/ Busey*

**APPEARANCES:**
**US TRUSTEE:**         ELENA ESCAMILLA
**UNSEC. CRED:**        JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR
**NATIONAL IN-STORE MKTG:**  LEYZA BLANCO

**RULING:**