FILED VIA MAIL
JAN 0 9 2006
CLERK U.S. BANKRUPTCY
ORLANDO, FL

UNITED STATES BANKRUPTCY COURT

DISTRICT OF <u>MIDDLE</u>

DIVISION <u>ORLANDO</u>

In re: WINN DIXIE SUPERMARKETS INC

Case No. 05-03817-3F1

I.D. NO. <u>0443531</u>                    Year <u>2005</u>

FILED
JACKSONVILLE, FLORIDA
JAN 1 2 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   <u>PROCESSED ON THE REMITTANCE PROCESSOR</u>

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number H11/30/05P035711 paid on <u>December 7, 2005</u> in the amount of <u>202.15</u>.

4. The Estimated Claim was filed on <u>March 11, 2005</u> in the amount of <u>281.11</u>.

Dated <u>January 6, 2006</u>.

RAY VALDES
SEMINOLE COUNTY TAX COLLECTOR
By: *Dona Spaulding*

Name: <u>Dona Spaulding, Bankruptcy</u>
Phone: <u>(407) 665-7646</u>