```
┌─────────────────────────────────────────────────────┐
│         UNITED STATES BANKRUPTCY COURT              │
│                                                     │
│         DISTRICT OF  MIDDLE                         │
│                                                     │
│         DIVISION     ORLANDO                        │
├─────────────────────────────────────────────────────┤
│                              Case                   │
│ In re:  WINN DIXIE SUPERMARKETS INC    No. 05-03817-3F1 │
├─────────────────────────────────────────────────────┤
│ I.D. NO. 0457481                       Year 2005    │
└─────────────────────────────────────────────────────┘
```

FILED VIA MAIL
JAN 0 9 2006
CLERK U.S. BANKRUPTCY
ORLANDO, FL

FILED
JACKSONVILLE, FLORIDA
JAN 1 2 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   PROCESSED ON THE REMITTANCE PROCESSOR
   _____
   _____
   _____

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number H11/30/05P035712 paid on December 7, 2005 in the amount of 340.15.

4. The Estimated Claim was filed on March 11, 2005 in the amount of 474.23.


Dated January 6, 2006.

                                    RAY VALDES
                                    SEMINOLE COUNTY TAX COLLECTOR

                                    By: _Dona Spaulding_
                                    Name: Dona Spaulding, Bankruptcy
                                    Phone: (407) 665-7646