FILED VIA MAIL

JAN 0 9 2006

CLERK U.S. BANKRUPTCY
ORLANDO, FL

FILED
JACKSONVILLE, FLORIDA
JAN 12 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF  MIDDLE

DIVISION    ORLANDO

In re: WINN DIXIE SUPERMARKETS INC

Case No. 05-03817-3F1

I.D. NO. 0419986      Year 2005

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   PROCESSED ON THE REMITTANCE PROCESSOR

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number H11/30/05P035714 paid on December 7, 2005 in the amount of 185.31.

4. The Estimated Claim was filed on March 11, 2005 in the amount of 242.23.

Dated January 6, 2006.

RAY VALDES
SEMINOLE COUNTY TAX COLLECTOR
By: _Dona Spaulding_

Name: Dona Spaulding, Bankruptcy
Phone: (407) 665-7646