```
UNITED STATES BANKRUPTCY COURT

DISTRICT OF  MIDDLE

DIVISION  ORLANDO
```

FILED VIA MAIL
JAN 0 9 2006
CLERK U.S. BANKRUPTCY
ORLANDO, FL

FILED
JACKSONVILLE, FLORIDA
JAN 12 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: WINN DIXIE SUPERMARKETS INC

Case No. 05-03817-3F1

I.D. NO. 0419978

Year 2005

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   PROCESSED ON THE REMITTANCE PROCESSOR

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number H11/30/05P035715 paid on December 7, 2005 in the amount of 214.20.

4. The Estimated Claim was filed on March 11, 2005 in the amount of 303.22.

Dated January 6, 2006.

RAY VALDES
SEMINOLE COUNTY TAX COLLECTOR

By: _Dona Spaulding_

Name: Dona Spaulding, Bankruptcy
Phone: (407) 665-7646