UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

Debtor(s)

SBM OF DAVIE, INC.,

Plaintiff,

ADV NO: 06-ap-00010

vs.

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Defendant,

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by Paul M. Renner on behalf of SBM of Davie, Inc. on January 11, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by Paul M. Renner on behalf of SBM of Davie, Inc. on January 11, 2006 is stricken from the record.

DATED January 12, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Paul M. Renner, 50 North Laura Street, Suite 2900, Jacksonville, FL 32202
Richard J. McIntyre and Lara Roeske Fernandez, Suite 2700, Bank of America Plaza, 101 East Kennedy Blvd., Tampa, FL 33602
Robert Bleakley, 101 E. Kennedy Blvd., Suite 1100, Tampa, FL 33602
Adam Ravin, Four Times Square, New York, NY 10036
US Trustee

w-d strike.doc