UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:                                  )   CASE NO. 05-03817-3F1
                                        )
WINN-DIXIE STORES, INC.,                )   CHAPTER 11
                                        )
     Debtors.                           )
                                        )
                                        )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** upon the parties to this action by depositing a true and complete copy of same in the United States Mail, with adequate postage thereon, addressed as follows:

Elizabeth M. Schule, Esq.
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida  32202

Pinetree Partners, L.L.C.
113 Bascom Court
Suite H
Columbus, Georgia  31909

This 12th day of January, 2006.

/s/ Eloise S. Quinnelly
Eloise S. Quinnelly,
Legal Secretary

SCOGGINS & GOODMAN, P.C.
2800 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1227
(404) 659-1000

156800v.1 002/66002