### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING NOTICE OF WITHDRAWAL OF CLAIM

The Court finds that the Notice of Withdrawal of Claim filed by Stephanie Jones on behalf of Mississippi State Tax Commission on January 9, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Withdrawal of Claim filed by Stephanie Jones on behalf of Mississippi State Tax Commission on January 9, 2006  is stricken from the record.

**DATED January 9, 2006**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Stephanie Jones, P.O. Box 1033, Jackson, MS 39215
Sally M. Henry, Four Times Square, New York, NY 10036

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

```
District/off: 113A-3          User: cartes              Page 1 of 1                    Date Rcvd: Jan 10, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 2
```

```
The following entities were served by first class mail on Jan 12, 2006.
aty          +Stephanie Jones,    P.O. Box 1033,    Jackson, MS 39215-1033
             +Sally M. Henry,    Four Times Square,    New York, NY 10036-6518

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2006**                    **Signature:**    *Joseph Speetjens*