UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING NOTICE OF TRANSFER OF CLAIM

The Court finds that the Notice of Transfer of Claim filed by Michael Rodgers on behalf of Merrill Lynch, Pierce, Fenner & Smith, Inc. on January 9, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Notice of Transfer of Claim filed by Michael Rodgers on behalf of Merrill Lynch, Pierce, Fenner & Smith, Inc. on January 9, 2006 is stricken from the record.

**DATED January 9, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor
Attorneys for Debtor
Logan & Co., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043
Dennis B. Stratford, Capitol Crossing Bank, 101 Summer Street, Boston, MA 02110
Dennis Dunne, Counsel for Unsecured Creditors Committee, 1 Chase Manhattan Plaza, New York, NY 10005-1413
Michael Rodgers, Morrison Foerster, 2000 Pennsylvania Ave., N.W., Washington, DC 20006-1888

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1              Date Rcvd: Jan 10, 2006
Case: 05-03817              Form ID: pdfdoc         Total Served: 3

The following entities were served by first class mail on Jan 12, 2006.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Dennis B. Stratford,   Capitol Crossing Bank,   101 Summer Street,   Boston, MA 02110-1217
             Michael Rodgers,   Morrison Foerster,   2000 Pennsylvania Ave., N.W.,   Washington, DC  20006-1888
The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2006**                           **Signature:** _Joseph Speetjens_