**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC. et al | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**DESIGNATION AND CONSENT FOR ELECTRONIC FILING ONLY**

I, Melissa H. Andrade, Esquire, an attorney with the law firm of Blanchard, Merriam, Adel & Kirkland, P.A., representing Howard White, hereby designate

Anna E. Morris, Esquire
Gilligan, King, Gooding & Gifford, P.A.
1531 Southeast 36th Avenue
Ocala, Florida 34471
(352) 351-5446 Telephone
(352) 867-0237 Facsimile

to electronically file pleadings and/or documents on behalf of Howard White in the above-captioned matter.  Anna E. Morris, Esquire and Gilligan, King, Gooding & Gifford, P.A. do not represent Howard White in any way and are consenting to electronically file documents on his behalf only.

Dated this _11th _ day of January, 2006.

                                BLANCHARD, MERRIAM,
                                ADEL & KIRKLAND, P.A.


                                By _/s/ Melissa H. Andrade____
                                Melissa H. Andrade, Esquire
                                Attorneys for Howard White
                                Florida Bar No.: 671169
                                Post Office Box 1869
                                Ocala, Florida 34478
                                (352) 732-7218

**CONSENT TO ELECTRONIC FILING ONLY**

I, Anna E. Morris, Esquire, an attorney with the law firm of Gilling, King, Gooding & Gifford, P.A., hereby consent only to electronically file pleadings and/or documents on behalf of Howard White in the above-captioned matter. Anna E. Morris, Esquire and Gilligan, King, Gooding & Gifford, P.A. do not represent Howard White in any way and are consenting to electronically file documents on his behalf only.

Dated this _11th _ day of January, 2006.

                                          GILLIGAN, KING, GOODING
                                          & GIFFORD, P.A.

                                          By _/s/ Anna E. Morris_____
                                              Anna E. Morris, Esquire
                                              Florida Bar No.: 721001
                                              1531 Southeast 36th Avenue
                                              Ocala, Florida 34471
                                              (352) 867-7707

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to JAMES H. POST, Esquire, SMITH, HULSEY & BUSEY, Attorneys for Debtors, 1800 Wachovia Bank Tower, 255 Water Street, Jacksonville, Florida  32202; Logan & Co. Inc., Claims Agent, 546 Valley Road, Upper Montclair NJ 07043; and Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., Post Office Box 24787, Jacksonville, Florida  32241-4787this ____ day of _____, 2006.