Jan. 10th
2006

FILED
JACKSONVILLE, FLORIDA
JAN 1 2 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Winn Dixie Bankruptcy
United States Bankruptcy Court
  This is to respond by Jan 15, 06
My attorney in Hattiesburg MS. Not licensed in State of FL. Could not get FL. attorney to help me.
  I have no other choice but to accept the offer of $7,000.00.
  I had assumed Winn Dixie had Ins. coverage. as the claims office said they did.

Please reply to
James Phillips
576 Ohio River Rd.
Greenup Ky. 41144

Thank you
James Phillips

Also all medical charges sent to Sedgwick Claims was related to this incident

*[handwritten: To Paul / Forward copy to Client]*



## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

*[handwritten: Proof of Claim]*

November 9, 2005

Frank D. Montague, Jr., Esq.
MONTAGUE PITTMAN & VARNADO
525 Main St. P.O. Drawer 1975
HATTIESBURG, MS 39403-1975

RE:    Claimant:    James Phillips
          Claim #:     A211216319-0001-01
          Proof of Claim No.: 6074, 6075, 6076, 6077
          Incident Date: 10/27/2002
          Entity:       Winn-Dixie Stores, Inc.
          Location: Winn-Dixie #2626
                    4400 Hardy St  Hattiesburg, MS

Dear Frank D. Montague, Jr., Esq.:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand of $400,000.00 has not been accepted for the following reasons: Medical charges for after August 2003 do not appear to be related to this incident.

Not withstanding the above, we are willing to offer you an allowed, pre-petition, general, unsecured claim against Winn Dixie in their Chapter 11 case in the amount of $7,000.00. This is not the amount that you will receive on account of your client's claim. The amount received will depend on the approved plan of reorganization. Your client will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.

Your response is required by January 15, 2006. If you do not respond to the debtors (Winn-Dixie) by January 15, 2006, the debtors shall have the right, for that reason alone, to seek denial of your proof of claim.

Sincerely,

*Yolanda Davis*
Yolanda Davis
Claims Examiner II