**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                  Chapter 11

WINN-DIXIE STORES, INC                                  Case No.  3:05-bk-03817-JAF

     Debtor.
_____/

**AMENDED SUPPLEMENTAL CERTIFICATE OF SERVICE**
**TO MAUREEN FITZGERALD-MARHOLD'S VERIFIED MOTION FOR RELIEF FROM STAY**

     I HEREBY CERTIFY that a true and correct copy of "Maureen Fitzgerald-Marhold's Verified Motion for Relief from Stay" was furnished by electronic means on the 2nd day of November, 2005, to the Rule 1007(d) parties in interest list.

     /s/ Stephenie M. Biernacki
     **JOHN A. ANTHONY, ESQUIRE**
     Florida Bar Number:  0731013
     **STEPHENIE M. BIERNACKI, ESQUIRE**
     Florida Bar Number:  0127299
     GRAY ROBINSON, P.A.
     201 N. Franklin Street, Suite 2200
     Post Office Box 3324
     Tampa, Florida 33601-3324
     Telephone:  (813) 273-5000
     Facsimile:  (813) 273-5145

     Attorneys for Maureen Fitzgerald-Marhold

# 729391 v1