UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                    )            Case No.: 05-03817-3F1

WINN DIXIE STORES, INC. et al    )            Chapter 11

_____Debtors._____)            Jointly Administered

## DESIGNATION AND CONSENT FOR ELECTRONIC FILING ONLY

I, Melissa H. Andrade, Esquire, an attorney with the law firm of Blanchard, Merriam, Adel & Kirkland, P.A., representing Howard White, hereby designate

Anna E. Morris, Esquire
Gilligan, King, Gooding & Gifford, P.A.
1531 Southeast 36th Avenue
Ocala, Florida 34471
(352) 351-5446 Telephone
(352) 867-0237 Facsimile

to electronically file pleadings and/or documents on behalf of Howard White in the above-captioned matter.  Anna E. Morris, Esquire and Gilligan, King, Gooding & Gifford, P.A. do not represent Howard White in any way and are consenting to electronically file documents on his behalf only.

Dated this _11th _ day of January, 2006.

BLANCHARD, MERRIAM,
ADEL & KIRKLAND, P.A.

By _____
Melissa H. Andrade, Esquire
Attorneys for Howard White
Florida Bar No.: 671169
Post Office Box 1869
Ocala, Florida 34478
(352) 732-7218

## CONSENT TO ELECTRONIC FILING ONLY

I, Anna E. Morris, Esquire, an attorney with the law firm of Gilling, King, Gooding & Gifford, P.A., hereby consent only to electronically file pleadings and/or documents on behalf of Howard White in the above-captioned matter. Anna E. Morris, Esquire and Gilligan, King, Gooding & Gifford, P.A. do not represent Howard White in any way and are consenting to electronically file documents on his behalf only.

Dated this _11th _ day of January, 2006.

GILLIGAN, KING, GOODING
& GIFFORD, P.A.


By _/s/ Anna E. Morris_____
Anna E. Morris, Esquire
Florida Bar No.: 721001
1531 Southeast 36th Avenue
Ocala, Florida 34471
(352) 867-7707


I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to JAMES H. POST, Esquire, SMITH, HULSEY & BUSEY, Attorneys for Debtors, 1800 Wachovia Bank Tower, 255 Water Street, Jacksonville, Florida 32202; Logan & Co. Inc., Claims Agent, 546 Valley Road, Upper Montclair NJ 07043; and Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., Post Office Box 24787, Jacksonville, Florida 32241-4787this _11th _ day of _January_, 2006 and by electronic filing on the 13th day of January, 2006.