# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC.,

      Debtor.

_____/

Case No. 3:05-bk-03817-JAF

Chapter 11

## NOTICE OF CHANGE OF ADDRESS FOR
## CREDITOR EMMA BAKER

NOTICE IS HEREBY GIVEN that effective immediately the address of EMMA

BAKER is as follows:

    EMMA BAKER
    3102 Chipco Street
    Tampa, FL 33605

DICK GRECO, JR., ESQ.
Fla. Bar No. 347833
Morgan & Morgan, P.A.
101 E. Kennedy Blvd., Ste. 1790
Tampa, FL 33602
(813) 223-5505
(813) 223-7032 (fax)
Attorney for EMMA BAKER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address has been furnished by electronic or U.S. mail on this 6th day of January 2006.

_____
DICK GRECO, JR., ESQ.

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
James H. Post
Leanne McKnight Prendergast
Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

B-80125 k\bcy\n\n-addchg.equicredit.hayes