UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Chapter 11

WINN DIXIE STORES, INC., et al                            Case No. 05-03817-JAF

        Debtors.                                          (Jointly Administered)
_____/

## SUPPLEMENT TO NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned law firm supplements its prior January 6, 2006 Notice of Appearance to add an additional client, Westfork, LLC, to the list of the law firm's clients represented in this case. Accordingly, the firm appears as counsel for the following landlords/creditors of Debtor, Winn-Dixie Stores, Inc. through their management company Terranova Corporation:

> TA/Western, LLC
> Concord-Fund IV Retail, LP
> TA Cresthaven, LLC
> Flagler Retail Associates, Ltd.
> Elston/Leetsdale, LLC
> Westfork Tower, LLC

Accordingly, please serve copies of all pleadings, motions, objections, responses, notices and any other court papers on the undersigned law firm at the address referenced below.

> TEW CARDENAS, LLP
> Counsel for TA/Western, LLC,
> Concord-Fund IV Retain, LP
> TA Cresthaven, LLC
> Flagler Retail Associates, Ltd.
> Elston/Leetsdale, LLC
> WestFork Tower, LLC
> Four Seasons Tower, 15th Floor
> 1441 Brickell Avenue
> Miami, Florida 33131-3407
> Telephone No.: (305) 536-1112
> Facsimile No.: (305) 536-1116
> E-Mail: TRL@Tewlaw.com
>
> By: /s/ Thomas R. Lehman
> THOMAS R. LEHMAN, P.A.
> Florida Bar No. 351318

Case No. 04-11819-BKC-AJC
Case No. 04-11820-BKC-AJC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Supplement to Notice Of Appearance was furnished via U.S. Mail on the 13th day of January, 2006 to all parties on the attached service list.

_____
Thomas R. Lehman, P.A.

#452934v1<MIAMI> -Supplemental Notice of Appearance (Winn Dixie)

| | | |
|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036 | Smith Hulsey & Busey<br>Stephen D. Busey<br>James H Post<br>Cynthia C. Jackson,<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 | Kenneth C Meeker<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801 |
| Elena L Escamilla<br>Office of the United States Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801 | Winn-Dixie Stores, Inc,<br>Attn: Laurence B Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: D.J. Baker<br>Four Times Square<br>New York, New York 10036 |
| King & Spalding LLP<br>Attn: Sarah Robinson Borders<br>191 Peachtree Street<br>Atlanta, GA 30303 | Smith Hulsey & Busey<br>Attn: Stephen D Busey<br>225 Water Street, Ste 1800<br>Jacksonville, FL 32202 | Internal Revenue Service<br>Special Procedures - Stop 5720<br>400 W Bay Street, Suite 35045<br>Jacksonville, FL 32202<br>Atlanta, GA 30.326-1232 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>Attn: Susan R. Sherrill-Beard<br>3475 Lenox Road, NE, Ste 1000 | Office of Attorney General Charlie Crist<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Deutsche Bank Trust Company Americas<br>C/O Nixon Peabody L LP<br>Attn: Dennis Drebsky, John Rosenthal<br>437 Madison Ave<br>New York, NY 10022 |
| Kraft (Kraft Foods, Kraft Pizza, Nabisco)<br>Attn: Sandra Schirmang, Director of Credit<br>Three Lakes Drive<br>Northfield, IL 60093 | Pepsico &. Subsidiaries<br>Attn: Scott Johnson<br>7701 Legacy Drive 3 8-109<br>Plano, TX 75024 | Shearman & Sterling LLP<br>Attn: Andrew Tenzer<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| Otterbourg, Steindler, Houston & Rosen, PC<br>Attn:  Dan Fioiello, Jonathan N Helfat,<br>       Jarod Stern,<br>Melissa Hager<br>230 Park Avenue, 29th Floor<br>New York, NY 10169 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn:  Dennis Dunne, Lena Mandel,<br>       Dennis O'Donnell,<br>Matthew Ban<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Morgan Lewis & Bockius LLP<br>Attn: Richard S. Toder<br>101 Park Avenue<br>New York, NY 10178-0060 |
| Pepper Hamilton LLP<br>Attn: I William Cohen<br>100 Renaissance Center, :36th Floor<br>Detroit, MI 48243-1157 | The Blackstone Group L. P<br>Attn: Flip Huffard<br>345 Park Avenue<br>New York, NY 10010 | XRoads Solutions Group LLC<br>Attn: Dennis Simon<br>9 Executive Circle, Suite 190<br>Irvine, CA 92614 |
| Curtis, Mallet-Prevost, Colt & Mosle LL.P<br>Attn. Steven J. Reisman, Andrew M. Thau<br>101 Park Avenue<br>New York, New York 10178-0061 | Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>1100 North Market St.,<br>Rodney Square North<br>Wilmington, DE 19890 | Ballard Spahr Andrews & Ingersoll<br>Attn: David L. Pollack, Jeffrey Meyers, Dean C Waldt,<br>Mellon Bank Center, 51st Floor<br>1735 Market Street<br>Philadelphia, PA 19103 |
| Contrarian Capital Management LLC<br>Attn. Janice Stanton<br>411 W Putnam Ave, Ste 225<br>Greenwich, CT 6830 | Patterson Belknap Webb & Tyler<br>Attn: David W Dykehouse, Michael Handler.<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 | Cozen O'Connor<br>Attn. Neal D. Colton, David J. Liebman<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Kelley Drye & Warren LLP<br>Attn:. James S Carr, Robert Lehane<br>101 Park Avenue<br>New York, NY 10178 | Pitney Hardin LLP<br>Attn: Scott A Zuber<br>PO Box 1945<br>Morristown, NJ 07962-1945 | Frank/Gecker LLP<br>Attn:. Joseph D Frank, Micah Krohn<br>325 N Lasalle Street, Ste. 625<br>Chicago, IL 60610 |

Richard W Ward, Esq
2527 Fairmount Street
Dallas, TX 75201

Morgan Lewis & Bockius LL.P
Attn: Neil E Herman, Esq.
101 Park Ave
New York, NY 10178-0600

Allman Spry Leggett & Crumples
Attn: Leggett R Bradford Esq.
380 Knollwood St, Ste 700
Winston-Salem, NC 2711.3-5129

Batch & Bingham LLP
Attn: W Clark Watson, Eric Ray Esq
1901 Sixth Ave N Ste 2600, PO Box 306
Birmingham, AL 35201

Kaye Scholer LLP
Attn: Richard Smolev, Keith Murphy
425 Park Avenue
New York, NY 10022-3598

Cox Smith Matthews Incorporated
Attn: Patrick L. Huffstickler
112 E. Pecan, Suite 1800
San Antonio, Texas 78205

Jenkens & Gilchrist P C.
Attn: Michael S. Held, Esq.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Attn: Earle I. Erman, Esq.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Manier & Herod
Attn:. J. Michael Franks, Michael Collins, Thomas Pennington
150 Fourth Avenue North, Suite 2200
Nashville, TN .37219-2494

Ice Miller
Attn: Henry A. Efroymson, Mark A Bogdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282

Morris, Nichols, Arsbt and Tunnell
Attn: Robert Dehney, Eric D Schwartz
1201 N. Market Street
P.O. Box 1.347
Wilmington, DE 19899-1347

Robinson Brag Leinwand Greene Genovese & Gluck PC
Attn: Fred B Ringel, Esq.
1345 Avenue of the Americas
New York, NY 10105

Page, Scrantom, Sprouse, Tucker & Ford, P C
Attn: Lee Champion, Esq.
1111 Bay Ave., :3rd Floor
Post Office Box 1199
Columbus, GA 31902-1199

Smith, Katzenstein & Furlow
Attn: Kathleen M. Miller, Esq.
800 Delaware Avenue, 7t' Floor
P 0 Box 410
Wilmington, DE 19899

Airgas, Inc.
Attn: David Boyle
259 Radnor-Chester Road, Suite 100
P 0 Box 6675
Radnor, PA 19087-8675

Hogan & Hartson, LLP
Attn: Ira S Greene, Dena Copulsky Kaufman, Brian Grieco
875 Third Avenue
New York, NY 10022

Discover Financial Services
Attn: Frank Vydra, Esq.
2500 Lake Cook Road
Riverwoods, IL 60015

Neiman Ginsburg & Mairanz PC
Attn: Gary Ginsburg
39 Broadway, 25th Fl.
New York, NY 10006

Arnall Golden Gregory LLP
Attn.- Darryl Laddin, J. Hayden Kepner
171 W 1'7'h St, NW, Suite 2100
Atlanta, GA 30363

Wyatt, Tarrant & Combs, LLP
Attn: John P Brice
250 West Main Street, Ste 1600
Lexington, KY 40507-1746

Katten Muchin Zavis Rosenman
Attn: Thomas J. Leanse, Dustin P Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

Locke Liddell & Sapp LLP
Attn: W Steven Bryant, Thomas H Grace
600 Travis Street
3400 Chase Tower
Houston, TX 77002

Greenberg Tausig, LLP
Attn: Richard Steven Miller
200 Park Avenue
New York, NY 10166

Greenberg Traurig, LLP
Attn: Mark D. Bloom
1221 Brickell Avenue
Miami, FL 331.31

Grueneberg Law Group, LLC
Attn: Rudi R. Grueneberg, Esq.
704 East Main Street, Building E
Moorestown, New Jersey 08057

Boult, Cummings, Conners & Berry PLC
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, IN .37203

Coca-Cola Enterprises Inc
c/o Miller & Martin PLLC
Attn: Shelly D. Rucker
8.32 Georgia Avenue, Suite 1000
Chattanooga, IN 37402-2289

Kantrow, Spaht, Weaver & Blitzer
Attn: David S. Rubin
PO Box 2997
Baton Rouge, LA, 70821-2997

Young Williams, P.A.
Attn: Robert L Holladay, Jr.
P.O. Box 23059
Jackson, MS 39225-3059

BellSouth
Attn: Reginald A Greene
6 75 West Peachtree St NE, Ste 4300
Atlanta, GA 30375

Drinker Biddle & Reath LLP
Attn: Andrew J. Flame
1100 North Market St., Ste 1000
Wilmington, DE 19801

McGrath North Mullin & Krath, PC LLO
Attn: James T. Niemeier
First National Tower, Ste .3700
1601 Dodge St.
Omaha, NE 68102

Lowenstein Sandler PC
Attn: Bruce S. Nathan
1251 Avenue of the Americas, 18`h 11.
New York, NY 10020

Morrison & Foerster LLP
Attn: Jason C. DiBattista
1290 Avenue of the Americas
New York, NY 10104

Men ill Lynch, Pierce, Fenner & Smith Incorporated
Attn: Nicholas Griffiths
4 World Financial Center
New York, NY 10080

Burr & Forman LLP
Attn: Derek Meek, Robert Rubin, Marc Solomon
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Macco & Stern, LLP
Attn: Richard L, Stern
135 Pinelawn Road, Suite 120 South
Melville, NY 11747

Held & Israel
Attn: Edwin W Held, Kimberly Held Israel
1301 Riverplace Blvd, Ste 1916
Jacksonville, FL 32207

Howard, Solochek & Weber, S.C.
Aft: Bryan M Becker
324 East Wisconsin Ave , Ste 1100
Milwaukee, WI 53202

40/86 Advisors, Inc.
Attn. Frank Berg, Gregory J. Seketa
535 N. College Drive
Carmel, IN 46032

Taplin & Associates
Attn: Ronald Scott Kaniuk
350 Fifth Ave, Ste 2418
New York, NY 10118

Law Offices of Avrum J. Rosen
Attn: Avrum J. Rosen
38 New Street
Huntington, NY 11743

Pepe & Hazard LLP
Attn: Charles I Filardi
30 Jelliff Lane
Southport, CT 06890-14.36

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Attn: Morton R. Branzburg, Jeffrey Kurtzman
260 South Broad Street
Philadelphia, PA 19102-5003

Roetzel & Andress
Attn: Diana M Thimmig
13 75 East Ninth St
One Cleveland Center, 9th Fl
Cleveland, OH 44115

Varnum Riddering Schmidt Howlett LLP
Attn: Timothy J. Curtin
PO Box 352
Grand Rapids, MI 49501-0352

Sills Cummis Epstein & Gross PC
Attn: Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey 07102

Lathrop & Gage LC
Attn: Stephen B Sutton
2345 Grand Boulevard, Ste 2800
Kansas City, MO 64108

Developers Diversified Realty Corp
Attn: Eric C Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122

Milling Benson Woodward LLP
Attn. David Conroy
909 Poydras St., Ste 2300
New Orleans, LA 70112-1010

Warner Stevens, L L .P
Attn: Michael Warner, David Cohen, Emily Chou
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Porzio, Bromberg & Newman PC
Attn: Warren J Martin, Brett S Moo re
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997

Broad and Cassel
Attn: C Craig Eller
One North Clematis St, Ste 500
West Palm Beach, FL 33401

Anderson Kill & Olick, PC
Attn: Larry D Henin
1251 Avenue of the Americas
New York, NY 10020

Wheelis & Rozanski
Attn: Stephen D. Wheelis
PO Box 13199
Alexandria, LA '71.315-3199

Wharton, Aldhizer & Weaver, PLC
Attn: Stephan W. Milo
The American Hotel
125 South Augusta St., Ste 2000
Staunton, VA 24401

Gibbons, Del Deo, Dolan, Griffinger & Vechione
Attn: David N. Crapo, Geraldine E. Ponto
One Riverfront Plaza
Newark, NJ 07102-5497

Moore & Van Allen PLLC
Attn: David B Wheeler, Esq.
40 Calhoun Street, Suite 300
P.O. Box 22828
Charleston, SC 29413-2828

Morrison Cohen LLP
Attn: Michael R. Lago, Esq.
909 Third Avenue
New York, NY 10022

Stutsman &. Thames
Attn:   Nina M LaFleur,
           Richard Thames, Bradley Markey
121 W. Forsyth St., Ste 600
Jacksonville, FL 32202

Bear Stearns Investment Products Inc.
Attn: Noah Charney
383 Madison Ave
New York, NY 10179

Lowenstein Sandler PC
Attn: Sharon L Levine, Esq.
65 Livingston Ave
Roseland, NJ 07068

Bianchi Macron LLP
Attn: Gerard DiConza
390 Old Country Road
Garden City, NY 11530

Zeichner Ellman & Krause LLP
Attn: Stuart Krause
575 Lexington Ave
New York, NY 10022

Mateer & Harbert PA
Attn: David Landis
225 East Robinson St., Suite 600
PO Box 2854
Orlando, FL 3202-2854

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg
1285 Avenue of the Americas
New York, NY 10019-6064

Willkie Fair & Gallagher LLP
Attn: Alan J. Lipkin, Robin Spigel
787 Seventh Ave
New York, NY 10019

McCarter &English LLP
Attn: William D. Wallach
Four Gateway Center
200 Mulberry St.
Newark, NJ 07102

Macey, Wilensky, Cohen, Wittner & Kessler LIP
Attn: Louis G. McBryan
600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, GA 30.303-1229

Murray, Frank & Sailer LLP
Attn: Jacqueline Sailer, Aaron D. Patton
275 Madison Ave., 8th Floor
New York, NY 10016

Kupelian Ormond & Magy PC
Attn: Terrance Hiller, Paul Magy, Matthew Thompson
25800 Northwestern Hwy., Ste 950
Southfield, MI 48075

Fox Rothschild LIP
Attn: Joshua T Klein
2000 Market Street, 10th Floor.
Philadelphia, PA 19103-3291

Munsch Hardt Kopf & Bali PC
Attn: Raymond Urbanik, Scott Ellis
1445 Ross Ave., Ste 4000
Dallas, TX 75202

Russell R. Johnson
3734 Byfield Place
Richmond, VA 23233

Haynes and Boone, LLP
Attn: Judith Elkin
399 Park Avenue
New York, NY 10022-4614

Haynes and Boone, LLP
Attn: Stacey Jernigan, Mark Elmore
901 Main St., Ste 3100
Dallas, TX 75202-3789

McCarthy & White PLLC
Attn: William Douglas White
8180 Greensboro Drive , Ste 875
McLean, VA 22102

Morris, .James, Hitchens & Williams LL P
Attn: Stephen M. Miller
222 Delaware Avenue, 10th Floor
P.O. Box 2:306
Wilmington, Delaware 19899

Begnaud &Marshall LLP
Attn: Darrel Begnaud
250 N Milledge Avenue
P.O. Box 8085
Athens, Georgia 30603

DLA Piper Rudnick Gray Cary US LLP
Attn: Mark Friedman, Susan Maher
6225 Smith Ave.
Baltimore, MD 21209

DLA Piper Rudnick Gray Cary US LLP
Attn: Daniel Carrigan
1200 Nineteenth St , NW
Washington, DC 20036

DLA Piper Rudnick Gray Cary US LLP
Attn: Janice Duban
203 N LaSalle St., Ste 1900
Chicago, IL 60601

Moritt, Hock, HaHamroff & Horowitz LLP
Attn: Marc Hamroff, Leslie Berkoff
400 Garden City Plaza
Garden City, NY 11530

Schaneville, Baringer & Meltzer
Attn: Dale R. Baringer
918 Government St.
Baton Rouge, LA 70802

Sonnenschein Nath & Rosenthal LLP
Attn: Carole Neville, Jo Christine Reed
1221 Avenue of the Americas, 24'
New York, NY 10020

Connolly Bove Lodge & Hutz
Attn: Karen Bifferato, Christina Thompson
1007 North Orange St , PO Box 2207
Wilmington, DE 19899

The Inland Real Estate Group
Attn: Bert K. Bittourna
2901 Butterfield Road
Oak Brook, IL 60523

Reed & Reed
Attn: Diane Reed
501 N. College St
Waxahachie, TX 75165

Reed Smith LLP
Attn: Robert M Marino
1301 K Street, NW
Suite 1100-East Tower
Washington, DC 20005-3.317

Kilpatrick Stockton LLP
Attn: Todd C. Meyers
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

Hughes & Luce
Attn: Sabrina Streusand
111 Congress Ave, Ste 900
Austin, TX 78701

Todtman, Nachamie, Spizz & Johns, PC
Attn. Alex Spizz
425 Park Ave
New York, NY 10022

Hance Scarborough Wright Ginsberg & Brusilow, LLP
Attn: Frank Wright, Ashley Ellis
6000 Signature Place
14755 Preston Road
Dallas, TX 75254

Klehr, Harrison, Harvey, Branzburg & Fliers, UP
Attn: Carol Ann Slocum
4 75 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002

Reed Smith LLP
Attn: Elena Lazarou, Andrew Morrison
599 Lexington Ave, 27th Floor
New York, NY 10022

Reed Smith LLP
Attn: Kurt F. Gwynne, Esq.
1201 N Market Street
Wilmington, DE 19801

Kaufman & Canoles
Attn: Paul Campsen
150 West Main St, PO Box 3037
Norfolk, VA 23514

Blank Rome LLP
Attn: Jason W. Staib
Chase Manhattan Centre
1201 Market St, Ste 800
Wilmington, DE 19801

Neal & Harwell PLC
Attn: Marc McNamee
150 Fourth Ave., North, Suite 2000
Nashville, TN 37219

Shapiro & Croland
Attn: Alexander Benisatto, Robert Shapiro
Continental Plaza II
411 Hackensack Ave., 6th Floor
Hackensack, NJ 07601

Pepper Hamilton LLP
Attn: James C. Carignan
Hercules Plaza, Ste. 5100
1313 Market St,., PO Box 1709
Wilmington, DE 19899-1709

Pepper Hamilton LLP
Attn: Linda Casey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Pepper Hamilton LLP
Attn: Alan Sable
500 Grant St., 50'" Fl.
Pittsburgh, PA 15219-2502

Waller Lansden Dortch & Davis PL LC
Attn: David E Lemke, Robert Welhoelter
511 Union Street, Ste 2 700
Nashville, TN 37219

Klein & Solomon LLP
Attn: Solomon J. Jaskiel
275 Madison Ave, 11'h Fl.
New York, NY 10016

Bradley Arant Rose & White LLP
Attn: Danielle K Greco, John Whittington, Patrick Darby
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35222

McGuirewoods LLP
Attn: Robert A. Cox
Bank of America Corporate Center
100 N. Tryon St., Ste 2900
Charlotte, NC 28202-4011

Angelo, Gordon & Co.
Attn: James M. Malley
245 Park Ave, 26th Floor
New York, NY 10167

Hamilton Beach/Proctor-Silex Inc
Attn: William Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Moseley, Prichard, Parrish, Knight & Jones
Attn: Richard K Jones, Eric L. Hearn
501 West Bay Street
Jacksonville, FL 32202

Minims Enterprises, Inc
Attn. Thomas B Mimms, Jr.
85-A Mill Street
Roswell, GA 30075-4952

Johnson, Heat-n, Vinegar, Gee & Mercer PLLC
Attn: Jean Winborne Boyles
PO Box 1776
Raleigh, NC 27602

FagelHaber LLC
Attn: Clinton P Hansen, Dennis E. Quaid
55 East Monroe, 40' Fl
Chicago, IL 60603

Rynn & Janowsky LLP
Attn: Patricia Rynn, Priscilla Grannis
4100 Newport Place Drive, Ste 700
Newport Beach, CA 92660

Hiersche, Hayward, Drakeley & Urbach PC
Attn: Russell W. Mills, Krista P Bates
1530.3 Dallas Parkway, Ste 700
Addison, TX 75001

Dykema Gossett PLLC
Attn: Brendan G. Best
400 Renaissance Center
Detroit, Michigan 48243-1668

Glenn M. Reisman
Two Corporate Drive, Ste 648
PO Box 861
Shelton, CT 06484-0861

Marrero Land and Improvement Association, Ltd
Attn: Vincent A Vastola
5201 Westbank Expressway, Ste 400
Marrero, LA 70072

Cohen, Todd, Kite & Stanford
Attn: Monica V Kindt
250 East Fifth St., Ste 1200
Cincinnati, OH 45202

Diaz Wholesale & Mfg Co., Inc
Attn: M Eric Newberg
5501 Fulton Industrial Blvd,
Atlanta, GA 30336

| | | |
|---|---|---|
| Squire, Sanders & Dempsey LLP<br>Attn: Kristin E. Richner<br>1.300 Huntington Center<br>41 South High St<br>Columbus, OH 43215-6197 | Liebmann, Conway, Olejniczak & Jerry, S C.<br>Attn: Jerome E. Smyth<br>231 South Adams Street<br>P.O. Box 23200<br>Green Bay, WI 54305-3200 | Richard Blackstone II, PA<br>Attn. Richard Blackstone Webber 11<br>320 Maitland Ave.<br>Altamonte Springs, FL. 32701 |
| Anderlini, Finkelstein, Emerick & Smoot<br>Attn: David G Finkelstein<br>400 South El Camino Real, Ste 700<br>San Mateo, CA 94402 | Buckeye Capital Partners, L.P.<br>Attn: Philip Brown<br>230 Park Ave , Ste 1540<br>New York, NY 10169 | FPL Law Department<br>Attn: Rachel S. Budke<br>700 Universe Boulevard<br>Juno Beach, Florida 33408 |
| Quadrangle Group LLC<br>Attn: Patrick Bartel, Andrew Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Lowndes, Drosdick, Doster, Kantor and Reed, P.A.<br>Attn: Zachary J Bancroft<br>450 S. Orange Avenue, Suite 800 (32801)<br>Post Office Box 2809<br>Orlando, Florida 32802-2809 | Kass, Shuler, Solomon, Spector, Foyle & Singer<br>Attn: Larry Foyle<br>1505 N. Florida Ave<br>P.O. Box 800<br>Tampa, FL 33601 |
| Citrus County Tax Collector<br>Attn: Janice A. Warren<br>210 N Apopka Ave., Suite 100<br>Inverness, FL 34450 | Smith Debnam Narron Wyche Saintsing & Myers, LLP<br>Attn: Byron L Saintsing, Esq.<br>P.O. Box 26268<br>Raleigh, NC 27611 | Fredrikson & Byron, P A<br>Attn: John M. Koneck, Esq.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, Minnesota 55402-1425 |
| Kaplan and Freedman, P. A.<br>Attn: Matthew E. Kaplan, Esq.<br>9410 Southwest 77th Avenue<br>Miami, Florida 33156-7903 | AmSouth Bank<br>Attn: William R. Hoog<br>13535 Feather Sound Drive, Bldg 1, Ste 525<br>Clearwater, FL 34762 | Foster & Lindeman, PA<br>Attn: William Lindeman, Vickie Pace<br>PO Box 3108<br>Orlando, FL 32802-3108 |
| Bodoff & Slavitt LLP<br>Attn: Joseph Bodoff<br>225 Friend St<br>Boston, MA 02114 | Kozyak Tropin & Throckmorton, PA<br>Attn: John Kozyak, Laurel Isicoff<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134 | Leonard, Street and Deinard<br>Attn: Larry Ricke<br>150 South Fifth St, Ste 2300<br>Minneapolis, MN 55402 |
| William P. Wessler<br>1624 24th Ave<br>Gulfport, MS 39501 | Ken Burton, Jr., Manatee County Tax Collector<br>Attn: Susan D. Profant<br>PO Box 25300<br>819 U S 301 Blvd. West<br>Bradenton, FL 34206-5300 | The H.T. Hackney Co.<br>Attn: Kyle Dugger<br>502S Gay St , Ste 300<br>Knoxville, IN 3 7902 |
| Levy & Droney, PC<br>Attn: Ross G Fingold<br>74 Batterson Park Road<br>Farmington, CT 06032 | Ginnie Van Kesteren P A.<br>Attn: Ginnie Van Kesteren<br>111 Second Ave NE, Suite 706<br>St. Petersburg, FL 33701 | Perkins Coie LLP<br>Attn: Bruce MacIntyre<br>1201 Third Ave., 40th Floor<br>Seattle, WA 98101-3099 |
| Kennedy Covington Lobdell & Hickman LLP<br>Attn: Margaret Westbrook<br>Two Hanover Square, Suite 1900<br>4.350 Lassiter At North Hills Avenue, Suite 300<br>Post Office Box 17047<br>Raleigh, NC 27619-7047 | Adelman Law Offices, PC<br>Attn: David A. Adelman<br>1320 lower Road, Ste 114<br>Schaumburg, IL 60173 | Stichter, Riedel, Blain & Prosser PA<br>Attn: Don M Stichter, Edward Peter son, Elena Ketchum<br>110 East Madison St , Ste 200<br>Tampa, FL 3:3602 |
| William F. Harmeyer & Associates<br>Attn: William F Harmeyer<br>7322 Southwest Freeway, Ste 475<br>Houston, TX 77074 | Elk, Bankier, Christu & Bakst, LLP<br>Attn: Michael R. Bakst<br>222 Lakeview Ave, Ste 1330<br>West Palm Beach, FL 33401 | Venable LLP<br>Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley<br>1800 Mercantile Bank & Trust Bldg,<br>2 Hopkins Plaza<br>Baltimore, MD 21201 |

Pitney Hardin LLP
Attn: Richard Meth
PO Box 1945
Morristown, NJ 07962-1945

Wander & Associates
Attn: David H Wander
641 Lexington Ave, 21st Floor
New York, NY 10022

Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples, FL 34109

Fredric Bluish, P A.
Attn: Fredric Buresh
800 SE Third Ave., 4'h Fl
Ft Lauderdale, FL 33316

Simpson Law Offices
Attn: James W Martin
One Securities Center, Suite 300
3490 Piedmont Road, NE
Atlanta, GA 30305

Markowitz, Davis, Ringel & Trusty, PA
Attn: Jerry Markowitz, Rachel Rubio
9130 South Dadeland Blvd., Ste 1225
Miami, FL .33156

Frank, Weinberg & Black, PL.
Attn: David Black
7805 SW. 6`h Court
Plantation, FL, 33324

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA
Attn: Michael Bowlus, Katherine Schnauss
10110 San Jose Blvd.
Jacksonville, FL 32257

Kennedy Covington Lobdell & Hickman LLP
Attn: Amy Pritchard Williams
Hearst Tower, 47th Floor
214 North Tryon St.
Charlotte, NC 28202

Sessions, Fishman & Nathan LLP
Attn: J. David Forsyth
201 St. Charles Ave., 35th Floor
New Orleans, LA 70170-3500

Weiss Serota Helfinan Pastotiza Guedes Cole & Boniske PA
Attn: Douglas Gonzales
3107 Stirling Road, Ste 300
Fort Lauderdale, FL 33312

Levenfeld Pearlstein, LLC
Attn: William S. Schwartz
211 Waukegan Road, Ste 300
Northfield, IL 60093

Brown Raysman Millstein Felder & Steiner, LLP
Attn: Gerald Catalanello
900 Third Ave.
New York, NY 10022

Broward County Revenue Collection Division
Litigation Section, Attn: Hollie Hawn
Government Center Annex
115 S Andrews Ave
Fort Lauderdale, FL 33301

Trutt & Franson, PA
Attn: Albert Franson
707 Peninsular Place
Jacksonville, FL 32204

Johnson, Pope, Bokor, Ruppel &. Burns LLP
Attn: Michael Markham
PO Box 1368
Clearwater, FL 33757

Williams Mullen Hofheimei Nusbaum
Attn: David Greer
999 Waterside Drive, Ste 1700
PO Box 3460
Norfolk, VA 23514-3460

Williams Mullen Hofheimer Nusbaum
Attn: Paul Bliley
1021 East Gary St
PO Box 1320
Richmond, VA 23218-1320

Kegler Brown Hill & Ritter
Attn: Stewart Cupps
Capitol Square, Suite 1800
65 East State St.
Columbus, OH 43215-4294

Bingham McCutchen LLP
Attn: Anthony Smits
One State St.
Hartford, CT 06103

Saul Ewing LLP
Attn: Mark Minuti
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Thompson, OBiien, Kemp & Nasuti PC
Attn: Albeit Nasuti
40 Technology Parkway South, Ste 300
Norcross, GA 30092

Jennis & Bowen
Attn: David Jennis, Chad Bowen
400 North Ashley Dr., Ste 2540
Tampa, FL 33602

Polsinelli Shalton Welte Suelthaus PC
Attn: Daniel Flanigan
292 Madison Ave, 17th Floor
New York, NY 10017

Polsinelli Shalton Welte Suelthaus PC
Attn: James E. Bird
700 West 47th St., Ste 1000
Kansas City, MI 64112

Clark, Partington, Hart, Lany, Bond & Stackhouse
Attn: Keith L Bell, Jr.
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL. 32501

Whiteman, Bankes & Chebot, LLC
Jeffrey M. Chebot, Esq
Suite 1300 -Constitution Place
325 Chesnut Street
Philadelphia, PA 19106

Smith, Gilliam, Williams & Miles, PA
Attn: Brad Patten
PO Box 1098
Gainesville, GA.30503

Blanco Iacklabery Combs & Matamoios, PA
Attn: Gene Blair
PO Drawer 25008
Winston-Salem, NC 27114-5008

Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP
Attn: Amos U. Priester IV
PO Box 2611
Raleigh, NC 27602-2611

Phelps Dunbar
Attn: Douglas C. Noble
111 East Capital, Ste 600
PO Box 23066
Jackson, MS 39225-3066

Stoel Rives LLP
Attn: Peter L. Slinn
600 University St, Ste 3600
Seattle, WA 98101

Simon Property Group
Attn: Ronald Tucker
115 West Washington St.
Indianapolis, IN 46204

Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
Attn: Robert Feinstein
780 Third Ave-36th Floor
New York, NY 10017

Davis & Fields PC
Attn: Richard Davis
PO Box 2925
Daphne, AL 36526

Haywood, Denny & Miller LLP
Attn: Robert Levin
PO Box 51429
Durham, NC 51429

GrayRobinson PA
Attn: Donald Nohrr
PO Box 1870
Melbourne, FL 32902

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
Attn: Elwood F Cahill, Jr , Neal J. Kling
909 Poydras St, 28th Fl.
New Orleans, Louisiana 70112

Seyfarth Shaw LL.P
Attn: Richard Lauter, Sara L orber
55 East Monroe St , Ste 4200
Chicago, IL 60601-5803

St. John & Wayne, LLC
Attn: Todd Galante
Two Penn Plaza East
Newark, NJ 07105

Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC
Attn: Brian Shaw, Allen Guon
321 N. Clark St., Ste 800
Chicago, IL 60610

Porter, Wright, Morris & Arthur LLP
Attn: James Botti
41 South High St, :315th Fl.
Columbus, OH 43215

Smith Debnam Narron Wyche Saintsing & Myers, LLP
Attn: Byron Saintsing
PO Box 26268
Raleigh, NC 27611

Snell & Wilmer, LL P
Attn: Peter Rathwell
One Arizona Center
400 E Van Buren
Phoenix, AZ 85004-2202

McCormick & Company
Attn: Austin Nooney
211 Schilling Circle
Hunt Valley, MD

Wolff, Hill, McFarlin & Herron, PA
Attn: David McF arlin, Kenneth Herron
1851 W. Colonial Drive
Orlando, FL .32804

LaMonica Herbst & Maniscalco, LLP
Attn. Salvatore L.aMonica, David Blansky
3305 Jerusalem Ave
Wantagh, NY 11803

Leatherwood Walker Todd & Mann, PC
Attn: Seann Gray Tzouvelekas
PO Box 87, 300 East McBee Avenue, Ste 500
Greenvile, SC 29602-0087

Haynsworth Sinkler Boyd, PA
Attn: William H. Short
PO Box 11889
Columbia, SC 29201

Johnston, Harris, Geide & Jelks, PA
Attn: Jerry Gerde
239 E. 4th St.
Panama City, FL 091787

Foley & Mansfield, PLLP
Attn. Jeffrey DeCailo
545 Madison Avenue, 15th Fl
New York, NY 10022

McClain, Leppert & Maney, P.C.
Attn:.1 Casey Roy, Michael Leppert
711 Louisiana Street, Suite 3100
Houston, Texas 77002

Brenner Kaprosy LLP
Attn: I David Mitchell
50 East Washington St.
Chagrin Falls, OH 4402

Greenbaum, Rowe, Smith & Davis LLP
Attn: Thomas Denitzio
Metro Corporate Campus One
PO Box 5600
Woodbridge, NJ 07095-0988

Ray Quinney & Nebeker, PC
Attn: Steven Waterman
PO Box 45385
Salt Lake City, UT 84145-0385

Alfred E Smith
60 E 42nd St., Ste 2501
New York, NY 10017

Wachtel & Masyr, LIP
Attn: Steven Cohen, Greg Haber
110 East 59th St.
New York, NY 10022

Spain & Gillon, LLC
Attn: Walter F. McAidle
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

Genovese Joblove & Battista, P A.
Attn: Craig P, Rieders
100 Southeast Second Street, Suite 3600
Miami, FL 33131

Berger Singeiman, P A
Attn: Arthur Spector, Grace Robson
350 East Las Olas Blvd, Ste 1000
Fort Lauderdale, FL 33301

Stovash, Case & Tingley, PA
Attn: Rachel Adams
Sunlrust Center
200 South Orange Avenue, Suite 1220
Orlando, FL 32801-3410

Wright, Lindsey & Jennings LLP
Attn: James Glover
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Marvin S Schulman, PA
2800 Weston Road, Ste 201
Weston, FL 3:3:3.31

Stoltz Real Estate Partners
Attn: Stephen Lewis
725 Conshohocken State Road
Bala Cynwyd, PA 19004

Gronek & Latham, LLP
Attn: Scott Shuker
:390 N Orange Ave, Ste 600
Orlando, FL 32801

Rogers Towers PA
Attn: Betsy Cox, Robert I Hyde, Jr
1301 Riverplace Blvd, Ste 1500
Jacksonville, FL 32007

Metro-Goldwyn-Mayer Home Entertainment Inc.
Attn: Christopher Miller
10250 Constellation Blvd.
Los Angeles, CA 90067

Bregman, Berbert, Schwartz & Gilday, L L C
Attn: Laurence H Berbert
7315 Wisconsin Avenue, Suite 800 West
Bethesda, Maryland 20814

USDA AMS, Dairy Programs
Attn: Sue L Mosely
P.O. Box 491778
Lawrenceville, GA 30049

Nick Law Firm, LC
Attn: Iammy N Nick
676 East I-10 Service Road
Slidell, LA 70461

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Teresa Sadutto
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018

Wilkins, Bankester, Bites & Wynne, PA
Attn: Marion Wynne, Brian Britt
PO Box 1367
Fairhope, AL 365:32

Dreyer's Grand Ice Cream
c/o Cook, Perkiss & Lew
Attn: David Cook
PO Box 270
San Francisco, CA 94104-0270

Dreyer's Grand Ice Cream
Attn: Shane Weitzel
555 12th Street Suite 300
Oakland, CA 94607

RMC Property
c/o Dennis LeVine & Associates
Attn: Dennis LeVine
PO Box 707
Tampa, FL 33601-0707

Hedrick, Dewberry, Regan & Durant
Attn: Jeffrey C Regan
50 North Laura St., Ste 1600
Jacksonville, FL 32202

Iurillo & Associates, PC
Attn: Sabrina Beavens
Sterling Square
600 First Ave. North, Ste.308
St. Petersburg, FL 33701

Marks Gray, P.A.,
Attn: Nicholas V. Pulignano, Jr.
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207

Mowrey & Biggins, P A
Attn: Ronald A Mowrey
515 North Adams St.
Tallahassee, FL 32301-1111

Epstein Becker & Green, PC
Attn: Annette Kerlin McBrayer
945 East Paces Ferry Rd, Ste 2700
Atlanta, GA 30326

Taft, Stettiniuse & Hollister, LLP
Attn: Richard Ferrell
425 Walnut St., Ste 1800
Cincinnati, OH 45202-3957

Keaton & Associates, P. C
Attn: Mary E Gardner, Esq
1278 W. Northwest Hwy., Suite 903
Palatine, Illinois 60067

Michael E. Lee
Attorney for the City of Huntsville
200 Westside Square, Ste 803
Huntsville, AL 35801-4816

Nelson Mullins Riley & Scarborough, LLP
Attn: George B Cauthen
Meridian Building, 17th Fl
1320 Main St.
Colombia, SC 29201

The Coca-Cola Company
Attn:.Tohn Lewis, Litigation Counsel
PO Box 1734
Atlanta, GA 30301

Rex D., Rainach
A Professional Law Corporation
3622 Government St.
Baton Rouge, LA 70806-0646

Karem & Karem, Attorneys at Law
Attn: John W Hanison, Jr
3.33 Guthrie Green, Ste 312
Louisville, KY 40202

Berger Singerman, P.A.
Aft: Bergen Singerman
200 South Biscayne Blvd, Stl 1000
Miami, FL 33131-5308

Rosenberg & Weinberg
Attn: Herbert Weinberg
805 Turnpike St
North Andover, MA 01845

Miller & Martin PLLC
Attn: Catherine Harrison
1170 Peachtree St , Ste 800
Atlanta, GA 30309-7649

Hangley, Aronchick, Segal & Pudlin
Attn. Ashley Chan
One Logan Square, 27th Fl.
Philadelphia, PA 19103

Pinellas County, Florida
Diane Nelson, Tax Collector
PO Box 2943
Clearwater, FL .33757-2943

Holland & Knight
Attn: Alan Weiss
15 North Laura St., Ste 3900
Jacksonville, FL 32202

Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs
Attn: John I Rogerson
Riverplace Tower
1301 Riverplace Blvd, Suite 1700
Jacksonville, FL 32207

Gerard Kouri, Jr,
10021 Pines Blvd., Ste 202
Pembroke Pines, FL 33024-6191

Wiles & Wiles
Attn: John J. Wiles
800 Kennesaw Ave, Ste 400
Marietta, GA 30060-7946

Munsch Haidt Kopf & Hair PC
Attn: Randall Rios
Bank of America Center
700 Louisiana St , 46th Fl.
Houston, TX 77002

Kondos & Kondos Law Offices
Attn: Anjel K Avant, Esq
1595 N Central Expressway
Richardson, TX 75080

Tabas, Freedman, Soloff & Miller PA
Attn:.Joel Tabas, Amber Donner
919 Ingraham Bldg, 25 Southeast Second Ave
Miami, FL 3.3131-1538

Johnston, Conwell & Donovan L.LC
Attn: W Howard Donovan, Ann Marie Daugherty
813 Shades Creek Pkwy, Ste 200
Birminham, AL 35209

Poyner & Spruill LIP
Attn:.Judy Thompson
301 South College St , Ste 2300
Charlotte, NC 28202

L,owndes, Drosdick, Doster, Kantor & Reed, PA
Attn: Matt Beal
215 North Eola Drive
PO Box 2809
Orlando, FL. 32802

Johnston, Moore, Maples & Thompson
Attn: Stuart Maples
400 Meridian St., Ste 301
Huntsville, AL 35801

Akin Gump Strauss Hauer & Feld LLP
Attn. Stephen Kuhn
590 Madison Avenue
New York, NY 10022-2524

Hubbard, Smith, Mcllwain, Brakefield & Browder PC
Attn: Marcus Brakefield, Christopher Mcllwain, K. Sodergren
PO Box 2427
Tuscaloosa, AL 35403

Reinhart Boerner Van Deuren s.c
Attn: Joshua Blakely, Michael Jankowski
1000 North Water St , Ste 2100, PO Box 2965
Milwaukee, WI 53201-2965

Shutts & Bowen UP
Attn: Andrew Brumby
300 South Orange Ave, Suite 1000
Orlando, FL 32801

Saul Ewing LLP
Attn., Joyce Kuhns
Lockwood Place
500 East Piatt Street
Baltimore, MD 21202

Slott, Barker & Nussbaum
Attn: Earl M Barker
334 East Duval St
Jacksonville, FL 32202

State of Georgia, Assistant Attorney General
Oscar B F ears, III
40 Capitol Square, SW
Atlanta, GA 30334

Foley & Mansfield PLL,P
Attn: Ihomas Lallici, Megan Blazina
250 Maiquette Ave, Ste 1200
Minneapolis, MN 55401

| | | |
|---|---|---|
| Morgan & Morgan, Attorneys at L,aw PC<br>Attn: Lee P Morgan<br>PO Box 48.359<br>Athens, GA 30604 | L.oreal Paris<br>Attn: Patrick Ackerman<br>:35 Broadway Road<br>Cranbury, NJ 08512 | Canova and Delahaye<br>Attn: L Phillip Canova, Louis Delahaye, Thomas Delahaye<br>58156 Court St<br>Plaquemine, LA 70764-2708 |
| Choate, Hall & Stewart<br>Attn: John Ventola, William McMahon<br>Exchange Place, 5.3 State St<br>Boston, MA 02109-2891 | Barnes & Thornbung LLP<br>Attn: Wendy D Brewer<br>11 South Meridian St<br>Indianapolis, IN 46204-3535 | Anthony Salzano<br>Counsel for Pasco County Board of County Commissioners<br>West Pasco Government Center<br>7530 Little Road, Ste 340<br>New Port Richey, FL 34654 |
| | Harper, Kynes, Geller & Bradford PA<br>Attn: Charles Buford<br>2560 Gulf to Bay Blvd, Sic 300<br>Clearwater, FL 33 765 | Law Offices of Daniel Mankind<br>Attn:.Johanna Mankind<br>1500 Walnut St., Ste 1100<br>Philadelphia, PA 19102 |
| Cohen & Thurston PA<br>Attn: Janet Thurston<br>1723 Blanding Blvd #102<br>Jacksonville, FL 32210 | Hill, Ward & Henderson, PA<br>Attn: Lynn Welter Sherman<br>PO Box 2231<br>Tampa, FL 33601 | Eastman & Smith Ltd<br>Attn: Kenneth C Baker<br>One Seagate, 24th Floor<br>PO Box 10032<br>Toledo, OH 43699-0032 |
| Borges & Associates, LLC<br>Attn: Wanda Borges<br>575 Underhill Blvd., Ste 110<br>Syosset, NY 11791 | Meland Russin Hellingei & Budwick, PA<br>Attn:.Jonathan Williams<br>3000 Wachovia Financial Center<br>200 South Biscayne Blvd.<br>Miami, FL 331.31 | Broad and Cassel<br>Attn: Roy S Kobeit<br>.390 North Orange Ave , Ste 1100<br>Orlando, FL 32801 |
| Winderweedle, Haines, Ward & Woodman, PA<br>Attn: Ryan E Davis<br>a/f AmSouth Bank<br>390 North Orange Ave., Ste 1500<br>PO Box 1391<br>Orlando, FL 32802-1:391 | Irby Law Firm<br>Attn: Albert Adams<br>PO Box 910<br>Eufaula, AL 36072 | McGuirewoods LLP<br>Attn:.John H. Maddock III<br>One James Center<br>901 East Cary Street<br>Richmond, VA 2.3219-4030 |
| McGuirewoods LLP<br>Attn: Charles L . Gibbs II<br>Bank of America Tower<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL 32202-3661 | | Kizer, Hood & Morgan, LLP<br>Attn: Ralph Hood<br>2111 Quail Run Drive<br>Baton Rouge, LA 70808 |
| Neufeld, Rennett & Bach, APC<br>Attn: Timothy L. Neufeld<br>360 E, Second Street, Suite 703,<br>Los Angeles, CA 90012 | Gunster, Yoakley & Stewart, PA<br>Attn: Christian Petersen<br>500 East Broward Blvd, Ste 1400<br>Fort Lauderdale, FL 33394 | Neil, Gerber & Eisenberg<br>Attn: Thomas Wolford<br>2 North LaSalle St, Ste 2200<br>Chicago, IL 60602 |
| Pinkston & Pinkston, PA<br>Attn: David Pinkston, Gina Schlegel<br>PO Box 4608<br>Jacksonville, FL 32201 | McKenna Long & Aldridge LLP<br>Attn: B. Summer Chandler<br>303 Peachtree St., Ste 5300<br>Atlanta, GA 30308 | Kennedy Covington Lobdell & Hickman LLP<br>Attn: Margaret R Westbrook<br>434 Fayetteville Street Mall, 19th Floor<br>Post Office Box 1070<br>Raleigh, NC 27602-1070 |
| Lord, Bissell & Brook UP<br>Attn: Folarin Doounmu, Aaron C Smith<br>115 S. LaSalle Street<br>Chicago, IL 60603 | Piper, L.udin, Howie & Weiner, PA<br>Attn: Eric E. Ludin<br>5720 Central Ave.<br>St. Petersburg, FL 3:3707 | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Sarah Schultz<br>1700 Pacific Ave., Ste 4100<br>Dallas, TX 75201-4675 |

Solomon Pearl Blum Heymann & Stich LLC
Attn: Joel Shafferman
40 Wall St., 35th Floor
New York, NY 10005

Rosen Law Group, LLC
Attn: Mitchell S Rosen
Atlanta Plaza, Ste 3250
950 E Paces Ferry Rd.
Atlanta, GA 30326

Kitchens Kelley Gaynes, P C
Attn: Mark Kelley
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E
Atlanta, Georgia 30305

Wilcox Law Firm
Attn: Robert D Wilcox
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216

Iatone Properties of Florida, Inc.
Attn: Melody D Genson
3665 Bee Ridge Rd, Ste 316
Sarasota, FL 3423.3

Sell & Melton, LLP
Attn: Ed S Sell
PO Box 229
Macon, GA 31202-0229

Vertis, Inc
Attn: Luke Brandonisio
250 W Pratt St
PO Box 17102
Baltimore, MD 21297

Phelps Dunbar
Attn: Donald Whittemore
100 South Ashley Drive, Ste 1900
Tampa, FL 33602

Hinshaw & Culbertson LLP
Attn: Kenneth G. M Mather-
100 South Ashley Drive., Ste 500
Tampa, FL 3.3602

Ward & Smith, P.A.
Attn:.J Michael Fields
120 West Fire Tower Rd.
PO Box 8088
Greenville, NC 27835-8088

Trenam, Kemker, Scharf, Barkin, Frye, ONeill & Mullis, P.A.
Attn: William Knight Zewadski
PO Box 1102
Tampa, Florida 33601

Harrell & Harrell
Attn: Michael Moran
4735 Sunbeam Road
Jacksonville, FL. 32257

Tuggle Duggins & Meschan, P A
Attn: Paul M. Dennis, Jr
228 West Market St , P O. Box 2888
Greensboro, NC 27402-2888

Foley & L,ardner LLP
Attn: Gardner Davis
PO Box 240
Jacksonville, FL .32201-0240

Krieg DeVault LLP
Attn. C Daniel Motsinger
One Indiana Sq., Ste 2800
Indianapolis, IN 46204-2079

Hillsborough County Attorney's Office
Attn: Brian I. FitzGerald
PO Box 1110
Tampa, FL 33601-1110

Terrell, Hogan, Ellis & Yegelwel PA
Attn: Carroll Cayer
233 East Bay St., 8th Fl
.Jacksonville, FL 32202

Verona Law Group, PA
Attn: Jay Verona
7235 First Ave So
St Petersburg, FL 33707

Harrell & Harrell, P A
Attn: Greg Schlax
4735 Sunbeam Road
Jacksonville, Florida 32257

Diane Nelson, Tax Collector of Pinellas County, FL
Attn: Sarah Richardson
Managing Assistant County Attorney
315 Court St
Clearwater, FL 3.3756

McElwee Law Firm, PL L C
Attn: Robert Laney
906 Main St
North Wilkesboro, NC 28659

Young, Morphis, Bach and Taylor, L.L.P.
Attn:.Jimmy Ray Summerlin
First lawyers Building, 400 Second Avenue, N. W
P O. Drawer 2428
Hickory, North Carolina 28603

Harwell Howard Hyne Gabbert & Manner PC
Attn: David P Canas
315 Deaderick St., Ste 1800
Nashville, IN 3 7238

Emmanuel, Sheppard and Condon PA
Attn: Sally Bussell Fox
30 South Spring St
Pensacola, FL 32502

Balch & Bingham LLP
Attn: Elizabeth I Baer
14 Peidmont Ctr, Ste 1100
3535 Piedmont Rd.
Atlanta, GA 30.305

Blackwell Sanders Peper Martin LL.P
Attn: John Cruciani
4801 Main St, Ste 1000
Kansas City, MO 64112

Hodgson Russ UP
Attn: Tina Talarchyk
1801 North Military Trail, Ste 200
Boca Raton, FL 33431

Kilpatrick Stockton LLP
Attn: Paul M Rosenblatt
1100 Peachtree Street, NE, Ste 2800
Atlanta, GA 30309-4530

| | | |
|---|---|---|
| Henderson, Franklin, Starnes & Holt, PA<br>Attn: Douglas Szabo, John Noland<br>PO Box 280<br>Fort Myers, FL 3.3902-0280 | Hiday & Ricke, PA<br>Attn: Jeffrey Becker<br>PO Box 550858<br>Jacksonville, FL. 32255 | Squire, Sanders & Dempsey LlP<br>Attn: Joseph Weinstein<br>4900 Keuy lower<br>127 Public Sq.<br>Cleveland, OH 44114-1304 |
| Mirick, O'Connell, DeMallie & Lougee UP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608-1477 | McGuiiewoods L.LP<br>Attn: Michael Schmahl<br>77 W Wacker Dr., Ste 4100<br>Chicago, IL 60601 | Becket and Lee L.LP<br>Attn: Gilbert Weisman<br>PO Box 3001<br>Malvern, PA 19.355-0701 |
| Baker Botts LLP<br>Attn: C. Luckey McDowell<br>2001 Ross Ave.<br>Dallas, TX 75201-2980 | Colodny, F ass, T alenfeld, Karlinsky & Abate<br>Attn: Joel Fass<br>2000 W. Commercial Blvd, Ste 232<br>Fort Lauderdale, FL 33309 | Hill, Ward & Henderson, PA<br>Attn: Paige Greenlee<br>PO Box 22.31<br>Tampa, FL 33601 |
| Ervin, Cohen & Jessup, L.LP<br>Attn: Michael Kogan<br>9401 Wilshire Blvd., 9th Fl<br>Beverly Hills, CA 90212 | Blaxberg, Grayson, Kukoff & Segal, PA<br>Attn: Ian J Kukoff<br>25 Southeast Second Ave.<br>Miami, FL 33131 | Mickler & Mickler<br>Attn: Albert H. Mickler<br>5452 Arlington Exp.<br>Jacksonville, FL. 32211 |
| Held & Israel<br>Attn: Adam Frisch<br>1301 Riverplace Blvd., Ste 1916<br>Jacksonville, FL 32207 | GrayRobinson<br>Attn: Jason B Burnett<br>50 North Laura St., Ste 1675<br>.Jacksonville, FL 32202 | Friedline & McConnell, P A.<br>Attn: Jerrett M. McConnell<br>1756 University Blvd S<br>Jacksonville, FL 32216 |
| Powell Goldstein L.LP<br>Attn: Wendy Hagenau, .John Moore<br>One Atlantic Center, 14th Fl<br>1201 W. Peachtree St., NW<br>Atlanta, GA 30309-3488 | | Duane Morris LLP<br>Attn: Margery Reed, Wendy Sinkulak<br>30 South 17th St.<br>Philadelphia, PA 19103 |
| Paul, Hastings, Janofsky & Walker LLP<br>Attn: Karol K Denniston, Carolyn (Keri) Chayavadhanangkur<br>600 Peachtree Street., N E., 24th Fl<br>Atlanta, GA 30308 | | Stichter, Riedel, Blain & Prosser PA<br>Attn: Susan H Sharp<br>110 Madison St., Ste 200<br>Tampa, FL 33602 |
| Marcus, Santoro & Kozak, PC<br>Attn: Kelly M Barnhart<br>1435 Crossways Blvd., Ste 300<br>Chesapeake, VA 23320 | Kelley & Fulton, PA<br>Attn: Craig I Kelley<br>1665 Palm Beach Lakes Blvd<br>The Forum, Ste 1000<br>West Palm Beach, FL 33401 | Schnader Harrison Segal & Lewis LLP<br>Attn: William J. Maffucci<br>1600 Market Street Suite 3600<br>Philadelphia, PA 19103-7286 |
| Arnstein & Lehr LLP<br>Attn: Ronald J Marlowe<br>111O N Florida Ave.<br>Tampa, FL 33602 | State of Florida, AHCA<br>Attn: Grant Dearborn, Esq.<br>2727 Mahan Dr. MS 3<br>Tallahassee, FL 32308 | State of Georgia, Dept. of Community Health<br>Attn: Neal B Childers, Esq.<br>2 Peachtree Street, 40th Floor<br>Atlanta, GA 30303-3159 |
| State of Kentucky Health & Family Services Cabinet<br>Attn: Richard Warne, Esq.<br>275 East Main Street, 5W-B<br>Frankfort, KY 40621 | U S. Health & Human Services Dept<br>c/o Office of the General Counsel<br>Attn: Gary Kurz, Esq<br>61 Forsyth Street SW, Suite 5M60<br>Atlanta, GA 30303-8909 | Quarles & Brady LLP<br>Attn: Ned R Nashban<br>1900 Glades Road, Ste.355<br>Boca Raton, FL 33431 |

Liebman, Conway, Olejniczak & Jerry, SC
Attn: Jerome E. Smyth
PO Box 23200
Green Bay, WI 54305-3200

The Caluda Law Firm
Attn: Robert J., Caluda
3232 Edenborn Ave
Metairie, LA 70002

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Ste 225
Greenwich, CT 06830

Thompson & Knight
Attn: John S Biannon
1700 Pacific Ave., Suite 3300
Dallas, TX 75201

Stevens & Lee, PC
Attn: Chester Salomon, Jocelyn Keynes
485 Madison Ave., 20th Floor
New York, NY 10022

Leesfield Leighton & Partners, P.A.
2350 South Dixie Highway
Miami, FL 33133-2314

Philip A Bates, P A
Philip A. Bates
25 West Cedar Street, Suite 550
Pensacola, FL 32502