UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION
CASE NO. Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

In re:

WINN-DIXIE STORES, INC. et al

Debtors,

       Plaintiff,
_____/

## NOTICE OF APPEARANCE

The law firm of COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR hereby files its Notice of Appearance on behalf of the Plaintiff, In re: WINN-DIXIE STORES, INC. et al., Debtors, in the above-styled cause, and requests that all pleadings and correspondence in this cause be directed to the undersigned attorneys.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U. S. Mail this January 12, 2006 to: JAMES H. POST, ESQUIRE, 225 Water Street, 1800 Wachovia Bank Tower, Jacksonville, FL 32202

        COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR
        2312 Wilton Drive
        Ft. Lauderdale, FL 33305
        (954) 568-6669

By: _____
        ACE J. BLACKBURN, JR.
        Florida Bar No. 347140
        ablackburn@cmlbro.com