UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION
CASE NO. Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

In re:

WINN-DIXIE STORES, INC. et al

Debtors,

      Plaintiff,

_____/

## NOTICE OF FILING

COMES NOW the Claimant, FLORENCE TRIGGER, Claim Number 8782, by and through her undersigned counsel, and files this Notice of Filing Letter to Logan & Company, Inc. regarding Questionnaire for Litigation Claimants and the Questionnaire for Litigation Claimants.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U. S. Mail this January 12, 2006 to: JAMES H. POST, ESQUIRE, 225 Water Street, 1800 Wachovia Bank Tower, Jacksonville, FL 32202

            COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR
            2312 Wilton Drive
            Ft. Lauderdale, FL 33305
            (954) 568-6669

By: _____
      ACE J. BLACKBURN, JR.
      Florida Bar No. 347140
      ablackburn@cmlbro.com

LAW OFFICES
# COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.

P.O. BOX 14546
FORT LAUDERDALE, FLORIDA 33302

---

2312 WILTON DRIVE
FORT LAUDERDALE, FLORIDA 33305
TELEPHONE (954) 568-6669
FAX (954) 568-0085

November 2, 2005

**Sent via Federal Express**
Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New Jersey 07043

Re:   Florence Trigger vs. Winn Dixie Stores, Inc.
      Our File No. 04-0826
      Case No. 05-03817-3F1

Gentlemen:

Enclosed please find the completed "Questionnaire for Litigation Claimants" in the above reference matter. This was due by 5:00 p.m. November 1, 2005. We are requesting that an exception be made to the late filing of this document due to the following special circumstance:

We received the Court's order on October 3, 2005 and the "Questionnaire for Litigation Claimants" on or about October 13, 2005. Our client was to come in and sign the completed form on October 25, 2005 so that we could timely file with the court. Unfortunately, Hurricane Wilma struck on Monday, October 24, 2005 resulting in severe damage to Southeast Florida and in particular Broward County where we are located. Our office, the majority of Broward County, and that of our neighboring counties were closed for the past week due to no power and are now operating under limited generator access. As a result, we are unable to access our computer system, the courts. etc.

Due to the forgoing, we have hand completed a copy of the "Questionnaire for Litigation Claimants" and had Ms. Florence Trigger sign it today.

Thank you for your kind consideration in this matter.

Very truly yours,


MICHAEL C. MATTSON
For the firm

MCM/cr
Enclosures
*(Prepared and printed from laptop to expedite)*

04-826

Page 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*



Claim No.(s): 8782

Creditor No.: 391868
TRIGGER, FLORENCE A
C/O COONEY MATTSON LANCE ET AL
ATTN MICHAEL MATTSON, ESQ
PO BOX 14546
FORT LAUDERDALE FL 33302



## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) 09/02/1955

2. Date of injury or claim: (MM/DD/YY) 02/08/04

3. What is the basis of your claim? PERSONAL INJURY; SLIPPED AND FELL ON SPILLED MILK ON FLOOR AT WINN DIXIE. INJURED RIGHT SIDE OF BODY INCLUDING elbow, hip, knee & lower extremity. RIGHT KNEE HAD INTERNAL DERANGEMENT REQUIRING RIGHT KNEE ARTHROSCOPY, CHONDROPLASTY - SYNOVITIS PERFORMED 9/2/04.

4. What is the total amount of your claim? (Please estimate if necessary). ESTIMATED AT $200,000 FOR MEDICALS, LOSS OF TIME FROM WORK, AND PAIN AND SUFFERING

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
AVAILABLE RECORDS ARE ATTACHED.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. AVAILABLE BILLS ATTACHED. HAVE NOT COMPLETED OBTAINING MEDICALS

7. Are you pursuing this claim against any other party?    Yes ☐    No ☑
If so, against whom (list the name, the addresses and counsel for each party, if known)?

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☑    No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. NO

391868-TRIGGER, FLORENCE A-Claim No.(s): 8782

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) SEE MEDICAL RECORDS ATTACHED TO NO. 5. INTERNAL DERANGEMENT & PARTIAL MENISCAL TEAR RIGHT KNEE REQUIRING RIGHT KNEE ARTHROSCOPY, CHONDROPLASTY OF PATELLA, CHONDROPLASTY MEDIAL FEMORAL CONDYLE & SINOVECTOMY MINOR. PLEASE SPECIFICALLY REFER TO HOLY CROSS HOSPITAL 9/2/04 OPERATIVE REPORT

11. Where did the injury or damage occur? WINN DIXIE STORE NO. 03-0377-002 SUNRISE FLORIDA 33321

Please specify the location and address.

12. How did the injury or damage occur? SLIPPED AND FELL ON SPILLED MILK ON FLOOR OF STORE.

13. Did you miss any work as a result of your injury or damage? If so, how many days? 2 WEEKS

14. Give the name and address of your employer and your salary at the time of your injury or damage.
RUSSELL ENGINEERING
2530 SW 36th STREET
FORT LAUDERDALE FL 33312

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). WINN DIXIE PERSONNEL - SPECIFIC NAMES UNKNOWN Debbie Nail. BLUE CROSS BLUE SHIELD PO BOX 1798 JACKSONVILLE FL 32231; HOLY CROSS HOSPITAL 954-771-8000; STEPHEN WENDER MD & MARTIN ROCHE MD 954-958-4800; RICHARD ROSENWEG MD 305-937-1999; CHRISTOPHER DICARLO DC 1525 E. HALLANDALE BEACH BLVD HALLANDALE FL 33009; MICHELLE FIORILLO D.O. 1100 E BROWARD BLVD FT LAUDERDALE FL 33316

391868-TRIGGER, FLORENCE A-Claim No.(s): 8782

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☑
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) _____

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
   Holy Cross Hospital 4726 N. Federal Hwy Ft. Lauderdale FL 33308
   Martin Roche MD 4726 N Federal Hwy Ft. Lauderdale FL 33308
   Richard Rosenweg MD 2100 NE 28th Ave Aventura FL 33180
   Christopher DiCarlo DC 15250 E Hallandale Bch Blvd Hallandale FL 33009
   Michell Fiorillo D.O. 1100 E. Broward Blvd Fort Lauderdale FL 33301

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. Please see answers to #4, #6, #10 and all attached records

   c. Give the total amount of the medical bills you incurred as a result of your claim. _____
   Have received and paid personally $5,142.00. Other bills submitted to Blue Cross Blue Shield have not been received.

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. Medical expenses & loss from work

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. Have not received the EOB's from Blue Cross Blue Shield

391868-TRIGGER, FLORENCE A-Claim No.(s): 8782

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

g.  Give the name, address and policy number of your insurance company. _____
BLUE CROSS BLUE SHIELD
P.O BOX 1798
JACKSONVILLE FL - 32231

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim. *See previous responses*

b.  Give the total amount of each item of damage. *See previous responses*

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**
$120,000.00

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 391868<br>TRIGGER, FLORENCE A<br>C/O COONEY MATTSON LANCE ET AL<br>ATTN MICHAEL MATTSON, ESQ<br>PO BOX 14546<br>FORT LAUDERDALE FL 33302 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

391868-TRIGGER, FLORENCE A-Claim No.(s): 8782

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: _Nov 2 2005_   _Florence A. Trigger_
                     Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) _Michael C Matson Esq Cooney, Matson et al_

Address _PO Box 14544_

City/State/Zip _Fort Lauderdale FL 33302_

Relationship to Claimant _Attorney_

Phone Number _954-568-6669_

Fax Number _954-568-0085_

Email Address r _mmatson@cmlbro.com_

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

> Logan & Company, Inc.
> Claims Agent
> 546 Valley Road
> Upper Montclair
> New Jersey 07043

391868-TRIGGER, FLORENCE A-Claim No.(s): 8782

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

**FedEx Express US Airbill**

FedEx Tracking Number: 8499 0227 7614

Form ID No: 0215

SOR11

Sender's Copy

Date: 11/2/05

Sender's FedEx Account Number: 1541-7157-6

From: MICHAEL C MATTSON
Phone: (954) 568-6669
Company: COONEY MATTSON ET AL
Address: 2312 WILTON DR
FORT LAUDERDALE, State FL, ZIP 33305-1249

Internal Billing Reference: 04-0826 TRIGGER

Recipient: LOGAN & COMPANY
Phone: (   )
Company: CLAIMS AGENT
Address: 546 VALLEY ROAD
UPPER MONTCLAIR, State NJ, ZIP 07043

**4a Express Package Service** — Packages up to 150 lbs.
☑ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope
☑ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☑ No  ☐ Yes As per attached Shipper's Declaration  ☐ Yes Shipper's Declaration not required  ☐ Dry Ice

**7 Payment** Bill to:
☑ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

466

0296232387

## Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 849902277614 | **Reference** | 04-0826 TRIGGER |
| **Signed for by** | E.POSTEL | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | Nov 2, 2005 | **Service type** | Priority Pak |
| **Delivery date** | Nov 3, 2005 9:27 AM | **Weight** | 2.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 3, 2005 | 9:27 AM | **Delivered** | | |
| | 8:29 AM | On FedEx vehicle for delivery | FAIRFIELD, NJ | |
| | 7:53 AM | Departed FedEx location | NEWARK, NJ | |
| | 7:41 AM | At local FedEx facility | FAIRFIELD, NJ | |
| Nov 2, 2005 | 9:31 PM | Left origin | FORT LAUDERDALE, FL | |
| | 5:39 PM | Picked up | FORT LAUDERDALE, FL | |

[ Signature proof ] | [ Email results ] | [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** [        ]   **Your Email Address:** [        ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions   [ Submit ]



| | |
|---|---|
| FedEx Express | U.S. Mail: PO Box 727 |
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

12/16/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **849902277614**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Nov 3, 2005 09:27 |
| **Signed for by:** | E.POSTEL | | |
| **Service type:** | Priority Pak | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 849902277614 | **Ship date:** | Nov 2, 2005 |
| | | **Weight:** | 2.0 lbs. |
| **Recipient:** | | **Shipper:** | |
| US | | US | |
| **Reference** | | 04-0826 TRIGGER | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339