UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC. et al | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## SECOND RENEWED REQUEST FOR MEDIATION

Claimant, HOWARD WHITE, by and through his undersigned counsel, hereby renews the renewed request that the claim of Howard White be referred to Mediation pursuant to the terms and conditions of the Claims Resolution Procedure authorized for use by the Debtors pursuant to this Court's Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims entered on September 1, 2005.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission and/or U.S. mail to JAMES H. POST, Esquire, SMITH, HULSEY & BUSEY, Attorneys for Debtors, 1800 Wachovia Bank Tower, 255 Water Street, Jacksonville, Florida  32202; Logan & Co. Inc., Claims Agent, 546 Valley Road, Upper Montclair NJ 07043; and Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., Post Office Box 24787, Jacksonville, Florida  32241-4787 this 13th day of January, 2006.

BLANCHARD, MERRIAM,
ADEL & KIRKLAND, P.A.

By _____
Melissa H. Andrade, Esquire
Attorneys for Howard White
Florida Bar No.: 671169
Post Office Box 1869
Ocala, Florida 34478
(352) 732-7218

Filed on Behalf of
Melissa H. Andrade, Esquire
GILLIGAN, KING, GOODING
& GIFFORD, P.A.

By _/s/ Anna E. Morris _____
    Anna E. Morris, Esquire
    Florida Bar No.: 721001
    1531 Southeast 36th Avenue
    Ocala, Florida 34471
    (352) 867-7707