UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION
CASE NO. Chapter 11

Case No. 05-03817-3F1
(Jointly Administered)

In re:

WINN-DIXIE STORES, INC. et al

Debtors,

       Plaintiff,

_____/

## MOTION FOR ACCEPTANCE OF LATE FILED QUESTIONNAIRE

COMES NOW the Claimant, Florence Trigger, by and through her undersigned counsel, and respectfully requests that the Court accept the Late Filing of the Claimant's "Questionnaire for Litigation Claimants", and as grounds therefor would show:

1.    The Court issued an Order on October 3, 2005 requiring that the claimants in this action file a "Questionnaire for Litigation Claimants" no later than November 1, 2005.

2.    The Claimant and the undersigned counsel received the "Questionnaire for Litigation Claimants" on or about October 13, 2005.

3.    The Questionnaire was completed and the documentation to accompany it was assembled and ready for signature on October 21, 2005. The Claimant, Florence Trigger, was to come in to the office on October 25, 2005 to sign the referenced Questionnaire.

4.    Hurricane Wilma struck the Broward County, Florida area on Monday, October 24, 2005, resulting in severe damage to Southeast Florida and, in particular, Broward County, Florida, where the claimant and undersigned counsel are located.

5.  Undersigned counsel's office, the majority of Broward County businesses and governmental centers, and neighboring counties were closed due to the widespread power outages and severe damage to the area. As such, the ability of the claimant, Florence Trigger, and the undersigned counsel were adversely impacted in meeting the November 1, 2005 deadline.

6.  On November 2, 2005, the claimant was able to sign the completed "Questionnaire for Litigation Claimants" and same was sent via Federal Express to Logan & Company by priority delivery. The claimant's "Questionnaire for Litigation Claimants" was received by Logan & Company at 9:27 a.m. on November 3, 2005.

WHEREFORE the Claimant, FLORENCE TRIGGER, respectfully requests that the Court issue an Order accepting the late filing of the Questionnaire for Litigation Claimants for claim number 8782.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U. S. Mail this January 12, 2006 to: JAMES H. POST, ESQUIRE, 225 Water Street, 1800 Wachovia Bank Tower, Jacksonville, FL 32202

COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR
2312 Wilton Drive
Ft. Lauderdale, FL 33305
(954) 568-6669

By: _____
ACE J. BLACKBURN, JR.
Florida Bar No. 347140
ablackburn@cmlbro.com