# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | Case No. 05-03817 |
| ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) the Notice of Transfer of Claim Pursuant To Federal Rule of Bankruptcy Procedure 3001(e)(2); and (ii) the within Certificate of Service were served, by first class mail, postage prepaid on the parties listed below on January 13, 2006.

>Three Meadows Plaza Partnership
>Three Meadows Plaza Partnership
>P.O. Box 97
>Cocoa, FL 32923-0097

>>*/s/ Wendy M. Simkulak*
>>Wendy M. Simkulak

PH1\1527739.1