# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 05-03817 |
| ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF
## LIMITED OBJECTION OF PRINCIPAL LIFE INSURANCE COMPANY
## TO DEBTORS' NOTICE OF INTENT TO ABANDON
## FURNITURE, FIXTURES AND EQUIPMENT

Principal Life Insurance Company ("Principal"), formerly known as Principal Mutual Life Insurance Company, by its undersigned counsel, files this notice of withdrawal of the Limited Objection of Principal Life Insurance Company (Docket No. 3530) to Debtors' Notice of Intent to Abandon Furniture, Fixtures and Equipment (Docket No. 3303).

DUANE MORRIS LLP

Dated: January 13, 2006    By: */s/ Wendy M. Simkulak*
　　　　　　　　　　　　　　Paul L. Orshan, Esquire
　　　　　　　　　　　　　　Florida Bar No. 776203
　　　　　　　　　　　　　　plorshan@duanemorris.com
　　　　　　　　　　　　　　200 S. Biscayne Boulevard, Suite 3400
　　　　　　　　　　　　　　Miami, FL  33131
　　　　　　　　　　　　　　Tel: (305) 960-2200
　　　　　　　　　　　　　　Fax: (305) 960-2201

　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　Margery N. Reed, Esquire
　　　　　　　　　　　　　　Wendy M. Simkulak, Esquire
　　　　　　　　　　　　　　30 South 17th Street
　　　　　　　　　　　　　　Philadelphia, PA 19103-4196
　　　　　　　　　　　　　　Telephone: (215) 979-1000
　　　　　　　　　　　　　　Facsimile: (215) 979-1020
　　　　　　　　　　　　　　mreed@duanemorris.com
　　　　　　　　　　　　　　wmsimkulak@duanemorris.com

　　　　　　　　　　　　　　Counsel to Principal Life Insurance
　　　　　　　　　　　　　　Company f/k/a Principal Mutual Life
　　　　　　　　　　　　　　Insurance Company

PH1\1527154.1