UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

**SECOND NOTICE OF RESCHEDULED DEPOSITION**

Please take notice that on **Tuesday, January 17, 2006** beginning at **1:00 p.m.**, or at such other time and place as the parties may agree, plaintiff will take the deposition of Winn-Dixie Store, Inc. ("Winn-Dixie") at the offices of Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, before an officer authorized by law to administer oaths or take depositions.

Pursuant to Rules 7030(b)(6) and 9014, Federal Rules of Bankruptcy Procedure, Winn-Dixie is required to designate one or more persons to testify on its behalf concerning the following matters:

1. Winn-Dixie's financial performance since the Petition Date;

2. The amount of available credit under Winn-Dixie's DIP financing facility and the formula by which such availability is determined;

3. Winn-Dixie's postpetition utility consumption and utility payment obligations;

4.  Winn-Dixie's ability to post a postpetition security deposit for utility services in Northeast Florida;

5.  Winn-Dixie's anticipated income and expenditures through June 2006;

6.  Winn-Dixie's business plan; and

7.  The accuracy of Winn-Dixie's SEC filings.

This deposition is being taken for discovery purposes, for use as evidence at trial or hearing, or both, and shall continue from day to day until completed.

A request for production of documents was previously served on Winn-Dixie by JEA. This notice of rescheduled deposition does not alter the time for responding to such request.

**STUTSMAN & THAMES, P.A.**

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for JEA

## Certificate of Service

I certify that, on January 16, 2006, a copy of the foregoing was furnished by facsimile to the following persons:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

58381

_____
Attorney