**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING QUARTERLY REPORT OF**
**CASH SETTLEMENTS UNDER CLAIMS RESOLUTION PROCEDURE**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Order Authorizing Debtors to Settle or Liquidate Certain Litigation Claims with Cash Payments entered on October 7, 2005 (Docket No. 3838), give notice of filing the attached quarterly report of Cash Settlements Under Claims Resolution Procedure. This report reflects cash payments made or agreed to by the Debtors as of December 31, 2005.

Dated:   January 16, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-counsel for Debtors | Co-counsel for Debtors |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Acosta, Rosa | 6995 | 1 | $1,390.00 | $1,000.00 | 11/18/05 Docket No. 4231 |
| Acosta, Virginia | 278 and 1424 | 2 | $87,000.00 | $5,000.00 | 12/5/05 Docket No. 4439 |
| Aguilar, Santiago | 7059 | 1 | $2,500.00 | $250.00 | 12/5/05 Docket No. 4465 |
| Albert-Reese, Ora Jean | 8796 | 1 | $25,960.00 | $4,000.00 | |
| Allen, Desirae | 10713 | 1 | $750.00 | $375.00 | 12/9/2005 Docket No. 4544 |
| Allen, Susie | 1540 | 1 | $13,713.60 | $5,000.00 | 12/9/2005 Docket No. 4552 |
| Almonor, Martha | 6342 | 1 | $59,830.00 | $5,000.00 | 10/26/05 Docket No. 3944 |
| Andrews, Monikah | 1371 | 1 | | $1,500.00 | |
| Arbelaez, Bibiana | 5749 | 1 | $2,104.68 | $2,000.00 | |
| Arboleda, Ashton | 6693 | 1 | $10,000.00 | $1,250.00 | 12/5/05 Docket No. 4429 |
| Bailey, Carmen | 8950 | 1 | | $1,000.00 | 12/6/05 Docket no. 4460 |
| Baker, Emma | 9401 | 1 | $50,000.00 | $1,750.00 | 12/6/05 Docket No. 4457 |
| Belks, Julia | 264 & 2456 | 2 | $150,000.00 | $4,000.00 | |
| Benekovic, Frances | 11489 | 1 | $15,000.00 | $2,000.00 | |
| Benjamin, Elleanor | 1215 | 1 | $8,500.00 | $2,500.00 | 12/5/05 Docket No. 4426 |
| Blanc, Ginette | 3849 | 1 | $100,000.00 | $5,000.00 | |
| Bourke, Toni | 2711 | 1 | $1,850.00 | $250.00 | |
| Brandt, Sandra | 11319 & 5033 | 2 | | $5,000.00 | |
| Braziel, Pauline | 11742 | 1 | $10,914.29 | $5,000.00 | 12/20/05 Docket No. 4715 |
| Brethauer, Evelyn | 1077 | 1 | $50,000.00 | $1,000.00 | |

1 of 10

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Brid, Patricia | 4183 | 1 | $25,000.00 | $4,000.00 | 11/18/05 Docket No. 4228 |
| Briggs, D'Ann | 7591 | 1 | $2,100.00 | $250.00 | 12/5/05 Docket No. 4339 |
| Bright, Reba | 2067 | 1 | $50,000.00 | $2,500.00 | |
| Brown, Bernice | 5491 | 1 | $15,000.00 | $2,500.00 | |
| Brown, Shannon | 7980 | 1 | $1,890.00 | $1,295.00 | 11/14/2005 Doclet No. 4156 |
| Brown, Shelia | 4098 | 1 | $6,500.00 | $2,500.00 | 11/18/05 Docket No. 4234 |
| Brownell, Anita | 4420 | 1 | | $1,000.00 | 12/19/05 Docket No. 4688 |
| Burke, Jodricka | 10371 | 1 | | $1,300.00 | 11/9/05 Docket No. 4096 |
| Cajina, Ninoska | 7861 | 1 | $250,000.00 | $5,000.00 | 12/19/05 Docket No. 4685 |
| Caran, Lois | 7077 | 1 | $450,000.00 | $5,000.00 | |
| Carral, Alvin | 8136 & 8137 | 2 | $200,000.00 | $1,500.00 | |
| Cartagena, Pedro | 3992 | 1 | $300,000.00 | $3,000.00 | |
| Charneco, Francesca | 2924 | 1 | $4,500.00 | $2,000.00 | |
| Clark, Myrtle | 5832 | 1 | $4,992.81 | $1,000.00 | |
| Clarke, Miriam | 2270 | 1 | 15000 | $500.00 | |
| Coatney, Gloria | 11178 | 1 | $50,000.00 | $5,000.00 | 12/19/05 Docket No. 4690 |
| Cobb, Robert | 1700 and 5695 | 2 | $10,000.00 | $5,000.00 | 12/6/05 Docket No. 4452 |
| Cochran, Carolyn | 4709 | 1 | $3,445.00 | $1,500.00 | 10/26/05 Docket No. 3943 |
| Coleman, Cynthia | 7231 & 10243 | 2 | $15,000.00 | $2,000.00 | |
| Colley, Marian | 2378 | 1 | $4,500.00 | $1,500.00 | |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Cooper, Renata | 8856 | 1 | $100,000.00 | $3,500.00 | |
| Cornick, Martha | 4796 | 1 | $25,000.00 | $2,000.00 | |
| Cunningham, Carol | 1045 | 1 | $300,000.00 | $3,000.00 | 12/20/05 Docket No. 4712 |
| Cutler, Marilyn | 7949 | 1 | $2,500.00 | $1,250.00 | 12/5/05 Docket No. 4424 |
| Datcher, Argeletta | | 1 | | $1,000.00 | |
| Daugherty, Kimberly | 3574 | 1 | $5,000.00 | $300.00 | 11/16/05 Docket No. 4178 |
| Davis, Charles | 7094 | 1 | | $2,300.00 | 12/19/2005 Docket No. 4684 |
| Davis, Maria | 6687 | 1 | $47,500.00 | $3,000.00 | |
| Davison, Amanda | 2976 | 1 | $27,500.00 | $4,000.00 | 11/10/05 Docket No. 4103 |
| Dawson, Ruffin | 4333 | 1 | $5,000.00 | $2,000.00 | |
| DeVaughn, Donna | 1411 | 1 | $60,000.00 | $5,000.00 | 12/5/05 Docket No. 4438 |
| Dorman, Nokomas | 9399 | 1 | | $3,000.00 | |
| Doty, Linda | 2153 and 2180 | 2 | $225,000.00 | $2,500.00 | |
| Elsea, Lisa | 4766 | 1 | $40,000.00 | $3,600.00 | |
| Entzminger, Jacqueline | 5213 & 2764 | 2 | $10,000.00 | $300.00 | 12/9/2005 Docket No. 4549 |
| Fader, Rita | 12244 | 1 | $75,000.00 | $2,500.00 | |
| Faulk, Donald | 10688 | 1 | $4,300.00 | $2,500.00 | |
| Ferguson, Miesha | 7446 | 1 | | $200.00 | 11/4/05 Docket No. 4038 |
| Ferland, Alleli | 6272 | 1 | $25,000.00 | $2,500.00 | |
| Flesses, Robin | 2004 | 1 | $150.00 | $150.00 | 11/4/05 Docket No. 4036 |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Francis, Leona | 6773 | 1 | $100,000.00 | $4,000.00 | |
| Frost, Angela | 657 | 1 | $5,000.00 | $2,000.00 | 12/6/05 Docket No. 4451 |
| Fuller, Dorothy | 3991 | 1 | $15,000.00 | $2,500.00 | |
| Fulmore, Crystal | 2268 | 1 | $300,000.00 | $5,000.00 | 12/5/05 Docket No. 4425 |
| Gagnon, Roger | 9526 | 1 | $142,937.60 | $2,500.00 | |
| Gaudy, Bara | 3046 | 1 | $50,000.00 | $1,000.00 | |
| Graham, Katherine | 11498 | 1 | $3,500.00 | $1,500.00 | 12/19/05 Docket No. 4696 |
| Graham, Perlene | 1587 | 1 | $11,100.00 | $1,600.00 | 11/16/05 Docket No. 4176 |
| Green, Josephine | 2922 | 1 | $6,000.00 | $3,000.00 | 12/9/2005 Docket No. 4557 |
| Green, Peter | 1063 | 1 | | $2,500.00 | |
| Griffin, Gale | 6829 | 1 | $3,000.00 | $500.00 | 11/10/05 Docket No. 4110 |
| Guarino, Glorida | 5956 | 1 | $10,000.00 | $2,000.00 | 12/5/05 Docket No. 4458 |
| Hall, William | 6722 | 1 | $1,500.00 | $1,000.00 | 11/4/05 Docket No. 4035 |
| Hamerling, Robert | 9832 | 1 | $250,000.00 | $5,000.00 | 11/10/05 Docket No. 4109 |
| Haygood, MaXine | 2148 | 1 | $8,400.00 | $4,000.00 | 12/19/05 Docket No. 4689 |
| Heard, Jay | 2632 | 1 | $45,000.00 | $5,000.00 | |
| Heffron, Kathy | 2472, 3637 & 3636 | 3 | | $5,000.00 | 12/6/05 Docket No. 4466 |
| Hermanson, Pauline | 11768 | 1 | | $1,000.00 | |
| Hicks, Sharon | 549 & 2457 | 2 | $150,000.00 | $4,000.00 | |
| Holder Corrine (M) | 1702 | 1 | $9,500.00 | $4,750.00 | 11/4/05 Docket No. 4032 |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Holmes, Yolanda | 5728 | 1 | $35,000.00 | $2,000.00 | |
| Hooper, Annette | 3165 | 1 | $50,000.00 | $500.00 | |
| Howell, Kareen | 4292 | 1 | $85,000.00 | $1,500.00 | |
| Hudson, Tony | 6926 | 1 | | $1,000.00 | 12/19/05 Docket No. 4700 |
| Hurst, Monica | 7229 & 10245 | 2 | $10,000.00 | $2,000.00 | |
| Husfelt, Jerome | 9914 | 1 | | $2,500.00 | |
| Iglesias, Vanessa | 236, 247 and 248 | 3 | $50,000.00 | $3,000.00 | 12/14/2005 Docket No. 4601 |
| Jackson, Renee | 11620 | 1 | $5,000.00 | $500.00 | 12/9/2005 Docket No. 4552 |
| Jenkins, Rosalie | 3449 | 1 | $4,000.00 | $2,500.00 | |
| Johnson, Laura | 11542 | 1 | $500,000.00 | $3,500.00 | 12/14/2005 Docket No. 4605 |
| Johnson, Sandra | 10396 | 1 | $2,500.00 | $500.00 | |
| Kellam, Clay | 9222 | 1 | | $2,500.00 | 12/9/2005 Docket No. 4567 |
| Knowles, Dwight | 11429 | 1 | $3,465.00 | $3,750.00 | |
| Langley, Patrick | 9503 | 1 | $15,000.00 | $3,000.00 | 12/9/05 Docket No. 4568 |
| Legegneaur, Francine | 2490 | 1 | | $5,000.00 | |
| Lester, Michael | 11070 | 1 | $15,000.00 | $3,750.00 | |
| Loftin, Jennifer | 1591 | 1 | $10,500.00 | $600.00 | 11/14/05 Docket No. 4157 |
| Lowery, Barbara | 3998 | 1 | 35000 | $3,500.00 | 11/30/05 Docket No. 4340 |
| Macon, Heather | 3933 | 1 | $5,500.00 | $2,000.00 | |
| Marlow, Shelia | 2857 | 1 | $7,846.00 | $751.30 | 11/10/05 Docket No. 4108 |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Martin, Lashunda | 5460 | 1 | $10,000.00 | $125.00 | |
| Martinez, Lance | 11262 & 11501 | 2 | $13,000.00 | $5,000.00 | 12/6/05 Docket No. 4461 |
| McClure, Daisy | 6453 | 1 | $100,000.00 | $5,000.00 | |
| McCrae, William | 4227 | 1 | $632,633.00 | $3,500.00 | 12/9/2005 Docket No. 4555 |
| McGovern, Richard | 8129 | 1 | $550.14 | $250.00 | |
| McKann, Ronetta | 4686 | 1 | | $1,500.00 | 12/22/05 Docket No. 4770 |
| McLoughlin, Elizabeth | 1774 | 1 | $45,000.00 | $5,000.00 | 12/5/05 Docket No. 4440 |
| McNeal, Bettie | 3583 | 1 | | $2,125.00 | |
| Micheline, Susan | 4880 | 1 | $1,700.00 | $1,000.00 | 12/6/05 Docket No. 4456 |
| Mills, Jeffrey | 9351 | 1 | $3,000.00 | $200.00 | 11/4/05 Docket No. 4037 |
| Milton, Victoria | 8934 | 1 | $75,000.00 | $2,500.00 | 12/20/05 Docket No. 4714 |
| Mintze-Jackson, Jacqueline | 3625 | 1 | $200,000.00 | $3,000.00 | 12/9/2005 Docket No. 4564 |
| Mitchell, Tiffany | 8887 | 1 | $35,000.00 | $3,000.00 | 12/5/05 Docket No. 4436 |
| Moon, Angela | 2436 | 1 | | $5,000.00 | 11/18/05 Docket No. 4229 |
| Moulder, Wanda | 7212 | 1 | $12,500.00 | $3,500.00 | |
| Moye, Carolyn | 1425 | 1 | $5,000.00 | $2,000.00 | 12/6/05 Docket No. 4449 |
| Mussman, Jerome | 6141 | 1 | | $500.00 | 11/9/05 Docket No. 4095 |
| Myers, Johnny | 3236 | 1 | $150,000.00 | $200.00 | 12/22/05 Docket No. 4771 |
| Myers, Matilda | 3631 | 1 | $150,000.00 | $800.00 | 12/22/05 Docket No. 4768 |
| Nathaniel, Prentis | 2459 | 1 | $2,500.00 | $250.00 | 11/4/05 Docket No. 4045 |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Nieto, Mirta | 4048 | 1 | $135,000.00 | $2,500.00 | 12/20/05 Docket No. 4713 |
| Norman, Frances | 11795 | 1 | $17,500.00 | $3,500.00 | |
| Pagan, Rebecca | 3850 | 1 | $100,000.00 | $3,000.00 | |
| Parker, Carole | 7527 | 1 | $7,000.00 | $1,000.00 | 12/14/2005 Docket No. 4607 |
| Parker, Zarette | 1318 | 1 | $50,000.00 | $4,500.00 | |
| Parzych, Donna | 9345 | 1 | $37,500.00 | $2,000.00 | 11/18/05 Docket No. 4230 |
| Pate, Cindy | 7490 | 1 | $25,000.00 | $2,000.00 | 12/14/2005 Docket No. 4606 |
| Patron, Jessica | 3612 | 1 | $200,000.00 | $5,000.00 | |
| Paul, Diane | 483 | 1 | $25,000.00 | $250.00 | |
| Piercy, Geraldine | 3989 | 1 | $298.00 | $250.00 | |
| Pope, John | 10454 | 1 | $3,500.00 | $1,750.00 | 11/9/05 Docket No. 4097 |
| Posada, Blanca | 2089 | 1 | $35,000.00 | $2,500.00 | |
| Pratt, Vivian Flower | 10731 | 1 | | $1,750.00 | |
| Pringle, Cicely | 9670 & 7236 | 1 | $30,000.00 | $2,000.00 | |
| Ramim, Rivka | 4282 | 1 | $250,000.00 | $4,000.00 | 12/6/05 Docket No. 4453 |
| Reichel, Walter | 11564 | 1 | | $1,000.00 | |
| Rich, Katerri | 11008 | 1 | $7,000.00 | $2,000.00 | |
| Richardson, Chiquita | 4373 | 1 | $15,000.00 | $2,500.00 | 11/16/05 Docket No. 4180 |
| Rivers, Barbara | 984 | 1 | $5,000.00 | $5,000.00 | 12/9/2005 Docket No. 4566 |
| Robinson, Herman | N/A | 1 | | $1,000.00 | |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Robinson, Shonila | 1116 | 1 | $1,200.00 | $500.00 | |
| Rogers, Nafisa (Minor) | 11399 | 1 | $40,000.00 | $4,500.00 | 12/14/05 Docket No. 4603 |
| Rorie, Destiny | 2095 | 1 | $20,000.00 | $800.00 | |
| Rowell, Susan | 11796 | 1 | | $3,100.00 | 12/6/05 Docket No. 4459 |
| Sadler, Mary | 11392 | 1 | $100,000.00 | $2,500.00 | |
| Scott, Verna Sue | 6929 & 6930 | 2 | $50,000.00 | $5,000.00 | |
| Sher, Meryl | 10403 | 1 | | $1,500.00 | 12/5/05 Docket No. 4432 |
| Sherrard, Mary & W. Garland | 5646 | 1 | $74,000.00 | $2,500.00 | |
| Shute-Houston, Demetrius | 4422 | 1 | $28,783.50 | $2,000.00 | 12/19/05 Docket No. 4698 |
| Simmons, Jennifer | 10629, 10630, 111230 and | 4 | $400,000.00 | $5,000.00 | 12/9/2005 Docket No. 4542 |
| Sims, Catherine | 2144 | 1 | | $1,250.00 | |
| Smith, Martha | 7554 | 1 | | $2,000.00 | 12/20/05 Docket No. 4711 |
| Smith, RaeAnn | 7239 & 10242 | 2 | $35,000.00 | $4,500.00 | |
| Spaulding, Trudy | 12747 | 1 | $74,000.00 | $4,000.00 | |
| Spillers, Peggy | 7488 | 1 | $60,310.89 | $5,000.00 | 11/22/05 Docket No. 4300 |
| Stanley, Teyonka | 5673 | 1 | $25,000.00 | $2,500.00 | 12/14/2005 Docket No. 4608 |
| Stark, Carolyn | 10657 | 1 | $25,000.00 | $2,000.00 | 12/5/05 Docket No. 4435 |
| Stephens, Brianna | 2207 | 1 | $3,000.00 | $1,500.00 | |
| Stewart, Kimberly | 5247 | 1 | 6000 | $1,000.00 | 12/5/05 Docket No. 4462 |
| Taranom, Shabana | 2701 & 2773 | 2 | $75,000.00 | $2,000.00 | |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Taylor, Leslie | 7254 | 1 |  | $5,000.00 |  |
| Teston, Katherine | 1709 | 1 | $10,000.00 | $4,000.00 | 12/9/2005 Docket No. 4546 |
| Thomas, James | 6343 | 1 | 10,000.00 | $1,300.00 | 12/5/05 Docket No. 4431 |
| Thomas, Linda | 2873 | 1 |  | $3,000.00 |  |
| Thompson, Shawanda | 3851 | 1 | $100,000.00 | $5,000.00 |  |
| Toins, Treavion | 2758 | 1 | $20,000.00 | $3,000.00 |  |
| Travis, Daphne | 1444 | 1 | $10,000.00 | $2,000.00 |  |
| Trifonov, Ember | 870 | 1 | $12,000.00 | $250.00 | 11/4/05 Docket No. 4044 |
| Tunnell, Penny | 8229 | 1 | $300,000.00 | $4,000.00 |  |
| Valdez, Maria | 1657 | 1 | $40,000.00 | $3,000.00 |  |
| Valentine, Missoule | 6333 | 1 | $62,165.00 | $3,500.00 | 10/26/05 Dkt. No. 3945 |
| Velie, Twyla | 7098 | 1 | $10,000.00 | $2,500.00 | 11/16/05 Docket No. 4177 |
| Wallace, Michael | 5164 | 1 | $12,500.00 | $2,000.00 |  |
| Walters, Ruth |  |  |  | $3,000.00 |  |
| Ward, Wanda | 11588 | 1 | $25,000.00 | $3,000.00 |  |
| Warthen, Tamika | 9853 | 1 | $10,000.00 | $5,000.00 |  |
| Washington, Autrola | 1905 | 1 |  | $2,500.00 |  |
| Watson, Nathan | 2831 | 1 |  | $1,500.00 |  |
| Webb, Sabrina | 10753 | 1 |  | $150.00 | 12/22/05 Docket No. 4775 |
| Weeks, Mary Beth | 9628 | 1 | $50,000.00 | $2,000.00 |  |

**Cash Settlements Under Claims Resolution Procedure as of December 31, 2005**

| Claimant | Proof of Claim No(s) | Total No. of Claims | Original Proof Of Claim Amount | Settlement Amount | Agreed Order Entered by Judge Date/Docket # |
|---|---|---|---|---|---|
| Wells, Bertha | 7860 | 1 | | $1,750.00 | 11/10/05 Docket No. 4104 |
| Whittington, Joseph | 4656 | 1 | $50,000.00 | $2,000.00 | 11/10/05 Docket No. 4107 |
| Willett, Beverly | 5892 | 1 | $5,643.00 | $1,500.00 | |
| Williams, Chiguita | 7030 | 1 | | $1,250.00 | 12/5/05 Docket No. 4427 |
| Williams, Clara | 7076 | 1 | $1,000.00 | $1,000.00 | 12/22/05 Docket No. 4774 |
| Wilson, Benjamin | 7590 | 1 | | $1,000.00 | 11/4/05 Docket No. 4033 |
| Wolbert, Tarcelia | 5724 | 1 | $2,500.00 | $1,500.00 | 11/10/05 Docket No. 4105 |
| Woodberry, Katira | 3393 | 1 | | $5,000.00 | |
| Wooley, Kenneth | 4770 & 5177 | 2 | $300,000.00 | $2,000.00 | |
| **TOTAL** | | **209** | **$9,320,922.51** | **$465,821.30** | |

## **Certificate of Service**

I certify that a copy of this document was furnished electronically and/or by mail to John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202 and Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1Chase Manhattan Plaza New York, New York 10005, this 16th day of January, 2006.



*s/ James H. Post*
Attorney

00519056