**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 | |
| Debtors. ) | Jointly Administered | |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Withdrawal of Objection by Pinetree Partners, LLC to the Debtors' Notice of Intent to Abandon Furniture, Fixtures and Equipment.

Dated: January 16, 2006.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By _s/ D. J. Baker_<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By _s/ Cynthia C. Jackson_<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00519564.DOC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

### WITHDRAWAL OF OBJECTION BY PINETREE PARTNERS, LLC TO DEBTORS' NOTICE OF INTENT TO ABANDON FURNITURE, FIXTURES AND EQUIPMENT

Pinetree Partners, LLC ("Pinetree Partners") withdraws its Objection to Debtors' Debtors' Notice of Intent to Abandon Furniture, Fixtures and Equipment, dated September 14, 2005 (the "Objection") (Docket No. 3555).

Respectfully submitted this 12th day of January, 2006.

By: _____
Charles M. Flowers
Managing Partner
Pinetree Partners, LLC

WD-NoticeofWithdrawlforFFEPinetreePartners#57(00518831)