FILED
JACKSONVILLE, FLORIDA

JAN 1 3 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

January 10, 2006

United States Bankruptcy Court
Middle District of Florida
300 North Hogan St
Suite 3-350
Jacksonville, FL 32202

RE: Winn-Dixie Corporation
CASE NO. 05-03817
Winn Dixie Logistics, Inc #05-03836

To Clerk of the Court:

This letter concerns a claim that has been transferred to Amroc Investments, LLC ("Amroc") in the above referenced bankruptcy proceedings.

Wigington Fire Systems hereby **WITHDRAWS** its Objection to the Transfer of Claim, as set forth below.

ORIGINAL TRANSFER                                                CLAIM AMOUNT

Wigington Fire Systems                                           $10,776.00
Claim Number 1923
Transferred 5/17/05 Docket Number 1484

Please return a stamped copy in the enclosed self-addressed stamped envelope. Should you have any questions regarding the above please contact me at (407) 585-3200. Thank you for your assistance in this matter.

Very truly yours,

Philip E. Streetman
(Title)

CORP. CR. mgr.

255 Primera Blvd
Suite 230
Lake Mary, FL 32746