F I L E D
JACKSONVILLE, FLORIDA

JAN 1 3 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al.., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CLAIMANT'S REPLY TO RESPONSE STATEMENT REGARDING LITIGATION OF CLAIM OF LETICIA NAVAS (CLAIM NUMBER 7864)

Claimant, by and through her undersigned counsel, hereby replies to debtor's response to claimant's proof of claim in the above referenced matter and denies and rejects same.

Claimant respectfully requests mediation of the above referenced claim in Miami Florida pursuant to Section 5 of the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims, entered in this action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Federal Express this 6th day of January, 2006, to: James H. Post, Esquire, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Jay F. Castle, Esquire, Winn-Dixie Stores, Inc., 5050 Edgewood Court,

Jacksonville, Florida 32254; and by Registered Mail Number (70040750000443411251) to: Ms. Kerry Ledbetter, Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, Florida 32241-4787.

ALEXANDER M. WEINBERG, ESQUIRE
9130 SOUTH DADELAND BOULEVARD
TWO DATRAN CENTER, SUITE 1609
MIAMI, FLORIDA 33156
TELEPHONE: (305) 670-3300

_____
ALEXANDER M. WEINBERG, ESQUIRE
Fla Bar No. 266132