UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING DESIGNATION AND CONSENT FOR ELECTRONIC FILING ONLY

The Court finds that the Designation and Consent for Electronic Filing Only filed by Melissa H. Andrade on behalf of Howard White on January 12, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Designation and Consent for Electronic Filing Only filed by Melissa H. Andrade on behalf of Howard White on January 12, 2006 is stricken from the record.

**DATED January 17, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Logan & Co., Inc., 546 Valley Rd., Upper Montclair, NJ 07043
Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787
Anna Elaine Morris, 1531 SE 36th Avenue, Ocala, FL 34471
Melissa H. Andrade, P.O. Box 1869, Ocala, FL 34478