UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors | Jointly Administered |

## NOTICE OF REJECTION OF UNEXPIRED LEASE

TO:  Linpro Investments Inc
C/O Precise Property
6761 West Indian Town Road
Jupiter, FL 33458

Re:  Winn-Dixie Store 223, located in West Palm Beach, Florida
Lease dated May 1, 1996, and any amendments, modifications or supplements relating to the lease (collectively, the "Lease")

PLEASE TAKE NOTICE that on September 8, 2005 the United States Bankruptcy Court for the Middle District of Florida, Jacksonville (the "Bankruptcy Court") entered an order Granting the Debtors' Motion (i) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (ii) to Assume and Assign Leases, (iii) to Reject Targeted Leases the Debtors are Unable to Sell, and (iv) Granting Related Relief (Docket No. 3405) (the "Order")

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, the Debtors provide notice of their intent to reject the Lease. Pursuant to the terms of the Order, the Lease is deemed rejected effective on the later of (i) the tenth (10th) calendar day following the service of the Rejection Notice; and (ii) the date on which Debtors have (a) vacated and surrendered possession of the premises; and (b) delivered the keys to the leased premises to the

Exhibit "A"

affected landlord at the mall management office where the leased premises are located (the "Rejection Date")

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Order, if you hold a claim or claims against the Debtors arising from the rejection of the Lease, you must submit a proof of claim for rejection damages, if at all, to Logan and Company, Inc at 546 Valley Road, Upper Montclair, New Jersey 07043 within thirty (30) days following the applicable Rejection Date, or be forever barred from asserting a claim for rejection damages

        WINN DIXIE STORES, INC, and its
        Subsidiaries and affiliates as
        Debtors and Debtors-In-Possession,

        By its attorneys,

        *s/ Cynthia C. Jackson*
        Stephen D Busey
        James H Post
        Cynthia C Jackson (FBN 498882)

        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        cjackson@smithhulsey.com

        Co-Counsel for Debtors

Dated: September 14, 2005