# LINPRO INVESTMENTS INC.
6761 West Indiantown Road
Suite 29
Jupiter, Florida 33458

INVOICE # 136

October 17, 2005

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S.A

**Re: Store Number 223**
**6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Your proportionate share of Insurance Premiums for 2005

$58,744.04 ÷ 119,443 sq ft x 51,703 sq ft =           $25,428.39

                         **TOTAL AMOUNT DUE:   $25,428.39**

Terms:     *Payable immediately*

**Please make checks payable to:**     LINPRO INVESTMENTS, INC.

All checks to be mailed to the above mentioned address to the attention of Ms. Cari Ann Gowin

Thank you.

Exhibit "B"