## LINPRO INVESTMENTS INC.
### 6761 West Indiantown Road
### Suite 29
### Jupiter, Florida 33458

**INVOICE # 139**                                              **BY FEDEX**

November 10, 2005

Winn Dixie Stores Inc.
Area Property Manager
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S A.

Re:  Store Number 223
     6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL

Your proportionate share of Real Estate Taxes for the period of February 22, 2005 to November 30, 2005 ($296,323 42 ÷ 119,443 sq. ft x 51,703 sq ft = $128,268 80)

282 days @ $351 4214 per diem =                      $99,100 83

                         TOTAL AMOUNT DUE:    $99,100 83

Terms:      *Payable immediately*

**Please make checks payable to:**     LINPRO INVESTMENTS, INC

All checks to be mailed to the above mentioned address to the attention of Ms Cari Ann Gowin.

Thank you

Exhibit "C"