# LINPRO INVESTMENTS INC.
## 6761 West Indiantown Road
## Suite 29
## Jupiter, Florida 33458

**INVOICE # 144**                                                                 **BY FEDEX**

January 16, 2006

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S.A.

**Re: Store Number 223**
    **6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Your proportionate share of Real Estate Taxes for the period of December 1, 2005 to December 12, 2005 (Rejection Date) ($296,323.42 ÷ 119,443 sq. ft. x 51,703 sq. ft. = $128,268.80).

12 days @ $351.4214 per diem =                                $4,217.05

                              **TOTAL AMOUNT DUE:**    **$4,217.05**

Terms:        *Payable immediately*

**Please make checks payable to:**        **LINPRO INVESTMENTS, INC.**

All checks to be mailed to the above mentioned address to the attention of Ms. Cari Ann Gowin.

Thank you.

Exhibit "D"