**LINPRO INVESTMENTS INC.**
6761 West Indiantown Road
Suite 29
Jupiter, Florida 33458

**INVOICE # 135**

October 17, 2005

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U S A

Re:  **Store Number 223**
     **6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Quarterly billing for Common Area Maintenance pursuant to your Lease Agreement, for period of July 1, 2005 to September 30, 2005 (see backup invoices attached)

$35,396.60 ÷ 119,443 sq ft x 51,703 sq ft =        $15,322.04

**TOTAL AMOUNT DUE:   $15,332.04**

Terms:     *Payable immediately*

**Please make checks payable to:     LINPRO INVESTMENTS, INC**

All checks to be mailed to the above mentioned address to the attention of Ms Cari Ann Gowin

Thank you

EXHIBIT "F"