# LINPRO INVESTMENTS INC.
## 6761 West Indiantown Road
## Suite 29
## Jupiter, Florida 33458

## INVOICE # 143

January 11, 2006

**BY FEDEX**

**Winn Dixie Stores Inc.**
**Area Property Manager**
1141 South West 12th Avenue
Pompano Beach, FL 33069
U.S.A.

**Re: Store Number 223**
     **6901 W. Okeechobee Blvd., Unit C-19, West Palm Beach, FL**

Quarterly billing for Common Area Maintenance pursuant to your Lease Agreement, for period of October 1, 2005 to December 12, 2005 (see backup invoices attached)

$31,995.10 ÷ 119,443 sq. ft. x 51,703 sq. ft. =          $13,849.64

                          **TOTAL AMOUNT DUE:   $13,849.64**

Terms:     *Payable immediately*

**Please make checks payable to:**     **LINPRO INVESTMENTS, INC.**

All checks to be mailed to the above mentioned address to the attention of Ms. Cari Ann Gowin.

Thank you.

Exhibit "G"