**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No. 05-03817-3F1

        Debtors.                                                  Chapter 11
                                                                              Jointly Administered

_____/

**MOTION TO LIFT STAY TO LIQUIDATE DAMAGES**
**IN PERSONAL INJURY CASE**

      Movants, CHARLENE MILLER and ROBERT MILLER, by their undersigned counsel, move the court, pursuant to 11 U.S.C. 362(d)(1) for entry of an order providing them relief from the automatic stay in order to proceed to jury trial in state court on a personal injury action filed by them against Winn-Dixie Stores, Inc. in order to liquidate the amount of their damages. In support of this motion, Movants state:

      1,     Movants are plaintiffs in a personal injury suit pending in Case No. 502004CA007564 which was filed June 15, 2004 in the 17th Judicial Circuit in and for Palm Beach County, Florida. That action was set by order dated January 4, 2005 for jury trial on the state court trial calendar beginning May 2, 2005 through June 3, 2005.

      2.     The filing of this bankruptcy action has stayed the ability of Movants to proceed to trial in the state court in order to liquidate the damages claimed by Movants.

      3.     Since this Court is statutorily prohibited under 28 U.S.C. 157(b)(2)(O) from liquidating personal injury claims, the Movants' personal injury suit is not a matter affecting administration of these bankruptcy cases. The Debtor, Winn-Dixie Stores, Inc., is represented in the state court proceedings by the law firm of Gaunt, Pratt, Radford & Methe, P.A. in West Palm Beach, Florida, and has participated in the state court proceedings.

      4.     The accident which gave rise to the state court action occurred at premises owned and/or operated by Winn-Dixie Stores, Inc. at its store #0216 located in Palm Beach County, Florida, on or about June 14, 2003.

      WHEREFORE, Movants request the entry of an order granting relief from the automatic stay to permit continued state court proceedings, including trial, to occur in the state court personal injury case to liquidate the amount of their claim in that case.

      I HEREBY CERTIFY that a copy of this Motion was filed either electronically or by U.S. Mail to the debtor Winn-Dixie Stores, Inc., Attn: Laurence B. Appel, at 5050 Edgewood Court,

Jacksonville, FL 32254, to D. Jan Baker, Esq. at Skadden, Arps, Slate, Meagher & Flom LLP, counsel for the Debtor, at Four Times Square, New York City, NY 10036, to Stephen D. Busey, Esq., counsel for the Debtor, at Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, to Office of the United States Trustee at 135 West Central Blvd., Room 620, Orlando, FL 32801, and to all Rule 1007(d) Parties in Interest and other parties identified in the Master Service List which is attached hereto and made a part of this motion, this 17th day of January, 2006.

I further certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and am in compliance with the additional qualifications to practice in this Court.

                                                                 RUTHERFORD MULHALL, P.A.
Attorneys for Movants
2600 N. Military Trail, 4th Floor
Boca Raton, FL 33431-6348
Tel: (561) 241-1600
Fax: (561) 241-3815

By:/s/ ROBERT L. WUNKER
    Robert L. Wunker
    Florida Bar No. 176998