F I L E D
JACKSONVILLE, FLORIDA

JAN 1 7 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BACKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ROSE LOPEZ ) | |
| Movant, ) | Chapter 11 |
| v. ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al. ) | Jointly Administered |
| Debtors.[1] ) | |
| ) | |

**NOTICE OF AGREED ORDER OF RESOLUTION OF LITIGATION**
**CLAIM OF ROSE LOPEZ V. WINN-DIXIE STORES, INC., et. al.**
**(CLAIM NO. 6750)**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on James H. Post, Smith Hulsey and Busey, 225 Walter Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

[1] In addition to Winn-Dixie Stores, INC., the following entities are debtors in these related cases: Astor Products, INC., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers. Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn- Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Pursuant to Rule 4001(d), Federal Rules of Bankruptcy Procedure, and Local Rule 2002, notice is given of the proposed Agreed Order of Resolution of Litigation Claims of Rose Lopez v. Winn-Dixie Stores, Inc., et. al. (Claim No.6750).

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Order without further notice or hearing.

I HEREBY CERTIFY that a copy of the foregoing was mailed this 10th day of January, 2006, to the names listed below.

_____
Jeffrey M. Byrd, Esquire
Florida Bar # 0959596
Jeffrey M. Byrd, P.A.
2620 E. Robinson Street
Orlando, FL 32803
(407)423-1313
Attorney for Plaintiff

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By: a/ D.J. Baker<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray | By: a/ James H. Post<br>Stephen D. Busey<br>James H. Post (FBN175460)<br>Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co- Counsel for Debtors | Co- Counsel for Debtors |