UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA

JAN 17 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: ) Case No. 05-03817-3F1
ROSE LOPEZ )
      Movant, ) Chapter 11
v. )
       )
WINN-DIXIE STORES, INC., et al. ) Jointly Administered
      Debtors. )
_____ )

## MOTION SEEKING RELIEF FROM THE
## AUTOMATIC STAY AGAINST THE DEBTORS

The Movant, Rose Lopez, by and through her counsel, Jeffrey M. Byrd, Esquire files this Motion Seeking Relief From The Automatic Stay Against the Debtors and in support thereof represents as follows:

1. On June 12, 2003, the Movant, Rose Lopez, was involved in incident on the property of the Debtors, Winn-Dixie Stores, Inc., et. al., which has resulted in damages to Rose Lopez.

2. More specifically, the incident occurred at SaveRite on 10537 E. Colonial Drive, Orlando, FL 32817.

3. The undersigned counsel was retained by Rose Lopez to represent her for her personal injury incident on the property of SaveRite.

4. On June 27, 2003, the undersigned informed the Debtors of the claim that Rose Lopez sought against them.

5. Since that date, the Movant and the Debtors have been in negotiation regarding the settlement of this claim.

6. On February 21, 2005, the Debtors filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court.

7. Pursuant to the requirements, the Movant, Rose Lopez, filed a Proof of Claim form on July 7, 2005 in the amount of $75,000.00 to Logan & Company. (See attached form as Exhibit "A")

8. On July 15, 2005, the Proof of Claim form was accepted, well before the deadline of August 1, 2005. (See as Exhibit "B")

9. On October 26, 2005, the Movant, Rose Lopez, filed the Questionnaire for Litigation Claimants to Logan & Company. (See as Exhibit "C")

10. On October 31, 2005, Logan & Company received said questionnaire before the deadline of November 1, 2005. (See as Exhibit "D")

11. Rose Lopez has participated in the Claims Resolution Procedure in good faith, but since Winn-Dixie's settlement offer of $15,000.00 fails to adequately provide Rose Lopez compensation for her damages and unpaid medical expenses, Winn-Dixie's offer has been rejected (see letter dated January 10, 2006 as Exhibit "E") and no such resolution has been reached.

12. Therefore, Movant, Rose Lopez, has fulfilled each and every requirement in order for the Automatic Stay to be lifted as set forth in this Court's order approving Claims Resolution Procedures and she requests the Court enter the form order which was pre-approved for such use by this Court.

WHEREFORE, Movant, Rose Lopez, requests this Court to grant relief from the automatic stay to allow Movant, Rose Lopez, the right to file suit in order to obtain a judicial resolution of her claim.

I HEREBY CERTIFY that a copy of the foregoing was mailed this 10th day of January, 2006, to: James H. Post, Esquire, 1800 Wachovia Bank Tower, 255 Water Street, Jacksonville, FL 32202.

                                                    */s/ Jeffrey M. Byrd*
                                                  Jeffrey M. Byrd, Esquire
Florida Bar #0959596
Jeffrey M. Byrd, P.A.
2620 E. Robinson Street
Orlando, FL 32803
(407)423-1313
Attorney for Plaintiff

# JEFFREY M. BYRD, P.A.
## Attorneys at Law
2620 E. Robinson Street
Orlando, Florida 32803

www.aggressiveattorneys.com

Jeffrey M. Byrd
Gregory C. Maaswinkel

Lucia M. Baez
of Counsel

Phone: (407) 423-1313
Fax:   (407) 422-5297

July 7, 2005

Winn-Dixie Claims Docketing Center
c/o Logan & Company, Inc.
546 Valley Road
Upper Montclair, New Jersey 07043

Re:   Our Client:   Rose Lopez
      D/Accident:   06/08/2003
      Debtor:       Winn-Dixie Stores, Inc.
      Case No:      05-03817-3F1

Dear Sir/Madam:

Enclosed please find a Proof of Claim form for my client, Rose Lopez. Also enclosed is a self addressed stamped envelope for you to return the confirmation of receipt of Ms. Lopez's claim.

Thank you for your attention to this very important matter.

Sincerely,

Jeffrey M. Byrd, P.A.

JMB/ak
Enclosure:  1. Proof of Claim
            2  Self addressed stamped envelope

Exhibit A

Personal Injury  •  Wrongful Death  •  [illegible]  •  Disability  •  Worker's Compensation

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **WINN-DIXIE STORES, INC. DOING BUSINESS AS SAVRITE**  Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20261114
WDX-390793-B2-55
LOPEZ, ROSE
C/O: JEFFREY M. BYRD, P.A.
801 N. MAGNOLIA AVE., STE. 405
ORLANDO FL 32803

Telephone No. of Creditor: **407-423-1313**
Fax No. of Creditor: **407-422-5297**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if:) ☐ replaces address above ☐ additional address
Name: **JEFFREY M. BYRD, P.A.**
Company/Firm: **JEFFREY M. BYRD, P.A.**
Address: **2620 E. ROBINSON STREET**
**ORLANDO, FL. 32803**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☒ Personal injury/property damage
- ☐ Other ____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract ____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: ____
  Unpaid compensation for services performed from ____ to ____ (date) (date)

**2. Date debt was incurred:** **JUNE 8, 2003**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____ (unsecured)  $_____ (secured)  $**75,000.00** (priority)  $**75,000.00** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____

Value of Collateral: $____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

**6. Unsecured Nonpriority Claim** $____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $**75,000.00**
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br>Print: **JEFFREY M. BYRD** Title: **ATTORNEY**<br>Signature: _(signed)_ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Form B19 / Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name **WINN-DIXIE STORES, INC. DOING BUSINESS AS SAVRITE**     Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property).

20261114
WDX-390793-B2-55
LOPEZ, ROSE
C/O: JEFFREY M. BYRD, P.A.
801 N. MAGNOLIA AVE., STE. 405
ORLANDO FL 32803

Telephone No of Creditor: **407-423-1313**
Fax No of Creditor: **407-422-5297**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR. WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE . 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 6750**

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above ☐ additional address
Name **JEFFREY M. BYRD, P.A.**
Company/Firm **JEFFREY M. BYRD, P.A.**
Address **2620 E. Robinson Street**
**Orlando, FL. 32803**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor
Check here if this claim
☐ replaces  ☐ amends   a previously filed claim, dated _____

1. Basis for Claim
   ☐ Goods sold to debtor(s)
   ☐ Services performed for debtor(s)
   ☐ Goods purchased from debtor(s)
   ☐ Money loaned
   ☑ Personal injury/property damage
   ☐ Other _____
   
   ☐ Taxes
   ☐ Severance agreement
   ☐ Refund
   ☐ Real property lease
   ☐ Personal property lease
   ☐ Other contract _____
   
   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN _____
   Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **JUNE 5, 2003**
3. If claim is based on a Court Judgment, date obtained _____

4. Total Amount of Claim at Time Case Filed:
$ _____ (unsecured)   $ _____ (secured)   $ **75,000.00** (priority)   $ **75,000.00** (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **75,000.00**
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a)( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10. Date-Stamped Copy. To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

**RECEIVED 2005 JUL 15 PM 3:46 LOGAN & COMPANY AS AGENT U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA**

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print **JEFFREY M. BYRD**   Title **Attorney**
Signature _____

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

**Exhibit B**

Logan & Company, Inc.
Claims & Noticing Agent
P.O. Box 43802
Upper Montclair, NJ 07043

**DATED MATERIAL ENCLOSED**

Logan & Company, Inc.
Attn: Winn-Dixie Claims Department
546 Valley Road
Upper Montclair, NJ 07043

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 0390 0006 2997 1414

Sent To: Logan + Company Inc.
Street, Apt. No.; or PO Box No. Winn-Dixie Claims Dept.
City, State, ZIP+4: 546 Valley Rd Upper Montclair NJ
PS Form 3800, June 2002   See Reverse for Instructions

Exhibit C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA -- JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

   (a)   fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

   (b)   return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*



Creditor No.: 390793
LOPEZ, ROSE
C/O JEFFREY M BYRD, PA
ATTN JEFFREY M BYRD, ESQ
2620 E ROBINSON STREET
ORLANDO FL 32803

Claim No.(s): 6750

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) _ROSE LOPEZ_ JULY 12, 1975.

2. Date of injury or claim: (MM/DD/YY) JUNE 8, 2003.

3. What is the basis of your claim? INJURIES TO ROSE LOPEZ SUSTAINED AS A DIRECT RESULT / CAUSATION OF DEBTOR'S NEGLIGENCE. ROSE LOPEZ SLIPPED AND FELL ON LIQUID SUBSTANCE ON FLOOR NEAR THE CHECKOUT COUNTER.

4. What is the total amount of your claim? (Please estimate if necessary). $75,000.00

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. ALL COPIES ATTACHED. (68 pages of MEDICAL REPORTS AND BILLING)

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. NONE

7. Are you pursuing this claim against any other party?  Yes ☐   No ☒
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☒   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. NO

390793-LOPEZ, ROSE-Claim No.(s): 6750

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) L4-5 DISC HERNIATION LEFT FOOT INJURY WITH ACUTE SPRAIN IN THE ANTERIOR TALOFIBULAR LIGAMENT AND A PLANTAR FASCIAL SPRAIN.

11. Where did the injury or damage occur? SAVRITE GROCERY NEAR THE CHECKOUT COUNTER. ADDRESS: EAST COLONIAL DRIVE ORLANDO, FLORIDA.

Please specify the location and address.

12. How did the injury or damage occur? SAVRITE GROCERY STORE #2651 EAST COLONIAL DRIVE ORLANDO, FLORIDA SLIP AND FELL ON LIQUID SUBSTANCE ON FLOOR.

13. Did you miss any work as a result of your injury or damage? If so, how many days? NO

14. Give the name and address of your employer and your salary at the time of your injury or damage. NONE

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). YADIRA SANCHEZ Phone: 407-694-8857

390793-LOPEZ, ROSE-Claim No.(s): 6750

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☒ No ☐
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.) DR. MARK BORNSTEIN, 11788 E. COLONIAL DRIVE, ORLANDO, FLORIDA 32807

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
   1) DR. TY TRUDEAU: 953 W. SEMORAN BL, ORLANDO, FL 32807
   2) DR. ENRIQUE UMPIERRE, 672 N. SEMORAN BL, ORLANDO, FL.
   3) DR. MARK BORNSTEIN, 11788 E. COLONIAL DR. ORLANDO, FLORIDA, 328

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering.
   CURRENT MEDICAL EXPENSE: $15,000.00
   FUTURE MEDICAL EXPENSE:
   FOOT INJURY: ($25,000. w/o surgery)($35,000. with surgery)
   BACK INJURY: ($20,000. w/o surgery)($50,000. with surgery)

   c. Give the total amount of the medical bills you incurred as a result of your claim. $15,089.18

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim.

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. NONE

390793-LOPEZ, ROSE-Claim No.(s): 6750

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

g.  Give the name, address and policy number of your insurance company. __NONE__

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim.

b.  Give the total amount of each item of damage.

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**
THE DEMAND SUBMITTED IS FOR $75,000.00 SUBJECT TO FURTHER NEGOTIATIONS WITH YOUR DEPARTMENT.

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 390793<br>LOPEZ, ROSE<br>C/O JEFFREY M BYRD, PA<br>ATTN JEFFREY M BYRD, ESQ<br>2620 E ROBINSON STREET<br>ORLANDO FL 32803 | Name: <br>Address: <br>City/State/Zip: <br>Phone: <br>Fax: <br>Email Address: |

390793-LOPEZ, ROSE-Claim No.(s): 6750

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/26/05       _Jeffrey M Byrd, Esq. for Rose Lopez_
                     Claimant's Signature

*Please recheck each of your answers to be sure that you have completed this form fully and accurately.*

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): JEFFREY M. BYRD

Address: 2620 E. ROBINSON STREET

City/State/Zip: ORLANDO, FLORIDA 32803

Relationship to Claimant: ATTORNEY

Phone Number: 407-423-1313

Fax Number: 407-422-5297

Email Address: www.aggressiveattorneys.com

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

390793-LOPEZ, ROSE-Claim No.(s): 6750

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

ROSE LOPEZ

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Elizabeth D____  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  10/31 |
| 1. Article Addressed to:<br>Logan & Company, Inc<br>ATTN: Winn-Dixie<br>Claims Department<br>546 Valley Road<br>Upper Montclair, NJ 07043 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0006 2993 1314 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540


Exhibit D

# JEFFREY M. BYRD, P.A.
### Attorneys at Law
2620 E. Robinson Street
Orlando, Florida 32803

www.aggressiveattorneys.com

Jeffrey M. Byrd
*Board Certified Civil Trial Lawyer*

Michael B. Scoma

Lucia M. Baez
*of Counsel*

Phone: (407) 423-1313
Fax:   (407) 422-5297

January 10, 2006

**CERTIFIED MAIL**
Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New Jersey 07043

RE: Our client: Rose Lopez
    Your claimant: Rose Lopez
    Proof of Claim Number: 6750
    Incident Date: June 7, 2003
    Entity: Winn-Dixie Raleigh, Inc. (Save Rite Grocery Warehouse, Inc.)
    Location: Winn-Dixie (Save Rite) #2654
              10537 E. Colonial Drive, Orlando, Florida

Dear Claims Agent:

This firm received notification from Sedgwick Claims Management Services on November 14, 2005 advising of Winn-Dixie's response to the Proof of Claim Questionnaire that this firm submitted on behalf of Rose Lopez. The response to our settlement demand of $75,000.00 was not accepted and Winn-Dixie extended an offer of an allowed, pre-petition, general, and unsecured amount of $15,000.00. It is our understanding that this amount will depend on the approved plan of reorganization of Winn-Dixie.

In compliance with the required response due by January 15, 2006, we reject this settlement proposal as presented, and request that you reconsider your position in an effort to negotiate an amicable resolution.

Sincerely,

Jeffrey M. Byrd

JMB/ak
Enclosure:

cc: Sedgwick Claims Management Services, Inc.
    P.O. Box 24787
    Jacksonville, Florida 32241-4787
    Sedgwick Claim Number: A311206979-0001-01

Cc: Rose Lopez
    1113 Grayson Drive
    Orlando, Florida 32825

Exhibit E

Personal Injury • Wrongful Death • ~~~~~~~ • Disability • Worker's Compensation