## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**In re:**

**WINN-DIXIE STORES, INC., et al.,**

**Debtors.**

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about January 13, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: January 18, 2006

_____
Kathleen M. Logan

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                       **CASE:  05-03817-3F1**

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 410981-15
DPJ LIMITED PARTNERSHIP
C/O ROSENBERG & WEINBERG
ATTN HERBERT WEINBERG, ESQ
805 TURNPIKE STREET
NORTH ANDOVER MA 01845

CREDITOR ID: 417078-97
GEORGIA-PACIFIC CORPORATION
ATTN: JAMES J PIERCE, SR CRED MNGR
133 PEACHTREE STREET NE, 7TH FL
ATLANTA GA 30303

CREDITOR ID: 382014-36
GEORGIA-PACIFIC CORPORATION
ATTN: ERICH L MCINNIS, COLL MNGR
133 PEACHTREE STREET NE (30303)
PO BOX 105605
ATLANTA GA 30348-5605

CREDITOR ID: 279370-36
HARTZ MOUNTAIN CORPORATION, THE
ATTN JOHN RUSSAK CR MGR
400 PLAZA DRIVE
SECAUCUS NJ 07094-3688

CREDITOR ID: 417081-97
JOHN BENETTI ASSOCIATES
C/O ANDERLINI FINKELSTEIN EMERICK E
ATTN: DAVID G FINKELSTEIN, ESQ
400 S EL CAMINO REAL, STE 700
SAN MATEO CA 94402

CREDITOR ID: 1489-RJ
JOHN BENETTI ASSOCIATES
C/O JOHN BENETTI
80 MOUNT VERNON LANE
ATHERTON, CA 94025

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 410449-15
PROMOTIONS UNLIMITED, CORP
C/O SONNENSCHEIN NATH & ROSENTHAL
ATTN ROBERT E RICHARDS, ESQ
8000 SEARS TOWER
CHICAGO IL 60606

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 384377-47
SUPREME DIST
2473 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 315700-36
SUPREME DISTRIBUTIONS COMPANY
C/O BURCE KRICHMAR, VP ACCTNG
5400 BROKEN SOUND BLVD NW, STE 100
BOCA RATON FL 33487

       **Total:   15**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 5010

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DPJ LIMITED PARTNERSHIP | PROTECTIVE LIFE INSURANCE COMPANY |
| Name of Transferor | Name of Transferee |
| | |
| DPJ LIMITED PARTNERSHIP | PROTECTIVE LIFE INSURANCE COMPANY |
| C/O ROSENBERG & WEINBERG | C/O HOLLAND & KNIGHT LLP |
| ATTN HERBERT WEINBERG, ESQ | ATTN CHARLES S MCCALL |
| 805 TURNPIKE STREET | PO BOX 52687 |
| NORTH ANDOVER MA 01845 | JACKSONVILLE FL 32201-2687 |
| | |
| Phone: 978 683 2479 | Phone: 904 353 2000 |
| Account No.: 410981 | Account No.: 417072 |

Claim No.: 10260

Date Claim Filed: 07/28/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $339,536.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 4668

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEORGIA-PACIFIC CORPORATION

Name of Transferor

GEORGIA-PACIFIC CORPORATION
ATTN: ERICH L MCINNIS, COLL MNGR
133 PEACHTREE STREET NE (30303)
PO BOX 105605
ATLANTA GA 30348-5605

Phone: 404 652 7184
Account No.: 382014

GEORGIA-PACIFIC CORPORATION
ATTN: JAMES J PIERCE, SR CRED MNGR
133 PEACHTREE STREET NE, 7TH FL
ATLANTA GA 30303

Phone: 404 652 4401
Account No.: 417078

Claim No.: 4850
Date Claim Filed: 06/28/2005

CONTRARIAN FUNDS, LLC

Name of Transferee

CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

Phone: 203 862 8236
Account No.: 416956

Full Transfer:          Partial Transfer: (X)
Transfer Amount: $1,163,315.52

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 4777

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARTZ MOUNTAIN CORPORATION, THE

Name of Transferor

HARTZ MOUNTAIN CORPORATION, THE
ATTN JOHN RUSSAK CR MGR
400 PLAZA DRIVE
SECAUCUS NJ 07094-3688

Phone: 201 271 4800 ext 7552
Account No.: 279370

SPCP GROUP LLC AGT OF SILVER PT CAP

Name of Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone:
Account No.: 407520

Claim No.: 3484
Date Claim Filed: 06/03/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $284,602.06

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 5007

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOHN BENETTI ASSOCIATES

Name of Transferor

JOHN BENETTI ASSOCIATES
C/O JOHN BENETTI
80 MOUNT VERNON LANE
ATHERTON, CA 94025

MADISON INVESTMENT TRUST - SERIES 1

Name of Transferee

MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

Phone: 650 583 2164
Account No.: 1489

Phone: 800 896 8913
Account No.: 410459

JOHN BENETTI ASSOCIATES
C/O ANDERLINI FINKELSTEIN EMERICK E
ATTN: DAVID G FINKELSTEIN, ESQ
400 S EL CAMINO REAL, STE 700
SAN MATEO CA 94402

Phone:
Account No.: 417081

Claim No.: 8620
Date Claim Filed: 07/28/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,069,400.22

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  January 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 5008

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PROMOTIONS UNLIMITED, CORP
_____
Name of Transferor

PROMOTIONS UNLIMITED, CORP
C/O SONNENSCHEIN NATH & ROSENTHAL
ATTN ROBERT E RICHARDS, ESQ
8000 SEARS TOWER
CHICAGO IL 60606

Phone: 312 876 8000
Account No.: 410449

LIQUIDITY SOLUTIONS, INC
_____
Name of Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 2019680001
Account No.: 399393

Claim No.: 11881
Date Claim Filed: 10/04/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $114,179.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 5009

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PROMOTIONS UNLIMITED, CORP
_____
Name of Transferor

LIQUIDITY SOLUTIONS, INC
_____
Name of Transferee

PROMOTIONS UNLIMITED, CORP
C/O SONNENSCHEIN NATH & ROSENTHAL
ATTN ROBERT E RICHARDS, ESQ
8000 SEARS TOWER
CHICAGO IL 60606

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 312 876 8000
Account No.: 410449

Phone: 2019680001
Account No.: 399393

Claim No.: 11880
Date Claim Filed: 10/04/2005

Full Transfer: (X)         Partial Transfer:
Transfer Amount: $18,548.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 13, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
                                                        Case No.: 05-03817-3F1
                                                        Docket No.: 1072

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SUPREME DIST | M.D. SASS |
| Name of Transferor | Name of Transferee |

SUPREME DIST
2473 PAYSPHERE CIRCLE
CHICAGO, IL 60674

M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

Phone:
Account No.: 384377

Phone:
Account No.: 403482

SUPREME DISTRIBUTIONS COMPANY
C/O BURCE KRICHMAR, VP ACCTNG
5400 BROKEN SOUND BLVD NW, STE 100
BOCA RATON FL 33487

Phone: 561 995 2040
Account No.: 315700

Claim No.: 35794
Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:
Transfer Amount: $25,677.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 13, 2006.