UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING CLAIMANT'S REPLY TO RESPONSE STATEMENT REGARDING LITIGATION OF CLAIM

The Court finds that the Claimant's Reply to Response Statement Regarding Litigation of Claim of Leticia Navas (Claim #7864) filed by Alexander M. Weinberg on behalf of Leticia Navas on January 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Claimant's Reply to Response Statement Regarding Litigation of Claim of Leticia Navas (Claim #7864) filed by Alexander M. Weinberg on behalf of Leticia Navas on January 13, 2006 is stricken from the record.

**DATED January 17, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
Jay F. Castle, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254
Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787
Alexander M. Weinberg, 9130 South Dadeland Boulevard, Two Datran Center, Suite 1609, Miami, FL 33156