UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICE OF AGREED ORDER OF RESOLUTION OF LITIGATION CLAIM AND MOTION FOR RELIEF FROM STAY

The Court finds that the Notice of Agreed Order of Resolution of Litigation Claim of Rose Lopez v. Winn-Dixie Stores, Inc., et. al. (Claim #6750) and Motion for Relief From Stay filed by Jeffrey M. Byrd on behalf of Rose Lopez on January 17, 2006 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Agreed Order of Resolution of Litigation Claim of Rose Lopez V. Winn-Dixie Stores, Inc., et. al. (Claim #6750) and Motion for Relief From Stay filed by Jeffrey M. Byrd on behalf of Rose Lopez on January 17, 2006 are stricken from the record.

DATED January 18, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
D.J. Baker, Attorney for Debtor
Jeffrey M. Byrd, Attorney for Movant, 2620 E. Robinson St., Orlando, FL 32803