UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JANUARY 19, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on January 19, 2006 at 1:00 p.m. (ET):

    **A.**    **Uncontested Matters**

        *1.*    *Motion for an Order Authorizing Debtors to Settle or Liquidate Additional Litigation Claims Pursuant to the Claims Resolution Procedure (Docket No. 4869)*

Objection Deadline:  January 12, 2006

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

**B.**     <u>**Contested Matters**</u>

1.     *Second Omnibus Objection to Duplicate Claims and Amended*
       *<u>and Superseded Claims (Docket No. 4716)</u>*

Objection Deadline:  January 9, 2006

Consent:              Sue Ann Clement (Docket No. 5057).

Objections:           Campbell Real Estate (Docket No. 4786);
                      Blendco, Inc. (Docket No. 4906);
                      Liberty Mutual Insurance (Docket No. 5027);
                      Ohio Casualty Insurance (Docket No. 5032);
                      Commonwealth of Virginia (Docket No. 5059);
                      Southland-Mansfield (Docket No. 5064);
                      GRE Properties L.L.C. (Docket No. 5066);
                      MCW-RC-GA-Peachtree (Docket No. 5067);
                      Southmark Properties, LLC (Docket No. 5068);
                      Lassiter Properties (Docket No. 5069).

Status:               The Debtors will proceed with the Objection.

00518525

    2.    *Objection of School Street Crossing, L.P. to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Docket No. 2151)*

Status:    By Order dated August 5, 2005 (Docket No. 2847), the Court granted the Debtors' Motion to sell assets and assume and assign leases (Docket No. 1961) as to Store No. 1362. School Street Crossing, the landlord for Store No. 1362, objects to the cure amount the Debtors propose to pay School Street. School Street and the Debtors have agreed to continue the hearing on the Cure Objection to February 9, 2006.

Dated: January 18, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By____*s/ D. J. Baker*_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By____*s/ Cynthia C. Jackson*_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00518525