UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                     :
                                                           :     Case No.: 3-05-bk-03817-JAF
WINN-DIXIE STORES, INC., et al.,                           :     Chapter 11
                                                           :     JOINTLY ADMINISTERED
                       Debtor(s).                          :
                                                           :

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **January 30, 2006 at 9:00 a.m.**

**(prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy

Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville,

Florida 32202 to consider the following pleading:

- **Official Committee of Equity Security Holders' (I) Objection and Motion to Set Aside the United States Trustee's Notice of Disbandment of Equity Security Holders Committee and (II) Motion for Appointment of Equity Security Holders Committee Nunc Pro Tunc to January 11, 2006 [Docket No. 5170]**

PLEASE TAKE FURTHER NOTICE that all responsive pleadings must be filed with the

Court and served on Karol K. Denniston at karolkdenniston@paulhastings.com, Paul, Hastings,

Janofsky & Walker LLP, 600 Peachtree Street NE, Suite 2400, Atlanta, Georgia 30308 and on

David Jennis at djennis@jennisbowen.com, Jennis & Bowen, P.L., 400 North Ashley Drive,

Suite 2540, Tampa, Florida 33602 so as to be received **by January 25, 2006 at 5:00 p.m.**

**(prevailing Eastern Time).**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in

Court should dress in appropriate business attire consistent with their financial abilities. Among

other things, a coat and tie are appropriate for a man; a dress or pant suit is appropriate for a

woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are

prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

the use of a computer. Please take notice that as an additional security measure a photo ID is

required for entry into the Courthouse.

Respectfully submitted this 18th day of January, 2006.

PAUL, HASTINGS, JANOFSKY & WALKER        JENNIS & BOWEN, P.L.
LLP

/s/ David Jennis
Karol K. Denniston                       David Jennis
Ga. Bar No. 218333                       Fla. Bar No. 775940
Carolyn (Keri) Chayavadhanangkur         Chad S. Bowen
Ga. Bar No. 122152                       Fla. Bar No. 0138290
600 Peachtree Street                     400 North Ashley Drive
Suite 2400                               Suite 2540
Atlanta, GA 30308                        Tampa, FL 33602
Telephone: (404) 815-2400                Telephone: (813) 229-1700
karolkdenniston@paulhastings.com         djennis@jennisbowen.com
carolynchayavadhanangkur@paulhastings.com   cbowen@jennisbowen.com

And

PAUL, HASTINGS, JANOFSKY & WALKER
LLP
James D. Wareham
DC Bar No. 411799
875 15th Street
Washington, DC  20005
Telephone: (202) 551-17000
jameswareham@paulhastings.com

*Co-Counsel for the Official Committee of Equity Holders*

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:                                          :
                                                :     Case No.: 3-05-bk-03817-JAF
WINN-DIXIE STORES, INC., et al.,                :     Chapter 11
                                                :     JOINTLY ADMINISTERED
                Debtor(s).                      :
                                                :

**CERTIFICATE OF SERVICE**

I, Carolyn (Keri) Chayavadhanangkur, certify that a copy of the **Notice of Hearing to consider the Official Committee of Equity Security Holders' (I) Objection and Motion to Set Aside the United States Trustee's Notice of Disbandment of Equity Security Holders Committee and (II) Motion for Appointment of Equity Security Holders Committee Nunc Pro Tunc to January 11, 2006** was furnished electronically and/or by overnight courier on January 18, 2006, to the parties identified on Exhibit A attached hereto.

January 18, 2006.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Carolyn (Keri) Chayavadhanangkur
Ga. Bar No. 122152
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
carolynchayavadhanangkur@paulhastings.com

## EXHIBIT A

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

David J. Baker
Adam Ravin
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Elena L. Escamilla
United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, FL 32801

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Betsy C. Cox
Rogers Towers
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207

Susan R. Sherrill-Beard
U.S. Securities and Exchange Commission
Office of Reorganization
3475 Lenox Road, NE, Ste 1000
Atlanta, GA 30326-1232

Rodger J. Friedline
Friedline & McConnell, P.A.
1756 University Boulevard S.
Jacksonville, FL 32216