

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
January 19, 2006
1:00 P.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC. | PAGE 1 OF 2 |

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post** ℗

**Second Omnibus Objection to Duplicate Claims and Amended and Superseded Claims filed by Debtor (4716)**

☞ Consent by Sue Ann Clement (Doc. 5057)

Objection by Campbell Real Estate (Doc. 4786)

Objection by Blendco, Inc. (Doc. 4906)

Objection by Liberty Mutual Insurance (Doc. 5027)

Objection by Ohio Casualty Insurance (Doc. 5032)

Objection by Commonwealth of Virginia (Doc. 5059)

Objection by Southland-Mansfield (Doc. 5064)

Objection by GRE Properties LLC (Doc. 5066)

Objection by MCW-RC-GA-Peachtree (Doc. 5067)

Objection by Southmark Properties, LLC (Doc. 5068)

Objection by Lassiter Properties (Doc. 5069)

*All Settled*
*ord/signed*

**APPEARANCES LISTED ON PAGE 2**



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
January 19, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 2

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

APPEARANCES CONTINUED:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| CREDITORS COMMITTEE: | JOHN MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| CAMPBELL REAL ESTATE: | |
| BLENDCO, INC.: | |
| LIBERTY MUTUAL INSURANCE: | JEFFREY C. REGAN |
| OHIO CASUALTY INSURANCE: | JEFFREY C. REGAN |
| COMMONWEALTH OF VA: | |
| SOUTHLAND-MANSFIELD: | ADAM FRISCH P |
| GRE PROPERTIES LLC: | ADAM FRISCH |
| MCW-RC-GA-PEACHTREE: | ADAM FRISCH |
| SOUTHMARK PROPERTIES LLC: | ADAM FRISCH |
| LASSITER PROPERTIES: | R. SCOTT SHUKER |

RULING: