

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
January 19, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Objection of School Street Crossing, L.P. to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (2151)

Cont'd to Feb. 9 @ 1:00
A CONF N

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR

SCHOOL STREET CROSSING, L.P:   JON KANE

RULING: