**MOTION OF KONICA MINOLTA PHOTO
IMAGING U.S.A., INC. TO SET SPECIFIC DATE FOR
THE DEBTORS TO ASSUME OR REJECT EXECUTORY
CONTRACT PURSUANT TO §365(d)(2) OF THE BANKRUPTCY CODE**

**LETTER OF INTENT**[1]

**EXHIBIT "B"**

---

[1] The LOI has been redacted to remove confidential and proprietary pricing information.

Mr. Gari Estill
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Fl 32254

      Re: Non-Binding Letter of Intent between Winn Dixie Stores Inc
         (Winn Dixie) and Konica Minolta Photo Imaging U.S.A., Inc (KMPI)

Dear Gari,

Based on our 7/13/05 discussions, KMPI is prepared to make the following offer relative to Winn-Dixie's On Site Photo Processing Business. Given the time and resources involved on both sides in preparation of a formal contract, we propose that we agree in writing to the basic terms via this non-binding Letter of Intent (LOI), and then proceed in good faith to a new formal agreement (New Agreement).

By acknowledging this LOI, Winn Dixie in no way assumes or rejects the current Photofinishing System and Support Agreement (Current Agreement), and Winn Dixie's rights to assume or reject the Current Agreement are not affected by this LOI. Also, by acknowledging this LOI, KMPI is in no way rejecting or negating the Current Agreement.

The effective date of this LOI is August 1, 2005. Upon signing this LOI the parties will, in good faith negotiate a formal agreement to replace the Current Agreement. If the parties are unable to agree to a new formal agreement within one hundred and twenty days (120) days of the date this LOI is executed, the business relationship of the parties shall revert to the terms of the Current Agreement.

We believe the terms outlined below offer Winn Dixie an opportunity to immediately provide a more competitive photofinishing service to your customers, and allows for fast access to the digital photofinishing marketplace for your most valuable photo centers.

- KMPI will lease to Winn Dixie the following equipment for the indicated rates and terms:

| Machines | Quantity | Term | Monthly lease per Machine | Service Payment per machine |
|---|---|---|---|---|
| 808 | 148 | 24 months | $█ | $█ |
| QD | 40 | 36 Months | $█ | $█ |
| R series | 120 | 48 months | $█ | $█ |

The lease and service payments set forth above are greater than those in the Current Agreement. Winn Dixie acknowledges that KMPI will invoice and Winn Dixie agrees to pay for any balance due for the difference since August 1, 2005.

CONFIDENTIAL

- Winn Dixie agrees to start purchasing paper and chemistry from KMPI within 30 days of the signing of this LOI.
- ±
  Paper will be billed at $▇ per sq. ft., with no surcharge.
  ±
  Chemistry pricing will be reduced to ▇▇▇▇▇

- Terms of payment for paper and chemistry shall be net 20 days from invoice date. The initial credit line shall be $▇▇▇ and shall remain in place while the New Agreement is being negotiated, provided that Winn Dixie is current on post-petition payments to KMPI and Winn Dixie's financial condition continues to warrant, in KMPI's sole discretion, said credit limit. Should Winn Dixie be at its maximum credit limit at any time, it shall have seventy two (72) hours to pay via wire transfer in order to reduce the amount due without interruption of service.

- In order for KMPI to implement the pricing schedule set forth above Winn Dixie agrees to pay all past due post-petition DSD invoices, estimated to be ▇▇▇ and pay last quarter's surcharge of $▇▇▇ which was due June 7, 2005. Upon receipt of payment KMPI shall release all earned Market Development Funds, estimated to be $▇▇▇ for Winn Dixie to use in promoting on-site photofinishing in accordance with the policy set forth in the Current Agreement. If Winn Dixie agrees with the terms set forth above, and this LOI is signed, the second quarter surcharge shall be irrevocably waived. This waiver is intended to be irrevocable so long as the LOI is signed. ]

If you agree with the terms set forth above, please sign where indicated below to form a non-binding letter of intent, and we will begin the preparation of the New Agreement that will replace the Current Agreement.

**KONICA MINOLTA PHOTO IMAGING U.S.A., INC.**

Signature_____
Print Name_____
Title_____

**WINN DIXIE STORES, INC**

Signature _[signed]_
TOM ROBBINS
Sr. VP, Merchandising

LEGAL APPROVED
ATT: _[initials]_
DATE: 9/11/05