**MOTION OF KONICA MINOLTA PHOTO
IMAGING U.S.A., INC. TO SET SPECIFIC DATE FOR
THE DEBTORS TO ASSUME OR REJECT EXECUTORY
CONTRACT PURSUANT TO §365(d)(2) OF THE BANKRUPTCY CODE**

# EXHIBIT "C"

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| In re: | : | Case No. 05-03817 – 3F1 |
|---|---|---|
| WINN-DIXIE STORES, INC., et al. | : | Chapter 11 |
| Debtors. | : | Jointly Administered |

**ORDER REQUIRING DEBTORS TO ASSUME OR REJECT**
**EXECUTORY CONTRACT WITH KONICA MINOLTA**
**PHOTO IMAGING U.S.A., INC. WITHIN TEN BUSINESS DAY**

These cases came before the Court for hearing on _____, 2006 upon the Motion of Konica Minolta Photo Imaging U.S.A., Inc. to Set Specific Date for the Debtors to Assume or Reject Executory Contract Pursuant to Bankruptcy § 365(d)(2) (the "Motion"). The Court has read the Motion and considered the representations of counsel notice of the Motion, notice being sufficient and appropriate under the circumstances, and after consideration of any opposition filed and arguments of counsel, and upon good cause shown; it is

ORDERED AND ADJUDGED THAT:

1. The Motion is GRANTED.

2. The Debtors shall, within ten (10) business days of this Order, move to assume or reject the "2003 Agreement" (as said quoted term is defined in the Motion). If the Debtors fail to so move, the 2003 Agreement shall be deemed rejected as of _____, 2006.

3. Nothing in this Order constitutes or shall be deemed to constitute a waiver of any claims Konica may have against the Debtors or their estates, whether arising under

or in connection with the 2003 Agreement or otherwise. Further, nothing in this Order shall or shall be deemed to alter the respective rights by and between the Debtors and Konica.

    4.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DONE AND ORDERED at Jacksonville, Florida on _____.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Local 1007-2 Parties in Interest Matrix