| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 3:05-bk-03817-JAF<br>Thu Jan 19 14:19:43 EST 2006 | ACE American Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 | Ad Hoc Committee of Winn-Dixie Retirees<br>c/o Friedline & McConnell, P.A.<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 |
| Appraisers Associated Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301, 33301 | Ashely M. Chan, Esquire<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 |
| Baker Botts L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201 | Bi-Lo, LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309, 30309 | Brian J. Grieco<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, New York 10022 |
| Buffalo Rock Co.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Burlington Associates LP<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 | C Daniel Motsinger<br>Krieg DeVault LLP<br>One Indiana Square, Suite 2800<br>Indianapolis<br>IN, 46204-2079 46204-2079 |
| CapMark Services, Inc., as servicer<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 | Cardinal Entities Company, LLC<br>c/o Bradley R. Markey, Esq.<br>121 W. Forsyth Street<br>Suite 600<br>Jacksonville, FL 32202, 32202 | Catherine A Harrison<br>Miller & Martin PLLC<br>1170 Peachtree Street NE, Suite 800<br>Atlanta GA 30309 |
| Christian A. Petersen, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward Blvd. Suite 1400<br>Fort Lauderdale, Florida 33394 | Citrus World, Inc., d/b/a Florida's Natu<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Cole Fine Foods<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802, 32802 |
| Concord-Fund IV Retail, L.P.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Conecuh Sausage Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Day Properties, Inc.<br>c/o Robert Maher, Esquire<br>906 Main Street<br>North Wilkesboro, NC 28659 |
| Dena Copulsky Kaufman<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Earl M. Barker, Jr.<br>Slott, Barker & Nussbaum<br>334 East Duval Street<br>Jacksonville, Florida 32202 | Elston/Leetsdale, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Flagler Retail Associates, Ltd.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gehr Florida Development, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Gene B Tarr Esq<br>Attorney for Domino Foods, Inc. and<br>Florida Crystals Food Corporation<br>PO Drawer 25008<br>Winston-Salem NC 27114-5008, 27114-500 |
| Gustafson's, LLC<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 | Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802, 32802 |

| | | |
|---|---|---|
| International Business Machines Corp.<br>%Ronald J. Marlowe<br>ARNSTEIN & LEHR LLP<br>1110 N. Florida Ave.<br>Tampa, FL 33602, 33602 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Jerrett M. McConnell<br>1756 University Blvd. S.<br>Jacksonville, FL 32216 |
| Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603 | John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO 64112 | John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia, 30060-7946 30060-7946 |
| Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304, 44114-1304 | Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604 | Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |
| Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802, 32802 | Lassiter Properties, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>PO Box 3353<br>Orlando, FL 32802, 32802 | Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 |
| Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600, Jacksonville, FL 32202 32202 | Long Wholesale, Inc. d/b/a CCC Beauty Su<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 |
| Northeast MS Coca-Cola Bottling Co., Inc<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326, 30326 | Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326, 30326 |
| Principal Life Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street, Philadelphia, PA 1 | Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 |
| Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353, 32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211, 29211 | Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA. 30309, 30309 |
| TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207 | The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900, Jacksonville, FL 32202 32202 |

Thomas R. Lehman, P.A.
1441 Brickell Avenue
15th Floor
Miami
FL, 33131 33131

Thomas R. Lehman, P.A.
Tew Cardenas LLP
1441 Brickell Avenue
15th Floor
Miami, FL  33131,  33131

United States Trustee - JAX
135 W. Central Blvd, Suite 620
Orlando, FL 32801

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699