# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN DIXIE STORES, INC.     CASE NO. 3; 05-bk-03817

Debtor.

## FOURTH AMENDED CERTIFICATE OF SERVICE

Comes now your Movant, Vera Volovecky by and through her attorney of record, Brian P. Britt and hereby amends the Certificate of service in the previously filed Motion for Relief from Stay in the above case and shows unto the Court as follows:

1. Movant filed a Motion for Relief from Stay on July 12, 2005 and served a copy of the Motion on the Debtor's attorney by first class mail, postage pre-paid addressed to Adam Ravin, Lead Attorney, c/o Skadden Arps Slate Meagher & Florn, LLP, Four Times Square, New York, NY 10036, to Co-counsel for Debtor Stephen D. Busey of Smith, Hulsey & Busey via electronic notification and to the remaining creditors attached hereto as Exhibit "A" pursuant to Fed. R. Bank. P. 4001 and 7004.

Wherefore, Your Movant prays that this Honorable Court will set the Motion for Relief from Stay on file herein for a hearing at a date and time convenient to the Court.

Respectfully submitted,

 _/s/ Brian P. Britt_____
 Brian P. Britt

OF COUNSEL:

KOPESKY & BRITT, LLC
Post Office Box 1138
Fairhope, Alabama 36533
(251) 928-9900