# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## JOINT MOTION OF DEBTORS
## AND OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS FOR TELEPHONIC STATUS CONFERENCE

Winn-Dixie Stores, Inc. and its affiliated Debtors and Debtors in Possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") jointly move the Court for the scheduling of a telephonic status conference to address the matters to be heard by the Court at the hearing on January 30, 2006, on the Official Committee of Equity Security Holders' (I) Objection and Motion to Set Aside the United States Trustee's Notice of Disbandment of Equity Security Holders Committee and (II) Motion for Appointment of Equity Security Holders Committee Nunc Pro Tunc to January 11, 2006 (Docket No. 5170) (the "Equity Committee Objection/Motion"), and in support thereof say:

1.  On January 11, 2006, the United States Trustee filed her Notice of Disbandment of the Official Committee of Equity Security Holders (the "Equity Committee").

2.  On January 17, 2006, counsel for the disbanded Equity Committee filed the Equity Committee Objection/Motion.

3.  On January 18, 2006, counsel for the disbanded Equity Committee filed its Notice that a hearing was scheduled on the Equity Committee Objection/Motion for January 30, 2006, commencing at 9:00 a.m. (the "January 30 Hearing"), and requiring that all responsive pleadings

{JA261813;1}

to the Equity Committee Objection/Motion be filed with the Court and served on counsel for the disbanded Equity Committee no later than January 25, 2006, at 5:00 p.m.

4. The Debtors and the Committee seek direction from the Court as to the scope of the matters to be addressed at the January 30 Hearing. Clearly, if the January 30 Hearing is to be evidentiary in nature, preparation for the presentation of evidence at that hearing will require substantial additional discovery and coordination among the affected parties, which cannot feasibly be completed prior to January 30, 2006.

5. Accordingly, the Debtors and the Committee request the Court to schedule and convene a telephonic status conference before the January 30 Hearing of those parties noticed under the Equity Committee Objection/Motion and its corollary Notice of Hearing; to wit the Debtors, the Committee, the disbanded Equity Committee, the United States Trustee, the Ad Hoc Committee of Winn Dixie Retirees, and Wachovia Bank, N.A., as agent for the post-petition lenders, in order to address the scope and scheduling of matters to be considered at the January 30 Hearing on the Equity Committee Objection/Motion.

6. The Debtors and the Committee submit that a status conference will permit the parties to coordinate their actions with guidance from the Court and thereby promote a more expeditious presentation and resolution of the matters raised by the Equity Committee Objection/Motion.

WHEREFORE, the Debtors and the Committee jointly request the Court to schedule a telephonic status conference to address the scope of the matters to be addressed at the January 30 Hearing on the Equity Committee Objection/Motion.

| | |
|---|---|
| SMITH HULSEY & BUSEY | AKERMAN SENTERFITT |
| By: /s/ Cynthia C. Jackson<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar No. 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br><br>Co-Counsel for the Debtors<br><br>And | By: /s/ John B. Macdonald<br>John B. Macdonald<br>Florida Bar No. 230340<br>Patrick P. Patangan<br>Florida Bar No. 348340<br>50 North Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>Telephone: (904) 798-3700<br>Facsimile: (904) 798-3730(facsimile)<br><br>Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.<br><br>And |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for the Debtors | MILBANK, TWEED, HADLEY & McCLOY LLP<br>Matthew S. Barr (MB 9170)<br>Michael E. Comerford (MC 7049)<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000<br><br>Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. |

### CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing Joint Motion for Status Conference was furnished Electronically and/or by Overnight Courier on January 19, 2006, to the parties identified on Exhibit "A" attached hereto.

/s/ John B. Macdonald
Attorney

{JA261813;1}                                    3

Exhibit "A"

D. J. Baker
Adam Ravin
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036

Karol K. Denniston
Carolyn Chayavadhanangkur
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005

David Jennis
Jennis & Bowen, P.L.
400 North Ashley Drive
Suite 2540
Tampa, FL 33602

Elena L. Escamilla
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Betsy C. Cox
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

Susan Sherrill-Beard
U.S. Securities & Exchange Commission
Office of Reorganization
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Roger J. Friedline
Friedline & McConnell
1756 University Blvd. South
Jacksonville, FL 32216

{JA261871;1}{