[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05−bk−03817−JAF
                                                                    Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

     NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled for final hearing to April 3, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated January 17, 2006 .

                              Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Official Committee of Unsecured Creditors
Movant

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1               Date Rcvd: Jan 17, 2006
Case: 05-03817                Form ID: 3902a            Total Served: 2

The following entities were served by first class mail on Jan 19, 2006.
aty          +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
aty          +Robert D Wilcox,   Wilcox Law Firm,   6817 Southpoint Parkway Suite 1302,
               Jacksonville, FL 32216-6297
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2006**                                **Signature:**    *Joseph Speetjens*