UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING DESIGNATION AND CONSENT FOR ELECTRONIC FILING ONLY

The Court finds that the Designation and Consent for Electronic Filing Only filed by Melissa H. Andrade on behalf of Howard White on January 12, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Designation and Consent for Electronic Filing Only filed by Melissa H. Andrade on behalf of Howard White on January 12, 2006 is stricken from the record.

**DATED January 17, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Logan & Co., Inc., 546 Valley Rd., Upper Montclair, NJ 07043
Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787
Anna Elaine Morris, 1531 SE 36th Avenue, Ocala, FL 34471
Melissa H. Andrade, P.O. Box 1869, Ocala, FL 34478

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3              User: cartes                 Page 1 of 1              Date Rcvd: Jan 17, 2006
Case: 05-03817                    Form ID: pdfdoc              Total Served: 5

The following entities were served by first class mail on Jan 19, 2006.
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty          +Melissa H. Andrade,    Blanchard, Merriam et al,    Post Office Box 1869,    Ocala, FL 34478-1869
             +Anna Elaine Morris,    1531 SE 36th Ave.,    Ocala, FL 34471-4936
              Kerry Ledbetter, GL Examiner III,    P.O. Box 24787,    Sedgewick Claims Management Svcs,
               Jacksonville, FL  32241-4787
unk          +Logan & Company, Inc.,    Logan & Company, Inc.,    546 Valley Road,
               Upper Montclair, NJ 07043-1896
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2006**                              **Signature:**     *Joseph Speetjens*