[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Willie Mae Rivers is rescheduled for final hearing to March 6, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville Florida.

Dated January 20, 2006.

        Clerk of Court
        300 North Hogan Street Suite 3-350
        Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Creditors Committee
Movant