**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　　　Case No.: 3:05-bk-03817-JAF

　　　Debtors.　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

_____/

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

PLEASE TAKE NOTICE that commencing at **10:00 a.m. (prevailing Eastern Time) on Monday, January 23, 2006**, the Court will conduct a telephonic status conference call to address the matters to be heard by the Court at the hearing on January 30, 2006, on the Official Committee of Equity Security Holders' (I) Objection and Motion to Set Aside the United States Trustee's Notice of Disbandment of Equity Security Holders Committee and (II) Motion for Appointment of Equity Security Holders Committee Nunc Pro Tunc to January 11, 2006 (Docket No. 5170). The conference call will be coordinated by Akerman Senterfitt with those persons designated to represent the Debtors, the Official Committee of Unsecured Creditors, the disbanded Equity Committee, the United States Trustee, the Ad Hoc Committee of Winn Dixie Retirees, the U.S. Securities & Exchange Commission, and Wachovia Bank, N.A., as agent for the post-petition lenders.

{JA261912;1}

AKERMAN SENTERFITT

By: */s/ John B. Macdonald*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida  32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

- and -

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Bar (MB 9170)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Telephonic Status Conference was furnished Electronically and/or by Overnight Courier, this 20th day of January, 2006 to the parties identified on Exhibit "A" attached hereto.

                          */s/ John B. Macdonald*
                                Attorney

Exhibit "A"

David J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, NY 10036

Stephen D. Busey
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Karol K. Denniston
Carolyn Chayavadhanangkur
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street
Washington, DC 20005

David Jennis
Jennis & Bowen, P.L.
400 North Ashley Drive
Suite 2540
Tampa, FL 33602

Elena L. Escamilla
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL  32801

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Betsy C. Cox
Rogers Towers
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

Susan Sherrill-Beard
U.S. Securities & Exchange Commission
Office of Reorganization
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

Roger J. Friedline
Friedline & McConnell
1756 University Blvd. South
Jacksonville, FL 32216