# WORLD FITNESS

214 St. James Ave.
Goose Creek, SC 29445
843-553-4447

Dear Honorable Jerry A. Funk,

I am writing this to you as my last hope to save my future. My name is Mike White and I currently have a sublease at the property with Winn-Dixie - Store #1096 in Goose Creek, SC

I am the owner of World Fitness and I entered into the sublease in June of 2003 and it was supposed to last until December of 2013. I pay Winn-Dixie rent and they in turn pay the landlord. Our portion to Winn-Dixie is much less than their rent to the landlord but it is on a sliding scale and in a few years I'll pay over 75% of the rent. Winn-Dixie's rent is $24,000 monthly plus $6,000 in cam charges and I pay $13,490 gross. 2006-2008 I move to $17,090 and 2009-2013 its $21,000.

I am a very small business and <u>now</u> I am looking at bankruptcy because I can't afford to take over the Winn-Dixie lease should they be allowed to terminate this lease. The landlord is unwilling to work with us so I either accept the Winn-Dixie lease as ours or I just walk away. After spending $1.5 million dollars to build the center just 2 years ago I can't walk away, I can't sell the business because the lease is up in the air and I can't afford Winn-Dixie's rent. I've put every penny I have into this business even having my mother in law to take a second on her house. I've borrowed from friends and other family members, all of which are about to lose their hard earned money. They believed in me and up to this point things have been going good and on the right track for success. Now, I'll have to put 50 people, who are local in the community, out of work. Closing the only fitness center in the area, this supports over 50,000 people and canceling the memberships of over 3,000 people.

I really don't know what to do or how to do it but I would like to petition the court to not let Winn-Dixie terminate this lease or at lease pay us restitution for breaking the agreement. I don't have the money to hire a lawyer and fight Winn-Dixie.

Please help me.

Thank you for your time,

Mike White
843-744-7800