UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING CLAIMANT'S REPLY TO RESPONSE STATEMENT REGARDING LITIGATION OF CLAIM

The Court finds that the Claimant's Reply to Response Statement Regarding Litigation of Claim of Leticia Navas (Claim #7864) filed by Alexander M. Weinberg on behalf of Leticia Navas on January 13, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Claimant's Reply to Response Statement Regarding Litigation of Claim of Leticia Navas (Claim #7864)  filed by Alexander M. Weinberg on behalf of Leticia Navas on January 13, 2006  is stricken from the record.

**DATED January 17, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
Jay F. Castle, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254
Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., P.O. Box 24787, Jacksonville, FL 32241-4787
Alexander M. Weinberg, 9130 South Dadeland Boulevard, Two Datran Center, Suite 1609, Miami, FL 33156

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Jan 18, 2006
Case: 05-03817             Form ID: pdfdoc         Total Served: 4


The following entities were served by first class mail on Jan 20, 2006.
aty          Alexander M. Weinberg,   9130 South Dadeland Blvd.,   Two Datran Center, Suite 1609,
                Miami, FL  33156
aty         +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
            +Jay F. Castle,   Winn-Dixie Stores, Inc.,   5050 Edgewood Court,   Jacksonville, FL 32254-3601
            +Kerry Ledbetter,   Sedgwick Claims Management Services Inc.,   P.O. Box 24787,
                Jacksonville, FL 32241-4787


The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2006**                          **Signature:** _Joseph Speetjens_