**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICE OF AGREED ORDER OF RESOLUTION OF LITIGATION CLAIM AND MOTION FOR RELIEF FROM STAY

The Court finds that the Notice of Agreed Order of Resolution of Litigation Claim of Rose Lopez v. Winn-Dixie Stores, Inc., et. al. (Claim #6750) and Motion for Relief From Stay filed by Jeffrey M. Byrd on behalf of Rose Lopez on January 17, 2006 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Agreed Order of Resolution of Litigation Claim of Rose Lopez V. Winn-Dixie Stores, Inc., et. al. (Claim #6750) and Motion for Relief From Stay filed by Jeffrey M. Byrd on behalf of Rose Lopez on January 17, 2006 are stricken from the record.

**DATED January 18, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
D.J. Baker, Attorney for Debtor
Jeffrey M. Byrd, Attorney for Movant, 2620 E. Robinson St., Orlando, FL 32803

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Jan 18, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Jan 20, 2006.
aty         +James H. Post,    Smith Hulsey & Busey,    225 Water St., Suite 1800,    Jacksonville, FL 32202-4494
aty         +Jeffrey M Byrd,   2620 East Robinson St.,    Orlando, Fl 32803-5824

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2006**                    **Signature:** _Joseph Speetjens_