**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE
HEARING ON MOTION FOR RELIEF FROM
<u>STAY FILED BY SARRIA ENTERPRISES, INC.</u>**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Sarria Enterprises, Inc. ("Sarria") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by Sarria (the "Motion") (Docket No. 1542) for final hearing on or after February 13, 2006 and (ii) the continuation of the automatic stay in effect

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

pending the conclusion of such hearing and determination of Sarria's Motion for Relief from Stay.

Dated: January 23, 2006

| BURGER, TRAILOR & FARMER, PA | SMITH HULSEY & BUSEY |
|---|---|
| By   ** s/ Alan M. Burger*       Alan M. Burger | By   *s/ James H. Post*       James H. Post |
| Florida Bar Number 833290<br>1601 Forum Place, Suite 404<br>West Palm Beach, FL 33401<br>(561) 689-1663<br>(561) 689-1707 (facsimile)<br>alan@burgertrailor.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| -and- | -and- |
| LAW OFFICE OF MICHAEL A. KAUFMAN<br>Michael A. Kaufman<br>1601 Forum Place, Suite 404<br>West Palm Beach, FL 33401<br>(561) 478-2878<br>(561) 689-1707 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| Attorneys for Sarria Enterprises, Inc. | |
| *Counsel has authorized his electronic  signature | Attorneys for the Debtors |

520186