CASE NUMBER: 05-03817-3F1 Jointly Administered

# UNITED STATES BANKRTUPCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AGREED EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR MONDAY, JANUARY 23, 2006 AT 2:00 PM

NOW COMES, SARRIA ENTERPRISES, INC., ("SARRIA"), by and through the undersigned counsels hereby files this Emergency Motion to Continue Hearing Scheduled for Monday, January 23, 2006 at 2:00 p.m. continue the hearing and states in support thereof:

1. SARRIA is the Landlord and WINN DIXIE is the Tenant pursuant to a Lease dated December 18, 1980 of the store located at the S.W. corner of 8th Street and 122nd Avenue in Miami-Dade County, Florida.

2. There is currently a hearing scheduled before this Court for Monday, January , 2005 at 2:00 p.m. on SARRIA'S Motion for Relief from Stay.

3. MR FRANK SARRIA, who was scheduled to appear as SARRIA'S witness cannot attend the scheduled hearing due to a family emergency. Counsel learned of the emergency late Sunday, January 22, 2006 and contacted the Court and opposing counsel early July 23, 2006.

4. Counsel for Winn Dixie, James Post, has been contacted and has agreed to continue the hearing until February 13, 2006 at 2:00 pm.

CASE NUMBER: 05-03817-3F1 Jointly Administered

WHEREFORE, it is respectfully requested this Court continue the hearing to February 13, 2006 and such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I, ALAN BURGER for SARRIA ENTERPRISES, INC., hereby certify that a copy of the AGREED EMERGENCY MOTION TO CONTINUE HEARING SCHEDULED FOR MONDAY, JANUARY 23, 2006 AT 2:00 PM has been served via electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on this 23$^d$ day of January, 2005 to: D.J. Baker. Sally McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP. Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

| | |
|---|---|
| MICHAEL A. KAUFMAN, P.A. | BURGER , FARMER & COHEN, P.L |
| 1601 Forum Place, Suite 404 | 1601 Forum Place, Suite 404 |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 |
| Telephone Number: (561) 478-2878 | Telephone Number: (561) 689-1663 |
| Facsimile Number: (561) 689-1707 | Facsimile Number: (561) 689-1707 |
| /s/ Michael A. Kaufman | /s/ Alan M. Burger |
| Michael A. Kaufman | Alan M. Burger, Esq. |
| Florida Bar Number: 0628042 | Florida Bar Number: 833290 |