CASE NUMBER: 05-03817-3F1 Jointly Administered

# UNITED STATES BANKRTUPCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AGREED ORDER TO CONTINUE HEARING SCHEDULED FOR MONDAY, JANUARY 23, 2006 AT 2:00 PM

This case come before the Court upon an Agreed Motion to Continue Hearing Scheduled for Monday, January 23, 2006, at 2:00 pm and the Court having reviewed the Motion and the parties having agreed, Accordingly, It Is,

ORDERED AND AJUDGED THAT:

1. Sarria's Emergency Motion to Continue Hearing Scheduled for January 23, 2006 at 2:00 p.m. in Room 4B, United States Courthouse, United States Bankruptcy Court Middle District of Florida Jacksonville Division, 300 North Hogan Street, Jacksonville, Florida 32202 is granted; the hearing on Sarria's Motion for Relief from Stay is continued to February 13, 2006 at 2:00 pm in Room 4B, United States Courthouse, United States Bankruptcy Court Middle District of Florida Jacksonville Division, 300 North Hogan Street, Jacksonville, Florida 32202.

Dated this ____ day January 23, 2006.

_____
Jerry A. Funk
United States Bankruptcy Judge