U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)
BANKRUPTCY PETITION #: 3:5-BK-03837-JAF

Winn-Dixie Montgomery, Inc.
5050 Edgewood Court
Jacksonvile, FL 32254-3699
Tax id:59-1212119

FILED
JACKSONVILLE, FLORIDA
JAN 2 0 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## CLAIMANT FANNIE REED'S REPLY TO RESPONSE STATEMENT, NOTICE OF REJECTION OF SETTLEMENT PROPOSAL AND MOTION TO LIFT AUTOMATIC STAY

Come now Fannie Reed and Ronny Reed and files this Reply to Response Statement, Notice of Rejection of Settlement Proposal and Motion to Lift Automatic Stay. The offer to allow Movants a pre-petition, general, unsecured claim against Winn Dixie in their Chapter 11 case in the amount of $5,000.00 is hereby rejected. Movants, having rejected the settlement offer, do hereby request the court to lift the automatic stay to allow the Movants to proceed in a civil action in the Circuit Court of Lauderdale County, the State of Mississippi, Civil Action, File No.: 03-CV-203(B) seeking damages against Winn Dixie d/b/a Saverite Grocery Warehouse. The Movants have complied in good faith with, and exhausted, the Claims Resolution Procedure.

Respectfully Submitted, this the 13th day of January, 2006.

_____
GEORGE L. FOLLETT, ATTORNEY
FOR CLAIMANTS, FANNIE AND RONNY REED

## NOTICE

NOTICE IS HEREBY GIVEN objections to said Motion to Lift Automatic Stay must be filed with the Court within fifteen days of the date of service. Pursuant to Local Rule 2002-4.

## CERTIFICATE OF SERVICE

I, George L. Follett, hereby certify that I have this day mailed a true and correct copy of the above and foregoing Reply to Response Statement, Notice of Rejection of Settlement Proposal and Motion to Lift Automatic Stay, by U. S. Postal Service, postage prepaid, to the following:

United States Trustee
135 W. Central Blvd., Suite 620
Orlando FL 32801

Attn: James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Logan & Company, Inc.
Attn: Winn-Dixie Claims Department
546 Valley Road
Upper Montclair, NJ 07043

Kerry Ledbetter, General Liability Examiner III
Sedgwick Claims Management Services, Inc.
P O Box 24787
Jacksonville, FL 32241-4787

DATED, this the 13th day of January, 2006.

_____
GEORGE L. FOLLETT

PREPARED BY:

FOLLETT & FOLLETT, ATTORNEYS
GEORGE L. FOLLETT, SBN 5395
LEAN Y. FOLLETT, SBN 5396
1709 23RD AVENUE
POST OFFICE BOX 406
MERIDIAN, MS 39302-0406
601/693-2468