**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF DEPOSITION OF CATHERINE BUHALY IBOLD, ESQ.

PLEASE TAKE NOTICE that Linpro Investments, Inc. (the "Landlord"), by and through its attorneys, Held & Israel, pursuant to Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of **CATHERINE BUHALY IBOLD, ESQ.**

The deposition will commence at 11:00 a.m. (EST) on Monday, February 13, 2006, at the offices of Held & Israel, 1301 Riverplace Blvd., Suite 1916, Jacksonville, Florida 32207, and will continue from day to day until completed. The Landlord intends to cause this deposition to be recorded stenographically by a licensed court reporter, or by some other person duly authorized by law. The Landlord may also cause this deposition to be recorded on videotape pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rule 9014 of the Federal Rules of Bankruptcy Procedure. This deposition is being taken for the purposes of discovery and/or trial.

**HELD & ISRAEL**

*Kimberly W. Israel*

Edwin W. Held, Jr.
Florida Bar #162574
Kimberly Held Israel
Florida Bar #47287
1301 Riverplace Blvd., Ste. 1916
Jacksonville, Florida  32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
Attorney for Linpro Investments,
Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Notice of Deposition of Catherine Buhaly Ibold, Esq. has been furnished via electronic notice to the entities and individuals receiving electronic notice of all filings, this 23rd day of January, 2006.

*Kimberly W. Israel*

Attorney