## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors | ) | Jointly Administered |

**F I L E D**
JACKSONVILLE, FLORIDA

JAN 2 3 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## MOTION TO LIFT THE AUTOMATIC STAY

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this Motion, Objection, or other matter without further notice or hearing unless a party in interest files an objection within fifteen (15 days) from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with a Clerk of the Court, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Michael Palahach, Esquire, Palahach & Cruanes, LLC, 2655 LeJeune Road, Suite 1108, Coral Gables, Florida 33134.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

In re WINN-DIXIE STORES, INC., et al.
Case No. 05-03817-3F1

Claimant, CYNTHIA VAUGHN, requests this Honorable Court for Relief from the Automatic Stay to pursue litigation of her claim presently pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 04-26800-CA04, Cynthia Vaughn, Plaintiff v. Winn-Dixie Stores, Inc., a Florida corporation, and Winn-Dixie Super Markets, Inc., a Florida corporation, Defendants, and as grounds states as follows:

1.    Cynthia Vaughn is an eligible claimant as defined in this Court's Order Approving Claims Resolution Procedure and authorizing Debtors to settle or liquidate certain litigation claims, dated September 1, 2005.

2.    Claimant timely filed her Proof of Claim evidencing litigation claim with Winn-Dixie Claims Docketing Center, c/o Logan &Company, Inc., on July 25, 2005 Certified Mail Return Receipt Requested.  A copy of Claimant's Proof of Claim is attached hereto as Claimant's Exhibit A.  On July 28, 2005, Winn Dixie Claims Docketing Center, c/o Logan & Company, Inc., received Claimant's Proof of Claim as evidenced by a copy of Claimant's Certified Mail Return Receipt attached hereto as Exhibit B.

3.    On October 17, 2005, Claimant timely served on the Debtors a fully completed Questionnaire as evidenced by FedEx Proof of Delivery.  A copy of Claimant's Questionnaire is attached hereto as Claimant's Exhibit C.  A copy of Claimant's Certified Mail Return Receipt is attached hereto as Exhibit D.

4.    On October 25, 2005, Winn Dixie responded with its Reply.  A copy of Debtor's Reply is attached hereto as Exhibit E.

2

In re WINN-DIXIE STORES, INC., et al.
Case No. 05-03817-3F1

5.    On November 15, 2005, Claimant filed her Reply which was received by Debtor on

November 18, 2005. Claimant's Reply is attached hereto as Exhibit F. A copy of the Certified

Mail Return Receipt is attached as Exhibit G.

6.    Claimant has exhausted the claims resolution procedure and has participated in the

Claims Resolution Procedure in good faith.

7.    Claimant requests this Court to lift the automatic stay for the sole purpose of

allowing Claimant to pursue her litigation claim against the Debtors, in the Circuit Court of the

11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 04-26800-CA04, seeking

damages against Debtor, Winn-Dixie Stores, Inc. and Winn-Dixie Super Markets, Inc. A copy of

Claimant's proposed agreed order to lift automatic stay is attached hereto and made a part hereof

as Claimant's Exhibit H.

Dated this 19 day of January, 2006.

PALAHACH & CRUANES, LLC
2655 LeJeune Road, Suite 1108
Coral Gables, Florida 33134
Telephone: 305-443-3329

By _____
Michael Palahach
Florida Bar No. 164232

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19

day of January, 2006, to Winn-Dixie Claims Docketing Center, c/o Logan & Company, Inc., 546

In re WINN-DIXIE STORES, INC., et al.
Case No. 05-03817-3F1

Valley Road, Upper Montclair, New Jersey 07043, Sedgwick Claims Management Services, Inc.,

c/o C. Everett Brooks, P. O. Box 24787, Jacksonville, Florida 32241-4787 and Brian M. Davis,

Esquire, 95 Merrick Way, #100, Coral Gables, Florida 33134.

By _____
Michael Palahach
Florida Bar No. 164232

4