UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

### ORDER STRIKING MOTION TO LIFT AUTOMATIC STAY

The Court finds that the Motion to Lift Automatic Stay filed by Michael Palahach on behalf of Cynthia Vaughn on January 23, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Lift Automatic Stay filed by Michael Palahach on behalf of Cynthia Vaughn on January 23, 2006 is stricken from the record.

**DATED January 24, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael Palahach, 2655 LeJeune Road, Suite 1108, Coral Gables, FL 33134
Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043
C. Everett Brooks, Sedgwick Claims Mgmt Services, Inc., P.O. Box 24787, Jacksonville, FL 32241
Brian M. Davis, 95 Merrick Way, #100, Coral Gables, FL 33134