UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING REPLY TO RESPONSE STATEMENT, NOTICE OF REJECTION OF SETTLEMENT PROPOSAL AND MOTION TO LIFT AUTOMATIC STAY

The Court finds that the Reply to Response Statement, Notice of Rejection of Settlement Proposal and Motion to Lift Automatic Stay filed by George L. Follett on behalf of Fannie Reed and Ronny Reed on January 20, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Reply to Response Statement, Notice of Rejection of Settlement Proposal and Motion to Lift Automatic Stay filed by George L. Follett on behalf of Fannie Reed and Ronny Reed on January 20, 2006 is stricken from the record.

**DATED** January 23, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
US Trustee
Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043
Kerry Ledbetter, Sedgwick Claims Mgmt Services, Inc., P.O. Box 24787, Jacksonville, FL 32241