

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
January 23, 2006

HONORABLE JERRY A. FUNK                                      JACKSONVILLE

CASE NUMBER: 05-03817-3F1                                    HEARING TIME: 10:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY
Trustee:

HEARING:

TELEPHONIC STATUS CONFERENCE

APPEARANCES:

US TRUSTEE:  ELENA L. ESCAMILLA
DEBTOR:  CYNTHIA C. JACKSON
         ADAM RAVIN
CRED CMTTEE:  JOHN B. MACDONALD
EQUITY CMTTEE:  KAROL DENNISTON
RETIREES CMTTEE:  JERRETT M. MCCONNELL
WACHOVIA:  BETSY C. COX
LENDERS:  JONATHAN N. HELFAT
SEC:  SUSAN R. SHERRILL-BEARD

RULING:   NO RULING