UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )          Case No. 3-05-bk-03817-JAF

                        Debtors.                 )          Chapter 11
                                                            Jointly Administered
_____        )


## ORDER GRANTING MOTION
## TO ALLOW SUBSTITUTION OF COUNSEL


This Chapter 11 case is before the Court upon a Motion of Golden Flake Snack

Foods, Inc. to allow substitution of LaFleur Law Firm for Stutsman & Thames, P.A. as local

counsel, and on consent of the parties, it is ORDERED:

1.    The motion is granted.

2.    All futures notices and pleadings shall be sent to:

      Nina M. LaFleur, Esq.
      LaFleur Law Firm
      Post Office Box 861128
      St. Augustine, Florida 32086
      nina@lafleurlaw.com

Dated this _24_ day of January, 2006 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge