UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 05-03817-3FI

WINN-DIXIE STORES, INC., et al.,                          Chapter 11

Debtors.                                                  Jointly Administered

_____/

**NOTICE OF CANCELLATION OF DEPOSITION OF**
**THOMAS J. DAVIDSON *DUCES TECUM***

   **PLEASE TAKE NOTICE** that the Deposition Duces Tecum upon oral examination of

Thomas J. Davidson scheduled by Pines-Carter of Florida, Inc. set for January 26, 2006 at 1:30 p.m.

is cancelled without prejudice to Pines-Carter of Florida, Inc.'s right to re-notice such depositions

upon reasonable notice to all parties in interest.

   Dated: January 25, 2006

                                        /s/ Jonathan R. Williams
                                        Jonathan R. Williams
                                        Florida Bar No. 0178810
                                        MELAND RUSSIN HELLINGER
                                         & BUDWICK, P.A.
                                        3000 Wachovia Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, Florida  33131
                                        Telephone: (305) 358-6363
                                        Telecopy: (305) 358-1221

                                        ATTORNEYS FOR LANDLORD
                                        PINES-CARTER OF FLORIDA, INC.

LAW OFFICES OF MELAND RUSSIN HELLINGER & BUDWICK, P.A.

3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD,  MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

J:\DOCS\CLIENTS\5047\5047-1\00128282.WPD.

Case No. 05-03817-3FI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via email

as indicated on the 25th day of January, 2006 upon all parties on the attached service list:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
**Via E-Mail:** cjackson@smithhulsey.com

David J. Baker, Esq. and Sally Gray, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
**Via E-Mail:** djbaker@skadden.com

Ed Zimmer, Esq.
DJM Asset Management, LLC
445 Broad Hollow Road, Suite 417
Mellvillem, NY 11747
**Via E-Mail:** ezimmer@djmasset.com

 /s/ Jonathan R. Williams
Jonathan R. Williams

LAW OFFICES OF MELAND RUSSIN HELLINGER & BUDWICK, P.A.

3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 ● TELEPHONE (305) 358-6363

J:\DOCS\CLIENTS\5047\5047-1\00128282.WPD.