**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL OF OBJECTION

COMES now VOW, LLC, and hereby withdraws its Objection to Cure Amount by VOW, LLC, which was filed on July 14, 2005.

\s\ C. Ellis Brazeal III
Attorney for Vow, LLC

**OF COUNSEL:**

**Walston, Wells, & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Notice of Withdrawal of Objection, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \25th\ day of January, 2006

\s\ C. Ellis Brazeal III
OF COUNSEL