[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05−bk−03817−JAF
                                                    Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CONTINUED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Sarria Enterprises, Inc. is continued for final hearing to February 13, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated January 23, 2006 .

                        Clerk of Court
                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorneys for Debtor
US Trustee
Official Committee of Unsecured Creditors
Movant

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1            Date Rcvd: Jan 23, 2006
Case: 05-03817                Form ID: 3902a         Total Served: 2

The following entities were served by first class mail on Jan 25, 2006.
aty          +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
aty          +Michael A Kaufman,   Michael A Kaufman PA,   1601 Forum Place,   Suite 404,
               West Palm Beach, FL 33401-8103
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2006**                      **Signature:**   *Joseph Speetjens*