**ORIGINAL**

David R. Montlick
Alan Y. Saltzman°
Kathy Edwards-Opperman°¹

Jonathan B. Pierce
Orlando A. Marra[2]
Patrick R. Matarrese
Rory S. Chumley
Glenn D. Chitlik
Daniel Maldonado[2]
C. Ron Smith

° Managing Attorney
[1] also admitted in NY, NJ, & N.S.W.

# MONTLICK & ASSOCIATES, P.C.
*ATTORNEYS AT LAW*

17 EXECUTIVE PARK DRIVE • SUITE 310
ATLANTA, GEORGIA • 30329

Mailing Address:
P.O. BOX 95406 • ATLANTA, GEORGIA 30347-0406

TELEPHONE (404) 235-5000 • FACSIMILE (404) 321-3323

Michael N. Rubin[3]
Michael J. Ivan[4]
Dustin Taps
Kimberly L. Jacobsen
Nica H. Kenith
Joel H. Roth[5]
Richard K. Warner[5]
Michael J. Moran
R. Shane Smith
Ann Marie Beverly[2]
Robert A. McDonald

[2] also admitted in FL
[3] also admitted in MD
[4] also admitted in AZ
[5] also admitted in NY

January 18, 2006

**VIA CERTIFIED MAIL - RETURN RECEIPT**
United States Bankruptcy Court
Middle District of Florida / Jacksonville Division
ATTN: Civil Clerk
300 North Hudson Street
Suite 3-350
Jacksonville, FL 32202

FILED
JACKSONVILLE, FLORIDA
JAN 2 5 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: **Winn-Dixie Stores, Inc., et al.**
**Case Number 05-03817-3F1**

Dear Sir or Madam:

Please be advised that this law firm **no longer represents Toyae Campbell** in her claim for damages she received as a result of an incident that occurred on the premises of the debtor.

Please forward all necessary notifications and paperwork to this claimant directly at the following address:

Ms. Toyae Campbell
2891 Montview Drive
Marietta, GA 30060

Also, please find a copy of this letter, along with a self-addressed stamped envelope. Please return a date stamped copy to my attention.

Thank you.

Very truly yours,
MONTLICK & ASSOCIATES, P.C.

BY: _____
Michael N. Rubin
Attorney at Law

LTR_001:345639:ndls
CC: Toyae Campbell