# MONTLICK & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

17 EXECUTIVE PARK DRIVE • SUITE 310
ATLANTA, GEORGIA • 30329

Mailing Address:
P.O. BOX 95406 • ATLANTA, GEORGIA 30347-0406

TELEPHONE (404) 235-5000 • FACSIMILE (404) 321-3323

January 20, 2006

FILED
JACKSONVILLE, FLORIDA
JAN 2 5 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**VIA CERTIFIED MAIL - RETURN RECEIPT**
United States Bankruptcy Court
Middle District of Florida / Jacksonville Division
Attention: Civil Clerk
Suite 3-350
Jacksonville, FL 32202

RE:   Withdrawal of Representation
Our Client:        Louise Boddie
Incident Date:     September 3, 2003
Chapter 11 Case #: 05-03817-3F1
Creditor #:        390855

Dear Madam or Sir:

Please be advised that the law firm of Montlick & Associates, P.C. **no longer represents Louise Boddie** for injuries she sustained as a result of an incident that occurred on the property of Winn Dixie Stores, Inc.

We request that you correspond directly with Ms. Boddie in the future. Ms. Boddie's current information is as follows:

Ms. Louise Boddie
East Oak Apartments
253 Lonnie Lane
Americus, GA 31709
(229) 931-6096

Also, please find a copy of this letter, along with a self-addressed postage paid envelope. Please return a date stamped copy to my attention.

Thank you.

Very truly yours,
MONTLICK & ASSOCIATES, P.C.

BY: _____
Rory S. Chumley
Attorney at Law

LTR_1063:344831:ndls
Enclosure