# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 3-05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | : | Chapter 11 |
| | : | JOINTLY ADMINISTERED |
| Debtor(s). | : | |
| | : | |

**OFFICIAL COMMITTEE OF EQUITY HOLDERS' REQUEST FOR JUDICIAL
NOTICE OF CERTAIN PLEADINGS AND RELATED DOCUMENTS
FILED WITH THE COURT IN CONNECTION WITH THE (I) OBJECTION AND
MOTION TO SET ASIDE THE UNITED STATES TRUSTEE'S NOTICE OF
DISBANDMENT OF EQUITY SECURITY HOLDERS COMMITTEE AND (II)
MOTION FOR APPOINTMENT OF EQUITY SECURITY HOLDERS COMMITTEE
NUNC PRO TUNC TO JANUARY 11, 2006**

Pursuant to Rule 201 of the Federal Rules of Evidence, the Official Committee of Equity

Security Holders appointed in the above-referenced proceeding (the "Equity Committee") hereby

moves the Court for judicial notice of those certain pleadings and related documents listed on

Exhibit A attached hereto (the "Notice Exhibits"), that have been filed with the Court in

connection with the Debtors' Chapter 11 bankruptcy proceeding or are otherwise publicly

available and in support thereof represents:

Federal Rule of Evidence 201 permits a court to take judicial notice of any fact that is not

subject to reasonable dispute and that is capable of accurate and ready determination by resort to

resources whose accuracy cannot be reasonably questioned. FED. R. EVID. 201. Numerous

federal courts have concluded that a "Bankruptcy Court may take judicial notice of facts that are

not subject to reasonable dispute." See In re: Federal Mogul-Global Inc., 348 F.3d 390, 407 (3d

Cir. 2003); In re Indian Palms Assocs., 61 F.3d 197, 205 (3d Cir. 1995) (stating that a court may

"take judicial notice of an adjudicative fact if that fact is not 'subject to reasonable dispute' . . .

as long as it is not unfair to a party to do so.") (quoting FED. R. EVID. 201). See also Ubuy

Holdings, Inc. v. Gladstone, 340 F.Supp. 2d 1343, 1346 (S.D. Fla. 1004) ("A district court may also take judicial notice of public records").

Because the Notice Exhibits listed in Exhibit A hereto either have been filed with the Court throughout Debtors' Chapter 11 reorganization or are otherwise publicly available, no serious questions as to their authenticity can exist. As such, other parties-in-interest will not be harmed by the Court taking judicial notice of the Notice Exhibits.

CONCLUSION

Therefore, for all the reasons above, the Equity Committee respectfully requests this Court to take judicial notice of the exhibits that are listed in Exhibit A, attached hereto.

[signature on next page]

Dated:  January _26_, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

*Karol K. Denniston*

Karol K. Denniston
Ga. Bar No. 218333
Carolyn (Keri) Chayavadhanangkur
Ga. Bar No. 122152
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400
karolkdenniston@paulhastings.com
carolynchayavadhanangkur@paulhastings.com

and

PAUL, HASTINGS, JANOFSKY & WALKER LLP
James D. Wareham
DC Bar No. 411799
875 15th Street
Washington, DC  20005
Telephone: (202) 551-17000
jameswareham@paulhastings.com

and

JENNIS & BOWEN, P.L.
David Jennis
Fla. Bar No. 775940
Chad S. Bowen
Fla. Bar No. 0138290
400 North Ashley Drive
Suite 2540
Tampa, FL 33602
Telephone: (813) 229-1700
djennis@jennisbowen.com

***Co-Counsel for the Official Committee of Equity Holders***

- 3 -

## EXHIBIT A

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| | **Bankruptcy Pleadings** | |
| 1 | Chapter 11 Petition of Winn-Dixie Stores, Inc. | 1. |
| 198 | List of Equity Holders [Filed on March 2, 2005] | 2. |
| 3027 | United States Trustee's Appointment and Notice of Appointment of Equity Security Holders Committee [Filed on August 17, 2005] | 3. |
| 3297 | Motion for Permission to File Motion Seeking Disbandment of Equity Committee Under Seal [Filed on August 31, 2005] | 4. |
| 3309 | Motion Regarding Filing Under Seal of Pleadings Related to Appointment of Equity Committee [Filed on August 31, 2005]<br>• Exhibit A – Proposed Order Requiring Filing Under Seal Of Pleadings Related To Appointment Of Equity Committee | 5. |
| 3352 | Limited Objection by Ad Hoc Committee of Winn-Dixie Retirees to Motion Regarding Filing Under Seal of Pleadings Related to Appointment of Equity Committee [Filed on September 2, 2005] | 6. |
| 3363 | Motion for Entry of an Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding the Official Committee of Equity Security Holders [Filed under seal on September 2, 2005]<br>• Exhibit A – Bank Forecast FY 2006 (draft dated May 31, 2005)<br>• Exhibit B – Presentation to the Official Committee of Unsecured Creditors dated August 2, 2005<br>• Exhibit C – Transcript of June 2, 2005 Hearing<br>• Exhibit D – Monthly Operating Statement dated August 29, 2005<br>• Exhibit E – Letter from DDI, Inc. to the UST dated March 11, 2005<br>• Exhibit F – Letter from Brandes to the UST dated March 21, 2005<br>• Exhibit G – Letter from DDI, Inc. to the UST dated May 4, 2005<br>• Exhibit H – Letter from Brandes to the UST dated May 10, 2005<br>• Exhibit I – Letter from the Creditors Committee to the UST dated May 11, 2005<br>• Exhibit J – Letter from the Debtors to the UST dated June 3, 2005<br>• Exhibit K – Letter from the Creditors Committee to the UST dated June 10, 2005<br>• Exhibit L – Letter from DDI, Inc. to the UST dated June | 7. |

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| | 16, 2005<br>• Exhibit M – www.winndixie.com/company/governance/board_of_direc tors<br>• Exhibit N - Proxy Statement for Annual Meeting of Shareholders to be Held October 20, 2004 (relevant portions only)<br>• Exhibit O – Proxy Statement for Annual Meeting of Shareholders to be Held on October 7, 1992; October 5, 1994, October 4, 2000 and October 9, 2002 (excerpts only)<br>• Exhibit P – www.brandes.com/General/AboutUs.htm<br>• Exhibit Q – Copy of Victor v. Edison Bros. Stores, 1996 WL 534853 (D. Del. Sept. 17, 1996) | |
| 3365 | Objection to Motion of Official Committee of Unsecured Creditors for Permission to File Motion Seeking Disbandment of Equity Committee Under Seal [Filed on September 6, 2005] | 8. |
| 3366 | Objection to Debtors' Motion Regarding Filing Under Seal of Pleadings Related to Appointment of Equity Committee [Filed on September 6, 2005] | 9. |
| 3436 | Order Requiring Filing Under Seal of Pleadings Related to Appointment of Equity Committee [Filed on September 8, 2005] | 10. |
| 3509 | Consent Order Regarding Scheduling and Discovery Issues Related to Motion of Official Committee of Unsecured Creditors Seeking Disbandment of Equity Committee [Filed on September 19, 2005] | 11. |
| 3516 | Transcript of September 8, 2005 Hearing | 12. |
| 3707 | Equity Committee's Motion for Summary Judgment [Filed under seal on September 29, 2005] | 13. |
| 3708 | Memorandum of Law of the Official Committee of Equity Security Holders in Support of Summary Judgment [Filed under seal on September 29, 2005]<br>• Exhibit A – Transcript of September 8, 2005 Hearing<br>• Exhibit B – Memorandum Order [Imperial Distributing, Inc., et al., Chapter 11 Case No. 01-0140]<br>• Exhibit C – February 11, 2005 Hearing Transcript [Internet Corporation Case No. 04-67597]<br>• Exhibit D – March 28, 2005 Hearing Transcript [Catholic Bishop of Spokane Case No. 04-8822] | 14. |
| 3710 | U.S. Trustee's Objection to Motion of Official Committee of Unsecured Creditors for Entry of Order, Under 11 U.S.C. §§ 105 and 1102 Disbanding Official Committee of Equity Security Holders [Filed under seal on September 29, 2005] | 15. |

LEGAL_US_E # 70419518.2

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| 3711 | Debtors' Motion for Summary Judgment Denying Creditors Committee's Motion to Disband Equity Committee [Filed under seal on September 29, 2005]<br><br>&bull; Exhibit A – Letter from Kaye Scholer LLP to the UST dated March 11, 2005<br>&bull; Exhibit B – Letter from Brandes to the UST dated March 21, 2005<br>&bull; Exhibit C – Letter from DDI to the UST dated May 4, 2005<br>&bull; Exhibit D – Letter from Brandes to the UST dated May 10, 2005<br>&bull; Exhibit E – Letter from the Creditors Committee to the UST dated May 11, 2005<br>&bull; Exhibit F – Letter from the Debtors to the UST dated June 3, 2005<br>&bull; Exhibit G – Letter from the Creditors Committee to the UST dated June 10, 2005<br><br>&bull; Exhibit H – Letter from DDI to the UST dated June 16, 2005<br>&bull; Exhibit I - March 28, 2005 Hearing Transcript [Catholic Bishop of Spokane Case No. 04-8822]<br>&bull; Exhibit J - February 11, 2005 Hearing Transcript [Intermet Corporation Case No. 04-67597]<br>&bull; Exhibit K - Memorandum Order [Imperial Distributing, Inc., et al., Chapter 11 Case No. 01-0140]<br>&bull; Exhibit L – Letter from the Creditors Committee to the UST dated September 8, 2005 | 16. |
| 3893 | Motion of Official Committee of Unsecured Creditors for Clarification of Letter Ruling Dated October 14, 2005 [Filed under seal on October 19, 2005]<br><br>&bull; Exhibit A – Letter from the UST dated October 14, 2005<br>&bull; Exhibit B – Letter from the Creditors Committee to the UST dated October 5, 2005 | 17. |
| 3895 | Order Denying Motion for Summary Denying Creditors' Committee's Motion to Disband Equity Committee [Filed under seal on October 18, 2005] | 18. |
| 3902 | Response and Objection to Creditors Committee's Motion for Clarification of Letter Ruling Dated October 14, 2005 [Filed under seal on October 20, 2005] | 19. |
| 3903 | Response and Objection to Motion of Official Committee of Unsecured Creditors for Clarification of Letter Ruling Dated October 14, 2005 [Filed under seal on October 20, 2005] | 20. |

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| 3916 | Joinder of Official Committee of Equity Security Holders to (I) the Debtors' Response and Objection to Creditors Committee's Motion for Clarification of Letter Ruling Dated October 14, 2005 and (II) United States Trustee's Response and Objection to Motion of Official Committee of Unsecured Creditors for Clarification of Letter Ruling Dated October 14, 2005 [Filed under seal on October 21, 2005] | 21. |
| 3952 | Order Denying Motion of Official Committee of Unsecured Creditors for Clarification Ruling Dated October 14, 2005 [Filed under seal on October 27, 2005] | 22. |
| 3982 | Transcript of October 24, 2005 Hearing | 23. |
| 3991 | Motion for Protective Order in Connection with Discovery Related to Creditors Committee's Motion to Disband Equity Committee [Filed under seal on November 1, 2005]<br>• Exhibit A – Creditors Committee's First Request For Production to the Debtors<br>• Exhibit B – Creditors Committee's Notice of Oral Deposition of the Debtors | 24. |
| 3999 | Motion for (I) Order Enlarging Time Within Which to Comply with Discovery Deadlines; and (II) Protective Order in Connection with Discovery Requests [Filed under seal on November 1, 2005]<br>• Exhibit A – Committee of Equity Security Holders Objection and Response to Creditors Committee's First Request for Production of Documents<br>• Exhibit B – Summary of Discovery Served | 25. |
| 4000 | U.S. Trustee's Second Objection to Motion of Official Committee of Unsecured Creditors for Entry of Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding Official Committee of Equity Security Holders [Filed under seal on November 1, 2005] | 26. |
| 4013 | Motion of Official Committee of Unsecured Creditors to Abate Proceedings on Disbandment Motion and to Adjourn Evidentiary Hearing Scheduled for November 16, 2005 [Filed on November 2, 2005] | 27. |
| 4049 | Order Granting Motion of Official Committee of Unsecured Creditors to Abate Proceedings on Disbandment Motion and to Adjourn Evidentiary Hearing Scheduled for November 16, 2005 [Filed on November 4, 2005] | 28. |
| 4312 | Debtors' Motion for Order Granting Third Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans [Filed on November 23, 2005] | 29. |
| 4417 | Order Pursuant To Section 1103(A) Of The Bankruptcy Code And Bankruptcy Rule 2014 Authorizing The Nunc Pro Tunc Employment And Retention Of Paul, Hastings, Janofsky & Walker LLP As Legal Counsel For The Equity Security Holders Committee [Filed on December 1, 2005] | 30. |

LEGAL_US_E # 70419518.2

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| 4536 | Motion for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code and Addendum to Motion [Filed on December 8, 2005]<br><br>• Exhibit A – Form 10-K Dated June 29, 2005<br>• Exhibit B – Proxy Statement for Annual Meeting of Shareholders to be held December 8, 2005<br>• Exhibit C – Letter from K. Denniston to D. J. Banker dated November 2, 2005<br>• Exhibit D – Letter from D. J. Baker to K. Denniston dated November 9, 2005<br>• Exhibit E – Letter from K. Denniston to D. J. Baker dated November 15, 2005<br>• Exhibit F – Letter from K. Denniston to the UST dated December 5, 2005<br>• Exhibit G-1 – Class Action Complaint and Demand for Jury Trial [Rubinstein v. Winn Dixie Stores, Inc. Case No. CV-04-71]<br>• Exhibit G-2 – Class Action Complaint [Nunziata v. Winn Dixie Stores, Inc. Case No. 04-CV-79]<br>• Exhibit G-3 – Class Action Complaint [Rosenberg v. Winn Dixie Stores, Inc. Case No. 04-CV-94]<br>• Exhibit G-4 – Class Action Complaint [Malvan v. Winn Dixie Stores, Inc. Case No. 04-CV-138]<br>• Exhibit H – Order Consolidating [Garfield v. Winn Dixie Stores, Inc. Case No. 04-CV-78]<br>• Exhibit I – ERISA Class Action Complaint [Dorminey v. Winn Dixie Stores, Inc. Case No. 04-CV-194]<br>• Exhibit J – Order Consolidating ERISA cases [Case No. 04-CV-194] | 31. |
| 4683 | Order Granting Third Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans [Filed on December 20, 2005] | 32. |
| 4735 | Request for Scheduling Conference with Respect to the Motion of the Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of the Bankruptcy Code [Filed on December 21, 2005] | 33. |
| 4789 | Order Pursuant To Section 328 And 1103(a) Of The Bankruptcy Code And Bankruptcy Rule 2014 Approving The Nunc Pro Tunc Employment And Retention Of Jefferies & Company, Inc. As Financial Advisor To The Official Committee Of Equity Security Holders [Files On December 28, 2005] | 34. |
| 4983 | Transcript of December 1, 2005 Hearing | 35. |

LEGAL_US_E # 70419518.2

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| 5003 | Response to Motion of the Equity Committee for the Appointment of an Examiner [Filed on January 5, 2006]<br>• Exhibit A – Order Directing the Appointment of an Examiner [Fibermark, Inc – Case No. 04-10463] | 36. |
| 5071 | Response to Request for Scheduling Conference with Respect to Motion of Official Committee of Equity Security Holders for Order Appointing an Examiner Pursuant to Section 1104 of Bankruptcy Code [Filed on January 10, 2006] | 37. |
| 5090 | Response to Motion of the Equity Committee for the Appointment of an Examiner [Filed on January 10, 2006] | 38. |
| 5098 | Notice of Disbandment of Equity Security Holders Committee [Filed on January 11, 2006] | 39. |
| 5170 | Official Committee of Equity Security Holders' (I) Objection and Motion to Set Aside the United States Trustee's Notice of Disbandment of Equity Security Holders Committee and (II) Motion for Appointment of Equity Security Holders Committee Nunc Pro Tunc to January 11, 2006 [Filed on January 17, 2006]<br>• Exhibit A – UST's Information Request [filed under seal pursuant to the Seal Order]<br>• Exhibit B – SEC Letter [filed under seal pursuant to the Seal Order]<br>• Exhibit C – Equity Committee's letter to the UST dated January 17, 2006<br>• Exhibit D – Portions of the December 15, 2005 Hearing Transcript | 40. |
| 5197 | Debtors' Motion for Order Authorizing Payment of CEO Retention Incentive [Filed on January 18, 2006] | 41. |
| 5223 | Joint Motion of Debtors and Official Committee of Unsecured Creditors for Telephonic Status Conference [Filed on January 19, 2006] | 42. |
| 5244 | Response by the Committee of Equity Security Holders to the Joint Motion of Debtors and Official Committee of Unsecured Creditors for Telephonic Status Conference [Filed on January 23, 2006] | 43. |
|  | Transcript of December 15, 2005 Hearing | 44. |
|  | **Monthly Operating Reports** |  |
| 704 | Monthly Operating Report [Filed on April 12, 2005] | 45. |
| 1217 | Monthly Operating Report [Filed on May 16, 2005] | 46. |
| 1412 | Monthly Operating Report [Filed on May 24, 2005] | 47. |
| 1823 | Monthly Operating Report [Filed on June 21, 2005] | 48. |
| 2898 | Monthly Operating Report [Filed on August 8, 2005] | 49. |
| 3272 | Monthly Operating Report [Filed on August 29, 2005] | 50. |
| 3673 | Monthly Operating Report [Filed on September 26, 2005] | 51. |
| 4532 | Monthly Operating Report [Filed on December 8, 2005] | 52. |
| 4529 | Monthly Operating Report [Filed on December 8, 2005] | 53. |

LEGAL_US_E # 70419518.2

| DOCKET NO. | DESCRIPTION | TAB |
|---|---|---|
| 4534 | Monthly Operating Report [Filed on December 8, 2005] | 54. |
| 4907 | Monthly Operating Report [Filed on January 1, 2006] | 55. |
| | **SEC Filings** | |
| | Form 8-K of Winn-Dixie Stores, Inc. for the month ending June 1, 2005 | 56. |
| | Form 10-K of Winn-Dixie Stores, Inc. for the fiscal year ending June 29, 2005 | 57. |
| | Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 dated October 27, 2005 | 58. |
| | Form 10-Q of Winn-Dixie Stores, Inc. for the quarterly period ending September 21, 2005 | 59. |
| | Proxy Statement of American Heritage Life Investment Corporation Pursuant to Section 14(a) of the Securities Exchange Act of 1934 dated March 23, 1999 | 60. |
| | Schedule 13D for American Heritage Life Investment Corporation Under Securities Exchange Act of 1934 dated July 20, 1999 | 61. |

LEGAL_US_E # 70419518.2