UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO LIFT AUTOMATIC STAY

The Court finds that the Motion to Lift Automatic Stay filed by Michael Palahach on behalf of Cynthia Vaughn on January 23, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Lift Automatic Stay filed by Michael Palahach on behalf of Cynthia Vaughn on January 23, 2006 is stricken from the record.

**DATED January 24, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Michael Palahach, 2655 LeJeune Road, Suite 1108, Coral Gables, FL 33134
Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043
C. Everett Brooks, Sedgwick Claims Mgmt Services, Inc., P.O. Box 24787, Jacksonville, FL 32241
Brian M. Davis, 95 Merrick Way, #100, Coral Gables, FL 33134

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes             Page 1 of 1             Date Rcvd: Jan 24, 2006
Case: 05-03817                  Form ID: pdfdoc          Total Served: 4
```

The following entities were served by first class mail on Jan 26, 2006.
```
aty            Michael Palahach,    2655 LeJeune Road, Suite 1108,    Coral Gables, FL
              +Brian M. Davis,    95 Merrick Way, #100,    Coral Gables, FL 33134-5308
              +C. Everett Brooks,    Sedgwick Claims Mgmt Services, Inc.,    P.O. Box 24787,
                Jacksonville, FL 32241-4787
unk           +Logan & Company, Inc.,    Logan & Company, Inc.,    546 Valley Road,
                Upper Montclair, NJ 07043-1896
```

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

```
         ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2006**                          **Signature:**  _Joseph Speetjens_