UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

## ORDER STRIKING REPLY TO RESPONSE STATEMENT, NOTICE OF REJECTION OF SETTLEMENT PROPOSAL AND MOTION TO LIFT AUTOMATIC STAY

The Court finds that the Reply to Response Statement, Notice of Rejection of Settlement Proposal and Motion to Lift Automatic Stay filed by George L. Follett on behalf of Fannie Reed and Ronny Reed on January 20, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Reply to Response Statement, Notice of Rejection of Settlement Proposal and Motion to Lift Automatic Stay filed by George L. Follett on behalf of Fannie Reed and Ronny Reed on January 20, 2006 is stricken from the record.

**DATED** January 23, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James Post, Attorney for Debtor
US Trustee
Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043
Kerry Ledbetter, Sedgwick Claims Mgmt Services, Inc., P.O. Box 24787, Jacksonville, FL 32241

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1             Date Rcvd: Jan 24, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 5
```

The following entities were served by first class mail on Jan 26, 2006.
aty          George Follett,   1709 23rd Avenue,   P.O. Box 406,   Meridian, MS   39302-0406
aty         +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
ust         +United States Trustee - JAX,   135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
            +Kerry Ledbetter,   Sedgwick Claims Mgmt Svcs, Inc.,   P.O. Box 24787,
              Jacksonville, FL 32241-4787
unk         +Logan & Company, Inc.,   Logan & Company, Inc.,   546 Valley Road,
              Upper Montclair, NJ 07043-1896

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2006**                          **Signature:** _Joseph Speetjens_