IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | : | |
|---|---|---|
| | : | Case No.: 3-05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | : | Chapter 11 |
| | : | JOINTLY ADMINISTERED |
| Debtor(s). | : | |
| | : | |

### MOTION OF ATTORNEY JAMES D. WAREHAM FOR ADMISSION PRO HAC VICE

I, James D. Wareham, a partner with the law firm of Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, NW, Washington, DC 20005, hereby request admission to appear, *pro hac vice*, as counsel on behalf of the Official Committee of Equity Holders appointed in the above-referenced bankruptcy case.

My office telephone number is (202) 551-1700. My office facsimile number is (202) 551-1705. My e-mail address is jameswareham@paulhastings.com.

I am admitted to practice in the courts of the State of Illinois (admitted 1986), the State of Maryland (admitted 1994), the United States District Court for the District of Columbia (admitted 1991), the United States District Court for the District of Maryland (admitted 1994), the United States Court of Appeals for the Fifth Circuit (admitted 2004), the United States Court of Appeals for the District of Columbia Circuit (admitted 2005), and the United States Court of Federal Claims (admitted 2005).

I am a member in good standing of each of the aforementioned bars and am not currently suspended or disbarred in any court.

I am familiar with the local bankruptcy rules of this Court.

Respectfully submitted this 26th day of January, 2006.

                                PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                */s/ James D. Wareham*
                                James D. Wareham
                                DC Bar Number 411799
                                875 15th Street, NW
                                Washington, DC 20005
                                Telephone: (202) 551-1700
                                jameswareham@paulhastings.com

                                - and -

                                JENNIS & BOWEN, P.L.

                                ___/s/David Jennis_____
                                David Jennis
                                Fla. Bar No. 775940
                                400 North Ashley Drive
                                Suite 2540
                                Tampa, FL 33602
                                Telephone: (813) 229-1700
                                djennis@jennisbowen.com
                                cbowen@jennisbowen.com