IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | |
| WINN-DIXIE STORES, INC., et al., | Case No.: 3-05-bk-03817-JAF<br>Chapter 11<br>JOINTLY ADMINISTERED |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of January, 2006, I caused a copy of the foregoing MOTION OF JAMES D. WAREHAM FOR ADMISSION PRO HAC VICE to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follow:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd, Ste. 620
Orlando, FL 32806

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

LEGAL_US_E # 70422734.1

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

*/s/*

Carolyn (Keri) Chayavadhanangkur
Ga. Bar Number 122152
600 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
carolynchayavadhanangkur@paulhastings.com