UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*,) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |
| Debtors.   ) | |
| ) | |
| _____) | |

## FLORIDA TAX COLLECTORS' NOTICE OF FILING WITHDRAWAL OF CERTAIN DUPLICATIVE CLAIMS

The Florida Tax Collectors[1], through their undersigned counsel, hereby give notice of the withdrawal of those certain claims set forth in the attached Exhibit "A", and as grounds therefore state that the claims shown on Exhibit "A" are duplicative of claims and amounts already included in the Florida Tax Collectors' proof of claim and exhibits thereto which was filed on November 23, 2005.

Respectfully submitted,

Florida Tax Collectors

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Florida Tax Collectors' Notice of Filing Withdrawal of Certain Duplicative Claims* has been furnished by *Notice of Electronic Filing* this 27 day of January, 2006 to D.J. Baker, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036 (djbaker@skadden.com); Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32201 (cjackson@smithhulsey.com); Elena L. Escamilla, U.S. Trustee's Office, 135 W. Central Blvd., Suite 620, Orlando, FL 32806 (elena.l.escamilla@usdoj.gov); Dennis F. Dunne, Milbank Tweed Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (ddunne@milbank.com); John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 (john.macdonald@akerman.com); and to all other parties using the CM/ECF system who have appeared in this matter.

_____
Brian T. FitzGerald, Esq.

# FLORIDA TAX COLLECTORS' CLAIMS WITHDRAWN AS DUPLICATIVE OF CLAIMS INCLUDED IN THE FLORIDA TAX COLLECTORS' PROOF OF CLAIM FILED ON NOVEMBER 23, 2005

| Tax Collector | Claim Numbers |
| --- | --- |
| Hendry County | 12054 |
| Seminole County | 12805, 12806, 12807, 12808, 12809, 12810, 12811, 12812, 12813, 12814, 12815, 12816, 12817, 12818 |

Exhibit A