UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al, | Chapter 11 |
| Debtors. | Jointly Administered. |

**WOOLBRIGHT'S LIMITED OBJECTION TO DEBTORS'
MOTION FOR ORDER AUTHORIZING REJECTION
OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, EFFECTIVE AS OF FEBRUARY 9, 2006**

WOOLBRIGHT/SSR MARKETPLACE LLC, a Delaware limited liability company ("WOOLBRIGHT"), by and through its undersigned attorneys, files this Limited Objection to Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases, Effective as of February 9, 2006 (the "Leases"), and avers:

1. On January 20, 2006, the Debtors filed their Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases, Effective February 9, 2006 (the "Motion").

2. Pursuant to the Motion, the Debtors have requested the Court to authorize, *inter alia,* the rejection by Debtor Winn-Dixie Stores, Inc. ("Winn-Dixie") of a Lease Buyout Agreement entered into between WOOLBRIGHT and Winn-Dixie on September 24, 2004, (the "Lease Buyout Agreement") relating to the Winn-Dixie's Store #2386 located in Orlando, Florida (the "Store"). A copy of said Lease Buyout Agreement is attached hereto and incorporated herein by reference as Exhibit "A".

STP:608910:1

1

3. Pursuant to the Lease Buyout Agreement, WOOLBRIGHT, at the request of Winn-Dixie, agreed to terminate a prior real property lease for the Store dated April 17, 1982 (the "Lease"), entered into by Winn-Dixie with a predecessor in interest of WOOLBRIGHT'S, which Lease by its terms was to have run through December 31, 2007. In consideration thereof, Winn-Dixie agreed to make 10 monthly installment payments to WOOLBRIGHT of $55,000 each.

4. It is the position of WOOLBRIGHT that the Lease Buyout Agreement is not an executory contract because the only remaining material unperformed obligation thereunder as of the commencement of Winn-Dixie Chapter 11 case was the obligation of Winn-Dixie to make payment to WOOLBRIGHT of the remaining monthly installment payments totaling $351,353.24. *See In re Gencor Indus.,* 298 B.R. 902, 909 (Bankr. M.D. Fla. 2003) ("[U]nless both parties have unperformed obligations that would constitute a material breach if not performed, the contract is not executory.")

5. WOOLBRIGHT does not oppose, however, the entry of an order providing that the Lease Buyout Agreement is deemed rejected only to the extent that said Lease Buyout Agreement actually is, in fact, an executory contract, with such determination to be made, if necessary, at a later date.

6. WOOLBRIGHT is negotiating with Winn-Dixie and is hopeful that terms for an acceptable Agreed Order on Debtors' Motion as to the Lease Buyout Agreement will be arrived at prior to the hearing scheduled for February 9, 2006.

WHEREFORE, WOOLBRIGHT/SSR MARKETPLACE LLC respectfully requests that this Court enter an order (i) denying the Motion as to WOOLBRIGHT/SSR MARKETPLACE LLC, or alternatively, entering an order providing that the Lease

STP:608910:1

Buyout Agreement is deemed rejected only to the extent the Lease Buyout Agreement actually is executory, with such determination to be made, if necessary, at a later date; and (ii) granting WOOLBRIGHT/SSR MARKETPLACE LLC such other and further relief to which it is entitled.

Dated:   January 27, 2006

<u>Richard H. Malchon, Jr.</u>
RICHARD H. MALCHON, JR., ESQUIRE
Florida Bar No. 0188232
Ruden, McClosky, Smith, Schuster & Russell, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Telephone:  (813) 222-6637
Facsimile:  (727) 502-8937
E-Mail Address:  Richard.Malchon@Ruden.Com
Attorneys for WOOLBRIGHT

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2006, a true and correct copy of WOOLBRIGHT'S Limited Objection to Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases, Effective as of February 9, 2006, was served (i) by United States first class mail, postage prepaid, and where shown, by facsimile and e-mail, on the parties listed below; and (ii) by e-mail on the

parties who receive electronic notice in this case pursuant to the Court's ECF filing system

                                          /s/ Richard H. Malchon, Jr.
                                          RICHARD H. MALCHON, JR., ESQUIRE

D.J. Baker, Esq.
Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson, Esq.
James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
cjackson@smithjulsey.com

United States Trustee's Office
Elena L. Escamilla
135 W. Central blvd., Suite 620
Orlando, FL 32806

Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10004

John B. Macdonald, Esq.
Ptarick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

STP:608910:1