IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., et al., <br><br> Debtor(s). | Case No.: 3-05-bk-03817-JAF <br> Chapter 11 <br> JOINTLY ADMINISTERED |

**JOINDER TO THE (I) OBJECTION AND MOTION TO SET
ASIDE THE UNITED STATES TRUSTEE'S NOTICE OF
DISBANDMENT OF EQUITY SECURITY HOLDERS
COMMITTEE AND (II) MOTION FOR APPOINTMENT OF
EQUITY SECURITY HOLDERS COMMITTEE NUNC PRO TUNC
TO JANUARY 11, 2006**

I, Houston N. Maddox, have reviewed and hereby join in the Official Committee of Equity Security Holders' (I) Objection and Motion to Set Aside the United States Trustee's Notice of Disbandment of Equity Security Holders Committee and (II) Motion for Appointment of Equity Security Holders Committee Nunc Pro Tunc to January 11, 2006 (the "Objection to Notice of Disbandment"). In support of this joinder I hereby respectfully state as follows:

1. On August 17, 2005, pursuant to Section 1102 of the Bankruptcy Code, the U.S. Trustee appointed the Equity Committee and designated the following five (5) equity security holders to serve as members of the Equity Committee in these cases: (i) Mr. Houston Maddox; (ii) Mr. Greg Rippel on behalf of the Brandes Investment Partners, L.P. Profit Sharing Plan; (iii) Mr. Paul Madsen;[1] (iv) Mr. Michael Nakonechny; and (v) Mr. Kenneth Thomas.

2. On January 11, 2006, after conducting its review under seal pursuant to the Court's Order Requiring Filing Under Seal of Pleadings Related to Appointment of Equity Committee [Docket No. 3436] issued in connection with the Motion of the Official Committee

---
[1] On or about September 23, 2005, Mr. Madsen resigned from the Equity Committee.

of Unsecured Creditors for Entry of Order, Under 11 U.S.C. §§ 105 and 1102, Disbanding Official Committee of Equity Security Holders [filed under seal at Docket No. 3363], the U.S. Trustee unilaterally issued its Notice of Disbandment of Equity Security Holders Committee [Docket No. 5098].

WHEREFORE, for the reasons stated in the Objection to Notice of Disbandment, I join the Objection to Notice of Disbandment and respectfully requests that this Court enter an order:

- immediately setting aside the Notice of Disbandment and reinstating the Equity Committee because the U.S. Trustee abused its discretion in issuing the Notice of Disbandment which improperly attempts to deprive this Court of jurisdiction over the pending, but abated, Disbandment Motion pursuant to which the U.S. Trustee conducted under seal a review of its initial appointment;

- requiring the U.S. Trustee, to the extent the U.S. Trustee believes that disbandment is appropriate, to file appropriate pleadings with the Court seeking to disband the Equity Committee so that all interested parties will receive notice, opportunity to conduct discovery and be heard at a hearing before this Court; and

- appoint the Equity Committee nunc pro tunc to January 11, 2006 under Section 1102(a)(2).

Respectfully submitted this 26th day of January, 2006.

_____
Houston N. Maddox

2