UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| Debtors. | ) | Chapter 11 |
| | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF APPEARANCE

**Stutsman & Thames, P.A.** gives notice of its appearance as counsel of record for **Baumgardner-Hogan, LLC**, and requests, that all notices, pleadings or other documents to be served on it be served in care of the undersigned counsel.

STUTSMAN & THAMES, P.A.

By  /s/ Bradley R. Markey
_____
Richard R. Thames
Bradley R. Markey

Florida Bar Number 718459
Florida Bar Number 0984213
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Baumgardner-Hogan, LLC

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **David J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to **the Office of the United States Trustee**, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 27th day of January, 2006.

/s/ *Bradley R. Markey*

Attorney

58524