# Exhibit "B"

GUARANTY

In consideration of the sum of Ten Dollars ($10.00) paid by

BAUMGARDNER-HOGAN, INC., a Kentucky corporation,

hereinafter called "Landlord", to WINN-DIXIE STORES, INC., a Florida corporation with its principal office at 5050 Edgewood Court, Jacksonville, Florida 32205, hereinafter called "Guarantor", the receipt and sufficiency whereof are hereby acknowledged, Guarantor does hereby guarantee unto Landlord, its heirs, legal representatives, successors and assigns, the due performance and observance by WINN-DIXIE LOUISVILLE, INC., a

Kentucky corporation,

hereinafter called "Tenant", of all the terms, covenants and conditions on the part of Tenant to be performed and observed including, without limitation, payment of rentals under the attached and foregoing lease agreement dated _June 19, 1989_, covering certain premises located _at the southerly corner of the intersection of Cane Run Road and Crums Lane, in the County of Jefferson and State of Kentucky._

IN WITNESS WHEREOF, Guarantor has caused this Guaranty to be executed in its corporate name and its corporate seal to be hereunto affixed and attested by its officers thereunto duly authorized this
_30__ day of _June_, 19 89 .

Signed, sealed and delivered
in the presence of:

Susan G. Carlson

Laura K. Baughman

WINN-DIXIE STORES, INC.

By _____
Its                 President

Attest: _____
Its                 Secretary

(CORPORATE SEAL)

GUARANTOR

Kentucky - corporate - ┌ ngle                    ○ PA 5/16/74


STATE OF  FLORIDA      )
                       )  ss
COUNTY OF   DUVAL      )


      I, __LAURA E. BAUGHMAN__ , a Notary Public in and for
the State and County aforesaid, do certify that on this day the fore-
going instrument of writing from ___WINN-DIXIE STORES, INC.___
_____ was produced to me in my County by the parties
and acknowledged and delivered before me by _____James Kufeldt_____ ,
___—___ President of ___WINN-DIXIE STORES, INC.___
a ___Florida___ corporation, party thereto, to be the act and
deed of said corporation by him as its ___—___ President, thereunto duly
authorized, and the seal of said corporation as affixed to said instru-
ment was attested and proven before me by _____J. S. Bryan, Jr._____ ,
as its ___—___ Secretary.

      Given under my hand and seal of office this _30th_ day of
___June___ , 19_89_ .

      My commission expires _____7-17-90_____

(NOTARIAL SEAL)

_____
      Notary Public