# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )    Case No. 3:05-bk-03817-JAF

           Debtors.                           )    Chapter 11

                                              )    Jointly Administered

_____)

## NOTICE OF APPEARANCE

**Stutsman & Thames, P.A.** gives notice of its appearance as counsel of record for **Blankenbaker Plaza I, LLC**, and requests, that all notices, pleadings or other documents to be served on it be served in care of the undersigned counsel.

                                          **STUTSMAN & THAMES, P.A.**

                                          /s/ Bradley R. Markey
                                   By_____
                                          Richard R. Thames
                                          Bradley R. Markey

                                   Florida Bar Number 718459
                                   Florida Bar Number 0984213
                                   121 W. Forsyth Street, Suite 600
                                   Jacksonville, Florida 32202
                                   (904) 358-4000
                                   (904) 358-4001 (Facsimile)

                                   Attorneys for Blankenbaker Plaza I, LLC

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically to **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **David J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; and to **the Office of the United States Trustee**, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 27th day of January, 2006.

/s/ *Bradley R. Markey*
_____
Attorney

58523