# Exhibit "B"

## CORPORATE GUARANTY OF OBLIGATIONS

THIS CORPORATE GUARANTY OF OBLIGATIONS (this "Guaranty") is given this 26 day of June, 2001, by WINN-DIXIE STORES, INC., a Florida corporation ("Guarantor"), to and in favor of BAUMGARDNER-HOGAN REAL ESTATE, LLC, a Kentucky limited liability company ("Landlord"), on behalf and for the account of WINN-DIXIE CHARLOTTE, INC., successor by name change to Winn-Dixie Midwest, Inc., a Florida corporation ("Tenant").

### RECITALS:

A.  Landlord and Tenant have entered into that certain Lease dated June 26, 2001, concerning Winn-Dixie Store #1618, located in Louisville, Jefferson County, Kentucky (the "Lease").

B.  Landlord's execution and delivery of the Lease will, directly or indirectly, materially benefit Guarantor, and therefore, Guarantor has agreed to execute and deliver this Guaranty.

NOW THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Guarantor agrees as follows:

1.  The foregoing recitals are true and correct and incorporated herein.

2.  If Tenant fails, after notice and an opportunity to cure as provided in the Lease, to timely pay or perform its obligations under the Lease, then Guarantor shall pay or perform, as applicable, Tenant's obligations in accordance with the terms of the Lease.

3.  No amendment, modification, or extension of the Lease which has the effect of increasing or extending Guarantor's obligations under this Guaranty shall be valid or enforceable against Guarantor without Guarantor's written consent.

4.  All notices required or permitted to be given under this Guaranty shall be in writing and sent to the address(es) or telecopy number(s) set forth below. All payments made under this Guaranty shall be sent to Landlord at the address set forth in the Lease. Each communication shall be deemed duly given and received: (a) as of the date and time the same is personally delivered with a receipted copy; (b) if given by telecopy, when the telecopy is transmitted to the recipient's telecopy number(s) and confirmation of complete receipt is received by the transmitting party during normal business hours for the recipient, or the day after confirmation is received by the transmitting party during normal business hours for the recipient; (c) if delivered by U.S. Mail, three (3) days after depositing with the United States Postal Service, postage prepaid by certified mail, return receipt requested; or (d) if given by

nationally recognized or reputable overnight delivery service, on the next day after receipted deposit with same.

If to Landlord:    Baumgardner-Hogan Real Estate, LLC
c/o Hogan Development Company
7400 New LaGrange Road
Suite 404
Louisville, KY 40222-4870
Telecopy: (502) 426-1223
Attn: Mr. W. Glenn Hogan

If to Guarantor:    Winn-Dixie Stores, Inc.
5050 Edgewood Court
P.O. Box B
Jacksonville, FL 32203-0297
Telecopy: (904) 783-5138
Attn: General Counsel

If to Tenant:    Winn-Dixie Charlotte, Inc.
720 Locust Lane
Louisville, KY 40217
Telecopy: (502) 636-1834
Attn: Real Estate Manager

5. This Guaranty shall inure to the benefit of Landlord and its successors and assigns, and shall bind Guarantor and its successors and assigns.

IN WITNESS WHEREOF, Guarantor has executed this Guaranty as of the date first above written.

GUARANTOR:

WINN-DIXIE STORES, INC., a Florida corporation

By: _____
Name: DENNIS M. SHEEHAN
Title: Senior Vice-President

JK 144565.3 80130 00952
12/7/00 1:02 PM