Exhibit "C"

FORM B10 (Official Form 10) (04/04)

| United States Bankruptcy Court     Middle District of Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| **Winn-Dixie Stores, Inc.** | **05-03817-3F1** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>        **Blankenbaker Plaza I, LLC** | [ ]Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| Name and address where notices should be sent:<br>        **Hogan Development co.**<br>        **c/o John W. Harrison, Jr.**<br>        **Attorney at Law**<br>        **2100 Gardiner Lane, Suite 103-B**<br>        **Louisville, Ky. 40205**<br><br>Telephone number:    **502-459-8486** | [ ] Check box if you have never received any notices from the bankruptcy court in this case.<br><br>[ ] Check box if the address differs from the address on the envelope sent to you by the court. | **This space is for Court Use Only** |

| Account or other number by which creditor identifies debtor: | Check here    [ ] replaces<br>if this claim    [ ] amends        a previously filed claim, dated: _____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| [ ] Goods sold<br>[ ] Services performed<br>[ ] Money loaned<br>[ ] Personal injury/wrongful death<br>[ ] Taxes<br>[X] Other  Lease rejection Claim | [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>[ ] Wages, salaries, and compensation (Fill out below)<br><br>    Last four digits of SS #: _____<br><br>    Unpaid compensation for services performed<br><br>    from _____ to _____<br>           (date)                      (date) |

| 2. Date debt was incurred: 2-22-05 through 12-15-05 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**        $     934,177.36
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim. | 7. Unsecured Priority Claim. |
|---|---|
| [ ] Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>[ ] Real Estate    [ ] Motor Vehicle<br>    [ ] Other_____<br><br>Value of Collateral:   $_____<br><br><br><br>Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any $ _____<br><br>**6. Unsecured Nonpriority Claim $ 850,930.65 .**<br>[X] Check this box if: 1) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. | [X] Check this box if you have an unsecured priority claim<br>    Amount entitled to priority  $ 83,246.71<br>    Specify the priority of the claim:<br>[ ] Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>[ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>[ ] Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>[ ] Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).<br>[ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>[X] Other - Specify applicable paragraph of 11 U.S.C. § 507(a- 1 ).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.* |

| | This Space is for Court Use Only |
|---|---|
| **7.  CREDITS:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>**8.  Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>**9.  Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date<br>1/19/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>        John W. Harrison Jr., Counsel for Claimant | |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

WINN-DIXIE STORES, INC.
CASE NO. 05-03817-3F1

### Attachment to Blankenbaker Plaza I, LLC Proof of Claim
### for Lease Rejection Damages

1.      Blankenbaker Plaza I LLC (hereinafter "Claimant"), as successor in interest to Baumgardner-Hogan Real Estate, LLC, and Debtor, as successor in interest to Winn-Dixie Charlotte, Inc., are parties to a lease entered into on June 26th, 2001 of real property located at 201 Blankenbaker Parkway in Louisville, Jefferson County, Kentucky (a copy of which lease is attached hereto as Exhibit "A"). Debtor refers to the said leased premises as Store #1618.

2.      Pursuant to 11 U.S.C. 365 the Debtor herein gave Notice of Debtor's Rejection of the aforesaid Lease effective December 1st, 2005 (a copy of which rejection Order is attached hereto as Exhibit "B"). Debtor subsequently surrendered possession of the premises to this Claimant pursuant to said Notice.

3.      Claimant asserts a lease rejection claim in the total amount of $934,177.36 as follows:

| | |
|---|---|
| Section 502(b)(6) Damages | $836,199.10 |
| Section 502 Damages not subject to the cap in subsection (b)(6) | $ 14,731.55 |
| Section 503 (b)(1) Claim for Administrative Expenses Entitled to Priority | $ 83,246.71 |
| | $934,177.36 |

**DATE:**     December 29, 2005

**TO:**     Winn-Dixie - Store #1618
P.O. Box 43425
Atlanta, GA 30336

**FROM:**     Hogan Development Co.
As Agent for Blankenbaker Plaza I, LLC
420 W. Liberty Street
Louisville, KY 40202

---

# INVOICE

### WINN-DIXIE - 201 BLANKENBAKER PKWY.
### LOUISVILLE, KY 40243

| DESCRIPTION | AMOUNT |
|---|---|
| 12 Months Rent ($56,210.58 x 12) | $674,526.96 |
| 12 Months CAM & Ins. (based on 2006 budget) | $ 87,801.00 |
| 12 Months Taxes (based on 2005 taxes) | $ 73,871.14 |
| **TOTAL AMOUNT DUE** | **$836,199.10** |

---

**MAKE CHECK PAYABLE TO:**     HOGAN DEVELOPMENT CO.
AS AGENT FOR BLANKENBAKER PLAZA I, LLC
420 W. LIBERTY STREET
LOUISVILLE, KY 40202

Please contact our office at (502) 426-1050 with questions regarding this invoice.

Thank you.

# BLANKENBAKER PLAZA
## 2006 BUDGET
### BUDGET ASSUMPTIONS

| A/C # | Description | Amount | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Projected expense to replace seasonal color in flower beds | 1,500 | | | | x | | | | | | x | | | 3,000 |
| | Projected expense to replace shrubs and trees and add new plants | 2,000 | | | | x | | | | | | | | | 2,000 |
| | Projected expense to maintain irrigation system - includes Spring startup, winterization & misc. repairs. | 75 | | | | x | | | x | | x | | | x | 300 |
| | Total for Lawncare | | | | | | | | | | | | | | 28,110 |
| 5175 | General R&M | | | | | | | | | | | | | | |
| | Misc. tenant repairs and maintenance | 200 | | | x | | | | x | | | | x | | 600 |
| **INSURANCE** | | | | | | | | | | | | | | | |
| 5905 | Insurance | | | | | | | | | | | | | | |
| | Projected expense for center's annual insurance premium - based on 2005/2006 premium, assuming a 10% increase (expense recognized evenly over 12 mo. Period) | 1,071 | x | x | x | x | x | x | x | x | x | x | x | x | 12,852 |

**BLANKENBAKER PLAZA**
**2006 BUDGET**
**BUDGET ASSUMPTIONS**

| A/C # | Description | Amount | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6145 | **Exterior Building R&M** | | | | | | | | | | | | | | |
| | Projected expense for repairs to gutters, downspouts, canopies, façade, columns, etc. | 500 | | | | x | | | | | | | | x | 1,000 |
| | Projected expense for exterior painting, touch up painting, graffiti removal, etc. | 500 | | x | | | | | | | | x | | | 1,000 |
| | **Total for Exterior Building R&M** | | | | | | | | | | | | | | **2,000** |
| 5150 | **Parking Lot R&M** | | | | | | | | | | | | | | |
| | Projected expense to re-stripe parking lot, fire lanes, speed bumps. | 4,000 | | | | | x | | | | | | | | 4,000 |
| | Projected expense for miscellaneous asphalt repairs | 500 | | | | | x | | | | | x | | | 1,000 |
| | Projected expense for parking lot sweeping per agreement with Metro Sweeper's - reduced from 1/06 thru 5/06 due to vacant anchor (old Winn-Dixie). | 750 | x | x | x | x | x | | | | | | | | 3,750 |
| | | 1,160 | | | | | | x | x | x | x | x | x | x | 8,120 |
| | **Total for Parking Lot R&M** | | | | | | | | | | | | | | **16,870** |
| 5155 | **Trash Removal** | | | | | | | | | | | | | | |
| | Projected expense to remove miscellaneous trash, debris, items dumped, etc. | 250 | | x | | x | | x | | x | | x | | x | 1,500 |
| | Projected expense for dumpster pick up - based on contract with Industrial Disposal for 2 dumpsters | 450 | x | x | x | x | x | x | x | x | x | x | x | x | 5,400 |
| | **Total for Trash Removal** | | | | | | | | | | | | | | **6,900** |
| 5160 | **Cleaning** | | | | | | | | | | | | | | |
| | Projected expense to pressure clean sidewalks & canopy areas. | 600 | | | | x | | | | | | | | | 600 |
| 5165 | **Snow Removal** | | | | | | | | | | | | | | |
| | Projected expense for snow and ice removal - of parking lot and sidewalk areas. Based on 2004 & 2005 expenses. Budget assumes a reduction for 1/06 thru 3/06 due to vacant anchor (old Winn-Dixie). | 1,500 | x | x | x | | | | | | | | | | 4,500 |
| | | 6,700 | | | | | | | | | | | | x | 6,700 |
| | **Total for Snow Removal** | | | | | | | | | | | | | | **11,200** |
| 5170 | **Lawncare** | | | | | | | | | | | | | | |
| | Projected expense for weed control in the flower beds and parking lot. | 400 | | | | x | | | | | x | | | | 800 |
| | Projected expense for shrub and tree trimming | 950 | | | | | | x | | | x | | | | 1,900 |
| | Projected expense for mowing and weedeating (32 mowings @ $400) | 1,830 | | | | x | x | x | x | x | x | x | | | 12,810 |
| | Projected expensed for fertilizing | 400 | | | | | | | | | x | x | | | 800 |
| | Projected expense for mulching | 6,500 | | | | x | | | | | | | | | 6,500 |

# BLANKENBAKER PLAZA
## 2006 BUDGET
### BUDGET ASSUMPTIONS

| A/C # | Description | Amount | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|-------|-------------|--------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| **RECOVERABLE EXPENSES** | | | | | | | | | | | | | | | |
| 5005 | **Electric** | | | | | | | | | | | | | | |
| | Projected electric cost for parking lot lights, canopy lights and security lights. Increase due to utilities for parking lot lights no longer being paid for by Winn-Dixie. | 2,300 | x | x | x | x | x | x | x | x | x | x | x | x | 27,600 |
| 5010 | **Water/Sewer** | | | | | | | | | | | | | | |
| | Projected drainage expense for Winn-Dixie's vacant store- based on parking lot size, invoiced thru Louisville water company. | 2,000 | | x | | x | | x | | x | | x | | x | 12,000 |
| 6015 | **Water - Fire Service** | | | | | | | | | | | | | | |
| | Water service for sprinkler and fire hydrant | 120 | | x | | x | | x | | x | | x | | x | 720 |
| 5020 | **Water - Irrigation** | | | | | | | | | | | | | | |
| | Water - Irrigation of lawn / landscaped areas. | 200 | | x | | x | | x | | | | | | x | 800 |
| | | 1,000 | | | | | | | | x | | x | | | 2,000 |
| | Total for Water - Irrigation | | | | | | | | | | | | | | 2,800 |
| 5115 | **Plumbing R&M** | | | | | | | | | | | | | | |
| | Projected expense to unstop sewer lines outside the premises. | 250 | | | x | | | | | | x | | | | 500 |
| 5120 | **Electrical R&M** | | | | | | | | | | | | | | |
| | Projected expense to repair electrical lines & conduit lines outside the premises. | 250 | | | | | | x | | | | | | x | 500 |
| 5125 | **Exterior Lighting R&M** | | | | | | | | | | | | | | |
| | Projected expense for lamps and ballasts repairs & replacement. Increase due to parking lot light repairs no longer being paid for by Winn-Dixie. | 900 | | x | | | x | | | x | | | x | | 3,600 |
| | Projected expense to replace canopy light bulbs | 250 | x | | | x | | | x | | | x | | | 1,000 |
| | Total for Exterior Lighting R&M | | | | | | | | | | | | | | 4,600 |
| 5140 | **Fire Service R&M** | | | | | | | | | | | | | | |
| | Projected expense for quarterly sprinkler monitoring services by ADT. Increase due to monitoring system for Household Finance bldg. - installed in late 2005. | 180 | x | | | x | | | x | | | x | | | 720 |
| | Line Service charged by BellSouth. Increase due to monitoring system for Household Finance bldg. - installed in late 2005. | 160 | x | x | x | x | x | x | x | x | x | x | x | x | 1,920 |
| | Projected expense for Center's annual sprinkler system inspection. | 600 | | | | | | | | | | x | | | 600 |
| | Total for Fire Service R&M | | | | | | | | | | | | | | 3,240 |

## BLANKENBAKER PLAZA
### 2006 BUDGET
### BUDGETED OPERATING CASH FLOW

| AC# | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING EXPENSE** | | | | | | | | | | | | | | |
| **Recoverable Expenses:** | | | | | | | | | | | | | | |
| 5005 | Electric | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 27,600 |
| 5910 | Water/Sewer | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 2,000 | | 2,000 | 12,000 |
| 5015 | Water - Fire Service | | 120 | | 120 | | 120 | | 120 | | 120 | | 120 | 720 |
| 5020 | Water - Irrigation | | 200 | | 200 | | 200 | | | 250 | | | 200 | 2,600 |
| 5115 | Plumbing R&M | | | | | | 250 | 250 | | 250 | | | 250 | 500 |
| 5120 | Electrical R&M | | 800 | | 250 | 900 | | | 900 | | 260 | 900 | 250 | 4,600 |
| 5125 | Exterior Lighting R&M | 250 | 160 | 160 | 340 | 160 | 160 | 340 | 160 | 760 | 340 | 160 | 160 | 3,240 |
| 5140 | Fire Service R&M | 340 | | 500 | | 500 | | | | 500 | | | 500 | 2,000 |
| 5145 | Exterior Building R&M | 750 | | | 750 | 5,290 | 1,160 | 1,150 | 1,160 | 1,160 | 1,660 | 1,160 | 1,160 | 16,670 |
| 5150 | Parking Lot R&M | 450 | 750 | 750 | 700 | 450 | 700 | 450 | 700 | 450 | 700 | 450 | 700 | 5,800 |
| 5155 | Trash Removal | | 700 | 450 | | 600 | | | | | | | | 800 |
| 5160 | Cleaning | | | | | | | | | | | | 6,700 | 11,200 |
| 5165 | Snow Removal | 1,500 | 1,500 | 1,500 | | 1,830 | 2,780 | 1,805 | 1,830 | 3,655 | 3,730 | | 75 | 28,110 |
| 5170 | Landscape | | | 200 | | | 200 | 200 | | | | 200 | | 600 |
| 5175 | General R&M | | | | | | | | | | | | | |
| | **Total Recoverable Expenses** | 5,580 | 8,830 | 6,119 | 18,865 | 11,998 | 9,870 | 6,605 | 10,478 | 9,078 | 13,100 | 5,170 | 14,165 | 119,240 |
| | | | | | | | | | | | | | | |
| 5350 | Insurance | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 1,071 | 12,852 |
| | | | | | | | | | | | | | | |
| | **TOTAL CAM EXPENSE** | 6,651 | 9,721 | 7,561 | 20,556 | 13,061 | 10,741 | 7,676 | 11,241 | 10,149 | 13,571 | 6,241 | 15,236 | 131,092 |

WINN-DIXIE'S PRORATA SHARE = 34,000 sq. ft. / 90,828 sq. ft.

0.056767

12 MONTHS CAM        $87,691

CITY OF DOUGLASS HILLS
PO BOX 43284
LOUISVILLE, KY 40253-0284

2005 PROPERTY TAX BILL

BILL NUMBER
1,734

PROPERTY DESCRIPTION
07.83 AC+-

| TAXABLE ASSESSMENT | RATE Per $100 | TAX |
|---|---|---|
| 6,554,670 | 0.14300 | 9373.18 |
| | EXEMPTION | GROSS TAX |
| | | 9373.18 |

22-2990-0002-0000

Make check payable to:  CITY OF DOUGLASS HILLS
For receipt, enclose self addressed envelope with payment.

Assessment of:
JAN 1, 2005

BLANKENBAKER PLAZA I LLC
7400 NEW LAGRANGE RD STE 404
LOUISVILLE KY 40222

*AFTER 2/28/06 ADD 1.5% PER MONTH UNTIL PAID.*

| AMOUNT DUE---> | 9373.18 | 10451.10 | 10591.69 |
|---|---|---|---|
| IF PAID BEFORE---> | 01/01/2006 | 02/01/2006 | 03/01/2006 |

(03)

---

DOUGLASS HILLS
Tax Payment Stub
BILL NUMBER
1,734

22-2990-0002-0000
BLANKENBAKER PLAZA I LLC
7400 NEW LAGRANGE RD STE 40
LOUISVILLE KY 40222

| IF PAID BEFORE | AMOUNT DUE |
|---|---|
| 01/01/2006 | 9373.18 |
| 02/01/2006 | 10451.10 |
| 03/01/2006 | 10591.69 |

12

RETURN THIS STUB WITH
PAYMENT FOR PROPER CREDIT

# Jefferson County Kentucky
## 2005   Property Tax Notice        Date Issued 11/01/05



Col. John Aubrey
Sheriff
Jefferson County

| Bill Number | Property ID Number | Type of Property |
|---|---|---|
| 2050500 | 22-2990-0002-0000 | REAL ESTATE |

Owner of record

IF YOU HAVE QUESTIONS ABOUT YOUR PROPERTY TAXES,
PLEASE CALL THE APPROPRIATE OFFICE
ASSESSMENTS          PVA OFFICE          574-6380
2005 TAX BILL        SHERIFF             574-5479
URBAN SERVICE DIST   LOUISVILLE          574-5479
Tax info online at www.jcsoky.org

BLANKENBAKER PLAZA I LLC
7400 NEW LAGRANGE RD STE 404
LOUISVILLE KY 40222-4870

| If Paid By: | Balance Due: | |
|---|---|---|
| 11/01/2005 to 12/01/2005 | 63,208.01 | (2%DISCOUNT) |
| 12/02/2005 to 12/31/2005 | 64,497.96 | (GROSS TAX) |
| 01/01/2006 to 01/31/2006 | 67,722.85 | (5%PENALTY) |
| 02/01/2006 to 04/10/2006 | 78,042.54 | (10%+10%) |
| 04/11/2006 to 04/30/2006 | 78,063.54 | (10%+10%+$21) |

CUST #0001044408

Taxes not paid by the last date shown are considered
delinquent and may be subject to legal action.

Here's how we figured your gross tax

| Schedule / Description of Property | | | | Taxable Assessment | Taxing Jurisdiction | Tax Rate/$100 | Gross Tax |
|---|---|---|---|---|---|---|---|
| 201 BLANKENBAKER PKY | | | | LAND  3,266,570 | STATE OF KY | 0.1310 | 8,586.62 |
| | | | | BUILDING(S)  3,288,100 | METRO RE TAXES | 0.1280 | 8,389.98 |
| DIST | BLOCK | LOT | SUBLOT | TOTAL  6,554,670 | JEFF CO SCHOOLS | 0.6250 | 40,966.69 |
| 22 | 2990 | 0002 | 0000 | | MIDDLETOWN FIRE | 0.1000 | 6,554.67 |

## READ THIS NOTICE BEFORE PAYING BILL

The company listed below is planning to use your escrow account
to pay the property taxes listed on this bill. If this is a mistake, or
you have any question about your escrow account, you should
contact the company.

### WACHOVIA BANK NATIONAL ASSOC
### (704) 593-7913

If the taxes on this property are not being paid through an escrow
account, you should pay the taxes using the payment stub on the
bottom of the bill.

WD - MAILED CERTIFIED ON 11/3/05

↑ Detach and mail THIS STUB with your check or money order for proper credit. Retain top section for your records. ↑

Jefferson County Property Tax Payment Stub

Tax Year: 2005

| Bill Number | Property ID Number | Type of Property |
|---|---|---|
| 2050500 | 22-2990-0002-0000 | REAL ESTATE |

Amount You Are Paying:  ➡

CUST #0001044408

Property Owner:
BLANKENBAKER PLAZA I LLC
7400 NEW LAGRANGE RD STE 404
LOUISVILLE KY 40222-4870

| If Paid By: | Balance Due: | |
|---|---|---|
| 11/01/2005 to 12/01/2005 | 63,208.01 | (2%DISCOUNT) |
| 12/02/2005 to 12/31/2005 | 64,497.96 | (GROSS TAX) |
| 01/01/2006 to 01/31/2006 | 67,722.85 | (5%PENALTY) |
| 02/01/2006 to 04/10/2006 | 78,042.54 | (10%+10%) |
| 04/11/2006 to 04/30/2006 | 78,063.54 | (10%+10%+$21) |

Make your check or money order payable to:
Jefferson County Sheriff's Office
P.O. Box 70300
Louisville, KY 40270-0300

Bill Is For:
201 BLANKENBAKER PKY

222990000200002050500410063208011006449796900677228 59

# Exhibit "D"

**DATE:** December 16, 2005

**TO:** Winn-Dixie - Store #1618
P.O. Box 43425
Atlanta, GA  30336

**FROM:** Hogan Development Co.
As Agent for Blankenbaker Plaza I, LLC
420 W. Liberty Street
Louisville, KY 40202

---

# INVOICE

## WINN-DIXIE - 201 BLANKENBAKER PKWY.
## LOUISVILLE, KY  40243

| DESCRIPTION | AMOUNT |
|---|---|
| David Simon Electric - parking lot lights | $  4,736.05 |
| Commonwealth Signs - removal of signs | $  3,608.60 |
| Door Equipment Co., Inc. - door repairs | $  2,252.90 |
| Strohbeck Const. - repair sign banner | $  4,134.00 |
| **TOTAL AMOUNT DUE** | **$ 14,731.55** |

---

**MAKE CHECK PAYABLE TO:**    HOGAN DEVELOPMENT CO.
AS AGENT FOR BLANKENBAKER PLAZA I, LLC
420 W. LIBERTY STREET
LOUISVILLE, KY  40202

Please contact our office at (502) 426-1050 with questions regarding this invoice.

Thank you.

# DAVID SIMON
# ELECTRIC Inc.

370 Amanda Ct.
Shepherdsville Ky.
40165

Phone : 502 - 543 - 7571
Fax :     502 - 543 - 5421
Email : DSEINC1@ Aol.Com

## Quote
### 12 - 09 - 2005

To: Carmelita Goldsmith
Hogan Real Estate
420 W. Liberty St.
Louisville, KY 40202

Re : 201 Blankenbaker Parkway Center
Install 120/208 200A. 3 Phase Service
For Parking Lot Lighting .Location of
Meter rear of store outside next to
exsiting Store Meter.

Total Materials ------------------------------ $ 2,625.50

Total Labor ------------------------------------ $ 1,680.00

Profit & Overhead --------------------- $    430.55

Total Quote All Material , Taxes and Labor

( $ 4,736.05 )

DAVID SIMON ELECTRIC Inc.

David A. Simon
President

Commonwealth Sign Co.
1824 Berry Blvd.
Louisville, KY 40215

# Estimate

| Date | Estimate # |
|------|-----------|
| 12/15/2005 | 5012 |

| Name / Address |
|----------------|
| Hogan Development Co.<br>Mike Wiseman<br>7400 New Lagrange Rd<br>Suite 404<br>Louisville, KY 40222 |

| Install Location |
|------------------|
|  |

| P.O. No. | Rep | Project |
|----------|-----|---------|
|  |  | buehler blankenbake... |

| Description |
|-------------|
| We will take down the wall signs; deli letters, Pharmacy letters, and Buehlers logo sign; replace monument faces with white lexan. Wall signs will be discarded. |

Terms: 50% down and remainder upon receipt.

Estimate good for 30 days from date received.

All specifications per drawing.
120V electric to be brought to site by customer
Permits, if any, are extra and will be billed at cost.

| | |
|---|---|
| **Subtotal** | $3,515.00 |
| **Sales Tax (6.0%)** | $93.60 |
| **Total** | $3,608.60 |

# Quotation

Door Equipment Co., Inc.
2518 Data Dr
Louisville, KY 40299

**Quote Number:**
12-16-05/GH

**Quote Date:**
Dec 16, 2005

**Quoted to:**   Hogan Dev. Co.
~~BUEHLER FOODS~~ Blankenbaker Plaza I, LLC
BLAKENBAKER PARKWAY
LOUISVILLE, KY

**Page:**
1

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| BUEHFOO | 1/15/06 | Net Due | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | ATTN:CARMEL, QUOTE TO REPAIR AUTO DOORS. IF YOU HAVE ANY QUESTIONS PLEASE CALL GREG HALL @ 1-502-643-7234 THANKS!!! | | |
| 1.00 | AD 471 | HORTON 4160-1 CONTROL (WITH LED'S) | 560.00 | 560.00 |
| 1.00 | AD 125 | RE HORTON HERCULES (4000) ACTUATOR WITH MOTOR | 980.00 | 980.00 |
| 1.00 | | HORTON BOTTOM PIVOT ASSY COMPLETE | | |
| 6.00 | LABOR1 | LABOR | 204.12 | 204.12 |
| 30.00 | ZONE | ROUND TRIP MILEAGE | 60.00 | 360.00 |
| 1.00 | MISC | MISC CHARGE | 0.60 | 18.00 |
| 1.00 | FUEL/SURCHG | AS OF 08/10/05 AN ADDITIONAL $15.00 PER ZONE WILL BE ADDED DUE TO INCREASE IN FUEL COST. | 10.50 | 10.50 |
| | | | 15.00 | 15.00 |

| | |
|---|---|
| Subtotal | 2,147.62 |
| Sales Tax | 105.28 |
| Freight | |
| Total | 2,252.90 |

DEC-30-2005 FRI 09:41 AM Hogan Real Estate    FAX NO. 502 426 1223    P. 17
DEC-16-2005 FRI 09:54 AM STROHBECK CONST LLC    FAX NO. 5023269227    P. 03

Case 3:05-bk-03817-JAF    Doc 5379-3    Filed 01/27/06    Page 16 of 34



December 16, 2005

Carmelita Goldsmith
Hogan Real Estate
420 W Liberty St.
Louisville, KY 40202

Re:     Façade Paint
        Blankenbaker Shopping Center
        201 Blankenbaker Pkwy
        Louisville, KY 40243

Strohbeck Construction proposes to furnish labor, material, and equipment for the above-mentioned project in the amount of $4,134.00. Price is based on information provided to Strohbeck Construction, LLC and bid request on 12/15/05.

This proposal includes the following:
> Project Supervision.
> General Conditions.
> Patch holes in EIFS.
> Paint EIFS facade sign band.
    o   Red sign band will require 3 coats of paint.

This proposal does not include the following:
> Unforeseen structural conditions
> Hazardous waste removal and disposal.

**ADDITIONAL NOTES:** Color to match existing as close as possible. Due to the age and fading of the existing finish, we cannot guarantee an exact color match.

Above referenced prices are based on the description listed. Unforeseen conditions will be addressed on a time and material basis. Any alterations or deviation from the above involving extra cost will be executed only upon written orders, and will become an extra charge over and above the estimate.

This proposal may be withdrawn if not accepted within (30) thirty days.

Payment is to be made, to Strohbeck Construction, within ten (10) days of completion.

Thank you for the opportunity to quote this proposal. Please call if you have any questions.

Sincerely,

Frank Clements Jr, Project Manager

Acceptance of proposal - The above price, specification, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature_____    Date_____

Cc: Proposal File

Winn-Dixie Raleigh, Inc.,   Case No.  05 - 03839 - 3F1

Summary of Administrative Expenses

| | |
|---|---|
| 2005 Year End Common Area maintenance and Insurance Charge Reconciliation | $    867.52 |
| 11/8/05 Repair of Parking Lot Lights | $  1,392.05 |
| 5/10/05 Mechanics Lien - C&S Millwork | $  4,103.00 |
| 5/9/05 Mechanics Lien - KV Flooring | $  3,013.00 |
| 2005 City of Douglass Hills taxes | $  9,373.18 |
| 2005 Louisville/Jefferson County Metro taxes | $64,497.96 |
| | $83,246.71 |

**2005 RECONCILED BILLING**
**WINN-DIXIE #1618 - BLANKENBAKER PLAZA**
**December 29, 2005**

**COMMON AREA CHARGES**
Prorata Factor 54,000 sq ft / 80,625 GLA                    $    63,216.09
                                                                 66.9767%

Prorata Share
Less 2005 CAM Estimates Paid                                 $    42,340.08
                                                            $   (45,396.64)

**Total CAM Due:**
                                                            $    (3,056.56)

**INSURANCE**
Prorata Factor 54,000 sq ft / 80,625 GLA                    $     5,858.87
                                                                 66.9767%

Prorata Share
Less 2005 Insurance Estimates Paid                          $     3,924.08
                                                            $         -

**Total Insurance Due:**
                                                            $     3,924.08

**TOTAL DUE:**
                                                            $       867.52

**MAKE CHECK PAYABLE TO:**

                    **HOGAN DEVELOPMENT CO.**
                    **AS AGENT FOR BLANKENBAKER PLAZA I, LLC**
                    **420 WEST LIBERTY STREET**
                    **LOUISVILLE, KY  40202**

# BLANKENBAKER PLAZA
## 2005 EXPENSES

### Common Area Maintenance (1/1/05 - 11/30/05)

| | |
|---|---:|
| Management Fee | $ - |
| Electric | $ 2,449.18 |
| Water / Sewer - Irrigation | $ 2,744.76 |
| Water - Fire Service | $ 717.06 |
| Exterior Lighting R&M | $ 2,512.98 |
| Fire Service R&M / Monitoring | $ 1,422.30 |
| Exterior Building R&M | $ 1,500.00 |
| Trash Removal | $ 6,377.61 |
| Parking Lot R&M | $ 14,284.58 |
| Lawncare | $ 26,937.32 |
| Snow Removal / Ice Melt | $ 3,728.00 |
| Miscellaneous R&M | $ 542.30 |
| **TOTAL** | **$ 63,216.09** |

**INSURANCE (6/1/05 - 11/30/05)**          $ 5,858.87

# HOGAN REAL ESTATE
## Allocation of Insurance Premiums
### 2005-06 policy term

**Hogan Portfolio**

| Premise | Property Name | Street Address | Owner | Property Code | Property | GL | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 13 | Blankenbaker Plaza | 201 Blankenbaker Pkwy, Louisville, Ky. | BHRE | blapla1 | 6,887.67 | 1,115.12 | 1,418.00 | 9,420.79 |
| 14 | Blankenbaker Plaza | 231-243 Blankenbaker Pkwy, Louisville, Ky. | BHRE | blapla1 | 1,676.58 | 271.66 | 316.00 | 2,264.24 |
| | TOTAL | | | | 8,564.26 | 1,386.78 | 1,734.00 | 11,685.03 |

6/1/05 - 11/30/05 = 183 days / 365 days = 50.14%

$$\$ 11,685.03 \times 50.14\% = \$ 5,858.87$$

# DAVID SIMON ELECTRIC

370 Amanda Ct.
Shepherdsville, KY 40165

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/8/2005 | 2378 |

| BILL TO |
|---------|
| Hogan Real Estate<br>420 W. Liberty St.<br>Louisville, KY 40202<br><br>Attn: Carmelita Goldsmith |

| TERMS |
|-------|
| Net 15 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 201 Blankenbaker Pkwy. - Louisville KY<br>Repair Parking Lot Lights - (13) Lights Repaired<br><br>Material ------------- $665.50<br>Labor ---------------- $600.00<br>Profit & Overhead ---- $126.55<br>Labor & Material | 1,392.05 |

Post Month: 1105
Property  A/C#  Amount
Bl4 Pk 1  5185  1392.05
          4.00
Sign 1: C. Goldsmith
Sign 2:

Thank you for your business.

| | **Total** | $1,392.05 |

**HOGAN DEVELOPMENT CO.**
420 W. LIBERTY ST.
LOUISVILLE, KY 40202

**Invoice**

Account:     blapla1 - 201 - wd1618

Date:        11/16/05

**WINN-DIXIE - STORE#1618**
**P.O. BOX 43425**
**ATLANTA, GA  30336**

Payment:     _____

PAYMENT DUE UPON RECEIPT OF INVOICE

| Date | Description | Charges | Balance |
|------|-------------|---------|---------|
| 11/16/05 | Parking lot light repairs (W/D lot) | 1,392.05 | 1,392.05 |

**Invoice Amount**

1,392.05



Canter's
Exterior Light
Fixtures)

* Appeal 10 Parking lot 15,675 only
As of 9/6/05
* 1 wall pack behind Buckles

BLANKENBAKER PARKWAY

Property Line

BLANKENBAKER PLAZA

SHELBYVILLE RD

# CHRISTOPHE G. STEWART

**ATTORNEY AT LAW**

Barristers Hall
1009 South 4ᵗʰ Street
Louisville, KY 40203-3226

Office: (502) 584-8583
Fax: (502) 584-1826
Home/Pager: (502) 459-0200
E-mail: cgstew94@insightbb.com

May 10, 2005

Blankenbaker Plaza I, LLC
7400 New LaGrange Road, Suite 404
Louisville, KY 40222-4870

      RE:    Notice of Mechanic's Lien, 201 Blankenbaker Parkway, Louisville, Jefferson
            County, Kentucky 40243-1877

Dear Sir:

      Please be advised that the undersigned has been retained to represent C & S Millwork,
Inc..

      This correspondence shall serve as notice that C & S Millwork, Inc. intends to hold the
property of 201 Blankenbaker Parkway, Louisville, Jefferson County, Kentucky 40243-1877,
liable in the amount of $4,103.00, for labor and materials furnished to Blankenbaker Plaza I,
LLC, 201 Blankenbaker Parkway, Louisville, Jefferson County, Kentucky 40243-1877.

      C & S Millwork, Inc. will also claim a lien upon said property in said amount.

      Thank you for your attention to this matter

                Respectfully

                Christophe G. Stewart

CGS
cc:    C & S Millwork, Inc.
       Buehler Foods, Inc.

15

LB 0822 PG 0649

# **MECHANIC'S LIEN**

STATE OF KENTUCKY )
) SS:
COUNTY OF JEFFERSON )

Comes the Affiant, Christophe G. Stewart, 1009 South 4th Street, Louisville, KY 40203-3226, and after being duly sworn, states that he is the authorized Agent and Attorney for C & S Millwork, Inc., 1015 Deatsville Road, Cox's Creek, KY 40013-7422, and that he is authorized to make and file this statement on its behalf, pursuant to KRS 376.010.

The Affiant states that at the special instance and request of and by contract with Blankenbaker Plaza I, LLC, the Claimant, C & S Millwork, Inc., furnished material and/or labor for the improvement of the hereinafter described property. There is due for said material and/or labor the sum of $4,103.00 against which there are no just credits or off-sets known to the Claimant. Said material and/or labor preformed, beginning on January 3, 2005, and that the last work was completed on or about April 14, 2005.

The subject property is located at 201 Blankenbaker Parkway, Louisville, Jefferson County, Kentucky 40243-1877, and is more particularly and legally described in the Deed attached hereto and made a part hereof:

The subject property upon which the improvements were made and labor and materials were furnished by C & S Millwork, Inc., is the property described in Deed Book DB08032 at Page 0143, as recorded in the Office of the County Clerk of Jefferson County, Kentucky, on December 23, 2002. A copy of said deed is attached hereto and made a part hereof as if fully copied herein.

1

LB 0822PG0650

The subject property upon which the improvements were made and labor and materials were furnished by C & S Millwork, Inc., is the property described in Deed Book DB08032 at Page 0143. The Affiant states the client, C & S Millwork, Inc., hereby asserts a Mechanic's Lien and Material's Lien on all the right title and interest located at 201 Blankenbaker Parkway, Louisville, Jefferson County, Kentucky 40243-1877, and to the real estate herein above described and the approvement thereon, to secure said claim in the amount of $4,103.00. The Affiant states to the best of his knowledge the foregoing statements are true and accurate.

A copy of the statement will be mailed within seven (7) days of the filing of this statement with the County Clerk to:

Blankenbaker Plaza I, LLC, 7400 New LaGrange Road, Suite 404, Louisville, KY 40222-4870.
Buehler Foods, Inc., 1100 West 12th Avenue, Jasper, IN 47546-8150.

_____
Christophe G. Stewart

STATE OF KENTUCKY      )
                       )
COUNTY OF JEFFERSON    )

Subscribed, sworn and acknowledged before me, a Notary Public, by Christophe G. Stewart, Affiant herein, this 10th day of May 2005.

My Commission Expires: _Feb 21 2008_

_____
Notary Public, Jefferson County, KY.

2

LB 0822PG0651

THIS INSTRUMENT PREPARED B

Christophe G. Stewart
1009 South 4th Street
Louisville, KY 40203-3226
Tele: (502) 584-8583
FAX: (502) 584-1826

C:\FILES #1\CASES\CDIR\C&Smillwor-buehler-blankenbaker.1mclien.wpd

3

LAW OFFICES

# THOMAS, DODSON & WOLFORD, PLLC

AT HURSTBOURNE PARK
9200 SHELBYVILLE ROAD, SUITE 611
LOUISVILLE, KENTUCKY 40222-8502
TELEPHONE (502) 426-1700
FACSIMILE (502) 426-0457

HAROLD W. THOMAS
JOHN C. DODSON

ROGER J. WOLFORD
STEPHEN T. WOLFORD
MICHELLE N. BOWLING

May 23, 2005

Blankenbaker Plaza I, LLC
7400 New LaGrange Road
Suite 404
Louisville, Kentucky 40222

   **RE:   KV Flooring, Inc., 3261 Ruckriegel Parkway,
           Louisville, Kentucky 40299**

Dear Madam/Sir:

   Pursuant to Kentucky law, I am enclosing a copy of the
Mechanic's And Materialman's Lien that has been filed in the
Jefferson County Clerk's Office on May 23, 2005.

                          Very truly yours,

                          THOMAS, DODSON & WOLFORD, PLLC


                          Harold W. Thomas

HWT:ps

LAW OFFICES
# THOMAS, DODSON & WOLFORD, PLLC
AT HURSTBOURNE PARK
9200 SHELBYVILLE ROAD, SUITE 611
LOUISVILLE, KENTUCKY 40222-8502
TELEPHONE (502) 426-1700
FACSIMILE (502) 426-0457

HAROLD W. THOMAS
JOHN C. DODSON

ROGER J. WOLFORD
STEPHEN T. WOLFORD
MICHELLE N. BOWLING

May 9, 2005

Blankenbaker Plaza I, LLC
7400 New LaGrange Road
Suite 404
Louisville, Kentucky 40222

RE:  **KV Flooring, Inc., 3261 Ruckriegel Parkway,
Louisville, Kentucky 40299**

Dear Madam/Sir:

This is to advise that I have been retained to represent KV Flooring, Inc. regarding the sum of $3,013.00 for labor and materials furnished to the premises located at the Buehler's grocery at 201 Blankenbaker Parkway, Louisville, Kentucky.

KV Flooring, Inc. hereby gives notice of its intention to claim a Mechanics' and Materialmen's Lien for Labor and materials furnished or to be furnished to the above-referenced real property. A Notice of Lien will be filed in the Office of the Jefferson County Clerk unless the above account is brought current within seven (7) business days from the date of this letter.

Very truly yours,

THOMAS, DODSON & WOLFORD, PLLC

Harold W. Thomas

HWT:ps
pc: KV Flooring, Inc.

FILED IN OFFICE

MAY 2 3 2005

Bobbie Holsclaw, Clerk
By_____D.C.

## MECHANIC'S AND MATERIALMAN'S LIEN

Affiant, Ron Kress, states that he is the President and
agent for process of KV Flooring, Inc., and that he is authorized
to make and file this statement on its behalf.

Affiant further states that at the special instance and
request of Mark Smith of C & S Millwork, KV Flooring, Inc.,
furnished materials and labor for the improvements of the property
hereinafter described, that said materials commenced to be
furnished on or about January 19, 2005, and ceased to be furnished
on March 17, 2005; that there is due thereon for said materials and
labor the sum of $3,013.00, with interest at the rate of eight
percent (8%) per annum from April 17, 2005, until paid, against
which there are no just credits or offsets known to the Claimant.

The property on which said materials were furnished is
situated in Jefferson County, Kentucky, and is more particularly
described as follows:

> BEING all of Lot 4 as shown on plat of
> Blankenbaker Place, recorded in Map and
> Subdivision Book 43, Page 43, in the Office of
> the Clerk of Court of Jefferson County,
> Kentucky; and

BEING all of Tract 1 as shown on Minor Subdivision Plat bearing Docket #07-00 attached to and made a part of deed recorded in Deed Book 7414, Page 557, said records; and

BEING all of Tract 5B as shown on Minor Subdivision Plat bearing Docket #173-01 attached to and made a part of deed recorded in Deed Book 7726, Page 358, said records.

BEING part of the property conveyed to Blankenbaker Plaza I, LLC by deed dated December 19, 2002, recorded in Deed Book 8032, Page 143, in the Office of the Clerk aforesaid.

TOGETHER WITH (a) appurtenant rights and easements as set forth in Cross Easement and Restrictive Covenants Agreement recorded in Deed Book 6916, Page 110, as amended by Modification of Cross Easement and Restrictive Covenants Agreement recorded in Deed Book 7674, Page 127; (b) appurtenant easements as set forth in Water Drainage/Detention Easement Rights Agreement recorded in Deed Book 6916, Page 127; and (c) appurtenant non-exclusive easement for access, ingress and egress retained in Deed recorded in Deed Book 7785, Page 916, all in the aforesaid records.

At the time KV Flooring, Inc. commenced furnishing said materials and labor, the record title owner of the above-described property was Blankenbaker Plaza I, LLC and at the time of completion the owner was Blankenbaker Plaza I, LLC. The owner was notified by letter, dated May 9, 2005, of KV Flooring, Inc.'s intention to hold the above-described property, and all

Page 2 of 4

improvements thereon, liable for payment of the above sum of
$3,013.00.

To secure KV Flooring, Inc. in payment of the said sum of
$3,013.00, with interest thereon at the rate of eight percent (8%)
per annum from April 17, 2005, until paid, and the costs incurred
in enforcing this lien, KV Flooring, Inc. has claimed and hereby
asserts a Mechanic's Lien on the real estate described above and
all improvements thereon.

The Affiant states that the foregoing statements are
true.

KV Flooring, Inc.

By: _____
Ron Kress, President and
Agent For Process
3261 Ruckriegel Parkway
Louisville, Kentucky 40299

COMMONWEALTH OF KENTUCKY )
                          ) ss.
COUNTY OF JEFFERSON       )

I hereby certify that the foregoing instrument was
subscribed, sworn to and acknowledged before me by Ron Kress,
President of KV Flooring, Inc., Affiant herein, on this 19 day of
May_____, 2005.

Page 3 of 4

My commission expires:    6-28-06

_Pamela S. Peters_
**Notary Public**

This instrument prepared by:

Harold W. Thomas
THOMAS, DODSON & WOLFORD, PLLC
9200 Shelbyville Road, Suite 611
Louisville, Kentucky  40222
(502) 426-1700

Page 4 of  4

2005 PROPERTY TAX BILL

CITY OF DOUGLASS HILLS
PO BOX 43284
LOUISVILLE, KY 40253-0284

BILL NUMBER
1,734

PROPERTY DESCRIPTION
07.83 AC+

22-2590-0002-0000

| TAXABLE ASSESSMENT | RATE Per $100 | TAX |
|---|---|---|
| 6,554,670 | 0.14300 | 9373.18 |
| | EXEMPTION | GROSS TAX 9373.18 |

Make check payable to:
For receipt, enclose self addressed envelope with payment.

CITY OF DOUGLASS HILLS

Assessment of:
JAN 1, 2005

BLANKENBAKER PLAZA I LLC
7400 NEW LAGRANGE RD STE 404
LOUISVILLE KY 40222

*AFTER 2/28/06 ADD 1.5% PER MONTH UNTIL PAID.*

AMOUNT DUE--->   9373.18   10451.10   10591.69
IF PAID BEFORE--->   02/01/2006   02/01/2006   03/01/2006

---

DOUGLASS HILLS
Tax Payment Stub
BILL NUMBER
1,734

22-2590-0002-0000
BLANKENBAKER PLAZA I LLC
7400 NEW LAGRANGE RD STE 40
LOUISVILLE KY 40222

| IF PAID BEFORE | AMOUNT DUE |
|---|---|
| 01/01/2006 | 9373.18 |
| 02/01/2006 | 10451.10 |
| 03/01/2006 | 10591.69 |

RETURN THIS STUB WITH
PAYMENT FOR PROPER CREDIT

Mailed Certified 11/17/05