UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re            )
                 )
WINN-DIXIE STORES, INC., et al.,   )   Case No. 3-05-bk-03817-JAF
                 )
       Debtors.  )   Chapter 11
                 )   Jointly Administered
_____)

**ORDER GRANTING MOTION
TO ALLOW SUBSTITUTION OF COUNSEL**

This Chapter 11 case is before the Court upon a Motion of Golden Flake Snack Foods, Inc. to allow substitution of LaFleur Law Firm for Stutsman & Thames, P.A. as local counsel, and on consent of the parties, it is ORDERED:

1. The motion is granted.

2. All futures notices and pleadings shall be sent to:

   Nina M. LaFleur, Esq.
   LaFleur Law Firm
   Post Office Box 861128
   St. Augustine, Florida 32086
   nina@lafleurlaw.com

Dated this 24 day of January, 2006 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Jan 25, 2006
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jan 27, 2006.
aty         +Richard R Thames,    Stutsman & Thames, P.A.,   121 West Forsyth Street, Suite 600,
              Jacksonville, FL 32202-3848
            +Nina M. LaFleur,    P.O. Box 861128,   St. Augustine, FL 32086-1128
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2006**                          **Signature:** *Joseph Speetjens*