United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE STORES, INC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. 05-11082 |
| Debtor | } Amount $3,138.80 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SCARIANO BROTHERS LLC**
**PO BOX 95344**
**NEW ORLEANS, LA 70195**

The transfer of your claim as shown above in the amount of $3,138.80 has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

    By:/s/ Mike Richards
    Revenue Management
    (201) 968-0001

474884

## TRANSFER NOTICE

Scariano Brothers ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Winn-Dixie Procurement, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Scariano Brothers Claims of Assignor in the aggregate amount of $3,138.80 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-1082.

IN WITNESS WHEREOF, Assignor has signed below as of the 30 day of DEC, 2005.

WITNESS:
Scariano Brothers                                         Revenue Management

_(Signature)_                                             By: _(Signature)_

ANN H. BILDNER                                            MIKE RICHARDS
(Print Name of Witness)                                   (Print Name and Title)