## UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about January 23, 2006, I caused copies of:

- the **ORDER DISALLOWING AND EXPUNGING (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS' SECOND OMNIBUS CLAIMS OBJECTION**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: January 30, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1001-RJ
440 GROUP, LTD
C/O LAW OFFICES OF JAMES O CURE
ATTN JAMES O CURE, ESQ
1201 SOUTH W S YOUNG DRIVE
PO BOX 10309
KILLEEN TX 76547-0309

CREDITOR ID: 1001-RJ
440 GROUP, LTD
C/O LAW OFFICES OF JAMES O CURE
ATTN JAMES O CURE, ESQ.
2584 BLUE MEADOW DRIVE
TEMPLE TX 76502

CREDITOR ID: 1001-RJ
440 GROUP, LTD
ATTN GENE WILLIAMS
PO BOX 578
KILLEEN TX 76540-0578

CREDITOR ID: 403415-15
AADITYA INC
ATTN OJASH JARIWALA
3748 MT DIABLO AVENUE
LAFAYETTE CA 94549

CREDITOR ID: 403502-15
AADITYA, INC.
ATTN OJASH JARIWALA
3748 MT DIABLO BLVD
LAFAYETTE CA 94549

CREDITOR ID: 381978-36
ACADIANA BOTTLING CO, INC
C/O DAVIDSON, MEAUX, SONNIER ET AL
ATTN CHRISTOPHER J PIASECKI, ESQ
PO DRAWER 2908
LAFAYETTE LA 70502-2908

CREDITOR ID: 410452-15
ACADIANA BOTTLING CO, INC
ATTN JAMES M ANGERS, JR, CFO
1003 HUGH WALLIS ROAD, BLDG A
LAFAYETTE LA 70508

CREDITOR ID: 381978-36
ACADIANA BOTTLING CO, INC
ATTN JIM ANGERS
700 KAL SALOOM
LAFAYETTE LA 70508

CREDITOR ID: 241505-12
ACE EXPEDITERS INC
ATTN: RICHARD COOPER, VP
PO BOX 2513
ORLANDO, FL 32802

CREDITOR ID: 241522-12
ACHILLES REALTY COMPANY
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 241581-12
ADAM MATTHEWS INC
ATTN ADAM BURCKLE, PRES
2104 PLANTSIDE DR
LOUISVILLE, KY 40299-1924

CREDITOR ID: 373524-44
ADAM MATTHEWS INC
ATTN ADAM BURCKLE, PRESIDENT
2104 PLANTSIDE DR
LOUISVILLE, KY 40299-1924

CREDITOR ID: 382366-51
ADAMO ENTERPRISES, INC
ATTN LINDA ZARAK, PRESIDENT
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 279455-12
ADAMO ENTERPRISES, INC
(PHARMACY STAFFING)
ATTN L ZARAK, PRES
7711 NORTH MILITARY TRAIL
PALM BEACH GARDENS FL 33410

CREDITOR ID: 279335-36
AEP INDUSTRIES, INC
ATTN ERWIN F STORZ, CR MGR
125 PHILLIPS AVENUE
SOUTH HACKENSACK  NJ 07606

CREDITOR ID: 403559-15
ALBERINO, VERONICA
108 SE 10TH STREET, APT 102J
DEERFIELD BEACH FL 33441

CREDITOR ID: 403559-15
ALBERINO, VERONICA
C/O GOLDBERG & CATREN, PA
ATTN SHEILA GOLDBERG, ESQ
5353 NORTH FEDERAL HWY, SUITE 407
FORT LAUDERDALE FL 33308

CREDITOR ID: 83828-09
ALBERINO, VERONICA M
C/O GOLDBERG & CATREN, PA
ATTN SHEILA GOLDBERG, ESQ
5353 NORTH FEDERAL HWY, SUITE 407
FORT LAUDERDALE FL 33308

CREDITOR ID: 83828-09
ALBERINO, VERONICA M
108 SE 10 STREET, APT 102J
DEERFIELD BEACH FL 33441

CREDITOR ID: 381983-36
ALLEN BEVERAGES, INC DBA
PEPSI COLA BOTTLING CO OF GULFPORT
ATTN H G WALKER, JR OR E AWEN, PRES
PO BOX 2037
GULFPORT MS 39505

CREDITOR ID: 410373-15
ALLEN BEVERAGES, INC, DBA
PEPSI COLA BOTTLING CO OF GULFPORT
ATTN C GRAVES/E A ALLEN II
13300 DEDEAUX RD
PO BOX 1037
GULFPORT MS 39505-2037

CREDITOR ID: 398023-74
ALLEN NORTON & BLUE, PA
ATTN ROBERT LARKIN/R NORTON
121 MAJORCA AVENUE
CORAL GABLES FL 33134

CREDITOR ID: 402381-89
ALLEN, GARY C
C/O THE BROWN FIRM, PLC
ATTN THOMAS R BROWN, ESQ
6550 ST AUGUSTINE ROAD, SUITE 104
JACKSONVILLE FL 32217

CREDITOR ID: 406326-MS
ALLEN, GARY C
C/O THE BROWN FIRM, PLC
ATTN THOMAS R BROWN, ESQ
6550 ST AUGUSTINE ROAD, SUITE 104
JACKSONVILLE FL 32217

CREDITOR ID: 406326-MS
ALLEN, GARY C
3612 KERRY ANN WAY
JEFFERSONVILLE IN 47120

CREDITOR ID: 406326-MS
ALLEN, GARY C
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 402381-89
ALLEN, GARY C
3612 KERRY ANN WAY
JEFFERSONVILLE IN 47130

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 406178-15
ALLERGAN, INC
ATTN WILLIAM N SCARFF JR, ESQ
2525 DUPONT DRIVE
IRVINE CA 92612

CREDITOR ID: 399731-15
ALLTEL
C/O ALLTEL CORPORATION
BANKRUPTCY DEPT 1269B5F03-B
ATTN PATTY STAFFORD
1 ALLIED DRIVE
LITTLE ROCK AR 72202-9918

CREDITOR ID: 242071-12
ALRO METALS SERVICE CENTER
ATTN MARTIN KORN
6200 PARK OF COMMERCE BLVD
BOCA RATON FL 33487

CREDITOR ID: 408408-15
ALRO METALS SERVICE CENTER
ATTN JOHN F RUMLER
PO BOX 927
JACKSON MI 49204

CREDITOR ID: 381731-15
ALTADIS USA
ATTN MIRIAM PIEDRA, CR MGR
5900 N ANDREWS AVE
FORT LAUDERDALE FL 33309

CREDITOR ID: 395536-15
AMERICAN ELECTRIC POWER
ATTN DEBRA CROUCH
PO BOX 2021
ROANOKE VA 24022-2121

CREDITOR ID: 400438-15
AMERICAN FOOD DISTRIBUTORS, INC
ATTN LEN KANTER, VP
325 WIRELESS BLVD
HAUPPAUGE NY 11788

CREDITOR ID: 400438-15
AMERICAN FOOD DISTRIBUTORS, INC
C/O MACCO & STERN
ATTN RICHARD L STERN, ESQ
135 PINELAWN ROAD
MELVILLE NY 11747

CREDITOR ID: 279203-35
AMERICAN ITALIAN PASTA COMPANY
ATTN CARA VANDEL, CR MGR
4100 N MULBERRY DR, SUITE 200
KANSAS CITY MO 64116

CREDITOR ID: 279203-15
AMERICAN ITALIAN PASTA COMPANY
C/O BLACKWELL SANDERS PEPER MARTIN
ATTN JOHN J CRUCIANI, ESQ
4801 MAIN STREET, SUITE 1000
KANSAS CITY MO 64112

CREDITOR ID: 399385-99
AMERICAN KB PROPERTIES I LP
C/O LAMONICA HERBST & MANISCALCO
ATTN SALVATORE LAMONICA, ESQ
3305 JERUSALEM AVENUE
WANTAGH NY 11803

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 242341-12
AMSOIL INC
ATTN DEENAH L PETERSON, ACCTG MGR
AMSOIL BUILDING
925 TOWER AVENUE
SUPERIOR, WI 54880

CREDITOR ID: 403478-15
AMSW, INC
C/O STOVASH, CASE & TINGLEY, PA
ATTN RACHEL E ADAMS, ESQ
200 S ORANGE AVENUE, SUITE 1200
ORLANDO FL 32801

CREDITOR ID: 381744-15
ANCO FINE CHEESE
ATTN LESLEY RICHMOND, CR MGR
149 NEW DUTCH LANE
FAIRFIELD NJ 07004

CREDITOR ID: 242377-12
ANDERSON ROOFING CO, INC
ATTN PAUL M ANDERSON III, PRES
PO BOX 976
ALBANY, GA 31702

CREDITOR ID: 242446-12
APOLLO TRADING LTD
ATTN ROBERT S POST, PRES
PO BOX 812379
BOCA RATON, FL 33481-2379

CREDITOR ID: 400568-91
APPLE, CHRISTOPHER J
107 ALISON LANE
ARCHDALE NC 27263

CREDITOR ID: 403580-94
APPLE, CHRISTOPHER J
107 ALISON LANE
ARCHDALE NC 27263

CREDITOR ID: 242479-12
AQUA SOFT WATER SYSTEMS INC
ATTN MARGARET E RICE, PRES
220 BUSINESS PARKWAY
ROYAL PALM BEACH, FL 33411

CREDITOR ID: 395571-15
ASHLAND INCORPORATED
COLLECTION DEPT DS-3
ATTN J E MCMONAGLE,  COLL MGR
PO BOX 2219
COLUMBUS OH 43216

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 386298-54
ASMER, GENEVIEVE
1001 STARKEY RD, LOT 571
LARGO FL 33771

CREDITOR ID: 386298-54
ASMER, GENEVIEVE
C/O CARLSON & MEISSNER
ATTN JOSH STEWART, ESQ
7614 MASSACHUSETTS AVENUE
NEW PORT RICHEY FL 34653

CREDITOR ID: 391407-55
ASMER, GENEVIEVE
C/O CARLSON & MEISSNER
ATTN JOSH STEWART, ESQ
7614 MASSACHUSETTS AVENUE
NEW PORT RICHEY FL 34653

CREDITOR ID: 399271-15
ATHENS FOODS INC
ATTN ROBERT TANSING, FIN VP
13600 SNOW ROAD
CLEVELAND OH 44142

CREDITOR ID: 407612-15
ATLANTA JOURNAL & CONSTITUTION, THE
ATTN VANN BEASLEY, CREDIT MGR
72 MARIETTA STREET NW
ATLANTA GA 30302

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 404008-15
ATMOS ENERGY CORP FKA TXU GAS CO
ATTN BANKRUPTCY DEPT
PO BOX 650393
DALLAS TX 75265-0393

CREDITOR ID: 405936-15
ATMOS ENERGY CORP FKA TXU GAS CO
C/O BANKRUPTCY DEPARTMENT
ATTN DON WELLS, SUPERV
PO BOX 650393
DALLAS TX 75265-0393

CREDITOR ID: 381724-15
AVNET INC
ATTN BETH THOMPSON, COLL COORD
2211 S 47TH ST
PHOENIX AZ 85034

CREDITOR ID: 399633-15
AVNET, INC
ATTN MARY PACINI, CREDIT SVCS MGR
2211 S 47TH STREET
PHOENIX AZ 85034

CREDITOR ID: 399351-15
B&F SYSTEM, INC DBA HOME OF MAXAM
PRODUCTS
C/O HANCE SCARBOROUGH WRIGHT ET AL
ATTN FRANK J WRIGHT ESQ
14755 PRESTON ROAD SUITE 600
DALLAS TX 75254

CREDITOR ID: 381113-47
B&K DIESEL ELECTRIC SERVICE INC
ATTN KIMI CRUMBLEY, VP
PO BOX 28898
JACKSONVILLE, FL 32226-8898

CREDITOR ID: 278848-30
BAILEY FARMS
ATTN DEBORAH BAILEY, VP
3553 TAR RIVER RD
OXFORD, NC 27565

CREDITOR ID: 383993-47
BAKER MAID PRODUCTS INC
ATTN DARRYL SORENSEN, PRES
403 SOUTH MAIN STREET
POPLARVILLE, MS 39470

CREDITOR ID: 242958-12
BAKER MAID PRODUCTS, INC
ATTN DARRYL SORENSEN, PRES
403 SOUTH MAIN STREET
POPLARVILLE MS 39470

CREDITOR ID: 381741-15
BALLARD PETROLEUM, INC
ATTN MELISSA COLLINS
PO BOX 769
ARCOLA LA 70456

CREDITOR ID: 381741-15
BALLARD PETROLEUM, INC
C/O POWERS & HIGHTOWER, LLP
ATTN JEFFREY J GUIDRY, ESQ
7967 OFFICE PARK BLVD
PO BOX 15948
BATON ROUGE LA 70895

CREDITOR ID: 389782-54
BAMFORD, JACQUELINE E
155 N. ORANGE ST
STARKE FL 32091

CREDITOR ID: 89377-09
BAMFORD, JACQUELINE E
155 N ORANGE ST
STARKE FL 32091

CREDITOR ID: 242996-12
BANDAG, INC
ATTN LYNN FINCK
2905 N HWY 61
MUSCATINE IA 52761

CREDITOR ID: 406361-MS
BARROW, JEFFERY A
PO BOX 350423
JACKSONVILLE FL 32235

CREDITOR ID: 403591-94
BARROW, JEFFERY A
PO BOX 350423
JACKSONVILLE FL 32235-0423

CREDITOR ID: 243158-12
BAYFORCE TECHNOLOGY SOLUTIONS
ATTN: MICHAEL NAGY
146 2ND STREET N, SUITE 107
ST PETERSBURG, FL 33701

CREDITOR ID: 243169-12
BAYS MICHIGAN CORPORATION
ATTN CARY E BOSS, CONTROLLER
PO BOX 1455
CHICAGO, IL 60690-1455

CREDITOR ID: 404208-95
BAYS MICHIGAN CORPORATION
ATTN CARY E BOSS, CONTROLLER
PO BOX 1455
CHICAGO IL 60690-1455

CREDITOR ID: 315701-36
BEN-ARNOLD SUNBELT BEVERAGE CO OF
SOUTH CAROLINA LP, THE
ATTN MIKE SISK, CFO
101 BEVERAGE BLVD
RIDGEWAY SC 29130

CREDITOR ID: 315701-36
BEN-ARNOLD SUNBELT BEVERAGE CO OF
C/O BROWN RAYSMAN MILLSTEIN ET AL
ATTN GERARD S CATALANELLO, ESQ
900 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 410927-15
BERGERON PROPERTIES & INVES CORP
C/O GARY J ROTELLA & ASSOCIATES, PA
ATTN GARY J ROTELLA, ESQ
NEW RIVER CENTER, STE 1850
200 EAST LAS OLAS BLVD
FT LAUDERDALE FL 33301-2276

CREDITOR ID: 243366-12
BEST ACCESS SYSTEMS
ATTN R M MINCE
6161 E 75TH ST
INDIANAPOLIS IN 46250

CREDITOR ID: 399396-15
BEST ACCESS SYSTEMS
ATTN RAY MINCE
6161 E 75TH STREET
INDIANAPOLIS IN 46250

CREDITOR ID: 398281-78
BETROS, GEORGE L
2837 CARAWAY DRIVE
TUCKER, GA 30084

CREDITOR ID: 381939-15
BINSWANGER GLASS
ATTN JOHN LUMPKIN, MGR
2931 LIME STREET
METAIRIE LA 70006

CREDITOR ID: 243546-12
BINSWANGER GLASS COMPANY
ATTN: WW GOULD III, CREDIT MNGR
PO BOX 172321
MEMPHIS, TN 38187-2321

SERVICE LIST
Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406386-MS<br>BLACKMON, DENNIS L<br>857 PALMETTO TERRACE<br>OVIEDO FL 32765 | CREDITOR ID: 403610-94<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | CREDITOR ID: 400598-91<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 |
| CREDITOR ID: 316027-41<br>BOREN, FRANK<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 2242-07<br>BOREN, FRANK D<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 1351-07<br>BOREN, FRANK D AND GAIL F<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 |
| CREDITOR ID: 406401-MS<br>BOTTOMS, LARRY L<br>1810 SHADY CREEK DR<br>CANTONMENT FL 32533 | CREDITOR ID: 402431-89<br>BOTTOMS, LARRY L<br>1810 SHADY CREEK DRIVE<br>CANTONMENT FL 32533 | CREDITOR ID: 240811-10<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 |
| CREDITOR ID: 394043-61<br>BREAUD & LEMOINE, APLC<br>ATTN M LEMOINE/ALAN K BREAUD, PRES<br>PO BOX 3448<br>LAFAYETTE, LA 70502 | CREDITOR ID: 243998-12<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 243998-12<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 403620-94<br>BROCK, JAMES M<br>6056 PINEAPPLE HWY<br>GREENVILLE AL 36037 | CREDITOR ID: 400611-91<br>BRYAN, WILLIAM H<br>28 SNELSON DRIVE<br>ASHEVILLE NC 28806 | CREDITOR ID: 403623-94<br>BRYAN, WILLIAM H<br>23 S NELSON DRIVE<br>ASHEVILLE NC 28806 |
| CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006 | CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 S BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 397706-99<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102 |
| CREDITOR ID: 244124-12<br>BTP MECHANICAL COMPANY LLC<br>ATTN REBECCA SANDIDGE, OWNER<br>7431 WHITE PINE ROAD<br>RICHMOND, VA 23237 | CREDITOR ID: 406431-MS<br>BUBECK, BILL A<br>3208 DOTY LANE<br>ARLINGTON TX 76001 | CREDITOR ID: 244153-12<br>BUILDING DIAGNOSTICS ASSOCS<br>C/O FREDRIC C BURESH, PA<br>ATTN: FREDRIC C BURESH, ESQ<br>800 SE THIRD AVENUE, 4TH FLOOR<br>FORT LAUDERDALE FL 33316 |
| CREDITOR ID: 244153-12<br>BUILDING DIAGNOSTICS ASSOCS<br>5824 STIRLING ROAD<br>HOLLYWOOD FL 33021 | CREDITOR ID: 403146-89<br>BURNS, JOSEPH H<br>7713 HARPS MILL RD<br>RALEIGH NC 27615 | CREDITOR ID: 406437-MS<br>BURNS, JOSEPH H<br>7713 HARPS MILL RD<br>RALEIGH NC 27615 |
| CREDITOR ID: 399286-15<br>BURR WOLFF, LP<br>ATTN SCOTT MCNEILL, ACCTG MGR<br>3800 BUFFALO SPEEDWAY, SUITE 200<br>HOUSTON TX 77098-3706 | CREDITOR ID: 244425-12<br>CAMPBELL REAL ESTATE, INC<br>ATTN COLIN CAMPBELL JR, PRES<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 | CREDITOR ID: 384033-47<br>CAMPBELL REAL ESTATE, INC<br>ATTN COLIN CAMPBELL, JR PRESIDENT<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 |

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381755-15<br>CAPITAL TRAILER & EQUIPMENT CO, INC<br>DBA CAPITAL VOLVO TRUCK & TRAILER<br>ATTN BILL MAXWELL, CEO<br>185 WEST BOULEVARD<br>MONTGOMERY AL 36108 | CREDITOR ID: 410916-15<br>CAPMARK SERVICES, INC, AGENT<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410916-15<br>CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 392014-55<br>CARACCIOLA, MARY<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN JR, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | CREDITOR ID: 406465-MS<br>CAREY, JAMES I<br>316 WEST VIOLET ST<br>TAMPA FL 33603 | CREDITOR ID: 402471-89<br>CAREY, JAMES I<br>316 WEST VIOLET STREET<br>TAMPA FL 33603 |
| CREDITOR ID: 407689-15<br>CARHILL & ASSOCIATES<br>ATTN DAN CARHILL<br>266 NE 4TH STREET<br>GRESHAM OR 97030 | CREDITOR ID: 406466-MS<br>CARHILL, DANIEL<br>16712 SE COHIBA COURT<br>CLACKAMAS OR 97015 | CREDITOR ID: 399295-15<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 |
| CREDITOR ID: 381723-15<br>CENTERPOINT ENERGY ENTEX<br>ATTN TUCKER BLAIR, CR MGR<br>PO BOX 1700<br>HOUSTON TX 77251 | CREDITOR ID: 244968-12<br>CHAMBERS & ASSOCIATES, INC<br>ATTN DERRILL C MCLENDON, PRES<br>PO BOX 1652<br>DECATUR, GA 30031-1652 | CREDITOR ID: 395620-65<br>CHAMPION BLACKTOP MAINTENANCE<br>ATTN BRANT CUNNINGHAM, OWNER<br>PO BOX 5772<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029 | CREDITOR ID: 1191-07<br>CHAPEL TRAIL ASSOCIATES LTD<br>C/O ROBERT C MEYER, PA<br>ATTN ROBERT MEYER, ESQ<br>2223 CORAL WAY<br>MIAMI FL 33145 | CREDITOR ID: 392372-55<br>CHAPMAN, QUIDA L<br>C/O BROBSTON & BROBSTON, PC<br>ATTN E L BROBSTON, ESQ<br>304 NORTH 18TH STREET<br>BESSEMER AL 35020 |
| CREDITOR ID: 245145-12<br>CHECKPOINT SECURITY SYSTEMS GRP INC<br>ATTN R GRAFFUNDER-LUNDSTEN, MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | CREDITOR ID: 245209-12<br>CHESTER METROPOLITAN DISTRICT<br>ATTN MARY NELL MCKENZIE<br>PO BOX 550<br>CHESTER SC 29706-0550 | CREDITOR ID: 188-03<br>CHESTER METROPOLITAN DISTRICT<br>ATTN MARY NELL MCKENZIE<br>PO BOX 550<br>CHESTER SC 29706-0550 |
| CREDITOR ID: 404364-95<br>CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRESIDENT<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 | CREDITOR ID: 245301-12<br>CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRES<br>PO BOX 470039<br>LAKE MONROE FL 32747 | CREDITOR ID: 402087-15<br>CHRISTENSEN GROUP, THE<br>C/O KOLDENHOVEN & ASSOCIATES, INC<br>ATTN LINDA KOLDENHOVEN<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 |
| CREDITOR ID: 410777-15<br>CINCINNATI BELL TELEPHONE CO<br>ATTN CREDIT & COLLECTIONS MANAGER<br>201 EAST FOURTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 245507-12<br>CITY OF ABBEVILLE<br>C/O FUNDERBURK & HERPIN<br>ATTN J ISAAC FUNDERBURK, ESQ<br>100 SOUTH ST CHARLES<br>PO DRAWER 1030<br>ABBEVILLE LA 70511-1030 | CREDITOR ID: 245507-12<br>CITY OF ABBEVILLE<br>PO BOX 1170<br>ABBEVILLE, LA 70511-1170 |
| CREDITOR ID: 395563-15<br>CITY OF BAY MINETTE UTILITIES BD<br>ATTN KARAN D LEWIS, CFO<br>PO BOX 1207<br>BAY MINETTE AL 36507 | CREDITOR ID: 384051-47<br>CITY OF BAY MINETTE UTILITIES BD<br>ATTN KARAN D LEWIS, CFO<br>PO BOX 1207<br>BAY MINETTE, AL 36507-1207 | CREDITOR ID: 245674-12<br>CITY OF CULLMAN, AL<br>ATTN LUCILLE N GALIN, CITY CLERK<br>204 SECOND AVENUE SE<br>PO BOX 278<br>CULLMAN, AL 35056-0278 |

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 265774-14
CITY OF HAMPTON, TREASURER
TREASURERS OFFICE
ATTN DONNA DANGERFIELD,DEPUTY TREAS
1 FRANKLIN ST
HAMPTON VA 23669

CREDITOR ID: 403483-15
CITY OF HAMPTON, VA
TREASURER'S OFFICE
ATTN DONNA DANGERFIELD
1 FRANKLIN STREET, SUITE 100
HAMPTON VA 23669

CREDITOR ID: 404031-15
CITY OF HOLLYWOOD PUBLIC WORKS DEPT
C/O CITY ATTORNEY
ATTN TRACY A LYONS, ESQ
2600 HOLLYWOOD BLVD, SUITE 407
HOLLYWOOD FL 33020

CREDITOR ID: 405916-99
CITY OF HUNTSVILLE
C/O MICHAEL E LEE, ESQ
200 WEST SIDE SQUARE, SUITE 803
HUNTSVILLE AL 35801-4816

CREDITOR ID: 245968-12
CITY OF MIRAMAR
C/O WEISS SEROTA HELFMAN
ATTN DOUGLAS R GONZALES ESQ
3107 STIRLING ROAD SUITE 300
FORT LAUDERDALE FL 33312

CREDITOR ID: 245967-12
CITY OF MIRAMAR FINANCE DEPT
C/O WEISS SEROTA HELFMAN
ATTN DOUGLAS R GONZALES, ESQ.
3107 STIRLING ROAD, SUITE 300
FORT LAUDERDALE FL 33312

CREDITOR ID: 245967-12
CITY OF MIRAMAR FINANCE DEPT
6700 MIRAMAR PARKWAY
MIRAMAR, FL 33023

CREDITOR ID: 245980-12
CITY OF MOULTRIE
C/O WHELCHEL CARLTON & WALLER LLP
ATTN MICKEY E WALLER, ESQ
PO BOX 758
MOULTRIE GA 31776

CREDITOR ID: 245980-12
CITY OF MOULTRIE
PO BOX 3368
MOULTRIE, GA 31776

CREDITOR ID: 395541-15
CITY OF NEW ORLEANS REV COLL, LA
ATTN DERRICK MUSE, DPTY FIN DIR
CITY HALL ANNEX
NEW ORLEANS LA 70112

CREDITOR ID: 246019-12
CITY OF NORTH MIAMI BEACH
C/O NORTH MIAMI BEACH CITY ATTORNEY
17011 NE 19TH AVENUE
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 246019-12
CITY OF NORTH MIAMI BEACH
ATTN GARY BROWN
PO BOX 60427
NORTH MIAMI BEACH, FL 33160-0427

CREDITOR ID: 779-03
CITY OF RAYMOND WATER DEPT
ATTN BRENDA A HUBBARD
PO BOX 10
RAYMOND MS 39154

CREDITOR ID: 381789-15
CITY OF RAYMOND WATER DEPT, MS
ATTN BRENDA A HUBBARD
PO BOX 10
RAYMOND MS 39154

CREDITOR ID: 246116-12
CITY OF RAYNE
ATTN LARRY T RICHARDS, ESQ
PO BOX 69
RAYNE, LA 70578-0069

CREDITOR ID: 240257-06
CITY OF RIVIERA BEACH
ATTN PATRICIA B JACKSON, MGR
600 W BLUE HERON BOULEVARD
RIVIERA BEACH FL 33404

CREDITOR ID: 262786-12
CITY OF RIVIERA BEACH
ATTN PATRICIA B JACKSON, MGR
600 W BLUE HERON BLVD
RIVIERA BEACH FL 33404

CREDITOR ID: 246240-12
CITY OF VIDALIA TAX DEPT
ATTN KIM M BARNES
PO BOX 280
VIDALIA, GA 30474-0280

CREDITOR ID: 317547-42
CITY OF VIDALIA, GA
ATTN KIM M BARNES, CITY CLERK
PO BOX 280
VIDALIA, GA 30475-0280

CREDITOR ID: 953-03
CITY OF WARNER ROBINS UTILITY & TAX
ATTN JAMES E ELLIOTT JR, ESQ
PO BOX 1488
WARNER ROBINS GA 31099

CREDITOR ID: 246296-12
CLABBER GIRL BAKING CORP
ATTN LINDA FORSYTHE, CONTROLLER
PO BOX 150
TERRE HAUTE, IN 47808-0150

CREDITOR ID: 393142-55
CLARK, THELMA
C/O TERRENCE PAULK, PC
ATTN TERRENCE PAULK, ESQ
PO BOX 1315
FITZGERALD GA 317501315

CREDITOR ID: 391426-55
CLARK, THELMA
C/O TERRENCE J PAULK, PC
ATTN TERRENCE J. PAULK, ESQ
501 SOUTH GRANT STREET
PO BOX 1315
FITZGERALD GA 31750-1315

CREDITOR ID: 393366-55
CLEMENT, SUEANN
C/O HUNTER & MORTON LAW OFFICES
ATTN HEIDEL A SCHNEIDER, ESQ
1916 GUS KAPLAN DRIVE
PO BOX 11710
ALEXANDRIA LA 71315-1710

CREDITOR ID: 109130-09
CLEMENTS, SUEANN D
4902 MONROE HWY, LOT C
PINEVILLE LA 71360

CREDITOR ID: 109130-09
CLEMENTS, SUEANN D
C/O HUNTER & MORTON
ATTN PHILIP G HUNTER, ESQ
1916 GUS KAPLAN DRIVE
PO BOX 11710
ALEXANDRIA LA 71315-1710

CREDITOR ID: 218-03
COBB ELECTRIC MEMBERSHIP CORP
ATTN PAULINE CARR
1000 EMC PARKWAY
PO BOX 369
MARIETTA GA 30061

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 218-03
COBB ELECTRIC MEMBERSHIP CORP
C/O AWTREY & PARKER, PC
ATTN ROBERT B SILLIMAN, ESQ
250 LAWRENCE STREET
PO BOX 997
MARIETTA GA 30061

CREDITOR ID: 246568-12
COBY MILLER'S LAWN CARE, INC
ATTN COBY J MILLER, OWNER/PRESIDENT
6041 WEST PARK AVE
HOUMA, LA 70364

CREDITOR ID: 246575-12
COCA COLA BOTTLING CO
ATTN JOYCE L ROPER, CREDIT COLL MGR
PO BOX 31487
CHARLOTTE, NC 28231-1487

CREDITOR ID: 411175-15
COCA COLA BOTTLING CO CONSOLIDATED
ATTN JOYCE L ROPER, CREDIT MGR
PO BOX 31487
CHARLOTTE NC 28231-1487

CREDITOR ID: 408153-15
COFACE NORTH AMERICA, INC, AGENT
PLUMROSE USA, INC
ATTN DENISE FIRELLI, INSOLVENCY
PO BOX 2102
CRANBURY NJ 08512

CREDITOR ID: 399294-15
COLLIERS KEENAN, INC
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT, ESQ
PO BOX 11889
COLUMBIA SC 29211

CREDITOR ID: 279352-36
COMBE INC
ATTN CAROL PIRONE OR J GUSMANO
1101 WESTCHESTER AVENUE
WHITE PLAINS  NY 10604

CREDITOR ID: 382468-51
COMMERCEQUEST
ATTN ERIKA BRAGAN, VP FINANCE
5481 W WATERS AVE, SUITE 100
TAMPA, FL 33634-1205

CREDITOR ID: 246717-12
COMMERCEQUEST
ATTN ERIKA BRAGAN, VP FIN
5481 WEST WATERS AVENUE, SUITE 100
TAMPA FL 33634-1205

CREDITOR ID: 403269-83
COMMONWEALTH OF KENTUCKY HEALTH/FAM
SERVICES CABINET
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 403269-83
COMMONWEALTH OF KENTUCKY HEALTH/FAM
SERVICES CABINET
ATTN RICHARD WARNE, ESQ
275 EAST MAIN STREET, 5W-B
FRANKFORT KY 40621

CREDITOR ID: 381721-15
COMMONWEALTH OF KENTUCKY REV DEPT
FINANCE & ADMINISTRATION CABINET
ATTN B L BAGBY/WENDY L STEPHENS
100 FAIR OAKS, 5TH FLOOR
PO BOX 491
FRANKFORT KY 40602-0491

CREDITOR ID: 381721-15
COMMONWEALTH OF KENTUCKY REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 246770-12
COMMONWEALTH OF VA AGR & CONS SVCES
VDACS - STATE MILK COMMISSION
ATTN RODNEY L PHILLIPS
102 GOVERNOR STREET, RM 205
RICHMOND, VA 23219

CREDITOR ID: 381954-15
COMMONWEALTH OF VA AGR & CONS SVCES
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN JERRY KILGORE, ESQ
900 E MAIN STREET
RICHMOND VA 23219

CREDITOR ID: 246770-12
COMMONWEALTH OF VA AGR & CONS SVCES
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN JERRY KILGORE, ESQ
900 E MAIN STREET
RICHMOND VA 23219

CREDITOR ID: 381954-15
COMMONWEALTH OF VA AGR & CONS SVCES
VDACS - STATE MILK COMMISSION
ATTN RODNEY L PHILLIPS
102 GOVERNOR STREET, RM 205
RICHMOND VA 23219

CREDITOR ID: 246802-12
COMPLETE SWEEP, INC
ATTN RITA MILAM, PRES
PO BOX 177
GADSDEN, AL 35902

CREDITOR ID: 378305-15
CONAIR CORPORATION
ATTN A LUCAS & J DEOL
150 MILFORD ROAD
EAST WINDSOR NJ 08520

CREDITOR ID: 388665-54
CONDOMINA, ONDINA
220 SW 67 COURT
MIAMI FL 33144

CREDITOR ID: 388665-54
CONDOMINA, ONDINA
SADOW & GOROWITZ, PA
ATTN SUZANNE GOROWITZ, ESQ
80 SW 8TH STREET, STE 1910
MIAMI FL 33130

CREDITOR ID: 392710-55
CONDOMINA, ONDINA
C/O SADOW & GOROWITZ, PA
ATTN SUZANNE GOROWITZ, ESQ
80 SW 8TH STREET, STE 1910
MIAMI FL 33130

CREDITOR ID: 17385-05
CONDOMINA, ONDINA C
220 SW 67 COURT
MIAMI FL 33144

CREDITOR ID: 246852-12
CONECUH SAUSAGE COMPANY INC
200 INDUSTRIAL PARK
PO BOX 327
EVERGREEN, AL 36401

CREDITOR ID: 246852-12
CONECUH SAUSAGE COMPANY INC
C/O THOMAS L WEBB LAW OFFICE
ATTN THOMAS L WEBB, ESQ
613 22ND AVENUE
PO BOX 308
MERIDIAN MS 39302-0308

CREDITOR ID: 381863-99
CONTINENTAL MILLS
C/O PERKINS COIE, LLP
ATTN B MACINTYRE/J STEVENSON, ESQS
1201 THIRD AVE, 40TH FL
SEATTLE WA 98101-3099

CREDITOR ID: 402506-89
COTE, RENE
15462 SW 112TH TERRACE
MIAMI FL 33196

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 406518-MS
COTE, RENE
15462 SW 112TH TERRACE
MIAMI FL 33196

CREDITOR ID: 247046-12
COTTLE STRAWBERRY NURSERY, INC
ATTN RON E COTTLE, PRES
192 NED COTTLE LANE
FAISON, NC 28341

CREDITOR ID: 400641-91
COUNTS, JAMES A
116 CRESCENT ROAD
GREENWOOD SC 29649-1806

CREDITOR ID: 403653-94
COUNTS, JAMES A
116 CRESCENT ROAD
GREENWOOD SC 29649-1806

CREDITOR ID: 404044-15
COUNTY OF CLARKE, GA TAX COMM
ATTN NANCY B DENSON
PO BOX 1768
ATHENS GA 30603

CREDITOR ID: 247606-12
COUNTY OF DARLINGTON
ATTN B D COPELAND OR T DICKERSON
PO BOX 1070
CHARLOTTE, NC 28201-1070

CREDITOR ID: 381930-15
COUNTY OF DEKALB TAX COMMISSION, GA
ATTN HACKWIN L DEVOE
PO BOX 100004
DECATUR GA 30031-7004

CREDITOR ID: 381930-15
COUNTY OF DEKALB TAX COMMISSION, GA
COUNTY OF DEKALB, LAW DEPT
ATTN MARK THOMPSON, ESQ
THE MALOOF CENTER, 5TH FLOOR
1300 COMMERCE DRIVE
DECATUR GA 30030

CREDITOR ID: 403430-15
COUNTY OF FULTON TAX COMMISSIONER
ATTN W RESPRESS/DAMIKA MCCLINTON
141 PRYOR STREET SW, ROOM 1113
ATLANTA GA 30303

CREDITOR ID: 250685-12
COUNTY OF GLYNN FINANCE DEPT, GA
WATER AND SEWER
ATTN PHYLLIS MCNICOLL, FIN DIRECTOR
1725 REYNOLDS STREET, SUITE 300
BRUNSWICK, GA 31520

CREDITOR ID: 250685-12
COUNTY OF GLYNN FINANCE DEPT, GA
C/O GLYNN COUNTY ATTORNEY
ATTN L WILLIAM WORLEY, ESQ
HISTORIC GLYNN COUNTY COURTHOUSE
701 G STREET, 2D FLOOR
BRUNSWICK GA 31520

CREDITOR ID: 251179-12
COUNTY OF HAMILTON, OH COMM BD
700 COUNTY ADMINISTRATION BLDG
138 EAST COURT STREET
CINCINNATI OH 45202-1232

CREDITOR ID: 251179-12
COUNTY OF HAMILTON, OH COMM BD
HAMILTON COUNTY PROSECUTOR
ATTN DALE H BERNHARD, ESQ
230 E 9TH STREET, SUITE 4000
CINCINNATI OH 45202

CREDITOR ID: 407551-15
COUNTY OF HAMILTON, OH COMM BD
HAMILTON COUNTY PROSECUTOR
ATTN DALE H BERNHARD, ESQ
230 E 9TH STREET, SUITE 4000
CINCINNATI OH 45202

CREDITOR ID: 407551-15
COUNTY OF HAMILTON, OH COMM BD
700 COUNTY ADMINISTRATION BLDG
138 EAST COURT STREET
CINCINNATI OH 45202-1232

CREDITOR ID: 251538-12
COUNTY OF HERNANDO UTILITIES
ATTN KENT L WEISSINGER, ESQ
20 N MAIN STREET, SUITE 462
BROOKSVILLE FL 34601

CREDITOR ID: 240494-06
COUNTY OF HILLSBOROUGH
FIRE MARSHALL'S OFFICE
ATTN KATHLEEN LINCOLN
2907 E HABANA
TAMPA FL 33610

CREDITOR ID: 256662-12
COUNTY OF MORGAN REV COMMISSIONER
ATTN AMANDA G SCOTT, CPA
PO BOX 696
DECATUR AL 35602

CREDITOR ID: 381958-15
COUNTY OF TUSCALOOSA TAX COLL
ATTN PEYTON C COCHRANE
714 GREENSBORO AVENUE, ROOM 124
TUSCALOOSA AL 35401

CREDITOR ID: 240784-06
COUNTY OF WAYNE, NC TAX COLLECTOR
ATTN W DORTCH LANGSTON JR, ESQ
PO BOX 1495
GOLDSBORO NC 27533

CREDITOR ID: 264519-12
COUNTY OF WAYNE, NC TAX COLLECTOR
ATTN W DORTCH LANGSTON JR, ESQ
PO BOX 1495
GOLDSBORO NC 27533-1495

CREDITOR ID: 247093-12
COURIER JOURNAL
ATTN: ROBERT LOVE, PRES
1828 DARBY DR
FLORENCE, AL 35630

CREDITOR ID: 403185-15
COURIER JOURNAL, INC
C/O L&L SERVICES, INC
ATTN LANNY L CARRUTHERS, VP
502 N MONTGOMERY AVENUE
SHEFFIELD AL 35660

CREDITOR ID: 247147-12
CPM ASSOCIATES LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 400645-91
CRANE, LARRY R
204 COUNTY RD 836
SELMA AL 36701-0024

CREDITOR ID: 403657-94
CRANE, LARRY R
204 COUNTY RD, APT 836
SELMA AL 36701-0024

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410700-15<br>CREDIT SUISSE, ASSIGNEE OF FALCON<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS PC<br>ATTN: ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK  NY 10022 | CREDITOR ID: 410700-15<br>CREDIT SUISSE, ASSIGNEE OF FALCON<br>FARMS, INC.<br>ATTN WENDY BEER, ESQ<br>11 MADISON AVENUE, 5TH FLOOR<br>NEW YORK NY 10010 | CREDITOR ID: 2167-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>1011 EAST MAIN STREET, SUITE 206<br>RICHMOND, VA 23219 |
| CREDITOR ID: 2167-RJ<br>CRENSHAW-SINGLETON PROPERTIES<br>SPOTTS FAIN<br>ATTN JENNIFER J WEST, ESQ<br>PO BOX 1555<br>RICHMOND VA 23218 | CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>C/O HINSON & RHYNE, PA<br>ATTN WALTER L HINSON, ESQ.<br>2401-G WOOTEN BLVD<br>PO BOX 7479<br>WILSON NC 27895-7479 | CREDITOR ID: 399723-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>ATTN DAVID KIRK<br>556-M ARBOR HILL ROAD<br>KERNERSVILLE NC 27284 |
| CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>1912 EASTCHESTER DRIVE, SUITE 204<br>HIGH POINT NC 27265 | CREDITOR ID: 381019-47<br>CT DRIVER<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY, AL 36116 | CREDITOR ID: 408233-97<br>CT DRIVER<br>ATTN: JOANNA DRIVER, CO OWNER<br>938 CHESSON HILL DRIVE<br>FITZPATRICK AL 36029 |
| CREDITOR ID: 247302-12<br>CT DRIVER SIGNS & LIGHTING<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY AL 36116 | CREDITOR ID: 247304-12<br>CT INNOVATIONS LLC<br>ATTN MARIYLN FREIERMUTH, AR MGR<br>635 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 | CREDITOR ID: 247382-12<br>CWA GROUP, INC, THE<br>ATTN JON N CHRISTIAN<br>PO BOX 3179<br>MONTGOMERY, AL 36109 |
| CREDITOR ID: 381742-15<br>CWA GROUP, INC, THE<br>ATTN W TODD BALLARD, PRES<br>1211 NEWELL PARKWAY<br>MONTGOMERY AL 36110 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 279201-99<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108 |
| CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE, LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, SUITE 2800<br>KANSAS CITY MO 64108-2684 | CREDITOR ID: 279217-35<br>DANNON COMPANY, INC<br>ATTN NEAL BRYCE, CR SUPERV<br>100 HILLSIDE AVE<br>WHITE PLAINS NY 10603-2863 | CREDITOR ID: 402523-89<br>DARNELL, JERRY<br>5100 FOREST CREEK ROAD<br>RALEIGH NC 27606-9418 |
| CREDITOR ID: 406546-MS<br>DARNELL, JERRY<br>5100 FOREST CREEK RD<br>RALEIGH NC 27606-9418 | CREDITOR ID: 410563-15<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | CREDITOR ID: 406551-MS<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DRIVE WEST<br>BAY ST LOUIS MS 39520 |
| CREDITOR ID: 247742-12<br>DAWN FOOD PRODUCTS, INC<br>ATTN ROBERT W LYSKO, DIR OF CREDIT<br>3333 SARGENT ROAD<br>JACKSON MI 49201 | CREDITOR ID: 410807-15<br>DAWN FOOD PRODUCTS, INC<br>BARNES & THORNBURG, LLP<br>ATTN M MCCRORY/W BREWER, ESQS<br>11 S MERIDAN STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 410807-15<br>DAWN FOOD PRODUCTS, INC<br>ATTN ROBERT LYSKO, NAT CR MGR<br>3333 SARGENT ROAD<br>JACKSON MI 49201 |
| CREDITOR ID: 386216-54<br>DEAL, RONALD<br>412 KELLY LANE<br>MILL SPRING NC 28756 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 393399-55<br>DELGATTO, BONNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 |

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 383211-15
DELL MARKETING, LP
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, SUITE 900
AUSTIN TX 78701

CREDITOR ID: 248046-12
DERST BAKING COMPANY
ATTN HEATHER SMITH SR, VP FIN
PO BOX 22849
SAVANNAH, GA 31403

CREDITOR ID: 402164-90
DILL, WILLIAM F JR
2111 IMPERIAL DRIVE NE
GAINESVILLE GA 30501

CREDITOR ID: 406574-MS
DILL, WILLIAM F JR
2111 IMPERIAL DRIVE NE
GAINESVILLE GA 30501

CREDITOR ID: 404558-95
DISPLAY SPECIALTIES, INC
PO BOX 115
FT THOMAS KY 41075

CREDITOR ID: 399434-15
DISPLAY SPECIALTIES, INC
ATTN LAUREN HARVEY
9 BEACON DRIVE
WILDER KY 41076

CREDITOR ID: 2196-07
DIXIE LAND SC, LLC
C/O FORMAN HOLT & ELIADES LLC
ATTN DANIEL M ELIADES, ESQ
218 ROUTE 17 NORTH
ROCHELLE PARK NJ 07662

CREDITOR ID: 2196-07
DIXIE LAND SC, LLC
C/O PARKWAY ASSET MANAGEMENT CORP
ATTN PAUL J GINGRAS, PRESIDENT
235 MOORE STREET, SUITE 102
HACKENSACK NJ 07601

CREDITOR ID: 403678-94
DIXON, CHARLES A
817 DOWNS AVE
GARDENDALE AL 35071

CREDITOR ID: 400666-91
DIXON, CHARLES A
817 DOWNS AVE
GARDENDALE AL 35071

CREDITOR ID: 254854-12
DOSS, LISA G
30 EDGEWOOD DRIVE
SELMA AL 36701

CREDITOR ID: 22386-05
DOSS, LISA G
30 EDGEWOOD DR
SELMA AL 36701

CREDITOR ID: 403204-99
DREYER'S GRAND ICE CREAM
ATTN SHANE WEITZEL
5929 COLLEGE AVENUE
OAKLAND CA 94618

CREDITOR ID: 403204-99
DREYER'S GRAND ICE CREAM
C/O COOK PERKISS & LEW
ATTN: DAVID J COOK, ESQ
PO BOX 270
SAN FRANCISCO CA 94104-0270

CREDITOR ID: 384079-47
DS&S CO
ATTN MARY WEAVER, OWNER
PO BOX 74
HONORAVILLE, AL 36042

CREDITOR ID: 417049-97
DUANE MORRIS LP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 410524-15
DUBOUR, JOHN
C/O ROSENBERG & ROSENBERG, PA
ATTN PAUL S ROSENBERG, ESQ
2501 HOLLYWOOD BLVD, SUITE 110
HOLLYWOOD FL 33020

CREDITOR ID: 400682-91
DUVALL, WILLIAM M
4 BAY WOOD DR
ORMOND BEACH FL 32174

CREDITOR ID: 403694-94
DUVALL, WILLIAM M
4 BAY WOOD DR
ORMOND BEACH FL 32174

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
C/O KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE, ESQ
101 PARK AVENUE
NEW YORK NY 10178-0002

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 383208-15
E&A SOUTHEAST LP DBA
RESERVOIR SQUARE BRANDON, MS
C/O KITCHENS KELLEY GAYNES PC
ATTN MARK A KELLEY, ESQ
3495 PIEDMONT RD NE BLDG 11 STE 900
ATLANTA GA 30305

CREDITOR ID: 407591-15
EAS C/O ABBOTT LABORATORIES
C/O KOHNER MANN & KAILAS, SC
ATTN MATTHEW J STICKEL, ESQ
WA BLDG, BARNABAS BUSINESS CENTER
4650 N PORT WASHINGTON ROAD
MILWAUKEE WI 53212-1059

CREDITOR ID: 248689-12
EAST POINT CYCLE & KEY, INC
ATTN NANCY JENKINS
PO BOX 90580
EAST POINT, GA 30364-0580

CREDITOR ID: 123205-09
EDOUARD-CALIXTE, RAYMONDE
160 ZENITH CIRCLE
FT MYERS FL 33913

CREDITOR ID: 403403-15
EHSTER, RICHARD J
1901 EDGEWATER DR
MOUNT DORA FL 32757

CREDITOR ID: 406601-MS
EHSTER, RICHARD J
1901 EDGEWOOD DR
MT DORA FL 32757

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC
10912 N 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 1297-07
ELFERS SQUARE CENTER INC
C/O MORSE & GOMEZ, PA
ATTN ALBERTO F GOMEZ JR, ESQ
119 S DAKOTA AVENUE
TAMPA FL 33606

CREDITOR ID: 406005-15
EMBUTIDOS PALACIOS USA INC
C/O S GILLMAN ASSOCIATES
ATTN SEYMOUR GILLMAN, AGENT
1700 NORTH DIXIE HIGHWAYM SUITE 150
BOCA RATON FL 33432

CREDITOR ID: 248985-12
EMPRESS INTERNATIONAL LTD
ATTN GRACE BISCHOFF
10 HARBOR PARK DR
PORT WASHINGTON, NY 11050-4602

CREDITOR ID: 399625-15
EMPRESS INTERNATIONAL, LTD
ATTN MAGDALENA K BROWN, CR MGR
2 MONUMENT SQUARE, 8TH FL
PORTLAND ME 04101

CREDITOR ID: 248998-12
ENGINEERED TEXTILE PRODUCTS, INC
ATTN JENNIFER BUSBEE, OFFICE MGR
PO BOX 7474
MOBILE, AL 36670-0474

CREDITOR ID: 249032-12
ENVIRO SAFE CARPET CLEANING
ATTN ADAM T DANOS, OWNER
PO BOX 1702
RACELAND, LA 70394

CREDITOR ID: 403697-94
EPSTEIN, STEPHEN C
701 TARRY TOWN TR
PORT ORANGE FL 32127

CREDITOR ID: 400685-91
EPSTEIN, STEPHEN C
701 TARRY TOWN TR
PORT ORANGE FL 32127

CREDITOR ID: 411171-15
EQUITY ONE (HUNTER'S CREEK) INC
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 254121-12
ERICKSON, KRISTOPHER
240 GRANDE VISTA STREET
DEBARRY, FL 32713

CREDITOR ID: 406616-MS
EVANS, SAMUEL W
1245 SOUTH POWERLINE ROAD
PO BOX 299
POMPANO BEACH FL 33069

CREDITOR ID: 399347-15
EVENING POST PUBLISHING DBA
THE POST AND COURIER
ATTN H CLARK OR D GARNER
134 COLUMBUS STREET
CHARLESTON SC 29403

CREDITOR ID: 249270-12
EXCELL REFRIGERATION INC
ATTN RAYMOND TAYLOR, PRES
605 WHITNEY AVENUE
LANTANA, FL 33462

CREDITOR ID: 249270-12
EXCELL REFRIGERATION INC
C/O CLICKMAN WITTERS AND MARELL
ATTN WILLIAM J MARELL ESQ
1601 FORUM PLACE, STE 1101
WEST PALM BEACH FL 33401

CREDITOR ID: 249274-12
EXCESS SPACE RETAIL SERVICES, INC
ATTN MICHAEL S WIENER, PRES & CEO
ONE HOLLOW LANE, SUITE 112
LAKE SUCCESS NY 11042

CREDITOR ID: 249274-12
EXCESS SPACE RETAIL SERVICES, INC
PLATZER SWERGOLD KARLIN ET AL
ATTN DANA HONG
1065 AVENUE OF THE AMERICAS
NEW YORK NY 10018

CREDITOR ID: 381750-15
EZY TIME FOOD PRODUCTS BLENDCO INC
ATTN CHARLEY MCCAFFREY, PRES
8 JM TATUM INDUSTRIAL DRIVE
HATTIESBURG MS 39401

CREDITOR ID: 279360-36
FALCON FARMS INC
ATTN:  JAIRO RENGIFO
2330 NW 82ND AVE
MIAMI FL 33122-1511

CREDITOR ID: 403431-99
FALCON FARMS, INC
C/O TODTMAN NACHAMIE SPIZZ & JOHNS
ATTN ALEX SPIZZ, ESQ
425 PARK AVENUE, 5TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 249348-12
FALCON RICE MILL INC
ATTN: CHARLES D TRAHAN, VP
PO DRAWER 771
CROWLEY, LA 70526

CREDITOR ID: 406621-MS
FAVERO, TOM
3043 EGRET TERRACE
SAFETY HARBOR FL 34695

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 406632-MS
FITTS, GORDON M
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 402179-90
FITTS, GORDON M
136 ESSEX DRIVE
PAWLEYS ISLAND SC 29585

CREDITOR ID: 406632-MS
FITTS, GORDON M
136 ESSEX DRIVE
PAWLEYS ISLAND SC 29585

CREDITOR ID: 249667-12
FLOOR EQUIPMENT SERVICE CO INC
ATTN CAMILLE WHITTAKER, SEC/TREAS
300 N MEADOW STREET
METAIRIE, LA 70003

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

CREDITOR ID: 374946-44
FLOWERS BAKING CO OF JACKSONVILLE
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 249868-12
FLOWERS BAKING CO OF MORRISTOWN LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 251211-12
FLOWERS BAKING CO OF NORFOLK LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 411135-15
FLOWERS BAKING CO OF NORFOLK LLC
ATTN MISSY WILSON, CREDIT MGR
132 N BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 249869-12
FLOWERS BAKING CO OF THOMASVILLE
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 249856-12
FLOWERS BAKING CO OF VILLA RICA LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 269255-16
FOOD LION, LLC
ATTN REAL ESTATE DEPARTMENT
2110 EXECUTIVE BLVD
SALISBURY, NC 28145-1330

CREDITOR ID: 397198-67
FOOD LION, LLC
ATTN A O GOODRICH, ESQ/LEGAL DEPT
2110 EXECUTIVE DRIVE
SALISBURY, NC 28145-1330

CREDITOR ID: 269255-16
FOOD LION, LLC
AKIN GUMP, ET AL
ATTN PATRICK J IVIE, ESQ
2029 CENTURY PARK EAST, STE 2400
LOS ANGELES CA 90067-3012

CREDITOR ID: 406643-MS
FORBUS, DAVID L
103 BRIARCREST LANE
HENDERSONVILLE TN 37075

CREDITOR ID: 411043-15
FRANKFORT ELECTRIC & WATER PLANT BD
C/O CREDIT CLEARING HOUSE OF AM INC
ATTN CANDICE GRIMES
305 WEST MARKET STREET
LOUISVILLE KY 40202

CREDITOR ID: 374945-44
FRANKLIN BAKING CO LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 411136-15
FRANKLIN BAKING CO LLC
ATTN MISSY WILSON, CREDIT MGR
132 N BROAD STREET
THOMASVILLE GA 31772

CREDITOR ID: 399648-15
FROZSUN FOODS INCORPORATED
C/O FROZSUN, INC
ATTN LEGAL DEPT, PETER GWOSDOF, ESQ
701 W KIMBERLY AVENUE, SUITE 210
PLACENTIA CA 92870

CREDITOR ID: 250169-12
FURY'S FERRY SHOPPES
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 384137-47
G&M FOOD EQUIPMENT SALES & SERVICE
ATTN GREG BUXTON, MGR
PO BOX 7704
SPANISH FORT, AL 36577-7704

CREDITOR ID: 250259-12
GARDENS PARK PLAZA  219
505 S FLAGLER DR STE 1010
WEST PALM BEACH, FL 33401-5923

CREDITOR ID: 250259-12
GARDENS PARK PLAZA  219
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST, ESQ.
222 LAKEVIEW AVENUE, SUITE 1330
WEST PALM BEACH FL 33401

CREDITOR ID: 403716-94
GARDINER, LELAND M JR
716 RANDOLPH
HUNTSVILLE AL 35801

CREDITOR ID: 395015-59
GARDINER, LELAND M JR
716 RANDOLPH AVE SE
HUNTSVILLE, AL 35801

CREDITOR ID: 392401-55
GARDINER, MARY REGINA
C/O THE GLENN ARMENTOR LAW CORP
ATTN RICHARD E SMITH, ESQ
300 STEWART STREET
LAFAYETTE LA 70501

CREDITOR ID: 385264-54
GARGONE, PHILLIP
C/O TODD M LADOUCEUR, PA
ATTN TODD M LADOUCER, ESQ
4286 WOODBINE ROAD, SUITE A
PACE FL 32571

CREDITOR ID: 395561-15
GARGONE, PHILLIP
C/O TODD M LADOUCEUR, PA
ATTN TODD M LADOUCEUR, ESQ
4286 WOODBINE ROAD, SUITE A
PACE FL 32571

CREDITOR ID: 402606-89
GAROUTTE, JOHN W
2324 STONEGATE DR
WELLINGTON FL 33414

CREDITOR ID: 406664-MS
GAROUTTE, JOHN W
2324 STONEGATE DR
WELLINGTON FL 33414

CREDITOR ID: 250319-12
GATES UP, INC
ATTN RUTH REID, PRES
35400 BASELINE LANE
DADE CITY, FL 33525

CREDITOR ID: 410722-15
GATOR COASTAL SHOPPING CENTRE, LLC
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 394041-61
GAUNT, PRATT, RADFORD & METHE, PA
ATTN KENT S PRATT, PRES
1401 FORUM WAY, SUITE 500
WEST PALM BEACH, FL 33401

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
PO BOX 1929
EASLEY SC 29690

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 250345-12
GDS, INC ASHEVILLE
ATTN CHRISTI INGLE, CREDIT/COLLECT
1070 RIVERSIDE DRIVE
ASHVILLE NC 28804

CREDITOR ID: 250415-12
GENTILLY SQUARE
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 403314-83
GEORGE, HARTZ , LUNDEEN, ET AL
ATTN CHARLES M HARTZ
2866 E. OAKLAND PARK BLVD
FT. LAUDERDALE FL 33306

CREDITOR ID: 394068-61
GEORGE, HARTZ , LUNDEEN, ET AL
ATTN CHARLES M HARTZ
4800 LEJUNE RD
CORAL GABLES, FL 33146

CREDITOR ID: 401802-15
GEORGE, HARTZ , LUNDEEN, ET AL
ATTN SANDY R TOPKIN, ESQ
2866 E OAKLAND PARK BLVD
FT LAUDERDALE FL 33306

CREDITOR ID: 406125-97
GERBER PRODUCTS COMPANY
ATTN: JEFFREY J KIPPE, ASSOC DIR
200 KIMBALL DRIVE
PARSIPPANY NJ 07054

CREDITOR ID: 279364-36
GERBER PRODUCTS COMPANY
ATTN JEFFREY J KIPPE, ASSOC DIR
445 STATE STREET
FREEMONT MI 49413-0001

CREDITOR ID: 250545-12
GERBER PRODUCTS COMPANY
ATTN JEFF KIPPE
445 STATE STREET
FREEMONT, MI 49413

CREDITOR ID: 250545-12
GERBER PRODUCTS COMPANY
C/O KELLEY DRYE & WARREN, LLP
ATTN J CARR & A PAK, ESQS
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 250724-12
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT, CREDIT MGR
909 PACKERLAND DRIVE
GREEN BAY  WI 54303

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
ATTN LYNN KIRK, MGR
24 E COTA STREET
SANTA BARBARA, CA 93101

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
C/O ANDREW J CAVANAUGH LAW OFFICES
ATTN ANDREW J CAVANAUGH, ESQ
205 E ANAPAMU STREET
SANTA BARBARA CA 93101

CREDITOR ID: 1390-07
GRE PROPERTIES LLC
ATTN NORMA JEANE G RAYBURN
3 CONFEDERATE POINT
SPANISH FORT, AL 36527

CREDITOR ID: 410943-15
GRE PROPERTIES, LLC
C/O HELD & ISRAEL
ATTN EDWIN H WELD, JR, ESQ.
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 403504-15
GREATAMERICA LEASING CORPORATION
ATTN SHARON KEYS
PO BOX 609
CEDAR RAPIDS IA 52406-0609

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O JP METZ CO, INC
ATTN DANIEL MELROD, GP
1990 M STREET NW, SUITE 650
WASHINGTON DC 20036

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O WOMBLE CARLYLE SANDRIDGE & RICE
ATTN JEFFREY L TARKENTON, ESQ
1401 EYE STREET NW, 7TH FL
WASHINGTON DC 20005

CREDITOR ID: 398591-78
GULLEDGE, BARBARA
1723 TREASURE CAY DRIVE
MANSFIELD, TX 76063

CREDITOR ID: 251117-12
H2O TRANSPORT, INC
ATTN DANIEL G WALKER, PRES
7738 OTT WILLIAMS ROAD
CLERMONT FL 34714

CREDITOR ID: 402203-90
HAMMOND, WALTER B
307 THREE SKILLET ROAD
SPRINGTOWN TX 76082

CREDITOR ID: 406715-MS
HAMMOND, WALTER B
307 THREE SKILLET RD
SPRINGTOWN TX 76082

CREDITOR ID: 251283-12
HARRIS FREEMAN & CO, LP
ATTN CFO
DEPT 2412
LOS ANGELES, CA 90084-2412

CREDITOR ID: 251283-12
HARRIS FREEMAN & CO, LP
C/O DEMBO & SALDUTTI
ATTN ANNE S CANTWELL, ESQ
102 BROWNING LANE, BLDG B
CHERRY HILL NJ 08003

CREDITOR ID: 402654-89
HART, WILLIAM V
1705 LEESTOWN RD, APT 703
LEXINGTON KY 40511

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 406735-MS
HART, WILLIAM V
1705 LEESTOWN RD, APT 703
LEXINGTON KY 40511

CREDITOR ID: 383209-15
HARTFORD INSURANCE CO, SUBROGEE
TO MAXINE POWELL-DACOSTA
C/O CHERYL L BLOCKER, ESQ
BAYPORT PLAZA, SUITE 1100
3000 BAYPORT DRIVE
TAMPA FL 33607

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 2291-07
HARTWELL PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 279370-36
HARTZ MOUNTAIN CORPORATION, THE
ATTN JOHN RUSSAK CR MGR
400 PLAZA DRIVE
SECAUCUS  NJ 07094-3688

CREDITOR ID: 251374-12
HEADLEY PLUMBING CO, INC
ATTN THOMAS HADLEY JR, PRES
5520 MAIN STREET
MILLBROOK, AL 36054-4902

CREDITOR ID: 403746-94
HEALY, LIEN N
10330 NW 28TH PLACE
OCALA FL 34482

CREDITOR ID: 400734-91
HEALY, LIEN N
10330 NW 28TH PLACE
OCALA FL 34482

CREDITOR ID: 382021-36
HELUVA GOOD LLC
ATTN JAMES F JULIAN
6551 PRATT RD
PO BOX 410
SODUS NY 14551

CREDITOR ID: 406755-MS
HESTER, LARRY E
3562 LAKE BAYSHORE DR, CONDO K202
BRADENTON FL 34205

CREDITOR ID: 145862-09
HILL, ARLEEN M
336 STRELING ROSE CT
APOPKA FL 32703

CREDITOR ID: 251626-12
HILLANDALE FARMS, INC
ATTN JO N WARD
PO BOX 2109
LAKE CITY, FL 32056-2109

CREDITOR ID: 251626-12
HILLANDALE FARMS, INC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410522-15
HILLCREST GDS, LLC
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 251673-12
HOBART CORPORATION
ATTN HAROLD W LEWIS, PRES
444 SOUTH WALNUT STREET
FLORENCE, AL 35630

CREDITOR ID: 395303-63
HOBART CORPORATION
ATTN A CLUTTER/C BICE/ T JOHNSON
701 S RIDGE AVENUE
TROY, OH 45374-0001

CREDITOR ID: 251715-12
HOEKSEMA ENTERPRISES, INC DBA
GILLIARDS TRUCK SERVICE
ATTN RICK HOEKSEMA, PRES
2740 INDUSTRIAL PARK DRIVE
LAKELAND FL 33801

CREDITOR ID: 251849-12
HOT SHOT STEAM CLEANING
ATTN JOHN P HUTCHINGS, OWNER
PO BOX 242
LAKE COMO, FL 32157-0242

CREDITOR ID: 403763-94
HOWARD, LARRY B
5757 OAK LAKE TRAIL
OVIEDO FL 32765

CREDITOR ID: 36637-05
HOWARD, LARRY B
5757 OAK LAKE TRAIL
OVIEDO FL 32765

CREDITOR ID: 403764-94
HOWARD, RAMENA M
5757 OAK LAKE TRAIL
OVIEDO FL 32765

CREDITOR ID: 395078-59
HOWARD, RAMENA M
5757 OAK LAKE TRAIL
OVIEDO, FL 32765

CREDITOR ID: 382023-36
HP HOOD LLC
ATTN DAVID E HOWES, CR MGR
1250 EAST STREET SOUTH
SUFFIELD CT 06078-2498

CREDITOR ID: 251102-12
HR LEWIS PETROLEUM CO
ATTN JERRY STAPP, VP
PO BOX 40763
JACKSONVILLE, FL 32203-0763

CREDITOR ID: 1447-07
HUDSON SQUARE CENTER INC
10912 N 56TH STREET
TEMPLE TERRACE FL 33617-3004

CREDITOR ID: 1447-07
HUDSON SQUARE CENTER INC
C/O MORSE & GOMEZ, PA
ATTN ALBERTO F GOMEZ JR, ESQ
119 S DAKOTA AVENUE
TAMPA FL 33606

CREDITOR ID: 406792-MS
HUEY, ROBERT E
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

### Order Disallowing and Expunging (A) Duplicate Claims and
### (B) Amended and Superseded Claims as Set Forth in the
### Debtors' Second Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 403771-94
HUEY, ROBERT E
900 MAYAPPLE TERRACE
JACKSONVILLE FL 32259

CREDITOR ID: 406792-MS
HUEY, ROBERT E
900 MAYAPPLE TERRACE
JACKSONVILLE FL 32259

CREDITOR ID: 399797-84
HUGHES, THERESA
C/O MORRIS CARY ANDREWS ET AL
ATTN TRACY W CARY, ESQ
3334 ROSS CLARK CIRCLE
DOTHAN AL 36303

CREDITOR ID: 381924-15
HUGHES, THERESA
C/O MORRIS CARY ANDREWS ET AL
ATTN TRACY W CARY, ESQ
3334 ROSS CLARK CIRCLE
PO BOX 1649
DOTHAN AL 36302

CREDITOR ID: 403772-94
HUGUENIN, LARRY B
738 KNOLLVIEW BLVD
ORMOND BEACH FL 32174-4634

CREDITOR ID: 400760-91
HUGUENIN, LARRY B
738 KNOLLVIEW BLVD
ORMOND BEACH FL 32174-4634

CREDITOR ID: 392019-55
HUTSON, KENNETH
C/O BARRS WILLIAMSON STOLBERG ET AL
ATTN MELISSA S WIEGNER, ESQ
2503 WEST SWANN AVENUE
TAMPA FL 33609-4017

CREDITOR ID: 279376-36
IFCO SYSTEMS, NA
ATTN MARIO PRATTS, CREDIT MGR
6829 FLINTLOCK ROAD
HOUSTON  TX 77040

CREDITOR ID: 403776-94
INCLAN, GARY B
2806 TUPELO COURT
LONGWOOD FL 32779

CREDITOR ID: 406804-MS
INCLAN, GARY B
2806 TUPELO COURT
LONGWOOD FL 32779

CREDITOR ID: 404877-95
INFORMATION RESOURCES INC
ATTN PETER J DIMAGGIO, CREDIT MGR
4766 PAYSHERE CIRCLE
CHICAGO IL 60694

CREDITOR ID: 397648-72
INFORMATION RESOURCES INC
ATTN JEFF GRUBER, CR REP
150 N CLINTON STREET
CHICAGO, IL 60661-1416

CREDITOR ID: 382722-51
INFORMATION RESOURCES INC
ATTN JEFF GRUBER, CREDIT REP
150 N CLINTON STREET
CHICAGO, IL 60661-1416

CREDITOR ID: 399337-15
INGRAM ENTERTAINMENT INC
ATTN DORIS NELMS
TWO INGRAM BLVD
LAVERNGE TN 37086

CREDITOR ID: 252195-12
INNOSEAL SYSTEMS INC
ATTN JEFFREY S REBH, PRES
8041 ARROWBRIDGE BLVD, SUITE 1
CHARLOTTE NC 28273

CREDITOR ID: 410788-15
IRT PARTNERS, LP
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 252747-12
JANI KING OF TAMPA BAY
ATTN DAWN EGLINTON, COLL MGR
2469 SUNSET POINT RD, SUITE 250
CLEARWATER, FL 33765

CREDITOR ID: 279142-33
JA-RU, INC
ATTN KENNETH T KOCHAN, CFO
4030 PHILLIPS HIGHWAY
JACKSONVILLE FL 32207

CREDITOR ID: 279142-33
JA-RU, INC
C/O HELD & ISRAEL
RIVERPLACE TOWER, SUITE 1916
1301 RIVERPLACE BLVD
JACKSONVILLE FL 33207-9073

CREDITOR ID: 402718-89
JENKINS, WILLIS
3025 WOODLAND CHURCH ROAD
YOUNGSVILLE NC 27596

CREDITOR ID: 406817-MS
JENKINS, WILLIS
3025 WOODLAND CHURCH RD
YOUNGSVILLE NC 27596

CREDITOR ID: 253299-12
JOHNS SEAFOOD COMPANY
ATTN FRANK J PANEPINTO, OFF MGR
1709 LAKE SALVADOR DRIVE
HARVEY, LA 70058

CREDITOR ID: 406822-MS
JOHNSON, HUGH T JR
103 CATHEDRAL WAY
CARY NC 27513

CREDITOR ID: 395580-15
JOHNSONDIVERSEY FOOD GROUP
ATTN MILES LULE, CREDIT ANALYST
8310 16TH STREET, MS 4880
PO BOX 902
STURTEVANT WI 53177

CREDITOR ID: 402728-89
JOHNSTON, KENNETH
100 RIDGEWOOD CT
ELIZABETHTOWN KY 42701

CREDITOR ID: 402728-89
JOHNSTON, KENNETH
C/O SKEETERS BENNETT & WILSON PLC
ATTN MICHAEL A PIKE, ESQ
PO BOX 610
RADCLIFF KY 40160

CREDITOR ID: 406828-MS
JOHNSTON, KENNETH
C/O SKEETERS BENNETT & WILSON PLC
ATTN MICHAEL A PIKE, ESQ
PO BOX 610
RADCLIFF KY 40160

# SERVICE LIST

## Order Disallowing and Expunging (A) Duplicate Claims and
## (B) Amended and Superseded Claims as Set Forth in the
## Debtors' Second Omnibus Claims Objection

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                     **CASE: 05-03817-3F1**

CREDITOR ID: 406828-MS
JOHNSTON, KENNETH
100 RIDGEWOOD CT
ELIZABETHTOWN KY 42701

CREDITOR ID: 405959-15
JONES WALKER
ATTN A BRUNS OR W BACKSTROM JR ESQS
201 ST CHARLES AVENUE, 48TH FLOOR
NEW ORLEANS LA 70170

CREDITOR ID: 380973-47
JT LOUISIANA CONST & MAINT INC
ATTN JOHN TODESCO SR, PRESIDENT
PO BOX 1093
KENNER, LA 70063-1093

CREDITOR ID: 407691-15
JT LOUISIANA CONST & MAINT INC
ATTN JOHN A TODESCO, SR, PRESIDENT
8401 DRURY ST
METAIRIE LA 70003

CREDITOR ID: 253557-12
K JACOBS TRANSPORTATION LLC
ATTN KELLY JACOBS JR OR M JACOBS
PO BOX 1266
MCDONOUGH, GA 30253-1266

CREDITOR ID: 253567-12
KAL KAN FOODS INC
PO BOX 402821
ATLANTA, GA 30384-2821

CREDITOR ID: 407570-15
KAL KAN FOODS INC - MASTERFOODS USA
ATTN ALTHEA GEORGES, CUST CARE MGR
800 HIGH STREET
HACKETTSTOWN NJ 07840

CREDITOR ID: 395542-15
KAMAN INDUSTRIAL TECHNOLOGIES
ATTN MICHAEL CONDON
1 WATERSIDE CROSSING
WINDSOR CT 06095

CREDITOR ID: 400781-91
KAUS, JAMES JOHN
7403 FONTANA RIDGE LANE
RALEIGH NC 27613- 000

CREDITOR ID: 406844-MS
KAUS, JAMES JOHN
7403 FONTANA RIDGE LANE
RALEIGH NC 27613

CREDITOR ID: 380999-47
KC LOGISTICS CO
ATTN JEAN M WESTBERRY, PRES
PO BOX 5533
FLORENCE, SC 29502-5533

CREDITOR ID: 375669-44
KC LOGISTICS CO
ATTN JEAN M WESTBERRY, PRES
PO BOX 5533
FLORENCE, SC 29502-5533

CREDITOR ID: 253554-12
KC LOGISTICS CO
ATTN JEAN M WESTBERRY, PRES
PO BOX 5533
FLORENCE SC 29502-5533

CREDITOR ID: 406847-MS
KELLER, BRADLEY T
1660 BEAR CROSSING CIRCLE
APOKA FL 32703

CREDITOR ID: 41298-05
KELLER, BRADLEY T
1660 BEAR CROSSING CIRCLE
APOPKA, FL 32703

CREDITOR ID: 382029-36
KEMPS LLC
ATTN STEVE CARLSON, CREDIT MGR
1270 ENERGY LANE
ST PAUL MN 55108

CREDITOR ID: 398214-74
KIESEWETTER WISE KAPLAN PRATHER PLC
ATTN S HYMOWITZ OR P PRATHER, ESQS
3725 CHAMPION HILLS DR, STE 3000
MEMPHIS TN 38125

CREDITOR ID: 382756-51
KOLDENHOVEN & ASSOCIATES, INC DBA
THE CHRISTENSEN GROUP
ATTN LINDA KOLDENHOVEN, PRESIDENT
4395 SAINT JOHNS PKWY
SANFORD, FL 32771-5381

CREDITOR ID: 402086-15
LA QUINTA INN ORLANDO/WINTER PARK
ATTN OJASH N JARIWALA
626 LEE ROAD
ORLANDO FL 32810

CREDITOR ID: 254255-12
LA QUINTA ORLANDO WINTERPARK
ATTN ROBERT GEDCON, ASST GM
626 LEE ROAD
ORLANDO, FL 32810

CREDITOR ID: 254283-12
LADYBUGS MAINTENANCE, INC
ATTN DOUG L TERRO, SEC/TREAS
PO BOX 60351
LAFAYETTE LA 70596-0351

CREDITOR ID: 403802-94
LAFEVER, DANIEL G
5004 SHELLEY COURT
ORLANDO FL 32807-1372

CREDITOR ID: 381929-15
LAKESIDE MILLS, INC
ATTN BRYAN KING
PO BOX 230
RUTHERFORDTON NC 28139

CREDITOR ID: 254345-12
LAKESIDE MILLS, INC
DEPT CODE 196
PO BOX 32849
CHARLOTTE NC 28232-2849

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA PA 19103-4196

CREDITOR ID: 399727-15
LASER NETWORKING, INC
ATTN RHONDA COCHENOUR
9850 PELHAM RD
TAYLOR MI 48180

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 410523-15<br>LAW, TRAVIS<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 410521-15<br>LEWIS, TIFFNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 279053-99<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 254941-12<br>LOGO CHAIR DBA LOGO INC<br>ATTN SHEA POPE, REGIONAL SALES MGR<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 |
| CREDITOR ID: 381044-47<br>LOGO INC<br>ATTN WILLIAM MCCAULEY, PRES<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 | CREDITOR ID: 255178-12<br>M&M MARS<br>PO BOX 100593<br>ATLANTA, GA 30384-0593 | CREDITOR ID: 407569-15<br>M&M MARS - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 |
| CREDITOR ID: 255225-12<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 |
| CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 255308-12<br>MAGLA PRODUCTS LLC<br>ATTN JANE CORLEY, AR MGR<br>PO BOX 1934<br>MORRISTOWN, NJ 07962-1934 | CREDITOR ID: 399352-15<br>MAPA SPONTEX, INC<br>ATTN SUE ELLEN POLK, CR COLL SUPERV<br>100 SPANTEX DRIVE<br>COLUMBIA TN 38401 |
| CREDITOR ID: 399638-15<br>MAPLES GAS COMPANY, INC<br>ATTN THOMAS L WEBB<br>PO BOX 292<br>MERIDIAN MS 39302 | CREDITOR ID: 255391-12<br>MAPLES GAS COMPANY, INC<br>C/O HELD & ISRAEL<br>ATTN ADMA N FRISCH, ESQ<br>RIVERPLACE TOWER, SUITE 1916<br>1301 RIVERPLACE BLVD<br>JACKSONVILLE FL 32207-9073 | CREDITOR ID: 255391-12<br>MAPLES GAS COMPANY, INC<br>ATTN THOMAS L WEBB, ESQ<br>PO BOX 292<br>MERIDIAN, MS 39302-0292 |
| CREDITOR ID: 399631-15<br>MARIANI PACKING COMPANY<br>ATTN DOREEN I DEDELOW, ACCTG MGR<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688-8706 | CREDITOR ID: 397347-15<br>MARKY'S CAVIAR<br>ATTN PATRICIA PARKER<br>687 NE 79TH STREET<br>MIAMI FL 33138 | CREDITOR ID: 403456-15<br>MARLIN LEASING CORPORATION<br>ATTN REBECCA SENTELL<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 |
| CREDITOR ID: 406931-MS<br>MARTIN, JOSEPH<br>9 RED OAK<br>COVINGTON KY 70433 | CREDITOR ID: 315696-36<br>MATRANA'S PRODUCE INC<br>ATTN CAMILE MATRANA JR, VP<br>201 LOUISIANA STREET<br>WESTWEGO LA 70094 | CREDITOR ID: 255857-12<br>MCCLELLAN TRUCK LINES<br>ATTN ARTHUR L MCCLELLAN, CEO<br>PO BOX 1327<br>TIFTON, GA 31793-1327 |
| CREDITOR ID: 255894-12<br>MCGRIFF TRANSPORTATION, INC<br>C/O ST JOHN & ST JOHN, LLC<br>ATTN FINIS E ST JOHN, ESQ<br>PO BOX 2130<br>CULLMAN AL 35056 | CREDITOR ID: 255894-12<br>MCGRIFF TRANSPORTATION, INC<br>ATTN JEFF MCGRIFF<br>PO BOX 1148<br>CULLMAN, AL 35056 | CREDITOR ID: 406127-97<br>MCKEE FOODS CORPORATION<br>ATTN BARRY S PATTERSON, CFO<br>PO BOX 2118<br>COLLEGEDALE TN 37315 |

**SERVICE LIST**

Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 255906-12
MCKEE FOODS CORPORATION
ATTN VALERIE PHILLIPS
PO BOX 750
COLLEGEDALE, TN 37315

CREDITOR ID: 390646-55
MCMULLEN, SANDRA
C/O HINTON & POWELL
ATTN DOUGLAS R POWELL, ESQ
3340 PEACHTREE ROAD NE, SUITE 2800
ATLANTA GA 30326

CREDITOR ID: 400278-85
MCNEIL, FREDDIE
C/O JAMES A JOHNSON, PC
ATTN HENDRIK S SNOW, ESQ
21 N FLORIDA STREET
MOBILE AL 36607

CREDITOR ID: 255920-12
MCPHERSON BEVERAGES, INC
ATTN R M HULL JR/M HULL
1330 STANCELL ST
ROANOKE RAPIDS, NC 27870

CREDITOR ID: 399287-15
MCW DEVELOPMENT, INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 255924-12
MCW DEVELOPMENT, INC
C/O SIROTE & PERMUTT, PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 397351-15
MCW-RC GA PEACHTREE PKWY PLAZA, LLC
ATTN ANGELA RETTERBUSH
121 WEST FORSYTH STREET, SUITE 200
JACKSONVILLE FL 32202

CREDITOR ID: 408260-99
MCW-RC GA PEACHTREE PKWY PLAZA, LLC
C/O HELD & ISREAL
ATTN A FRISCH/E W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 406983-MS
MELVIN, CHARLES L
299 LAKEVIEW CABINS DR
NEW CONCORD KY 42076

CREDITOR ID: 50633-05
MENDEZ, OSLY Y
C/O MALCA AND JACOBS, PA
ATTN RAMON MALCA, ESQ
5975 SUNSET DRIVE, SUITE 801
SOUTH MIAMI FL 33143

CREDITOR ID: 50633-05
MENDEZ, OSLY Y
5716 CODY STREET
HOLLYWOOD FL 33021

CREDITOR ID: 256088-12
MERIDIAN COCA COLA BOTTLING CO
ATTN THOMAS L WEBB
PO BOX 5207
MERIDIAN, MS 39302-5207

CREDITOR ID: 279149-33
MERIDIAN COCA-COLA BOTTLING CO
C/O THOMAS L. WEBB, ESQ
613 22ND AVENUE
MERIDIAN MS 39301

CREDITOR ID: 384235-47
METTLER-TOLEDO, INC
ATTN DANIEL P BUETTIN, RET CR DEPT
1900 POLARIS PARKWAY
COLUMBUS OH 43240

CREDITOR ID: 262856-12
MIAMI HERALD PUBLISHING CO, THE
ATTN ERASMO ACOSTA JR, CREDIT MGR
ONE HERALD PLAZA, 2ND FL
MIAMI FL 33132

CREDITOR ID: 256176-12
MIAMI SAFE & LOCK INC
ATTN CYNTHIA BAGWELL
11750 SW 95TH AVENUE
MIAMI, FL 33176-4251

CREDITOR ID: 403839-94
MICKIE, MICHAEL J
50 PALM HARBOR PKWY, UNIT 31
PALM COAST FL 32137

CREDITOR ID: 406988-MS
MICKIE, MICHAEL J
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 406988-MS
MICKIE, MICHAEL J
50 PALM HARBOR PKWY
PALM COAST FL 32137

CREDITOR ID: 278523-24
MIDWEST CENTERS LTD
ATTN ALVIN LIPSON, MANAGING MEMBER
3307 CLIFTON AVENUE
CINCINNATI OH 45220

CREDITOR ID: 625-03
MISSISSIPPI POWER CO
ATTN JAN STUART
401 WEST MAIN AVE
LUMBERTON MS 39455

CREDITOR ID: 384244-47
MISSISSIPPI POWER CO
ATTN JAN STUART
401 WEST MAIN AVE
LUMBERTON MS 39455

CREDITOR ID: 403848-94
MORENE, SAUNDRA R
3005 RHONE CT
JACKSONVILLE FL 32208

CREDITOR ID: 400836-91
MORENE, SAUNDRA R
3005 RHONE CT
JACKSONVILLE FL 32208

CREDITOR ID: 407012-MS
MORGAN, WILLIAM E
6479 SABLE WOODS DRIVE EAST
JACKSONVILLE FL 32244

CREDITOR ID: 399353-15
MORGAN COMPANY, THE
C/O GINNIE VAN KESTEREN, ESQ
111 SECOND AVENUE NE, SUITE 706
ST PETERSBURG FL 33701

CREDITOR ID: 256690-12
MOSBY PACKING CO, INC
C/O THOMAS L WEBB LAW OFFICE
ATTN THOMAS L WEBB, ESQ
613 22ND AVENUE
PO BOX 308
MERIDIAN MS 39302-0308

Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 256690-12
MOSBY PACKING CO, INC
W STATION
PO BOX 4253
MERIDIAN, MS 39305

CREDITOR ID: 408316-15
MOULTON PROPERTIES, INC
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 256761-12
MSJ TRUCKING INC
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 381758-15
MSJ TRUCKING INC
C/O PARNELL & CRUM PA
ATTN BRITT BATSON GRIGGS ESQ
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 395578-15
MURRAY'S CONTRACT HARDWARE, INC
ATTN WALTER S MURRAY SR, PRES
5429 RAMONA BLVD
JACKSONVILLE FL 32205

CREDITOR ID: 410409-15
NALLEY, G B JR & GARRETT BP JR, TTE
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 410409-15
NALLEY, G B JR & GARRETT BP JR, TTE
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 399690-YY
NATCO INC FKA HOBART SALES & SVCE
ATTN BELLA NATALICCHIO
PO BOX 4607
WILMINGTON NC 28406

CREDITOR ID: 257152-12
NEW ORLEANS CUISINE ENTERPRISES INC
ATTN DONALD BARKEMEYER, OWNER
14854 HAYNE BLVD
NEW ORLEANS, LA 70128

CREDITOR ID: 399270-15
NORTHEAST MISSISSIPPI COCA-COLA
HELD & ISRAEL
ATTN ADMA N FRISCH, ESQ
RIVERPLACE TOWER, SUITE 1916
1301 RIVERPLACE BLVD
JACKSONVILLE FL 32207-9073

CREDITOR ID: 399270-15
NORTHEAST MISSISSIPPI COCA-COLA
BOTTLING CO INC
PO BOX 968
STARKVILLE MS 39760

CREDITOR ID: 399270-15
NORTHEAST MISSISSIPPI COCA-COLA
C/O THOMAS L WEBB LAW OFFICE
ATTN THOMAS L WEBB, ESQ
613 22ND AVENUE
PO BOX 308
MERIDIAN MS 39302-0308

CREDITOR ID: 395547-15
NORTHWEST NATURAL PRODUCTS, INC
ATTN ELLEN PONAS/RON RIDDOUT
6350 NE CAMPUS DRIVE
VANCOUVER WA 98661

CREDITOR ID: 406126-97
NOVARTIS CONSUMER HEALTH INC
ATTN: JEFFREY J KIPPE, ASSOC DIR
200 KIMBALL DRIVE
PARSIPPANY NJ 07054

CREDITOR ID: 279255-35
NOVARTIS CONSUMER HEALTH, INC
ATTN JEFFREY J KIPPE
445 STATE STREET
FREMONT MI 49413-0001

CREDITOR ID: 279255-35
NOVARTIS CONSUMER HEALTH, INC
C/O KELLEY DRYE & WARREN, LLP
ATTN J CARR & A PAK, ESQS
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 376433-44
NOWELL, LINDA C, BENEFICIARY
OF MORRIS M NOWELL
609 COOKSTOWN DRIVE
SMYRNA, TN 37167

CREDITOR ID: 257482-12
NU-SAFE FLOOR SOLUTIONS INC
ATTN PATRICIA FISHER, PRES
PO BOX 663
FLORENCE, KY 41022-0663

CREDITOR ID: 403433-15
OASIS STAFFING
ATTN JOANN DELUCA
4400 N CONGRESS AVE, STE 150
WEST PALM BEACH FL 33407

CREDITOR ID: 257533-12
OASIS STAFFING
ATTN JOANN DELUCA
4400 N CONGRESS AVENUE, SUITE 150
WEST PALM BEACH FL 33407

CREDITOR ID: 378298-15
OCEAN SPRAY CRANBERRIES, INC
ATTN BEVERLY COSTA, CR MGR
1 OCEAN SPRAY DR
LAKEVILLE MA 02349

CREDITOR ID: 410526-15
OCEANWAY PLAZA ASSOCS, LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 406146-15
OHIO CASUALTY INSURANCE CO, THE
C/O MANIER & HEROD
ATTN J FRANKS/T PENNINGTON, ESQS
150 FOURTH AVE N, SUITE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 257738-12
ORANGEBURG PUBLIC UTILITY DEPT
C/O ROBINSON MCFADDEN & MOORE, PC
ATTN ANNEMARIE B MATHEWS, ESQ
1901 MAIN STREET, SUITE 1200
PO BOX 944
COLUMBIA SC 29202

CREDITOR ID: 257738-12
ORANGEBURG PUBLIC UTILITY DEPT
ATTN MICHAEL G SELLS, DIRECTOR
PO BOX 1057
ORANGEBURG, SC 29116-1057

CREDITOR ID: 410445-15
OSCHIN, SAMUEL, TRUSTEE
C/O SULMEYERKUPETZ, PC
ATTN DAVID S KUPETZ, ESQ.
333 SOUTH HOPE STREET, 35TH FLOOR
LOS ANGELES CA 90071

CREDITOR ID: 410445-15
OSCHIN, SAMUEL, TRUSTEE
BARBARA OSCHIN PRIMICERIO TRUST
ATTN PATRICIA WHITELEY
400 SOUTH HOPE STREET, SUITE 400
LOS ANGELES CA 90071-2806

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257806-12<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | CREDITOR ID: 382059-36<br>OTIS SPUNKMEYER INC<br>ATTN TED COMITO/ KATHY SOLIZ<br>14490 CATALINA ST<br>SAN LEANDRO CA 94577 | CREDITOR ID: 402366-90<br>OWENS, RODERICK<br>594 JAMES ST<br>LILBURN GA 30047 |
| CREDITOR ID: 407050-MS<br>OWENS, RODERICK<br>594 JAMES STREET<br>LILBURN GA 30047 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 |
| CREDITOR ID: 402088-15<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 | CREDITOR ID: 378302-15<br>PASKERT DISTRIBUTING CO<br>C/O KASS SHULER SOLOMON ET AL<br>ATTN LARRY FOYLE ESQ<br>1505 N FLORIDA AVENUE<br>PO BOX 800<br>TAMPA FL 33601 | CREDITOR ID: 258087-12<br>PASKERT DISTRIBUTING CO<br>C/O KASS, SHULER ET AL<br>ATTN LARRY FOYLE, ESQ<br>1505 N FLORIDA AVENUE<br>TAMPA FL 33602 |
| CREDITOR ID: 258087-12<br>PASKERT DISTRIBUTING CO<br>9318 FLORIDA PALM DRIVE<br>TAMPA, FL 33619 | CREDITOR ID: 279033-32<br>PEACE RIVER CITRUS PRODUCTS<br>ATTN ANDREW TAYLOR, FIN VP<br>582 BEACHLAND BLVD, SUITE 300<br>VERO BEACH FL 32963 | CREDITOR ID: 258252-12<br>PEDRINI USA INC<br>AT PEDRINI PLAZA<br>ATTN CAROL MASTROMONICA, CONTROLLER<br>500 CHURCH STREET<br>BAYPORT, NY 11705 |
| CREDITOR ID: 279126-32<br>PEPSI BOTTLING VENTURES LLC<br>C/O SMITH ANDERSON BLOUNT ET AL<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | CREDITOR ID: 408402-15<br>PEPSI BOTTLING VENTURES, LLC<br>SMITH, ANDERSON, BLOUNT, ET AL<br>ATTN AMOS U PRIESTER, IV, ESQ<br>2500 WACHOVIA CAPITOL CENTER<br>PO BOX 2611<br>RALEIGH  NC 27601 | CREDITOR ID: 408402-15<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609 |
| CREDITOR ID: 258333-12<br>PEPSI COLA BOTTLING<br>ATTN MARVIN G MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE, AL 36049 | CREDITOR ID: 258337-12<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | CREDITOR ID: 410567-15<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 |
| CREDITOR ID: 407073-MS<br>PERKINS, MARVIN<br>6200 MIAL PLANTATION ROAD<br>RALEIGH NC 27610-9643 | CREDITOR ID: 384288-47<br>PESCANOVA INC<br>ATTN: JOSE ABBAD, CEO<br>848 BRICKELL AVE, STE 210<br>MIAMI, FL 33131 | CREDITOR ID: 381766-15<br>PESCANOVA, INC<br>C/O METROGROUP<br>ATTN MARCUS L ARKY, ESQ<br>61 BROADWAY, SUITE 1410<br>NEW YORK NY 10006 |
| CREDITOR ID: 403882-94<br>PFOST, STEPHEN C<br>23216 DOVER DRIVE<br>LAND O'LAKES FL 34639 | CREDITOR ID: 400870-91<br>PFOST, STEPHEN C<br>23216 DOVER DR<br>LAND O'LAKES FL 34639 | CREDITOR ID: 380959-47<br>PHARMACY RELIEF SVCS OF CTR FL INC<br>ATTN MARILYN A CUSKADEN, PRES<br>1810 POINCIANA RD<br>WINTER PARK, FL 32792 |
| CREDITOR ID: 258435-12<br>PHARMACY RELIEF SVCS OF CTR FL INC<br>ATTN MARILYB A CUSKADEN, PRES<br>1810 POINCIANA RD<br>WINTER PARK FL 32792 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381960-15<br>PIEDMONT NATURAL GAS<br>ATTN W G HARTSELL, DIST MGR<br>PO BOX 1149<br>HICKORY NC 28232 | CREDITOR ID: 382068-36<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | CREDITOR ID: 1712-07<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 |
| CREDITOR ID: 258574-12<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 404021-15<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | CREDITOR ID: 258656-12<br>PLUMROSE USA INC<br>ATTN ELVIRA LAGANA, CR MGR<br>7 LEXINGTON AVENUE<br>EAST BRUNSWICK NJ 08816 |
| CREDITOR ID: 258669-12<br>POINTE COUPEE ELECTRIC<br>ATTN KATHY STEELE, COLL SUPERV<br>PO BOX 160<br>NEW ROADS, LA 70760-0160 | CREDITOR ID: 402296-90<br>POWELL, CHARLES E<br>1206 CELY ROAD<br>EASLEY SC 29640 | CREDITOR ID: 407097-MS<br>POWELL, CHARLES E<br>1206 CELY RD<br>EASLEY SC 29642 |
| CREDITOR ID: 259749-12<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 384327-47<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 |
| CREDITOR ID: 258798-12<br>PRECISION PLUMBING & AIR INC<br>ATTN MARY S FRANK, OWNER<br>PO BOX 180279<br>RICHLAND, MS 39218-0279 | CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL 33025 | CREDITOR ID: 279385-36<br>PREMIER BEVERAGE COMPANY, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN GERARD S CATALANELLO, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 258920-12<br>PRO-ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWITZ<br>156 20TH AVENUE SE<br>ST PETERSBURG FL 33705 | CREDITOR ID: 399355-15<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 |
| CREDITOR ID: 258983-12<br>PROJECT ASSISTANTS, INC<br>ATTN ROBERT KIRKPATRICK<br>1409 FOULK ROAD, SUITE 200<br>WILMINGTON, DE 19803 | CREDITOR ID: 258983-12<br>PROJECT ASSISTANTS, INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: MICHAEL G BUSENKELL, ESQ<br>1201 NORTH MARKET STREET<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 376677-44<br>PUMPHREY, T G<br>MANAGEMENT SECURITY PLAN<br>PO BOX 2649<br>PONTE VEDRA, FL 32004 |
| CREDITOR ID: 407105-MS<br>PUMPHREY, THOMAS G<br>PO BOX 2649<br>PONTE VEDRA BEACH FL 32004 | CREDITOR ID: 394015-61<br>PYE, IRENE<br>9759 MACARTHUR COURT S<br>JACKSONVILLE, FL 32246 | CREDITOR ID: 383213-15<br>PYE, IRENE L<br>9759 MACARTHUR CT S<br>JACKSONVILLE FL 32246 |
| CREDITOR ID: 400119-15<br>PYXIS CONSULTING GROUP INC DBA<br>BAYFORCE TECHNOLOGY SOLUTIONS ET AL<br>C/O LAU LANE PIEPER CONLEY ET AL<br>PO BOX 838<br>TAMPA FL 33601 | CREDITOR ID: 380952-47<br>RAUCH INDUSTRIES INC<br>ATTN HENRY TAYLOR CREDIT MGR<br>PO BOX 534182<br>ATLANTA, GA 30353-4182 | CREDITOR ID: 399401-15<br>RAUCH INDUSTRIES INC<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 |

SERVICE LIST
Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 252380-12<br>RAYMER'S LAWN & SWEEPING SERVICE<br>ATTN IVA RAYMER, OWNER<br>8716 WINDSOR VIEW DRIVE<br>LOUISVILLE, KY 40272 | CREDITOR ID: 259354-12<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | CREDITOR ID: 259361-12<br>REDDWERKS CORPORATION<br>ATTN RICHARD PIOTROWSKI, VP FINANCE<br>38155 S CAPITAL OF TX HWY, STE 275<br>AUSTIN TX 78704 |
| CREDITOR ID: 402926-89<br>REDNOUR, STEVE K<br>570 BARBARA SUE LANE<br>MT WASHINGTON KY 40047 | CREDITOR ID: 407117-MS<br>REDNOUR, STEVE K<br>570 BARBARA SUE LANE<br>MT WASHINGTON KY 40047 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 407614-15<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | CREDITOR ID: 403349-83<br>REMILLARD LAW FIRM, PA<br>ATTN MICHELLE REMILLARD, OFF MGR<br>3201 SHAMROCK SOUTH, SUITE 102<br>TALLAHASSEE FL 32309 | CREDITOR ID: 416946-15<br>REMKE MARKETS, INC<br>C/O DETERS BENZINGER & LAVELLE<br>ATTN ELIZABETH GRAHAM WEBER, ESQ<br>207 THOMAS MORE PKWY<br>CRESTVIEW HILLS KY 41017 |
| CREDITOR ID: 259518-12<br>REYNOLDS PARK YACHT CENTER<br>ATTN P TED MCGOWEN, EXEC DIR<br>1063 BULKHEAD ROAD<br>GREEN COVE SPRINGS, FL 32043 | CREDITOR ID: 259554-12<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | CREDITOR ID: 2511-RJ<br>RIDGEVIEW INC<br>ATTN RODNEY M POOLE, ESQ<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 |
| CREDITOR ID: 259648-12<br>RIDGEVIEW INC<br>ATTN RODNEY M POOLE, ESQ<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 | CREDITOR ID: 260131-12<br>RUBBAIR DOOR<br>ATTN JUDY CARON, OFF MGR<br>100 GROTON SHIRLEY RD<br>AYER, MA 01432 | CREDITOR ID: 407590-15<br>RUDEN MCCLOSKY SMITH SCHUSTER ET AL<br>ATTN KATIE A LANE, ESQ<br>200 E BROWARD BLVD, 15TH FLOOR<br>FORT LAUDERDALE FL 33301 |
| CREDITOR ID: 381765-15<br>RUDEN MCCLOSKY SMITH SCHUSTER ET AL<br>ATTN KATIE A LANE, ESQ<br>200 E BROWARD BLVD, 15TH FLOOR<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 381757-15<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 402310-90<br>RUSSELL, JOSEPH F<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243 |
| CREDITOR ID: 407156-MS<br>RUSSELL, JOSEPH F<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243-1634 | CREDITOR ID: 399371-15<br>RX SOLUTIONS<br>ATTN JERE COUCH<br>111 THOMAS OVERBY DR<br>SHARPSBURG GA 30277 | CREDITOR ID: 260214-12<br>RX SOLUTIONS, INC<br>ATTN JERE COUCH, CEO<br>PO BOX 491<br>SHARPSBURG, GA 30277-0491 |
| CREDITOR ID: 260303-12<br>SAFETY AMERICA, INC<br>ATTN CATHERINE TOMLINSON, VP<br>4716 RIDGEWOOD AVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 | CREDITOR ID: 279278-35<br>SARA LEE BAKERY GROUP<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 |
| CREDITOR ID: 408174-15<br>SARA LEE BAKERY GROUP - FROZEN DIV<br>ATTN JERRI SPONIK, SR MANAGER<br>111 CORPORATE OFFICE DRIVE, STE 200<br>EARTH CITY MO 63045 | CREDITOR ID: 408173-15<br>SARA LEE BAKERY GROUP - RDP DIV<br>ATTN JERRI SPONIK, SR MANAGER<br>111 CORPORATE OFFICE DRIVE, STE 200<br>EARTH CITY MO 63045 | CREDITOR ID: 279279-35<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 |

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 279279-35
SARA LEE CORPORATION
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 1831-RJ
SEVEN SPRINGS PLAZA LLC
HARPER KYNES GELLER & BUFORD PA
ATTN CHARLES A BUFORD, ESQ
2560 GULF TO BAY BOULEVARD, STE 300
CLEARWATER FL 33765

CREDITOR ID: 1831-RJ
SEVEN SPRINGS PLAZA LLC
C/O MAZAS MANAGEMENT
2551 DREW STREET, SUITE 301
CLEARWATER, FL 33765

CREDITOR ID: 383210-99
SEVEN SPRINGS PLAZA, LLC
C/O HARPER KYNES GELLER & BUFORD PA
ATTN: CHARLES A BUFORD, ESQ
2560 GULF TO BAY BLVD, SUITE 300
CLEARWATER FL 33765

CREDITOR ID: 399291-15
SIGNATURE WASTE SYSTEMS, INC
ATTN JOE SWINFORD, PRESIDENT/OWNER
660 WESTINGHOUSE BLVD, SUITE 106
PO BOX 7349
CHARLOTTE NC 28241

CREDITOR ID: 399290-15
SIGNATURE WASTE SYSTEMS, INC.
ATTN JOE SWINFORD, PRES
11519 NATIONS FORD ROAD
PINEVILLE NC 28134

CREDITOR ID: 261161-12
SLIM FAST FOODS - UNILEVER
ATTN RICHARD BELLIS
2200 CABOT DR, SUITE 200
LISLE IL 60532

CREDITOR ID: 391552-55
SMITH, MARTINO R
C/O DON H BUMGARDNER
PO BOX 1375
GASTONIA NC 28053-1375

CREDITOR ID: 69502-05
SMITH, MARTINO R
1166 RAGAN DR
GASTONIA NC 28054

CREDITOR ID: 403943-94
SMITH, SCOTT H
3861 SUMMER GROVE WAY N
JACKSONVILLE FL 32257

CREDITOR ID: 400935-91
SMITH, SCOTT H
3861 SUMMER GROVE WAY N
JACKSONVILLE FL 32257

CREDITOR ID: 403948-94
SOLOWAY, RICHARD L
1043 S.W. 113 TERRACE
PEMBROKE PINES FL 33025-4372

CREDITOR ID: 400936-91
SOLOWAY, RICHARD L
1043 SW 113 TERRACE
PEMBROKE PINES FL 33025-4372

CREDITOR ID: 403949-94
SOUDER, BRUCE R
1811 NW 51ST STREET
PO BOX 888
FORT LAUDERDALE FL 33309

CREDITOR ID: 403950-94
SOUMOFF, DENNIS P
10921 NW 12TH PLACE
PLANTATION FL 33322-0693

CREDITOR ID: 1872-RJ
SOUTHGATE ASSOCIATES II LP
C/O THE COVINGTON CO
ATTN JAMES E COVINGTON JR, PRES
PO BOX 8510
RICHMOND, VA 23226

CREDITOR ID: 408321-15
SOUTHLAND-MANSFIELD WD
DELAWARE BUSINESS TRUST
C/O NEAL, GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 261482-12
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 1875-07
SOUTHMARK PROPERTIES LLC
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY, AL 36101-1149

CREDITOR ID: 410893-15
SOUTHMARK PROPERTIES, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 407238-MS
STANLEY, ARLIE D
243 RANCH RD
JOSHUA TX 76058

CREDITOR ID: 399301-15
STATE OF LOUISIANA REV DEPT
ATTN BRENDA WILSON
PO BOX 66658
BATON ROUGE LA 70896

CREDITOR ID: 399301-15
STATE OF LOUISIANA REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: RICHARD P IEYOUB, ESQ
DEPT OF JUSTICE
PO BOX 94095
BATON ROUGE LA 70804-095

CREDITOR ID: 262004-12
STEVENS SAUSAGE COMPANY INC
ATTN: TIM STEVENS, VP
PO BOX 2304
SMITHFIELD, NC 27577

CREDITOR ID: 262004-12
STEVENS SAUSAGE COMPANY INC
C/O WOODRUFF REECE & FORTNER
ATTN GORDON C WOODRUFF, ESQ
1023-B W MARKET STREET
PO BOX 708
SMITHFIELD NC 27577

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
1142 REYNOLDS AVENUE
GREENWOOD, SC 29649

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 417082-97
STRIKE FORCE III LLC
C/O JOHN H EVANS, PA
ATTN JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL 32780

CREDITOR ID: 417082-97
STRIKE FORCE III LLC
380 S COURTENAY PARKWAY
MERRITT ISLAND FL 32952

CREDITOR ID: 403441-15
SUDDATH VAN LINES
ATTN CHRISTINE VALLES
5266 HIGHWAY AVE
JACKSONVILLE FL 32247

CREDITOR ID: 262131-12
SUGIYO USA INC
ATTN D B STEPHENSON, DIRECTOR
PO BOX 468
ANACORTES, WA 98221

CREDITOR ID: 399403-15
SULPHUR SPRINGS MARKETPLACE, LLC
C/O RICE PUGATCH ROBINSON ET AL
ATTN LISA M SCHILLER ESQ
848 BRICKELL AVENUE, SUITE 1100
MIAMI FL 33131

CREDITOR ID: 403490-15
SULPHUR SPRINGS PARTNERS, LLLP
C/O RICE PUGATCH ROBINSON ET AL
ATTN LISA M SCHILLER, ESQ
848 BRICKELL AVENUE, SUITE 1100
MIAMI FL 33131

CREDITOR ID: 262209-12
SUN FRESH OF FLORIDA
ATTN WILLIAM R COTTON, GEN MGR
1755 LAKESIDE AVENUE
ST AUGUSTINE, FL 32086

CREDITOR ID: 279330-99
SUNSHINE MILLS, INC
C/O JOHNSTON MOORE MAPLES ET AL
ATTN STEWART M MAPLES, ESQ
400 MERIDIAN STREET, SUITE 301
HUNTSVILLE AL 35801

CREDITOR ID: 262276-12
SUPREME HOTEL & RESTAURANT SUPPLY
ATTN LARRY GERTLER, PRESIDENT
2150 SW 30TH AVENUE
PEMBROKE PARK FL 33009

CREDITOR ID: 381010-47
SUPREME HOTEL & RESTAURANT SUPPLY CORP
ATTN LARRY GERTLER, PRES
2150 SW 30TH AVENUE
PEMBROKE PARK, FL 33009

CREDITOR ID: 262311-12
SUSHI EXPRESS
ATTN SAMMY LEUNG/SIU YIN CHAN, PRES
PO BOX 3516
WINTER PARK, FL 32790

CREDITOR ID: 410374-15
SWEDISH MATCH NORTH AMERICA, INC &
SWEDISH MATCH CIGARS INC
C/O CHRISTIAN & BARTON, LLP
ATTN JENNIFER M MCLEMORE, ESQ
909 E MAIN STREET, SUITE 1200
RICHMOND VA 23219

CREDITOR ID: 403958-94
SWEENEY, PATRICK M
6514 BLACKFIN WAY
APOLLO BEACH FL 33572

CREDITOR ID: 400946-91
SWEENEY, PATRICK M
6514 BLACKFIN WAY
APOLLO BEACH FL 33572

CREDITOR ID: 262374-12
SYSTEL BUSINESS EQUIPMENT
ATTN JACLYN JOHNSON
PO BOX 35870
FAYETTEVILLE, NC 28303-0870

CREDITOR ID: 403044-89
TARKE, NELSON
7541 SW 134TH COURT
MIAMI FL 33183

CREDITOR ID: 407266-MS
TARKE, NELSON
7541 SW 134TH COURT
MIAMI FL 33183

CREDITOR ID: 403962-94
THORNTON, SHANNON J
4854 COUNTY RD 117A
WILDWOOD FL 34785

CREDITOR ID: 400950-91
THORNTON, SHANNON J
4854 COUNTY RD 117A
WILDWOOD FL 34785

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY, INC
ATTN AL MATRONI
PO BOX 97
COCOA FL 32923-0097

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA
ATTN JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL 32780

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O EDWARD VAN GUNTEN & CO, LPA
ATTN EDWARD A VAN GUNTEN, ESQ
6545 W CENRAL AVENUE, SUITE 209
TOLEDO OH 43617-1034

CREDITOR ID: 417083-97
THREE MEADOWS PLAZA PARTNERSHIP
402 HIGH POINT DRIVE
COCA FL 32926

CREDITOR ID: 399640-15
TILIA, INC
ATTN Z KAZMIERCZAK & D SANDERSON
NORTH TOWER, 5TH FLOOR
303 2ND STREET
SAN FRANCISCO CA 94107

CREDITOR ID: 411067-15
TILIA, INC
ATTN ROSE MCCAULEY, ACCTG MGR
NORTH TOWER, 5TH FLOOR
303 SECOND STREET
SAN FRANCISCO CA 94107-6302

CREDITOR ID: 263271-12
TOWER ASSOCIATES LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 263409-12
TRADEWINDS PUBLICATIONS
ATTN CINDY M GERMANY, CIR MGR
PO BOX 1200
GREENWOOD, MS 38935-1200

CREDITOR ID: 263506-12
TRI-COUNTY STRIPING & SWEEPER SVCES
ATTN MAX C STUDSTILL, OWNER
PO BOX 301
CENTERVILLE, GA 31028

CREDITOR ID: 395747-65
TRI-COUNTY STRIPING & SWEEPER SVCES
ATTN MAX C STUDSTILL, OWNER
PO BOX 301
CENTERVILLE, GA 31028

CREDITOR ID: 279400-36
TRINIDAD BENHAM CORP
ATTN RONALD J WEIMER, CONTROLLER
3650 S YOSEMITE, SUITE 300
PO BOX 378007
DENVER  CO 80237

CREDITOR ID: 407309-MS
TYJEWSKI, WILLIAM C
3390 CHEYENNE LN
JACKSONVILLE FL 32223-3267

CREDITOR ID: 263727-12
UNCLE BENS
PO BOX 402832
ATLANTA, GA 30384-2832

CREDITOR ID: 407571-15
UNCLE BENS INC - MASTERFOODS USA
ATTN ALTHEA GEORGES, CUST CARE MGR
800 HIGH STREET
HACKETTSTOWN NJ 07840

CREDITOR ID: 263754-12
UNILEVER BEST FOODS
C/O UNILEVER - FOODS NA
ATTN RICHARD BELLIS
2200 CABOT DR, STE 200
LISLE IL 60532

CREDITOR ID: 263792-12
UNITED ENTERPRISES, INC
ATTN GERALDINE RUIS, CEO
PO BOX 1319
FLOWERY BRANCH, GA 30542

CREDITOR ID: 403437-15
UNITED VAN LINES LLC
ATTN SAM LOMAX, SUPERV
ONE UNITED DRIVE
FENTON MO 63026-1350

CREDITOR ID: 263911-12
US CAP SYSTEMS CORP
ATTN: CHARLES E HOGAN, EXEC VP
119 S ADAMS RD
SPOKANE, WA 99216

CREDITOR ID: 279169-33
US CAP SYSTEMS CORPORATION
ATTN DONALD R COBLENTZ, ESQ
WORCESTER PLAZA
446 MAIN STREET
WORCESTER MA 01608

CREDITOR ID: 263935-12
US SURVEYOR
ATTN DEBBIE ECKERT
4929 RIVERWIND POINTE DRIVE
EVANSVILLE, IN 47715-6753

CREDITOR ID: 410956-15
US SURVEYOR
C/O FINE & HATFIELD, PC
ATTN TODD I GLASS, ESQ
520 NW SECOND ST
PO BOX 779
EVANSVILLE IN 47705-0779

CREDITOR ID: 402334-90
VALENTINE, OLIVER D
804 HOLLY SPRINGS ESTATE ROAD
FRANKLIN NC 28734

CREDITOR ID: 407314-MS
VALENTINE, OLIVER D
804 HOLLY SPRINGS ESTATE RD
FRANKLIN NC 28734

CREDITOR ID: 264030-12
VANGUARD PLASTICS, INC
ATTN WILLIAM C SEANOR, CEO
4555 LANGLAND ROAD
FARMERS BRANCH TX 75244

CREDITOR ID: 269371-16
VISAGENT CORPORATION
C/O MARK RUBIN
2107 HENDRICKS AVENUE
JACKSONVILLE, FL 32207

CREDITOR ID: 269370-16
VISAGENT CORPORATION
C/O RUBIN & RUBIN
ATTN GUY B RUBIN, ESQ
520 SOUTH FEDERAL HWY
PO BOX 395
STUART, FL 34995

CREDITOR ID: 264237-12
VISAGENT CORPORATION
2107 HENDRICKS AVE
JACKSONVILLE FL 32207

CREDITOR ID: 269371-16
VISAGENT CORPORATION
RUBIN & RUBIN
ATTN GUY B RUBIN, ESQ
PO BOX 395
STUART FL 34995

CREDITOR ID: 264237-12
VISAGENT CORPORATION
RUBIN & RUBIN
ATTN GUY B RUBIN, ESQ
PO BOX 395
STUART FL 34995

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
ATTN DOUG BOOTH, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE STREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
C/O SHEARMAN & STERLING, LLP
ATTN HENRY T NGUYEN, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

SERVICE LIST
Order Disallowing and Expunging (A) Duplicate Claims and
(B) Amended and Superseded Claims as Set Forth in the
Debtors' Second Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:  05-03817-3F1**

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
C/O SHEARMAN & STERLING
ATTN ANDREW TENZER, ESQ
599 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 410369-15
WACHOVIA BANK, NA, AGENT
ATTN GARY DIXON, DIRECTOR
110 EAST BROWARD BLVD, SUITE 2050
FORT LAUDERDALE FL 33301

CREDITOR ID: 402340-90
WADE, HARRY D
4355 FULTON RD
JACKSONVILLE FL 32225

CREDITOR ID: 407329-MS
WADE, HARRY D
4355 FULTON RD
JACKSONVILLE FL 32225

CREDITOR ID: 397348-15
WASTE MANAGEMENT
C/O WASTE MANAGEMENT INC
ATTN JACQUOLYN E MILLS
1001 FANNIN, STE 4000
HOUSTON TX 77002

CREDITOR ID: 407345-MS
WATHEN, PATRICK D
2246 SEAMAN CR
CHAMBLIE GA 30341

CREDITOR ID: 403983-94
WATTS, RALPH C
3719 CREEK HOLLOW LANE
MIDDLEBURG FL 32068

CREDITOR ID: 400971-91
WATTS, RALPH C
3719 CREEK HOLLOW LANE
MIDDLEBURG FL 32068

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O RONALD L HOOKER
435 OVERLOOK DRIVE
MAGGIE  VALLEY NC 28751

CREDITOR ID: 2662-07
WAYNESVILLE SHOPPING CENTER, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O DAVID WEISS, CPA
469 7TH AVENUE, SUITE 1300
NEW YORK, NY 10018-7603

CREDITOR ID: 264305-12
W-D SHELBY PARTNERSHIP
C/O LAW OFFICE OF NEIL REGER
ATTN NEIL REGER, ESQ
4476 BOCAIRE BLVD
BOCA RATON FL 33487

CREDITOR ID: 381752-99
WEBB'S SEAFOOD, INC
C/O JOHNSTON HARRIS GERDE ET AL
ATTN JERRY W GERDE, ESQ
239 E 4TH STREET
PANAMA CITY FL 32401

CREDITOR ID: 399363-15
WEINSTEIN WHOLESALE MEATS, INC
ATTN JOANNE VELEZ ACCT MGR
1328 W RANDOLPH ST
CHICAGO IL 60607

CREDITOR ID: 400973-91
WELCH, CLIFTON T JR
52 SHINNECOCK DRIVE
PALM COAST FL 32137-1509

CREDITOR ID: 407354-MS
WELCH, CLIFTON T JR
52 SHINNECOCK DRIVE
PALM COAST FL 32137

CREDITOR ID: 403109-89
WETZEL, JACK T
6115 YUCCA DRIVE
DOUGLASVILLE GA 30135

CREDITOR ID: 403109-89
WETZEL, JACK T
C/O FRIEDLINE & MCCONNELL, PA
ATTN JERRETT M MCCONNELL, ESQ
1756 UNIVERSITY BLVD SOUTH
JACKSONVILLE FL 32216

CREDITOR ID: 407362-MS
WETZEL, JACK T
6115 YUCCA DR
DOUGLASVILLE GA 30135

CREDITOR ID: 399298-15
WHITE, MARY DBA COASTAL NEWS SVCE
PO BOX 24386
ST SIMONS ISLAND GA 31522

CREDITOR ID: 403993-94
WHITWORTH, DARRELL H
1725 ROYAL FERN LANE
ORANGE PARK FL 32003

CREDITOR ID: 400981-91
WHITWORTH, DARRELL H
1725 ROYAL FERN LANE
ORANGE PARK FL 32003

CREDITOR ID: 394010-61
WILHOITE, MARIE E
10447 GREENMORE DRIVE
JACKSONVILLE, FL 32246

CREDITOR ID: 383220-15
WILHOITE, MARIE E
10447 GREENMORE DRIVE
JACKSONVILLE FL 32246

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
5215 HIGHWAY AVENUE
JACKSONVILLE, FL 32254

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
C/O MORFORD & WHITEFIELD
ATTN B THOMAS WHITEFIELD, ESQ
4040 WOODCOCK DRIVE, STE 202
JACKSONVILLE FL 32207

CREDITOR ID: 264864-12
WILLIAMS & ROWE COMPANY, INC
DICKSON ASHENFELTER SLOUS ET AL
ATTN RICHARD A TANNER, ESQ
250 BELLEVUE AVENUE
UPPER MONTCLAIR NJ 07043-1394

SERVICE LIST

**Order Disallowing and Expunging (A) Duplicate Claims and**
**(B) Amended and Superseded Claims as Set Forth in the**
**Debtors' Second Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 391414-55
WILLIAMS, ADA
C/O LAW OFFICES OF R SCOTT ILES
ATTN LEE ANN ILES, ESQ
PO BOX 3385
LAFAYETTE LA 70502

CREDITOR ID: 392036-55
WILLIS, NATHANIEL
C/O KALO & VERHEUL PA
ATTN  LISA ANN KALO, ESQ
2580 UNIVERSITY PARKWAY
SARASOTA FL 34243

CREDITOR ID: 269587-18
WILSON, ANNIE
603 FINLEY AVENUE
SYLACAUGA AL 35150

CREDITOR ID: 397948-76
WILSON, ANNIE
603 FINLEY AVENUE
SYLACAUGA, AL 35150

CREDITOR ID: 235886-09
WILSON, ANNIE R
603 FINLEY AVE.
SYLACAUGA AL 35150

CREDITOR ID: 264967-12
WINTER HAVEN HOSP DBA HEALTHWORKS
ATTN MONA BEDFORD, MGR
134 ARIANA AVENUE
AUBURNDALE, FL 33823

CREDITOR ID: 407391-MS
WORDELL, LYNDEN S
4911 SW BIMINI CIRCLE  N
PALM CITY FL 34990

CREDITOR ID: 383146-99
ZUBI ADVERTISING SERVICES, INC
C/O MARKOWITZ DAVIS RINGEL & TRUSTY
ATTN J MARKOWITZ & R RUBIO, ESQS
9130 SO DADELAND BLVD, STE 1225
MIAMI  FL 33156

**Total:   710**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |

### ORDER DISALLOWING AND EXPUNGING (A) DUPLICATE CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS' SECOND OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on January 19, 2006,

upon the Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A and B (the "Disputed Claims").[2]  The Debtors

have withdrawn without prejudice their objection to (i) claim no. 10090, filed by

CapMark Services, Inc.; (ii) claim no. 820 filed by Crescent Center Associates, LLC;

(iii) claim no. 10889 filed by Lassiter Properties, Inc.; (iv) claim nos. 4722, 4723 and

4724, filed by Rich-Seapak Corporation; (v) claim no. 10863 filed by Southland-

Mansfield WD Delaware Business Trust; and (vi) claim nos. 8259 through 8264 and

claims nos. 8272, 8274, 8277, 8279 and 8280 filed by Wachovia Bank, NA, which

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claims have been removed from Exhibits A and B. Upon agreement of The Ohio

Casualty Insurance Company, the Debtors have added The Ohio Casualty Insurance

Company's claim nos. 9572 and 9573 to Exhibit B. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Duplicate Claims listed on Exhibit A are disallowed in
their entirety.

3.      The Amended Claims listed on Exhibit B are disallowed in
their entirety.

4.      Notwithstanding anything to the contrary in the Objection, the
Amended Claims are the proofs of claim that have been amended and superseded by
the Remaining Claims.

5.      Each claim and the objections by the Debtors to such claim as
addressed in the Objection constitute a separate contested matter as contemplated by
Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each
claim. Any stay of this Order pending appeal by any of the claimants whose claims
are subject to this Order shall only apply to the contested matter which involves such
claimant and shall not act to stay the applicability or finality of this Order with
respect to the other contested matters covered by this Order.

6.      Neither the Objection nor any disposition of the Disputed
Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any
potential Avoidance Action against any of the Claimants.

2

7.     This Order is without prejudice to the Debtors' right to object to any other proofs of claim or interests filed in these chapter 11 cases, including the Remaining Claims identified on Exhibits A and B.

Dated this ___19___ day of January, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  1001**<br>440 GROUP, LTD<br>ATTN GENE WILLIAMS<br>PO BOX 578<br>KILLEEN TX 76540-0578 | 6808<br>Debtor: | 8099<br>**WINN-DIXIE STORES, INC.** | $217,500.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JAMES O CURE, ESQ | | | | |
| **Creditor Id:  241522**<br>ACHILLES REALTY COMPANY<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10884<br>Debtor: | 10898<br>**WINN-DIXIE RALEIGH, INC.** | $50,655.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  241522**<br>ACHILLES REALTY COMPANY<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10833<br>Debtor: | 10899<br>**WINN-DIXIE STORES, INC.** | $50,655.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  241581**<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRES<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY 40299-1924 | 418<br>Debtor: | 6064<br>**WINN-DIXIE STORES, INC.** | $5,988.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  373524**<br>ADAM MATTHEWS INC<br>ATTN ADAM BURCKLE, PRESIDENT<br>2104 PLANTSIDE DR<br>LOUISVILLE, KY 40299-1924 | 418<br>Debtor: | 6250<br>**WINN-DIXIE STORES, INC.** | $5,988.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  83828**<br>ALBERINO, VERONICA M<br>108 SE 10 STREET, APT 102J<br>DEERFIELD BEACH FL 33441 | 1538<br>Debtor: | 1542<br>**WINN-DIXIE STORES, INC.** | $291,060.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN SHEILA GOLDBERG, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 398023**<br>ALLEN NORTON & BLUE, PA,<br>ATTN ROBERT LARKINR NORTON<br>121 MAJORCA AVENUE<br>CORAL GABLES FL 33134 | 7637<br>Debtor: | 7648<br>WINN-DIXIE STORES, INC. | $45,350.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399731**<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 | 3038<br>Debtor: | 3039<br>WINN-DIXIE STORES, INC. | $1,714.05 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399731**<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 | 3037<br>Debtor: | 3042<br>WINN-DIXIE STORES, INC. | $3,916.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408408**<br>ALRO METALS SERVICE CENTER<br>ATTN JOHN F RUMLER<br>PO BOX 927<br>JACKSON MI 49204 | 2935<br>Debtor: | 7220<br>WINN-DIXIE STORES, INC. | $230.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395536**<br>AMERICAN ELECTRIC POWER<br>ATTN DEBRA CROUCH<br>PO BOX 2021<br>ROANOKE VA 24022-2121 | 307<br>Debtor: | 1315<br>WINN-DIXIE STORES, INC. | $28,146.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400438**<br>AMERICAN FOOD DISTRIBUTORS, INC<br>ATTN LEN KANTER, VP<br>325 WIRELESS BLVD<br>HAUPPAUGE NY 11788<br>Counsel: ATTN RICHARD L STERN, ESQ | 836<br>Debtor: | 1177<br>WINN-DIXIE STORES, INC. | $59,499.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 400438**<br>AMERICAN FOOD DISTRIBUTORS, INC<br>ATTN LEN KANTER, VP<br>325 WIRELESS BLVD<br>HAUPPAUGE NY 11788 | 835 | 1178 | $134,737.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN RICHARD L STERN, ESQ | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 242341**<br>AMSOIL INC<br>ATTN DEENAH L PETERSON, ACCT'G MGR<br>AMSOIL BUILDING<br>925 TOWER AVENUE<br>SUPERIOR, WI 54880 | 382 | 3655 | $251.20 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id: 403478**<br>AMSW, INC<br>C/O STOVASH, CASE & TINGLEY, PA<br>ATTN RACHEL E ADAMS, ESQ<br>200 S ORANGE AVENUE, SUITE 1200<br>ORLANDO FL 32801 | 1034 | 2016 | $58,572.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 381744**<br>ANCO FINE CHEESE<br>ATTN LESLEY RICHMOND, CR MGR<br>148 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 | 65 | 1239 | $175,113.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 242377**<br>ANDERSON ROOFING CO, INC<br>ATTN PAUL M ANDERSON III, PRES<br>PO BOX 976<br>ALBANY, GA 31702 | 396 | 1475 | $783.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 242377**<br>ANDERSON ROOFING CO, INC<br>ATTN PAUL M ANDERSON III, PRES<br>PO BOX 976<br>ALBANY, GA 31702 | 394 | 1476 | $729.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 242377<br>ANDERSON ROOFING CO, INC<br>ATTN PAUL M ANDERSON III, PRES<br>PO BOX 976<br>ALBANY, GA 31702 | 395 | 1477<br>**Debtor:** WINN-DIXIE STORES, INC. | $778.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 242377<br>ANDERSON ROOFING CO, INC<br>ATTN PAUL M ANDERSON III, PRES<br>PO BOX 976<br>ALBANY, GA 31702 | 393 | 1478<br>**Debtor:** WINN-DIXIE STORES, INC. | $902.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 242446<br>APOLLO TRADING LTD<br>ATTN ROBERT S POST, PRES<br>PO BOX 812379<br>BOCA RATON, FL 33481-2379 | 2274 | 2523<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $9,293.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 242446<br>APOLLO TRADING LTD<br>ATTN ROBERT S POST, PRES<br>PO BOX 812379<br>BOCA RATON, FL 33481-2379 | 2274 | 2806<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $9,293.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 386298<br>ASMER, GENEVIEVE<br>1001 STARKEY RD, LOT 571<br>LARGO FL 33771<br><br>Counsel: ATTN JOSH STEWART, ESQ | 3362 | 5308<br>**Debtor:** WINN-DIXIE STORES, INC. | $80,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407612<br>ATLANTA JOURNAL & CONSTITUTION, THE<br>ATTN VANN BEASLEY, CREDIT MGR<br>72 MARIETTA STREET NW<br>ATLANTA GA 30302 | 4966 | 11312<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,638.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  405936**<br>ATMOS ENERGY CORP FKA TXU GAS CO<br>C/O BANKRUPTCY DEPARTMENT<br>ATTN DON WELLS, SUPERV<br>PO BOX 650393<br>DALLAS TX 75265-0393 | 1637<br>Debtor: | 2320<br>WINN-DIXIE STORES, INC. | $1,097.13 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399351**<br>B&F SYSTEM, INC DBA HOME OF MAXAM<br>PRODUCTS<br>C/O HANCE SCARBOROUGH WRIGHT ET AL<br>ATTN FRANK J WRIGHT ESQ<br>14755 PRESTON ROAD SUITE 600<br>DALLAS TX 75254 | 495<br>Debtor: | 710<br>WINN-DIXIE STORES, INC. | $942,484.08 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  381113**<br>B&K DIESEL ELECTRIC SERVICE INC<br>ATTN KIMI CRUMBLEY, VP<br>PO BOX 28898<br>JACKSONVILLE, FL 32226-8898 | 427<br>Debtor: | 1138<br>WINN-DIXIE STORES, INC. | $1,295.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  278848**<br>BAILEY FARMS<br>ATTN DEBORAH BAILEY, VP<br>3553 TAR RIVER RD<br>OXFORD, NC 27565 | 216<br>Debtor: | 1494<br>WINN-DIXIE STORES, INC. | $44,252.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  383993**<br>BAKER MAID PRODUCTS INC<br>ATTN DARRYL SORENSEN, PRES<br>403 SOUTH MAIN STREET<br>POPLARVILLE, MS 39470 | 1609<br>Debtor: | 1858<br>WINN-DIXIE STORES, INC. | $1,026.93 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  381741**<br>BALLARD PETROLEUM, INC<br>ATTN MELISSA COLLINS<br>PO BOX 769<br>ARCOLA LA  70456<br>Counsel: ATTN JEFFREY J GUIDRY, ESQ | 7110<br>Debtor: | 7846<br>WINN-DIXIE STORES, INC. | $53,670.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 89377**<br>BAMFORD, JACQUELINE E<br>155 N ORANGE ST<br>STARKE FL 32091 | 11421<br>**Debtor:** WINN-DIXIE STORES, INC. | 11422 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 404206**<br>BAYS MICHIGAN CORPORATION<br>ATTN CARY E BOSS, CONTROLLER<br>PO BOX 1455<br>CHICAGO IL 60690-1455 | 4003<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | 6101 | $17,714.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989<br>**Debtor:** WINN-DIXIE STORES, INC. | 5990 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410927**<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | 12325<br>**Debtor:** WINN-DIXIE STORES, INC. | 12372 | $8,872,703.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 243366**<br>BEST ACCESS SYSTEMS<br>ATTN R M MINCE<br>6161 E 75TH ST<br>INDIANAPOLIS IN 46250 | 573<br>**Debtor:** WINN-DIXIE STORES, INC. | 2194 | $9,516.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 398281**<br>BETROS, GEORGE L<br>2837 CARAWAY DRIVE<br>TUCKER, GA 30084 | 5762<br>**Debtor:** WINN-DIXIE STORES, INC. | 6468 | $118,093.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 398281** <br> BETROS, GEORGE L <br> 2837 CARAWAY DRIVE <br> TUCKER, GA  30084 | 12044 <br> **Debtor:** WINN-DIXIE STORES, INC. | 12124 | $118,083.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381939** <br> BINSWANGER GLASS <br> ATTN JOHN LUMPKIN, MGR <br> 2931 LIME STREET <br> METAIRIE  LA  70006 <br><br> Transferee: ASM CAPITAL LP | 249 <br> **Debtor:** WINN-DIXIE STORES, INC. | 290 | $5,434.05 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 240811** <br> BRANDENBURG TEL CO INC <br> ATTN RITA HARDESTY <br> PO BOX 599 <br> BRANDENBURG  KY  40108-0599 | 2232 <br> **Debtor:** WINN-DIXIE STORES, INC. | 2524 | $382.99 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 240811** <br> BRANDENBURG TEL CO INC <br> ATTN RITA HARDESTY <br> PO BOX 599 <br> BRANDENBURG  KY  40108-0599 | 2231 <br> **Debtor:** WINN-DIXIE STORES, INC. | 2525 | $58.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 243996** <br> BRIGHT-MEYERS DUBLIN ASSOCS, LP <br> C/O MILLER & MARTIN PLLC <br> ATTN CATHERINE A HARRISON, ESQ <br> 1170 PEACHTREE STREET NE, STE 60 <br> ATLANTA  GA  30309-7706 <br><br> Counsel: ATTN CATHERINE A HARRISON, ESQ | 10836 <br> **Debtor:** WINN-DIXIE STORES, INC. | 10901 | $22,459.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 243998** <br> BRIGHT-MEYERS DUBLIN ASSOCS, LP <br> C/O MILLER & MARTIN PLLC <br> ATTN CATHERINE A HARRISON, ESQ <br> 1170 PEACHTREE STREET NE, STE 60 <br> ATLANTA  GA  30309-7706 <br><br> Counsel: ATTN CATHERINE A HARRISON, ESQ | 10839 <br> **Debtor:** WINN-DIXIE MONTGOMERY, INC. | 10902 | $22,459.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | 10838<br>Debtor: | 10903<br>WINN-DIXIE MONTGOMERY, INC. | $2,777,319.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | | |
| **Creditor Id: 243998**<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 | 10837<br>Debtor: | 10904<br>WINN-DIXIE STORES, INC. | $2,777,319.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN CATHERINE A HARRISON, ESQ | | | | |
| **Creditor Id: 244124**<br>BTP MECHANICAL COMPANY LLC<br>ATTN REBECCA SANDIDGE, OWNER<br>7431 WHITE PINE ROAD<br>RICHMOND, VA 23237 | 103<br>Debtor: | 1596<br>WINN-DIXIE RALEIGH, INC. | $1,595.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244124**<br>BTP MECHANICAL COMPANY LLC<br>ATTN REBECCA SANDIDGE, OWNER<br>7431 WHITE PINE ROAD<br>RICHMOND, VA 23237 | 104<br>Debtor: | 1597<br>WINN-DIXIE RALEIGH, INC. | $1,308.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384033**<br>CAMPBELL REAL ESTATE, INC<br>ATTN COLIN CAMPBELL, JR PRESIDENT<br>2608 SABLEWOOD DR<br>VALRICO, FL 33594 | 240<br>Debtor: | 7677<br>WINN-DIXIE STORES, INC. | $7,070.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381755**<br>CAPITAL TRAILER & EQUIPMENT CO, INC<br>DBA CAPITAL VOLVO TRUCK & TRAILER<br>ATTN BILL MAXWELL, CEO<br>185 WEST BOULEVARD<br>MONTGOMERY AL 36108 | 101<br>Debtor: | 1085<br>WINN-DIXIE MONTGOMERY, INC. | $2,610.05 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 392014**<br>CARACCIOLA, MARY<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN JR, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | 3164<br>Debtor: | 3241<br>WINN-DIXIE STORES, INC. | $153,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406466**<br>CARHILL, DANIEL<br>16712 SE COHIBA COURT<br>CLACKAMAS OR 97015 | 5050<br>Debtor: | 5982<br>WINN-DIXIE STORES, INC. | $27,579.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399295**<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | 449<br>Debtor: | 821<br>WINN-DIXIE STORES, INC. | $152,050.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244968**<br>CHAMBERS & ASSOCIATES, INC<br>ATTN DERRILL C MCLENDON, PRES<br>PO BOX 1652<br>DECATUR, GA 30031-1652 | 5737<br>Debtor: | 9343<br>WINN-DIXIE RALEIGH, INC. | $12,193.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244968**<br>CHAMBERS & ASSOCIATES, INC<br>ATTN DERRILL C MCLENDON, PRES<br>PO BOX 1652<br>DECATUR, GA 30031-1652 | 5738<br>Debtor: | 9344<br>WINN-DIXIE MONTGOMERY, INC. | $4,120.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1191**<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029<br>Counsel: ATTN ROBERT MEYER, ESQ | 12475<br>Debtor: | 12546<br>WINN-DIXIE STORES, INC. | $651,296.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 392372**<br>CHAPMAN, OUIDA L<br>C/O BROBSTON & BROBSTON, PC<br>ATTN E L BROBSTON, ESQ<br>304 NORTH 18TH STREET<br>BESSEMER AL 35020 | 2815<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 5732 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 188**<br>CHESTER METROPOLITAN DISTRICT<br>ATTN MARY NELL MCKENZIE<br>PO BOX 550<br>CHESTER SC 29706-0550 | 1245<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 1244 | $329.49 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245301**<br>CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRES<br>PO BOX 470039<br>LAKE MONROE FL 32747 | 881<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 1115 | $18,506.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 404364**<br>CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRESIDENT<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 | 881<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 9217 | $18,506.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410777**<br>CINCINNATI BELL TELEPHONE CO<br>ATTN CREDIT & COLLECTIONS MANAGER<br>201 EAST FOURTH STREET<br>CINCINNATI OH 45202 | 10955<br>Debtor: WINN-DIXIE STORES, INC. | 10956 | $4,645.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 404031**<br>CITY OF HOLLYWOOD PUBLIC WORKS DEPT<br>C/O CITY ATTORNEY<br>ATTN TRACY A LYONS, ESQ<br>2600 HOLLYWOOD BLVD, SUITE 407<br>HOLLYWOOD FL 33020 | 1950<br>Debtor: WINN-DIXIE STORES, INC. | 2538 | $5,122.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 404031**<br>CITY OF HOLLYWOOD PUBLIC WORKS DEPT<br>C/O CITY ATTORNEY<br>ATTN TRACY A LYONS, ESQ<br>2600 HOLLYWOOD BLVD, SUITE 407<br>HOLLYWOOD FL 33020 | 1950<br>Debtor: | 3882<br>WINN-DIXIE STORES, INC. | $5,122.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 405916**<br>CITY OF HUNTSVILLE<br>C/O MICHAEL E LEE, ESQ<br>200 WEST SIDE SQUARE, SUITE 803<br>HUNTSVILLE AL 35801-4816 | 3671<br>Debtor: | 5772<br>WINN-DIXIE MONTGOMERY, INC. | $64,753.07 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245980**<br>CITY OF MOULTRIE<br>PO BOX 3368<br>MOULTRIE, GA 31776<br><br>Counsel: ATTN MICKEY E WALLER, ESQ | 9555<br>Debtor: | 10012<br>WINN-DIXIE STORES, INC. | $48,884.23 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246019**<br>CITY OF NORTH MIAMI BEACH<br>ATTN GARY BROWN<br>PO BOX 60427<br>NORTH MIAMI BEACH, FL 33160-0427<br><br>Counsel: | 1642<br>Debtor: | 2541<br>WINN-DIXIE STORES, INC. | $3,130.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 779**<br>CITY OF RAYMOND WATER DEPT<br>ATTN BRENDA A HUBBARD<br>PO BOX 10<br>RAYMOND MS 39154 | 202<br>Debtor: | 3602<br>WINN-DIXIE STORES, INC. | $82.34 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246116**<br>CITY OF RAYNE<br>ATTN LARRY T RICHARDS, ESQ<br>PO BOX 69<br>RAYNE, LA 70578-0069 | 1808<br>Debtor: | 1988<br>WINN-DIXIE STORES, INC. | $29,267.17 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 262786**<br>CITY OF RIVIERA BEACH<br>ATTN PATRICIA B JACKSON, MGR<br>600 W BLUE HERON BLVD<br>RIVIERA BEACH FL 33404 | 11740<br>Debtor: | 11754<br>WINN-DIXIE STORES, INC. | $2,731.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246240**<br>CITY OF VIDALIA TAX DEPT<br>ATTN KIM M BARNES<br>PO BOX 280<br>VIDALIA, GA 30474-0280 | 246<br>Debtor: | 1807<br>WINN-DIXIE STORES, INC. | $643.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246296**<br>CLABBER GIRL BAKING CORP<br>ATTN LINDA FORSYTHE, CONTROLLER<br>PO BOX 150<br>TERRE HAUTE, IN 47808-0150 | 2134<br>Debtor: | 4338<br>WINN-DIXIE STORES, INC. | $4,546.32 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 393142**<br>CLARK, THELMA<br>C/O TERRENCE PAULK, PC<br>ATTN TERRENCE PAULK, ESQ<br>PO BOX 1315<br>FITZGERALD GA 317501315 | 4314<br>Debtor: | 4315<br>DEEP SOUTH PRODUCTS, INC. | $2,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 218**<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061<br><br>Counsel: ATTN ROBERT B SILLIMAN, ESQ | 466<br>Debtor: | 2834<br>WINN-DIXIE STORES, INC. | $18,097.54 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399294**<br>COLLIERS KEENAN, INC<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | 448<br>Debtor: | 990<br>WINN-DIXIE STORES, INC. | $113,949.73 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 362468**<br>COMMERCEQUEST<br>ATTN ERIKA BRAGAN, VP FINANCE<br>5481 W WATERS AVE, SUITE 100<br>TAMPA, FL 33634-1205 | 3778<br>**Debtor:** | 5579<br>**WINN-DIXIE STORES, INC.** | $58,986.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403269**<br>COMMONWEALTH OF KENTUCKY HEALTH-HFAM<br>SERVICES CABINET<br>ATTN RICHARD WARNE, ESQ<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 11212<br>**Debtor:** | 11213<br>**WINN-DIXIE STORES, INC.** | $64,679.85 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403269**<br>COMMONWEALTH OF KENTUCKY HEALTH-HFAM<br>SERVICES CABINET<br>ATTN RICHARD WARNE, ESQ<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 11212<br>**Debtor:** | 11214<br>**WINN-DIXIE STORES, INC.** | $64,679.85 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381721**<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 11695<br>**Debtor:** | 11747<br>**WINN-DIXIE STORES, INC.** | $2,608.08 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 388665**<br>CONDOMINA, ONDINA<br>220 SW 67 COURT<br>MIAMI FL 33144<br><br>Counsel: ATTN SUZANNE GOROWITZ, ESQ | 7594<br>**Debtor:** | 7596<br>**WINN-DIXIE STORES, INC.** | $26,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 392710<br>CONDOMINA, ONDINA<br>C/O SADOW & GOROWITZ, PA<br>ATTN SUZANNE GOROWITZ, ESQ<br>80 SW 8TH STREET, STE 1910<br>MIAMI FL 33130 | 7594<br>**Debtor:** | 7595<br>WINN-DIXIE STORES, INC. | $26,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 247046<br>COTTLE STRAWBERRY NURSERY, INC<br>ATTN RON E COTTLE, PRES<br>192 NED COTTLE LANE<br>FAISON, NC 28341 | 402<br>**Debtor:** | 543<br>WINN-DIXIE STORES, INC. | $53,124.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 404044<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS  GA  30603 | 1992<br>**Debtor:** | 2193<br>WINN-DIXIE STORES, INC. | $28,368.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 404044<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS  GA  30603 | 1992<br>**Debtor:** | 2539<br>WINN-DIXIE STORES, INC. | $28,368.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 404044<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS  GA  30603 | 1992<br>**Debtor:** | 3880<br>WINN-DIXIE STORES, INC. | $28,368.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 247606<br>COUNTY OF DARLINGTON<br>ATTN B D COPELAND OR T DICKERSON<br>PO BOX 1070<br>CHARLOTTE, NC  28201-1070 | 1579<br>**Debtor:** | 3416<br>WINN-DIXIE STORES, INC. | $11,625.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 403430**<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN W RESPRESS/DAMIKA MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA GA 30303 | 974<br>Debtor: | 1179<br>WINN-DIXIE STORES, INC. | $354,724.17 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250685**<br>COUNTY OF GLYNN FINANCE DEPT, GA<br>WATER AND SEWER<br>ATTN PHYLLIS MCNICOLL, FIN DIRECTOR<br>1725 REYNOLDS STREET, SUITE 300<br>BRUNSWICK, GA 31520<br><br>Counsel: ATTN L WILLIAM WORLEY, ESQ | 951<br>Debtor: | 1184<br>WINN-DIXIE STORES, INC. | $737.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 251538**<br>COUNTY OF HERNANDO UTILITIES<br>ATTN KENT L WEISSINGER, ESQ<br>20 N MAIN STREET, SUITE 462<br>BROOKSVILLE FL 34601 | 9515<br>Debtor: | 11674<br>WINN-DIXIE STORES, INC. | $2,806.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 240494**<br>COUNTY OF HILLSBOROUGH<br>FIRE MARSHALL'S OFFICE<br>ATTN KATHLEEN LINCOLN<br>2907 E HABANA<br>TAMPA FL 33610 | 1055<br>Debtor: | 1056<br>WINN-DIXIE STORES, INC. | $135.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381958**<br>COUNTY OF TUSCALOOSA TAX COLL<br>ATTN PEYTON C COCHRANE<br>714 GREENSBORO AVENUE, ROOM 124<br>TUSCALOOSA AL 35401 | 263<br>Debtor: | 6375<br>WINN-DIXIE STORES, INC. | $34,336.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247147**<br>CPM ASSOCIATES LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>Debtor: | 10906<br>WINN-DIXIE MONTGOMERY, INC. | $29,259.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 247147**<br>CPM ASSOCIATES LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10885<br>Debtor: WINN-DIXIE STORES, INC. | 10907 | $29,259.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247147**<br>CPM ASSOCIATES LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10886<br>Debtor: WINN-DIXIE STORES, INC. | 10908 | $2,682,000.03 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381019**<br>CT DRIVER<br>ATTN JOANNA DRIVER, CO-OWNER<br>5973 RALSTON WAY<br>MONTGOMERY, AL 36116 | 195<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 2160 | $15,508.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279201**<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108 | 4299<br>Debtor: WINN-DIXIE STORES, INC. | 6070 | $152,953.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384081**<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 6166 | $978,423.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384081**<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922<br><br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 4209<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 6197 | $978,423.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410563**<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | 8907<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 10627 | $587,875.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410563**<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | 8908<br>Debtor: **WINN-DIXIE STORES, INC.** | 10628 | $587,875.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406551**<br>DAVIS, EVERETT J<br>10003 BAYOU VIEW DRIVE WEST<br>BAY ST LOUIS MS 39520 | 5869<br>Debtor: **WINN-DIXIE STORES, INC.** | 5882 | $146,390.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 386216**<br>DEAL, RONALD<br>412 KELLY LANE<br>MILL SPRING NC 28756 | 6060<br>Debtor: **WINN-DIXIE STORES, INC.** | 6652 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 393399**<br>DELGATTO, BONNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8484<br>Debtor: **WINN-DIXIE STORES, INC.** | 10804 | $100,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 383211**<br>DELL MARKETING, LP<br>C/O HUGHES & LUCE, LLP<br>ATTN SABRINA L STREUSAND, ESQ<br>111 CONGRESS AVENUE, SUITE 900<br>AUSTIN TX 78701 | 286<br>Debtor: **WINN-DIXIE STORES, INC.** | 369 | $442,147.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 2196**<br>DIXIE LAND SC, LLC<br>C/O PARKWAY ASSET MANAGEMENT CORP<br>ATTN PAUL J GINGRAS, PRESIDENT<br>235 MOORE STREET, SUITE 102<br>HACKENSACK NJ 07601 | 12349<br>Debtor: | 12398<br>WINN-DIXIE STORES, INC. | $458,443.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL M ELIADES, ESQ | | | | |
| **Creditor Id: 254854**<br>DOSS, LISA G<br>30 EDGEWOOD DRIVE<br>SELMA AL 36701 | 4312<br>Debtor: | 4347<br>WINN-DIXIE STORES, INC. | $300.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403204**<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | 2997<br>Debtor: | 3350<br>WINN-DIXIE STORES, INC. | $1,692,658.05 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: DAVID J COOK, ESQ | | | | |
| **Creditor Id: 384079**<br>DS&S CO<br>ATTN MARY WEAVER, OWNER<br>PO BOX 74<br>HONORAVILLE, AL 36042 | 6301<br>Debtor: | 6427<br>WINN-DIXIE MONTGOMERY, INC. | $45,145.08 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410524**<br>DUBOUR, JOHN<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8485<br>Debtor: | 11151<br>WINN-DIXIE STORES, INC. | $200,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 123205**<br>EDOUARD-CALIXTE, RAYMONDE<br>160 ZENITH CIRCLE<br>FT MYERS FL 33913 | 3517<br>Debtor: | 3593<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1297**<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004 | 11410<br>Debtor: | 11569<br>WINN-DIXIE STORES, INC. | $277,870.85 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALBERTO F GOMEZ, JR, ESQ | | | | |
| **Creditor Id: 406005**<br>EMBUTIDOS PALACIOS USA INC<br>C/O S GILLMAN ASSOCIATES<br>ATTN SEYMOUR GILLMAN, AGENT<br>1700 NORTH DIXIE HIGHWAYM SUITE 150<br>BOCA RATON FL 33432 | 2856<br>Debtor: | 2855<br>WINN-DIXIE STORES, INC. | $6,002.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399625**<br>EMPRESS INTERNATIONAL, LTD<br>ATTN MAGDALENA K BROWN, CR MGR<br>2 MONUMENT SQUARE, 8TH FL<br>PORTLAND ME 04101 | 719<br>Debtor: | 3786<br>WINN-DIXIE STORES, INC. | $538,220.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 248998**<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474 | 879<br>Debtor: | 963<br>WINN-DIXIE STORES, INC. | $3,676.17 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 249032**<br>ENVIRO SAFE CARPET CLEANING<br>ATTN ADAM T DANOS, OWNER<br>PO BOX 1702<br>RACELAND, LA 70394 | 7582<br>Debtor: | 7612<br>WINN-DIXIE MONTGOMERY, INC. | $954.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411171**<br>EQUITY ONE (HUNTER'S CREEK) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 12486<br>Debtor: | 12487<br>WINN-DIXIE STORES, INC. | $87,498.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 254121**<br>ERICKSON, KRISTOPHER<br>240 GRANDE VISTA STREET<br>DEBARRY, FL 32713 | 68<br>**Debtor:** WINN-DIXIE STORES, INC. | 1487 | $227.62 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 254121**<br>ERICKSON, KRISTOPHER<br>240 GRANDE VISTA STREET<br>DEBARRY, FL 32713 | 68<br>**Debtor:** WINN-DIXIE STORES, INC. | 1507 | $227.62 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406616**<br>EVANS, SAMUEL W<br>1245 SOUTH POWERLINE ROAD<br>PO BOX 299<br>POMPANO BEACH FL 33069 | 9878<br>**Debtor:** WINN-DIXIE STORES, INC. | 9879 | $282,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399347**<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | 2384<br>**Debtor:** WINN-DIXIE STORES, INC. | 3067 | $1,250.76 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381750**<br>EZY TIME FOOD PRODUCTS BLENDCO INC<br>ATTN CHARLEY MCCAFFREY, PRES<br>8 JM TATUM INDUSTRIAL DRIVE<br>HATTIESBURG MS 39401 | 82<br>**Debtor:** WINN-DIXIE STORES, INC. | 2444 | $5,789.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 374946**<br>FLOWERS BAKING CO OF JACKSONVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9724<br>**Debtor:** WINN-DIXIE STORES, INC. | 11167 | $214.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411135**<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 N BROAD STREET<br>THOMASVILLE GA 31792 | 9727<br>**Debtor:** WINN-DIXIE STORES, INC. | 11168 | $2,703.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 269255**<br>FOOD LION, LLC<br>ATTN REAL ESTATE DEPARTMENT<br>2110 EXECUTIVE BLVD<br>SALISBURY, NC 28145-1330<br><br>Counsel: ATTN PATRICK J IVIE, ESQ | 10878 | 9960<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $535,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269255**<br>FOOD LION, LLC<br>ATTN REAL ESTATE DEPARTMENT<br>2110 EXECUTIVE BLVD<br>SALISBURY, NC 28145-1330<br><br>Counsel: ATTN PATRICK J IVIE, ESQ | 10878 | 10879<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $535,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406843**<br>FORBUS, DAVID L<br>103 BRIARCREST LANE<br>HENDERSONVILLE TN 37075 | 11944 | 12350<br>**Debtor:** WINN-DIXIE STORES, INC. | $73,741.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411043**<br>FRANKFORT ELECTRIC & WATER PLANT BD<br>C/O CREDIT CLEARING HOUSE OF AM INC<br>ATTN CANDICE GRIMES<br>305 WEST MARKET STREET<br>LOUISVILLE KY 40202 | 11350 | 10698<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,037.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411136**<br>FRANKLIN BAKING CO LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 N BROAD STREET<br>THOMASVILLE GA 31772 | 9726 | 11169<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,900.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384137**<br>G&M FOOD EQUIPMENT SALES & SERVICE<br>ATTN GREG BUXTON, MGR<br>PO BOX 7704<br>SPANISH FORT, AL 36577-7704 | 7578 | 10351<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,832.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 250259**<br>GARDENS PARK PLAZA 219<br>505 S FLAGLER DR STE 1010<br>WEST PALM BEACH, FL 33401-5923 | 11551 | 11572 | $5,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| Counsel: ATTN MICHAEL R BAKST, ESQ. | | | | |
| **Creditor Id: 392401**<br>GARDINER, MARY REGINA<br>C/O THE GLENN ARMENTOR LAW CORP<br>ATTN RICHARD E SMITH, ESQ<br>300 STEWART STREET<br>LAFAYETTE LA 70501 | 2345 | 2375 | $112,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 385264**<br>GARGONE, PHILLIP<br>C/O TODD M LADOUCEUR, PA<br>ATTN TODD M LADOUCER, ESQ<br>4286 WOODBINE ROAD, SUITE A<br>PACE FL 32571 | 410 | 3504 | $229,954.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| **Creditor Id: 395561**<br>GARGONE, PHILLIP<br>C/O TODD M LADOUCEUR, PA<br>ATTN TODD M LADOUCEUR, ESQ<br>4286 WOODBINE ROAD, SUITE A<br>PACE FL 32571 | 343 | 3505 | $229,954.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | | | |
| **Creditor Id: 410406**<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 | 8353 | 8388 | $18,323.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: **WINN-DIXIE RALEIGH, INC.** | | | |
| Counsel: ATTN JEAN JEAN WINBORNE BOYLES, ESQ | | | | |
| **Creditor Id: 410406**<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 | 8354 | 8389 | $18,323.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| Counsel: ATTN JEAN JEAN WINBORNE BOYLES, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 403314**<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>2866 E. OAKLAND PARK BLVD<br>FT. LAUDERDALE FL 33306 | 2520<br>Debtor: WINN-DIXIE STORES, INC. | 2522 | $118,877.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 401802**<br>GEORGE, HARTZ, LUNDEEN, ET AL<br>ATTN SANDY R TOPKIN, ESQ<br>2866 E OAKLAND PARK BLVD<br>FT LAUDERDALE FL 33306 | 875<br>Debtor: WINN-DIXIE STORES, INC. | 936 | $118,877.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250724**<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT, CREDIT MGR<br>909 PACKERLAND DRIVE<br>GREEN BAY WI 54303 | 10861<br>Debtor: WINN-DIXIE STORES, INC. | 10862 | $1,794,371.43 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403504**<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | 1078<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 1079 | $21,851.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1395**<br>GREENVILLE GROCERY LLC<br>C/O JP NEST CO, INC<br>ATTN DANIEL MELROD, GP<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036<br><br>Counsel: ATTN JEFFREY L TARKENTON, ESQ | 12174<br>Debtor: WINN-DIXIE RALEIGH, INC. | 12175 | $627,515.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402203**<br>HAMMOND, WALTER B<br>307 THREE SKILLET ROAD<br>SPRINGTOWN TX 76082 | 3957<br>Debtor: WINN-DIXIE STORES, INC. | 5386 | $33,615.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 251283**<br>HARRIS FREEMAN & CO, LP<br>ATTN CFO<br>DEPT 2412<br>LOS ANGELES, CA 90084-2412 | 6379<br>**Debtor:** | 7561<br>ASTOR PRODUCTS, INC. | $34,832.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ANNE S CANTWELL, ESQ | | | | |
| **Creditor Id: 383209**<br>HARTFORD INSURANCE CO, SUBROGEE<br>TO MAXINE POWELL-DACOSTA<br>C/O CHERYL L BLOCKER, ESQ<br>BAYPORT PLAZA, SUITE 1100<br>3000 BAYPORT DRIVE<br>TAMPA FL 33607 | 282<br>**Debtor:** | 316<br>WINN-DIXIE STORES, INC. | $22,462.76 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2291**<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | 8356<br>**Debtor:** | 8386<br>WINN-DIXIE STORES, INC. | $37,072.90 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| **Creditor Id: 2291**<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | 8357<br>**Debtor:** | 8357<br>WINN-DIXIE RALEIGH, INC. | $37,072.90 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| **Creditor Id: 145862**<br>HILL, ARLEEN M<br>336 STRELING ROSE CT<br>APOPKA FL 32703 | 2927<br>**Debtor:** | 3337<br>WINN-DIXIE STORES, INC. | $350.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 145862**<br>HILL, ARLEEN M<br>336 STRELING ROSE CT<br>APOPKA FL 32703 | 2927<br>**Debtor:** | 7501<br>WINN-DIXIE STORES, INC. | $350.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410522<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10883<br>Debtor: WINN-DIXIE RALEIGH, INC. | 10909 | $1,261,064.07 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410522<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10882<br>Debtor: WINN-DIXIE STORES, INC. | 10910 | $1,261,064.07 , | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 251715<br>HOEKSEMA ENTERPRISES, INC DBA<br>GILLIARDS TRUCK SERVICE<br>ATTN RICK HOEKSEMA, PRES<br>2740 INDUSTRIAL PARK DRIVE<br>LAKELAND FL 33801 | 964<br>Debtor: WINN-DIXIE LOGISTICS, INC. | 1130 | $1,375.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 251102<br>HR LEWIS PETROLEUM CO<br>ATTN JERRY STAPP, VP<br>PO BOX 40763<br>JACKSONVILLE, FL 32203-0763 | 376<br>Debtor: ASTOR PRODUCTS, INC. | 1831 | $769.64 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1447<br>HUDSON SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE TERRACE FL 33617-3004<br>Counsel: ATTN ALBERTO F GOMEZ JR, ESQ | 11548<br>Debtor: WINN-DIXIE STORES, INC. | 11411 | $312,845.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399797<br>HUGHES, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | 229<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 1661 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 392019**<br>HUTSON, KENNETH<br>C/O BARRS WILLIAMSON STOLBERG ET AL<br>ATTN MELISSA S WEGNER, ESQ<br>2503 WEST SWANN AVENUE<br>TAMPA FL 33609-4017 | 7017<br>Debtor: | 10687<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403776**<br>INCLAN, GARY B<br>2806 TUPELO COURT<br>LONGWOOD FL 32779 | 5237<br>Debtor: | 6264<br>WINN-DIXIE STORES, INC. | $29,771.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406804**<br>INCLAN, GARY B<br>2806 TUPELO COURT<br>LONGWOOD FL 32779 | 5238<br>Debtor: | 6265<br>WINN-DIXIE STORES, INC. | $187,791.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382722**<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CREDIT REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | 7528<br>Debtor: | 8909<br>WINN-DIXIE STORES, INC. | $906,713.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399337**<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | 468<br>Debtor: | 469<br>WINN-DIXIE MONTGOMERY, INC. | $195,417.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399337**<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | 468<br>Debtor: | 474<br>WINN-DIXIE MONTGOMERY, INC. | $195,417.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 252195**<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | 397<br>Debtor: | 1264<br>WINN-DIXIE SUPERMARKETS, INC. | $8,688.64 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 410788<br>IRT PARTNERS, LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 12484<br>Debtor: WINN-DIXIE RALEIGH, INC. | 12485 | $20,364.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279142<br>JA-RU, INC<br>ATTN KENNETH T KOCHAN, CFO<br>4030 PHILLIPS HIGHWAY<br>JACKSONVILLE FL 32207<br><br>Counsel: | 2652<br>Debtor: WINN-DIXIE STORES, INC. | 4937 | $288,875.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 253299<br>JOHNS SEAFOOD COMPANY<br>ATTN FRANK J PANEPINTO, OFF MGR<br>1709 LAKE SALVADOR DRIVE<br>HARVEY, LA 70058 | 2495<br>Debtor: WINN-DIXIE STORES, INC. | 4734 | $33,869.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406822<br>JOHNSON, HUGH T JR<br>103 CATHEDRAL WAY<br>CARY NC 27513 | 5903<br>Debtor: WINN-DIXIE STORES, INC. | 10730 | $37,960.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 402728<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT<br>ELIZABETHTOWN KY 42701<br><br>Counsel: ATTN MICHAEL A PIKE, ESQ | 3284<br>Debtor: WINN-DIXIE STORES, INC. | 3361 | $48,152.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 405959<br>JONES WALKER<br>ATTN A BRUNS OR W BACKSTROM JR ESQS<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS LA 70170 | 2546<br>Debtor: WINN-DIXIE STORES, INC. | 3008 | $38,119.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 405959<br>JONES WALKER<br>ATTN A BRUNS OR W BACKSTROM JR ESQS<br>201 ST CHARLES AVENUE, 48TH FLOOR<br>NEW ORLEANS LA 70170 | 2546<br>Debtor: WINN-DIXIE STORES, INC. | 3364 | $38,119.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA  70063-1093 | 5118<br>Debtor:  WINN-DIXIE STORES, INC. | 5126 | $215.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA  70063-1093 | 5126<br>Debtor:  WINN-DIXIE STORES, INC. | 5140 | $17,506.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  407570<br>KAL KAN FOODS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | 4398<br>Debtor:  WINN-DIXIE STORES, INC. | 4969 | $338,837.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  253554<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE  SC  29502-5533 | 283<br>Debtor:  WINN-DIXIE STORES, INC. | 1041 | $19,028.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  375669<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE, SC  29502-5533 | 283<br>Debtor:  WINN-DIXIE STORES, INC. | 1043 | $19,028.75 , | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  380999<br>KC LOGISTICS CO<br>ATTN JEAN M WESTBERRY, PRES<br>PO BOX 5533<br>FLORENCE, SC  29502-5533 | 283<br>Debtor:  WINN-DIXIE STORES, INC. | 1042 | $19,028.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 382756**<br>KOLDEN-HOVEN & ASSOCIATES, INC DBA<br>THE CHRISTENSEN GROUP<br>ATTN LINDA KOLDENHOVEN, PRESIDENT<br>4395 SAINT JOHNS PKWY<br>SANFORD, FL 32771-5381 | 881<br>Debtor: | 9218<br>WINN-DIXIE SUPERMARKETS, INC. | $18,506.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403802**<br>LAFEVER, DANIEL G<br>5004 SHELLEY COURT<br>ORLANDO FL 32807-1372 | 8554<br>Debtor: | 9145<br>WINN-DIXIE STORES, INC. | $398,435.87 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410523**<br>LAW, TRAVIS<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8483<br>Debtor: | 11156<br>WINN-DIXIE STORES, INC. | $100,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410521**<br>LEWIS, TIFFNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8482<br>Debtor: | 11150<br>WINN-DIXIE STORES, INC. | $100,924.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381044**<br>LOGO INC<br>ATTN WILLIAM MCCAULEY, PRES<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122 | 339<br>Debtor: | 2082<br>WINN-DIXIE STORES, INC. | $7,772.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407569**<br>M&M MARS - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | 4397<br>Debtor: | 4967<br>WINN-DIXIE STORES, INC. | $216,249.10 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 255225**<br>MACK LLC DBA KRISPY KREME<br>ATTN ALAN HERBERT<br>PO BOX 10100<br>NEW ORLEANS, LA 70181 | 5895<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 7598 | $213,771.63 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255262**<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211<br><br>Counsel: ATTN DOUGLAS C NOBLE, ESQ | 386<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 2905 | $36,394.97 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255308**<br>MAGLA PRODUCTS LLC<br>ATTN JANE CORLEY, AR MGR<br>PO BOX 1934<br>MORRISTOWN, NJ 07962-1934 | 1521<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | 4480 | $7,272.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399352**<br>MAPA SPONTEX, INC<br>ATTN SUE ELLEN POLK, CR COLL SUPERV<br>100 SPANTEX DRIVE<br>COLUMBIA TN 38401 | 504<br>Debtor: WINN-DIXIE STORES, INC. | 1100 | $24,170.22 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397347**<br>MARKY'S CAVIAR<br>ATTN PATRICIA PARKER<br>687 NE 79TH STREET<br>MIAMI FL 33138 | 385<br>Debtor: WINN-DIXIE STORES, INC. | 2037 | $5,177.90 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403456**<br>MARLIN LEASING CORPORATION<br>ATTN REBECCA SENTELL<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 | 1026<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 1369 | $2,395.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 403456**<br>MARLIN LEASING CORPORATION<br>ATTN REBECCA SENTELL<br>300 FELLOWSHIP ROAD<br>MOUNT LAUREL NJ 08054 | 1027<br>Debtor: WINN-DIXIE STORES, INC. | 1370 | $584.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406931**<br>MARTIN, JOSEPH<br>9 RED OAK<br>COVINGTON KY 70433 | 4614<br>Debtor: WINN-DIXIE STORES, INC. | 5529 | $76,247.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255906**<br>MCKEE FOODS CORPORATION<br>ATTN VALERIE PHILLIPS<br>PO BOX 750<br>COLLEGEDALE, TN 37315 | 1004<br>Debtor: WINN-DIXIE STORES, INC. | 1185 | $2,829,450.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255906**<br>MCKEE FOODS CORPORATION<br>ATTN VALERIE PHILLIPS<br>PO BOX 750<br>COLLEGEDALE, TN 37315 | 1004<br>Debtor: WINN-DIXIE STORES, INC. | 3881 | $2,829,450.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 390646**<br>MCMULLEN, SANDRA<br>C/O HINTON & POWELL<br>ATTN DOUGLAS R POWELL, ESQ<br>3340 PEACHTREE ROAD NE, SUITE 2800<br>ATLANTA GA 30326 | 3243<br>Debtor: WINN-DIXIE STORES, INC. | 3507 | $80,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400278**<br>MCNEIL, FREDDIE<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6802<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 12607 | $150,000.00 * | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406983**<br>MELVIN, CHARLES L<br>299 LAKEVIEW CABINS DR<br>NEW CONCORD KY 42076 | 12368<br>Debtor: WINN-DIXIE STORES, INC. | 12404 | $121,943.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 50633**<br>MENDEZ, OSLY Y<br>5716 CODY STREET<br>HOLLYWOOD FL 33021<br><br>Counsel: ATTN RAMON MALCA, ESQ | 7217<br>Debtor: | 7243<br>WINN-DIXIE STORES, INC. | $270,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384235**<br>METTLER-TOLEDO, INC<br>ATTN DANIEL P BUETTIN, RET CR DEPT<br>1900 POLARIS PARKWAY<br>COLUMBUS OH 43240 | 6759<br>Debtor: | 7065<br>WINN-DIXIE STORES, INC. | $166,388.64 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384235**<br>METTLER-TOLEDO, INC<br>ATTN DANIEL P BUETTIN, RET CR DEPT<br>1900 POLARIS PARKWAY<br>COLUMBUS OH 43240 | 6758<br>Debtor: | 7087<br>WINN-DIXIE MONTGOMERY, INC. | $147,305.77 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 384235**<br>METTLER-TOLEDO, INC<br>ATTN DANIEL P BUETTIN, RET CR DEPT<br>1900 POLARIS PARKWAY<br>COLUMBUS OH 43240 | 7084<br>Debtor: | 7377<br>WINN-DIXIE RALEIGH, INC. | $7,015.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 262856**<br>MIAMI HERALD PUBLISHING CO, THE<br>ATTN ERASMO ACOSTA JR, CREDIT MGR<br>ONE HERALD PLAZA, 2ND FL<br>MIAMI FL 33132 | 10632<br>Debtor: | 11158<br>WINN-DIXIE STORES, INC. | $68,921.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256176**<br>MIAMI SAFE & LOCK INC<br>ATTN CYNTHIA BAGWELL<br>11750 SW 95TH AVENUE<br>MIAMI, FL 33176-4251 | 47<br>Debtor: | 3743<br>WINN-DIXIE STORES, INC. | $19,649.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278523**<br>MIDWEST CENTERS LTD<br>ATTN ALVIN LIPSON, MANAGING MEMBER<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 | 8240<br>Debtor: | 8844<br>WINN-DIXIE STORES, INC. | $1,913,705.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 278523**<br>MIDWEST CENTERS LTD<br>ATTN ALVIN LIPSON, MANAGING MEMBER<br>3307 CLIFTON AVENUE<br>CINCINNATI OH 45220 | 8241<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 8845 | $608,913.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407012**<br>MORGAN, WILLIAM E<br>6479 SABLE WOODS DRIVE EAST<br>JACKSONVILLE FL 32244 | 5909<br>Debtor: **WINN-DIXIE STORES, INC.** | 7146 | $17,256.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399353**<br>MORGRAN COMPANY, THE<br>C/O GINNIE VAN KESTEREN, ESQ<br>111 SECOND AVENUE NE, SUITE 706<br>ST PETERSBURG FL 33701 | 496<br>Debtor: **WINN-DIXIE STORES, INC.** | 711 | $164,643.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399353**<br>MORGRAN COMPANY, THE<br>C/O GINNIE VAN KESTEREN, ESQ<br>111 SECOND AVENUE NE, SUITE 706<br>ST PETERSBURG FL 33701 | 496<br>Debtor: **WINN-DIXIE STORES, INC.** | 1172 | $164,643.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256761**<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 127<br>Debtor: **WINN-DIXIE STORES, INC.** | 2558 | $48,299.77 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395578**<br>MURRAY'S CONTRACT HARDWARE, INC<br>ATTN WALTER S MURRAY SR, PRES<br>5429 RAMONA BLVD<br>JACKSONVILLE FL 32205 | 367<br>Debtor: **WINN-DIXIE STORES, INC.** | 2348 | $1,315.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410409**<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641<br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8360<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 8385 | $6,902.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399690**<br>NATCO INC FKA HOBART SALES & SVCE<br>ATTN BELLA NATALICCHIO<br>PO BOX 4607<br>WILMINGTON NC 28406 | 2361<br>Debtor: | 9485<br>**WINN-DIXIE RALEIGH, INC.** | $546.46 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 257152**<br>NEW ORLEANS CUISINE ENTERPRISES INC<br>ATTN DONALD BARKEMEYER, OWNER<br>14854 HAYNE BLVD<br>NEW ORLEANS, LA 70128 | 2157<br>Debtor: | 3071<br>**WINN-DIXIE MONTGOMERY, INC.** | $25,135.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395547**<br>NORTHWEST NATURAL PRODUCTS, INC<br>ATTN ELLEN PONAS/RON RIDDOUT<br>6350 NE CAMPUS DRIVE<br>VANCOUVER WA 98661 | 324<br>Debtor: | 4930<br>**WINN-DIXIE STORES, INC.** | $4,536.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 376433**<br>NOWELL, LINDA C, BENEFICIARY<br>OF MORRIS M NOWELL<br>609 COOKSTOWN DRIVE<br>SMYRNA, TN 37167 | 5476<br>Debtor: | 9235<br>**WINN-DIXIE STORES, INC.** | $105,699.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 257482**<br>NU-SAFE FLOOR SOLUTIONS INC<br>ATTN PATRICIA FISHER, PRES<br>PO BOX 663<br>FLORENCE, KY 41022-0663 | 85<br>Debtor: | 1867<br>**WINN-DIXIE STORES, INC.** | $9,360.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 378298**<br>OCEAN SPRAY CRANBERRIES, INC<br>ATTN BEVERLY COSTA, CR MGR<br>1 OCEAN SPRAY DR<br>LAKEVILLE MA 02349 | 7<br>Debtor: | 10420<br>**WINN-DIXIE STORES, INC.** | $85,087.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410526<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10887<br>**Debtor:** | 10888<br>WINN-DIXIE STORES, INC. | $366,769.76 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410526<br>OCEANWAY PLAZA ASSOCS, LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10887<br>**Debtor:** | 10897<br>WINN-DIXIE STORES, INC. | $366,769.76 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410445<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806<br><br>**Counsel:** ATTN DAVID S KUPETZ, ESQ. | 8176<br>**Debtor:** | 11834<br>WINN-DIXIE MONTGOMERY, INC. | $104,735.89 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382059<br>OTIS SPUNKMEYER INC<br>ATTN TED COMITO/ KATHY SOLIZ<br>14490 CATALINA ST<br>SAN LEANDRO CA 94577 | 4016<br>**Debtor:** | 4013<br>WINN-DIXIE STORES, INC. | $28,853.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2515<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>**Counsel:** ATTN EDWARD T BRADING, ESQ | 2588<br>**Debtor:** | 4034<br>WINN-DIXIE STORES, INC. | $19,452.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279033<br>PEACE RIVER CITRUS PRODUCTS<br>ATTN ANDREW TAYLOR, FIN VP<br>582 BEACHLAND BLVD, SUITE 300<br>VERO BEACH FL 32963 | 7262<br>**Debtor:** | 7263<br>WINN-DIXIE STORES, INC. | $292,678.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 381766 PESCANOVA, INC C/O METROGROUP ATTN MARCUS L ARKY, ESQ 61 BROADWAY, SUITE 1410 NEW YORK NY 10006 | 9380 | 9482 | $78,684.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Transferee: AMROC INVESTMENTS LLC | | | | |
| Creditor Id: 258435 PHARMACY RELIEF SVCS OF CTR FL INC ATTN MARILYN A CUSKADEN, PRES 1810 POINCIANA RD WINTER PARK FL 32792 | 360 | 2084 | $72,072.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Creditor Id: 2478 PICKENS NALLEY, LP GARRET PICKENS PARTNERSHIP, LP PO BOX 1929 EASLEY SC 29641 | 8359 | 8390 | $70,565.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| Creditor Id: 2478 PICKENS NALLEY, LP GARRET PICKENS PARTNERSHIP, LP PO BOX 1929 EASLEY SC 29641 | 8356 | 8391 | $70,565.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| Creditor Id: 382068 PILGRIM'S PRIDE CORP ATTN K LAWRENCE/T DUFFEE DEPT 24 PO BOX 93 PITTSBURG TX 75686-0093 | 11210 | 11605 | $361,309.07 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Creditor Id: 1712 PINES CARTER OF FLORIDA, INC C/O PINES GROUP INC ATTN R PINES, PRES OR G PINES, ESQ 3301 PONCE DELEON BLVD CORAL GABLES, FL 33134 | 2563 | 2564 | $23,799.04 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON  CT  06484-4361 | 11752<br>Debtor: | 11748<br>CRACKIN' GOOD, INC. | $3,367.34 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258669**<br>POINTE COUPEE ELECTRIC<br>ATTN KATHY STEELE, COLL SUPERV<br>PO BOX 160<br>NEW ROADS,  LA  70760-0160 | 478<br>Debtor: | 1492<br>WINN-DIXIE STORES, INC. | $24,316.31 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 259749**<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | 7542<br>Debtor: | 7544<br>WINN-DIXIE MONTGOMERY, INC. | $4,899,950.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1781**<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | 7542<br>Debtor: | 7543<br>WINN-DIXIE MONTGOMERY, INC. | $4,899,950.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013<br>Debtor: | 6014<br>WINN-DIXIE STORES, INC. | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258920**<br>PRO-ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWTZ<br>156 20TH AVENUE SE<br>ST PETERSBURG  FL  33705 | 6778<br>Debtor: | 8226<br>WINN-DIXIE STORES, INC. | $365,055.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399355**<br>PRODUCERS RICE MILL, INC<br>ATTN VICKI BAKER, CR MGR<br>PO BOX 1248<br>STUTTGART AR 72160 | 507<br>Debtor: WINN-DIXIE STORES, INC. | 3529 | $6,218.61 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258983**<br>PROJECT ASSISTANTS, INC<br>ATTN ROBERT KIRKPATRICK<br>1409 FOULK ROAD, SUITE 200<br>WILMINGTON, DE 19803 | 11039<br>Debtor: WINN-DIXIE STORES, INC. | 11040 | $41,677.37 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: MICHAEL G BUSENKELL, ESQ | | | | |
| **Creditor Id: 394015**<br>PYE, IRENE<br>9759 MACARTHUR COURT S<br>JACKSONVILLE, FL 32246 | 289<br>Debtor: WINN-DIXIE STORES, INC. | 1584 | $902.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400119**<br>PYXIS CONSULTING GROUP INC DBA<br>BAYFORCE TECHNOLOGY SOLUTIONS ET AL<br>C/O LAU LANE PIEPER CONLEY ET AL<br>PO BOX 838<br>TAMPA FL 33601 | 826<br>Debtor: WINN-DIXIE STORES, INC. | 1654 | $89,129.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 252380**<br>RAYMER'S LAWN & SWEEPING SERVICE<br>ATTN IVA RAYMER, OWNER<br>8716 WINDSOR VIEW DRIVE<br>LOUISVILLE, KY 40272 | 618<br>Debtor: WINN-DIXIE STORES, INC. | 2768 | $700.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402926**<br>REDNOUR, STEVE K<br>570 BARBARA SUE LANE<br>MT WASHINGTON KY 40047 | 10727<br>Debtor: WINN-DIXIE STORES, INC. | 10726 | $29,428.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403349**<br>REMILLARD LAW FIRM, PA<br>ATTN MICHELLE REMILLARD, OFF MGR<br>3201 SHAMROCK SOUTH, SUITE 102<br>TALLAHASSEE FL 32309 | 1083<br>Debtor: WINN-DIXIE STORES, INC. | 4182 | $2,175.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416946**<br>REMKE MARKETS, INC.<br>C/O DETERS BENZINGER & LAVELLE<br>ATTN ELIZABETH GRAHAM WEBER, ESQ<br>207 THOMAS MORE PKWY<br>CRESTVIEW HILLS KY 41017 | 12428<br>Debtor: WINN-DIXIE STORES, INC. | 12439 | $937,748.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2511**<br>RIDGEVIEW INC<br>ATTN RODNEY M POOLE, ESQ<br>PO BOX 6895<br>RICHMOND, VA 23230-6895 | 11390<br>Debtor: WINN-DIXIE RALEIGH, INC. | 11391 | $89,620.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407590**<br>RUDEN MCCLOSKY SMITH SCHUSTER ET AL<br>ATTN KATIE A LANE, ESQ<br>200 E BROWARD BLVD, 15TH FLOOR<br>FORT LAUDERDALE FL 33301 | 153<br>Debtor: DIXIE STORES, INC. | 4429 | $18,438.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381757**<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 965<br>Debtor: WINN-DIXIE STORES, INC. | 2557 | $101,187.97 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1831**<br>SEVEN SPRINGS PLAZA LLC<br>C/O MAZAS MANAGEMENT<br>2551 DREW STREET, SUITE 301<br>CLEARWATER, FL 33765<br>Counsel: ATTN CHARLES A BUFORD, ESQ | 285<br>Debtor: WINN-DIXIE STORES, INC. | 2663 | $224,700.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 261161**<br>SLIM FAST FOODS - UNILEVER<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | 10019<br>Debtor: WINN-DIXIE STORES, INC. | 10020 | $509,917.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 69502<br>SMITH, MARTINO R<br>1166 RAGAN DR<br>GASTONIA, NC 28054 | 2111 | 2114<br>**Debtor:** WINN-DIXIE STORES, INC. | $75,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403950<br>SOUMOFF, DENNIS P<br>10921 NW 12TH PLACE<br>PLANTATION FL 33322-0693 | 4493 | 4771<br>**Debtor:** WINN-DIXIE STORES, INC. | $23,938.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407238<br>STANLEY, ARLIE D<br>243 RANCH RD<br>JOSHUA TX 76058 | 9318 | 5911<br>**Debtor:** WINN-DIXIE STORES, INC. | $86,690.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 262004<br>STEVENS SAUSAGE COMPANY INC<br>ATTN: TIM STEVENS, VP<br>PO BOX 2304<br>SMITHFIELD, NC 27577<br><br>Counsel: ATTN GORDON C WOODRUFF, ESQ | 1326 | 1612<br>**Debtor:** WINN-DIXIE STORES, INC. | $17,741.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2597<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8351 | 8382<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $66,968.04 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2597<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8352 | 8383<br>**Debtor:** WINN-DIXIE STORES, INC. | $66,968.04 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 262209<br>SUN FRESH OF FLORIDA<br>ATTN WILLIAM R COTTON, GEN MGR<br>1755 LAKESIDE AVENUE<br>ST AUGUSTINE, FL 32086 | 69 | 503<br>**Debtor:** WINN-DIXIE STORES, INC. | $45,132.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 381010 | 4747 | 4748 | $11,183.22 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| SUPREME HOTEL & RESTAURANT SUPPLY CORP | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| ATTN LARRY GERTLER, PRES | | | | |
| 2150 SW 30TH AVENUE | | | | |
| PEMBROKE PARK, FL 33009 | | | | |
| **Creditor Id:** 262311 | 3321 | 3338 | $2,841.17 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| SUSHI EXPRESS | Debtor: WINN-DIXIE STORES, INC. | | | |
| ATTN SAMMY LEUNG/SIU YIN CHAN, PRES | | | | |
| PO BOX 3516 | | | | |
| WINTER PARK, FL 32790 | | | | |
| **Creditor Id:** 410374 | 11664 | 7352 | $124,826.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| SWEDISH MATCH NORTH AMERICA, INC & | Debtor: WINN-DIXIE STORES, INC. | | | |
| SWEDISH MATCH CIGARS INC | | | | |
| C/O CHRISTIAN & BARTON, LLP | | | | |
| ATTN JENNIFER M MCLEMORE, ESQ | | | | |
| 909 E MAIN STREET, SUITE 1200 | | | | |
| RICHMOND VA 23219 | | | | |
| **Creditor Id:** 407266 | 6967 | 12367 | $160,155.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| TARKE, NELSON | Debtor: WINN-DIXIE STORES, INC. | | | |
| 7541 SW 134TH COURT | | | | |
| MIAMI FL 33183 | | | | |
| **Creditor Id:** 2624 | 7010 | 7050 | $4,896,570.49 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| THREE MEADOWS PLAZA PARTNERSHIP | Debtor: WINN-DIXIE STORES, INC. | | | |
| C/O PRIME SITE REALTY, INC | | | | |
| ATTN AL MATRONI | | | | |
| PO BOX 97 | | | | |
| COCOA FL 32923-0097 | | | | |
| Transferee: LASALLE BANK NATIONAL ASSOC ETAL | | | | |
| Counsel: ATTN EDWARD A VAN GUNTEN, ESQ | | | | |
| **Creditor Id:** 2624 | 12210 | 12394 | $717,024.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| THREE MEADOWS PLAZA PARTNERSHIP | Debtor: WINN-DIXIE STORES, INC. | | | |
| C/O PRIME SITE REALTY, INC | | | | |
| ATTN AL MATRONI | | | | |
| PO BOX 97 | | | | |
| COCOA FL 32923-0097 | | | | |
| Transferee: LASALLE BANK NATIONAL ASSOC ETAL | | | | |
| Counsel: ATTN EDWARD A VAN GUNTEN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411067**<br>TILIA, INC.<br>ATTN ROSE MCCAULEY, ACCTG MGR<br>NORTH TOWER, 5TH FLOOR<br>303 SECOND STREET<br>SAN FRANCISCO CA 94107-6302 | 736<br>Debtor: WINN-DIXIE STORES, INC. | 10705 | $56,682.62 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10881<br>Debtor: WINN-DIXIE RALEIGH, INC. | 10900 | $27,286.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263271**<br>TOWER ASSOCIATES LTD<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10834<br>Debtor: WINN-DIXIE STORES, INC. | 10905 | $27,286.06 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2629**<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>PO BOX 1929<br>EASLEY SC 29641-1929<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 8355<br>Debtor: WINN-DIXIE RALEIGH, INC. | 8384 | $48,651.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263409**<br>TRADEWINDS PUBLICATIONS<br>ATTN CINDY M GERMANY, CIR MGR<br>PO BOX 1200<br>GREENWOOD, MS 38935-1200 | 5727<br>Debtor: WINN-DIXIE STORES, INC. | 5744 | $755.08 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263506**<br>TRI-COUNTY STRIPING & SWEEPER SVCES<br>ATTN MAX C STUDSTILL, OWNER<br>PO BOX 301<br>CENTERVILLE, GA 31028 | 988<br>Debtor: WINN-DIXIE STORES, INC. | 3132 | $356.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 395747**<br>TRI-COUNTY STRIPING & SWEEPER SVCES<br>ATTN MAX C STUDSTILL, OWNER<br>PO BOX 301<br>CENTERVILLE, GA 31028 | 968<br>**Debtor:** | 3133<br>WINN-DIXIE STORES, INC. | $356.25 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407309**<br>TYJEWSKI, WILLIAM C<br>3390 CHEYENNE LN<br>JACKSONVILLE FL 32223-3267 | 10429<br>**Debtor:** | 10749<br>WINN-DIXIE STORES, INC. | $66,675.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407571**<br>UNCLE BENS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | 4399<br>**Debtor:** | 4970<br>WINN-DIXIE STORES, INC. | $73,160.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263754**<br>UNILEVER BEST FOODS<br>C/O UNILEVER - FOODS NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, STE 200<br>LISLE IL 60532 | 10024<br>**Debtor:** | 10023<br>WINN-DIXIE STORES, INC. | $1,660,264.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 264030**<br>VANGUARD PLASTICS, INC<br>ATTN WILLIAM C SEANOR, CEO<br>4555 LANGLAND ROAD<br>FARMERS BRANCH TX 75244 | 7366<br>**Debtor:** | 7367<br>WINN-DIXIE STORES, INC. | $213,738.37 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 264237**<br>VISAGENT CORPORATION<br>2107 HENDRICKS AVE<br>JACKSONVILLE FL 32207<br><br>Counsel: ATTN GUY B RUBIN, ESQ | 9953<br>**Debtor:** | 10108<br>WINN-DIXIE STORES, INC. | $131,875,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269371**<br>VISAGENT CORPORATION<br>C/O MARK RUBIN<br>2107 HENDRICKS AVENUE<br>JACKSONVILLE, FL 32207<br><br>Counsel: ATTN GUY B RUBIN, ESQ | 9953<br>**Debtor:** | 9975<br>WINN-DIXIE STORES, INC. | $131,875,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407345**<br>WATHEN, PATRICK D<br>2246 SEAMAN CR<br>CHAMBLE GA 30341 | 6284<br>**Debtor:** WINN-DIXIE STORES, INC. | 6473 | $91,519.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400971**<br>WATTS, RALPH C<br>3719 CREEK HOLLOW LANE<br>MIDDLEBURG FL 32068 | 10728<br>**Debtor:** WINN-DIXIE STORES, INC. | 10729 | $10,763.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 2662**<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751 | 8362<br>**Debtor:** WINN-DIXIE STORES, INC. | 8380 | $47,034.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| **Creditor Id: 2662**<br>WAYNESVILLE SHOPPING CENTER, LLC<br>C/O RONALD L HOOKER<br>435 OVERLOOK DRIVE<br>MAGGIE VALLEY NC 28751 | 8361<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8381 | $47,034.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | | | | |
| **Creditor Id: 399363**<br>WEINSTEIN WHOLESALE MEATS, INC<br>ATTN JOANNE VELEZ ACCT MGR<br>1328 W RANDOLPH ST<br>CHICAGO IL 60607 | 512<br>**Debtor:** WINN-DIXIE STORES, INC. | 589 | $290,002.31 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399363**<br>WEINSTEIN WHOLESALE MEATS, INC<br>ATTN JOANNE VELEZ ACCT MGR<br>1328 W RANDOLPH ST<br>CHICAGO IL 60607 | 512<br>**Debtor:** WINN-DIXIE STORES, INC. | 728 | $290,002.31 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407362**<br>WETZEL, JACK T<br>6115 YUCCA DR<br>DOUGLASVILLE GA 30135 | 1408<br>**Debtor:** WINN-DIXIE STORES, INC. | 5920 | $123,625.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399298**<br>WHITE, MARY DBA COASTAL NEWS SVCE<br>PO BOX 24386<br>ST SIMONS ISLAND  GA  31522 | 452<br>Debtor:  WINN-DIXIE STORES, INC. | 11797 | $241.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 394010**<br>WILHOITE, MARIE<br>10447 GREENMORE DRIVE<br>JACKSONVILLE, FL  32246 | 303<br>Debtor:  WINN-DIXIE STORES, INC. | 3266 | $704.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 394010**<br>WILHOITE, MARIE<br>10447 GREENMORE DRIVE<br>JACKSONVILLE, FL  32246 | 303<br>Debtor:  WINN-DIXIE STORES, INC. | 3267 | $704.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 264864**<br>WILLIAMS & ROWE COMPANY, INC<br>5215 HIGHWAY AVENUE<br>JACKSONVILLE, FL  32254<br><br>Counsel: ATTN RICHARD A TANNER, ESQ | 11092<br>Debtor:  WINN-DIXIE STORES, INC. | 11359 | $205,740.46 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 391414**<br>WILLIAMS, ADA<br>C/O LAW OFFICES OF R SCOTT ILES<br>ATTN LEE ANN ILES, ESQ<br>PO BOX 3385<br>LAFAYETTE  LA  70502 | 10360<br>Debtor:  WINN-DIXIE STORES, INC. | 11160 | $3,500.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269587**<br>WILSON, ANNIE<br>603 FINLEY AVENUE<br>SYLACAUGA  AL  35150 | 1799<br>Debtor:  WINN-DIXIE STORES, INC. | 1801 | $3,000.00 , | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397948**<br>WILSON, ANNIE<br>603 FINLEY AVENUE<br>SYLACAUGA  AL  35150 | 1799<br>Debtor:  WINN-DIXIE STORES, INC. | 1800 | $3,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**Total Claims  to be Disallowed:**       280
**Total Amount to be Disallowed:**      $338,620,578.80      Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381978**<br>ACADIANA BOTTLING CO. INC<br>ATTN JIM ANGERS<br>700 KAL SALOOM<br>LAFAYETTE LA 70508 | 8196 | 3713<br>Debtor: **WINN-DIXIE STORES, INC.** | $305,903.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN CHRISTOPHER J PIASECKI, ESQ | | | | |
| **Creditor Id: 241505**<br>ACE EXPEDITERS INC<br>ATTN: RICHARD COOPER, VP<br>PO BOX 2513<br>ORLANDO, FL 32802 | 727 | 444<br>Debtor: **WINN-DIXIE STORES, INC.** | $975.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LIQUIDITY SOLUTIONS, INC | | | | |
| **Creditor Id: 241505**<br>ACE EXPEDITERS INC<br>ATTN: RICHARD COOPER, VP<br>PO BOX 2513<br>ORLANDO, FL 32802 | 1711 | 727<br>Debtor: **WINN-DIXIE STORES, INC.** | $810.62 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: LIQUIDITY SOLUTIONS, INC | | | | |
| **Creditor Id: 279455**<br>ADAMO ENTERPRISES, INC<br>(PHARMACY STAFFING)<br>ATTN L ZARAK, PRES<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS FL 33410 | 3388 | 186<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $22,841.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382366**<br>ADAMO ENTERPRISES, INC<br>ATTN LINDA ZARAK, PRESIDENT<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS, FL 33410 | 2789 | 3388<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,361.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279335**<br>AEP INDUSTRIES, INC<br>ATTN ERWIN F STORZ, CR MGR<br>125 PHILLIPS AVENUE<br>SOUTH HACKENSACK NJ 07606 | 869 | 230<br>Debtor: **WINN-DIXIE STORES, INC.** | $150,414.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 381983<br>ALLEN BEVERAGES, INC DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN H G WALKER, JR OR E AWEN, PRES<br>PO BOX 2037<br>GULFPORT MS 39505 | 8314 | 1885 | $126,543.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 402381<br>ALLEN, GARY C<br>3612 KERRY ANN WAY<br>JEFFERSONVILLE IN 47130 | 4847 | 3751 | $325,984.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN THOMAS R BROWN, ESQ | | | | |
| **Creditor Id:** 406178<br>ALLERGAN, INC<br>ATTN WILLIAM N SCARFF JR, ESQ<br>2525 DUPONT DRIVE<br>IRVINE CA 92612 | 3905 | 3508 | $40,049.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 399731<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 | 4071 | 1227 | $179.97 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 399731<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 | 4070 | 1231 | $487.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 381731<br>ALTADIS USA<br>ATTN MIRIAM PIEDRA, CR MGR<br>5900 N ANDREWS AVE<br>FORT LAUDERDALE FL 33309 | 1693 | 40 | $53,841.68 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279203**<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116 | 9828 | 3201<br>**Debtor:** WINN-DIXIE STORES, INC. | $232,604.15 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JOHN J CRUCIANI, ESQ | | | | |
| **Creditor Id: 399385**<br>AMERICAN KB PROPERTIES I LP<br>C/O LAMONICA HERBST & MANISCALCO<br>ATTN SALVATORE LAMONICA, ESQ<br>3305 JERUSALEM AVENUE<br>WANTAGH NY 11803 | 9123 | 3450<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $21,705.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400568**<br>APPLE, CHRISTOPHER J<br>107 ALISON LANE<br>ARCHDALE NC 27263 | 4713 | 2368<br>**Debtor:** WINN-DIXIE STORES, INC. | $6,120.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 242479**<br>AQUA SOFT WATER SYSTEMS INC<br>ATTN MARGARET E RICE, PRES<br>220 BUSINESS PARKWAY<br>ROYAL PALM BEACH, FL 33411 | 1736 | 377<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $5,546.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395571**<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN J E MCMONAGLE, COLL MGR<br>PO BOX 2219<br>COLUMBUS OH 43216 | 1014 | 357<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,762.89 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399271**<br>ATHENS FOODS INC<br>ATTN ROBERT TANSING, FIN VP<br>13600 SNOW ROAD<br>CLEVELAND OH 44142 | 1405 | 408<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,117.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 381724<br>AVNET INC<br>ATTN BETH THOMPSON, COLL COORD<br>2211 S 47TH ST<br>PHOENIX AZ 85034 | 729<br>Debtor: WINN-DIXIE STORES, INC. | 27 | $312,455.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 242958<br>BAKER MAID PRODUCTS, INC<br>ATTN DARRYL SORENSEN, PRES<br>403 SOUTH MAIN STREET<br>POPLARVILLE MS 39470 | 1609<br>Debtor: WINN-DIXIE STORES, INC. | 57 | $1,026.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 242996<br>BANDAG, INC<br>ATTN LYNN FINCK<br>2905 N HWY 61<br>MUSCATINE IA 52761 | 9884<br>Debtor: WINN-DIXIE STORES, INC. | 2581 | $74,862.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 403591<br>BARROW, JEFFERY A<br>PO BOX 350423<br>JACKSONVILLE FL 32235-0423 | 7349<br>Debtor: WINN-DIXIE STORES, INC. | 5743 | $227,244.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406361<br>BARROW, JEFFERY A<br>PO BOX 350423<br>JACKSONVILLE FL 32235 | 7339<br>Debtor: WINN-DIXIE STORES, INC. | 5795 | $105,105.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406386<br>BLACKMON, DENNIS L<br>857 PALMETTO TERRACE<br>OVIEDO FL 32765 | 6318<br>Debtor: WINN-DIXIE STORES, INC. | 6078 | $88,871.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406386<br>BLACKMON, DENNIS L<br>857 PALMETTO TERRACE<br>OVIEDO FL 32765 | 9326<br>Debtor: WINN-DIXIE STORES, INC. | 6318 | $88,771.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 400598<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | 3463<br>**Debtor:** WINN-DIXIE STORES, INC. | 1851 | $6,878.53 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 316027<br>BOREN, FRANK<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | 7957<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 2848 | $556.86 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2242<br>BOREN, FRANK D<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | 12055<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 7957 | $655,355.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 402431<br>BOTTOMS, LARRY L<br>1810 SHADY CREEK DRIVE<br>CANTONMENT FL 32533 | 5560<br>**Debtor:** WINN-DIXIE STORES, INC. | 3950 | $114,335.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 394043<br>BREAUD & LEMOINE, APLC<br>ATTN M LEMOINE/ALAN K BREAUD, PRES<br>PO BOX 3448<br>LAFAYETTE, LA 70502 | 8638<br>**Debtor:** WINN-DIXIE STORES, INC. | 336 | $33,274.14 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403620<br>BROCK, JAMES M<br>6056 PINEAPPLE HWY<br>GREENVILLE AL 36037 | 3163<br>**Debtor:** WINN-DIXIE STORES, INC. | 2750 | $79,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 400611<br>BRYAN, WILLIAM H<br>28 SNELSON DRIVE<br>ASHEVILLE NC 28806 | 3838<br>**Debtor:** WINN-DIXIE STORES, INC. | 3028 | $34,703.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 397706<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102 | 1536<br>**Debtor:** WINN-DIXIE STORES, INC. | 992 | $224,283.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406431<br>BUBECK, BILL A<br>3208 DOTY LANE<br>ARLINGTON TX 76001 | 6572<br>**Debtor:** WINN-DIXIE STORES, INC. | 4633 | $152,354.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244153<br>BUILDING DIAGNOSTICS ASSOCS<br>5824 STIRLING ROAD<br>HOLLYWOOD FL 33021<br><br>Counsel: ATTN: FREDRIC C BURESH, ESQ | 2269<br>**Debtor:** WINN-DIXIE STORES, INC. | 340 | $31,522.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403146<br>BURNS, JOSEPH H<br>7713 HARPS MILL RD<br>RALEIGH NC 27615 | 9239<br>**Debtor:** WINN-DIXIE STORES, INC. | 5658 | $130,245.56 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399286<br>BURR WOLFF, LP<br>ATTN SCOTT MCNEILL, ACCTG MGR<br>3800 BUFFALO SPEEDWAY, SUITE 200<br>HOUSTON TX 77098-3706 | 1849<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | 431 | $27,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 402471<br>CAREY, JAMES I<br>316 WEST VIOLET STREET<br>TAMPA FL 33603 | 6513<br>**Debtor:** WINN-DIXIE STORES, INC. | 4808 | $42,688.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381723<br>CENTERPOINT ENERGY ENTEX<br>ATTN TUCKER BLAIR, CR MGR<br>PO BOX 1700<br>HOUSTON TX 77251 | 66<br>**Debtor:** WINN-DIXIE STORES, INC. | 26 | $1,005.99 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 395620**<br>CHAMPION BLACKTOP MAINTENANCE<br>ATTN BRANT CUNNINGHAM, OWNER<br>PO BOX 5772<br>MERIDIAN, MS 39301 | 7479<br>Debtor: WINN-DIXIE STORES, INC. | 1583 | $4,313.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245145**<br>CHECKPOINT SECURITY SYSTEMS GRP INC<br>ATTN R GRAFFUNDER-LINDSTEN, MGR<br>NW 8990<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-8990 | 10989<br>Debtor: WINN-DIXIE STORES, INC. | 2882 | $17,688.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245507**<br>CITY OF ABBEVILLE<br>PO BOX 1170<br>ABBEVILLE, LA 70511-1170<br><br>Counsel: ATTN J ISAAC FUNDERBURK, ESQ | 2096<br>Debtor: WINN-DIXIE STORES, INC. | 622 | $52,286.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395563**<br>CITY OF BAY MINETTE UTILITIES BD<br>ATTN KARAN D LEWIS, CFO<br>PO BOX 1207<br>BAY MINETTE AL 36507 | 2068<br>Debtor: WINN-DIXIE STORES, INC. | 346 | $437.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245674**<br>CITY OF CULLMAN, AL<br>ATTN LUCILLE N GALIN, CITY CLERK<br>204 SECOND AVENUE SE<br>PO BOX 278<br>CULLMAN, AL 35056-0278 | 2451<br>Debtor: WINN-DIXIE STORES, INC. | 351 | $639.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403483**<br>CITY OF HAMPTON, VA<br>TREASURER'S OFFICE<br>ATTN DONNA DANGERFIELD<br>1 FRANKLIN STREET, SUITE 100<br>HAMPTON VA 23669 | 3753<br>Debtor: WINN-DIXIE STORES, INC. | 1044 | $36.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 245968**<br>CITY OF MIRAMAR<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES ESQ<br>3107 STIRLING ROAD SUITE 300<br>FORT LAUDERDALE FL 33312 | 10171<br>Debtor: WINN-DIXIE STORES, INC. | 3301 | $9,578.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395541**<br>CITY OF NEW ORLEANS REV COLL, LA<br>ATTN DERRICK MUSE, DPTY FIN DIR<br>CITY HALL ANNEX<br>NEW ORLEANS LA 70112 | 4200<br>Debtor: WINN-DIXIE STORES, INC. | 314 | $238,595.16 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 953**<br>CITY OF WARNER ROBINS UTILITY & TAX<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS GA 31099 | 2901<br>Debtor: WINN-DIXIE STORES, INC. | 726 | $691.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 393366**<br>CLEMENT, SUEANN<br>C/O HUNTER & MORTON LAW OFFICES<br>ATTN HEIDEL A SCHNEIDER, ESQ<br>1916 GUS KAPLAN DRIVE<br>PO BOX 11710<br>ALEXANDRIA LA 71315-1710 | 7078<br>Debtor: WINN-DIXIE STORES, INC. | 3736 | $1,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245568**<br>COBY MILLER'S LAWN CARE, INC<br>ATTN COBY J MILLER, OWNER/PRESIDENT<br>6041 WEST PARK AVE<br>HOUMA, LA 70364 | 5394<br>Debtor: WINN-DIXIE STORES, INC. | 4346 | $775.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246575**<br>COCA COLA BOTTLING CO<br>ATTN JOYCE L ROPER, CREDIT COLL MGR<br>PO BOX 31487<br>CHARLOTTE, NC 28231-1487 | 11240<br>Debtor: WINN-DIXIE STORES, INC. | 8900 | $2,545,683.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279352**<br>COMBE INC<br>ATTN CAROL PIRONE OR J GUSMANO<br>1101 WESTCHESTER AVENUE<br>WHITE PLAINS NY 10604 | 10655<br>Debtor: | 1032<br>WINN-DIXIE PROCUREMENT, INC. | $201,811.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246717**<br>COMMERCEQUEST, INC<br>ATTN ERIKA BRAGAN, VP FIN<br>5481 WEST WATERS AVENUE, SUITE 100<br>TAMPA FL 33634-1205 | 3778<br>Debtor: | 3040<br>WINN-DIXIE STORES, INC. | $37,603.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246770**<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>VDACS - STATE MILK COMMISSION<br>ATTN RODNEY L PHILLIPS<br>102 GOVERNOR STREET, RM 205<br>RICHMOND, VA 23219<br><br>Counsel: ATTN JERRY KILGORE, ESQ | 253<br>Debtor: | 7847<br>WINN-DIXIE STORES, INC. | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246802**<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 | 6826<br>Debtor: | 2818<br>WINN-DIXIE STORES, INC. | $1,636.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 378305**<br>CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520 | 10011<br>Debtor: | 21<br>WINN-DIXIE STORES, INC. | $97,819.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246852**<br>CONECUH SAUSAGE COMPANY INC<br>200 INDUSTRIAL PARK<br>PO BOX 327<br>EVERGREEN, AL 36401<br><br>Counsel: ATTN THOMAS L WEBB, ESQ | 3658<br>Debtor: | 505<br>WINN-DIXIE STORES, INC. | $61,126.08 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381863**<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | 9456<br>Debtor: WINN-DIXIE STORES, INC. | 4303 | $16,754.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402506**<br>COTE, RENE<br>15462 SW 112TH TERRACE<br>MIAMI FL 33196 | 6975<br>Debtor: WINN-DIXIE STORES, INC. | 7473 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400641**<br>COUNTS, JAMES A<br>116 CRESCENT ROAD<br>GREENWOOD SC 29649-1806 | 3110<br>Debtor: WINN-DIXIE STORES, INC. | 1256 | $5,969.35 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381930**<br>COUNTY OF DEKALB TAX COMMISSION, GA<br>ATTN HACKWIN L DEVOE<br>PO BOX 100004<br>DECATUR GA 30031-7004<br><br>Counsel: ATTN MARK THOMPSON, ESQ | 5816<br>Debtor: WINN-DIXIE STORES, INC. | 239 | $12,050.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407551**<br>COUNTY OF HAMILTON, OH COMM BD<br>700 COUNTY ADMINISTRATION BLDG<br>138 EAST COURT STREET<br>CINCINNATI OH 45202-1232<br><br>Counsel: ATTN DALE H BERNHARD, ESQ | 7444<br>Debtor: WINN-DIXIE STORES, INC. | 4237 | $1,050.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256662**<br>COUNTY OF MORGAN REV COMMISSIONER<br>ATTN AMANDA G SCOTT, CPA<br>PO BOX 696<br>DECATUR AL 35602 | 11118<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 2667 | $5,793.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 264519<br>COUNTY OF WAYNE, NC TAX COLLECTOR<br>ATTN W DORTCH LANGSTON JR, ESQ<br>PO BOX 1495<br>GOLDSBORO NC 27533-1495 | 4288<br>**Debtor:** | 1706<br>WINN-DIXIE RALEIGH, INC. | $21,694.68 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403185<br>COURIER JOURNAL, INC<br>C/O L&L SERVICES, INC<br>ATTN LANNY L CARRUTHERS, VP<br>502 N MONTGOMERY AVENUE<br>SHEFFIELD AL 35660 | 10759<br>**Debtor:** | 894<br>WINN-DIXIE STORES, INC. | $27,180.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 400645<br>CRANE, LARRY R<br>204 COUNTY RD 836<br>SELMA AL 36701-0024 | 4454<br>**Debtor:** | 2771<br>WINN-DIXIE STORES, INC. | $37,198.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2167<br>CRENSHAW-SINGLETON PROPERTIES<br>1011 EAST MAIN STREET, SUITE 206<br>RICHMOND, VA 23219<br><br>Counsel: ATTN JENNIFER J WEST, ESQ | 4232<br>**Debtor:** | 3784<br>WINN-DIXIE STORES, INC. | $300,072.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 247304<br>CT INNOVATIONS LLC<br>ATTN MARYLN FREIERMUTH, AR MGR<br>635 TRADE CENTER BLVD<br>CHESTERFIELD, MO 63005 | 1205<br>**Debtor:** | 1023<br>WINN-DIXIE STORES, INC. | $292.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381742<br>CWA GROUP, INC, THE<br>ATTN W TODD BALLARD, PRES<br>1211 NEWELL PARKWAY<br>MONTGOMERY AL 36110 | 2346<br>**Debtor:** | 63<br>WINN-DIXIE STORES, INC. | $2,600.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279217<br>DANNON COMPANY, INC<br>ATTN NEAL BRYCE, CR SUPERV<br>100 HILLSIDE AVE<br>WHITE PLAINS NY 10603-2863 | 5426<br>**Debtor:** | 1294<br>WINN-DIXIE STORES, INC. | $973,006.06 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 402523**<br>DARNELL, JERRY<br>5100 FOREST CREEK ROAD<br>RALEIGH NC 27606-9418 | 5887<br>**Debtor:** WINN-DIXIE STORES, INC. | 3540 | $294,569.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247742**<br>DAWN FOOD PRODUCTS, INC<br>ATTN ROBERT W LYSKO, DIR OF CREDIT<br>3333 SARGENT ROAD<br>JACKSON MI 49201 | 10631<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | 5039 | $410,688.02 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 248046**<br>DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | 944<br>**Debtor:** WINN-DIXIE STORES, INC. | 1003 | $105,254.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402164**<br>DILL, WILLIAM F JR<br>2111 IMPERIAL DRIVE NE<br>GAINESVILLE GA 30501 | 4516<br>**Debtor:** WINN-DIXIE STORES, INC. | 3017 | $68,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399434**<br>DISPLAY SPECIALTIES, INC<br>ATTN LAUREN HARVEY<br>9 BEACON DRIVE<br>WILDER KY 41076 | 7454<br>**Debtor:** WINN-DIXIE STORES, INC. | 592 | $11,218.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403678**<br>DIXON, CHARLES A<br>817 DOWNS AVE<br>GARDENDALE AL 35071 | 9305<br>**Debtor:** WINN-DIXIE STORES, INC. | 4020 | $33,631.83 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406682**<br>DUVALL, WILLIAM M<br>4 BAY WOOD DR<br>ORMOND BEACH FL 32174 | 3543<br>**Debtor:** WINN-DIXIE STORES, INC. | 2245 | $58,700.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 363208**<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 493<br>Debtor: WINN-DIXIE STORES, INC. | 281 | $271,434.57 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407591**<br>EAS C/O ABBOTT LABORATORIES<br>C/O KOHNER MANN & KAILAS, SC<br>ATTN MATTHEW J STICKEL, ESQ<br>WA BLDG, BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | 7383<br>Debtor: WINN-DIXIE STORES, INC. | 4431 | $112,475.03 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 248689**<br>EAST POINT CYCLE & KEY, INC<br>ATTN NANCY JENKINS<br>PO BOX 90580<br>EAST POINT, GA 30364-0580 | 10323<br>Debtor: WINN-DIXIE STORES, INC. | 2636 | $4,621.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403403**<br>EHSTER, RICHARD J<br>1901 EDGEWATER DR<br>MOUNT DORA FL 32757 | 4490<br>Debtor: WINN-DIXIE STORES, INC. | 934 | $905,759.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400685**<br>EPSTEIN, STEPHEN C<br>701 TARRY TOWN TR<br>PORT ORANGE FL 32127 | 2706<br>Debtor: WINN-DIXIE STORES, INC. | 1451 | $31,346.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399347**<br>EVENING POST PUBLISHING DBA<br>THE POST AND COURIER<br>ATTN H CLARK OR D GARNER<br>134 COLUMBUS STREET<br>CHARLESTON SC 29403 | 2384<br>Debtor: WINN-DIXIE STORES, INC. | 487 | $1,223.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 249270**<br>EXCELL REFRIGERATION INC<br>ATTN RAYMOND TAYLOR, PRES<br>605 WHITNEY AVENUE<br>LANTANA, FL 33462 | 10336 | 615 | $40,090.24 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Counsel: ATTN WILLIAM J MARELL ESQ | | | | |
| **Creditor Id: 249274**<br>EXCESS SPACE RETAIL SERVICES, INC<br>ATTN MICHAEL S WIENER, PRES & CEO<br>ONE HOLLOW LANE, SUITE 112<br>LAKE SUCCESS NY 11042 | 6163 | 3010 | $257,016.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Counsel: ATTN DANA HONG | | | | |
| **Creditor Id: 403431**<br>FALCON FARMS, INC<br>C/O TODTMAN NACHAMIE SPIZZ & JOHNS<br>ATTN ALEX SPIZZ, ESQ<br>425 PARK AVENUE, 5TH FLOOR<br>NEW YORK NY 10022 | 9549 | 976 | $2,166,255.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| Transferee: CREDIT SUISSE | | | | |
| **Creditor Id: 249348**<br>FALCON RICE MILL INC<br>ATTN: CHARLES D TRAHAN, VP<br>PO DRAWER 771<br>CROWLEY, LA 70526 | 2496 | 1402 | $14,016.90 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| **Creditor Id: 406621**<br>FAVERO, TOM<br>3043 EGRET TERRACE<br>SAFETY HARBOR FL 34695 | 10219 | 7191 | $12,781.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 402179**<br>FITTS, GORDON M<br>136 ESSEX DRIVE<br>PAWLEYS ISLAND SC 29585 | 4797 | 3121 | $40,313.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Debtor: WINN-DIXIE STORES, INC. | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 249667**<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003 | 4740<br>Debtor: WINN-DIXIE STORES, INC. | 266 | $7,072.63 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 249868**<br>FLOWERS BAKING CO OF MORRISTOWN LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11166<br>Debtor: WINN-DIXIE STORES, INC. | 9725 | $1,430.94 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 249869**<br>FLOWERS BAKING CO OF THOMASVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11164<br>Debtor: WINN-DIXIE STORES, INC. | 9729 | $5,759.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 249856**<br>FLOWERS BAKING CO OF VILLA RICA LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11165<br>Debtor: WINN-DIXIE STORES, INC. | 9723 | $658.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399648**<br>FROZSUN FOODS INCORPORATED<br>C/O FROZSUN, INC<br>ATTN LEGAL DEPT, PETER GWOSDOF, ESQ<br>701 W KIMBERLY AVENUE, SUITE 210<br>PLACENTIA CA 92870 | 1224<br>Debtor: WINN-DIXIE STORES, INC. | 796 | $116,122.07 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250169**<br>FURYS FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 11075<br>Debtor: WINN-DIXIE STORES, INC. | 6185 | $39,754.16 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 250169**<br>FURYS FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12323<br>Debtor: **WINN-DIXIE STORES, INC.** | 11075 | $69,141.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403716**<br>GARDINER, LELAND M JR<br>716 RANDOLPH<br>HUNTSVILLE AL 35801 | 10639<br>Debtor: **WINN-DIXIE STORES, INC.** | 3069 | $5,242.16 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402606**<br>GAROUTTE, JOHN W<br>2324 STONEGATE DR<br>WELLINGTON FL 33414 | 9296<br>Debtor: **WINN-DIXIE STORES, INC.** | 2377 | $326,323.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250319**<br>GATES UP, INC<br>ATTN RUTH REID, PRES<br>35400 BASELINE LANE<br>DADE CITY, FL 33625 | 4711<br>Debtor: **WINN-DIXIE STORES, INC.** | 514 | $6,897.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410722**<br>GATOR COASTAL SHOPPING CENTRE, LLC<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 10215<br>Debtor: **WINN-DIXIE STORES, INC.** | 9521 | $436,477.66 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 394041**<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 | 3076<br>Debtor: **WINN-DIXIE STORES, INC.** | 931 | $41,076.05 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 250345** GDS, INC ASHEVILLE ATTN CHRISTI INGLE, CREDIT/COLLECT 1070 RIVERSIDE DRIVE ASHVILLE NC 28804 | 5322 Debtor: | 4549 WINN-DIXIE STORES, INC. | $67.18 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250415** GENTILLY SQUARE C/O HULL STOREY RETAIL GROUP, LLC ATTN MIKE FOWLER, ESQ PO BOX 204227 AUGUSTA, GA 30917-4227 | 11076 Debtor: | 6186 WINN-DIXIE STORES, INC. | $20,572.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250415** GENTILLY SQUARE C/O HULL STOREY RETAIL GROUP, LLC ATTN MIKE FOWLER, ESQ PO BOX 204227 AUGUSTA, GA 30917-4227 | 12322 Debtor: | 11076 WINN-DIXIE STORES, INC. | $51,363.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 401802** GEORGE, HARTZ, LUNDEEN, ET AL ATTN SANDY R TOPKIN, ESQ 2866 E OAKLAND PARK BLVD FT LAUDERDALE FL 33306 | 2520 Debtor: | 875 WINN-DIXIE STORES, INC. | $118,877.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250545** GERBER PRODUCTS COMPANY ATTN JEFF KIPPE 445 STATE STREET FREEMONT, MI 49413  Transferee: AMROC INVESTMENTS LLC Counsel: ATTN J CARR & A PAK, ESQS | 9188 Debtor: | 982 WINN-DIXIE STORES, INC. | $1,177,668.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. ALSO AMENDED BY CLAIM NUMBER 9186 IN THE AMOUNT OF $118,389.43. |
| **Creditor Id: 1386** GOTTLIEB FAMILY TRUST HOUMA, LLC ATTN LYNN KIRK, MGR 24 E COTA STREET SANTA BARBARA, CA 93101  Counsel: ATTN ANDREW J CAVANAUGH, ESQ | 925 Debtor: | 506 WINN-DIXIE STORES, INC. | $54,222.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 1386**<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101<br><br>Counsel: ATTN ANDREW J CAVANAUGH, ESQ | 12283<br>Debtor: | 925<br>WINN-DIXIE STORES, INC. | $54,222.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 1390**<br>GRE PROPERTIES LLC<br>ATTN NORMA JEANE G RAYBURN<br>3 CONFEDERATE POINT<br>SPANISH FORT, AL 36527 | 10189<br>Debtor: | 8530<br>WINN-DIXIE STORES, INC. | $22,071.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 398591**<br>GULLEDGE, BARBARA<br>1723 TREASURE CAY DRIVE<br>MANSFIELD, TX 76063 | 5340<br>Debtor: | 4050<br>WINN-DIXIE STORES, INC. | $115,318.74 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 251117**<br>H2O TRANSPORT, INC<br>ATTN DANIEL G WALKER, PRES<br>7738 OTT WILLIAMS ROAD<br>CLERMONT FL 34714 | 1253<br>Debtor: | 177<br>WINN-DIXIE STORES, INC. | $11,250.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402203**<br>HAMMOND, WALTER B<br>307 THREE SKILLET ROAD<br>SPRINGTOWN TX 76082 | 5335<br>Debtor: | 3957<br>WINN-DIXIE STORES, INC. | $33,615.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402654**<br>HART, WILLIAM V<br>1705 LEESTOWN RD, APT 703<br>LEXINGTON KY 40511 | 6486<br>Debtor: | 4452<br>WINN-DIXIE STORES, INC. | $470,715.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279370**<br>HARTZ MOUNTAIN CORPORATION, THE<br>ATTN JOHN RUSSAK CR MGR<br>400 PLAZA DRIVE<br>SECAUCUS NJ 07094-3688 | 3484<br>Debtor: | 19<br>WINN-DIXIE STORES, INC. | $447,990.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 251374**<br>HEADLEY PLUMBING CO, INC<br>ATTN THOMAS HADLEY JR, PRES<br>5520 MAIN STREET<br>MILLBROOK, AL 36054-4902 | 2738<br>**Debtor:** | 1375<br>WINN-DIXIE STORES, INC. | $4,429.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400734**<br>HEALY, LIEN N<br>10330 NW 28TH PLACE<br>OCALA FL 34482 | 3160<br>**Debtor:** | 2331<br>WINN-DIXIE STORES, INC. | $44,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382021**<br>HELUVA GOOD LLC<br>ATTN JAMES F JULIAN<br>6551 PRATT RD<br>PO BOX 410<br>SODUS NY 14551 | 7441<br>**Debtor:** | 1017<br>WINN-DIXIE STORES, INC. | $95,524.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 406755**<br>HESTER, LARRY E<br>3562 LAKE BAYSHORE DR, CONDO K202<br>BRADENTON FL 34205 | 6574<br>**Debtor:** | 5756<br>WINN-DIXIE STORES, INC. | $56,898.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 251626**<br>HILLANDALE FARMS, INC<br>ATTN JO N WARD<br>PO BOX 2109<br>LAKE CITY, FL 32056-2109<br><br>Counsel: ATTN RICHARD K. JONES, ESQ. | 7770<br>**Debtor:** | 2877<br>WINN-DIXIE PROCUREMENT, INC. | $772,767.15 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 251673**<br>HOBART CORPORATION<br>ATTN HAROLD W LEWIS, PRES<br>444 SOUTH WALNUT STREET<br>FLORENCE, AL 35630 | 3638<br>**Debtor:** | 1403<br>WINN-DIXIE MONTGOMERY, INC. | $6,268.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395303**<br>HOBART CORPORATION<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | 3637<br>**Debtor:** | 3638<br>WINN-DIXIE STORES, INC. | $884,330.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 395303<br>HOBART CORPORATION<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | 6994<br>Debtor: | 3837<br>WINN-DIXIE STORES, INC. | $885,123.90 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 395303<br>HOBART CORPORATION<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | 10193<br>Debtor: | 6994<br>WINN-DIXIE STORES, INC. | $887,642.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 251849<br>HOT SHOT STEAM CLEANING<br>ATTN JOHN P HUTCHINGS, OWNER<br>PO BOX 242<br>LAKE COMO, FL 32157-0242<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC | 7481<br>Debtor: | 486<br>WINN-DIXIE STORES, INC. | $16,534.85 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 36637<br>HOWARD, LARRY B<br>5757 OAK LAKE TRAIL<br>OVIEDO FL 32765 | 5939<br>Debtor: | 261<br>WINN-DIXIE STORES, INC. | $67,721.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 395078<br>HOWARD, RAMENA M<br>5757 OAK LAKE TRAIL<br>OVIEDO, FL 32765 | 5940<br>Debtor: | 305<br>WINN-DIXIE STORES, INC. | $51,757.05 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382023<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | 7441<br>Debtor: | 948<br>WINN-DIXIE STORES, INC. | $320,147.88 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403771<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | 6620<br>Debtor: | 3327<br>WINN-DIXIE STORES, INC. | $34,515.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 400760**<br>HUGUENIN, LARRY B<br>738 KNOLLVIEW BLVD<br>ORMOND BEACH FL 32174-4634 | 3406<br>*Debtor:* WINN-DIXIE STORES, INC. | 2679 | $57,459.09 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279376**<br>IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>6829 FLINTLOCK ROAD<br>HOUSTON TX 77040 | 2278<br>*Debtor:* DIXIE STORES, INC. | 10 | $184,427.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382722**<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CREDIT REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | 11820<br>*Debtor:* WINN-DIXIE STORES, INC. | 7528 | $906,713.88 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397648**<br>INFORMATION RESOURCES INC<br>ATTN JEFF GRUBER, CR REP<br>150 N CLINTON STREET<br>CHICAGO, IL 60661-1416 | 7528<br>*Debtor:* WINN-DIXIE STORES, INC. | 713 | $875,340.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 252747**<br>JANI KING OF TAMPA BAY<br>ATTN DAWN EGLINTON, COLL MGR<br>2469 SUNSET POINT RD, SUITE 250<br>CLEARWATER, FL 33765 | 2199<br>*Debtor:* WINN-DIXIE STORES, INC. | 767 | $1,179.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402718**<br>JENKINS, WILLIS<br>3025 WOODLAND CHURCH ROAD<br>YOUNGSVILLE NC 27596 | 5003<br>*Debtor:* WINN-DIXIE STORES, INC. | 3797 | $168,349.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395580**<br>JOHNSON/DIVERSEY FOOD GROUP<br>ATTN MILES LULE, CREDIT ANALYST<br>8310 16TH STREET, MS 4860<br>PO BOX 902<br>STURTEVANT WI 53177 | 2455<br>*Debtor:* WINN-DIXIE STORES, INC. | 372 | $31,321.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 402728**<br>JOHNSTON, KENNETH<br>100 RIDGEWOOD CT<br>ELIZABETHTOWN KY 42701 | 6123<br>Debtor: WINN-DIXIE STORES, INC. | 3284 | $48,152.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MICHAEL A PIKE, ESQ | | | | |
| **Creditor Id: 253557**<br>K JACOBS TRANSPORTATION LLC<br>ATTN KELLY JACOBS JR OR M JACOBS<br>PO BOX 1266<br>MCDONOUGH, GA 30253-1266 | 2106<br>Debtor: WINN-DIXIE STORES, INC. | 5 | $1,020.63 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 395542**<br>KAMAN INDUSTRIAL TECHNOLOGIES<br>ATTN MICHAEL CONDON<br>1 WATERSIDE CROSSING<br>WINDSOR CT 06095 | 1012<br>Debtor: WINN-DIXIE STORES, INC. | 315 | $11,952.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400781**<br>KAUS, JAMES JOHN<br>7403 FONTANA RIDGE LANE<br>RALEIGH NC 27613-000 | 6317<br>Debtor: WINN-DIXIE STORES, INC. | 3118 | $265,952.00' | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 41298**<br>KELLER, BRADLEY T<br>1660 BEAR CROSSING CIRCLE<br>APOPKA, FL 32703 | 4793<br>Debtor: WINN-DIXIE STORES, INC. | 940 | $194,920.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382029**<br>KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL MN 55108 | 7390<br>Debtor: WINN-DIXIE STORES, INC. | 988 | $35,409.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382029**<br>KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL MN 55108 | 7390<br>Debtor: WINN-DIXIE STORES, INC. | 6202 | $69,973.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 398214**<br>KIESEWETTER WISE KAPLAN PRATHER PLC<br>ATTN S HYMOWITZ OR P PRATHER, ESQS<br>3725 CHAMPION HILLS DR, STE 3000<br>MEMPHIS TN 38125 | 2631<br>Debtor: | 494<br>WINN-DIXIE LOGISTICS, INC. | $13,755.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402086**<br>LA QUINTA INN ORLANDO/WINTER PARK<br>ATTN OJASH N JARIWALA<br>626 LEE ROAD<br>ORLANDO FL 32810 | 1220<br>Debtor: | 880<br>WINN-DIXIE STORES, INC. | $5,132.82 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 254283**<br>LADYBUGS MAINTENANCE, INC<br>ATTN DOUG L TERRO, SEC/TREAS<br>PO BOX 60351<br>LAFAYETTE LA 70596-0351 | 5422<br>Debtor: | 1259<br>WINN-DIXIE STORES, INC. | $800.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381929**<br>LAKESIDE MILLS, INC<br>ATTN BRYAN KING<br>PO BOX 230<br>RUTHERFORDTON NC 28139 | 3714<br>Debtor: | 236<br>WINN-DIXIE RALEIGH, INC. | $1,201.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399727**<br>LASER NETWORKING, INC<br>ATTN RHONDA COCHENOUR<br>9850 PELHAM RD<br>TAYLOR MI 48180 | 2225<br>Debtor: | 852<br>WINN-DIXIE STORES, INC. | $14,686.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 8629<br>Debtor: | 1312<br>WINN-DIXIE STORES, INC. | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 8627<br>Debtor: | 3375<br>**ASTOR PRODUCTS, INC.** | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 8624<br>Debtor: | 3376<br>**WINN-DIXIE LOGISTICS, INC.** | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 8625<br>Debtor: | 3377<br>**WINN-DIXIE RALEIGH, INC.** | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 8626<br>Debtor: | 3378<br>**WINN-DIXIE MONTGOMERY, INC.** | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 8628<br>Debtor: | 3379<br>**ECONOMY WHOLESALE DISTRIBUTORS, INC.** | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10276<br>**Debtor:** DIXIE STORES, INC. | 8623 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10277<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | 8624 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10278<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8625 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10279<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 8626 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10281<br>**Debtor:** ASTOR PRODUCTS, INC. | 8627 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10280<br>Debtor: ECONOMY WHOLESALE DISTRIBUTORS, INC. | 8628 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279053**<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE TN 37219-2494 | 10282<br>Debtor: WINN-DIXIE STORES, INC. | 8629 | $41,116,451.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399638**<br>MAPLES GAS COMPANY, INC<br>ATTN THOMAS L WEBB<br>PO BOX 292<br>MERIDIAN MS 39302 | 7848<br>Debtor: WINN-DIXIE STORES, INC. | 795 | $15,672.14 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399631**<br>MARIANI PACKING COMPANY<br>ATTN DOREEN I DEDELOW, ACCTG MGR<br>500 CROCKER DRIVE<br>VACAVILLE CA 95688-8706 | 1554<br>Debtor: WINN-DIXIE STORES, INC. | 763 | $39,883.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 315696**<br>MATRANA'S PRODUCE INC<br>ATTN CAMILE MATRANA JR, VP<br>201 LOUISIANA STREET<br>WESTWEGO LA 70094 | 831<br>Debtor: WINN-DIXIE STORES, INC. | 14 | $60,160.90 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255857**<br>MCCLELLAN TRUCK LINES<br>ATTN ARTHUR L MCCLELLAN, CEO<br>PO BOX 1327<br>TIFTON, GA 31793-1327 | 178<br>Debtor: WINN-DIXIE STORES, INC. | 45 | $47,369.63 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 255857**<br>MCCLELLAN TRUCK LINES<br>ATTN ARTHUR L MCCLELLAN, CEO<br>PO BOX 1327<br>TIFTON, GA 31793-1327 | 1144<br>Debtor: **WINN-DIXIE STORES, INC.** | 178 | $60,058.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255894**<br>MCGRIFF TRANSPORTATION, INC<br>ATTN JEFF MCGRIFF<br>PO BOX 1148<br>CULLMAN, AL 35056<br><br>Counsel: ATTN FINIS E ST JOHN, ESQ | 3088<br>Debtor: **WINN-DIXIE STORES, INC.** | 360 | $1,278.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JRM HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 | 8244<br>Debtor: **WINN-DIXIE STORES, INC.** | 4632 | $13,639.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399287**<br>MCW DEVELOPMENT, INC<br>C/O SIROTE & PERMUTT, PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 1641<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 434 | $40,681.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397351**<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>ATTN ANGELA RETTERBUSH<br>121 WEST FORSYTH STREET, SUITE 200<br>JACKSONVILLE FL 32202 | 8716<br>Debtor: **WINN-DIXIE STORES, INC.** | 391 | $92,774.08 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256088**<br>MERIDIAN COCA COLA BOTTLING CO<br>ATTN THOMAS L WEBB<br>PO BOX 5207<br>MERIDIAN, MS 39302-5207 | 3530<br>Debtor: **WINN-DIXIE STORES, INC.** | 822 | $136,679.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 403839**<br>MICKIE, MICHAEL J<br>50 PALM HARBOR PKWY, UNIT 31<br>PALM COAST FL 32137 | 6618<br>Debtor: | 3589<br>WINN-DIXIE STORES, INC. | $107,616.86 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 625**<br>MISSISSIPPI POWER CO<br>ATTN JAN STUART<br>401 WEST MAIN AVE<br>LUMBERTON MS 39455 | 2898<br>Debtor: | 1062<br>WINN-DIXIE STORES, INC. | $307,666.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400836**<br>MORENE, SAUNDRA R<br>3005 RHONE CT<br>JACKSONVILLE FL 32206 | 9321<br>Debtor: | 9437<br>WINN-DIXIE STORES, INC. | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256690**<br>MOSBY PACKING CO, INC<br>W STATION<br>PO BOX 4253<br>MERIDIAN, MS 39305 | 3979<br>Debtor: | 485<br>WINN-DIXIE STORES, INC. | $201,959.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408316**<br>MOULTON PROPERTIES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202<br><br>Counsel: ATTN THOMAS L WEBB, ESQ | 7384<br>Debtor: | 6798<br>WINN-DIXIE STORES, INC. | $53,060.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399270**<br>NORTHEAST MISSISSIPPI COCA-COLA<br>BOTTLING CO INC<br>PO BOX 968<br>STARKVILLE MS 39760<br><br>Counsel: ATTN THOMAS L WEBB, ESQ | 7831<br>Debtor: | 406<br>WINN-DIXIE STORES, INC. | $22,088.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279255**<br>NOVARTIS CONSUMER HEALTH, INC<br>ATTN JEFFREY J KIPPE<br>445 STATE STREET<br>FREMONT MI 49413-0001<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN J CARR & A PAK, ESQS | 9189<br>Debtor: | 981<br>WINN-DIXIE STORES, INC. | $471,356.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403433**<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH FL 33407 | 4072<br>Debtor: | 993<br>WINN-DIXIE STORES, INC. | $6,321.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403433**<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH FL 33407 | 4072<br>Debtor: | 994<br>WINN-DIXIE STORES, INC. | $4,998.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403433**<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH FL 33407 | 4072<br>Debtor: | 995<br>WINN-DIXIE STORES, INC. | $5,471.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403433**<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH FL 33407 | 4072<br>Debtor: | 996<br>WINN-DIXIE STORES, INC. | $5,326.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403433**<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH FL 33407 | 4072<br>Debtor: | 997<br>WINN-DIXIE STORES, INC. | $805.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  403433<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH  FL  33407 | 4072<br>Debtor:  WINN-DIXIE STORES, INC. | 998 | $816.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  403433<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH  FL  33407 | 4072<br>Debtor:  WINN-DIXIE STORES, INC. | 999 | $770.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  403433<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH  FL  33407 | 4072<br>Debtor:  WINN-DIXIE STORES, INC. | 1000 | $108.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  403433<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH  FL  33407 | 4072<br>Debtor:  WINN-DIXIE STORES, INC. | 1001 | $758.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  403433<br>OASIS STAFFING<br>ATTN JOANN DELUCA<br>4400 N CONGRESS AVE, STE 150<br>WEST PALM BEACH  FL  33407 | 4072<br>Debtor:  WINN-DIXIE STORES, INC. | 1002 | $897.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  406146<br>OHIO CASUALTY INSURANCE CO, THE<br>C/O MANIER & HEROD<br>ATTN J FRANKS/T PENNINGTON, ESQS<br>150 FOURTH AVE N, SUITE 2200<br>NASHVILLE  TN  37219-2494 | 9573<br>Debtor:  WINN-DIXIE STORES, INC. | 3395 | $1,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  406146**<br>OHIO CASUALTY INSURANCE CO, THE<br>C/O MANIER & HEROD<br>ATTN J FRANKS/T PENNINGTON, ESQS<br>150 FOURTH AVE N, SUITE 2200<br>NASHVILLE TN 37219-2494 | 9572<br>**Debtor:** | 3396<br>**WINN-DIXIE MONTGOMERY, INC.** | $1,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  406146**<br>OHIO CASUALTY INSURANCE CO, THE<br>C/O MANIER & HEROD<br>ATTN J FRANKS/T PENNINGTON, ESQS<br>150 FOURTH AVE N, SUITE 2200<br>NASHVILLE TN 37219-2494 | 9993<br>**Debtor:** | 9572<br>**WINN-DIXIE MONTGOMERY, INC.** | $1,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  406146**<br>OHIO CASUALTY INSURANCE CO, THE<br>C/O MANIER & HEROD<br>ATTN J FRANKS/T PENNINGTON, ESQS<br>150 FOURTH AVE N, SUITE 2200<br>NASHVILLE TN 37219-2494 | 9994<br>**Debtor:** | 9573<br>**WINN-DIXIE STORES, INC.** | $1,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  257738**<br>ORANGEBURG PUBLIC UTILITY DEPT<br>ATTN MICHAEL G SELLS, DIRECTOR<br>PO BOX 1057<br>ORANGEBURG, SC  29116-1057<br><br>Counsel: ATTN ANNEMARIE B MATHEWS, ESQ | 2980<br>**Debtor:** | 2215<br>**WINN-DIXIE STORES, INC.** | $21,751.38 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  402366**<br>OWENS, RODERICK<br>594 JAMES ST<br>LILBURN  GA  30047 | 4462<br>**Debtor:** | 4296<br>**WINN-DIXIE STORES, INC.** | $169,381.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  402088**<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY  LA  70056 | 1627<br>**Debtor:** | 882<br>**WINN-DIXIE STORES, INC.** | $547,693.18 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  378302**<br>PASKERT DISTRIBUTING CO<br>C/O KASS SHULER SOLOMON ET AL<br>ATTN LARRY FOYLE ESQ<br>1505 N FLORIDA AVENUE<br>PO BOX 800<br>TAMPA  FL  33601<br><br>Transferee: ASM CAPITAL LP | 9613<br>Debtor:  WINN-DIXIE STORES, INC. | 12 | $904,391.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258252**<br>PEDRINI USA INC<br>AT PEDRINI PLAZA<br>ATTN CAROL MASTROMONICA, CONTROLLER<br>500 CHURCH STREET<br>BAYPORT, NY  11705 | 3789<br>Debtor:  WINN-DIXIE STORES, INC. | 217 | $47,403.63 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279126**<br>PEPSI BOTTLING VENTURES LLC<br>C/O SMITH ANDERSON BLOUNT ET AL<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH  NC  27602-2611 | 7913<br>Debtor:  WINN-DIXIE STORES, INC. | 6160 | $599,960.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258333**<br>PEPSI COLA BOTTLING<br>ATTN MARVIN G MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE, AL  36049 | 8917<br>Debtor:  WINN-DIXIE STORES, INC. | 4259 | $14,141.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258333**<br>PEPSI COLA BOTTLING<br>ATTN MARVIN G MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE, AL  36049 | 8917<br>Debtor:  WINN-DIXIE STORES, INC. | 4260 | $79,861.44 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7901<br>Debtor:  WINN-DIXIE STORES, INC. | 2914 | $64,564.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407073**<br>PERKINS, MARVIN<br>6200 MIAL PLANTATION ROAD<br>RALEIGH NC 27610-9643 | 10166<br>**Debtor:** WINN-DIXIE STORES, INC. | 6560 | $43,004.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381766**<br>PESCANOVA, INC.<br>C/O METROGROUP<br>ATTN MARCUS L ARKY, ESQ<br>61 BROADWAY, SUITE 1410<br>NEW YORK NY 10006 | 9380<br>**Debtor:** WINN-DIXIE STORES, INC. | 154 | $104,204.97 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400870**<br>PFOST, STEPHEN C<br>23216 DOVER DR<br>LAND O'LAKES FL 34639 | 3080<br>**Debtor:** WINN-DIXIE STORES, INC. | 1890 | $28,582.71 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381960**<br>PIEDMONT NATURAL GAS<br>ATTN W G HARTSELL, DIST MGR<br>PO BOX 1149<br>HICKORY NC 28232 | 3107<br>**Debtor:** WINN-DIXIE STORES, INC. | 270 | $1,924.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382068**<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | 11210<br>**Debtor:** WINN-DIXIE STORES, INC. | 6946 | $361,309.07 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258656**<br>PLUMROSE USA INC<br>ATTN ELVIRA LAGANA, CR MGR<br>7 LEXINGTON AVENUE<br>EAST BRUNSWICK NJ 08816 | 5808<br>**Debtor:** WINN-DIXIE STORES, INC. | 3500 | $97,283.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402296**<br>POWELL, CHARLES E<br>1206 CELY ROAD<br>EASLEY SC 29640 | 6556<br>**Debtor:** WINN-DIXIE STORES, INC. | 3956 | $101,712.44 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 258798<br>PRECISION PLUMBING & AIR INC<br>ATTN MARY S FRANK, OWNER<br>PO BOX 180279<br>RICHLAND, MS 39218-0279 | 10750<br>**Debtor:** WINN-DIXIE STORES, INC. | 652 | $10,885.53 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258920<br>PRO-ACTIVE JANITORIAL SERVICES<br>ATTN JEFFREY HOROWITZ<br>156 20TH AVENUE SE<br>ST PETERSBURG FL 33705 | 6778<br>**Debtor:** WINN-DIXIE STORES, INC. | 4044 | $365,055.68 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 376677<br>PUMPHREY, T G<br>MANAGEMENT SECURITY PLAN<br>PO BOX 2649<br>PONTE VEDRA, FL 32004 | 5365<br>**Debtor:** WINN-DIXIE STORES, INC. | 1752 | $76,775.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399401<br>RAUCH INDUSTRIES INC<br>C/O COFACE NA INC, AGENT<br>ATTN AMY SCHMIDT<br>PO BOX 2102<br>CRANBURY NJ 08512 | 10530<br>**Debtor:** WINN-DIXIE STORES, INC. | 582 | $119,829.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6903<br>**Debtor:** WINN-DIXIE STORES, INC. | 5914 | $136,064.44 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 269361<br>REDDWERKS CORPORATION<br>ATTN RICHARD PIOTROWSKI, VP FINANCE<br>38155 S CAPITAL OF TX HWY, STE 275<br>AUSTIN TX 78704<br><br>Transferee: ASM CAPITAL LP | 4644<br>**Debtor:** WINN-DIXIE STORES, INC. | 71 | $3,717.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809<br>**Debtor:** WINN-DIXIE STORES, INC. | 4529 | $183,480.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 259518**<br>REYNOLDS PARK YACHT CENTER<br>ATTN P TED MCGOWEN, EXEC DIR<br>1063 BULKHEAD ROAD<br>GREEN COVE SPRINGS, FL 32043 | 4096<br>**Debtor:** WINN-DIXIE STORES, INC. | 797 | $5,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 260131**<br>RUBBAIR DOOR<br>ATTN JUDY CARON, OFF MGR<br>100 GROTON SHIRLEY RD<br>AYER, MA 01432 | 1784<br>**Debtor:** WINN-DIXIE STORES, INC. | 853 | $7,283.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381757**<br>RUSSELL OIL COMPANY INC<br>C/O PARNELL & CRUM, PA<br>ATTN B B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 965<br>**Debtor:** WINN-DIXIE STORES, INC. | 126 | $84,805.91 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402310**<br>RUSSELL, JOSEPH F<br>302 HAWICK PLACE<br>LOUISVILLE KY 40243 | 4499<br>**Debtor:** WINN-DIXIE STORES, INC. | 1306 | $48,768.39 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 260214**<br>RX SOLUTIONS, INC<br>ATTN JERE COUCH, CEO<br>PO BOX 491<br>SHARPSBURG, GA 30277-0491 | 2213<br>**Debtor:** WINN-DIXIE STORES, INC. | 544 | $41,386.24 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 260303**<br>SAFETY AMERICA, INC<br>ATTN CATHERINE TOMLINSON, VP<br>4716 RIDGEWOOD AVE<br>JACKSONVILLE, FL 32207 | 9165<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | 399 | $3,874.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 260303**<br>SAFETY AMERICA, INC<br>ATTN CATHERINE TOMLINSON, VP<br>4716 RIDGEWOOD AVE<br>JACKSONVILLE, FL 32207 | 9165<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | 400 | $4,578.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408174**<br>SARA LEE BAKERY GROUP - FROZEN DIV<br>ATTN JERRI SPONIK, SR MANAGER<br>111 CORPORATE OFFICE DRIVE, STE 200<br>EARTH CITY MO 63045 | 9745<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | 6092 | $90,768.82 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408173**<br>SARA LEE BAKERY GROUP - RDP DIV<br>ATTN JERRI SPONIK, SR MANAGER<br>111 CORPORATE OFFICE DRIVE, STE 200<br>EARTH CITY MO 63045 | 9745<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | 6091 | $344,931.85 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9753<br>Debtor: **WINN-DIXIE STORES, INC.** | 8799 | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9752<br>Debtor: **ASTOR PRODUCTS, INC.** | 8800 | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9754<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | 8801 | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9755 | 8802<br>**Debtor: WINN-DIXIE LOGISTICS, INC.** | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9756 | 8803<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757 | 8804<br>**Debtor: WINN-DIXIE PROCUREMENT, INC.** | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9758 | 8805<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9759 | 8806<br>**Debtor: WINN-DIXIE SUPERMARKETS, INC.** | $2,068,040.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399290**<br>SIGNATURE WASTE SYSTEMS, INC.<br>ATTN JOE SWINFORD, PRES<br>11519 NATIONS FORD ROAD<br>PINEVILLE NC 28134 | 10582 | 440<br>**Debtor: WINN-DIXIE SUPERMARKETS, INC.** | $7,065.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 399290<br>SIGNATURE WASTE SYSTEMS, INC.<br>ATTN JOE SWINFORD, PRES<br>11519 NATIONS FORD ROAD<br>PINEVILLE NC 28134 | 10583 | 441<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $8,709.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 69502<br>SMITH, MARTINO R<br>1166 RAGAN DR<br>GASTONIA NC 28054 | 10377 | 2111<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 400935<br>SMITH, SCOTT H<br>3861 SUMMER GROVE WAY N<br>JACKSONVILLE FL 32257 | 3156 | 1819<br>Debtor: WINN-DIXIE STORES, INC. | $6,800.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 400936<br>SOLOWAY, RICHARD L<br>1043 SW 113 TERRACE<br>PEMBROKE PINES FL 33025-4372 | 3339 | 1301<br>Debtor: WINN-DIXIE STORES, INC. | $44,872.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 403949<br>SOUDER, BRUCE R<br>1811 NW 51ST STREET<br>PO BOX 888<br>FORT LAUDERDALE FL 33309 | 8860 | 4446<br>Debtor: WINN-DIXIE STORES, INC. | $67,447.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 1872<br>SOUTHGATE ASSOCIATES II LP<br>C/O THE COVINGTON CO<br>ATTN JAMES E COVINGTON JR, PRES<br>PO BOX 8510<br>RICHMOND, VA 23226 | 9381 | 5559<br>Debtor: WINN-DIXIE RALEIGH, INC. | $4,078,547.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408321<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | 10863 | 6800<br>Debtor: WINN-DIXIE STORES, INC. | $862,131.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410893**<br>SOUTHMARK PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 10829<br>**Debtor:** WINN-DIXIE STORES, INC. | 10025 | $59,222.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410893**<br>SOUTHMARK PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 10830<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 10026 | $59,222.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON<br>PO BOX 66658<br>BATON ROUGE LA 70896<br><br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 6206<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 458 | $3,066,794.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON<br>PO BOX 66658<br>BATON ROUGE LA 70896<br><br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 6205<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | 460 | $3,965.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 262131**<br>SUGIYO USA INC<br>ATTN D B STEPHENSON, DIRECTOR<br>PO BOX 468<br>ANACORTES, WA 98221 | 31<br>**Debtor:** WINN-DIXIE STORES, INC. | 3 | $135,014.40 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399403**<br>SULPHUR SPRINGS MARKETPLACE, LLC<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | 1176<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 587 | $1,340,815.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399403**<br>SULPHUR SPRINGS MARKETPLACE, LLC<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | 1175<br>**Debtor:** WINN-DIXIE STORES, INC. | 588 | $8,938,771.99 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279330**<br>SUNSHINE MILLS, INC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STEWART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 | 9884<br>**Debtor:** WINN-DIXIE STORES, INC. | 935 | $207,526.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400946**<br>SWEENEY, PATRICK M<br>6514 BLACKFIN WAY<br>APOLLO BEACH FL 33572 | 3138<br>**Debtor:** WINN-DIXIE STORES, INC. | 1412 | $63,772.53 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 262374**<br>SYSTEL BUSINESS EQUIPMENT<br>ATTN JACLYN JOHNSON<br>PO BOX 35870<br>FAYETTEVILLE, NC 28303-0870 | 638<br>**Debtor:** WINN-DIXIE STORES, INC. | 335 | $6,063.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403044**<br>TARKE, NELSON<br>7641 SW 134TH COURT<br>MIAMI FL 33183 | 6967<br>**Debtor:** WINN-DIXIE STORES, INC. | 2614 | $368,814.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400950**<br>THORNTON, SHANNON J<br>4854 COUNTY RD 117A<br>WILDWOOD FL 34785 | 3094<br>**Debtor:** WINN-DIXIE STORES, INC. | 1743 | $5,233.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279400**<br>TRINIDAD BENHAM CORP<br>ATTN RONALD J WEIMER, CONTROLLER<br>3650 S YOSEMITE, SUITE 300<br>PO BOX 378007<br>DENVER CO 80237 | 9336<br>**Debtor:** WINN-DIXIE STORES, INC. | 237 | $7,922.41 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 263792<br>UNITED ENTERPRISES, INC<br>ATTN GERALDINE RUIS, CEO<br>PO BOX 1319<br>FLOWERY BRANCH, GA 30542 | 812<br>**Debtor:** | 61<br>WINN-DIXIE MONTGOMERY, INC. | $6,100.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403437<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | 1539<br>**Debtor:** | 1007<br>WINN-DIXIE STORES, INC. | $2,250.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403437<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | 1539<br>**Debtor:** | 1008<br>WINN-DIXIE STORES, INC. | $6,703.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 403437<br>UNITED VAN LINES LLC<br>ATTN SAM LOMAX, SUPERV<br>ONE UNITED DRIVE<br>FENTON MO 63026-1350 | 1539<br>**Debtor:** | 1009<br>WINN-DIXIE STORES, INC. | $3,198.41 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279169<br>US CAP SYSTEMS CORPORATION<br>ATTN DONALD R COBLENTZ, ESQ<br>WORCESTER PLAZA<br>446 MAIN STREET<br>WORCESTER MA 01608 | 750<br>**Debtor:** | 287<br>WINN-DIXIE STORES, INC. | $205,676.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 263935<br>US SURVEYOR<br>ATTN DEBBIE ECKERT<br>4929 RIVERWIND POINTE DRIVE<br>EVANSVILLE, IN 47715-6753 | 10147<br>**Debtor:** | 323<br>WINN-DIXIE STORES, INC. | $314,694.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 402334<br>VALENTINE, OLIVER D<br>804 HOLLY SPRINGS ESTATE ROAD<br>FRANKLIN NC 28734 | 6501<br>**Debtor:** | 2970<br>WINN-DIXIE STORES, INC. | $312,760.14 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 264305**<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | 7480<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 3689 | $174,577.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN NEIL REGER, ESQ | | | | |
| **Creditor Id: 264305**<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | 12249<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 7480 | $192,577.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. ALSO AMENDED BY CLAIM NUMBER 12275 IN THE AMOUNT OF $15,626.82. |
| Counsel: ATTN NEIL REGER, ESQ | | | | |
| **Creditor Id: 402340**<br>WADE, HARRY D<br>4355 FULTON RD<br>JACKSONVILLE FL 32225 | 6563<br>Debtor: **WINN-DIXIE STORES, INC.** | 1102 | $92,601.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397348**<br>WASTE MANAGEMENT<br>C/O WASTE MANAGEMENT INC<br>ATTN JACQUOLYN E MILLS<br>1001 FANNIN, STE 4000<br>HOUSTON TX 77002 | 740<br>Debtor: **WINN-DIXIE STORES, INC.** | 387 | $47,407.52 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381752**<br>WEBB'S SEAFOOD, INC<br>C/O JOHNSTON HARRIS GERDE ET AL<br>ATTN JERRY W GERDE, ESQ<br>239 E 4TH STREET<br>PANAMA CITY FL 32401 | 3068<br>Debtor: **WINN-DIXIE STORES, INC.** | 92 | $144,088.35 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400973**<br>WELCH, CLIFTON T JR<br>52 SHINNECOCK DRIVE<br>PALM COAST FL 32137-1509 | 5946<br>Debtor: **WINN-DIXIE STORES, INC.** | 4620 | $468,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 400981**<br>WHITWORTH, DARRELL H<br>1725 ROYAL FERN LANE<br>ORANGE PARK FL 32003 | 8775<br>Debtor: WINN-DIXIE STORES, INC. | 3742 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 392036**<br>WILLIS, NATHANIEL<br>C/O KALO & VERHEUL PA<br>ATTN LISA ANN KALO, ESQ<br>2580 UNIVERSITY PARKWAY<br>SARASOTA FL 34243 | 2426<br>Debtor: WINN-DIXIE STORES, INC. | 2214 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 264967**<br>WINTER HAVEN HOSP DBA HEALTHWORKS<br>ATTN MONA BEDFORD, MGR<br>134 ARIANA AVENUE<br>AUBURNDALE, FL 33823 | 6332<br>Debtor: WINN-DIXIE STORES, INC. | 653 | $528.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407391**<br>WORDELL, LYNDEN S<br>4911 SW BIMINI CIRCLE N<br>PALM CITY FL 34990 | 4501<br>Debtor: WINN-DIXIE STORES, INC. | 3773 | $302,544.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 383146**<br>ZUBI ADVERTISING SERVICES, INC<br>C/O MARKOWITZ DAVIS RINGEL & TRUSTY<br>ATTN J MARKOWITZ & R RUBIO, ESQS<br>9130 SO DADELAND BLVD, STE 1225<br>MIAMI FL 33156 | 2565<br>Debtor: WINN-DIXIE STORES, INC. | 620 | $326,380.53 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. ALSO AMENDED BY CLAIM NUMBER 2582 IN THE AMOUNT OF $326,380.53. |

**Total Claims to be Disallowed:** 270
**Total Amount to be Disallowed:** $608,434,471.53    Plus Unliquidated Amounts, If Any