UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about January 24, 2006, I caused copies of:

- the **NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO AMENDED AND SUPERSEDED CLAIMS**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: January 30, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 3A

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.    **CASE:** 05-03817-3F1

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOCS, LP
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE AZ 85258

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOCS, LP
C/O MARK D SVEJDA LAW OFFICE
ATTN MARK D SVEJDA, ESQ
6909 E GREENWAY PARKWAY
SCOTTSDALE AZ 85254

CREDITOR ID: 410886-15
59 WEST PARTNERS, LTD/BESSEMER
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 241568-12
ADAIR DISTRIBUTING INC
PO BOX 7755
NAPLES, FL 34101

CREDITOR ID: 395560-15
ADAIR DISTRIBUTING, INC
ATTN KIM ADAIR, VP, CONTROLLER
2560 MANORCA AVE
NAPLES FL 34112

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 407606-15
ALTAMONTE SSG, INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN R MCINTYRE/L R FERNANDEZ, ESQS
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 1076-07
APPLEWOOD SHOPPING CENTER
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 243093-12
BARRETT CROSSING SHOPPING CTR, LLC
C/O MIMMS ENTERPRISES
ATTN R C MIMMS/T MIMMS JR
85-A MILL STREET, SUITE 100
ROSWELL GA 30075-4910

CREDITOR ID: 410954-15
BENDERSON 85-1 TRUST & RONALD
BENDERSON 1995 TRUST
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 410927-15
BERGERON PROPERTIES & INVES CORP
C/O GARY J ROTELLA & ASSOCIATES, PA
ATTN GARY J ROTELLA, ESQ
NEW RIVER CENTER, STE 1850
200 EAST LAS OLAS BLVD
FT LAUDERDALE FL 33301-2276

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O SIROTE & PERMUTT PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 410800-15
BIRMINGHAM REALTY COMPANY
ATTN WILLIAM MAGRUDER, CPA
27 INVERNESS CTR PARKWAY
BIRMINGHAM AL 35242

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 60
ATLANTA GA 30309-7706

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 244238-12
BUTLER INVESTMENT I LC
C/O PERRINE & WHEELER
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 244238-12
BUTLER INVESTMENT I LC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 2103-07
C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 410393-15
CAPSTONE ADVISORS - CARRINGTON DEV
ASSOCIATES
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410562-15
CARDINAL CAPITAL PARTNERS, INC
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
OF HELENE FUNK & PETER W MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
OF H FUNK & P MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
H FUNK & PW MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, STE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 244836-12
CEDAR CREEK CROSSING ASSOCIATES LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 244836-12
CEDAR CREEK CROSSING ASSOCIATES LLC
C/O PERRIE WHEELER REAL ESTATE CO
PO BOX 3578
NORFOLK, VA 23514

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                      **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 406141-15<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 | CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>CITY VIEW LLC<br>ATTN KATHKEEN HULL, CONTROLLER<br>PO BOX 78145<br>CHARLOTTE, NC 28271 | CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN JULIO E MENDOZA JR, ESQ<br>PO DRAWER 2426<br>COLUMBIA SC 29202 |
| CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 399724-15<br>CITY OF UNION, SC<br>C/O JOHNSON SMITH HIBBARD ET AL<br>ATTN KRISTIN BURNETT BARBER, ESQ<br>PO DRAWER 5587<br>SPARTANBURG SC 29304-5587 | CREDITOR ID: 982-03<br>CITY OF WINTER PARK UTILITIES<br>PO BOX 1540<br>WINTER PARK FL 32790 | CREDITOR ID: 982-03<br>CITY OF WINTER PARK UTILITIES<br>C/O WINDERWEEDLE HAINES WARD ET AL<br>ATTN C BRENT MCCAGHREN, CITY ATTY<br>PO BOX 880<br>WINTER PARK FL 32790 |
| CREDITOR ID: 411401-15<br>CITY OF WINTER PARK UTILITIES DEPT<br>ATTN J E CHEEK III, CITY ATTORNEY<br>PO BOX 880<br>WINTER PARK FL 32790 | CREDITOR ID: 411074-15<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 391364-55<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN P PYSCZYNSKI/A LANCASTER, ESQS<br>711 N WASHINGTON BLVD<br>PO DRAWER 4257<br>SARASOTA FL 34230 |
| CREDITOR ID: 246594-12<br>COFFMAN COLEMAN ANDREWS & GROGAN PA<br>ATTN ERIC J HOLSHOUSER, ESQ<br>800 WEST MONROE STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 411236-15<br>COLORADO BOXED BEEF CO<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | CREDITOR ID: 315710-99<br>COLORADO BOXED BEEF COMPANY<br>C/O SIMPSON LAW OFFICES LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTRE, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 243204-12<br>COUNTY OF BEAUFORT TREASURER<br>ATTN H J EVANS, JR<br>PO DRAWER 487<br>BEAUFORT SC 29901-0487 | CREDITOR ID: 404044-15<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS GA 30603 |
| CREDITOR ID: 248452-12<br>COUNTY OF DOUGHERTY TAX COMMISSION<br>ATTN DENVER COLLINS-HOOTEN<br>PO BOX 1827<br>ALBANY GA 31702-1827 | CREDITOR ID: 240411-06<br>COUNTY OF DOUGLAS TAX COMMISSIONER<br>ATTN GAY GOOLSBY, DEPUTY TAX COMM<br>PO BOX 1177<br>DOUGLASVILLE GA 30133-1177 | CREDITOR ID: 403430-15<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN W RESPRESS/DAMIKA MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA GA 30303 |
| CREDITOR ID: 410747-15<br>COUNTY OF HAYWOOD, NC TAX COLL<br>C/O VANWINKLE BUCK WALL ET AL<br>ATTN M PINKSTON/T DIEFENBACH, ESQS<br>PO BOX 7376<br>ASHEVILLE NC 28802 | CREDITOR ID: 406116-15<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | CREDITOR ID: 264443-12<br>COUNTY OF WASHINGTON TAX COMM, GA<br>ATTN CONNIE B TAPLEY, TAX COMM<br>PO BOX 469<br>SANDERSVILLE GA 31082-0469 |
| CREDITOR ID: 269165-14<br>COUNTY OF WHITFIELD TAX COMMISSION<br>ATTN DANNY W SANE<br>300 W CRAWFORD ST<br>DALTON GA 30755 | CREDITOR ID: 247187-12<br>CREDIT SUISSE FIRST BOSTON, LLC<br>COLLATERAL ASSIGNEE OF MYSTIC, LLC<br>ATTN WENDY BEER<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY 10010-3629 | CREDITOR ID: 247187-12<br>CREDIT SUISSE FIRST BOSTON, LLC<br>C/O MANDEL KATZ, ET AL<br>ATTN TARA HANNON, ESQ<br>THE LAW BUILDING<br>210 ROUTE 303<br>VALLEY COTTAGE NY 10989 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                          **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 382485-51<br>CROSSMEDIA SERVICES, INC<br>C/O RICH MAY, PC<br>ATTN BOB TEDESCO, ESQ<br>176 FEDERAL STREET 6TH FLOOR<br>BOSTON MA 02110-2223 | CREDITOR ID: 382485-51<br>CROSSMEDIA SERVICES, INC<br>ATTN MARY VANKOEVERING, CFO<br>225 N MICHIGAN AVENUE, STE 1500<br>CHICAGO, IL 60601 | CREDITOR ID: 408206-15<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 2180-99<br>DAY PROPERTIES LLC<br>C/O MCELWEE FIRM PLLC<br>ATTN ROBERT P LANEY, ESQ<br>906 MAIN STREET<br>NORTH WILKESBORO NC 08659 | CREDITOR ID: 2180-99<br>DAY PROPERTIES LLC<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697 | CREDITOR ID: 410901-15<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>C/O RGS PROPERTIES INC<br>ATTN: DICK SCHMALZ<br>6 OFFICE PARK CIRCLE, STE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 411096-15<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 411265-15<br>DEL FAIR INC<br>C/O COHEN TODD KITE & STANFORD LLC<br>ATTN D RAFFERTY/M KINDT, ESQS<br>250 EAST FIFTH STREET, SUITE 1200<br>CINCINNATI OH 45202 |
| CREDITOR ID: 411041-15<br>DIXIE ELEC MEMBERSHIP CORP (DEMCO)<br>C/O SHARP HYMEL CERNIGLIA ET AL<br>ATTN ROSS A DOOLEY, ESQ<br>15171 S HARRELL'S FERRY RD, SUITE B<br>BATON ROUGE LA 70816 | CREDITOR ID: 2196-07<br>DIXIE LAND SC, LLC<br>C/O FORMAN HOLT & ELIADES LLC<br>ATTN DANIEL M ELIADES, ESQ<br>218 ROUTE 17 NORTH<br>ROCHELLE PARK NJ 07662 | CREDITOR ID: 2196-07<br>DIXIE LAND SC, LLC<br>C/O PARKWAY ASSET MANAGEMENT CORP<br>ATTN PAUL J GINGRAS, PRESIDENT<br>235 MOORE STREET, SUITE 102<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 410911-15<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 417049-97<br>DUANE MORRIS LP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 407668-93<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 |
| CREDITOR ID: 407668-93<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O HARBOR GROUP MANAGEMENT<br>999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK VA 23501 | CREDITOR ID: 382008-36<br>EAST PENN MANUFACTURING CO INC<br>ATTN ROBERT A BASHORE OR C PRUITT<br>PO BOX 147<br>LYON STATION PA 19536-0147 | CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46804 |
| CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O KLUGER PERETZ KAPLAN & BERLINE<br>ATTN: BRADLEY S SHRAIBERG, ESQ<br>2385 NW EXECUTIVE CTR DR, STE 300<br>BOCA RATON FL 33431 | CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: DANIELLE K GRECO<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>ZIMMER AND ZIMMER, LLP<br>ATTN HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 |
| CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 | CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 |
| CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO, NC 27533 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>NICHOLLS & CRAMPTON, PA<br>ATTN K SINK/G CRAMPTON, ESQS<br>PO BOX 18237<br>RALEIGH NC 27619 | CREDITOR ID: 410985-15<br>GLIMCHER PROPERTIES LP<br>ATTN PATRICIA A POWERS, ESQ.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 |
| CREDITOR ID: 250753-12<br>GOURMET EXPRESS, LLC<br>C/O PORTER ROGERS DAHLMAN & GORDON<br>ATTN KENNETH M ODOM, ESQ<br>2600 VIA FORTUNA, SUITE 130<br>AUSTIN TX 78746 | CREDITOR ID: 250753-12<br>GOURMET EXPRESS, LLC<br>ATTN KEVIN SCULLY, SR VP<br>204 N FORD STREET<br>GRIDLEY IL 61744 | CREDITOR ID: 315711-99<br>GREAT FISH COMPANY LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTER, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |

**SERVICE LIST**
Notice of Debtors' Third Omnibus Objection
to Amended and Superseded Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411417-15<br>GREAT FISH COMPANY, LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 |
| CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH MIAMI, FL 33161 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>C/O BLAXBERG GRAYSON KUKOFF & SEGAL<br>ATTN IAN J KUKOFF, ESQ.<br>INGRAHAM BLDG, SUITE 730<br>25 SE 2ND AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 410907-15<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 410905-15<br>GS II BROOK HIGHLAND, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 |
| CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>PO BOX 681<br>MCCOMB, MS 39648-0681 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 |
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 416285-15<br>HOMEWOOD ASSOCIATES, INC.<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | CREDITOR ID: 411425-15<br>HULL, M & WILLIARD, C JR DBA<br>MARKETPLACE PARTNERS<br>C/O KEZIAH GATES & SAMET, LLP<br>ATTN JAN H SAMET, ESQ<br>PO BOX 2608<br>HIGH POINT NC 27261 |
| CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN: ALBERTO GONZALES, ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |
| CREDITOR ID: 402711-89<br>JACKSON, R WAYNE<br>6020 FOREST GREEN ROAD<br>PENSACOLA FL 32505 | CREDITOR ID: 398693-78<br>JACKSON, R WAYNE<br>2171 SW 115 TERRACE<br>DAVIE, FL 33325 | CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 415956-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 410848-15<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 416266-15<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | CREDITOR ID: 410566-15<br>LAGS VENTURES INC<br>C/O LTP MANAGEMENT GROUP, INC<br>ATTN RICHARD SIMEONE, SECRETARY<br>4411 CLEVELAND AVENUE<br>FORT MYERS FL 33901 |

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.            **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 416944-15<br>LAGS VENTURES, INC<br>C/O TRIPP SCOTT<br>ATTN JOHN G BIANCO, III, ESQ<br>110 SE 6TH STREET, 15TH FLOOR<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410565-15<br>LAGS VENTURES, INC SUCESSOR TO<br>AUGUST URBANEK INVESTMENTS, INC<br>4411 CLEVELAND AVENUE<br>FORT MYERS FL 33901 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 254639-12<br>LENOIR PARTNERS LLC<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 254639-12<br>LENOIR PARTNERS LLC<br>545 WATERGATE COURT<br>ROSWELL GA 30076 | CREDITOR ID: 407764-99<br>LENOIR PARTNERS LLC<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANATA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 416844-15<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 255262-12<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 410948-15<br>MARJON SPECIALTY FOODS, INC<br>3508 SYDNEY ROAD<br>PLANT CITY FL 33567 |
| CREDITOR ID: 410948-15<br>MARJON SPECIALTY FOODS, INC<br>C/O STICHTER RIEDEL BLAIN & PROSSER, PA<br>ATTN: DON M STICHTER, ESQ<br>110 MADISON STREET, SUITE 200<br>SUITE 200<br>TAMPA FL 33602 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA, 20TH FLOOR<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 381758-15<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM PA<br>ATTN BRITT BATSON GRIGGS ESQ<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 |
| CREDITOR ID: 256761-12<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM, PA<br>ATTN B GRIGGS OR C PARNELL, ESQS<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 405958-15<br>NEBRASKA BEEF, LTD<br>C/O LAMSON DUGAN & MURRAY, LLP<br>ATTN FRANK M SCHEPERS, ESQ<br>10306 REGENCY PARKWAY DRIVE<br>OMAHA NE 68114 | CREDITOR ID: 405958-15<br>NEBRASKA BEEF, LTD<br>ATTN: WILLIAM HUGHES<br>4501 S 36TH STREET<br>OMAHA NE 68107 | CREDITOR ID: 408427-15<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE CA 91203 |
| CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 | CREDITOR ID: 411078-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ROANOKE LANDING, WILLIAMSTON, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411015-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410994-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HABERSHAM VILLAGE, CORNELIA, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410992-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>APISON CROSSING, OOLTEWAH, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411075-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 416274-15<br>NKC PROPERTIES<br>C/O FORD BOWLUS DUSS ET AL<br>ATTN M BOWLUS & K SCHNAUSS, ESQS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 410421-15<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O ROSEN LAW GROUP, LLC<br>ATTN MITCHELL S ROSEN, ESQ.<br>950 E PACES FERRY ROAD, SUITE 3250<br>ATLANTA GA 30326 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 | CREDITOR ID: 257929-12<br>PALISADES INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 257929-12<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 408348-15<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | CREDITOR ID: 410887-15<br>PASCAGOULA PROPERTIES, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>C/O COTTINGHAM & PORTER, PC<br>ATTN WILLIAM L THOMPSON, ESQ<br>319 EAST ASHLEY STREET<br>DOUGLAS GA 31533-3810 | CREDITOR ID: 258375-12<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0269 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | CREDITOR ID: 410937-15<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW O'MARA ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>210 E CAPITAL STREET, 17TH FLOOR<br>PO BOX 22567<br>JACKSON MS 39225-2567 |
| CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O FOLTZ MARTIN, LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>FIVE PIEDMONT CENTER, SUITE 750<br>ATLANTA GA 30305 | CREDITOR ID: 1722-07<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA 30076-3239 | CREDITOR ID: 407763-99<br>POTTER SQUARE ASSOCIATES<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 |
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 |
| CREDITOR ID: 410449-15<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 | CREDITOR ID: 408335-15<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 264608-12<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL 61822 |
| CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>C/O ROBISON, CURPHEY & O'CONNELL<br>ATTN: THOMAS A GIBSON, ESQ<br>FOUR SEAGATE, NINTH FLOOR<br>TOLEDO  OH 43604 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056 |
| CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN THOMAS H KEEN, ESQ.<br>1601 ELM STREET<br>4100 THANKSGIVING TOWER<br>DALLAS TX 75201 | CREDITOR ID: 410589-15<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 406107-15<br>STATE OF INDIANA REV DEPT<br>C/O OFFICE OF ATTORNEY GENERAL<br>ATTN: BRIAN D SALWOWSKI<br>INDIANA GOVERNMENT CTR SO, FIFTH FL<br>402 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204-2770 | CREDITOR ID: 406107-15<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 381921-15<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                              **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 |
| CREDITOR ID: 406026-15<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 410544-15<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 382090-36<br>TEMPLE INLAND<br>ATTN CLAUDIA TYNES OR D MOHR<br>1300 S MOPAC EXPRESSWAY<br>AUSTIN TX 78746 |
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O EDWARD VAN GUNTEN & CO, LPA<br>ATTN EDWARD A VAN GUNTEN, ESQ<br>6545 W CENRAL AVENUE, SUITE 209<br>TOLEDO OH 43617-1034 |
| CREDITOR ID: 417083-97<br>THREE MEADOWS PLAZA PARTNERSHIP<br>402 HIGH POINT DRIVE<br>COCA FL 32926 | CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>PO BOX 1929<br>EASLEY SC 29641-1929 | CREDITOR ID: 2629-07<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 263381-12<br>TOWN SQUARE DEVELOPMENT<br>C/O JONES SPITZ MOORHEAD ET AL<br>ATTN CAROLYN G BAIRD, ESQ.<br>415 NORTH MAIN STREET (29621)<br>PO BOX 987<br>ANDERSON SC 29622-0987 | CREDITOR ID: 263381-12<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON, SC 29697-1023 | CREDITOR ID: 279159-33<br>UNARCO INDUSTRIES, INC<br>C/O FAGELHABER LLC<br>ATTN CLINTON P HANSEN, ESQ<br>55 EAST MONROE STREET, 40TH FLR<br>CHICAGO IL 60603 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 264151-12<br>VICTORY VIDALIA LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 264151-12<br>VICTORY VIDALIA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 410417-15<br>WACHOVIA BANK, TRUSTEE<br>UNDER LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451 |
| CREDITOR ID: 2660-07<br>WATKINS INVESTMENTS, LP<br>C/O SHAW GUSSIS FISHMAN ET AL<br>ATTN BRIAN SHAW & ALLEN GUON, ESQS<br>321 N CLARK STREET, SUITE 800<br>CHICAGO IL 60610 | CREDITOR ID: 264539-12<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>ATTN PHILIP G NEARI, PRES<br>PO BOX 20983<br>WINSTON SALEM, NC 27120-0983 | CREDITOR ID: 411429-15<br>WBFV, INC<br>C/O KENNEDY COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410760-15<br>WD HILLARD, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 415957-15<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 407489-99<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 407473-99<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-JONESBORO WD DE BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 405930-99<br>WTH, II, LLC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 |

**SERVICE LIST**
**Notice of Debtors' Third Omnibus Objection**
**to Amended and Superseded Claims**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                        **CASE:**   **05-03817-3F1**

| | |
|---|---|
| CREDITOR ID: 416284-15 | CREDITOR ID: 405930-99 |
| WTH, II, LLC | WTH, II, LLC |
| C/O WILES & WILES | 2405 WEST BROAD ST, STE 200 |
| ATTN JOHN J WILES, ESQ. | ATHENS GA 30606 |
| 800 KENNESAW AVENUE, SUITE 400 | |
| MARIETTA GA 30060-7946 | |

   **Total:   212**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION**
**TO AMENDED AND SUPERSEDED CLAIMS**

Creditor:                                                    Creditor:

Counsel:                                                     Counsel:

Additional Notice Party:                                     Additional Notice Party:

Transferee:                                                  Transferee:

| **CLAIM(S) TO BE DISALLOWED** | **REMAINING CLAIM** |
|---|---|
| **Claim No.:** | **Claim No.:** |
| **Claim Amount:** | **Claim Amount:** |
| **Asserted Debtor:** | **Asserted Debtor:** |
| **Reason For Disallowance:** | |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on January 24, 2006 their Third Omnibus Objection to Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIMS(S) TO BE DISALLOWED on the ground that the claim was amended and superseded by another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim (s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on February 13, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

      5.     Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

      6.     In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

      7.     A hearing will be held on **February 23, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

      8.     If the Bankruptcy Court does <u>not</u> disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. The REMAINING CLAIM(S) listed above may also be subject to further objections. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

      9.     The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

      10.     **If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: January 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By   /s/ D.J. Baker<br>      D.J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray<br>      Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By   /s/ James H. Post<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson<br>      Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |