# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.   On or about January 24, 2006, I caused copies of:

- the **NOTICE OF HEARING**
- the **DEBTORS' THIRD OMNIBUS OBJECTION TO AMENDED AND SUPERSEDED CLAIMS**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice & Motion as listed above is attached hereto as Exhibit B.

Dated: January 30, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Third Omnibus Objection to
Amended and Superseded Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN TRACI FETTE
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
885 THIRD AVE STE 3300
NEW YORK NY 10022

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
1700 PACIFIC AVE STE 4100
DALLAS TX 75201

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 399728-98
MADISON NICHE OPPORTUNITIES LLC
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN - MAIL STOP B2331
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Third Omnibus Objection to**
**Amended and Superseded Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407577-98 | CREDITOR ID: 407520-98 | CREDITOR ID: 417093-98 |
| REDROCK CAPITAL PARTNERS LLC | SPCP GROUP LLC AGT OF SILVER PT CAP | THE PAUL REVERE LIFE INSURANCE CO |
| ATTN CRAIG KLEIN | FUND LP & SILVER PT CAP OFFSHORE | C/O UNUMPROVIDENT |
| 111 S MAIN ST STE C11 | ATTN BRIAN JARMAIN | ATTN SHELLEY STUART CARVEL |
| PO BOX 9095 | 2 GREENWICH PLAZA | 2211 CONGREE ST C244 |
| BRECKENRIDGE CO 80424 | GREENWICH CT 06830 | PORTLAND ME 04122 |

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

**Total:   31**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

<u>**NOTICE OF HEARING**</u>

TO PARTIES IN INTEREST:

      PLEASE TAKE NOTICE that a hearing is scheduled for **February 23, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Third Omnibus Objection to Amended and Superseded Claims.

      Only objections filed with the Court so as to be received by **February 13, 2006** and served on D. J. Baker at <u>djbaker@skadden.com</u>, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

      You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: January 24, 2006


SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM LLP

By ____s/ D. J. Baker_____                 By ____s/ James H. Post_____
        D. J. Baker                                  Stephen D. Busey
        Sally McDonald Henry                         James H. Post
        Rosalie Walker Gray                          Cynthia C. Jackson,
        Jane M. Leamy                                Florida Bar Number 175460
Four Times Square                            225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(212) 735-2000 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          jpost@smithhulsey.com

Co-Attorneys for Debtors                     Co-Attorneys for Debtors

**Hearing Date:  February 23, 2006 at 1:00 p.m.**
**Obj. Deadline:  February 13, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

### DEBTORS' THIRD OMNIBUS OBJECTION
### TO AMENDED AND SUPERSEDED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object (the "Objection") under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 to the claims listed on the attached Exhibit A (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

3.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.   The Debtors' business was founded in 1925 with a single grocery store and has grown through acquisitions and internal expansion.  As of the Petition Date, the Debtors were considered to be the eighth-largest food retailer in the United States and one of the largest in the Southeast with more than 900 stores in the United States.  Since the Petition Date, the Debtors have been engaged in a footprint reduction program and have sold or closed over 300 of their stores.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim (the "August 1 Bar Date").  The bar date applicable to governmental units was August 22, 2005.  To date, over 12,800 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including any supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

8.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the Disputed Claims.

## BASIS FOR RELIEF

9.    As a result of their review, the Debtors have identified approximately 200 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims.  A list of the Amended Claims is attached as Exhibit A.  Adjacent to the

3

identified Amended Claim on Exhibit A, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

10.    Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation.  The Debtors believe that the claimants holding Amended Claims will not be prejudiced by having their Amended Claims disallowed because their Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[3]

11.    Accordingly, the Debtors (a) object to the Amended Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Amended Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 15 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

## SEPARATE CONTESTED MATTERS

12.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

13.    The Debtors expressly reserve the right to amend, modify, or supplement the objections asserted herein and to file additional objections to the proofs of claim or any other claims (filed or not) which may be asserted against the Debtors.  Should one or more of the grounds of objection stated in this Objection be dismissed, the Debtors reserve their rights to

---

[3]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

object on any other grounds that the Debtors discover during the pendency of these cases.  In addition, the Debtors reserve the right to seek further reduction of any claim to the extent such claim has been paid.

14.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection shall not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

<u>**RESPONSES TO THE OBJECTION**</u>

A.    <u>Filing and Service of Responses</u>

15.    Pursuant to order of the Court, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **February 13, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

<u>Counsel for the Debtors</u>:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.      Timely Response Required; Hearing; Replies

        16.     If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **February 23, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.  Only those Responses made in writing and timely filed and received shall be considered by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

        17.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing the claim without further notice to the claimant.

### NOTICE

        18.     As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibit A. Copies of this Objection shall be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested herein, (ii) enter the Proposed Order attached as Exhibit B, disallowing the Amended Claims and (iii) grant such other and further relief as is just and proper.

Dated: January 24, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                            By    _s/ James H. Post_
    D. J. Baker                                          Stephen D. Busey
    Sally McDonald Henry                                 James H. Post
    Rosalie Walker Gray                                  Cynthia C. Jackson,
    Jane M. Leamy                                            Florida Bar Number 175460
Four Times Square                                225 Water Street, Suite 1800
New York, New York 10036                         Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(212) 735-2000 (facsimile)                       (904) 359-7708 (facsimile)
djbaker@skadden.com                              jpost@smithhulsey.com

Co-Attorneys for Debtors                         Co-Attorneys for Debtors

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  2029**<br>12TH STREET & WASHINGTON ASSOCS, LP<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE  AZ  85258<br><br>Counsel: ATTN MARK D SVEJDA, ESQ | 12399 | $587,521.42<br>Debtor:  **WINN-DIXIE STORES, INC.** | 11073 | $11,002.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410886**<br>59 WEST PARTNERS, LTD/BESSEMER<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE  TN  37238 | 12339 | $543,177.02<br>Debtor:  **WINN-DIXIE MONTGOMERY, INC.** | 9999 | $19,494.59 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  241568**<br>ADAIR DISTRIBUTING INC<br>PO BOX 7755<br>NAPLES, FL  34101 | 11425 | $3,799.62<br>Debtor:  **WINN-DIXIE SUPERMARKETS, INC.** | 342 | $3,660.13 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES  CA  90028<br><br>Counsel: ATTN I M GOLD/N B WARANOFF | 12313 | $1,491,998.47<br>Debtor:  **WINN-DIXIE MONTGOMERY, INC.** | 10911 | $16,810.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES  CA  90028<br><br>Counsel: ATTN I M GOLD/N B WARANOFF | 12312 | $1,491,998.47<br>Debtor:  **WINN-DIXIE STORES, INC.** | 10912 | $16,810.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407606**<br>ALTAMONTE SSG, INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN R MCINTYRE/L R FERNANDEZ, ESQS<br>PO BOX 1102<br>TAMPA  FL  33601-1102 | 12010 | $543,956.23<br>Debtor:  **WINN-DIXIE STORES, INC.** | 4562 | $62,897.52 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 1076<br>APPLEWOOD SHOPPING CENTER<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | 12207<br>**Debtor:** | $389,498.59<br>**WINN-DIXIE STORES, INC.** | 9826 | $20,570.75 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 243093<br>BARRETT CROSSING SHOPPING CTR, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075-4910 | 12099<br>**Debtor:** | $423,814.34<br>**WINN-DIXIE MONTGOMERY, INC.** | 9435 | $41,969.89 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410954<br>BENDERSON 85-1 TRUST & RONALD<br>BENDERSON 1995 TRUST<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | 11859<br>**Debtor:** | $400,949.55<br>**WINN-DIXIE STORES, INC.** | 10144 | $2,970.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410927<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | 12325<br>**Debtor:** | $6,872,703.19<br>**WINN-DIXIE STORES, INC.** | 10106 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410800<br>BIRMINGHAM REALTY COMPANY<br>ATTN WILLIAM MAGRUDER, CPA<br>27 INVERNESS CTR PARKWAY<br>BIRMINGHAM AL 35242 | 12329<br>**Debtor:** | $1,259,503.96<br>**WINN-DIXIE STORES, INC.** | 10923 | $7,565.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 243998<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA  GA  30309-7706<br><br>Counsel: ATTN CATHERINE A HARRISON, ESQ | 11558<br>Debtor: | $8,730.97<br>WINN-DIXIE STORES, INC. | 10836 | $22,459.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 243998<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA  GA  30309-7706<br><br>Counsel: ATTN CATHERINE A HARRISON, ESQ | 11557<br>Debtor: | $8,730.97<br>WINN-DIXIE MONTGOMERY, INC. | 10839 | $22,459.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1141<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE,  NC  28202 | 12206<br>Debtor: | $440,766.61<br>WINN-DIXIE STORES, INC. | 9824 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1141<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE,  NC  28202 | 12232<br>Debtor: | $440,766.61<br>WINN-DIXIE RALEIGH, INC. | 9825 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244238<br>BUTLER INVESTMENT I LC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK,  VA  23514<br><br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12385<br>Debtor: | $496,195.65<br>WINN-DIXIE RALEIGH, INC. | 8912 | $346,857.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 2103**<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | 12096<br>Debtor: **WINN-DIXIE STORES, INC.** | $597,159.89 | 8038 | $102,250.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410393**<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 11963<br>Debtor: **WINN-DIXIE STORES, INC.** | $321,954.09 | 7399 | $95,173.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410393**<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 11964<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $321,954.09 | 10238 | $95,173.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410562**<br>CARDINAL CAPITAL PARTNERS, INC<br>C/O HIERSCHE HAYWARD DRAKELEY ET<br>AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001 | 11975<br>Debtor: **WINN-DIXIE STORES, INC.** | $292,241.75 | 8904 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410586**<br>CATAMOUNT ATLANTA, LLC, ASSIGNEE<br>OF HELENE FUNK & PETER W MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN 46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11787<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $310,150.47 | 7835 | $227,024.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410586<br>CATAMOUNT ATLANTA, LLC, ASSIGNEE<br>OF HELENE FUNK & PETER W MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS  IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11786 | $310,150.47<br>**Debtor:** WINN-DIXIE STORES, INC. | 7836 | $227,024.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410586<br>CATAMOUNT ATLANTA, LLC, ASSIGNEE<br>OF HELENE FUNK & PETER W MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS  IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11786 | $310,150.47<br>**Debtor:** WINN-DIXIE STORES, INC. | 11104 | $93,968.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410585<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS  IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11852 | $267,960.49<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 7833 | $95,016.86 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410585<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS  IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11851 | $267,960.49<br>**Debtor:** WINN-DIXIE STORES, INC. | 7838 | $95,016.86 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 408297<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS  IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11892 | $287,939.65<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 7834 | $15,858.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408297<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS  IN  46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11891 | $287,939.65<br>**Debtor:** WINN-DIXIE STORES, INC. | 7837 | $15,858.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244836<br>CEDAR CREEK CROSSING ASSOCIATES LL<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA  23514<br><br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12343 | $911,212.22<br>**Debtor:** WINN-DIXIE STORES, INC. | 10120 | $407,595.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244836<br>CEDAR CREEK CROSSING ASSOCIATES LL<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA  23514<br><br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12344 | $911,212.22<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 10121 | $407,595.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406141<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD  20814 | 12092 | $304,800.58<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 3381 | $55,768.16 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 406141<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 | 12091 | $304,800.58<br>Debtor: **WINN-DIXIE STORES, INC.** | 3382 | $55,768.16 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1196<br>CHARLOTTE CITY VIEW LP DBA<br>CITY VIEW LLC<br>ATTN KATHKEEN HULL, CONTROLLER<br>PO BOX 78145<br>CHARLOTTE, NC 28271<br><br>Counsel: ATTN JULIO E MENDOZA JR, ESQ | 12397 | $426,580.31<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 3707 | $32,805.79 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2133<br>CHESTER DIX FLORENCE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12140 | $4,552,469.10<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 7712 | $4,858,967.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2133<br>CHESTER DIX FLORENCE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12139 | $4,552,469.10<br>Debtor: **WINN-DIXIE STORES, INC.** | 7713 | $4,858,967.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2137<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 11901 | $3,496,062.13<br>Debtor: **WINN-DIXIE STORES, INC.** | 7693 | $3,644,195.62 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 2137<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 11900 | $3,496,062.13<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 7694 | $3,644,195.62 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2138<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY,  NY  11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12143 | $2,457,438.19<br>**Debtor:** WINN-DIXIE STORES, INC. | 7706 | $2,753,882.15 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2138<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY,  NY  11590<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12144 | $2,457,328.19<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 7707 | $2,753,882.15 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399724<br>CITY OF UNION, SC<br>C/O JOHNSON SMITH HIBBARD ET AL<br>ATTN KRISTIN BURNETT BARBER, ESQ<br>PO DRAWER 5587<br>SPARTANBURG  SC  29304-5587 | 11811 | $23,961.95<br>**Debtor:** WINN-DIXIE STORES, INC. | 846 | $22,848.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 982<br>CITY OF WINTER PARK UTILITIES<br>PO BOX 1540<br>WINTER PARK  FL  32790<br><br>Counsel: ATTN C BRENT MCCAGHREN, CITY ATTY | 11798 | $1,963.57<br>**Debtor:** WINN-DIXIE STORES, INC. | 4235 | $1,745.24 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 411074<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12203<br>**Debtor:** | $46,046.61<br>**WINN-DIXIE STORES, INC.** | 10972 | $33,246.44 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411074<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12202<br>**Debtor:** | $558,998.27<br>**WINN-DIXIE STORES, INC.** | 10973 | $75,469.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 391364<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN P PYSCZYNSKI/A LANCASTER, ESQS<br>711 N WASHINGTON BLVD<br>PO DRAWER 4257<br>SARASOTA  FL  34230 | 11992<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | 5400 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 246594<br>COFFMAN COLEMAN ANDREWS & GROGAN<br>ATTN ERIC J HOLSHOUSER, ESQ<br>800 WEST MONROE STREET<br>JACKSONVILLE,  FL  32202 | 11799<br>**Debtor:** | $24,581.45<br>**WINN-DIXIE STORES, INC.** | 3514 | $22,543.59 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315710<br>COLORADO BOXED BEEF COMPANY<br>C/O SIMPSON LAW OFFICES LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTRE, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA  GA  30305 | 11538<br>**Debtor:** | $58,628.72<br>**WINN-DIXIE STORES, INC.** | 7692 | $58,628.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410418<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12112<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $983,539.63 | 8612 | $10,641.73 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410418<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12109<br>**Debtor:** WINN-DIXIE STORES, INC. | $972,396.17 | 8613 | $21,591.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410418<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12111<br>**Debtor:** WINN-DIXIE STORES, INC. | $983,539.63 | 8614 | $10,641.73 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410418<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12110<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $972,396.17 | 8615 | $21,591.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 243204<br>COUNTY OF BEAUFORT TREASURER<br>ATTN H J EVANS, JR<br>PO DRAWER 487<br>BEAUFORT SC 29901-0487 | 12365<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,668.59 | 4005 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 404044<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS GA 30603 | 12253<br>**Debtor:** WINN-DIXIE STORES, INC. | $28,283.06 | 1992 | $28,368.65 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id:  248452<br>COUNTY OF DOUGHERTY TAX COMMISSIO<br>ATTN DENVER COLLINS-HOOTEN<br>PO BOX 1827<br>ALBANY  GA  31702-1827 | 11864 | $81,400.99<br>Debtor:  WINN-DIXIE STORES, INC. | 4340 | $85,404.47 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  240411<br>COUNTY OF DOUGLAS TAX COMMISSIONEI<br>ATTN GAY GOOLSBY, DEPUTY TAX COMM<br>PO BOX 1177<br>DOUGLASVILLE  GA  30133-1177 | 11870 | $36,669.02<br>Debtor:  WINN-DIXIE STORES, INC. | 4364 | $38,596.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  403430<br>COUNTY OF FULTON TAX COMMISSIONER<br>ATTN W RESPRESS/DAMIKA MCCLINTON<br>141 PRYOR STREET SW, ROOM 1113<br>ATLANTA  GA  30303 | 11734 | $472,073.54<br>Debtor:  WINN-DIXIE STORES, INC. | 974 | $354,724.17 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410747<br>COUNTY OF HAYWOOD, NC TAX COLL<br>C/O VANWINKLE BUCK WALL ET AL<br>ATTN M PINKSTON/T DIEFENBACH, ESQS<br>PO BOX 7376<br>ASHEVILLE  NC  28802 | 11841 | $2,308.77<br>Debtor:  WINN-DIXIE STORES, INC. | 9574 | $2,308.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  406116<br>COUNTY OF PASCO BD OF COMMISSIONEF<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY  FL  34654 | 11672 | $17,395.86<br>Debtor:  WINN-DIXIE STORES, INC. | 3268 | $25,153.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  264443<br>COUNTY OF WASHINGTON TAX COMM, GA<br>ATTN CONNIE B TAPLEY, TAX COMM<br>PO BOX 469<br>SANDERSVILLE  GA  31082-0469 | 11979 | $9,611.60<br>Debtor:  WINN-DIXIE STORES, INC. | 2190 | $12,394.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
**THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 269165<br>COUNTY OF WHITFIELD TAX COMMISSION<br>ATTN DANNY W SANE<br>300 W CRAWFORD ST<br>DALTON GA 30755 | 12416 | $12,356.52<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 2209 | $14,200.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 247187<br>CREDIT SUISSE FIRST BOSTON, LLC<br>COLLATERAL ASSIGNEE OF MYSTIC, LLC<br>ATTN WENDY BEER<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY 10010-3629<br><br>Counsel: ATTN TARA HANNON, ESQ | 12212 | $2,795,892.25<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 11415 | $2,795,892.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382485<br>CROSSMEDIA SERVICES, INC<br>ATTN MARY VANKOEVERING, CFO<br>225 N MICHIGAN AVENUE, STE 1500<br>CHICAGO, IL 60601<br><br>Counsel: ATTN BOB TEDESCO, ESQ | 11521 | $47,975.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 4414 | $32,708.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408206<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 11904 | $184,874.46<br>Debtor: **WINN-DIXIE STORES, INC.** | 6198 | $262,522.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408206<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 11903 | $184,874.46<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 6199 | $262,522.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2180<br>DAY PROPERTIES LLC<br>119 SANDWEDGE ROAD<br>WILKESBORO NC 28697<br><br>Counsel: ATTN ROBERT P LANEY, ESQ | 11905 | $1,028,639.00<br>Debtor: **WINN-DIXIE STORES, INC.** | 11737 | $17,209.67 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410901<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12165 | $30,279.80<br>Debtor: **WINN-DIXIE STORES, INC.** | 10068 | $1,860.05 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410901<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12166 | $257,200.49<br>Debtor: **WINN-DIXIE STORES, INC.** | 10069 | $5,895.88 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411096<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203<br><br>Transferee: FIRST COMMERCIAL BANK | 11889 | $1,644,921.94<br>Debtor: **WINN-DIXIE STORES, INC.** | 11036 | $23,109.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411096<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203<br><br>Transferee: FIRST COMMERCIAL BANK | 11890 | $1,644,921.94<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 11037 | $23,109.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411265<br>DEL FAIR INC<br>C/O COHEN TODD KITE & STANFORD LLC<br>ATTN D RAFFERTY/M KINDT, ESQS<br>250 EAST FIFTH STREET, SUITE 1200<br>CINCINNATI OH 45202 | 11808 | $391,279.98<br>Debtor: **WINN-DIXIE STORES, INC.** | 11589 | $912,986.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 411041<br>DIXIE ELEC MEMBERSHIP CORP (DEMCO)<br>C/O SHARP HYMEL CERNIGLIA ET AL<br>ATTN ROSS A DOOLEY, ESQ<br>15171 S HARRELL'S FERRY RD, SUITE B<br>BATON ROUGE  LA  70816 | 11623 | $14,632.43<br>Debtor: **WINN-DIXIE STORES, INC.** | 10580 | $15,233.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2196<br>DIXIE LAND SC, LLC<br>C/O PARKWAY ASSET MANAGEMENT CORP<br>ATTN PAUL J GINGRAS, PRESIDENT<br>235 MOORE STREET, SUITE 102<br>HACKENSACK  NJ  07601<br><br>Counsel: ATTN DANIEL M ELIADES, ESQ | 12349 | $458,443.45<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 11152 | $19,663.64 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410911<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 12171 | $389,534.57<br>Debtor: **WINN-DIXIE STORES, INC.** | 10063 | $6,599.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410911<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 12170 | $28,262.12<br>Debtor: **WINN-DIXIE STORES, INC.** | 10064 | $18,870.56 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407668<br>DURHAM PLAZA ASSOCIATES, LLC<br>C/O HARBOR GROUP MANAGEMENT<br>999 WATERSIDE DRIVE, SUITE 2300<br>NORFOLK  VA  23501<br><br>Counsel: ATTN PAUL K. CAMPSEN, ESQ. | 12204 | $945,186.27<br>Debtor: **WINN-DIXIE STORES, INC.** | 8724 | $40,673.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id:  382008<br>EAST PENN MANUFACTURING CO INC<br>ATTN ROBERT A BASHORE OR C PRUITT<br>PO BOX 147<br>LYON STATION  PA  19536-0147 | 11813 | $6,787.91<br>Debtor:  WINN-DIXIE STORES, INC. | 1305 | $6,787.91 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  1295<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE,  IN  46804<br><br>Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | 11871 | $407,461.97<br>Debtor:  WINN-DIXIE STORES, INC. | 6071 | $50,107.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410726<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON  NC  28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 11738 | $52,722.49<br>Debtor:  WINN-DIXIE STORES, INC. | 9508 | $60,877.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410406<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY  SC  29690<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12309 | $333,609.80<br>Debtor:  WINN-DIXIE RALEIGH, INC. | 8353 | $18,323.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410406<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY  SC  29690<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12308 | $333,609.80<br>Debtor:  WINN-DIXIE STORES, INC. | 8354 | $18,323.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  2255<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO,  NC  27533<br><br>Counsel: ATTN K SINK/G CRAMPTON, ESQS | 12318 | $1,000,984.87<br>Debtor:  WINN-DIXIE STORES, INC. | 11120 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 2255<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO, NC 27533<br><br>Counsel: ATTN K SINK/G CRAMPTON, ESQS | 12319<br>Debtor: | $1,000,984.87<br>**WINN-DIXIE RALEIGH, INC.** | 11121 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410985<br>GLIMCHER PROPERTIES LP<br>ATTN PATRICIA A POWERS, ESQ.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | 11959<br>Debtor: | $266,262.40<br>**WINN-DIXIE STORES, INC.** | 10265 | $1,702.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 250753<br>GOURMET EXPRESS, LLC<br>ATTN KEVIN SCULLY, SR VP<br>204 N FORD STREET<br>GRIDLEY IL 61744<br><br>Counsel: ATTN KENNETH M ODOM, ESQ | 11579<br>Debtor: | $114,975.00<br>**WINN-DIXIE PROCUREMENT, INC.** | 3448 | $114,975.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315711<br>GREAT FISH COMPANY LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTER, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | 11833<br>Debtor: | $264,425.22<br>**WINN-DIXIE STORES, INC.** | 7828 | $264,425.22 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1395<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036<br><br>Counsel: ATTN JEFFREY L TARKENTON, ESQ | 12174<br>Debtor: | $627,515.02<br>**WINN-DIXIE RALEIGH, INC.** | 7270 | $59,048.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406025<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | 12146<br>Debtor: | $323,052.51<br>**WINN-DIXIE RALEIGH, INC.** | 2943 | $30,445.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 315830<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI,  FL  33161<br><br>Counsel: ATTN IAN J KUKOFF, ESQ. | 12393<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $220,401.96 | 4178 | $27,292.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315830<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI,  FL  33161<br><br>Counsel: ATTN IAN J KUKOFF, ESQ. | 12392<br>**Debtor:** WINN-DIXIE STORES, INC. | $220,401.96 | 4179 | $27,292.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315830<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI,  FL  33161<br><br>Counsel: ATTN IAN J KUKOFF, ESQ. | 12447<br>**Debtor:** WINN-DIXIE STORES, INC. | $258,467.44 | 12392 | $220,401.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315830<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI,  FL  33161<br><br>Counsel: ATTN IAN J KUKOFF, ESQ. | 12448<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $258,467.44 | 12393 | $220,401.96 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410907<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 12173<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $586,503.54 | 10060 | $36,580.59 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410905<br>GS II BROOK HIGHLAND, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH  44122 | 12172 | $9,237.33<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 10059 | $2,738.82 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2291<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY  SC  29641<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12305 | $580,656.40<br>Debtor: **WINN-DIXIE STORES, INC.** | 8356 | $37,072.90 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2291<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY  SC  29641<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12306 | $580,656.40<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 8357 | $37,072.90 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 251330<br>HASCO-THIBODEAUX LLC<br>PO BOX 681<br>MCCOMB,  MS  39648-0681<br><br>Counsel: ATTN RANDY ROUSSEL, ESQ | 11867 | $957,250.02<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 3765 | $1,047,896.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 251330<br>HASCO-THIBODEAUX LLC<br>PO BOX 681<br>MCCOMB,  MS  39648-0681<br><br>Counsel: ATTN RANDY ROUSSEL, ESQ | 11866 | $957,250.02<br>Debtor: **WINN-DIXIE STORES, INC.** | 4961 | $1,047,896.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1442<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS,  GA  30606-1232<br><br>Counsel: ATTN LEE P MORGAN, ESQ | 12294 | $535,846.07<br>Debtor: **WINN-DIXIE STORES, INC.** | 4531 | $49,131.47 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 411425<br>HULL, M & WILLIARD, C JR DBA<br>MARKETPLACE PARTNERS<br>C/O KEZIAH GATES & SAMET, LLP<br>ATTN JAN H SAMET, ESQ<br>PO BOX 2608<br>HIGH POINT  NC  27261 | 12351 | $21,874.50<br>Debtor: **WINN-DIXIE STORES, INC.** | 11853 | $46,828.05 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437<br><br>Counsel: ATTN: ALBERTO GONZALES, ATTORNEY GENERAL | 11639 | $57,479,366.05<br>Debtor: **ASTOR PRODUCTS, INC.** | 3921 | $14,286.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437<br><br>Counsel: ATTN: ALBERTO GONZALES, ATTORNEY GENERAL | 11648 | $57,591,751.01<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | 3922 | $25,349.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE,  FL  32202-4437<br><br>Counsel: ATTN: ALBERTO GONZALES, ATTORNEY GENERAL | 11645 | $57,480,633.49<br>Debtor: **DEEP SOUTH PRODUCTS, INC.** | 3923 | $29,281.66 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN: ALBERTO GONZALES, ATTORNEY GENERAL | 11644 | $59,219,652.17<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | 3924 | $1,742,368.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN: ALBERTO GONZALES, ATTORNEY GENERAL | 11650 | $58,159,718.57<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 4090 | $11,082.69 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 397259<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437<br><br>Counsel: ATTN: ALBERTO GONZALES, ATTORNEY GENERAL | 11657 | $59,621,661.43<br>**Debtor:** WINN-DIXIE STORES, INC. | 11634 | $58,403,566.30 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 402711<br>JACKSON, R WAYNE<br>6020 FOREST GREEN ROAD<br>PENSACOLA FL 32505 | 12431 | $164,476.00<br>**Debtor:** WINN-DIXIE STORES, INC. | 10460 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 253046<br>JESUP VICTORY, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 12105 | $515,593.30<br>**Debtor:** WINN-DIXIE STORES, INC. | 8686 | $45,748.08 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410447<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 11887<br>Debtor: | $906,548.27<br>**WINN-DIXIE STORES, INC.** | 8179 | $65,588.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410447<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | 11888<br>Debtor: | $906,548.27<br>**WINN-DIXIE MONTGOMERY, INC.** | 8180 | $65,588.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410848<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12073<br>Debtor: | $959,109.73<br>**WINN-DIXIE STORES, INC.** | 9931 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416266<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD &<br>MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12285<br>Debtor: | $732,057.34<br>**WINN-DIXIE STORES, INC.** | 12227 | $732,057.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416266<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD &<br>MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12286<br>Debtor: | $732,057.34<br>**WINN-DIXIE RALEIGH, INC.** | 12228 | $732,057.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410565<br>LAGS VENTURES, INC SUCESSOR TO<br>AUGUST URBANEK INVESTMENTS, INC<br>4411 CLEVELAND AVENUE<br>FORT MYERS  FL  33901 | 12426 | $824,850.00<br>**Debtor:** WINN-DIXIE STORES, INC. | 8914 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 254639<br>LENOIR PARTNERS LLC<br>545 WATERGATE COURT<br>ROSWELL  GA  30076<br><br>Counsel: ATTN MITCHELL S ROSEN, ESQ | 12094 | $763,564.05<br>**Debtor:** WINN-DIXIE STORES, INC. | 3718 | $30,294.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416844<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA  GA  30303 | 12327 | $468,351.10<br>**Debtor:** WINN-DIXIE STORES, INC. | 12342 | $503,188.47 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255262<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS  39211<br><br>Counsel: ATTN DOUGLAS C NOBLE, ESQ | 12234 | $448,864.86<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 386 | $36,394.97 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 376019<br>MADIX INC<br>ATTN DAVID PAYNE, CREDIT MGR<br>PO BOX 729<br>TERRELL  TX  75160<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 11874 | $671,333.13<br>**Debtor:** WINN-DIXIE STORES, INC. | 8886 | $671,333.13 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410948<br>MARJON SPECIALTY FOODS, INC<br>3508 SYDNEY ROAD<br>PLANT CITY  FL  33567<br><br>Counsel: ATTN: DON M STICHTER, ESQ | 11662 | $41,652.10<br>**Debtor:** WINN-DIXIE STORES, INC. | 10208 | $47,445.90 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410382<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA, 20TH FLOOR<br>101 CALIFORNIA STREET<br>SAN FRANCISCO  CA  94111 | 12314 | $349,305.81<br>**Debtor:** WINN-DIXIE STORES, INC. | 7375 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410382<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA, 20TH FLOOR<br>101 CALIFORNIA STREET<br>SAN FRANCISCO  CA  94111 | 12315 | $349,305.81<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 7376 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381758<br>MSJ TRUCKING INC<br>C/O PARNELL & CRUM PA<br>ATTN BRITT BATSON GRIGGS ESQ<br>PO BOX 2189<br>MONTGOMERY  AL  36102-2189 | 11529 | $52,463.63<br>**Debtor:** WINN-DIXIE STORES, INC. | 127 | $48,299.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410409<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY  SC  29641<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12307 | $223,681.88<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8360 | $6,902.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 405958<br>NEBRASKA BEEF, LTD<br>ATTN: WILLIAM HUGHES<br>4501 S 36TH STREET<br>OMAHA  NE  68107<br><br>Counsel: ATTN FRANK M SCHEPERS, ESQ | 11819 | $13,647.64<br>**Debtor:** WINN-DIXIE STORES, INC. | 2543 | $3,439.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id:  408427<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 11735 | $1,763,471.58<br>Debtor:  WINN-DIXIE STORES, INC. | 8067 | $1,762,831.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  257138<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 12102 | $473,748.82<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | 8702 | $52,188.74 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  257138<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 12103 | $473,748.82<br>Debtor:  WINN-DIXIE STORES, INC. | 8703 | $52,188.74 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410992<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>APISON CROSSING, OOLTEWAH, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12194 | $993,457.72<br>Debtor:  WINN-DIXIE STORES, INC. | 10290 | $94,274.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410994<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>HABERSHAM VILLAGE, CORNELIA, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12198 | $315,607.58<br>Debtor:  WINN-DIXIE STORES, INC. | 10292 | $25,717.91 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 411015<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12196 | $424,451.54<br>**Debtor:** WINN-DIXIE STORES, INC. | 10310 | $23,009.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411078<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ROANOKE LANDING, WILLIAMSTON, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 11550 | $293,784.70<br>**Debtor:** WINN-DIXIE STORES, INC. | 10977 | $293,784.70 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411075<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12201 | $2,225,801.07<br>**Debtor:** WINN-DIXIE STORES, INC. | 10974 | $23,739.68 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416274<br>NKC PROPERTIES<br>C/O FORD BOWLUS DUSS ET AL<br>ATTN M BOWLUS & K SCHNAUSS, ESQS<br>10110 SAN JOSE BLVD<br>JACKSONVILLE  FL  32257 | 12434 | $4,875,172.45<br>**Debtor:** WINN-DIXIE STORES, INC. | 12276 | $4,875,172.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410421<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH  NC  27609 | 11814 | $199,625.18<br>**Debtor:** WINN-DIXIE STORES, INC. | 8621 | $16,217.63 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410421<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11861<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $199,625.18 | 8622 | $16,217.63 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1669<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066<br><br>Counsel: ATTN MITCHELL S ROSEN, ESQ. | 11962<br>**Debtor:** WINN-DIXIE STORES, INC. | $363,312.11 | 3694 | $36,099.72 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 257929<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 12101<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $415,131.27 | 8704 | $29,460.71 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 257929<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 12100<br>**Debtor:** WINN-DIXIE STORES, INC. | $415,131.27 | 8705 | $29,460.71 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408348<br>PARK PLAZA, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | 11878<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,314,652.50 | 7032 | $33,427.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410887<br>PASCAGOULA PROPERTIES, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 12337<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $538,690.75 | 10000 | $34,619.10 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 258375<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS  GA  31533-0269<br><br>Counsel: ATTN WILLIAM L THOMPSON, ESQ | 12066 | $681,387.51<br>**Debtor:** WINN-DIXIE STORES, INC. | 4302 | $17,898.51 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2478<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY  SC  29641<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12301 | $670,879.31<br>**Debtor:** WINN-DIXIE STORES, INC. | 8358 | $70,565.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2478<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY  SC  29641<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12302 | $670,879.31<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8359 | $70,565.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410937<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON  MS  39236-3492<br><br>Counsel: ATTN STEPHEN W ROSENBLATT, ESQ | 12193 | $1,104,476.18<br>**Debtor:** WINN-DIXIE STORES, INC. | 10118 | $23,035.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 1722<br>POTTER SQUARE ASSOCIATES<br>C/O PROPERTY CONCEPTS<br>545 WATERGATE COURT<br>ROSWELL, GA  30076-3239<br><br>Counsel: ATTN MITCHELL S ROSEN, ESQ | 12093 | $343,968.96<br>**Debtor:** WINN-DIXIE STORES, INC. | 3719 | $27,669.07 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12154 | $4,800,745.87<br>**Debtor:** WINN-DIXIE STORES, INC. | 8811 | $40,585.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12158 | $10,597,780.20<br>**Debtor:** WINN-DIXIE STORES, INC. | 8814 | $91,077.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12157 | $753,465.07<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8816 | $40,585.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12152 | $3,958,933.00<br>**Debtor:** WINN-DIXIE STORES, INC. | 8817 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12156 | $1,396,760.00<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 8826 | $91,077.20 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12153 | $253,564.72<br>**Debtor:** WINN-DIXIE STORES, INC. | 8831 | $4,898.08 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12155 | $663,393.85<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 8833 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410449<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 | 11880 | $18,548.87<br>**Debtor:** WINN-DIXIE STORES, INC. | 8181 | $40,469.34 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410449<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 | 11881 | $114,179.76<br>**Debtor:** WINN-DIXIE STORES, INC. | 8222 | $144,865.53 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11731<br>**Debtor:** | $31,616,231.00<br>SUNDOWN SALES, INC. | 7777 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11730<br>**Debtor:** | $31,616,231.00<br>SUNBELT PRODUCTS, INC. | 7778 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716<br>**Debtor:** | $31,616,231.00<br>WINN-DIXIE STORES, INC. | 7779 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11717<br>**Debtor:** | $31,616,231.00<br>DIXIE STORES, INC. | 7780 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11718<br>**Debtor:** | $31,616,231.00<br>TABLE SUPPLY FOOD STORES CO., INC. | 7781 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11719<br>**Debtor:** ASTOR PRODUCTS, INC. | $31,616,231.00 | 7782 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11720<br>**Debtor:** CRACKIN' GOOD, INC. | $31,616,231.00 | 7783 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11721<br>**Debtor:** DEEP SOUTH DISTRIBUTORS, INC. | $31,616,231.00 | 7784 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11722<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $31,616,231.00 | 7785 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11723<br>**Debtor:** DIXIE DARLING BAKERS, INC. | $31,616,231.00 | 7786 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11724<br>**Debtor:** DIXIE-HOME STORES, INC. | $31,616,231.00 | 7787 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11725<br>**Debtor:** DIXIE PACKERS, INC. | $31,616,231.00 | 7788 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11726<br>**Debtor:** DIXIE SPIRITS, INC. | $31,616,231.00 | 7789 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11727<br>**Debtor:** ECONOMY WHOLESALE DISTRIBUTORS, INC. | $31,616,231.00 | 7790 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11728<br>**Debtor:** FOODWAY STORES, INC. | $31,616,231.00 | 7791 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11729 | $31,616,231.00<br>**Debtor:** KWIK CHEK SUPERMARKETS, INC. | 7792 | $31,616,231.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279416<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN  NJ  07962<br><br>Transferee: COHANZICK CREDIT OP MASTER FUND LTD<br>Counsel: ATTN C CRAIG ELLER, ESQ | 11821 | $1,430,943.35<br>**Debtor:** WINN-DIXIE STORES, INC. | 5179 | $1,648,049.45 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 264608<br>SAUPE, WENDY D<br>1552 COUNTY ROAD, APT 400 E<br>CHAMPAIGN  IL  61822 | 12396 | $892,114.74<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 9461 | $901,126.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 260495<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH  43537<br><br>Counsel: ATTN: THOMAS A GIBSON, ESQ | 11981 | $1,093,475.80<br>**Debtor:** WINN-DIXIE STORES, INC. | 9454 | $1,072,663.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 260495<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH  43537<br><br>Counsel: ATTN: THOMAS A GIBSON, ESQ | 11982 | $1,093,475.80<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 9455 | $1,072,663.80 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 1825<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056<br><br>Counsel: ATTN THOMAS H KEEN, ESQ. | 12176 | $2,919,887.32<br>**Debtor: WINN-DIXIE STORES, INC.** | 9951 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410589<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 12205 | $745,622.21<br>**Debtor: WINN-DIXIE STORES, INC.** | 9820 | $40,585.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410589<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 12231 | $745,622.21<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | 9821 | $40,585.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410589<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 12406 | $759,397.70<br>**Debtor: WINN-DIXIE STORES, INC.** | 12205 | $745,622.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410589<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | 12405 | $759,397.70<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | 12231 | $745,622.21 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12444 | $327,200.41<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 6220 | $297,886.31 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12445 | $768,653.17<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 6221 | $739,339.07 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408217<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12446 | $768,653.17<br>Debtor: **WINN-DIXIE STORES, INC.** | 6222 | $739,339.07 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406107<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204<br><br>Counsel: ATTN: BRIAN D SALWOWSKI | 11816 | $2,024.81<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | 3297 | $1,185.98 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406107<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204<br><br>Counsel: ATTN: BRIAN D SALWOWSKI | 11817 | $2,177.22<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | 3298 | $516.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 381921<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 11684 | $1,629,967.51<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | 220 | $1,606,789.52 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381921<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 11681 | $450.76<br>**Debtor:** TABLE SUPPLY FOOD STORES CO., INC. | 221 | $639.13 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2597<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12304 | $412,954.00<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8351 | $66,968.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2597<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12303 | $412,954.00<br>**Debtor:** WINN-DIXIE STORES, INC. | 8352 | $66,968.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406026<br>SUNSTATE EQUITIES, INC<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | 12147 | $303,530.74<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 2944 | $35,281.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410544<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | 12320 | $726,291.05<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | 8524 | $771,632.04 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id:  382090<br>TEMPLE INLAND<br>ATTN CLAUDIA TYNES OR D MOHR<br>1300 S MOPAC EXPRESSWAY<br>AUSTIN  TX  78746 | 11712 | $30,966.76<br>Debtor:  **WINN-DIXIE STORES, INC.** | 1418 | $30,966.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  2624<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA  FL  32923-0097<br><br>Transferee: LASALLE BANK NATIONAL ASSOC ETAL<br>Counsel: ATTN EDWARD A VAN GUNTEN, ESQ | 12210 | $717,024.44<br>Debtor:  **WINN-DIXIE STORES, INC.** | 7010 | $4,896,570.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  2629<br>TOWN N COUNTRY REALTY OF EASLEY INC<br>PO BOX 1929<br>EASLEY  SC  29641-1929<br><br>Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12177 | $409,319.19<br>Debtor:  **WINN-DIXIE RALEIGH, INC.** | 8355 | $48,651.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  263381<br>TOWN SQUARE DEVELOPMENT<br>29 PELZER AVE<br>WILLIAMSTON,  SC  29697-1023<br><br>Counsel: ATTN CAROLYN G BAIRD, ESQ. | 12440 | $85,373.61<br>Debtor:  **WINN-DIXIE STORES, INC.** | 12348 | $79,244.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279159<br>UNARCO INDUSTRIES, INC<br>C/O FAGELHABER LLC<br>ATTN CLINTON P HANSEN, ESQ<br>55 EAST MONROE STREET, 40TH FLR<br>CHICAGO  IL  60603 | 11412 | $147,626.33<br>Debtor:  **WINN-DIXIE STORES, INC.** | 4971 | $147,626.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY  NY  11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12141 | $4,552,469.10<br>Debtor:  **WINN-DIXIE RALEIGH, INC.** | 7700 | $3,521,697.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 11899 | $3,496,062.13<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 7702 | $2,641,707.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12142 | $2,457,328.19<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 7703 | $1,996,267.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 264151<br>VICTORY VIDALIA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE<br>B5<br>COLUMBUS, GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 12104 | $718,135.26<br>Debtor: **WINN-DIXIE STORES, INC.** | 8713 | $44,883.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410417<br>WACHOVIA BANK, TRUSTEE<br>UNDER LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | 12257 | $1,852,373.29<br>Debtor: **WINN-DIXIE STORES, INC.** | 8392 | $3,649.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2660<br>WATKINS INVESTMENTS, LP<br>ATTN LAWENCE A WATKINS, PRES<br>751 CHAMPAGNE ROAD<br>INCLINE VILLAGE NV 89451<br><br>Counsel: ATTN BRIAN SHAW & ALLEN GUON, ESQS | 11958 | $1,044,348.56<br>Debtor: **WINN-DIXIE STORES, INC.** | 4109 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

THIRD OMNIBUS CLAIMS OBJECTION

EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 264539<br>WBFV INC<br>C/O NEARI & ASSOCIATES<br>ATTN PHILIP G NEARI, PRES<br>PO BOX 20983<br>WINSTON SALEM, NC 27120-0983 | 11863 | $177,182.44<br>**Debtor: WINN-DIXIE STORES, INC.** | 3592 | $5,041.22 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410760<br>WD HILLARD, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 12311 | $1,179,826.57<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | 10237 | $5,401,116.44 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 415957<br>WEST RIDGE, LLC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ.<br>PIEDMONT CTR, BLDG 11, SUITE 900<br>3495 PIEDMONT ROAD NE<br>ATLANTA GA 30305 | 12077 | $1,372,241.82<br>**Debtor: WINN-DIXIE STORES, INC.** | 11893 | $1,372,241.82 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407473<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-JONESBORO WD DE BUS<br>TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO IL 60602 | 12162 | $513,042.87<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | 10866 | $6,072.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407489<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-POWDER SPRINGS WD DE<br>BUS<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN: THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 12164 | $425,046.09<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | 10867 | $3,084.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT A - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 405930 | 12293 | $539,457.41 | 4530 | $56,727.94 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| WTH, II, LLC | | Debtor: **WINN-DIXIE STORES, INC.** | | | |
| 2405 WEST BROAD ST, STE 200 | | | | | |
| ATHENS  GA  30606 | | | | | |
| Counsel: ATTN LEE P MORGAN, ESQ | | | | | |
| **Total Claims to be Disallowed:** | **204** | | | | |
| **Total Amount to be Disallowed:** | **$641,820,783.86** | **Plus Unliquidated Amounts, If Any** | | | |

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER DISALLOWING AMENDED AND SUPERSEDED CLAIMS AS SET**
**FORTH IN THE DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on February 23, 2006,

upon the Third Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibit A (the "Disputed Claims").[2]  Upon consideration, it

is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

2.     The Amended Claims listed on Exhibit A are disallowed in

their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5.      This Order is without prejudice to the Debtors' right to object to any other proofs of claim or interests filed in these chapter 11 cases, including the Remaining Claims identified on Exhibit A.

Dated this _____ day of February, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.


2

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**