# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

## WITHDRAWAL OF JEA'S RENEWED
## MOTION FOR ADEQUATE ASSURANCE OF
## PAYMENT FOR FUTURE UTILITY SERVICES

JEA, hereby withdraws its renewed motion for adequate assurance of payment for future utility services (Docket No. 4161), without prejudice. The subject motion may be removed from the February 9, 2006 calendar.

STUTSMAN & THAMES, P.A.

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
E-mail: rrthames@stutsman-thames.com

Attorneys for JEA

## Certificate of Service

I certify that, on January 30, 2006, a copy of the foregoing was furnished electronically and by mail to: **Stephen D. Busey, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, sbusey@smithhulsey.com; **D.J. Baker, Esq.**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com; **John B. Macdonald, Esq.**, Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, john.macdonald@akerman.com; **Elana L. Escamilla, Esq.**, Assistant United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, elana.l.escamilla@usdoj.gov; **Cynthia C. Jackson, Esq.**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com; **Adam Ravin, Esq.**, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, aravin@skadden.com; **Patrick P. Patangan, Esq.**, Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, patrick.patangan@akerman.com; **Dennis F. Dunne, Esq.**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Plaza, New York, New York 10005, ddunne@milbank.com; and by mail to **David Jennis Esq.**, Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, Florida 33602, and to **Karol K. Denniston, Esq.**, Paul, Hastings, Janofsky & Walker, LLP, 600 Peachtree Street, Suite 2400, Atlanta, Georgia 30308.

_____
Attorney

58527