UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

                                          CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.                          Jointly Administered

## REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

The following party in interest in these Cases, Estate of H.C. Plunkett ("the Party in Interest"), hereby requests notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Party in Interest at the address set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Party in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Party in Interest reserve to the full extent of the law.

Dated: January 31, 2006.
Jacksonville, Florida

    HELD & ISRAEL

    By: _____
    Edwin W. Held, Jr., Esquire
    Florida Bar #162574
    Adam N. Frisch, Esquire
    Florida Bar #635308
    1301 Riverplace Blvd., Suite 1916
    Jacksonville, Florida 32207
    (904) 398-7038 Telephone
    (904) 398-4283 Facsimile

    and

    BUTLER, SNOW, O'MARA, STEVENS &
    CANNADA, PLLC
    Stephen W. Rosenblatt, Esquire
    MS Bar #5676
    17th Floor, AmSouth Plaza
    Post Office Box 22567
    (601) 948-5771 Telephone
    Co-counsel for Estate of H.C. Plunkett

ewh/winndixie/Plunkettnoa.djg