United States Bankruptcy Court
For the Middle Florida

| | |
|---|---|
| WINN-DIXIE STORES, INC/ WINN DIXIE MONTGOMERY INC | } Chapter 11 |
| | } |
| | } Claim No. 9708 |
| | } Claim No. 9709 |
| | } |
| | } Case No. 05-03817 |
| Debtor | } Amount $348,877.04 |

**Amended Notice to Transfer of Claim pursuant to Rule 3001 (e) (2)**
**To: Transferor:**

LN PIEDMONT VILLAGE LLC
4475 RIVER GREEN PKWY, SUITE 100
DULUTH, GA 30096

The transfer of your claim as shown above in the amount of **$348,877.04** amends a previously filed Notice of Transfer of Claim that was filed on August 17, 2005 (Docket No.3024). The claim has been transferred to:

The transfer of your claim as shown above in the amount has been transferred to:

    Liquidity Solutions, Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Jeffrey Caress
    Liquidity Solutions, Inc
    (201) 968-0001

474747

**Transfer Notice**

LN Piedmont Village LLC ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, Inc. (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the amount of $348,877.04 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case Nos. 05-3817 and 05-3837.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2005.

WITNESS:
LN Piedmont Village, LLC                                LIQUIDITY SOLUTIONS, INC.

By: _____                             By: _____
(Signature)                                             (Signature)

LEE NAJJAR - PRESIDENT
_____                          _____
(Print Name and Title)                                  (Print Name and Title)