

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
January 30, 2006

HONORABLE JERRY A. FUNK                     JACKSONVILLE

CASE NUMBER: 05-03817-3F1                   HEARING TIME: 09:00 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/CYNTHIA JACKSON/JAMES POST/D.J. BAKER
Trustee:

HEARING:

OBJECTION AND MOTION TO SET ASIDE THE UNITED STATES TRUSTEE'S NOTICE OF DISBANDMENT AND MOTION FOR APPOINTMENT OF EQUITY SECURITY HOLDERS COMMITTEE NUNC PRO TUNC TO JANUARY 11, 2006 FILED BY EQUITY SECURITY HOLDERS COMMITTEE (5170) (5188)
Objection to Objection & Motion filed by Wachovia Bank (5363)
Response to and Objection to Motion to Set Aside Notice filed by Debtor (5364)
Limited Response to Objection & Motion filed by US Trustee (5365)
Request for Judicial Notice of Certain Pleadings filed by Equity Security Holders (5360)
Objection to Motion filed by Unsecured Creditors Committee (5370)
  Joinder to the Objection and Motion to Set Aside Notice filed by Houston Maddox (5375)
Omnibus Reply to Responses filed by Equity Security Holders Committee (5440)

APPEARANCES:

US TRUSTEE: ELENA S. ESCAMILLA
Wachovia Bank:   Betsy Cox
Unsecured Cred. Commttee:  John Macdonald/Patrick Patangan/Matthew Barr
Equity Sec. Holders Comm:  Chad Bowen/David Jennis/Karol Denniston
Houston Maddox:

Ruling:

Under advisement