```
                                                        F I L E D
                                                     JACKSONVILLE, FLORIDA
        UNITED STATES BANKRUPTCY COURT
           MIDDLE DISTRICT OF FLORIDA                  JAN 3 0 2006
              JACKSONVILLE, FLORIDA
                                                    CLERK, U.S. BANKRUPTCY COURT
                                                     MIDDLE DISTRICT OF FLORIDA
```

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### CREDITOR'S ENTRY OF APPEARNANCE, PRO SE, AND NOTICE OF CREDITOR ADDRESS CHANGE

COMES NOW, Kathleen L. Donovan, Creditor in the above referenced matter, and files this her Entry of Appearance and Notification of Address Change.

Creditor, Kathleen L. Donovan, filed her Chapter 11 Proof of Claim on June 20, 2005. Creditor was assigned Claim #4207.

Creditor, Kathleen Donovan, is no longer being represented by counsel of record, J. Scott Keller, Esq., Keller, Keller& Caracuzzo, P.A. Creditor will be representing herself, pro se.

All future notifications shall be forwarded to Creditor, Kathleen L. Donovan, at 37D Danbury Court, Royal Palm Beach, Florida 33411.

Dated this 26th day of January, 2006.

                                                                                          */s/ Kathleen Donovan*
                                                                                          KATHLEEN L. DONOVAN
                                                                                         PRO SE

37D Danbury Court
Royal Palm Beach, FL 33411
(561)792-1718 Home
(561)584-0969 Cell

     I HEREBY CERTIFY that a copy of the foregoing has been furnished to Logan & Company, 546 Valley Road, Upper Montclair, New Jersey 07043, this 26th day of January, 2006.

                                                                             _____  
                                                                             KATHLEEN L. DONOVAN

January 24, 2006

```
                                            F I L E D
                                         JACKSONVILLE, FLORIDA

                                            JAN 3 0 2006

                                         CLERK, U.S. BANKRUPTCY COURT
                                         MIDDLE DISTRICT OF FLORIDA
```

United State Bankruptcy Court
North District of Florida
Attn: Clerk
300 N. Hogan Street
Ste. 3-350
Jacksonville, FL 32202

       Re:    Debtor Name: Winn Dixie Stores, Inc.
               Creditor:     Kathleen Donovan
               Case No.:    05-03817-3F1

Dear Clerk:

       This is to advise that J. Scott Keller, Esq., Keller, Keller & Caracuzzo, P.A., 224 Datura Street, Ste. 1205, West Palm Beach, Florida 33401 is no longer attorney of record. Please send all future correspondence, etc. to the attention of:

                        Kathleen L. Donovan
                        37D Danbury Court
                        Royal Palm Beach, FL 33411
                        (561)792-1718

Thank you for your attention to this matter.

                        Sincerely,

                        Kathleen L. Donovan

/kd