**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR   ** DUPLICATE **

2005 REAL ESTATE
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

TAX BILL NUMBER 150218

| PROPERTY I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 35-21-31-512-0000-0020 | | 3,833,618 | 0 | 3,833,618 | 01 |

FIRST SECURITY BANK TRUSTEE
FBO C/O WINN DIXIE STORES INC
PO BOX 585200
ORLANDO FL 32858 5200

LOT 2
CARILLON PARCEL 202
PB 63 PGS 27 & 28
PAD: 1680 MCCULLOCH RD

#2375

PLEASE PAY IN U.S. FUNDS TO RAY VALDES TAX COLLECTOR • P.O. BOX 630, SANFORD, FL 32772-0630

| | NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 |
|---|---|---|---|---|---|
| PAY ONLY ONE AMOUNT | 60,305.69 | 60,933.88 | 61,562.06 | 62,190.25 | 62,818.43 |

EXHIBIT A