UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA                              X

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | (Jointly Administered Under) |
| | Case No. 05-03817-3F1 |
| Debtors. | |

_____X

*OMNIBUS* NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Derst Baking Co.
              P.O. Box 22849
              Savannah, GA  31403
              Attn: Heather Smith

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the scheduled amounts held by Derst Baking Co. (the "Transferor") in the amount of $85,868.82 against Winn-Dixie Stores, Inc., and $51,237.57 against Winn-Dixie Raleigh, Inc.

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Middle District of Florida
    300 North Hogan Street
    Jacksonville, Florida 32202
    Attn: Bankruptcy Clerk

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                              _____
                                                      Deputy Clerk

# CONTRARIAN CAPITAL MANAGEMENT, L.L.C.

411 WEST PUTNAM AVENUE, SUITE 225, GREENWICH, CT 06830
TEL (800) 266-3810 (203) 862-8202 FAX (203) 485-5910

November 18, 2005

## TRADE CONFIRMATION

To:  Derst Baking Co.
     Attn: Heather Smith
     P.O. Box 22849
     Savannah, GA 31403
     Fax: (912) 234-3611
     Phone: (912) 233-2235

From: Contrarian Capital Management, LLC
      Peter Coviello
      Fax No.: (203) 485-5910
      Phone No: (203) 862-8200

In connection with your sale of a $137,106.39 total outstanding scheduled principal amount Winn-Dixie Stores, Inc. and Winn-Dixie Raleigh, Inc. General Unsecured Claims (the "Claims"), we are pleased to confirm the following transaction:

| | |
|---|---|
| Trade Date: | November 18, 2005 |
| Seller: | Derst Baking Co. |
| Buyer: | Contrarian Funds, LLC |
| Type of Debt: | General Unsecured Claims. |
| Debtors: | Winn-Dixie Stores, Inc. ("Stores") and Winn-Dixie Raleigh, Inc. ("Raleigh"). |
| Total Scheduled Amount of Claims: | $137,106.39 ($85,868.82 Stores and $51,237.57 Raleigh). |
| Purchase Rate: | ■% |
| Purchase Amount: | $■■■■ (Total Scheduled Amount of Claims X Purchase Rate). |
| Form of Purchase: | Assignment |
| Settlement Date: | As soon as practicable. |

| | |
|---|---|
| Other Terms of Trade: | Seller agrees to use reasonable efforts and good faith to close this transaction and agrees not to have any communication with any other prospective purchasers of its Claim. |
| Subject to: | Due diligence including review of documents supporting Seller's Claim, Buyer's counter-party approval of Seller and the execution of documentation, including representation, warranties, and recourse acceptable to both Seller and Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| Binding Effect: | Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of *John Bright* by the close of business today at the following fax number: (203) 485-5910.

If you have any questions, please contact *John Bright at (203) 862-8215.*

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: [signature]
Name: _____
Title: _____
　　　PETER COVIELLO
　　　SENIOR VICE PRESIDENT

DERST BAKING CO.

By: [signature] Heather Smith
Name: Heather Smith
Title: Sr. Vice President, Finance