# United States Bankruptcy Court
## Middle District of Florida

In re Winn-Dixie Stores, Inc., et al.,    Case No. 05-03817-3F1
                                          (Jointly Administered)
                                          Court ID (court use only) _____

### *PARTIAL* NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Derst Baking Co.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alpa Jimenez**<br>**Phone 203-862-8236** | |
| | Name and Current Address of Transferor |
| Name and Address where transferee payments should be sent (if different from above) | **Derst Baking Co.**<br>**P.O. Box 22849** |
| **Court Claim # (if known):  944**<br>**Partial Claim Amount  of $137,106.39** | **Savannah, GA 31403**<br>**Attn: Heather Smith**<br>**Phone 912-233-2235** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alpa Jimenez*_____     Date: _____January 31, 2006_____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                           _____
                                            **CLERK OF THE COURT**

# CONTRARIAN CAPITAL MANAGEMENT, L.L.C.

411 WEST PUTNAM AVENUE, SUITE 225, GREENWICH, CT 06830
TEL (800) 266-3810 (203) 862-8202 FAX (203) 485-5910

November 18, 2005

## TRADE CONFIRMATION

To: *Derst Baking Co.*
*Attn: Heather Smith*
*P.O. Box 22849*
*Savannah, GA 31403*
*Fax: (912) 234-3611*
*Phone: (912) 233-2235*

From: *Contrarian Capital Management, LLC*
*Peter Coviello*
*Fax No.: (203) 485-5910*
*Phone No: (203) 862-8200*

In connection with your sale of a $137,106.39 total outstanding scheduled principal amount Winn-Dixie Stores, Inc. and Winn-Dixie Raleigh, Inc. General Unsecured Claims (the "Claims"), we are pleased to confirm the following transaction:

| | |
|---|---|
| Trade Date: | November 18, 2005 |
| Seller: | Derst Baking Co. |
| Buyer: | Contrarian Funds, LLC |
| Type of Debt: | General Unsecured Claims. |
| Debtors: | Winn-Dixie Stores, Inc. ("Stores") and Winn-Dixie Raleigh, Inc. ("Raleigh"). |
| Total Scheduled Amount of Claims: | $137,106.39 ($85,868.82 Stores and $51,237.57 Raleigh). |
| Purchase Rate: | ▇% |
| Purchase Amount: | $▇▇▇▇▇▇▇ (Total Scheduled Amount of Claims X Purchase Rate). |
| Form of Purchase: | Assignment |
| Settlement Date: | As soon as practicable. |

| | |
|---|---|
| Other Terms of Trade: | Seller agrees to use reasonable efforts and good faith to close this transaction and agrees not to have any communication with any other prospective purchasers of its Claim. |
| Subject to: | Due diligence including review of documents supporting Seller's Claim, Buyer's counter-party approval of Seller and the execution of documentation, including representation, warranties, and recourse acceptable to both Seller and Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| Binding Effect: | Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of *John Bright* by the close of business today at the following fax number: (203) 485-5910.

If you have any questions, please contact *John Bright at (203) 862-8215.*

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager
By: _[signature]_
Name: _____
Title: _____PETER COVIELLO_____
　　　　SENIOR VICE PRESIDENT

DERST BAKING CO.
By: _Heather Smith_
Name: Heather Smith
Title: Sr. Vice President, Finance