UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

NOTICE OF PROPOSED AGREED
ORDER MODIFYING THE AUTOMATIC STAY

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 15 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Time Square, New York, New York 10036, djbaker@skadden.com, and (iii) Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, ElenaL.Escamilla@usdoj.gov.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rule 4001(d)(1), Federal Rules of Bankruptcy Procedure, give notice of the proposed Agreed Order modifying the automatic stay pursuant to the attached stipulation.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By  *s/ Leanne McKnight Prendergast*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast<br>    Beau Bowin |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar No. 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

# **CERTIFICATE OF SERVICE**

I certify that a copy of this document has been furnished electronically to the following parties, this 1st day of February, 2006:

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com

Akerman Senterfitt
Attn:  John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone:  904-798-3700
Fax:  904-398-3730
john.macdonald@akerman.com

                                *s/ Leanne McKnight Prendergast*
                                        Attorney

00511437

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 | |
| Debtors.[1] ) | Jointly Administered | |

**STIPULATION WITH SEDGWICK CMS
REGARDING RELIEF FROM AUTOMATIC STAY**

This stipulation is entered into between (i) Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and (ii) Sedgwick Claims Management Services, Inc. ("Sedgwick").

**Recitals**

1. Prior to the petition date, Sedgwick served as the Debtors' claims agent. Sedgwick continues in that role post-petition.

2. As the Debtors' pre-petition claims agent, Sedgwick was authorized to negotiate settlements of claims against the Debtors and to issue settlement checks drawn on a bank account maintained for the sole purpose of paying settled claims against the Debtors (the "Settlement Account"). The Settlement Account was at all times funded solely by the Debtors.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. In its capacity as the Debtors' claims agent, Sedgwick negotiated pre-petition settlements of claims against the Debtors' asserted by Rita Ferguson ("Ferguson"), Elizabeth Whitbeck ("Whitbeck"), Ann Wiggins ("Wiggins") and Carol Schweitzer ("Schweitzer").

4. In connection with the Ferguson, Whitbeck and Wiggins settlements, Sedgwick issued pre-petition checks from the Settlement Account (the "Checks"). Sedgwick's representative capacity on behalf of the Debtors was stated on the Checks.

5. Shortly after the Debtors' Chapter 11 petitions were filed, in accordance with their obligations under the Bankruptcy Code, the Debtors stopped payment on all outstanding checks, including those checks issued by Sedgwick from the Settlement Account. As a result, checks issued in settlement of certain pre-petition claims, including the Checks issued to Ferguson, Whitbeck and Wiggins, were dishonored.

6. The Debtors, pursuant to their duty as debtors in possession, instructed Sedgwick that pre-petition settlements could not be paid post-petition, including the Schweitzer settlement. In accordance with these instructions, Sedgwick did not issue a check in connection with the Schweitzer settlement.

7. Ferguson, Schweitzer, Whitbeck and Wiggins have each commenced litigation against Sedgwick in an attempt to recover from Sedgwick the full amounts of their respective pre-petition settlements with the Debtors (the "Sedgwick Litigation") as follows:

(a) Ferguson commenced and is prosecuting an action against Sedgwick in the Circuit Court for Talladega County, Alabama (Case No. CV-2005-142-JMK) in which Ferguson is seeking damages of $35,000;

(b) Schweitzer commenced and is prosecuting an action against Sedgwick in the United States District Court for the Southern District of Ohio, Western Division (Case No. 1:05CV242) in which Schweitzer is seeking damages of $85,000, plus attorneys' fees and costs;

(c) Whitbeck and her attorneys commenced and are prosecuting an action against Sedgwick in the Circuit Court for Palm Beach County, Florida (Case No. 50-2005CA004185) in which they are seeking damages of $400,000, plus attorneys' fees and costs; and

(d) Wiggins and her attorneys have commenced and are prosecuting an action against Sedgwick, its employee and the Debtors in the Municipal Court for Clermont County, Ohio (Case No. 2005 CVE 4478) in which they are seeking damages of $6,000.

8. Sedgwick has demanded that the Debtors defend and indemnify Sedgwick in each of the cases identified in paragraph 7 above.

9. The Debtors have determined that it is in the best interests of Debtors and their estates to join the Sedgwick Litigation to defend these claims.

**Agreement**

10. The Debtors and Sedgwick agree to the entry of an agreed order in substantially the same form as attached as Exhibit A, modifying the automatic stay for the sole purpose of allowing Sedgwick to file third-party complaints against the Debtors in the Sedgwick Litigation regarding the Debtors' alleged indemnification liability.

11.     Except as specifically provided in this Stipulation, all other rights, claims, defenses and liabilities the parties may have regarding any other matter shall remain in full force and effect.

Dated:  February 1, 2006

| BRADFORD LAW FIRM, PC | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ R. Larry Bradford\** <br>       R. Larry Bradford <br><br>2020 Canyon Road, Suite 100 <br>Birmingham, Alabama 35216 <br>(205) 871-7733 <br>(205) 871-7387 (facsimile) <br>lbradford@bradfordlawfirm.com <br><br>GAUNT, PRATT, RADFORD & METHE <br><br>By:   *s/ Stephen F. Radford, Jr.\** <br>       Stephen F. Radford, Jr. <br><br>Florida Bar No. 331465 <br>Horizons Building, Suite 500 <br>1401 Forum Way <br>West Palm Beach, Florida 33401 <br>(561) 640-0330 <br>(561) 471-4240 (facsimile) <br>sradford@gprmpa.com <br><br>SMITH, ROLFES & SKAVDAHL CO., L.P.A. <br><br>By:   *s/ Thomas F. Glassman\** <br>       Thomas F. Glassman <br><br>1014 Vine Street, Suite 2350 <br>Cincinnati, Ohio 45202 <br>(513) 579-0080 <br>(513) 579-0222 (facsimile) <br>tglassman@smithrolfes.com <br><br>-and- | By   *s/ Leanne McKnight Prendergast* <br>       Stephen D. Busey <br>       James H. Post <br>       Leanne McKnight Prendergast <br><br>Florida Bar No. 0059544 <br>225 Water Street, Suite 1800 <br>Jacksonville, Florida  32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>lprendergast@smithhulsey.com <br><br>-and- <br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br>D. J. Baker <br>Sally McDonald Henry <br>Rosalie Gray <br>Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(212) 735-2000 (facsimile) <br>djbaker@skadden.com <br><br>Co-Counsel for Debtors |

4

5

FREUND, FREEZE & ARNOLD


By:   *s/ Thomas B. Bruns**
        Thomas B. Bruns

Fourth & Walnut Centre
105 East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-4006
(513) 665-3500
(513) 665-3503 (facsimile)
tbruns@ffalaw.com

Attorneys for Sedgwick Claims Management, Inc.

*Counsel has authorized the use of his electronic signature

00520689

5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

## AGREED ORDER MODIFYING AUTOMATIC STAY

These cases came before the Court upon the Notice of Proposed Agreed Order Modifying the Automatic Stay (the "Agreed Order") filed by the Debtors (Doc. No. ___). The Court finds that (i) the notice of the proposed Agreed Order was served on all interested parties in accordance with Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, and (ii) that no party in interest has filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The automatic stay imposed by 11 U.S.C. §362 is modified for the sole purpose of allowing Sedgwick Claims Management Services, Inc. to file third-party complaints against the Debtors in the Sedgwick Litigation (as defined in the Stipulation between the parties) regarding the alleged obligation of the Debtors to indemnify Sedgwick in connection with such litigation.

**EXHIBIT A**

2

2.	Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 will remain in full force and effect.

3.	The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of February, 2006, in Jacksonville, Florida.

 

_____
Jerry A. Funk
United States Bankruptcy Judge

Leanne McKnight Prendergast is directed
to serve a copy of this Order on all parties
who received copies of the Notice of Proposed
Agreed Order Modifying the Automatic Stay.

00511509