**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

|  |  |
|---|---|
| **In re:** ) ) **WINN-DIXIE STORES, INC., et al.,** ) Debtors. ) ) | ) **Case No. 05-03817-JAF** **Chapter 11** **(Jointly Administered)** |

**WITHDRAWAL OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

Reed Smith LLP hereby withdraws its entry of appearance as counsel to Maryland & Virginia Milk Producers Cooperative Association, Inc., unsecured creditors, in the above captioned jointly administered case. The clerk will please remove the undersigned counsel from the master service list maintained in said case.

Dated: February 2, 2006          Respectfully submitted,

/s/ Robert M. Marino
Robert M. Marino
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C., 20005
rmarino@reedsmith.com
Tel.: 202-414-9200
Fax: 202-414-9299

*and*

Andrew L. Morrison
Reed Smith LLP
599 Lexington Avenue
29th Floor
New York, NY 10022
amorrison@reedsmith.com
Tel.: 212-521-5400
Fax: 212-521-5450

Counsel for Maryland & Virginia Milk
Producers Cooperative Association, Inc.

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 2, 2006, I caused a true and correct copy of the foregoing *Withdrawal of Appearance* to be served by regular first class mail, postage prepaid, to the following parties:

David J. Baker, Esquire
Sally McDonald Henry, Esquire
Rosalie Walker Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel to Debtors*

Sarah Robinson Borders, Esquire
King & Spaulding LLP
191 Peachtree Street
Atlanta, GA 30303
*Counsel to Debtors*

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Counsel to Debtors*

Dennis F. Dunne, Esquire
Matthew S. Barr, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Proposed Counsel for the Official Committee of Unsecured Creditors*

Office of the United States Trustee
135 W. Central Blvd.
Suite 620
Orlando, FL 32801

/s/ Robert M. Marino
Robert M. Marino