**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**
**FILED BY LASSITER PROPERTIES, INC.**

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Bankr. P. 3006, Lassiter

Properties, Inc., hereby withdraws the following Proofs of Claim filed in the above-

captioned cases:  Claim #s 10892, 10893 and 10894, filed on August 1, 2005.


Dated: February 2, 2006


By:    /s/ R. Scott Shuker
       R. Scott Shuker, Esq.
       Florida Bar No.  984469
       Gronek & Latham, LLP
       P.O. Box 3353 (32802)
       390 N. Orange Ave., Ste. 600
       Orlando, FL  32801
       Telephone:  407-481-5800
       Facsimile:  407-481-5801

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                  CASE NO. 3-05-bk-03817-JAF

**WINN-DIXIE STORES, INC.,** *et al.*,                  **CHAPTER 11**

                          **Debtors.**                  **Jointly Administered**

_____/

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either electronic transmission and/or U.S. First Class mail to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; John K. Rezac, Chamberlain, Hrdlicka et al., Ninth Floor, 191 Peachtree Street, N.E., Atlanta, GA 30303-1747; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801, this 2nd day of February 2006.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

2

U:\Bkry\Winn-Dixie\Lassiter\Pldg\WITHDRAWAL of POCs.doc