UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about January 26, 2006, I caused copies of:

   • the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: February 2, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

CREDITOR ID: 242476-12
APV NORTH AMERICA INC
ATTN: EDWARD B, CR MGR
PO BOX 223272
PITTSBURGH, PA 15251-2272

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 381971-36
BRACH'S CONFECTIONS, INC
ATTN JOHN A VOGEL, CR & AR MGR
PO BOX 22427
CHATTANOOGA TN 37422-2427

CREDITOR ID: 417094-97
EVERGREEN FUNDING CORPORATION
ATTN: JASON M COLE, DIR OF FINANC
PO BOX 1024
ADDISON TX 75001

CREDITOR ID: 249248-12
EVERGREEN FUNDING CORPORATION
ATTN SCOTT R MCARRON, PRES
PO BOX 1024
ADDISON TX 75001

CREDITOR ID: 279026-32
JUST BORN INC
ATTN SUSAN SZILAGYI, SR FIN ANALYST
1300 STEFKO BOULEVARD
BETHLEHEM PA 18017-6672

CREDITOR ID: 404970-95
JUST BORN INC
ATTN: RONALD J IZEWSKI, CFO
1300 STEFKO BLVD
BETHLEHEM PA 18017-6672

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 1713-07
PINETREE PARTNERS LTD
ATTN CHARLES M FLOWERS
113 BASCOM COURT, SUITE A
COLUMBUS, GA 31909-8562

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 259607-12
RICHARDS CAJUN FOODS
ATTN: MICHAEL LAMBRIGHT, CFO
PO BOX 414
CHURCH POINT, LA 70525

CREDITOR ID: 410479-15
SHOALS MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN EDWARD J ASHTON, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 264152-12
VICTORY WHOLESALE GROCERS
ATTN ALVIN C EDER, VP & CREDIT MGR
400 VICTORY DRIVE
SPRINGBORO OH 45066

CREDITOR ID: 399363-15
WEINSTEIN WHOLESALE MEATS, INC
ATTN JOANNE VELEZ ACCT MGR
1328 W RANDOLPH ST
CHICAGO IL 60607

CREDITOR ID: 416847-15
WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

**Total: 21**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5062

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| Name of Transferor | Current Transferee |
|---|---|
| BRACH'S CONFECTIONS, INC   ID: 381971 | QVT FUND LP    ID: 417075 |
| BRACH'S CONFECTIONS, INC<br>ATTN JOHN A VOGEL, CR & AR MGR<br>PO BOX 22427<br>CHATTANOOGA TN 37422-2427 | QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F NEJAD/U MITTAL<br>527 MADISON AVE 8TH FLR<br>NEW YORK NY 10022 |
| Phone: 423 510 7711 | Phone: 212 705 8800 |

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 203 542 4032

Claim No.: 8559
Date Claim Filed: 07/27/2005

Full Transfer: (X)      Partial Transfer:
Amount: $636,268.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 4783

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| APV NORTH AMERICA INC | ATRADIUS TRADE CREDIT INSURANCE INC |
| Name of Transferor | Name of Transferee |
| APV NORTH AMERICA INC<br>ATTN: EDWARD B, CR MGR<br>PO BOX 223272<br>PITTSBURGH, PA 15251-2272 | ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 |
| Phone:<br>Account No.: 242476 | Phone: 800 423 6624<br>Account No.: 405952 |

Claim No.: 30136
Date Claim Filed: 04/07/2005

Full Transfer: (X)   Partial Transfer:
Amount: $16,012.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5262

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EVERGREEN FUNDING CORPORATION
Name of Transferor

EVERGREEN FUNDING CORPORATION
ATTN SCOTT R MCARRON, PRES
PO BOX 1024
ADDISON TX 75001

Phone: 972 386 9912
Account No.: 249248

EVERGREEN FUNDING CORPORATION
ATTN: JASON M COLE, DIR OF FINANC
PO BOX 1024
ADDISON TX 75001

Phone: 972 386 9912
Account No.: 417094

Claim No.: 1081
Date Claim Filed: 05/09/2005

SPCP GROUP LLC AGT OF SILVER PT CAP
Name of Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 203 542 4032
Account No.: 407520

Full Transfer: (X)     Partial Transfer:
Amount: $322,524.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5093

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| JUST BORN INC | SPCP GROUP LLC AGT OF SILVER PT CAP |
| Name of Transferor | Name of Transferee |
| JUST BORN INC<br>ATTN SUSAN SZILAGYI, SR FIN ANALYST<br>1300 STEFKO BOULEVARD<br>BETHLEHEM PA 18017-6672 | SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| Phone: 610 867 7568<br>Account No.: 279026 | Phone: 203 542 4032<br>Account No.: 407520 |
| JUST BORN INC<br>ATTN: RONALD J IZEWSKI, CFO<br>1300 STEFKO BLVD<br>BETHLEHEM PA 18017-6672 | |
| Phone:<br>Account No.: 404970 | |
| Claim No.: 9562<br>Date Claim Filed: 07/28/2005 | Full Transfer: (X)    Partial Transfer:<br>Amount: $46,520.88 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5097

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PINETREE PARTNERS LTD
Name of Transferor

NATIONWIDE LIFE INS CO OF AMERICA
Name of Transferee

PINETREE PARTNERS LTD
ATTN CHARLES M FLOWERS
113 BASCOM COURT, SUITE A
COLUMBUS, GA 31909-8562

NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

Phone: 706 320 2006
Account No.: 1713

Phone: 614 249 7899
Account No.: 417079

Claim No.: 11840
Date Claim Filed: 09/22/2005

Full Transfer: (X)    Partial Transfer:
Amount: $553,050.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5156

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RICHARDS CAJUN FOODS
Name of Transferor

RICHARDS CAJUN FOODS
ATTN: MICHAEL LAMBRIGHT, CFO
PO BOX 414
CHURCH POINT, LA 70525

Phone: 847 412 6224
Account No.: 259607

ASM CAPITAL LP
Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040
Account No.: 399729

Claim No.: 34085
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:
Amount: $32,798.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5099

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SHOALS MARKETPLACE, LLC
Name of Transferor

LIQUIDITY SOLUTIONS INC
Name of Transferee

SHOALS MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN EDWARD J ASHTON, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

Phone: 205 244 5260
Account No.: 410479

Phone: 201 968 0001
Account No.: 417080

Claim No.: 8155
Date Claim Filed: 07/26/2005

Full Transfer: (X)    Partial Transfer:
Amount: $1,042,137.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5099

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SHOALS MARKETPLACE, LLC
Name of Transferor

SHOALS MARKETPLACE, LLC
C/O WALSTON WELLS ANDERSON ET AL
ATTN EDWARD J ASHTON, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

Phone: 205 244 5260
Account No.: 410479

LIQUIDITY SOLUTIONS INC
Name of Transferee

LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

Phone: 201 968 0001
Account No.: 417080

Claim No.: 8487
Date Claim Filed: 07/26/2005

Full Transfer: (X)    Partial Transfer:
Amount: $1,042,137.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5061

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**WEINSTEIN WHOLESALE MEATS, INC**   ID: 399363
Name of Transferor

WEINSTEIN WHOLESALE MEATS, INC
ATTN JOANNE VELEZ ACCT MGR
1328 W RANDOLPH ST
CHICAGO IL 60607

Phone: 312 226 5196

**QVT FUND LP**   ID: 417075
Current Transferee

QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

Phone: 212 705 8800

**SPCP GROUP LLC AGT OF SILVER PT CAP**   ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 203 542 4032

Claim No.: 512
Date Claim Filed: 04/08/2005

Full Transfer: (X)    Partial Transfer:
Amount: $290,002.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5263

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VICTORY WHOLESALE GROCERS
Name of Transferor

VICTORY WHOLESALE GROCERS
ATTN ALVIN C EDER, VP & CREDIT MGR
400 VICTORY DRIVE
SPRINGBORO OH 45066

Phone: 800 789 9005 x 1212
Account No.: 264152

SPCP GROUP LLC AGT OF SILVER PT CAP
Name of Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 203 542 4032
Account No.: 407520

Claim No.: 8855
Date Claim Filed: 07/29/2005

Full Transfer: (X)     Partial Transfer:
Amount: $1,053,295.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5113

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WELLS FARGO BANK NORTHWEST NA FKA | MERRILL LYNCH PIERCE FENNER & SMITH |
| Name of Transferor | Name of Transferee |
| WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |
| Phone: 205 251 8100<br>Account No.: 416847 | Phone: 212 449 9783<br>Account No.: 411431 |
| WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | |
| Phone: 801 246 5300<br>Account No.: 410482 | |
| Claim No.: 12330<br>Date Claim Filed: 10/31/2005 | Full Transfer: (X)    Partial Transfer:<br>Amount: $1,535,287.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5114

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| Transferor | Transferee |
|---|---|
| WELLS FARGO BANK NORTHWEST NA FKA | MERRILL LYNCH PIERCE FENNER & SMITH |
| Name of Transferor | Name of Transferee |

WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

Phone: 205 251 8100
Account No.: 416847

WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

Phone: 801 246 5300
Account No.: 410482

MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

Phone: 212 449 9783
Account No.: 411431

Claim No.: 12331
Date Claim Filed: 10/31/2005

Full Transfer: (X)    Partial Transfer:
Amount: $1,774,446.52

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5115

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WELLS FARGO BANK NORTHWEST NA FKA
Name of Transferor

MERRILL LYNCH PIERCE FENNER & SMITH
Name of Transferee

WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

Phone: 205 251 8100
Account No.: 416847

Phone: 212 449 9783
Account No.: 411431

WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

Phone: 801 246 5300
Account No.: 410482

Claim No.: 12332
Date Claim Filed: 10/31/2005

Full Transfer: (X)    Partial Transfer:
Amount: $844,260.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5116

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WELLS FARGO BANK NORTHWEST NA FKA | MERRILL LYNCH PIERCE FENNER & SMITH |
| Name of Transferor | Name of Transferee |
| WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |
| Phone: 205 251 8100<br>Account No.: 416847 | Phone: 212 449 9783<br>Account No.: 411431 |
| WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | |
| Phone: 801 246 5300<br>Account No.: 410482 | |
| Claim No.: 12333<br>Date Claim Filed: 10/31/2005 | Full Transfer: (X)   Partial Transfer:<br>Amount: $1,774,446.52 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5261

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WELLS FARGO BANK NORTHWEST NA, TTEE
Name of Transferor

THE PAUL REVERE LIFE INSURANCE CO
Name of Transferee

WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

Phone: 801 246 5300
Account No.: 410482

Phone: 207 575 2211
Account No.: 417093

Claim No.: 8160
Date Claim Filed: 07/26/2005

Full Transfer:           Partial Transfer: (X)
Amount: $150,213.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/26/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 26, 2006.