UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about January 27, 2006, I caused copies of:

- the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: February 2, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 417049-97<br>DUANE MORRIS LP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 248892-12<br>ELITE RESOURCES INC<br>ATTN KIM MCDONALD, VP<br>PO BOX 410302<br>CHARLOTTE, NC 28241 | CREDITOR ID: 411410-98<br>HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 |
| CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O MSD CAPITAL LP<br>ATTN MARC R LISKER ESQ<br>645 FIFTH AVE 21ST FLR<br>NEW YORK NY 10022-5910 | CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 |
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 417083-97<br>THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN R MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCA FL 32926 |
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O EDWARD VAN GUNTEN & CO, LPA<br>ATTN EDWARD A VAN GUNTEN, ESQ<br>6545 W CENRAL AVENUE, SUITE 209<br>TOLEDO OH 43617-1034 | CREDITOR ID: 408230-15<br>WCJ DAVIS, LTD, ASSIGNEE<br>DBT PORCUPINE WD2/DBT PORCUPINE WD3<br>C/O BRACKETT & ELLIS, PC<br>ATTN THEODORE MACK, ESQ<br>100 MAIN STREET<br>FORT WORTH TX 76102-3090 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 |

**Total: 18**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5338

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELITE RESOURCES INC    ID: 248892
Name of Transferor

ELITE RESOURCES INC
ATTN KIM MCDONALD, VP
PO BOX 410302
CHARLOTTE, NC 28241

Phone: 704 504 2299

ASM CAPITAL LP    ID: 399729
Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040

Claim No.: 30
Date Claim Filed: 03/07/2005

Full Transfer:   (X)      Partial Transfer:
Amount: $5,365.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1
                                                    Docket No.: 3478

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RIVERDALE FARMS INC     ID: 279416
Name of Transferor

RIVERDALE FARMS INC
C/O PORZIO BROMBERG & NEWMAN PC
ATTN: W MARTIN JR/BMOORE
100 SOUTHGATE PKWY
PO BOX 1997
MORRISTOWN NJ  07962

Phone: 973-538-4006

HAIN CAPITAL GROUP LLC    ID: 411410
ATTN: GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ  07070

HAIN CAPITAL OPPORTUNITIES LLC    ID: 411409
Name of Transferee

HAIN CAPITAL OPPORTUNITIES LLC
ATTN: GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ  07070

Phone: 914-741-9600

Claim No.: 5179                         Full Transfer:           Partial Transfer: ☒
Date Claim Filed: 07/01/2005            Amount: $398,462.15

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006                        /s/ Logan & Company, Inc.
                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 4585

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RIVERDALE FARMS INC    ID: 279416
Name of Transferor

RIVERDALE FARMS INC
C/O PORZIO BROMBERG & NEWMAN PC
ATTN: W MARTIN JR/BMOORE
100 SOUTHGATE PKWY
PO BOX 1997
MORRISTOWN NJ 07962

Phone: 973-538-4006

HAIN CAPITAL GROUP LLC   ID: 411410
ATTN: GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

COHANZICK CREDIT OP MASTER FUND LTD    ID: 417061
Name of Transferee

COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD ROAD, STE 260
PLEASANTVILLE NY 10570

Phone: 914-741-9600

Claim No.: 5179
Date Claim Filed: 07/01/2005

Full Transfer:         Partial Transfer: ☒
Amount: $929,745.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
Docket No.: 4764

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624
Original Name of Claimant/Transferor

THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY INC
ATTN: AL MATRONI
PO BOX 97
COCOA FL 32923-0097

Phone: 321-636-2407

C/O EDWARD VAN GUNTEN & CO LPA   ID: 2624
ATTN: EDWARD A VAN GUNTEN, ESQ
6545 W CENTRAL AVENUE, SUITE 209
TULEDO OH 43617-1034

C/O JOHN H EVANS, PA   ID: 2624
ATTN: JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL 32780

THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN A MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCOA FL 32923

STRIKE FORCE III LLC   ID: 417082
ATTN: ANTONIA PASTERMACK, MGR
380 S COURTENAY PARKWAY
MERRITT ISLAND FL 32952

LASALLE BANK NATIONAL ASSOC ET AL   ID: 417085
Name of Transferee

LASALLE BANK NATIONAL ASSOC ET AL
C/O DUANE MORRIS LLP
ATTN: WENDY SIMKULAK, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

Phone: 215-979-1547

DUANE MORRIS LP   ID: 417049
ATTN: MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

PRINCIPAL GLOBAL INVESTORS   ID: 417084
ATTN: EMILY A HIPPEN
801 GRAND AVENUE
DES MOINES IA 50392-4196

Claim No.: 7010
Date Claim Filed: 07/18/2005

Full Transfer: ☒   Partial Transfer:
Amount: $4,896,570.49

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006   /s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.     Case No.: 05-03817-3F1
    Docket No.: 4764

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624<br>Original Name of Claimant/Transferor | LASALLE BANK NATIONAL ASSOC ET AL   ID: 417085<br>Name of Transferee |
| THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY INC<br>ATTN: AL MATRONI<br>PO BOX 97<br>COCOA FL  32923-0097 | LASALLE BANK NATIONAL ASSOC ET AL<br>C/O DUANE MORRIS LLP<br>ATTN: WENDY SIMKULAK, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| Phone: 321-636-2407 | Phone: 215-979-1547 |
| C/O EDWARD VAN GUNTEN & CO LPA  ID: 2624<br>ATTN: EDWARD A VAN GUNTEN, ESQ<br>6545 W CENTRAL AVENUE, SUITE 209<br>TULEDO OH  43617-1034 | DUANE MORRIS LP   ID: 417049<br>ATTN: MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| C/O JOHN H EVANS, PA   ID: 2624<br>ATTN: JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL  32780 | PRINCIPAL GLOBAL INVESTORS  ID: 417084<br>ATTN: EMILY A HIPPEN<br>801 GRAND AVENUE<br>DES MOINES IA  50392-4196 |
| THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN A MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCOA FL  32923 | |
| STRIKE FORCE III LLC   ID: 417082<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL  32952 | |

Claim No.: 7050     Full Transfer: ☒     Partial Transfer:
Date Claim Filed: 07/15/2005     Amount: $4,896,570.49

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006     /s/ Logan & Company, Inc.
    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1
                                                                  Docket No.: 4764

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624<br>Original Name of Claimant/Transferor | LASALLE BANK NATIONAL ASSOC ET AL   ID: 417085<br>Name of Transferee |
| THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY INC<br>ATTN: AL MATRONI<br>PO BOX 97<br>COCOA FL  32923-0097 | LASALLE BANK NATIONAL ASSOC ET AL<br>C/O DUANE MORRIS LLP<br>ATTN: WENDY SIMKULAK, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| Phone: 321-636-2407 | Phone: 215-979-1547 |
| C/O EDWARD VAN GUNTEN & CO LPA  ID: 2624<br>ATTN: EDWARD A VAN GUNTEN, ESQ<br>6545 W CENTRAL AVENUE, SUITE 209<br>TULEDO OH  43617-1034 | DUANE MORRIS LP   ID: 417049<br>ATTN: MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| C/O JOHN H EVANS, PA   ID: 2624<br>ATTN: JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL  32780 | PRINCIPAL GLOBAL INVESTORS   ID: 417084<br>ATTN: EMILY A HIPPEN<br>801 GRAND AVENUE<br>DES MOINES IA  50392-4196 |
| THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN A MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCOA FL  32923 | |
| STRIKE FORCE III LLC   ID: 417082<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL  32952 | |

Claim No.: 10424                                          Full Transfer: ☒       Partial Transfer:
Date Claim Filed: 08/01/2005                              Amount: $11,600.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006                                          /s/ Logan & Company, Inc.
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1
                                                            Docket No.: 4764

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624<br>Original Name of Claimant/Transferor | LASALLE BANK NATIONAL ASSOC ET AL   ID: 417085<br>Name of Transferee |
| THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY INC<br>ATTN: AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | LASALLE BANK NATIONAL ASSOC ET AL<br>C/O DUANE MORRIS LLP<br>ATTN: WENDY SIMKULAK, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| Phone: 321-636-2407 | Phone: 215-979-1547 |
| C/O EDWARD VAN GUNTEN & CO LPA  ID: 2624<br>ATTN: EDWARD A VAN GUNTEN, ESQ<br>6545 W CENTRAL AVENUE, SUITE 209<br>TULEDO OH 43617-1034 | DUANE MORRIS LP   ID: 417049<br>ATTN: MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| C/O JOHN H EVANS, PA   ID: 2624<br>ATTN: JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | PRINCIPAL GLOBAL INVESTORS   ID: 417084<br>ATTN: EMILY A HIPPEN<br>801 GRAND AVENUE<br>DES MOINES IA 50392-4196 |
| THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN A MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCOA FL 32923 | |
| STRIKE FORCE III LLC   ID: 417082<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | |

Claim No.: 12210                                    Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 10/24/2005                        Amount: $717,024.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                                Case No.: 05-03817-3F1
                                                                      Docket No.: 4764

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| THREE MEADOWS PLAZA PARTNERSHIP   ID: 2624<br>Original Name of Claimant/Transferor | LASALLE BANK NATIONAL ASSOC ET AL   ID: 417085<br>Name of Transferee |
| THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY INC<br>ATTN: AL MATRONI<br>PO BOX 97<br>COCOA FL  32923-0097 | LASALLE BANK NATIONAL ASSOC ET AL<br>C/O DUANE MORRIS LLP<br>ATTN: WENDY SIMKULAK, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| Phone: 321-636-2407 | Phone: 215-979-1547 |
| C/O EDWARD VAN GUNTEN & CO LPA  ID: 2624<br>ATTN: EDWARD A VAN GUNTEN, ESQ<br>6545 W CENTRAL AVENUE, SUITE 209<br>TULEDO OH  43617-1034 | DUANE MORRIS LP   ID: 417049<br>ATTN: MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA  19103-4196 |
| C/O JOHN H EVANS, PA   ID: 2624<br>ATTN: JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL  32780 | PRINCIPAL GLOBAL INVESTORS  ID: 417084<br>ATTN: EMILY A HIPPEN<br>801 GRAND AVENUE<br>DES MOINES IA  50392-4196 |
| THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN A MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCOA FL  32923 | |
| STRIKE FORCE III LLC   ID: 417082<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL  32952 | |

Claim No.: 12394                                                     Full Transfer: ☒    Partial Transfer:
Date Claim Filed: 10/28/2005                                         Amount: $717,024.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006                                                     /s/ Logan & Company, Inc.
                                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WCJ DAVIS, LTD, ASSIGNEE    ID: 408230
Name of Transferor

WCJ DAVIS, LTD, ASSIGNEE
DBT PORCUPINE WD2/DBT PORCUPINE WD3
C/O BRACKETT & ELLIS, PC
ATTN THEODORE MACK, ESQ
100 MAIN STREET
FORT WORTH TX 76102-3090

Phone: 817 338 1700

SOF INVESTMENTS LP    ID: 417095
Name of Transferee

SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

Phone: 212 303 1650

Claim No.: 6665
Date Claim Filed: 07/15/2005

Full Transfer:           Partial Transfer: (X)
Amount: $1,392,632.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5311

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WCJ DAVIS, LTD, ASSIGNEE   ID: 408230
Name of Transferor

THE PAUL REVERE LIFE INSURANCE CO   ID: 417093
Name of Transferee

WCJ DAVIS, LTD, ASSIGNEE
DBT PORCUPINE WD2/DBT PORCUPINE WD3
C/O BRACKETT & ELLIS, PC
ATTN THEODORE MACK, ESQ
100 MAIN STREET
FORT WORTH TX 76102-3090

Phone: 817 338 1700

THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

Phone: 207 575 2211

Claim No.: 6665
Date Claim Filed: 07/15/2005

Full Transfer:          Partial Transfer: (X)
Amount: $439,778.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5312

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WELLS FARGO BANK NORTHWEST NA, TTEE    ID: 410482
Name of Transferor

SOF INVESTMENTS LP    ID: 417095
Name of Transferee

WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

Phone: 801 246 5300

Phone: 212 303 1650

Claim No.: 8160
Date Claim Filed: 07/26/2005

Full Transfer:
Amount: $475,675.15

Partial Transfer: (X)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5336

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WELLS FARGO BANK NORTHWEST NA, TTEE    ID: 410482
**Name of Transferor**

WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

Phone: 801 246 5300

THE PAUL REVERE LIFE INSURANCE CO    ID: 417093
**Name of Transferee**

THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

Phone: 207 575 2211

Claim No.: 8160
Date Claim Filed: 07/26/2005

Full Transfer:            Partial Transfer: (X)
Amount: $150,213.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 5314

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WELLS FARGO BANK NORTHWEST NA, TTEE    ID: 410482 | THE PAUL REVERE LIFE INSURANCE CO    ID: 417093 |
| Name of Transferor | Name of Transferee |
| WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 |
| Phone: 801 246 5300 | Phone: 207 575 2211 |

Claim No.: 8161
Date Claim Filed: 07/26/2005

Full Transfer:
Amount: $156,951.60

Partial Transfer: (X)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5313

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WELLS FARGO BANK NORTHWEST NA, TTEE    ID: 410482
Name of Transferor

SOF INVESTMENTS LP    ID: 417095
Name of Transferee

WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

Phone: 801 246 5300

Phone: 212 303 1650

Claim No.: 8161
Date Claim Filed: 07/26/2005

Full Transfer:
Amount: $497,013.40

Partial Transfer: (X)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 27, 2006.