UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.  On or about January 31, 2006, I caused copies of:

    - the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

        to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: February 2, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399393-98 | CREDITOR ID: 376966-44 | CREDITOR ID: 260522-12 |
| LIQUIDITY SOLUTIONS, INC | SCARIANO BROTHERS INC | SCARIANO BROTHERS LLC |
| DBA REVENUE MANAGEMENT | ATTN ANDREW J CZUBAK, CONTROLLER | ATTN: ANN H. BILDNER |
| ATTN JEFFREY CARESS | PO BOX 26009 | PO BOX 95334 |
| ONE UNIVERSITY PLAZA STE 312 | NEW ORLEANS, LA 70186-6009 | NEW ORLEANS, LA 70195 |
| HACKENSACK NJ 07601 | | |

           Total:   3

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

                                                                    Docket No.: 5441

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCARIANO BROTHERS INC    ID: 376966                LIQUIDITY SOLUTIONS, INC    ID: 399393
Name of Transferor                                 Name of Transferee

SCARIANO BROTHERS INC                              LIQUIDITY SOLUTIONS, INC
ATTN ANDREW J CZUBAK, CONTROLLER                   DBA REVENUE MANAGEMENT
PO BOX 26009                                       ATTN JEFFREY CARESS
NEW ORLEANS, LA 70186-6009                         ONE UNIVERSITY PLAZA STE 312
                                                   HACKENSACK NJ 07601

Phone: 504 200 8519                                Phone: 2019680001

SCARIANO BROTHERS LLC
ATTN: ANN H. BILDNER
PO BOX 95334
NEW ORLEANS, LA 70195

Phone:
ID:  260522

Claim No.: 4745                          Full Transfer:           Partial Transfer: (X)
Date Claim Filed: 06/27/2005             Amount: $3,138.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/31/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on January 31, 2006.