UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about February 2, 2006, I caused copies of:

- the **NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: February 2, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**   **CASE:**   **05-03817-3F1**

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 248046-12
DERST BAKING COMPANY
ATTN HEATHER SMITH SR, VP FIN
PO BOX 22849
SAVANNAH, GA 31403

**Total:   2**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                         Case No.: 05-03817-3F1

                                                               Docket No.: 5497

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DERST BAKING COMPANY    ID: 248046 | CONTRARIAN FUNDS, LLC    ID: 416956 |
|---|---|
| Name of Transferor | Name of Transferee |
| DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: 912 233 2235 | Phone: 203 862 8236 |

Claim No.: 944                                       Full Transfer:   (X)       Partial Transfer:

Date Claim Filed: 05/02/2005                         Amount: $137,106.39

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/02/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
Docket No.: 5496

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DERST BAKING COMPANY    ID: 248046 | CONTRARIAN FUNDS, LLC    ID: 416956 |
| Name of Transferor | Name of Transferee |
| DERST BAKING COMPANY<br>ATTN HEATHER SMITH SR, VP FIN<br>PO BOX 22849<br>SAVANNAH, GA 31403 | CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: 912 233 2235 | Phone: 203 862 8236 |

Claim No.: 30648                           Full Transfer:    (X)       Partial Transfer:
Date Claim Filed: 04/07/2005         Amount: $85,868.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/02/2006                              /s/ Logan & Company, Inc.
                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 2, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 5496

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DERST BAKING COMPANY    ID: 248046  
Name of Transferor

DERST BAKING COMPANY  
ATTN HEATHER SMITH SR, VP FIN  
PO BOX 22849  
SAVANNAH, GA 31403

Phone: 912 233 2235

CONTRARIAN FUNDS, LLC    ID: 416956  
Name of Transferee

CONTRARIAN FUNDS, LLC  
ATTN ALPA JIMENEZ  
411 WEST PUTNAM AVE S-225  
GREENWICH CT 06830

Phone: 203 862 8236

Claim No.: 36242  
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:  
Amount: $51,237.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/02/2006

/s/ Logan & Company, Inc.  
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 2, 2006.