UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.:  3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et. al.,         CHAPTER 11

           Debtor.                        Jointly Administered

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court pursuant to Local Rule 2091-1, on the Motion of counsel, Edwin W. Held, Jr., and the law firm of Held & Israel, to withdraw as counsel for Creditor/Party-in-Interest, VALRICO PARTNERS, LP, LTD., in the Debtors' Jointly Administered Cases. The Court finds that good cause for withdrawal exists. Therefore, it is

     **ORDERED:**

     1. Counsel's Motion to Withdraw as Counsel is hereby **GRANTED.** Edwin W. Held, Jr., and the law firm of Held & Israel are hereby relieved of any further responsibilities or obligations in the Debtors' Jointly Administered Cases on behalf of Creditor/Party-in-Interest, VALRICO PARTNERS, LP, LTD.

Dated: ~~January~~ *February* 2 , 2006, Jacksonville, Florida.

                    JUDGE JERRY A. FUNK
                    UNITED STATES BANKRUPTCY JUDGE

     Edwin W. Held, Jr., Esquire, is directed to serve a copy of this Order upon **Mr. Paul D. Cooley**, President, Retail Asset Management, Inc., P.O. Box 5666, Clearwater, FL 33758-5666, and **Ed McCrossin, Esq.**, 30 Montgomery Street, 15th Floor, Jersey City, NJ 07302 and file a Certificate of Service in this Case.