**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO CLAIM FILED**
**BY LOUISE CLARK (CLAIM NO. 8003)**
**AND NOTICE OF HEARING**

The Debtors object to the allowance of Claim No. 8003 in the amount of $3,000,000,000 filed in Case No. 03-03817-3F1 by Louise Clark upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of debt alleged in the Claim.

3. The claimant failed to attach any documentation substantiating the basis for the claim.

4. The debt asserted by the claim is barred by the applicable statute of limitations.

5. The claim is barred by res judicata.

**Response Deadline**

If you do **not** oppose the disallowance and expungement of your claim, then you do **not** need to file a written response to the Objection and you do not need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If you do oppose the disallowance and expungement of your claim, you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on February 27, 2006** (the "Response Deadline").

Your response will be deemed timely filed **<u>only if</u>** the original response is actually **<u>received</u>** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorney, Smith Hulsey & Busey, Attn: James H. Post, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at jpost@smithhulsey.com, or via facsimile sent to (904) 359-7708.

## **Notice of Hearing**

A hearing will be held to consider the Objection on **March 9, 2006** at **1:00 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

Dated: February 3, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*    D. J. Baker   Sally McDonald Henry   Rosalie Gray | By   *s/ James H. Post*    Stephen D. Busey   James H. Post (FBN 175460)   Cynthia C. Jackson |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | 225 Water Street, Suite 1800   Jacksonville, Florida  32202   (904) 359-7700   (904) 359-7708 (facsimile)   jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

- 3 -

## Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to Louise Clark, 2304 A Lincoln Street, Durham, North Carolina 27707 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 3rd day of February, 2006.



*s/ James H. Post*
Attorney

520715

- 3 -