**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER REGARDING**
**NATIONAL IN STORE MARKETING, LLC'S MOTION TO ALLOW**
**CLAIM AS AMENDED CLAIM OR TO ALLOW LATE FILED CLAIM**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Time Square, New York, New York  10036, djbaker@skadden.com, and (iii)  Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida  32801, ElenaL.Escamilla@usdoj.gov.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2

Rule 2002-4, give notice of the proposed entry of the attached Agreed Order on National In Store Marketing's Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim (Docket No. 4316). If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated: February 3, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Leanne McKnight Prendergast |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

# CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished electronically and/or by mail to the following parties, this 3rd day of February, 2006:

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Ddunne@milbank.com

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone: 904-798-3700
Fax: 904-398-3730
john.macdonald@akerman.com

Katz Barron Squitero Faust
Leyza F. Blanco
2699 South Bayshore Dr.
Seventh Floor
Miami, Florida 33133
(305) 856-2444
(305) 285-9227 (facsimile)

　　　　　　　　　　　　　　　　　　　*s/ James H. Post*
　　　　　　　　　　　　　　　　　　　　　　Attorney

519250

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER ON NATIONAL IN STORE**
**MARKETING, LLC'S MOTION TO ALLOW CLAIM AS**
**AMENDED CLAIM OR TO ALLOW LATE FILED CLAIM**

These cases are before the Court upon National In Store Marketing, LLC's Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim (Docket No. 4316) (the "Motion"). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in part and denied in part as set forth herein.

2. Claim No. 12441 filed by National In Store Marketing is allowed as an unsecured non-priority claim in the amount of $346,482 against Winn-Dixie Stores, Inc. in Case No. 05-03817-3F1 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases. The balance of Claim No. 12441 is disallowed.

    3.    Claim No. 12551 is stricken.

    4.    This Order resolves (i) all liabilities and obligations related to Claim Nos. 12441 and 12551 and (ii) all other pre-petition claims National In Store Marketing has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged and released.

    5.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Leyza F. Blanco, Esq.
John Macdonald, Esq.
James H. Post, Esq.

2

## Consent

The undersigned parties consent to the entry of the foregoing Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | KATZ BARRON SQUITERO FAUST |
| By  *s/James H. Post* | By  *s/Leyza F. Blanco*\* |
|     James H. Post |     Leyza F. Blanco |
| Florida Bar Number 175460 | Florida Bar Number 104639 |
| 225 Water Street | 2699 South Bayshore Dr. |
| Suite 1800 | Seventh Floor |
| Jacksonville, Florida  32202 | Miami, Florida  33133 |
| (904) 359-7700 | (305) 856-2444 |
| (904) 359-7708 (facsimile) | (305) 285-9227 (facsimile) |
| Attorneys for the Debtors | Attorneys for National In Store Marketing |

\* Counsel has authorized the use of her electronic signature.

0051923219232