**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION AND WAIVER REGARDING**
**TIME REQUIREMENTS ON MOTION FOR RELIEF**
**FROM STAY FILED BY MAUREEN FITZGERALD-MARHOLD**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Maureen Fitzgerald-Marhold stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Fitzgerald-Marhold (the "Motion") (Docket No. 4012) inasmuch as the parties are beginning the claims resolution procedure. The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

on or after June 26, 2006, and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Motion.

Dated: February 3, 2006.

| GRAY ROBINSON, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Stephanie M. Biernacki*<br>     John A. Anthony<br>     Stephanie M. Biernacki | By   *s/ Leanne McKnight Prendergast*<br>     Leanne McKnight Prendergast |
| Florida Bar Number: 0731013<br>Florida Bar Number: 0127299<br>201 N. Franklin Street, Suite 2200<br>Post Office Box 3324<br>Tampa, Florida 33601-3324<br>(813) 273-5000<br>(813) 273-5145 (facsimile) | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| | -and- |
| Attorneys for Maureen Fitzgerald-Marhold | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| *Counsel has authorized her electronic signature. | D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Debtors |

521418