**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS'**
**MOTION FOR ORDER AUTHORIZING (I) RETROACTIVE REJECTION OF**
**LEASE WITH INGHAM ASSOCIATES, LP AND (II) ABANDONMENT**
**OF RELATED PERSONAL PROPERTY**

I, Adam Ravin, certify that on January 20, 2006 I caused to be served (a) the Debtors' Motion for Order Authorizing (I) Retroactive Rejection of Lease with Ingham Associates, LP and (II) Abandonment of Related Personal Property, and (b) the corresponding Notice of Hearing, by having true and correct copies thereof sent via (i) first-class mail, postage pre-paid to the parties listed in Exhibit A and (ii) email to the party listed in Exhibit B.

Dated: January 23, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Adam Ravin
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

## **EXHIBIT A**

John C. Strougo
Realty Associates
124 E. 40th St. Rm 202
New York, NY 10016

John C. Strougo
Lincoln Trust Company
6312 South Fiddlers Green Circle, Suite 400
Englewood, CO 80111

John C. Strougo
350 Lexington Avenue
New York, NY 10016

## **EXHIBIT B**

John C. Strougo
Realty Associates
124 E. 40th St. Rm 202
New York, NY 10016
jcsremgmt@aol.com