**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, EFFECTIVE AS OF FEBRUARY 9, 2006**

I, Adam Ravin, certify that on January 20, 2006 I caused to be served (a) the Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases, Effective as of February 9, 2006, and (b) the corresponding Notice of Hearing, by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: January 23, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

## EXHIBIT A

Berney Office Solutions
A Global Imaging Systems Co
Po Box 210699
Montgomery, AL  36121-0699

Berney Office Solutions
209 Gunn Road
Montgomery, AL  36117

City of Fayetteville Public Works
Attn. Bevan E Grice
Po Box 7000
Fayetteville, NC  28302

City of Fayetteville Public Works
Attn. Bevan E Grice, Customer Service Dir.
955 Wilmington Road
Fayetteville, NC  28302

General Electric Capital Corp
Attn Steven L Louvar
1010 Thomas Edison Blvd SW
Cedar Rapids, IA  52405

General Electric Capital Corp
GE Commercial Equipment Financing
Attn Paul Heringslake, VP
160 International Parkway, Ste 120
Heathrow, Fl  32746

General Electric Capital Corp
C/O Moritt Hock Hamroff et al
Attn Marc Hamroff/Leslie Berkoff
400 Garden City Plaza
Garden City, NY  11530

General Electric Capital Corp
William S Theis, VP Reg Sales Mgr
Commercial Equipment Financing
2385 Executive Center Drive Ste 200
Boca Raton, FL  33431

General Electric Capital Corp
GE Commercial Equipt. Financing
Attn Paul Heringslake, VP
160 International Parkway Ste. 120
Heathrow, FL  32746

General Electric Capital Corp
1961 Hirst Drive
Moberly, MO  65270

Lanier Worldwide Inc
C/O Wargo & French
Attn Julie Jared, Esquire
1170 Peachtreet St., Suite 2020
Atlanta, GA  30309

Lanier Worldwide,Inc
Po Box 105533
Lanier Voice Products
Atlanta, GA  30348

Lanier Worldwide,Inc
2300 Parklake Drive NE.
Atlanta, GA  30345-2979

Marshall Planing Mill, Inc
C/O Wyatt Tarrant & Combs LLP
Attn John P Brice, Esquire
250 West Main Street, Suite 1600
Lexington, Ky  40507-1746

Marshall Planning Mill Inc
Attn:  R W Marshall
Po Box 7066
Louisville, KY  40257-0066

Marshall Planning Mill Inc
4053 Shelbyville Rd
Louisville, KY  40207

2

Poyner & Spruill LLP
Attn:  Diane P. Furr, Esquire
301 S. College St.
Suite 2300
Charlotte, NC  28202

Public Works Commission of The City  of Fayetteville
955 Old Wilmington Rd.
P.O. Box 1089
Fayetteville, NC  28302-1089

Ruden Mccloskey Smith Schuster & Russell, P.A.
Attn:  Richard Malchon, Jr., Esquire
401 East Jackson St
Suite 2700
Tampa, FL  33602

Sommer Barnard, PC
Attn:  Marlene Reich
One Indiana Sq.
Suite 3500
Indianapolis, IN  46204

Tobin & Reyes, P.A.
Attn:  Ricardo A. Reyes, Esquire
7251 W. Palmetto Park Rd.
Suite 205
Boca Raton, FL  33433

Woolbright/Ssr Marketplace Llc
C/O Tobin & Reyes, Pa
Attn Ricardo A Reyes, Esq
7251 W Palmetto Park Road, Ste 205
Boca Raton, FL  33433

Woolbright/Ssr Marketplace Llc
Attn Shai Moschowits/Larry Bernick
3200 North Military Trail 4th Floor
Boca Raton, FL  3343

2