UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et. al.,               CHAPTER 11

    Debtor.                                     Jointly Administered

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court pursuant to Local Rule 2091-1, on the Motion of counsel, Edwin W. Held, Jr., and the law firm of Held & Israel, to withdraw as counsel for Creditor/Party-in-Interest, VALRICO PARTNERS, LP, LTD., in the Debtors' Jointly Administered Cases. The Court finds that good cause for withdrawal exists. Therefore, it is

**ORDERED:**

1. Counsel's Motion to Withdraw as Counsel is hereby **GRANTED.** Edwin W. Held, Jr., and the law firm of Held & Israel are hereby relieved of any further responsibilities or obligations in the Debtors' Jointly Administered Cases on behalf of Creditor/Party-in-Interest, VALRICO PARTNERS, LP, LTD.

Dated: ~~January~~ February 2, 2006, Jacksonville, Florida.

_____
JUDGE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

    Edwin W. Held, Jr., Esquire, is directed to serve a copy of this Order upon **Mr. Paul D. Cooley,** President, Retail Asset Management, Inc., P.O. Box 5666, Clearwater, FL 33758-5666, and **Ed McCrossin, Esq.,** 30 Montgomery Street, 15th Floor, Jersey City, NJ 07302 and file a Certificate of Service in this Case.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes            Page 1 of 1              Date Rcvd: Feb 03, 2006
Case: 05-03817                 Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Feb 05, 2006.
aty          +Edwin W. Held, Jr.,   1301 Riverplace Blvd., Ste. 1916,   Jacksonville, FL 32207-9024

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2006**                          **Signature:** *Joseph Speetjens*