UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA             X

In re:                                          Chapter 11
WINN-DIXIE STORES, INC., et al.,                (Jointly Administered Under)
                                                Case No. 05-03817-3F1
                Debtors.
                                              X

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of scheduled amounts from **Derst Baking Co.** filed on January 31, 2006, in the amount of $85,868.82 against Winn-Dixie Stores, Inc., and $51,237.57 against Winn-Dixie Raleigh, Inc., (Docket #5496) are hereby withdrawn by Contrarian Funds, LLC.

                        __/s/ *Alpa Jimenez*_____
                        Contrarian Funds, LLC
                        203-862-8236