UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA                    X

In re:                                                                          Chapter 11
WINN-DIXIE STORES, INC., et al.,                             (Jointly Administered Under)
                                                                                    Case No. 05-03817-3F1
                            Debtors.
                                                                           X

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of a partial claim amount of Claim No. 944 from **Derst Baking Co.** filed on January 31, 2006, in the amount of $137,106.39 (Docket #5497) is hereby withdrawn by Contrarian Funds, LLC.


  __/s/ *Alpa Jimenez*_____
  Contrarian Funds, LLC
  203-862-8236