UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    CASE NO.: 3:05-bk-03817-JAF

                                          CHAPTER 11
WINN-DIXIE STORES, INC., et al.,

        Debtors.                          Jointly Administered

---

CERTIFICATE OF SERVICE OF
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

I HEREBY CERTIFY that a copy of the Order Granting Motion to Withdraw as Counsel for Creditor/Party-in-Interest, Valrico Partners, LP, Ltd., entered on February 2, 2006, Docket No. 5565, was furnished to Mr. Paul D. Cooley, President, Retail Asset Management, Inc., Post Office Box 5666, Clearwater, Florida 33758-5666, via e-mail and U.S. Mail; and Ed McCrossin, Esquire, 30 Montgomery Street, 15th Floor, Jersey City, NJ 07302, via facsimile and U.S. Mail, this 6 day of February, 2006.

    Dated: Jacksonville, Florida
           February 6, 2006

                              HELD & ISRAEL
                         By: _____
                              Edwin W. Held, Jr., Esquire
                              Florida Bar #162574
                              Adam N. Frisch, Esquire
                              Florida Bar #635308
                              1301 Riverplace Blvd., Suite 1916
                              Jacksonville, Florida 32207
                              (904) 398-7038 Telephone
                              (904) 398-4283 Facsimile

ewh/winndixie/cosvalricowithdrawal.djg