**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**TENTH SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF
ORDINARY COURSE PROFESSIONAL PURSUANT TO THE ORDER
AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] a completed Amended Questionnaire for the following Ordinary Course Professional (which completed Amended Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Law Tech, LLC (Exhibit A)[3]

In accordance with the terms of the Order, the Debtors shall serve copies of the above referenced completed Amended Questionnaire upon the United States Trustee,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

[3] In February 2005, Law Tech, LLC filed a retention questionnaire. Notwithstanding the filing of that questionnaire, Law Tech, LLC did not render postpetition services to the Debtors. Law Tech LLC is filing an Amended Questionnaire because the parties have entered into a new agreement.

counsel to the Committee, and counsel to the DIP Lender. Pursuant to the Order, the United States Trustee, the Committee and the DIP Lender shall have 20 days after such service to object to the retention of the above referenced Ordinary Course Professional.

Dated: February 6, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson, <br>   Florida Bar Number 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

## Exhibit A

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817    ·Amended

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, _Richard W. Buck_ PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:
   _LawTech, LLC_
   _220 East Forsyth St._
   _South Suite_
   _Jacksonville, FL 32202_

2. Date of retention: _Originally, May of 2000_

Questionnaire of: __LawTech, LLC__
(Name of Firm)

3. Type of services provided (accounting, legal, etc.):

    legal

4. Brief description of services to be provided:

    Legal services in support of the negotiation and implementation of computer and technology contracts

5. Arrangements for compensation (hourly, contingent, etc.)

    hourly and flat fee

6. Average hourly rate (if applicable): $175 – $200/hour and $3200.00/week flat fee for onsite legal services.
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

    undetermined

7. Pre-petition claims against any of the Debtors held by the firm:

    Amount of claim: $ ∅

    Date claim arose: _____

    Source of claim: _____

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: ∅

    Status: _____

    Amount of Claim: $ _____

    Date claim arose: _____

    Source of claim: _____

Questionnaire of: __Law Tech, LLC__
(Name of Firm)

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: __∅__

   No. of shares: _____

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: __∅__

    Status: _____

    Kind of shares: _____

    No. of shares: _____

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    __∅__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: __1/31/2006__

Name: __Richard W. Buck__
Title: __Member__
Company: __Law Tech, LLC__
Address: __220 E. Forsyth St.__
__Jacksonville, FL 32202__
Telephone: __904-358-8800__
Facsimile: __904-358-8870__