

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
February 06, 2006

**HONORABLE JERRY A. FUNK**                                JACKSONVILLE

CASE NUMBER: 05-03817-3F1                                  HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/CYNTHIA JACKSON/JAMES POST/D.J. BAKER
US Trustee: ELENA ESCAMILLA

HEARING:

1. ~~FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY ARAS AND SAM DAVIDSON~~ (2419 & 2700)

R/S    A/P    F/HRG

ORDER:

FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY PAUL VERNON MACON (4159)

Denied - Ord/Smith Hulsey

R/S    A/P    F/HRG

ORDER:

3. ~~MOTION FOR RELIEF FROM~~ ...12)

R/S    A/P    F/HRG

ORDER:

APPEARANCES:
MOVANT #1: Myers Cayer
MOVANT #2: RODGER J. FRIEDLINE
MOVANT #3: STEPHENIE BIERNACKI

RULING: