**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORIES, INC., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM NO.4425
PURSUANT TO FRBP RULE 3001(e)(2)

TO:   SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT
      CAPITAL FUND, L.P. AND SILVER POINT CAPITAL
      OFFSHORE FUND LTD. ("Transferor")

   Two Greenwich Plaza, 1st floor
   Greenwich, CT 06830
   Attention: Brian Jarmain
   Telephone: (203) 542-4032
   Fax Number (203) 542-4100

　　　　Pursuant to the Assignment of Claim between the Transferor and the Transferee, dated as of December 30, 2005, Transferor's general unsecured, non-reclamation claim in the amount of $62,112.00 (claim no. 4425), against Winn Dixie Stores, Inc. or any of its operating subsidiaries, has been transferred to the following Transferee: Smithtown Bay, LLC, 601 Carlson Parkway, Suite 200, Minnetonka, MN 55305, Attn: Brian Naas, Phone No. (952-476-7239), Facsimile No. (952-475-7328.

　　　　The Evidence of Transfer of Claim in connection with the Assignment of Claim is attached hereto.

　　　　No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

| Mailing Address: | Physical Address: |
|---|---|
| The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 | The Clerk of the Court<br>United States Bankruptcy Court<br>Middle District of Florida<br>300 North Hogan Street<br>Suite 3-350<br>Jacksonville, FL 32202<br>Tel: (904) 301-6490 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Attention:   Renee Eubanks, Esq.
Telephone:   (212) 574-1349
Facsimile:   (212) 480-8421


**If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

[The remainder-of this page is left blank intentionally. The next page is the signature page.]

Dated: January 27, 2006

SMITHTOWN BAY, LLC.

By: _____
Name: Michael J. Frey
Title: Chief Executive Officer

21250.0002 #636216

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

-------------------------------------------------------x
:
In re:                                                  :
                                                        :
WINN-DIXIE STORES, INC., et al.,                        : Chapter 11
                                                        : Case No. 05-03817-3F1
                        Debtors.                        : (Jointly Administered)
                                                        :
-------------------------------------------------------x


TO:  THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, SPCP GROUP, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd. ("Assignor") as assignee of Cole's Quality Foods, Inc. (the "Original Creditor")hereby unconditionally and irrevocably sells, transfers and assigns to SMITHTOWN BAY, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated as Claim No. 442, in the total amount of $62,112.00 against WINN-DIXIE STORES, INC. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

      Assignor hereby waives any objection to the transfer of the Assigned Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claims, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claims, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th day of December, 2005

SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND LTD.

By: _____
Name: Michael A. Gatto
Title: Authorized Signatory

SMITHTOWN BAY, LLC
By: Global Capital Management, Inc. Manager

By: _____
Name:
Title: