# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## STIPULATION AND WAIVER REGARDING
## TIME REQUIREMENTS ON MOTION FOR
## RELIEF FROM STAY FILED BY VERA VOLOVECKY

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Vera Volovecky stipulate and agree to waive the time requirements under Section 362 of the Bankruptcy Code for hearing the Motion for Relief from Stay filed by Vera Volovecky (the "Motion") (Docket No. 2083). The parties also stipulate and agree to (i) the scheduling of the Motion for final hearing

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

on or after July 3, 2006, and (ii) the continuation of the automatic stay in effect pending

the conclusion of such hearing and determination of the Motion.

Dated: February 7, 2006.


VOLPE, BAJALIA, WICKES, ROGERSON,          SMITH HULSEY & BUSEY
GALLOWAY & WACHS, P.A.


By   *s/ John T. Rogerson, III*                By   *s/ Leanne McKnight Prendergast*
        John T. Rogerson, III                         Leanne McKnight Prendergast

Florida Bar Number 832839                   Florida Bar Number 59544
Riverplace Tower                            225 Water Street, Suite 1800
1301 Riverplace Boulevard                   Jacksonville, Florida  32202
Suite 1700                                  (904) 359-7700
Jacksonville, Florida 32207                 (904) 359-7708 (facsimile)
(904) 355-1700                              lprendergast@smithhulsey.com
(904) 355-1797 (facsimile)
jrogerson@vbwr.com                                    -and-

Attorneys for Vera Volovecky               SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP
*Counsel has authorized his electronic signature.   D. J. Baker
                                           Sally McDonald Henry
                                           Rosalie Gray
                                           Four Times Square
                                           New York, New York 10036
                                           (212) 735-3000
                                           (212) 735-2000 (facsimile)
                                           rgray@skadden.com

                                           Attorneys for the Debtors

521800