UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON FEBRUARY 9, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on February 9, 2006 at 1:00 p.m. (ET):

**A.    Uncontested Matters**

*1.    Motion for an Order (a) Authorizing the Debtors to Sell Oviedo Property and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief (Docket No. 5239)*

Objection Deadline:  January 30, 2006

Responses:                Seminole County Tax Collector (Docket No. 5495).

Objections:               No objections have been filed.

Status:                      The Debtors will proceed with the Motion.

2.    *Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Docket No. 1961)*

Lease Termination:   North Shore Crossings, LLC, Store Number **1413** (Docket No. 5337)

Objection Deadline:   No objections have been filed.

Objections:    None.

Status:    The Debtors will proceed with the Motion as to the Lease Termination identified above.

3.    *Motion for Continuance of Evidentiary Hearing on Florida Tax Collectors' Adequate Protection Motion (Docket No. 5328)*

Objection Deadline:   None.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

B.    **Contested Matters**

1.    *Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of February 9, 2006 (Docket No. 5237)*

Objection Deadline:   February 2, 2006

Objections:    Woolbright/SSR Marketplace, LLC (Docket No. 5372).

Status:    The Debtors will proceed with the Motion.

00519844

2.  *Motion for Order Authorizing Payment of CEO Retention Incentive (Docket No. 5197)* and *Amended Motion for Order Authorizing Payment of CEO Retention Incentive (Docket No. 5518)*

Objection Deadline:  February 2, 2006

Objections:  Ad Hoc Committee of Retirees (Docket No. 5624) – untimely filed.

Status:  The Debtors will proceed with the Motion as amended.

3.  *Objection of School Street Crossing, L.P. to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Docket No. 2151)*

Status:  By Order dated August 5, 2005 (Docket No. 2847), the Court granted the Debtors' Motion to sell assets and assume and assign leases (Docket No. 1961) as to Store No. 1362.  School Street Crossing, the landlord for Store No. 1362, objects to the cure amount the Debtors propose to pay School Street.  The Debtors have been informed that School Street will proceed with the Objection.

Dated:  February 8, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By   *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00519844