

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

## PRO MEMO

Wednesday
February 08, 2006

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1    HEARING TIME: 09:30 A.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY/CYNTHIA JACKSON/JAMES POST/D. J. BAKER
US Trustee: ELENA ESCAMILLA    Beau Bowin

HEARING:

CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY CONCORD-FUND IV RETAIL, LP (2948)

Opposition Response to Motion filed by Debtor (3941)

R/S    A/P    F/HRG

ORDER:

APPEARANCES: Karen Spicie - Concord -   Pat Patangin  Unec Cr. Comm -
(2 HOURS)
Concord - Fund IV Retail, LP: Edwin Held

RULING: Granted -    No Objection

prorpt2