Filed in Open Court

FEB 0 8 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
WINN-DIXIE STORES, INC., et al,

CHAPTER 11  
CASE NO.: 05-03817-JAF

Debtor.

## REQUEST FOR NOTICES AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, hereby appears as co-counsel for the following landlords/creditors of Winn-Dixie Stores, Inc., through their management company, TERRANOVA CORPORATION:

TA/WESTERN, LLC  
CONCORD-FUND IV, RETAIL, L.P.  
TA CRESTHAVEN, LLC  
FLAGLER RETAIL ASSOCIATES, LTD.  
WESTFORK TOWER, LLC  
ELSTON/LEETSDALE, LLC  

and hereby requests, pursuant to Section 1109(b) and any other applicable section of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2002-1(e), that all notices to be given or required to be served in this case, be given and served upon the undersigned at the following address:

KAREN K. SPECIE, ESQUIRE  
Scruggs & Carmichael, P.A.  
One S.E. First Avenue  
Post Office Box 23109  
Gainesville, FL 32602

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) and any other applicable section of the Bankruptcy Code, the foregoing demand includes not only

the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise which affect the Debtor(s) or property of the Debtor(s).

PLEASE TAKE FURTHER NOTICE that the foregoing demand shall also include, without limitation, all orders and notices regarding any applications, motions, pleadings, legal memoranda, complaints or demands filed in any adversary proceedings whether preceding or subsequent to the date of this Notice which affect the Debtor(s) or property of the Debtor(s).

Dated: February 8, 2006

SCRUGGS & CARMICHAEL, P.A.

/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
P.O. Box 23109
Gainesville, FL 32602
PH: (352) 376-5242
FAX: (352)375-0690
Florida Bar ID# 260746
Co-counsel for Terranova Corporation

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been served on this 8th day of February, 2006, either by electronic transmission or by United States first class mail postage prepaid to:

**Adam Ravin**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; and to **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

/s/ Karen K. Specie, Esquire