**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS'
MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT RELATING TO
SUMMERVILLE, SOUTH CAROLINA PROPERTY**

I, Adam Ravin, certify that I caused to be served the Debtors' Motion for Entry of Order

Approving Settlement Relating to Summerville, South Carolina Property by having true and

correct copies thereof sent (a) on February 7, 2006 via first-class mail, postage pre-paid to the

parties listed in Exhibit A, and (b) on February 8, 2006 via email to the party listed in Exhibit B

and facsimile to the party listed in Exhibit C.

Dated: February 9, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

2

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

## EXHIBIT A

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL  32399

Internal Revenue Service
Special Procedures - Stop 5720
400 W. Bay Street, Suite 35045
Jacksonville, FL  32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC  27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Suite 225
Greenwich, CT  06830

State of Florida, AHCA
Attn: Grant Dearborn, Esquire
2727 Mahan Drive MS 3
Tallahassee, FL  32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esquire
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303

State of Georgia
Department of Community Health
Attn: Neal B. Childers, Esquire
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family
Services Cabinet
Attn: Richard Warne, Esquire
275 East Main Street, 5W-B
Frankfort, KY 40621

Equity Property and Development
Attn: Huihwa Nam
2 North Riverside Plaza
6th Floor
Chicago, IL  60606

Mike Chlebovec
Director - Asset Management
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

Thomas P. Guerard
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC  29401

2

## EXHIBIT B

Thomas P. Guerard
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC  29401
Tel: (843) 722-3400
Fax: (843) 723-7398
tguerard@bmsmlaw.com

## EXHIBIT C

Huihwa Nam
Equity Property and Development
Tel: (312) 466-3173
Fax: (312) 454-0359.