

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 9, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker

Motion for an Order (a) Authorizing the Debtors to Sell Oviedo Property and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief Filed by Debtor (5239)

Response to Debtors' Motion filed by Seminole County Tax Collector (Doc. 5495)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
SEMINOLE CTY TAX COLL: BRIAN FITZGERALD

RULING: Granted - Ord/Signed