

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 9, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Continuance of Evidentiary Hearing on Motion for Adequate Protection filed by Florida Tax Collectors Filed by Debtor (5328)

Response to Debtors' Motion for Continuance of Evidentiary Hearing filed by Florida Tax Collectors (Doc. 5682)

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
FL TAX COLLECTORS:    BRIAN T. FITZGERALD

RULING: under advisement