

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**February 9, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post**

**Motion to Reject Executory Contracts and Unexpired Leases, Effective as of February 9, 2006 Filed by Debtor (5237)**

Limited Objection to Debtors' Motion filed by Woolbright/SSR Marketplace, LLC (Doc. 5372)

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

**WOOLBRIGHT/SSR MARKETPLACE, LLC:** RICHARD H. MALCHON, JR.

**RULING:** Granted - Ord./signed