## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 9, 2006

These cases came before the Court for hearing on February 9, 2006, upon the

motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of the executory

contracts and unexpired leases listed on Exhibit A (collectively, the "Contracts") effective as of

February 9, 2006 (the "Motion") (Doc. #5237).   A Limited Objection to the Motion was timely

filed by Woolbright/SSR Marketplace LLC, a Delaware limited liability company ("Woolbright")

(the "Woolbright Objection") (Doc. #5372), which asserts that the Lease Buyout Agreement

entered into between Debtor Winn-Dixie Stores, Inc. ("Winn-Dixie") and Woolbright on

September 24, 2004 (the "Woolbright Lease Buyout Agreement") is not an executory contract.

The Court has been advised that Winn-Dixie and Woolbright have reached an agreement for

treatment of the Woolbright Lease Buyout Agreement that resolves the Woolbright Objection.

The Court has read the Motion and considered the representations of counsel.   Upon the

representations of counsel and without objection from the United States Trustee or any other

interested party, the Court determines that good cause exists to grant the relief requested by the

Motion and granting the relief is in the best interest of these estates and creditors.   Accordingly,

it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted with respect to the Contracts, including specifically the Woolbright Lease Buyout Agreement, to the extent, if any, the Woolbright Lease Buyout Agreement is an executory contract.

2.    The Debtors are authorized to reject the Contracts, including specifically the Woolbright Lease Buyout Agreement, pursuant to 11 U.S.C. § 365(a), and the Contracts, to the extent executory, are deemed rejected, effective as of February 9, 2006.

3.    The Woolbright Objection is deemed resolved by the terms of this Order.

4.    Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

5.    Claims for any rejection damages resulting from the rejection of the Contracts, including specifically the Woolbright Lease Buyout Agreement, to the extent executory, must be filed within 30 days after the date of entry of this Order; provided, however, that Woolbright need not file an additional Proof of Claim if its damages are already included in a previously filed Proof of Claim.

6.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.  Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

2

7.    The Court will retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

Dated this ____ day of February, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

## EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts. The rejections pursuant to this Order apply only to the Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| General Electric Capital Corporation<br>1961 Hirst Drive<br>Moberly, MO 65270<br><br>and/or<br><br>Berney Office Solutions<br>P.O. Box 210699<br>Montgomery, AL 36121-0699 | Winn-Dixie Stores, Inc. | Agreement No. 6510651-012:<br>-Sharp AR207, serial no. 16501528<br>-Fax unit ARFX2, serial no. 3331918<br>-ARPA1 331154141, serial no. A162D01030953<br><br>Agreement No. 6510651-009:<br>-Savin 9945, serial no. H530710041B<br><br>Agreement No. 6510651-018:<br>-Sharp ARM350, serial no. 16500977<br><br>Agreement No. 6510651-009:<br>-Sharp ARM350, serial no. 16500977<br>-Sharp ARM 450, serial no. 16505727<br>-Sharp AR207, serial no. 16501498<br>-Muratec MFX 1300, serial no. 90006141<br>-Muratec MFX 1300, serial no. 90006143<br><br>No Agreement number available:<br>-Sharp AR152 copier/fax, serial no. 16500545<br>-Sharp AR 275, serial no. 16501878<br>-Sharp AR 275, serial no. 16501818<br>-Sharp AR 207, serial no. 16501548 |
| Lanier Worldwide, Inc.<br>2300 Parklake Drive, NE<br>Atlanta, GA 30345-2979 | Winn-Dixie Stores, Inc. | Lease Agreement for 5613F Digital Copier, dated December 15, 2003<br><br>Lease Agreement for 5645AG Digital Copier dated December 15, 2003 |
| Marshall Planning Mill, Inc.<br>P.O. Box 7066<br>Louisville, KY 40257-0066<br><br>and<br><br>4053 Shelbyville Rd.<br>Louisville, KY 40207 | Winn-Dixie Raleigh, Inc. f/k/a Winn-Dixie Charlotte, Inc. | Lease for Store No. 1643 located at: Jeffersonville Plaza Shopping Center 1710 E. 10th Street, Highway 62 Jeffersonville, IN |

| Public Works Commission of the City of Fayetteville 955 Old Wilmington Rd. P.O. Box 1089 Fayetteville, NC 28302-1089 | Winn-Dixie Raleigh, Inc. and/or Winn-Dixie Stores, Inc. | Contract Large General Service and Service Agreement for Contract Large General Service (Electric Service Agreement) |
|---|---|---|
| Woolbright/SSR Marketplace LLC 3200 North Military Trail 4th Floor Boca Raton, FL 33431 | Winn-Dixie Stores, Inc. | Lease Buyout Agreement, effective as of September 20, 2004 |

5