

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 9, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Oder Authorizing Payment of CEO Retention Incentive (5197) and Amended Motion for Order Authorizing Payment of CEO Retention Incentive Filed by Debtor (5518)

Amount Requested: $1.15 million in exchange for CEO remaining in the Debtors' employ through and including August 31, 2006

Objection to Debtors' Amended Motion filed by Ad Hoc Committee of Retirees (Doc. 5624)

*approved / Ord. signed*

APPEARANCES:
US TRUSTEE:                        ELENA ESCAMILLA \ MEEKER P
UNSEC. CRED:                       P JOHN B. MACDONALD/PATRICK PATANGAN
                                   MATTHEW S. BARR
AD HOC COMMITTEE OF RETIREES:      JERRETT MCCONNELL P

RULING: