

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**                **Thursday**
**JACKSONVILLE**                      **February 9, 2006**
                                               **1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post


**Objection to Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts Filed by School Street Crossing, L.P. (2151)**


APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
SCHOOL STREET CROSSING, L.P.:  JON KANE


RULING: _Settled / Ntc. of Compromise_

_Ord / Jackson_