UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING REQUEST FOR NOTICES AND NOTICE OF APPEARANCE

The Court finds that the Request for Notices and Notice of Appearance filed by Karen K. Specie as co-counsel on behalf of TA/Western, LLC, Concord-Fund IV, Retail, L.P., TA Cresthaven, LLC, Flagler Retail Associates, LTD., Westfork Tower, LLC, Elston/Leetsdale, LLC on February 8, 2006 in open court was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Notices and Notice of Appearance filed by Karen K. Specie as co-counsel on behalf of TA/Western, LLC, Concord-Fund IV, Retail, L.P., TA Cresthaven, LLC, Flagler Retail Associates, LTD., Westfork Tower, LLC, Elston/Leetsdale, LLC on February 8, 2006 in open court is stricken from the record.

**DATED February 9, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Dennis F. Dunne, Co-counsel for Official Committee of Unsecured Creditors
US Trustee
Karen K. Specie, P.O. Box 23109, Gainesville, FL 32602