*UNITED STATES BANKRUPTCY COURT*
*MIDDLE DISTRICT OF FLORIDA*
JACKSONVILLE DIVISION

IN RE:  CASE NO: 3:05-bk-03817-3F1
  Chapter 11
WINN-DIXIE STORES, INC., et al.  (Jointly Administered)

      Debtor.  Claim No. 3791

-------------------------------------------------------/

**CERTIFICATE OF SERVICE FOR NOTICE OF TRANSFER OF CLAIM**

This is to certify that Creditor, SMITHTOWN BAY, LLC, by and through its undersigned counsel, has served this date, a copy of the Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) in the amount of $873,181.04 (Claim no. 3791), via Regular U.S. Mail, postage pre-paid thereon, upon: SPCP GROUP, LLC, as Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund Ltd., Attn: Brian Jarmain, Two Greenwich Plaza, 1st Floor, Greenwich, CT 06830.

Dated: February 8, 2006.

                              SHUTTS & BOWEN LLP
                              300 S. Orange Avenue, Suite 1000
                              Orlando, FL 32801
*Mailing Address:* Post Office Box 4956
                              Orlando, FL  32802-4956
                              (407) 423-3200
                              (407) 425-8316 – Facsimile
                              Attorneys for Smithtown Bay, LLC

By:   /s/ Andrew M. Brumby
       Andrew M. Brumby, Esq.
       Florida Bar No. 0650080

10376625.1