UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### DEERFOOT MARKETPLACE, LLC'S RESPONSE TO NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO AMENDED AND SUPERSEDED CLAIMS

**Deerfoot Marketplace, LLC**, a creditor in these cases, hereby responds to Debtors' Third Omnibus Objection to Amended and Superseded Claims as follows:

1. Debtors filed Debtors' Third Omnibus Objection to Amended and Superseded Claims (the "Objection") with this Court on January 24, 2006.

2. In the Objection, Debtors objected to, and requested this Court to disallow, (a) Deerfoot's Claim No. 11036 ("Claim No.11036) in the amount of $23,109.12 asserted against Debtor Winn-Dixie Stores, Inc. on the grounds that Claim No. 11036 was amended and superseded by Deerfoot's Claim No. 11889; and (b) Deerfoot's Claim No.11037 ("Claim No. 11037" and collectively with Claim No. 11036, the "Claims") in the amount of $23,109.12 asserted against Debtor Winn-Dixie Montgomery, Inc. on the grounds that Claim No. 11037 was amended and superseded by Deerfoot's Claim No. 11890.

3. Deerfoot opposes the disallowance of Claims No. 11036 and 11037 because Claims No. 11036 and 11037 are distinct from and additional to, and not amended or superseded by, Claims No. 11889 and 11890, respectively.

2

4.    On January 31, 2006, Edward J. Ashton, an attorney for Deerfoot, spoke by telephone with Jane Leamy of Skadden, Arps, Slate, Meagher & Flom, LLP. During the telephone conversation, Ms. Leamy told Mr. Ashton that Debtors' objection to the Claims will be withdrawn and that the Claims will be removed from the revised proposed order, which will be circulated before the hearing (but after the deadline to respond to Debtor's Third Omnibus Objection). A copy of Ms. Leamy's email to Mr. Ashton is attached to this Response.

WHEREFORE, Deerfoot prays that this Court will deny Debtors' objection to the Claims, not disallow the Claims, and grant such other and further relief as may be just.

Respectfully Submitted,

/s/ C. Ellis Brazeal III
Attorney for Deerfoot Marketplace, LLC

OF COUNSEL
Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Deerfoot Marketplace LLC's Response to Notice of Debtors' Third Omnibus Objection to Amended and Superseded Claims by facsimile and by electronic mail to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
djbaker@skadden.com

This the \10th\ day of February, 2006

\s\ C. Ellis Brazeal III
OF COUNSEL