UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Jointly Administered |

### KILLEN MARKETPLACE, LLC'S RESPONSE TO NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO AMENDED AND SUPERSEDED CLAIMS

**Killen Marketplace, LLC**, a creditor in these cases, hereby responds to Debtors' Third Omnibus Objection to Amended and Superseded Claims as follows:

1. Debtors filed Debtors' Third Omnibus Objection to Amended and Superseded Claims (the "Objection") with this Court on January 24, 2006.

2. In the Objection, Debtors objected to, and requested this Court to disallow, (a) Killen's Claim No. 8179 ("Claim No. 8179") in the amount of $65,588 asserted against Debtor Winn-Dixie Stores, Inc. on the grounds that Claim No. 8179 was amended and superseded by Killen's Claim No. 11887; and (b) Killen's Claim No.8180 ("Claim No. 8180" and collectively with Claim No. 8179, the "Claims") in the amount of $65,588 asserted against Debtor Winn-Dixie Montgomery, Inc. on the grounds that Claim No. 8180 was amended and superseded by Killen's Claim No. 11888.

3. Killen opposes the disallowance of Claims No. 8179 and 8180 because Claims No. 8179 and 8180 are distinct from and additional to, and not amended or superseded by, Claims No. 11887 and 11888, respectively.

4. On January 31, 2006, Edward J. Ashton, an attorney for Killen, spoke by telephone with Jane Leamy of Skadden, Arps, Slate, Meagher & Flom, LLP. During the

telephone conversation, Ms. Leamy told Mr. Ashton that Debtors' objection to the Claims will be withdrawn and that the Claims will be removed from the revised proposed order, which will be circulated before the hearing (but after the deadline to respond to Debtor's Third Omnibus Objection). A copy of Ms. Leamy's email to Mr. Ashton is attached to this Response.

WHEREFORE, Killen prays that this Court will deny Debtors' objection to the Claims, not disallow the Claims, and grant such other and further relief as may be just.

\s\ C. Ellis Brazeal III
Attorney for Killen
Marketplace, LLC

**OF COUNSEL:**

**Walston, Wells & Birchall, LLP**
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Killen Marketplace, LLC's Response to Notice of Debtors' Third Omnibus Objection to Amended and Superseded Claims by facsimile and by electronic mail to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

This the \10th\ day of February, 2006.

\s\ C. Ellis Brazeal III
OF COUNSEL