# IN THE BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **March 9, 2006** at **1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge of the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion of Allied Printing, Inc., to Require Payment of Post Petition Obligations. (Docket Number 3849)

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: Jacksonville, Florida, February 10th, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished electronically and/or by mail to D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 and Cynthia C. Jackson, Smith, Hulsey & Busey, 25 Water Street, #1800, Jacksonville, FL 32202 and all participants using the CM/ECF system who have appeared in this matter, this 10th day of February, 2006.

        Slott, Barker & Nussbaum
        334 East Duval Street
        Jacksonville, Florida 32202
        (904) 353-0033 (Telephone)
        (904) 355-4148 (Telecopy)
        embarker@bellsouth.net (Email)

        /s/ Earl M. Barker, Jr.
        Earl M. Barker, Jr.
        Florida Bar No. 110140

        Attorney for Allied Printing, Inc.