UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

### ORDER STRIKING REQUEST FOR NOTICES AND NOTICE OF APPEARANCE

The Court finds that the Request for Notices and Notice of Appearance filed by Karen K. Specie as co-counsel on behalf of TA/Western, LLC, Concord-Fund IV, Retail, L.P., TA Cresthaven, LLC, Flagler Retail Associates, LTD., Westfork Tower, LLC, Elston/Leetsdale, LLC on February 8, 2006 in open court was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Notices and Notice of Appearance filed by Karen K. Specie as co-counsel on behalf of TA/Western, LLC, Concord-Fund IV, Retail, L.P., TA Cresthaven, LLC, Flagler Retail Associates, LTD., Westfork Tower, LLC, Elston/Leetsdale, LLC on February 8, 2006 in open court is stricken from the record.

**DATED February 9, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Dennis F. Dunne, Co-counsel for Official Committee of Unsecured Creditors
US Trustee
Karen K. Specie, P.O. Box 23109, Gainesville, FL 32602

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes             Page 1 of 1              Date Rcvd: Feb 09, 2006
Case: 05-03817                  Form ID: pdfdoc          Total Served: 5

The following entities were served by first class mail on Feb 11, 2006.
aty          +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,
               New York, NY 10036-6522
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty          +Dennis F. Dunne,    Milbank, Tweed, Hadley & McCloy LLP,    1 Chase Manhattan Plaza,
               New York, NY 10005-1401
ust          +United States Trustee - JAX,    135 W. Central Blvd., Suite 620,    Orlando, FL 32801-2476
             +Karen K. Specie,    P.O. Box 23109,    Gainesville, FL 32602-3109

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2006**                         **Signature:** _Joseph Speetjens_