UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                Chapter 11

Debtors.                                                        Jointly Administered
_____/

### PINES-CARTER OF FLORIDA'S OBJECTION TO
### DEBTORS' MOTION TO ASSUME LEASE (STORE NO. 658)

PINES-CARTER OF FLORIDA, INC. ("Pines-Carter" or "Landlord), by and through its undersigned counsel, files its Objection to Debtors' Motion to Assume Lease (Store No. 658). As grounds for its Motion, Pines-Carter states:

### Introduction

1.      On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. (the "Debtor") and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.      The Debtors are operating their businesses and managing their properties as

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Case No. 05-03817-3F1

debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee") was appointed to serve in these cases pursuant to section 1103 of the Bankruptcy Code.

### The Debtor has moved to assume its lease with Pines-Carter for Store #658

3.      Pines-Carter currently leases to the Debtor approximately 45,000 square feet of space to operate a Winn-Dixie store at the premises located at 15200 Municipal Drive, Madeira Beach, Pinellas County, Florida, which the Debtor refers to as "Store 658" ("Store 658").

4.      On December 19, 2005, this Court entered its Order Granting in Part Motion by Pines-Carter of Florida, Inc. to Compel Debtors to Assume or Reject Unexpired Lease, pursuant to which this Court ordered the Debtor, Winn-Dixie Stores, Inc., to assume or reject its Lease with Pines-Carter for Store #658 within ten (10) days from the entry of such Order, or by no later than Thursday, December 29, 2005.

5.      On or about December 29, 2005, the Debtors filed their Motion to Assume Lease (Store #658) (the "Motion to Assume"), in which the Debtors are seeking this Court's authority to assume the Lease for Store #658, and have alleged that assumption of such Lease will "benefit the Debtors and their estates." *Id.* at ¶ 9.

6.      The Debtors have scheduled a hearing on the Motion to Assume for **Thursday, February 23, 2005**. The deadline to file objections to the Motion to Assume is February 13, 2005 at 4:00 p.m.

7.      Although the Motion to Assume states that "[t]he Debtors seek certainty as to the

Case No. 05-03817-3F1

Proposed Cure Amount prior to approval of the proposed assumption," the Motion to Assume inaccurately states at ¶ 7 that $9,386.00 is due under the Lease for prepetition common area maintenance charges.

8. On May 23, 2005, Pines-Carter filed its proof of claim (assigned Claim No. 2563) attaching invoices for prepetition outstanding common area maintenance charges totaling $23,799.04, which remain outstanding, due and payable.

9. There is an additional amount due for prepetition taxes. Specifically, the Debtors' pro rata share for January and the prepetition portion of February, 2005 through the Petition Date multiplied by the entire year's tax bill allocable to the Debtors' leased premises in the amount of $7,814.56.

10. Contemporaneously with the filing of this Objection, Pines-Carter has filed an Amended Proof of Claim setting forth the total Cure Amount due totaling $31,613.60, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

11. Unless all prepetition defaults/arrearages due under the lease are cured, assumption should be denied. Accordingly, Pines-Carter requests that the Motion to Assume be denied.

WHEREFORE, Pines-Carter of Florida, Inc. respectfully requests that the Court (i) enter an

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

order denying the Motion to Assume and (ii) granting it such other and further relief as is just and proper.

        /s/ Jonathan R. Williams
Jonathan R. Williams
Florida Bar No. 0178810
MELAND RUSSIN HELLINGER
 & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

ATTORNEYS FOR LANDLORD
PINES-CARTER OF FLORIDA, INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via email as indicated on the 13th day of February, 2006 upon all parties on the attached service list:

| | |
|---|---|
| Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201<br>**Via E-Mail:** cjackson@smithhulsey.com | David J. Baker, Esq. and Sally Gray, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>**Via E-Mail:** djbaker@skadden.com |

        /s/ Jonathan R. Williams
Jonathan R. Williams

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT  Middle District of Florida Jacksonville Division | PROOF OF CLAIM |

Name of Debtor: **Winn-Dixie Stores, Inc.**
Case Number: **05-03817-3F1**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Pines-Carter of Florida, Inc.**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**c/o Jonathan R. Williams, Esq.
and Peter D. Russin, Esq.
Meland Russin Hellinger & Budwick, P.A.
200 S. Biscayne Blvd., Suite 3000
Miami, FL 33131**

Telephone number: **305-358-6363**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim  ☐ replaces  ☑ amends  a previously filed claim, dated: **05/23/2005**

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☑ Other **Real Property Lease**
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, Salaries and compensations (Fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. **Date debt was incurred:** 07/01/2004

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ **31,613.60** ____ ____ **31,613.60**
   (unsecured) (secured) (priority) (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right to setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ **0.00**
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ **0.00**

6. **Unsecured Nonpriority Claim** $ **31,613.60**
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ **0.00**
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: **2/10/2006**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*[signature]*
**Jonathan R. Williams, Counsel for Claimant**

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PINES CARTER OF FLORIDA, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50595 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR JULY 2004 | 3,018.93 | 3,018.93 |

**Total**    $3,018.93

PINES CARTER OF FLORIDA, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50596 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR AUGUST 2004 | 3,018 93 | 3,018 93 |

**Total**  $3,018 93

PINES CARTER OF FLORIDA, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50597 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR SEPTEMBER 2004 | 3,018 93 | 3,018 93 |
| | | **Total** | $3,018 93 |

PINES CARTER OF FLORIDA, INC

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50598 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR OCTOBER 2004 | 3,018 93 | 3,018 93 |

**Total** $3,018 93

PINES CARTER OF FLORIDA, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50599 |

**Bill To**

WINN DIXIE

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR NOVEMBER 2004 | 3,018 93 | 3,018 93 |

**Total** $3,018 93

PINES CARTER OF FLORIDA, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50600 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
| |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR DECEMBER 2004 | 3,018 93 | 3,018 93 |

**Total** $3,018 93

PINES CARTER OF FLORIDA, INC

# Invoice

| Date | Invoice # |
|---|---|
| 1/1/2005 | 50601 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR JANUARY 2005 | 3,132.09 | 3,132.09 |

**Total** $3,132.09

PINES CARTER OF FLORIDA, INC.

# Invoice

| Date | Invoice # |
|---|---|
| 2/1/2005 | 50602 |

| Bill To |
|---|
| WINN DIXIE |

| Terms |
|---|
|  |

| Item Code | Description | Price Each | Amount |
|---|---|---|---|
| CAM | CAM CHARGES FOR FEBRUARY 2005 | 3,132 09 | 3,132 09 |

*Handwritten note:* PAID $578 72 on account on 4/18/05 Ck # 008020904 Bal. due on this invoice $2553 37

| | Total | $3,132 09 |
|---|---|---|

## NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

### AD VALOREM TAXES — PINELLAS COUNTY TAX COLLECTOR

2005 REAL ESTATE TAX/NOTICE RECEIPT FOR PINELLAS COUNTY   RE 159094-2
PAY IN U.S. FUNDS TO *DIANE NELSON TAXCOLLECTOR*
P.O. BOX 10832 • CLEARWATER, FL 33757-8832 • (727) 562-3262

| NOVEMBER | DECEMBER | JANUARY | FEBRUARY | MARCH |
|---|---|---|---|---|
| $81,227.26 | $82,073.38 | $82,919.50 | $83,765.61 | $84,611.73 |

| Misc Code | Escrow | Millage Code | Millage Rate |
|---|---|---|---|
|  |  | MB | 19.6042 |

| Assessed Value | Exempt Value | Taxable Value |
|---|---|---|
| 4,316,000 | 0 | 4,316,000 |

Parcel # 09/31/15/00000/130/0300
Site Address 15100 MUNICIPAL DR

PINES-CARTER FLA INC
3301 PONCE DE LEON BLVD
PENTHOUSE
MIAMI, FL 33134-7273

| TAXING AUTHORITY | MILLAGE RATE | TAXES LEVIED |
|---|---|---|
| COUNTY-AGGREGATE | 6.8010 | $29,353.12 |
| SCHOOL-STATE LAW | 5.1910 | $22,404.36 |
| SCHOOL-LOCAL BD. | 3.1990 | $13,806.88 |
| CITY | 2.1200 | $9,149.92 |
| SW FLA WTR MGMT. | .4220 | $1,821.35 |
| PINELLAS ANCLOTE | .4000 | $1,726.40 |
| PIN.CO.PLN.CNCL. | .0218 | $94.09 |
| JUV. WELFARE BD. | .8117 | $3,503.30 |
| SUNCST. TR.AUTH. | .6377 | $2,752.31 |

Legal Description

(CARTER SHOPPING PLAZA)
FROM PNT ON S LN OF NE 1/4
& C/L OF GULF BLVD TH
N49DW 320.55FT & N41DE 233

http://www.visualgov.com/pinellascounty/PrintBill.aspx?ItemNumber=159094          11/1/2005

## CARTER PLAZA SHOPPING CENTER

RE TAX BILLING
FOR YEAR 2005

UNIT #    15200
WINN DIXIE

| | |
|---|---:|
| REAL ESTATE TAXES AS PER ENCLOSED | $81,227.26 |
| TOTAL RENTABLE SQUARE FOOTAGE OF CENTER | 65,909 |
| REAL ESTATE TAXES PER SQUARE FOOT | $1.2324 |
| SQUARE FOOTAGE OF YOUR STORE | 44,509 |
| YOUR PROPORTIONATE SHARE OF REAL ESTATE TAXES | $54,853.57 |
| LESS AMOUNT PAID IN INSTALLMENTS (IF ANY) | $0.00 |
| **BALANCE DUE** | $54,853.57 |

*PLEASE MAKE CHECK PAYABLE TO PINES CARTER OF FLORIDA, INC.*

