UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about February 7, 2006, I caused copies of:

- the **Notice of Debtors' Fourth Omnibus Objection to (A) Misclassified Claims and (B) Amended & Superseded Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as **Exhibit A (Misclassified Claimants)** and **Exhibit B (Amended & Superseded Claimants)**. A copy of the served Notices as listed above is attached hereto as Exhibits C and D.

Dated: February 13, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 4A-4B

SERVICE LIST

EXHIBIT A
(MISCLASSIFIED CLAIMANTS)

## SERVICE LIST - EXHIBIT A
### (MISCLASSIFIED CLAIMANTS)
### Notice of Debtors' Fourth Omnibus Objection to
### (A) Misclassified Claims and (B) Amended Superseded Claims

Page 1 of 2

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241459-12<br>ABN DISTRIBUTORS INC<br>C/O BARBARA RUIZ GONZALES ESQ<br>12120 SW 80 ST<br>MIAMI FL 33183 | CREDITOR ID: 241459-12<br>ABN DISTRIBUTORS INC<br>ATTN: JOSE A GONZALEZ, OWNER<br>13115 S W 122 AVE<br>MIAMI, FL 33186 | CREDITOR ID: 241846-12<br>ALABAMA TIRE SERVICE INC<br>ATTN RICHARD GLASS, OWNER<br>923 MARTHA DRIVE<br>DEMOPOLIS, AL 36732 |
| CREDITOR ID: 242479-12<br>AQUA SOFT WATER SYSTEMS INC<br>ATTN MARGARET E RICE, PRES<br>220 BUSINESS PARKWAY<br>ROYAL PALM BEACH, FL 33411 | CREDITOR ID: 243584-12<br>BK INSTRUMENTATION CALIBRATION SVCS<br>ATTN BRIAN KILLINGSWORTH, VP<br>3411 JARROD LANE<br>LAKELAND FL 33810 | CREDITOR ID: 244570-12<br>CARLSTEDTS<br>PO BOX 2338<br>2252 DENNIS STREET<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 244907-12<br>CENTRAL SNACKS INC<br>ATTN RANDY CARSON/E SMITH<br>1700 NORTH PEARL STREET<br>CARTHAGE, MS 39051 | CREDITOR ID: 381041-47<br>CHATHAM PERSONNEL CONSULTANTS<br>OF JAX INC<br>ATTN STEPHANIE Z SCHWADER, PRES<br>2137 PARK STREET<br>JACKSONVILLE, FL 32204 | CREDITOR ID: 245497-12<br>CITY FIRE EQUIPMENT<br>ATTN GERRY STUMM, PRES<br>PO BOX 3673<br>HOLLYWOOD, FL 33083 |
| CREDITOR ID: 395624-65<br>CITY FIRE EQUIPMENT<br>C/O CITY FIRE, INC<br>ATTN GERRY STUMM, PRES<br>5708 SW 25 ST<br>HOLLYWOOD, FL 33023 | CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 246980-12<br>COPIAH MEDICAL ASSOCIATION<br>ATTN EDDIE MCCORMICK<br>213 CALDWELL DRIVE<br>HAZELHURST, MS 39083 |
| CREDITOR ID: 397788-75<br>DB CONVEYOR SERVICES, INC<br>ATTN DANIEL BUTTERWORTH, PRESIDENT<br>12029 OLD BELDING ROAD<br>BELDING, MI 48809 | CREDITOR ID: 248290-12<br>DOMBROVSKI MEATS CO<br>ATTN: ERIN LOMMEL, OWNER<br>425 DEWEY STREET<br>PO BOX 308<br>FOLEY, MN 56329 | CREDITOR ID: 399436-15<br>EXTENDED STAY SUITES<br>ATTN S NELSON OR F BLEVINS<br>1401 SW 15TH STREET<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 399357-15<br>FILING SOURCE INC<br>ATTN CANDACE E BOBECK, PRES<br>7529 SALISBURY ROAD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 249740-12<br>FLORIDA DICKENS ASSOCIATES<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 | CREDITOR ID: 404014-15<br>FLORIDA DICKENS ASSOCIATES<br>ATTN WILLIAM L PIERPOINT<br>PO BOX 5005<br>RANCHO MIRAGE CA 92270 |
| CREDITOR ID: 2907-04<br>FLORIDA REFUSE<br>ATTN MELODEE SHORES<br>3820 MAINE AVENUE<br>LAKELAND, FL 33801 | CREDITOR ID: 385-03<br>GAINESVILLE REGIONAL UTILITIES<br>ATTN KIMBERLY OLIVIER<br>PO BOX 147117, STATION A136<br>GAINESVILLE FL 32614-7117 | CREDITOR ID: 381243-47<br>HASTY'S COMMUNICATIONS OF FLORIDA INC<br>7033 COMMONWELATH AVE, SUITE 6<br>JACKSONVILLE, FL 32220 |
| CREDITOR ID: 251846-12<br>HOST COMMUNICATIONS INC<br>ATTN SHEILA GRIGSBY<br>546 EAST MAIN STREET<br>LEXINGTON, KY 40508 | CREDITOR ID: 252055-12<br>ILLINGWORTH ENGINEERING<br>ATTN MICHAEL L FLETCHALL, PRES<br>6855 PHILLIPS PARKWAY DR S<br>JACKSONVILLE, FL 32256-1565 | CREDITOR ID: 252231-12<br>INTERCON ASSOCIATES INC<br>ATTN JOSEPH GOIS JR, VP OF FIN<br>95 ALLENS CREEK RD BLDG 2 SUITE 200<br>ROCHESTER, NY 14618 |
| CREDITOR ID: 381234-47<br>JM INDUSTRIAL SALES INC<br>ATTN JOSE A MENDEZ, PRESIDENT<br>PO BOX 2245<br>HAMMOND LA 70404 | CREDITOR ID: 253349-12<br>JOLYS METAL WORKS INC<br>ATTN GREG K SMITH, PRES<br>PO BOX 29041<br>NEW ORLEANS, LA 70189-0041 | CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 |

Case 3:05-bk-03817-JAF   Doc 5770   Filed 02/13/06   Page 4 of 13

SERVICE LIST - EXHIBIT A
Page 2 of 2
(MISCLASSIFIED CLAIMANTS)
Notice of Debtors' Fourth Omnibus Objection to
(A) Misclassified Claims and (B) Amended_Superseded Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399728-98<br>MADISON NICHE OPPORTUNITIES LLC<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255562-12<br>MARKHAM ENTERPRISES OF JAX<br>ATTN T L MARKHAM, OWNER<br>7800 OLD KINGS ROAD<br>JACKSONVILLE, FL 32219 | CREDITOR ID: 399690-YY<br>NATCO INC FKA HOBART SALES & SVCE<br>ATTN BELLA NATALICCHIO<br>PO BOX 4607<br>WILMINGTON NC 28406 |
| CREDITOR ID: 257749-12<br>ORGANIC MATTERS INC<br>PO BOX 570<br>BARTOW FL 33831-0570 | CREDITOR ID: 257751-12<br>ORGANIZED KASHRUS LAB<br>391 TROY AVE<br>BROOKLYN, NY 11213 | CREDITOR ID: 258319-12<br>PEPINIERE BONSAI 2000 INC<br>ATTN JANIELLE BEAUCHEMIN<br>1165 RUE ST JOSEPH<br>TINGWICK, QC J0A 1L0<br>CANADA |
| CREDITOR ID: 258311-12<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 | CREDITOR ID: 399651-15<br>R&R SUPPLY CO, INC<br>ATTN REBECCA ROYAL<br>830 PLANTATION WAY<br>MONTGOMERY AL 36117 | CREDITOR ID: 381779-15<br>REMY CORPORATION<br>ATTN LINDA CONNOR<br>1637 WAZEE STREET 2ND FLOOR<br>DENVER CO 80202 |
| CREDITOR ID: 377139-44<br>SOWELL JC WHOLESALE MTS<br>ATTN JERRY C SOWELL<br>369 T H TIPPETT ROAD<br>VIDALIA, GA 30474 | CREDITOR ID: 261956-12<br>STEPHENS TILE COMPANY, INC<br>ATTN ALVIN STEPHENS, PRES<br>140 EAGERTON ROAD<br>MONTGOMERY, AL 36116-4510 | CREDITOR ID: 399356-15<br>TAB OF NORTHEAST FLORIDA, INC DBA<br>FILING SOURCE INC<br>ATTN CANDICE E BOBECK, PRES<br>PO BOX 551467<br>JACKSONVILLE FL 32255-1467 |
| CREDITOR ID: 399280-15<br>TELSOUTH COMMUNICATIONS, INC<br>ATTN STEVEN E BRITTAIN, PRES<br>8405-A BENJAMIN ROAD<br>TAMPA FL 33634 | CREDITOR ID: 263294-12<br>TOWN OF CLARKSVILLE UTILITY DEPT<br>ATTN WENDY N FEILD, TOWN CLERK<br>PO BOX 1147<br>CLARKSVILLE, VA 23970-2619 | CREDITOR ID: 262404-12<br>TRS INC<br>ATTN RANDY D SUMMERS, VP<br>6330 SILVER STAR RD<br>ORLANDO, FL 32818-3119 |
| CREDITOR ID: 264468-12<br>WASTE SERVICES OF FLORIDA, INC<br>ATTN JACQUELYN L BOUSQUET, SUPERV<br>PO BOX 78021<br>PHOENIX, AZ 85062-8021 | CREDITOR ID: 264875-12<br>WILLIAMSON LAWN MAINTENANCE<br>ATTN KEVIN WILLIAMSON, OWNER<br>PO BOX 5613<br>FITZGERALD, GA 31750 | CREDITOR ID: 264967-12<br>WINTER HAVEN HOSP DBA HEALTHWORKS<br>ATTN MONA BEDFORD, MGR<br>134 ARIANA AVENUE<br>AUBURNDALE, FL 33823 |

   Total:   45

SERVICE LIST

EXHIBIT B
(AMENDED & SUPERSEDED CLAIMANTS)

**SERVICE LIST - EXHIBIT B** Page 1 of 2
**(AMENDED_SUPERSEDED CLAIMANTS)**
Notice of Debtors' Fourth Omnibus Objection to
(A) Misclassified Claims and (B) Amended_Superseded Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416983-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | CREDITOR ID: 410372-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MGR<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | CREDITOR ID: 416983-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N. REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 410372-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>C/O RUSSO & KAVULICH PL<br>ATTN REX RUSSO, ESQ<br>2655 LEJEUNE ROAD, PH-1D<br>CORAL CABLES FL 33134 | CREDITOR ID: 1122-07<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY FL 33043 |
| CREDITOR ID: 393721-58<br>BRADFORD, DON F & WENDY L<br>C/O BEARFIELD & BLACKBURN<br>ATTN RICK J BEARFIELD, ESQ<br>2513 WESLEY STREET, STE 1<br>PO BOX 4210 CRS<br>JOHNSON CITY TN 37602 | CREDITOR ID: 393721-58<br>BRADFORD, DON F & WENDY L<br>236 LAKERIDGE DRIVE<br>JOHNSON CITY TN 37659 | CREDITOR ID: 243998-12<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 60<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 243998-12<br>BRIGHT-MEYERS DUBLIN ASSOCS, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 416252-BD<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE, CUST SVCE DIR<br>955 WILMINGTON ROAD<br>FAYETTEVILLE NC 28302 | CREDITOR ID: 381011-47<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 |
| CREDITOR ID: 953-03<br>CITY OF WARNER ROBINS UTILITY & TAX<br>ATTN JAMES E ELLIOTT JR, ESQ<br>PO BOX 1488<br>WARNER ROBINS GA 31099 | CREDITOR ID: 317804-42<br>COUNTY OF HAMILTON, OH TREAS<br>ATTN NANCY LECOMPTE<br>COUNTY ADMINISTRATION BLDG, RM 409<br>CINCINNATI, OH 45202-1215 | CREDITOR ID: 247147-12<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180 | CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>ATTN WILLIAM F TARR, ESQ<br>ONE NORTH CLEMATIS STREET, STE 200<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>C/O POST HEYMANN & KOFFLER, LLP<br>ATTN WILLIAM W POST, ESQ<br>TWO JERICO PLAZA, WING A, STE 111<br>JERICHO NY 11753 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 |
| CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 | CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 |
| CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 | CREDITOR ID: 410368-15<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 410522-15<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 |

**(AMENDED_SUPERSEDED CLAIMANTS)**
**Notice of Debtors' Fourth Omnibus Objection to**
**(A) Misclassified Claims and (B) Amended_Superseded Claims**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 408188-15<br>HUSSMANN CORPORATION<br>ATTN BILL BUTLER, CREDIT ANALYST<br>12999 ST CHARLES ROCK ROAD<br>BRIDGETON MO 63044 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN: ALBERTO GONZALES, ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 |
| CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 | CREDITOR ID: 410537-15<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 |
| CREDITOR ID: 417086-15<br>NATIONWIDE LIFE INSURANCE COMPANY<br>C/O SCOGGINS GOODMAN, PC<br>ATTN RANDALL W MAY, ESQ<br>ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215-2220 | CREDITOR ID: 261685-12<br>PARISH OF ST JOHN SHRF & TX COLL<br>ATTN WAYNE L JONES<br>PO BOX 1600<br>LA PLACE LA 70069-1600 | CREDITOR ID: 1713-07<br>PINETREE PARTNERS LTD<br>ATTN CHARLES M FLOWERS<br>113 BASCOM COURT, SUITE A<br>COLUMBUS, GA 31909-8562 |
| CREDITOR ID: 402955-89<br>RYAN, HOMER C JR<br>481 W LIBERTY ST<br>HERNANDO FL 34442 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 |
| CREDITOR ID: 411389-15<br>SOUTHEAST US RETAIL FUND, LP<br>C/O HENDERSON FRANKLIN STARNES<br>ATTN DOUGLAS B SZABO, ESQ<br>PO BOX 280<br>FORT MYERS FL 33902-0280 | CREDITOR ID: 416261-15<br>SOUTHWAY INVESTORS<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN JULIO E MENDOZA JR, ESQ<br>PO DRAWER 2426<br>COLUMBIA SC 29202 | CREDITOR ID: 416261-15<br>SOUTHWAY INVESTORS<br>ATTN WILL BOWERS<br>1252 OVERBROOK DRIVE, SUITE 7<br>GAFFNEY SC 29341 |
| CREDITOR ID: 2582-07<br>SOUTHWAY INVESTORS<br>ATTN JEFFREY F BUICE, GP<br>718 E FREDERICK STREET<br>GAFFNEY SC 29340 | CREDITOR ID: 381921-15<br>STATE OF TENNESSEE REV DEPT<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS JR<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | CREDITOR ID: 411314-15<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 |
| CREDITOR ID: 410538-15<br>TEACHERS RETIREMENT SYSTEM OF THE<br>STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 253939-12<br>TED CARTER ENTERPRISES, INC DBA<br>KEYS SANITARY SERVICE<br>ATTN JOHN CARTER JR/JOHN CARTER SR<br>PO BOX 345<br>TAVERNIER FL 33070-0345 | CREDITOR ID: 411028-15<br>US BANK NA, IND TEE<br>CORPORATE TRUSTEE SERVICES<br>ATTN PATRICIA J KAPSCH, ASST VP<br>PO BOX 70870<br>ST PAUL MN 55170-9705 |
| CREDITOR ID: 411028-15<br>US BANK NA, IND TEE<br>WALLER LANSDEN DORTCH & DAVIS, PLLC<br>ATTN DAVID LEMKE, ESQ<br>511 UNION STREET, STE 2700<br>NASHVILLE TN 37219 | CREDITOR ID: 416937-15<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 | CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>C/O RUDEN, MCCLOSKY, SMITH, ET AL<br>ATTN RICHARD H MALCHON, JR, ESQ<br>401 EAST JACKSON STREET, SUITE 2700<br>TAMPA FL 33602 |
| CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>ATTN SHAI MOSCHOWITS/LARRY BERNICK<br>3200 NORTH MILITARY TRAIL 4TH FLOOR<br>BOCA RATON FL 33431 | CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>C/O TOBIN & REYES, PA<br>ATTN RICARDO A REYES, ESQ<br>7251 W PALMETTO PARK ROAD, STE 205<br>BOCA RATON FL 33433 | |

**Total: 53**

EXHIBIT C
NOTICE TO MISCLASSIFIED CLAIMANTS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' FOURTH OMNIBUS OBJECTION TO
(A) MISCLASSIFIED CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS**

[Claimant's name & address]                                  [Counsel's address]


[Transferee's address]                                       [Additional Notice Party address]

| **CLAIM(S) TO BE RECLASSIFIED** | |
|---|---|
| Claim No.: <br> Claim Amount: <br> Claim Priority Status: <br> Debtor: | Modified Priority Status: <br> Reason for Modification: |

   1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 7, 2006 their Fourth Omnibus Objection to (A) Misclassified Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

   2. **Because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above under CLAIM(S) TO BE RECLASSIFIED from the classification listed above to an unsecured non-priority claim.**

   3. If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

   4. If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on February 27, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

   5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

6.	In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.	A hearing will be held on **March 9, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.	If the Bankruptcy Court does not reclassify your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.	The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.	**If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  February 7, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By      */s/ D.J. Baker*<br>         D.J. Baker<br>         Sally McDonald Henry<br>         Rosalie Walker Gray<br>         Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By      */s/ James H. Post*<br>         Stephen D. Busey<br>         James H. Post<br>         Cynthia C. Jackson<br>         Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

EXHIBIT D
NOTICE TO AMENDED & SUPERSEDED CLAIMANTS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.¹ | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' FOURTH OMNIBUS OBJECTION TO**
**(A) MISCLASSIFIED CLAIMS AND (B) AMENDED AND SUPERSEDED CLAIMS**

[Claimant's name & address]                    [Claimant's name & address]

[Counsel's address]                             [Counsel's address]

[Additional Notice Party address]               [Additional Notice Party address]

[Transferee's address]                          [Transferee's address]

| **CLAIM(S) TO BE DISALLOWED** ||
|---|---|
| Amended Claim to be Disallowed: | Remaining Claim: |
| Amount of Claim to be Disallowed: | Amount of Remaining Claim: |
| Debtor: | Reason for Disallowance: |

      1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 7, 2006 their Fourth Omnibus Objection to (A) Misclassified Claims and (B) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2. The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED on the ground that the claim was <u>amended and superseded</u> by another claim that is listed as the REMAINING CLAIM above. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim. The REMAINING CLAIM listed above is not affected by the Objection.**

      3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

¹    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on February 27, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **March 9, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. The REMAINING CLAIM(S) listed above may also be subject to further objections. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: February 7, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    */s/ D.J. Baker*<br>    D.J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By    */s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |