## Lea Ann Presley

**From:** Ed J. Ashton
**Sent:** Tuesday, January 31, 2006 4:31 PM
**To:** 'Mircheva, Vladimira D'
**Cc:** 'rgs@rgsproperties.com'
**Subject:** FW: WD- 3rd claim objection

Edward J. Ashton
Walston, Wells & Birchall, LLP
Suite 1100, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 244-5260
Facsimile: (205) 244-5460

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use the information. THANK YOU.

-----Original Message-----
**From:** Leamy, Jane [mailto:JLEAMY@skadden.com]
**Sent:** Tuesday, January 31, 2006 4:15 PM
**To:** Ed J. Ashton
**Cc:** rgs@rgsproperties.com; James H. Post; Gray, Rosalie
**Subject:** RE: WD- 3rd claim objection

This will confirm our discussion today regarding Deerfoot Marketplace, LLC's claims and the 3rd claim objection. We will withdraw without prejudice the objection to claims 11036 and 11037 based on your representation that they were not intended to be amended by claims 11889 and 11890, but were separate. No response will be necessary by Deerfoot.
I will revise the proposed order to remove the claims and will circulate a copy to you prior to the 2/23 hearing (likely sometime after 2/20).

Jane M. Leamy
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3179
Fax:(302) 651-3001
Direct Fax: (888) 329-8399

**From:** Ed J. Ashton [mailto:eashton@walstonwells.com]
**Sent:** Tuesday, January 31, 2006 3:10 PM
**To:** Leamy, Jane
**Cc:** rgs@rgsproperties.com

1/31/2006