UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,   Case No. 3:05-bk-03817-3F1
                                    Chapter 11 (Jointly Administered)
        Debtors.

_____/

**LIMITED RESPONSE OF CATAMOUNT ROCKINGHAM, LLC,
CATAMOUNT ATLANTA, LLC AND CATAMOUNT LS-KY, LLC TO DEBTORS'
THIRD OMNIBUS OBJECTION TO AMENDED AND SUPERSEDED CLAIMS**

Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, as lessor of the premises identified as Store Number 2045 located in Rockingham, North Carolina ("Rockingham"); Catamount Atlanta, LLC, a Nevada limited liability company, as (a) assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, as lessor of the premises identified as Store Number 2712 located in Atlanta, Georgia, and (b) as transferee of the claim of Ackerman Midtown Associates, Ltd. ("Ackerman"), as ground lessor of the premises identified as Store Number 2712 located in Atlanta, Georgia ("Atlanta"); and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, as (x) lessor of the premises identified as Store Number 1673 located in Shelbyville, Kentucky, and (y) lessor of the premises identified as Store Number 1676 located in Louisville, Kentucky ("LS-KY") (Rockingham, Atlanta and LS-KY collectively are referred to hereinafter as "Catamount"), file this response to Debtors' Third Omnibus Objection

1

to Amended and Superseded Claims (the "Third Claims Objection"), and in support, state as follows:

1.  Pursuant to the Third Claims Objection, Debtors propose to disallow those claims filed by Catamount herein and set forth in Column 3 in the table below, to be replaced by those claims filed by Catamount on the dates indicated, and in the amounts, set forth in Column 4 in the table below, namely:

| Claimant (Column 1) | Debtor† (Column 2) | Claim No.*, date filed, and amount to be disallowed (Column 3) | Claim No.*, date filed, and amount to remain (Column 4) |
|---|---|---|---|
| Atlanta | Montgomery | #7835, 7/25/05, $227,024.96 | #11787, 9/12/05, $310,150.47 |
| Atlanta | Stores | #7836, 7/25/05, $227,024.96 | #11786, 9/12/05, $310,150.47 |
| Atlanta | Stores | #11104, 8/1/05, $93,968.96 | #11786, 9/12/05, $310,150.47 |
| LS-KY | Raleigh | #7833, 7/25/05, $95,016.86 | #11852, 9/27/05, $267,960.49 |
| LS-KY | Stores | #7838, 7/25/05, $95,016.86 | #11851, 9/27/05, $267,960.49 |
| Rockingham | Raleigh | #7834, 7/25/05, $15,858.64 | #11892, 10/7/05, $287,939.65 |
| Rockingham | Stores | #7837, 7/25/05, $15,858.64 | #11891, 10/7/05, $287,939.65 |

† The references to "Debtor" refer, respectively, to Winn-Dixie Montgomery, Inc., Winn-Dixie Stores, Inc. and Winn-Dixie Raleigh, Inc.

*Note that inasmuch as the claim files are maintained at the Winn-Dixie Claims Docketing Center, which is run by Logan & Company, Inc. in Upper Montclair, New Jersey, Catamount cannot confirm whether the claim numbers Debtors reference in their Third Claims Objection are, in fact, those claim numbers assigned by Logan & Company, Inc. to the Catamount claims noted above.

2.  Debtors' Third Claims Objection fails to take into account the fact that, as indicated by Exhibit A hereto, on January 13, 2006, LS-KY further amended its claim against Winn-Dixie Raleigh, Inc. ("Raleigh") by filing an amended proof of claim in the amount of $594,892.21. Thus, this claim of LS-KY against Raleigh in the amount of $594,892.21– and not LS-KY's Claim No. 11852, filed 9/27/05 in the amount of $267,960.49 – should be the "Remaining Claim," using Debtors' terminology in the Third Claims Objection, for LS-KY's claim against Raleigh.

3. Moreover, LS-KY notes that it intends to amend further its Claim No. 11851, filed 9/27/05 against Winn-Dixie Stores, Inc., in the amount of $267,960.49, to the increased amount of $594,892.21, for the reasons set forth in LS-KY's January 13, 2006 claim against Raleigh.

4. Finally, Catamount notes that the "Remaining Claims" (using Debtors' terminology in the Third Claims Objection) for all Catamount entities against all Debtor entities are subject to further amendment, as noted in each of the respective proofs of claim comprising the "Remaining Claims," inasmuch as information necessary to complete certain elements of each of these claims is still being gathered from the Debtors and other sources. Catamount anticipates filing such further amendments in the near future, and Catamount asks that the Court deny the Third Claims Objection to the extent it is inconsistent with Catamount's right further to amend its claims.

WHEREFORE, Catamount respectfully requests that the Court deny the Third Claims Objection on the limited grounds as set forth above, and grant such other relief as is just and proper in the premises.

Dated: February 13, 2006

Respectfully submitted,

__/s/ C. Daniel Motsinger_____
C. Daniel Motsinger
Florida Bar No.: 0362875
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

Attorneys for Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been served on February 13, 2006, either by electronic transmission or by United States first class mail postage prepaid to the following:

                                                         /s/ C. Daniel Motsinger
                                                        C. Daniel Motsinger

| | |
|---|---|
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne<br>Milbank Tweed & Hadley<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Elana L. Escamilla<br>Office of United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL 32806 | John B. McDonald<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Cynthia C. Jackson<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | |

KD_IM-678522_1.DOC