**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**LIMITED RESPONSE OF VICTORY REAL ESTATE INVESTMENTS
TO DEBTORS' THIRD OMNIBUS OBJECTION TO
AMENDED AND SUPERSEDED CLAIMS**

Victory Real Estate Investments, LLC; Victory Investments, Inc.; Jesup Victory, LLC, New Iberia Investors, LLC; Palisades Investors, LLC; and Victory Vidalia, LLC, (collectively, "Victory") respond to the Debtors' Third Omnibus Objection to Amended and Superseded Claims and say:

1.  The Debtors have filed an Omnibus Objection to Amended and Superseded Claims (the "Objection") with respect to certain claims filed in these cases by Victory (the "Claims"). The Claims are specifically listed on pages 20, 24, 26 and 38 of Exhibit "A" to the Objection (Docket No. 5307).

2.  Each of the Claims specifically recites that it "supersedes, amends, and replaces" the claim or claims theretofore filed in this matter.

3.  The Order attached to Debtors' Third Omnibus Objection to Amended and Superseded Claims, however, is not in correct form as to Victory because it purports to reserve a right to file further objections to Victory's Proofs of Claim.

4.  At the hearing held September 1, 2005, with regard to the Debtors' proposed Omnibus Claims Procedure, it was stipulated specifically with respect to Victory that the Debtors would be entitled to interpose one and only one objection to a Claim. Since Debtors have chosen to object to the claims of the above-named parties in their Third Omnibus Objection to Amended and Superseded Claims, pursuant to the

Stipulation of the parties, the Debtors are not entitled to file further objections with regard to the claims listed in Exhibit "A" to their Third Omnibus Objection with respect to Victory.

5. By reason of the stipulation, therefore, paragraph 5 of the Proposed Order attached to the Third Omnibus Objection is not applicable to and should be stricken with respect to Victory Vidalia, LLC, Palisades Investors, LLC, New Iberia, LLC and Jesup Victory, LLC.

Dated February 13th, 2006.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that in accordance with the Order Under 11 U.S.C. §105 Approving Notice Procedures Regarding Omnibus Claim Objections and Schedule Amendment Motions dated September 1, 2005, a true and correct copy of the foregoing has been furnished by U.S. Mail to D. J. Baker of SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP at Four Times Square, New York New York and Cynthia C. Jackson of SMITH, HULSEY & BUSEY at 225 Water Street, Suite 1800, Jacksonville, FL 32202 by U.S. Mail, postage prepaid, along with all other interested parties being served electronically this 13th day of February, 2006.

SLOTT, BARKER & NUSSBAUM
334 East Duval Street
Jacksonville, FL 32202
(904) 353-0033 (Telephone)
(904) 355-4148 (Telecopy)
embarker@bellsouth.net (Email)

/s/ Earl M. Barker, Jr.
Earl M. Barker, Jr.
Florida Bar No.: 110140

Attorney for Victory Real Estate Investments, LLC et al