# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR APPROVAL OF SETTLEMENT RELATING TO DALTON GEORGIA PROPERTY

I, Adam Ravin, certify that I caused to be served the (i) Debtors' Motion for Approval of Settlement Relating to Dalton Georgia Property [Docket No. 5745] and (ii) Notice of Hearing thereon [Docket No. 5746] by having true and correct copies thereof sent on February 10, 2006 via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: February 13, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam Ravin*
Adam Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

## EXHIBIT A

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL  32399

Internal Revenue Service
Special Procedures - Stop 5720
400 W. Bay Street, Suite 35045
Jacksonville, FL  32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC  27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Suite 225
Greenwich, CT  06830

State of Florida, AHCA
Attn: Grant Dearborn, Esquire
2727 Mahan Drive MS 3
Tallahassee, FL  32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esquire
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303

State of Georgia
Department of Community Health
Attn: Neal B. Childers, Esquire
2 Peachtree Street, 40th Floor
Atlanta, GA  30303-3159

State of Kentucky Health & Family
Services Cabinet
Attn: Richard Warne, Esquire
275 East Main Street, 5W-B
Frankfort, KY  40621

Equity Property and Development
Attn: Huihwa Nam
2 North Riverside Plaza
6th Floor
Chicago, IL  60606

Mike Chlebovec
Director - Asset Management
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

Thomas P. Guerard
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC  29401

2

## **EXHIBIT B**

Thomas P. Guerard
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC  29401
Tel: (843) 722-3400
Fax: (843) 723-7398
tguerard@bmsmlaw.com

## **EXHIBIT C**

Huihwa Nam
Equity Property and Development
Tel: (312) 466-3173
Fax: (312) 454-0359.