

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
February 13, 2006

**HONORABLE JERRY A. FUNK**         JACKSONVILLE

CASE NUMBER: 05-03817-3F1            HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: JAMES H. POST / CYNTHIA JACKSON / D.J. BAKER
US Trustee: ELENA ESCAMILLA

HEARING:

~~████████████████████████████████~~

R/S     A/P     F/HRG

ORDER:

~~████████████████████████████████~~

R/S     A/P     F/HRG

ORDER:

3. CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY SARRIA ENTERPRISES (1542)

R/S     A/P     F/HRG

ORDER:     *Under Advisement*

APPEARANCES:
MOVANT #1: ROBERT WUNKER
MOVANT #2: BRIAN P. BRITT
MOVANT #3: ALAN BERGER
CREDITOR COMMITTEE: JOHN MACDONALD / MATTHEW BARR / *Patentgri*

RULING:

prorpt2