UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-3817-3F1

IN RE:

WINN DIXIE STORES, INC, et al,

Debtor(s).

Filed in Open Court

FEB 1 3 2006

CLERK, U.S. BAN...
MIDDLE DISTRICT...

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW the undersigned attorney and files this Notice of Appearance as additional counsel on behalf of the creditors CHARLENE MILLER and ROBERT MILLER in the above referenced case.

DATED this 13th day of February, 2006.

MARK S. KESSLER, P.A.

By: _____
MARK S. KESSLER, ESQUIRE
Florida Bar #258326
331 E. Union Street
Jacksonville, Florida 32202
Tel: (904) 350-0060
Fax: (904) 350-9906
Attorney for Creditors
CHARLENE MILLER and ROBERT MILLER