UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER DENYING MOTION FOR RELIEF**
**FROM STAY FILED BY PAUL VERNON MACON**

This case came before the Court on February 6, 2006 upon the Motion for Relief from Automatic Stay filed by Paul Vernon Macon (the "Movant") (Doc. No. 4159). Upon failure of Movant or his counsel to appear in Court, it is

ORDERED that the motion is denied.

Dated this 14 day of February, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Rodger J. Friedline, Esq.
James H. Post, Esq.
United States Trustee

00522265