UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **March 23, 2006 at 1:00 P.M. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Stiles West Associates, Ltd.'s Motion to Enforce Lease Termination Agreement and Compel Payment of Administrative Expense (Docket No. 5380).

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that, pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: February 14, 2006.

                                        **BERGER SINGERMAN, P.A.**
                                        Attorneys for Stiles West Associates, LTD.
                                        350 E. Las Olas Boulevard
                                        Suite 1000
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 525-9900
                                        Facsimile: (954) 523-2872

                                        By: _____/s/ Arthur J. Spector_____
                                                Arthur J. Spector
                                                Florida Bar No. 620777
                                                aspector@bergersingerman.com

## CERTIFICATE OF SERVICE

     I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that I have sent by U.S. Mail or electronic mail a copy of the foregoing to all parties on the attached Master Service List on this 14th day of February 2006.


                                     _____/s/    Arthur J. Spector_____

305698-1