## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE FOURTEENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] the completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

      1.      Gaebe, Mullen, Antonelli, Esco & DiMatteo (Exhibit A)

The Debtors will serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Creditors' Committee and counsel to the DIP Lender. The United States Trustee, the Creditors' Committee, and the DIP Lender shall have

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

20 days after such service to object to the retention the above referenced Ordinary Course

Professional.

Dated:  February 14, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Steven B. Eichel

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___*s/ Cynthia C. Jackson*___
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 498882

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Attorneys for Debtors

**<u>Exhibit A</u>**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 05-03817

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

    Steven Eichel
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Telephone: (212) 735-4113
    Facsimile: (917) 777-4113
    Email: seichel@skadden.com

    If more space is needed, please complete on a separate page and attach.

    I, Stephen N. Montalto, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE

THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE,

INFORMATION AND BELIEF:

1. Name and address of firm:

    Gaebe, Mullen, Antonelli, Esco & DiMatteo
    420 South Dixie Highway, 3rd Floor
    Coral Gables, FL 33146
        Tel.: (305) 667-0223
        Fax.: (305) 284-9844
        E-mail: smontalto@gaebemullen.com

2. Date of retention: January 16, 2006

3. Type of services provided (accounting, legal, etc.):

    Legal Services

4. Brief description of services to be provided:

    Defense of lawsuits brought against Winn-Dixie Stores, Inc.

Questionnaire of: GAEBE MULLEN

5. Arrangements for compensation (hourly, contingent, etc.)

   $125.00 per hour plus the costs of defense

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   N/A

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim: $0.00

   Date claim arose: N/A

   Source of claim: N/A

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Amount of Claim: $ None

   Date claim arose: N/A

   Source of claim: N/A

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: None

    Status: N/A

    Kind of shares: N/A

2

Questionnaire of: GAEBE MULLEN

No. of shares: N/A

11. The above-named firm holds no interest adverse to the Debtors or to their estates withrespect to the matters on which the firm is to be employed, except as disclosed below.
(Provide nature and brief description of any such adverse interest.)

       None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: February 9, 2006

Name: Stephen N. Montalto
Title: Litigation Associate
Company: Gaebe, Mullen, Antonelli, Esco& DiMatteo
Address: 420 South Dixie Highway, 3rd Floor
            Coral Gables, FL 33146
Telephone: (305) 667-0223
Facsimile: (305) 284-9844