# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## WITHDRAWAL OF SPRINGS CORNERS, LLC'S (STORE NO. 2083) OBJECTION TO AND REQUEST FOR RECONSIDERATION OF: ORDER APPROVING DEBTORS' (A) SALE OF ASSETS FREE AND CLEAR OF LIENS, (B) ASSUMPTION AND ASSIGNMENT OF LEASES AND (C) RELATED RELIEF RE: ASSOCIATED WHOLESALE GROCERS, INC. & ALEX LEE, INC.

COMES NOW Springs Corners, LLC ("Springs Corners"), by and through counsel, and withdraws its Objection to and Request for Reconsideration Of: Order Approving Debtors' (A) Sale of Assets Free and Clear of Liens, (B) Assumption and Assignment of Leases and (C) Related Relief Re: Associated Wholesale Grocers, Inc. & Alex Lee, Inc. dated August 8, 2005 ("Objection") (Docket No. 2891). Springs Corners withdraws its Objection to the Order for Store No. 2083 because its cure claim has been paid. The Objection is moot, and Springs Corners hereby withdraws its Objection.

Respectfully submitted this 15th day of February, 2006.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By:    /s/ Jimmy R. Summerlin, Jr.   
      Jimmy R. Summerlin, Jr.
      N.C. State Bar No.: 31819
      P.O. Drawer 2428
      Hickory, NC 28603
      (828) 322-4663
      (828) 322-2023 facsimile
      Attorney for Springs Corners, LLC

129218.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing WITHDRAWAL OF SPRINGS CORNERS, LLC'S (STORE NO. 2083) OBJECTION TO AND REQUEST FOR RECONSIDERATION OF: ORDER APPROVING DEBTORS' (A) SALE OF ASSETS FREE AND CLEAR OF LIENS, (B) ASSUMPTION AND ASSIGNMENT OF LEASES AND (C) RELATED RELIEF RE: ASSOCIATED WHOLESALE GROCERS, INC. & ALEX LEE, INC. were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on February 15, 2006.

D.J. Baker, Sally McDonald Henry,
Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post,
Elizabeth Schule and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 15th day of February, 2006

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By:  /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No.: 31819
P.O. Drawer 2428
Hickory, NC 28603
(828) 322-4663
(828) 322-2023 facsimile

129218.1