# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

**WITHDRAWAL OF SPRINGS CORNERS, LLC'S (STORE NO. 2083) PROOF OF CLAIM**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Bankr. P. 3006, Springs Corners, LLC hereby withdraws the following Proof of Claim filed in the above captioned cases: Claim # 3780. Springs Corners withdraws its Proof of Claim because its cure claim has been paid.

Respectfully submitted this 15th day of February, 2006.

                YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By:    /s/ Jimmy R. Summerlin, Jr.
        Jimmy R. Summerlin, Jr.
        N.C. State Bar No.: 31819
        P.O. Drawer 2428
        Hickory, NC 28603
        (828) 322-4663
        (828) 322-2023 facsimile
        Attorney for Springs Corners, LLC

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing WITHDRAWAL OF SPRINGS CORNERS, LLC'S (STORE NO. 2083) PROOF OF CLAIM were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on February 15, 2006.

D.J. Baker, Sally McDonald Henry,
Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post,
Elizabeth Schule and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 15th day of February, 2006

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
      Jimmy R. Summerlin, Jr.
      N.C. State Bar No.: 31819
      P.O. Drawer 2428
      Hickory, NC 28603
      (828) 322-4663
      (828) 322-2023 facsimile

129221.1