UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC.,                                       Chapter 11

   Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., hereby gives notice of its appearance as counsel on behalf of BENJAMIN CHAVES and pursuant to § 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in the above-referenced case be given to and served upon Patricia A. Redmond, Esq. and Andrew McNamee, Esq. at the following address:

> Patricia A. Redmond, Esq.
> Andrew McNamee, Esq.
> STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
> 150 West Flagler Street, Suite 2200
> Miami, FL 33130
> Telephone: (305) 789-3553   Fax: (305) 789-3395
> E-mail: predmond@swmwas.com
> E-mail: amcnamee@swmwas.com

PLEASE TAKE FURTHER notice that pursuant to §1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed

by mail, hand delivery, telephone, facsimile or otherwise, that affects the Debtor or the property of the Debtor. The Clerk of Court is also requested to place undersigned on the mailing matrix so that the undersigned may receive all notices from the court in the above captioned matter.

Dated: February 16, 2006.

                                        Respectfully submitted,

                                        /s/ Andrew D. McNamee
                                        ANDREW McNAMEE
                                        Florida Bar No. 448060
                                        STEARNS WEAVER MILLER WEISSLER
                                        ALHADEFF & SITTERSON, P.A.
                                        Museum Tower, Suite 2200
                                        150 West Flagler Street
                                        Miami, Florida 33130
                                        (305) 789-3200 Telephone
                                        (305) 789-3395 Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail or electronic means this 16th day of February, 2006 upon the following:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jackson, FL 32202

Elena L. Escamilla
Kenneth C. Meeker
Office of the U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

                                        /s/ Andrew McNamee
                                        ANDREW McNAMEE

G:\W-BANK\36469\002\NOTICE OF APPEARANCE.DOC

2
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
MUSEUM TOWER, 150 WEST FLAGLER STREET, MIAMI, FLORIDA 33130 · TELEPHONE (305) 789-3200