UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
FEB 1 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Chapter 11
Case No.: 05-03817-3F1
(Jointly Administered)
Claim No.: A411216868-0001-01
Proof of Claim No. 1556

## REQUEST FOR MEDIATION

COMES NOW, Claimant, by and through undersigned counsel and pursuant to the Order Approving Claims Resolution Procedure entered by this Court and files this its Request for Mediation. Claimant would allege that they have completed the Questionnaire for Litigation Claimants and a Client Statement was completed on November 18, 2005.

Respectfully Submitted by Claimant Lisa Mincieli Claim No.: A411216868-0001-01.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished U.S. Mail to **Sedgwick Claims Management Service, Inc.**, P.O. Box 24787, Jacksonville, Florida 32241-4787; **Logan & Company, Inc.**, Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043; and **James H. Post, Esq.**, Smith Hulsey & Busey, 1800 Wachovia Bank Tower, 225 Water Street, Jacksonville, Florida 32202 on this 13 day of February, 2006.

**MITTELBERG, NICOSIA & MIRON, P.A.**
1700 North University Drive, Suite 110
Coral Springs, Florida 33071
Tel: (954) 752-1213
Fax: (954) 752-5299

By: _____
Barry S. Mittelberg, Esq.
Florida Bar No.: 367567