**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO CLAIM FILED BY**
**UNITED STATES DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES (CLAIM NO. 10662) AND NOTICE OF HEARING**

The Debtors object to the allowance of Claim No. 10662 in the amount of $3,605.90 filed in these cases by United States Department of Health and Human Services (the "Claim"), upon the grounds set forth below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim, including, without limitation, the debts alleged in paragraphs 8-14 of the Declaration in Support of Proof of Claim attached to the Claim.

2. The Debtors dispute the amount of debt alleged in the Claim.

3. The claimant failed to attach any documentation substantiating the basis for the Claim.

**Response Deadline**

If you do **not** oppose the disallowance and expungement of your claim, then you do **not** need to file a written response to the Objection and you do not need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If you do oppose the disallowance and expungement of your claim, you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 16, 2006** (the "Response Deadline").

Your response will be deemed timely filed **<u>only if</u>** the original response is actually **<u>received</u>** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorney, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

## Notice of Hearing

A hearing will be held to consider the Objection on **March 23**, **2006** at **1:00 p.m.** (**Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

Dated: February 16, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By  *s/ Leanne McKnight Prendergast*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar No. 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and/or by mail to Marcio Valladares, Esq., Assistant United States Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202, Gary Kurz, Esq., Assistant Regional Counsel, Office of the General Counsel, Department of Health and Human Services, 61 Forsyth Street, S.W., Suite 5M60, Atlanta, Georgia 30303-8909, Ronald L. Smith, Chief, Medicare Financial Management Branch, Division of Medicare Financial Management, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, 61 Forsyth Street, S.W., Suite 4T20, Atlanta, Georgia 30303-8909 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 16th day of February, 2006.



                                                *s/ Leanne McKnight Prendergast*
                                                         Attorney

522609