[31612] [Order Abating Motion for Relief From Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05-bk-03817-JAF
                                                                          Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/


### ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Larry Green on February 10, 2006, the Court finds the Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

The Court abates the hearing on this motion until the payment of the filing fee in accordance with 28 U.S.C. §1930(b). The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated February 13, 2006.

_____
Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Feb 14, 2006
Case: 05-03817                 Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Feb 16, 2006.
aty          +Edward P Jackson,   255 N. Liberty Street, First Floor,   Jacksonville, FL 32202-2830

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2006**                    **Signature:** *Joseph Speetjens*