UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER DENYING MOTION FOR RELIEF
FROM STAY FILED BY PAUL VERNON MACON**

This case came before the Court on February 6, 2006 upon the Motion for Relief from Automatic Stay filed by Paul Vernon Macon (the "Movant") (Doc. No. 4159). Upon failure of Movant or his counsel to appear in Court, it is

ORDERED that the motion is denied.

Dated this 14 day of February, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Rodger J. Friedline, Esq.
James H. Post, Esq.
United States Trustee

00522265

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes          Page 1 of 1              Date Rcvd: Feb 14, 2006
Case: 05-03817               Form ID: pdfdoc       Total Served: 1

The following entities were served by first class mail on Feb 16, 2006.
aty          +Rodger J Friedline,   1756 University Blvd South,   Jacksonville, FL 32216-8929

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2006**                         **Signature:** _Joseph Speetjens_