## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.     I am of legal age and I am not a party to this action.

2.     I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3.     On or about February 13, 2006, I caused copies of:

•     the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: February 17, 2006

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 417109-97<br>ATKINS NUTRITIONALS INC<br>ATTN: BILL VOGTS, DIR, CUST ACCNTG<br>105 MAXESS ROAD, STE N109<br>MELVILLE NY 11747 | CREDITOR ID: 242713-12<br>ATKINS NUTRITIONALS, INC<br>ATTN BILL VOGTS, CREDIT MANAGER<br>2002 ORVILLE DRIVE NORTH, SUITE A<br>RONKONKOMA, NY 11779 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 279351-36<br>COLE'S QUALITY FOODS INC<br>ATTN: CYNTHIA A HARVARD, CFO<br>1188 LAKESHORE DRIVE<br>MUSKEGON MI 49441-1691 | CREDITOR ID: 278878-30<br>ELITE EXPORTS INC SA<br>ATTN: JUAN CARLOS MADRINAN, PRES<br>1665 NW 102 AVENUE, STE 101<br>MIAMI, FL 33172 |
| CREDITOR ID: 410716-15<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>7419 W FRANKLIN STREET<br>FOREST PARK IL 60130 | CREDITOR ID: 249391-12<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 257493-12<br>NUTRASWEET COMPANY, THE<br>ATTN: STEPHEN GREGORY, VP FINANCE<br>4119 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 400551-15<br>NUTRASWEET COMPANY, THE<br>ATTN MARIA MIDDLETON, MGR<br>THE MERCHANDISE MART<br>200 WORLD TRADE CENTER, SUITE 936<br>CHICAGO IL 60654 | CREDITOR ID: 399292-15<br>RENAISSANCE GROUP INTERNATIONAL INC<br>ATTN RICHARD BERGSTROM, PRES<br>1545 ROUTE 37 W, SUITE 9<br>TOMS RIVER NJ 08755 | CREDITOR ID: 382085-36<br>SENECA FOODS CORPORATION<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505 |
| CREDITOR ID: 417110-97<br>SEWARD & KISSEL LLP<br>ATTN; RENEE EUBANKS, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| CREDITOR ID: 264696-12<br>WESTSIDE FOODS INC<br>ATTN: THOMAS RYAN, PRES<br>HUNTS POINT STATION<br>PO BOX 740456<br>BRONX, NY 10474-9998 | | |

**Total:   16**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5635

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ATKINS NUTRITIONALS, INC    ID: 242713 | CACTUS HOLDINGS GROUP LLC    ID: 403520 |
|---|---|
| Name of Transferor | Name of Transferee |

ATKINS NUTRITIONALS, INC
ATTN BILL VOGTS, CREDIT MANAGER
2002 ORVILLE DRIVE NORTH, SUITE A
RONKONKOMA, NY 11779

CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

Phone: 631 953 4104

Phone: 408 868 1507

ATKINS NUTRITIONALS INC
ATTN: BILL VOGTS, DIR, CUST ACCNTG
105 MAXESS ROAD, STE N109
MELVILLE NY 11747

Phone: 631 953 4000
ID:  417109

Claim No.: 11535
Date Claim Filed: 08/08/2005

Full Transfer:    (X)        Partial Transfer:
Amount: $141,625.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors by telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  February 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5632

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COLE'S QUALITY FOODS INC    ID: 279351
Original Name of Claimant/Transferor

COLE'S QUALITY FOODS INC
ATTN CYNTHIA A HARVARD, CFO
1188 LAKSHORE DRIVE
MUSKEGON MI 49441-1691

Phone: 231 722 1657

SMITHTOWN BAY LLC    ID: 417106
Current Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN  55305

Phone: 952 476 7239

SEWARD & KISSEL LLP    ID: 47110
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY  10004

Phone: 212 574 1349

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830

Phone: 203 542 4032

Claim No.: 4425
Date Claim Filed: 06/23/2005

Full Transfer:
Amount: $62,112.00

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 13, 2006.

UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5633

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELITE EXPORTS INC SA    ID: 278878
Original Name of Claimant/Transferor

ELITE EXPORTS INC SA
ATTN: JUAN CARLOS MADRINAN, PRES
1665 NW 102 AVENUE, STE 101
MIAMI FL 33172

Phone:

SMITHTOWN BAY LLC    ID: 417106
Current Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN 55305

Phone: 952 476 7239

SEWARD & KISSEL LLP    ID: 47110
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone: 212 574 1349

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 203 542 4032

Claim No.: 35604
Date Claim Filed: 04/07/2005

Full Transfer: ☒
Amount: $948,414.29

Partial Transfer:

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5631

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FARMINGTON FOODS    ID: 249391
Original Name of Claimant/Transferor

FARMINGTON FOODS
ATTN ALBERT A LAVALLE, FIN DIR
4806 PAYSPHERE CIRCLE
CHICAGO IL  60674

Phone:

FARMINGTON FOODS
ATTN ALBERT A LAVALLE, FIN DIR
7419 W FRANKLIN STREET
FOREST PARK IL  60130

Phone: 708 771 3600

SMITHTOWN BAY LLC    ID: 417106
Current Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN  55305

Phone: 952 476 7239

SEWARD & KISSEL LLP    ID: 47110
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY  10004

Phone: 212 574 1349

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830

Phone: 203 542 4032

Claim No.: 9490
Date Claim Filed: 07/27/2005

Full Transfer: ☒     Partial Transfer:
Amount: $510,465.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 5620

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NUTRASWEET COMPANY, THE    ID: 400551

Name of Transferor

NUTRASWEET COMPANY, THE
ATTN MARIA MIDDLETON, MGR
THE MERCHANDISE MART
200 WORLD TRADE CENTER, SUITE 936
CHICAGO IL 60654

Phone: 312 873 5025

NUTRASWEET COMPANY, THE
ATTN: STEPHEN GREGORY, VP FINANCE
4119 PAYSHPERE CIRCLE
CHICAGO, IL 60674

Phone: 706 303 5729
ID: 257493

Claim No.: 867
Date Claim Filed: 04/28/2005

ASM CAPITAL LP    ID: 399729

Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

Phone: 5162246040

Full Transfer:    (X)    Partial Transfer:

Amount: $14,832.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  February 13, 2006.

UNITED STATES BANKRUPTCY COURT

**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5629

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RENAISSANCE GROUP INTERNATIONAL INC   ID: 399292
Original Name of Claimant/Transferor

RENAISSANCE GROUP INTERNATIONAL INC
ATTN RICHARD BERGSTROM, PRES
1545 ROUTE 37 W, SUITE 9
TOMS RIVER NJ 08755

Phone: 732 914 2212

SMITHTOWN BAY LLC     ID: 417106
Current Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN 55305

Phone: 952 476 7239

SEWARD & KISSEL LLP    ID: 47110
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone: 212 574 1349

SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

Phone: 203 542 4032

Claim No.: 442
Date Claim Filed: 04/04/2005

Full Transfer: ☒          Partial Transfer:
Amount: $271,087.83

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 13, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 5628

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SENECA FOODS CORPORATION    ID: 382085
Original Name of Claimant/Transferor

SENECA FOODS CORPORATION
ATTN JANE E SLOAN, CR MGR
3736 S MAIN STREET
MARION NY  14505


Phone: 321 636 2407

SMITHTOWN BAY LLC    ID: 417106
Current Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN  55305

Phone: 952 476 7239


SEWARD & KISSEL LLP    ID: 417110
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY  10004

Phone: 212 574 1349


SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520
Prior Transferee

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT  06830

Phone: 203 542 4032


Claim No.: 3791
Date Claim Filed: 06/08/2005

Full Transfer:
Amount: $873,181.04

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 02/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 13, 2006.

UNITED STATES BANKRUPTCY COURT

**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1
                                                               Docket No.: 5634

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WESTSIDE FOODS INC   ID: 264696                    SMITHTOWN BAY LLC    ID: 417106
Original Name of Claimant/Transferor               Current Transferee

WESTSIDE FOODS INC                                 SMITHTOWN BAY LLC
ATTN: THOMAS RYAN, PRES                             ATTN BRIAN NAAS
HUNTS POINT STATION                                601 CARLSON PARKWAY, STE 200
PO BOX 740456                                      MINNETONKA MN  55305
BRONX, NY  10474-9998

                                                   Phone: 952 476 7239
Phone:

                                                   SEWARD & KISSEL LLP    ID: 47110
                                                   ATTN RENEE EUBANKS, ESQ
                                                   ONE BATTERY PARK PLAZA
                                                   NEW YORK NY  10004

                                                   Phone: 212 574 1349

                                                   SPCP GROUP LLC AGT OF SILVER PT CAP   ID: 407520
                                                   Prior Transferee

                                                   SPCP GROUP LLC AGT OF SILVER PT CAP
                                                   FUND LP & SILVER PT CAP OFFSHORE
                                                   ATTN BRIAN JARMAIN
                                                   2 GREENWICH PLAZA
                                                   GREENWICH CT  06830

                                                   Phone: 203 542 4032

Claim No.: 35537                          Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 04/07/2005              Amount: $221,309.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on February 13, 2006.