**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO DEBTORS' OBJECTION TO FLORIDA
TAX COLLECTORS' MOTION FOR LEAVE TO FILE
PROOFS OF CLAIM WITHOUT PREJUDICE
(DOCKET NO. 5874)**

The official committee of unsecured creditors (the "Committee") appointed in the above-captioned chapter 11 cases of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submits this joinder to the Debtors' objection (Docket No. 5874, the "Objection") to the Florida tax collectors' motion ("Motion") for leave to file proofs of claim without prejudice (Docket No. 4283), and represents as follows:

The Committee agrees with the statement of facts, the legal arguments, and the assertions set forth by the Debtors in the Objection, and hereby joins in the Objection. The Committee reserves all rights to be heard before the Bankruptcy Court with respect to the Motion and the Objection.

WHEREFORE, the Committee respectfully requests that the Bankruptcy Court sustain the Objection and deny the Motion.

Dated: February 17, 2006

    AKERMAN SENTERFITT

    By: /s/ John Macdonald
    John Macdonald
    Florida Bar No. 230340
    E-mail:john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    E-mail: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida  32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

    Co-counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

    And

    MILBANK, TWEED, HADLEY & M$^C$CLOY LLP
    Matthew S. Barr (MB 9170)
    Michael E. Comerford (MC 7049)
    1 Chase Manhattan Plaza
    New York, NY 10005
    (212) 530-5000

    Co-counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.