UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REQUEST FOR MEDIATION

The Court finds that the Request for Mediation filed by Barry S. Mittelberg on behalf of Lisa Mincieli on February 16, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Mediation filed by Barry S. Mittelberg on behalf of Lisa Mincieli on February 16, 2006 is stricken from the record.

**DATED February 17, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Barry S. Mittelberg, 1700 North University Dr., Suite 110, Coral Springs, FL 33071
Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043
Sedgwick Claims Mgmt Services, Inc., P.O. Box 24787, Jacksonville, FL 32241
James H. Post, Attorney for Debtor