IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | Chapter 11 |
| DEBTORS. | Jointly Administered |

## APPLICATION BY MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM FOR POST-PETITION REAL PROPERTY TAXES

Marketplace Port St. Lucie Limited Partnership ("Marketplace"), by and through the undersigned counsel, files this application for allowance and payment of an administrative claim for post-petition real property taxes pursuant to 11 U.S.C. § 503(b) (the "Application") and states as follows:

1. Marketplace, as Landlord, and Winn-Dixie Stores, Inc. (the "Debtor"), as Tenant, entered into a lease agreement dated July 23, 1996 (the "Lease") for the lease of, *inter alia*, (i) a store building approximately 220 feet in width by 200 feet in depth and all attached rooms and exterior pads, (ii) the land on which the store building stands (the "Land"), more particularly described on Exhibit B to the Lease, (iii) related improvements located on the Land, and (iv) common areas (collectively, the "Premises"). (A copy of the Lease is attached as **Exhibit 1**.)

2. The Lease was amended by the First Amendment to Lease dated as of July 23, 1996, and by the Second Amendment to Lease dated as of August 18, 1998 (jointly, the "Amendments"). (Copies of the Amendments are attached as **Exhibit 2**.)

3. On February 21, 2005 (the "Petition Date"), the Debtor and its affiliated co-debtors, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Code").

4. On September 12, 2005, this Court entered an Order under 11 U.S.C. § 365(d)(4) Granting Further Extension of Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Order dated September 12, 2005"), and on October 3, 2005, this Court entered an Order correcting the Order dated September 12, 2005 (jointly, the "Extension Orders").

5. The Extension Orders provide that certain leases, including the Lease, identified on the exhibit attached thereto shall be deemed rejected on September 30, 2005. Extension Orders ¶ 10.

6. In addition, the Extension Orders provide that a landlord shall be permitted to file a motion seeking to compel the Debtor to honor all post-petition rental obligations that the Debtor has failed to honor. Extension Orders ¶ 6. This Application constitutes such a motion. The Debtor has not paid its share of the 2005 real property taxes in the amount of $56,192.85 related to the Premises as required under the Lease. Copies of the real property tax invoices and a compilation of the Debtor's share of the applicable real property taxes are attached as **Exhibit 3.**

7. Accordingly, Marketplace seeks payment of an administrative claim pursuant to § 503(b) of the Code in the amount of $56,192.85.

WHEREFORE, Marketplace respectfully requests this Court to enter an order:

A. Allowing its administrative claim;

B. Requiring the Debtor to pay the administrative claim forthwith; and

C.   Granting such other and further relief as this Court deems just and appropriate.

/s/ Rod Anderson
Alan M. Weiss
Florida Bar No. 340219
Rod Anderson
Florida Bar No. 370762
HOLLAND & KNIGHT LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602
(813) 227-8500
(813) 229-0134 (facsimile)
Attorneys for Marketplace Port St. Lucie
Limited Partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Application for Allowance of Administrative Claim for Post-Petition Real Property Taxes was furnished by the Court's electronic notification system, or by U.S. Mail to:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32201

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Kenneth C. Meeker
U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.
c/o Dennis F. Dunne
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.
c/o John B. Macdonald
Akerman Senterfitt
50 N. Laura St., Suite 2500
Jacksonville, FL 32202

Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.
c/o Patrick P. Patangan
Akerman Senterfitt
50 N. Laura St., Suite 2500
Jacksonville, FL 32202

      /s/ Rod Anderson
      Attorney

# 3577430_v1