**Bob Davis**, CPA, CGFO, CFC  ORIGINAL  2005 REAL ESTATE
ST. LUCIE COUNTY TAX COLLECTOR  NOTICE OF AD VALOREM TAXES AND NON-AD VOLOREM ASSESSMENTS

| I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 4412-504-0005-000/9 | | 7,289,100 | 0 | 7,289,100 | 9011 |

Marketplace Port St Lucie Ltd
433 S Main St Ste 300
West Hartford, CT 06110-2821

12  37S40E
THE MARKETPLACE LOT D-LESS
FIRSTREPLAT IN THE
MARKETPLACE (PB 37-9) - (11.92
AC) (OR 1119-2186)

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| County Parks MSTU | .2500 | | | 1,822.28 |
| Co Public Transit MSTU | .0900 | | | 656.02 |
| Erosion District E | .1000 | | | 728.91 |
| Environ Signif Land Bond | .1154 | | | 841.16 |
| Law Enf, Jail, Judicial Sys | 2.9807 | | | 21,726.62 |
| Co General Revenue Fund | 4.2619 | | | 31,065.41 |
| St Lucie County Port Bond | .0216 | | | 157.44 |
| Childrens Service Council | .3915 | | | 2,853.68 |
| St Lucie Co Fire District | 2.7562 | | | 20,090.22 |
| FL Inland Navigation Dist | .0385 | | | 280.63 |
| Mosquito Control | .2757 | | | 2,009.60 |
| City of Port St Lucie | 3.6899 | | | 26,896.05 |
| City of PSL Voted Debt | 1.0000 | | | 7,289.10 |
| School Non-voted Cap Imp | 2.0000 | | | 14,578.20 |
| School Req Loc Ef/Discret | 5.9220 | | | 43,166.05 |
| S FL Water Mgmt District | .6970 | | | 5,080.50 |

| TOTAL MILLAGE | 24.5904 | AD VALOREM TAXES | $179,241.87 |
|---|---|---|---|

### NON AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | RATE | AMOUNT |
|---|---|---|---|
| Port St Lucie Stormwater | Imprv/Maint | $114 Per ERU | 17,298.36 |

**ALL TAXES BECOME DELINQUENT APRIL 1ST.**

| NON-AD VALOREM ASSESSMENTS | $17,298.36 |
|---|---|
| COMBINED TAXES AND ASSESSMENTS $196,540.23 | PAY ONLY ONE AMOUNT |

PAY IN U.S. FUNDS TO BOB DAVIS, TAX COLLECTOR - P.O. BOX 308 - FT. PIERCE, FL 34954-0308

| 190,644.02 | 192,609.43 | 194,574.83 | 196,540.23 | 202,436.44 | DELINQUENT APRIL 1ST |
|---|---|---|---|---|---|
| DEC 31 | JAN 31 | FEB 28 | MAR 31 | APR 30 | |

```
*** PAID *** PAID *** PAID ***
12/30/05 PERIOD 2
99-20060103-064223
$190,644.02 CK
```

The information contained herein does not constitute a title search and should not be used as such. This Internet service is subject to verification by the St Lucie County Tax Collector.

EXHIBIT 3

**Bob Davis**, CPA, CGFO, CFC   ORIGINAL   2005 REAL ESTATE
ST. LUCIE COUNTY TAX COLLECTOR                NOTICE OF AD VALOREM TAXES AND NON-AD VOLOREM ASSESSMENTS

| I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 4412-504-0001-000/1 | | 89,600 | 0 | 89,600 | 9011 |

Marketplace Port St Lucie Ltd  
433 S Main St  Ste 300  
West Hartford,CT 06110-2821

12   37S40E  
THE MARKETPLACE TRACT A (3.43 AC) (AS PER PLAT DEDICATION RECORDED 5-16-97) (OR 1119-2186)

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| County Parks MSTU | .2500 | | | 22.40 |
| Co Public Transit MSTU | .0900 | | | 8.06 |
| Erosion District E | .1000 | | | 8.96 |
| Environ Signif Land Bond | .1154 | | | 10.34 |
| Law Enf,Jail,Judicial Sys | 2.9807 | | | 267.07 |
| Co General Revenue Fund | 4.2619 | | | 381.87 |
| St Lucie County Port Bond | .0216 | | | 1.94 |
| Childrens Service Council | .3915 | | | 35.08 |
| St Lucie Co Fire District | 2.7562 | | | 246.96 |
| FL Inland Navigation Dist | .0385 | | | 3.45 |
| Mosquito Control | .2757 | | | 24.70 |
| City of Port St Lucie | 3.6899 | | | 330.62 |
| City of PSL Voted Debt | 1.0000 | | | 89.60 |
| School Non-voted Cap Imp | 2.0000 | | | 179.20 |
| School Req Loc Ef/Discret | 5.9220 | | | 530.62 |
| S FL Water Mgmt District | .6970 | | | 62.45 |

| TOTAL MILLAGE | 24.5904 | AD VALOREM TAXES | $2,203.32 |
|---|---|---|---|

### NON AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

**ALL TAXES BECOME DELINQUENT APRIL 1ST.**

| | NON-AD VALOREM ASSESSMENTS | |
|---|---|---|
| COMBINED TAXES AND ASSESSMENTS | $2,203.32 | PAY ONLY ONE AMOUNT |

PAY IN U.S. FUNDS TO BOB DAVIS, TAX COLLECTOR - P.O. BOX 308 - FT. PIERCE, FL 34954-0308

| 2,137.22 | 2,159.25 | 2,181.29 | 2,203.32 | 2,269.42 | DELINQUENT APRIL 1ST |
|---|---|---|---|---|---|
| DEC 31 | JAN 31 | FEB 28 | MAR 31 | APR 30 | |

\*\*\* PAID \*\*\* PAID \*\*\* PAID \*\*\*  
12/30/05 PERIOD 2  
99-20060103-064224  
$2,137.22 CK

The information contained herein does not constitute a title search and should not be used as such. This Internet service is subject to verification by the St Lucie County Tax Collector.

| Marketplace Port St. Lucie - 2005 Real Estate Taxes | Winn Dixie |
|---|---|
| leased square feet | 48,466 |
| total square feet | 112,385 |
| effective date | 1-Jan-2002 |
| number of days | 273 |
| effective occupancy rate | 32.26% |
|  |  |
| real estate taxes | 174,187.39 |
| Allocable Share | 56,192.85 |
| Less: Payments Dec 04 - Nov 05 | - |
| 6.5% Sales Tax | - |
| Balance Due(overpaid) | 56,192.85 |

12/8/2005