Case 3:05-bk-03817-JAF   Doc 5952   Filed 02/20/06   Page 1 of 1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                               Chapter 11
              Debtors.                 )       Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Jacquelyn Robinson (Claim No. 2017) [Docket No. 4453] was furnished by mail on

December 8, 2005 to Ms. Jacquelyn Robinson, 3009 Parkside Drive, #3, Chesapeake,

Virgina 23324.

Dated:  February 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                 By      *s/ James H. Post*
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                     James H. Post (FBN 175460)
      Rosalie Gray                             Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    cjackson@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00523138.DOC