UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Susan Rowell (Claim No. 11796) [Docket No. 4459] was furnished by mail on December 8, 2005 to Ms. Susan Rowell, c/o Sherrie V. McKenzie, Post Office Box 1183, Monroeville, Alabama  36461.

Dated:  February 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER      SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*       By   *s/ James H. Post*
    D. J. Baker                 Stephen D. Busey
    Sally McDonald Henry       James H. Post (FBN 175460)
    Rosalie Gray               Cynthia C. Jackson

Four Times Square              225 Water Street, Suite 1800
New York, New York 10036     Jacksonville, Florida  32202
(212) 735-3000                (904) 359-7700
(917) 777-2150 (facsimile)    (904) 359-7708 (facsimile)
djbaker@skadden.com         cjackson@smithhulsey.com

Co-Counsel for Debtors         Co-Counsel for Debtors

00523138.DOC