UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )          Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                          )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Lenorthia Willis (Claim No. 5243) [Docket No. 5852] was furnished by mail on February

21, 2006 to Mark A. Casto, Esq., Post Office Box 11, Columbus, Georgia 31901.

Dated:  February 21, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                 By        *s/  James H. Post*
        D. J. Baker                               Stephen D. Busey
        Sally McDonald Henry                      James H. Post (FBN 175460)
        Rosalie Gray                              Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00523138.DOC