**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING REQUEST FOR MEDIATION

The Court finds that the Request for Mediation filed by Barry S. Mittelberg on behalf of Lisa Mincieli on February 16, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Request for Mediation filed by Barry S. Mittelberg on behalf of Lisa Mincieli on February 16, 2006 is stricken from the record.

**DATED February 17, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Barry S. Mittelberg, 1700 North University Dr., Suite 110, Coral Springs, FL 33071
Logan & Company, Inc., 546 Valley Rd., Upper Montclair, NJ 07043
Sedgwick Claims Mgmt Services, Inc., P.O. Box 24787, Jacksonville, FL 32241
James H. Post, Attorney for Debtor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Feb 17, 2006
Case: 05-03817              Form ID: pdfdoc        Total Served: 4

The following entities were served by first class mail on Feb 19, 2006.
aty          +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494
             +Barry S. Mittelberg,   1700 North University Dr., Ste 110,   Coral Springs, FL 33071-8970
unk          +Logan & Company, Inc.,   Logan & Company, Inc.,   546 Valley Road,
               Upper Montclair, NJ 07043-1896
cr            Sedgewick Claims Management Services, Inc.,   P.O. Box 24787,   Jacksonville, FL  32241-4787

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2006**                              **Signature:**  *Joseph Speetjens*