UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                         )        Chapter 11
            Debtors.                              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kathy Heffron (Claim No. 2474, 3637 and 3636) [Docket No. 4466] was furnished by mail on December 8, 2005 to Ms. Kathy Heffron, c/o Robert B. Newman, Esq., 617 Vine Street, Suite 1401, Cincinnati, Ohio 45202.

Dated: February 21, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*<br>       D. J. Baker<br>       Sally McDonald Henry<br>       Rosalie Gray | By    *s/ James H. Post*<br>       Stephen D. Busey<br>       James H. Post (FBN 175460)<br>       Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00523138.DOC