UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ronald Shugart (Claim No. 11007) [Docket No. 5845] was furnished by mail on February 21, 2006 to Mr. Ronald Shugart c/o J. Steven Alexander, Esq., Alexander, Shorestein & Lee, 19 Old Mission Avenue, St. Augustine, Florida 32084.

Dated: February 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*   <br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray | By   *s/ James H. Post*   <br>Stephen D. Busey<br>James H. Post (FBN 175460)<br>Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00523231.DOC