UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kandie Morris and Timothy Morris (Claim No. 9332) [Docket No. 5837] was furnished by mail on February 21, 2006 to Mr. and Mrs. Timothy Morris c/o Gerald R. Sage, Esq., 11963 North Florida Avenue, Tampa, Florida 33612.

Dated: February 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker* | By  *s/ James H. Post* |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post (FBN 175460) |
| Rosalie Gray | Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00523233.DOC