UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
                Debtors.                 )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Arlene Crosby (Claim No. 2841) [Docket No. 5859] was furnished by mail on February 21, 2006 to Ms. Arlene Crosby c/o Elliot Bader, Esq., Bader & Stillman, 6100 West Atlantic Blvd., Margate, Florida 33063.

Dated:  February 21, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                 By        *s/ James H. Post*
       D. J. Baker                                Stephen D. Busey
       Sally McDonald Henry                       James H. Post (FBN 175460)
       Rosalie Gray                               Cynthia C. Jackson


Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors

00523262.DOC