IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF DISINTEREST AND REQUEST TO NO LONGER RECEIVE NOTICES**

COMES NOW Jimmy R. Summerlin, Jr., counsel for Springs Corners, LLC, and shows to the Court that all prior known claims of the Springs Corners, LLC have been resolved. Accordingly, the undersigned hereby enters his Notice of Disinterest in the above captioned cases and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning the above captioned cases.

The undersigned and Springs Corners, LLC reserve all rights with respect to any future claims which may arise.

Respectfully submitted this 22nd day of February, 2006.

        YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

        By:    /s/ Jimmy R. Summerlin, Jr.
              Jimmy R. Summerlin, Jr.
              N.C. State Bar No.: 31819
              P.O. Drawer 2428
              Hickory, NC 28603
              (828) 322-4663
              (828) 322-2023 facsimile
              Attorney for Springs Corners, LLC

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing NOTICE OF DISINTEREST AND REQUEST TO NO LONGER RECEIVE NOTICES were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on February 22, 2006.

D.J. Baker, Sally McDonald Henry,
Adam Ravin and Rosalie Gray
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036-6522

Steven Busey, James H. Post,
Elizabeth Schule and Cynthia C. Jackson
Smith, Hulsey, and Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne
Milbank, Tweed, Hadley and McCloy, LLC
One Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald and Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Elena L. Escamilla
Office of the US Trustee
135 West Central Blvd.
Room 620
Orlando, FL 32801

This the 22nd day of February, 2006.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By: /s/ Jimmy R. Summerlin, Jr.
     Jimmy R. Summerlin, Jr.
     N.C. State Bar No.: 31819
     P.O. Drawer 2428
     Hickory, NC 28603
     (828) 322-4663
     (828) 322-2023 facsimile

129418.1