In the United States Bankruptcy Court
Middle District of Florida,
Jacksonville Division
Case No. 3:05-bk-03817-JAF /Ch. 11

**REQUEST TO BE PLACED ON MAILING MATRIX**

IN RE:

Winn-Dixie Stores, Inc.

    Debtor(s)

    NOW COMES CadleRock, L.L.C. and requests to be placed on the mailing matrix of this case. The address is as follows:

CadleRock, L.L.C.
Our File No.TTD2X001
100 North Center Street
Newton Falls, OH  44444-1321

    This request is to receive all notices and mailings from the Clerk of this Court in this case.

                                    Respectfully submitted,

Date: January 31, 2006                By: _/s/ Victor D. Buente Jr._
                                                     Name: Vic Buente
                                                     Its: Account Officer for Transferee