UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER ON MOTION FOR**
**RELIEF FROM STAY FILED BY GLASRUD**

This case is before the Court upon the motion for relief from the automatic stay (Docket No. 3472) (the "Motion") filed by Ted Glasrud Associates of Deland, FL, Inc. (the "Movant"). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service and (ii) no party filed an objection. The Court therefore considers the entry of this Order unopposed. Accordingly, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay is modified to permit Movant to prosecute a counterclaim against Winn-Dixie Stores, Inc. (in the form attached as Exhibit 1) in the Circuit Court for the Nineteenth Judicial Circuit in and for Martin County, Florida, pending as Case No. 05-466 CA through final judgment, if any, but shall make no effort to collect or execute on such judgment without further order of this Court.

**EXHIBIT A**

2

3. Except as modified herein, the automatic stay pursuant to 11 U.S.C. § 362 shall remain in full force and effect.

Dated this _____ day of March, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

515850