UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON FEBRUARY 23, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on February 23, 2006 at 1:00 p.m. (ET):

**A.   Uncontested Matters**

*1.   Application to Employ Assessment Technologies, Ltd. as Property Tax Consultants for the Debtors Nunc Pro Tunc (Docket No. 5608)*

Objection Deadline:  None

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion.

    2. *Amended Motion for Order (I) to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Docket No. 2707)*

Lease Termination: Valrico Partners, LP, Store Number **716** (Docket No. 5554)

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion as to the Lease Termination identified above.

**B.**  **Contested Matters**

    1. *Motion to Assume Lease (Store No. 658) (Docket No. 4787)*

Objection Deadline: February 13, 2006.

Objections: Pines-Carter Florida of Florida, Inc. (Docket No. 5769).

Status: The Debtors will proceed with the Motion.

    2. *Florida Tax Collector's Motion for Leave to File Proofs of Claim Without Prejudice (Docket No. 4283)*

Objection Deadline: None.

Objections: Debtors (Docket No. 5874); and
Creditors Committee (Docket No. 5887).

Status: The Debtors and the Movant have agreed to continue the hearing on this Motion to the April 20, 2006 omnibus hearing.

>    3.   *Motion for an Order Approving Settlement Relating to Summerville, South Carolina Property  (Docket No. 5639)*
>
>    Objection Deadline:  February 13, 2006
>
>    Objections:  Wilmington Trust Company (Docket No. 5875).
>
>    Status:  The Debtors will proceed with the Motion.
>
>    4.   *Third Omnibus Objection to Amended and Superseded Claims (Docket No. 5307)*
>
>    Objection Deadline:  February 13, 2006.
>
>    Objections:  Deerfoot Marketplace, LLC (Docket No. 5773);
>    Killen Marketplace, LLC (Docket No. 5774);
>    Catamount Rockingham, LLC, et al. (Docket No. 5775);
>    Capstone Advisors, Inc. (Docket No. 5776);
>    Victory Real Estate Investments, LLC, et al. (Docket No. 5777);
>    Credit Suisse First Boston, LLC (Docket No. 5778); and
>    Butler Investment I, LC (Docket No. 5870).
>
>    Status:  The Debtors will proceed with the Motion.

Dated:  February 22, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00522220