## Thomas Lehman - Winn Dixie Stores #278 and #254

**From:** Thomas Lehman
**To:** Catherine Ibold
**Date:** 1/25/2006 5:15 PM
**Subject:** Winn Dixie Stores #278 and #254
**CC:** Cynthia C. Jackson; ppearce@terranovacorp.com; sbittel@terranovacorp.com

Catherine and Cindy,

We represent Westfork Tower, LLC, landlord for Store #278, through its managing agent, Terranova Corp.

Store #278 has failed to pay its rent and share of CAM since October 1, 2005. I attach Terranova's resident ledger for Store #278 showing unpaid rent and CAM for October through January. The total due is $195,772.96. (The $126,625.91 payment credited on January 11, 2006 is Winn Dixie's payment to reimburse the landlord for 2005 real estate taxes paid by the landlord.)

Please deliver payment of $195,772.96 to Terranova Corp. no later January 31, 2006. Otherwise, Terranova will seek to compel Winn Dixie to comply with its obligations to the landlord under Section 365(d)(3).

If you want to discuss the matter, I may be reached at 305-539-2137.

With respect to Store #254, our electrical expert has completed his site visit and given us a scope of work to remedy the hazardous condition. We have also concluded our meetings with the County concerning the open electrical permits. I will be forwarding the results to you tomorrow.

Tom

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1-888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

# Exhibit 3

## Resident Ledger

**Winn-Dixie # 278**
1141 SW 12th Ave
Attn: Area Property Mgr.
Pompano Beach, FL, 33069

| | |
|---|---|
| Date: | 1/25/2006 |
| Resident Code: | t0031339 |
| Property: | tf150 |
| Unit: | 15859 |
| Status: | Current |
| Rent: | $ 36,610.83 |
| Deposit: | $ 0.00 |
| Move In Date: | 04/15/99 |
| Move Out Date: | |
| Due Day: | 0 |
| Tel# (O): | |
| Tel# (H): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 8,721.00 |
| 10/01/05 | CAM | 5,983.00 | | 14,704.00 |
| 10/01/05 | Monthly Rent (4/15/99-4/14/1 | 36,610.83 | | 51,314.83 |
| 10/01/05 | Rent (10/2005) | 36,610.83 | | 87,925.66 |
| 10/01/05 | CAM (10/2005) | 5,983.00 | | 93,908.66 |
| 10/21/05 | rev. misc. non taxable | (100.00) | | 93,808.66 |
| 10/21/05 | Estimated CAM | (3,270.25) | | 90,538.41 |
| 10/21/05 | Building repair | (990.00) | | 89,548.41 |
| 10/21/05 | rev CAM | (5,983.00) | | 83,565.41 |
| 10/21/05 | rev Monthly Base Rent | (36,610.83) | | 46,954.58 |
| 11/01/05 | Rent (11/2005) | 36,610.83 | | 83,565.41 |
| 11/01/05 | Estimated CAM (11/2005) | 5,983.00 | | 89,548.41 |
| 11/30/05 | RET 2005 | 163,747.71 | | 253,296.12 |
| 12/01/05 | Rent (12/2005) | 36,610.83 | | 289,906.95 |
| 12/01/05 | Estimated CAM (12/2005) | 5,983.00 | | 295,889.95 |
| 12/02/05 | 2005 Actual RET | (16,084.91) | | 279,805.04 |
| 01/01/06 | Rent (01/2006) | 36,610.83 | | 316,415.87 |
| 01/01/06 | Estimated CAM (01/2006) | 5,983.00 | | 322,398.87 |
| 01/11/06 | Chk# 8149042 | | 126,625.91 | 195,772.96 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 42,593.83 | 63,630.72 | 42,593.83 | 46,954.58 | 195,772.96 |