

**Exhibit 2**


# TERRANOVA

September 9, 2005

WINN DIXIE #278 (corporate)
5050 Englewood Court
Jacksonville, FL 32254

RE:   Westfork Plaza

Dear Tenant:

Effective today, Westfork Plaza has been sold to Westfork Tower, LLC. Terranova Corporation will be retained as the management and leasing company responsible for the above-mentioned property. Terranova Corporation will continue to professionally handle the management services and will strive to maintain the highest standards achievable, while minimizing operational expenses for all tenants. Enclosed is a letter regarding your insurance, which requires your immediate attention. We must have your updated Certificate of Insurance prior to September 30, 2005.

Please direct any and all inquires and correspondence to our office at:

*Westfork Tower, LLC*
*c/o Terranova Corporation*
*801 Arthur Godfrey Road, Suite 600*
*Miami Beach, Florida 33140*
*Attn: Barbara Proctor, Property Manager*

Please make your rent payable to Terranova Corporation in trust for Westfork Tower, LLC Operating Account. We will continue to pick up your rent personally, however, should you need to mail your payment please note the following address:

*Westfork Tower, LLC*
*c/o Terranova Corp.*
*801 Arthur Godfrey Road, Suite 600*
*Miami Beach, FL  33140*

Please note that verification of account balances will be confirmed during the month of September in the meantime, if you have not already done so, please remit your rental payment immediately. Should you have any questions regarding the above, please do not hesitate to contact Barbara Proctor at (305) 970-0131.

We look forward to continuing success.

Sincerely,
TERRANOVA CORPORATION

Laura J. Goetz
Senior Property Manager
(305) 970-0413



September 9, 2005

**WINN DIXIE #278 (corporate)**
5050 Englewood Court
Jacksonville, FL 32254

Re:   Fire Insurance/Liability Insurance at Westfork Plaza- Revised effective immediately

Dear Tenant:

Pursuant to the Lease for your premises at the Westfork, you are required to submit an updated Certificate of Insurance for the necessary Fire and Liability Insurance to cover "Landlord" and the other entities listed below, as their interests may appear. The updated Certificate of Insurance must be issued and should read as follows:

**CERTIFICATE HOLDER AS ADDITIONAL INSURED**
**Metropolitan Life Insurance Co.**
***And* Westfork Tower, LLC**
***And* BlackRock Realty Advisors, Inc.**
***And* Terranova Corporation**
**801 Arthur Godfrey Road, Suite 600**
**Miami Beach, Florida 33140**

The policy shall name Landlord as Additional Insured and shall contain a clause that the insurer will not cancel or change the insurance coverage without first giving the Landlord thirty (30) days prior written notice.

Our insurance company **MUST** have a copy of this Certificate of Insurance for their records as soon as possible. Accordingly, please make certain we receive same prior to **September 30, 2005**.

Thank you for your kind attention to this matter.

Sincerely,
**TERRANOVA CORPORATION**

*Barbara Proctor*

Barbara Proctor
Property Manager



September 9, 2005

**WINN DIXIE #278 (corporate)**
5050 Englewood Court
Jacksonville, FL 32254

Re:   Westfork Plaza

Dear Tenants:

In order that we may serve our tenants more fully and safely, please provide us with the following information. In the event of an emergency, we would like to have at least 3 emergency contact people, their telephone numbers, cellular numbers, and/or pager numbers.

Please fill out the information below and return promptly to our office or to your property manager in person or fax to 954-349-3111. We thank you for your cooperation and prompt response.

Tenant Name: _____   Store # _____
Tenant Telephone # (local): _____   Fax # : _____
Tenant Address (local): _____
Tenant Telephone # (corporate): _____   Fax # : _____
Tenant Address (corporate): _____
Type of Business: _____
E-Mail Address with Provider: _____

| Contact Name (and Title) | Home Telephone Number | Cellular Telephone Number | Pager Number |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

This information will be kept in strict confidence by our Property Management Department. Once again, thank you for your cooperation.

Sincerely yours,
**TERRANOVA CORPORATION**

*Barbara Proctor*
Barbara Proctor, Property Manager

801 ARTHUR GODFREY ROAD, SUITE 600 • MIAMI BEACH, FLORIDA 33140
TELEPHONE (305) 695-8700 • FAX (305) 672-7800 • WWW.TERRANOVACORP.COM

<u>NOTICE TO TENANT</u>

September 9, 2005

RE:  **WESTFORK PLAZA**
**INTERSECTION OF PINES BOULEVARD AND DYKES ROAD**
**PEMBROKE PINES, FLORIDA**

Dear Tenant:

Please be advised that on this date LNR WESTFORK PLAZA, LLC, a Florida limited liability company, f/k/a CCMSC 2000-1 Broward Plaza, LLC, a Florida limited liability company (the "**Prior Owner**"), has transferred ownership of the property known as Westfork Plaza located at the intersection of Pines Boulevard and Dykes Road in Pembroke Pines, Florida, to **WESTFORK TOWER LLC**, a Delaware limited liability company (the "**New Owner**"). All correspondence regarding your lease should hereafter be sent to the New Owner at c/o Terranova Corporation, 801 Arthur Godfrey Road, Suite 600, Miami Beach, Florida 33140. The New Owner has assumed all obligations of the landlord under your lease from and after the above date. All security deposits in the possession of the Prior Owner have been delivered to the New Owner. Please send all further rental payments under the lease to the New Owner to the address designated above for receipt of such payments, unless otherwise directed by the New Owner.

Thank you very much for your assistance in this matter.

Very truly yours,

**LNR WESTFORK PLAZA, LLC**, a Florida limited liability company, f/k/a CCMSC 2000-1 Broward Plaza, LLC, a Florida limited liability company

By:  LNR Retail Center Manager, Inc., a Florida corporation, f/k/a Lennar Retail Center Manager, Inc., a Florida corporation, its member

By: _____(SEAL)
Name: Randolph J. Wolpert
Title:  Vice President

MIAMI 923429.2 7249623504
9/7/05 9:55 AM

This instrument prepared by:
Marjie C. Nealon, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

## SPECIAL WARRANTY DEED

THIS INDENTURE, made this 9 day of September, 2005 between **LNR WESTFORK PLAZA, LLC**, a Florida limited liability company, f/k/a CCMSC 2000-1 Broward Plaza, LLC, a Florida limited liability company ("**Grantor**"), whose address is c/o LNR Retail Center Manager, Inc., 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, in favor of **WESTFORK TOWER LLC**, a Delaware limited liability company ("**Grantee**"), whose address is c/o Terranova Corporation, 801 Arthur Godfrey Road, Suite 600, Miami Beach, Florida 33140 and whose Taxpayer Identification Number is 20-3420129:

### WITNESSETH THAT:

Grantor, for and in consideration of the sum of Ten and No/100 U.S. Dollars ($10.00), lawful money of the United States of America, to it in hand paid by Grantee, at or before the unsealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold, aliened, remised, released, conveyed and confirmed and by these presents does grant, bargain, sell, alien, remise, release, convey and confirm unto Grantee and its successors and assigns forever, the parcel of land, with the building and improvements thereon erected, situate, lying and being in the County of Broward, State of Florida, and more particularly described on the attached **Exhibit A** (the "**Property**").

Subject however, to:

(a)  Real property taxes and assessments for the year 2005 and thereafter;

(b)  Zoning and other regulatory laws and ordinances affecting the Property;

(c)  Matters that would be disclosed by an accurate survey;

(d) Any plat affecting the Property; and

(e) Easements, rights of way, limitations, conditions, covenants, restrictions, and other matters of record.

TOGETHER with all singular the tenements, hereditaments and appurtenances thereunto belonging or in any way appertaining.

AND Grantor hereby specially warrants the title to the Property and will defend the same against the lawful claims of any persons claiming by, through or under Grantor, but against none other.

IN WITNESS WHEREOF, Grantor has caused these presents to be executed the day and year first above written.

Signed, sealed and delivered in the
In the presence of:

LNR WESTFORK PLAZA, LLC, a Florida limited liability company, f/k/a CCMSC 2000-1 Broward Plaza, LLC, a Florida limited liability company

By: LNR Retail Center Manager, Inc., a Florida corporation, f/k/a Lennar Retail Center Manager, Inc., a Florida corporation, its member

Signature: _____
Print Name: Carolyn Lee

Signature: _____
Print Name: Gonzalo Acuyn

By: _____ (SEAL)
Name: Randolph J. Wolpert
Title: Vice President

STATE OF FLORIDA    )
                    ) SS.
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me this 7th day of September, 2005 by Randolph J. Wolpert as Vice President of LNR Retail Center Manager, Inc., a Florida corporation, f/k/a Lennar Retail Center Manager, Inc., a Florida corporation, as member of LNR WESTFORK PLAZA, LLC, a Florida limited liability company, f/k/a CCMSC 2000-1 Broward Plaza, LLC, a Florida limited liability company, on behalf of the company. He ✓ is personally known to me or ___ has produced a driver's license as identification.

CINEY TORRES
Comm# 000319834
Expires 5/17/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

Notary Public
Print Name: Ciney Torres
Serial No. (if any): _____

Tax Parcel Identification Number(s): 11016-15-00100

MIAMI 923388.2 7249623504
9/7/05 10:35 AM

## EXHIBIT A

## LEGAL DESCRIPTION

PARCEL 1 - FEE ESTATE:

Parcel A of WESTFORK COMMERCIAL PLAT, according to the Plat thereof, recorded in Plat Book 160, Page 14 of the Public Records of Broward County, Florida.

Said lands lying, situated and being in Broward County, Florida.

LESS AND EXCEPT THEREFROM THE FOLLOWING LANDS:

A portion of Parcel "A" of WESTFORK COMMERCIAL PLAT, according to the Plat thereof, as recorded in Plat Book 160, Page 14 of the Public Records of Broward County, Florida, said portion being more particularly described as follows:

COMMENCE at the Southerly most Southwest corner of said Parcel "A"; thence along the South line of said Parcel "A" North 89 degrees 39' 59" East 349.23 feet; thence continue along the South line of said Parcel "A" North 89 degrees 25' 02" East 35.73 feet to the POINT OF BEGINNING; thence North 54 degrees 56' 21" West 68.79 feet; thence North 00 degree 20' 01" West 230.68 feet; thence North 89 degrees 25' 02" East 256.73 feet; thence South 00 degree 34' 58" East 270.76 feet to the South line of said Parcel "A"; thence along the South line of said Parcel "A" South 89 degrees 25' 02" West 201.83 feet to the POINT OF BEGINNING.

Bearings are based on a Plat bearing South 89 degrees 25' 02" West along the South line of Parcel "A".

Said lands situate, lying and being in Broward County, Florida.

AND LESS AND EXCEPT:

A portion of Parcel "A" of WESTFORK COMMERCIAL PLAT, according to the Plat thereof, as recorded in Plat Book 160, Page 14 of the Public Records of Broward County, Florida, and being more particularly described as follows:

COMMENCE at the West quarter (W 1/4) corner of Section 16, Township 51 South, Range 40 East, as shown on said plat; thence along the South line of the North one-half (N 1/2) of said Section 16, North 89 degrees 25' 02" East 1064.15 feet; thence North 00 degree 34' 58" West 100.00 feet to the POINT OF BEGINNING lying on the South line of said Parcel "A"; thence continue North 00 degrees 34' 58" West 236.00 feet; thence North 89 degrees 25' 02" East 199.67 feet to a point of curvature of a 30.00 foot radius curve concave to the Southwest; thence Southeasterly along said curve through a central angle of 90 degrees 00' 00" an arc distance of 47.12 feet; thence South 00 degree 34' 58" East 206.00 feet to the South line of said Parcel "A"; thence along said South line South 89 degrees 25' 02" West 229.67 feet to the POINT OF BEGINNING.

Said lands situate, lying and being in Broward County, Florida.

AND LESS AND EXCEPT:

A portion of Parcel "A" of WESTFORK COMMERCIAL PLAT, according to the Plat thereof, as recorded in Plat Book 160, Page 14 of the Public Records of Broward County, Florida, said portion being more particularly described as follows:

BEGIN at the Southernmost of the Southwest corners of said Parcel "A"; thence along the Westerly line of said Parcel "A" for the following four (4) courses: (1) North 45 degrees 20' 01" West (Plat bearing 49.50 feet; (2) North 00 degree 20' 01" West 100.78 feet; (3) North 06 degrees 30' 35" East 100.72 feet; (4) North 00 degree 20' 01" West 47.33 feet; thence North 89 degrees 40' 00" East 289.11 feet to a point on a 38.00 foot radius non-tangent curve concave to the Southwest whose radius point bears South 28 degrees 12' 11" West; thence Southeasterly along said curve through a central angle of 61 degrees 27' 48" an arc distance of 40.76 to a point of tangency; thence South 00 degree 20' 01" East 128.60 feet to a point of curvature of 250.00 foot radius curve concave to the East; thence along said curve through a central angle of 13 degrees 36' 02" an arc distance of 59.34 feet to a point of non-tangency; thence South 00 degrees 20' 01" East 62.35 feet to a point on the South line of said Parcel "A"; thence along the said South line South 89 degrees 39' 59" West 292.96 feet to the POINT OF BEGINNING.

Said lands situate, lying and being in Broward County, Florida.

AND LESS AND EXCEPT:

A portion of Parcel "A" of WESTFORK COMMERCIAL PLAT, according to the Plat thereof, as recorded in Plat Book 160, Page 14 of the Public Records of Broward County, Florida, said portion being more particularly described as follows:

COMMENCE at the West quarter corner of Section 16, Township 51 South, Range 40 East; thence on a Grid North bearing of North 01 degree 46' 13" West (based on said Plat) 100.03 feet to the South boundary of said Parcel "A"; thence along said boundary North 89 degrees 39' 59" East 2.29 feet to an angle point in said boundary; thence along said boundary North 89 degrees 25' 02" East 540.66 feet to the POINT OF BEGINNING; thence North 00 degree 34' 58" West 72.12 feet to a point of curvature of a 138.50 foot radius curve concave to the East; thence Northerly along said curve through a central angle of 35 degrees 48' 23" an arc distance of 86.55 feet to a point of tangency; thence North 35 degrees 13' 25" East 86.80 feet to a point of curvature of a 30.00 foot radius curve concave to the Southeast; thence Northeasterly along said curve through a central angle of 54 degrees 11' 37" an arc distance of 28.38 feet to a point of tangency; thence North 89 degrees 25' 02" East 122.20 feet; thence South 00 degrees 34' 58" East 236.00 feet to the South boundary of said Parcel "A"; thence along said boundary South 89 degrees 25' 02" West 223.49 feet to the POINT OF BEGINNING.

Basis of bearing is South 89 degrees 25' 02" West along the South line of said plat.

AND LESS AND EXCEPT:

A portion of Parcel "A" of WESTFORK COMMERCIAL PLAT, according to the Plat thereof, as recorded in Plat Book 160, Page 14 of the Public Records of Broward County, Florida, said portion being more particularly described as follows:

COMMENCE at the Southernmost Southwest corner of said Parcel "A"; thence along the South boundary of said Parcel "A" on a grid North bearing of North 89 degrees 39' 59" East (based on

said plat) 349.23 feet to an angle point in said boundary; thence continue along said boundary, North 89 degrees 25' 02" East 237.56 feet to the POINT OF BEGINNING; thence North 00 degree 34' 58" West 282.28 feet; thence North 89 degrees 40' 00" East 64.74 feet to a point of curvature of a 302.75 foot radius curve concave to the South; thence Easterly along said curve through a central angle of 11 degrees 15' 46: an arc distance of 59.51 feet to a point of tangency; thence South 79 degrees 04' 14" East 149.09 feet to a point of curvature of a 33.00 foot radius curve concave to the Southwest; thence Southeasterly and Easterly and Southwesterly along said curve through a central angle of 116 degrees 37' 05" an arc distance of 67.17 feet to a point of reverse curvature of a 196.50 foot radius curve concave to the North; thence Easterly along said curve through a central angle of 38 degrees 07' 49" an arc distance of 130.77 feet to a point of tangency; thence South 00 degree 34' 58" East 72.12 feet to the South boundary of said Parcel "A"; thence along said South boundary, South 89 degrees 25' 02" West 245.10 feet to the POINT OF BEGINNING.

Said lands situate, lying and being in Broward County, Florida.

AND LESS AND EXCEPT:

A portion of Parcel "A", WESTFORK COMMERCIAL PLAT, according to the plat thereof as recorded in Plat Book 160, Page 14, of the Public Records of Broward County, Florida, being described as follows.

Commence at the Southwest corner of said WESTFORK COMMERCIAL PLAT; thence North 00 degrees 20' 01" West, along the West line of said plat, a distance of 135.78 feet; thence North 06 degrees 30' 35" East, a distance of 100.72 feet; thence North 00 degrees 20' 01" West, a distance of 64.22 feet to a point of curvature of a curve concave to the East; thence Northerly and Northeasterly along said curve having a radius of 1733.00 feet, a central angle of 00 degrees 42' 07", for an arc distance of 21.23 feet to the POINT OF BEGINNING; thence continue along said curve a central angle of 19 degrees 22' 59", for an arc distance of 586.27 feet to a point on a non-tangent line; thence North 89 degrees 58' 51" East, a distance of 276.22 feet; thence North 84 degrees 07' 21" East, a distance of 137.19 feet; thence North 89 degrees 19' 59" East, a distance of 101.63 feet to a point of curvature of a curve concave to the southwest; thence Easterly, Southeasterly and Southerly along said curve having a radius of 150.00 feet a central angle of 70 degrees 45' 03", for an arc distance of 185.22 feet to a point of reverse curvature of a curve concave to the Northeast; thence Southerly and Southeasterly along said curve having a radius of 968.00 feet, a central angle of 13 degrees 10' 27", for an arc distance of 221.57 feet to a point of reverse curvature of a curve concave to the Southwest; thence Southerly and Southeasterly along said curve having a radius of 575.00 feet, a central angle of 31 degrees 30' 54", for an arc distance of 316.27 feet to a point of compound curvature of a curve concave to the Northwest; thence Southerly, Southwesterly and Westerly along said curve having a radius of 31.43 feet, a central angle of 102 degrees 17' 47", for an arc distance of 56.17 feet to a point tangency; thence North 79 degrees 11' 02" West, a distance of 133.96 feet to a point of curvature of a curve concave to the South; thence Westerly along the arc of said curve having a radius of 250.00 feet, having a central angle of 11 degrees 12' 30", for an arc distance of 48.91 feet to a point of tangency; thence South 89 degrees 36' 27" West a distance of 351.09 feet; thence North 87 degrees 47' 42" West, a distance of 131.65 feet; thence North 83 degrees 39' 26" West, a distance of 48.03 feet; thence North 89 degrees 57' 58" West, a distance of 203.25 feet to the POINT OF BEGINNING.

AND LESS AND EXCEPT:

A portion of Parcel "A", WESTFORK COMMERCIAL PLAT, according to the plat thereof as recorded in Plat Book 160, Page 14, of the Public Records of Broward County, Florida being described as follows:

Commence at the Southwest corner of said WESTFORK COMMERCIAL PLAT; thence North 00 degrees 20' 01" West, along the West line of said plat, a distance of 135.78 feet; thence North 06 degrees 30' 35" East, a distance of 100.72 feet; thence North 00 degrees 20' 01" West, a distance of 64.22 feet to a point of curvature of a curve concave to the East; thence Northerly and Northeasterly along said curve having a radius of 1733.00 feet a central angle of 00 degrees 42' 07", for an arc distance of 21.23 feet; thence continue along said curve a central angle of 19 degrees 22' 59", for an arc distance of 586.27 feet; thence continue along said curve a central angle of 02 degrees 45' 50", for an arc distance of 83.60 feet to the POINT OF BEGINNING; thence continue along said curve a central angle of 00 degrees 09' 05", for an arc distance of 4.58 feet; thence North 67 degrees 20' 00" West, along a line radial to the last and Next described curves, a distance of 12.00 feet to a point on curve concave to the East; thence Northeasterly along said curve having a radius of 1745.00 feet, a central angle of 5 degrees 59' 08", for an arc distance of

182.30 feet; thence South 76 degrees 43' 34" East, non-radial to the last described curve, a distance of 161.27 feet; thence South 00 degrees 00' 00" West, a distance 173.12 feet to a point of curvature of a curve concave to the North, having a radial bearing of North 03 degrees 17' 57" West; thence Westerly along said curve having a radius of 400.00 feet, a central angle of 16 degrees 54' 23", for an arc distance of 118.03 feet to a point of tangency; thence North 76 degrees 23' 34" West, a distance of 112.58 feet to the POINT OF BEGINNING. Said land situate, lying and being in Broward County, Florida. Basis of bearings is South 89 degrees 39' 58" West along South line of N1/2 of Section 17, Township 51 South, Range 40 East on said plat.

PARCEL 2 - EASEMENT ESTATE:

Non-Exclusive Ingress, Egress, Access and Utility Easement for the benefit of Parcel 1 as set forth in Grant of Non-Exclusive Easements And Agreement Relating to the Development of the Pembroke Pines Regional Shopping Center between West Fork C Associates I, L.P., and John A. Washburn, as Trustee under Trust #3 dated December 17, 1996 in Official Records Book 25814, Page 370, as amended in Official Records Book 26518, Page 478 and Official Records Book 26518, Page 491 of the Public Records of Broward County, Florida.

| Form **W-9**<br>(Rev. January 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
Woodstock Towers LLC

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☒ Other ▶ LLC   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.) C/O Terminix Corporate
301 Arthur Godfrey Rd Ste 600

Requester's name and address (optional)

City, state, and ZIP code
Miami Beach FL 33140

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Social security number: _ _ _ - _ _ - _ _ _ _

or

Employer identification number: 20-3420121

Note. *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**   Signature of U.S. person ▶ [signature]   Date ▶ 9/19/05

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note.** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Cat. No. 10231X    Form **W-9** (Rev. 1-2005)