# UNITED STATES BANKRUPTY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.[1]** | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about February 17, 2006, I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Motion For Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice and Motion as listed above is attached hereto as Exhibits B.

Dated: February 22, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 992-07<br>100 EXECUTIVE DRIVE LP<br>C/O PARAGON AFFILIATES INC.<br>ONE PARAGON DRIVE, SUITE 145<br>MONTVALE, NJ 07645 | CREDITOR ID: 993-07<br>11010 SEVENTH AVE INVESTMENTS<br>C/O 11010 LAND COMPANY LLC<br>PO BOX 601551<br>CHARLOTTE, NC 28260-1551 | CREDITOR ID: 995-07<br>17161 NW 27TH AVENUE LLC DBA<br>DOLPHIN PLAZA<br>PO BOX 530446<br>ATLANTA, GA 30353-0446 |
| CREDITOR ID: 996-07<br>1954 UNIONPORT ASSOCIATES,  LLC<br>C/O ECKSTEIN PROPERTIES<br>ATTN S ECKSTEIN, MANAGING MEMBER<br>60 BOARD STREET<br>NEW YORK, NY 10004 | CREDITOR ID: 997-07<br>1980 UNIONPORT ASSOCIATES LLC<br>C/O GOLDSTEIN COMMERCIAL PROPERTY<br>3753 CARDINAL POINT DRIVE<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 998-07<br>2525 EAST HILLSBOROUGH AVE LLC<br>PO BOX 530496<br>ATLANTA, GA 30353-0496 |
| CREDITOR ID: 999-RJ<br>40/86 MORTGAGE CAPITAL INC<br>PO BOX 67000<br>LOAN NO. 11048<br>DETROIT, MI 48267-1641 | CREDITOR ID: 2033-07<br>4JS FAMILY LLC<br>4408 GILBERT AVENUE<br>COLUMBUS, GA 31904 | CREDITOR ID: 1003-07<br>5 POINTS WEST SHOPPING CENTER<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0115 |
| CREDITOR ID: 1004-07<br>51ST STREET & 8TH AVE CORP<br>ATTN: PATRICIA<br>655 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10021 | CREDITOR ID: 417351-LL<br>69TH STREET PROPERTIES, L.P.C/O WILLNER REALTY<br>140 SOUTH 69TH STREET, 2ND FLOOR<br>UPPER DARBY PA 19082 | CREDITOR ID: 1007-07<br>98 PALMS LTD<br>C/O NEWTON OLD ACRE MCDONALD LLC<br>250 WASHINGTON STREET<br>PRATTVILLE, AL 36067 |
| CREDITOR ID: 2036-07<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540 | CREDITOR ID: 2036-07<br>99 EGLIN LTD<br>C/O DOWD LAW FIRM, PA<br>ATTN JOHN R DOWD, ESQ<br>285 HARBOUR BLVD, SUITE A<br>DESTIN FL 32541 | CREDITOR ID: 417352-LL<br>ABEL HOMES AT KEY WINDS, LLC<br>PO BOX 652107<br>MIAMI FL 33265-2107 |
| CREDITOR ID: 241477-12<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 | CREDITOR ID: 1014-07<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST.,  29TH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 407791-15<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 |
| CREDITOR ID: 1018-07<br>AEGON USA REALTY ADVISORS INC<br>C/O BANK OF AMERICA ILLINOIS<br>PO BOX 96273<br>CHICAGO, IL 60693-6273 | CREDITOR ID: 1020-07<br>AEI INCOME & GROWTH FUND XXI L<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 | CREDITOR ID: 1022-07<br>AEI NET LEASE INCOME & GROWTH<br>ATTN: AEI FUND MGMT INC<br>30 EAST SEVENTH STREET<br>ST. PAUL, MN 55101 |
| CREDITOR ID: 1023-07<br>AEM STIFTUNG LLC<br>C/O CRONUS INC.<br>PO BOX 31-0175<br>MIAMI, FL 33231 | CREDITOR ID: 315717-40<br>AG EDWARDS<br>C/O WATKINS INVESTMENTS LP<br>ULTRA ASSET ACCT #299-077470<br>ST LOUIS, MO 63178 | CREDITOR ID: 2044-07<br>AIB DELTONA, LTD.<br>C/O THOMA & ASSOCIATES, PLLC<br>1980 POST OAK BOULEVARD, SUITE 7<br>HOUSTON TX 77056 |
| CREDITOR ID: 315722-40<br>AL BELLOTTO INC<br>ATTN: AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND, FL 33803 | CREDITOR ID: 1028-07<br>ALABAMA '83 CENTER ASSOCIATES<br>C/O PARKWAY ASSET MGMT<br>235 MOORE STREET<br>HACKENSACK, NJ 07601 | CREDITOR ID: 1030-07<br>ALBION PACIFIC PROP RESOURCES<br>215 WEST SIXTH STREET, SUITE 1400<br>LOS ANGELES, CA 90014 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 1031-07
ALFA MUTUAL FIRE INSURANCE COMPANY
ATTN ROSE JACKSON
PO BOX 11000
MONTGOMERY, AL 36191-0001

CREDITOR ID: 411159-15
ALLIED CAPITAL CORP CLASSES ABC
HLDRS OF ACGS 2004, LLC SEC NOTES
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410891-15
ALLIED CAPITAL CORPORATION
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 1058-07
ALLIED CAPITAL CORPORATION
ACCT# 751682
PO BOX 630796
BALTIMORE, MD 21263-0796

CREDITOR ID: 1033-07
ALLIED CAPITAL CORPORATION
ACCT# 399572
PO BOX 630796
BALTIMORE, MD 21263-1796

CREDITOR ID: 2050-07
ALLIED CAPITAL CORPORATION
TURNEY DUNHAM PLAZA PARTNERS
5277 STATE ROAD
PARMA OH 44134

CREDITOR ID: 1059-07
ALLIED CAPITAL REIT INC
ATTN: JAMES SHEVLIN
PO BOX 630796
BALTIMORE, MD 21263-0796

CREDITOR ID: 315725-40
ALVIN B CHAN INC
C/O TYLER A CHAN VP
5 BEACONSFIELD COURT
ORINDA, CA 94563

CREDITOR ID: 1064-07
AMELIA PLAZA SHOPPING CENTER
C/O EDENS & AVANT FIN II LP
PO BOX 528
COLUMBIA, SC 29202

CREDITOR ID: 2054-07
AMERICAN FEDERAL PROPERTIES
1 SLEIMAN PARKWAY, SUITE 250
JACKSONVILLE, FL 32216

CREDITOR ID: 410852-15
AMERICAN FEDERAL PROPERTIES, LTD
ATTN BERNARD E SMITH, VP
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 2055-07
AMERICAN MORTGAGE & REALTY CORP
5643 COVENTRY LANE
FORT WAYNE, IN 46804

CREDITOR ID: 1068-07
AMERICAN MORTGAGE & REALTY CORP
5643 COVENTRY LANE
FORT WAYNE, IN 46804-9730

CREDITOR ID: 2056-07
AMERICAN PAPER BOX COMPANY INC
PO BOX 8135
DELRAY BEACH, FL 33482

CREDITOR ID: 417353-LL
AMERICAN PLAZA GROUP
106 SATSUMA DRIVE
ALTAMONTE SPRINGS FL 32714

CREDITOR ID: 417354-LL
AMERICAN PLAZA LTD PARTNERSHIP
9816 S. MILITARY TRAIL, SUITE C2
BOYNTON BEACH FL 33436

CREDITOR ID: 1070-07
AMERICAN PLAZA LTD PARTNERSHIP
PO BOX 75579
BALTIMORE, MD 21275-5579

CREDITOR ID: 2057-07
AMERICAN UNITED LIFE INSURANCE
5875 RELIABLE PARKWAY
LOAN #2050601
CHICAGO, IL 60686-5666

CREDITOR ID: 1071-07
AMERICAN UNITED LIFE INSURANCE CO
C/O ISLOA & ASSOCIATES INC
PO BOX 941483
MAITLAND, FL 32794-1483

CREDITOR ID: 2059-07
AMERICANA PLAZA, LP
1629 K STREET, NW, SUITE 501
WASHINGTON DC 20006

CREDITOR ID: 410778-15
AMSOUTH BANK (PROPERTIES DEPT)
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 1075-07
ANSEL PROPERTIES INC
C/O CUSHMAN & WAKEFIELD
PO BOX 02-5137
MIAMI, FL 33102-5137

CREDITOR ID: 410770-15
APOLLO BEACH 99-FL, LLC
C/O KLEIN & SOLOMON LLP
ATTN SOLOMON J JASKIEL, ESQ
275 MADISON AVE, 11TH FLOOR
NEW YORK NY 10016

CREDITOR ID: 1077-07
ARCADIA FL DIVERSEY WEST
C/O KENNEDY WILSON PROPERTIES LTD
100 PRINGLE AVENUE
WALNUT CREEK, CA 94596-0612

CREDITOR ID: 315730-40
ARLINGTON PROPERTIES INC
2117 SECOND AVE
PO BOX 12767
BIRMINGHAM, AL 35202-2767

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 1618-07
ARNOVITZ, E M & PLASKER, M
LAKESHORE VILLAGE
5025 WINTERS CHAPEL ROAD
ATLANTA, GA 30360

CREDITOR ID: 1081-07
ASBURY COMMONS LTD
C/O HALLMARK PARTNERS
95 CORPORATE CENTER
SUITE 100
JACKSONVILLE, FL 32216

CREDITOR ID: 2064-07
AUGUST URBANEK FAMILY 4TH AMENDED
& RESTRICTED REVOCABLE TRUST
4800 N FEDERAL HIGHWAY, SUITE 209A
BOCA RATON FL 33431

CREDITOR ID: 1084-07
AUGUST URBANEK INVESTMENTS
4800 NORTH FEDERAL HWY., STE. 209A
BOCA RATON, FL 33431

CREDITOR ID: 1085-07
AVON SQUARE LTD
PO BOX 5252
LOAN# 015 802 347
LAKELAND, FL 33807-5252

CREDITOR ID: 1087-07
AZALEA MANAGEMENT AND LEASING
PO BOX 9527
ASHEVILLE, NC 28815

CREDITOR ID: 1088-07
AZALEA SHOPPING CENTER
C/O SIZELER REAL ESTATE MGMT.
2542 WILLIAMS BLVD.
KENNER, LA 70062

CREDITOR ID: 2068-07
B&T DEVELOPMENT INC.
ATTN: ANGELA C. PIGG
4362 ASBURY CHURCH ROAD
LINCOLNTON NC 28092

CREDITOR ID: 417355-LL
B.E.D. ALABAMA L.L.C.
1200 CENTRAL AVENUE, STE 0306
CHASE FRANKLIN CORP/ BYRAM E.D
WILMETTE IL 60091

CREDITOR ID: 2070-07
BAINBRIDGE ASSOCIATES
PO BOX 983
BAINBRIDGE, GA 39818-0993

CREDITOR ID: 2072-07
BAKERSMITH CORNERS LLC
PO BOX 12397
COLUMBIA, SC 29211

CREDITOR ID: 1194-07
BANK OF CHARLESTON SQUARE INC
C/O PMG OCEAN ASSOCIATES
ATTN STEPHANIE WEYANDT
TRAMMEL CROW SERVICES INC
1801 N MILITARY TRAIL STE 150
BOCA RATON FL 33431

CREDITOR ID: 1097-07
BANK OF NEW YORK
C/O MATT LOUIS ESCROW UNIT
101 BARCLAY STREET
FLOOR 8W
NEW YORK, NY 10286

CREDITOR ID: 1099-07
BARLIND ENTERPRISES
C/O SAM & DOROTHY GLANELL
42023 VILLAGE 42
CAMARILLO, CA 93010

CREDITOR ID: 1104-07
BAYVIEW LOAN SERVICING LLC
ATTN: PAYMENT PROCESSING DEPT.
PO BOX 331409
MIAMI, FL 33233-1409

CREDITOR ID: 397238-68
BDM FINANCIAL CORPORATION
ATTN: IRVING MILLER
2601 BISCAYNE BLVD
MIAMI, FL 33137-0308

CREDITOR ID: 1105-07
BEACHWALK CENTRE II LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 1106-07
BEDFORD AVENUE REALTY INC
C/O DBR ASSETT MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE, FL 33394

CREDITOR ID: 2075-07
BELCO ENTERPRISES
PO BOX 520
STARKE, FL 32091-0520

CREDITOR ID: 408349-15
BELLOTTO PROPERTIES, LLC
C/O HOLLAND & KNIGHT, LLP
ATTN NOEL R BOEKE, ESQ
PO BOX 1288
TAMPA FL 33601-1288

CREDITOR ID: 315737-40
BELMART INC
C/O KIMCO REALTY CORP
3333 NEW HYDE PARK RD STE 100
NEW  HYDE  PARK, NY 11042-0020

CREDITOR ID: 1112-07
BENDERSON 85-1 TRUST & WAYNE RUBEN
PO BOX 21199
LEASE # 45235
BRADENTON, FL 34204-1199

CREDITOR ID: 416259-15
BENTLEY, FRED D SR
C/O FURR AND COHEN, PA
ATTN ALVIN S GOLDSTEIN, ESQ
2255 GLADES ROAD, SUITE 337W
BOCA RATON FL 33431

CREDITOR ID: 1116-07
BEP II LIMITED PARTNERSHIP
777 41ST STREET, 4TH FLOOR
MIAMI, FL 33140

CREDITOR ID: 1118-07
BG HIGHLANDS LLC
DEPT# 5920W51407
PO BOX 931670
CLEVELAND, OH 44193

CREDITOR ID: 1119-07
BG TURFWAY LLC
DEPT 591625WO2522
PO BOX 931572
CLEVELAND, OH 44193

CREDITOR ID: 2081-07
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY, FL 33043

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 2083-07
BIRD SQUARE PLAZA MANAGEMENT
12185 S. DIXIE HIGHWAY
MIAMI, FL 33156

CREDITOR ID: 315741-40
BIRMINGHAM REALTY CO
ATTN:  ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM, AL 35242-4202

CREDITOR ID: 2086-07
BLUE ANGEL CROSSING
C/O REDD REALTY
BUILDING 10, SUITE 101
4200 NORTHSIDE PARKWAY
ATLANTA GA 30327-3054

CREDITOR ID: 1130-07
BOGALUSA SHOPPING CENTER COMPANY
C/O JW PROPERTIES
PO BOX 16146
MOBILE, AL 36616-0146

CREDITOR ID: 407547-15
BONAIR 99-GA, LLC
C/O ERIC D ABEL, GENERAL COUNSEL
2476 N ESSEX AVENUE
HERNANDO FL 34442

CREDITOR ID: 397239-68
BONAIRE 99-GA, LLC
C/O TAMPOSI COMPANY
20 TRAFALGAR SQUARE STE 602
NASHUA, NH 03063

CREDITOR ID: 1135-07
BOYNTON LAKES PLAZA
C/O REGENCY CENTERS LP
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 2091-07
BRANDYWINE PLAZA LTD
731 VASSAR STREET
ORLANDO, FL 32804

CREDITOR ID: 2092-07
BRANDYWINE REAL ESTATE MGMT SERV
5840 NORTH ORANGE BLOSSOM TRAIL
ORLANDO FL 32810

CREDITOR ID: 1139-07
BRIERWOOD VILLAGE PLAZA
903 UNIVERSITY BLVD NORTH
JACKSONVILLE, FL 32211-5527

CREDITOR ID: 315746-40
BRIGHT-MEYERS DUBLIN ASSOCIATES
C/O FLECHER BRIGHT COMPANY
537 MARKET STREET
SUITE 400
CHATTANOOGA, TN 37402

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 60
ATLANTA GA 30309-7706

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 244022-12
BROAD STREET STATION S.C.,LLC
C/O COLLETT & ASSOCIATES, INC.
PO BOX 36799
CHARLOTTE, NC 28236-6799

CREDITOR ID: 417356-LL
BROMONT PROPERTY MANAGEMENT, LLC
6900 EAST CAMELBACK RD.
SUITE 600
SCOTTSDALE AZ 85251

CREDITOR ID: 1144-07
BROOKWOOD FLAMINGO PARTNERS LP
C/O PMAT FLAMINGO, LLC
4716 CARTHAGE ST
METAIRIE LA 70002

CREDITOR ID: 397240-68
BUCK, CAROLYN
609 SHERIDAN ROAD
WINNETKA, IL 60093

CREDITOR ID: 1149-07
BUNDY NEW ORLEANS CO LLC
C/O BENENSON CAPITAL PARTNERS LLC
ATTN LLOYD D STABINER, CFO
708 THIRD AVENUE, 28TH FLOOR
NEW YORK, NY 10017

CREDITOR ID: 1152-07
BW DIX INC
C/O DAVID NOVAK
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 315748-40
BW TREASURE INC
C/O DAVID NOVAK
849 20TH ST
VERO  BEACH, FL 32960

CREDITOR ID: 244248-12
BW TREASURE, INC
C/O DAVID NOVAK, TREAS
849 20TH STREET
VERO BEACH, FL 32960

CREDITOR ID: 1154-07
BYARS & CO INC
PO BOX 530310
BIRMINGHAM, AL 35253-0310

CREDITOR ID: 2101-07
BY-PASS PARTNERSHIP
PO BOX 1075
HAMMOND LA 70404-1075

CREDITOR ID: 1157-07
CA NEW FIXED RATE PARTNERSHIP
PO BOX 848409
DALLAS, TX 75284-8409

CREDITOR ID: 417358-LL
CA NEW PLAN FIXED RATE PARTNERSHIP
420 LEXINGTON AVENUE
7TH FLOOR
NEW YORK NY 10170

CREDITOR ID: 315750-40
CA NEW PLAN VENTURE FUND LOUIS
PO BOX 848407
LEASE# 1514003
DALLAS, TX 75284-8407

CREDITOR ID: 2109-07
CAIRO SUN PROPERTIES, LTD.
PO BOX 178
COLUMBUS GA 31902

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1162-07<br>CALIFORNIA CLUB MALL<br>C/O RK ASSOCIATES<br>17100 COLLINS AVENUE, SUITE 225<br>SUNNY ISLE BEACH, FL 33160-0111 | CREDITOR ID: 1163-07<br>CALLAHAN PLAZA SHOPPING CENTER<br>C/O TALOR COMMERCIAL REAL ESTATE<br>1018 THOMASVILLE ROAD, SUITE 20<br>TALLAHASSEE, FL 32303-3027 | CREDITOR ID: 1166-07<br>CAMILLA MARKETPLACE ASSOCIATES<br>C/O ADVANTIS GVA<br>PO BOX 3941<br>NORFOLK, VA 23514-3941 |
| CREDITOR ID: 417359-LL<br>CAPITAL CROSSING BANK<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 2114-07<br>CAPITAL DEVELOPMENT COMPANY<br>PO BOX 3487<br>LACEY, WA 98509-3487 | CREDITOR ID: 244473-12<br>CAPITAL PROPERTIES ASSOCIATES<br>ATTN CHARLES W WEST, MGR<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 2115-07<br>CAPITAL PROPERTIES ASSOCIATES<br>PO BOX 2169<br>TUSCALOOSA, AL 35403 | CREDITOR ID: 2116-RJ<br>CAPMARK SERVICES LP<br>245 PEACHTREE CENTER AVENUE<br>SUITE 1800<br>ATLANTA, GA 30303 | CREDITOR ID: 1173-RJ<br>CAPMARK SERVICES LP<br>PO BOX 404124<br>ATLANTA, GA 30384-8356 |
| CREDITOR ID: 410916-15<br>CAPMARK SERVICES, INC, AGENT<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410916-15<br>CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 1174-07<br>CARDINAL ENTITIES COMPANY LLC<br>C/O MATTITUCK SHOPPING CT<br>PO BOX 77<br>MATTITUCK, NY 11952 |
| CREDITOR ID: 417360-LL<br>CARR FARMS<br>4106 QUAIL HOLLOW DRIVE<br>ALBANY GA 31721 | CREDITOR ID: 2119-07<br>CASS REALTY GROUP, INC.<br>PO BOX 1260<br>RIDGELAND MS 39158 | CREDITOR ID: 1178-07<br>CASTO INVESTMENTS CO LTD<br>C/O VMC REALTY<br>PO BOX 24627<br>FORT LAUDERDALE, FL 33307 |
| CREDITOR ID: 2120-07<br>CATHI GALPIN, PROPERTY MANGER<br>EDENS & AVANT SOUTHEAST L.P<br>1400 E. SHOTWELL STEET<br>BAINBRIDGE GA 39819 | CREDITOR ID: 2102-07<br>CC ALTAMONTE JOINT VENTURE<br>7200 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0072 | CREDITOR ID: 1181-RJ<br>CDC PAYING AGENT LLC<br>CHURCH STREET STATION<br>PO BOX 26180<br>NEW YORK, NY 10249 |
| CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1185-07<br>CENTRAL PROGRESSIVE BANK<br>ATTN: JAMES J. VENEZIA, EXEC VP<br>29092 KRENTEL ROAD<br>LACOMBE, LA 70445 |
| CREDITOR ID: 315761-40<br>CENTURY MANAGEMENT AND DEVELOPMENT<br>27 INVERNESS CTR PKWY<br>BIRMINGHAM, AL 35242 | CREDITOR ID: 1189-07<br>CFG LIMITED<br>8711 PERIMETER PARK BLVD, SUITE 11<br>JACKSONVILLE, FL 32216-6353 | CREDITOR ID: 2127-07<br>CHAMBERS SQUARE LLC<br>PO BOX 3040<br>DULUTH, GA 30096 |
| CREDITOR ID: 417361-LL<br>CHARLES M. CASSIDY & CAROL C. BUSH<br>C/O JW PROPERTIES<br>PO BOX 16146<br>MOBILE AL 36616-0146 | CREDITOR ID: 417362-LL<br>CHARLES SIMON<br>ATTN A.STRAUS<br>1800 NE 114TH STREET PH3<br>MIAMI FL 33181 | CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2131-07<br>CHESTER DIX CRAWFORDVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2132-07<br>CHESTER DIX CRESCENT CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2136-07<br>CHESTER DIX LABELLE CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2139-07<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2140-07<br>CHESTER DIX WILLISTON CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 315757-40<br>CLARK, CARL F.<br>300 RIVERSIDE DR<br>GREENWOOD, MS 38930 | CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410456-15<br>CLAY PLAZA INVESTORS, LLC<br>PO BOX 4767<br>COLUMBUS GA 31914 |
| CREDITOR ID: 1199-07<br>CLEARLAKE SQUARE<br>C/O TRYCON INC<br>951 MARKET PROMENADE<br>LAKE MARY, FL 32746 | CREDITOR ID: 1200-07<br>CLEVELAND MARKETPLACE LTD<br>C/O LAT PURSER & ASSOC<br>6320-7 ST AUGUSTINE ROAD<br>JACKSONVILLE, FL 32217 | CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>LEATHERWOOD WALKER TODD & MANN, PC<br>ATTN SEANN GRAY TZOUVELEKAS, ESQ<br>PO BOX 87<br>GREENVILLE SC 29602-0087 |
| CREDITOR ID: 411126-15<br>CLEVELAND MARKETPLACE, LTD<br>PO BOX 1806<br>GREENVILLE SC 29602 | CREDITOR ID: 2145-07<br>CLINTON HOUSE COMPANY<br>C/O RMC REALTY COMPANIES LTD<br>1733 W FLETCHER AVENUE<br>TAMPA, FL 33612 | CREDITOR ID: 2147-07<br>COBB INVESTMENT CO.<br>PO BOX 131209<br>BIRMINGHAM AL 35213 |
| CREDITOR ID: 2153-07<br>COLONIAL PROPERTIES RETAIL DIVISION<br>950 MARKET PROMENADE AVE, STE. 2200<br>LAKE MARY FL 32746 | CREDITOR ID: 1209-07<br>COLONIAL PROPERTIES TRUST<br>PO BOX 55966 - DEPT. 301501<br>BIRMINGHAM, AL 35255-5966 | CREDITOR ID: 407769-15<br>COLONIAL REALTY LP<br>C/O FOSTER, LINDEMAN & KLINKBEIL,PA<br>ATTN W LINDEMAN/T FOSTER, ESQS<br>PO BOX 3108<br>ORLANDO FL 32802 |
| CREDITOR ID: 246681-12<br>COLUMBIA MARKETPLACE LLC<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 | CREDITOR ID: 246681-12<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, PROP MGMT DIR<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 1210-07<br>COLUMBIA MARKETPLACE LLC<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 |
| CREDITOR ID: 1210-07<br>COLUMBIA MARKETPLACE LLC<br>C/O REGENCY PROPERTY SERVICES<br>ATTN JEFF HOWELL, DIR OF PROP MGMT<br>330 CROSS POINTE BOULEVARD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 315765-40<br>COMKE INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 | CREDITOR ID: 1213-07<br>COMMERCIAL LEASING ONE<br>C/O P. VASCONCELLOS<br>PO BOX 622<br>STOUGHTON MA 02072 |

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 1214-07
COMMERCIAL LEASING TWO
C/O MIDLAND LOAN SERVICES INC
LOAN #3021
PNC LOCK BOX 771223
CHICAGO, IL 60677-1002

CREDITOR ID: 315766-40
COMMERCIAL NET LEASE REALTY INC
ATTN HELEN COLLINS
PO BOX 992
ORLANDO, FL 32802-0992

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 2157-07
COMMERCIAL NET LEASE REALTY, INC.
450 S. ORANGE AVENUE, SUITE 900
ORLANDO FL 32801

CREDITOR ID: 315767-40
COMMODORE REALTY INC
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE, FL 33149

CREDITOR ID: 417363-LL
COMPSON DEVELOPMENT
980 NORTH FEDERAL HIGHWAY, SUITE 314
BOCA RATON FL 33432

CREDITOR ID: 315768-40
CONCIRE CENTERS INC
411 COMMERCIAL COURT STE E
VENICE, FL 34292

CREDITOR ID: 315769-40
CONSECO MORTGAGE CAPITAL INC
DEPT #164101  LN#01586010
PO BOX 67000
DETROIT, MI 48267-1641

CREDITOR ID: 2160-07
CONSTELLATION APARTMENTS
15 W COLLEGE DRIVE
ARLINGTON HEIGHTS, IL 60004

CREDITOR ID: 1221-07
COOPER SMOLEN JOINT VENTURE
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 1222-07
CORALWOOD SHOPPING CENTER
C/O WELSH COMPANIES SE INC.
12800 UNIVERSITY DRIVE, SUITE 250
FORT MYERS, FL 33907

CREDITOR ID: 1223-07
CORDOVA COLLECTION LP
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 2164-07
CORPORATE PROPERTY ASSOCIATES 6, L
C/O WILLKIE FARR & GALLAGHER LLP
ATTN: ROBIN SPIEGEL
787 SEVENTH AVENUE
NEW YORK NY 10019

CREDITOR ID: 2164-07
CORPORATE PROPERTY ASSOCIATES 6, L
C/O W.P. CAREY & CO.
50 ROCKEFELLER PLAZA, 2ND FLOOR
NEW YORK NY 10020

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 1224-07
COUNTRY CLUB CENTRE LLC
CO RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEALL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1230-07
CREST HAVEN LLC
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD, SUITE 600
MIAMI, FL 33140-2764

CREDITOR ID: 2168-07
CRESTVIEW MARKETPLACE LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 410813-15
CRIIMI MAE SVCS LP, SERIES 1997-C2
HOLDERS FIRST UNION COMMERCIAL
C/O VENABLE, LLP
ATTN G A CROSS, H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410820-15
CRIIMI MAE SVCS LP, SERIES 1997-ML1
HOLDERS COMMERCIAL MRTG ACCEPTANCE
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410819-15
CRIIMI MAE SVCS LP, SERIES 1997-WF1
HOLDERS MORGAN STANLEY CAPITAL INC
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411303-15
CRIIMI MAE SVCS LP, SERIES 1998-WF1
HOLDERS MORGAN STANLEY CAPITAL INC
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 410818-15
CRIIMI MAE SVCS, LP, SERIES 1997-C1
HOLDERS FIRST UNION COMMERCIAL
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 2169-07
CROSS COUNTY ASSOCIATES LP
DEPT 2315
LOS ANGELES, CA 90084-2315

CREDITOR ID: 1233-07
CROSSINGS OF ORLANDO, LTD
C/O COURTELIS CO
703 WATERFORD WAY
MIAMI, FL 33126-4677

CREDITOR ID: 1235-07
CROWN LIQUORS BROWARD INC
ATTN RAY BROOKS
910 NW 10TH PLACE
FORT LAUDERDALE, FL 33311-6132

CREDITOR ID: 2171-07
CRUMP INVESTMENTS LTD
1609 VALLEY ROAD
JASPER, AL 35501

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 1237-07
CRYSTAL BEACH ACQUISTION LP
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 1238-07
CRYSTAL LAKE AT ORLANDO
C/O REALVEST PARTNERS INC
2200 LUCIEN WAY, SUITE 350
MAITLAND, FL 32751-7019

CREDITOR ID: 410920-15
CRYSTAL LAKE AT ORLANDO
C/O FRAZIER HOTTE & ASSOCIATES
ATTN ROBERT W FRAZIER, JR
6550 N FEDERAL HWY #220
FT LAUDERDALE FL 33308

CREDITOR ID: 1239-07
CURRY FORD LP
C/O HOLD THYSSEN INC.
147 W LYMAN AVENUE, SUITE 100
WINTER PARK, FL 32789-4367

CREDITOR ID: 411164-15
CW CAPITAL ASSET MGT SERIES 2001-C2
HOLDERS OF SALOMON BROTHERS MTG
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411160-15
CWCAPITAL ASSET MGMT SERIES 2004-C1
HOLDERS OF GS MORTGAGE SECURITIES
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411174-15
CWCAPITAL ASSET MGMT, SERIES 1999C1
HOLDERS OF COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411169-15
CWCAPITAL ASSET MGMT, SERIES 2005C1
HOLDERS LB-UBS COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411166-15
CWCAPITAL ASSET MGT, SERIES1998-MC3
HOLDERS OF MORTGAGE CAPITAL FUNDING
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 411172-15
CWCAPITAL ASST MGMT, SERIES 2001C1
HOLDERS OF JP MORGAN CHASE COM MORT
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 1240-07
CYPRESS RUN LLC
C/O GAME PROPERTIES CORP.
470 BILTMORE WAY, SUITE 100
CORAL GABLES, FL 33134

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
DILORENZO PROPERTIES CO COMPANY
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 1243-07
DAIRY PLAZA ASSOCIATES LTD
C/O VANGUARD COMMERCIAL REALTY
PO BOX 4235
ORMOND BEACH, FL 32175-4235

CREDITOR ID: 1244-07
DALRAIDA PROPERTIES INC
ATTN JAMES W RUTLAND, JR PRESIDENT
PO BOX 230758
MONTGOMERY, AL 36123

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410822-15
DANIEL G KAMIN MANDEVILLE, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 S HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 417364-LL
DANIEL G. KAMIN
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 315777-40
DAVIE PLAZA LP
7000 W PALMETTO PARK ROAD
SUITE 40
BOCA RATON, FL 33433

CREDITOR ID: 407741-99
DBR ASSET MGMT, LLC AGENT FOR
IIIT WEST LLC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407736-99
DBR ASSET MGMT, LLC AGENT FOR
THREE LAKES PLAZA LC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407739-99
DBR ASSET MGMT, LLC AGENT FOR
NORTHWAY INVESTMENTS LLC
C/O GATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 407738-99
DBR ASSET MGMT, LLC AGENT FOR
BEDFORD AVENUE REALTY INC
C/O GLATTER & ASSOCIATES PA
ATTN ERIC S GLATTER, ESQ
1489 WEST PALMETTO PARK RD, STE 420
BOCA RATON FL 33486

CREDITOR ID: 1255-07
DEBARY COMMON SHOPPING CENTER
C/O STAFFORD PROPERTIES INC.
80 WEST WIEUCA ROAD, SUITE 302
ATLANTA, GA 30342

CREDITOR ID: 2182-07
DEBARY-STAFFORD ASSOCIATES,LP
80 W. WIEUCA ROAD
ATLANTA GA 30342

CREDITOR ID: 1259-07
DEFUNIAK SQUARE PARTNERS, LTD
C/O VALPARAISO REALTY CO
ATTN TERESA W FEDONCZAK
PO BOX 8
VALPARAISO, FL 32580-0008

CREDITOR ID: 1261-07
DEL MAR SHOPPING CENTER
C/O STILES PROP MGMT.
300 SE 2ND STREET
FORT LAUDERDALE, FL 33301

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2185-07<br>DELNICE CORP N.V.<br>PO BOX 16727<br>MIAMI, FL 33101-6727 | CREDITOR ID: 315778-40<br>DELTONA ASSOC LTD<br>314 S MISSOURI AVE<br>BRUCE STRUMPF INC S-305<br>CLEARWATER, FL 33756 | CREDITOR ID: 2188-07<br>DEM PARTNERSHIP<br>C/O KLEIN & HEUCHAN, INC.<br>ATTN: MARK S KLEIN<br>1744 N BELCHER ROAD<br>CLEARWATER, FL 33765 |
| CREDITOR ID: 2190-07<br>DEVELOPERS DIVERSIFIED REALTY CORP<br>3300 ENTERPRISE PKWY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 315824-40<br>DEWRELL, GEORGE<br>PO BOX 642<br>FORT  WALTON  BEACH, FL 32549 | CREDITOR ID: 1241-07<br>DR PLAZA LTD<br>C/O HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427 |
| CREDITOR ID: 1277-07<br>DUCKWORTH MORRIS REALTY<br>AS AGENT FOR ESSEX SQUARE INVESTING<br>PO BOX 1999<br>TUSCALOOSA, AL 35403-1999 | CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>PO BOX 1863<br>PANAMA CITY, FL 32402 | CREDITOR ID: 315756-40<br>DUPUIS, CARL<br>SCOTT R NABORS, ESQ<br>456 HARRISON AVENUE<br>PANAMA CITY FL 32401 |
| CREDITOR ID: 1281-07<br>E&A AQUISITION TWO LP<br>PROPERTY 1186-70<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2200-07<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>506 45TH ST, SUITE B-5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 248637-12<br>EAGLE HARBOR INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1283-07<br>EASTDALE SQUARE LLC<br>C/O ARONOV REALTY MANAGEMENT<br>PO BOX 235021<br>MONTGOMERY, AL 36123-5021 | CREDITOR ID: 1284-07<br>EASTERN RETAIL HOLDINGS LP<br>PO BOX 862504<br>ORLANDO, FL 32886-2504 |
| CREDITOR ID: 248713-12<br>EASTGATE INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 248713-12<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1286-07<br>EASTGATE INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 1288-07<br>EBR PARTNERSHIP<br>7732 GOODWOOD BLVD., SUITE V<br>BATON ROUGE LA 70806 | CREDITOR ID: 248729-12<br>EBR, LLC<br>7732 GOODWOOD BLVD,  STE V<br>BATON ROUGE, LA 70806 | CREDITOR ID: 248729-12<br>EBR, LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 |
| CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC<br>C/O DAVIDSON WIGGINS JONES & PARSON<br>ATTN W CAMERON PARSONS, ESQ<br>PO BOX 1939<br>TUSCALOOSA AL 35403 | CREDITOR ID: 2208-07<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT AL 35476 | CREDITOR ID: 2209-07<br>EDENS & AVANT FINANCING II LP<br>PO BOX 528<br>COLUMBIA SC 29202 |
| CREDITOR ID: 315787-40<br>EDENS & AVANT INC<br>C/O VILLAGE SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202-0528 | CREDITOR ID: 407752-99<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 | CREDITOR ID: 315788-40<br>ELFERS SQUARE CENTER INC<br>10912 N 56TH STREET<br>TEMPLE  TERRACE, FL 33617-3004 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417365-LL<br>ELLIS, EDWARD C. ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 1300-07<br>ELSTON/LEETSDALE LLC<br>C/O TERRANOVA CORP.<br>801 AUTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 | CREDITOR ID: 2214-07<br>ENGEL REALTY INC.<br>PO BOX 187<br>BIRMINGHAM AL 35201-0187 |
| CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ILAN D SCHARF, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017-2024 | CREDITOR ID: 410596-15<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107 | CREDITOR ID: 1301-07<br>ENGLEWOOD VILLAGE LLC<br>C/O JAMISON MONEY FARMER & CO.<br>PO BOX 2347<br>TUSCALOOSA, AL 35403 |
| CREDITOR ID: 410789-15<br>EQUITY ONE (ALPHA) CORP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 410790-15<br>EQUITY ONE (DELTA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 1304-07<br>EQUITY ONE (DELTA) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 410791-15<br>EQUITY ONE (LANTANA) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315792-40<br>EQUITY ONE (LANTANA) INC<br>PO BOX 01-9170<br>MIAMI BEACH, FL 33179-9170 | CREDITOR ID: 410792-15<br>EQUITY ONE (LOUISIANA PORTFOLIO)<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI' FL 33131 |
| CREDITOR ID: 410793-15<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 411173-15<br>EQUITY ONE (POINT ROYALE) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315793-40<br>EQUITY ONE (POINTE ROYALE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 410794-15<br>EQUITY ONE (SUMMERLIN) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315794-40<br>EQUITY ONE (SUMMERLIN) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 411165-15<br>EQUITY ONE (WEST LAKE) INC<br>C/O GREENBURG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKEL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 315795-40<br>EQUITY ONE (WEST LAKE) INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315796-40<br>EQUITY ONE ALPHA INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315797-40<br>EQUITY ONE COMMONWEALTH INC<br>C/O EQUITY ONE REALTY MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 |
| CREDITOR ID: 1312-07<br>EQUITY ONE INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 315798-40<br>EQUITY ONE MONUMENT POINTE INC<br>C/O EQUITY ONE REALTY & MGMT INC<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 2220-07<br>EQUITY ONE REALTY & MANAGEMENT<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 |
| CREDITOR ID: 410786-15<br>EQUITY ONE, INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BROWN, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 315799-40<br>ERNST PROPERTIES, INC<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW ORLEANS, LA 70130-6078 | CREDITOR ID: 2221-07<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW ORLEANS LA 70130-6078 |

SERVICE LIST
**Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417366-LL<br>ERT AUSTRALIAN MANAGEMENT<br>420 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK NY 10170 | CREDITOR ID: 315801-40<br>ESCROW SPECIALISTS<br>ATTN PAYMENTS PROCESSING DEPT<br>PO BOX 3287<br>OGDEN, UT 84409 | CREDITOR ID: 316015-41<br>ESROG REALTY LLC<br>C/O DAVID GOLD ESQ<br>840 GRAND CONCOURSE SUITE 1 B<br>BRONX NY 10451 |
| CREDITOR ID: 2224-07<br>ESSEX SQUARE INVESTING, LLC<br>PO BOX 1999<br>TUSCALOOSA AL 35403-1999 | CREDITOR ID: 417367-LL<br>EUFAULA FIELDS, LLC<br>5 VISTA LANE<br>BROOKVILLE NY 11545 | CREDITOR ID: 1317-07<br>EUTIS MORTGAGE CORPORATION<br>1100 POYDRAS STREET, SUITE 2525<br>NEW ORLEANS, LA 70163 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 315804-40<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 316154-40<br>FIRST SECURITY BANK NATIONAL ASSOC<br>ATTN: CORP TRUST SERVICES<br>REF WINN DIXIE 1999 SPINOFF A<br>ACCT 0510922115<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 315809-40<br>FIRST SECURITY BANK NATL ASSOC<br>ATTN: CORP TRUST SERVICES<br>ACCT# 0510922115<br>SALT LAKE CITY, UT 84111 |
| CREDITOR ID: 1330-07<br>FIRST UNION NATIONAL BANK<br>LOCKBOX SPS<br>FUND 52-0000091<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 | CREDITOR ID: 1332-07<br>FIRST UNION WHOLESALE LOCK BOX<br>LOAN #80-5114053<br>PO BOX 60253<br>CHARLOTTE NC 28260-0253 | CREDITOR ID: 1335-07<br>FIRST UNION WHOLESALE LOCKBOX<br>PO BOX 60253<br>CHARLOTTE, NC 28260-0253 |
| CREDITOR ID: 1337-07<br>FLAG BANK<br>3475 PIEDMONT ROAD NE<br>SUITE 550<br>ATLANTA, GA 30305 | CREDITOR ID: 2233-07<br>FLAGLER RETAIL ASSOC., LTD<br>DBA PARKH<br>C/O TERRANOVA CORP.<br>801 ARTHUR GODFREY ROAD, SUITE 600<br>MIAMI BEACH FL 33140 | CREDITOR ID: 1338-07<br>FLAGLER RETAIL ASSOCIATES LTD<br>D/B/A PARKHILL PLAZA<br>ACCT# 2000013823272<br>PO BOX 862792<br>ORLANDO, FL 32886-2792 |
| CREDITOR ID: 1339-07<br>FLAMINGO EAST LTD<br>C/O SAGIO DEVELOPMENT CORP.<br>PO BOX 568368<br>ORLANDO, FL 32856-8368 | CREDITOR ID: 2234-07<br>FLORIDA DICKENS ASSOCIATES<br>C/O PALISADES CAPITAL LTD, INC,<br>16680 CUMBRE VERDE COURT<br>PACIFIC PALISADES CA 90272 | CREDITOR ID: 1341-07<br>FLORIDA DICKENS ASSOCIATES LTD<br>PO BOX 863030<br>ORLANDO, FL 32886-3030 |
| CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>ATTN FRANK OEHLBAUM<br>300 N SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 1342-07<br>FMV ASSOCIATES<br>C/O FRANK OEHLBAUM<br>300 N. SWALL DRIVE, NO 453<br>BEVERLY HILLS, CA 90211 | CREDITOR ID: 249895-12<br>FMV ASSOCIATES<br>C/O BERKOVITZ & SCHILIT<br>ATTN MENACHEM SCHILIT, ESQ<br>16830 VENTURA BLVD, SUITE 500<br>ENCINO CA 91436 |
| CREDITOR ID: 315813-40<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 417368-LL
FOUNTAIN PARK STATION, INC.
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 1348-07
FOUR FLORIDA SHOPPING CENTERS
C/O REPUBLIC BANK/CASH MGMT
PO BOX 33006
ST PETERSBURG, FL 33733-8006

CREDITOR ID: 1347-07
FOUR FLORIDA SHOPPING CENTERS
C/O CHRISTINE TAYLOR
7753 LAKE WORTH RD
LAKE WORTH FL 33467

CREDITOR ID: 410525-15
FOUR FLORIDA SHOPPING CENTERS LP
C/O THE BROWN COMPANY
ATTN ALFRED BROWN
7753 LAKE WORTH ROAD
LAKE WORTH FL 33467

CREDITOR ID: 417369-LL
FRANCINE TRAGER KEMPNER
4158 ALHAMBRA DRIVE
JACKSONVILLE FL 32207

CREDITOR ID: 417370-LL
FRANK W. GUILFORD,JR.
2222 PONCE DE LEON BLVD.
PENTHOUSE SUITE
CORAL GABLES FL 33134

CREDITOR ID: 417371-LL
FRED D. BENTLEY, SR.
241 WASHINGTON AVENUE
PO BOX 968
MARIETTA GA 30060

CREDITOR ID: 1353-07
FRO LLC VIII
C/O JAMES HASTINGS
305 PIPING ROCK DRIVE
SILVER SPRING, MD 20905

CREDITOR ID: 1355-07
FWI 16 LLC
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVENUE, SUITE 305
CLEARWATER, FL 33756

CREDITOR ID: 1356-07
FWI 20 LLC
C/O BRUCE STRUMPF INC
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVENUE
CLEARWATER, FL 33756

CREDITOR ID: 1357-07
FWI 23 LLC
C/O BRUCE STRUMPF INC
ATTN THOMAS J CANNON, PPRESIDENT
314 S MISSOURI AVENUE
CLEARWATER, FL 33756

CREDITOR ID: 1358-07
FWI 5 LLC
C/O BRUCE STRUMPF INC
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVENUE, SUITE 305
CLEARWATER, FL 33756

CREDITOR ID: 2248-07
GAD & ASHER REALTY LTD
3637 B WEST WATERS AVENUE
TAMPA, FL 33614

CREDITOR ID: 417372-LL
GALIP MAMUDOSKI
1578 WILLILAMS BRIDGE ROAD
SUITE 3B
BRONX NY 10461

CREDITOR ID: 1362-07
GALT OCEAN MARKETPLACE
C/O DANEBELT GROUP INC.
1 FINANCIAL PLAZA, SUITE 2001
FT LAUDERDALE, FL 33394

CREDITOR ID: 417373-LL
GALT OCEAN TIC INVESTOR LLC C/O WOOLBRIGHT DEVELOP
3200 N. MILITARY TRAIL, 4TH FLOOR
BOCA RATON FL 33431

CREDITOR ID: 2251-07
GARDENS PARK PLAZA, LTD
C/O ELK BANKIER CHRISTU & BAKST LLP
ATTN MICHAEL R BAKST, ESQ
222 LAKEVIEW AVENUE, SUITE 1330
WEST PALM BEACH, FL 33401

CREDITOR ID: 2252-07
GARY SOLOMON & COMPANY
C/O W DIXIE,LLC
3139 NORTH LINCOLN AVENUE
CHICAGO IL 60657

CREDITOR ID: 1364-07
GATES OF ST JOHNS LLC
C/O HAKIMIAN HOLDINGS INC
PO BOX 54332
JACKSONVILLE, FL 32245

CREDITOR ID: 2253-07
GATOR CARRIAGE PARTNERS LTD
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 1366-07
GATOR JACARANDA LTD
ATTN: WILLIAM GOLDSMITH
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 1367-07
GATOR LINTON PARTNERS LTD
C/O GATOR INVESTMENTS
1595 NE 163RD STREET
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 381792-99
GE COMMERCIAL FIN BUS PROP CORP FKA
GE CAPITAL BUS ASSET FUNDING CORP
C/O MORITT HOCK HAMROFF ET AL
ATTN MARC HAMROFF/LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 1368-07
GEHR DEVELOPMENT FLORIDA LLC
C/O SUNTRUST BANK
PO BOX 918983
ORLANDO, FL 32891-8983

CREDITOR ID: 1371-07
GENERAL ELECTRIC CAPITAL BUSINESS
LOAN# 95-00068 ACCT # 37566
PO BOX 402363
ATLANTA, GA 30384-2363

CREDITOR ID: 1380-07
GLA LLC
C/O RETAIL PLANNING CORPORATION
35 JOHNSON FERRY ROAD
MARIETTA, GA 30067

CREDITOR ID: 1382-07
GLIMCHER PROPERTIES LIMITED
C/O FIRSTSTAR BANK
PO BOX 641973
CINCINNATI, OH 45264-1973

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 1383-07
GLYNN ENTERPRISES LLC
C/O ZIFF PROPERTIES INC.
PO BOX 751554
CHARLOTTE, NC 28275-1554

CREDITOR ID: 315826-40
GOODINGS SUPERMARKETS INC
PO BOX 691329
ORLANDO, FL 32869-1329

CREDITOR ID: 405927-99
GOODING'S SUPERMARKETS, INC
C/O LOWNDES DROSDICK ET AL
ATTN MATT E BEAL, ESQ
215 NORTH EOLA DRIVE
PO BOX 2809
ORLANDO FL 32802

CREDITOR ID: 1389-07
GRE CORALWOOD LP
C/O STILES PROPERTY MANAGEMENT
300 SE 2ND STREET
FORT LAUDERDALE, FL 33301

CREDITOR ID: 2270-07
GREENGOLD CO LLC
3265 PERRY AVENUE
OCEANSIDE NY 11572

CREDITOR ID: 417076-15
GROSSMAN COMPANIES, INC, THE
C/O POSTERNAK, BLANKSTEIN & LUND
ATTN ROBERT RESNICK, ESQ
THE PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON MA 02199-8004

CREDITOR ID: 417076-15
GROSSMAN COMPANIES, INC, THE
ATTN LOUIS J GROSSMAN, MGR
1266 FURNACE BROOK PARKWAY
QUINCY MA 02269-0110

CREDITOR ID: 1399-07
GS II JACKSONVILLE REGIONAL
PO BOX 73153
CLEVELAND, OH 44193

CREDITOR ID: 1352-07
GUILFORD, FRANK W JR, TRUSTEE
TRUST UNDER VICTORIA FASCELL WILL
400 UNIVERSITY DRIVE STE 200
CORAL GABLES, FL 33134

CREDITOR ID: 2273-07
GULF COAST PROPERTIES
PO BOX 24087
NEW ORLEANS, LA 70184-4087

CREDITOR ID: 2274-07
GULF VIEW PARTNERSHIP
777 ARTHUR GODFREY ROAD
MIAMI BEACH FL 33140

CREDITOR ID: 2275-07
GULFPORT PLAZA CENTER INC
10341 BARRY DRIVE
LARGO, FL 33774

CREDITOR ID: 410506-15
GULFPORT/ORANGE GROVE ASSOCS, LTD
C/O ECMC
ATTN JOHN C T EDWARDS, AGENT
6055 PRIMACY PARKWAY, SUITE 402
MEMPHIS TN 38119

CREDITOR ID: 2276-07
GUMBERG ASSET MGMT CORP.
REF: PROMENADE SHOPS
3200 N. FEDERAL HIGHWAY
FORT LAUDERDALE FL 33306-1064

CREDITOR ID: 2279-07
H. GEORGE CARRISON TRUST A&C1 V/W
C/O J.C. BOCKEL & N.C. CARRISO
10563 JAMES WREN WAY
FAIRFAX VA 22030

CREDITOR ID: 1406-07
HADDCO PROPERTIES LTD PARTNERS
C/O ATLANTIC COMMERCIAL PROPER
8761 PERIMETER PARK BLVD.
JACKSONVILLE, FL 32216

CREDITOR ID: 1407-07
HALL PROPERTIES
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 2284-07
HALL PROPERTIES INC
2720 PARK STREET
SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 2285-07
HALL PROPERTIES, INC.
4928 ARAPALDOE AVENUE
JACKSONVILLE FL 32210

CREDITOR ID: 264812-12
HALL, WILLIAM H
2720 PARK STREET, SUITE 204
JACKSONVILLE, FL 32205

CREDITOR ID: 2013-07
HALL, WILLIAM H
2720 PARK STREET, APT 204
JACKSONVILLE FL 32205-7645

CREDITOR ID: 2013-07
HALL, WILLIAM H
C/O ROBERT A HECKIN LAW OFFICE
ATTN ROBERT A HECKIN, ESQ
1 SLEIMAN PARKWAY, STE 280
JACKSONVILLE FL 32216

CREDITOR ID: 2684-07
HALL, WILLIAM H
2720 PARK STREET, SUITE 204
JACKSONVILLE, FL 32205-7645

CREDITOR ID: 315835-40
HALPERN ENTERPRISES INC
ATTN A/R MANAGER
5269 BUFORD HIGHWAY
ATLANTA, GA 30340

CREDITOR ID: 2287-07
HAMILTON ROAD LTD. PARTNERSHIP
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 315836-40
HAMMERDALE INC
C/O R ALEX SMITH
PO DRAWER 3308
MERIDIAN, MS 39303

CREDITOR ID: 405981-99
HAMMERDALE INC NV
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1413-07
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 383961-47
HAMMONTON PARTNERS
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 2294-07
HAYDAY INC
PO BOX 350940
MIAMI, FL 33135-0940

CREDITOR ID: 315839-40
HAYDEL REALTY COMPANY INC
PO BOX 26194
NEW ORLEANS, LA 70186-6194

CREDITOR ID: 1418-07
HAYDEL REALTY COMPANY INC.
PO BOX 26194
NEW ORLEANS LA 70186-6194

CREDITOR ID: 1543-07
HEARD, LAWRENCE M
C/O ARIANA ASSOCIATES
3904 HALL OAK COURT
VALRICO, FL 33594

CREDITOR ID: 1419-07
HEATHROW SQUARE LLC
ATTN:  LEIGH RUSHING
12121 WILSHIRE BLVD #512
LOS ANGELES, CA 90025

CREDITOR ID: 2298-07
HECHT PROPERTIES LTD
C/O SIDNEY LEFCOURT
2100 PONCE DE LEON BLVD., SUITE 8
CORAL GABLES FL 33134-5200

CREDITOR ID: 1420-07
HELENA MARKETPLACE LLC
ATTN E PAUL STREMPEL, JR
III RIVERCHASE OFFICE PLAZA
SUITE 102
BIRMINGHAM, AL 35244

CREDITOR ID: 1420-07
HELENA MARKETPLACE LLC
KING DRUMMOND & DABBS, PC
ATTN MARJORIE O DABBS, ESQ
100 CENTERVIEW DRIVE, STE 180
BIRMINGHAM AL 35216

CREDITOR ID: 2299-07
HENDERSON CORPORATION
PO BOX 150
WINTER PARK, FL 32790

CREDITOR ID: 1423-07
HERITAGE COMMUNITY BANK
19540 VALDOSTA HIGHWAY
VALDOSTA, GA 31602

CREDITOR ID: 1425-07
HERITAGE PROP INVESTMENT LTD P
GROUP #37 - #03721781
PO BOX 3165
BOSTON, MA 02241-3165

CREDITOR ID: 411182-15
HERITAGE PROPERTY INVESTMENT LP
C/O HERITAGE PROP INVESTMENT TRUST
ATTN EDWARD W VALANZOLA, ESQ
131 DARTMOUTH STREET
BOSTON MA 02116

CREDITOR ID: 1428-07
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE, AL 36670

CREDITOR ID: 1429-07
HIALEAH FEE COMMONS LTD
1800 SUNSET HARBOUR DRIVE, STE. 2
MIAMI BEACH, FL 33139

CREDITOR ID: 1430-07
HIALEAH PROMENADE LIMITED PART
C/O STERLING CENTRE CORP MGT SERV
1 N. CLEMATIS STREET
WEST PALM BEACH, FL 33401

CREDITOR ID: 417374-LL
HIGH SPRINGS COMMERCIAL PROPERTIES, INC.
5801 CONGRESS AVENUE
SUITE 219
BOCA RATON FL 33487

CREDITOR ID: 1431-07
HIGHLAND ASSOCIATES LP
C/O VANGUARD ASSOCIATES
ATTN TJ O'NEIL, JR, MGG PARTNER
1900 THE EXCHANGE, SUITE 180
ATLANTA, GA 30339

CREDITOR ID: 1433-07
HIGHLAND LAKES ASSOCIATES
PO BOX 643342
PITTSBURGH, PA 15264-3342

CREDITOR ID: 1434-07
HIGHLAND SQ SHOP CENTER
C/O THE SEMBLER COMPANY
PO BOX 409824
ATLANTA, GA 30384-9824

CREDITOR ID: 397243-68
HILL LANES INC.
ATTN: ROBERT BIER
525 ROUTE 9 NORTH
HOPELAWN, NJ 08861

CREDITOR ID: 1438-07
HILYARD MANOR ASSOCIATES LLP
C/O AARON J. EDELSTEIN
36 ISLAND AVENUE
SUITE #56
MIAMI BEACH, FL 33139

CREDITOR ID: 417375-LL
HK NEW PLAN EXCHANGE PROPERTY OWNE
420 LEXINGTON AVENUE
7TH FLOOR
NEW YORK NY 10170

CREDITOR ID: 1439-07
HOBE SOUND S C COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
PO BOX 11229
KNOXVILLE, TN 37939

CREDITOR ID: 410745-15
HOBE SOUND SC COMPANY LTD
C/O SOUTHERN MGMT & DEV LTD
ATTN STEVEN LEVIN, VP
21301 POWERLINE ROAD, STE 312
BOCA RATON FL 33433

CREDITOR ID: 410745-15
HOBE SOUND SC COMPANY LTD
C/O RICE PUGATCH ROBINSON ET AL
ATTN CRAIG A PUGATCH, ESQ
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 2305-07
HOLBROOK HERITAGE HILLS LP
PO BOX 663
MABLETON, GA 30126-0663

CREDITOR ID: 2306-07
HOMESTEAD PLAZA
4725 SW 8TH STREET
MIAMI, FL 33134

CREDITOR ID: 1443-07
HOMOSASSA ASSOCIATION
6700 NW BROKEN SOUND PKWY, STE. 201
BOCA RATON, FL 33487

CREDITOR ID: 1444-07
HOUSTON CENTRE LLC
PO BOX 1382
DOTHAN, AL 36302

CREDITOR ID: 2278-07
HR ORLANDO LLC
PO BOX 2771
PALM BEACH, FL 33480

CREDITOR ID: 315841-40
HUDSON SQUARE CENTER INC
10912 N 56TH STREET
TEMPLE TERRACE, FL 33617-3004

CREDITOR ID: 2311-07
HURTAK FAMILY PARTNERSHIP LTD
525 NE 58 STREET
MIAMI, FL 33137

CREDITOR ID: 1452-07
ICOS LLC
ELIO OR ALEX MADDALOZZO
740 HARBOR DRIVE
KEY BISCAYNE, FL 33149

CREDITOR ID: 1453-07
III T WEST LLC MARCO ISLAND MA
C/O DBR ASSET MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE, FL 33394

CREDITOR ID: 1454-07
IMPERIAL CHRISTINA SHOPPING CENTER
C/O BRUCE STRUMPF INC.
314 S. MISSOURI AVENUE, STE. 305
CLEARWATER, FL 33756

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
ALBA CONSULTING CORP
1420 COURT STREET
CLEARWATER, FL 33756

CREDITOR ID: 1455-07
INDEPENDENCE SQUARE
C/O JOSEPH N PERLMAN LAW OFFICES
ATTN JOSEPH N PERLMAN, ESQ
1101 BELCHER ROAD, SUITE B
LARGO FL 33771

CREDITOR ID: 1460-RJ
INDIANAPOLIS LIFE INSURANCE CO
C/O ISOLA & ASSOCIATES INC
PO BOX 941483
MAITILAND, FL 32794-1483

CREDITOR ID: 1459-RJ
INDIANAPOLIS LIFE INSURANCE CO
C/O ISOLA & ASSOCIATES INC
PO BOX 941483
MAITILAND, FL 32791-1483

CREDITOR ID: 2316-07
INDRIO CROSSINGS INC
806 EAST 25TH STREET
SANFORD, FL 32771

CREDITOR ID: 417376-LL
INDRIO RETAIL LLC
PO BOX 24748
PHILADELPHIA PA 19111-0748

CREDITOR ID: 417377-LL
INDRIO RETAIL, LLC
C/O STOLZ MANAGEMENT
725 CONSHOHOCKEN STATE ROAD
BALA CYNWYD PA 19004

CREDITOR ID: 417378-LL
INLAND SOUTHEAST PROP MGMT CORP
750 SOUTH ORLANDO AVENUE, SUITE 201
WINTER PARK FL 32789

CREDITOR ID: 2318-07
INLAND SOUTHEAST PROP MGMT CORP.
5502 LAKE HOWELL ROAD
WINTER PARK FL 32792

CREDITOR ID: 1463-07
INLAND SOUTHEAST PROPERTY MGMT
PO BOX 31005
TAMPA, FL 33631-3305

CREDITOR ID: 1462-07
INLAND SOUTHEAST PROPERTY MGMT
PO BOX 31005
TAMPA, FL 33631-3005

CREDITOR ID: 1464-07
INTERCHANGE ASSOCIATES INC
190 SOUTH SYKES CREEK PKWY., STE. 4
MERRITT ISLAND, FL 32952

CREDITOR ID: 1466-07
INTRACOASTAL MALL LLC
C/O RAM REALTY SERVICES
3399 PGA BLVD., SUITE 450
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 417379-LL
INVESTMENT MANAGEMENT ASSOCIATES, INC.
INVESTMENT MANAGEMENT ASS
1575 SAN IGNACIO AVE STE 100
CORAL GABLES FL 33146

CREDITOR ID: 1471-07
IRT PARTNERS LP EQUITY ONE REA
PO BOX 01-9170
MIAMI , FL 33101-9170

CREDITOR ID: 410788-15
IRT PARTNERS, LP
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 2323-07
IRT PROPERTY COMPANY
1051 MILLERVILLE ROAD
BATON ROUGE LA 70816

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1472-07<br>IRT PROPERTY COMPANY<br>PO BOX 945793<br>ATLANTA, GA 30394-5793 | CREDITOR ID: 1473-07<br>ISLAND PLAZA LLC<br>ATTN RICHARD S YOUNG<br>1000 VENETIAN WAY, SUITE 810<br>MIAMI, FL 33139 | CREDITOR ID: 1474-07<br>ISRAM REALTY & MANAGEMENT INC<br>C/O ISRAM ESCROW/FOREST EDGE<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 417380-LL<br>J B LEVERT LAND CO INC<br>13105 RIVER ROAD<br>LULING LA 70070 | CREDITOR ID: 397244-68<br>JAMARCO REALTY, LLC<br>ATTN: JOHN P. MANES<br>144 JUNE ROAD<br>NORTH SALEM, NY 10560 | CREDITOR ID: 2327-07<br>JAMERSON INVESTMENTS<br>2517-B EAST COLONIAL DRIVE<br>ORLANDO, FL 32803-3359 |
| CREDITOR ID: 2326-07<br>JB LEVERT LAND CO INC<br>PO BOX 518<br>METAIRE, LA 70004-0518 | CREDITOR ID: 315854-40<br>JDN REALTY CORP<br>ACCT# 190260-JD1766<br>PO BOX 532614  DEPT 260<br>ATLANTA, GA 30353-2614 | CREDITOR ID: 1485-07<br>JEM INVESTMENTS LTD<br>600 MADISON AVENUE<br>TAMPA, FL 33602-4039 |
| CREDITOR ID: 315855-40<br>JEROME H & FAITH PEARLMAN TRUST<br>C/O JEROME H AND FAITH PERLMAN<br>828 WOODACRES ROAD<br>SANTA  MONICA, CA 90402 | CREDITOR ID: 1487-07<br>JKA ENTERPRISES LLC<br>C/O JOSEPH K ANDERSON, PRES<br>262 FELLS ROAD<br>ESSEX FELLS, NJ 07021 | CREDITOR ID: 315859-40<br>JUPITER PALM ASSOC<br>7000 W PALMETTO PARK ROAD<br>SUITE 203<br>BOCA RATON, FL 33433 |
| CREDITOR ID: 417381-LL<br>JWV, INC. D/B/A ATMORE PLAZA<br>ACCT# 399572<br>PO BOX 630796<br>BALTIMORE MD 21263-1796 | CREDITOR ID: 2342-07<br>K G B ASSOCIATES #2<br>C/O BEVERLY CARMEL RETIREMENT<br>8757 BURTON WAY<br>LOS  ANGELES CA 90048 | CREDITOR ID: 315776-40<br>KAMIN, DANIEL G<br>PO BOX 10234<br>PITTSBURGH, PA 15232-0234 |
| CREDITOR ID: 315815-40<br>KEMPNER, FRANCINE TRAGER<br>4158 ALHAMBRA DRIVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 417382-LL<br>KENNETH CITY PARTNERS<br>525 PHARR ROAD, NE<br>ATLANTA GA 30305-3426 | CREDITOR ID: 2345-07<br>KENNETH CITY PARTNERS<br>PO BOX 20406<br>ATLANTA, GA 30325 |
| CREDITOR ID: 1502-07<br>KIMCO DEVELOPMENT CORP<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 1503-07<br>KIMCO UNIVERSITY CO INC<br>3333 NEW HYDE PARK RD STE 100<br>3194 SFLF0147/LWINNDI00<br>NEW HYDE PARK, NY 11042-0020 | CREDITOR ID: 417383-LL<br>KIN PROPERTIES, INC.<br>ATTN:  JEFFREY SANDELMAN<br>185 N.W. SPANISH RIVER BLVD. SUITE 100<br>BOCA RATON FL 33431 |
| CREDITOR ID: 1507-07<br>KIRK MERAUX WINN-DIXIE LLC<br>24E COTA STREET, SUITE 100<br>SANTA  BARBARA, CA 93101 | CREDITOR ID: 2350-07<br>KITE COMPANIES<br>MR. DAVE LEE, DIR. OF ASSET MG<br>30 S MERIDIAN ST.<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 1508-07<br>KITE EAGLE CREEK LLC<br>PO BOX 863312<br>ORLANDO, FL 32886-3312 |
| CREDITOR ID: 2351-07<br>KJUMP INC<br>190 JOHN ANDERSON DRIVE<br>ORMOND  BEACH, FL 32176 | CREDITOR ID: 410877-15<br>KMART CORPORATION<br>C/O DYKEMA GOSSETT PLLC<br>ATTN BRENDAN G BEST, ESQ<br>400 RENAISSANCE CENTER<br>DETROIT MI 48243-1668 | CREDITOR ID: 1510-07<br>KMART CORPORTION<br>12664 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-7019 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 315827-40
KONRAD, GORDON K
PO BOX 10890
JEFFERSON, LA 70181

CREDITOR ID: 2355-RJ
KPT COMMUNITIES LLC
C/O KIMCO REALTY CORP.
3333 NEW HYDE PARK
PO BOX 5020
NEW HYDE PARK, NY 11042-0020

CREDITOR ID: 2356-07
KRAVITZ FAMILY TRUST
2796 CASIANO ROAD
LOS ANGELES CA 90077-1524

CREDITOR ID: 1516-07
KRG WATERFORD LAKES LLC
1090 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CREDITOR ID: 2360-07
L.R.S. COMPANY
903 UNIVERSITY BLVD., N.
JACKSONVILLE FL 32211-5527

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
WILLIAMS & ANDERSON PLC
ATTN JOHN KOOISTRA, III, ESQ
TWENTY SECOND FLOOR
111 CENTER STREET
LITTLE ROCK  AR 72201

CREDITOR ID: 1522-07
LA PETITE ROCHE CENTER GENERAL
C/O DOYLE ROGERS COMPANY
PO DRAWER A
BATESVILLE, AR 72503

CREDITOR ID: 2363-07
LAKE JACKSON TRADING POST
151 SAWGRASS CORNERS DRIVE, SUITE 2
PONTE VEDRA BEACH, FL 32082-1929

CREDITOR ID: 1527-07
LAKE SUN PROPERTIES LTD
ATTN ROGER F RUTTENBERG, GP
55 E MONROE, STE 1890
CHICAGO, IL 60603-2390

CREDITOR ID: 2364-07
LAKELAND ASSOCIATES, LP
ATTN THOMAS J CANNON, PRESIDENT
314 S MISSOURI AVE, STE 305
CLEARWATER FL 33756

CREDITOR ID: 1528-07
LAKELAND PARTNERS
C/O BRANDYWINE GROUP INC
PO BOX 999
CHADDS FORD, PA 19317-0999

CREDITOR ID: 410958-15
LAKELAND PARTNERS
C/O STRADLEY RONON STEVENS, ET AL
ATTN MARK J DORVAL, ESQ
2600 ONE COMMERCE SQUARE
PHILADELPHIA PA 19103

CREDITOR ID: 417384-LL
LAMAR ASSET MANAGEMENT AND REALTY, INC.
365 SOUTH STREET
MORRISTOWN NJ 07960

CREDITOR ID: 1531-07
LAND DADE INC
4 MARINA ISLES BLVD
STE 302
INDIAN HARBOUR BCH, FL 32937

CREDITOR ID: 1534-07
LANGDALE TIRE CO
ATTN LOUIS CASSOTA
PO BOX 1088
VALDOSTA, GA 31603-1361

CREDITOR ID: 2368-07
LAPALCO VILLAGE SHOPPING CENTER
7809 AIRLINE HWY SU 309
METAIRIE, LA 70003

CREDITOR ID: 1537-07
LARAMIE RIVER BAY LP
RIVER BAY PLAZA
PO BOX 6006
HICKSVILLE, NY 11802-6006

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
C/O CHAMBERLAIN, HRDLICKA, ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET NE, 9TH FL
ATLANTA GA 30303

CREDITOR ID: 2372-07
LAUDERHILL MALL
1267 NW 40TH AVE
LAUDERHILL, FL 33313

CREDITOR ID: 1542-RJ
LAUREATE CAPITAL
PO BOX 890090
CHARLOTTE, NC 28289-0090

CREDITOR ID: 1545-07
LEESBURG BANSAL, LLC
ATTN DAVID BANSAL, MANAGING MEMBER
30 GREY COACH ROAD
READING MA 01867

CREDITOR ID: 1845-07
LEFCOURT, SIDNEY
2100 PONCE DE LEON BLVD, STE 800
CORAL GABLES, FL 33134-5200

CREDITOR ID: 2374-07
LEONARD A. SELBER
HOLLAND & KNIGHT
50 N. LAURA STREET:  #3900
JACKSONVILLE FL 32202

CREDITOR ID: 1549-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE CO
1349 W PEACHTREE STREET SUITE
ATLANTA, GA 30309

CREDITOR ID: 1548-07
LF LIMITED LP & WALNUT STREET
C/O COLLIERS CAUBLE & CO
1349 WEST PEACHTREE STREET
ATLANTA, GA 30309-2956

CREDITOR ID: 1550-07
LIBBY CROSS STATION ENTERPRISE
ATTN: RUSS CANNANE
803 COMMONWEALTH DRIVE
WARRENDALE, PA 15086

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2379-07<br>LINCOLN SQUARE PARTNERS LP<br>3212 BROOKWOOD DR<br>HATTIESBURG, MS 39401 | CREDITOR ID: 1517-07<br>LJ MELODY & COMPANY<br>C/O BANK ONE<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 1518-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 |
| CREDITOR ID: 2358-07<br>LJ MELODY & COMPANY<br>PO BOX 297480<br>HOUSTON, TX 77297 | CREDITOR ID: 2382-07<br>LOCKWOOD ASSOC OF GA LP<br>80 W WIEUCA RD STE 302<br>ATLANTA, GA 30342 | CREDITOR ID: 1520-07<br>LOL LLC<br>6915 RED ROAD<br>SUITE 205<br>CORAL GABLES, FL 33143 |
| CREDITOR ID: 1560-07<br>LONDON ASSOCIATES LTD<br>C/O AMERA REALTY SERVICES INC<br>2900 UNIVERSITY DRIVE<br>CORAL SPRINGS, FL 33065 | CREDITOR ID: 2385-07<br>LPI COLUMBUS, INC.<br>3000 CORPORATE CENTER DRIVE<br>SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 1561-07<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY<br>SUITE 702 B<br>MIAMI, FL 33133-1900 |
| CREDITOR ID: 2387-07<br>LPI/KEY WEST ASSOCIATES, LTD.<br>8925 S.W. 148TH STREET<br>SUITE 218<br>MIAMI FL 33176 | CREDITOR ID: 1562-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE AR 72503 | CREDITOR ID: 1564-07<br>LW JOG S C LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410744-15<br>LW JOG SC, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 2389-07<br>M&P INVESTMENT COMPANY<br>1230 GRANT BUILDING<br>ATTN: BETH HOFFMAN<br>PITTSBURGH PA 15219 |
| CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 1565-07<br>M&P SHOPPING CENTER<br>5025 WINTERS CHAPEL RD<br>LAKE SHORE VILLAGE<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1569-RJ<br>MAGNOLIA PARK SHOPPING CENTER<br>C/O TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD<br>TALLAHASSEE, FL 32303 | CREDITOR ID: 2391-RJ<br>MAGNOLIA PARK SHOPPING CENTER<br>3382 CAPITAL CIRCLE NE<br>TALLAHASSE FL 32308 |
| CREDITOR ID: 1571-07<br>MANATEE VILLAGE INVESTMENTS IN<br>C/O IN-REL MANAGEMENT INC<br>2328 TENTH AVENUE NORTH<br>LAKE WORTH, FL 33461 | CREDITOR ID: 1572-07<br>MANDARIN LORETTO DEVELOPMENT<br>PO BOX 350688<br>JACKSONVILLE, FL 32235-0688 | CREDITOR ID: 1573-07<br>MAR BAY INVESTMENTS LLC<br>C/O SANSON KLINE JACOMINO & CO<br>782 NW LE JEUNE ROAD SUITE 650<br>MIAMI, FL 33126 |
| CREDITOR ID: 2394-07<br>MARKETOWN INVESTORS INC<br>C/O DONALD E THERIOT, ATTNY AT LAW<br>ATTN: ERIN THOMAS/DONALD THERIOT<br>1944 FIRST STREET<br>SLIDELL LA 70458 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O REGENCY PROPERTY SERVICES<br>ATTN DAVID SHERMAN<br>330 CROSS POINTE BLVD<br>EVANSVILLE, IN 47715 | CREDITOR ID: 1930-07<br>MARKETPLACE LLC, THE<br>C/O TERRELL, BAUGH, ET AL<br>ATTN BRADLEY J SALMON, ESQ<br>700 S GREEN RIVER ROAD, STE 2000<br>EVENSVILLE IN 47715 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1578-07<br>MARKETPLACE OF AMERICUS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 255559-12<br>MARKETPLACE OF AMERICUS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 1579-07<br>MARKETPLACE OF DELRAY LTD<br>C/O RAM REALTY SERVICES<br>3399 PGA BLVD<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1580-07<br>MARKETPLACE SHOPPING CENTER<br>C/O EDENS & AVANT<br>FINANCING II LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2398-07<br>MATTIE EQUITY, LLC<br>5850 FAYETTEVILLE ROAD, STE 20<br>DURHAM NC 27713 |
| CREDITOR ID: 2399-07<br>MB VENTURE LTD<br>C/O IRWIN H MILLER<br>PO BOX 46468<br>ST PETERSBURG FL 33741 | CREDITOR ID: 1582-07<br>MCCOMB ASSOCIATES<br>C/O FLETHCHER BRIGHT CO<br>1827 POWERS FERRY ROAD<br>ATLANTA, GA 30339 | CREDITOR ID: 315802-40<br>MCLAIN, EUGENE M<br>PO BOX 2199<br>HUNTSVILLE, AL 35804-2199 |
| CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN J S CARR & R L LEHANE ESQS<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 411146-15<br>MCP REAL, LLC (CURRY FORD EAST)<br>CURRY FORD LLP<br>C/O HOLD-THYSSEN, INC<br>ATTN R R HORTON, VP INVESTMENT SVCS<br>147 WEST LYMANN AVENUE<br>WINTER PARK FL 32789 | CREDITOR ID: 1588-07<br>MDC SOUTH WIND LTD<br>C/O MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 |
| CREDITOR ID: 1589-07<br>MDC WESTGATE LTD<br>MENIN DEVELOPMENT CO INC<br>3501 PGA BLVD SUITE 201<br>PALM BEACH GARDENS, FL 33410 | CREDITOR ID: 1590-07<br>MELBOURNE BEACH LLC<br>C/O WESTCO DEVELOPMENT<br>3125 SOUTHWEST MAPP ROAD<br>PALM CITY, FL 34990 | CREDITOR ID: 1591-07<br>MELLON TRUST OF CALIFORNIA<br>SAMUAL OSCHIN TRUSTEE<br>10375 WILSHIRE BLVD #8C<br>LOS ANGELES CA 90024 |
| CREDITOR ID: 1593-07<br>MERIDIAN SUPERMARKET LLC<br>24E COTA STREET<br>SUITE 100<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 417385-LL<br>MERRILL LYNCH MORTGAGE LENDING, INC.<br>PO BOX 74644<br>CLEVELAND OH 44194-4644 | CREDITOR ID: 316158-40<br>MET LIFE<br>5647 ROOSEVELT BOULEVARD<br>JACKSONVILLE, FL 32254 |
| CREDITOR ID: 2403-07<br>METRO INTERNATIONAL PROP FUN IV LP<br>2 EVA ROAD SUITE 221<br>ETOBICOKE ON M9C2A8<br>CANADA | CREDITOR ID: 1595-07<br>MIAMI GARDENS ACQUISITION LLC<br>C/O WHARTON REALTY GROUP INC<br>8 INDUSTRIAL WAY EAST<br>EATONTOWN, NJ 07724 | CREDITOR ID: 417386-LL<br>MICHAEL GAICH COMPANY<br>190 SOUTH SYKES CREEK PARKWAY<br>SUITE 4<br>MERRITT ISLAND FL 32952 |
| CREDITOR ID: 1596-07<br>MID AMERICAN MANAGEMENT CORP<br>ATTN: ACCOUNTS RECEIVABLE DEPT<br>2901 BUTTERFIELD ROAD<br>OAK BROOK, IL 60523 | CREDITOR ID: 1598-RJ<br>MIDLAND LOAN SERVICES<br>C/O PNC BANK PITTSBURGH<br>LOAN 030231723<br>PO BOX 642303<br>PITTSBURGH, PA 15264-2303 | CREDITOR ID: 1600-RJ<br>MIDLAND LOAN SERVICES INC<br>C/O PNC BANK PITTSBURGH<br>LOAN 921444<br>PO LOCKBOX 642303<br>PITTSBURGH, PA 15264-2303 |
| CREDITOR ID: 2407-07<br>MIKE KENNELLY<br>4015 SANTA BARBARA BLVD<br>NAPLES FL 34104 | CREDITOR ID: 1603-07<br>MILLER GROUP PROPERTIES CORP<br>PO BOX 2097<br>5147 ISLEWORTH COUNTRY CLUB DR<br>WINDERMERE, FL 34786 | CREDITOR ID: 2410-07<br>MIRAMAR PARKWAY PLAZA LLC<br>2899 WEST 2ND AVENUE<br>HIALEAH, FL 33010 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

CREDITOR ID: 256520-12
MITCHELL CO, THE
ATTN ALAN G RESTER
PO BOX 160306
MOBILE, AL 36616-1306

CREDITOR ID: 1605-07
MITCHELL CO, THE
ATTN ALAN G RESTER
PO BOX 160306
MOBILE, AL 36616-1306

CREDITOR ID: 417387-LL
MJB LAKE WALES, LLC
C/O COMPSON DEVELOPMENT
980 NORTH FEDERAL HIGHWAY, SUITE 314
BOCA RATON FL 33432

CREDITOR ID: 1128-07
MOBLEY FAMILY PARTNERSHIP, LP &
REDD FAMILY II, LP DBA
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PKWY BLDG 10 STE 101
ATLANTA, GA 30327-3080

CREDITOR ID: 1128-07
MOBLEY FAMILY PARTNERSHIP, LP &
C/O EPSTEIN BECKER & GREEN, PC
ATTN ANNETTE KERLIN MCBRAYER, ESQ
945 E PACES FERRY RD, STE 2700
ATLANTA GA 30326

CREDITOR ID: 1607-07
MODERN WOODMAN OF AMERICA
C/O THE INTERLACHEN CO
PO BOX 1916
WINTER  PARK, FL 32790

CREDITOR ID: 2411-07
MODERN WOODMEN OF AMERICA
1701 1ST AVENUE
ROCK ISLAND, IL 61201

CREDITOR ID: 1609-07
MODERN WOODMAN OF AMERICA
C/O INTERLACHEN COMPANY
PO BOX 1916
WINTER  PARK, FL 32790

CREDITOR ID: 2412-07
MOHATRA INC
6500 W 4TH AVE OFC 39
HIALEAH, FL 33012-6670

CREDITOR ID: 1611-07
MONROEVILLE CENTER PARTNERS LTD
PO BOX 230
POINT  CLEAR, AL 36564

CREDITOR ID: 408167-15
MONROEVILLE CENTER PARTNERS, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 256657-12
MOORINGS OF MANATEE INC
ATTN BARRY SPENCER, PRESIDENT
430 INTERSTATE COURT
SARASOTA, FL 34240

CREDITOR ID: 2413-07
MOORINGS OF MANATEE INC
430 INTERSTATE COURT
SARASOTA, FL 34240

CREDITOR ID: 1614-07
MORRIS TRACK CORP &
WILLISTON HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI, FL 33137

CREDITOR ID: 2416-RJ
MOULTON PROPERTIES
PO BOX 12524
PENSACOLA, FL 32573-2524

CREDITOR ID: 408316-15
MOULTON PROPERTIES, INC
C/O STUTSMAN & THAMES, PA
ATTN NINA M LAFLEUR, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410457-15
MOULTRIE SQUARE NEW ORLEANS, LLC
506 MANCHESTER EXPRESSWAY, STE B-5
COLUMBUS GA 31904

CREDITOR ID: 2421-07
MR. LOUIS FEIL
C/O THE FEIL ORGANIZATION
370 SEVENTH AVE STE 618
NEW  YORK NY 10001

CREDITOR ID: 2424-07
MR. MARC DILORENZO
1530 PALWARE AVENUE SUITE 15F
FORT  LEE NJ 07024-1335

CREDITOR ID: 417388-LL
MRPLP DBA ORLANDO LLC
NW 5650, PO BOX1450
MINNEAPOLIS MN 55485-5650

CREDITOR ID: 417389-LL
MS WOOLBRIGHT DEL MAR, LLC
C/O WOOLBRIGHT DEVELOPMENT, INC.
3200 N. MILITARY TRAIL, 4TH FLOOR
BOCA RATON FL 33431

CREDITOR ID: 2426-07
MT DORA MARKETPLACE LTD
6353 W. ROGERS CIRCLE
SUITE 1
BOCA  RATON FL 33487-2757

CREDITOR ID: 1622-07
MT DORA MARKETPLACE LTD
C/O HHH MANAGEMENT INC
PO BOX 273760
BOCA  RATON, FL 33427-3760

CREDITOR ID: 1627-07
NAPLES SOUTH REALTY ASSOCIATES
C/O AMERICAN COMMERCIAL REALTY
4400 PGA BLVD, SUITE 305
PALM BEACH GARDENS, FL 33410

CREDITOR ID: 1628-07
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
2299 SW 37TH AVE
MIAMI, FL 33145

CREDITOR ID: 1629-07
NATIONAL WESTERN INSURANCE COMPANY
ATTN: MORTAGE LOAN DEPT
850 EAST ANDERSON LANE
AUSTIN, TX 78752-1602

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 1630-07
NATIONAL WESTERN LIFE INSURANCE
ATTN MTG LOAN DEPT FOR STORE #
850 EAST ANDERSON LANE
AUSTIN, TX 78752-1602

CREDITOR ID: 417390-LL
NATRONA PASS, LLC AND SHERIDAN PASS, LLC
C/O LAMAR COMPANIES
365 SOUTH STREET
MORRISTOWN NJ 07960

CREDITOR ID: 1631-07
NAVARRE SQUARE
C/O RUTLAND VAN CAMP ASSOC
PO BOX 230758
MONTGOMERY, AL 36123

CREDITOR ID: 1632-07
NB/85 ASSOCIATES WAYNE M RUBEN
C/O BENDERSON DEVE CO
BRADEN RIVER PO LEASE # 49705
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 1635-07
NEW ENGLAND REALTY RESOURCES
C/O JOSEPH NORRIS
10 WINTHROP SQUARE
BOSTON, MA 02110

CREDITOR ID: 241335-07
NEW IBERIA ASSOCIATES
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE, NJ 07470

CREDITOR ID: 316083-41
NEW PLAN EXCEL REALTY TRUST
420 LEXINGTON AVE,
7TH FLOOR
NEW YORK NY 10170

CREDITOR ID: 1644-07
NEW PLAN EXCEL REALTY TRUST INC
PO BOX 402938
ATLANTA, GA 30384-2938

CREDITOR ID: 315880-40
NEW PLAN EXCEL REALTY TRUST INC
LEASE# 876946
4536 COLLECTIONS CENTER DR
CHICAGO, IL 60693

CREDITOR ID: 2445-07
NEWTON OLDACRE MCDONALD
P.O. BOX 680176
ATTN: LEASE DEPT.
PRATTVILLE AL 36068

CREDITOR ID: 2450-07
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE, FL 33310-0849

CREDITOR ID: 2451-07
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 1625-07
NOM PROPERTIES INC
1689 PAYSPHERE CIRCLE
CHICAGO, IL 60674-1689

CREDITOR ID: 2452-07
NORMANDY EQUITIES LTD
1 SLEIMAN PKWY STE 250
JACKSONVILLE, FL 32216

CREDITOR ID: 410853-15
NORMANDY EQUITIES, LTD
ATTN BERNARD E SMITH, VP
1 SLEIMAN PARKWAY, SUITE 210
JACKSONVILLE FL 32216-8046

CREDITOR ID: 1652-07
NORTH COLUMBUS CROSSING SHOPPING CT
ATTN: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS, GA 31904

CREDITOR ID: 1655-07
NORTH PORT VILLAGE SHOPPING
CENTER ASSOCIATES LTD
C/O ISRAM REALTY & MANGMT INC
506 SOUTH DIXIE HIGHWAY
HALLANDALE, FL 33009

CREDITOR ID: 2453-07
NORTH SHORE CROSSINGS, LLC
GREAT SOUTH MANAGEMENT, LLC
217 JAMESTOWN PARK RD. SUITE #
BRENTWOOD TN 37027

CREDITOR ID: 1657-07
NORTHEAST PLAZA ASSOCIATES
1345 MAIN STREET, SUITE C 2
SARASOTA, FL 34236-5019

CREDITOR ID: 1658-RJ
NORTHERN FUNDS FBO URBANEK INV
PO BOX 75986
ACCT# 6110329270
CHICAGO, IL 60675-5986

CREDITOR ID: 1661-07
NORTHSIDE SHOPPING CENTER
C/O TALCOR COMMERCIAL REAL EST
1018 THOMASVILLE RD SUITE 200A
TALLAHASSEE, FL 32303

CREDITOR ID: 1662-07
NORTHWAY INVESTMENTS LLC
C/O DBR ASSET MGMT LLC
1 FINANCIAL PLACE SUITE 2001
FORT LAUDERDALE, FL 33394

CREDITOR ID: 1664-07
NORTHWOOD OAKS LLC PROVIDENCE
PO BOX 60608
CHARLOTTE, NC 28260-0608

CREDITOR ID: 1666-07
O'BRIEN KIERNAN INVESTMENT COMPANY
1255 POST STREET, SUITE 950
SAN FRANCISCO, CA 94109

CREDITOR ID: 2458-07
OCALA NORTH SHOPPING CENTER
% CHARLES WAYNE PROPERTIES, IN
444 SEABREEZE BLVD, STE 1000
DAYTONA BEACH FL 32118

CREDITOR ID: 1670-07
OCEANWAY PLAZA ASSOC LTD
C/O FLETCHER BRIGHT COMPANY
1827 POWERS FERRY ROAD
ATLANTA, GA 30339

CREDITOR ID: 410526-15
OCEANWAY PLAZA ASSOCS, LTD
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1672-07<br>OLD KINGS HIGHWAY ASSOCIATION<br>HHH MANAGEMENT INC<br>PO BOX 273760<br>BOCA RATON, FL 33427-3760 | CREDITOR ID: 1673-07<br>ORANGE GROVE SHOPPING CENTER<br>EDWARDS CAPITAL MGMT<br>6055 PRIMACY PKWY<br>MEMPHIS, TN 38119-3661 | CREDITOR ID: 1674-07<br>ORIX CAPITAL MARKETS LLC<br>ATTN: JOHN LLOYD<br>1717 MAIN ST., 12TH FL<br>DALLAS, TX 75201 |
| CREDITOR ID: 411151-15<br>ORIX CAPITAL MKTS, SERIES 1998-C1<br>HLDRS OF CREDIT SUISSE FIRST BOSTON<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD 21201 | CREDITOR ID: 411141-15<br>ORIX CAPITAL MKTS, SERIES 1998-CF2<br>HOLDERS OF DLJ COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 411142-15<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 411134-15<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 417391-LL<br>ORLANDO, LLC<br>1850 M STREET, NW 12TH FLOOR<br>WASHINGTON DC 20036 | CREDITOR ID: 1809-07<br>OSCHIN, SAMUEL, TRUSTEE<br>M OSCHIN TRUST/HELEN OSCHIN WILL<br>ATTN PATRICIA WHITELY<br>400 SOUTH HOPE STREET<br>SUITE 400<br>LOS ANGELES, CA 90071-2806 |
| CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 1808-07<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES, CA 90071-2806 | CREDITOR ID: 417392-LL<br>OXFORD BUILDING COMPANY LLC<br>20630 HARPER AVE. SUITE 112<br>HARPER WOODS MI 48225 |
| CREDITOR ID: 1679-07<br>PALM AIRE MARKETPLACE<br>3333 NEW HYDE PARK RD<br>PO BOX 5020<br>NEW  HYDE  PARK, NY 11042-0020 | CREDITOR ID: 1680-07<br>PALM BAY WEST<br>C/O EDENS & AVANT<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1681-07<br>PALM BEACH 2000 INC<br>C/O DACAR MANAGEMENT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004-0992 |
| CREDITOR ID: 1682-07<br>PALM COAST CORNERS ASSOC LP<br>C/O UNITED CORNERS INC<br>525 PHARR ROAD<br>ATLANTA, GA 30305 | CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>C/O KELLEY DRYE & WARREN, LLP<br>ATTN: JAMES S. CARR, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 411147-15<br>PALM SPRINGS MILE ASSOCS, LTD<br>ATTN DIANA MARRONE<br>419 W 49TH STREET, SUITE 300<br>HIALEAH FL 33012 |
| CREDITOR ID: 1683-07<br>PALM TRAILS PLAZA<br>C/O REGANCY CENTERS LP<br>PO BOX 532937<br>ATLANTA, GA 30353-2937 | CREDITOR ID: 1685-07<br>PARADISE ISLE LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 1687-07<br>PARK PLAZA SHOPPING CENTER LLC<br>PO BOX 24087<br>NEW ORLEANS, LA 70184 |
| CREDITOR ID: 2464-07<br>PARK PLAZA SHOPPING CTR LLC<br>1151 ROBERT E LEE BLVD<br>NEW  ORLEANS LA 70124-0005 | CREDITOR ID: 2465-07<br>PARK SLOPE DEVELOPMENT CORPORATION<br>ATTN: LENARD THYLAN, PRES.<br>805 3RD AVE RM 1000<br>NEW  YORK NY 10022-0003 | CREDITOR ID: 1689-RJ<br>PARKVIEW SQUARE OWNER CORPORATION<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO, IL 60603 |
| CREDITOR ID: 1690-07<br>PARKWOOD PLAZA SHOPPING CENTER<br>C/O CASTO<br>191 W NATIONWIDE BLVD STE 200<br>COLUMBUS, OH 43215-2568 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>ATTN ANNE D KING, MEMBER<br>8242 MARSH POINTE DRIVE<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2468-07<br>PATTON PLAZA LLC<br>C/O CAPELL & HOWARD PC<br>ATTN JAMES L WEBB, ESQ<br>150 SOUTH PERRY STREET<br>PO BOX 2069<br>MONTGOMERY AL 36102-2069 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417393-LL<br>PAUL CRAFA, BC HIGHLANDS LLC<br>C/O DEVELOPERS DIVERSIFIED REA<br>41268 US HIGHWAY 19 NORTH<br>TARPON SPRINGS FL 34689 | CREDITOR ID: 417394-LL<br>PAVILION BOLLWEEVIL & BP BPLLW<br>C/O BROMONT PROPERTY MGMT LLC<br>PO BOX 98327<br>PHOENIX AZ 85038-0327 | CREDITOR ID: 1698-07<br>PEARL BRITTAIN INC<br>ATTN: CYNTHIA FLETCHER<br>1422 BURTONWOOD DRIVE<br>GASTONIA, NC 28054 |
| CREDITOR ID: 1699-07<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 | CREDITOR ID: 2470-07<br>PELICAN ASSOCIATES<br>C/O INGBER & KLAPPER LLP<br>575 LEXINGTON AVENUE, 31ST FLO<br>NEW YORK NY 10022 | CREDITOR ID: 1700-07<br>PELL CITY MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 2471-07<br>PENINSULA UTILITIES INC<br>2720 PARK STREET<br>SUITE 204<br>JACKSONVILLE, FL 32205-7645 | CREDITOR ID: 417395-LL<br>PENINSULA UTILITIES INC<br>BILL HALL<br>4928 ARAPAHOE AVENUE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 1702-07<br>PENMAN PLAZA ASSOCIATES LTD<br>3715 NORTHSIDE PKWY NW<br>300 NORTHCREEK STE 105<br>ATLANTA, GA 30327 |
| CREDITOR ID: 2473-07<br>PEREGRINE PROPERTIES L P<br>711 HIGH STREET REF NO 750421<br>DES MOINES IA 50392 | CREDITOR ID: 2474-07<br>PERIMETER PLACE ASSOCIATES<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS, GA 31533-0269 | CREDITOR ID: 2477-07<br>PHOENIX JR INC<br>PO BOX 3211<br>CLEARWATER, FL 33767 |
| CREDITOR ID: 417396-LL<br>PICAYUNE PROPERTIES INC.<br>PO BOX 160306<br>MOBILE AL 36616-1306 | CREDITOR ID: 1707-07<br>PINAR ASSOC SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939-1229 | CREDITOR ID: 1708-07<br>PINE ISLAND SHOPPING CENTER<br>C/O THE BIRCH CO<br>PO BOX 61156<br>FT MYERS, FL 33906 |
| CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>ATTN CATHY HOSN, PROP MGR<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA RATON, FL 33432 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>LAW OFFICES OF JEFFREY SOLOMON<br>ATTN JEFFREY SOLOMON, ESQ.<br>3864 SHERIDAN STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 315889-40<br>PINEBELT PARTNERS INC<br>PO BOX 6426<br>LAUREL, MS 39441 |
| CREDITOR ID: 1711-07<br>PINEROOTS LLC<br>C/O GORDON P SUMMERS JR MGR<br>PO BOX 1565<br>LAKE CITY, FL 32056 | CREDITOR ID: 1712-07<br>PINES CARTER OF FLORIDA, INC<br>C/O PINES GROUP INC<br>ATTN R PINES, PRES OR G PINES, ESQ<br>3301 PONCE DELEON BLVD<br>CORAL GABLES, FL 33134 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 1716-07<br>PLAZA WEST 15190117351<br>ATTN: EDMUND TERRY<br>211 ALEXANDER PAM RD<br>BOCA RATON FL 33432 | CREDITOR ID: 417397-LL<br>PMAT MELBOURNE, LLC<br>C/O PROPERTY ONE INC.<br>ATTN YVONNE LOCKWOOD<br>1615 POYDRAS STREET, SUITE 1350<br>NEW ORLEANS LA 70112 | CREDITOR ID: 384294-47<br>PMG OCEAN ASSOCIATES II, LLC<br>C/O WANDER & ASSOCIATES, PC<br>ATTN DAVID WANDER, ESQ<br>641 LEXINGTON AVE<br>NEW YORK NY 10022 |
| CREDITOR ID: 315890-40<br>PNC BANK<br>REF: ORIX CAPITAL MARKETS LLC<br>1200 E CAMPBELL ROAD<br>SUITE 108<br>RICHARDSON, TX 75081 | CREDITOR ID: 1718-RJ<br>PNC BANK PHILADELPHIA<br>LOCKBOX 31001-0363<br>465 N HALSTEAD<br>PASADENA, CA 91107-1524 | CREDITOR ID: 1918-07<br>POMPANO MARKETPLACE T/A WESTERN LLC<br>C/O TERRANOVA CORPORATION<br>801 ARTHUR GODFREY ROAD<br>MIAMI BEACH, FL 33140 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1719-07<br>PONCE REALTY COMPANY<br>C/O SOUTHERN MGMT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 |
| CREDITOR ID: 1781-07<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 1723-07<br>PRB INVESTMENTS LLC<br>ATTN: PHILLIP BULLIARD<br>2424 EDENBORN AVENUE<br>SUITE 600<br>METAIRIE, LA 70001 | CREDITOR ID: 1727-07<br>PRIME SHOPPES PARTNERS<br>C/O BRANDY ONE REAL ESTATE MGMT<br>2 PONDS EDGE DR<br>CHADDS FORD, PA 19317 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>4200 ONE LIBERTY PLACE<br>PHILADELPHIA PA 19103-7396 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 1741-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 399571<br>DES MOINES, IA 50306-0387 |
| CREDITOR ID: 1737-07<br>PRINCIPAL LIFE INSURANCE COMPANY<br>PO BOX 10387<br>LOAN# 750412<br>DES  MOINES, IA 50309 | CREDITOR ID: 2486-07<br>PROCACCI COMMERICAL REALTY INC<br>PO BOX 93-4246<br>MARGATE, FL 33063-4246 | CREDITOR ID: 1747-07<br>PROM VENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND, OH 44193-0124 |
| CREDITOR ID: 2487-07<br>PROMENADES MALL (E & A), LLC<br>900 NATIONS BNK PLZ, 1901 MAIN<br>ATTN: JODIE MCLEAN<br>COLUMBIA SC 29202 | CREDITOR ID: 1746-07<br>PROMENADES MALL, LLC<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 1749-07<br>PSMA LTD AP FLA FP FLA TIC<br>C/O PHILIPS INTL HOLDING CORP<br>295 MADISON AVE 2ND FLOOR<br>NEW YORK, NY 10017-5820 |
| CREDITOR ID: 1750-07<br>QUAIL ROOST ASSOC. PARTNERSHIP<br>1575 SAN IGNACIO AVE STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 1751-07<br>QUAIL RUN VILLAGE<br>ATTN F CARRINGTON OR R DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | CREDITOR ID: 410959-15<br>QUINCY ASSOCIATES<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 2491-07<br>QUINCY ASSOCIATES LTD<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 417398-LL<br>R.A.Z. CORP.<br>20191 EAST COUNTRY CLUB DRIVE<br>ATTN: HYMAN MANES, APT. 2205<br>AVENTURA FL 33180 | CREDITOR ID: 417399-LL<br>R.V. MANAGEMENT COMPANY<br>9100 BATTLE POINT DRIVE, N E<br>BAINBRIDGE ISLAND WA 98110-1482 |
| CREDITOR ID: 2493-07<br>RAB LAND & DEVELOPMENT INC<br>PO BOX 46345<br>ST PETERSBURG  BEACH, FL 33741-6345 | CREDITOR ID: 417400-LL<br>RAINBOW CITY SHOPPING CENTER, LLC<br>801 NE 167TH STREET<br>2ND FLOOR<br>NORTH MIAMI BEACH FL 33162 | CREDITOR ID: 2494-07<br>RAINBOW MARKETPLACE LLC<br>PO BOX 346<br>GADSDEN, AL 35902 |
| CREDITOR ID: 1757-07<br>RAINBOW SPRINGS VENTURES LC<br>C/O CHASE ETERPRISES<br>ONE COMMERCIAL PLAZA<br>HARTFORD, CT 06103 | CREDITOR ID: 1758-07<br>RALPH MEITIN FAMILY PARTNERSHIP LTD<br>ATTN JULIAN R MEITIN, GP<br>PO BOX 162732<br>ALTAMONTE SPRINGS, FL 32716-2732 | CREDITOR ID: 1759-07<br>RAMCO USA DEVELOPMENT INC<br>PO BOX 2291<br>174 WEST COMSTOCK AVE, SUITE 100<br>WINTER PARK, FL 32790 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 279491-99
RAMCO-GERSHENSON PROPERTIES LP
C/O KUPELIAN ORMOND & MAGY PC
ATTN P MAGY/ T HILLER JR/M THOMPSON
25800 NORTHWESTERN HWY, STE 950
SOUTHFIELD MI 48075

CREDITOR ID: 417401-LL
RAMCO-GERSHENSON PROPERTIES LP DBA RIVERTOWNE
SQUA
PO BOX 350018
BOSTON MA 02241-0518

CREDITOR ID: 1760-07
RANDALL BENDERSON 1993-1 TRUST
BRADEN RIVER PO
LEASE# S3641
PO BOX 21199
BRADENTON, FL 34204-1199

CREDITOR ID: 2497-07
RAYNE PLAZA SHOPPING CENTER
PO BOX 258
RAYNE, LA 70578-0258

CREDITOR ID: 2498-07
REAL EQUITIES LMTD. PARTNERSHIP II
1696 NE MIAMI GARDENS DRIVE
NORTH  MIAMI  BEACH FL 33179

CREDITOR ID: 417402-LL
REALTY MANAGEMENT CONSULTANTS INC.
4811 S. 76TH ST.
SUITE# 211
GREENFIELD WI 53220

CREDITOR ID: 1765-07
REEF ASSOCIATES, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 1765-07
REEF ASSOCIATES, LTD
C/O COURTELIS CO
ATTN V STOSIK/W D PITTS, PRES
703 WATERFORD WAY, SUITE 800
MIAMI, FL 33126-4677

CREDITOR ID: 1767-07
REGENCY CENTERS INC
MARINERS VILLAGE
PO BOX 532937
ATLANTA, GA 30353-2937

CREDITOR ID: 1768-07
REGENCY SAVING BANK FSB
LOAN SERVICING DEPT
11 WEST MADISON
OAK PARK, IL 60302

CREDITOR ID: 1770-07
REGENT INVESTMENT CORPORATION
222 THIRD STREET SE
SUITE 230
CEDAR  RAPIDS, IA 52401

CREDITOR ID: 2506-07
RETAIL MANAGEMENT GROUP INC
PO BOX 8860
MOBILE AL 36689

CREDITOR ID: 1773-07
RETREAT VILLAGE MANAGEMENT CO
PO BOX 5046
MACON, GA 31208

CREDITOR ID: 2508-07
RICHARD A NEWMAN
ARENT FOX KINTNER PLOTKIN & KA
1050 CONNECTICUT AVENUE NW
WASHINGTON DC 20036-5339

CREDITOR ID: 2509-07
RICHARD BALL & ASSOCIATES
PO BOX 1054
MINERAL  WELLS, TX 76067

CREDITOR ID: 2510-07
RICHARD J. LINDNER
111 GILES AVENUE
JERSEY  CITY NJ 07306

CREDITOR ID: 1777-07
RILEY PLACE LLC
PO BOX 1260
RIDGELAND, MS 39158

CREDITOR ID: 417403-LL
RIVER BAY PLAZA C/O CB RICHARD ELLIS
201 E KENNEDY BLVD, SUITE 1121
TAMPA FL 33602-5172

CREDITOR ID: 1779-07
RIVERWALK PLAZA JOINT VENTURE
PO BOX 409436
ACCT#3068899810
ATLANTA, GA 30384-9436

CREDITOR ID: 2516-07
RIZIKA, ROBERT N
107 WINDWARD DR
PALM BEACH GARDENS, FL 33418-4012

CREDITOR ID: 2512-07
RK ASSOCIATES
PO BOX 111
DEDHAM, MA 02027-0111

CREDITOR ID: 410469-15
RMC PROPERTY GROUP
C/O DENNIS LEVINE & ASSOCIATES, PA
ATTN DENNIS J LEVINE, ESQ
103 SO BOULEVARD
PO BOX 707
TAMPA FL 33601-0707

CREDITOR ID: 410469-15
RMC PROPERTY GROUP
ATTN KIMBERLY LAMB, VP
1733 W FLETCHER AVENUE
TAMPA FL 33612

CREDITOR ID: 315895-40
ROBERT G H
90 ELM LANE
SHREWSBURY, NJ 07702

CREDITOR ID: 2517-07
ROBERTSDALE DEV LLC
PO BOX 81322
MOBILE, AL 36689

CREDITOR ID: 416242-15
ROBERTSDALE DEVELOPMENT, LLC
C/O ANDERS, BOYETT & BRADY, PC
ATTN DAVID A. BOYETT, III, ESQ
3800 AIRPORT BLVD, SUITE 203
MOBILE AL 36608

CREDITOR ID: 416242-15
ROBERTSDALE DEVELOPMENT, LLC
C/O L W CAVE REAL ESTATE, INC
PO BOX 81322
MOBILE AL 36689

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2518-07<br>RONALD BENDERSON<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 | CREDITOR ID: 1789-07<br>RONALD BENDERSON 1995 TRUST<br>LEASE #54962 A/B4786<br>PO BOX 21199<br>BRADENTON, FL 34204-1199 | CREDITOR ID: 2520-07<br>RORELORY-LAPLACE, LLC<br>ATTN: ROBERT D. HESS<br>1916 BUTTERNUT AVENUE<br>METAIRIE LA 70001 |
| CREDITOR ID: 260057-12<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 | CREDITOR ID: 2523-07<br>ROYAL & SON<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 | CREDITOR ID: 2524-07<br>ROYAL COMPANIES<br>802 NW 1ST STREET<br>SOUTH BAY, FL 33493 |
| CREDITOR ID: 1794-07<br>ROYAL HOMES INC<br>PO BOX 12767<br>BIRMINGHAM, AL 35203-2767 | CREDITOR ID: 2525-07<br>ROYAL OAKS PLAZA INC<br>PO BOX 6612<br>SURFSIDE, FL 33154-6612 | CREDITOR ID: 417404-LL<br>ROYAL PALM CENTER, LLC<br>1177 A ROYAL PALM BEACH BLVD.<br>ROYAL PALM BEACH FL 33411 |
| CREDITOR ID: 2526-07<br>ROYALS OK LUNCH INC<br>ATTN MARIA G BUSBEE VP<br>324 SW 16TH ST<br>BELLE GLADE, FL 33430-2824 | CREDITOR ID: 408343-15<br>RPM REALTY SERVICES INC.<br>ATTN DAVID GOLDSTEIN, PRESIDENT<br>SUITE 920<br>7650 COURTNEY CAMPBELL CAUSEWAY<br>TAMPA FL 33607 | CREDITOR ID: 1798-07<br>RSSC LLC<br>31500 NORTHWESTERN HWY, STE 300<br>FARMINGTON HILLS, MI 48334-3113 |
| CREDITOR ID: 2661-07<br>RUBEN, WAYNE<br>570 DELAWARE AVENUE<br>BUFFALO, NY 14202 | CREDITOR ID: 2528-07<br>RUDCO PROPERTIES INC<br>365 W PASSAIC ST<br>ROCHELLE PARK, NJ 07662 | CREDITOR ID: 1800-07<br>RUSHMORE FRIENDSHIP LLC<br>C/O SOUTHERN MGMT & DEVELOPMENT<br>PO BOX 11229<br>KNOXVILLE, TN 37919 |
| CREDITOR ID: 1801-07<br>RUTH GUEST HOUSE INC<br>BOULDER VENTURE SOUTH LLC<br>2226 SR 580<br>CLEARWATER, FL 33763 | CREDITOR ID: 2330-07<br>RUTLAND, JAMES W. JR.<br>DALRAIDA PROPERTIES, INC.<br>PO BOX 230758<br>MONTGOMERY AL 36123-0758 | CREDITOR ID: 315900-40<br>SALERNO VILLAGE SHOPPING CENTER<br>C/O EQUITY ONE REALITY MGMT INC<br>1696 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH, FL 33179 |
| CREDITOR ID: 2537-07<br>SANDIFER PARTNERSHIP LTD<br>2145 DENNIS ST<br>JACKSONVILLE, FL 32203 | CREDITOR ID: 1813-07<br>SARRIA ENTERPRISES INC<br>ATTN:  FRANCISCO SARRIA<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 410513-15<br>SARRIA ENTERPRISES, INC<br>C/O MICHAEL A KAUFMAN, PA<br>ATTN M KAUFMAN/A BURGER, ESQS<br>1601 FORUM PLACE, SUITE 404<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 2539-07<br>SARRIA HOLDINGS II INC<br>4725 SW 8TH STREET<br>MIAMI, FL 33134 | CREDITOR ID: 1815-07<br>SARRIA HOLDINGS INC<br>C/O FRANCISCO SARRIA<br>4725 SW 8TH ST<br>MIAMI, FL 33134 | CREDITOR ID: 1817-07<br>SAUFLEY FIELD PARTNERS LTD<br>C/O NEWTON OLDACRE MACDONALD<br>PO BOX 680176<br>PRATTVILLE, AL 36068 |
| CREDITOR ID: 1818-07<br>SAVITAR A/M/A SRA/AMERICAN LLC<br>SAVITAR AS AGENT FOR<br>SUITE 5A<br>2301 W SAMPLE RD BLDG 3<br>POMPANO BEACH, FL 33073 | CREDITOR ID: 1821-07<br>SCHILLECI MILLBROOK SC LLC<br>2233 HALCYON BLVD<br>MONTGOMERY, AL 36117 | CREDITOR ID: 2541-07<br>SCHILLECI MILLBROOK SC,LLC<br>1700 EMORY FOLMAR BLVD.<br>MONTGOMERY AL 36110 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 2621-07
SCHREIBER CO BELLEVIEW ASSOC, THE
235 ALPHA DRIVE
PITTSBURGH, PA 15238

CREDITOR ID: 2542-07
SCHWARTZ FAMILY TRUST
ATTN ZOLTAN SCHWARTZ
157 N FORMOSA AVE
LOS ANGELES, CA 90036

CREDITOR ID: 2544-07
SCRIBE RIVIERA JOINT VENTURE
6761 W INDIANTOWN RD, STE 29
JUPITER, FL 33458

CREDITOR ID: 1828-07
SEBRING SQUARE LTD
PO BOX 2162
PALM BEACH, FL 33480

CREDITOR ID: 1829-07
SELIG ENTERPRISES INC
ATTN: ROBERT C RIDDLE
1100 SPRING STREET
SUITE 550
ATLANTA, GA 30309

CREDITOR ID: 417405-LL
SELMA-DIX PROPERTIES CORP.
TWO PENN PLAZA, SUITE 1586
NEW YORK NY 10001

CREDITOR ID: 2622-07
SEMBLER COMPANY, THE
PO BOX 41847
ST. PETERSBURG, FL 33743-1847

CREDITOR ID: 407735-99
SEMBLER COMPANY, THE PROP MGR FOR
HIGHLANDS SQUARE SHOPPING CTR
C/O PIPER LUDIN HOWIE ET AL
ATTN ERIC E LUDIN, ESQ
5720 CENTRAL AVENUE
ST PETERSBURG FL 33707

CREDITOR ID: 417406-LL
SEMORAN RETAIL LLC
C/O STOLTZ MGMT
725 CONSHOHOCKEN ROAD
BALA CYNWYD PA 19004

CREDITOR ID: 2549-07
SES GROUP MIAMI SPRINGS, LTD
C/O ROBERT JONES, GENERAL PART
PO BOX 2474
NAPLES FL 34106

CREDITOR ID: 1114-07
SETZER, BENJAMIN ADAM AS TRUSTEE
OF THE FAYE ASHLEY SETZER TST
C/O LEONARD SETZER
903 UNIVERSITY BLVD N
JACKSONVILLE, FL 32211

CREDITOR ID: 1547-07
SETZER, LEONARD R
903 UNIVERSITY BLVD
JACKSONVILLE, FL 32211

CREDITOR ID: 1832-07
SHADES CREEK PARTNERS
C/O ENGEL REALTY
PO BOX 187
BIRMINGHAM, AL 35201-0187

CREDITOR ID: 2697-07
SHADRALL ASSOCIATES
AUBURNDALE PROPERTIES LLC
50 TICE BLVD.
WOODCLIFF LAKE, NJ 07675

CREDITOR ID: 2554-07
SHOPPES @ 104
C/O REGENCY CENTERS
121 WEST FORSYTH STREET, STE 2
JACKSONVILLE FL 32202

CREDITOR ID: 1840-07
SHOPPES @ 104
PO BOX 534101
ATLANTA, GA 30353-4101

CREDITOR ID: 2555-07
SHOPPES AT 18TH & COMMERCIAL INC
1717 E COMMERCIAL BLVD
FT. LAUDERDALE, FL 33334

CREDITOR ID: 2556-07
SHOPPES AT LAKE AVENUE INC
PO BOX 320219
COCOA BEACH, FL 32932-0219

CREDITOR ID: 261010-12
SHOPPES OF LIBERTY CIT LLC
ATTN DEBRA SINKLE KOLSKY, PRES
1175 NE 125TH STREET, SUITE 103
NORTH MIAMI, FL 33161

CREDITOR ID: 1843-07
SHOPPES OF LIBERTY CIT LLC
C/O PLATINUM PROPERTY MGMT INC
1175 NE 125TH STREET SUITE 103
NORTH MIAMI, FL 33161

CREDITOR ID: 2557-07
SHOWPLACE COMMERCIAL PROPERTIES INC
C/O EF HUTTON REALTY CORP
ATTN RAY ABBASSI, MGR
2000 S DIXIE HWY, SUITE 100
MIAMI FL 33133

CREDITOR ID: 2558-07
SIDNEY KOHL COMPANY
ATTN SIDNEY KOHL, PROP MGR
340 ROYAL POINCIANA WAY, SUITE 305
PALM BEACH, FL 33480

CREDITOR ID: 2560-07
SIMON PROPERTY GROUP
ATTN:INDIANAPOLIS COMMUNITY CE
PO BOX 7033
INDIANAPOLIS IN 46207

CREDITOR ID: 1193-07
SIMON, CHARLES, TRUSTEE
20801 BISCAYNE BLVD., SUITE 202
AVENTURA, FL 33180-1869

CREDITOR ID: 1849-07
SITUS SERVICING INC
PO BOX 201341
LOAN# 3086039
DALLAS, TX 75320-1341

CREDITOR ID: 1850-07
SIZELER COMPANIES
PO BOX 62073
NEW ORLEANS, LA 70162

CREDITOR ID: 2562-07
SIZLER COMPANIES
2542 WILLIAMS ROAD
KENNER LA 70062

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1851-07<br>SJS-WOODLAKE PLAZA LP<br>C/O BANK ATLANTIC<br>PO BOX 5512<br>FT. LAUDERDALE, FL 33319 | CREDITOR ID: 1852-07<br>SKINNERS OF JACKSONVILLE INC<br>2970 HARTLEY ROAD, SUITE 320<br>JACKSONVILLE, FL 32257 | CREDITOR ID: 1853-07<br>SKS PROPERTIES LC<br>240 S PINEAPPLE AVE., STE 702<br>SARASOTA, FL 34236 |
| CREDITOR ID: 1855-07<br>SMITH BARNEY FBO WEINACKER'S<br>SHOPPING CTR LLC<br>#1211701<br>PO BOX 2926<br>MOBILE, AL 36652-9987 | CREDITOR ID: 2563-07<br>SNELLVILLE PLAZA LTD<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL ROAD, STE M<br>ATLANTA, GA 30360 | CREDITOR ID: 1856-07<br>SNELLVILLE PLAZA LTD<br>C/O MESSRS ELIOT M ARNOVITZ<br>AND MICHAEL PLASKER<br>5025 WINTERS CHAPEL, STE M<br>ATLANTA GA 30360 |
| CREDITOR ID: 1857-07<br>SORMI INC<br>C/O DACAR MGMT LLC<br>336 E DANIA BEACH BLVD<br>DANIA, FL 33004 | CREDITOR ID: 2566-07<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 417407-LL<br>SOUTH MONROE COMMONS LLC<br>9816 S. MILITARY TRAIL, SUITE C2<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 1859-07<br>SOUTH MONROE COMMONS LLC<br>PO BOX 75426<br>BALTIMORE, MD 21275-5426 | CREDITOR ID: 1860-07<br>SOUTH PLAZA  ASSOCIATES LLC<br>PO BOX 3578<br>NORFOLK, VA 23514 | CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 |
| CREDITOR ID: 2567-07<br>SOUTH PLAZA ASSOCIATES, LLC<br>C/O PERRINE & WHEELER REAL ESTATE<br>ATTN JON S WHEELER, MANAGING MEMBER<br>PO BOX 3247<br>APOLLO BEACH FL 33572 | CREDITOR ID: 1864-07<br>SOUTHBROOK PARTNERS LLC<br>C/O ENGEL REALTY<br>PO BOX 187<br>BIRMINGHAM, AL 35201-0187 | CREDITOR ID: 2568-07<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 |
| CREDITOR ID: 2570-07<br>SOUTHERN BOULEVARD CORPORATION<br>PO BOX 11000<br>MONTGOMERY, AL 36191-0001 | CREDITOR ID: 2571-07<br>SOUTHERN FARM BUREAU<br>PO BOX 78<br>JACKSON, MS 39205 | CREDITOR ID: 1869-07<br>SOUTHERN FARM BUREAU LIFE INSURANCE<br>ATTN CASHIERS (SFB#122)<br>PO BOX 78<br>JACKSON, MS 39205 |
| CREDITOR ID: 417408-LL<br>SOUTHERN MANAGEMENT & DEVELOPMENT<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN: GAIL FINLEY<br>KNOXVILLE TN 37939 | CREDITOR ID: 2572-07<br>SOUTHERN PARTNERS<br>PO BOX 999<br>CHADDS FORD, PA 19317 | CREDITOR ID: 1870-07<br>SOUTHERN PARTNERS<br>PO BOX 500<br>BRAYNDWINE ONE BUILDING<br>CHADDS  FORD PA 19317 |
| CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS, ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 2573-07<br>SOUTHERN STORES II LLC<br>C\O CHERYL STONE<br>PO BOX 953<br>BOLINAS CA 94924 | CREDITOR ID: 1871-07<br>SOUTHERN STORES II LLC<br>BANK OF AMERICA<br>ATTN: PAMELA N<br>1004TH STREET SUITE 200<br>SAN RAFAEL, CA 94901 |
| CREDITOR ID: 2574-07<br>SOUTHGATE PLAZA 93 LTD<br>C/O J. HERZOG & SONS INC.<br>1720 S. BELLAIRE ST. STE 1209<br>DENVER CO 80222 | CREDITOR ID: 1873-07<br>SOUTHGATE PLAZA 93 LTD<br>PO BOX 712219<br>CINCINNATI, OH 45271-2219 | CREDITOR ID: 2577-07<br>SOUTHLAND INVESTORS L.P.<br>2 N.RIVERSIDE PLAZA, 7TH FL<br>CHICAGO IL 60606 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE:   05-03817-3F1**

CREDITOR ID: 407471-99
SOUTHLAND-CRYSTAL RIVER WD DEL BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2200
CHICAGO IL 60602

CREDITOR ID: 411304-15
SOUTHLAND-POINCIANA WD DE BUS TRUST
C/O NEAL, GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 1877-07
SOUTHVIEW SQUARE LLC
C/O ARONOV REALTY MANAGEMENT
PO BOX 235021
MONTGOMERY, AL 36123-5021

CREDITOR ID: 1882-07
SPISHORES LLC
ATTN SIZELER PROPERTIES DEPOSI
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 2586-07
SPIWACHEE, INC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062-5596

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST, SUCCESSOR
DOWN SOUTH, INC & DILORENZO PROP
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 1884-07
SPRING PLAZA LP
C/O SIZELER REAL ESTATE MNG CO
2542 WILLIAMS BLVD
KENNER, LA 70062-1919

CREDITOR ID: 1886-07
SPRINGFIELD CROSSING LLC
C/O PAPPAS RETAIL LEASING & MGMT
PO BOX 48547
ST PETERSBURG, FL 33743-8547

CREDITOR ID: 1887-07
SPRINGHILL ASSOCIATES LLC
1 POSTON ROAD
SUITE 230
CHARLESTON, SC 29407

CREDITOR ID: 1892-07
SRT ACQUISTION CORPORATION
C/O CENTURION REALTY
PO BOX 1171
NEW YORK, NY 10018

CREDITOR ID: 2589-RJ
SSKIB CORPORATION
903 UNIVERSITY BLVD NORTH
JACKSONVILLE, FL 32211-5527

CREDITOR ID: 1894-07
ST CHARLES PARTNERS
ATTN R RENE BORDER, MGR
PO BOX 704
MARKSVILLE LA 71351

CREDITOR ID: 1895-07
ST JOHNS COMMONS OWNER CORP
LASALLE BANK NA
135 SOUTH LASALLE ST SUITE 162
CHICAGO, IL 60603

CREDITOR ID: 2591-07
ST JOHN'S INVESTORS LMTD PRTNRSHP
C/O ZIFF PROPERTIES INC
701 EAST BAY STREET
CHARLESTON SC 29403

CREDITOR ID: 408166-15
ST STEPHENS SQUARE PARTNERS
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVE N
BIRMINGHAM AL 35203-2104

CREDITOR ID: 2590-07
ST. CHARLES PARTNERS
PO BOX 704
MARKSVILLE, LA 71351

CREDITOR ID: 2593-07
ST. STEPHENS PARTNERS
PO BOX 230
POINT CLEAR, AL 36564-0230

CREDITOR ID: 2381-07
STANISH, LISETTE AS TRUSTEE
1405 SW 107TH AVENUE, SUITE 301-B
MIAMI, FL 33174

CREDITOR ID: 2594-07
STATE INSURANCE FUND
STATE OF ALABAMA P.O. BOX 1390
777 SOUTH LAWRENCE STREET
MONTGOMERY AL 36102-1390

CREDITOR ID: 315779-40
STATE OF ALABAMA FINANCE DEPT
PO BOX 1390
MONTGOMERY, AL 36104

CREDITOR ID: 417409-LL
STEPHEN PETRIE
941 RIDDENOUR RD.
GAHANNA OH 43230

CREDITOR ID: 2595-07
STERLING CAMDEN LIMITED PARTNERSHIP
%STERLING CENTRECORP MGMT SERV
ONE NORTH CLEMATIS STREET, STE
WEST PALM BEACH FL 33401

CREDITOR ID: 2598-07
STRING ENTERPRISE, INC.
5353 SOUTEL DRIVE
JACKSONVILLE FL 32231-4110

CREDITOR ID: 1902-07
STW HOLDINGS LLC
1140 NE 163RD STREET, STE 28
NORTH MIAMI BEACH, FL 33162

CREDITOR ID: 1903-07
SUGARLAND SHOPPING CENTER
C/O SAMCO PROPERTIES INC
455 FAIRWAY DRIVE
SUITE 301
DEERFIELD BEACH, FL 33441

CREDITOR ID: 1905-07
SUMTER CROSSING PROPERTIES INC
C/O CONCIRE CENTERS INC
411 COMMERCIAL COURT SUITE E
VENICE, FL 34292

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410599-15<br>SUN CITY LAND TRUST, SUCCESSOR<br>PACHULSKI STANG ZIEHL ET AL<br>ATTN ROBERT J FEINSTEIN, ESQ<br>780 THIRD AVENUE, 36TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 410599-15<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 1906-07<br>SUN LAKE PLAZA INC<br>PO BOX 320219<br>COCOA  BEACH, FL 32932-0219 |
| CREDITOR ID: 2603-07<br>SUNBURST PROPERTIES CORPORATION<br>3191 PADARO LANE<br>CARPINTERIA, CA 93013 | CREDITOR ID: 2604-07<br>SUNCOAST PLAZA<br>C/O RMC PROPERTY GROUP<br>1733 W. FLETCHER AVENUE<br>TAMPA FL 33612 | CREDITOR ID: 1909-07<br>SUNSET CENTRES LTD<br>C/O GULFSTREAM REALTY CORP<br>PO BOX 75260<br>BALTIMORE, MD 21275-5260 |
| CREDITOR ID: 2606-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>%GULFSTREAM REALTY CORP<br>1629 K ST NW STE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 1910-07<br>SUNSET CENTRES LTD PARTNERSHIP<br>PO BOX 75377<br>BALTIMORE, MD 21275-5377 | CREDITOR ID: 2607-07<br>SUNSET STATION PARTNERS LLC<br>506 S DIXIE HWY<br>HALLANDALE, FL 33009 |
| CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>C/O BLAXBERG GRAYSON KUKOFF&SEGAL<br>ATTN MOISES T GRAYSON, ESQ<br>25 SE 2ND AVENUE, SUITE 730<br>MIAMI FL 33131 | CREDITOR ID: 1912-07<br>SUNSET WEST SHOPPING PLAZA<br>INVESTMENT MANAGEMENT ASSOC<br>1575 SAN IGNACIO AVE, STE 100<br>CORAL GABLES, FL 33146 | CREDITOR ID: 2608-07<br>SUSAN D. WILSON<br>MARKETPLACE OF DELRAY, LTD<br>3399 PGA BLVD. SUITE 450<br>PALM  BEACH  GARDENS FL 33410 |
| CREDITOR ID: 2609-07<br>SUWANNEE LAWN & GARDEN, INC.<br>15290 US HIGHWAY 129<br>MC  ALPIN FL 32062 | CREDITOR ID: 410771-15<br>TALLAHASSEE 99-FL, LLC<br>C/O KLEIN & SOLOMON, LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW  YORK NY 10016 | CREDITOR ID: 1921-07<br>TATONE PROPERTIES FLA INC<br>C/O HERITAGE MGT CORP<br>PO BOX 2495<br>OCALA, FL 34478-2495 |
| CREDITOR ID: 1923-07<br>TAVARES ASSOC LTD<br>6700 NW BROKEN SOUND PKWY, STE 201<br>BOCA RATON, FL 33487 | CREDITOR ID: 2614-07<br>TAYLOR SQUARE VENTURE<br>3000 ORANGE COVE TRAIL<br>NAPLES, FL 34120 | CREDITOR ID: 2611-07<br>T-B PARTNERSHIP<br>C/O O'BRIEN-KIERNAN INVESTMENT<br>1255 POST STREET  SUITE 950<br>SAN  FRANSICO CA 94109 |
| CREDITOR ID: 1925-07<br>TEACHERS RETIREMENT SYSTEM<br>C/O MORTAGE CO OF KENTUCKY INC<br>642 SOUTH 4TH STREET<br>LOUISVILLE, KY 40202 | CREDITOR ID: 2615-07<br>TED GLASRUD ASSOCIATES INC<br>759 S FEDERAL HWY., STE 217<br>STUART, FL 34994 | CREDITOR ID: 1927-07<br>TERRA NOVA REALTY ASSOC FUND<br>PO BOX 862456<br>#2000002810953<br>ORLANDO , FL 32886-2489 |
| CREDITOR ID: 2210-07<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211  ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | CREDITOR ID: 2616-07<br>THE BENSON CAPITAL COMPANY<br>708 THIRD AVENUE 28TH FLOOR<br>NEW  YORK NY 10017 | CREDITOR ID: 417410-LL<br>THE DOUGLAS GROUP<br>MR. JOHN PRICE<br>1052 HERITAGE LAKE DRIVE<br>CINCINNATI OH 45242 |
| CREDITOR ID: 417411-LL<br>THE MORRIS COMPANIES<br>350 VETERANS BOULEVARD<br>RUTHERFORD NJ 07070 | CREDITOR ID: 417412-LL<br>THE REALTY ASSOC. FUND IV LP<br>CONCORD FUND IV RETAIL LP<br>1200 BRICKELL AVE., STE. 1500<br>MIAMI FL 33131 | CREDITOR ID: 1933-07<br>TIFTON MALL INC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DR STE 400<br>ATLANTA, GA 30328 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 263051-12<br>TIGER CROSSING W D<br>C/O REDD REALTY SERVICES<br>BLDG 10, SUITE 101<br>4200 NORTHSIDE PKY<br>ATLANTA, GA 30327 |
| CREDITOR ID: 263051-12<br>TIGER CROSSING W D<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 2627-07<br>TMW REAL ESTATE MGMT, INC.<br>TWO RAVINIA DRIVE, SUITE 400<br>ATLANTA GA 30346-2104 | CREDITOR ID: 1936-07<br>TOULOUSE VILLAGE ASSOCIATES<br>C/O THE TROTMAN COMPANY INC<br>ATTN GREG HUGHS<br>2525 BELL ROAD<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 1938-07<br>TOWN & COUNTRY SHOPPING CENTER<br>903 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32211 | CREDITOR ID: 315745-40<br>TRAGER, BRENT LANCE<br>12370 CACHET COURT<br>JACKSONVILLE, FL 32223 | CREDITOR ID: 1941-07<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 |
| CREDITOR ID: 2631-07<br>TRAMMELL CROW COMPANY<br>ATTN: LYNN-ANN BURR<br>1801 N MILITARY TRAIL STE. 150<br>BOCA  RATON FL 33431 | CREDITOR ID: 1943-07<br>TRIANGLE IV LLLP<br>MARK PROPERTIES INC<br>26 PARK PLACE WEST 2ND FLOOR<br>MORRISTOWN, NJ 07960 | CREDITOR ID: 1946-07<br>TRUSTEE OF TRUST B<br>C/O JANE C BOCKEL<br>10563 JAMES WREN WAY<br>FAIRFAX  VA 22030 |
| CREDITOR ID: 1947-07<br>TRUSTEES OF TRUST A/C -1<br>C/O GRACE WILLIAMSON FLO115<br>FIRST UNION NATIONAL BANK<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 1948-07<br>TRUSTMARK NATIONAL BANK<br>JAMIL G NASSARA TRUSTEE<br>ACCT# 1004868947<br>PO BOX 291<br>JACKSON, MS 39205-0291 | CREDITOR ID: 1917-07<br>TS MARGATE CO LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 410746-15<br>TS MARGATE CO, LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410746-15<br>TS MARGATE CO, LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 1949-07<br>TS PIERCE SC CO LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>PO BOX 11229<br>KNOXVILLE, TN 37939 |
| CREDITOR ID: 2636-07<br>TSO VOLUSIA LLC<br>C/O THE SIMPSON ORGANIZATION INC<br>1401 PEACHTREE ST NE, SUITE 400<br>ATLANTA, GA 30309 | CREDITOR ID: 2637-07<br>TURNEY-DURHAM PLAZA PARTNERSHIP<br>5277 STATE ROAD<br>PARMA OH 44134 | CREDITOR ID: 1952-07<br>TWELTH STREET & WASHINGTON<br>ASSOCIATES LTD PARTNERSHIP<br>ATTN EVA SPERBER PORTER<br>8698 E SAN ALBERTO DR<br>SCOTTSDALE, AZ 85258-4306 |
| CREDITOR ID: 315915-40<br>TYRONE GARDENS LLC<br>ATTN: SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | CREDITOR ID: 1954-07<br>U P SC LTD<br>C/O SOUTHERN MANAGEMENT & DEV<br>ATTN BILL NOVICK<br>401 CENTERPOINTE CIRCLE #1537<br>ALTAMONTE SPRINGS FL 32701 | CREDITOR ID: 410795-15<br>UIRT-SKIPPER PALMS, LLC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 1957-07<br>UNITED INVESTORS REALTY<br>TRUST SKIPPER PALMS<br>PO BOX 01-9170<br>MIAMI, FL 33101-9170 | CREDITOR ID: 417413-LL<br>UNITED INVESTORS REALTY TRUST<br>5847 SAN FELIPE, SUITE 850<br>HOUSTON TX 77057-3008 | CREDITOR ID: 1958-07<br>UNIVERSITY CROSSING<br>C/O REED REALTY SERVICES<br>4200 NORTHSIDE PARKWAY<br>BLDG 10 STE 101<br>ATLANTA GA 30327 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1959-07<br>UNIVERSITY TENANCY IN COMMON<br>C/O SAMUEL BUTTERS<br>2005 W CYPRESS CREEK RD, SUITE 202<br>FORT  LAUDERDALE, FL 33309 | CREDITOR ID: 410915-15<br>UNUM LIFE INSURANCE CO OF AMERICA<br>C/O THOMPSON & KNIGHT LLP<br>ATTN LESLEY C ARDEMAGNI, ESQ<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 | CREDITOR ID: 417414-LL<br>UPP ACQUISITION LLC<br>8 INDUSTRIAL WAY EAST, 2ND FLOOR<br>EATONTOWN NJ 07724 |
| CREDITOR ID: 417415-LL<br>URBAN AMERICA, L.P.<br>9500 KOGER BLVD., SUITE 222<br>ST PETERSBURG FL 33702 | CREDITOR ID: 2641-07<br>URBAN PROPERTIES I<br>C/O AUGUST URBANEK INVESTMENTS<br>4800 N FEDERAL HWY, STE 209A<br>BOCA  RATON FL 33431 | CREDITOR ID: 2642-07<br>URBANAMERICA, L.P.<br>149 WEST PLAZA<br>STE 234<br>MIAMI FL 33147 |
| CREDITOR ID: 1964-07<br>VACHLIA INC<br>111 SECOND AVENUE NE, STE 702<br>ST PETERSBURG, FL 33701 | CREDITOR ID: 2644-07<br>VALLEYDALE ASSOCIATES, LTD<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203-3753 | CREDITOR ID: 2644-07<br>VALLEYDALE ASSOCIATES, LTD<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 |
| CREDITOR ID: 1966-RJ<br>VENETIA VILLAGE CENTER<br>C/O SOUTHEAST LEASING & MGMT<br>1620 HENDRICKS AVE<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 1968-07<br>VICTORIA SQUARE PARTNERS LLC<br>C/O ISRAM REALITY & MGMT INC<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE, FL 33009 | CREDITOR ID: 264132-12<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 264132-12<br>VICTORY BERRYLAND LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 1969-07<br>VICTORY BERRYLAND LLC<br>VICTORY COMM REAL ESTATE INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264134-12<br>VICTORY COLDWATER PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264134-12<br>VICTORY COLDWATER PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264139-12<br>VICTORY GRETNA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264139-12<br>VICTORY GRETNA LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 2647-07<br>VICTORY INVESTMENTS INC<br>506 MANCHESTER EXPRESSWAY<br>SUITE B5<br>COLUMBUS GA 31904 | CREDITOR ID: 1970-07<br>VICTORY INVESTMENTS INC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 1971-07<br>VICTORY KENNER LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 264141-12<br>VICTORY KENNER, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264141-12<br>VICTORY KENNER, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264146-12<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 264146-12<br>VICTORY RIVER SQUARE, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order Granting Fourth Extension
of Time Within Which Debtors May Assume or Reject
Unexpired Leases of Nonresidential Real Property

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT CO, LLC
C/O FOSHEE REALTY COMPANY, INC
ATTN MARY A JORDAN, PROPERTY MGR
51 TACON STREET, STE B
MOBILE, AL 36607

CREDITOR ID: 1976-07
VILLAGE ROYALE PROPERTIES LLC
C/O CB RICHARD ELLIS
6700 NORTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33309

CREDITOR ID: 2652-07
VIRGIL D. GREEN FAMILY TRUST
GREEN LAND TRUST
6296 OLD WATER OAK ROAD
TALLAHASSEE FL 32312

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
11219 FINANCIAL CTR PKWY,
LITTLE  ROCK, AR 72211

CREDITOR ID: 2690-07
W/D SELMA RIC LLC
235 MOORE STREET
3RD FLOOR
HACKENSACK NJ 07601

CREDITOR ID: 1981-07
WACHOVIA SECURITIES
LOAN # 815114283
PO BOX 60253
CHARLOTTE, NC 28260-0253

CREDITOR ID: 1983-07
WATCH OMEGA HOLDINGS LP
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD WEST
JACKSONVILLE, FL 32217

CREDITOR ID: 410977-15
WATCH OMEGA HOLDINGS, LP BY
GE CAPITAL REALTY GROUP, INC, AGENT
C/O MORITT HOCK HAMROFF ET AL
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 1984-07
WATERS & ARMENIA PLAZA
ARTZIBUSHEV & CO
1525 W HILLSBOROUGH AVE
TAMPA, FL 33603-1200

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
ATTN LAWENCE A WATKINS, PRES
751 CHAMPAGNE ROAD
INCLINE VILLAGE NV 89451

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
C/O SHAW GUSSIS FISHMAN ET AL
ATTN BRIAN SHAW & ALLEN GUON, ESQS
321 N CLARK STREET, SUITE 800
CHICAGO IL 60610

CREDITOR ID: 417416-LL
WD EUNICE LLP C/O MOSS ADAMS LLP
FOX TOWER; 805 SW BROADWAY #1200
PORTLAND OR 97205

CREDITOR ID: 2664-07
WD GREEN COVE TRUST
ONE PARAGON DRIVE SUITE 145
MONTVALE NJ 07645

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 2665-07
WD JACKSONVILLE TRUST
C/O PARAGON AFFILIATES, INC.
ONE PARAGON DRIVE  SUITE 145
MONTVALE NJ 07645

CREDITOR ID: 316162-40
WD MARIANNA PORTFOLIO LP
C/O H&R ESTATE INVESTMENT TRU
3625 DUFFERIN STREET
DOWNSVIEW, ON
CANADA

CREDITOR ID: 316163-40
WD MILTON PORTFOLIO LP
C/O H&R REAL ESTATE INVESTMENT
3625 DUFFERIN STREET
DOWNSVIEW, ON
CANADA

CREDITOR ID: 410765-15
WD MONTGOMERY, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410765-15
WD MONTGOMERY, LLC
C/O KAMIN REALTY, LLC
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 2669-07
WD-EUNICE, LLC
MRS JOANNE ROWNING C/O MOSS AD
8905 S.W. NIMBUS SUITE 400
BEAVERTON OR 97008

CREDITOR ID: 2671-99
WEAVERS CORNER JT VENTURE
PO BOX 7388
WEST PALM BEACH, FL 33405-7388

CREDITOR ID: 2671-99
WEAVERS CORNER JT VENTURE
JOHN E. MUFSON, P.A.
JOHN E MUFSON, ESQ
2213 N UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

SERVICE LIST
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 1998-07
WEEKI WACHEE VILLAGE SHOP CENTER
C/O SIZELER PROPERTY INVESTORS
DEPOSITORY ACCOUNT
PO BOX 62799
NEW ORLEANS, LA 70162

CREDITOR ID: 1693-07
WEIGEL, PATRICIA OR MARSHALL TTEES
WEIGEL FAMILY REV TRUST
C/O JEFFREY NIMZ, ESQ
20 N WACKER DRIVE, STE 1725
CHICAGO IL 60606

CREDITOR ID: 2674-07
WEINACKER SHOPPING CENTER LLC
PO BOX 2926
MOBILE AL 36652-9987

CREDITOR ID: 1999-07
WEINGARTEN REALTY INVESTORS
ATTN JENNY HYUN, ESQ.
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77008

CREDITOR ID: 315922-40
WEINGARTEN REALTY INVESTORS
PO BOX 200518
HOUSTON, TX 77216-0518

CREDITOR ID: 2676-07
WEINGARTEN REALTY MANAGEMENT CO
PO BOX 924133
HOUSTON TX 77292-4133

CREDITOR ID: 2553-07
WEISS, SHERI TRAGER
13853 THOMASVILLE CT
JACKSONVILLE, FL 32223

CREDITOR ID: 2000-07
WESLEY CHAPEL SC CO LTD
ATTN ACCOUNTING DEPT
1733 WEST FLETCHER AVENUE
TAMPA, FL 33612

CREDITOR ID: 2003-07
WESTFORK PLAZA
C/O TERRANOVA CORPORATION
801 ARTHUR GODFREY ROAD
MIAMI  BEACH, FL 33140

CREDITOR ID: 2004-07
WESTGATE LLC
ATTN: JAMES A CAIN
PO BOX 3242
TUSCALOOSA, AL 35403

CREDITOR ID: 2006-07
WESTON ROAD SHOPPING CENTER
470 BILTMORE WAY
CORAL GABLES, FL 33134

CREDITOR ID: 2677-07
WESTON ROAD SHOPPING CENTER, LLC
C/O GAME PROPERTIES
470 BILTMORE WAY STE 100
CORAL GABLES FL 33134

CREDITOR ID: 2008-07
WESTWOOD SHOPPING CENTER
C/O MARRERO LAND
5201 WESTBANK EXPRESSWAY
MARRERO, LA 70072

CREDITOR ID: 2009-07
WIAB PROPERTIES LLC OPERATING
C/O FOSHEE REALTY COMPANY INC
51 TACON STREET SUITE B
MOBILE, AL 36607

CREDITOR ID: 417357-LL
WILLNER REALTY AND DEVELOPMENT CO.
140 SOUTH 69TH STREET, 2ND FLOOR
UPPER DARBY PA 19082

CREDITOR ID: 407487-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-AMITE WD DEL BUS TRUST
C/O NEAL BERGER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 407485-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND BIRMINGHAM WD DEL BUS TRU
C/O NEAL BERGER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 411321-15
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-RIVER RIDGE WD DEL BUS TR
C/O NEAL GERBER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 407469-99
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-ANDERSON WD DEL BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 2015-07
WINBROOK MANAGEMENT INC
MANAGING AGENT FOR FESTIVAL CE
370 SEVENTH AVENUE
NEW  YORK, NY 10001

CREDITOR ID: 2018-07
WINDWARD PARTNERS IV LP
C/O COLDWELL BANKER CAINE REAL
PO BOX 2287
GREENVILLE, SC 29602

CREDITOR ID: 2020-07
WIREGRASS PLAZA LLC
C/O ARONOV REALTY MGMT INC
PO BOX 235021
MONTGOMERY, AL 36105-5021

CREDITOR ID: 265053-24
WRI/TEXLA LLC
ATTN JENNY HYUN, ESQ
2600 CITADEL PLAZA DRIVE
HOUSTON TX 77008

CREDITOR ID: 2024-07
WRI/TEXLA LLC
ATTN: PROPERTY MGMT
PO BOX 924133
HOUSTON, TX 77292-4133

CREDITOR ID: 2025-07
XARLA REALTY LLC
C/O ALLEN RILEY CO INC
200 PARK AVE., SUITE 200
NEW  YORK, NY 10166

CREDITOR ID: 2026-07
YDB THREE LAKES LC
C/O ELYSEE INVESTMENT CO
601 W 182ND ST 1ST FL
NEW YORK, NY 10033

CREDITOR ID: 417417-LL
YDB THREE LAKES, LC C/O DBR ASSET MGMT LLC
1 FINANCIAL PLAZA
SUITE 2001
FORT LAUDERDALE FL 33394

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Motion for Order Granting Fourth Extension**
**of Time Within Which Debtors May Assume or Reject**
**Unexpired Leases of Nonresidential Real Property**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 2027-07
ZUPPARDO PROPERTIES LLC
C/O JOSEPH ZUPPARDO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2692-07
ZUPPARDO REAL ESTATE CO
3801 RIDGEWAY DRIVE
METAIRIE, LA 70002

CREDITOR ID: 2693-07
ZYDCCO INVESTMENT,LLC
159 PIERCE STREET
BIRMINGHAM MI 48009

**Total:   923**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **March 9, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion for Order Under 11 U.S.C. § 365(d)(4) Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property.

Only objections (a) filed with the Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) served on (i) D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, and (ii) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville,

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Florida 32202 so as to be received by **March 2, 2006** will be considered by the Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  February 17, 2006

SKADDEN, ARPS, SLATE,             SMITH HULSEY & BUSEY
  MEAGHER & FLOM LLP


By    _/s/ D. J. Baker_____        By    _/s/ Cynthia C. Jackson_____
       D. J. Baker                              Stephen D. Busey
       Sally McDonald Henry                     James H. Post
       Rosalie Walker Gray                      Cynthia C. Jackson
       Adam S. Ravin
                                             Florida Bar Number 498882
Four Times Square                            225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(917) 777-2150 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          cjackson@smithhulsey.com

- 2 -

**Hearing Date: March 9, 2006, 1:00 p.m.**
**Objection Deadline: March 2, 2006, 4:00 p.m.**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' MOTION FOR ORDER GRANTING FOURTH EXTENSION OF TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move for entry of an order under 11 U.S.C. § 365(d)(4) further extending the time within which the Debtors must move to assume or reject their unexpired leases of nonresidential real property (the "Motion"). In support of the Motion, the Debtors respectfully represent as follows:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.     The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

3.     The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  As of the Petition Date, the Debtors were considered to be the eighth-largest food retailer in the United States and one of the largest in the Southeast, with more than 900 stores in the United States.

4.     Prior to the Petition Date, the Debtors and their financial advisors began a comprehensive analysis of the Debtors' businesses to determine how best to maximize their value.  In connection with this analysis, the Debtors announced a series of actions to improve their competitive position, which the Debtors refer to as their Strategic Plan.

5.     In connection with the Strategic Plan, the Debtors and their financial advisors analyzed the Debtors' market areas and determined that some of these markets are noncore, with limited opportunities for the Debtors and unprofitable operations in the aggregate.  Prior to the Petition Date, the Debtors sold or closed 111 stores in these noncore areas and another 45 unprofitable stores located in core market areas.  After the Petition Date, the Debtors determined that all stores in the noncore areas should be sold or closed.

6.    As an early initiative in the chapter 11 cases, the Debtors obtained authority to reject approximately 150 unexpired leases effective as of the Petition Date.  Thereafter, the Debtors, in consultation with their major creditor constituencies, formulated and implemented a market area reduction program (the "Footprint Process") pursuant to which the Debtors undertook to close or sell 326 additional stores (the "Targeted Stores").  The purpose of the Footprint Process was to enable the Debtors to focus on their strongest markets where they have a significant market share position, significantly reducing the number of stores and other facilities in which they operated as of the Petition Date.

7.    On July 1, 2005, the Debtors filed the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief, pursuant to which they sought, among other things, authority to sell their leasehold interests in several stores.  An auction was held on July 18, 2005 at which bids were accepted on 102 stores.  Following the closing of contingency periods, on July 27, 28 and 29, 2005, the Debtors obtained Court approval for the sale of 84 stores.  The Debtors held a second auction in August 2005.  As a result of the second auction, the Debtors sold and/or terminated leases for 27 stores.

8.    To date, the Debtors have completed the sale of 111 stores.  Proceeds from completed sales exceeded $40 million, exclusive of consideration received for inventory. Approximately 213 Targeted Stores that were not sold have now been rejected under a Court-approved rejection procedure.  Additionally, the Debtors have obtained Court approval to reject over 80 other unexpired leases (and subleases) of non-residential real property, separate and apart from (a) the rejections of the Targeted Stores, and (b) the rejections that were effective as of the Petition Date.

9.      To implement the Footprint Process described above, and to have time to analyze leases and to make decisions on the going-forward business plan, the Debtors have previously requested and obtained three extensions of the period prescribed by section 365(d)(4) of the Bankruptcy Code for assuming or rejecting their unexpired nonresidential real property leases. On May 6, 2005, the Court entered an Order extending to September 19, 2005 the Debtors' 60-day initial 365(d)(4) period.  On September 12, 2005, the Court entered an order extending the Debtors' period for an additional 90 days to December 19, 2005.  On December 19, 2005, the Court entered an order extending the period for an additional 90 days.  That deadline will expire on March 20, 2006 (the "Existing 365(d)(4) Deadline"), if not extended.

10.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

11.      The statutory predicate for the relief requested in the Motion is section 365(d)(4) of the Bankruptcy Code.

## Relief Requested

12.      As of the date of this Motion, the Debtors are lessees under more than 500 remaining unexpired leases of nonresidential real property (collectively, the "Unexpired Leases") including, without limitation, Unexpired Leases for retail stores, distribution facilities and administrative offices.  By this Motion, the Debtors seek entry of an order further extending the period within which they must move to assume or reject the Unexpired Leases through and including the date upon which their confirmed plan of reorganization becomes effective (the "Extension Period").

**Basis for Relief**

13.     Over the last several months, the Debtors have continued to analyze whether particular leased premises are necessary to the business plan upon which their plan of reorganization (the "Plan") will be based and, if any such leases are not necessary, whether the Debtors should assume and assign or reject the leases.

14.     Although the Debtors have made substantial progress with respect to both (a) the analysis of the remaining Unexpired Leases, and (b) the formulation of their Plan, at this juncture of these chapter 11 cases, the Debtors are not in a position to make final determinations as to which of the leased premises will be necessary to their business plan or which Unexpired Leases should be assumed, assigned or rejected to maximize the value of their estates.  The Debtors anticipate making final determinations as to assumption or rejection of their Unexpired Leases in the context of the Plan and solidifying those decisions as they proceed through the confirmation process.

15.     The extension of the Debtors' 365(d)(4) period is necessary to allow the Debtors to maintain the flexibility, throughout the plan process, to assume or reject the Unexpired Leases.  If the Debtors' time to assume or reject is not extended beyond the Existing 365(d)(4) Deadline, the Debtors will be compelled, prematurely and without final resolution of their chapter 11 cases and, thus, without regard to the best interests of their estates, to either assume substantial, long-term liabilities under the Unexpired Leases or to reject and forfeit benefits associated with the Unexpired Leases.  Either course would be detrimental to the Debtors' ability to operate and preserve the going-concern value of their business for the benefit of all creditors and other parties in interest.  Accordingly, as discussed in more detail below, the Debtors seek to extend the Existing 365(d)(4) Deadline through the effective date of the Debtors' Plan.

**Applicable Authority**

16.     Section 365(d)(4) of the Bankruptcy Code provides that:

> [n]otwithstanding paragraphs (1) and (2), in a case under any chapter of this title, if the trustee does not assume or reject an unexpired lease of nonresidential real property under which the debtor is the lessee within 60 days after the date of the order for relief, <u>or within such additional time as the court, for cause, within such 60-day period, fixes</u>, then such lease is deemed rejected, and the trustee shall immediately surrender such nonresidential real property to the lessor.

11 U.S.C. § 365(d)(4) (emphasis added). Thus, the Court can, for cause, order an extension of

the period during which a debtor-in-possession must assume or reject nonresidential real

property leases upon the filing of a motion for such relief within the 60-day period or extensions

thereof.  <u>In re Burger Boys</u>, 94 F.3d 755, 760-61 (2d Cir. 1996); <u>In re Wedtech Corp.</u>, 72 B.R.

464, 468-70 (Bankr. S.D.N.Y. 1987).

17.     Courts considering the issue have set forth the following nonexhaustive list of

factors relevant to the determination of whether cause exists to extend the period during which a

debtor-in-possession must assume or reject nonresidential real property leases:  "(1) whether the

debtor was 'paying for the use of the property'; (2) whether 'the debtor's continued occupation . . .

could damage the lessor beyond [] the compensation available under the Bankruptcy Code'; (3)

whether the lease is the debtor's primary asset; and (4) whether the debtor has had sufficient time

to formulate a plan of reorganization."  <u>Burger Boys</u>,  94 F.3d at 761 (<u>quoting</u> <u>Theatre Holding</u>

<u>Corp. v. Mauro</u>, 681 F.2d 102, 105-06 (2d Cir. 1982)); <u>In re Beautyco, Inc.</u>, 307 B.R. 225, 231

(Bankr. N.D. Okla. 2004) (<u>citing</u> <u>Burger Boys</u> factors); <u>see also</u> <u>Legacy, Ltd. v. Channel Home</u>

<u>Centers (In re Channel Home Centers)</u>, 989 F.2d 682, 689 (3d Cir. 1993) ("[I]t is permissible for

a bankruptcy court to consider a particular debtor's need for more time in order to analyze leases

in light of the plan it is formulating.") (citing <u>Wedtech</u>, 72 B.R. at 471-72)).

6

18.      In this case, all of these factors are satisfied.  First, the Debtors are paying for use of the property at the applicable lease rates and are continuing to perform their other obligations under the Unexpired Leases in a timely fashion.

19.      Second, there is no reason why the Debtors' proposed extension of the time to assume or reject could or would damage the landlords party to the Unexpired Leases (the "Lessors") beyond the compensation that is available to the Lessors under the Bankruptcy Code. Indeed, pursuant to section 365(d)(3) of the Bankruptcy Code, the Lessors enjoy a preferred and relatively low-risk position.[2]  There would, thus, be no harm to the Lessors should the Court extend the Existing 365(d)(4) Deadline.  Further, the Debtors propose that each Lessor be permitted to seek to shorten the Extension Period for cause with respect to a particular Unexpired Lease.  This ability to request relief from the Extension Period ensures that no Lessor will be prejudiced by the requested extension of time.

20.      Third, the Unexpired Leases are important assets of the Debtors.  Indeed, the Unexpired Leases are an integral component of the Debtors' business operations.  If the Debtors were forced to assume or reject the Unexpired Leases now, the Debtors may assume the Unexpired Leases prematurely, thereby elevating substantial long-term liabilities to administrative claim status; alternatively, the Debtors may reject the Unexpired Leases prematurely, which may impair the value of the Debtors' estates and may limit options available to the Debtors.  Indeed, this limiting of strategic options would extend not only to those of the

---

[2]      Under section 365(d)(3), a debtor-in-possession must timely perform its postpetition leasehold obligations that are allocable to periods preceding the debtor's rejection of the lease.  See, e.g., In re Handy Andy Home Improvement Ctrs., Inc., 144 F.3d 1125, 1126-27 (7th Cir. 1998); Schneider & Reiff v. William Schneider, Inc. (In re William Schneider, Inc.), 175 B.R. 769, 770 (S.D. Fla. 1994); In re Ames Dep't Stores, Inc., 306 B.R. 43, 80 (Bankr. S.D.N.Y. 2004) ("[T]he Landlords are entitled to unpaid rent under section 365(d)(3) to the extent … it is allocable to the post-petition, prerejection, period").

Unexpired Leases relating to retail stores, but also those relating to other properties, including distribution facilities and administrative offices.

21.     As the Third Circuit observed in <u>Channel Home Centers</u>, 989 F.2d at 689, "nothing prevents a bankruptcy court from granting an extension because a debtor needs additional time to determine whether the assumption or rejection of particular leases is called for by the plan of reorganization that it is attempting to develop."  Only once the Plan is confirmed and consummated will the Debtors have the certainty needed to be able to definitively assume or reject the Unexpired Leases.

22.     Additional extensions of the time period for assuming or rejecting nonresidential real property leases are routinely granted by the courts.  <u>See</u>, <u>e.g.</u>, <u>In re Safety-Kleen Corp.</u>, Case No. 00-2303 (Bankr. D. Del. Feb. 11, 2002) (granting extension until effective date of plan); <u>In re Solutia Inc.</u>, Case No. 03-17949 (Bankr. S.D.N.Y. November 4, 2005) (granting eighth extension of period in which to assume or reject unexpired nonresidential real property leases, bringing aggregate extensions to almost two years); <u>In re Spiegel, Inc.</u>, Case No. 03-11540 (Bankr. S.D.N.Y. August 3, 2005) (granting fourth extension of period in which to assume or reject unexpired nonresidential real property leases, bringing aggregate extensions to approximately 20 months); <u>In re Adelphia Communications Corp.</u>, Case No. 02-41729 (Bankr. S.D.N.Y. September 7, 2005) (granting eleventh extension (through confirmation of plan) in which to assume or reject unexpired nonresidential real property leases).  <u>In re Casual Male Corp.</u>, No. 01-41404 (REG) (Bankr. S.D.N.Y. Apr. 4, 2002) (Docket No. 647) (granting an additional extension of period to assume or reject unexpired nonresidential real property leases to the earlier of five months or the date of confirmation of a chapter 11 plan).

8

23.     The requested Extension Period will allow the Debtors to finalize their reorganization strategy, solidify their future business plans, and make final decisions with respect to the disposition of the Unexpired Leases in conjunction with the confirmation of the Plan.

### Notice

24.     Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the Lessors.  No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached as Exhibit A extending through the effective date of the Debtors' Plan the time within which the Debtors must move to assume or reject their Unexpired Leases, and (ii) grant such other and further relief as is just and proper.

Dated: February 17, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    *s/ D. J. Baker*
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson,
        Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

## Exhibit A

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING FOURTH EXTENSION OF TIME TO ASSUME OR
### REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

These cases came before the Court for hearing on March 9, 2006 upon the

motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as

debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors")[1] for entry of an order under 11 U.S.C. § 365(d)(4) granting the Debtors an

extension of time to assume or reject unexpired nonresidential real property leases

through the effective date of the Debtors' plan of reorganization (the "Plan") (the

"Motion"). The Court has read the Motion and considered the representations of

counsel. Based upon the representations of counsel and without objection by the United

States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.  The Motion is granted.

2.  The period within which the Debtors must move to assume or

reject the Unexpired Leases is extended through the date upon which the Debtors' Plan

becomes effective.

---

[1]   All capitalized terms not otherwise defined shall have the meaning ascribed to
them in the Motion.

3.      The Debtors will comply with the mandates of section 365 of the Bankruptcy Code, and will perform all the obligations of the Debtors, except those specified in section 365(b)(2), arising from and after the order for relief (the "Postpetition Rental Obligations").  Any lessor may file a motion seeking to compel the Debtors to honor such Postpetition Rental Obligations, which motion must set forth the specific Postpetition Rental Obligation(s) that the Debtors have allegedly failed to honor. The Debtors agree that they will not oppose a lessor's request that the Bankruptcy Court hear such a motion on an expedited basis, provided that (a) the procedures outlined in this paragraph are followed, and (b) the proposed shortened notice period is not less than fifteen (15) days.

4.      The entry of this Order is without prejudice to the right of any lessor under an Unexpired Lease to request from this Court, upon reasonable notice to the Debtors and all other necessary parties-in-interest, an order compelling the Debtors to assume or reject any Unexpired Lease by an earlier date, or the Debtors' right to oppose any such request.

5.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2