United States Bankruptcy Court
For the Northern District Of Florida

| | |
|---|---|
| WINN-DIXIE STORES, INC | } Chapter 11 |
| | } |
| | } Claim No. 10825 |
| | } Claim No. 10826 |
| | } Claim No. 12148 |
| | } Claim No. 12149 |
| | } Case No. 05-03817 |
| Debtor | } Amount $574,711.01 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**MCDONOUGH MARKETPLACE PARTNERS**
**1819 5TH AVENUE NORTH**
**BIRMINGHAM, AL 35203**

The transfer of your claim as shown above in the amount of **$574,711.01** has been transferred to:

    Liquidity Solutions, Inc
    Defined Benefit
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/Jeffrey Caress
    Liquidity Solutions, Inc
    Defined Benefit
    (201) 968-0001

496470

17. Upon Assignor's delivery to Assignee of its executed signature page to this Agreement, Assignor hereby authorizes Assignee to file a notice of transfer in the form and content of the notice attached hereto as Schedule I pursuant to FRBP 3001(e), with respect to the Claim. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to FRBP 3001(e).

IN WITNESS WHEREOF, the undersigned Assignor and Assignee have each caused this Agreement to be executed by their respective proper agents or corporate officer(s) as of this ___ day of February 2006.

MCDONOUGH MARKETPLACE PARTNERS, ASSIGNOR

By: Helms Roark Inc, its managing general partner

By: _____, ITS PRESIDENT
Signature

Randy Roark, its president
Print Name

LIQUIDITY SOLUTIONS, INC. DEFINED BENEFIT, ASSIGNEE

_____
Signature

JEFFREY L. CARESS
Jeffrey L. Caress