**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

WINN-DIXIE STORES, INC.,
Et al.,                                                        CASE No. 05-03817-3F1
                                                                    Jointly Administered

      Debtors.
_____ /

**NOTICE OF DISINTEREST AND REQUEST FOR**
**REMOVAL FROM MASTER MATRIX**

    Luis Martinez-Monfort, Esquire, hereby enters his notice of disinterest in the above captioned cases and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning the above captioned cases.

Dated: February 23, 2006.

    /s/ Luis Martinez-Monfort
    Luis Martinez-Monfort, Esquire
    Florida Bar No. 0132713
    MILLS PASKERT DIVERS P.A.
    100 N. Tampa Street, Suite 2010
    Tampa, Florida 33602
    (813) 229-3500 - Telephone
    (813) 229-3502 – Facsimile
    Email: lmmonfort@mpdlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon each of the following persons at the addresses indicated below by United States Mail on the 23rd day of February, 2006:

    D.J. Baker, Sally McDonald Henry, Rosalie Gray
    and Eric Davis
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, NY 10036

    Steven Busey, James H. Post, Cynthia C. Jackson
    and Eric McKay
    Smith, Hulsey and Busey
    225 Water Street, Suite 1800
    Jacksonville, FL 32202

    Dennis F. Dunne
    Milbank, Tweed, Hadley and McCloy, LLC
    One Chase Manhattan Plaza
    New York, NY 10005

    Kenneth C. Meeker
    Assistant U.S. Trustee
    135 West Central Blvd.
    Room 620
    Orlando, FL 32801

    John B. MacDonald
    Akerman Senterfitt
    50 N. Laura Street, Suite 2500
    Jacksonville, FL 32202

    /s/ Luis Martinez-Monfort
    Attorney