

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 23, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion for Leave to File Proofs of Claim Without Prejudice Filed by Florida Tax Collectors(4283)

    Objection to Florida Tax Collectors' Motion filed by Debtor (Doc. 5874)

    Joinder of Official Committee of Unsecured Creditors to Debtors' Objection (Doc. 5887)

*Cont'd to 4/20/06*

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
FL TAX COLLECTORS:       BRIAN FITZGERALD

RULING: