

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 23, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion to Approve Settlement Relating to Summerville, South Carolina Property Filed by Debtor (5639)

Limited Objection to Debtors' Motion filed by Wilmington Trust Co. (Doc. 5875)

*Granted · ord/signed*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
WILMINGTON TRUST CO:   ADAM FRISCH

RULING: