

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 23, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    PAGE 1 OF 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post** P

**Third Omnibus Objection to Amended and Superseded Claims Filed by Debtor (5307)**

Limited Response filed by Catamount Atlanta, LLC, Catamount LS-KY, LLC and Catamount Rockingham, LLC (Doc. 5775)

Response filed by Capstone Advisors, Inc. (Doc. 5776)

Limited Response filed by Victory Investments, Inc., Victory Real Estate Invest., LLC (Doc. 5777)

Response filed by Creditor Credit Suisse (Doc. 5778)

Response filed by Butler Investment I, LC (Doc. 5870)

Response filed by Deerfoot Marketplace, LLC (Doc. 5773)

Response filed by Killen Marketplace, LLC (Doc. 5774)

*Settled - ord/Agreed*

**APPEARANCES ON PAGE 2**

David Gay - P



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
February 23, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                PAGE 2 OF 2

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker**

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR

CATAMOUNT ATLANTA, LLC,
CATAMOUNT LS-KY, LLC
CATAMOUNT ROCKINGHAM, LLC:               C. DANIEL MOTSINGER
CAPSTONE ADVISORS:                       ADAM FRISCH
VICTORY INVESTMENTS:                     EARL M. BARKER, JR.
CREDIT SUISSE:                           JOHN B. HUTTON
BUTLER INVESTMENT I, LC:                 DAVID GAY
DEERFOOT MARKETPLACE, LLC and
KILLEN MARKETPLACE, LLC:                 C. ELLIS BRAZEAL