UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Wendy Wanamaker (Claim No. 311) [Docket No. 5850] was furnished by mail on February 22, 2006 to Ms. Wendy Wanamaker c/o Scott A. Cleary, Esq., Harrell and Harrell, P.A., 4735 Sunbeam Road, Jacksonville, Florida 32259.

Dated: February 23, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By *s/ D. J. Baker* | By *s/ James H. Post* |
|   D. J. Baker |   Stephen D. Busey |
|   Sally McDonald Henry |   James H. Post (FBN 175460) |
|   Rosalie Gray |   Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00523474.DOC