UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sylvester Gills (Claim No. 9796) [Docket No. 5862] was furnished by mail on February 22, 2006 to Mr. Sylvester Gills c/o Paul C. Bartley, Esq. 608 S. Hull Street, Montgomery, Alabama 36104.

Dated:  February 23, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*          D. J. Baker          Sally McDonald Henry          Rosalie Gray | By   *s/ James H. Post*          Stephen D. Busey          James H. Post (FBN 175460)          Cynthia C. Jackson |
| Four Times Square New York, New York 10036 (212) 735-3000 (917) 777-2150 (facsimile) djbaker@skadden.com | 225 Water Street, Suite 1800 Jacksonville, Florida  32202 (904) 359-7700 (904) 359-7708 (facsimile) cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00523480.DOC