UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                         Chapter 11
        Debtors.                                  )         Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gishelle Watson (Claim No. 6322) [Docket No. 5851] was furnished by mail on February 22, 2006 to Ms. Gishelle Watson, 2004 Ursuline Avenue, New Orleans, Louisiana 70116.

Dated:  February 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER           SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                              By    *s/ James H. Post*
       D. J. Baker                                             Stephen D. Busey
       Sally McDonald Henry                             James H. Post (FBN 175460)
       Rosalie Gray                                           Cynthia C. Jackson

Four Times Square                                   225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida  32202
(212) 735-3000                                         (904) 359-7700
(917) 777-2150 (facsimile)                         (904) 359-7708 (facsimile)
djbaker@skadden.com                               cjackson@smithhulsey.com

Co-Counsel for Debtors                              Co-Counsel for Debtors

00523483.DOC