UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                       Chapter 11
       Debtors.      )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Agreed Order of Resolution of the Litigation Claim of Brenda Reynolds (Claim No. 6675) [Docket No. 5889] was furnished by mail on February 22, 2006 to Ms. Brenday Reynolds, 3220 N. Orange Blossom Trail Lot 5, Orlando, Florida 32804.

Dated: February 23, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Gray | By  *s/ James H. Post*<br>   Stephen D. Busey<br>   James H. Post (FBN 175460)<br>   Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00523488.DOC