**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____) | | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE OF LANDLORD'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO EVICT DEBTOR WINN-DIXIE STORES, INC. FROM STORE #278 OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION (DOCKET NO. 6007)

**I HEREBY CERTIFY** that the foregoing document was furnished by United States first class mail postage prepaid to the Rule 1007-2, Parties in Interest the 24th day of February, 2006.

SCRUGGS & CARMICHAEL, P.A.

/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Fascimile: 352-375-0690
Florida Bar No. 260746
Attorney for Terranova Corp.

TEW CARDENAS LLP

/s/ Thomas R. Lehman, P.A.
THOMAS R. LEHMAN, P.A.
CASANDRA PEREZ, ESQUIRE
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116
Florida Bar No. 351318