UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )     Case No.: 05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al                )     Chapter 11
                                              )
Debtors,                                      )     Jointly Administered

FILED
JACKSONVILLE, FLORIDA
FEB 2 3 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## PLAINTIFF'S MOTION TO LIFT AUTOMATIC STAY

The Plaintiff, LEOANRD ROUNDTREE, by and through his undersigned attorney, hereby moves the Court for an Order granting its Motion for Lift of Automatic Stay and as grounds would therefore state:

1. This is an action for personal injuries resulting from an accident that occurred at a WINN-DIXIE STORE on or about April 28, 2004.

2. The Movant has complied in good faith and exhausted Claims Resolution Procedure as set forth by this Court in its Order dated September 1, 2005.

3. The Movant is desirous to commence and continue a civil action previously filed at the time the automatic stay was imposed to continue to seek damages against the debtor, WINN-DIXIE.

WHEREFORE, the Movant, LEONARD ROUNDTREE, by and through his undersigned attorney, hereby moves the Court for an Order granting his Motion to Life the Automatic Stay and any other relief that the Court deems equitable, proper, and just.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail – postage paid, this _____ day of February, 2006, to: Daniel S. Liebowitz, Esquire, Bussey, White, McDonough & Freeman, P.A., P.O. Box 531086, Orlando, FL 32853-

1086, Sedgwick Claims Management Services, Inc., Kerry Ledbetter, P.O. Box 24787, Jacksonville, FL 32241-4787, and James H. Post, Smith Hulsey & Busey, 225 Water Street, #1800, Jacksonville, FL 32202.

 

Harran E. Udell, Esquire
FBN 037249
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:   (407) 425-8171
Attorneys for Plaintiff