UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief From Stay filed by Harran E. Udell on behalf of Leonard Roundtree on February 23, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Relief From Stay filed by Harran E. Udell on behalf of Leonard Roundtree on February 23, 2006 is stricken from the record.

DATED February 24, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Daniel S. Liebowitz, P.O. Box 531086, Orlando, FL 32853-1086
Sedgwick Claims Mgmt Services, Inc., Kerry Ledbetter, P.O. Box 24787, Jacksonville, FL 32241
James H. Post, Attorney for Debtor
Harran E. Udell, 20 N. Orange Ave., 16th Floor, P.O. Box 4979, Orlando, FL 32802-4979