UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER: 05-03817-3F1
Jointly Administered

IN RE:                                                              CHAPTER 11

WINN DIXIE STORES, INC., et al

    Debtor,

---

## NOTICE OF FILING

Creditor, SARRIA ENTERPRISES, INC., by and through the undersigned counsel hereby files the following documents to be considered in connection with its Motion for Relief from Stay:

1. Request to Produce at Hearing served on or about November 18, 2005.

2. Email from James H. Post dated November 18, 2005.

3. Subpoena in a Civil Case dated January 13, 2006 for hearing on January 23, 2006.

4. Return of Service dated January 17, 2006 of Subpoena in Civil Case dated January 13, 2006 (number 3 above).

5. Subpoena in a Civil Case dated January 17, 2006 for hearing on January 23, 2006.

6. Return of Service dated January 17, 2006 of Subpoena in Civil Case dated January 17, 2006 (number 5 above).

7. Intentionally deleted.

8. Subpoena in a Civil Case dated January 31, 2006 for hearing on February 13, 2006.

9. Return of Service dated January 31, 2006 of Subpoena in Civil Case dated January 31, 2006 (number 8 above).

10. Copy of letter from James H. Post to Alan M. Burger dated February 8, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via electronic notice if registered in the Electronic Case Filing System on this 24th day of February, 2006.

BURGER, FARMER & COHEN, P.L.
1601 Forum Place, Suite 404
West Palm Beach, FL 33401
Telephone Number: (561) 689-1663
Facsimile Number: (561) 689-1707

/s/ Alan M. Burger
Alan M. Burger, Esq.
Florida Bar Number: 833290


MICHAEL A. KAUFMAN, P.A.
1601 Forum Place, Suite 404
West Palm Beach, FL 33401
(561) 478-2878 - Telephone
(561) 689-1707 - Fax

/s/ Michael A. Kaufman
Michael A. Kaufman, Esq.
Florida Bar No.: 0628042