UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

**AGREED ORDER MODIFYING AUTOMATIC STAY**

These cases came before the Court upon the Notice of Proposed Agreed Order Modifying the Automatic Stay (the "Agreed Order") filed by the Debtors (Doc. No. 5521). The Court finds that (i) the notice of the proposed Agreed Order was served on all interested parties in accordance with Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, and (ii) that no party in interest has filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1.      The automatic stay imposed by 11 U.S.C. §362 is modified for the sole purpose of allowing Sedgwick Claims Management Services, Inc. to file third-party complaints against the Debtors in the Sedgwick Litigation (as defined in the Stipulation between the parties) regarding the alleged obligation of the Debtors to indemnify Sedgwick in connection with such litigation.

2.  Except as modified herein, the automatic stay pursuant to 11 U.S.C. §362 will remain in full force and effect.

3.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___ day of February, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge


Leanne McKnight Prendergast is directed
to serve a copy of this Order on all parties
who received copies of the Notice of Proposed
Agreed Order Modifying the Automatic Stay.

00511509