UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Chapter   11

Case No. 3:05-bk-3817-JAF

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for **Thursday**, **March 23, 2006** at **1:00 p.m.**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider:

**MOTION OF KONICA MINOLTA PHOTO
IMAGING U.S.A., INC. TO SET SPECIFIC DATE FOR
THE DEBTORS TO ASSUME OR REJECT EXECUTORY
CONTRACT PURSUANT TO §365(d)(2) OF THE BANKRUPTCY CODE
[Docket No. 5220]**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED:  February 24, 2006

/s/ Scott A. Stichter
Harley E. Riedel
Florida Bar No. 183628
Scott A. Stichter
Florida Bar No. 0710679
STICHTER, RIEDEL, BLAIN
   & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
hriedel@srbp.com
sstichter@srbp.com
and
Allison M. Berger
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive – Building 3
Lawrenceville, New Jersey 08648
(609) 896-3600
(609) 896-1469 FAX
aberger@foxrothschild.com
CO-COUNSEL FOR KONICA MINOLTA
   PHOTO IMAGING U.S.A., INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF

HEARING has been furnished by the Court's CM/ECF system or U.S. MAIL on the **24**[th]

day of **February, 2006** to:

Local 1007-2 Parties in Interest Matrix

/s/ Scott A. Stichter
Scott A. Stichter
Florida Bar No. 0710679

H:\User\Winn Dixie - Konica Minolta\Miscellaneous\set specific date assume reject executory contract motion noh.doc 2/24/2006
3:11 PM

Label Matrix for USBC
Middle District of Florida
Case 3:05-bk-03817-JAF
Mon Feb 20 13:13:27 EST 2006

ACE American Insurance Company
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street, Philadelphia, PA 1

Ad Hoc Committee of Winn-Dixie Retirees
c/o Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301,  33301

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201

Bi-Lo, LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309,  30309

Brian J. Grieco
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, PC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

C Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis
IN, 46204-2079 46204-2079

CapMark Services, Inc., as servicer
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street, Philadelphia, PA 1

Cardinal Entities Company, LLC
c/o Bradley R. Markey, Esq.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202,  32202

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd, Suite 1400
Fort Lauderdale, Florida 33394

Citrus World, Inc., d/b/a Florida's Natu
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802,  32802

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Day Properties, Inc.
c/o Robert Laney, Esquire
906 Main Street
North Wilkesboro, NC  28659

Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008,  27114-500

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

Hillandale Farms, Inc.
Post Office Box 2109
Lake City, Florida 32056-2109

Inland Retail Real Estate Trust, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802,  32802

International Business Machines Corp.
%Ronald J. Marlowe
ARNSTEIN & LEHR LLP
1110 N. Florida Ave.
Tampa, FL 33602,  33602

Jimmy R. Summerlin, Jr.
Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603

Joseph C. Weinstein
Squire Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304,  44114-1304

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802,  32802

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600, Jacksonville, FL 32202 32202

Matt E. Beal, Esq.
Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802

Northeast MS Coca-Cola Bottling Co., Inc
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Principal Life Insurance Company
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street, Philadelphia, PA 1

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353,  32802-3353

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

Ira S. Greene
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

John J. Cruciani
Blackwell Sanders Peper Martin, LP
4801 Main Street, Ste. 1000
Kansas City, MO  64112

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Lassiter Properties, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
PO Box 3353
Orlando, FL  32802,  32802

Long Wholesale, Inc. d/b/a CCC Beauty Su
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Oakwood Village Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group LLC
950 E. Paces Ferry Road
Atlanta, Georgia 30326,  30326

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC  29211,  29211

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

Jerrett M. McConnell
1756 University Blvd. S.
Jacksonville, FL 32216

John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia, 30060-7946 30060-7946

Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Lenoir Partners LLC
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Potter Square Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326,  30326

Robert D. Wilcox
Wilcox Law Firm
10201 Centurion Parkway N., Suite 600
Jacksonville, FL 32256

Southern Family Markets Acquisition LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA. 30309,  30309

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900, Jacksonville, FL 32202 32202

Thomas R. Lehman, P.A.
1441 Brickell Avenue
15th Floor
Miami
FL, 33131 33131

Thomas R. Lehman, P.A.
Tew Cardenas LLP
1441 Brickell Avenue
15th Floor
Miami, FL  33131,  33131

United States Trustee - JAX
135 W. Central Blvd, Suite 620
Orlando, FL 32801

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd, Suite 110
Syosset, NY 11791

Winn-Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254-3699