UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**<u>NOTICE OF INTENT TO COMPROMISE</u>**

---

<u>NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING</u>

Pursuant to Local Rule 2002, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Bankruptcy Court at 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, and serve copies on Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

These cases came before the Court on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") upon the Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Docket No. 1961) (the "Motion"), and the Objection filed by the Landlord for Store 1362, School Street Crossing, L.P. ("School Street"), to the cure amount proposed by the Debtors in Exhibit F to the Motion (Docket No. 2151) (the "School Street Objection").

The parties have agreed to the proper cure amount owed to School Street. If approved, the Debtors will ask the Bankruptcy Court to enter an order substantially in the form attached to

the Notice by which the Debtors will pay School Street $41,735.00 for 2004 Common Area and Maintenance charges ("CAM"), real estate taxes and insurance due under the Lease and $24,053.88 for 2005 CAM, real estate taxes and insurance in full satisfaction of any cure payment required by 11 U.S.C. § 365, within 10 days of the entry of an order by the Court.

Date of Service: February 24, 2006.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie W. Gray | By  */s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson  (F.B.N. 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:**                                              ) | |
| **WINN-DIXIE STORES, INC., et al.,**      ) | **Case No. 3:05-bk-03817-JAF** |
|                                                               ) | **Chapter 11** |
|              **Debtors.**                        ) | **Jointly Administered** |

**AGREED ORDER ON DEBTORS' MOTION FOR ORDER
AUTHORIZING SALE OF ASSETS AND ASSUMPTION AND
ASSIGNMENT OF LEASES AND CONTRACTS (DOC. NO. 1961) AND
OBJECTION BY LANDLORD, SCHOOL STREET CROSSING, L.P., TO
<u>PROPOSED CURE AMOUNT – STORE 1362 (DOC. NO. 2151)</u>**

This Cause has come on to be considered by the Court upon the Debtors' Motion for Order Authorizing Sale of Assets and Assumption and Assignment of Leases and Contracts (Doc. No. 1961) (the "Debtors' Motion"), and the Objection of Landlord, SCHOOL STREET CROSSING, L.P. ("School Street"), to the proposed cure amount of the School Street lease for Store No. 1362 listed in Exhibit "F" attached to the Debtors' Motion (Doc. No. 2151) (the "School Street Objection"). The parties have agreed to entry of an Order on the Debtors' Motion and the School Street Objection in the form set forth below. The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of the opportunity to object within 15 days of the date of service and (ii) no party filed an objection. The Court therefore considers the entry of this Order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Cure Amount due from the Debtors to School Street for 2004 real estate taxes, CAM and insurance is as follows:

| | | |
|---|---|---|
| a. | Real Estate Taxes: | $26,526.43 |
| b. | CAM: | $12,490.93 |
| c. | Insurance: | $2,717.64 |
| d. | Total: | $41,735.00 |

2.    The Cure Amount due from the Debtors to School Street for 2005 real estate taxes, CAM and insurance through August 15, 2005 (when the Debtors assigned the lease for Store No. 1362) is as follows:

| | | |
|---|---|---|
| a. | Real Estate Taxes: | $16,436.89 |
| b. | CAM: | $ 7,667.85 |
| c. | Insurance: | ($   50.86) |
| d. | Total: | $24,053.88 |

3.    Therefore, the total Cure Amount due to be paid by the Debtors to School Street is $65,788.88.

4.    The Debtors shall pay to School Street the principal sum of $65,788.88, as an administrative expense, within 10 days from the date of entry of this Order.

5.    In the event the Debtors fail to pay to School Street the amounts set forth above within 10 days from the date of entry of this Order, School Street shall be awarded an

administrative expense in the above-styled case in the principal amount of $65,788.88, together with applicable interest thereon.

      DONE AND ORDERED on _____.

                                             JERRY A. FUNK
                                             United States Bankruptcy Judge

Copies furnished to:

**Jon E. Kane, Esq.**
**P.O. Box 2854**
**Orlando, Fl  32802-2854**

**Cynthia C. Jackson, Esq.**
**Smith Hulsey & Busey**
**225 Water Street, Suite 1800**
**Jacksonville, FL  32201**

00523748.DOC