**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO**
**ORDER APPROVING SETTLEMENT RELATING TO**
**SUMMERVILLE, SOUTH CAROLINA PROPERTY**

I, Adam Ravin, certify that on February 23, 2006 I caused to be served the Order Approving Settlement Relating to Summerville, South Carolina Property [Docket No. 6046] by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A, via email to the parties listed in Exhibit B, and facsimile to the party listed in Exhibit C.

Dated: February 24, 2006

                                                             SKADDEN, ARPS, SLATE,
                                                             MEAGHER & FLOM LLP

                                                             By: /s/ *Adam Ravin*
                                                             Adam Ravin
                                                             Four Times Square
                                                             New York, New York 10036
                                                             (212) 735-3000
                                                             (212) 735-2000 (facsimile)

                                                                      - and –

SMITH HULSEY & BUSEY
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for Debtors

**EXHIBIT A**

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL  32399

Internal Revenue Service
Special Procedures - Stop 5720
400 W. Bay Street, Suite 35045
Jacksonville, FL  32202

Cameron Sanford Company, LLC
PO Box 31827
Raleigh, NC  27622

Contrarian Capital Management, LLC
Attn: Nathalie Klein
411 West Putnam Ave., Suite 225
Greenwich, CT  06830

State of Florida, AHCA
Attn: Grant Dearborn, Esquire
2727 Mahan Drive MS 3
Tallahassee, FL  32308

U.S. Health & Human Services Dept.
c/o Office of the General Counsel
Attn: Gary Kurz, Esquire
61 Forsyth Street SW, Suite 5M60
Atlanta, GA  30303

State of Georgia
Department of Community Health
Attn: Neal B. Childers, Esquire
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

State of Kentucky Health & Family
Services Cabinet
Attn: Richard Warne, Esquire
275 East Main Street, 5W-B
Frankfort, KY 40621

Equity Property and Development
Attn: Huihwa Nam
2 North Riverside Plaza
6th Floor
Chicago, IL  60606

Mike Chlebovec
Director - Asset Management
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL  32254

Thomas P. Guerard
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC  29401

## **EXHIBIT B**

Thomas P. Guerard
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC  29401
Tel: (843) 722-3400
Fax: (843) 723-7398
tguerard@bmsmlaw.com

Thomas C. Wolford
Neal, Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 2200
Chicago, IL 60602
twolford@ngelaw.com

**EXHIBIT C**

Huihwa Nam
Equity Property and Development
Tel: (312) 466-3173
Fax: (312) 454-0359.