UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>WINN-DIXIE STORES, INC., *et al.*,<br><br>DEBTORS. | CASE NO. 05-bk-3817-3F1<br>JOINTLY ADMINISTERED<br><br>CHAPTER 11<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR<br>ELECTRONIC SERVICE |

Invesco, LP (Creditor Id: WDX-1467-B1-RJ), a creditor in the bankruptcy case of *Winn-Dixie Raleigh, Inc.* (Case No. 05-03839-3F1, which case is jointly administered with the above-referenced case), by and through its undersigned counsel, herewith files this notice of appearance and requests that all notices, motions, pleadings and other documents to which it is entitled be electronically served upon its counsel at the e-mail address shown below.

BUIST MOORE SMYTHE McGEE P.A.

February 27, 2006

By: /s/Charles P. Summerall, IV
S.C. State Bar No. 5433
Dist. of South Carolina, Fed. I.D. No. 4385
P.O. Box 999
Charleston, South Carolina 29402
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
**E-mail: csummerall@bmsmlaw.com**
ATTORNEYS FOR INVESCO, LP

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>WINN-DIXIE STORES, INC., *et al.,*<br><br>DEBTORS. | CASE NO. 05-bk-3817-3F1<br>JOINTLY ADMINISTERED<br><br>CHAPTER 11 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Invesco, LP's Notice of Appearance and Request for Electronic Service was served upon the following individuals of record via first class mail at the addresses below on February 27, 2006.

D. J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Adam S. Ravin, Esq.
Skadden, Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, NY 10036

Co-Attorneys for Debtors

Cynthia C. Jackson, Esq.
Stephen D. Busey, Esq.
James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Co-Attorneys for Debtors

BUIST MOORE SMYTHE McGEE P.A.

By: /s/Charles P. Summerall, IV
S.C. State Bar No. 5433
Federal I.D. No. 4385
P.O. Box 999
Charleston, South Carolina 29402
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
E-mail: **csummerall@bmsmlaw.com**
ATTORNEYS FOR INVESCO, LP