F I L E D

JACKSONVILLE, FLORIDA

FEB 27 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:                                    ) Case No. 05-03817-3F1

Winn-Dixie Stores, Inc., et al.,          ) Chapter 11

_____Debtors._____                ) Jointly Administered


I, Louise Clark, do oppose the disallowance and expungement of my claim and, therefore, I am submitting and filing my written response to the Objection on this day, February 23, 2006.

Louise Clark

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

   (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

   (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 400141
CLARK, LOUISE
2304 A LINCOLN STREET
DURHAM  NC 27707

Claim No.(s): 8003

# PART B - CLAIM INFORMATION

1.  Give your date of birth (MM/DD/YY)_____07/06/42_____

2.  Date of injury or claim: (MM/DD/YY)_____06/16/01_____

3.  What is the basis of your claim?_Injured by objects falling from above
    _my head which were being transported by store employee on a
    _pallet_

4.  What is the total amount of your claim?  (Please estimate if necessary)._____
    In excess of $10,000.00

5.  Attach copies of all documents supporting or evidencing your claim.  Do not send original
    documents.  If the documents are not available, please explain.
    _____SEE ATTACHED_____

6.  Identify all payments or other sums which have been credited and deducted for the purpose of
    quantifying your claim amount._____
    _____None to my knowledge_____

7.  Are you pursuing this claim against any other party?   Yes ☐    No ☒
    If so, against whom (list the name, the addresses and counsel for each party, if known)?_____

    (Attach additional sheets if necessary)

8.  Did you notify the Debtor in writing of the injury or claim?  (If yes, attach a copy of such writing.)
    Yes ☒    No ☐    On the date of the injury I filled out an
    incident report at the store; management would not give me a copy.

9.  Is there a pending lawsuit regarding your claim?  If so, identify the court where the
    lawsuit is pending, the case number and the judge, if known._____
    Superior Court, Durham County, Durham, North Carolina
    File Number 2004 CVS 3263

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)    SEE ATTACHED

11. Where did the injury or damage occur?    401 East Lakewood Avenue, Durham, North CarolinaWinn-Dixie store

Please specify the location and address.

12. How did the injury or damage occur?    From falling objects

13. Did you miss any work as a result of your injury or damage? If so, how many days?    ____
N/A

14. Give the name and address of your employer and your salary at the time of your injury or damage.
N/A

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)    Not to my knowledge

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).    unidentified store employees; Ned Clark, PO Box 34, Tarboro, NC 27886; Bonita Clark, PO Box 25323, Durham, NC 27703; medical personnel listed in medical records

400141-CLARK, LOUISE-Claim No.(s): 8003

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

17.  If applicable, are treatments still being given for the injury or damages? Yes ☒  No ☐
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.)

Dr. Cristin Colford
UNC Hospitals, Chapel Hill, NC

18.  If applicable, please provide the following Physician Data:

a.  Give the name and address of any physician, clinic or hospitals that has treated this injury.
Include treatment dates. (Attach additional sheets if necessary)

Since 6/16/2001 and continuing
UNC Hospitals, Chapel Hill, NC
Duke University Medical Center, Durham, North Carolina
Durham Regional Hospital, Durham, NC

b.  Itemize all damages you claim, including any damages for emotional distress,
loss of consortium or pain and suffering.

Amounts are continuing and cannot itemize at this time.

c.  Give the total amount of the medical bills you incurred as a result of your claim.
To date the medical bills are in excess of $240,000.00

d.  Attach medical and hospital records which relate to your claim.

e.  Itemize any other expenses you incurred as a result of the incident for which you are
making a claim.     SEE ATTACHED

f.  Give a list of medical expenses and amounts paid by your insurance company as a result of
your injury.     SEE ATTACHED

400141-CLARK, LOUISE-Claim No.(s): 8003

g.   Give the name, address and policy number of your insurance company.   Medicaid

Connecticut General, Acct. 2463518
CIGNA Claims, PO Box 5200, Scranton, PA 18505

19.   To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.   Itemize the damages you claim.

Continuing--cannot itemize at this time

b.   Give the total amount of each item of damage.

Continuing--cannot itemize at this time

20.   **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**

$10,000,000.00

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 400141<br>CLARK, LOUISE<br>2304 A LINCOLN STREET<br>DURHAM  NC 27707 | Name: _____<br>Address: _____<br>_____<br>City/State/Zip: _____<br>Phone: _919- 956- 9089_<br>Fax _____<br>Email<br>Address: _____ |

400141-CLARK, LOUISE-Claim No.(s): 8003

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: __October 28, 2005__        _Louise Clark_
                                   Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)_____

Address_____

City/State/Zip_____

Relationship to Claimant_____

Phone Number_____

Fax Number_____

Email Address r_____

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

400141-CLARK, LOUISE-Claim No.(s): 8003

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*