PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 130.00 | 28.20 | 101.80 | .00 | .00 | .00 | 14.68 | 87.12 | 52067257 |

TOTAL BALANCE DUE FROM PATIENT(S):        14.68

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE DIFFERENCE.

19622

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 2,353.00 | 803.76 | 1,549.24 | 91.00 | .00 | .00 | 1,256.00 | 202.24 | 63039732 |

TOTAL BALANCE DUE FROM PATIENT(S):    1,165.00

REMARKS SECTION
 AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

29396

PT'S COINS              .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,963.00 | 393.12 | 1,569.88 | 91.00 | .00 | .00 | .00 | 1,478.88 | 89891102 |

TOTAL BALANCE DUE FROM PATIENT(S):    -91.00

REMARKS SECTION
AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

40129

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 93.48 | 19.11 | 74.37 | .00 | .00 | .00 | 14.38 | 59.99 | 44578848 |

TOTAL BALANCE DUE FROM PATIENT(S):     14.38

REMARKS SECTION
 C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

24579

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 93.48 | 19.11 | 74.37 | .00 | .00 | .00 | 14.38 | 59.99 | 44578848 |

TOTAL BALANCE DUE FROM PATIENT(S):     14.38

REMARKS SECTION
 C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

24579

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,573.10 | 95.70 | 1,477.40 | .00 | .00 | 1,138.10 | .00 | 339.30 | 48988524 |

TOTAL BALANCE DUE FROM PATIENT(S):        .00

REMARKS SECTION
 G6 - EXCLUDED; PROVIDER DISCOUNT.

CONTINUED ON NEXT PAGE

8561

PT'S COINS          .00 =       .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,758.74 | 369.34 | 1,389.40 | .00 | 50.00 | .00 | .00 | 1,339.40 | 34194196 |

TOTAL BALANCE DUE FROM PATIENT(S):        .00

CONTINUED ON NEXT PAGE

36771

```
.ALS:              39.00   35.97   3.03    .00    .00    .00         .00   3.03
                                                              _____
                                                      TOTAL PAID:      3.03
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =     .00
```

CONTINUED ON NEXT PAGE

20022

TOTAL PAID:    146.94

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 582.00 | 122.22 | 459.78 | .00 | .00 | .00 | 62.56 | 397.22 | 78601827 |

    TOTAL BALANCE DUE FROM PATIENT(S):      62.56

CONTINUED ON NEXT PAGE

37330

                    PT'S COINS           .00 =    60.00

PAYMENT SUMMARY SECTION

|  | TOTAL | TOTAL |  | TOTAL | TOTAL | TOTAL |  |  |
|---|---|---|---|---|---|---|---|---|
| TOTAL | CONTRACT | CONTRACT | TOTAL PROVIDER | PT'S | PT'S DED/ | PT'S | TOTAL |  |
| CHARGES | ADJUSTMENT | AMOUNT | RESPONSIBILITY | COPAY | NOT COV | COINS. | PAID | CHECK # |
| 527.60 | 98.19 | 429.41 | .00 | 50.00 | 60.00 | 30.97 | 288.44 | 25537082 |

     TOTAL BALANCE DUE FROM PATIENT(S):        90.97

REMARKS SECTION
 C3 - DISCOUNT; MEMBER DOES NOT OWE.
                                        CONTINUED ON NEXT PAGE

                                                           38256

```
                PT'S COINS            .00 =    60.00
```

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 527.60 | 98.19 | 429.41 | .00 | 50.00 | 60.00 | 30.97 | 288.44 | 25537082 |

```
    TOTAL BALANCE DUE FROM PATIENT(S):      90.97
```

REMARKS SECTION
 C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

38256

```
                    PT'S COINS          .00 =       .00
PAYMENT SUMMARY SECTION
             TOTAL       TOTAL                  TOTAL      TOTAL        TOTAL
  TOTAL      CONTRACT    CONTRACT  TOTAL PROVIDER PT'S     PT'S DED/    PT'S      TOTAL
  CHARGES    ADJUSTMENT  AMOUNT    RESPONSIBILITY COPAY    NOT COV      COINS.    PAID      CHECK #
  1,963.00   393.12      1,569.88  91.00          .00      .00          .00       1,478.88  89891102

    TOTAL BALANCE DUE FROM PATIENT(S):     -91.00
```

REMARKS SECTION
 AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.
                                   CONTINUED ON NEXT PAGE

                                                                                          40129

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 93.48 | 19.11 | 74.37 | .00 | .00 | .00 | 14.38 | 59.99 | 44578848 |

TOTAL BALANCE DUE FROM PATIENT(S):      14.38

REMARKS SECTION
 C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

24579

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 10,744.93 | 5,709.44 | 5,035.49 | 226.00 | 350.00 | 102.00 | .00 | 4,357.49 | 44270749 |

TOTAL BALANCE DUE FROM PATIENT(S):     -124.00

REMARKS SECTION
AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

27283

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 93.48 | 19.11 | 74.37 | .00 | .00 | .00 | 14.38 | 59.99 | 44578848 |

TOTAL BALANCE DUE FROM PATIENT(S):      14.38

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

24579

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 433.00 | .00 | 433.00 | .00 | .00 | .00 | 79.40 | 353.60 | 90945410 |

TOTAL BALANCE DUE FROM PATIENT(S):    79.40

REMARKS SECTION
C5 - CONTRACT SCHEDULE APPLIED.

40394

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 2,353.00 | 803.76 | 1,549.24 | 91.00 | .00 | .00 | 1,256.00 | 202.24 | 63039732 |

TOTAL BALANCE DUE FROM PATIENT(S):    1,165.00

REMARKS SECTION
 AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

29396

PT'S COINS              .00 =         .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 431.00 | 94.82 | 336.18 | .00 | 25.00 | .00 | .00 | 311.18 | 61351410 |

TOTAL BALANCE DUE FROM PATIENT(S):        .00

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

20582

PT'S COINS            .00 =       .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 431.00 | 94.82 | 336.18 | .00 | 25.00 | .00 | .00 | 311.18 | 61351410 |

TOTAL BALANCE DUE FROM PATIENT(S):      .00

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

20582

```
                        PT'S COINS              .00 =        .00
```

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,963.00 | 393.12 | 1,569.88 | 91.00 | .00 | .00 | .00 | 1,478.88 | 89891102 |

```
    TOTAL BALANCE DUE FROM PATIENT(S):       -91.00
```

REMARKS SECTION
 AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.
                        CONTINUED ON NEXT PAGE

                                                                                        40129

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 433.00 | .00 | 433.00 | .00 | .00 | .00 | 79.40 | 353.60 | 90945410 |

TOTAL BALANCE DUE FROM PATIENT(S):    79.40

REMARKS SECTION
C5 - CONTRACT SCHEDULE APPLIED.

40394

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 130.00 | 28.20 | 101.80 | .00 | .00 | .00 | 14.68 | 87.12 | 52067257 |

TOTAL BALANCE DUE FROM PATIENT(S):     14.68

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE DIFFERENCE.

19622