224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620700361050001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jun 30, 2001     Page 1 of 2

DURHAM REGIONAL HOSPIOP
3643 N ROXBORO RD
DURHAM       NC 27704

Provider Name ............. DURHAM REGIONAL HOSPIOP
Provider TIN .............. 562070036
Suffix (internal use) ..... 105
Check Number .............. 88363854

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 4415297
Patient ID:                            Insured's Name: CLARK, NED                    Group #:  3003160
Provider Name: DURHAM REGIONAL HOSPIOP     Inventory #: 6790159          Claim Cntrl #: 01281720794

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/2001 | 010500 | 124.00 | 18.60 | 50.00 | .00 | 50.00 | .00 | 0% | .00 | .00 | Q4 C3 VZ |
|  |  |  |  | 55.40 |  |  | .00 | 100% | .00 | 55.40 |  |
| TOTALS: |  | 124.00 | 18.60 | 105.40 | .00 | 50.00 | .00 |  | .00 | 55.40 |  |

TOTAL PAID:    55.40

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 124.00 | 18.60 | 105.40 | .00 | 50.00 | .00 | .00 | 55.40 | 88363854 |

REMARKS SECTION

C3 - DISCOUNT; MEMBER DOES NOT OWE

Q4 - $ EXCLUDED; COPAYMENT AMOUNT

CONTINUED ON NEXT PAGE

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Group #:  3003160
Patient ID:
Provider TIN:  562070036
Patient Account #: 4415297

Date: Jun 30, 2001   Check #: 88363854

PAY TO THE
ORDER OF:  **DURHAM REGIONAL HOSPIOP**                    $**55.40**
**FIFTY FIVE DOLLARS AND 40 CENTS**

62-20/311
CITIBANK(DELAWARE) CITICORP
ONE PENN'S WAY
NEW CASTLE, DE 19720

*** NON NEGOTIABLE ***
AUTHORIZED SIGNATURE

FOR OFFICE USE: 224 2001062909301 6790159                M4  147400

*** NON NEGOTIABLE ***          /

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620700360310001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
P.O. BOX 32864                            ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
CHARLOTTE, NC 28232

Date: Aug  2, 2001      Page  2 of

Provider Name ............. PRIVATE DIAGNOSTIC CLINIC
PRIVATE DIAGNOSTIC CLINIC                 Provider TIN .............. 562070036
718 RUTHERFORD ST                         Suffix (internal use) ..... 031
DURHAM        NC  27705                   Check Number.............. 44264241

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 10T128475
Patient ID:                            Insured's Name: CLARK, NED            Group #:    3003160
Provider Name: PRIVATE DIAGNOSTIC CLINIC    Inventory #: 7120121        Claim Cntrl #: 01282798233

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2001 | 030560 | 215.00 | 53.75 | 161.25 | .00 | .00 | .00 | | 100% | .00 | 161.25 | C3 VZ |
| TOTALS: | | 215.00 | 53.75 | 161.25 | .00 | .00 | .00 | | | .00 | 161.25 | |

TOTAL PAID:    161.25

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV         .00 PLUS
                          PT'S COINS              .00 =        .00

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561541965003O001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Aug 8, 2001

                                          Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
     DURHAM ORTHOPAEDIC CLINIC            Provider TIN .............. 561541965
     4125 BEN FRANKLIN BLVD # 140         Suffix (internal use) ..... 003
     DURHAM     NC 27704


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE           Patient Account #: 80143
Patient ID: ....  '  .. ':           Insured's Name: CLARK, NED            Group #:   3003160
Provider Name: PAUL H WRIGHT MD       Inventory #: 7071017          Claim Cntrl #: 01282920263

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 992049 | 300.00 | .00 | 300.00 | .00 | .00 | 300.00 | 100% | .00 | .00 | GA C5 |
| 06/29/2001 | 736307 | '69.00 | .00 | 69.00 | .00 | .00 | 69.00 | 0% | .00 | .00 | GA C5 |
| TOTALS: | | 369.00 | .00 | 369.00 | .00 | .00 | 369.00 | | .00 | .00 | |

                                                                              TOTAL PAID:     .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =      .00

PAYMENT SUMMARY SECTION
         TOTAL        TOTAL .               TOTAL     TOTAL       TOTAL
  TOTAL  CONTRACT     CONTRACT              PT'S      PT'S DED/   PT'S
 CHARGES ADJUSTMENT   AMOUNT   TOTAL PROVIDER COPAY   NOT COV     COINS.     TOTAL
                               RESPONSIBILITY                                PAID
 369.00  .00          369.00   .00         .00        369.00      .00        .00

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED

GA - EXCLUDED; CHARGES PREVIOUSLY CONSIDERED.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
 PROVIDER'S COPY

                                                                              M3  021560

D224    If you have any questions contact:        CONNECTICUT GENERAL LIFE INSURANCE COMPANY    25610294370500001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

     In State    (800) 832-3211 Out of State (800) 832-3211    Date: Aug  9, 2001

                                             Provider Name ............. PRIVATE DIAGNOSTIC CLINIC
     PRIVATE DIAGNOSTIC CLINIC               Provider TIN .............. 561029437
     PO BOX 15000                            Suffix (internal use) ..... 050
     DURHAM         NC 27704


This statement covers GROUP MEDICAL BENEFIT PAYMENTS for the following patient(s):
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 03P128475
Patient ID:                          Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: PRIVATE DIAGNOSTIC CLINIC       Inventory #: 7110932        Claim Cntrl #: 01283058788

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | PATIENT'S DEDUCTIBLE | BALANCE | PAID AT | PATIENT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2001 | 992049 | 195.00 | .00 | 195.00 | 195.00 | .00 | 70% | .00 | .00 | AG |
| TOTALS: | | 195.00 | .00 | 195.00 | 195.00 | .00 | | .00 | .00 | |

                                                                  TOTAL PAID:     .00

PAYMENT SUMMARY SECTION
   TOTAL CHARGES    TOTAL COVERED AMOUNT     TOTAL PAID
   195.00           195.00                   .00

REMARKS SECTION

AG - OPT-OUT-PROVIDER; OUT-OF-NETWORK BENEFITS APPLIED
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                        THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                          M4  154289

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95620700360310001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Aug 16, 2001    Page  2 of

                                          Provider Name ............. PRIVATE DIAGNOSTIC CLINIC
     PRIVATE DIAGNOSTIC CLINIC            Provider TIN .............. 562070036
     718 RUTHERFORD ST                    Suffix (internal use) ..... 031
     DURHAM        NC  27705              Check Number.............. 44999521


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 10TI28593
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: PRIVATE DIAGNOSTIC CLINIC Inventory #: 7220126           Claim Cntrl #: 01283166038

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2001 | 030670 | 528.00 | 132.00 | 396.00 | .00 | .00 | .00 | 100% | .00 | 396.00 | C3 VZ |
| TOTALS: | | 528.00 | 132.00 | 396.00 | .00 | .00 | .00 | | .00 | 396.00 | |

                                                                       TOTAL PAID:    396.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =        .00

D224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561541965030001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Sep 19, 2001

Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
Provider TIN ............. 561541965
Suffix (internal use) ..... 003

DURHAM ORTHOPAEDIC CLINIC
4125 BEN FRANKLIN BLVD # 140
DURHAM        NC 27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 80143
Patient ID: _ .. ' ' .'.)             Insured's Name: CLARK, NED              Group #:  3003160
Provider Name: PAUL H WRIGHT MD      Inventory #: 7401978         Claim Cntrl #: 01284337773

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 992049 | 300.00 | .00 | 300.00 | .00 | .00 | 300.00 | 100% | .00 | .00 | GA C5 |
| 06/29/2001 | 736307 | 69.00 | .00 | 69.00 | .00 | .00 | 69.00 | 0% | .00 | .00 | GA C5 |
| TOTALS: | | 369.00 | .00 | 369.00 | .00 | .00 | 369.00 | | .00 | | |

TOTAL PAID:        .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS        .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 369.00 | .00 | 369.00 | .00 | .00 | 369.00 | .00 | .00 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED

GA - EXCLUDED; CHARGES PREVIOUSLY CONSIDERED.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
  PROVIDER'S COPY

M3  121919

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95610294370960001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Sep 27, 2001      Page  2 of

Provider Name ............ PRIVATE DIAGNOSTIC CLINIC
Provider TIN ............. 561029437
Suffix (internal use) ..... 096

PRIVATE DIAGNOSTIC CLINIC
PO BOX 900002
RALEIGH      NC  27675

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                Patient Account #: 03P128957
Patient ID:                                Insured's Name: CLARK, NED          Group #:   3003160
Provider Name: PRIV DIAG CLINIC NEUROLOGY  Inventory #: 7541043      Claim Cntrl #: 01284506237

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2001 | 959030 | 180.00 | .00 | 180.00 | 180.00 | .00 | .00 | 80% | .00 | .00 | AR C5 |
| 07/26/2001 | 959040 | 540.00 | .00 | 540.00 | 540.00 | .00 | .00 | 80% | .00 | .00 | AR C5 |
| TOTALS: | | 720.00 | .00 | 720.00 | 720.00 | .00 | .00 | | .00 | .00 | |

TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -720.00 PLUS
                          PT'S COINS          .00 =   -720.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 828.00 | .00 | 828.00 | 828.00 | .00 | .00 | .00 | .00 |

TOTAL BALANCE DUE FROM PATIENT(S):    -828.00

REMARKS SECTION
AR - DENIED - SERVICE NOT AUTHORIZED; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED

PROVIDER'S COPY

52720

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95615419650030001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Oct 24, 2001

                                             Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
     DURHAM ORTHOPAEDIC CLINIC               Provider TIN .............. 561541965
     4125 BEN FRANKLIN BLVD # 140            Suffix (internal use) ..... 003
     DURHAM        NC 27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 80143
Patient ID:                              Insured's Name: CLARK, NED              Group #:  3003160
Provider Name: PAUL H WRIGHT MD          Inventory #: 7770875          Claim Cntrl #: 01285520927

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2001 | 736307 | 69.00 | .00 | 69.00 | 69.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 09/14/2001 | 992139 | 114.00 | .00 | 114.00 | 114.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 09/14/2001 | 030480 | 31.00 | .00 | 31.00 | 31.00 | .00 | .00 | 80% | .00 | .00 | AR C5 |
| TOTALS: | | 214.00 | .00 | 214.00 | 214.00 | .00 | .00 | | .00 | .00 | |

                                                                       TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -214.00 PLUS
                          PT'S COINS          .00 =   -214.00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL |  | TOTAL | TOTAL | TOTAL |  |
|---|---|---|---|---|---|---|---|
| TOTAL | CONTRACT | CONTRACT | TOTAL PROVIDER | PT'S | PT'S DED/ | PT'S | TOTAL |
| CHARGES | ADJUSTMENT | AMOUNT | RESPONSIBILITY | COPAY | NOT COV | COINS. | PAID |
| 214.00 | .00 | 214.00 | 214.00 | .00 | .00 | .00 | .00 |

REMARKS SECTION

AR - DENIED - SERVICE NOT AUTHORIZED; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
  PROVIDER'S COPY

                                                                              M3  127302

224                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561541965003000l c

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Nov 7, 2001

                                          Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
     DURHAM ORTHOPAEDIC CLINIC            Provider TIN .............. 561541965
     4125 BEN FRANKLIN BLVD # 140         Suffix (internal use) ..... 003
     DURHAM        NC 27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 80143
Patient ID: . . . . . . .                Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: PAUL H WRIGHT MD          Inventory #: 7950880          Claim Cntrl #: 01285954885

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2001 | 736307 | 69.00 | .00 | 69.00 | 69.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 10/16/2001 | 992139 | 114.00 | .00 | 114.00 | 114.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| TOTALS: | | 183.00 | .00 | 183.00 | 183.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:    .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -183.00 PLUS
                          PT'S COINS          .00 =    -183.00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL | | TOTAL | TOTAL | TOTAL | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL | CONTRACT | CONTRACT | TOTAL PROVIDER | PT'S | PT'S DED/ | PT'S | TOTAL | |
| CHARGES | ADJUSTMENT | AMOUNT | RESPONSIBILITY | COPAY | NOT COV | COINS. | PAID | |
| 183.00 | .00 | 183.00 | 183.00 | .00 | .00 | .00 | .00 | |

REMARKS SECTION

AR - DENIED - SERVICE NOT AUTHORIZED; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
 PROVIDER'S COPY

                                                                          M3  111403

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95610294370960001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO            As Agent For Below Payor
     P.O. BOX 32864                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                           Date: Nov 8, 2001      Page 2 of

                                           Provider Name ............ PRIVATE DIAGNOSTIC CLINIC
     PRIVATE DIAGNOSTIC CLINIC             Provider TIN ............. 561029437
     PO BOX 900002                         Suffix (internal use) ..... 096
     RALEIGH        NC  27675              Check Number.............. 78887556

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 03PI29534
Patient ID:                            Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: PRIV DIAG CLINIC NEUROLOGY    Inventory #: 7981049           Claim Cntrl #: 01286062843

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/2001 | 992139 | 113.00 | .00 | 113.00 | 113.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| TOTALS: | | 113.00 | .00 | 113.00 | 113.00 | .00 | .00 | | .00 | .00 | |

                                                                        TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -113.00 PLUS
                          PT'S COINS           .00 =    -113.00


                                    ...         ...


PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 381.00 | 138.66 | 242.34 | 113.00 | 10.00 | .00 | .00 | 119.34 | 78887556 |

     TOTAL BALANCE DUE FROM PATIENT(S):    -113.00

REMARKS SECTION
AR - DENIED - SERVICE NOT AUTHORIZED; MEMBER DOES NOT OWE.

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95609456180130001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
      P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
      CHARLOTTE, NC 28232

                                              Date: Dec 7, 2001    Page 1 of 2

                                              Provider Name ............. DURHAM RADIOLOGY ASSOCIATES,
      DURHAM RADIOLOGY ASSOCIATES,            Provider TIN .............. 560945618
      PO BOX 13166                            Suffix (internal use) ..... 013
      ROANOKE        VA  24031                Check Number .............. 49629663

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 484449744
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: DIANA R VOORHEES ONEIL MD    Inventory #: 8370966         Claim Cntrl #: 0128705164O

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/2001 | 720500 | 54.00 | -3.78 | 50.22 | .00 | .00 | .00 | | 100% | .00 | 50.22 | VZ C3 |
| 11/05/2001 | 721410 | 307.00 | 21.49 | 285.51 | .00 | .00 | .00 | | 100% | .00 | 285.51 | VZ C3 |
| TOTALS: | | 361.00 | 25.27 | 335.73 | .00 | .00 | .00 | | | .00 | 335.73 | |

                                                                            TOTAL PAID:    335.73

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                          PT'S COINS             .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 361.00 | 25.27 | 335.73 | .00 | .00 | .00 | .00 | 335.73 | 49629663 |

REMARKS SECTION

C3 - DISCOUNT; MEMBER DOES NOT OWE.
                                              CONTINUED ON NEXT PAGE

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                    As Agent For Below Payor
   Group #:   3003160                ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
   Patient ID:
   Provider TIN:  560945618                       Date: Dec  7, 2001   Check #: 49629663
   Patient Account #: 484449744
PAY TO THE
ORDER OF:  **DURHAM RADIOLOGY ASSOCIATES,**                        $**335.73**
**THREE HUNDRED THIRTY FIVE DOLLARS AND 73 CENTS**

        62-20/311                                      *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                             AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2001120416443 8370966            M5  237590


        *** NON NEGOTIABLE ***              /

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95615689520100001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
CHARLOTTE, NC 28232

                                        Date: Jul 10, 2001

                                        Provider Name ............. DURHAM EMERGENCY PHYSICIAN
DURHAM EMERGENCY PHYSICIAN              Provider TIN .............. 561568952
PO BOX 15386                            Suffix (internal use) ..... 010
DURHAM        NC 27704                  Check Number .............. 88798790

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: S4414909
Patient ID:                              Insured's Name: CLARK, NED                    Group #:  3003160
Provider Name: DURHAM EMERGENCY PHYSICIAN   Inventory #: 6761545        Claim Cntrl #: 01281996467

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/2001 | 992837 | 151:00 | .00 | 151.00 | .00 | .00 | .00 | 100% | .00 | 151.00 | |
| TOTALS: | | 151.00 | .00 | 151.00 | .00 | .00 | .00 | | .00 | 151.00 | |

                                                                                TOTAL PAID:  151.00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 151.00 | .00 | 151.00 | .00 | .00 | .00 | .00 | 151.00 | 88798790 |

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                        As Agent For Below Payor
Group #:  3003160                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
Patient ID:
Provider TIN:  561568952                              Date: Jul 10, 2001   Check #: 88798790
Patient Account #: S4414909
PAY TO THE
ORDER OF:  **DURHAM EMERGENCY PHYSICIAN**                              $**151.00**
**ONE HUNDRED FIFTY ONE DOLLARS AND 00 CENTS**

        62-20/311                                     *** NON NEGOTIABLE ***  _
CITIBANK(DELAWARE) CITICORP                              AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720            FOR OFFICE USE: 224 2001070921074 6761545              M2 079837

        *** NON NEGOTIABLE ***              /

224         CONNECTICUT GENERAL LIFE INSURANCE COMPANY  9561568952024001 C

224 CHARLOTTE REGIONAL CLAIM
  CONNECTICUT GEN LIFE INS CO    As Agent For Below Payor
  P.O. BOX 32864        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  CHARLOTTE, NC 28232

            Date: Jul 10, 2001

            Provider Name ............. DURHAM EMERGENCY PHYSICIANS
            Provider TIN .............. 561568952
  DURHAM EMERGENCY PHYSICIANS   Suffix (internal use) ..... 024
  PO BOX 15386        Check Number ............. 88798791
  DURHAM   NC 27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE    Patient Account #: S4415297
Patient ID: .         Insured's Name: CLARK, NED      Group #:  3003160
Provider Name: PAUL E AUSTIN MD   Inventory #: 6770953     Claim Cntrl #: 01282045132

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/18/2001 | 992827 | 92.00 | 25.00 | 67.00 | .00 | .00 | .00 | 100% | .00 | 67.00 | BD |
| TOTALS: | | 92.00 | 25.00 | 67.00 | .00 | .00 | .00 | | .00 | 67.00 | |

                       TOTAL PAID:  67.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV  .00 PLUS
         PT'S COINS    .00 =   .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 92.00 | 25.00 | 67.00 | .00 | .00 | .00 | .00 | 67.00 | 88798791 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
          CONNECTICUT GENERAL LIFE INSURANCE COMPANY


          As Agent For Below Payor
 Group #:  3003160      ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
 Patient ID:
 Provider TIN:  561568952        Date: Jul 10, 2001  Check #: 88798791
 Patient Account #: S4415297
PAY TO THE
ORDER OF: **DURHAM EMERGENCY PHYSICIANS**           $**67.00**
**SIXTY SEVEN DOLLARS AND 00 CENTS**

    62-20/311              *** NON NEGOTIABLE *** _
CITIBANK(DELAWARE) CITICORP          AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720    FOR OFFICE USE: 224 2001071020251 6770953    M2 082424

   *** NON NEGOTIABLE ***    /

224                                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95615419650030001 C

        224  CHARLOTTE REGIONAL CLAIM
             CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
             P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
             CHARLOTTE, NC 28232

                                                  Date: Jul 18, 2001

                                                  Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
             DURHAM ORTHOPAEDIC CLINIC            Provider TIN .............. 561541965
             4125 BEN FRANKLIN BLVD # 140         Suffix (internal use) ..... 003
             DURHAM      NC  27704


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 80143
Patient ID:              .?          Insured's Name: CLARK, NED            Group #:   3003160
Provider Name: PAUL H WRIGHT MD      Inventory #: 6830964        Claim Cntrl #: 01282231884

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 992049 | 300.00 | .00 | 300.00 | 300.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 06/29/2001 | 736307 | 69.00 | .00 | 69.00 | 69.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| TOTALS: | | 369.00 | .00 | 369.00 | 369.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -369.00 PLUS
                          PT'S COINS          .00 =   -369.00

PAYMENT SUMMARY SECTION
             TOTAL        TOTAL                     TOTAL       TOTAL        TOTAL
   TOTAL     CONTRACT     CONTRACT    TOTAL PROVIDER PT'S       PT'S DED/    PT'S        TOTAL
   CHARGES   ADJUSTMENT   AMOUNT      RESPONSIBILITY COPAY      NOT COV      COINS.      PAID
   369.00    .00          369.00      369.00         .00        .00          .00         .00

REMARKS SECTION

 AR - DENIED - SERVICE NOT AUTHORIZED; MEMBER DOES NOT OWE.

 C5 - CONTRACT SCHEDULE APPLIED
 RETAIN THIS STATEMENT FOR YOUR RECORDS.
                      THIS IS NOT A BILL
 PROVIDER'S COPY

                                                                          M3  126442

224                                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620261720110001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
         P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                                 Date: Jul 24, 2001

                                                 Provider Name ............. DURHAM RADIOLOGY PA
         DURHAM RADIOLOGY PA                     Provider TIN .............. 562026172
         PO BOX 60280                            Suffix (internal use) ..... 011
         CHARLESTON      SC  29419               Check Number .............. 19607324

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 484441490
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: MAROON B KHOURY MD        Inventory #: 6900758              Claim Cntrl #: 01282386741

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/2001 | 736300 | 29.00 | 3.19 | 25.81 | .00 | .00 | .00 | 100% | .00 | 25.81 | C3 |
| TOTALS: | | 29.00 | 3.19 | 25.81 | .00 | .00 | .00 | | .00 | 25.81 | |

                                                                                      TOTAL PAID:   25.81
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV          .00 PLUS
                          PT'S COINS               .00 =        .00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL | | TOTAL | TOTAL | TOTAL | | |
| TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 29.00 | 3.19 | 25.81 | .00 | .00 | .00 | .00 | 25.81 | 19607324 |

REMARKS SECTION

C3 - DISCOUNT; MEMBER DOES NOT OWE
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                         CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                         As Agent For Below Payor
 Group #:   3003160                      ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
 Patient ID: .
 Provider TIN:   562026172                              Date: Jul 24, 2001   Check #: 19607324
 Patient Account #: 484441490
PAY TO THE
ORDER OF:  **DURHAM RADIOLOGY PA**                                          $**25.81**
**TWENTY FIVE DOLLARS AND 81 CENTS**

        62-20/311                                            *** NON NEGOTIABLE ***  _
CITIBANK(DELAWARE) CITICORP                                 AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720             FOR OFFICE USE: 224 2001071921333 6900758          M2 075844

        *** NON NEGOTIABLE ***              /

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95615419650030001 C

   224  CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO            As Agent For Below Payor
      P.O. BOX 32864                         ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
      CHARLOTTE, NC 28232

                              Date: Feb 27, 2002

                              Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
      DURHAM ORTHOPAEDIC CLINIC              Provider TIN .............. 561541965
      4125 BEN FRANKLIN BLVD # 140           Suffix (internal use) ..... 003
      DURHAM      NC 27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE            Patient Account #: 462016222
Patient ID:                            Insured's Name: CLARK, NED                     Group #:   3003160
Provider Name: PAUL H WRIGHT MD        Inventory #: 5491612              Claim Cntrl #: 01289507480

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 992049 | 300.00 | .00 | 300.00 | .00 | .00 | 300.00 | 100% | .00 | .00 | GA C5 AR |
| TOTALS: | | 300.00 | .00 | 300.00 | .00 | .00 | 300.00 | | .00 | .00 | |

                                                                     TOTAL PAID:      .00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV          .00 PLUS
                      PT'S COINS          .00 =         .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 300.00 | .00 | 300.00 | .00 | .00 | 300.00 | .00 | .00 |

REMARKS SECTION

AR - DENIED - SERVICE NOT AUTHORIZED; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.

GA - EXCLUDED; CHARGES PREVIOUSLY CONSIDERED.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                      THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                 M3  098570

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95612508550160001 C

    224    CHARLOTTE REGIONAL CLAIM
           CONNECTICUT GEN LIFE INS CO            As Agent For Below Payor
           P.O. BOX 32864                         ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
           CHARLOTTE, NC 28232

                                                  Date: Jul 17, 2002    Page  2 of

                                                  Provider Name ............. NC DEPT OF HEALTH AND HUMA 99
           NC DEPT OF HEALTH AND HUMA 99          Provider TIN ............. 561250855
           PO BOX 30728                           Suffix (internal use) ..... 016
           CHARLOTTE      NC  28230

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 462174028
Patient ID: .................            Insured's Name: CLARK, NED                        Group #:   3003160
Provider Name: NC DEPT OF HEALTH AND HUMA 99    Inventory #: 6891696          Claim Cntrl #: 01293138168

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 992049 | 300.00 | .00 | 300.00 | 300.00 | .00 | .00 | 70% | .00 | .00 | AR |
| TOTALS: | | 300.00 | .00 | 300.00 | 300.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:        .00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -300.00 PLUS
                          PT'S COINS              .00 =   -300.00

Patient Name: CLARK, LOUISE      :       Patient Account #: 462174028
Patient ID: .................    : :     Insured's Name: CLARK, NED                        Group #:   3003160
Provider Name: NC DEPT OF HEALTH AND HUMA 99    Inventory #: 6891695          Claim Cntrl #: 01293137938

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2001 | 992049 | 195.00 | .00 | 195.00 | 195.00 | .00 | .00 | 70% | .00 | .00 | AR |
| TOTALS: | | 195.00 | .00 | 195.00 | 195.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:        .00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -195.00 PLUS
                          PT'S COINS              .00 =   -195.00

224                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95612508550160001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Jul 17, 2002      Page  2 of

                                          Provider Name ............. NC DEPT OF HEALTH AND HUMA 99
     NC DEPT OF HEALTH AND HUMA 99        Provider TIN ............. 561250855
     PO BOX 30728                         Suffix (internal use) ..... 016
     CHARLOTTE    NC  28230

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK. LOUISE          Patient Account #: 462174028
Patient ID:                              Insured's Name: CLARK, NED              Group #:    3003160
Provider Name: NC DEPT OF HEALTH AND HUMA 99    Inventory #: 6891696       Claim Cntrl #: 01293138168

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 992049 | 300.00 | .00 | 300.00 | 300.00 | .00 | .00 | 70% | .00 | .00 | AR |
| TOTALS: | | 300.00 | .00 | 300.00 | 300.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV.    -300.00 PLUS
                          PT'S COINS          .00 =   -300.00

---

Patient Name: CLARK, LOUISE          Patient Account #: 462174028
Patient ID:                              Insured's Name: CLARK, NED              Group #:    3003160
Provider Name: NC DEPT OF HEALTH AND HUMA 99    Inventory #: 6891695       Claim Cntrl #: 01293137938

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2001 | 992049 | 195.00 | .00 | 195.00 | 195.00 | .00 | .00 | 70% | .00 | .00 | AR |
| TOTALS: | | 195.00 | .00 | 195.00 | 195.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -195.00 PLUS
                          PT'S COINS          .00 =   -195.00

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95620897290010001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO               As Agent For Below Payor
      P.O. BOX 32864                           ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
      CHARLOTTE, NC 28232

                                               Date: Aug 2, 2002      Page 2 of

                                               Provider Name ............ HIGHGATE FAMILY MEDICAL CENTE
      HIGHGATE FAMILY MEDICAL CENTE            Provider TIN ............. 562089729
      PO BOX 24427                             Suffix (internal use) ..... 001
      WINSTON SALEM   NC  27103                Check Number.............. 24057536


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE                    Patient Account #: AK6004CQ1
Patient ID:                                    Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: EVAN A ASHKIN MD                Inventory #: 7130855          Claim Cntrl #: 01293539993

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2002 | 364154 | 16.00 | .00 | 16.00 | .00 | .00 | .00 | 100% | .00 | 16.00 | C5 |
| TOTALS: | | 16.00 | .00 | 16.00 | .00 | .00 | .00 | | .00 | 16.00 | |

                                                                                     TOTAL PAID:     16.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV          .00 PLUS
                          PT'S COINS               .00 =        .00

---

Patient Name: CLARK, LOUISE                    Patient Account #: AK6004CQ0
Patient ID:                                    Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: EVAN A ASHKIN MD                Inventory #: 7130854          Claim Cntrl #: 01293539968

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2002 | 993868 | 204.00 | 67.25 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 BD |
| | | | | 126.75 | | | .00 | 100% | .00 | 126.75 | |
| TOTALS: | | 204.00 | 67.25 | 136.75 | .00 | 10.00 | .00 | | .00 | 126.75 | |

                                                                                     TOTAL PAID:     126.75

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV          .00 PLUS
                          PT'S COINS               .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 220.00 | 67.25 | 152.75 | .00 | 10.00 | .00 | .00 | 142.75 | 24057536 |

      TOTAL BALANCE DUE FROM PATIENT(S):        .00

REMARKS SECTION
  BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

  C5 - CONTRACT SCHEDULE APPLIED.

  Q4 - $ EXCLUDED; COPAYMENT AMOUNT.

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95615419650030001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO                 As Agent For Below Payor
P.O. BOX 32864                             ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
CHARLOTTE, NC 28232

Date: Aug 21, 2002

Provider Name ............. DURHAM ORTHOPAEDIC CLINIC
DURHAM ORTHOPAEDIC CLINIC          Provider TIN .............. 561541965
4125 BEN FRANKLIN BLVD # 140       Suffix (internal use) ..... 003
DURHAM        NC 27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 462211407
Patient ID:                          Insured's Name: CLARK, NED            Group #:   3003160
Provider Name: PAUL H WRIGHT MD      Inventory #: 7211280      Claim Cntrl #: 01293850454

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 736307 | 69.00 | .00 | 69.00 | 69.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 09/14/2001 | 736307 | 69.00 | .00 | 69.00 | 69.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 09/14/2001 | 992139 | 114.00 | .00 | 114.00 | 114.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 10/16/2001 | 992139 | 114.00 | .00 | 114.00 | 114.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| 10/16/2001 | 736307 | 69.00 | .00 | 69.00 | 69.00 | .00 | .00 | 100% | .00 | .00 | AR C5 |
| TOTALS: | | 435.00 | .00 | 435.00 | 435.00 | .00 | .00 | | .00 | .00 | |

TOTAL PAID:     .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -435.00 PLUS
                          PT'S COINS        .00 =  -435.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 435.00 | .00 | 435.00 | 435.00 | .00 | .00 | .00 | .00 |

REMARKS SECTION

AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.

RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
  PROVIDER'S COPY

M3  074128

?24

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881020001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864              As Agent For Below Payor
CHARLOTTE, NC 28232        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Aug 23, 2002    Page 2 of

Provider Name ............. UNIVERSITY OF NORTH C    F
UNIVERSITY OF NORTH C    F        Provider TIN ............. 561118388
PO BOX 75430                      Suffix (internal use) ..... 102
CHARLOTTE        NC  28275        Check Number.............. 24961616

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 79136644
Patient ID:                              Insured's Name: CLARK, NED          Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 7250106          Claim Cntrl #: 01293994909

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2002 | 030560 | 330.00 | 108.90 | 221.10 | .00 | .00 | .00 | 100% | .00 | 221.10 | BD |
| TOTALS: | | 330.00 | 108.90 | 221.10 | .00 | .00 | .00 | | .00 | 221.10 | |

TOTAL PAID:    221.10

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =        .00

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95611183881020001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Sep 13, 2002      Page  2 of

                                             Provider Name ............ UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F               Provider TIN ............. 561118388
     PO BOX 75430                            Suffix (internal use) ..... 102
     CHARLOTTE      NC  28275                Check Number.............. 94881178

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 79285847
Patient ID: _                            Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F     Inventory #: 7410081           Claim Cntrl #: 01294357623

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2002 | 030550 | 290.00 | 95.70 | 194.30 | .00 | .00 | .00 | 100% | .00 | 194.30 | C3 |
| TOTALS: | | 290.00 | 95.70 | 194.30 | .00 | .00 | .00 | | .00 | 194.30 | |

                                                                           TOTAL PAID:     194.30

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY   95620261720110001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
CHARLOTTE, NC 28232

Date: Oct 8, 2002

Provider Name ............. DURHAM RADIOLOGY PA
DURHAM RADIOLOGY PA                  Provider TIN ............. 562026172
PO BOX 13166                         Suffix (internal use) ..... 011
ROANOKE      VA  24031               Check Number ............. 90002916

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 378743
Patient ID:                          Insured's Name: CLARK, NED                   Group #:  3003160
Provider Name: MICHAEL E MC CRORY MD  Inventory #: 7691227          Claim Cntrl #: 01294910300

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2002 | 736307 | 77.00 | 8.47 | 68.53 | .00 | .00 | .00 | 100% | .00 | 68.53 | C3 |
| TOTALS: | | 77.00 | 8.47 | 68.53 | .00 | .00 | .00 | | .00 | 68.53 | |

TOTAL PAID:    68.53

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 77.00 | 8.47 | 68.53 | .00 | .00 | .00 | .00 | 68.53 | 90002916 |

REMARKS SECTION

C3 - DISCOUNT; MEMBER DOES NOT OWE.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

- Group #:  3003160
  Patient ID:
  Provider TIN:  562026172                    Date: Oct  8, 2002   Check #: 90002916
  Patient Account #: 378743
PAY TO THE
ORDER OF: **DURHAM RADIOLOGY PA**
**SIXTY EIGHT DOLLARS AND 53 CENTS**                     $**68.53**

        62-20/311                             *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                   AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720            FOR OFFICE USE: 224 2002100311355 7691227

        *** NON NEGOTIABLE ***          /                              M2  056810

224                                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561118388124001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Oct 11, 2002

                                             Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F               Provider TIN .............. 561118388
     PO BOX 75430                             Suffix (internal use) ..... 124
     CHARLOTTE      NC 28275

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 80701725
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 7800091              Claim Cntrl #: 01295023382

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2002 | 030000 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 0% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

                                                                                          TOTAL PAID:    .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      -75.00 PLUS
                          PT'S COINS            .00 =   -75.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | .00 | .00 |

REMARKS SECTION

TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                                          M5  171312

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Oct 29, 2002     Page 2 of

                                          Provider Name ............ UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES          Provider TIN ............. 561732213
     PO BOX 900018                        Suffix (internal use) ..... 073
     RALEIGH        NC  27675             Check Number.............. 90945410

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 000579115
Patient ID:                            Insured's Name: CLARK, NED           Group #:   3003160
Provider Name: ETTA D PISANO MD        Inventory #: 7950886        Claim Cntrl #: 01295482425

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/2002 | 760920 | 48.00 | .00 | 48.00 | .00 | .00 | .00 | 80% | 9.60 | 38.40 | C5 |
| TOTALS: | | 48.00 | .00 | 48.00 | .00 | .00 | .00 | | 9.60 | 38.40 | |

                                                                    TOTAL PAID:     38.40

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS         9.60 =      9.60

224                                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

        224  CHARLOTTE REGIONAL CLAIM
             CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
             P.O. BOX 32864                           ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
             CHARLOTTE, NC 28232

                                                      Date: Nov 5, 2002

                                                      Provider Name ............. UNC PHYSICIANS & ASSOCIATES
             UNC PHYSICIANS & ASSOCIATES              Provider TIN .............. 561732213
             PO BOX 900018                            Suffix (internal use) ..... 073
             RALEIGH      NC  27675                   Check Number .............. 48301133

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED                    Group #:    3003160
Provider Name: MICHAEL Y LEE MD          Inventory #: 7980865              Claim Cntrl #: 01295548043

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2002 | 992449 | 243.00 | 113.66 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 119.34 |  |  | .00 | 100% | .00 | 119.34 |  |
| TOTALS: |  | 243.00 | 113.66 | 129.34 | .00 | 10.00 | .00 |  | .00 | 119.34 |  |

                                                                             TOTAL PAID:    119.34

    BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                              PT'S COINS              .00 =        .00

PAYMENT SUMMARY SECTION
|  TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 243.00 | 113.66 | 129.34 | .00 | 10.00 | .00 | .00 | 119.34 | 48301133 |

REMARKS SECTION

  BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

  Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                         CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                         As Agent For Below Payor
  Group #:   3003160                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  Patient ID:
  Provider TIN:  561732213                      Date: Nov 5, 2002   Check #: 48301133
  Patient Account #: 000579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                              $**119.34**
**ONE HUNDRED NINETEEN DOLLARS AND 34 CENTS**

        62-20/311                                *** NON NEGOTIABLE ***   _
CITIBANK(DELAWARE) CITICORP                      AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720         FOR OFFICE USE: 224 2002110106465 7980865              M2  046454

        *** NON NEGOTIABLE ***            /

224                                 CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Nov 8, 2002      Page 2 of

                                          Provider Name ............. UNIVERSITY OF NORTH C   F
     UNIVERSITY OF NORTH C    F           Provider TIN .............. 561118388
     PO BOX 75430                         Suffix (internal use) ..... 124
     CHARLOTTE       NC  28275            Check Number.............. 48475928


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 80708779
Patient ID:                              Insured's Name: CLARK, NED           Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F  Inventory #: 7980136          Claim Cntrl #: 01295710699

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/2002 | 030550 | 84.00 | 17.64 | 66.36 | .00 | .00 | .00 | 80% | 13.27 | 53.09 | C3 |
| TOTALS: | | 84.00 | 17.64 | 66.36 | .00 | .00 | .00 | | 13.27 | 53.09 | |

                                                                          TOTAL PAID:    53.09

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS           13.27 =      13.27

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST · ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Nov 29, 2002      Page 2 of

                                          Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F           Provider TIN .............. 561118388
     PO BOX 75430                         Suffix (internal use) ..... 124
     CHARLOTTE      NC  28275             Check Number.............. 59461716

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 81724403
Patient ID:                            Insured's Name: CLARK, NED                 Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F     Inventory #: 8220112        Claim Cntrl #: 01296125316

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2002 | 030000 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 0% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

                                                                      TOTAL PAID:    .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      -75.00 PLUS
                          PT'S COINS              .00 =   -75.00

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Dec 13, 2002    Page 2 of

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE    NC  28275

Provider Name ............. UNIVERSITY OF NORTH C    F
Provider TIN .............. 561118388
Suffix (internal use) ..... 124
Check Number.............. 21063899

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 81730400
Patient ID:                          Insured's Name: CLARK, NED                Group #:  3003160
Provider Name: UNIVERSITY OF NORTH C    F      Inventory #: 8370154        Claim Cntrl #: 01296388255

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2002 | 030560 | 71.00 | 14.91 | 56.09 | .00 | .00 | .00 | 100% | .00 | 56.09 | C3 |
| TOTALS: | | 71.00 | 14.91 | 56.09 | .00 | .00 | .00 | | .00 | 56.09 | |

TOTAL PAID:    56.09

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =      .00

224                                             CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95617322130730001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
      P.O. BOX 32864                            ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
      CHARLOTTE, NC 28232

                                                Date: Dec 17, 2002

                                                Provider Name ............. UNC PHYSICIANS & ASSOCIATES
      UNC PHYSICIANS & ASSOCIATES               Provider TIN .............. 561732213
      PO BOX 900018                             Suffix (internal use) ..... 073
      RALEIGH         NC  27675                 Check Number .............. 21203372

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID: . .     ...                  Insured's Name: CLARK, NED                      Group #:  3003160
Provider Name: MICHAEL Y LEE MD          Inventory #: 8371098                  Claim Cntrl #: 01296381463

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/2002 | 992149 | 101.00 | 28.86 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 62.14 |  |  | .00 | 100% | .00 | 62.14 |  |
| TOTALS: |  | 101.00 | 28.86 | 72.14 | .00 | 10.00 | .00 |  | .00 | 62.14 |  |

                                                                        TOTAL PAID:    62.14

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =       .00

PAYMENT SUMMARY SECTION
         TOTAL         TOTAL                      TOTAL     TOTAL      TOTAL
 TOTAL   CONTRACT      CONTRACT   TOTAL PROVIDER  PT'S      PT'S DED/  PT'S       TOTAL
 CHARGES ADJUSTMENT    AMOUNT     RESPONSIBILITY  COPAY     NOT COV    COINS.     PAID       CHECK #
 101.00  28.86         72.14      .00             10.00     .00        .00        62.14      21203372

REMARKS SECTION

 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

 Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
 DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                                As Agent For Below Payor
 Group #:  3003160                              ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
 Patient ID:          . .
 Provider TIN:   561732213                      Date: Dec 17, 2002   Check #: 21203372
 Patient Account #: 000579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                              $**62.14**
**SIXTY TWO DOLLARS AND 14 CENTS**

         62-20/311                              *** NON NEGOTIABLE ***  _
 CITIBANK(DELAWARE) CITICORP                    AUTHORIZED SIGNATURE
 ONE PENN'S WAY
 NEW CASTLE, DE 19720           FOR OFFICE USE: 224 2002121108344 8371098            M2  066282

      *** NON NEGOTIABLE ***            /

224                                     CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95611183881240001 C

   224  CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO           As Agent For Below Payor
      P.O. BOX 32864                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
      CHARLOTTE, NC 28232

                           Date: Dec 31, 2002     Page  2 of

                           Provider Name ............. UNIVERSITY OF NORTH C    F
  UNIVERSITY OF NORTH C    F                   Provider TIN .............. 561118388
  PO BOX 75430                                Suffix (internal use) ..... 124
  CHARLOTTE         NC 28275                   Check Number.............. 21859308

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

| Patient Name: CLARK, LOUISE | Patient Account #: 82713850 | |
|---|---|---|
| Patient ID: | Insured's Name: CLARK, NED | Group #:   3003160 |
| Provider Name: UNIVERSITY OF NORTH C    F | Inventory #: 8450106 | Claim Cntrl #: 01296740534 |

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/2002 | 039530 | 85.00 | 17.85 | 10.00 | .00 | 10.00 | .00 | 0% | .00 | .00 | Q4 BD |
| | | | | 57.15 | | | .00 | 100% | .00 | 57.15 | |
| TOTALS: | | 85.00 | 17.85 | 67.15 | .00 | 10.00 | .00 | | .00 | 57.15 | |

                                                  TOTAL PAID:    57.15

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                      PT'S COINS.          .00 =     .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 486.00 | 102.06 | 383.94 | .00 | 10.00 | .00 | .00 | 373.94 | 21859308 |

   TOTAL BALANCE DUE FROM PATIENT(S):        .00

REMARKS SECTION
 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

 Q4 - $ EXCLUDED; COPAYMENT AMOUNT.

                                                                17500

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Feb 14, 2003      Page 2 of

                                             Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F               Provider TIN .............. 561118388
     PO BOX 75430                            Suffix (internal use) ..... 124
     CHARLOTTE        NC  28275              Check Number.............. 32258731


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                  Patient Account #: 83514976
Patient ID:                                  Insured's Name: CLARK, NED                  Group #:  3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 5370094        Claim Cntrl #: 01297723466

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2003 | 034340 | 103.00 | .00 | 103.00 | 103.00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| 01/10/2003 | 034340 | 90.00 | .00 | 90.00 | 90.00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| 01/13/2003 | 034340 | 90.00 | .00 | 90.00 | 90.00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| TOTALS: | | 283.00 | .00 | 283.00 | 283.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     -283.00 PLUS
                          PT'S COINS              .00 =    -283.00


Patient Name: CLARK, LOUISE                  Patient Account #: 83408328
Patient ID:                                  Insured's Name: CLARK, NED                  Group #:  3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 5370093        Claim Cntrl #: 01297723461

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2002 | 034330 | 113.00 | .00 | 113.00 | 113.00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| TOTALS: | | 113.00 | .00 | 113.00 | 113.00 | .00 | .00 | | .00 | .00 | |

                                                                          TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     -113.00 PLUS
                          PT'S COINS              .00 =    -113.00

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Feb 18, 2003

                                             Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES             Provider TIN .............. 561732213
     PO BOX 900018                           Suffix (internal use) ..... 073
     RALEIGH        NC  27675                Check Number .............. 32375806

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE                  Patient Account #: 000579115
Patient ID: .                                Insured's Name: CLARK, NED                  Group #:   3003160
Provider Name: ALPHONSO BROWN MD             Inventory #: 5310895              Claim Cntrl #: 01297660843

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2003 | 453784 | 950.00 | .00 | 950.00 | .00 | .00 | .00 | 80% | 190.00 | 760.00 | C5 |
| TOTALS: | | 950.00 | .00 | 950.00 | .00 | .00 | .00 | | 190.00 | 760.00 | |

                                                                                      TOTAL PAID:   760.00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV         .00 PLUS
                          PT'S COINS        190.00 =      190.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 950.00 | .00 | 950.00 | .00 | .00 | .00 | 190.00 | 760.00 | 32375806 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                             CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                             As Agent For Below Payor
Group #:  3003160                            ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
Patient ID: .
Provider TIN:  561732213                                Date: Feb 18, 2003   Check #: 32375806
Patient Account #: 000579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                            $**760.00**
**SEVEN HUNDRED SIXTY DOLLARS AND 00 CENTS**

         62-20/311                                      *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                             AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720           FOR OFFICE USE: 224 2003021213404 5310895                M2 061127

       *** NON NEGOTIABLE ***              /

224                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Feb 21, 2003    Page  2 of

                                          Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F           Provider TIN .............. 561118388
     PO BOX 75430                         Suffix (internal use) ..... 124
     CHARLOTTE        NC  28275           Check Number.............. 32543913

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 84083534
Patient ID: .. .. ... ..                 Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 5410074          Claim Cntrl #: 01297742129

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2003 | 010340 | 1041.08 | 218.63 | 822.45 | .00 | .00 | .00 | 80% | 164.49 | 657.96 | C3 |
| TOTALS: | | 1041.08 | 218.63 | 822.45 | .00 | .00 | .00 | | 164.49 | 657.96 | |

                                                          TOTAL PAID:    657.96
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS        164.49 =      164.49

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Feb 25, 2003

                                          Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES          Provider TIN .............. 561732213
     PO BOX 900018                        Suffix (internal use) ..... 073
     RALEIGH        NC  27675             Check Number .............. 32661447

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED                      Group #:   3003160
Provider Name: JOHN P LAVELLE MD         Inventory #: 5440765              Claim Cntrl #: 01297871617

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/2003 | 992039 | 154.00 | 68.18 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 70.82 |  |  | .00 | 100% | .00 | 70.82 |  |
| TOTALS: |  | 154.00 | 68.18 | 85.82 | .00 | 15.00 | .00 |  | .00 | 70.82 |  |

                                                                          TOTAL PAID:    70.82

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 154.00 | 68.18 | 85.82 | .00 | 15.00 | .00 | .00 | 70.82 | 32661447 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                         CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                         As Agent For Below Payor
   Group #:   3003160                    ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
   Patient ID:
   Provider TIN:  561732213                          Date: Feb 25, 2003   Check #: 32661447
   Patient Account #: 000579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                      $**70.82**
**SEVENTY DOLLARS AND 82 CENTS**

         62-20/311                                   *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                          AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2003022410190 5440765          M2  057656

      *** NON NEGOTIABLE ***            /

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

→ CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
CHARLOTTE, NC 28232

                                     Date: Mar 11, 2003      Page  2 of

                                     Provider Name ............. UNC PHYSICIANS & ASSOCIATES
UNC PHYSICIANS & ASSOCIATES          Provider TIN .............. 561732213
PO BOX 900018                        Suffix (internal use) ..... 073
RALEIGH          NC  27675           Check Number............... 46249830

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE            Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED          Group #:  3003160
Provider Name: JOHN P LAVELLE MD         Inventory #: 5580820        Claim Cntrl #: 01298138579

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 810030 | 25.00 | .00 | 25.00 | .00 | .00 | .00 | 100% | .00 | 25.00 | C5 |
| TOTALS: | | 25.00 | .00 | 25.00 | .00 | .00 | .00 | | .00 | 25.00 | |

                                                                   TOTAL PAID:    25.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

---

Patient Name: CLARK, LOUISE            Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED          Group #:  3003160
Provider Name: JOHN P LAVELLE MD         Inventory #: 5580819        Claim Cntrl #: 01298138556

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | RT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 744550 | 78.00 | .00 | 78.00 | .00 | .00 | .00 | 100% | .00 | 78.00 | C5 |
| TOTALS: | | 78.00 | .00 | 78.00 | .00 | .00 | .00 | | .00 | 78.00 | |

                                                                   TOTAL PAID:    78.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00