224

| | | |
|---|---|---|
| | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | 95617322130730001 C |

224 CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Mar 11, 2003    Page 2 of

UNC PHYSICIANS & ASSOCIATES
PO BOX 900018
RALEIGH       NC  27675

Provider Name ............. UNC PHYSICIANS & ASSOCIATES
Provider TIN .............. 561732213
Suffix (internal use) ..... 073
Check Number............... 46249830

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE             Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED                Group #:   3003160
Provider Name: JOHN P LAVELLE MD         Inventory #: 5580820            Claim Cntrl #: 01298138579

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 810030 | 25.00 | .00 | 25.00 | .00 | .00 | .00 | 100% | .00 | 25.00 | C5 |
| TOTALS: | | 25.00 | .00 | 25.00 | .00 | .00 | .00 | | .00 | 25.00 | |

TOTAL PAID:   25.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =       .00

Patient Name: CLARK, LOUISE             Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED                Group #:   3003160
Provider Name: JOHN P LAVELLE MD         Inventory #: 5580819            Claim Cntrl #: 01298138556

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 744550 | 78.00 | .00 | 78.00 | .00 | .00 | .00 | 100% | .00 | 78.00 | C5 |
| TOTALS: | | 78.00 | .00 | 78.00 | .00 | .00 | .00 | | .00 | 78.00 | |

TOTAL PAID:   78.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =       .00

```
224:                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
         P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                              Date: Mar 11, 2003      Page  3 of

                                              Provider Name ............ UNC PHYSICIANS & ASSOCIATES
         UNC PHYSICIANS & ASSOCIATES          Provider TIN ............. 561732213
         PO BOX 900018                        Suffix (internal use) .... 073
         RALEIGH       NC 27675               Check Number.............. 46249830
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                                  Insured's Name: CLARK, NED              Group #:  3003160
Provider Name: JOHN P LAVELLE MD             Inventory #: 5580818              Claim Cntrl #: 01298123517

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 536704 | 200.00 | .00 | 200.00 | 200.00 | .00 | .00 | 80% | .00 | .00 | LX C5 |
| TOTALS: | | 200.00 | .00 | 200.00 | 200.00 | .00 | .00 | | .00 | .00 | |

                                                                                    TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 PLUS
                          PT'S COINS           .00 =       .00


Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                                  Insured's Name: CLARK, NED              Group #:  3003160
Provider Name: JOHN P LAVELLE MD             Inventory #: 5580818              Claim Cntrl #: 01298122776

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 516004 | 170.00 | 85.00 | 85.00 | .00 | .00 | .00 | 80% | 17.00 | 68.00 | H2 BD |
| 02/24/2003 | 517264 | 275.00 | .00 | 275.00 | .00 | .00 | .00 | 80% | 55.00 | 220.00 | C5 |
| 02/24/2003 | 517414 | 188.00 | 94.00 | 94.00 | .00 | .00 | .00 | 80% | 18.80 | 75.20 | H2 BD |
| 02/24/2003 | 517854 | 217.00 | 108.50 | 108.50 | .00 | .00 | .00 | 80% | 21.70 | 86.80 | H2 BD |
| 02/24/2003 | 517974 | 208.00 | 104.00 | 104.00 | .00 | .00 | .00 | 80% | 20.80 | 83.20 | H2 BD |
| TOTALS: | | 1058.00 | 391.50 | 666.50 | .00 | .00 | .00 | | 133.30 | 533.20 | |

                                                                                    TOTAL PAID:    533.20

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 PLUS
                          PT'S COINS         133.30 =    133.30

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 3,841.00 | 391.50 | 3,449.50 | 200.00 | .00 | .00 | 629.30 | 2,620.20 | 46249830 |

    TOTAL BALANCE DUE FROM PATIENT(S):     629.30

REMARKS SECTION
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.

```
224                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO         As Agent For Below Payor
         P.O. BOX 32864                      ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                              Date: Mar 11, 2003    Page  3 of

                                              Provider Name ............. UNC PHYSICIANS & ASSOCIATES
         UNC PHYSICIANS & ASSOCIATES          Provider TIN .............. 561732213
         PO BOX 900018                        Suffix (internal use) ..... 073
         RALEIGH        NC  27675             Check Number............... 46249830
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                Patient Account #: 000579115
Patient ID:                                Insured's Name: CLARK, NED                      Group #:   3003160
Provider Name: JOHN P LAVELLE MD           Inventory #: 5580818                 Claim Cntrl #: 01298123517

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 536704 | 200.00 | .00 | 200.00 | 200.00 | .00 | .00 | 80% | .00 | .00 | LX C5 |
| TOTALS: | | 200.00 | .00 | 200.00 | 200.00 | .00 | .00 | | .00 | .00 | |

                                                                                        TOTAL PAID:     .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =        .00


Patient Name: CLARK, LOUISE                Patient Account #: 000579115
Patient ID:                                Insured's Name: CLARK, NED                      Group #:   3003160
Provider Name: JOHN P LAVELLE MD           Inventory #: 5580818                 Claim Cntrl #: 01298122776

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 516004 | 170.00 | 85.00 | 85.00 | .00 | .00 | .00 | 80% | 17.00 | 68.00 | H2 BD |
| 02/24/2003 | 517264 | 275.00 | .00 | 275.00 | .00 | .00 | .00 | 80% | 55.00 | 220.00 | C5 |
| 02/24/2003 | 517414 | 188.00 | 94.00 | 94.00 | .00 | .00 | .00 | 80% | 18.80 | 75.20 | H2 BD |
| 02/24/2003 | 517854 | 217.00 | 108.50 | 108.50 | .00 | .00 | .00 | 80% | 21.70 | 86.80 | H2 BD |
| 02/24/2003 | 517974 | 208.00 | 104.00 | 104.00 | .00 | .00 | .00 | 80% | 20.80 | 83.20 | H2 BD |
| TOTALS: | | 1058.00 | 391.50 | 666.50 | .00 | .00 | .00 | | 133.30 | 533.20 | |

                                                                                        TOTAL PAID:   533.20

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS           133.30 =     133.30

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 3,841.00 | 391.50 | 3,449.50 | 200.00 | .00 | .00 | 629.30 | 2,620.20 | 46249830 |

    TOTAL BALANCE DUE FROM PATIENT(S):    629.30

REMARKS SECTION
 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

 C5 - CONTRACT SCHEDULE APPLIED.

H2 - PAYMENT HAS BEEN REDUCED DUE TO MULTIPLE SURGERIES PERFORMED.

LX - EXCLUDED. THIS CHARGE IS FOR A PROCEDURE WHICH IS AN INTEGRAL PART OF THE MAJOR PROCEDURE, THEREFORE NO ADDITIONAL PAYMENT WILL BE MADE FOR IT.

39473

D224                                           CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95621103170020001 C

```
224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                          Date: Mar 13, 2003

                                          Provider Name ............ HOWARD E KASHEFSKY DPM
     HOWARD E KASHEFSKY DPM               Provider TIN ............. 562110317
     1104 COLLEGE ST                      Suffix (internal use) .... 002
     OXFORD        NC  27565              Check Number ............. 46361064
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE            Patient Account #: LC14584
Patient ID: ...                        Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: HOWARD E KASHEFSKY DPM  Inventory #: 5571062                    Claim Cntrl #: 01298113320

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2002 | 992039 | 104.83 | .00 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 C5 |
|  |  |  |  | 94.83 |  |  |  | .00 100% | .00 | 94.83 |  |
| TOTALS: |  | 104.83 | .00 | 104.83 | .00 | 10.00 | .00 |  | .00 | 94.83 |  |

                                                                              TOTAL PAID:    94.83

BALANCE DUE FROM PATIENT:  PT'S DED/NOT COV       .00 PLUS
                           PT'S COINS             .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 104.83 | .00 | 104.83 | .00 | 10.00 | .00 | .00 | 94.83 | 46361064 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                            CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                            As Agent For Below Payor
  Group #:  3003160                         ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  Patient ID:
  Provider TIN:  562110317                         Date: Mar 13, 2003    Check #: 46361064
  Patient Account #: LC14584
PAY TO THE
ORDER OF:  **HOWARD E KASHEFSKY DPM**                                    $**94.83**
**NINETY FOUR DOLLARS AND 83 CENTS**

        62-20/311                                                *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                                      AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720              FOR OFFICE USE: 224 2003030707180 5571062              M4  095315

         *** NON NEGOTIABLE ***                /

224                                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

   224 CHARLOTTE REGIONAL CLAIM
       CONNECTICUT GEN LIFE INS CO         As Agent For Below Payor
       P.O. BOX 32864                      ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
       CHARLOTTE, NC 28232

                                                                 Date: Mar 28, 2003     Page  2 of

                                                                 Provider Name ............ UNIVERSITY OF NORTH C   F
       UNIVERSITY OF NORTH C   F                 Provider TIN ............. 561118388
       PO BOX 75430                              Suffix (internal use) .... 124
       CHARLOTTE      NC  28275                  Check Number.............. 46963753

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 84470921
Patient ID:                            Insured's Name: CLARK, NED                         Group #:  3003160
Provider Name: UNIVERSITY OF NORTH C   F   Inventory #: 5760082        Claim Cntrl #: 01298415399

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 010340 | 2080.14 | 884.14 | 1196.00 | .00 | .00 | .00 | 80% | 239.20 | 956.80 | BD |
| TOTALS: | | 2080.14 | 884.14 | 1196.00 | .00 | .00 | .00 | | 239.20 | 956.80 | |

                                                                                                 TOTAL PAID:  956.80

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                       PT'S COINS           239.20 =    239.20

224                                         CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

    224  CHARLOTTE REGIONAL CLAIM
        CONNECTICUT GEN LIFE INS CO       As Agent For Below Payor
        P.O. BOX 32864                         ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
        CHARLOTTE, NC 28232

                                              Date: Mar 31, 2003       Page  2 of

                                              Provider Name ............ UNIVERSITY OF NORTH C   F
        UNIVERSITY OF NORTH C   F        Provider TIN ............. 561118388
        PO BOX 75430                           Suffix (internal use) .... 124
        CHARLOTTE       NC  28275        Check Number.............. 18146742

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 84470921
Patient ID:                        Insured's Name: CLARK, NED               Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F   Inventory #: 5840100           Claim Cntrl #: 01298534808

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 010340 | 521.00 | 109.41 | 411.59 | .00 | .00 | .00 | 80% | 82.32 | 329.27 | BD |
| TOTALS: | | 521.00 | 109.41 | 411.59 | .00 | .00 | .00 | | 82.32 | 329.27 | |

                                                                                                   TOTAL PAID:   329.27

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                        PT'S COINS            82.32 =    82.32


Patient Name: CLARK, LOUISE            Patient Account #: 85300010
Patient ID:                        Insured's Name: CLARK, NED               Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F   Inventory #: 5840101           Claim Cntrl #: 01298529931

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 030290 | 5147.00 | 1080.87 | 4066.13 | .00 | .00 | .00 | 100% | .00 | 4066.13 | C3 |
| TOTALS: | | 5147.00 | 1080.87 | 4066.13 | .00 | .00 | .00 | | .00 | 4066.13 | |

                                                                                                   TOTAL PAID:   4066.13

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                        PT'S COINS             .00 =     .00

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO        As Agent For Below Payor
         P.O. BOX 32864                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                            Date: Mar 31, 2003

                                            Provider Name ............. UNC PHYSICIANS & ASSOCIATES
         UNC PHYSICIANS & ASSOCIATES        Provider TIN .............. 561732213
         PO BOX 900018                      Suffix (internal use) ..... 073
         RALEIGH        NC   27675

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE            Patient Account #: 000579115
Patient ID:                            Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: JOHN P LAVELLE MD       Inventory #: 5760802                  Claim Cntrl #: 01298446892

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 517414 | 188.00 | .00 | 188.00 | .00 | .00 | 188.00 | 0% | .00 | .00 | 13 C5 |
| TOTALS: | | 188.00 | .00 | 188.00 | .00 | .00 | 188.00 | | .00 | .00 | |

                                                                                 TOTAL PAID:      .00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV         .00 PLUS
                          PT'S COINS               .00 =        .00

PAYMENT SUMMARY SECTION
            TOTAL        TOTAL                       TOTAL      TOTAL       TOTAL
  TOTAL     CONTRACT     CONTRACT   TOTAL PROVIDER   PT'S       PT'S DED/   PT'S       TOTAL
  CHARGES   ADJUSTMENT   AMOUNT     RESPONSIBILITY   COPAY      NOT COV     COINS.     PAID
  188.00    .00          188.00     .00              .00        188.00      .00        .00

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.

13 - THIS CHARGE WAS PREVIOUSLY CONSIDERED. ANY PAYMENTS DUE WERE ISSUED TO THE PROVIDER.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                         THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                                        M2  052020

224                                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO
         P.O. BOX 32864                    As Agent For Below Payor
         CHARLOTTE, NC 28232              ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

                                                 Date: Mar 31, 2003      Page  2 of

                                                 Provider Name ............ UNIVERSITY OF NORTH C   F
         UNIVERSITY OF NORTH C   F            Provider TIN ............. 561118388
         PO BOX 75430                             Suffix (internal use) .... 124
         CHARLOTTE     NC  28275                Check Number.............. 18146742

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 84470921
Patient ID:                              Insured's Name: CLARK, NED                  Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F  Inventory #: 5840100                       Claim Cntrl #: 01298534808

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 010340 | 521.00 | 109.41 | 411.59 | .00 | .00 | .00 | 80% | 82.32 | 329.27 | BD |
| TOTALS: | | 521.00 | 109.41 | 411.59 | .00 | .00 | .00 | | 82.32 | 329.27 | |

                                                                               TOTAL PAID:   329.27

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                      PT'S COINS           82.32 =    82.32

---

Patient Name: CLARK, LOUISE              Patient Account #: 85300010
Patient ID:                              Insured's Name: CLARK, NED                  Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F  Inventory #: 5840101                       Claim Cntrl #: 01298529931

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 030290 | 5147.00 | 1080.87 | 4066.13 | .00 | .00 | .00 | 100% | .00 | 4066.13 | C3 |
| TOTALS: | | 5147.00 | 1080.87 | 4066.13 | .00 | .00 | .00 | | .00 | 4066.13 | |

                                                                               TOTAL PAID:   4066.13

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                      PT'S COINS            .00 =     .00

```
224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

     224  CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO        As Agent For Below Payor
          P.O. BOX 32864                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
          CHARLOTTE, NC 28232

                                              Date: Apr 11, 2003     Page  2 of

                                              Provider Name ............ UNIVERSITY OF NORTH C    F
          UNIVERSITY OF NORTH C    F          Provider TIN ............. 561118388
          PO BOX 75430                        Suffix (internal use) .... 124
          CHARLOTTE       NC  28275           Check Number.............. 18520850
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

| Patient Name: CLARK, LOUISE | Patient Account #: 463079140 | | |
|---|---|---|---|
| Patient ID: | Insured's Name: CLARK, NED | Group #: 3003160 | |
| Provider Name: UNIVERSITY OF NORTH C  F | Inventory #: 5981107 | Claim Cntrl #: 01298726737 | |

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2002 | 039530 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 0% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

                                                                    TOTAL PAID:    .00

```
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      -75.00 PLUS
                          PT'S COINS               .00 =    -75.00
```

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER

                                                                                  34778

224                                         CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

> 224   CHARLOTTE REGIONAL CLAIM
>       CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
>       P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
>       CHARLOTTE, NC 28232

                                             Date: Apr 22, 2003    Page  2 of

                                             Provider Name ............ UNC PHYSICIANS & ASSOCIATES
>      UNC PHYSICIANS & ASSOCIATES           Provider TIN ............. 561732213
>      PO BOX 900018                         Suffix (internal use) .... 073
>      RALEIGH        NC 27675               Check Number.............. 18903676

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE        Patient Account #: 000579115
Patient ID:                        Insured's Name: CLARK, NED                  Group #:  3003160
Provider Name: JULIA R FIELDING MD Inventory #: 6010849          Claim Cntrl #: 01298932773

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 516004 | 186.00 | .00 | 186.00 | .00 | .00 | .00 | 80% | 37.20 | 148.80 | C5 |
| 03/11/2003 | 744200 | 75.00 | .00 | 75.00 | .00 | .00 | .00 | 100% | .00 | 75.00 | C5 |
| TOTALS: | | 261.00 | .00 | 261.00 | .00 | .00 | .00 | | 37.20 | 223.80 | |

                                                                          TOTAL PAID:   223.80

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS          37.20 =    37.20

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 375.00 | 25.83 | 349.17 | .00 | .00 | .00 | 54.83 | 294.34 | 18903676 |

    TOTAL BALANCE DUE FROM PATIENT(S):    54.83

REMARKS SECTION
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620997491470001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
         P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                                     Date: Apr 25, 2003      Page  3 of

                                                     Provider Name ............ REHAB PROVIDER NC      C
         REHAB PROVIDER NC       C                   Provider TIN ............. 562099749
         PO BOX 632200                               Suffix (internal use) .... 147
         CINCINNATI    OH   45263                    Check Number.............. 33065032

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE             Patient Account #: 105043346
Patient ID:                                 Insured's Name: CLARK, NED                Group #:   3003160
Provider Name: REHAB PROVIDER NC    C       Inventory #: 6060658              Claim Cntrl #: 01298995509

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2003 | 970037 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| 01/10/2003 | 970037 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| 01/13/2003 | 970037 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| TOTALS: | | 192.00 | .00 | 192.00 | .00 | .00 | .00 | | 38.40 | 153.60 | |

                                                                               TOTAL PAID:    153.60

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                          PT'S COINS          38.40 =    38.40

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
     P.O. BOX 32864                              ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                                Date: Apr 29, 2003

                                                Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES                 Provider TIN .............. 561732213
     PO BOX 900018                               Suffix (internal use) ..... 073
     RALEIGH        NC  27675                    Check Number .............. 33179078

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 000579115
Patient ID: _                        Insured's Name: CLARK, NED                Group #:   3003160
Provider Name: VALERIE L JEWELLS DO  Inventory #: 6080690          Claim Cntrl #: 01299049785

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 721560 | 534.00 | .00 | 534.00 | .00 | .00 | .00 | 100% | .00 | 534.00 | C5 |
| 03/11/2003 | 721570 | 534.00 | .00 | 534.00 | .00 | .00 | .00 | 100% | .00 | 534.00 | C5 |
| 03/11/2003 | 721580 | 492.00 | .00 | 492.00 | .00 | .00 | .00 | 100% | .00 | 492.00 | C5 |
| TOTALS: |  | 1560.00 | .00 | 1560.00 | .00 | .00 | .00 |  | .00 | 1560.00 |  |

                                                                           TOTAL PAID:   1560.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                         PT'S COINS            .00 =         .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,560.00 | .00 | 1,560.00 | .00 | .00 | .00 | .00 | 1,560.00 | 33179078 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                                As Agent For Below Payor
  Group #:   3003160                            ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  Patient ID:
  Provider TIN:   561732213                     Date: Apr 29, 2003   Check #: 33179078
  Patient Account #: 000579115
  PAY TO THE
  ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                                    $**1,560.00**
  **ONE THOUSAND FIVE HUNDRED SIXTY DOLLARS AND 00 CENTS**

       62-20/311                                                       *** NON NEGOTIABLE ***
  CITIBANK(DELAWARE) CITICORP                                          AUTHORIZED SIGNATURE
  ONE PENN'S WAY
  NEW CASTLE, DE 19720            FOR OFFICE USE: 224 2003042910194 6080690                M2  059026

           *** NON NEGOTIABLE ***              /

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

    224   CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
          P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
          CHARLOTTE, NC 28232

                                               Date: May 16, 2003

                                               Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
        HIGHGATE FAMILY MEDICAL CENTE          Provider TIN .............. 562089729
        PO BOX 24427                           Suffix (internal use) ..... 001
        WINSTON SALEM   NC  27103              Check Number .............. 33920297

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: AK6004C6D
Patient ID:                              Insured's Name: CLARK, NED                     Group #:   3003160
Provider Name: EVAN A ASHKIN MD          Inventory #: 6250723                 Claim Cntrl #: 01299357564

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/2003 | 992139 | 78.00 | 30.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 32.14 |  |  | .00 | 100% | .00 | 32.14 |  |
| TOTALS: |  | 78.00 | 30.86 | 47.14 | .00 | 15.00 | .00 |  | .00 | 32.14 |  |

                                                                          TOTAL PAID:   32.14
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    .00 PLUS
                          PT'S COINS          .00 =      .00

PAYMENT SUMMARY SECTION
         TOTAL         TOTAL                          TOTAL      TOTAL         TOTAL
  TOTAL  CONTRACT      CONTRACT    TOTAL PROVIDER     PT'S       PT'S DED/     PT'S       TOTAL
  CHARGES ADJUSTMENT   AMOUNT      RESPONSIBILITY     COPAY      NOT COV       COINS.     PAID        CHECK #
  78.00   30.86        47.14       .00                15.00      .00           .00        32.14       33920297

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                               CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                               As Agent For Below Payor
  Group #:   3003160                           ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  Patient ID:
  Provider TIN:  562089729                                 Date: May 16, 2003   Check #: 33920297
  Patient Account #: AK6004C6D
  PAY TO THE
  ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                                  $**32.14**
  **THIRTY TWO DOLLARS AND 14 CENTS**


         62-20/311                                              *** NON NEGOTIABLE ***
  CITIBANK(DELAWARE) CITICORP                                   AUTHORIZED SIGNATURE
  ONE PENN'S WAY
  NEW CASTLE, DE 19720            FOR OFFICE USE: 224 2003051509262 6250723              M5  142839


         *** NON NEGOTIABLE ***          /

224                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95617322130730001 C

   224  CHARLOTTE REGIONAL CLAIM
       CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
       P.O. BOX 32864                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
       CHARLOTTE, NC 28232

                                            Date: May 20, 2003     Page  2 of

                                            Provider Name ............. UNC PHYSICIANS & ASSOCIATES
       UNC PHYSICIANS & ASSOCIATES           Provider TIN .............. 561732213
       PO BOX 900018                         Suffix (internal use) ..... 073
       RALEIGH        NC  27675              Check Number............... 34032733

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 0579115
Patient ID:                              Insured's Name: CLARK, NED                      Group #:  3003160
Provider Name: JULIA R FIELDING MD       Inventory #: 6221114           Claim Cntrl #: 01299328774

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2003 | 536704 | 88.00 | .00 | 88.00 | 88.00 | .00 | .00 | 80% | .00 | .00 | C5 LX |
| TOTALS: | | 88.00 | .00 | 88.00 | 88.00 | .00 | .00 | | .00 | .00 | |

                                                                                     TOTAL PAID:       .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                      PT'S COINS              .00 =       .00

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: May 23, 2003     Page  2 of

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE        NC  28275

Provider Name ............. UNIVERSITY OF NORTH C    F
Provider TIN .............. 561118388
Suffix (internal use) ..... 124
Check Number............... 34194196

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 86602174
Patient ID:                            Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 6330084              Claim Cntrl #: 01299410254

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/2003 | 030560 | 144.00 | 30.24 | 113.76 | .00 | .00 | .00 | 100% | .00 | 113.76 | C3 |
| TOTALS: | | 144.00 | 30.24 | 113.76 | .00 | .00 | .00 | | .00 | 113.76 | |

TOTAL PAID:   113.76

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO           As Agent For Below Payor
     P.O. BOX 32864                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                           Date: May 23, 2003     Page  1 of  2

                                           Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
HIGHGATE FAMILY MEDICAL CENTE              Provider TIN .............. 562089729
PO BOX 24427                               Suffix (internal use) ..... 001
WINSTON SALEM   NC  27103                  Check Number .............. 34194932

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: AK6004CEE
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: SALLY JOHNSON MD      Inventory #: 6340674                     Claim Cntrl #: 01299503942

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2002 | 992149 | 113.00 | 40.86 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 62.14 |  |  | .00 | 100% | .00 | 62.14 |  |
| 11/21/2002 | 364154 | 16.00 | .00 | 16.00 | .00 | .00 | .00 | 100% | .00 | 16.00 | C5 |
| 11/21/2002 | 822707 | 25.00 | 21.40 | 3.60 | .00 | .00 | .00 | 100% | .00 | 3.60 | BD |
| TOTALS: |  | 154.00 | 62.26 | 91.74 | .00 | 10.00 | .00 |  | .00 | 81.74 |  |

                                                                      TOTAL PAID:   81.74

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                          PT'S COINS             .00 =         .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 154.00 | 62.26 | 91.74 | .00 | 10.00 | .00 | .00 | 81.74 | 34194932 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

C5 - CONTRACT SCHEDULE APPLIED.
                                                      CONTINUED ON NEXT PAGE
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                           As Agent For Below Payor
   Group #:  3003160                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
   Patient ID:
   Provider TIN:  562089729                           Date: May 23, 2003   Check #: 34194932
   Patient Account #: AK6004CEE
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                              $**81.74**
**EIGHTY ONE DOLLARS AND 74 CENTS**

      62-20/311                                                      *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                                           AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720           FOR OFFICE USE: 224 2003052306512 6340674                M5  106815