·224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: May 23, 2003    Page 1 of 2

Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
Provider TIN .............. 562089729
Suffix (internal use) ..... 001
Check Number .............. 34194932

HIGHGATE FAMILY MEDICAL CENTE
PO BOX 24427
WINSTON SALEM   NC  27103

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE           Patient Account #: AK6004CEE
Patient ID:                            Insured's Name: CLARK, NED              Group #:  3003160
Provider Name: SALLY JOHNSON MD        Inventory #: 6340674           Claim Cntrl #: 01299503942

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2002 | 992149 | 113.00 | 40.86 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 BD |
| | | | | 62.14 | | | .00 | 100% | .00 | 62.14 | |
| 11/21/2002 | 364154 | 16.00 | .00 | 16.00 | .00 | .00 | .00 | 100% | .00 | 16.00 | C5 |
| 11/21/2002 | 822707 | 25.00 | 21.40 | 3.60 | .00 | .00 | .00 | 100% | .00 | 3.60 | BD |
| TOTALS: | | 154.00 | 62.26 | 91.74 | .00 | 10.00 | .00 | | .00 | 81.74 | |

TOTAL PAID:    81.74

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =     .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 154.00 | 62.26 | 91.74 | .00 | 10.00 | .00 | .00 | 81.74 | 34194932 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

C5 - CONTRACT SCHEDULE APPLIED.

CONTINUED ON NEXT PAGE

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Group #:  3003160
Patient ID:
Provider TIN:  562089729                    Date: May 23, 2003   Check #: 34194932
Patient Account #: AK6004CEE
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                      $**81.74**
**EIGHTY ONE DOLLARS AND 74 CENTS**

        62-20/311                                    *** NON NEGOTIABLE ***  _
CITIBANK(DELAWARE) CITICORP                          AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2003052306512 6340674        M5  106815

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
P.O. BOX 32864                             ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
CHARLOTTE, NC 28232

                                           Date: May 23, 2003      Page 2 of 2

                                           Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
HIGHGATE FAMILY MEDICAL CENTE              Provider TIN ............. 562089729
PO BOX 24427                               Suffix (internal use) ..... 001
WINSTON SALEM   NC  27103                  Check Number ............. 34194932

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: AK6004CEE
Patient ID:                          Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: SALLY JOHNSON MD      Inventory #: 6340674          Claim Cntrl #: 01299503942

                                     CONTINUATION

REMARKS SECTION
  Q4 - $ EXCLUDED; COPAYMENT AMOUNT.

                                                                      M5  106815

D224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    92600546160010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO            As Agent For Below Payor
     P.O. BOX 32864                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                           Date: May 29, 2003

                                           Provider Name ............ CHAPEL HILL NEUROLOGY
     CHAPEL HILL NEUROLOGY                  Provider TIN ............. 260054616
     101 CONNER DR # 200                    Suffix (internal use) ..... 001
     CHAPEL HILL    NC 27514                Check Number ............. 34370026

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 00343451
Patient ID:                          Insured's Name: CLARK, NED              Group #:  3003160
Provider Name: CHOCK TSERING MD      Inventory #: 6390597       Claim Cntrl #: 01299581627

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2003 | 992459 | .413.00 | 238.95 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 159.05 |  |  | .00 | 100% | .00 | 159.05 |  |
| TOTALS: |  | 413.00 | 238.95 | 174.05 | .00 | 15.00 | .00 |  | .00 | 159.05 |  |

                                                                       TOTAL PAID:   159.05

     BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                               PT'S COINS           .00 =       .00

PAYMENT SUMMARY SECTION
                 TOTAL          TOTAL                      TOTAL        TOTAL        TOTAL
     TOTAL       CONTRACT       CONTRACT                   PT'S         PT'S DED/    PT'S
     CHARGES     ADJUSTMENT     AMOUNT      TOTAL PROVIDER COPAY        NOT COV      COINS.      TOTAL
     413.00      238.95         174.05      RESPONSIBILITY 15.00        .00          .00         PAID      CHECK #
                                            .00                                                 159.05    34370026

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                           CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                           As Agent For Below Payor
     Group #:  3003160                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     Patient ID:
     Provider TIN:  260054616              Date: May 29, 2003   Check #: 34370026
     Patient Account #: 00343451
     PAY TO THE
     ORDER OF:  **CHAPEL HILL NEUROLOGY**                        $**159.05**
     **ONE HUNDRED FIFTY NINE DOLLARS AND 05 CENTS**

          62-20/311                                              *** NON NEGOTIABLE ***
     CITIBANK(DELAWARE) CITICORP                                 AUTHORIZED SIGNATURE
     ONE PENN'S WAY
     NEW CASTLE, DE 19720        FOR OFFICE USE: 224 2003052909365 6390597           M4  107457


          *** NON NEGOTIABLE ***            /

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO        As Agent For Below Payor
     P.O. BOX 32864                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                        Date: Jun 13, 2003

                                        Provider Name ............ UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F         Provider TIN ............. 561118388
     PO BOX 75430                       Suffix (internal use) ..... 124
     CHARLOTTE      NC  28275

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 87317202
Patient ID: :                            Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 6610133         Claim Cntrl #: 01299806527

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/2003 | 039530 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 0% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

                                                                              TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      -75.00 PLUS
                          PT'S COINS            .00 =    -75.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | .00 | .00 |

REMARKS SECTION

TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                              MS  149295

0224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    92600546160010001 C

     224  CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
          P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
          CHARLOTTE, NC 28232

                                                  Date: Jun 26, 2003

                                                  Provider Name ............ CHAPEL HILL NEUROLOGY
          CHAPEL HILL NEUROLOGY                    Provider TIN ............. 260054616
          101 CONNER DR # 200                      Suffix (internal use) ..... 001
          CHAPEL HILL    NC  27514                 Check Number ............. 25474524

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 00344051
Patient ID:                              Insured's Name: CLARK, NED                 Group #:   3003160
Provider Name: CHOCK TSERING MD          Inventory #: 6670693          Claim Cntrl #: 01300028999

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/2003 | 992149 | 159.00 | 86.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 57.14 |  |  | .00 | 100% | .00 | 57.14 |  |
| TOTALS: |  | 159.00 | 86.86 | 72.14 | .00 | 15.00 | .00 |  | .00 | 57.14 |  |

                                                                                    TOTAL PAID:    57.14

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV         .00 PLUS
                          PT'S COINS              .00 =       .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 159.00 | 86.86 | 72.14 | .00 | 15.00 | .00 | .00 | 57.14 | 25474524 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                        As Agent For Below Payor
  Group #:   3003160                    ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  Patient ID:
  Provider TIN:   260054616                          Date: Jun 26, 2003   Check #: 25474524
  Patient Account #: 00344051
PAY TO THE
ORDER OF:  **CHAPEL HILL NEUROLOGY**                              $**57.14**
**FIFTY SEVEN DOLLARS AND 14 CENTS**

        62-20/311                                       *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                             AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720             FOR OFFICE USE: 224 2003062409483 6670693          M4  113275

        *** NON NEGOTIABLE ***              /

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jun 27, 2003    Page 2 of

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE    NC 28275

Provider Name ............. UNIVERSITY OF NORTH C    F
Provider TIN ............. 561118388
Suffix (internal use) ..... 124
Check Number.............. 25537082

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 87466777
Patient ID:                          Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 6680095        Claim Cntrl #: 01300036169

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/2003 | 008730 | 196.00 | 41.16 | 154.84 | .00 | .00 | .00 | 80% | 30.97 | 123.87 | C3 |
| TOTALS: | | 196.00 | 41.16 | 154.84 | .00 | .00 | .00 | | 30.97 | 123.87 | |

TOTAL PAID:   123.87

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                          PT'S COINS        30.97 =      30.97

```
D224   If you have any questions contact:        CONNECTICUT GENERAL LIFE INSURANCE COMPANY   25621103170030001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
         P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

         In State    (800) 832-3211 Out of State (800) 832-3211   Date: Jun 30, 2003

                                              Provider Name ............ FOOT AND ANKLE CLINIC OF CENT
         FOOT AND ANKLE CLINIC OF CENT        Provider TIN ............. 562110317
         6213 N HILLS DR APT E                Suffix (internal use) ..... 003
         RALEIGH       NC  27609
```

This statement covers GROUP MEDICAL BENEFIT PAYMENTS for the following patient(s):
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: LC15409
Patient ID:                          Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: FOOT AND ANKLE CLINIC OF CENT   Inventory #: 6710712      Claim Cntrl #: 01300125657

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | PATIENT'S DEDUCTIBLE | BALANCE | PAID AT | PATIENT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/29/2003 | 992139 | 76.09 | .00 | 76.09 | 76.09 | .00 | 70% | .00 | .00 | AG |
| TOTALS: | | 76.09 | .00 | 76.09 | 76.09 | .00 | | .00 | .00 | |

                                                              TOTAL PAID:    .00

PAYMENT SUMMARY SECTION
    TOTAL CHARGES   TOTAL COVERED AMOUNT    TOTAL PAID
    76.09           76.09                   .00

REMARKS SECTION

AG - OPT-OUT PROVIDER; OUT-OF-NETWORK BENEFITS APPLIED.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                    THIS IS NOT A BILL
   PROVIDER'S COPY

                                                              M4  110522

224                                         CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
         P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                                 Date: Jul 18, 2003

                                                 Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
         HIGHGATE FAMILY MEDICAL CENTE           Provider TIN .............. 562089729
         PO BOX 24427                            Suffix (internal use) ..... 001
         WINSTON SALEM   NC  27103               Check Number .............. 78334604


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE               Patient Account #: AK6004C4L
Patient ID: .   .   .                     Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: EVAN A ASHKIN MD           Inventory #: 6850641              Claim Cntrl #: 01300363954

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/2003 | 992139 | 78.00 | 30.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 32.14 |  |  | .00 | 100% | .00 | 32.14 |  |
| TOTALS: |  | 78.00 | 30.86 | 47.14 | .00 | 15.00 | .00 |  | .00 | 32.14 |  |

                                                                              TOTAL PAID:   32.14
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =         .00

PAYMENT SUMMARY SECTION
              TOTAL        TOTAL                       TOTAL       TOTAL        TOTAL
   TOTAL      CONTRACT     CONTRACT    TOTAL PROVIDER  PT'S        PT'S DED/    PT'S         TOTAL
   CHARGES    ADJUSTMENT   AMOUNT      RESPONSIBILITY  COPAY       NOT COV      COINS.       PAID      CHECK #
   78.00      30.86        47.14       .00             15.00       .00          .00          32.14     . 78334604

REMARKS SECTION

 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
      DIFFERENCE.

 Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
 DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                          As Agent For Below Payor
   Group #:   3003160                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
   Patient ID:
   Provider TIN:  562089729                       Date: Jul 18, 2003   Check #: 78334604
   Patient Account #: AK6004C4L
PAY TO THE
ORDER OF: **HIGHGATE FAMILY MEDICAL CENTE**                          $**32.14**
**THIRTY TWO DOLLARS AND 14 CENTS**

          62-20/311                                            *** NON NEGOTIABLE ***  _
  CITIBANK(DELAWARE) CITICORP                                  AUTHORIZED SIGNATURE
  ONE PENN'S WAY
  NEW CASTLE, DE 19720         FOR OFFICE USE: 224 2003071508111 6850641              M5  151072

          *** NON NEGOTIABLE ***              /

224                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

    224   CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
          P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
          CHARLOTTE, NC 28232

                                                  Date: Jul 22, 2003

                                                  Provider Name ............. UNC PHYSICIANS & ASSOCIATES
          UNC PHYSICIANS & ASSOCIATES             Provider TIN .............. 561732213
          PO BOX 900018                           Suffix (internal use) ..... 073
          RALEIGH        NC 27675


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: JOHN P LAVELLE MD         Inventory #: 6920639           Claim Cntrl #: 01300461880

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/2003 | 517414 | 188.00 | .00 | 188.00 | .00 | .00 | 188.00 | 0% | .00 | .00 | 13 C5 |
| TOTALS: | | 188.00 | .00 | 188.00 | .00 | .00 | 188.00 | | .00 | .00 | |

                                                                                       TOTAL PAID:      .00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 188.00 | .00 | 188.00 | .00 | .00 | 188.00 | .00 | .00 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.


13 - THIS CHARGE WAS PREVIOUSLY CONSIDERED. ANY PAYMENTS DUE WERE ISSUED TO THE PROVIDER.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                          THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                                              M2  054998

224                                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561531876038001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Jul 24, 2003

                                             Provider Name ............. CAROLINA BREAST CANCER DETECT
     CAROLINA BREAST CANCER DETECT           Provider TIN .............. 561531876
     PO BOX 19368                            Suffix (internal use) ..... 038
     RALEIGH        NC 27619                 Check Number .............. 78548427

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 64110194
Patient ID:                                             Insured's Name: CLARK, NED                  Group #:  3003160
Provider Name: CLAIRE M POYET MD                        Inventory #: 6920638          Claim Cntrl #: 01300461800

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/2003 | 705510 | 1423.00 | 213.45 | 1209.55 | .00 | .00 | .00 | 100% | .00 | 1209.55 | C3 |
| TOTALS: | | 1423.00 | 213.45 | 1209.55 | .00 | .00 | .00 | | .00 | 1209.55 | |

                                                                                      TOTAL PAID:   1209.55

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,423.00 | 213.45 | 1,209.55 | .00 | .00 | .00 | .00 | 1,209.55 | 78548427 |

REMARKS SECTION

C3 - DISCOUNT; MEMBER DOES NOT OWE.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                            CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                            As Agent For Below Payor
  Group #:  3003160                         ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
   Patient ID:
   Provider TIN:  561531876                              Date: Jul 24, 2003   Check #: 78548427
   Patient Account #: 64110194
PAY TO THE
ORDER OF:  **CAROLINA BREAST CANCER DETECT**                            $**1,209.55**
   **ONE THOUSAND TWO HUNDRED NINE DOLLARS AND 55 CENTS**

        62-20/311                                            *** NON NEGOTIABLE ***  _
CITIBANK(DELAWARE) CITICORP                                  AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720              FOR OFFICE USE: 224 2003072110414 6920638            M4  111801

      *** NON NEGOTIABLE ***            /

D224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    92600546160010001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jul 24, 2003

CHAPEL HILL NEUROLOGY
101 CONNER DR # 200
CHAPEL HILL    NC 27514

Provider Name ............. CHAPEL HILL NEUROLOGY
Provider TIN ............. 260054616
Suffix (internal use) ..... 001
Check Number ............. 78542701

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 00349611
Patient ID:                          Insured's Name: CLARK, NED                      Group #:  3003160
Provider Name: CHOCK TSERING MD      Inventory #: 6950771          Claim Cntrl #: 01300484538

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2003 | 992149 | 159.00 | 86.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 57.14 |  |  | .00 | 100% | .00 | 57.14 |  |
| TOTALS: |  | 159.00 | 86.86 | 72.14 | .00 | 15.00 | .00 |  | .00 | 57.14 |  |

TOTAL PAID:    57.14

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 159.00 | 86.86 | 72.14 | .00 | 15.00 | .00 | .00 | 57.14 | 78542701 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Group #:  3003160
Patient ID:
Provider TIN:  260054616
Patient Account #: 00349611
PAY TO THE
ORDER OF:  **CHAPEL HILL NEUROLOGY**
**FIFTY SEVEN DOLLARS AND 14 CENTS**

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jul 24, 2003   Check #: 78542701

$**57.14**

        62-20/311
CITIBANK(DELAWARE) CITICORP
ONE PENN'S WAY
NEW CASTLE, DE 19720

*** NON NEGOTIABLE ***
AUTHORIZED SIGNATURE

FOR OFFICE USE: 224 2003072209214 6950771

M4  107061

*** NON NEGOTIABLE ***          /

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO                  As Agent For Below Payor
     P.O. BOX 32864                               ABBOTT LABORATORIES HEALTH CARE TRUST · ACTIVE
     CHARLOTTE, NC 28232

                                                  Date: Jul 25, 2003      Page 2 of

                                                  Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F                   Provider TIN ............. 561118388
     PO BOX 75430                                 Suffix (internal use) ..... 124
     CHARLOTTE    NC  28275                       Check Number.............. 78601827

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 83514976
Patient ID:                              Insured's Name: CLARK, NED                Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 2011093         Claim Cntrl #: 01300542733

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2003 | 030580 | 103.00 | 21.63 | 81.37 | .00 | .00 | .00 | 80% | 16.27 | 65.10 | C3 |
| 01/10/2003 | 030580 | 90.00 | 18.90 | 71.10 | .00 | .00 | .00 | 80% | 14.22 | 56.88 | C3 |
| 01/13/2003 | 030580 | 90.00 | 18.90 | 71.10 | .00 | .00 | .00 | 80% | 14.22 | 56.88 | C3 |
| TOTALS: | | 283.00 | 59.43 | 223.57 | .00 | .00 | .00 | | 44.71 | 178.86 | |

                                                                              TOTAL PAID:    178.86

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS        44.71 =      44.71

Patient Name: CLARK, LOUISE              Patient Account #: 83408328
Patient ID:                              Insured's Name: CLARK, NED                Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 2011093         Claim Cntrl #: 01300542634

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2002 | 030580 | 113.00 | 23.73 | 89.27 | .00 | .00 | .00 | 80% | 17.85 | 71.42 | C3 |
| TOTALS: | | 113.00 | 23.73 | 89.27 | .00 | .00 | .00 | | 17.85 | 71.42 | |

                                                                              TOTAL PAID:    71.42

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS        17.85 =      17.85

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Aug 15, 2003

Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
HIGHGATE FAMILY MEDICAL CENTE          Provider TIN .............. 562089729
PO BOX 24427                           Suffix (internal use) ..... 001
WINSTON SALEM   NC  27103              Check Number .............. 87368954

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK. LOUISE              Patient Account #: AK6004C5Q
Patient ID:                              Insured's Name: CLARK, NED                  Group #:   3003160
Provider Name: EVAN A ASHKIN MD          Inventory #: 7170636           Claim Cntrl #: 01300841053

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2003 | 992139 | 78.00 | 30.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
| | | | | 32.14 | | | .00 | 100% | .00 | 32.14 | |
| TOTALS: | | 78.00 | 30.86 | 47.14 | .00 | 15.00 | .00 | | .00 | 32.14 | |

TOTAL PAID:   32.14

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 30.86 | 47.14 | .00 | 15.00 | .00 | .00 | 32.14 | 87368954 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
Group #:   3003160                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
Patient ID:
Provider TIN:  562089729                           Date: Aug 15, 2003   Check #: 87368954
Patient Account #: AK6004C5Q
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                      $**32.14**
**THIRTY TWO DOLLARS AND 14 CENTS**

       62-20/311                                          *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                              AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720           FOR OFFICE USE: 224 2003081307060 7170636              M5  131443

       *** NON NEGOTIABLE ***            /

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95617322130730001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
      P.O. BOX 32864                            ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
      CHARLOTTE, NC 28232

                                                Date: Aug 19, 2003         Page  2 of

                                                Provider Name ............. UNC PHYSICIANS & ASSOCIATES
      UNC PHYSICIANS & ASSOCIATES               Provider TIN .............. 561732213
      PO BOX 900018                             Suffix (internal use) ..... 073
      RALEIGH         NC  27675                 Check Number............... 87469005


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE                 Patient Account #: 000579115
Patient ID:                                      Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: JOHN D WRIGHT MD                  Inventory #: 7230545              Claim Cntrl #: 01300930696

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 920157 | 25.00 | .00 | 10.00 | .00 | 10.00 | .00 | | 0% | .00 | .00 | Q4 C5 |
| | | | | 15.00 | | | .00 | | 100% | .00 | 15.00 | |
| TOTALS: | | 25.00 | .00 | 25.00 | .00 | 10.00 | .00 | | | .00 | 15.00 | |

                                                                                    TOTAL PAID:    15.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

---

Patient Name: CLARK, LOUISE                 Patient Account #: 000579115
Patient ID:                                      Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: JOHN D WRIGHT MD                  Inventory #: 7230544              Claim Cntrl #: 01300930679

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 920147 | 100.00 | 60.00 | 10.00 | .00 | 10.00 | .00 | | 0% | .00 | .00 | Q4 BD |
| | | | | 30.00 | | | .00 | | 100% | .00 | 30.00 | |
| TOTALS: | | 100.00 | 60.00 | 40.00 | .00 | 10.00 | .00 | | | .00 | 30.00 | |

                                                                                    TOTAL PAID:    30.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 125.00 | 60.00 | 65.00 | .00 | 20.00 | .00 | .00 | 45.00 | 87469005 |

      TOTAL BALANCE DUE FROM PATIENT(S):        .00

REMARKS SECTION
 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
      DIFFERENCE.

 C5 - CONTRACT SCHEDULE APPLIED.

224                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY   95611183881240001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
         P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                             Date: Aug 22, 2003      Page  2 of

                                             Provider Name ............. UNIVERSITY OF NORTH C    F
         UNIVERSITY OF NORTH C    F           Provider TIN .............. 561118388
         PO BOX 75430                         Suffix (internal use) ..... 124
         CHARLOTTE      NC  28275             Check Number............... 87616386


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE                  Patient Account #: 88183942
Patient ID:                                  Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 7300064          Claim Cntrl #: 01300997796

| SERVICE<br>DATE(S) | PROCEDURE | TOTAL<br>CHARGES | CONTRACT<br>ADJUSTMENT | CONTRACT<br>AMOUNT | PROVIDER<br>RESP. | PT'S<br>COPAY | PT'S DED/<br>NOT COV | PAID<br>AT | PT'S<br>COINS. | TOTAL<br>PAYMENT | SEE<br>REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 039530 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 100% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

                                                                               TOTAL PAID:     .00

    BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -75.00 PLUS
                              PT'S COINS            .00 =    -75.00


REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER


                                                                                               36215

224    If you have any questions contact:          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    25621103170030001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864                      As Agent For Below Payor
     CHARLOTTE, NC 28232                 ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

     In State    (800) 832-3211 Out of State (800) 832-3211   Date: Sep 11, 2003

                                         Provider Name ............ FOOT AND ANKLE CLINIC OF CENT
     FOOT AND ANKLE CLINIC OF CENT       Provider TIN .............. 562110317
     6213 N HILLS DR APT E               Suffix (internal use) ..... 003
     RALEIGH        NC 27609

This statement covers GROUP MEDICAL BENEFIT PAYMENTS for the following patient(s):
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK  LOUISE              Patient Account #: 000000021
Patient ID:                              Insured's Name: CLARK, NED            Group #:   3003160
Provider Name: FOOT AND ANKLE CLINIC OF CENT   Inventory #: 7411042      Claim Cntrl #: 01301261204

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | PATIENT'S DEDUCTIBLE | BALANCE | PAID AT | PATIENT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 992129 | 51.11 | .00 | 51.11 | 51.11 | .00 | 70% | .00 | .00 | AG |
| TOTALS: | | 51.11 | .00 | 51.11 | 51.11 | .00 | | .00 | .00 | |

                                                                    TOTAL PAID:    .00

PAYMENT SUMMARY SECTION
   TOTAL CHARGES     TOTAL COVERED AMOUNT      TOTAL PAID
   51.11             51.11                     .00

REMARKS SECTION

AG - OPT-OUT PROVIDER; OUT-OF-NETWORK BENEFITS APPLIED.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                      THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                    M4  097732

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                             Date: Sep 26, 2003    Page  2 of

                                             Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C   F                Provider TIN .............. 561118388
     PO BOX 75430                             Suffix (internal use) ..... 124
     CHARLOTTE     NC  28275                  Check Number.............. 89891102

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 89491849
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C   F     Inventory #: 7680141          Claim Cntrl #: 01301566685

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2003 | 030580 | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | 0% | .00 | .00 | AR |
| TOTALS: | | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | | .00 | .00 | |

                                                                   TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     -91.00 PLUS
                          PT'S COINS            .00 =    -91.00

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864                          As Agent For Below Payor
CHARLOTTE, NC 28232                     ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

                                        Date: Oct  7, 2003      Page  2 of

                                        Provider Name ............. UNC PHYSICIANS & ASSOCIATES
UNC PHYSICIANS & ASSOCIATES             Provider TIN .............. 561732213
PO BOX 900018                           Suffix (internal use) ..... 073
RALEIGH          NC  27675              Check Number.............. 49283962

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE           Patient Account #: 000579115
Patient ID                            Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: MICHAEL Y LEE MD       Inventory #: 7690822        Claim Cntrl #: 01301751054

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2003 | 992149 | 134.00 | 61.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 57.14 |  |  | .00 | 100% | .00 | 57.14 |  |
| TOTALS: |  | 134.00 | 61.86 | 72.14 | .00 | 15.00 | .00 |  | .00 | 57.14 |  |

                                                          TOTAL PAID:    57.14

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864                      As Agent For Below Payor
     CHARLOTTE, NC 28232                 ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

                                         Date: Oct 17, 2003      Page 2 of

                                         Provider Name ............. UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C   F           Provider TIN .............. 561118388
     PO BOX 75430                        Suffix (internal use) ..... 124
     CHARLOTTE       NC  28275           Check Number.............. 49705940

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE          Patient Account #: 89321046
Patient ID:                          Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 7800167       Claim Cntrl #: 01301851432

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2003 | 030560 | 97.00 | 20.37 | 76.63 | .00 | .00 | .00 | 100% | .00 | 76.63 | C3 |
| 09/23/2003 | 039530 | 75.00 | 15.75 | 59.25 | .00 | .00 | .00 | 100% | .00 | 59.25 | C3 |
| TOTALS: | | 172.00 | 36.12 | 135.88 | .00 | .00 | .00 | | .00 | 135.88 | |

                                                              TOTAL PAID:   135.88

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 *        .00

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.


                                                                          37353

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 c

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
     P.O. BOX 32864                           ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                              Date: Oct 17, 2003

                                              Provider Name ............ HIGHGATE FAMILY MEDICAL CENTE
     HIGHGATE FAMILY MEDICAL CENTE            Provider TIN ............. 562089729
     PO BOX 24427                             Suffix (internal use) ..... 001
     WINSTON SALEM  NC  27103                 Check Number ............. 49706580

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: AK6004C2I
Patient ID:                          Insured's Name: CLARK, NED                      Group #:   3003160
Provider Name: EVAN A ASHKIN MD      Inventory #: 7790452           Claim Cntrl #: 01301857419

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/2003 | 992139 | 78.00 | 30.86 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 32.14 |  |  | .00 | 100% | .00 | 32.14 |  |
| TOTALS: |  | 78.00 | 30.86 | 47.14 | .00 | 15.00 | .00 |  | .00 | 32.14 |  |

                                                              TOTAL PAID:    32.14

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 30.86 | 47.14 | .00 | 15.00 | .00 | .00 | 32.14 | 49706580 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                              As Agent For Below Payor
  Group #:   3003160                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
  Patient ID:
  Provider TIN:  562089729                    Date: Oct 17, 2003   Check #: 49706580
  Patient Account #: AK6004C2I
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                        $**32.14**
**THIRTY TWO DOLLARS AND 14 CENTS**

       62-20/311                                        *** NON NEGOTIABLE ***  _
CITIBANK(DELAWARE) CITICORP                             AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2003101409351 7790452              M5  143493

       *** NON NEGOTIABLE ***              /

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95620997491470001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
         P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                              Date: Dec 5, 2003

                                              Provider Name ............. REHAB PROVIDER NC      C
         REHAB PROVIDER NC       C            Provider TIN .............. 562099749
         PO BOX 632200                        Suffix (internal use) ..... 147
         CINCINNATI    OH 45263               Check Number .............. 45539477

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE                  Patient Account #: 106926648
Patient ID:                                  Insured's Name: CLARK, NED                  Group #:   3003160
Provider Name: REHAB PROVIDER NC      C      Inventory #: 8240639          Claim Cntrl #: 01302680946

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2003 | 970017 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| TOTALS: | | 64.00 | .00 | 64.00 | .00 | .00 | .00 | | 12.80 | 51.20 | |

                                                                                            TOTAL PAID:    51.20

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS          12.80 =    12.80

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 64.00 | .00 | 64.00 | .00 | .00 | .00 | 12.80 | 51.20 | 45539477 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                              As Agent For Below Payor
   Group #:   3003160                         ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
   Patient ID:
   Provider TIN:  562099749                              Date: Dec 5, 2003    Check #: 45539477
   Patient Account #: 106926648
PAY TO THE
ORDER OF:  **REHAB PROVIDER NC**                                         $**51.20**
**FIFTY ONE DOLLARS AND 20 CENTS**

       62-20/311                              *** NON NEGOTIABLE ***
   CITIBANK(DELAWARE) CITICORP                AUTHORIZED SIGNATURE
   ONE PENN'S WAY
   NEW CASTLE, DE 19720            FOR OFFICE USE: 224 2003120308440 8240639               M5  148134

       *** NON NEGOTIABLE ***               /

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95617322130730001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
         P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                                 Date: Jan 13, 2004

                                                 Provider Name ............ UNC PHYSICIANS & ASSOCIATES
         UNC PHYSICIANS & ASSOCIATES             Provider TIN ............. 561732213
         PO BOX 900018                           Suffix (internal use) ..... 073
         RALEIGH      NC  27675                  Check Number ............. 64859959

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE                Patient Account #: 0579115
Patient ID:                                Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: UNC DEPARTMENT OF OPHTHALM  Inventory #: 8600133       Claim Cntrl #: 01303255700

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/2003 | 923417 | 23.18 | .00 | 10.00 | .00 | 10.00 | .00 | 0% | .00 | .00 | Q4 C5 |
|  |  |  |  | 13.18 |  |  | .00 | 100% | .00 | 13.18 |  |
| 11/24/2003 | 923707 | 7.72 | .00 | 7.72 | .00 | .00 | .00 | 100% | .00 | 7.72 | C5 |
| TOTALS: |  | 30.90 | .00 | 30.90 | .00 | 10.00 | .00 |  | .00 | 20.90 |  |

                                                                            TOTAL PAID:    20.90

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 30.90 | .00 | 30.90 | .00 | 10.00 | .00 | .00 | 20.90 | 64859959 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                          As Agent For Below Payor
    Group #:   3003160                    ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
    Patient ID:
    Provider TIN:  561732213                          Date: Jan 13, 2004   Check #: 64859959
    Patient Account #: 0579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                          $**20.90**
**TWENTY DOLLARS AND 90 CENTS**

        62-20/311                                      *** NON NEGOTIABLE ***  _
CITIBANK(DELAWARE) CITICORP                            AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720              FOR OFFICE USE: 224 2004010808131 8600133           M2  051927

        *** NON NEGOTIABLE ***            /

224                                           CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
     CHARLOTTE, NC 28232

                                          Date: Jan 13, 2004

                                          Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES          Provider TIN .............. 561732213
     PO BOX 900018                        Suffix (internal use) ..... 073
     RALEIGH        NC  27675             Check Number .............. 64859955

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: 000579115
Patient ID:                                 Insured's Name: CLARK, NED                        Group #:  2435358
Provider Name: MICHAEL Y LEE MD             Inventory #: 8630248          Claim Cntrl #: 01303261771

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2003 | 992149 | 134.00 | 60.00 | 15.00 | .00 | 15.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 59.00 |  |  | .00 | 100% | .00 | 59.00 |  |
| TOTALS: |  | 134.00 | 60.00 | 74.00 | .00 | 15.00 | .00 |  | .00 | 59.00 |  |

                                                                                              TOTAL PAID:    59.00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV         .00 PLUS
                          PT'S COINS              .00 =       .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 134.00 | 60.00 | 74.00 | .00 | 15.00 | .00 | .00 | 59.00 | 64859955 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                          As Agent For Below Payor
 Group #:   2435358                       ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
 Patient ID:
 Provider TIN:  561732213                             Date: Jan 13, 2004   Check #: 64859955
 Patient Account #: 000579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                        $**59.00**
**FIFTY NINE DOLLARS AND 00 CENTS**

          62-20/311                              *** NON NEGOTIABLE ***   _
 CITIBANK(DELAWARE) CITICORP                      AUTHORIZED SIGNATURE
 ONE PENN'S WAY
 NEW CASTLE, DE 19720              FOR OFFICE USE: 224 2004010811530 8630248        M2 051925

        *** NON NEGOTIABLE ***            /

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL

Date: Jan 30, 2004      Page 2 of

Provider Name ............ UNIVERSITY OF NORTH C    F

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE    NC  28275

Provider TIN ............. 561118388
Suffix (internal use) ..... 124
Check Number.............. 81478189

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE           Patient Account #: 93026938
Patient ID:                           Insured's Name: CLARK, NED               Group #:    2435358
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 5270338          Claim Cntrl #: 01303570767

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2004 | 039530 | 75.00 | 15.75 | 59.25 | .00 | .00 | .00 | | 100% | .00 | 59.25 | C3 |
| TOTALS: | | 75.00 | 15.75 | 59.25 | .00 | .00 | .00 | | | .00 | 59.25 | |

TOTAL PAID:    59.25

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                         PT'S COINS            .00 =       .00

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

34280

D224    If you have any questions contact:          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    25621103170030001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
         P.O. BOX 32864                          ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
         CHARLOTTE, NC 28232

    In State    (800) 832-3211 Out of State (800) 832-3211   Date: Feb 5, 2004

                                              Provider Name ............. FOOT AND ANKLE CLINIC OF CENT
         FOOT AND ANKLE CLINIC OF CENT        Provider TIN .............. 562110317
         6213 N HILLS DR APT E                Suffix (internal use) ..... 003
         RALEIGH          NC  27609

This statement covers GROUP MEDICAL BENEFIT PAYMENTS for the following patient(s):
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE            Patient Account #: 000000021
Patient ID:                            Insured's Name: CLARK, NED                Group #:   2435358
Provider Name: FOOT AND ANKLE CLINIC OF CENT     Inventory #: 5260762       Claim Cntrl #: 01303642405

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | PATIENT'S DEDUCTIBLE | BALANCE | PAID AT | PATIENT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2004 | 992129 | 51.11 | .00 | 51.11 | 51.11 | .00 | 70% | .00 | .00 | AG |
| TOTALS: | | 51.11 | .00 | 51.11 | 51.11 | .00 | | .00 | .00 | |

                                                                              TOTAL PAID:    .00

PAYMENT SUMMARY SECTION
    TOTAL CHARGES    TOTAL COVERED AMOUNT      TOTAL PAID
    51.11            51.11                     .00

REMARKS SECTION

  AG - OPT-OUT PROVIDER; OUT-OF-NETWORK BENEFITS APPLIED.
  RETAIN THIS STATEMENT FOR YOUR RECORDS.
                     THIS IS NOT A BILL
    PROVIDER'S COPY

                                                                      M4  074373

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864               As Agent For Below Payor
CHARLOTTE, NC 28232          ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL

Date: Feb 20, 2004      Page  2 of

Provider Name ............ UNIVERSITY OF NORTH C    F
UNIVERSITY OF NORTH C    F    Provider TIN ............. 561118388
PO BOX 75430                  Suffix (internal use) ..... 124
CHARLOTTE      NC  28275      Check Number.............. 63039732

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 93372282
Patient ID:                          Insured's Name: CLARK, NED               Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F    Inventory #: 5480476        Claim Cntrl #: 01303851152

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2004 | 030000 | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | | 0% | .00 | .00 | AR |
| TOTALS: | | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | | | .00 | .00 | |

TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        -91.00 PLUS
                         PT'S COINS             .00 =     -91.00

AYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 2,353.00 | 803.76 | 1,549.24 | 91.00 | .00 | .00 | 1,256.00 | 202.24 | 63039732 |

TOTAL BALANCE DUE FROM PATIENT(S):    1,165.00

REMARKS SECTION

AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

29396

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224    CHARLOTTE REGIONAL CLAIM
       CONNECTICUT GEN LIFE INS CO
       P.O. BOX 32864
       CHARLOTTE, NC 28232

                                        Date: Mar 5, 2004       Page 5 of

                                        Provider Name ............ UNIVERSITY OF NORTH C    F
       UNIVERSITY OF NORTH C    F        Provider TIN ............. 561118388
       PO BOX 75430                      Suffix (internal use) ..... 124
       CHARLOTTE    NC 28275             Check Number.............. 44270749

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE                Patient Account #: 94038395
Patient ID:                                Insured's Name: CLARK, NED                    Group #:    2435358
Provider Name: UNIVERSITY OF NORTH C    F  Inventory #: 5620487          Claim Cntrl #: 01304056151

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/2004 | 030000 | 1011.00 | 212.31 | 798.69 | .00 | .00 | .00 | 100% | .00 | 798.69 | C3 |
| TOTALS: | | 1011.00 | 212.31 | 798.69 | .00 | .00 | .00 | | .00 | 798.69 | |

                                                                      TOTAL PAID:    798.69

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                          PT'S COINS            .00 =       .00

---

Patient Name: CLARK, LOUISE                Patient Account #: 93372282
Patient ID:                                Insured's Name: CLARK, NED                    Group #:    2435358
Provider Name: UNIVERSITY OF NORTH C    F  Inventory #: 5620489          Claim Cntrl #: 01304051314

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2004 | 030000 | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | 0% | .00 | .00 | AR |
| TOTALS: | | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | | .00 | .00 | |

                                                                      TOTAL PAID:    .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     -91.00 PLUS
                          PT'S COINS            .00 =     -91.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 10,744.93 | 5,709.44 | 5,035.49 | 226.00 | 350.00 | 102.00 | .00 | 4,357.49 | 44270749 |

TOTAL BALANCE DUE FROM PATIENT(S):    -124.00

REMARKS SECTION
AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

27283

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO
         P.O. BOX 32864
         CHARLOTTE, NC 28232

                                              Date: Mar 9, 2004    Page 2 of

                                              Provider Name ............ UNC PHYSICIANS & ASSOCIATES
         UNC PHYSICIANS & ASSOCIATES          Provider TIN ............. 561732213
         PO BOX 900018                        Suffix (internal use) ..... 073
         RALEIGH        NC  27675             Check Number.............. 44288575


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                 Patient Account #: 000579115
Patient ID: .           ..                  Insured's Name: CLARK, NED                    Group #:  2435358
Provider Name: CAROLINE M KLEIN MD          Inventory #: 5620203          Claim Cntrl #: 01304098538

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2004 | 958600 | 195.00 | .00 | 195.00 | .00 | .00 | .00 | 80% | 39.00 | 156.00 | C5 |
| 02/23/2004 | 959000 | 410.00 | .00 | 410.00 | .00 | .00 | .00 | 80% | 82.00 | 328.00 | C5 |
| 02/23/2004 | 959030 | 624.00 | .00 | 624.00 | .00 | .00 | .00 | 80% | 124.80 | 499.20 | C5 |
| 02/23/2004 | 959040 | 1184.00 | .00 | 1184.00 | .00 | .00 | .00 | 80% | 236.80 | 947.20 | C5 |
| TOTALS: | | 2413.00 | .00 | 2413.00 | .00 | .00 | .00 | | 482.60 | 1930.40 | |

                                                                                 TOTAL PAID:  1930.40

    BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                              PT'S COINS           482.60 =      482.60


Patient Name: CLARK, LOUISE                 Patient Account #: 000579115
Patient ID:                                 Insured's Name: CLARK, NED                    Group #:  2435358
Provider Name: CAROLINE M KLEIN MD          Inventory #: 5610053          Claim Cntrl #: 01304075857

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/2004 | 992459 | 372.00 | 189.25 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
| | | | | 162.75 | | | .00 | 100% | .00 | 162.75 | |
| TOTALS: | | 372.00 | 189.25 | 182.75 | .00 | 20.00 | .00 | | .00 | 162.75 | |

                                                                                 TOTAL PAID:  162.75

    BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                              PT'S COINS             .00 =       .00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL | | TOTAL | TOTAL | TOTAL | | |
| TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 2,785.00 | 189.25 | 2,595.75 | .00 | 20.00 | .00 | 482.60 | 2,093.15 | 44288575 |

    TOTAL BALANCE DUE FROM PATIENT(S):     482.60

REMARKS SECTION
  BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
       DIFFERENCE.

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95611183881240001 C

   224  CHARLOTTE REGIONAL CLAIM
       CONNECTICUT GEN LIFE INS CO
       P.O. BOX 32864
       CHARLOTTE, NC 28232

Date: Mar 12, 2004      Page  4 of

Provider Name ............ UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C    F      Provider TIN ............. 561118388
     PO BOX 75430                    Suffix (internal use) ..... 124
     CHARLOTTE      NC  28275         Check Number.............. 44312924

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE             Patient Account #: 94755477
Patient ID:                             Insured's Name: CLARK, NED              Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F        Inventory #: 5690636     Claim Cntrl #: 01304117326

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2004 | 030000 | 1320.00 | 277.20 | 1042.80 | .00 | .00 | .00 | 100% | .00 | 1042.80 | C3 |
| TOTALS: | | 1320.00 | 277.20 | 1042.80 | .00 | .00 | .00 | | .00 | 1042.80 | |

TOTAL PAID:  1042.80

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                  PT'S COINS          .00 =      .00

Patient Name: CLARK, LOUISE             Patient Account #: 94664000
Patient ID:                             Insured's Name: CLARK, NED              Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F        Inventory #: 5690635     Claim Cntrl #: 01304117306

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2004 | 030000 | 67.00 | 14.07 | 52.93 | .00 | .00 | .00 | 100% | .00 | 52.93 | C3 |
| TOTALS: | | 67.00 | 14.07 | 52.93 | .00 | .00 | .00 | | .00 | 52.93 | |

TOTAL PAID:   52.93

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                  PT'S COINS          .00 =      .00

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620961310010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                        Date: Mar 15, 2004      Page  2 of

                                        Provider Name ............. CENTRAL DERMATOLOGY CENTER
     CENTRAL DERMATOLOGY CENTER         Provider TIN .............. 562096131
     2238 NELSON HWY                    Suffix (internal use) ..... 001
     CHAPEL HILL     NC  27517          Check Number............... 44321552

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 22800 1
Patient ID:                          Insured's Name: CLARK, NED              Group #:   2435358
Provider Name: BETH G GOLDSTEIN MD   Inventory #: 5650173        Claim Cntrl #: 01304122039

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2004 | 992039 | 198.00 | 110.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 68.00 |  |  | .00 | 100% | .00 | 68.00 |  |
| TOTALS: |  | 198.00 | 110.00 | 88.00 | .00 | 20.00 | .00 |  | .00 | 68.00 |  |

                                                                         TOTAL PAID:   68.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =        .00


PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 306.50 | 169.50 | 137.00 | .00 | 35.00 | .00 | .00 | 102.00 | 44321552 |

     TOTAL BALANCE DUE FROM PATIENT(S):       .00

REMARKS SECTION
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     9561118388124000l C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

Date: Mar 19, 2004     Page 5 of

Provider Name ............ UNIVERSITY OF NORTH C    F
Provider TIN ............. 561118388
Suffix (internal use) ..... 124
Check Number.............. 44357145

UNIVERSITY OF NORTH C   F
PO BOX 75430
CHARLOTTE      NC 28275

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 94038395
Patient ID:                              Insured's Name: CLARK, NED              Group #:  2435358
Provider Name: UNIVERSITY OF NORTH C    F     Inventory #: 5770466         Claim Cntrl #: 01304226816

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/2004 | 030560 | 1171.00 | 245.91 | 925.09 | .00 | .00 | .00 | 100% | .00 | 925.09 | C3 |
| TOTALS: | | 1171.00 | 245.91 | 925.09 | .00 | .00 | .00 | | .00 | 925.09 | |

TOTAL PAID:   925.09

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS          .00 =      .00

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95620961310010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                             Date: Apr 5, 2004

                                             Provider Name ............ CENTRAL DERMATOLOGY CENTER
     CENTRAL DERMATOLOGY CENTER              Provider TIN ............. 562096131
     2238 NELSON HWY                         Suffix (internal use) ..... 001
     CHAPEL HILL      NC 27517               Check Number ............. 44461474

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 22800 2
Patient ID:                              Insured's Name: CLARK, NED                      Group #:   2435358
Provider Name: LAWRENCE ETTER MD         Inventory #: 5860196              Claim Cntrl #: 01304393932

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/2004 | 992129 | 78.00 | 42.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 16.00 |  |  | .00 | 100% | .00 | 16.00 |  |
| TOTALS: |  | 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 |  | .00 | 16.00 |  |

                                                                          TOTAL PAID:    16.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL |  | TOTAL | TOTAL | TOTAL |  |  |
| TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 | .00 | 16.00 | 44461474 |

REMARKS SECTION

 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
      DIFFERENCE.

 Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
 DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                             CONNECTICUT GENERAL LIFE INSURANCE COMPANY

   Group #:  2435358
   Patient ID:
   Provider TIN:  562096131               Date: Apr 5, 2004   Check #: 44461474
   Patient Account #: 22800 2
 PAY TO THE
 ORDER OF:  **CENTRAL DERMATOLOGY CENTER**                         $**16.00**
 **SIXTEEN DOLLARS AND 00 CENTS**

     51-44/119                                          *** NON NEGOTIABLE ***
 FLEET NATIONAL BANK                                    AUTHORIZED SIGNATURE
 HARTFORD, CONNECTICUT
                          FOR OFFICE USE: 224 2004040207225 5860196            M1  011702

         *** NON NEGOTIABLE ***

Case 3:05-bk-03817-JAF   Doc 6119-4   Filed 02/27/06   Page 35 of 65

224                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                        Date: Apr  9, 2004

                                        Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
     HIGHGATE FAMILY MEDICAL CENTE      Provider TIN .............. 562089729
     PO BOX 24427                       Suffix (internal use) ..... 001
     WINSTON SALEM   NC  27114          Check Number .............. 44494379

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: AK6004C3H
Patient ID: .                            Insured's Name: CLARK, NED                Group #:   2435358
Provider Name: EVAN A ASHKIN MD          Inventory #: 5930162           Claim Cntrl #: 01304473037

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2004 | 992149 | 113.00 | 39.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
| | | | | 54.00 | | | .00 | 100% | .00 | 54.00 | |
| TOTALS: | | 113.00 | 39.00 | 74.00 | .00 | 20.00 | .00 | | .00 | 54.00 | |

                                                                          TOTAL PAID:   54.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 PLUS
                          PT'S COINS           .00 =      .00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL |  | TOTAL | TOTAL | TOTAL |  |  |
|---|---|---|---|---|---|---|---|---|
| TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | TOTAL PAID | CHECK # |
| 113.00 | 39.00 | 74.00 | .00 | 20.00 | .00 | .00 | 54.00 | 44494379 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY

 Group #:  2435358
 Patient ID:
 Provider TIN:  562089729               Date: Apr  9, 2004   Check #: 44494379
 Patient Account #: AK6004C3H
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                  $**54.00**
**FIFTY FOUR DOLLARS AND 00 CENTS**

     51-44/119                          *** NON NEGOTIABLE ***
FLEET NATIONAL BANK                     AUTHORIZED SIGNATURE
HARTFORD, CONNECTICUT
                    FOR OFFICE USE: 224 2004040906003 5930162              M5  063945

        *** NON NEGOTIABLE ***

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                    Date: Apr 16, 2004      Page  2 of

                                    Provider Name ............ UNIVERSITY OF NORTH C    F
     UNIVERSITY OF NORTH C   F      Provider TIN .............. 561118388
     PO BOX 75430                   Suffix (internal use) ..... 124
     CHARLOTTE      NC  28275       Check Number.............. 44536908

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 95862579
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C  F  Inventory #: 6030168            Claim Cntrl #: 01304508685

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2004 | 030000 | 80.00 | 16.80 | 63.20 | .00 | .00 | .00 | 100% | .00 | 63.20 | C3 |
| TOTALS: | | 80.00 | 16.80 | 63.20 | .00 | .00 | .00 | | .00 | 63.20 | |

                                                              TOTAL PAID:    63.20

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

; 224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95611183881240001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

Date: Apr 23, 2004     Page  2 of

| | |
|---|---|
| UNIVERSITY OF NORTH C   F | Provider Name ............. UNIVERSITY OF NORTH C   F |
| PO BOX 75430 | Provider TIN .............. 561118388 |
| CHARLOTTE      NC  28275 | Suffix (internal use) ..... 124 |
| | Check Number............... 44578848 |

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 93372282
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C   F    Inventory #: 5620489          Claim Cntrl #: 01304619894

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2004 | INTEREST | .18 | .00 | .18 | .00 | .00 | .00 | 100% | .00 | .18 | QS C5 |
| TOTALS: | | .18 | .00 | .18 | .00 | .00 | .00 | | .00 | .18 | |

TOTAL PAID:     .18

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                         PT'S COINS               .00 =      .00

Patient Name: CLARK, LOUISE          Patient Account #: 93372282
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C   F    Inventory #: 5620489          Claim Cntrl #: 01304596562

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2004 | 030000 | 91.00 | 19.11 | 71.89 | .00 | .00 | .00 | 80% | 14.38 | 57.51 | FQ C3 |
| TOTALS: | | 91.00 | 19.11 | 71.89 | .00 | .00 | .00 | | 14.38 | 57.51 | |

TOTAL PAID:     57.51

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                         PT'S COINS            14.38 =    14.38

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 93.48 | 19.11 | 74.37 | .00 | .00 | .00 | 14.38 | 59.99 | 44578848 |

TOTAL BALANCE DUE FROM PATIENT(S):      14.38

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

24579

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     91337537079200002 C

   224  CHARLOTTE REGIONAL CLAIM
       CONNECTICUT GEN LIFE INS CO
       P.O. BOX 32864
       CHARLOTTE, NC 28232

                                  Date: Apr 26, 2004      Page  6 of

                                  Provider Name ............ LABCORP HOLDINGS
       LABCORP HOLDINGS                              Provider TIN ............. 133757370
       PO BOX 2270                                   Suffix (internal use) ..... 792
       BURLINGTON      NC  27216                     Check Number.............. 44586258

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 36091198
Patient ID: ⁻          ..                Insured's Name: CLARK, NED                      Group #:   2435358
Provider Name: LABCORP HOLDINGS          Inventory #: 6140139            Claim Cntrl #: 01304641668

| SERVICE DATE(S) | PROCEDURE | .TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2004 | 865920 | 39.00 | 35.97 | 3.03 | .00 | .00 | .00 | 100% | .00 | 3.03 | BD |

224                                           CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620961310010001 C

    224   CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO
          P.O. BOX 32864
          CHARLOTTE, NC 28232

                                              Date: May 10, 2004      Page  2 of

                                              Provider Name ............ CENTRAL DERMATOLOGY CENTER
          CENTRAL DERMATOLOGY CENTER          Provider TIN ............. 562096131
          2238 NELSON HWY                     Suffix (internal use) ..... 001
          CHAPEL HILL    NC  27517            Check Number.............. 44673123

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 22800 3
Patient ID: .                                Insured's Name: CLARK, NED            Group #:   2435358
Provider Name: LAWRENCE ETTER MD             Inventory #: 6250300        Claim Cntrl #: 01304788559

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2004 | 992129 | 78.00 | 42.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 16.00 |  |  | .00 | 100% | .00 | 16.00 |  |
| TOTALS: |  | 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 |  | .00 | 16.00 |  |

                                                                              TOTAL PAID:    16.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =        .00

REMARKS SECTION
  BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
       DIFFERENCE.

  C5 - CONTRACT SCHEDULE APPLIED.

  GA - EXCLUDED; CHARGES PREVIOUSLY CONSIDERED.

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881240001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
         P.O. BOX 32864                          ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
         CHARLOTTE, NC 28232

                                                 Date: May 21, 2004

                                                 Provider Name ............. UNIVERSITY OF NORTH C    F
         UNIVERSITY OF NORTH C    F              Provider TIN .............. 561118388
         PO BOX 75430                            Suffix (internal use) ..... 124
         CHARLOTTE      NC  28275

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 3514976
Patient ID:                              Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C    F        Inventory #: 6400290        Group #:    3003160
                                                                    Claim Cntrl #: 01304933157

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2003 | 030580 | 103.00 | .00 | 103.00 | .00 | .00 | 103.00 | 0% | .00 | .00 | 13 C5 |
| 01/10/2003 | 030580 | 90.00 | .00 | 90.00 | .00 | .00 | 90.00 | 0% | .00 | .00 | 13 C5 |
| 01/13/2003 | 030580 | 90.00 | .00 | 90.00 | .00 | .00 | 90.00 | 0% | .00 | .00 | 13 C5 |
| TOTALS: | | 283.00 | .00 | 283.00 | .00 | .00 | 283.00 | | .00 | .00 | |

                                                                             TOTAL PAID:     .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 283.00 | .00 | 283.00 | .00 | .00 | 283.00 | .00 | .00 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.

13 - THIS CHARGE WAS PREVIOUSLY CONSIDERED. ANY PAYMENTS DUE WERE ISSUED TO THE PROVIDER.
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                        THIS IS NOT A BILL
   PROVIDER'S COPY

                                                                            M5  061386

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95617322130730001 C

        224   CHARLOTTE REGIONAL CLAIM
              CONNECTICUT GEN LIFE INS CO
              P.O. BOX 32864
              CHARLOTTE, NC 28232

                                                 Date: Jun 15, 2004

                                                 Provider Name ............. UNC PHYSICIANS & ASSOCIATES
              UNC PHYSICIANS & ASSOCIATES         Provider TIN .............. 561732213
              PO BOX 900018                       Suffix (internal use) ..... 073
              RALEIGH       NC  27675             Check Number .............. 44872084

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: CAROLINE M KLEIN MD       Inventory #: 6560502          Claim Cntrl #: 01305096227

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2004 | 992159 | 180.00 | 69.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 91.00 |  |  | .00 | 100% | .00 | 91.00 |  |
| TOTALS: |  | 180.00 | 69.00 | 111.00 | .00 | 20.00 | .00 |  | .00 | 91.00 |  |

                                                                              TOTAL PAID:     91.00

        BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                                  PT'S COINS           .00 =       .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 180.00 | 69.00 | 111.00 | .00 | 20.00 | .00 | .00 | 91.00 | 44872084 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY

  Group #:   2435358
  Patient ID:
  Provider TIN:  561732213                         Date: Jun 15, 2004    Check #: 44872084
  Patient Account #: 000579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                              $**91.00**
**NINETY ONE DOLLARS AND 00 CENTS**

        51-44/119                                  *** NON NEGOTIABLE ***
FLEET NATIONAL BANK                                AUTHORIZED SIGNATURE
HARTFORD, CONNECTICUT
                        FOR OFFICE USE: 224 2004060907245 6560502                    M2  028989

        *** NON NEGOTIABLE ***

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881350001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

Date: Jun 25, 2004    Page  2 of

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE    NC  28275

Provider Name ............. UNIVERSITY OF NORTH C    F
Provider TIN ............. 561118388
Suffix (internal use) ..... 135
Check Number.............. 44929602

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE          Patient Account #: 97636252
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F        Inventory #: 6740275        Claim Cntrl #: 01305236173

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2004 | 030000 | 81.00 | 17.01 | 63.99 | .00 | .00 | .00 | 100% | .00 | 63.99 | BO |
| TOTALS: | | 81.00 | 17.01 | 63.99 | .00 | .00 | .00 | | .00 | 63.99 | |

TOTAL PAID:    63.99

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
PT'S COINS              .00 =        .00

224                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95617322130730001 C

  224  CHARLOTTE REGIONAL CLAIM
       CONNECTICUT GEN LIFE INS CO
       P.O. BOX 32864
       CHARLOTTE, NC 28232

                               Date: Jul 20, 2004

                               Provider Name ............. UNC PHYSICIANS & ASSOCIATES
       UNC PHYSICIANS & ASSOCIATES             Provider TIN .............. 561732213
       PO BOX 900018                           Suffix (internal use) ..... 073
       RALEIGH      NC  27675                   Check Number .............. 61255911

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK. LOUISE            Patient Account #: 000579115
Patient ID:                            Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: BRADLEY V VAUGHN MD     Inventory #: 6940085          Claim Cntrl #: 01305454072

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2004 | 958160 | 190.00 | .00 | 190.00 | .00 | .00 | .00 | 80% | 38.00 | 152.00 | C5 |
| TOTALS: | | 190.00 | .00 | 190.00 | .00 | .00 | .00 | | 38.00 | 152.00 | |

                                            TOTAL PAID:   152.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                  PT'S COINS        38.00 =    38.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 190.00 | .00 | 190.00 | .00 | .00 | .00 | 38.00 | 152.00 | 61255911 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                  CONNECTICUT GENERAL LIFE INSURANCE COMPANY

  Group #:   2435358
  Patient ID:
  Provider TIN:   561732213                   Date: Jul 20, 2004   Check #: 61255911
  Patient Account #: 000579115
  PAY TO THE
  ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**              $**152.00**
  **ONE HUNDRED FIFTY TWO DOLLARS AND 00 CENTS**

      51-44/119                                 *** NON NEGOTIABLE ***
  FLEET NATIONAL BANK                              AUTHORIZED SIGNATURE
  HARTFORD, CONNECTICUT
                FOR OFFICE USE: 224 2004071606373 6940085              M2  019089

      *** NON NEGOTIABLE ***

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO
         P.O. BOX 32864
         CHARLOTTE, NC 28232

                                        Date: Jul 27, 2004      Page  2 of

                                        Provider Name ............. UNC PHYSICIANS & ASSOCIATES
         UNC PHYSICIANS & ASSOCIATES    Provider TIN ............. 561732213
         PO BOX 900018                  Suffix (internal use) ..... 073
         RALEIGH        NC  27675       Check Number.............. 61291491

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE          Patient Account #: 000579115
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: KENNETH LURY MD       Inventory #: 6960108              Claim Cntrl #: 01305500354

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2004 | 705530 | 491.00 | .00 | 491.00 | .00 | .00 | .00 | 100% | .00 | 491.00 | C5 |
| TOTALS: | | 491.00 | .00 | 491.00 | .00 | .00 | .00 | | .00 | 491.00 | |

                                                                TOTAL PAID:    491.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                             Date: Jul 31, 2004

                                             Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES             Provider TIN .............. 561732213
     PO BOX 900018                           Suffix (internal use) ..... 073
     RALEIGH         NC  27675               Check Number .............. 61318212

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE                  Patient Account #: 0579115
Patient ID:                                  Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: CAROLINE M KLEIN MD           Inventory #: 7080359            Claim Cntrl #: 01305587718

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2004 | 959990 | 200.00 | 100.00 | 100.00 | .00 | .00 | .00 | 80% | 20.00 | 80.00 | BD |
| TOTALS: | | 200.00 | 100.00 | 100.00 | .00 | .00 | .00 | | 20.00 | 80.00 | |

                                                                                     TOTAL PAID:    80.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS            20.00 =      20.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 200.00 | 100.00 | 100.00 | .00 | .00 | .00 | 20.00 | 80.00 | 61318212 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                             CONNECTICUT GENERAL LIFE INSURANCE COMPANY


 Group #:  2435358
  Patient ID:
  Provider TIN:  561732213                   Date: Jul 31, 2004   Check #: 61318212
  Patient Account #: 0579115
PAY TO THE
ORDER OF:  **UNC PHYSICIANS & ASSOCIATES**                           $**80.00**
**EIGHTY DOLLARS AND 00 CENTS**

        51-44/119                            *** NON NEGOTIABLE ***
FLEET NATIONAL BANK                          AUTHORIZED SIGNATURE
HARTFORD, CONNECTICUT
                     FOR OFFICE USE: 224 2004073007144 7080359              M2  022472

        *** NON NEGOTIABLE ***

224                                       CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620961310010001 C

    224  CHARLOTTE REGIONAL CLAIM
         CONNECTICUT GEN LIFE INS CO
         P.O. BOX 32864
         CHARLOTTE, NC 28232

                                                Date: Jul 31, 2004

                                                Provider Name ............ CENTRAL DERMATOLOGY CENTER
         CENTRAL DERMATOLOGY CENTER             Provider TIN ............. 562096131
         2238 NELSON HWY # 100                  Suffix (internal use) ..... 001
         CHAPEL HILL    NC 27517                 Check Number ............. 61329761

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 22800 4
Patient ID:                              Insured's Name: CLARK, NED               Group #:   2435358
Provider Name: BETH G GOLDSTEIN MD       Inventory #: 7040096           Claim Cntrl #: 01305562378

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/14/2004 | 992129 | 78.00 | 42.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 16.00 |  |  | .00 | 100% | .00 | 16.00 |  |
| TOTALS: |  | 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 |  | .00 | 16.00 |  |

                                                                                TOTAL PAID:   16.00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 | .00 | 16.00 | 61329761 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY


  Group #:   2435358
  Patient ID:
  Provider TIN:  562096131                              Date: Jul 31, 2004    Check #: 61329761
  Patient Account #: 22800 4
PAY TO THE
ORDER OF:  **CENTRAL DERMATOLOGY CENTER**                          $**16.00**
**SIXTEEN DOLLARS AND 00 CENTS**

      51-44/119                                         *** NON NEGOTIABLE ***  _
FLEET NATIONAL BANK                                     AUTHORIZED SIGNATURE
HARTFORD, CONNECTICUT
                          FOR OFFICE USE: 224 2004072808442 7040096             M1  012729

        *** NON NEGOTIABLE ***

224                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY      91337573709760001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                   Date: Jul 31, 2004      Page  5 of

                                   Provider Name ............ LABCORP HOLDINGS
     LABCORP HOLDINGS              Provider TIN ............. 133757370
     PO BOX 2270                   Suffix (internal use) ..... 976
     BURLINGTON      NC  27216     Check Number.............. 61329008

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 79797775
Patient ID:                            Insured's Name: CLARK, NED                 Group #:   2435358
Provider Name: LABCORP HOLDINGS        Inventory #: 7030075          Claim Cntrl #: 01305580428

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/14/2004 | 870700 | 78.00 | 69.81 | 8.19 | .00 | .00 | .00 | 100% | .00 | 8.19 | BD |
| 07/14/2004 | 871840 | 46.00 | 41.04 | 4.96 | .00 | .00 | .00 | 100% | .00 | 4.96 | BD |
| TOTALS: | | 124.00 | 110.85 | 13.15 | .00 | .00 | .00 | | .00 | 13.15 | |

                                                                          TOTAL PAID:    13.15

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

224                                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95620961310010001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO
      P.O. BOX 32864
      CHARLOTTE, NC 28232

                                             Date: Aug 2, 2004

                                             Provider Name ............. CENTRAL DERMATOLOGY CENTER
      CENTRAL DERMATOLOGY CENTER             Provider TIN .............. 562096131
      2238 NELSON HWY # 100                  Suffix (internal use) ..... 001
      CHAPEL HILL    NC 27517                Check Number ............. 61332074

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 22800 5
Patient ID:        .      .              Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: BETH G GOLDSTEIN MD       Inventory #: 7090078            Claim Cntrl #: 01305600869

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2004 | 992129 | 78.00 | 42.00 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 16.00 |  |  | .00 | 100% | .00 | 16.00 |  |
| TOTALS: |  | 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 |  | .00 | 16.00 |  |

                                                                          TOTAL PAID:    16.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =      .00

PAYMENT SUMMARY SECTION
|  | TOTAL | TOTAL |  | TOTAL | TOTAL | TOTAL |  |  |
|---|---|---|---|---|---|---|---|---|
| TOTAL | CONTRACT | CONTRACT | TOTAL PROVIDER | PT'S | PT'S DED/ | PT'S | TOTAL |  |
| CHARGES | ADJUSTMENT | AMOUNT | RESPONSIBILITY | COPAY | NOT COV | COINS. | PAID | CHECK # |
| 78.00 | 42.00 | 36.00 | .00 | 20.00 | .00 | .00 | 16.00 | 61332074 |

REMARKS SECTION

  BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
       DIFFERENCE.

  Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
  DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                            CONNECTICUT GENERAL LIFE INSURANCE COMPANY


  Group #:   2435358
  Patient ID:        ·   ·    ·
  Provider TIN:   562096131
  Patient Account #: 22800 5                       Date: Aug  2, 2004   Check #: 61332074
PAY TO THE
ORDER OF:  **CENTRAL DERMATOLOGY CENTER**                              $**16.00**
**SIXTEEN DOLLARS AND 00 CENTS**

       51-44/119                                           *** NON NEGOTIABLE ***
FLEET NATIONAL BANK                                        AUTHORIZED SIGNATURE
HARTFORD, CONNECTICUT
                          FOR OFFICE USE: 224 2004080209164 7090078                   M1  010686


        *** NON NEGOTIABLE ***

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY      95611183881400001 C

      224   CHARLOTTE REGIONAL CLAIM
            CONNECTICUT GEN LIFE INS CO
            P.O. BOX 32864
            CHARLOTTE, NC 28232

                                              Date: Aug  6, 2004      Page  2 of

                                              Provider Name ............ UNIVERSITY OF NORTH C    F
            UNIVERSITY OF NORTH C    F         Provider TIN ............. 561118388
            PO BOX 75430                       Suffix (internal use) ..... 140
            CHARLOTTE        NC  28275         Check Number.............. 61351410

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE              Patient Account #: 100728815
Patient ID: .                            Insured's Name: CLARK, NED                   Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F   Inventory #: 7090262          Claim Cntrl #: 01305658807

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2004 | 030000 | 188.00 | 41.36 | 146.64 | .00 | .00 | .00 | 100% | .00 | 146.64 | C3 |
| TOTALS: | | 188.00 | 41.36 | 146.64 | .00 | .00 | .00 | | .00 | 146.64 | |

                                                                              TOTAL PAID:   146.64

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

224                                CONNECTICUT GENERAL LIFE INSURANCE COMPANY      9133757370976000 1 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

                                        Date: Aug  9, 2004      Page  6 of

                                        Provider Name ............. LABCORP HOLDINGS
     LABCORP HOLDINGS                   Provider TIN .............. 133757370
     PO BOX 2270                        Suffix (internal use) ..... 976
     BURLINGTON     NC  27216           Check Number.............. 61357737

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 83211163
Patient ID:                             Insured's Name: CLARK, NED               Group #:    2435358
Provider Name: LABCORP HOLDINGS         Inventory #: 7160080        Claim Cntrl #: 01305628174

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2004 | 870700 | 78.00 | 69.81 | 8.19 | .00 | .00 | .00 | 100% | .00 | 8.19 | BD |
| TOTALS: | | 78.00 | 69.81 | 8.19 | .00 | .00 | .00 | | .00 | 8.19 | |

                                                                        TOTAL PAID:    8.19

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS            .00 =      .00

0224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95609527370010001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
P.O. BOX 32864                             ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
CHARLOTTE, NC 28232

Date: Aug 12, 2004

Provider Name ............ PIEDMONT HEALTH SERVICES, INC
PIEDMONT HEALTH SERVICES, INC          Provider TIN ............. 560952737
121 KINGSTON DR                        Suffix (internal use) ..... 001
CHAPEL HILL    NC  27516               Check Number ............. 24887625

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK. LOUISE          Patient Account #: 000579115
Patient ID:                          Insured's Name: CLARK, NED            Group #:  2435358
Provider Name: CAROL L KLEIN MD      Inventory #: 6970073         Claim Cntrl #: 01305667295

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2004 | 959230 | 175.00 | .00 | 175.00 | .00 | .00 | .00 | 80% | 35.00 | 140.00 | C5 |
| TOTALS: | | 175.00 | .00 | 175.00 | .00 | .00 | .00 | | 35.00 | 140.00 | |

TOTAL PAID:    140.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS        35.00 =        35.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 175.00 | .00 | 175.00 | .00 | .00 | .00 | 35.00 | 140.00 | 24887625 |

REMARKS SECTION

C5 - CONTRACT SCHEDULE APPLIED.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
Group #:  2435358                    ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
Patient ID:
Provider TIN:  560952737                   Date: Aug 12, 2004   Check #: 24887625
Patient Account #: 000579115
PAY TO THE
ORDER OF:  **PIEDMONT HEALTH SERVICES, INC**                    $**140.00**
**ONE HUNDRED FORTY DOLLARS AND 00 CENTS**

62-20/311                                   *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                 AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2004080912174 6970073        M4  052430

*** NON NEGOTIABLE ***              /

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95620961310010001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
      P.O. BOX 32864                          ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
      CHARLOTTE, NC 28232

                                              Date: Aug 16, 2004     Page 1 of 2

                                              Provider Name ............ CENTRAL DERMATOLOGY CENTER
      CENTRAL DERMATOLOGY CENTER              Provider TIN ............. 562096131
      2238 NELSON HWY # 100                   Suffix (internal use) ..... 001
      CHAPEL HILL      NC 27517               Check Number ............. 24936987

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE            Patient Account #: 22800 6
Patient ID:                            Insured's Name: CLARK, NED                     Group #:   2435358
Provider Name: BETH G GOLDSTEIN MD     Inventory #: 7180111              Claim Cntrl #: 01305696952

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/2004 | 120324 | 424.50 | .00 | 20.00 | .00 | 20.00 | .00 | 0% | .00 | .00 | Q4 C5 |
|  |  |  |  | 404.50 |  |  | .00 | 100% | .00 | 404.50 |  |
| 07/28/2004 | 114024 | 336.00 | 168.00 | 168.00 | .00 | .00 | .00 | 100% | .00 | 168.00 | H2 BD |
| 07/28/2004 | 883057 | 101.50 | 27.19 | 74.31 | .00 | .00 | .00 | 100% | .00 | 74.31 | BD |
| TOTALS: |  | 862.00 | 195.19 | 666.81 | .00 | 20.00 | .00 |  | .00 | 646.81 |  |

                                                                        TOTAL PAID:   646.81

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =     .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 862.00 | 195.19 | 666.81 | .00 | 20.00 | .00 | .00 | 646.81 | 24936987 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

C5 - CONTRACT SCHEDULE APPLIED.

                                                     CONTINUED ON NEXT PAGE

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                              As Agent For Below Payor
  Group #:   2435358          ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
  Patient ID:
  Provider TIN:  562096131                       Date: Aug 16, 2004   Check #: 24936987
  Patient Account #: 22800 6
PAY TO THE
ORDER OF: **CENTRAL DERMATOLOGY CENTER**                            $**646.81**
**SIX HUNDRED FORTY SIX DOLLARS AND 81 CENTS**

      62-20/311                                      *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                          AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2004081206525 7180111          M1 011262

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620961310010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO         As Agent For Below Payor
     P.O. BOX 32864                      ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
     CHARLOTTE, NC 28232

                                         Date: Aug 16, 2004      Page 2 of 2

                                         Provider Name ............ CENTRAL DERMATOLOGY CENTER
     CENTRAL DERMATOLOGY CENTER          Provider TIN ............. 562096131
     2238 NELSON HWY # 100               Suffix (internal use) ..... 001
     CHAPEL HILL     NC 27517            Check Number ............. 24936987

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE            Patient Account #: 22800 6
Patient ID:                            Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: BETH G GOLDSTEIN MD     Inventory #: 7180111          Claim Cntrl #: 01305696952

                                       CONTINUATION

REMARKS SECTION
 H2 - PAYMENT HAS BEEN REDUCED DUE TO MULTIPLE SURGERIES PERFORMED.

 Q4 - $ EXCLUDED; COPAYMENT AMOUNT.

                                                                               M1  011262

224   If you have any questions contact:          CONNECTICUT GENERAL LIFE INSURANCE COMPANY   25612508550160001 C

    224   CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
          P.O. BOX 32864                       ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
          CHARLOTTE, NC 28232

     In State   (800) 832-3211 Out of State (800) 832-3211   Date: Aug 18, 2004      Page 2 of

                                     Provider Name ............. NC DEPT OF HUMAN RES
          NC DEPT OF HUMAN RES                 Provider TIN .............. 561250855
          MEDASSISTDIV PO BOX 30728            Suffix (internal use) ..... 016
          CHARLOTTE     NC 28230               Check Number.............. 24974348

This statement covers GROUP MEDICAL BENEFIT PAYMENTS for the following patient(s):
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 464212029
Patient ID:                          Insured's Name: CLARK, NED              Group #:   3003160
Provider Name: NC DEPT OF HUMAN RES  Inventory #: 7190515           Claim Cntrl #: 01305709593

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | NOT COVERED | COVERED AMOUNT | PATIENT'S DEDUCTIBLE | BALANCE | PAID AT | PATIENT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 992129 | 51.11 | .00 | 51.11 | 51.11 | .00 | 70% | .00 | .00 | AG |
| TOTALS: | | 51.11 | .00 | 51.11 | 51.11 | .00 | | .00 | .00 | |

TOTAL PAID:    .00

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864                         As Agent For Below Payor
     CHARLOTTE, NC 28232                    ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL

                                            Date: Aug 20, 2004

                                            Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
     HIGHGATE FAMILY MEDICAL CENTE          Provider TIN .............. 562089729
     PO BOX 24427                           Suffix (internal use) ..... 001
     WINSTON SALEM  NC 27114                Check Number .............. 12233347

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: AK6004C9N
Patient ID:                              Insured's Name: CLARK, NED                      Group #:  2435358
Provider Name: EVAN A ASHKIN MD          Inventory #: 7250087            Claim Cntrl #: 01305768238

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/02/2004 | 992139 | 78.00 | 22.70 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 35.30 |  |  | .00 | 100% | .00 | 35.30 |  |
| TOTALS: |  | 78.00 | 22.70 | 55.30 | .00 | 20.00 | .00 |  | .00 | 35.30 |  |

                                                                                        TOTAL PAID:   35.30

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 PLUS
                          PT'S COINS           .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 22.70 | 55.30 | .00 | 20.00 | .00 | .00 | 35.30 | 12233347 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                            CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                            As Agent For Below Payor
  Group #:   2435358                        ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
  Patient ID:
  Provider TIN:   562089729                            Date: Aug 20, 2004    Check #: 12233347
  Patient Account #: AK6004C9N
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                          $**35.30**
**THIRTY FIVE DOLLARS AND 30 CENTS**

       62-20/311                                       *** NON NEGOTIABLE ***
  CITIBANK(DELAWARE) CITICORP                           AUTHORIZED SIGNATURE
  ONE PENN'S WAY
  NEW CASTLE, DE 19720            FOR OFFICE USE: 224 2004081917234 7250087          M5  063861

       *** NON NEGOTIABLE ***          /

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881350001 C

   224  CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
      P.O. BOX 32864                           ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
      CHARLOTTE, NC 28232

                              Date: Aug 27, 2004

                              Provider Name ............. UNIVERSITY OF NORTH C    F
      UNIVERSITY OF NORTH C    F              Provider TIN .............. 561118388
      PO BOX 75430                            Suffix (internal use) ..... 135
      CHARLOTTE    NC  28275                  Check Number .............. 12356848

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE                Patient Account #: 100479120
Patient ID:                                Insured's Name: CLARK, NED                          Group #:    2435358
Provider Name: UNIVERSITY OF NORTH C    F  Inventory #: 7310328              Claim Cntrl #: 01305839897

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2004 | 030000 | 2227.00 | 971.00 | 1256.00 | .00 | .00 | .00 | 100% | .00 | 1256.00 | BD |
| TOTALS: | | 2227.00 | 971.00 | 1256.00 | .00 | .00 | .00 | | .00 | 1256.00 | |

                                                 TOTAL PAID:    1256.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                       PT'S COINS          .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 2,227.00 | 971.00 | 1,256.00 | .00 | .00 | .00 | .00 | 1,256.00 | 12356848 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
    DIFFERENCE.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                 CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                 As Agent For Below Payor
  Group #:   2435358                                  ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
  Patient ID:
  Provider TIN:   561118388                       Date: Aug 27, 2004    Check #: 12356848
  Patient Account #: 100479120
PAY TO THE
ORDER OF:  **UNIVERSITY OF NORTH C**                                      $**1,256.00**
**ONE THOUSAND TWO HUNDRED FIFTY SIX DOLLARS AND 00 CENTS**

      62-20/311                                           *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                                          AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720              FOR OFFICE USE: 224 2004082707135 7310328              M5  058093

     *** NON NEGOTIABLE ***              /

224                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95617322130730001 C

224   CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864                As Agent For Below Payor
CHARLOTTE, NC 28232         ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL

                                  Date: Sep 7, 2004

                                  Provider Name ............. UNC PHYSICIANS & ASSOCIATES
UNC PHYSICIANS & ASSOCIATES        Provider TIN .............. 561732213
PO BOX 900018                   Suffix (internal use) ..... 073
RALEIGH       NC   27675           Check Number ............. 12533298

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE        Patient Account #: 000579115
Patient ID:                        Insured's Name: CLARK, NED               Group #:   2435358
Provider Name: CAROLINE M KLEIN MD      Inventory #: 6970073         Claim Cntrl #: 01305909516

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08/2004 | 959230 | 175.00 | 56.98 | 118.02 | .00 | .00 | .00 | 100% | .00 | 118.02 | FQ BD 60 |
| TOTALS: | | 175.00 | 56.98 | 118.02 | .00 | .00 | .00 | | .00 | 118.02 | |

                                                             TOTAL PAID:   118.02

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                        PT'S COINS            .00 =        .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 175.00 | 56.98 | 118.02 | .00 | .00 | .00 | .00 | 118.02 | 12533298 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

FQ - ADJUSTED; DUE TO ADDITIONAL INFORMATION.

60 - ADDITIONAL INFORMATION HAS BEEN RECEIVED WHICH RESULTED IN AN ADJUSTMENT TO YOUR CLAIM.

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                       CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                       As Agent For Below Payor
Group #:  2435358                           ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
Patient ID:   . .
Provider TIN:   561732213                    Date: Sep 7, 2004   Check #: 12533298
Patient Account #: 000579115
PAY TO THE
ORDER OF:   **UNC PHYSICIANS & ASSOCIATES**                      $**118.02**
**ONE HUNDRED EIGHTEEN DOLLARS AND 02 CENTS**

        62-20/311                                  *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                       AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720          FOR OFFICE USE: 224 2004090308222 6970073          M2 021117

224                                     CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95620897290010001 C

  224   CHARLOTTE REGIONAL CLAIM
        CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
        P.O. BOX 32864                          ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
        CHARLOTTE, NC 28232

                                                Date: Sep 24, 2004

                                                Provider Name ............ HIGHGATE FAMILY MEDICAL CENTE
        HIGHGATE FAMILY MEDICAL CENTE           Provider TIN ............. 562089729
        PO BOX 24427                            Suffix (internal use) ..... 001
        WINSTON SALEM   NC  27114               Check Number ............. 12831668

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE          Patient Account #: AK6004CGP
Patient ID:                          Insured's Name: CLARK, NED               Group #:   2435358
Provider Name: EVAN A ASHKIN MD      Inventory #: 7610085          Claim Cntrl #: 01306080845

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/13/2004 | 992149 | 113.00 | 26.40 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 66.60 |  |  | .00 | 100% | .00 | 66.60 |  |
| TOTALS: |  | 113.00 | 26.40 | 86.60 | .00 | 20.00 | .00 |  | .00 | 66.60 |  |

                                                                           TOTAL PAID:    66.60

  BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                           PT'S COINS            .00 =     .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 113.00 | 26.40 | 86.60 | .00 | 20.00 | .00 | .00 | 66.60 | 12831668 |

REMARKS SECTION

 BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
      DIFFERENCE.

 Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
 DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                       CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                       As Agent For Below Payor
  Group #:  2435358                    ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
  Patient ID:
  Provider TIN:  562089729                           Date: Sep 24, 2004   Check #: 12831668
  Patient Account #: AK6004CGP
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                         $**66.60**
**SIXTY SIX DOLLARS AND 60 CENTS**

        62-20/311                                      *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                            AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720             FOR OFFICE USE: 224 2004092310314 7610085          M5  059453

      *** NON NEGOTIABLE ***            /

224                                     CONNECTICUT GENERAL LIFE INSURANCE COMPANY   95620897290010001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
     CHARLOTTE, NC 28232

                                          Date: Oct 29, 2004

                                          Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
     HIGHGATE FAMILY MEDICAL CENTE        Provider TIN .............. 562089729
     PO BOX 24427                         Suffix (internal use) ..... 001
     WINSTON SALEM  NC  27114             Check Number .............. 48431550

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE           Patient Account #: AK6004CF7
Patient ID:                           Insured's Name: CLARK, NED              Group #:   2435358
Provider Name: EVAN A ASHKIN MD       Inventory #: 7920065          Claim Cntrl #: 01306348734

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2004 | 992139 | 78.00 | 22.70 | 20.00 | .00 | 20.00 | .00 | 100% | .00 | .00 | Q4 BD |
|  |  |  |  | 35.30 |  |  | .00 | 100% | .00 | 35.30 |  |
| TOTALS: |  | 78.00 | 22.70 | 55.30 | .00 | 20.00 | .00 |  | .00 | 35.30 |  |

                                                                      TOTAL PAID:   35.30

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    .00 PLUS
                          PT'S COINS          .00 =    .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 22.70 | 55.30 | .00 | 20.00 | .00 | .00 | 35.30 | 48431550 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.
                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                          As Agent For Below Payor
   Group #:  2435358                      ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
   Patient ID:
   Provider TIN:  562089729                        Date: Oct 29, 2004   Check #: 48431550
   Patient Account #: AK6004CF7
PAY TO THE
ORDER OF:  **HIGHGATE FAMILY MEDICAL CENTE**                         $**35.30**
**THIRTY FIVE DOLLARS AND 30 CENTS**

         62-20/311                                          *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                                 AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720              FOR OFFICE USE: 224 2004102509212 7920065         M5  053214

       *** NON NEGOTIABLE ***            /

224                                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881400001 C

    224  CHARLOTTE REGIONAL CLAIM
        CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
        P.O. BOX 32864                           ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
        CHARLOTTE, NC 28232

                                Date: Nov 26, 2004      Page  2 of

                              Provider Name ............. UNIVERSITY OF NORTH C    F
        UNIVERSITY OF NORTH C    F              Provider TIN .............. 561118388
        PO BOX 75430                            Suffix (internal use) ..... 140
        CHARLOTTE      NC 28275                  Check Number............... 48911097

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

---

Patient Name: CLARK, LOUISE                    Patient Account #: 103872354
Patient ID:                                    Insured's Name: CLARK, NED                    Group #:  2435358
Provider Name: UNIVERSITY OF NORTH C    F      Inventory #: 8240255            Claim Cntrl #: 01306603264

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-10/31/2004 | 030000 | 1138.10 | 250.38 | 887.72 | .00 | .00 | .00 | | 80% | 177.54 | 710.18 | C3 |
| TOTALS: | | 1138.10 | 250.38 | 887.72 | .00 | .00 | .00 | | | 177.54 | 710.18 | |

                                                        TOTAL PAID:   710.18

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV         .00 PLUS
                       PT'S COINS        177.54 =      177.54

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 1,416.10 | 311.54 | 1,104.56 | .00 | .00 | .00 | 220.91 | 883.65 | 48911097 |

    TOTAL BALANCE DUE FROM PATIENT(S):      220.91

REMARKS SECTION
  C3 - DISCOUNT; MEMBER DOES NOT OWE.

                                                                     13702

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611183881410001 C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
P.O. BOX 32864                       ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL.
CHARLOTTE, NC 28232

                                     Date: Nov 30, 2004      Page 2 of

                                     Provider Name ............ UNIVERSITY OF NORTH C    F
UNIVERSITY OF NORTH C    F           Provider TIN .............. 561118388
PO BOX 75430                         Suffix (internal use) ..... 141
CHARLOTTE      NC  28275             Check Number.............. 48988524

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE          Patient Account #: 103872354
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F   Inventory #: 8300364          Claim Cntrl #: 01306663711

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30-10/31/2004 | 030000 | 1138.10 | .00 | 1138.10 | .00 | .00 | 1138.10 | 0% | .00 | .00 | 13 |
| TOTALS: | | 1138.10 | .00 | 1138.10 | .00 | .00 | 1138.10 | | .00 | .00 | |

                                                                  TOTAL PAID:    .00
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =       .00

Patient Name: CLARK, LOUISE          Patient Account #: 102605219
Patient ID:                          Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C    F   Inventory #: 8300363          Claim Cntrl #: 01306663295

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/13/2004 | 030000 | 165.00 | 36.30 | 128.70 | .00 | .00 | .00 | 100% | .00 | 128.70 | G6 |
| TOTALS: | | 165.00 | 36.30 | 128.70 | .00 | .00 | .00 | | .00 | 128.70 | |

                                                                  TOTAL PAID:    128.70
BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS              .00 =       .00

224                                    CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
     P.O. BOX 32864                       ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
     CHARLOTTE, NC 28232

                                          Date: Dec 7, 2004      Page  2 of

                                          Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES          Provider TIN .............. 561732213
     PO BOX 900018                        Suffix (internal use) ..... 073
     RALEIGH        NC 27675              Check Number............... 52067257


This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 000579115
Patient ID:                                 Insured's Name: CLARK, NED              Group #:   2435358
Provider Name: JOHN P CLARKE MD             Inventory #: 8350237           Claim Cntrl #: 01306705388

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2004 | 710100 | 38.00 | 9.58 | 28.42 | .00 | .00 | .00 | 100% | .00 | 28.42 | BD |
| TOTALS: | | 38.00 | 9.58 | 28.42 | .00 | .00 | .00 | | .00 | 28.42 | |

                                                                        TOTAL PAID:    28.42

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV          .00 PLUS
                          PT'S COINS               .00 =        .00

224                                          CONNECTICUT GENERAL LIFE INSURANCE COMPANY     95611183881410001 C

224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO          As Agent For Below Payor
      P.O. BOX 32864                       ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
      CHARLOTTE, NC 28232

                                           Date: Dec 10, 2004

                                           Provider Name ............. UNIVERSITY OF NORTH C    F
      UNIVERSITY OF NORTH C    F           Provider TIN ............. 561118388
      PO BOX 75430                         Suffix (internal use) ..... 141
      CHARLOTTE        NC 28275            Check Number ............. 52136317

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE             Patient Account #: 103380010
Patient ID:                             Insured's Name: CLARK, NED                    Group #:   2435358
Provider Name: UNIVERSITY OF NORTH C  F    Inventory #: 8420325           Claim Cntrl #: 01306729448

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2004 | 030000 | 41.00 | 9.02 | 31.98 | .00 | .00 | .00 | 100% | .00 | 31.98 | G6 |
| TOTALS: | | 41.00 | 9.02 | 31.98 | .00 | .00 | .00 | | .00 | 31.98 | |

                                                                          TOTAL PAID:    31.98

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00 PLUS
                          PT'S COINS             .00 =      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 41.00 | 9.02 | 31.98 | .00 | .00 | .00 | .00 | 31.98 | 52136317 |

REMARKS SECTION

G6 - EXCLUDED; PROVIDER DISCOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                           CONNECTICUT GENERAL LIFE INSURANCE COMPANY


                                           As Agent For Below Payor
 Group #:   2435358                        ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
 Patient ID:
 Provider TIN:  561118388                        Date: Dec 10, 2004   Check #: 52136317
 Patient Account #: 103380010
PAY TO THE
ORDER OF:  **UNIVERSITY OF NORTH C**
**THIRTY ONE DOLLARS AND 98 CENTS**                          $**31.98**


      62-20/311                            *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP               AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720                 FOR OFFICE USE: 224 2004120808321 8420325
                                                                          M5  062594

      *** NON NEGOTIABLE ***                      /

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95617322130730001 C

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO         As Agent For Below Payor
     P.O. BOX 32864                      ABBOTT LABS ANNUITY RETIREMENT TRUST POSTRETIREMENT MEDICAL
     CHARLOTTE, NC 28232

                                         Date: Dec 14, 2004      Page 2 of

                                         Provider Name ............. UNC PHYSICIANS & ASSOCIATES
     UNC PHYSICIANS & ASSOCIATES         Provider TIN .............. 561732213
     PO BOX 900018                       Suffix (internal use) ..... 073
     RALEIGH        NC  27675            Check Number............... 52182903

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE            Patient Account #: 000579115
Patient ID:                            Insured's Name: CLARK, NED              Group #:   2435358
Provider Name: JANET YOUNG MD          Inventory #: 8430257        Claim Cntrl #: 01306778876

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2004 | 992837 | 185.00 | 119.68 | 65.32 | .00 | .00 | .00 | 100% | .00 | 65.32 | BD |
| TOTALS: | | 185.00 | 119.68 | 65.32 | .00 | .00 | .00 | | .00 | 65.32 | |

                                                                          TOTAL PAID:   65.32

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS           .00 =      .00

REMARKS SECTION
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

                                                                                          18041