224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY          9562070036105000l C

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32664
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jun 28, 2001          Page 1 of 2

Provider Name ............ DURHAM REGIONAL HOSPIOP
Provider TIN ............. 562070036
Suffix (internal use) .... 105
Check Number ............. 88189865

DURHAM REGIONAL HOSPIOP
3643 N ROXBORO RD
DURHAM          NC   27704

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (if there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE        Patient Account #: 4414909
Patient ID:                        Insured's Name: CLARK, NED
Provider Name: DURHAM REGIONAL HOSPIOP    Inventory #: 6780137        Claim Cntrl #: 0128167649S       Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/NOT COV | TOTAL PT'S COINS. | PAID AT | TOTAL PAID | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/2001 | 010500 | 437.01 | 65.55 | 371.46 | .00 | 50.00 | .00 | .00 | 0% | .00 | .00 | .00 | Q4 C3 V2 |
| | | | | | | | | .00 | 100% | 321.46 | .00 | 321.46 | |
| TOTALS: | | 437.01 | 65.55 | 371.46 | .00 | 50.00 | .00 | .00 | | 321.46 | .00 | 321.46 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    .00 PLUS
                          PT'S COINS         .00 =    .00                                    TOTAL PAID:    321.46

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 437.01 | 65.55 | 371.46 | .00 | 50.00 | .00 | .00 | 321.46 | 88189865 |

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE
Q4 - $ EXCLUDED; COPAYMENT AMOUNT

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONTINUED ON NEXT PAGE

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jun 28, 2001    Check #: 88189865

Group #: 3003160
Patient ID:
Provider TIN: 562070036
Patient Account #: 4414909
PAY TO THE
ORDER OF: **DURHAM REGIONAL HOSPIOP**              $**321.46**
**THREE HUNDRED TWENTY ONE DOLLARS AND 46 CENTS**

                                                   *** NON NEGOTIABLE ***
62-20/311                                          AUTHORIZED SIGNATURE
CITIBANK(DELAWARE) CITICORP
ONE PENN'S WAY
NEW CASTLE, DE 19720

*** NON NEGOTIABLE ***           FOR OFFICE USE: 224 200106280957O 6780137              M4  169116

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     9561029437096000l c

```
224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO                    As Agent For Below Payor
     P.O. BOX 32864                                 ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232
                                                    Date: Jan 24, 2002

     PRIVATE DIAGNOSTIC CLINIC                      Provider Name ............: PRIVATE DIAGNOSTIC CLINIC
     PO BOX 900002                                  Provider TIN .............: 561029437
     RALEIGH         NC 27675                       Suffix (internal use) ....: 096
                                                    Check Number .............: 12512121
```

This statement covers CIGNA FlexCare payments for the following patients:

CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE
Patient ID: . . .                                Patient Account #: 03P128957
Provider Name: PRIV DIAG CLINIC NEUROLOGY        Insured's Name: CLARK, NED               Group #: 3003160
                                                 Inventory #: 2961901                     Claim Cntrl #: 0328865S025

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | PT'S COPAY NOT COV | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2001 | 959030 | 180.00 | 87.08 | 92.92 | .00 | .00 | .00 | .00 | 100% | .00 | 92.92 | C5 BD |
| 07/26/2001 | 959040 | 540.00 | 329.58 | 210.42 | .00 | .00 | .00 | .00 | 100% | .00 | 210.42 | C5 BD |
| TOTALS: | | 720.00 | 416.66 | 303.34 | .00 | .00 | .00 | .00 | | .00 | 303.34 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00
                          PT'S COINS             .00 PLUS
                                                 .00 -                    TOTAL PAID:  303.34

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE.

C5 - CONTRACT SCHEDULE APPLIED.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

---

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

PAYMENT SUMMARY SECTION

| | TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|---|
| | 720.00 | 416.66 | 303.34 | .00 | .00 | .00 | .00 | 303.34 | 12512121 |

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Jan 24, 2002     Check #: 12512121

Group #: 3003160
Patient ID:
Provider TIN: 561029437
Patient Account #: 03P128957

PAY TO THE
ORDER OF: **PRIVATE DIAGNOSTIC CLINIC**                              $**303.34**
**THREE HUNDRED THREE DOLLARS AND 34 CENTS**

62-20/311
CITIBANK(DELAWARE) CITICORP                                          *** NON NEGOTIABLE ***
ONE PENN'S WAY                                                       AUTHORIZED SIGNATURE
NEW CASTLE, DE 19720

*** NON NEGOTIABLE ***                FOR OFFICE USE: 224 200201308170 2961901              M4 150345

224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    95611838102O0001 C

224   CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Aug 23, 2002                Page 2 of

UNIVERSITY OF NORTH C
PO BOX 75430
CHARLOTTE    NC  28275

Provider Name ............... UNIVERSITY OF NORTH C
Provider TIN ................ 56118388
Suffix (internal use) ....... 102
Check Number................. 24961616

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (if there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 79136644
Patient ID:                              Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C     Inventory #: 7250106        Claim Cntrl #: 0129399450°      Group #:  3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2002 | 030560 | 330.00 | 108.90 | 221.10 | .00 | .00 | .00 | .00 | 100% | .00 | 221.10 | BD |
| TOTALS: | | 330.00 | 108.90 | 221.10 | .00 | .00 | .00 | .00 | | .00 | 221.10 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 PLUS
                          PT'S COINS          .00 =      .00        TOTAL PAID:  221.10

```
224                                              CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561118388124000l C

     224  CHARLOTTE REGIONAL CLAIM
          CONNECTICUT GEN LIFE INS CO              As Agent For Below Payor
          P.O. BOX 32864                           ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
          CHARLOTTE, NC 28232

                                                          Date: Oct 11, 2002

          UNIVERSITY OF NORTH C    *                      Provider Name ..............  UNIVERSITY OF NORTH C  *
          PO BOX 75430                                    Provider TIN ...............  56111838B
          CHARLOTTE       NC  28275                       Suffix (internal use) ......  124
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (if there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE              Patient Account #: 80701725
Patient ID: ...                          Insured's Name: CLARK, NED                  Group #:  3003160
Provider Name: UNIVERSITY OF NORTH C *   Inventory #: 7800091        Claim Cntrl #: 0129502338z

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2002 | 030000 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 0% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

BALANCE DUE FROM PATIENT:   PT'S DED/NOT COV     -75.00 PLUS
                            PT'S COINS             .00  =    -75.00                         TOTAL PAID:      .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | .00 | .00 |

REMARKS SECTION

TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER
RETAIN THIS STATEMENT FOR YOUR RECORDS.
                 THIS IS NOT A BILL

PROVIDER'S COPY                                                                                   M5 171312

```
                                            CONNECTICUT GENERAL LIFE INSURANCE COMPANY    9561118388124000001 C
224

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO                     As Agent For Below Payor
     P.O. BOX 32864                                  ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232

                                                     Date: Nov 8, 2002        Page 2 of

                                                     Provider Name .........: UNIVERSITY OF NORTH C  *
     UNIVERSITY OF NORTH C   *                       Provider TIN ..........: 561118388
     PO BOX 75430                                    Suffix (internal use) .: 124
     CHARLOTTE          NC 28275                     Check Number...........: 48475928
```

This statement covers CIGNA PlexCare payments for the following patients:
CLAIM DETAIL SECTION (if there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

| Patient Name: CLARK, LOUISE | | | Patient Account #: 80708779 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient ID: | | | Insured's Name: CLARK, NED | | | | | | |
| Provider Name: UNIVERSITY OF NORTH C  * | | | Inventory #: 7980136 | | | Claim Cntrl #: 0129571065 | | Group #: 3003160 | |

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | PT'S DED/ PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/2002 | 030550 | 84.00 | 17.64 | 66.36 | .00 | .00 | .00 | .00  80% | 13.27 | 53.09 | C3 |
| TOTALS: | | 84.00 | 17.64 | 66.36 | .00 | .00 | .00 | .00 | 13.27 | 53.09 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV      .00 PLUS
                          PT'S COINS          13.27  =   13.27          TOTAL PAID:    53.09

CONNECTICUT GENERAL LIFE INSURANCE COMPANY          9561118388124001 C

```
224

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO                As Agent For Below Payor
     P.O. BOX 32864                             ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE
     CHARLOTTE, NC 28232
                                                Date: Dec 13, 2002         Page 2 of

                                                Provider Name ............... UNIVERSITY OF NORTH C
     UNIVERSITY OF NORTH C                      Provider TIN ................ 56118388
     PO BOX 75430                                Suffix (internal use) ....... 124
     CHARLOTTE      NC  28275                   Check Number................. 21063899
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE           Patient Account #: 81730400
Patient ID:                           Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C  Inventory #: 8370154           Claim Cntrl #: 0129638255    Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | PT'S DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2002 | 030560 | 71.00 | 14.91 | 56.09 | .00 | .00 | .00 | .00 | 100% | .00 | 56.09 | C3 |
| TOTALS: | | 71.00 | 14.91 | 56.09 | .00 | .00 | .00 | .00 | | .00 | 56.09 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 PLUS
                         PT'S COINS            .00  =         .00              TOTAL PAID:      56.09

CONNECTICUT GENERAL LIFE INSURANCE COMPANY                 956111893881240001 C

224

224 CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Feb 14, 2003          Page 2 of

Provider Name ............ UNIVERSITY OF NORTH C  P
Provider TIN ............. 561118388
Suffix (internal use) .... 124
Check Number ............. 32258731

UNIVERSITY OF NORTH C   P
PO BOX 75430
CHARLOTTE   NC  28275

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE
Patient ID:
Provider Name: UNIVERSITY OF NORTH C  P

Patient Account #: 83514976
Insured's Name: CLARK, NED
Inventory #: 5370094

Claim Cntrl #: 0129772366    Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | PT'S DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2003 | 034340 | 103.00 | .00 | 103.00 | 103.00 | .00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| 01/10/2003 | 034340 | 90.00 | .00 | 90.00 | 90.00 | .00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| 01/13/2003 | 034340 | 90.00 | .00 | 90.00 | 90.00 | .00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| TOTALS: | | 283.00 | .00 | 283.00 | 283.00 | .00 | .00 | .00 | | .00 | .00 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -283.00 PLUS
                          PT'S COINS           .00 =  -283.00                           TOTAL PAID:      .00

Patient Name: CLARK, LOUISE
Patient ID:
Provider Name: UNIVERSITY OF NORTH C  P

Patient Account #: 83408328
Insured's Name: CLARK, NED
Inventory #: 5370091

Claim Cntrl #: 0129772461    Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | PT'S DED/ | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2002 | 034330 | 113.00 | .00 | 113.00 | 113.00 | .00 | .00 | .00 | 0% | .00 | .00 | AR C5 |
| TOTALS: | | 113.00 | .00 | 113.00 | 113.00 | .00 | .00 | .00 | | .00 | .00 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    -113.00 PLUS
                          PT'S COINS           .00 =  -113.00                           TOTAL PAID:      .00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                          PT'S COINS           543.60  =   543.60                                    TOTAL PAID:  2174.40

PAYMENT SUMMARY SECTION

| TOTAL | TOTAL | TOTAL | TOTAL PROVIDER | TOTAL | TOTAL | TOTAL | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | RESPONSIBILITY | PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | PAID | CHECK # |
| 11,888.42 | 8,774.42 | 3,114.00 | 396.00 | .00 | .00 | 543.60 | 2,174.40 | 32258731 |

TOTAL BALANCE DUE FROM PATIENT(S):   147.60

CONTINUED ON NEXT PAGE

39038

224

CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

CONNECTICUT GENERAL LIFE INSURANCE COMPANY     9561183881240001 C

Date: Mar 12, 2004          Page 4 of

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE    NC  28275

Provider Name ............ UNIVERSITY OF NORTH C   F
Provider TIN ............. 561118388
Suffix (internal use) .... 124
Check Number ............. 44312924

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                     Patient Account #: 94755477
Patient ID:                                     Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C   F        Inventory #: 5690636          Claim Cntrl #: 0130411732G    Group #: 2435358

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S COPAY NOT COV | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2004 | 030000 | 1320.00 | 277.20 | 1042.80 | .00 | .00 | .00 | .00 | 100% | .00 | 1042.80 | C3 |
| TOTALS: | | 1320.00 | 277.20 | 1042.80 | .00 | .00 | .00 | .00 | | .00 | 1042.80 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00 =
                          PT'S COINS          .00      .00                                              TOTAL PAID:   1042.80

Patient Name: CLARK, LOUISE                     Patient Account #: 94664000
Patient ID:                                     Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C   F        Inventory #: 5690635          Claim Cntrl #: 0130411730G    Group #: 2435358

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S COPAY NOT COV | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2004 | 030000 | 67.00 | 14.07 | 52.93 | .00 | .00 | .00 | .00 | 100% | .00 | 52.93 | C3 |
| TOTALS: | | 67.00 | 14.07 | 52.93 | .00 | .00 | .00 | .00 | | .00 | 52.93 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    .00 PLUS
                          PT'S COINS          .00  =    .00                                             TOTAL PAID:    52.93

CONNECTICUT GENERAL LIFE INSURANCE COMPANY                    956111838812400001 C

CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

Date: Apr 11, 2003          Page 2 of

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

UNIVERSITY OF NORTH C    P
PO BOX 75430
CHARLOTTE           NC 28275

Provider Name: ................ UNIVERSITY OF NORTH C   P
Provider TIN: ................. 561118388
Suffix (Internal use): ........ 124
Check Number: ................. 18520850

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                    Patient Account #: 463079140
Patient ID:                                    Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C    P      Inventory #: 5981107          Claim Cntrl #: 0129872673  Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY NOT COV | PT'S DED/ COPAY NOT COV | PAID AT | TOTAL PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/2002 | 039530 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | 0% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | | .00 | .00 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV   -75.00 PLUS
                         PT'S COINS           .00  =  -75.00                    TOTAL PAID:     .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 184.00 | 22.89 | 161.11 | 75.00 | .00 | .00 | .00 | 86.11 | 18520850 |

TOTAL BALANCE DUE FROM PATIENT(S):    -75.00

REMARKS SECTION
C3 - DISCOUNT, MEMBER DOES NOT OWE.
TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER

34778

CONNECTICUT GENERAL LIFE INSURANCE COMPANY    956209974914700001 C

224

224 CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Apr 25, 2003        Page 3 of

REHAB PROVIDER NC          C
PO BOX 632200
CINCINNATI       OH  45263

Provider Name ............: REHAB PROVIDER NC     C
Provider TIN .............: 56209974
Suffix (internal use) .....: 147
Check Number..............: 33065032

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 105043346
Patient ID:                              Insured's Name: CLARK, NED
Provider Name: REHAB PROVIDER NC    C    Inventory #: 6060658            Claim Cntrl #: 0129895509    Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S NOT COV | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2003 | 970037 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| 01/10/2003 | 970037 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| 01/13/2003 | 970037 | 64.00 | .00 | 64.00 | .00 | .00 | .00 | .00 | 80% | 12.80 | 51.20 | C5 |
| TOTALS: | | 192.00 | .00 | 192.00 | .00 | .00 | .00 | .00 | | 38.40 | 153.60 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV       .00 PLUS
                         PT'S COINS          38.40 =      38.40         TOTAL PAID:   153.60

224

```
224   CHARLOTTE REGIONAL CLAIM
      CONNECTICUT GEN LIFE INS CO
      P.O. BOX 32864
      CHARLOTTE, NC 28232
```

CONNECTICUT GENERAL LIFE INSURANCE COMPANY        956208972900100001 C

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: May 16, 2003

```
HIGHGATE FAMILY MEDICAL CENTE            Provider Name .......... HIGHGATE FAMILY MEDICAL CENTE
PO BOX 24127                             Provider TIN ........... 562089729
WINSTON SALEM    NC  27103               Suffix (internal use) .. 001
                                         Check Number ........... 33920297
```

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE           Patient Account #: AK6004C6D
Patient ID:                           Insured's Name: CLARK, NED
Provider Name: EVAN A ASHKIN MD       Inventory #: 6250723            Claim Cntrl #: 0129935 7564   Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | CONTRACT PROVIDER RESP. | TOTAL PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | PAID AT | TOTAL PAID | TOTAL COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29/2003 | 992119 | 78.00 | 30.86 | 47.14 | 15.00 32.14 | 15.00 | .00 .00 | .00 .00 | 100% 100% | .00 32.14 | .00 .00 | .00 32.14 | Q4 BD |
| TOTALS: | | 78.00 | 30.86 | 47.14 | | 15.00 | .00 | .00 | | | | | |

TOTAL PAID:  32.14

BALANCE DUE FROM PATIENT:  PT'S DED/NOT COV     .00        PT'S COINS     .00 PLUS     .00 =

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 78.00 | 30.86 | 47.14 | 32.14 | 15.00 | .00 | .00 | 32.14 | 33920297 |

REMARKS SECTION
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE DIFFERENCE.
Q4 - $ EXCLUDED; COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: May 16, 2003    Check #: 33920297

```
Group #: 3003160
Patient ID:
Provider TIN: 562089729
Patient Account #: AK6004C6D
PAY TO THE
ORDER OF: **HIGHGATE FAMILY MEDICAL CENTE**
**THIRTY TWO DOLLARS AND 14 CENTS**                       $**32.14**

62-20/311
CITIBANK(DELAWARE) CITICORP
ONE PENN'S WAY                                *** NON NEGOTIABLE ***
NEW CASTLE, DE 19720                           AUTHORIZED SIGNATURE

        *** NON NEGOTIABLE ***

/                  FOR OFFICE USE: 224 200305150926 2 6250723                                  M5  142839
```

224

```
224 CHARLOTTE REGIONAL CLAIM                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY      9562089729001001 C
    CONNECTICUT GEN LIFE INS CO
    P.O. BOX 32864                                As Agent For Below Payor
    CHARLOTTE, NC 28232                           ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

                                                  Date: May 23, 2003        Page  1 of  2

    HIGHGATE FAMILY MEDICAL CENTE                 Provider Name ............. HIGHGATE FAMILY MEDICAL CENTE
    PO BOX 24627                                  Provider TIN .............. 562089729
    WINSTON SALEM   NC 27103                      Suffix (internal use) ..... 001
                                                  Check Number .............. 34194932
```

This statement covers CIGNA PlanCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUIE
Patient ID:                                       Patient Account #: AX6004CER
Provider Name: SALLY JOHNSON MD                   Insured's Name: CLARK, NED
                                                  Inventory #: 6340674           Claim Cntrl #: 0129950394Z   Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2002 | 992149 | 113.00 | 40.86 | 10.00 | .00 | 10.00 | .00 | 100% | .00 | .00 | Q4 BD |
| 11/21/2002 |        364154 |  16.00 |  .00 | 62.14 | .00 | .00 | .00 | 100% | .00 | 62.14 | C5 |
| 11/21/2002 |        82707 |  25.00 | 21.40 | 16.00 | .00 | .00 | .00 | 100% | .00 | 16.00 | C5 |
|            |                 |        |       | 3.60  | .00 | .00 | .00 | 100% | .00 | 3.60 | BD |
| TOTALS: |        | 154.00 | 62.26 | 91.74 | .00 | 10.00 | .00 |      | .00 | 81.74 |     |

                                                                          TOTAL PAID:    81.74

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV     .00
                          PT'S COINS           .00   .00 PLUS
                                                     .00 =          .00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 154.00 | 62.26 | 91.74 | .00 | 10.00 | .00 | .00 | 81.74 | 34194932 |

REMARKS SECTION
Q5 - CONTRACT SCHEDULE APPLIED.
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE
     DIFFERENCE.

DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.                        CONTINUED ON NEXT PAGE

                                                                      CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                                                      As Agent For Below Payor
                                                                      ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Group #:  3003160
Patient ID:                                                           Date: May 23, 2003     Check #: 34194932
Provider TIN: 562089729
Patient Account #: AX6004CER
PAY TO THE                                                                                     $**81.74**
ORDER OF:   **HIGHGATE FAMILY MEDICAL CENTE**
            **EIGHTY ONE DOLLARS AND 74 CENTS**

                                                                                           *** NON NEGOTIABLE ***
62-20/311                                                                                  AUTHORIZED SIGNATURE
CITIBANK (DELAWARE) CITICORP                                                                    —
ONE PENN'S WAY
NEW CASTLE, DE 19720

                       FOR OFFICE USE: 224 20030523065512 6340674                                       M5  106815

D224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY                    926005461600010001 c

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864                         As Agent For Below Payor
     CHARLOTTE, NC 28232                    ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

                                            Date: May 29, 2003

                                            Provider Name ............. CHAPEL HILL NEUROLOGY
     CHAPEL HILL NEUROLOGY                  Provider TIN .............. 260054616
     101 CONNER DR # 200                    Suffix (internal use) ..... 001
     CHAPEL HILL    NC 27514                Check Number .............. 34370026

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)
Patient Name: CLARK, LOUISE             Patient Account #: 0034351
Patient ID:                             Insured's Name: CLARK, NED
Provider Name: CHOCK TSERING MD         Inventory #: 6390597          Claim Cntrl #: 0129581627   Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | PT'S COPAY NOT COV | PT'S DED/ NOT COV | PAID AT | PT'S COINS. | TOTAL PAID | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2003 | 992459 | 413.00 | 238.95 | 15.00 159.05 | .00 | 15.00 | .00 | .00 .00 | 100% 100% | .00 .00 | 159.05 | .00 34370026 | Q4 BD |

| TOTALS: | | 413.00 | 238.95 | 174.05 | .00 | 15.00 | .00 | .00 | | .00 | 159.05 | | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV        .00
                          PT'S COINS             .00 PLUS
                                                 .00 =          .00                  TOTAL PAID:   159.05

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 413.00 | 238.95 | 174.05 | .00 | 15.00 | .00 | .00 | 159.05 | 34370026 |

REMARKS SECTION

BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE DIFFERENCE.
Q4 - $ EXCLUDED), COPAYMENT AMOUNT.
DETACH-RETAIN THIS STATEMENT FOR YOUR RECORDS.

                                        CONNECTICUT GENERAL LIFE INSURANCE COMPANY

                                        As Agent For Below Payor
                                        ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Group #: 3003160
Patient ID:                                         Date: May 29, 2003    Check #: 34370026
Provider TIN: 260054616
Patient Account #: 0034351
PAY TO THE
ORDER OF: **CHAPEL HILL NEUROLOGY**                                    $**159.05**
**ONE HUNDRED FIFTY NINE DOLLARS AND 05 CENTS**

     62-20/311                                             *** NON NEGOTIABLE ***
CITIBANK(DELAWARE) CITICORP                                AUTHORIZED SIGNATURE
ONE PENN'S WAY
NEW CASTLE, DE 19720

*** NON NEGOTIABLE ***             FOR OFFICE USE: 224 2003052909365 6390597                 M4  107457

224

224  CHARLOTTE REGIONAL CLAIM
     CONNECTICUT GEN LIFE INS CO
     P.O. BOX 32864
     CHARLOTTE, NC 28232

CONNECTICUT GENERAL LIFE INSURANCE COMPANY                    956173221307300001 C

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Aug 19, 2003                   Page 2 of

UNC PHYSICIANS & ASSOCIATES              Provider Name ............. UNC PHYSICIANS & ASSOCIATES
PO BOX 900018                            Provider TIN .............. 561733213
RALEIGH        NC   27675                Suffix (internal use) ..... 073
                                         Check Number .............. 87469005

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (if there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED
Provider Name: JOHN D WRIGHT MD          Inventory #: 7230545                Claim Cntrl #: 0130030696

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | TOTAL PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | PAID AT | TOTAL PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 920157 | 25.00 | .00 | 10.00 15.00 | .00 | 10.00 | .00 .00 | .00 100% | 0% | .00 .00 | .00 15.00 | Q4 C5 |

TOTALS:                 25.00    .00    25.00         .00    10.00    .00         .00         15.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    .00 PLUS
                          PT'S COINS         .00 =          .00                    TOTAL PAID:  15.00

Patient Name: CLARK, LOUISE              Patient Account #: 000579115
Patient ID:                              Insured's Name: CLARK, NED
Provider Name: JOHN D WRIGHT MD          Inventory #: 7230544                Claim Cntrl #: 3003160    Group #: 0130930679

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | TOTAL PT'S COPAY | PT'S DED/ NOT COV | PT'S COINS. | PAID AT | TOTAL PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 920147 | 100.00 | 60.00 | 10.00 30.00 | .00 | 10.00 | .00 .00 | 0% 100% | | .00 .00 | .00 30.00 | Q4 BD |

TOTALS:                 100.00   60.00   40.00         .00    10.00    .00                     30.00

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV    .00 PLUS
                          PT'S COINS         .00 =          .00                    TOTAL PAID:  30.00

PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| 125.00 | 60.00 | 65.00 | .00 | 20.00 | .00 | .00 | 45.00 | 87469005 |

TOTAL BALANCE DUE FROM PATIENT(S):    .00

REMARKS SECTION
BD - EXCESS OVER SCHEDULE; MEMBER DOES NOT OWE. THIS PROVIDER IS PROHIBITED FROM BILLING THE PATIENT FOR THE DIFFERENCE.
C5 - CONTRACT SCHEDULE APPLIED.

224

224  CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

CONNECTICUT GENERAL LIFE INSURANCE COMPANY      9561118388124000l C

As Agent for Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

Date: Aug 22, 2003          Page 2 of

UNIVERSITY OF NORTH C    P
PO BOX 75430
CHARLOTTE          NC  28275

Provider Name ................. UNIVERSITY OF NORTH C   P
Provider TIN .................. 561183388
Suffix (internal use) ......... 124
Check Number .................. 87616386

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (If there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

Patient Name: CLARK, LOUISE                     Patient Account #: 88183942
Patient ID:                                     Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C   P        Inventory #: 7300064         Claim Cntrl #: 0130097796    Group #: 3003160

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | TOTAL PROVIDER RESP. | TOTAL PT'S COPAY | PT'S DED/ NOT COV | TOTAL PT'S COPAY NOT COV | TOTAL PT'S COINS. | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2003 | 039530 | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | .00 | .00 | 100% | .00 | .00 | TA |
| TOTALS: | | 75.00 | .00 | 75.00 | 75.00 | .00 | .00 | .00 | .00 | | .00 | .00 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV   -75.00 PLUS
                         PT'S COINS           .00 =  -75.00                                    TOTAL PAID:    .00

PAYMENT SUMMARY SECTION

| | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | TOTAL PT'S COPAY | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|
| TOTAL CHARGES 150.00 | 15.75 | 134.25 | 75.00 | .00 | .00 | .00 | 59.25 | 87616386 |

TOTAL BALANCE DUE FROM PATIENT(S):   -75.00

REMARKS SECTION
C3 - DISCOUNT; MEMBER DOES NOT OWE.

TA - YOUR INDIVIDUAL CONTRACT EXCLUDES BILLING FOR THIS SERVICE; THEREFORE NO BALANCE DUE FROM MEMBER

36215

224

224 CHARLOTTE REGIONAL CLAIM
CONNECTICUT GEN LIFE INS CO
P.O. BOX 32864
CHARLOTTE, NC 28232

CONNECTICUT GENERAL LIFE INSURANCE COMPANY        9561183812460001 C

As Agent For Below Payor
ABBOTT LABORATORIES HEALTH CARE TRUST - ACTIVE

UNIVERSITY OF NORTH C    F
PO BOX 75430
CHARLOTTE    NC   28275

Date: Sep 26, 2003         Page 2 of

Patient Name: CLARK, LOUISE                      Patient Account #: 8491849
Patient ID:                                      Insured's Name: CLARK, NED
Provider Name: UNIVERSITY OF NORTH C    F        Inventory #: 7680141

Provider Name .............. UNIVERSITY OF NORTH C    F
Provider TIN ............... 561118388
Suffix (Internal use) ...... 124
Check Number ............... 89891102

This statement covers CIGNA FlexCare payments for the following patients:
CLAIM DETAIL SECTION (if there are numbers in the 'SEE REMARKS' column, see the Remarks Section for explanation.)

| SERVICE DATE(S) | PROCEDURE | TOTAL CHARGES | CONTRACT ADJUSTMENT | CONTRACT AMOUNT | PROVIDER RESP. | PT'S COPAY | PT'S DED/NOT COV | PAID AT | PT'S COINS. | TOTAL PAYMENT | SEE REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2003 | 030580 | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | 0% | .00 | .00 AR |
| TOTALS: | | 91.00 | .00 | 91.00 | 91.00 | .00 | .00 | | .00 | .00 | |

BALANCE DUE FROM PATIENT: PT'S DED/NOT COV   -91.00 PLUS
                         PT'S COINS          .00  =  -91.00

Claim Cntrl #: 0130156685
Group #: 3003160

TOTAL PAID:    .00