## PAYMENT SUMMARY SECTION

| TOTAL CHARGES | TOTAL CONTRACT ADJUSTMENT | TOTAL CONTRACT AMOUNT | TOTAL PROVIDER RESPONSIBILITY | PT'S COPAY | PT'S COINS | TOTAL PT'S DED/ NOT COV | TOTAL PT'S COINS. | TOTAL PAID | CHECK # |
|---|---|---|---|---|---|---|---|---|---|
| 1,963.00 | 393.12 | 1,569.88 | 91.00 | .00 | .00 | .00 | .00 | 1,478.88 | 89891102 |

TOTAL BALANCE DUE FROM PATIENT(S): -91.00

REMARKS SECTION
AR - DENIED; NECESSARY REFERRAL TO A SPECIALIST OR PRE-CERTIFICATION IS NOT ON FILE. MEMBER DOES NOT OWE.

CONTINUED ON NEXT PAGE

40129



**QUALITY COPY ACQUISITION CORP.**
d/b/a SOURCECORP. HEALTHSERVE
P.O. BOX: 524650
MIAMI, FL 33152-4650
TELEPHONE: (305)591-4119 - FACSIMILE: (305)591-4439
TAX I.D. No.: 65-0765287



**INVOICE**

**DUK-88056**



*Account No.:* 000-000-0247-73
*Facility:* DUKE UNIVERSITY MEDICAL CENTER
*Patient:* LOUSIE S CLARK
*S.S.N.:* \*\*\*-\*\*-0744
*Medical Rec.:* T36541
*Customer Ref.:*
*Request Type:* PATIENT

*Invoice Date:* 07/06/04
35079

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| PAGES | 2 | 0.75 | 1.50 |
| | | Sub Total: | 1.50 |
| Pages Hard Copy: 2 | | Tax: | 0.00 |
| Pages Microfilm: 0 | | Postage & Handling: | 0.00 |
| Pages Optical: 0 | | Prepayment: | 0.00 |
| Pages Others: 0 | | AMOUNT DUE: | 1.50 |

TERMS: NET UPON RECEIPT, PAST DUE AFTER 30 DAYS IN THE EVENT THAT THIS OBLIGATION IS TURNED OVER TO AN ATTORNEY TO ENFORCE COLLECTION, THE PURCHASER AGREES TO PAY ALL REASONABLE FEES, INTEREST 1.5% PER MONTH AND COST OF COLLECTION. WE ACCEPT ALL MAJOR CREDIT CARDS.

**CUSTOMER**

**PLEASE RETURN TOP STUB WITH YOUR PAYMENT AND KEEP BOTTOM FOR YOUR RECORDS.**

# INVOICE

Smart Document Solutions, LLC
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-464-0035

Invoice #: 0022070691
Date:    07/08/2004

**Ship to:**
LOUISE CLARK
2304 A LINCOLN ST
DURHAM, NC 27707

**Bill to:**
LOUISE CLARK
2304 A LINCOLN ST
DURHAM, NC 27707

**Records from:**
UNC AMBULATORY CARE CENTER
101 MANNING DRIVE
CHAPEL HILL, NC 27514

Requested By: LOUISE CLARK
Patient Name: CLARK LOUISE S
DOB:    070642

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Please refer to the insert included with this invoice for more information about Smart Document Solutions or the charges incurred. www.SmartDocumentSolutions.net **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 38 | 0.15 | 5.70 |
| Per Page Copy (Paper) 2 | 13 | 0.50 | 6.50 |
| Per Page Copy (Paper) 3 | 25 | 0.75 | 18.75 |
| Shipping/Handling | | | 1.06 |
| Subtotal | | | 32.01 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 32.01 |
| Balance Due | | | 32.01 |

**Please remit this amount : $ 32.01**

# INVOICE

**Smart Document Solutions, LLC**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0022070691
Date:  07/21/2004

**Ship to:**
LOUISE CLARK
2304 A LINCOLN ST
DURHAM, NC 27707

**Bill to:**
LOUISE CLARK
2304 A LINCOLN ST
DURHAM, NC 27707

**Records from:**
UNC AMBULATORY CARE CENTER
101 MANNING DRIVE
CHAPEL HILL, NC 27514

**Requested By:** LOUISE CLARK
**Patient Name:** CLARK LOUISE S
**DOB:** 070642

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 38 | 0.15 | 5.70 |
| Per Page Copy (Paper) 2 | 13 | 0.50 | 6.50 |
| Per Page Copy (Paper) 3 | 25 | 0.75 | 18.75 |
| Shipping/Handling | | | 1.06 |
| Subtotal | | | 32.01 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 32.01 |
| Less Payment | | | -32.01 |
| Balance Due | | | 0.00 |

---

**Smart Document Solutions, LLC**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0022070691

Check # _____
Payment Amount $_____

## Please return stub with payment.
Please include invoice number on check.
To pay by credit card, please call (770) 754-6000.