Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# All Tests

Date range: **06/01/2001 to 07/07/2004**

New Query

Graphs

Order: **66072222**    Collection Date and Time: **06/07/2004   1442**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 06/07/2004 | 1791 | **TSH** | 1.33 | | MICROIU/ML | 0.46-4.68 |
| 06/21/2004 | 9055 | **CRYOGLOBULINS** | : | | | |
| 06/21/2004 | 8048 | **CRYOGLOBULINS** | NEGATIVE | | | NEGATIVE |

Order: **63312665**    Collection Date and Time: **03/31/2004   1245**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 03/31/2004 | 36 | **CREATINE KINASE** | 61 | | U/L | 45-145 |
| 03/31/2004 | 1791 | **TSH** | 0.29 | L | MICROIU/ML | 0.46-4.68 |
| 03/31/2004 | 2175 | **SED RATE** | 20 | | MM/HR | 0-30 |

Order: **62192263**    Collection Date and Time: **02/19/2004   1520**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 03/03/2004 | 9055 | CRYOGLOBULINS | : | | | |
| 03/03/2004 | 8048 | CRYOGLOBULINS | POSITIVE | AB | | NEGATIVE |
| 03/03/2004 | 8126 | IGG | DETECTED | AB | | NOT DETECTED |
| 03/03/2004 | 8127 | IGA | NOT DETECTED | | | NOT DETECTED |
| 03/03/2004 | 8128 | IGM | NOT DETECTED | | | NOT DETECTED |
| 03/03/2004 | 8129 | KAPPA | NOT DETECTED | | | NOT DETECTED |
| 03/03/2004 | 8130 | LAMBDA | NOT DETECTED | | | NOT DETECTED |
| 03/03/2004 | 8131 | C3 | NOT DETECTED | | | NOT DETECTED |
| 03/03/2004 | 8132 | C4 | NOT DETECTED | | | NOT DETECTED |
| 03/03/2004 | 8133 | FIBRINOGEN | NOT DETECTED | | | NOT DETECTED |

Order: 62192253    Collection Date and Time: 02/19/2004  1601

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 02/19/2004 | 20 | CALCIUM | 9.3 | | MG/DL | 8.5-10.2 |
| 02/19/2004 | 33 | AST | 19 | | U/L | 14-38 |
| 02/19/2004 | 34 | ALT | 29 | | U/L | 15-48 |
| 02/19/2004 | 36 | CREATINE KINASE | | | U/L | 45-145 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| | | | 45 | | | |
| 02/19/2004 | 65 | **TRIGLYCERIDES** | 145 | | MG/DL | 1-149 |
| 02/26/2004 | M591 | **METHYLMALONIC AC** | 0.23 | N | umol/L | 0.0-0.40 |
| | | | Test Performed by: Mayo Medical Laboratories 200 First Street SW, Rochester, MN 55905 Laboratory Director: Curtis A. Hanson, M.D. | | | |
| 02/20/2004 | 1125 | **MYELOMA WORKUP,S** | : | | | |
| 02/20/2004 | 92 | **IGG,SERUM** | 1507 | | MG/DL | 525-1650 |
| 02/20/2004 | 93 | **IGM,SERUM** | 48 | | MG/DL | 25-210 |
| 02/20/2004 | 94 | **IGA,SERUM** | 437 | H | MG/DL | 40-390 |
| 02/20/2004 | 115 | **C REACTIVE PROT** | 2.1 | H | MG/DL | 0.0-2.0 |
| 02/20/2004 | 122 | **SPE INTERPRETAT** | : The SPE pattern is essentially unremarkable. There is no evidence of a monoclonal protein. | | | |
| 02/20/2004 | 124 | **TOTAL PROT,SPE** | 7.6 | | G/DL | 6.6-8.0 |
| 02/20/2004 | 125 | **ALBUMIN,SPE** | 3.9 | | G/DL | 3.5-5.0 |
| 02/20/2004 | 1145 | **IMMUNOFIX,SERUM** | : No monoclonal protein detected. | | | |
| 02/20/2004 | 852 | **B12** | | H | PG/ML | 193-900 |

| | | | 1079 | | | |
|---|---|---|---|---|---|---|
| 02/20/2004 | 853 | FOLATE | 8.2 | | NG/ML | 2.7-20.0 |
| 02/20/2004 | 9057 | ANTI-NUCLEAR AB | : | | | |
| 02/20/2004 | 8041 | ANTI-NUCLEAR AB | NEGATIVE | | | NEGATIVE |
| 02/27/2004 | 9056 | ENA PANEL | : | | | |
| 02/27/2004 | 8094 | ENA PANEL | : | | | |
| 02/27/2004 | 8240 | SM | NEGATIVE | | | NEGATIVE |
| 02/27/2004 | 8241 | RNP | NEGATIVE | | | NEGATIVE |
| 02/27/2004 | 8242 | SSA | NEGATIVE | | | NEGATIVE |
| 02/27/2004 | 8243 | SSB | NEGATIVE | | | NEGATIVE |
| 02/23/2004 | 9065 | RHEUMATOID FACT | : | | | |
| 02/23/2004 | 8052 | RHEUMATOID FACT | NEGATIVE | | | NEGATIVE |
| 02/20/2004 | 8325 | HEPATITIS C AB | NEGATIVE | | | NEGATIVE |
| 02/25/2004 | 6850 | LYME SEROLOGY | NEGATIVE | | | NEGATIVE |
| 02/20/2004 | 9068 | RPR/SERUM | : | | | |
| 02/20/2004 | 8060 | RPR,SERUM | NON-REACTIVE | | | NON-REACTIVE |

Order: 62232461       Collection Date and Time: 02/22/2004   0800

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 02/26/2004 | M043 | ARSENIC,URINE | : | | | |
| 02/26/2004 | M044 | ARSENIC,TIMED UR | <15<br>– EXPECTED VALUES – | N | ug/spec | 0-119 |

| 02/26/2004 | M583 | MERCURY,URINE | : | | | |
|---|---|---|---|---|---|---|
| 02/26/2004 | M584 | MERCURY,TIMED UR | 1<br>-- EXPECTED VALUES --<br><10<br>>50 (Toxic concentration)<br>The concentration at which toxicity is expressed is widely variable between patients. 50 ug/specimen is the lowest concentration at which toxicity is usually apparent. | N | ug/spec | 0.0-9.9 |
| 02/26/2004 | M586 | HOURS COLLECTED | 24 | | h | |
| 02/26/2004 | M587 | TOTAL VOLUME | 3400 | | mL | |
| | | | Test Performed by:<br>Mayo Medical Laboratories<br>200 First Street SW,<br>Rochester, MN 55905<br>Laboratory Director:<br>Curtis A. Hanson, M.D. | | | |

Order: 62192253      Collection Date and Time: 02/19/2004  1600

| Comp Date | Test Number | Test Name | Result | Units | Reference Range |
|---|---|---|---|---|---|
| 02/20/2004 | 7454 | HGB A1C | : | | |

| | | | <120 (Normals)<br>> or = 5000 (Toxic concentration) | | | |
|---|---|---|---|---|---|---|
| 02/26/2004 | M046 | HOURS COLLECTED | 24 | | h | |
| 02/26/2004 | M047 | TOTAL VOLUME | 3400 | | mL | |
| | | | Test Performed by:<br>Mayo Medical Laboratories<br>200 First Street SW,<br>Rochester, MN 55905<br>Laboratory Director:<br>Curtis A. Hanson, M.D. | | | |
| 02/26/2004 | M482 | LEAD,URINE | : | | | |
| 02/26/2004 | M483 | LEAD,TIMED URINE | <5<br>-- EXPECTED VALUES --<br><80 (Normal)<br>80-400 (Inconclusive)<br>>400 (Abnormal) | N | ug/spec | 0-79 |
| 02/26/2004 | M485 | HOURS COLLECTED | 24 | | h | |
| 02/26/2004 | M486 | TOTAL VOLUME | 3400 | | mL | |
| | | | Test Performed by:<br>Mayo Medical Laboratories<br>200 First Street SW,<br>Rochester, MN 55905<br>Laboratory Director:<br>Curtis A. Hanson, M.D. | | | |

| 02/20/2004 | 7455 | HGB A1C | 5.5 | | % | 4.8-6.0 |
| 02/20/2004 | 1764 | HOMOCYSTEINE | 13.3 | H | UMOL/L | 5.0-13.0 |
| 02/19/2004 | 2175 | SED RATE | 23 | | MM/HR | 0-30 |

Order: **62192269'**    Collection Date and Time: **02/19/2004    1447**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 02/20/2004 | 65 | TRIGLYCERIDES | :<br>DUPLICATE ORDER | | | |

Order: **57233418**    Collection Date and Time: **09/23/2003    1600**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 09/23/2003 | 1791 | TSH | 0.47 | | MICROIU/ML | 0.46-4.68 |
| 09/23/2003 | 2000 | CBC+PLAT+DIFF | : | | | |
| 09/23/2003 | 2011 | WBC | 5.6 | | x10 9th/L | 4.5-11.0 |
| 09/23/2003 | 2012 | RBC | 5.09 | | x10 12th/L | 4.00-5.20 |
| 09/23/2003 | 2013 | HGB | 15.0 | | G/DL | 12.0-16.0 |
| 09/23/2003 | 2014 | HCT | 43.6 | | % | 36.0-46.0 |
| 09/23/2003 | 2015 | MCV | 86 | | FL | 80-100 |
| 09/23/2003 | 2016 | MCH | 29 | | PG | 26-34 |
| 09/23/2003 | 2017 | MCHC | 34 | | G/DL | 31-37 |
| 09/23/2003 | 2018 | RDW | 14.7 | | % | 12.0-15.0 |

| 09/23/2003 | 2030 | PLATELET COUNT | 327 | x10 9th/L | 150-440 |
| 09/23/2003 | 2109 | ABSOLUTE NEUTS | 2.9 | x10 9th/L | 2.0-7.5 |
| 09/23/2003 | 2110 | ABSOLUTE LYMPHS | 1.9 | x10 9th/L | 1.5-5.0 |
| 09/23/2003 | 2111 | ABSOLUTE MONOS | 0.4 | x10 9th/L | 0.2-0.8 |
| 09/23/2003 | 2112 | ABSOLUTE EOS | 0.2 | x10 9th/L | 0.0-0.4 |
| 09/23/2003 | 2113 | ABSOLUTE BASOS | 0.0 | x10 9th/L | 0.0-0.1 |
| 09/23/2003 | 2106 | LUC | 3 | % | 0-4 |
| 09/23/2003 | 2175 | SED RATE | 17 | MM/HR | 0-30 |

Order: **52292611**    Collection Date and Time: **04/29/2003  1210**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 04/29/2003 | 9 | GLUCOSE,RANDOM | 79 | | MG/DL | 65-199 |
| 04/29/2003 | 33 | AST | 21 | | U/L | 14-38 |
| 04/29/2003 | 34 | ALT | 19 | | U/L | 15-48 |
| 04/29/2003 | 1064 | LIPIDS,FASTING | : | | | |
| 04/29/2003 | 61 | CHOLESTEROL | 202 | H | MG/DL | 1-199 |
| 04/29/2003 | 65 | TRIGLYCERIDES | 148 | | MG/DL | 1-149 |
| 04/29/2003 | 63 | HDL CHOLESTEROL | 46 | | MG/DL | 40-59 |
| 04/29/2003 | 64 | LDL CHOLESTEROL | 126 | | MG/DL | 1-129 |
| 04/29/2003 | 1791 | TSH | 0.82 | | MICROIU/ML | 0.46-4.68 |
| 04/29/2003 | 2010 | CBC+PLATELETS | : | | | |
| 04/29/2003 | 2011 | WBC | 5.4 | | x10 9th/L | 4.5-11.0 |

| 04/29/2003 | 2012 | RBC | 5.18 | x10 12th/L | 4.00-5.20 |
| 04/29/2003 | 2013 | HGB | 14.5 | G/DL | 12.0-16.0 |
| 04/29/2003 | 2014 | HCT | 43.6 | % | 36.0-46.0 |
| 04/29/2003 | 2015 | MCV | 84 | FL | 80-100 |
| 04/29/2003 | 2016 | MCH | 28 | PG | 26-34 |
| 04/29/2003 | 2017 | MCHC | 33 | G/DL | 31-37 |
| 04/29/2003 | 2018 | RDW | 12.3 | % | 12.0-15.0 |
| 04/29/2003 | 2030 | PLATELET COUNT | 326 | x10 9th/L | 150-440 |

Order: **47211888**    Collection Date and Time: **11/21/2002  0840**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 11/21/2002 | 1 | SODIUM | 140 | | MMOL/L | 135-145 |
| 11/21/2002 | 2 | POTASSIUM | 3.8 | | MMOL/L | 3.5-5.0 |
| 11/21/2002 | 3 | CHLORIDE | 106 | | MMOL/L | 98-107 |
| 11/21/2002 | 4 | CO2 | 26 | | MMOL/L | 22-30 |
| 11/21/2002 | 5 | UREA NITROGEN | 11 | | MG/DL | 7-21 |
| 11/21/2002 | 6 | CREATININE | 1.0 | | MG/DL | 0.7-1.1 |
| 11/21/2002 | 7 | ANION GAP | 8 | L | MMOL/L | 9-15 |
| 11/21/2002 | 8 | BUN/CREAT RATIO | 11 | | | UNDEFINED |
| 11/21/2002 | 9 | GLUCOSE,RANDOM | 97 | | MG/DL | 65-199 |
| 11/21/2002 | 2000 | CBC+PLAT+DIFF | : | | | |
| 11/21/2002 | 2011 | WBC | 6.2 | | x10 9th/L | 4.5-11.0 |
| 11/21/2002 | 2012 | RBC | 5.12 | | x10 12th/L | 4.00-5.20 |

| 11/21/2002 | 2013 | HGB | 14.4 | | G/DL | 12.0-16.0 |
|---|---|---|---|---|---|---|
| 11/21/2002 | 2014 | HCT | 43.7 | | % | 36.0-46.0 |
| 11/21/2002 | 2015 | MCV | 85 | | FL | 80-100 |
| 11/21/2002 | 2016 | MCH | 28 | | PG | 26-34 |
| 11/21/2002 | 2017 | MCHC | 33 | | G/DL | 31-37 |
| 11/21/2002 | 2018 | RDW | 13.3 | | % | 12.0-15.0 |
| 11/21/2002 | 2030 | PLATELET COUNT | 324 | | x10 9th/L | 150-440 |
| 11/21/2002 | 2109 | ABSOLUTE NEUTS | 2.8 | | x10 9th/L | 2.0-7.5 |
| 11/21/2002 | 2110 | ABSOLUTE LYMPHS | 2.2 | | x10 9th/L | 1.5-5.0 |
| 11/21/2002 | 2111 | ABSOLUTE MONOS | 0.4 | | x10 9th/L | 0.2-0.8 |
| 11/21/2002 | 2112 | ABSOLUTE EOS | 0.6 | H | x10 9th/L | 0.0-0.4 |
| 11/21/2002 | 2113 | ABSOLUTE BASOS | 0.0 | | x10 9th/L | 0.0-0.1 |
| 11/21/2002 | 2106 | LUC | 3 | | % | 0-4 |

Order: **43302640**    Collection Date and Time: **07/30/2002  1310**

| Comp Date | Test Number | Test Name | Result | | Units | Reference Range |
|---|---|---|---|---|---|---|
| 07/30/2002 | 2 | POTASSIUM | 4.0 | | MMOL/L | 3.5-5.0 |
| 07/30/2002 | 6 | CREATININE | 1.1 | | MG/DL | 0.7-1.1 |
| 07/30/2002 | 9 | GLUCOSE,RANDOM | 96 | | MG/DL | 65-199 |
| 07/30/2002 | 33 | AST | 22 | | U/L | 14-38 |
| 07/30/2002 | 34 | ALT | 30 | | U/L | 15-48 |
| 07/30/2002 | 1064 | LIPIDS,FASTING | | | | |
| 07/30/2002 | 61 | CHOLESTEROL | | H | MG/DL | 1-199 |

| | | | 232 | | | |
|---|---|---|---|---|---|---|
| 07/30/2002 | 65 | TRIGLYCERIDES | 173 | H | MG/DL | 1-149 |
| 07/30/2002 | 63 | HDL CHOLESTEROL | 50 | | MG/DL | 40-59 |
| 07/30/2002 | 64 | LDL CHOLESTEROL | 147 | H | MG/DL | 1-129 |
| 07/30/2002 | 1791 | TSH | 0.66 | | MICROIU/ML | 0.46-4.68 |
| 07/30/2002 | 2010 | CBC+PLATELETS | : | | | |
| 07/30/2002 | 2011 | WBC | 6.5 | | x10 9th/L | 4.5-11.0 |
| 07/30/2002 | 2012 | RBC | 5.25 | H | x10 12th/L | 4.00-5.20 |
| 07/30/2002 | 2013 | HGB | 15.0 | | G/DL | 12.0-16.0 |
| 07/30/2002 | 2014 | HCT | 44.4 | | % | 36.0-46.0 |
| 07/30/2002 | 2015 | MCV | 85 | | FL | 80-100 |
| 07/30/2002 | 2016 | MCH | 29 | | PG | 26-34 |
| 07/30/2002 | 2017 | MCHC | 34 | | G/DL | 31-37 |
| 07/30/2002 | 2018 | RDW | 12.6 | | % | 12.0-15.0 |
| 07/30/2002 | 2030 | PLATELET COUNT | 335 | | x10 9th/L | 150-440 |
| 07/31/2002 | 1147 | IRON PROFILE | : | | | |
| 07/31/2002 | 71 | IRON,TOTAL | 90 | | MCG/DL | 35-165 |
| 07/31/2002 | 69 | TRANSFERRIN | 258 | | MG/DL | 214-365 |
| 07/31/2002 | 72 | TIBC | 325 | | MG/DL | 320-550 |
| 07/31/2002 | 77 | % SATURATION | 28 | | MG/DL | UNDEFINED |
| 07/30/2002 | 1769 | FERRITIN | 50 | | NG/ML | 3-151 |
| 07/31/2002 | 852 | B12 | 202 | | PG/ML | 193-900 |

New Query

SELECTED DETAIL DATA                    SVC FAC:  D0NG       09/12/01  1140

PT NO:     4414909   *CLARK ,LOUISE           MR NO:                ACCT TYPE: O
REG: 06/16/01  DSCH:          FC: P  PT: E  EXP IND:   ACCT BAL:        50.00
----------------------------------------------------------------- PAGE NO:    1
     ACCT BAL            C01  V        N01  V                        PT BAL
        50.00              .00            .00                          50.00

   SVC     POST     SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE      AMOUNT
   061601  061701  2105730    25      HYDROCODONE / APAP   TAB          10.44
   061601  061701  2107018    25      RXVICODIN                         10.57
   061601  061601  1507314    32      FOOT COMPLETE                    113.00
   061601  061601  7400830    45  .   ORTHOPEDIC LEVEL II              303.00
   061601  061601  9960100    95      ER REGISTRATIONS                    .00


----------------------------------------------------------------------------
   ! (PF14) RETURN TO COLL WKST      ! (PF3) SELECT DTL      ! (PF11) ACCT CASH
   ! (PF15) RETURN TO PT OVERVIEW    ! (PF10) ACCT CMNTS       PF16 D/E ____

   PAQDTL01

Durham Regional Hospital
3643 N. Roxboro Rd.
Durham, N.C. 27704-2763

SELECTED DETAIL DATA                    SVC FAC:  D0NG        09/14/01  1106

PT NO:      4415297   *CLARK ,LOUISE          MR NO:                  ACCT TYPE: O
REG: 06/18/01  DSCH:              FC: P  PT: E  EXP IND:   ACCT BAL:         .00
----------------------------------------------------------------- PAGE NO:   1
    ACCT BAL              C01  V        N03  V                          PT BAL
         .00               .00          .00                               .00

  SVC    POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE          AMOUNT
 061801 061801  7400805    45     MUSCULOSKELETAL LEVEL I              124.00
 061801 061801  9960100    95     ER REGISTRATIONS                        .00

                              .

--------------------------------------------------------------------------
 !  (PF14)  RETURN TO COLL WKST       !  (PF3)  SELECT DTL      !  (PF11)  ACCT CASH
 !  (PF15)  RETURN TO PT OVERVIEW     !  (PF10)  ACCT CMNTS        PF16 D/E ____

  PAQDTL01

                                                  Durham Regional Hospital
                                                  3643 N. Roxboro Rd.
                                                  Durham, N.C. 27704-2763



# DUKE UNIVERSITY MEDICAL CENTER
Department of Community and Family Medicine
Division of Family Medicine

### Progress Notes

Date: _7-13-01_   Provider: _Greenberg_

Pt Name: _Clark , Lonney_   History #: _T36541_

Age: _57_ Ht: ___ Wt: _159 1/4_ T: _98.5_ P: _88_ R: _20_ BP: _124/90_

Update Phone #: ( _9M_ ) _682 - 2653, 956-9089_ Address Change (Y) N

Drug Allergies: _Latex_

Smoker: (N) Y    If Yes, quantity per day: _____

On a scale of 1-10 how strongly do you feel about quitting: _____

Pain: N   (Y)   Scale 1 2 3 4 5 6 7 8 9 (10) Pediatric: 😊 😊 😐 😧 😣

Accucheck: _N/A_    Work Excuse: (N) Y

LMP: _N/A_ Pulse Ox-Sa02: _allergy_ Peak Flows 1. ___ 2. ___ 3. ___

CC: _Numbness in neck, arm, hands + foot_

Nurse's Signature: _MAskins Lee mcpn_

Needs Refills: (N) Y

If yes, Drug(s):   1. _____ _6/16_

2. _____

3. _____

| | | | |
|---|---|---|---|
| | B hands | Thyr sercy Radicult |
| | lips | Dysphagia |
| | | Rubber band |
| | | |
| Duarion CA | | Disability "need" |
| Colon polyp | | |
| | Trazodone 100 | |
| | Mevacor 10 | |
| | Claritin 10 | |
| | Synthroid 75 | |
| (P) foot | Paxil 20 | |
| | Vioxx.. | |
| | ortho Wright | |

Form M-13C (rev 6/99)

# Duke University Health System

**Duke University Medical Center**
**Clinical Laboratories**
**Cumulative Laboratory Summary**
**Durham, NC 27710**

Patient: CLARK,LOUISE A
Pt. No.: (00000)T36541
Account: 000336578
DOB:07/06/1942 Age: 59 YRS Sex: F
Location: PFAM-
Attending Dr: GREENBERG,GARY N
FINAL REPORT



 HEME

---

## HEMATOLOGY

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| DATE -> | 13JUL01 | | | |
| TIME -> | 1735 | | | |
| DAY -> | 001 | | | |

**Automated Blood Count Parameters**

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| HGB | 14.7 | | g/dL | (12.0-15.5) |
| HCT | 0.45 | | | (0.35-0.45) |
| RBC | 4.99 | | X10^12 | (3.77-5.16) |
| MCH | 29.5 | | pg | (26.5-34.0) |
| MCHC | 33.0 | | % | (31.4-36.0) |
| RDW-CV | 13.1 | | % | (11.5-14.5) |
| MCV | 89 | | fL | (80-98) |
| PLT | 268 | | X10^9 | (150-450) |
| WBC | 7.4 | | X10^9 | (3.2-9.8) |

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| DATE -> | 13JUL01 | | | |
| TIME -> | 1735 | | | |
| DAY -> | 001 | | | |

**Miscellaneous Hematology**

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| SED RATE | 16* | | MM@1HR | (0-15) |

## CHEMISTRY - ENDOCRINOLOGY

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| DATE -> | 07/13/01 | | | |
| TIME -> | 1736 | | | |
| DAY -> | 001 | | | |

**Thyroid Studies**

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| THYROXINE,FREE | 0.75 | | ng/dL | (0.52-1.21) |
| THYROID STIMULATING HORMONE | 0.43 | | uIU/mL | (0.34-5.66) |

*NOTES, *NOTES, *NOTES, *NOTES, *NOTES, *NOTES, *NOTES, *NOTES

f = Footnotes, * = Out of Reference Range

Refer to the DUHS Clinical & Departmental Laboratories Test Directory for Performing Lab Name and Address

 TRANSFUSION
 HLA
 CHEMISTRY
 TOX
 ABG
 URINALYSIS
 CSF
 FLUIDS

T36541

**CLARK, LOUISE A**

07/13/2001

**Gary Greenberg, MD**

### Family Med Clinic Note

**Problem List:**
1. Thyroid surgery in Rocky Mount.
2. Depression.
3. Hyperlipidemia.
4. Hypothyroidism.
5. Chronic anxiety.
6. History of ovarian CA.
7. History colonic polyps.
8. Unexplained chronic disability status "sealed".

**Meds:**
1. Trazodone 100 qd.
2. Mevacor 20 qd.
3. Claritin 10 qd.
4. Synthroid 75 qd.
5. Paxil 20 qd.
6. Vicodin pnn.

**Subjective #1:** Ms. Clark is seeking care in Durham after many years and many specialists elsewhere in North Carolina.

Today's visit especially regards an unusual set of circumstances which were difficult to extract from the patient as her own narrator aided, but mostly distracted by her daughter.

Ms. Clark was apparently the victim of a inadvertent collapse of a supermarket display of large juice cans some weeks ago. Although the only direct injury was to her right foot, she felt trapped by the display and other immovable barriers, and at the time of that visit felt shortness of breath, hand tingling, and lip numbness "just like after my thyroid surgery".

Her foot injury was managed by an emergency room visit followed by an orthopedic appointment with Dr. Wright. Although she reports having been instructed to give up her crutches "graduate", she continues to use the crutches on a continuing basis. She has apparently been discharged from further orthopedic follow-up based on a normal exam, but I have no records from this.

Her other continuing symptom of numbness and weakness in her arms (often associated with tingling in her lips) has persisted. The weakness aspect of her symptoms are the most difficult to ascertain, but she clearly has buzzing and "going to sleep" symptoms in both hands and forearms regardless of posture or time of day. She denies that these could be related to her use of crutches.

The past medical history listed above was provided in very sketchy outlines and is largely influenced by her medication list.

**Objective #1:** She is anxious, well-appearing, and in no distress. She weighs 159. BP 124/90. Heart rate 88.

T36541

**CLARK, LOUISE A**

07/13/2001

**Gary Greenberg, MD**

Her narrative is quite difficult to track, and seems frequently contradictory. She knows a great deal of details on certain topics (with odd and inflamed medical vocabulary) and at other times knows little or nothing of her medical situation. Her daughter interrupts frequently with remarks about her own health or judgmental comments about her mother, her past care, and potential psychiatric interactions.

I asked Ms. Clark to breath deeply and rapidly, and was able to exactly duplicate her symptoms in her hand, lips, and face. Despite this, she explained that she had continued limitation in her use of her hands since the time of her injury unexplained by the episodic numbness triggered by intentional hyperventilation.

Physical examination did show weakness, but it seemed related to diminished effort. She had no pronation or drift. Reflexes are unremarkable. There is no atrophy.

Phalen's test showed positive symptoms bilaterally, but in all 5 fingers. Tinel's sign was negative, but sustained compression over the carpel tunnel did trigger increased symptoms.

**Assessment/Plan:**
1. I am afraid that her illness is all too closely focused on the unfortunate supermarket injury. I have little reason to expect that her foot compression (or her momentary entrapment) can medically explain her continued difficulties.

2. She acknowledges the establishment of an injury claim "just to have my expenses paid" and this surely complicates her management.

3. Her chronic psychiatric history is only acknowledged by her medications and her cryptic disability. I suspect this plays a role, especially for the hyperventilation aspects of her current situation.

4. Her positive Phalen's and carpal pressure maneuvers might provide a more organic basis for her symptoms, and deserve further study. I requested a nerve conduction velocity and also an EMG.

5. Her continued use of crutches despite having been discharged from orthopedic care seems another example of her pathological retention of her injury symptoms. I did not examine her foot today, but encouraged her to make an appointment to return to the orthopedic surgeon if she felt that residual problems persisted at the site of her injury.

6. Labs today include thyroid profile and sedimentation rate. She will return in a month for follow-up.

Draft to facilitate communication.

Gary Greenberg, MD

increased echogenicity in the right ovary may be represent a
hemorrhagic cyst.  No other abnormal lesions are seen in the
right adnexa.

Examination of the left adnexa did not show any abnormal mass
lesion.  Left ovary was not visualized on the examination,
probably secondary to prior surgical removal of the left ovary.
No free fluid was seen in the cul de sac.

IMPRESSION:   Heterogeneous uterus with calcified fibroid in
the region of the body and the fundus as described.  Endometrial
stripe displaced amd distorted by large fibroid that makes it
difficult to evaluate endometrial cavity optimally. Focal
thickening of the endometrial stripe measuring about 7 mms in the
fundus.   In view of post menopausal bleeding, further evaluation
of the endometrial cavity should
be performed either by MRI or
endometrial biopsy.   Possible hemorrhagic cyst in the right
ovary. Left ovary not visualized probably seconcary to prior
surgery.            NC/pdp


Report Dictated by: HARISH K. PATEL

I have reviewed the images and agree with this interpretation.
WUI K. CHONG

New Query

FORM **DUKE UNIVERSITY MEDICAL CENTER**
M0902CP **DIVISION OF NEUROLOGY**
REV **ELECTROMYOGRAPHY LABORATORY**
08/86

*DATE OF STUDY:* 07/26/01

| | |
|---|---|
| CLARK , Louise | |
| T36541    Hght: 63.0 in. | |
| Age:   59  Sex: Female | |
| REF MD: Greenberg | |
| PDC  , FAMMED | |

**CLINICAL IMPRESSION:**

  59 year old female complaining of bilateral hand numbness and heaviness since 6/16/01 when a pallet of juices fell on her in the grocery store. Denies neck pain or exacerbation with neck movement. Numbness is exacerbated with hand and arm activity. Numbness in hands wakes her from sleep. Past medical history significant for hypothyroidism, ovarian cancer in her 20's. Physical exam is normal to cranial nerve, motor, sensory and reflex testing.

**SPECIFIC QUESTIONS:**
  Rule out bilateral carpal tunnel syndrome.

| NERVE | NERVE CONDUCTION STUDIES: | LEFT | | RIGHT | | NORMAL |
|---|---|---|---|---|---|---|
| **MOTOR:** | | | | | | |
| MEDIAN | wrist-APB,latency | 4.2 mSec | | 4.9 mSec* | 5sd | <4.4 |
| | wrist-APB,amplitude | 9.2 mV | | 8.7 mV | | >4.2 |
| | elbow-wrist,velocity | 59.0 M/S | | 57.0 M/S | | >49 |
| | elbow-APB,amplitude | 8.9 mV | | 8.2 mV | | >4.2 |
| | F-wave, latency | 26.7 mSec | | 29.0 mSec | | <31.0 |
| **MIXED/SENSORY:** | | | | | | |
| MEDIAN | palm-wrist,latency | 2.3 mSec* | 3sd | 2.7 mSec* | 6sd | <2.2 |
| | palm-wrist,amplitude | 34.0 µV | * -3sd | 25.0 µV | * -3sd | >40 |
| | II-wrist,latency | 3.2 mSec | | 3.2 mSec | | <3.5 |
| | II-wrist,amplitude | 6.0 µV | * -3sd | 7.0 µV | * -3sd | >10 |
| ULNAR | palm-wrist,latency | 1.9 mSec | | 1.9 mSec | | <2.2 |
| | palm-wrist,amp | 44.0 µV | | 23.0 µV | | >20 |

(*) indicates abnormal value, (sd) is number of standard deviations from mean.

**SUMMARY:**
  NCS: Left median motor and bilateral ulnar mixed responses were normal. Right median motor response revealed prolonged latency. Right median mixed response revealed prolonged latency and reduced amplitude. Right median digital sensory revealed reduced amplitude. Left median mixed response revealed borderline latency and reduced amplitude, Left median digital sensory response revealed reduced amplitude.

**CONCLUSIONS:**
  This is an abnormal study. There is electrophysiologic evidence of a mild right and borderline left median mononeuropathies consistent with mild right and borderline left carpal tunnel syndrome. There is no evidence of a more diffuse peripheral neuropathy involving the upper extremities.

  As the attending physician, my signature affirms that I personally participated in the clinical assessment of this patient, performed or reviewed all electrodiagnostic procedures, and prepared or reviewed the conclusions of this report.

    ALAN R MOORE, MD/ZAEEM A SIDDIQI, MD/DONALD B SANDERS, MD

 TEST# 01  DIAGNOSIS: 2A01A5[F] 2A01A5[R]

MEDICAL RECORDS          LABORATORY FILE          REFERRING PHYSICIAN

## DUKE UNIVERSITY HOSPITAL
## DUKE FAMILY MEDICINE
### ADULT ENCOUNTER FORM

**PAIN SCALE**

Pain: _____ Pain score: _____
Pain scale (circle): Numeric  Faces  CRIES
Thermometer  Objective

NURSE SIGNATURE

Arrival: 11:14A Appt:11:15AM    Visit#:14515303
CLARK,LOUISE A          |Date:09/19/2001|Arrived By:ECA
Apt A 2304 Lincoln H    |MRN: T36541   |Visit Type:RET
Durham,NC          27707    |SSN:
Senior HCP:GREENBERG MD,GARY N   .   |DOB:07/06/1942

Appt  HCP:GREENBERG MD,GARY N    |AGE:59 yr 2 mn
Primary HCP:KIZER,JOHN STEVEN    |MS:S RC:B SX:F
Referring HCP:REFERRAL,SELF      |(H):919-682-2651
                                 |(W):
                                 |Location:PFAM
    NONE        NC               |PDC:    OPC
Referral #:|FSC:CIGNA HEALTHCAR,MEDICAID O
Uncollected CoPay:0.00 |Patient Balance:0.00
DHIS Acct#:610219

ACTION CODE (TP, FR, PC, AP, GS, I2, WP, DM, ...)

PROVIDER NAME   PRECEPTOR NAME

| E & M CODES | CPT | AC |
|---|---|---|
| MD presence not required | 99211 | |
| **New patient:** | | |
| Problem focused | 99201 | |
| Expanded problem focused | 99202 | |
| Detailed | 99203 | |
| Comprehensive | 99204 | |
| Comprehensive/complex | 99205 | |
| **Established patient:** | | |
| Problem focused | 99212 | |
| Expanded problem focused | 99213 | |
| Detailed | 99214 | |
| Comprehensive | 99215 | |
| **Other (specify):** | | |
| Bill: Workman's Comp | | |
| Auto insurance | | |
| **Prolonged visit: Use in addition to above E/M visit** | | |
| (refer to CPT manual) 30-74 min | 99354 | |
| for appropriate use) each add'l 30 min | 99355 | |
| No charge visit (add alpha code) | 99024 | |
| **PREVENTIVE MEDICINE SERVICES** | | |
| General well visit | WELLP | |
| Well woman visit - low risk for cerv/vag ca | LOWRS | |
| Well woman visit - high risk for cerv/vag ca | HIGHR | |
| **PROCEDURES** | | |
| Anoscopy | 46600 | |
| Aspir/injection-small joint/bursa | 20600 | |
| Aspir/injection-interm joint/bursa | 20605 | |
| Aspir/injection-major joint/bursa | 20610 | |
| Biopsy, skin, single lesion | 11100 | |
| Biopsy, skin, ea addl lesn (# ) | 11101 | |
| Colposcopy w/biopsy | 57454 | |
| Colposcopy w/o biopsy | 57452 | |
| Cryocautery of lesion | 57511 | |
| Destruction of lesion-benign/premalig | | |
|  1st lesion | 17000 | |
|  2nd - 14th, each lesion (# ) | 17003 | |
| Destruction of lesion, vulva, single | 56501 | |
| Diaphragm fitting | 57170 | |
| Endometrial biopsy | 58100 | |
| Excise bgn lace/ears/etc <0.6cm | 11440 | |
| Excise bgn face/ears/etc 0.6-1cm | 11441 | |
| Excise bgn scalp/neck/etc <0.6cm | 11420 | |
| Excise bgn scalp/neck/etc 0.6-1cm | 11421 | |
| Excise bgn trunk/limb/etc <0.6cm | 11400 | |
| Excise bgn trunk/limb/etc 0.6-1cm | 11401 | |
| Flexible sigmoidoscopy | 45330 | |
| Foreign body/tissue removal | 10120 | |
| I&D abscess/paronychia | 10060 | |
| IUD insertion | 58300 | |
| IUD removal | 58301 | |
| KOH/wet prep | 87220 | |
| Laceration repair | 12001 | |
| Nail removal, partial | 11750 | |
| Skin tag removal, 1 - 15 | 11200 | |
| Skin tag removal, ea addl 10 ( x10) | 11201 | |
| Suture removal | 17999 | |
| Trigger point injection | 20550 | |
| Trigger point, stretch/spray | 20999 | |

DIAGNOSIS  Carpal Tunnel R    DATE OF ONSET  DUSOI  CODES
#1        Sym  Com  Prog  Treat
#2        Sym  Com  Prog  Treat
#3        Sym  Com  Prog  Treat
#4        Sym  Com  Prog  Treat
#5        Sym  Com  Prog  Treat

RETURN VISIT IN: _____ WITH: _____
REFER TO: _____ WITH: No follow up
REFER TO: _____ WITH: _____

| | ROUTINE LABS | | | ROUTINE LABS |
|---|---|---|---|---|
| | ABC / auto diff | | | OP 4 |
| | Manual diff | | | OP 7 |
| | Cholesterol | | | OP 9 |
| | GC/chlam LCX probe | | | OP 16 |
| | GC/chlam LCX urine | | | Pap smear |
| | Glucose random /fast | | | Potassium |
| | HCG qualitative serum | | | PT -INR |
| | HCG qualitative urine | | | Rapid strep |
| | HCG serum quantitative | | | RPR |
| | Hematocrit | | | Sed rate |
| | Hemoglobin | | | Stool O & P |
| | Herpes simplex | | | culture and sensitivity |
| | HGBA1C | | | Surgical path |
| | HIV | | | Thyroid profile |
| | KOH skin | | | TSH |
| | Lipid panel | | | U/A chemical |
| | New ob panel | | | U/A complete |
| | with electrophoresis | | | Wet prep |
| | Occult blood x3 | | | |
| | OB glucola | | | |
| | OP 3 | | | |
| Other Routine Labs: | | | | |

**INJECTIONS**

| IMMUNIZATIONS | CPT | DOSE # | TAKEN OR PURCHASED | AC |
|---|---|---|---|---|
| Aristocort | | | | |
| Aristopan | | | | |
| Depo provera, 150 mg | J1055 | | | |
| DT (V06.8) | 90702 | | | |
| Influenza (V04.8) | 90724 | | | |
| Insulin | | | | |
| Pneumovax (V03.82) | 90732 | | | |
| Xylocaine | | | | |

PROCESSOR'S SIGNATURE:

**RADIOLOGY**
| | |
|---|---|
| Chest x-ray, PA & lateral | |
| Mammogram, diagnostic | |
| Mammogram, screening, high risk | |
| Mammogram, screening, other | |
| Other (specify) | |

Hx:

**SUPPLIES**
| | |
|---|---|
| Ace wrap | |
| Air splint | Y0087S |
| Arm sling | Y0002S |
| Cast walker | |
| Cervical collar | Y0005S |
| Crutches | Y0013S |
| Excision tray | |
| Heel cup | Y0125S |
| Healing shoe | |
| IV set up | Y0111S |
| Knee immobilizer | |
| O₂ therapy | |
| Spica wrist | |
| Suture kit | Y0108S |
| Suture removal kit | Y0075S |
| T elbow splint | Y0011S |
| Thumb keeper | |
| Wrist splint | Y0088S |
| Unna boot | |

**OTHER SUPPLIES**

**OTHER STUDIES**
| | |
|---|---|
| Audiometry | 92552 |
| Catheterization | |
| Ear irrigation, 1-2 ears | 69210 |
| EKG | 93005 |
| Glucose - finger stick | 82948 |
| Inhalation tx (pulmo-aid) | 94664 |
| IV hydration, up to 1 hour | 90780 |
| Peak flow | 94150 |
| Pulse oximetry | 94760 |
| Screening (?)hearing  vision | |
| vision | |

Notes: Records - pres Dr ? KHN

MEDICAL RECORDS / PDC COPY

 **DRH**

**Patient** CLARK, LOUISE ANNIE BEL    **Birth Date** 07/06/1942    **Sex** F    **Rm/Bed**
**Attending**    **MR #**    .    **Pt #** 4497443    **Adm Date**

| SPINE CERVICAL FOUR VIEWS | Nov 05, 2001 22:11 |
|---|---|

```
EXAMINATION:   7205 - SPINE CERVICAL FOUR VIEWS   Nov  5 2001 10:11PM
REASON: NECK PAIN, DYSESTHESIAS
72050     1507205

RESULT:   CERVICAL SPINE SERIES.

HISTORY: Neck pain, dysesthesias.

Frontal, lateral, and both oblique views of the cervical spine were
performed.

Prevertebral soft tissues are normal in thickness.  Vertebral bodies are
normal in alignment.  There is moderate degenerative disc disease at C3-4
and mild degenerative disc disease at C6-7.  There is uncovertebral facet
osteoarthritis with mild foraminal stenosis on the left at C4-5 and on
the right at C3-4 and C4-5.


IMPRESSION:
Degenerative disc disease primarily C3-4 and to a lesser extent C6-7.
Mild foraminal stenosis as described above.

/sw
BUNDLE: <BUNDLE_DOC>


Read By: DIANA VOORHEES M.D.
Electronically Signed By: JOHN PAUL THOMPSON M.D.
```

| Page created: Thursday, June 10, 2004 3:23 PM For: 3CSXMR |
|---|

*UNAUTHORIZED DISCLOSURE, COPYING, PRINTING OR DISTRIBUTION OF THIS INFORMATION IS A VIOLATION*

 **DRH**

Patient CLARK, LOUISE ANNIE BEL    Birth Date 07/06/1942    Sex F    Rm/Bed
Attending    MR # ·    Pt # 4497443    Adm Date

| MRI CERVICAL SPINE W/O CONTRAST | Nov 05, 2001 21:26 |
| --- | --- |

EXAMINATION:    9150 - CERVICAL SPINE W/O CONTRAST MRI    Nov  5 2001
9:26PM
REASON: NECK PAIN, DYSESTHESIAS
72141    1489150

RESULT:    CERVICAL SPINE MRI.

Indication: Neck pain, dysesthesias.

Technique: Axial and sagittal images of the cervical spine were obtained
using multiple pulse sequences.

Intravenous Contrast: None.

Comparison studies: None.

Findings:

Craniocervical Junction: No apparent masses, tonsillar herniation or
narrowing of the foramen magnum.

Vertebral column: Normal alignment, no fractures with normal marrow
signal.

Cervical Cord: No obvious intrinsic cord abnormality.

C2-C3: No evidence of disc degeneration or herniation.  No canal or
foraminal stenosis.

C3-C4: There is moderate degenerative disc disease with mild ventral
ridging on the thecal sac that is bony.  This does indent the thecal sac
in the midline and slightly eccentric to the right and abuts the ventral
aspect of the spinal cord without evidence of cord compression.  No
significant degree of central canal stenosis.

C4-C5: There is a very small central subligamentous disc protrusion
without evidence of neural compression.  No stenosis.

C5-C6: No evidence of disc degeneration or herniation.  No canal or
foraminal stenosis.

C6- C7: No evidence of disc degeneration or herniation.  No canal or
foraminal stenosis.

C7-T1: No evidence of disc degeneration or herniation.  No canal or
foraminal stenosis.


IMPRESSION:
1


C3-4 degenerative disc disease with mild bony ridging on the ventral
aspect of the thecal sac but without evidence of cord compression or a
significant degree of central canal stenosis.


2

*UNAUTHORIZED DISCLOSURE, COPYING, PRINTING OR DISTRIBUTION OF THIS INFORMATION IS A VIOLATION*

06057

## RADIOLOGY CONSULTATION REPORT
### DURHAM REGIONAL HOSPITAL
3643 N. Roxboro Road
Durham, North Carolina 27704
(919)470-6272

PATIENT:     CLARK, LOUISE
DOB:         07/06/1942
ADDRESS:     2304 LINCOLN STREET APT-A
             DURHAM, NC 27707
PHONE:       (919)682-2653
ORDER DR:    TADEUSZ FEDERIC POPLAWSKI M.D.
ATTN DR:     TADEUSZ FEDERIC POPLAWSKI M.D.
COMPLAINT: MRI--NECK, BACK PAIN

MED REC NO:
ACCT #:      4497443
SEX:         Female
ROOM/BED:
AGE:         59Y
PT TYPE:     OUTPATIENT

---

***Final Report***

---

EXAMINATION: 7205 - SPINE CERVICAL FOUR VIEWS     Nov 5 2001 10:11PM
REASON: NECK PAIN, DYSESTHESIAS
72050  1507205

RESULT:  CERVICAL SPINE SERIES.

HISTORY: Neck pain, dysesthesias.

Frontal, lateral, and both oblique views of the cervical spine were performed.

Prevertebral soft tissues are normal in thickness.  Vertebral bodies are normal in alignment.  There is moderate
degenerative disc disease at C3-4 and mild degenerative disc disease at C6-7.  There is uncovertebral facet osteoarthritis
with mild foraminal stenosis on the left at C4-5 and on the right at C3-4 and C4-5.

IMPRESSION:
Degenerative disc disease primarily C3-4 and to a lesser extent C6-7.  Mild foraminal stenosis as described above.

/sw

Read By: DIANA VOORHEES M.D.
Electronically Signed By: JOHN PAUL THOMPSON M.D.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY
JOHN PAUL THOMPSON M.D.  Nov 18 2001  7:21PM
** Demand Print **

FROM : TAD                    FAX NO. : 9196208245              Aug. 12 2002 04:10PM P5

11/18/2001 07:50PM.                                    PAGE 2 OF 2

# RADIOLOGY CONSULTATION REPORT
## DURHAM REGIONAL HOSPITAL
### 3643 N. Roxboro Road
### Durham, North Carolina 27704
### (919)470-5272

| | | | |
|---|---|---|---|
| **PATIENT:** | CLARK, LOUISE | **MED REC NO:** | |
| **DOB:** | 07/06/1942 | **ACCT #:** | 4497443 |
| **ADDRESS:** | 2304 LINCOLN STREET APT-A | **SEX:** | Female |
| | DURHAM, NC 27707 | **ROOM/BED:** | |
| **PHONE:** | (919)682-2653 | **AGE:** | 59Y |
| **ORDER DR:** | TADEUSZ FEDERIC POPLAWSKI M.D. | **PT TYPE:** | OUTPATIENT |
| **ATTN DR:** | TADEUSZ FEDERIC POPLAWSKI M.D. | | |
| **COMPLAINT:** | MRI--NECK, BACK PAIN | | |

---

## ***Final Report***

stenosis.

C5-C6: No evidence of disc degeneration or herniation.  No canal or foraminal stenosis.

C6- C7: No evidence of disc degeneration or herniation.  No canal or foraminal stenosis.

C7-T1: No evidence of disc degeneration or herniation.  No canal or foraminal stenosis.

**IMPRESSION:**
1.   **C3-4 degenerative disc disease with mild bony ridging on the ventral aspect of the thecal sac but without evidence of cord compression or a significant degree of central canal stenosis.**
2.   **Small central subligamentous disc protrusion C4-5 without evidence of neural compression.**

/sw

Read By: DIANA VOORHEES M.D.
Electronically Signed By: JOHN PAUL THOMPSON M.D.

THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY
JOHN PAUL THOMPSON M.D.  Nov 18 2001 7:21PM
** Demand Print **

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help   Profile

# Clinic Notes

New Query   Send To Provider(s)

first   previous   next   last

## FINAL REPORT

| | |
|---|---|
| Patient: | CLARK , LOUISE S |
| MRN: | 000000579115 |
| DOS: | 11/26/2002 |
| Dictator: | MICHAEL Y LEE, MD |
| Teaching: | MICHAEL Y LEE, MD |

HISTORY:

HISTORY OF PRESENT ILLNESS:
The patient is a 60-year-old woman with a history of injury in
June of 2001, with multiple complaints.  She complains of
numbness and tingling of bilateral upper extremities. The patient
also complains of pain of the bilateral upper extremities
including burning sensation. The patient apparently has had
disability for many years. The patient has not received any
physical therapy. The patient has had difficulty with ADL and
mobility functions. The patient denies any new changes. The
patient has been taking medications including Neurontin without
any side effects.

ALLERGIES:
LATEX.

MEDICATIONS:
Neurontin 100 mg p.o. t.i.d., Levothroid 75 mcg q.d.

REVIEW OF SYSTEMS:
Denies any fevers or chills. The patient is planning to be seen

by urology and GI for colonoscopy. Denies any falls. Denies any
shortness of breath or chest pain.

PHYSICAL EXAM:
VITAL SIGNS: BP 160/98. temp. 36.5. p 80. resp 16,. pain 10/10.
GENERAL: In NAD.
MUSCULOSKELETAL EXAMINATION: Reveals the patient has multiple
tender areas. Upper extremities reveals minimal swelling at the
distal hand. No deformity of the joints of extremities of upper
extremities or lower extremities. Positive pulses.
NEUROLOGIC: Alert, oriented times three. Able to follow simple
commands. Patient has tangential communication process. She is
able to move all extremities and able to ambulate.

MEDICAL DECISION MAKING:

ASSESSMENT/DIAGNOSES:
The patient is a 60-year-old woman with multiple complaints
including pain of bilateral upper extremities.

PLAN:
1. Increase Neurontin gradually up to 300 mg p.o. t.i.d.
2. Refer to physical therapy for exercise, ROM and decreasing
pain.
3. RTC in three to four months.
4. Continue follow up with urology, GI, primary care physician.


MICHAEL Y LEE, MD


MYL:EDiX16167
D: 11/26/02 14:42 T: 11/26/02 16:41 DOCUMENT: 200211261214979500


Electronically signed on 01/21/2003 by MICHAEL Y LEE, M.D.

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# PATHOLOGY
### Date range: 06/01/2001 to 07/07/2004

#### CYTOPATHOLOGY
#### Case Number :  CY02-11368
#### Collection Date : 07/30/2002
#### Physician :    EVAN A   ASHKIN

SPECIMEN ADEQUACY
        SATISFACTORY FOR EVALUATION


GENERAL CATEGORIZATION
        BENIGN CELLULAR CHANGES


DESCRIPTIVE DIAGNOSIS
        PREDOMINANCE OF COCCOBACILLI CONSISTENT WITH SHIFT IN VAGINAL FLORA


Clinical History:

Specimen Submitted:

    CERVICAL/ENDOCERVICAL THINLAYER PREP., PAP SMEAR

Signature:

    MBAK

    I have personally conducted the evaluation of the above specimens and have
rendered the above diagnosis(es).

    Electronically signed out by:  MASHID BAKHIT, CT(ASCP)      Date:      08/02/02

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Radiology Reports

New Query

first   previous   next   last

VERIFIED

REQ PHYS: Evan Ashkin
REASON:   SCRN MAMMO

Date:     10/08/2002

| Proc ID | Procedure | PACS Images |
|---------|-----------|-------------|
| 00788187 | MAMMOGRAPHY SCREENING | N/A |

ORIGINAL REPORT:

This patient participated in the National Cancer Institute's
Digital Mammographic Imaging Screening Trial (DMIST). As part of
that UNC IRB-approved research study, she underwent both DIGITAL
and FILM mammography. This is the report for her FILM mammogram.
The DIGITAL mammogram report will be provided separately.

There is no radiographic evidence for malignancy. No change is
seen since the prior study. Follow-up mammography is recommended
in 1 year. The breast tissue is extremely dense, which lowers the
sensitivity of mammography.

Impression:  Negative Mammogram.

The FILM mammogram was read by Dr. Robert McLelland. (td)

_____

The DIGITAL mammogram was read by Dr.?????Marcia Kcomen.

This patient participated in the National Cancer Institute's
Digital Mammographic Imaging Screening Trial (DMIST). As part of
that UNC IRB-approved research study, she underwent both DIGITAL
and FILM mammography. This is the report for her DIGITAL

mammogram.  The FILM mammogram report will be provided
separately.

There is no radiographic evidence for malignancy. No change is
seen since the prior study. Follow-up mammography is recommended
in 1 year. The breast tissue is extremely dense, which lowers the
sensitivity of mammography.

Imprassion:  Negative Mammogram.  (td)
?????

Images Interpreted by:
ETTA D. PISANO

New Query

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Clinic Notes

New Query    Send To Provider(s)

first    previous    next    last

## FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            10/22/2002
Dictator:       MICHAEL Y LEE, MD
Teaching:       MICHAEL Y LEE, MD

HISTORY
HISTORY OF PRESENT ILLNESS:
The patient is a 60-year-old woman with history of right foot
injury in June 2001.  The patient complains of numbness of the
bilateral upper extremity along with weakness of bilateral upper
extremity and right lower extremity.  The patient also has had
significant right foot pain since than.  The patient has had
difficulty with ambulation and activities at home.  The patient
apparently has been seen by multiple physicians and has had
multiple work ups including nerve conduction studies which
revealed carpal tunnel syndrome, MRI of the cervical spine which
apparently showed contusion and apparently also has had x-rays of
the right foot.  X-ray of the recent month showed a mild
deformity with a mild osteopenia with a questionable old healed
fractures of the second, third, and fourth toe of the right foot.

The patient was seen by podiatry and was referred to us for
evaluation.

The patient apparently has had episodes of urgency regarding
bowel and bladder.  The patient has not been seen by urology.
 The patient has been seen by GI and had colon polyps removed.

ALLERGIES:
LATEX.

MEDICATIONS:
Levothroid, Claritin, Paxil, Mevacor, iron.

The patient has had history of allergic rhinitis. The patient
apparently has been disabled since 1987 of unknown etiology. The
patient has had history of hypothyroidism and
hypercholesterolemia.

REVIEW OF SYSTEMS:
Per history of present illness.

PHYSICAL EXAM:
VITAL SIGNS:  BP 140/82, temp 36, p 72, pain 10/10 in no acute
distress.
LUNGS:  Clear.
CARDIAC:  Regular rate and rhythm.
ABDOMEN:  Soft.
EXTREMITIES:  Negative swelling.  Positive pulses.  Nontender
with palpation of the dorsal or plantar surface of the bilateral
feet.
NEUROLOGICALLY:  Alert, oriented times three.  Mild weaknesses of
the intrinsics otherwise good strength throughout upper
extremities.  No focal weaknesses of bilateral lower extremity.
 The patient is able to ambulate.

MEDICAL DECISION MAKING:


ASSESSMENT/DIAGNOSES:
This is a 6C-year-old woman with a history of right foot injury
with questionable carpal tunnel syndrome and questionable spinal
contusion.

PLAN:
1.  Neurontin 100 mg p.o. t.i.d.  If patient is able to tolerate
will increase Neurontin on later visit.
2.  We will attempt to get old records.
3.  Return to clinic in four weeks.


MICHAEL Y LEE, MD


MYL:EDiX14357
D: 10/22/02 15:26 T: 10/23/02 08:39 DOCUMENT: 200210221216419600

Electronically signed on 10/29/2002 by MICHAEL Y LEE, M.D.



Help    Profile

# Clinic Notes



first    previous    next    last

FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            11/26/2002
Dictator:       MICHAEL Y LEE, MD
Teaching:       MICHAEL Y LEE, MD

HISTORY:

HISTORY OF PRESENT ILLNESS:
The patient is a 60-year-old woman with a history of injury in
June of 2001, with multiple complaints.  She complains of
numbness and tingling of bilateral upper extremities. The patient
also complains of pain of the bilateral upper extremities
including burning sensation. The patient apparently has had
disability for many years. The patient has not received any
physical therapy. The patient has had difficulty with ADL and
mobility functions. The patient denies any new changes. The
patient has been taking medications including Neurontin without
any side effects.

ALLERGIES:
LATEX.

MEDICATIONS:
Neurontin 100 mg p.o. t.i.d., Levothroid 75 mcg q.d.

REVIEW OF SYSTEMS:
Denies any fevers or chills. The patient is planning to be seen

by urology and GI for colonoscopy. Denies any falls. Denies any
shortness of breath or chest pain.

PHYSICAL EXAM:
VITAL SIGNS: BP 160/98. temp. 36.5. p 80. resp 16,. pain 10/10.
GENERAL: In NAD.
MUSCULOSKELETAL EXAMINATION: Reveals the patient has multiple
tender areas. Upper extremities reveals minimal swelling at the
distal hand. No deformity of the joints of extremities of upper
extremities or lower extremities Positive pulses.
NEUROLOGIC: Alert, oriented times three. Able to follow simple
commands. Patient has tangential communication process. She is
able to move all extremities and able to ambulate.

MEDICAL DECISION MAKING:


ASSESSMENT/DIAGNOSES:
The patient is a 60-year-old woman with multiple complaints
including pain of bilateral upper extremities.

PLAN:
1. Increase Neurontin gradually up to 300 mg p.o. t.i.d.
2. Refer to physical therapy for exercise, ROM and decreasing
pain.
3. RTC in three to four months.
4. Continue follow up with urology, GI, primary care physician.


MICHAEL Y LEE, MD


MYL:EDiX16167
D: 11/26/02 14:42 T: 11/26/02 16:41 DOCUMENT: 200211261214979500


Electronically signed on 01/21/2003 by MICHAEL Y LEE, M.D.

**UNIVERSITY OF**
**NORTH CAROLINA HOSPITALS**
Chapel Hill, North Carolina 27514

**DEPARTMENT OF PHYSICAL THERAPY**

*Clinic Note*

05 7 91 15 - 7
Clark, Louise
07/06/42

MIM #329

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

DOO 6/14/01

**DATE:** 12/30/02   **REASON FOR REFERRAL:** improve ROM ⒷUE     Med. dx - neuropathic pain

**HPI:** - has burning pain "like on fire" L7R from being hit by stick in grocery store hands/face numb; lost B/B function, notes difficulty doing activities, difficulty ē walking 2° stress /fx ⒸⒷ foot

**PMH:** No carpal tunnel syndromes; ↑ chol, GERD     — recently report falling ✓ ? syncope while

**PSH:** thyroid resection;

**PRIOR PHYSICAL THERAPY SERVICES:** ∅

**PRIOR LEVEL OF FUNCTION:** - Ⓘ now - can bath himself but difficulty ē squeezing, can dress, hesitey, can ↑↑ be neglect, dropping things

**SH:** disability x 13-15 years; lives ē daughter; 1st floor apt;

**S:** walks ē st. cane esp ↑↓ steps    **PATIENT'S GOAL:** - get rid of diaper, use hands

**O:**                                                **PAIN:** 10/10

Ⓑ shldrs AROM - Ⓑ ✓ ~160° ABD Ⓡ ~ 110° ē pain Ⓛ ~90° ē pain in back of neck; but - antalgic gait Ⓡ, tends to hold Ⓡ hip while walking, unsteady sometimes

cervical ROM          Palpation - very tender @ C4-5 but does not reproduce numbness. Spurling → pain behind clavicle, ⊖ Hoffman F-N-F, RAM okay. Sensation - reports numbness/burning radial n. u. ⒷUE ulnar nerve Ⓡ. LE DTR's do not appear brisk (no reflex ha

**A:** Pt ē multiple 90's, tangential speech but 1° problems appear to be burning pain & use of arms esp for ADL's. Pt ē unsteady gait but generally does not fall. Will refer pt to OT for evaluation/treatmen ē good alternate seeing at eval

**STG's:**          defer to OT

**LTG:** (         )

☑ Patient / family participated in goal setting and agree with treatment goals and plan.

**P:   FREQUENCY:**     Transfer care to OT. Pt can reassess gait &
**DURATION:**          balance if indicated
**TREATMENT:**                          Kaye Harris PT 218

Meds - Neurotinin, ranitidine, lovastatin, claritin, levothroid
paxil, Becenase, ferrous sulfate

HD 5916  Rev 09/01

**Demographics**  **Outpatient Problem List**  **Outpatient Medications**  **Visits**  **Labs**  **Reports**  **Allergies**  **Crea Not**

Help    Profile

# GI Procedure Reports

New Query

## PRELIMINARY REPORT

cMore Medical Solutions

| | |
|---|---|
| Patient Name: Louise Clark | Gender: F |
| Patient ID: 000005791157 | |
| Exam Date: 01/27/2003 01:00 PM | |

| | |
|---|---|
| Procedure: | Colonoscopy |
| Indications: | Hematochezia |
| Providers: | Alphonso Brown MD, Jennifer Timmons RN |
| Referring MD: | Evan A Ashkin MD |
| Medicines: | Fentanyl 150.0 mcg IV, Midazolam 5.0 mg IV |
| Complications: | No immediate complications |

| | |
|---|---|
| Procedure: | After obtaining informed consent, the colonoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Pediatric Colonoscope PCF-160AL was introduced through the anus and advanced to the ileocecal valve. The quality of the prep was good. |
| Findings: | Non-bleeding internal hemorrhoids were found. The digital rectal exam was normal. Pertinent negatives include normal sphincter tone, no palpable rectal lesions and no visible anal lesion or abnormality. |
| Impression: | - Internal hemorrhoids were found. |
| Recommend: | - Use Citrucel at 1 Tablespoon PO QD indefinitely. Consider obtaining a small bowel follow through and/or an EGD. |
| CPT4 Code(s): | 45378, Colonoscopy, flexible, proximal to splenic flexure; diagnostic, with or without collection of specimen(s) by brushing or washing, with or without colon decompression |

The nature, risks and benefits of the procedure were explained to the
patient in detail, and the consent form was signed, prior to the procedure,
after all the patients concerns and questions were addressed. Prophylactic
antibiotics were given to the patient.

Bladder Medications:  None

Allergies:  NKDA.

Voiding Diary:  The patient supplied a 3-day voiding diary, which showed
adequate intake of fluid. The average functional capacity was of        ml.
There were        episodes of urinary leakage associated with urgency .

Pre procedural Urinalysis  microscopy:  Demonstrated the following:  Ph 6,
Specific Gravity 1.0200 Leucocyte esterase Negative, Nitrites Negative,
Protein Negative, Glucose Normal, Ketones Negative, Urobilinogen Negative,
Bilirubin Negative. Blood Negative.

Non - Instrumented Uroflowmetry:

Prior to the patient being instrumented for the full urodynamic study, the
patient performed a uroflow study in the changing room. This study
demonstrated a Maximum flow rate of 8 ml/s with an average rate of 3 ml/s.
The voided volume was 28 ml with a post void residual of 5 ml. The pattern
of voiding was interrupted.  This was a normal pattern for this patient.
The result is considered uninterpretable as the patient voided less than
150 ml.

Filling Phase - Cystometry:

The Cystometry was performed using contrast at constant infusion (medium
filling rate:  50 ml-min) through a 7Fr. Adult dual lumen catheter with
rectal pressure monitoring and patient sitting position. The transducers
were zeroed at atmospheric pressure.

Filling cystometry was performed with the patient in the position.
Cystometry was then started after the equipment was tested with patient
coughs.  When the preparation was satisfactory the patient's bladder was
filled with contrast at a fill rate of 50 ml/min.

Sensation was found to be normal.  The First desire to void was found at 77
ml. The strong desire to void occurred at 141 ml. Urgency occurred at 189
ml. Maximum cystometric capacity was found to be 259 ml.  The end filling
pressure was 26 cmH2O at 259 ml.

Evidence for detrusor overactivity was present. Compliance was decreased,
with a calculated value of 12 ml/cmH2O. Phasic contractions were absent
throughout the filling phase of cystometry.

The detrusor leak point pressure was not determined. The abdominal leak
point pressure was determined at 70 ml and was 198cmH2O.

Demographics   Outpatient Problem List   Outpatient Medications   Visits   Labs   Reports   Allergies   Crea Not

Help   Profile

# GI Procedure Reports

New Query

### PRELIMINARY REPORT

cMore Medical Solutions

| | |
|---|---|
| Patient Name: Louise Clark | Gender: F |
| Patient ID: | 000005791157 |
| Exam Date: | 01/27/2003 01:00 PM |

| | |
|---|---|
| Procedure: | Colonoscopy |
| Indications: | Hematochezia |
| Providers: | Alphonso Brown MD, Jennifer Timmons RN |
| Referring MD: | Evan A Ashkin MD |
| Medicines: | Fentanyl 150.0 mcg IV, Midazolam 5.0 mg IV |
| Complications: | No immediate complications |

| | |
|---|---|
| Procedure: | After obtaining informed consent, the colonoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Pediatric Colonoscope PCF-160AL was introduced through the anus and advanced to the ileocecal valve. The quality of the prep was good. |
| Findings: | Non-bleeding internal hemorrhoids were found. The digital rectal exam was normal. Pertinent negatives include normal sphincter tone, no palpable rectal lesions and no visible anal lesion or abnormality. |
| Impression: | - Internal hemorrhoids were found. |
| Recommend: | - Use Citrucel at 1 Tablespoon PO QD indefinitely. Consider obtaining a small bowel follow through and/or an EGD. |
| CPT4 Code(s): | 45378, Colonoscopy, flexible, proximal to splenic flexure; diagnostic, with or without collection of specimen(s) by brushing or washing, with or without colon decompression |

(separate procedure)

ICD9 Code(s):

Alphonso Brown, MD

---
Alphonso Brown, MD
Signed Date: 1/27/2003 2:04:38 PM

The attending physician was present throughout the entire
procedure including insertion, viewing, and removal.

New Query



Help    Profile

# Clinic Notes

New Query    Send To Provider(s)

first    previous    next    last

## FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            02/10/2003
Dictator:       JOHN P LAVELLE, MD
Teaching:       JOHN P LAVELLE, MD

REFERRING PHYSICIAN:
None Dictated.

PRIMARY CARE PHYSICIAN:
None Dictated.

CONSULTING PHYSICIAN:
None Dictated.

HISTORY
:

HISTORY OF PRESENT ILLNESS:
This lady presents today for evaluation of a back injury which
happened approximately 2 years ago where something fell on her in
a store in Durham.  She is complaining of severe urinary
leakage since then, now up to 6 pads per day.  She has no sense
of urinating only a sense of passing flatus.  She has no control
of her urine.  Coughing or sneeze does not increase the level of
incontinence.  She has no dysuria and no discharge. Has a problem
with sense of smell.  She has also had no prior bladder
operations and has not had a hysterectomy.  She has had 5

children in the past, gravida 5, para 5. She also complains of pain and burning down her left hand and also in the right foot and her back, also on the right side from her arm to her hand.
She also finds that she cannot turn to allow her to drive. She has no urge to urinate at all, and she does urinate with Valsalva each time.

PAST MEDICAL HISTORY:
Significant for allergic rhinitis, urine fibroids, hypothyroidism, low back pain, and hypercholesterolemia.

DRUG ALLERGIES:
NKDA, BUT SHE IS ALLERGIC TO LATEX.

MEDICATIONS:
Paxil, Mevacor, iron, Neurontin, levothyroxine, ranitidine, Beconase, and Citracal.

SURGICAL HISTORY:
Thyroid surgery which is related to her hypothyroidism.

SOCIAL HISTORY:
She denies any tobacco or alcohol use.

REVIEW OF SYSTEMS:
Otherwise negative for other systems at the present time.

PHYSICAL EXAM:
VITAL SIGNS: BP 161/96, temp. 37 degrees C, p 92 bpm, ht. 5 ft. 3 in. tall, wt. 182.5 lb.
HEENT: PERRLA.
NECK: There is no jugular venous distention, trachea is central.
CHEST: Demonstrates symmetric respiratory movements.
ABDOMEN: Soft, nontender, nondistended. No CVA tenderness.
PELVIC: Shows normal perineal sensation with no evidence of cystocele or antrocele or rectocele seen. No evidence pelvic floor prolapse is noted. She did demonstrate evidence of stress urinary incontinence.

MEDICAL DECISION MAKING
:

LABS/X-RAYS/TEST/PROCEDURES:

ASSESSMENT/DIAGNOSES:
Lady with urinary incontinence possibly secondary to a back injury. We recommend that she should have a voiding diary performed and undergo a video urodynamic exam and she will return at that time for those studies.

dd 03/18/2003 by John P. Lavelle, M.D.
dt 03/18/2003 12:47 P by jpl

cc:

Electronically signed on 03/18/2003 by JOHN P LAVELLE, UNC HOSPITALS

New Query          Send To Provider(s)



Help    Profile

# Clinic Notes

New Query        Send To Provider(s)

first   previous   next   last

## FINAL REPORT

UNIVERSITY OF NORTH CAROLINA HOSPITALS
Chapel Hill, NC 27599

Patient Name Clark, Louise
Medical Record Number 057-91-15
Date of Service 02/24/2003
Teaching Physician John P. Lavelle, M.D.
Dictated by John P. Lavelle, M.D.

UROLOGY VIDEO URODYNAMICS STUDY                                  :

HISTORY:
Patient referred by:
Primary Care Physician:
Consulting Physician:

INDICATION FOR PROCEDURE: : This study was primary indicated to assess the
patient's urinary incontinence.

History:

Pt with history of back injury, and cervical contusion and upper and lower
limb neurological symptoms. Pt has complete urinary incontinence, using
5-6 pads/day with no control. Has sense of urgency. Also with some bowel
symptoms.

Consent:

Voiding Phase - Pressure Flow Study:

The voiding phase of the study was performed in the Sitting position. The Maximum flow rate was 26 ml/s. The detrusor pressure at maximum flow was 41 cmH2O. The opening detrusor pressure was 0 cmH2O cm H2O.   The Voided volume was 339 ml with a residual of 0 ml. The average flow rate was 8 ml/s

The pattern of voiding was normal. The detrusor contraction was present, sustained throughout voiding, under voluntary control without abdominal straining.

Urethral Sphincter Electromyography:

EMG of the urethral sphincter was performed with needle electrodes. There was evidence of recruitment with voluntary contraction. There was mass recruitment present with filling. The detrusor was synergic with the external sphincter.

Flouroscopy: Fluoroscopy was performed. The cystogram demonstrated a normal outline of the bladder. Vesicoureteric reflux was not seen. The bladder neck remained open at rest and was closed with straining (cough or valsalva). Stress urinary incontinence was demonstrated as type III. During the Voiding phase (VCUG) the bladder neck was abnormal. There was evidence for a possible urethral diverticulum. The bladder neck or urethra was obstructed, A cystocoele was not present. There was no evidence of vaginal prolapse.


Assessment:
1. Normal sensations
2. No DSD
3. No VUR
4. Obstructed Voiding pattern
5. Open bladder neck
6. SUI Type III.
7. IDO / NDO not demonstrated.
8. Normal EMG Pattern

Diagnosis:
1. Calcified mass behind bladder
2. Open Bladder neck ?Shydrager Syndrome
3. Possible NDO with leakage at night.
4. Obstructed Voiding pattern ? Urethral Diverticulum

Recommendations:

1. CT scan pelvis to define calicied mass impinging on bladder
2. Neurology referral with MRI entire spine
3. Double balloon urethrogram R/O urethral diverticulum
4. Ditropan XL 10mg PO QHS. Perscription with warnings issued.
5. Return after MRI.



Help    Profile

# Radiology Reports

New Query

first   previous   next   last

VERIFIED

REQ PHYS: John Lavelle
REASON:   spinal cord lesion? shy drainage

Date:      03/11/2003

| Proc ID | Procedure | PACS Images |
|---------|-----------|-------------|
| 00912761 | MRI SPINE TOTAL CTL W+WO CONT | ARCHIVED |

ORIGINAL REPORT:
3/11/03ʔʔʔʔʔMRI OF THE ENTIRE SPINE WITH AND WITHOUT INTRAVENOUS
GADOLINIUM

DICTATED:  ʔʔʔʔʔ3/11/03

HISTORY:ʔʔʔʔʔThe patient is a sixty year old female with
Shy-Drager syndrome.

TECHNIQUE:ʔʔʔʔʔPre and post Gadolinium administration, multi
planar, multi sequence imaging was performed of the entire spine.

CERVICAL SPINE: ʔʔʔʔʔThere is mild degenerative disease in the
mid cervical spine.  No abnormal signal is seen in the cord and
there is no evidence of spinal stenosis.

THORACIC SPINE:ʔʔʔʔʔThere is facet hypertrophy at T9-10 causing
some impingement on the posterior aspect of the thecal sac at
this level.  No true stenosis is seen.  No abnormal signal is
seen in the cord.  No intrinsic abnormal bony signal is seen.

LUMBAR SPINE:ʔʔʔʔʔThe conus is unremarkable.  No abnormally bone
signal is seen.  There is no evidence of disc herniation or
spinal stenosis.

JOHN P LAVELLE, MD

JPL:EDiX18472
D: 03/16/03 15:31 T: 03/18/03 11:39 DOCUMENT: 200303161219659300

Electronically signed on 04/22/2008 by JOHN P LAVELLE, UNC HOSPITALS

New Query      Send To Provider(s)

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

<u>Help</u>    <u>Profile</u>

# Radiology Reports

### New Query

<u>first</u>   <u>previous</u>   <u>next</u>   <u>last</u>

### VERIFIED

REQ PHYS: John Lavelle
REASON:   spinal cord lesion ? shy drager

Date:   03/11/2003

| Proc ID | Procedure | PACS Images |
|---------|-----------|-------------|
| 00912627 | RETROGRADE UROGRAPHY W & W/O KUB | ARCHIVED |

ORIGINAL REPORT:

3/11/03?????

DICTATED:?????????3/13/03.

CLINICAL HISTORY:  A sixty-year-old female with a spinal cord
lesion (query Shy-Drager).

EXAMINATION: After a scout radiograph was obtained, a double
balloon catheter was inserted into the bladder using sterile
technique. Multiple spot images of the pelvis were obtained
during the injection of contrast material.

FINDINGS: The scout radiograph demonstrates a moderate amount of
stool in the right colon suggestive of constipation.  A 7.5 cm
calcific density overlying the pelvis likely represents a
fibroid.  Degenerative changes involve the sacroiliac joints.
There is evidence of prior pubic symphyseal diastasis, possibly
related to childbirth or trauma.

Injection of contrast material demonstrates herniation of the
bladder neck below the pubic symphysis. The bladder neck is
distended, and accentuated by the balloon on the catheter.  The
urethra is patulous without diverticulum.

IMPRESSION:

1.?????Calcified uterine fibroid.

2.?????Herniation of the bladder below the pubic symphysis with a patulous urethra, but no evidence of diverticula.

(ldc)

Report Dictated by: JASON BELAND

I have reviewed the images and agree with this interpretation.
JULIA R. FIELDING

New Query

# RADIOLOGY ● ● REPORT

Village Radiology Consultants
110 S. Estes Drive
Chapel Hill, NC 27514
942-3196

(800) 722-6077

64110194

SS#246700744

CHUCK J PERKINS MD
CHAPEL HILL NEUROLOGY
101 CONNER DRIVE #200
CHAPEL HILL NC 27514

PATIENT: CLARK LOUISE
2304-A LINCOLN
DURHAM, NC 27707

H 9196822653

DOB: 07-06-42    AGE: 60

BRAIN MRI W/O CONTRAST: 7/3/03

HISTORY:

Numbness, weakness left side of body.  Shaking episodes.

TECHNIQUE:

Standard MRI sequences of brain without contrast.

Images were acquired on an open magnet, at low field strength
(0.2 tesla).

FINDINGS:

Ventricles, cisterns and sulci are normal for age.  No midline
shift, mass effect or extra-axial fluid collection is present.
No parenchymal signal abnormalities to suggest neoplasm, hemorrhage,
vascular malformation, infarction or demyelination.  The calvarium,
skull base and facial structures appear unremarkable.

IMPRESSION:

Given the patient's age, the brain demonstrates normal structure and
signal by MRI.

Patient has a retention cyst right maxillary sinus and membrane
thickening in the ethmoid sinuses.

CLAIRE M. POYET, M.D.

TLR

Demographics    Outpatient Problem List    Outpatient Medications    Visits    Labs    Reports    Allergies    Crea Not

Help    Profile

# Clinic Notes

New Query    Send To Provider(s)

first    previous    next    last

FINAL REPORT

```
Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            08/04/2003
Dictator:       HOWARD Z KASHEFSKY, D P M
Teaching:       HOWARD Z KASHEFSKY, D P M
```

REFERRING PHYSICIAN:
None Dictated.

PRIMARY CARE PHYSICIAN:
None Dictated.

CONSULTING PHYSICIAN:
None Dictated.

HISTORY:

CHIEF COMPLAINT:
This 61-year-old woman presents having been referred for chronic
right foot pain and generalized symptoms of neuropathy.  The
patient does have a history of a track incident where she fell
which is well documented in previous notes.  The patient
currently states that she has some continued diffuse pain of the
right foot, however, the patient has not received a TENS unit for
the neuropathy as previously recommended.  The patient has a pair
of running shoes on, however, she did get the orthotic as
initially recommended, however, states it does not help much.

PHYSICAL EXAM:
VASCULAR FINDINGS:  The patient has continued palpable pulses of
the dorsalis pedis and PT artery of both feet.
ORTHOPEDIC FINDINGS:  The patient has average morphology and no
edema or ecchymosis.  The patient has no collapsing of the arch
and the patient has anatomical alignment of the ankle and arch.
 The patient has pain free range of motion of the ankle joint,
pain free palpation of the plantar fascia.  The patient has
generalized diffuse pain across the midfoot on dorsal and plantar
aspect.

MEDICAL DECISION MAKING:

ASSESSMENT/PLAN:
Continued pain in the right foot and patient had previous
diagnosis of findings consistent with neuropathy.

TREATMENT PLAN:
This patient was counseled on the importance of compliance with
the TENS unit and referred back to physical therapy for getting
this device and was counseled on use of this unit.  The patient
is to return back to Dr. Lee for follow up.  She did see Dr. Lee
on one occasion and was referred for therapy, however, could not
tolerate the therapy and did not follow up with Dr. Lee and we
have encouraged her to do so and to see if there are any
alternative or additional options for her.


HOWARD E KASHEFSKY, D.P M


HEK:EDiX14357
D: 08/04/03 16:07 T: 08/06/03 14:36 DOCUMENT: 200308041211462800


Electronically signed on 09/08/2003 by HOWARD E KASHEFSKY, UNC HOSPITALS




New Query        Send To Provider(s)

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Clinic Notes

New Query        Send To Provider(s)

first    previous    next    last

## FINAL REPORT

UNC HEALTH CARE
Chapel Hill, NC 27599

Patient Name: Clark, Louise Smith
Medical Record Number: 057-91-15
Date of Service: 08/04/2003
Teaching Physician: John D. Wright, M.D.
Dictated by: Jeffrey White, M.D.

HISTORY:
CHIEF COMPLAINT: Glasses not working
HISTORY OF PRESENT ILLNESS: This is a 61-year-old black female that says
that she's having blurry vision with her glasses for the last couple of
months. Especially with her near vision, she thinks they are not working
very well. She also has multiple complaints with every aspect of her
health. What's bothering her with her eyes is that she's been seeing
floating lights she thinks just in her left eye for the last 5-6 weeks.
She describes these as circular lights and that somebody is shining a
flashlight in her eye and moving it around from the nasal to the temporal
side. She gets these episodes all day, everyday for the last 5-6 weeks and
usually when they start, they last for 10-15 minutes and they go away for a
few minutes. She's not having them today while I'm talking to her. She
denies any pain, diplopia or amaurotic episodes. She has chronic headaches
but they haven't changed recently. She relates all of her multiple medical
problems to her accident she had in the grocery store in 2001, where either
she fell or she was hit by something in the head and subsequently developed

incontinent and total body numbness.  Since that time, she's been on
multiple medications and she was just recently had her Neurontin stopped
and she was started on Topamax.
PAST OCULAR HISTORY:   Hyperopia; no surgeries
FAMILY OCULAR HISTORY:   No glaucoma
PAST MEDICAL HISTORY:   Hypothyroidism; high cholesterol; peripheral
neuropathy
ALLERGIES:   Latex
MEDICATIONS:   Ditropan; Lovastatin; Paxil; Levothyroxine; Topamax; Zantac
SOCIAL HISTORY:   Doesn't smoke or drink
REVIEW OF SYSTEMS:   She has a scalp rash; she has peripheral neuropathy;
she says in the morning she's been coughing up blood.  She denies chest
pain or shortness of breath

EXAMINATION:
VISUAL ACUITY/REFRACTION:
   CC:    OD:  20/20                 OS:  20/20
   Wearing: OD:  +2.00 sphere         OS:  +2.00 sphere
          Add:  +2.25
   Manifest:OD:  +2.25 = 20/20       OS:  +2.00 = 20/20
          Add:  +2.25 = 20/20
EXTERNAL:  Eyelids normal OU
PUPILS:  No anisocoria; no RAPD
MOTILITY:  Orthophoric; Versions full OU
VISUAL FIELDS:  Grossly full to confrontation OU
INTRAOCULAR PRESSURE (mm Hg):  Tonopen
          OD:  16     OS:  10
SLIT LAMP
     Lids/Cilia:        Normal OU
     Conjunctiva:     White OU
     Cornea:         Clear OU
     Anterior chamber: Deep and quiet OU
     Iris:           Normal OU
     Lens:          Clear OU
OPHTHALMOSCOPY:     Dilated
     Optic nerve:  cup-to-disc ratio:  0.20 OD, 0.15 OS
     Retina:  Macula, vessels, periphery normal OU, except for some white
     without pressure in the nasal and temporal periphery OU

MEDICAL DECISION MAKING:
IMPRESSION:
1.   Subjective photopsias with normal exam
2.   White without pressure
3.   Hyperopia/presbyopia

PLAN/COMMENT:
I reassured Ms. Clark that I don't see anything wrong with her eyes and
that she should attempt to find out if covering one eye makes the flashing
lights go away and to see if there is any temporal cause pattern to these
symptoms.  She can return if she has worsening of the symptoms, otherwise,
will see her in a year.

dd 08/13/20C3 by Jeffrey White, M.D.
dt 08/13/20C3 12:02 P by gjd

Electronically signed on 08/13/2003 by JEFFREY J WHITE, UNC HOSPITALS

Electronically signed on 08/20/2003 by JOHN D WRIGHT, UNC HOSPITALS

[ New Query ]    [ Send To Provider(s) ]



Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

<u>Help</u>   <u>Profile</u>

# Clinic Notes

New Query    Send To Provider(s)

<u>first</u>   <u>previous</u>   <u>next</u>   <u>last</u>

FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            09/23/2003
Dictator:       TOPALLI K SASTRY, MD
Teaching:       MICHAEL Y LEE, MD

HISTORY
REASON FOR VISIT:
Generalized burning sensation and numb sensation in bilateral
upper and lower extremities, and right foot pain, and loss of
hair.

HISTORY OF PRESENT ILLNESS:
Patient is a 61-year-old African-American female with a history
of hypothyroidism, hypercholesterolemia, and history of right
foot pain. Came for the clinic follow up visit. Apparently
patient continued to have right foot pain. Also patient
complained of bilateral hand and leg numbness and burning
sensation. She was seen by Dr. Lee in the rehab clinic and was
evaluated by Dr. Kashetsky in the podiatric clinic. During the
last clinic visit in the rehab, patient had symptoms consistent
with peripheral neuropathy. At that time, she was prescribed
Neurontin and also patient has decreased strength and had
reported that she limited her A.D.L. Therefore, she was
recommended physical therapy in order to improve her strength
and balance. Patient did not use the recommendations and she
was very noncompliant with the Neurontin and TENS unit given to
her.
She did not renew the orthotic given by podiatry as well. Now

ASSESSMENT/DIAGNOSES:
A sixty-one-year-old African-American female with a history of
hypothyroidism, hypercholesterolemia, and right foot pain.  On
the skeletal examination, her right foot range of motion is
within normal limits.  There is no apparent deformity.

PLAN:
1.  During this clinic visit, we feel that we should check her
thyroid function tests in order to make sure her symptoms are
not related to her hypothyroidism.
2.  Patient also complained of proximal muscle weakness related
to her A.D.L., unable to care for herself and   Given
her symptomatology, we will consider testing her for polymyalgia
rheumatica.  Therefore, will obtain sed rate, CBC with the
differential, and also we will, in the future, consider a
rheumatology or a neurology consult.
3.  We will consider nerve conduction studies to rule out any
peripheral neuropathy in the future clinic visit.
4.  We would try to be in touch with her primary care physician
to discuss these issues.
5.  Follow up at the clinic in 4-6 weeks.


TOPALLI K SASTRY, MD


TKS:EDiX16951
D: 09/26/03 16:13 T: 09/29/03 16:09 DOCUMENT: 200309261216396500


Electronically signed on 10/03/2003 by TOPALLI SASTRY, UNC HOSPITALS


Electronically signed on 11/07/2003 by MICHAEL Y LEE, M.D.




New Query          Send To Provider(s)

UNIVERSITY OF
NORTH CAROLINA HOSPITALS
Chapel Hill, North Carolina 27514

DEPARTMENT OF PHYSICAL THERAPY

*Clinic Note*

05 79115-7
*Clark, Louise*
*7/06/1942*

MIM #329

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

DOO .6/01                                    med. dx – ® foot pain

**DATE:** 8/13/03    **REASON FOR REFERRAL:**

**HPI:** – numb & tingling all over, injured ® foot at grocery store, something fell hitting head → foot ē ® foot stress fx; also incontinent; difficulty sleeping; c̄o difficulty using hands, some memory problems

**PMH:** hypothyroid; reflux

**PSH:** s/p thyroid surgery

**PRIOR PHYSICAL THERAPY SERVICES:** – yes for neck s/p Damn

**PRIOR LEVEL OF FUNCTION:** – not driving, has help ē groceries, "business"; (ē ī) ADL's but slow

**SH:** – apt 1st floor; ē adult child.

---

**S:**                    **PATIENT'S GOAL:** ↓ pain

**O:** Arrived in PT ē daughter.    **PAIN:** 10/10 constant
Pt demonstrates forgetfulness.
Gait mildly unsteady. AROM ® foot & ankle wNL's
↓ PP (R̄ L̄), attempted to use back (spinal levels) as
alternate placement for TENS electrodes. Pt did not
respond to pinprick on back either. Discussed ē
pt and daughter that TENS was contraindicated over
area of numbness as pt could receive skin burn. Pt
also not capable of operating TENS ē ī.

**A:**    ∧: Pt is poor candidate for TENS unit

**STGs:** (      )

**LTG:** (      )

___ Patient / family participated in goal setting and agree with treatment goals and plan.

**P:    FREQUENCY:**         No TENS unit issued. Email
     **DURATION:**          sent to MD
     **TREATMENT:**                    Kaye Harris PT 218

HO 5916   Rev 09/01

Demographics   Outpatient Problem List   Outpatient Medications   Visits   Labs   Reports   Allergies   Crea Not

Help   Profile

# Clinic Notes

New Query      Send To Provider(s)

first   previous   next   last

### FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            12/17/2003
Dictator:       MICHAEL Y LEE, MD
Teaching:       MICHAEL Y LEE, MD

HISTORY:

HISTORY OF PRESENT ILLNESS:
The patient is a 61-year-old woman with a history of chronic
lower back pain and hypothyroidism, who returns to clinic with a
complaint of numbness and tingling of the hands and lower
extremities. The patient also has had rash and has not been seen
by dermatology. The patient currently has been evaluated by
neurology for possible seizure. The patient has not had nerve
conduction studies or EMGs. The patient has not been seen by
physical therapy recently. The patient complains of inability to
function and ambulate without the use of wheelchair.

ALLERGIES:
LATEX.

MEDICATIONS:
Naurontin, Topamax.

PHYSICAL EXAM
VITALS: BP 130/76, p 84, pain 10/10, in NAD.
SKIN EXAMINATION: Reveals that patient has multiple small

lesions that may have been healed throughout her leg and upper
extremity.
NEUROLOGICALLY:  Alert and oriented times 3.  Speech fluent,
but tangential.  The patient is able to move all extremities.
MUSCULOSKELETAL: Nontender with palpation.  Negative straight
leg raising.  No deformities.

MEDICAL DECISION MAKING:


ASSESSMENT/DIAGNOSES:
The patient is a 61-year-old woman with a history of chronic
lower back pain with multiple, complex complaints.

PLAN:
1.  We will get nerve conduction studies and EMG to rule out
peripheral neuropathy.
2.  Physical therapy referral for home exercise program and
therapeutic exercises.
3.  Patient was instructed to follow up with neurology.
4.  Return to clinic in 6 months.

I have spent over 40 minutes in discussing with the patient
regarding different conditions that she may have had, and also
made a referral, including neurology, dermatology, and nerve
conduction studies.


MICHAEL Y LEE, MD



MYL:EDiX20162
D: 12/29/03 09:47 T: 12/29/03 10:30 DOCUMENT: 200312291217165200


Electronically signed on 12/29/2003 by MICHAEL Y LEE, M.D.

New Query        Send To Provider(s)

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Clinic Notes

New Query      Send To Provider(s)

first   previous   next   last

## FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            10/22/2002
Dictator:       MICHAEL Y LEE, MD
Teaching:       MICHAEL Y LEE, MD

HISTORY
HISTORY OF PRESENT ILLNESS:
The patient is a 60-year-old woman with history of right foot
injury in June 2001.  The patient complains of numbness of the
bilateral upper extremity along with weakness of bilateral upper
extremity and right lower extremity.  The patient also has had
significant right foot pain since than.  The patient has had
difficulty with ambulation and activities at home.  The patient
apparently has been seen by multiple physicians and has had
multiple work ups including nerve conduction studies which
revealed carpal tunnel syndrome, MRI of the cervical spine which
apparently showed contusion and apparently also has had x-rays of
the right foot.  X-ray of the recent month showed a mild
deformity with a mild osteopenia with a questionable old healed
fractures of the second, third, and fourth toe of the right foot.

The patient was seen by podiatry and was referred to us for
evaluation.

The patient apparently has had episodes of urgency regarding
bowel and bladder.  The patient has not been seen by urology.
 The patient has been seen by GI and had colon polyps removed.

ALLERGIES:
LATEX.

MEDICATIONS:
Levothroid, Claritin, Paxil, Mevacor, iron.

The patient has had history of allergic rhinitis. The patient
apparently has been disabled since 1987 of unknown etiology. The
patient has had history of hypothyroidism and
hypercholesterclemia.

REVIEW OF SYSTEMS:
Per history of present illness.

PHYSICAL EXAM:
VITAL SIGNS: BP 140/82, temp 36, p 72, pain 10/10 in no acute
distress.
LUNGS: Clear.
CARDIAC: Regular rate and rhythm.
ABDOMEN: Soft.
EXTREMITIES: Negative swelling. Positive pulses. Nontender
with palpation of the dorsal or plantar surface of the bilateral
feet.
NEUROLOGICALLY: Alert, oriented times three. Mild weaknesses of
the intrinsics otherwise good strength throughout upper
extremities. No focal weaknesses of bilateral lower extrenity.
The patient is able to ambulate.

MEDICAL DECISION MAKING:

ASSESSMENT/DIAGNOSES:
This is a 6C-year-old woman with a history of right foot injury
with questionable carpal tunnel syndrome and questionable spinal
contusion.

PLAN:
1. Neurontin 100 mg p.o. t.i.d. If patient is able to tolerate
will increase Neurontin on later visit.
2. We will attempt to get old records.
3. Return to clinic in four weeks.

MICHAEL Y LEE, MD

MYL:EDiX14357
D: 10/22/02 15:26 T: 10/23/02 08:39 DOCUMENT: 200210221216419600

Electronically signed on 10/29/2002 by MICHAEL Y LEE, M.D.

UNIVERSITY OF
NORTH CAROLINA HOSPITALS
Chapel Hill, North Carolina 27514

DEPARTMENT OF PHYSICAL THERAPY

*Clinic Note*

MIM #329

05 791157

Clark, Louise

07-06-1942

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DATE:** 1/5/04   Onset 6/01   **REASON FOR REFERRAL:** Evaluate + Rx

**HPI:** 61 yo AA ♀ s/p injury several years ago. Pt reports severe pain + difficulty controlling speed of ambulation "goes w/ best forward". Reports no falls but has ↓ activity out of home.

**PMH:** hypothyroid, reflux

**PSH:** s/p thyroid surgery

**PRIOR PHYSICAL THERAPY SERVICES:** Attempt at TENS

**PRIOR LEVEL OF FUNCTION:** Progressive ↓ per patient

**SH:** Lives in Durham c̄ daughter, Cynthia Clark. 3 steps no rail to enter, no to a 1 level home

**S:** Pt quiet throughout evaluation. **PATIENT'S GOAL:** To get better - Unable to be more specific

**O:** Daughter stated that patient **PAIN:** elbow to hands w/c legs 0/10 has a Neurology and psychology assessment this Friday 1/9/04

**Strength:** Able to move BUE against gravity but does not resist because of elbow pain   * Pt/dtr stated that she is being assessed for seizures on...

**ROM:** All movement of BLE is stiff but functional. Other during evaluation pt would have ~30 to 60 second periods of RUE tremor.

**Gait:** Variable. At times walks stiffly c̄ small steps but uncontrolled speed. Other times after a few feet of amb pt remains somewhat stiff but co...

**A:** 61 y o presents c̄ ↓ mobility + balance, ↓ speed + achieves hip + knee flex as well as gait dysfunction and ↓ flexibility. Pt will benefit from...

**STGs:** (        ) to ↑ functional safety + mobility but once her neurological + psychological assessments are complete

**LTG:** (        ) Pt and daughter agree with this plan

☑ Patient / family participated in goal setting and agree with treatment goals and plan.

**P:**

**FREQUENCY:** Will reassess Pt post neurological + psychological work up. Daughter will

**DURATION:**

**TREATMENT:** call to reschedule mother

Made Dr Michael Lee aware of above plan

*[signature] Diane Meyer*

HD 5916  Rev 09/01

Demographics   Outpatient Problem List   Outpatient Medications   Visits   Labs   Reports   Allergies   Crea Not

Help   Profile

# Clinic Notes

New Query     Send To Provider(s)

first   previous   next   last

## FINAL REPORT

Patient:        CLARK , LOUISE S
MRN:            000000579115
DOS:            01/15/2004
Dictator:       HOWARD 3 KASHEFSKY, D P M
Teaching:       HOWARD 3 KASHEFSKY, D P M

REFERRING PHYSICIAN:
None Dictated.

PRIMARY CARE PHYSICIAN:
None Dictated.

CONSULTING PHYSICIAN:
None Dictated.

HISTORY:


CHIEF COMPLAINT:
This 61-year-old woman presents for follow up of neuropathic foot
pain and burning feet.  The patient does also have a history of
back problems and has been recently seen by Dr. Michael Lee of
physical medicine and rehab.  The patient has been scheduled with
Dr. Lee for EMG/NCV studies on January 26, 2004 and follow up
with neurology.  In addition, the patient had a problem with some
type of a larva in her hair and she is to follow up with
dermatology with regards to this.  The patient at times seems
confused and at other times seems quite clear and understanding
of her conditions.  She does not answer our questions directly

and instead goes off on any tangents of other thoughts and
experiences she has.

PHYSICAL EXAM:
VASCULAR FINDINGS: Unchanged. She has palpable pulses of both
feet. She has no ulcers, no cellulitis or signs of infection on
exam of the forefoot, midfoot, and hindfoot. She has an average
morphology and she has a pair of well fitted woman's sneakers.
NEUROLOGIC FINDINGS: Continued diminished sharp dull and light
touch to both feet and there is Babinski sign not present and the
patient has EMG/NCV studies which are pending.

MEDICAL DECISION MAKING:

ASSESSMENT/PLAN:
Continued painful burning foot syndrome and neuropathy.

TREATMENT PLAN:
We have counseled this patient on the importance of complying
with her appointment for the EMG/NCV studies. She had initially
cancelled her first appointment and rescheduled. We have also
counseled her that there is nothing further that we can do for
her feet. Her problems and symptoms may be coming from her back
and the neurologist will focus on this with their evaluation. If
she does develop an actual problem that is isolated to her foot
or feet we will follow up at that point.


HOWARD E KASHEFSKY, D P M



HEK:EDiX14357
D: 01/15/04 14:30 T: 01/15/04 15:20 DOCUMENT: 200401151211811(00


Electronically signed on 02/17/2004 by HOWARD E KASHEFSKY, UNC HOSPITALS

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Clinic Notes

New Query    Send To Provider(s)

first    previous    next    last

FINAL REPORT

UNC HEALTHCARE
Chapel Hill, NC 27599

Patient Name Clark, Louise Smith
Medical Record Number  057-91-15
Date of Service 02/19/2004
Teaching Physician Caroline M. Klein, M.D.

* * * * *

NEUROLOGY CLINIC

REQUESTING PHYSICIAN:  Howard Kashefsky, M.D.
PRIMARY CARE PHYSICIAN:  Evan Ashkin, M.D., Highgate Family Medical Center,
5317 Highgate Drive, Suite 117, Durham NC 27713-6622
CONSULTING PHYSICIAN:  Caroline Klein, M.D.

HISTORY
:

REASON FOR VISIT:  Ms. Clark is seen for neurological
consultation at the request of Dr. Kashefsky for evaluation of
numbness and possible peripheral neuropathy.
HISTORY OF PRESENT ILLNESS:  Ms. Clark is a 61 year old right-
handed woman with complaints of foot and hand numbness.  She
relates most of her symptoms back to an episode of trauma
which occurred in June 2001 where she suffered a foot injury
on the right but then subsequently developed pain in her left
lower extremity, burning discomfort in both upper and lower

extremities, and residual numbness. Unfortunately, the patient
is a very difficult historian to follow and she spends a great
deal of time talking about issues relating to skin changes
including alopecia, pruritic skin reactions and possible
parasitic infestations of unclear etiology. She is
awaiting a consultation in dermatology. She has been treated
symptomatically for some of these issues by her primary care
physician with some benefit although she continues to complain
of somewhat generalized numbness, paresthesias and burning
pains. The numbness she describes is dead-type numbness in her
distal arms and legs. She states that she feels "cold"
and "numb" all over her body. She possibly has symptoms of dry
mouth although she does not answer my question very directly
and does describe alteration or reduction in her taste
sensation and complaints of a bitter taste in her mouth. She
denies dryness of her eyes.

The patient had a MRI of her spine done March 2003 at UNC
Hospital which showed facet hypertrophy at T9-T10 with some
impingement on the posterior thecal sac without stenosis or
abnormality in the cord signal. There were no other changes
seen other than mild degenerative changes throughout the
spine including cervical and lumbosacral levels.

PAST MEDICAL HISTORY:  History of chronic low back pain with
some radiation into the left posterior and lateral thigh.
Hyperthyroidism status post thyroid surgery, history of
hypercholesterolemia, right foot trauma with subsequent
traumatic arthritis in June 2001, history of colon polyps,
history of allergic rhinitis.
ALLERGIES: Latex
MEDICATIONS: Topamax 100mg BID, Paxil 20mg per day, Bactroban
cream 2% daily, Zantac 150mg BID, Levothyroid 75mcg daily,
temazepam 15mg at bedtime, lovastatin 20mg at bedtime.
FAMILY HISTORY:  Positive for heart disease.
SOCIAL HISTORY:  The patient's is disabled for unclear reasons
per her medical record. She denies current or past tobacco or
alcohol use.
REVIEW OF SYSTEMS: History of recent night sweats over the
last two days when the patient felt generally poorly. She also
complains of fatigue. She states that she sees a "light" in
the visual fields in her left eye only. She is unable to
describe this more specifically. She denies ear pain or
change in hearing. She complains of left sided chest pain at
times which seems to be related to some of her other
generalized symptoms and noncardiac in nature by her
description. She complains of shortness of breath on exertion.
She has some chronic reflux symptoms. She complains of
urinary hesitancy and urge urinary incontinence. She wears an
orthotic in her right shoe secondary to the traumatic
arthritis in that foot. She complains of hyperpigmented skin
lesions on her face and other parts of her body. She reports

difficulty sleeping. The balance of 10 review of systems is negative.

VITALS:  Pulse 79, blood pressure 131/78, weight 74.1kg.
APPEARANCE: The patient is a well-developed, well-nourished woman who is tearful at times as she relates her history which is quite tangential and somewhat paranoid in content and difficult to follow at times.

NEUROLOGICAL EXAM
:
GENERAL PHYSICAL: Pupils are equal, round and reactive to light bilaterally. Oropharynx is clear. Spine is nontender to palpation throughout. She has dry skin on her feet and somewhat on her hands but no obvious skin lesions are appreciated on my examination. There are no carotid bruits. Cardiovascular and pulmonary examinations are clear throughout. The patient has mildly high arched feet bilaterally. There is no peripheral edema appreciated.
MENTATION: The patient is awake and alert and oriented. Her speech is fluent. However, the content is noted above somewhat odd and difficult to follow. She answers direct questions very poorly.
CRANIAL NERVES:  Visual fields are full throughout to confrontation. Pupils are equal, round and reactive to light bilaterally. Optic discs are benign. The patient reports subjectively altered light touch and temperature sensation on her face throughout. Extraocular movements are intact without nystagmus. Facial movement and strength appear to be intact. The patient reports reduced hearing bilaterally to finger rub testing. Palate elevates symmetrically in the midline with phonation. Shoulder shrug and tongue protrusion strength are intact.
CEREBELLAR:  Coordination is intact with finger-to-nose-to-finger testing, heel-to-shin testing and rapid alternating movements in the upper and lower extremities bilaterally. The patient has periods during the examination where she becomes more tremulous and seems to hyperventilate with the effort of going through the examination. Otherwise, no abnormal movements are appreciated.
LIMBS:  TONE/BULK/POWER:  The patient has normal bulk throughout. There is slightly increased tone in her left lower extremity which is unclear if it is related to poor relaxation although it seems to be present with repeated examinations. Muscle bulk is normal throughout. There is no atrophy or fasciculations appreciated. Strength is difficult to assess but appears to be at least 4+/5 throughout. The patient has some give-way weakness in all extremities.
REFLEXES:  Deep tendon reflexes are 2+ in the arms, 2 to 3- at the knees bilaterally, and 2+ at the ankles. There is no ankle clonus. Toes are downgoing bilaterally to plantar stimulation. The patient has bilateral Hoffmann's and Tromner's signs

elicited in the upper extremities. Jaw jerk is normal.
SENSORY: The patient reports intact light touch, joint
position and vibratory sensations throughout. The patient
describes slightly decreased temperature appreciation in her
left hand. Pin prick is reduced on the left hand on the palmar
aspect of the index finger only. There is no sensory
level to pin prick stimulation on the posterior trunk.
GAIT: Casual gait is slowed and cautious. The patient walks
briefly on her tip toes and heels on request. Romberg sign is
absent.                         •

IMPRESSION
/PLAN:
My impression is that Ms. Clark has multiple symptoms which
are of unclear etiology and some of which may be related to
some type of skin infestation or dry skin condition. I
encouraged her to follow-up with her dermatology clinic
appointment to answer her concerns regarding these issues.
From a neurological perspective I think that she may have
either a small fiber sensory or possibly a larger fiber
sensory greater than motor peripheral neuropathy
although her findings on her examination are limited in this
regard. However, I think that it would be important to answer
this question objectively by performing an EMG and nerve
conduction study. I will arrange for the patient to come back
to see me to have this completed in the near future.

Of interest, I reviewed the patient's laboratory testing done
here at UNC within the last couple of years. She had normal
TSH in September 2003 as well as CBC and sedimentation rate at
that time. Random glucose in April 2003 was normal with normal
liver function test and triglycerides which were within normal
range. She did have previously a low vitamin B12 level
of 202 in July 2002. This is relatively reduced in the low
normal range and certainly lower than the threshold of 300
which generally elicits treatment from a neurological
perspective. However, I would like to go ahead and
repeat that test today with some additional laboratory testing
to look into possible causes for her symptoms in terms of
peripheral neuropathy. This will include liver function tests,
serum calcium, creatine kinase, hemoglobin A1C, serum
triglycerides, sedimentation rate, C-reactive protein, vitamin
B12 and folate, serum protein electrophoresis with
immunofixation, ANA, lyme disease titer, RPR, rheumatoid
factor, serum homocysteine, methylmalonic acid, serum
cryoglobulins, BNA and 24 hour urine heavy metal screen for
arsenic, lead and mercury.

Additional recommendations are dependent on the results of the
above testing. I will have the patient return in approximately
one month to review this testing after it is completed. If her
EMG and nerve conduction study is unrevealing then proceeding

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Neurophysiology Reports

New Query    Send To Provider(s)

first   previous

## PRELIMINARY REPORT

```
FORM      UNIV. OF NORTH CAROLINA HOSPITALS        CLARK , Louise
******       ELECTROMYOGRAPHY SECTION             0579115-7   Hght: 63.0 in.
REV      CLINICAL NEUROPHYSIOLOGY LABORATORY       Age:   61  Sex: Female
08/88                                             REF MD: Klein, Caroline
DATE OF STUDY: 02/23/2004                         !  OPD   NEU
CLINICAL IMPRESSION: .                            -----------------------------
Sixty-one year/old woman with burning and numbness in hands and feet.

SPECIFIC QUESTIONS:
Evaluate for peripheral neuropathy.
```

| NERVE | NERVE CONDUCTION STUDIES: | LEFT | | RIGHT | | NORMAL |
|-------|---------------------------|------|------|-------|------|--------|
| MOTOR NERVE: | | | | | | |
| MEDIAN | wrist-APB,latency | 3.9 mSec | | 4.1 mSec | | <4.4 |
| | wrist-APB,amplitude | 9.9 mV | | 12.8 mV | | >4.2 |
| | F-wave, latency | 24.6 mSec | | | | <31.0 |
| | ab.elb-wrist,latency | 7.1 mSec | | 7.7 mSec | | >4.0 |
| | ab.elb-wrist,amplitude | 9.5 mV | | 12.1 mV | | >4.2 |
| | ab.elb-wrist,velocity | 65.0 M/S | | 59.0 M/S | | >49 |
| PERONEAL | ankle-EDB,latency | 3.8 mSec | | 4.0 mSec | | <5.7 |
| | ankle-EDB,amplitude | 1.6 mV | | 2.9 mV | | >2 |
| | fib.hd-ankle,latency | | | 9.9 mSec | | >3.3 |
| | fib.hd-ankle,velocity | | | 52.0 M/S | | >38 |
| | fib.hd-ankle,amplitude | | | 2.1 mV | * -3sd | >2.2 |
| | knee-ankle,latency | 10.9 mSec | | 11.1 mSec | | >3.3 |
| | knee-ankle,velocity | 51.0 M/S | | 52.0 M/S | | >37 |
| | knee-ankle,amplitude | 1.3 mV | * -3sd | 2.0 mV | * -3sd | >2.2 |
| | F-wave,latency | 44.5 mSec | | | | <56 |
| TIBIAL | ankle-Abd. hall.,latency | 3.8 mSec | | | | <5.7 |

```
              ankle-Abd. hall.,amplitud    5.4 mV                              >2.8
              knee-ankle,latency          11.8 mSec                            >6
              knee-ankle,velocity         47.0 M/S                             >41
              knee-ankle,amplitude         4.4 mV                              >2.8
              F-wave,latency              44.7 mSec                            <56.0
SENSORY NERVE:
MEDIAN        palm-wrist,latency           2.5 mSec*  4sd      2.6 mSec*  5sd <2.2
              palm-wrist,amplitude        63.0 uV             28.0 uV    * -3sd >40
ULNAR         palm-wrist,latency           1.9 mSec            1.8 mSec       <2.2
              palm-wrist,amplitude        27.0 uV             48.0 uV         >20
SURAL         calf-ankle,latency (14cm)    3.7 mSec            4.0 mSec       <4.2
              calf-ankle,amplitude (14c   11.8 uV              6.1 uV         >5
SUPER. PER    ankle-foot,latency           3.0 mSec            3.0 mSec       <3.4
              ankle-foot,amplitude        15.0 uV              9.3 uV         >5
```

(*) indicates abnormal value, (sd) is number of standard deviations from mean.


ELECTROMYOGRAPHY:
Left Vastus Medialis (L2,L3,L4 Femoral n) muscle: Normal insertional activity,
no spontaneous activity; no fibrillation or fasciculation potentials. Normal
motor unit potentials. Normal recruitment pattern.

Left Tibialis Anterior (L4,5,Peroneal n) muscle: Normal insertional activity,
no spontaneous activity; no fibrillation or fasciculation potentials. Normal
motor unit potentials. Normal recruitment pattern.

Left Gastrocnemius, Medial Head (S1,2,Tibial n) muscle: Normal insertional
activity, no spontaneous activity at rest; no fibrillation or fasciculation
potentials. Normal motor unit potentials. Normal recruitment pattern.

Left Gluteus Medius (L5,S1,Superior gluteal n) muscle: Normal insertional
activity, no spontaneous activity; no fibrillation or fasciculation potentials.
Normal motor unit potentials. Normal recruitment pattern.

Left Gluteus Maximus (L5,S1,Inferior gluteal n) muscle: Normal insertional
activity, no spontaneous activity; no fibrillation or fasciculation potentials.
Normal motor unit potentials. Normal recruitment pattern.

Left Peroneus Longus (L5,S1,S2 Superficial Peroneal n) muscle: Normal
insertional activity, no spontaneous activity; no fibrillation or
fasciculation potentials. High (2+) amplitude, long (1+) duration motor unit
potentials. Mildly reduced (1+) recruitment pattern.

SUMMARY:
Nerve conduction studies performed at 34 degrees Celsius demonstrate normal
bilateral peroneal, bilateral median and left tibial compound muscle action
potential distal latencies. Bilateral median and left tibial compound muscle
action potential amplitudes are normal. Motor conduction velocities are normal.
Bilateral peroneal compound muscle action potential amplitudes are borderline
to low, worse on the left, with an amplitude drop on the right of 31% with
proximal nerve stimulation, suggestive of a diffuse conduction block at the

knee which does not improve at the fibular head.  Left median, peroneal tibial
F-wave latencies are normal.

Bilateral median palmar sensory nerve action potential distal latencies are
prolonged with normal amplitude on the left, mildly reduced amplitude on the
right.  Bilateral ulnar palmar sensory nerve action potential distal latencies
and amplitudes are normal. Bilateral ulnar palmar sensory nerve action
potential distal latencies and amplitudes are normal. Bilateral sural and
superficial peroneal sensory nerve action potential distal latencies and
amplitudes are normal and symmetric.

Concentric needle EMG examination of selected muscles demonstrates normal
insertional activity and motor unit potentials in the left lower extremity
except for the peroneus longus, with mildly large motor unit potentials with
reduced recruitment.

CONCLUSIONS:
Mildly abnormal study. These electrographically findings are consistent with
bilateral median neuropathies at the wrists, electrophysiologically mild
although relatively worse on the right. In addition, there is evidence of
bilateral peroneal neuropathies, with diffuse conduction block at the knee on
the right and mildly reduced compound muscle action potential amplitude on the
left associated with mild abnormalities on needle examination of the peroneus
longus. There is no evidence of a left lumbosacral radiculopathy on this study.
There is also no evidence of a larger fiber peripheral neuropathy to explain
this patient's foot symptoms, however a small fiber sensory neuropathy cannot
be excluded with this testing. Clinical correlation is recommended.

CK:mh
transcribed: 02/24/04

        //CAROLINE KLEIN, MD, PHD

TEST# 01  DIAGNOSIS: 2A01AŸF¨ 2A04ŸF' 10SŸR¨ 10VŸR¨
MEDICAL RECORDS                    LABORATORY FILE                REFERRING PHYSICIAN'


New Query        Send To Provider(s)

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help   Profile

# Clinic Notes

New Query    |    Send To Provider(s)

first   previous   next   last

## FINAL REPORT

UNIVERSITY OF NORTH CAROLINA HOSPITALS
Chapel Hill, NC 27599

Patient Name CLARK, LOUISE
Medical Record Number .579115
Date of Service 03/31/2004
Teaching Physician Evan Ashkin, MD
Dictated by  Evan A Ashkin MD

* * * * *

REFERRING PHYSICIAN:
PRIMARY PHYSICIAN:
CONSULTING PHYSICIAN:

HISTORY: Ms. Clark comes in today for followup.  She has seen
Dr. Etter from central dermatology for a sensation of bugs
crawling on her skin.  Dr. Etter found no evidence of any insect
of parasite manifestation.  We spoke on the phone and she felt
that the patient would benefit from Risperdal.  She has a
prescription but has not had it filled yet.  Otherwise, she is
complaining of numerous other symptoms today including
uncontrolled shaking of her arms, weakness in her legs, fatigue,
occasionally says she walks backwards when she means to walk

forwards.  Denies feeling anxious.

PAST MEDICAL HISTORY:  Ovarian cancer, thyroid, colonic polyps, osteoarthritis, hypothyroidism, allergies, anxiety disorder, hypercholesterclemia and calcified uterine fibroids status post oophorectomy.

ALLERGIES:  To Lasix.

MEDICATIONS:  Topamax 100 mg b.i.d., Restoril 15 mg q.h.s. p.r.n. insomnia, lovastatin 20 mg q.p.m., Levothroid 75 mcg daily, Paxil 20 mg q.a.m. and Zantac 150 mg b.i.d.

SOCIAL HISTORY:  She is a nonsmoker and nondrinker.  Daughter is very involved in her care.

FAMILY HISTORY:  Diabetes and heart disease.

REVIEW OF SYSTEMS:  No fevers or chills.  No headaches or blurred vision.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Weight 161, blood pressure 133/78 and pulse 71.
EXTREMITIES:  Examination of her upper arms were unremarkable with normal range of motion.  Normal strength.  Normal DTRs. Neurovascularly intact.

ASSESSMENT AND PLAN:
1.  Anxiety disorder with sensation of insect infestation. Encouraged to start the Risperdal at 0.5 mg twice per day and follow up with me in 3 weeks or sooner if not tolerating the medication.
2.  Diffuse complaints with musculoskeletal illnesses.  She has been seen by Dr. Kline from neurology who is in the middle of a workup and is having further testing done.  I will followup with the patient after those are finished.  Today we will draw a sed rate and CBC and followup with recommendations from Dr. Kline.
3.  Hyperlipidemia.  She is to come in for fasting lipids and liver function test.
4.  Thyroid disease.  Should also repeat TSH, followup as above.


_____
  EVAN A ASHKIN MD


eScription document:1-3432280

Electronically signed on 03/31/2004 by EVAN A ASHKIN, UNC HOSPITALS

New Query       Send To Provider(s)

| Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not |

Help    Profile

# Clinic Notes

New Query        Send To Provider(s)

next    last

## FINAL REPORT

UNC HEALTH CARE
Chapel Hill, NC 27599

Patient Name: Clark, Louise Smith
Medical Record Number 057-91-15
Date of Service 05/27/2004
Teaching Physician Caroline M. Klein, M.D.
Dictated by Caroline M. Klein, M.D.
+++++
REQUESTING PHYSICIAN:  Howard Kashefsky, M.D.
PRIMARY CARE PHYSICIAN: Evan Ashkin, M.D., Highgate Family Medical Center,
5317 Highgate Drive, Suite 117, Durham, NC 27713-6622
Cc: Lori Etter, M.D., Central Dermatology Center, 2238 Nelson Hwy., Suite
100, Chapel Hill, NC 27517
CONSULTING PHYSICIAN:  Caroline Klein, M.D.

HISTORY
:

REASON FOR VISIT:  Ms. Clark is seen for neurological follow-up after her
initial clinic visit and consultation which occurred on 2/19/04.
HISTORY OF PRESENT ILLNESS:  She is a 61 year old right-handed woman with
multiple complaints including burning dysesthesias of her extremities,
numbness in her hands and feet all of which occurred relating back to an
episode of trauma which occurred in June 2001. She has also persistently
related a history describing a sensation or a belief that she has infestation
of different worms or bugs in her skin and her scalp causing her to lose her

hair and organisms of some sort coming out of her nose. She has persistently related this belief. She was seen by Dr. Etter for evaluation of this particular complaint who felt that the patient delusions of parasitosis and pruritus. She was given Risperdal by Dr. Etter at a low dose but this was not filled because of the possible interaction with her other medication Paxil which she takes for depression. Dr. Etter did recommend some over the counter moisturizers to try to relieve any dry skin component to her complaints.

The patient also underwent EMG and nerve conduction studies on 2/23/04. This study showed minimal abnormalities consisting of bilateral median neuropathies at the wrists, electrophysiologically mild but relatively worse on the right, bilateral peroneal neuropathies with a diffuse conduction block, but without evidence of a generalized peripheral neuropathy or a left lumbosacral radiculopathy. With this testing it is unable to exclude a small fiber sensory neuropathy as a cause of this patient's burning painful symptoms. Ms. Clark also underwent some laboratory testing after her last clinic visit. This showed low TSH of 0.29 on March 31, 2004. Earlier on 3/03/04 the patient had positive cryoglobulins but only the IgG component was detected without kappa or lambda components detected. Complement and fibrinogen were negative. Serum calcium, liver function tests, creatine kinase, triglycerides, methylmalonic acid and serum protein electrophoresis with immunofixation were negative. A C-reactive protein was borderline increased at 2.1. Vitamin B12, folate, ANA, ENA, rheumatoid factor, lyme disease titer, RPR and urine heavy metal screen for arsenic, lead and mercury were all negative as well. The patient had a hemoglobin A1C in February which was normal at 5.5%.

The patient returns to clinic today accompanied by her daughter who is one of her primary care givers. She again continues with a somewhat vague history although she describes an "aggravating pain" all over her body. She reports a fall yesterday when she was trying to sit down but unfortunately was only accompanied by her young grandchild so the specifics of what exactly happened is unclear. There is no clear history of loss of consciousness. She denies any presyncopal symptoms. She states that she fell on her right shoulder and afterwards she felt a sensation of "bubbling in my blood vessels" like "Alka-Seltzer". She denies any symptoms of anxiety associated to this episode. She does describe a generalized numbness, paresthesias and a feeling that her feet were chilled. She has some symptoms on the left side of her head which are poorly defined and seem to be related to linear areas of discomfort or pain of some sort. She complains of bilateral lower extremity swelling. She complains of trouble with her gait secondary to unsteadiness. She feels as if she is stumbling forwards at times. She feels when this occurs that she is generally fatigued after a period of exertion and it helps to diminish her symptoms if she sits down. She reports a history of falls over the last year. She denies specifically any vertigo. She has had some tremor with muscle activation. She complains that her glands are sore in her neck.

After the patient's daughter left the room for a period of time I did speak to her (the patient) directly regarding any symptoms she may have regarding cognitive impairment or inability to function independently at home. She states that she is confused at times regarding what day it is. She states

that her children actually manage her finances and pay her bills. They also
by her report help her with her activities of daily living. She does not
prepare any meals except for occasionally putting a container of food in
the microwave. She denies leaving the stove on or water running in the
bathtub and forgetting about it although it appears by her description that
she is fairly closely supervised by her family members. She does live with her
children. She states that if she is microwaving something to eat if one of her
grandchildren wants some variation of that or anything complicated in her mind
she is unable to do it.

Past medical history, allergies, medications, family history, and social
history are reviewed. The patient reports that she has a history of
internal hemorrhoids and had a colonoscopy back in 2001. She takes
Synthroid 50mcg per day, Restoril 15mg at bedtime, Topamax 100mg BID, Paxil
20mg per day, Zantac 150mg BID, and lovastatin 20mg at bedtime.

REVIEW OF SYSTEMS:  The patient denies a change in her weight. She reports
that she has had alterations in her sensation of taste and smell. She
denies cough or shortness of breath, bowel or bladder dysfunction. She
complains of blurred vision both near and far and describes somewhat
vaguely again a sensation of an abnormal light perception or perception of
a light source in her left eye which is unclear in terms of its etiology by
her description. When asked regarding ENT symptoms she says that her teeth
are "rattling in my gums". She denies any chest pain. Skin changes are as
described above. She does have dry skin.

VITALS: Pulse 101, blood pressure 134/80, weight 73.0kg.
APPEARANCE: The patient is an overweight, elderly woman in no apparent
distress although again she is difficult to maintain a train of thought and
conversation with during the interview and examination. However, she is
cooperative and pleasant.
GENERAL PHYSICAL: Cardiovascular and pulmonary examinations are
unremarkable. There are no skin rashes or lesions on her skin but she does
have dry skin throughout. Oropharynx is clear. There is no peripheral extremity
edema.

NEUROLOGICAL EXAM
:
Mental status examination was performed. She is able to state the year and
the month but has the date incorrect as she states it is the 23rd. She
knows the day of the week and knows the name of the building and the
hospital. With digit span she is able to repeat five digits forward but
misses two when she attempts to repeat six digits in a forward direction.
Doing a simple calculation she is able to calculate 5x13 correctly. When
asked to subtract 7 from 65 she states 59, when asked to divide 58 by 2 she
says 29 and when asked to add 11 to 29 she initially says 50 and then
eventually corrects herself to say 40. With immediate recall she is able
to register three words but after five minutes is only able to recall one
of the three. She is oriented in terms of the name of the President. When
asked who the first President was she says "Lincoln" initially but then
corrects herself to state "Washington". When I asked her to tell me how
many weeks there were in a year she stated initially that there were 365

days in a year and then when pushed to give me the number of weeks she says "144". She is able to follow simple commands although with complex commands she requires repeating the command before she is able to accomplish it in the right sequence. She has no right-left confusion. When asked simple yes/no questions she is able to answer very simple questions, but when she was asked the following: `The hat is newer than the coat. Is the coat older?' the patient incorrectly answers "nc". She is able to read and identify letters appropriately. She is able to read and follow simple commands. Her conversational speech is fluent. When asked to provide a narrative to a diagram she does not provide complete sentences. She is able to repeat although with a sequence repetitive statement she switches two of the phrases within the statement. She is able to name objects. When asked to draw a clock face she is able to align the numbers fairly well but does not draw hands on the arms of the clock which are of equal length.

Cranial nerves II-XII are intact. There is no cogwheel rigidity or tremor noted. Motor examination reveals normal bulk, tone and strength throughout the upper and lower extremities with exception of minimal weakness of toe flexion and extension graded at 2 to 3+/5 bilaterally. Coordination is intact. Sensory examination is intact to light touch, pin prick, vibratory, and joint position sensations throughout. Deep tendon reflexes are absent throughout. The patient has two to three beats of nonsustained clonus at both ankles. Toes are downgoing bilaterally to plantar stimulation. Jaw jerk is normal. The patient has bilateral Tromner's signs and a right Hoffmann's sign elicited. On casual gait testing the patient has reduced arm swing.

IMPRESSION/PLAN
:
The more I have contact with Ms. Clark the more I am concerned about her cognitive functioning. It is unclear whether all of her many somatic symptoms are a components of a somatic delusional disorder or whether she actually has early form of dementia or Alzheimer's disease. I think it would be beneficial to obtain a MRI of her brain with and without contrast as well as a baseline routine EEG. I will arrange for neuropsychological evaluation to include formal memory testing to see if a diagnosis can be obtained. She does have a history of depression with an anxiety component. I think she probably would benefit from Risperdal although with her current antidepressant (Paxil) this is not compatible. I would recommend that her Paxil be changed to Effexor and then adding the Risperdal if needed. This may help reduce the anxiety component and some of the potential hallucinations or delusions.

For her potential neuropathic symptoms I have given her a prescription for wrist splints and I instructed her to wear them at night in both hands for her bilateral median neuropathies. I will arrange for the patient to have quantitative sensory and sweat testing performed in order to look for any evidence of a small fiber sensory neuropathy since many of her complaints could potentially be related to that although she is not able to relate them very clearly. Otherwise, she should continue her regular medications. I will attempt to contact Dr. Ashkin in order to put forward my recommendations regarding the change in her antidepressant.

the patient complains of generalized weakness, unable to care
for herself including the dressing and cooking, etc. Unable to
ambulate secondary to the pain and weakness in her proximal
musculature. She states that she cannot cook or care for
herself until her daughter arrives from her work. Unable to
wear clothes; unable to shop or carry her groceries secondary
to the pain and weakness. She also states that she has
generalized numb feeling in her skin and she also stated that
she is sleepy all the time. Therefore, she stated that she is
not taking Neurontin any longer.

PMH:
Significant for hypothyroidism, low back pain,
hypercholesterclemia, stress incontinent.

ALLERGIES:
SIGNIFICANT FOR THE LATEX.

CURRENT MEDICATIONS:
Paxil, Lovastatin, Synthroid, ranitidine, Citropan, and Topamax.

Also patient had her thyroid function tested and also patient
stated secondary to her drowsiness, her Neurontin was
discontinued and she was started on Topamax.

REVIEW OF SYSTEMS:
Significant for burning sensation in her skin and numbness in
the buttock and upper and lower extremities. Also complains of
muscle weakness and aches, and loss of hair in her extremities.

PHYSICAL EXAM
:
VITAL SIGNS: BP 144/87, temp. 37.6, p 84.
GENERAL: Patient is awake, distressed secondary to her
complaints.
CARDIOVASCULAR: S1 and S2 are regular.
LUNGS: Clear bilaterally.
ABDOMEN: Soft, nontender, positive bowel sounds.
EXTREMITIES: Patient has no extremity edema; however, her skin
is shiny.
MUSCULOSKELETAL: Patient's bilateral upper and lower
extremities
ROM within normal limits.
NEUROLOGIC: Patient is awake, oriented times three, cranial
nerve examination is intact. Bilateral upper and lower
extremities strength now 4/5; this is one of her endurance
issues.
  She has stated bilateral upper and lower extremities decreased
sensation, numbing sensation upon light touch and pinprick
sensation .However,this is not a reliable examination.

MEDICAL DECISION MAKING

I would also like to repeat her serum cryoglobulins as I am unsure if this
is clinically significant. We will also repeat her TSH today.

I have discussed my assessment and recommendations to the patient and her
daughter and they are agreeable with the above testing. The patient will
return to clinic in three months.


dd 05/27/2004 by Caroline M. Klein, M.D.
dt 06/28/2004 12:00 P by apw


cc:


Electronically signed on 06/30/2004 by CAROLINE M KLEIN, UNC HOSPITALS

Demographics | **Outpatient Problem List** | **Outpatient Medications** | Visits | Labs | Reports | Allergies | Crea Not

<u>Help</u>    <u>Profile</u>

# Radiology Reports

New Query

<u>next</u>   <u>last</u>

## VERIFIED

REQ PHYS: James Askins
REASON:   numbness all over

Date:     06/29/2004

| Proc ID | Procedure | PACS Images |
|---------|-----------|-------------|
| 01319520 | MRI BRAIN W+ W/O CONT | ONLINE |

ORIGINAL REPORT:
06/29/04          MRI OF THE BRAIN

DICTATED:  06/29/04

Performed and dictated 06/29/04.

REASON FOR EXAM:  61 year old female with "numbness all over".

No prior studies are available for comparison.

TECHNIQUE:  Multiplanar, multisequence MR imaging of the brain
was performed both prior to and following the administration of
intravenous gadolinium.

FINDINGS:  There is no evidence for acute infarction on the
diffusion weighted images.  There is no evidence for intracranial
hemorrhage or intracranial mass lesion.  The brain demonstrates
normal signal intensity on all sequences.  The CSF containing
structures are within normal limits.  No abnormal areas of
enhancement are noted on the post-contrast images.

IMPRESSION:  Negative MRI of the brain.          (lmk)

over the left side.   Photic stimulation produces a bilateral driving
response.

CLINICAL INTERPRETATION:
This EEG is mildly abnormal due to the presence of left sided slowing with
drowsiness and hyperventilation.   This finding may be consistent with
underlying structural or vascular abnormality.   Clinical correlation is
advised.

dd 06/29/2004 by Bradley V. Vaughn, M.D.
dt 07/01/2004  3:15 P by pms

Electronically signed on 07/01/2004 by BRADLEY V VAUGHN, UNC HOSPITALS

New Query          Send To Provider(s)

Demographics | Outpatient Problem List | Outpatient Medications | Visits | Labs | Reports | Allergies | Crea Not

Help    Profile

# Neurophysiology Reports

New Query    Send To Provider(s)

next    last

FINAL REPORT

UNC HEALTH CARE
Chapel Hill, NC 27599

CLINICAL NEUROPHYSIOLOGY LABORATORY
EEG REPORT
June 29, 2004

HISTORY
: The patient is a 61 year-old African-American female with episodes
of blacking out, falling and memory loss. The patient is currently
on Topamax, Ranitidine, and Citrecell. The patient has no family
history of seizures.

PROCEDURE: Routine EEG was performed utilizing 21 active electrodes placed
according to the international 10-20 system. The study was recorded
digitally with a bandpass of 1-70Hz and a sampling rate of 200Hz and was
reviewed with the possibility of multiple reformatting.

TECHNICAL DESCRIPTION:
The background activity is composed of a 10-20 microvolt admixture of alpha
frequencies that are seen across both head regions. The patient is also
noted to have with the onset of drowsiness a mild increase in slowing over
the left temporal region compared to the right temporal region. This
slowing appears relatively consistent with periods of drowsiness. The
patient does not attain stage two sleep. There are no definite
epileptiform abnormalities in the form of spikes or sharp waves noted in
the recording. Hyperventilation also accentuates the background slowing

over the left side.  Photic stimulation produces a bilateral driving
response.

CLINICAL INTERPRETATION:
This EEG is mildly abnormal due to the presence of left sided slowing with
drowsiness end hyperventilation.  This finding may be consistent with
underlying structural or vascular abnormality.  Clinical correlation is
advised.

dd 06/29/2004 by Bradley V. Vaughn, M.D.
dt 07/01/2004  3:15 P by pms

Electronically signed on 07/01/2004 by BRADLEY V VAUGHN, UNC HOSPITALS

New Query     Send To Provider(s)