UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

CASE NO. 05-03817-3F1
CHAPTER 11

(Jointly Administered)

**WITHDRAWAL OF WOOLBRIGHT'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM WITHOUT PREJUDICE**

WOOLBRIGHT/SSR MARKETPLACE, LLC, a Delaware limited liability company ('WOOLBRIGHT") hereby gives notice of the withdrawal without prejudice of its Application for allowance of payment of administrative claim previously filed in this case on January 18, 2006 (Doc. #5192).

I HEREBY CERTIFY that on February 27, 2006, a copy of the foregoing Withdrawal of Woolbright's Application and Allowance of Administrative Claim Without Prejudice was served either by United States first class mail, postage prepaid, on the parties listed below; or by e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

/s/ Richard H. Malchon, Jr.
RICHARD H. MALCHON, JR., ESQUIRE
Florida Bar Number: 0188232
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
401 East Jackson Street, Suite 2700
Tampa, FL 33602
Telephone: 813/222-6637
Facsimile: (727) 502-8937
E-Mail Address: Richard.Malchon@Ruden.Com

STP:623351:1

1

D. J. Baker. Lance. Esq. Adam Ravin
Skadden Arps Slate Meagher & Florn, LLP
Four Times Square
New York, NY 10036

Dennis F. Dunne
Milbank Tweed Hadley & McCloy,  LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
James H. Post
Smith Hulsey& Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

United States Trustee's Office
Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32806

STP:623351:1

2