**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

F I L E D
JACKSONVILLE, FLORIDA

FEB 2 7 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

CASE NO.:   05-03817-3F1

WINN-DIXIE STORES, INC.,
et al.,

Jointly Administered

Chapter 11

Debtors.

_____/

## NOTICE OF NON-OBJECTION TO SALE OF MIRAMAR OUTPARCEL

Secured creditor, the City of Miramar, Florida ("City"), hereby gives notice that the City

does not object to the sale of the Miramar Outparcel, as defined in the Debtors' Motion for an

Order (A) Authorizing the Debtors to Sell Miramar Outparcel and Related Assets Free and Clear

of Liens, Claims, and Interests and (B) Granting Related Relief ("Motion"), dated February 17,

2006.  However, any entity purchasing the Miramar Outparcel must comply with all City land

development and zoning regulations, site plan requirements, permitting requirements, and all

other City ordinances pertaining to the use of the Miramar Outparcel.

Respectfully submitted,

WEISS SEROTA HELFMAN
  PASTORIZA COLE & BONISKE, P.A.
Counsel for City of Miramar, FL
3107 Stirling Road, Suite 300
Fort Lauderdale, FL 33312
Telephone:  (954) 763-4242
Telecopier: (954) 764-7770

By: _____
    Douglas R. Gonzales
    Florida Bar No.:  849030

CASE NO.:    05-03817-3F1

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing notice has been furnished by mail this 22 day of February, 2006, to D.J. Baker, Esq., Sally McDonald Henry, Esq., and Rosalie W. Gray, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY, 10036, and to Stephen D. Busey, Esq., James H. Post, Esq., and Cynthia C. Jackson, Esq., 225 Water Street, Suite 1800, Jacksonville, FL, 32202.

Douglas R. Gonzales

2