UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief From Stay filed by Harran E. Udell on behalf of Leonard Roundtree on February 23, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Relief From Stay filed by Harran E. Udell on behalf of Leonard Roundtree on February 23, 2006 is stricken from the record.

DATED February 24, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Daniel S. Liebowitz, P.O. Box 531086, Orlando, FL 32853-1086
Sedgwick Claims Mgmt Services, Inc., Kerry Ledbetter, P.O. Box 24787, Jacksonville, FL 32241
James H. Post, Attorney for Debtor
Harran E. Udell, 20 N. Orange Ave., 16th Floor, P.O. Box 4979, Orlando, FL 32802-4979

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Feb 24, 2006
Case: 05-03817                Form ID: pdfdoc        Total Served: 3
```

The following entities were served by first class mail on Feb 26, 2006.
           Daniel S. Liebowitz,   P.O. Box 531086,   Orlando, FL   32853-1086
           Harran E. Udell,   20 N. Orange Ave., 16th Floor,   P.O. Box 4979,   Orlando, FL   32802-4979
cr        Sedgewick Claims Management Services, Inc.,   P.O. Box 24787,   Jacksonville, FL   32241-4787

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2006**                              **Signature:** _Joseph Speetjens_