UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF NON-OBJECTION TO SALE OF MIRAMAR OUTPARCEL

The Court finds that the Notice of Non-Objection to Sale of Miramar Outparcel filed by Douglas R. Gonzales on behalf of the City of Miramar, Florida on February 27, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Non-Objection to Sale of Miramar Outparcel filed by Douglas R. Gonzales on behalf of the City of Miramar, Florida on February 27, 2006 is stricken from the record.

DATED February 28, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Douglas R. Gonzales, 3107 Stirling Road, Suite 300, Ft. Lauderdale, FL 33312