UNITED STATES BANKRTUPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER: 05-03817-3F1
Jointly Administered

IN RE:

CHAPTER 11

WINN DIXIE STORES, INC., et al

Debtor,

## ORDER ON SARRIA ENTERPRISES, INC.'S MOTION FOR RELIEF FROM STAY

THIS MATTER having come before the Court on February 13, 2005 on SARRIA ENTERPRISES, INC.'s ("SARRIA") Motion for Relief from Stay and the Court having heard argument, heard testimony and reviewed the Debtor's and Sarria's Memoranda, it is hereby:

**ORDERED AND ADJUDGED:**

1. SARRIA's Motion for Relief from Stay is **GRANTED/DENIED.**

2. If Granted, SARRIA may hereafter pursue its remedies as allowed under the lease and/or at law with regard to the store located at the S.W. corner of 8th Street and 122nd Avenue in Miami-Dade County, Florida, Winn Dixie Store 237.

3. Alternatively, the Court Orders as follows: _____

_____

_____

**DONE AND ORDERED** in Chambers on this _____ day of _____, 2006.

_____
Jerry A. Funk
United States Bankruptcy Judge

cc: Alan M. Burger, Esq., Burger, Farmer & Cohen, P.L., 1601 Forum Place, Suite 404, West Palm Beach, FL 33401, D.J. Baker. Sally McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP. Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.