UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                   Chapter 11
                  Debtors.                 )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Christiana Smith (Claim No. 9438) [Docket No. 6031] was furnished by mail on February 28, 2006 to Ms. Christiana Smith c/o Edward P. Busch, Esq., Levine, Busch, Schnepper & Stein, P.A., 9100 S. Dadeland Blvd., Suite 1010, Miami, Florida 33156.

Dated:  February 28, 2006.


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*              By       *s/ James H. Post*
      D. J. Baker                           Stephen D. Busey
      Sally McDonald Henry                  James H. Post (FBN 175460)
      Rosalie Gray                          Cynthia C. Jackson

Four Times Square                  225 Water Street, Suite 1800
New York, New York 10036           Jacksonville, Florida  32202
(212) 735-3000                     (904) 359-7700
(917) 777-2150 (facsimile)         (904) 359-7708 (facsimile)
djbaker@skadden.com                cjackson@smithhulsey.com

Co-Counsel for Debtors             Co-Counsel for Debtors
00520151.DOC