UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )
                                              )
WINN-DIXIE STORES, INC., et al.,              )   Case No. 05-03817-3F1
                                              )   Chapter 11
         Debtors.                             )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Shirley Price (Claim Nos. 7228 and 10241) [Docket No. 6026] was furnished by mail on February 28, 2006 to Ms. Patricia Robertson c/o Kenneth Letch, Esq., Foy & Associates, PC, 3343 Peachtree Road, Suite 350, Atlanta, Georgia 30326.

Dated: February 28, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*    <br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray | By    *s/ James H. Post*    <br>Stephen D. Busey<br>James H. Post (FBN 175460)<br>Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC