UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Reba Bright (Claim No. 2067) [Docket No. 5855] was furnished by mail on February 27, 2006 to Ms. Reba Bright c/o Keith Carder, Esq., 2018 Morris Avenue, Birmingham, Alabama 35203.

Dated: February 28, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*        D. J. Baker        Sally McDonald Henry        Rosalie Gray | By   *s/ James H. Post*        Stephen D. Busey        James H. Post (FBN 175460)        Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC