UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Althea McGregor (Claim No. 10162) [Docket No. 5869] was furnished by mail on February 27, 2006 to Ms. Althea McGregor c/o Mark N. Hirsch, Esq., 20801 Biscayne Blvd., Suite 400, Miami, Florida 33180.

Dated:  February 28, 2006.

SKADDEN, ARPS, SLATE, MEAGHER           SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                            By       *s/ James H. Post*
     D. J. Baker                                      Stephen D. Busey
     Sally McDonald Henry                             James H. Post (FBN 175460)
     Rosalie Gray                                     Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC