UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maceio Campbell (Claim No. 9852) [Docket No. 5857] was furnished by mail on February 27, 2006 to Ms. Maceio Campbell c/o Marie A. Mattox, Esq., 310 East Bradford Road, Tallahasse, Florida 32303.

Dated: February 28, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|       D. J. Baker |       Stephen D. Busey |
|       Sally McDonald Henry |       James H. Post (FBN 175460) |
|       Rosalie Gray |       Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC