IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC.,     CASE NO.: 3:05-bk-3817
    Debtor     Chapter 11

## NOTICE OF WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that the Mississippi State Tax Commission, a priority creditor in the above captioned cause, pursuant to Rule 3006 of the Rules of Bankruptcy Procedure, withdraws the balance of its claim filed in the case on or about July 1, 2005, in the amount of $95,643.11.

RESPECTFULLY SUBMITTED
MISSISSIPPI STATE TAX COMMISSION

BY: /s/ *Brenda T. Carter*
Brenda T. Carter, Bankruptcy Administrator
Mississippi State Tax Commission
Post Office Box 22808
Jackson, MS 39225-2808
Telephone No.: 601-923-7393
Facsimile No.: 601-923-7334

## CERTIFICATE OF SERVICE

I, Brenda T. Carter, Bankruptcy Administrator for the Mississippi State Tax Commission, hereby certify that I have this day served a true and correct copy of the foregoing Notice of Withdrawal of Claim, with the Clerk of the Court using the ECF system which sent notification of such filing to all registered ECF participants.

THUS DONE, this the 28th day of February, 2006.

/s/ *Brenda T. Carter*
Brenda T. Carter