**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :    Case No.3-05-bk-03817-JAF
   Winn-Dixie Stores, Inc., *et al.,*           :    (Jointly Administered)
                                                :    **Claim Amount:$42,132.80**
           Debtors.                             :
                                                :
                                                :
------------------------------------------------------- x

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)**

    **TRANSFEROR:**    Tilia, Inc.
                                      303 Second Street
                                      North Tower
                                      San Francisco, CA 94107

**PLEASE TAKE NOTICE** of the transfer of all right, title and interest in **$42,132.80**, held by Tilia, Inc. (transferor) against Winn-Dixie Stores, Inc, and its affiliates as evidenced by the attached Exhibit A (the Evidence of Transfer of Claim) to:

    **TRANSFEREE:**        **First Commercial Credit Corp.**
                                      10 New King Street
                                      White Plains, NY 10604

No action is required if you do not object to the transfer of the Transferred Interest as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED INTEREST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

--     FILE A WRITTEN OBJECTION TO THE TRANSFER with:
        United States Bankruptcy Court
        Middle District of Florida
        300 North Hogan Street
        Ste 3-350
        Jacksonville, FL 32202
        ATTN: Winn-Dixie
    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**
--     Refer to **INTERNAL CONTROL NO.** _____ in your objection.
    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                                     _____
                                                                     Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____, Copy (check):  Claims Agent: _____ Transferee: _____ Debtor's Attorney: _____ Deputy Clerk _____

KL2:2434925.1

# **<u>EXHIBIT A</u>**



**Innovative Kitchen Products**

303 Second Street
North Tower, Fifth Floor
San Francisco • CA
94107-6302

Tel: 415.371.7200
Fax: 415.777.2634

www.tilia.com

**FoodSaver.**

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Middle District of Florida

AND TO:   First Commercial Credit Corp.

Tilia, Inc., a Delaware corporation, located at 303 Second Street, North Tower, San Francisco, CA 94107 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim of even date herewith, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to FIRST COMMERCIAL CREDIT CORP., its successors and assigns, with offices at 10 New King Street, White Plains, New York 10604 ("Buyer"), all right, title and interest in and to the claim of Seller against Winn-Dixie Stores, Inc. and its affiliates in the amount of $42,132.80 (collectively the "Claim") in the United States Bankruptcy Court, Middle District of Florida, Case No. 05-03817.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer. This Evidence of Transfer of Claim may be executed in counterparts.

IN WITNESS WHEREOF, dated as of the 24th day of January, 2006.

TILIA, INC.                                    FIRST COMMERCIAL CREDIT CORP.

By: /s/ Trisha Mount                           By: /s/
Name: TRISHA MOUNT                             Name: Phil Sivin
Title: CFO                                     Title: General Counsel

KL2:2261124.1