UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                              Chapter 11
                                                                                       Case No.  3-05-bk-3817-JAF
WINN-DIXIE STORES, INC.                                            Jointly administered

      Debtors.

_____/

### NOTICE OF HEARING RE: MOTION FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM

**NOTICE IS HEREBY GIVEN** that a hearing on the Motion for Leave to Allow Late Filing of Proof of Claim of Creditor, **MAXINE SIMMONS**, will be held in Room 4D, 4th Floor, United States Courthouse and Post Office Building, 300 N. Hogan Street, Jacksonville, Florida on **April 20, 2006, at 1:00 o'clock p.m.**

     1.    All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

     2.    The hearing may be continued upon announcement made in open court without further notice.

     3.    Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

     4.    APPROPRIATE ATTIRE: You are reminded that Local Rule 5072-1 (b)(16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

     5.    Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Certificate of Service

     The undersigned certifies that a copy of the foregoing Notice of Hearing on Motion for Leave to Allow Late Filing of Proof of Claim was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U.S. Bankruptcy Court, on the 1st of March, 2006:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Adam Ravin, Esq.
D.J. Baker, Esq.
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Official Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc.
c/o Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

United State Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

    /s/ Edward P. Jackson
EDWARD JACKSON
Attorney for Creditor
255 N. Liberty Street, 1st Floor
Jacksonville, FL 32202
(904) 358-1952
(904) 358-1288 (Fax)
Florida Bar No.: 286648