UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.**:** 3-04-bk-03817-JAF
                                                               Chapter 11
                                                               JOINTLY ADMINISTERED

                 Debtor(s).[1]

_____/

**UNITED STATES TRUSTEE'S NOTICE OF RESIGNATION OF
R2 INVESTMENTS, LDC FROM COMMITTEE OF CREDITORS
<u>HOLDING UNSECURED CLAIMS</u>**

       Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby provides notice that

R2 INVESTMENTS, LDC has resigned from the Committee of Unsecured Creditors of Winn-

Dixie Stores, effective January 18, 2006.

       Dated: March 1, 2006

                                                       FELICIA S. TURNER
                                                       UNITED STATES TRUSTEE
                                                       Region 21

                                                       By: <u>/s/ Elena L. Escamilla</u>
                                                       Elena L. Escamilla, Attorney
                                                       135 W. Central Blvd. Suite 620
                                                       Orlando, Florida 32801
                                                       (407) 648-6301
                                                       FAX (407) 648-6323
                                                       Florida Bar No.: 898414

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixies Supermarkets, Inc.