# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al.,) | | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ ) | | |

### AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIMS OF (i) JEREMIAH COUCH (CLAIM NO. 5060) AND (ii) JAMES COUCH (CLAIM NO. 5061)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimants, Jeremiah Couch and James Couch, in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 minimum established in the Claims Resolution Procedure. Accordingly, it is

ORDERED AND ADJUDGED:

1. Claim No. 5060 filed by Jeremiah Couch is allowed as an unsecured non-priority claim in the amount of $18,750 against Winn-Dixie Stores, Inc. in Case No. 05-03817-3F1 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

2. Claim No. 5061 filed by James Couch is allowed as an unsecured non-priority claim in the amount of $18,750 against Winn-Dixie Stores, Inc. in Case No. 05-

03817-3F1 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

4. The settlement agreement agreed to pre-petition by Jeremiah Couch, James Couch, Jennifer Couch, C.W. Dasher, Mayport Wholesale Seafood, Inc. d/b/a Ocean Galley and Winn-Dixie Stores, Inc., as set forth in the Settlement Agreement, Complete Release and Covenant Not to Sue attached as Exhibit A to the stipulation dated February 13, 2006, between Jeremiah Couch, James Couch, Winn-Dixie Stores, Inc., and Lindell, Kellison & Farson, P.A. is binding and enforceable between the parties.

5. This Order resolves (i) all liabilities and obligations related to Claim No. 5060 and (ii) all other claims Jeremiah Couch has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Order, all of which are forever waived, discharged and released.

6. This Order resolves (i) all liabilities and obligations related to Claim No. 5061 and (ii) all other claims James Couch has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Order, all of which are forever waived, discharged and released.

7. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 1 day of March 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

J. Michael Lindell, Esq.
James H. Post, Esq.

2

## Consent

The undersigned parties consent to the entry of the foregoing Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | LINDELL, FARSON & PINCKET, P.A. |
| By _____<br>James H. Post | By _____<br>J. Michael Lindell |
| Florida Bar Number 175460<br>225 Water Street<br>Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number<br>12276 San Jose Boulevard<br>Suite 126<br>Jacksonville, Florida 32223<br>(904) 880-4000<br>(904) 880-4013 (facsimile) |
| Attorneys for the Debtors | Attorneys for Jeremiah Couch and James Couch |

506911