UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Stacey Brown (Claim Nos. 15 and 3532) [Docket No. 6093] was furnished by mail on March 2, 2006 to Ms. Stacey Brown c/o Anthony Pete, Esq., The Pete Law Firm, P.C., 2900 Chamblee Tucker Rd., Building 5, 2nd Floor, Atlanta, Georgia  30341.

Dated:  March 2, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By    *s/ D. J. Baker* | By    *s/ James H. Post* |
|        D. J. Baker |        Stephen D. Busey |
|        Sally McDonald Henry |        James H. Post (FBN 175460) |
|        Rosalie Gray |        Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC