UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                         )    Chapter 11
            Debtors.                            )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carol Baker (Claim No. 3167) [Docket No. 6086] was furnished by mail on March 2, 2006 to Ms. Carol Baker c/o Charles R. Scully, Esq. 3835 Cental Avenue, St. Petersburg, Florida 33713.

Dated: March 2, 2006.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC