UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
|  ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Annie Donaldson (Claim No. 5518) [Docket No. 6072] was furnished by mail on March 2, 2006 to Ms. Annie Donaldson c/o Danell DeBerg, Esq., DeBerg & DeBerg, P.A., 1915 Tryone Blvd., Saint Petersburg, Florida 33710.

Dated: March 2, 2006.

SKADDEN, ARPS, SLATE, MEAGHER    SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*          By    *s/ James H. Post*
    D. J. Baker                       Stephen D. Busey
    Sally McDonald Henry              James H. Post (FBN 175460)
    Rosalie Gray                      Cynthia C. Jackson

Four Times Square                  225 Water Street, Suite 1800
New York, New York 10036           Jacksonville, Florida  32202
(212) 735-3000                     (904) 359-7700
(917) 777-2150 (facsimile)         (904) 359-7708 (facsimile)
djbaker@skadden.com                cjackson@smithhulsey.com

Co-Counsel for Debtors             Co-Counsel for Debtors

00520151.DOC