UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                     )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                   Chapter 11
          Debtors.                        )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Marcia Shabazz (Claim No. 2302) [Docket No. 6077] was furnished by mail on March 2,

2006 to Ms. Marcia Shabazz c/o John K. Lawlor, Esq., Lawlor, Winston & Justice, P.A.,

2701 West Oakland Park Blvd., Suite 100, Fort Lauderdale, Florida 33311.

Dated:  March 2, 2006.


SKADDEN, ARPS, SLATE, MEAGHER              SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                     By        *s/  James H. Post*
       D. J. Baker                                    Stephen D. Busey
       Sally McDonald Henry                           James H. Post (FBN 175460)
       Rosalie Gray                                   Cynthia C. Jackson

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        cjackson@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors
00520151.DOC