UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Noticing and Claims Agent for the above-captioned Debtors.

3. On or about February 21, 2006, I caused copies of:

- the **Notice of Debtors' Fifth Omnibus Objection to (A) Worker's Compensation Claims and (B) Misclassified Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A **(No Liability & Misclassified Claimants)** and Exhibit B **(Misclassified Claimants)**. A copy of the served Notice and Motion as listed above is attached hereto as Exhibits C and D.

Dated: March 2, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

SERVICE LIST

EXHIBIT A
NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED/RECLASSIFIED

**(NO LIABILITY AND MISCLASSIFIED CLAIMANTS)**
**Notice of Debtors' Fifth Omnibus Objection to (A)
Worker's Compensation Claims and (B) Misclassified Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                            **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391466-55<br>ADAMS, KENNETH<br>C/O FARRELL & GASPARO, PA<br>ATTN THOMAS FARRELL, ESQ<br>2319 OAK STREET<br>JACKSONVILLE FL 32204 | CREDITOR ID: 256193-12<br>ALBERT, MICHAEL<br>2878 NW 204TH STREET<br>MIAMI, FL 33056 | CREDITOR ID: 256193-12<br>ALBERT, MICHAEL<br>C/O KARLICK & BUCKLEY ATTORNEYS<br>ATTN ARTHUR W KARLICK, ESQ<br>1454 NW 17 AVENUE<br>MIAMI FL 33125 |
| CREDITOR ID: 388113-54<br>ANDERSON-SANCHEZ, ADRIANNE<br>C/O WAGEHEIM & WAGNER, PA<br>ATTN RICHARD WAGEHEIM, ESQ<br>2101 N ANDREWS AVENUE, SUITE 400<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 388113-54<br>ANDERSON-SANCHEZ, ADRIANNE<br>6055 TREEHOUSE LANE<br>MERRITT ISLAND FL 32953 | CREDITOR ID: 391407-55<br>ASMER, GENEVIEVE<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 391665-55<br>BEAVERS, JANEE<br>C/O POOLE, THORNBURY & MORGAN<br>ATTN HERBERT THORNBURY, ESQ<br>732 CHERRY STREET<br>CHATTANOOGA TN 37402-1960 | CREDITOR ID: 389975-54<br>BICSAK, MARY<br>243 MALIBU CIRCLE<br>WEST PALM BEACH FL 33413 | CREDITOR ID: 386217-54<br>BISHOP, SARA<br>2872 CLARK STREET<br>APOPKA FL 32703 |
| CREDITOR ID: 386200-54<br>BOURASSA, RON<br>37424 CASTLEBERRY DRIVE<br>ZEPHYRHILLS FL 33542 | CREDITOR ID: 392409-55<br>CALHOUN, PHYLLIS<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>20 NORTH ORANGE AVENUE, 16TH FL<br>PO BOX 4979<br>ORLANDO FL 32802-4979 | CREDITOR ID: 392011-55<br>CAPDEVILLE, DEBRA<br>C/O MICHAEL MILLER, ESQ<br>PO BOX 1630<br>CROWLEY LA 70527 |
| CREDITOR ID: 387498-54<br>CARDER, TIMMY<br>753 LONGWOOD DR<br>ATLANTA GA 30305 | CREDITOR ID: 388140-54<br>CARNEY, THERESA E<br>28620 MCARTHUR DR<br>LIVINGSTON LA 70754 | CREDITOR ID: 391426-55<br>CLARK, THELMA<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J. PAULK, ESQ<br>501 SOUTH GRANT STREET<br>PO BOX 1315<br>FITZGERALD GA 31750-1315 |
| CREDITOR ID: 392791-55<br>COX, VICKIE<br>C/O RICHARD BROWNING, PC<br>ATTN RICHARD BROWNING, ESQ<br>PO BOX 160284<br>MOBILE AL 36616 | CREDITOR ID: 393399-55<br>DELGATTO, BONNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 24291-05<br>ENGLISH, JACQUELINE A<br>605 HAY RIVER STREET<br>GARNER NC 27529 |
| CREDITOR ID: 393178-55<br>FONTAINE, FRANCKLIN<br>C/O JEFFREY R DEUTSCH, PA<br>ATTN JEFFREY R DEUTSCH, ESQ<br>4770 BISCAYNE BLVD, SUITE 1450<br>MIAMI FL 33137 | CREDITOR ID: 393176-55<br>GALLON, JOYCE<br>C/O LAW OFFICES OF BURNETTI, PA<br>ATTN .LINA LOPEZ, ESQ<br>9950 PRINCESS PALM AVENUE, STE 101<br>TAMPA FL 33629 | CREDITOR ID: 392065-55<br>GARCIA, ESTRELLA<br>C/O LEVINE, BUSCH, SCHNEPPER ET AL<br>ATTN DAVID H LEVINE, ESQ<br>9100 S DADELAND BLVD, SUITE 1010<br>MIAMI FL 33156 |
| CREDITOR ID: 392401-55<br>GARDINER, MARY REGINA<br>C/O THE GLENN ARMENTOR LAW CORP<br>ATTN RICHARD E SMITH, ESQ<br>300 STEWART STREET<br>LAFAYETTE LA 70501 | CREDITOR ID: 393117-55<br>GOGGINS, CAROL<br>C/O TURNER & ASSOCIATES, PLLC<br>ATTN BENNIE TURNER ESQ<br>P.O. DRAWER 1500<br>WEST POINT MS 39773-1500 | CREDITOR ID: 406023-15<br>GRAHAM, NANCY & ALLEN, BRUCE<br>C/O BRUCE ALLEN, ESQ<br>1000 WILDWOOD DRIVE<br>FAYETEVILLE NC 28304 |
| CREDITOR ID: 388575-54<br>GRAY, TINA V<br>5768 HIGHWAY 451<br>HAZARD KY 41701 | CREDITOR ID: 388575-54<br>GRAY, TINA V<br>LAW OFFICE OF PHYLLIS L ROBINSON<br>ATTN PHYLLIS L ROBINSON, ESQ<br>PO BOX 130<br>MANCHESTER KY 40962 | CREDITOR ID: 393510-55<br>GRIGGS, TOMMY<br>C/O NIMMONS & MALCHOW<br>ATTN LELAND MALCHOW, ESQ<br>460 GREENE STREET<br>AUGUSTA GA 30901 |

Case 3:05-bk-03817-JAF   Doc 6235   Filed 03/02/06   Page 4 of 16

SERVICE LIST - EXHIBIT A
Page 2 of 3

(NO LIABILITY AND MISCLASSIFIED CLAIMANTS)
Notice of Debtors' Fifth Omnibus Objection to (A)
Worker's Compensation Claims and (B) Misclassified Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 391491-55<br>HARTWICK, DEBBIE<br>C/O TERRELL STUUBBS<br>ATTN TERRELL STUBBS, ESQ<br>PO BOX 157<br>MENDENHALL MS 39114 | CREDITOR ID: 391508-55<br>HAZEUR, CEDRIC<br>C/O  LEONARD A WASHOFSKY, ESQ<br>1510 VETERANS MEMORIAL BLDG, 2D FL<br>METAIRIE LA 70005 | CREDITOR ID: 393173-55<br>HUFSTETLER, RICK<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J.PAULK,  ESQ<br>501 SOUTH GRANT STREET<br>FITZGERALD GA 31750 |
| CREDITOR ID: 392084-55<br>JEAN, RELIN<br>C/O ROSEN & ROSEN, PA<br>ATTN HELEN A FARBER, ESQ<br>4000 HOLLYWOOD BLVD, SUITE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 391563-55<br>KING, JUDY<br>C/O JUDY HICKS VARNELL, ESQ<br>525 WEST BROAD AVENUE<br>ALBANY GA 31701 | CREDITOR ID: 393120-55<br>KOULENTIS, MARY<br>C/O CARLSON & MEISSNER LAW OFFICES<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 |
| CREDITOR ID: 386359-54<br>LACAZE, DONNA<br>C/O LOSAVIO LAW OFFICE, LLC<br>ATTN MARIA LOSAVIO, ESQ<br>1821 MACARTHUR DRIVE<br>PO BOX 12420<br>ALEXANDRIA LA 71315-2420 | CREDITOR ID: 410521-15<br>LEWIS, TIFFNIE<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | CREDITOR ID: 386250-54<br>LIKAR, DARLENE<br>124 ESPERANZA GR ROAD<br>EAST PALATKA FL 32131 |
| CREDITOR ID: 391594-55<br>LOPEZ, JOSE<br>C/O CONSTANTINOU  LAW FIRM<br>ATTN JOHN CONSTANTINOU, ESQ<br>120 EAST PARRISH STREET, STE 300<br>DURHAM NC 27701 | CREDITOR ID: 391481-55<br>LOUIS, LUC<br>C/O L ANTON REBALKO, PA<br>ATTN L ANTON REBALKO, ESQ<br>3111 UNIVERSITY DRIVE, SUITE 901<br>CORAL SPRINGS FL 33065 | CREDITOR ID: 392097-55<br>MANGUNDAYAO, ERLINDA<br>C/O MORGAN & MORGAN<br>ATTN RONSON J PETREE, ESQ<br>PO BOX 4979<br>ORLANDO FL 32802-4979 |
| CREDITOR ID: 391526-55<br>MCKELLAR, STEVE<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SOUTHEAST 2ND AVENUE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 391386-55<br>MCKINNEY, PAUL A<br>C/O GOLDBERG LAW OFFICES<br>ATTN MARTIN J GOLDBERG, ESQ<br>1013 SW SECOND AVENUE<br>GAINSVILLE FL 32601 | CREDITOR ID: 391386-55<br>MCKINNEY, PAUL A<br>5811 NW 216TH STREET<br>LAWTEY FL 32058 |
| CREDITOR ID: 50633-05<br>MENDEZ, OSLY Y<br>C/O MALCA AND JACOBS, PA<br>ATTN RAMON MALCA, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 50633-05<br>MENDEZ, OSLY Y<br>5716 CODY STREET<br>HOLLYWOOD FL 33021 | CREDITOR ID: 399739-84<br>MURLEY, MICHELLE<br>820 J E SIMMONS RD<br>GLASGOW KY 42141 |
| CREDITOR ID: 399739-84<br>MURLEY, MICHELLE<br>C/O HENSLEY ROSS & HOWARD<br>ATTN PATRICK A ROSS, ESQ<br>PO BOX 350<br>HORSE CAVE KY 42749 | CREDITOR ID: 392427-55<br>NEWSOME, RUTH<br>C/O RICHARD GOLDMAN, ESQ<br>2595 NW BOCA RATON BLVD STE 200<br>BOCA RATON FL 33431 | CREDITOR ID: 392066-55<br>NICKS, TARON<br>C/O FELDMAN & GETZ, LLP<br>ATTN JENNIFER BRODERICK, ESQ<br>1877 SO FEDERAL HIGHWAY, SUITE 110<br>BOCA RATON FL 33432 |
| CREDITOR ID: 393390-55<br>NORELIA, FRANKY<br>C/O RAUL DE LA HERIA & ASSOCIATES<br>ATTN RAUL DE LA HERIA, ESQ<br>2100 CORAL WAY, SUITE 500<br>MIAMI FL 33145 | CREDITOR ID: 389292-54<br>OCHOA, GENEVIEVE<br>215 FAIRCREST DRIVE<br>ARLINGTON TX 76018 | CREDITOR ID: 393177-55<br>PAKOLA, JOSEPH G<br>4836 SW 115 ST<br>OCALA FL 34476 |
| CREDITOR ID: 392461-55<br>PITTS, TERRANCE<br>C/O SCOTT MARGULES, PA<br>ATTN M HIRSCH / S MARGULES, ESQS<br>20801 BISCAYNE BLVD<br>NORTH MIAMI BEACH FL 33180 | CREDITOR ID: 200022-09<br>RIPEPI, ANTHONY G<br>PO BOX 545893<br>SURFSIDE FL 33154 | CREDITOR ID: 389230-54<br>ROPER, CHUCK L<br>3115 SOUTH VASSER STREET<br>MELBOURNE FL 32901 |

Case 3:05-bk-03817-JAF   Doc 6235   Filed 03/02/06   Page 5 of 16
SERVICE LIST - EXHIBIT A                                Page 3 of 3
(NO LIABILITY AND MISCLASSIFIED CLAIMANTS)
Notice of Debtors' Fifth Omnibus Objection to (A)
Worker's Compensation Claims and (B) Misclassified Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 70618-05<br>ST RICHARDSSEN, JHONCE DAVID<br>PO BOX 2823<br>COLUMBUS MS 39704 | CREDITOR ID: 216499-09<br>STEPHENS, JAMES E<br>649 LOVVORN FARM ROAD<br>CARROLLTON GA 30117 | CREDITOR ID: 388625-54<br>STEWART, RETHA<br>C/O ALAN H SWAN LAW OFFICES<br>ATTN ALAN H SWAN, ESQ<br>PO BOX 1566<br>TIFTON GA 31793 |
| CREDITOR ID: 388625-54<br>STEWART, RETHA<br>4108 MARTIN AVENUE<br>TIFTON GA 31794 | CREDITOR ID: 388117-54<br>STRINGFELLOW, PAT<br>2466 NOAH VALLEY ROAD<br>JACKSONVILLE AL 36265 | CREDITOR ID: 391591-55<br>VALPUESTA, IVONNE<br>C/O FINDLER & FINDLER, PA<br>ATTN SANDRA L MCAULEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 393395-55<br>WADE, ATHALENE<br>C/O TERRENCE J PAULK, PC<br>ATTN TERRENCE J PAULK ESQ<br>501 SOUTH GRANT STREET<br>FITZGERALD GA 31750 | CREDITOR ID: 388685-54<br>WALKER, EUNA E<br>214 BRIGHTWELL DRIVE<br>DANVILLE VA 24540 | CREDITOR ID: 393165-55<br>WATTS, VERONICA<br>C/O DAVID HOBBY, ESQ<br>323 S GRANT STREET<br>FITZGERALD GA 31750 |
| CREDITOR ID: 391414-55<br>WILLIAMS, ADA<br>C/O LAW OFFICES OF R SCOTT ILES<br>ATTN LEE ANN ILES, ESQ<br>PO BOX 3385<br>LAFAYETTE LA 70502 | | |

**Total:   64**

SERVICE LIST

EXHIBIT B
MISCLASSIFIED CLAIMS TO BE
RECLASSIFIED AS SHOWN

# SERVICE LIST - EXHIBIT A
## (MISCLASSIFIED CLAIMANTS)
### Notice of Debtors' Fifth Omnibus Objection to (A) Worker's Compensation Claims and (B) Misclassified Claims

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 241250-12<br>3 BROTHERS WELDING MACHINE SHOP INC<br>ATTN F J PITTS, PRES<br>4001 MOBILE HIGHWAY<br>MONTGOMERY, AL 36108 | CREDITOR ID: 241370-12<br>A-1 SAFE & LOCK<br>ATTN MICHELLE JEANSONNE, MGR<br>1026 BOREAS DRIVE<br>BATON ROUGE, LA 70816 | CREDITOR ID: 279455-12<br>ADAMO ENTERPRISES, INC<br>(PHARMACY STAFFING)<br>ATTN L ZARAK, PRES<br>7711 NORTH MILITARY TRAIL<br>PALM BEACH GARDENS FL 33410 |
| CREDITOR ID: 241720-12<br>AFFORDABLE SUPERIOR SERVICE<br>ATTN ROBERT GRABERT, GM<br>PO BOX 409<br>BOUTTE, LA 70039 | CREDITOR ID: 279447-29<br>ALTECH CONTROLS<br>ATTN SHIRLEY STEWART<br>1545 INDUSTRIAL DRIVE<br>MISSOURI CITY TX 77489 | CREDITOR ID: 242204-12<br>AMERICAN LOUVER COMPANY<br>ATTN KRISTINE HASSMER, CR MGR<br>PO BOX 92818<br>CHICAGO IL 60675 |
| CREDITOR ID: 242386-12<br>ANDY WALLS/CONTRACTORS<br>PO BOX 189<br>AUTAUGAVILLE, AL 36003 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 243647-12<br>BLUE FRONT BARBECUE SAUCE<br>ATTN NORRIS NELSON, PRES<br>810 25TH STREET<br>WEST PALM BEACH, FL 33407 |
| CREDITOR ID: 403531-15<br>BRENDLE, INC<br>ATTN KENT BRENDLE, VP<br>433 N DECATUR STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 397780-75<br>CALLAGHAN TIRE<br>ATTN JACQUELINE CORCORAN<br>PO BOX 850001<br>ORLANDO, FL 32885-0330 | CREDITOR ID: 244570-12<br>CARLSTEDTS<br>PO BOX 2338<br>2252 DENNIS STREET<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 244631-12<br>CAROLINA GEORGIA SOUND INC<br>ATTN GINGER CONSTANTINI, OFF MGR<br>PO BOX 212453<br>AUGUSTA, GA 30917 | CREDITOR ID: 244718-12<br>CARTMASTERS<br>ATTN JODY JOHNSON, OWNER<br>PO BOX 881<br>DUNLAP TN 37327 | CREDITOR ID: 245416-12<br>CINTAS CORPORATION 211<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 |
| CREDITOR ID: 245423-12<br>CINTAS CORPORATION 293<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | CREDITOR ID: 243115-12<br>CITY OF BATESBURG-LEESVILLE PUBLIC<br>WORKS DEPT<br>ATTN JUDY E EDWARDS<br>PO BOX 2329<br>BATESBURG-LEESVILLE, SC 29070 | CREDITOR ID: 3001-04<br>CITY OF FERNANDINA<br>ATTN MELISSA S HOWARD<br>PO BOX 418<br>FERNANDINA BEACH FL 32035-0418 |
| CREDITOR ID: 245784-12<br>CITY OF GEORGETOWN<br>ATTN DEBRA BIVENS, REV MGR<br>PO DRAWER 939<br>GEORGETOWN, SC 29442 | CREDITOR ID: 252077-12<br>CITY OF IMMOKALEE WATER & SEWER<br>ATTN EVA J DEYO<br>1020 SANITATION RD<br>IMMOKALEE, FL 34142 | CREDITOR ID: 245894-12<br>CITY OF LABELLE<br>ATTN DELIA VASQUEZ, FINANCE OFFICER<br>PO BOX 458<br>LABELLE, FL 33975 |
| CREDITOR ID: 559-03<br>CITY OF LEEDS WATER WORKS BOARD<br>ATTN CARLA C FORD<br>PO BOX 100<br>LEEDS AL 35094-0100 | CREDITOR ID: 246010-12<br>CITY OF NORCROSS<br>ATTN RUDOLPH SMITH, FIN DIR<br>65 LAWRENCEVILLE STREET<br>NORCROSS, GA 30071-2556 | CREDITOR ID: 265899-31<br>CITY OF ORLANDO<br>ATTN WESLEY C POWELL, ESQ<br>400 S ORANGE AVE, 3RD FLOOR<br>ORLANDO FL 32801-3360 |
| CREDITOR ID: 395539-15<br>CITY OF RALEIGH, NC<br>C/O CITY ATTORNEY'S OFFICE<br>ATTN D HESTER & T MCCORMICK, ESQ<br>PO BOX 590<br>RALEIGH NC 27602 | CREDITOR ID: 246584-12<br>CODING PRODUCTS<br>ATTN GAIL JONES, ACCT RECV<br>PO BOX 75327<br>CHICAGO IL 60675-5327 | CREDITOR ID: 247332-12<br>CUMMINGS STRIPING & SWEEPING<br>ATTN LARRY CUMMINGS, OWNER<br>11239 GENERAL OTT ROAD<br>HAMMOND, LA 70403 |

Case 3:05-bk-03817-JAF   Doc 6235   Filed 03/02/06   Page 8 of 16
SERVICE LIST - EXHIBIT A
Page 2 of 4
(MISCLASSIFIED CLAIMANTS)
Notice of Debtors' Fifth Omnibus Objection to (A)
Worker's Compensation Claims and (B) Misclassified Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 247477-12<br>DAILY LEADER, THE<br>ATTN THERESA MILHDER, OFF MGR<br>PO BOX 551<br>BROOKHAVEN, MS 39602-0551 | CREDITOR ID: 247632-12<br>DATASAVERS INC<br>ATTN CHARLENE J SULLIVAN, PRES<br>888 SUEMAC ROAD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN TRACI FETTE<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| CREDITOR ID: 247911-12<br>DEL REY ENTERPRISES INC<br>ATTN CARMEN CHERENEK<br>2508 METAIRIE LAWN DR<br>METAIRIE, LA 70002 | CREDITOR ID: 248437-12<br>DOUBLE COLA CO<br>ATTN MARY SALTZMAN, CONTROLLER<br>537 MARKET ST, SUITE 100<br>CHATTANOOGA, TN 37402-1229 | CREDITOR ID: 397354-15<br>EAMES DOCK EQUIP SALES & SVCE, INC<br>ATTN THERESA OR JAMES EAMES<br>1274 HIGHWAY 124<br>HOSCHTON GA 30548 |
| CREDITOR ID: 248998-12<br>ENGINEERED TEXTILE PRODUCTS, INC<br>ATTN JENNIFER BUSBEE, OFFICE MGR<br>PO BOX 7474<br>MOBILE, AL 36670-0474 | CREDITOR ID: 395540-15<br>EXCALIBUR SEASONING CO, LTD<br>ATTN TOM HORNSTEIN, COO<br>1800 RIVERWAY DRIVE<br>PEKIN IL 61554 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 249495-12<br>FIELD TRIP FACTORY<br>ATTN SUSAN SINGER, PRES<br>2211 NORTH ELSTON, SUITE 304<br>CHICAGO, IL 60614 | CREDITOR ID: 249667-12<br>FLOOR EQUIPMENT SERVICE CO INC<br>ATTN CAMILLE WHITTAKER, SEC/TREAS<br>300 N MEADOW STREET<br>METAIRIE, LA 70003 | CREDITOR ID: 250193-12<br>G&P TRUCKING CO INC<br>ATTN NANCY S GLENN<br>PO BOX 651427<br>CHARLOTTE, NC 28265-1427 |
| CREDITOR ID: 397352-15<br>HALL, RODGER D<br>5797 SELLERS RD<br>MARIANNA FL 32446 | CREDITOR ID: 407637-15<br>HAMPTON INN & SUITES<br>C/O GNP GROUP OF PINEVILLE LLC<br>ATTN ELIZABETH FLEMING, OFFICE MGR<br>6428 BANNINGTON ROAD, SUITE B<br>CHARLOTTE NC 28226 | CREDITOR ID: 251204-12<br>HAMPTON INN AND SUITES PINEVILLE<br>401 TOWN CENTRE BOULEVARD<br>PINEVILLE, NC 28134 |
| CREDITOR ID: 399626-15<br>HAROLD'S LAWN SERVICE<br>ATTN HAROLD V BURLESON, OWNER<br>315 FAT WALL RD<br>MARION NC 28752-7702 | CREDITOR ID: 251278-12<br>HARPER CORP DBA TXF PRODUCTS<br>PO BOX 915194<br>DALLAS, TX 75391 | CREDITOR ID: 411242-15<br>HARPER CORP DBA TXF PRODUCTS<br>ATTN GLENNA TERRELL, A/R MGR<br>320 WESTWAY PLACE #547<br>ARLINGTON TX 76018 |
| CREDITOR ID: 251549-12<br>HERTZ EQUIPMENT RENTAL<br>ATTN DOVIE BORTH, MGR<br>PO BOX 26390<br>OKLAHOMA CITY, OK 73126-0390 | CREDITOR ID: 251902-12<br>HUB ENTERPRISES INC<br>ATTN MICHAEL P DUHON, CONTROLLER<br>PO BOX 3162<br>LAFAYETTE, LA 70502 | CREDITOR ID: 252100-12<br>INDALCO FOOD CORP<br>ATTN CARLOS RUIZ DE LUQUE, PRES<br>15908 NW 48TH AVENUE<br>MIAMI, FL 33014 |
| CREDITOR ID: 384181-47<br>J&J TOWING, INC<br>ATTN JUDITH A CAMMARATA, VP<br>5613 NW 8TH STREET<br>MARGATE, FL 33063 | CREDITOR ID: 252682-12<br>JAMES ODELL SALES<br>ATTN JAMES O'DELL, OWNER<br>306 BELTON AVE<br>MOUNT HOLLY, NC 28120-1402 | CREDITOR ID: 254346-12<br>LAKESIDE OCCUPATION MEDICAL<br>ATTN DEBRA TAUCHER<br>1400 EAST BAY DRIVE<br>LARGO, FL 33771 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255834-12<br>MAY ADVERTISING INTERNATIONAL LTD<br>ATTN MARY JOHNSON<br>PO BOX 40610<br>FT WORTH, TX 76140-0610 |

## SERVICE LIST - EXHIBIT A
### (MISCLASSIFIED CLAIMANTS)
### Notice of Debtors' Fifth Omnibus Objection to (A) Worker's Compensation Claims and (B) Misclassified Claims

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 255888-12<br>MCGINN WINDSHIELD PECK REPAIR<br>ATTN JERRY MCGINN, OWNER<br>719 AL HWY 143<br>ELMORE, AL 36025 | CREDITOR ID: 256754-12<br>MS INDUSTRIAL WASTE DISPOSAL<br>ATTN DANITA OWENS, OFF MGR<br>PO BOX 801<br>COLUMBUS, MS 39703-0801 | CREDITOR ID: 384263-47<br>NEWMANS OWN INC<br>ATTN JOAN M WILLIAMS, VP<br>PO BOX 31005<br>NEWARK, NJ 07101-0130 |
| CREDITOR ID: 257590-12<br>OFFICE ENVIRONMENTS & SERVICES<br>ATTN ZIM BOULOS, PRESIDENT<br>1524 SAN MARCO BLVD<br>JACKSONVILLE, FL 32207-2923 | CREDITOR ID: 257785-12<br>OSCAR CARLSTEDTS WHOLESALE FLORIST<br>ATTN RALPH PENDO<br>1001 WEST GARDEN STREET<br>PENSACOLA, FL 32501 | CREDITOR ID: 257787-12<br>OSCAR G CARLSTEDT CO<br>ATTN WILLIAM C BELDEN, PRESIDENT<br>2252 DENNIS STREET<br>PO BOX 2338<br>JACKSONVILLE, FL 32203 |
| CREDITOR ID: 258098-12<br>PATHCON LABORATORIES<br>ATTN GENEASE MATTHEWS<br>270 SCIENTIFIC DR, STE 3<br>NORCROSS, GA 30092 | CREDITOR ID: 258288-12<br>PENINSULA BEVERAGE LLC<br>ATTN JOYCE FINN<br>2315 STIRLING ROAD<br>DANIA FL 33312 | CREDITOR ID: 258813-12<br>PREMIER COMMUNICATIONS<br>ATTN WALLACE MESSINA, OWNER<br>120 WHARTON ST<br>COVINGTON, LA 70433 |
| CREDITOR ID: 258981-12<br>PROGRESSIVE STAFFING NETWORK<br>ATTN SEAN HARRISON, PRES<br>510 TRIBAL WOODS<br>COLLIERVILLE, TN 38017 | CREDITOR ID: 259102-12<br>QUEEN CITY PLUMBING HEATING &<br>AIR CONDITIONING INC<br>ATTN HUEY CHEVALON, PRES<br>1703 WEEKS ST<br>NEW IBERIA, LA 70560 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F NEJAD/U MITTAL<br>527 MADISON AVE 8TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 259242-12<br>RANDOLPH AUSTIN CO<br>ATTN MARTHA CAPONE<br>PO BOX 988<br>2119 FM 1626<br>MANCHACA TX 78652 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 259476-12<br>RESOURCE DATA SERVICES, INC<br>ATTN SECRETARY<br>12614 KROLL DRIVE<br>ALSIP, IL 60803-3222 |
| CREDITOR ID: 259496-12<br>REVEL'S BARBECUE CENTER<br>ATTN ROCHELL CARROLL, OWNER<br>685 HWY 15 401 E<br>BENNETTSVILLE, SC 29512 | CREDITOR ID: 254424-12<br>ROBERTSON, LARRY A<br>10 STRAWBERRY DR<br>GREENVILLE, SC 29617 | CREDITOR ID: 260027-12<br>ROTO ROOTER<br>ATTN JOYCE T DEES, PRES<br>112 LOFTIN ROAD<br>DOTHAN, AL 36303 |
| CREDITOR ID: 399371-15<br>RX SOLUTIONS<br>ATTN JERE COUCH<br>111 THOMAS OVERBY DR<br>SHARPSBURG GA 30277 | CREDITOR ID: 382114-51<br>SANFORD HERALD<br>ATTN JIMMIE J HOLT<br>PO BOX 100<br>SANFORD, NC 27331 | CREDITOR ID: 376966-44<br>SCARIANO BROTHERS INC<br>ATTN ANDREW J CZUBAK, CONTROLLER<br>PO BOX 26009<br>NEW ORLEANS, LA 70186-6009 |
| CREDITOR ID: 260522-12<br>SCARIANO BROTHERS LLC<br>ATTN: ANN H. BILDNER<br>PO BOX 95334<br>NEW ORLEANS, LA 70195 | CREDITOR ID: 260770-12<br>SEVERN TRENT LABORATORIES INC<br>PO BOX 7777 W4305<br>PHILADELPHIA PA 19175-4305 | CREDITOR ID: 408203-15<br>SEVERN TRENT LABORATORIES INC<br>ATTN MARSHA HEMMERICH, CREDIT MGR<br>4101 SHUFFEL DRIVE NW<br>N CANTON OH 44720 |
| CREDITOR ID: 395543-15<br>SNAP ON TOOLS<br>ATTN KEN GHEORGE, PRES<br>10940 LAKE VIEW DRIVE<br>CORAL SPRINGS FL 33071 | CREDITOR ID: 261225-12<br>SODDY DAISY FALLING WATER<br>ATTN ROBIN PHILLIPS, OFF MGR<br>PO BOX 575<br>SODDY DAISY, TN 37384 | CREDITOR ID: 261375-12<br>SOUTHERN BUSINESS EQUIPMENT<br>ATTN GARY W LEE, PRES<br>9222 CHEROKEE STREET<br>YOUNGSTOWN, FL 32466 |

# SERVICE LIST - EXHIBIT A
## (MISCLASSIFIED CLAIMANTS)
### Notice of Debtors' Fifth Omnibus Objection to (A) Worker's Compensation Claims and (B) Misclassified Claims

Page 4 of 4

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 384370-47<br>STAFFING SOLUTIONS<br>ATTN ANTOINETTE WICKERSON<br>1801 DOWNTOWN WEST BLVD<br>KNOXVILLE TX 37922 | CREDITOR ID: 262374-12<br>SYSTEL BUSINESS EQUIPMENT<br>ATTN JACLYN JOHNSON<br>PO BOX 35870<br>FAYETTEVILLE, NC 28303-0870 | CREDITOR ID: 973-03<br>TOWN OF WILLIAMSTON<br>ATTN JENEANE EVERETT<br>PO BOX 506<br>WILLIAMSTON NC 27892 |
| CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | CREDITOR ID: 263495-12<br>TRI COUNTY PLUMBING<br>ATTN: RUBY PESNELL, OWNER<br>30934 HIGHWAY 431<br>HEFLIN, AL 36264 | CREDITOR ID: 263543-12<br>TRIPLE T CONSTRUCTION<br>ATTN DEXTER TILL, PRES<br>2113 HIGHWAY 43 N<br>PELAHATCHIE, MS 39145 |
| CREDITOR ID: 263710-12<br>UAC CORP<br>PO BOX 275<br>MARTINSVILLE NJ 08836 | CREDITOR ID: 403514-15<br>UAC CORP<br>ATTN CHARLES BERNINS<br>2385 BERYLLIUM RD<br>SCOTCH PLAINS NJ 07076 | CREDITOR ID: 263711-12<br>UBF FOOD SOLUTIONS UBFNA<br>C/O UNILEVER FOOD SOLUTIONS, NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 |
| CREDITOR ID: 263792-12<br>UNITED ENTERPRISES, INC<br>ATTN GERALDINE RUIS, CEO<br>PO BOX 1319<br>FLOWERY BRANCH, GA 30542 | CREDITOR ID: 263875-12<br>UNIVERSITY OF FLORIDA JACKSONVILLE<br>ATTN JOY L BROOM, SPECIAL PROJECTS<br>PO BOX 44008<br>JACKSONVILLE FL 32231-4008 | CREDITOR ID: 264061-12<br>VENTURECOM, INC<br>ATTN CHUCK CRUMPTON, PRES<br>53 RABBIT ROAD<br>TRAVELERS REST, SC 29690 |
| CREDITOR ID: 395755-65<br>VIGIL INC<br>ATTN WAYNE VIGIL, OWNER<br>PO BOX 273787<br>TAMPA, FL 33688 | CREDITOR ID: 264318-12<br>WADE HARDIN PLUMBING INC<br>ATTN WADE HARDIN, PRESIDENT<br>2520 GILLESPIE STREET<br>FAYETTEVILLE, NC 28306 | CREDITOR ID: 399363-15<br>WEINSTEIN WHOLESALE MEATS, INC<br>ATTN JOANNE VELEZ ACCT MGR<br>1328 W RANDOLPH ST<br>CHICAGO IL 60607 |

**Total: 96**

EXHIBIT C
NOTICE TO NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED/RECLASSIFIED

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' FIFTH OMNIBUS OBJECTION TO**
**(A) WORKERS' COMPENSATION CLAIMS AND (B) MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]                    [Counsel's Address]


[Transferee's Address – if any]                 [Additional Notice Party Address]


| **CLAIM(S) TO BE DISALLOWED** ||
|---|---|
| Claim No.:<br>Claim Amount:<br>Claim Priority Status: | Modified Priority Status:<br>Reason For Disallowance/Reclassification: |

      1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 21, 2006 their Fifth Omnibus Objection to (A) Workers' Compensation Claims and (B) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      **2.    The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above, without prejudice to payment under the Debtors' workers' compensation programs, as authorized by the Order Granting Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs (Docket No. 432). In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to an unsecured non-priority claim.**

      3.    If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

        4.      If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 13, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

        5.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

        6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

        7.      A hearing will be held on **March 23, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

        8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

        9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

        10.     **If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179**. A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: February 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   */s/ D.J. Baker*<br>     D.J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By   */s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson<br>     Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

EXHIBIT D
NOTICE TO MISCLASSIFIED CLAIMS
TO BE RECLASSIFIED AS SHOWN

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' FIFTH OMNIBUS OBJECTION TO
(A) WORKERS' COMPENSATION CLAIMS AND (B) MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]     [Counsel's Address]

[Transferee's Address]     [Additional Notice Party Address]

| CLAIM(S) TO BE RECLASSIFIED ||
|---|---|
| **Claim No.:** <br> **Claim Amount:** <br> **Claim Priority Status:** | **Modified Priority Status:** <br> **Reason for Modification:** |

      1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 21, 2006 their Fifth Omnibus Objection to (A) Workers' Compensation Claims and (B) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.    **Because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above under CLAIM(S) TO BE RECLASSIFIED from the classification listed above to an unsecured non-priority claim.**

      3.    If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      4.    If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 13, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

      5.    Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

    6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

    7. A hearing will be held on **March 23, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

    8. If the Bankruptcy Court does <u>not</u> reclassify your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

    9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

    10. **If you have any questions regarding the Objection or your claim(s), you may call Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  February 21, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By */s/ D.J. Baker*<br>   D.J. Baker<br>   Sally McDonald Henry<br>   Rosalie Walker Gray<br>   Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By */s/ James H. Post*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson<br>   Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br> jpost@smithhulsey.com |