## CERTIFICATE OF SERVICE

I, Robert J. Dehney, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Appearance And Request For Service Of Papers** was caused to be served on March 2, 2006, in the manner indicated on the parties on the attached list. list.

Date:  March 2, 2006

Robert J. Dehney (No. 3578)

508461