**Donald Carl Rupprecht**

1410 S. Fernandez
Arlington Hts., IL 60005          847-259-2804

FEBRUARY 16, 2006

PLEASE FORWARD US THE COURT DATES AND TIMES FOR ALL WIN-DIXIE HEARINGS & ATTORNEY PRESENT & WHERE LOCATED.

THANK YOU, D.C. Rupprecht

D. C. Rupprecht

A STOCKHOLDER!

ACCOUNT # 16403-44576