

TEW·CARDENAS LLP
ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON DC
WRITER'S DIRECT LINE: 305.539.2137
E-MAIL: trl@tewlaw.com

FOUR SEASONS TOWER
15TH FLOOR
1441 BRICKELL AVENUE
MIAMI, FLORIDA 33131-3407
T 305.536.1112
F 305.536.1116
WWW.TEWLAW.COM

## NOTICE OF TERMINATION OF LEASE

March 1, 2006

Winn Dixie Stores, Inc.
Attn: Cindy Reynolds **(Via Federal Express and Certified Mail - Return Receipt Requested)**
Real Estate Manager
2947 Bayshore Point Drive
Tampa, FL 33611

Winn Dixie Stores, Inc.
Attn: Jane Dewitt **(Via Federal Express and Certified Mail - Return Receipt Requested)**
Area Property Manager
5050 Edgewood Court
Jacksonville, FL 32254

Cynthia C. Jackson, Esq. **(Via E-mail & Certified Mail - Return Receipt Requested)**
Smith, Hulsey & Busey
1800 Wachovia Tower
225 Water Street, P.O. Box 53315
Jacksonville, FL 32202

Winn Dixie Stores, Inc.
Attn: Ellis Zahra, Jr. Esq. **(Via Federal Express and Certified Mail - Return Receipt Requested)**
Vice President and General Counsel
5050 Edgewood Court
Jacksonville, FL 32254

Winn Dixie Stores, Inc.
Catherine Ibold, General Counsel
**(Via E-mail & Certified Mail - Return Receipt Requested)**
5050 Edgewood Court
Jacksonville, FL 32254-3699

Re: Lease dated June 8, 1984, as amended from time to time ("Lease"), by and between Concord-Fund IV Retail, LP (as current "Landlord") and Winn Dixie Stores, Inc. ("Tenant"); Winn Dixie Store #254, 11242 S.W. 40th Street, Miami, Florida

Ladies and Gentlemen:

We represent Landlord through its property manager and agent, Terranova Corp. Pursuant to Section 23(a)(3) of the Lease and Florida Statutes, notice is given that the Lease and term thereby demised shall expire and terminate on March 17, 2006 because of Tenant's failure to cure defaults under in Sections 8, 9 and 13 of the Lease as specified in the January 26, 2006 correspondence to Winn Dixie's counsel, a copy being enclosed. Moreover, Tenant has failed to proceed with all reasonable diligence to prosecute the curing of such Events of Default within the

March 1, 2006
Page 2

thirty (30) day period following the January 26, 2006 notice. Consequently, on March 17, 2006 rights of Tenant under the Lease shall expire and terminate but Tenant shall remain liable as provided in the Lease.

    Tenant shall have until the March 18, 2006 termination date to vacate Store #254. Landlord does not waive any rights under the Lease and under the enclosed Order Regarding Concord-Fund IV Retail, L.P. Stay Relief dated February 9, 2006.

                                          Sincerely,

                                          Thomas R. Lehman, P.A.

TRL/esf
Enclosure
cc:    Steven Bittel
        Pam Pearce, Esq.
        Karen Specie, Esq.

@PFDesktop\::ODMA/MHODMA/DMS_NT;MIAMI;456194;1