**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>ET AL.,</u> | ) | *Chapter 11* |
| Debtors | ) | Jointly Administered |

**REQUEST FOR EXTENSION OF TIME OR, ALTERNATIVELY OBJECTION OF MARKETOWN INVESTORS, INC. TO DEBTOR'S MOTION FOR FOURTH EXTENSION OF TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

NOW INTO COURT, through undersigned counsel, comes Marketown Investors, Inc., who respectfully requests an extension of three (3) days, through and including March 6, 2006, within which to file its objection to Debtors' Motion for Order Granting Fourth Extension of Time within which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property. The basis for the extension is because undersigned counsel has been dislocated due to Hurricane Katrina, did not receive notice of the March 9, 2005 hearing until February 27, 2006 and is currently out of town until March 3, 2006.

Alternatively, Marketown Investors, Inc. ("Marketown") hereby advises this honorable court that it strenuously objects to the granting of Debtor's Motion for Order Granting Fourth Extension of Time within which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property. Marketown's real property leased to Winn-Dixie Louisiana, Inc. was destroyed by Hurricane Katrina. Winn-Dixie Louisiana, Inc. thereafter advised of its intent not to reoccupy the leased property, but retained

certain rights to reoccupy the Property in the future. Additionally, Winn-Dixie Louisiana, Inc. owes approximately $20000 in prepetition rent and common area charges. Marketown desires that Winn-Dixie Louisiana, Inc. be required to formally reject its lease so that Marketown can re-lease the Property to other grocery store chains, or alternatively accept the lease on condition of providing adequate security for prepetition rent owed and to formalize its intent to occupy the leased property for the remaining term of the Marketown lease.

### Notice

Notice of the Request for Extension or Alternatively, Objection to Debtors' Motion for Order Granting Fourth Extension of Time within which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property has been provided to D.J. Baker and Cynthia C. Jackson. No other or further notice need be given.

WHEREFORE, based on the foregoing, Marketown Investors, Inc. respectfully requests that the Court (i) enter an order granting Marketown Investors, Inc.'s motion for extension of time or alternatively (ii) that the objection of Marketown Investors, Inc. be and is hereby filed into the record of this matter.

Dated:  March 2, 2006

        Respectfully submitted,

        /s/ *Donald E. Theriot*
        DONALD E. THERIOT, LSB 2722
        1944 First Street
        Slidell, LA  70458
        Tel:  (504) 610-5328 or (504) 810-9400
        Fax:  (985) 643-1886

        Attorney for Marketown Investors, Inc.

**CERTIFICATE OF SERVICE**

I, Donald E. Theriot, counsel for Marketown Investors, Inc. do hereby certify that I have this day electronically mailed and sent via United States Postal Service, postage prepaid, a true and correct copy of the foregoing pleading to the following counsel of record.

        D.J. Baker
        Skadden, Arps, Slate, Meagher & Flom, LLP
        Four Times Square
        New York, NY  10036
        djbaker@skadden.com

        Cynthia C. Jackson
        Smith, Hulsey & Busey
        225 Water St., Ste. 1800
        Jacksonville, FL  32202
        cjackson@smithhulsey.com

So certified this the 2nd day of March, 2006.

        By:    /s/ *Donald E. Theriot*
                  Donald E. Theriot

        1944 First Street
        Slidell, LA  70458
        Tel:  (504) 610-5328 or (504) 810-9400
        Fax:  (985) 643-1886
        detheriot@cableone.net