UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.: 3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.       Jointly Administered

**NOTICE OF WITHDRAWAL OF
LANDLORD'S LIMITED OBJECTION TO THE DEBTORS'
MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT
RELATING TO SUMMERVILLE, SOUTH CAROLINA PROPERTY**

Wilmington Trust Company, as Trustee for Southland-Summerville W.D. Delaware Business Trust (the "Summerville Landlord"), by its attorneys, hereby withdraws its "Limited Objection to the Debtors' Motion for Entry of Order Approving Settlement Relating to Summerville, South Carolina Property," (Docket No. 5875) previously filed herein. The issues raised in the Limited Objection have been resolved consensually.

Dated this 2 day of March, 2006.

**HELD & ISRAEL**

By: /s/
Edwin W. Held, Jr., Esquire
Florida Bar #162574
Adam N. Frisch, Esquire
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

2

NEAL, GERBER & EISENBERG LLP

Thomas C. Wolford, Esquire
2 North LaSalle Street, Suite 2200
(312) 269-5675 Telephone
(312) 269-1747 Facsimile