United States Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

March 3, 2006

Mr. Donald Carl Rupprecht
1410 S. Fernandez
Arlington Hts, IL 60005

In re:        Winn-Dixie Stores, Inc.
Case no.   05-bk-3817-3F1

Dear Mr. Rupprecht,

Your request for a list of hearing dates and times as well as the attorneys present and location in the Winn-Dixie Stores, Inc. case has been received by the court.

This information can be accessed on the internet at the claims agent's website, www.loganandco.com. The docket for this case is downloaded on a regular basis and it can be searched for any Notice of Hearing, Motion, Objection, etc.

Thank you,

Susan Carter
Case Manager