UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**Stutsman & Thames, P.A.** and **Sulmer Kupetz** gives notice of their appearance as counsel of record for lessors (i) Michael Oschin, Daniel Oschin and Richard H. O'Hara, Trustees of the Michael Oschin Trust under Will of Helen Oschin; (ii) Michael Oschin, Daniel Oschin and Richard H. O'Hara, Trustees of the Barbara Oschin Primicerio Trust under Will of Helen Oschin; (iii) Lynda Oschin, Trustee of the Lynda Oschin Trust dated December 11, 1997; and (iv) Michael Oschin, as an individual, and requests, that all notices, pleadings or other documents to be served on the foregoing persons and entities be served on them in care of the undersigned counsel.

        SULMEYER KUPETZ
        David S. Kupetz (CA Bar No. 125062)
        Marcus A. Tompkins (CA Bar. No. 190922)
        333 S. Hope St., 35th Floor
        Los Angeles, CA 90071
        (213) 626-2311
        (213) 629-4520 (Facsimile)
        Mtompkins@sulmeyerlaw.com

- and -

**STUTSMAN & THAMES, P.A.**

By /s/ Richard R. Thames
_____
Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
Rthames@stutsman-thames.com

Attorneys for Michael Oschin, Daniel Oschin and Richard H. O'Hara, Trustees of the Michael Oschin Trust under Will of Helen Oschin; Michael Oschin, Daniel Oschin and Richard H. O'Hara, Trustees of the Barbara Oschin Primicerio Trust under Will of Helen Oschin; Lynda Oschin, Trustee of the Lynda Oschin Trust dated December 11, 1997; and Michael Oschin, as an individual

## Certificate of Service

I hereby certify on March 2, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

/s/ *Richard R. Thames*
_____
Attorney

58882