# EXHIBIT B

SUBCONTRACTOR GENERAL AGREEMENT

This SUBCONTRACTOR GENERAL AGREEMENT (this "Agreement") is made and entered into by and between DIVERSIFIED MAINTENANCE SYSTEMS, INC., a Florida corporation ("Contractor"), and ___SBM  of  Davie___, a Florida Corporation ("Subcontractor").

WHEREAS, Contractor is in the business of, among other things, providing various janitorial and light maintenance services to customers and clients pursuant to contractual agreements by and among Contractor and such customers and clients (the "Customers"); and

WHEREAS, Subcontractor desires to act as a subcontractor to perform certain of those services for Contractor's Customers.

NOW THEREFORE, in consideration of the hiring of Subcontractor to perform various services for Contractor's Customers, the premises set forth herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Contractor and Subcontractor agree as follows:

1.    Scope of Services.  Subcontractor agrees to furnish those certain janitorial, maintenance and/or cleaning services to Contractor's Customers as specified in any "Acceptance of Job & Specifications" form executed by the parties, whether executed contemporaneously herewith or hereafter (the "Services").  The form of the Acceptance of Job & Specifications to be used by the parties is attached hereto as Exhibit "A".  The terms and conditions set forth herein shall apply to each Acceptance of Job & Specifications executed by and between Contractor and Subcontractor.

Subcontractor shall furnish all supervision and labor for all Services, and shall perform such Services in an efficient and workmanlike manner.  Services will be performed on the days and between the hours specified by the Customer set forth in the Acceptance of Job & Specifications relating to such Services.  Subcontractor shall furnish, at its own expense, all labor, equipment, chemicals and supplies needed to provide the Services to be performed under this Agreement and/or any Acceptance of Job & Specifications, except as may otherwise be set forth therein.

2.    Cleaning Materials.  Subcontractor shall use cleaning materials and floor care products approved by the Customer and/or Contractor for all Services performed under this Agreement and any Acceptance of Job & Specifications.  All Material Safety Data Sheets (MSDS) for materials and products used shall be kept on file at Subcontractor's principal place of business and shall be furnished to Customer and/or Contractor upon request.

3.    Payment.  Upon satisfactory completion of all required Services by Subcontractor, Subcontractor shall submit to Contractor (i) an invoice setting forth with

specificity all hours actually worked by Subcontractor and/or the employees thereof while performing the Services <u>and</u> (ii) an approved and fully executed work completion order or Janitorial Service Report form to Contractor. Subject to Paragraph 13 hereunder, Subcontractor will be paid when Customer has reviewed the submitted, signed Janitorial Service Report and/or work completion order and paid Contractor therefor, but in no event shall Subcontractor be paid for any Services not performed to the full satisfaction of the Customer. Subcontractor shall be paid on an hourly basis, at the rate set forth in the applicable **Acceptance of Job & Specifications**, and Subcontractor shall be paid only for hours actually worked while performing the requisite Services.

4.    **Insurance**.    Prior to commencing performance of the Services, Subcontractor shall obtain at least the minimum insurance coverage set forth herein. Such insurance is to be paid in full and maintained in full force and effect at all times by Subcontractor throughout the effective term of this Agreement. Upon execution of this Agreement, Subcontractor shall provide to Contractor evidence of insurance coverage endorsed as specified herein.

   a.    <u>General Liability Insurance</u>. Commercial General Liability or Comprehensive General Liability insurance, on an acceptable "occurrence" form, having a combined single limit coverage of not less than $1,000,000, or more as may be required by Customer, and endorsed to include contractual liability, personal injury, completed operations, and broad form property damage liability, insuring Subcontractor against liability arising out of the business operations of Subcontractor and the Service(s) to be performed under this Agreement. Subcontractor agrees that, should the aggregate limits of liability be reduced due to loss or claims, such aggregate limits will be restored to the minimum stated in this provision. The coverages, provisions and limitations of this policy shall not limit liability of Subcontractor. If, in the reasonable opinion of Contractor, the amount of liability coverage required is not adequate, or in the event specific Customer requirements raise such limits, Subcontractor shall increase said insurance limit as required by Customer or Contractor and shall provide evidence of such increased coverage to Contractor. Upon execution of this Agreement and at any time requested by Contractor thereafter, Subcontractor shall furnish to Contractor a Certificate of Insurance evidencing the limits and terms set forth above. Contractor shall be named as an additional insured on each policy issued hereunder and evidenced as such on the Certificate of Insurance.

   b.    <u>Automobile Liability Insurance</u>. Combined single limit of not less than $300,000, which will include owned motor vehicles, non-owned motor vehicles, and hired motor vehicles and will insure against death or injury to persons and property damage caused by Subcontractor in the course and scope of providing services

   c.    <u>Workers Compensation Insurance</u>. Workers' Compensation insurance as required by the law of any state in which Subcontractor's employees will be engaged in any work under this Agreement and, if Workers' Compensation

insurance is not required by a state in which Subcontractor's employees will be engaged in any work under this Agreement, liability insurance in an amount not less than $100,000 for each such state. If Subcontractor is exempt under state workers' compensation law, Subcontractor shall obtain and provide Contractor with a notice or certificate of exemption issued by the state in which Subcontractor's employees will be engaged in any work under this Agreement and shall provide proof to Contractor that such exemption has been filed with the applicable workers' compensation division or agency in such state. In the event Subcontractor is not exempt under state workers' compensation law, but nevertheless has not obtained the necessary workers' compensation coverage, Contractor reserves the right to purchase workers' compensation coverage on behalf of Subcontractor covering Subcontractor's employees providing services under this Agreement and to deduct such premiums and costs from any sums due Subcontractor from Contractor under this Agreement. Notwithstanding the foregoing, failure to obtain the necessary coverage or maintain exempt status, as the case may be, is grounds for immediate termination of the Agreement pursuant to Paragraph 6 hereunder.

d.  Blanket Fidelity Bond    Subcontractor shall obtain and maintain a Fidelity Bond against liability for theft in the amount of $2,500 or higher, for any one theft.

All policies of insurance required under this paragraph will provide that they may not be cancelled or the coverage materially changed without thirty (30) days prior written notice to Contractor. The policies of insurance for General and Motor Vehicle Liability will name Contractor as an additional insured, and will be and so state that such coverage is primary and that Contractor will incur no liability. Subcontractor shall provide updated insurance coverage certificates, including any applicable exemption certificates and proof thereof, annually. Failure to obtain the necessary coverage or maintain exempt status under this Paragraph 4 is grounds for immediate termination of the Agreement pursuant to Paragraph 6 hereunder.

5.    Injuries and Property Damages.    Subcontractor shall notify Contractor promptly of all injuries and damage to persons or property in any way arising out of or in the course and scope of performance of Services under this Agreement. No settlement or payment of any claim as to which Contractor may be charged with obligation for any payment as reimbursement shall be made by the Subcontractor without Contractor's prior written approval.

6.    Termination or Cancellation.

a.  This Agreement may be terminated by Subcontractor for any reason upon fourteen (14) days prior written notice to Contractor personally delivered or placed in the U.S. Mail and receipted therefor by the U. S Postal Service, addressed to Contractor at the address set forth herein, and sent by Certified Mail, Return Receipt Requested.

Contractor
vees shall be proven to have misappropriated d/or such Customer(s) at
its Customers, to make full restitution to C____rt
full retail replacement price.

11.     Hold Harmless and Indemnification.    Subcontractor agrees to indemnify
Contractor and its Customers against, and hold them and each of them harmless from, all
claims, suits, proceedings, damages, judgments, and settlements of any nature for
property damages or loss, bodily injuries and death caused or alleged to have been caused
by any act or omission or negligence of the Subcontractor, its agents or employees, and to
pay, as incurred, any and all legal expenses of Contractor and/or Customer incurred in
defending such claims, suits and proceedings, including, but not limited to, payment of
court costs, attorneys' fees, court reporter expenses, investigation expenses and expert
witness fees

12.     Independent Contractor.    Subcontractor will comply with any and all of
Customer's specified procedures and requirements in performing Services.
Subcontractor shall be fully responsible for and will perform all Services as an
independent contractor only, and shall not be considered or construed to be an agent,

        b.  This Agreement may be terminated by Contractor for any reason upon
            fourteen (14) days prior written notice to Subcontractor personally delivered
            or placed in the U S. Mail and receipted therefor by the U. S. Postal Service,
            addressed to Subcontractor at the address set forth hereinafter for notice, and
            sent by Certified Mail, Return Receipt Requested

        c.  This Agreement may be terminated by Contractor immediately, upon notice
            by any means, if any of the following shall occur:

            (1) Subcontractor fails to perform Services to the satisfaction of
                Contractor and/or Customer, and Subcontractor fails to correct
                such problems within a reasonable time, in Contractor's sole
                discretion;

            (2) Subcontractor violates any provision of this Agreement;

            (3) Subcontractor fails to provide evidence of required insurance
                coverage or policy limits, or such insurance is cancelled or allowed
                to expire and not reinstated or replaced prior to the cancellation
                date;

            (4) Upon the death or inability of Subcontractor to perform Services as
                required; or

            (5) Upon any attempt by Subcontractor to assign this Agreement or
                delegate any work to be performed hereunder or under any
                Acceptance of Job & Specifications.

        d   This Agreement will terminate automatically upon cancellation or termination
            of Contractor's service contract with the Customer set forth in the requisite
            Acceptance of Job & Specifications

7       Consents of Subcontractor.   Subcontractor agrees to furnish Contractor a signed
statement from Subcontractor and each employee or agent of Subcontractor who will
perform Services for Contractor's Customer(s) to the effect that (1) Contractor may
verify said Subcontractor's employee's or agent's police record (if any) and (2) said
Subcontractor, employee or agent, consents in advance to a reasonable search of his
person and property when leaving any Customer's premises

8.      Compliance with Immigration and Labor Laws. Subcontractor , agrees   to
execute an I-9 Employee Eligibility Certification, which shall be attached to this
Agreement as "Exhibit B " Subcontractor certifies it will ensure that every employee
and/or agent of Subcontractor who will perform Services for Contractor's Customer(s) is
eligible to work in the United States.  Subcontractor further certifies it is, and shall
remain, in compliance with all applicable state and federal immigration and labor laws
throughout the term of this Agreement. Subcontractor acknowledges Subcontractor is the
sole employer of all employees performing Services under this Agreement for the
purposes of the Fair Labor Standards Act, Immigration and Nationality Act, and all other

expenses, penalties incurred for any reason and lease payments, may be deducted from any sums owing from Contractor to Subcontractor.

14.    **Confidentiality.** Subcontractor acknowledges and agrees that certain confidential and proprietary business or trade secrets of Contractor may become known to Subcontractor as a result of this Agreement and Subcontractor's performance of Services, and all of such confidential and proprietary business information is of great value to Contractor, and the unauthorized use or disclosure of which will cause irreparable harm to Contractor. Therefore, Subcontractor agrees and covenants, because of Subcontractor's access to and knowledge of Contractor's confidential customers and accounts list, its techniques, systems, methods, technical information and other information of a confidential nature, it shall not reveal to others or to use itself, except as may be expressly authorized to perform this Agreement, any such confidential or proprietary business information of Contractor and Subcontractor undertakes for itself and all those acting on its behalf to keep and maintain such information in strict confidence both during the term of this Agreement and after its expiration or termination. Subcontractor further agrees that injunctive relief is a proper remedy to prevent violation of this clause. The covenants set forth in this paragraph shall apply to each employee and/or agent of Subcontractor, and Subcontractor agrees to indemnify Contractor for any and all actual damages incurred by a breach of this covenant by any employee and/or agent of Subcontractor.

15.    **Non-Competition.** Subcontractor agrees and covenants, because of its access to and knowledge of Contractor's customer(s) and accounts, and other confidential business information related thereto, acquired solely as a result of this Agreement, that it shall not, during the effective term of this Agreement, and for twenty-four (24) months after its termination and the termination of every other contract that Subcontractor will have executed with Contractor, either directly or indirectly, in any individual, representative or participatory capacity whether as an owner, stockholder, partner, joint venturer, employer, employee, director, agent, or any other capacity whatsoever, solicit or interfere in any way with any Customer account then being serviced by Contractor or which was a Customer account at any time during the term of Subcontractor's contracts with Contractor. Further, respecting accounts which are or were part of a multi – location business, the covenants and undertakings made and given by Subcontractor under this paragraph shall apply to all Customer locations in each and every district, area, or zone then serviced by Contractor. The covenants set forth in this paragraph shall apply to each employee and/or agent of Subcontractor, and Subcontractor agrees to indemnify Contractor for any and all actual damages incurred by a breach of this covenant by any employee and/or agent of Subcontractor.

16.    **Entire Agreement.**  This Agreement constitutes the entire agreement of the parties hereto with respect to the subject matter hereof and supersedes all prior and contemporaneous understandings and agreements between the parties, provided terms in other agreements between the parties, such as any Supply Agreement, that are not inconsistent with the terms herein shall remain in full force and effect in accordance with the terms of such agreements. However, any terms and provisions in any other agreement inconsistent with the terms herein are superseded by the terms set forth herein.

17. <u>Successors and Assigns.</u>   This Agreement shall inure to the benefit of and be enforceable by Contractor's successors and assigns.

18. <u>Section Headings.</u>   Headings have been set forth herein for convenience of reference only. Unless the contrary is compelled by the context of the specific provision, everything contained in each paragraph hereto applies to this entire Agreement.

19. <u>Interpretation.</u>   This Agreement has been reviewed by all parties and shall be construed and interpreted according to the ordinary meaning of the words used so as to accomplish the purposes set forth herein. No uncertainty or ambiguity herein shall be necessarily construed against Contractor. Both parties acknowledge and agree this Agreement has been mutually negotiated in good faith.

20. <u>Severability.</u>   Each provision of this Agreement shall be severable from each other provision of this Agreement for the purpose of determining the legal enforceability of any specific provision.

21. <u>Reservation of Rights.</u>   Contractor expressly reserves all rights at equity and at law to enforce the provisions set forth herein, regardless if such rights and remedies are expressly set forth in this Agreement, including, but not limited to, injunctive relief.

22. <u>Amendments.</u>   This Agreement may only be amended or terminated in a writing executed by both parties hereto. This Agreement shall not be amended or terminated upon oral agreement.

23. <u>Counterparts.</u>   This Agreement may be executed in any number of counterparts, each of which, when taken together, shall constitute one and the same Agreement.

This Agreement is made effective this 19 day of July , 2004.

"CONTRACTOR"

Diversified Maintenance Systems, Inc.

By: Tamera Hayes DMSI
Title: Account Rep
Date: 7/20/04

"SUBCONTRACTOR"

Wallace Parrish

By: (signature)
Title:
Date: 7/19/04

RECEIVED
JUL 2 0 2004