UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | CHAPTER 11 |
| | ) | JOINTLY ADMINISTERED |
| | ) | |

**JOINDER OF NEW PLAN EXCEL REALTY TRUST, INC. AND ARONOV PROPERTY MANAGEMENT IN THE LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ORDER GRANTING FOURTH EXTENSION OF TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY FILED ON BEHALF OF CREDITOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

NEW PLAN EXCEL REALTY TRUST, INC. ("New Plan"), and ARONOV PROPERTY MANAGEMENT by their undersigned attorneys, make this Joinder in the Limited Objection to the Debtors' Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Motion") filed on behalf of creditor the Prudential Insurance Company of America, and in support thereof aver:

1. New Plan and Aronov are the owners or agents for the owners of numerous shopping centers in which Debtors operate grocery stores pursuant to leases (each a "Lease" and together the "Leases") that are subject to the Motion. New Plan and Aronov are hereinafter collectively referred to as "Objecting Landlords".

2. All of Objecting Landlords' premises are located in shopping centers, as that term is used in 11 U.S.C. § 365(b)(3). *See, In Re: Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

3. By the Motion, Debtors seek an extension of time to assume or reject their non-residential real property leases through the effective date of their Plan of Reorganization, a plan which has Debtors admit is still being negotiated and will not be filed for at least thirty (30) days.

4. Objecting Landlords hereby join in the Limited Objection to the Debtors' Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property filed on behalf of creditor the Prudential Insurance Company of America (Docket # 6239) for the reasons set forth therein, and incorporate said Objection as fully as though same were set forth at length hereat.

5. In the event that this Court finds that cause does exist for an extension, Objecting Landlords suggest that said extension should not extend beyond ninety (90) days, and that said extension should be Debtors' final extension.

6. Under no circumstances should any extension be granted beyond confirmation of Debtors' Plan. There is no authority to grant an extension until the effective date of a plan.

### Joinder in Other Objections

7. Objecting Landlords hereby also join in the objections filed by Debtors' other landlords, to the extent not inconsistent herewith.

**WHEREFORE,** Objecting Landlords pray that Debtors' Motion be denied; and

WHEREFORE, alternatively, Objecting Landlords pray that in the event Debtors' Motion is granted that the extension should not extend beyond ninety (90) days, and that said extension should be Debtors' final extension; and

WHEREFORE, Objecting Landlords pray for such other and further relief as may be just and required under all of the circumstances.

<u>March 2, 2006</u>

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

BY:    /s/ David L. Pollack
**DAVID L. POLLACK
JEFFREY MEYERS
DEAN WALDT
Attorneys for New Plan Excel Realty Trust, Inc.,
and Aronov Property Management
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

## CERTIFICATE OF SERVICE

I certify that service of the foregoing was made on March 2, 2006 via ECF Noticing and email upon the parties listed below.

                                                /s/ David L. Pollack

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie W. Gray<br>Eric M. Davis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Eric N. McKay<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL 32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |