UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF NON-OBJECTION TO SALE OF MIRAMAR OUTPARCEL

The Court finds that the Notice of Non-Objection to Sale of Miramar Outparcel filed by Douglas R. Gonzales on behalf of the City of Miramar, Florida on February 27, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

ORDERED:

The Notice of Non-Objection to Sale of Miramar Outparcel filed by Douglas R. Gonzales on behalf of the City of Miramar, Florida on February 27, 2006 is stricken from the record.

DATED February 28, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorneys for Debtor
Douglas R. Gonzales, 3107 Stirling Road, Suite 300, Ft. Lauderdale, FL 33312

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1              Date Rcvd: Feb 28, 2006
Case: 05-03817                  Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on Mar 02, 2006.
aty         +Adam Ravin,    Skadden Arps Slate Meagher & Flom, LLP,    Four Times Square,
              New York, NY 10036-6522
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
aty         +James H. Post,    Smith Hulsey & Busey,    225 Water St., Suite 1800,    Jacksonville, FL 32202-4494
            +Douglas R. Gonzales,    3107 Stirling Road, Suite 300,    Ft. Lauderdale, FL 33312-8500

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 02, 2006**                     Signature:   *Joseph Speetjens*