Walter F. McArdle (ALA Bar No. 2446-R69W)
SPAIN & GILLON, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203-3753
Telephone: (205) 328-4100
Facsimile: (205) 324-8866
wfm@spain-gillon.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No.  3-05-bk-3817 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

## WITHDRAWAL OF APPLICATION FOR ALLOWANCE
## AND PAYMENT OF ADMINISTRATIVE EXPENSE

Comes now Golden Flake Snack Foods, Inc., creditor in the above-styled bankruptcy case (hereinafter "Golden Flake"), and withdraws its Application for Allowance and Payment of Administrative Expense filed herein on October 13, 2005, as amended on December 14, 2005.

Submitted this the _3rd_ day of March, 2006.

_____
Nina M. LaFleur

LaFleur Law Firm
P.O. Box 861128
St. Augustine, FL 32086
Phone: 904-797-7995
FLA BAR NO: 0107451

_____
Walter F.  McArdle

Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama  35203
Phone: (205) 581-6295
Facsimile: (205) 324-8866

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the parties via U.S. Mail on this _____day of March, 2006.

Cynthia C.  Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL  32202

David J.  Baker, Esq.
Skadden, Arps, Slate, Meagher &Flom, LLP
Four Times Square
New York, NY  10036-6522

Dennis F.  Dunne, Esq.
Millbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

Office of the United States Trustee
135 W.  Central Blvd.
Suite 620
Orlando, Florida 32801

_____
Of Counsel