IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                               Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.                      Chapter 11
                                                     Jointly Administered
___Debtors.___

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Dortha Mohundro, by and through her undersigned attorneys, pursuant to 11 U.S.C. §362(d) and Federal Rule of Bankruptcy Procedure 4001, and moves that this Court enter an order granting relief from the automatic stay in this case, and as grounds therefor would state the following:

1.  Pursuant to the Affidavit annexed hereto as Exhibit "A" and incorporated herein by reference, Movant is an unsecured creditor of Debtor for injuries inflicted on Movant by an employee of Debtor who pushed a shopping cart into the Debtor with significant force in one of Debtor's stores, which incident occurred on February 13, 2002.

2.  The Bankruptcy Court in the above-captioned matter has established a claims resolution procedure pursuant to an Order issued on or about September 1, 2005, entitled "Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims" (hereinafter the "Resolution Procedure Order"). Pursuant to the Resolution Procedure Order, Movant completed the Questionnaire sent to her in this bankruptcy proceeding and returned same to Debtor. A copy of the Questionnaire, without its enclosures, is annexed hereto as Exhibit "B".

3.  Pursuant to a letter dated November 3, 2005, a copy of which is annexed hereto as Exhibit "C", Debtor notified Movant that Movant's claim is disputed. Pursuant to

further letter of January 3, 2006, a copy of which is annexed hereto as Exhibit "D", Debtor notified Movant that Debtor did not believe that Movant's injuries are causally related to the above-referenced incident.

4. Accordingly, pursuant to a letter dated February 14, 2006, Movant notified Debtor that Movant was requesting mediation pursuant to the Resolution Procedure Order. A copy of the letter, along with its fax cover sheet, is annexed hereto as Exhibit "E". Pursuant to a letter dated February 21, 2006, a copy of which is annexed hereto as Exhibit "F", Debtor notified Movant that Debtor is refusing to participate in mediation or arbitration.

5. Accordingly, pursuant to paragraph 7 of the Claims Procedure Order, Movant respectfully request the Court to grant Movant relief from the automatic stay to proceed in State Court against Debtor, to obtain judgment and fix the amount of her claim. A proposed Order in the form prescribed as Exhibit 4 in the Claims Procedure Order is submitted herewith.

I HEREBY CERTIFY that a true and correct copy of this Motion for Relief from Automatic Stay has been furnished by electronic notice if registered in the Electronic Case Filing System, otherwise by regular United States Mail to Sedgwick CMS, P.O. Box 24787, Jacksonville, FL 32241-4787; Logan & Company, 546 Valley Road, Upper Montclair, New Jersey, 07043; Attn: James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; Dennis Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005-1413; Elena L. Escamilla, 135 W. Central Blvd., Ste. 620, Orlando, FL 32806; and Kenneth C. Meeker, United

States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; Winn-Dixie, Stores, Inc., Attn: Jay F. Castle, Esq., 5050 Edgewood Court, Jacksonville, FL 32254 this ___3rd___ day of March, 2006.

>     GOLDSTEIN, BUCKLEY,
>     CECHMAN, RICE & PURTZ, P.A.
>     Attorneys for Movant Dortha Mohundro
>     P. O. Box 2366
>     Fort Myers, Florida 33902
>     (239) 334-1146
>
>     By: _____
>     Brian D. Zinn
>     Florida Bar No. 12497

3