## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10-14-05                    _____
                                   Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) Kay Goldstein

Address 1515 Broadway

City/State/Zip Ft Myers, FL 33904

Relationship to Claimant Counsel

Phone Number 239-334-1146

Fax Number 239-334-3039

Email Address r cmonist@gbolaw.com

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**



EXHIBIT B

404033-MOHUNDRO, DOROTHA-Claim No.(s): 1955

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### WARNING:
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*



Claim No.(s): 1955

Creditor No.: 404033
MOHUNDRO, DOROTHA
C/O GOLDSTEIN BUCKLEY CECHMAN ET AL
ATTN RAY GOLDSTEIN, ESQ
1515 BROADWAY
PO BOX 2366
FORT MYERS  FL 33902-2366

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __2/16/30__

2. Date of injury or claim: (MM/DD/YY) __2/13/02__

3. What is the basis of your claim? __bodily injury when an employee pushed a handicap cart into my body__

4. What is the total amount of your claim? (Please estimate if necessary). __$1 Million__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   __Enclosed__

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __Graph Enclosed on Demand Letter__

7. Are you pursuing this claim against any other party? Yes ☑  No ☐
   If so, against whom (list the name, the addresses and counsel for each party, if known)?
   __Only - Sedgwick Claims Management SVCS LLC__
   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑  No ☐   __Demand letter + letter of rep__

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __No law suit__

404033-MOHUNDRO, DOROTHA-Claim No.(s): 1955

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) _See demand letter_

11. Where did the injury or damage occur? _In Winn Dixie Store #0723_

Please specify the location and address.

12. How did the injury or damage occur? _A handicapped employee(?) rammed a handicapped cart into me/client_

13. Did you miss any work as a result of your injury or damage? If so, how many days? X

14. Give the name and address of your employer and your salary at the time of your injury or damage. X

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) X

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). _Goldstein Buckley Beckman Rice + Purdy_

404033-MOHUNDRO, DOROTHA-Claim No.(s): 1955

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☒
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.)

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)

   *See Demand Letter*

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering.

   *See Demand Letter*

   c. Give the total amount of the medical bills you incurred as a result of your claim.

   *See Demand Letter*

   d. Attach medical and hospital records which relate to your claim.

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim.

   *See Demand Letter*

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury.

404033-MOHUNDRO, DOROTHA-Claim No.(s): 1955

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

g.  Give the name, address and policy number of your insurance company. _____
_____X_____
_____

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim. _____
_____See Demand Letter_____

b.  Give the total amount of each item of damage. _____See Demand Letter_____

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** _____
_____4 Million_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 404033   o/c<br>MOHUNDRO, DOROTHA<br>C/O GOLDSTEIN BUCKLEY CECHMAN ET AL<br>ATTN RAY GOLDSTEIN, ESQ<br>1515 BROADWAY<br>PO BOX 2366<br>FORT MYERS  FL 33902-2366 | Name: _____<br>Address: _____<br>_____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

404033-MOHUNDRO, DOROTHA-Claim No.(s): 1955

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*