# Sedgwick CMS

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, Florida 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365

November 3, 2005

Ray Goldstein, Esquire
Goldstein, Buckley, Cechman, Rice & Purt
PO Box 2366
Fort Myers, FL 33902-2366

RE:      Claimant:             DORTHA MOHUNDRO
           Claim #:              A211201915-0001-01
           Proof of Claim No.:  1955
           Incident Date:       2/13/2002
           Entity:                Winn-Dixie Stores, Inc.
           Location:            Winn-Dixie #723

Dear Ray Goldstein, Esquire:

Sedgwick Claims Management Services, Inc. is the third party claims administrator for Winn-Dixie Stores Inc. and their subsidiaries. We received a copy of your proof of claim. We respectfully deny the amount you claimed in your proof of claim (and/or questionnaire). However, further consideration of your claim may be granted including the discussion of a potential compromise settlement dependant on an analysis of liability in this matter, and within the boundaries and restrictions as set forth in the Claims Resolution Procedure found in the Chapter 11 bankruptcy documents filed by Winn Dixie Stores Inc. and their subsidiaries.

We have reason to believe that all or a portion of your medical bills were paid by Medicare, Medicaid, or other governmental entities. If correct, Medicare, Medicaid, or other governmental entities would have a lien against your claim with Winn Dixie Stores Inc. or their subsidiaries.

In order to evaluate your claim for settlement consideration, we must receive written documentation from the Medicare, Medicaid, or other governmental entities which confirms that its claim or lien against your possible settlement (i) has been waived or satisfied or (ii) will be satisfied in full upon payment of a fixed sum (which would be deducted from your total settlement agreement amount). Please contact your Medicare, Medicaid, or other governmental entity payer representative to obtain this written documentation and <u>fax or mail</u> to me as soon as possible.

Any settlement agreement shall not be binding on Winn Dixie unless and until there are sufficient funds available from the prospective distribution on your claim to pay the amount required by Medicare, Medicaid, or other applicable governmental entity.

If you (your client) can attest that none of his/her medical bills relating to this accident were submitted to Medicare, Medicaid or other governmental entities and that you (your client) are/is not eligible for future Medicare, Medicaid, or benefits from another governmental entity as a result of this accident, please send me a letter of explanation. <u>Winn-Dixie reserves the right to deny your claim due to liability issues or any other valid consideration.</u>

Sincerely,

*Kerry Ledbetter*
General Liability Examiner III



EXHIBIT C