

# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone: (888)784-3470 Facsimile: (904)419-5365

January 3, 2006

Ray Goldstein, Esquire
PO Box 2366
Ft. Myers, FL. 33902-2366

Re: Claimant: Dorothy Mohundro
    Claim Number: A211201915
    Date of Injury: 02/13/02
    Location: Winn Dixie #0723 – Ft. Myers, FL
    Entity: Winn Dixie Stores, Inc.
    Proof of Claim #: 1955, 1324

Dear Mr. Goldstein:

Please be advised that based on Ms. Mohundro's description of the incident and after reviewing the medical records that were submitted, I do not believe her alleged injuries are causally related to the above referenced incident. As a result, we cannot accept Medicare's lien in the amount of $70,610.33.

Sincerely,

*Kerry Ledbetter*
Kerry Ledbetter
General Liability Examiner III
(904) 419-5368

Cc: CMS Centers for Medicare and Medicaid Services
    PO Box 44179
    Jacksonville, FL 32231



EXHIBIT D

 

MSP Auto / Liability Unit P.O. Box 44179 Jacksonville FL 32231-4179

| PROGRAM SAFEGUARDS DIVISION | A CMS Contracted Carrier And Intermediary |
|---|---|
| MEDICARE REGISTRATION AND RECOVERY | MEDICARE |

July 01, 2005

Ray Goldstein
Attorney at Law
4947 N Tamiami Trial
Suite 101
Naples, FL 34103

P.O. Box 44179
Jacksonville, Florida 32231-4179

Phone Number         904-791-6181
Customer Service Representative (CSR)
Hours of operation: 9AM – 4:00PM

Correspondence No.:    310506900213
Beneficiary:           Dortha Mohundro
Health Insurance No.:  401368865A
Date of Loss:          February 13, 2002

Dear Ray Goldstein,

This is to advise your office of the current Medicare conditional claim amount for the above referenced.

    Case Number:        2003-15414
    Accident Type:      Liability
    Accident Date:      February 13, 2002
    Previous Claim Amt: $ 18.48

The updated/current conditional claim amount as of July 01, 2005 is: $ 70,610.33

If you have any additional questions regarding this matter, please feel free to contact this office:

    Auto/Liability Unit
    P.O. Box 44179
    Jacksonville, FL 32231