MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 02-14-'06 17:27 |
| FAX NO.1 | : 239-334-3039 |
| NAME | : GBCRP |

| | | |
|---|---|---|
| FILE NO. | : | 219 |
| DATE | : | 02.14 17:26 |
| TO | : | ☏ 19044195365 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 02.14 17:26 |
| END TIME | : | 02.14 17:27 |
| PAGES SENT | : | 1 |
| STATUS | : | OK |

\*\*\*   SUCCESSFUL TX NOTICE   \*\*\*

---

## GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A.
### ATTORNEYS AT LAW

RAY GOLDSTEIN
STEPHEN W. BUCKLEY
JOHN B. CECHMAN *
J. JEFFREY RICE * +
RICHARD L. PURTZ *
BARRY A. ROTH *,‡
* Board Certified Civil Trial
* Certified Mediator by FL Supreme Court
+ Board Certified Business Litigation

1515 Broadway, Fort Myers, Florida 33901
Mailing Address:
P. O. Box 2366, Fort Myers, Florida 33902-2366
(239) 334-1146
Fax (239) 334-3039

Email: info@gbclaw.com

‡ MARY G. JACK
MICHAEL J. CICCARONE
A. PAUL MOLLÉ
PAUL A. RYAN
‡ DAVID H. HARRIS
‡BRIAN D. ZINN
* Also Member PA Bar
^Also Member NY, NJ, DC Bars
‡ Also Member PA, NJ, DC Bars

### FAX COVER LETTER

DATE: February 14, 2006

TO: Kerry Ledbetter
Sedgwick CMS

FAX NO: 904-419-5365

FROM: Ray Goldstein, Esq.

NUMBER OF PAGES (INCLUDING COVER LETTER): ____1____

RE: Client: Dorothy Mohundro
D/Accident: 2/13/2002
POC #: 1955
Entity: Winn Dixie Stores, Inc.
Claim #: A211201915-0001-01

---

Dear Ms. Ledbetter:

Please be advised that we are requesting a mediation of our client's personal injury claim pursuant to the Order Approving Claims Resolution Procedure and Authorizing Debtors to settle or Liquidate Certain Litigation Claims. Kindly advise of dates and times available. Thank you.

The information contained in this facsimile message is attorney privileged and confidential information intended only for the individual or entity named above. If the reader of this message is not the intended recipient, employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication verbally or in writing is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

OTHER OFFICES

| CAPE CORAL | LEHIGH ACRES | NAPLES | PORT CHARLOTTE |
|---|---|---|---|
| (239) 574-5575 | (239) 368-6101 | (239) 262-4888 | (941) 624-2393 |



EXHIBIT E

# GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A.
## ATTORNEYS AT LAW

RAY GOLDSTEIN
STEPHEN W. BUCKLEY
JOHN B. CECHMAN *
J. JEFFREY RICE * + [2]
RICHARD L. PURTZ *
BARRY A. ROTH [1,2]
* Board Certified Civil Trial
[2] Certified Mediator by FL Supreme Court
+ Board Certified Business Litigation

1515 Broadway, Fort Myers, Florida 33901
Mailing Address:
P. O. Box 2366, Fort Myers, Florida 33902-2366
(239) 334-1146
Fax (239) 334-3039

Email: info@gbclaw.com

[2] MARY G. JACK
MICHAEL J. CICCARONE
A. PAUL MOLLÉ
PAUL A. RYAN
‡ DAVID H. HARRIS
[3] BRIAN D. ZINN
[1] Also Member PA Bar
[3] Also Member NY, NJ, DC Bars
‡ Also Member PA, NJ, DC Bars

## FAX COVER LETTER

DATE: February 14, 2006

TO: Kerry Ledbetter
Sedgwick CMS

FAX NO: 904-419-5365

FROM: Ray Goldstein, Esq.

NUMBER OF PAGES (INCLUDING COVER LETTER): ____1

RE: Client: Dorothy Mohundro
D/Accident: 2/13/2002
POC #: 1955
Entity: Winn Dixie Stores, Inc.
Claim #: A211201915-0001-01

Dear Ms. Ledbetter:

Please be advised that we are requesting a mediation of our client's personal injury claim pursuant to the Order Approving Claims Resolution Procedure and Authorizing Debtors to settle or Liquidate Certain Litigation Claims. Kindly advise of dates and times available. Thank you.

**The information contained in this facsimile message is attorney privileged and confidential information intended only for the individual or entity named above. If the reader of this message is not the intended recipient, employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication verbally or in writing is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.**

OTHER OFFICES

| CAPE CORAL | LEHIGH ACRES | NAPLES | PORT CHARLOTTE |
| --- | --- | --- | --- |
| (239) 574-5575 | (239) 368-6101 | (239) 262-4888 | (941) 624-2393 |