



# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

February 21, 2006

Ray Goldstein, Esquire                          Faxed to (239) 334-3039
Goldstein, Buckley, Cechman, Rice & Purt
PO Box 2366
Fort Myers, FL  33902-2366

RE:         Claimant:    DORTHA MOHUNDRO
            Claim #:     A211201915-0001-01
            Proof of Claim #:1324, 1955
            Incident Date: 02/13/2002
            Entity:      Winn-Dixie Stores, Inc.
            Location:    Winn-Dixie #0723
                         WEAVER'S CORNER  NORTH FORT MYERS, FL

Dear Mr. Goldstein:

Thank you for your letter requesting mediation/arbitration.

The claims resolution procedure does not require either Winn-Dixie or the claimant
to participate in mediation or arbitration as stated on page five (5) under section 5 -
Mediation Procedure.  It states "a litigation claim **may** be referred to mediation as
provided for in Sections 3 and 4 of this Claims Resolution Procedure."

The 15 day time limit to refer the claim to mediation/arbitration **only applies** after
both parties have agreed to mediation or arbitration.

Winn-Dixie <u>does not</u> wish to participate in mediation or arbitration at this time.  **We
are ready to discuss any aspect of your client's claim in order to reach a
possible resolution.**

My direct line is (904) 419-5368.

Sincerely,

Kerry Ledbetter
General Liability Examiner III

**EXHIBIT**