UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

AGREED ORDER ON NATIONAL IN STORE
MARKETING, LLC'S MOTION TO ALLOW CLAIM AS
AMENDED CLAIM OR TO ALLOW LATE FILED CLAIM

These cases are before the Court upon National In Store Marketing, LLC's Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim (Docket No. 4316) (the "Motion"). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in part and denied in part as set forth herein.

2. Claim No. 12441 filed by National In Store Marketing is allowed as an unsecured non-priority claim in the amount of $346,482 against Winn-Dixie Stores, Inc. in Case No. 05-03817-3F1 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases. The balance of Claim No. 12441 is disallowed.

3. Claim No. 12551 is stricken.

4. This Order resolves (i) all liabilities and obligations related to Claim Nos. 12441 and 12551 and (ii) all other pre-petition claims National In Store Marketing has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged and released.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 2 day of March, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Leyza F. Blanco, Esq.
John Macdonald, Esq.
James H. Post, Esq.

2

## Consent

The undersigned parties consent to the entry of the foregoing Order.

| SMITH HULSEY & BUSEY | KATZ BARRON SQUITERO FAUST |
|---|---|
| By  *s/James H. Post*  <br> James H. Post | By  *s/Leyza F. Blanco**  <br> Leyza F. Blanco |
| Florida Bar Number 175460 <br> 225 Water Street <br> Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | Florida Bar Number 104639 <br> 2699 South Bayshore Dr. <br> Seventh Floor <br> Miami, Florida 33133 <br> (305) 856-2444 <br> (305) 285-9227 (facsimile) |
| Attorneys for the Debtors | Attorneys for National In Store Marketing |

\* Counsel has authorized the use of her electronic signature.

0051923219232