UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the motion for relief from the automatic stay to evict Debtor from Store No. 726 due to non-payment of postpetition rent or, in the alternative, for adequate protection [Dkt. 6189] was sent by mail to the parties listed on Exhibit A on March 3, 2003 and was sent to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which sent a notice of electronic filing on March 1, 2006 to debtor, debtor's attorney, U.S. Trustee and the Rule 1007-2, Parties in interest as listed on the Master Service List (Exhibit B) on this 3rd day of March, 2006.

STUTSMAN & THAMES, P.A.

By  /s/ Bradley R. Markey
    _____
    Bradley R. Markey

Florida Bar No. 0984213
121 West Forsyth St., Suite 600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001  Facsimile
BRMarkey@Stutsman-Thames.com

58886         Attorneys for SES Group Miami Springs, Ltd.