# EXHIBIT A

U.S. Health & Human Services
c/o Office of the General Counsel
Attn: Gary Kurz, Esq.
61 Forsyth Street SW, Suite 5M60
Atlanta, GA 30303-8909

Contrarian Capital Management, LLC
Attn: Natalie Klein
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Office of Attorney General Charlie Crist
State of Florida
The Capital PL-01
Tallahassee, Florida 32399-1050

State of Kentucky Health & Family
Services Cabinet
Attn: Richard Warne, Esq.
275 East Main Street, 5W-B
Frankfort, KY 40621

Kathleen L. Donovan
37D Danbury Court
Royal Palm Beach, Florida 33411

Mark S. Kessler, P.A.
Attn: Mark S. Kessler
331 E. Union Street
Jacksonville, Florida 32202

Equity Property and Development
Attn: Huihwa Nam
2 North Riverside Plaza
6th Floor
Chicago, IL 60606

State of Georgia, Dept of
Community Health
Attn: Neal B. Childers, Esq.
2 Peachtree Street, 40th Floor
Atlanta, GA 30303-3159

Internal Revenue Service
Special Procedures – Stop 5720
400 W Bay Street, Suite 35045
Jacksonville, Florida 32202

Cameron Sandford Company, LLC
PO Box 31827
Raleigh, NC 27622

State of Florida, AHCA
Attn: Grant Dearborn, Esq.
2727 Mahan Dr. MS 3
Tallahassee, Florida 32308

CadleRock, L.L.C.
100 North Center Street
Newton Falls, Ohio 44444-1321

Thomas P. Guerard
Buist Moore Smythe McGee, P.A.
5 Exchange Street
Charleston, SC 29401

Mike Chlebovec
Director – Asset Management
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254