## Exhibit B - MASTER SERVICE LIST

Kenneth C. Meeker Assistant U.S. Trustee Office of the United States Trustee 135 West Central Boulevard, Room 620 Orlando, Florida 32801 phone: 407-648-6301 fax: 407-648-6323 ken.meeker@usdoj.gov

Elena L. Escamilla Assistant U.S. Trustee Office of the United States Trustee 135 West Central Boulevard, Room 620 Orlando, Florida 32801 phone: 407-648-6301 fax: 407-648-6323 ElenaL.Escamilla@usdoj.gov

Winn-Dixie Stores, Inc. Attn: Laurence B. Appel 5050 Edgewood Court Jacksonville, FL 32254-3699 Phone: 904-783-5000 Fax: 904-783-5059 LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP Attn: D. J. Baker Four Times Square New York, New York 10036 Phone: 212-735-2150 Fax: 917-777-2150 djbaker@skadden.com

King & Spalding LLP Attn: Sarah Robinson Borders 191 Peachtree Street Atlanta, GA 30303 Phone: 404-572-4600 Fax: 404-572-5149 sborders@kslaw.com

Smith Hulsey & Busey Attn: Stephen D. Busey 225 Water Street, Ste 1800 Jacksonville, FL 32202 Phone: 904-359-7700 Fax: 904-359-7709 sbusey@smithhulsey.com

U.S. Securities and Exchange Commission Office of Reorganization Attn: Susan R. Sherrill-Beard 3475 Lenox Road, NE, Ste 1000 Atlanta, GA 30326-1232 Phone: 404-842-7626 Fax: 404-842-7633 sherrill-beards@sec.gov

Deutsche Bank Trust Company Americas C/O Nixon Peabody LLP Attn: Dennis Drebsky, John Rosenthal 437 Madison Ave New York, NY 10022 Phone: 212-940-3000 Fax: 212-940-3111 ddrebsky@nixonpeabody.com; jrosenthal@nixonpeabody.com

Kraft (Kraft Foods, Kraft Pizza, Nabisco) Attn: Sandra Schirmang, Director of Credit Three Lakes Drive Northfield, IL 60093 Phone: 847-646-6719 Fax: 847-646-4479 sschirmang@kraft.com

Pepsico & Subsidiaries Attn: Scott Johnson 7701 Legacy Drive 38-109 Plano, TX 75024 Phone: 972-334-7405 Fax: 972-334-7237 scott.johnson@fritolay.com

Shearman & Sterling LLP Attn: Andrew Tenzer 599 Lexington Avenue New York, NY 10022-6069 Phone: 212-848-4000 Fax: 212-848-7179 Atenzer@Shearman.com

Otterbourg, Steindler, Houston & Rosen, P.C. Attn: Dan Fiorello, Jonathan N. Helfat, Jarod M. Stern 230 Park Avenue, 29th Floor New York, NY 10169 Phone: 212-661-9100 Fax: 212-682-6104 dfiorello@oshr.com; Jhelfat@oshr.com; jstern@oshr.com

Milbank, Tweed, Hadley & McCloy LLP Attn: Dennis Dunne, Lena Mandel, Dennis O'Donnell, Matthew Barr 1 Chase Manhattan Plaza New York, NY 10005 Phone: 212-530-5000 Fax: 212-530-5219 Ddunne@milbank.com; Lmandel@milbank.com; DODonnell@milbank.com; mbarr@milbank.com

Morgan Lewis & Bockius LLP Attn: Richard S. Toder 101 Park Avenue New York, NY 10178-0060 Phone: 212-309-6052 Fax: 212-309-6001 rtoder@morganlewis.com

Pepper Hamilton LLP Attn: I. William Cohen 100 Renaissance Center, 36th Floor Detroit, MI 48243-1157 Phone: 313-393-7341 Fax: 313-259-7926 coheniw@pepperlaw.com

The Blackstone Group L.P. Attn: Flip Huffard 345 Park Avenue New York, NY 10010 Phone: 212-583-5000 Fax: 212-583-5812 huffard@blackstone.com

Curtis, Mallet-Prevost, Colt & Mosle LLP Attn: Steven J. Reisman, Andrew M. Thau  101 Park Avenue New York, New York 10178-0061 Phone: 212-696-6000 Fax: 212-697-1559 sreisman@cm-p.com; athau@cm-p.com

Wilmington Trust Company Attn: Steven M. Cimalore 1100 North Market St., Rodney Square North Wilmington, DE 19890 Phone: 302-636-6058 Fax: 302-636-4140 scimalore@wilmingtontrust.com

Scarcella Rosen & Slome Attn: Adam L. Rosen,Thomas Slome 333 Earle Ovington Blvd Ste 901 Uniondale, NY 11553 Phone: 516-227-1600 Fax: 516-227-1601 Arosen@srsllp.com; tslome@srsllp.com

Locke Liddell & Sapp LLP Attn: Omer Kuebel III, C. Davin Boldissar 601 Poydras St, Ste 2400 New Orleans, LA 70130-6036 Phone: 504-558-5110 Fax: 504-558-5200 Rkuebel@lockeliddell.com; dboldissar@lockeliddell.com

Ballard Spahr Andrews & Ingersoll Attn: David L. Pollack, Jeffrey Meyers, Dean C. Waldt, Mellon Bank Center, 51ˢᵗ Fl. 1735 Market Street Philadelphia, PA 19103 Phone: 215-864-8325 Fax: 215-864-9473 Pollack@ballardspahr.com

Contrarian Capital Management LLC XRoads Solutions Group LLC Attn: Janice Stanton Attn: Dennis Simon 411 W Putnam Ave, Ste 225, 9 Executive Circle, Suite 190 Greenwich, CT 6830 Irvine, CA 92614 Phone: 203-862-8261 Phone : 949-567-1650 Fax: 203-629-1977 Fax : 949-567-1750 Jstanton@contrariancapital.com dsimon@xroadsllc.com

Patterson Belknap Webb & Tyler Attn: David W. Dykehouse, Michael Handler, Esq 1133 Avenue of The Americas New York, NY 10036-6710 Phone: 212-336-2000 Fax: 212-336-2222 Dwdykhouse@pbwt.com; mhandler@pbwt.com

Cozen O'Connor  Attn: Neal D. Colton, David J. Liebman 1900 Market Street Philadelphia, PA 19103 Phone: 215-665-2060 Fax: 215-701-2122 Ncolton@cozen.com; dliebman@cozen.com

Kelley Drye & Warren LLP Attn: James S. Carr, Robert Lehane 101 Park Avenue New York, NY 10178 Phone: 212-808-7800 Fax: 212-808-7897 Jcarr@kelleydrye.com; rlehane@kelleydrye.com

Frank/Gecker LLP Attn: Joseph D. Frank, Micah Krohn 325 N Lasalle Street, Ste 625 Chicago, IL 60610 Phone: 312-276-1400 Fax: 312-276-0035 Jfrank@fgllp.com

Richard W. Ward, Esq 2527 Fairmount St Dallas, TX 75201 Phone: 214-220-2402 Fax: 214-871-2682 Rwward@airmail.net

Morgan Lewis & Bockius LLP Attn: Neil E. Herman, Esq 101 Park Ave New York, NY 10178-0600

Phone: 212-309-6669 Fax: 212-309-6001
Nherman@morganlewis.com

Allman Spry Leggett & Crumpler Attn: Leggett R Bradford Esq 380 Knollwood St, Ste 700
Winston-Salem, NC 27113-5129 Phone: 3367222300 Fax: 3367210414
Rbleggett@allmanspry.com

Balch & Bingham LLP Attn: W. Clark Watson, Eric Ray Esq 1901 Sixth Ave N Ste 2600, PO Box
306 Birmingham, AL 35201 Phone: 205-251-8100 Fax: 205-226-8799 Cwatson@balch.com;
eray@balch.com

Angel & Frankel PC Attn: Laurence May, Rick A. Steinberg 460 Park Ave New York, NY 10022-
1906 Phone: 212-752-8000 Fax: 212-752-8393 Lmay@angelfrankel.com;
rsteinberg@angelfrankel.com

Kaye Scholer LLP Attn: Richard Smolev, Keith Murphy 425 Park Avenue New York, NY 10022-
3598 Phone: 212-836-8000 Fax: 212-836-8689 Rsmolev@kayescholer.com;
kmurphy@kayescholer.com

Cox Smith Matthews Incorporated Attn: Patrick L. Huffstickler 112 E. Pecan, Suite 1800 San
Antonio, Texas 78205 Phone: 210-554-5500 Fax: 201-226-8395
Plhuffst@coxsmith.com

Jenkens & Gilchrist P.C. Attn: Michael S. Held, Esq. 1445 Ross Avenue, Suite 3200 Dallas, TX
75202-2799 Phone: 214-885-4500 Fax: 214-885-4300
mheld@jenkens.com

Erman, Teicher, Miller, Zucker & Freedman,
P.C. Attn: Earle I. Erman, Esq 400 Galleria Officentre, Ste. 444 Southfield, MI 48034 Phone: 248-
827-4100 Fax: 248-827-4106
Eerman@ermanteicher.com

Manier & Herod Attn: J. Michael Franks, Michael Collins, Thomas Pennington 150 Fourth Avenue
North, Suite 2200 Nashville, TN 37219-2494 Phone: 615-244-0030 Fax: 615-242-4203
Mfranks@manierherod.com; mcollins@manierherod.com; tpennington@manierherod.com

Pitney Hardin LLP Attn: Scott A. Zuber, Peter A. Forgosh PO Box 1945 Morristown, NJ 07962-
1945 Phone: 973-966-6300 Fax: 973-966-1015
Szuber@pitneyhardin.com

Ice Miller Attn: Henry A. Efroymson, Mark A Bogdanowicz One American Square, Box 82001
Indianaplois, Indiana 46282 Phone: 317-236-2100 Fax: 317-236-2219
Henry.efroymson@icemiller.com; mark.bogdanowicz@icemiller.com

Morris, Nichols, Arsht and Tunnell Attn: Robert Dehney, Eric D. Schwartz 1201 N.
Market Street P.O. Box 1347 Wilmington, DE 19899-1347 Phone: 302-658-9200 Fax:
302-498-6208 Eschwartz@mnat.com; rdehney@mnat.com

Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
Attn: Fred B. Ringel , Esq.
1345 Avenue of the Americas
New York, NY 10105
Phone: 212-586-4050
fringel@pobox.com

Page, Scrantom, Sprouse, Tucker & Ford, P.C. Attn: Lee Champion, Esq 1111 Bay Ave, 3rd Floor
Post Office Box 1199 Columbus, GA 31902-1199 Phone: 706-324-0251
flc@psstf.com

Smith, Katzenstein & Furlow Attn: Kathleen M. Miller, Esq 800 Delaware Avenue,
7th Floor
P.O. Box 410 Wilmington, DE 19899 Phone: 302-652-8400 Fax: 302-
652-8405
kmiller@skfdelaware.com

Airgas, Inc.
Attn: Mr. David Boyle
259 Radnor-Chester Road, Suite 100

P.O. Box 6675 Radnor, PA 19087-8675 Phone: 610-902-6028 Fax: 610-687-3187
David.boyle@airgas.com

Hogan & Hartson, L.L.P. Attn: Ira S. Greene, Esq., Dena Copulsky Kaufman, Brian Grieco 875
Third Avenue New York, NY 10022 Phone: 212-918-3000 Fax: 212-918-3100
lsgreene@hhlaw.com; dckaufman@hhlaw.com; bgrieco@hhlaw.com

Discover Financial Services Attn: Frank Vydra, Esq. 2500 Lake Cook Road Riverwoods, IL 60015
Phone: 847-405-3333 Fax: 847-405-4972
Frankvydra@discoverfinancial.com

Neiman Ginsburg & Mairanz PC Attn: Gary Ginsburg 39 Broadway, 25th Fl. New York, NY 10006
Phone: 212-269-1000
gginsburg@ngmpc.com

Arnall Golden Gregory LLP Attn: Darryl Laddin, J. Hayden Kepner, James Smith 171 W. 17th St.,
NW, Suite 2100 Atlanta, GA 30363 Phone: 404-873-8500 Fax: 404-873-8605
bkrfilings@agg.com; Hayden.kepner@agg.com; james.smith@agg.com

Wyatt, Tarrant & Combs, LLP Attn: John P. Brice 250 West Main Street, Ste 1600 Lexington, KY
40507-1746 Phone: 859-233-2012 Fax: 859-259-0649
lexbankruptcy@wyattfirm.com

Katten Muchin Zavis Rosenman Attn: Thomas J. Leanse, Dustin P. Branch 2029 Century Park
East, Suite 2600 Los Angeles, California 90067-3012 Phone: 310-788-4400 Fax: 310-788-4471
thomas.leanse@kmzr.com; dustin.branch@kmzr.com

Locke Liddell & Sapp LLP Attn: W. Steven Bryant, Thomas H. Grace 600 Travis Street 3400
Chase Tower Houston, TX 77002 Phone: 713-226-1200 Fax: 713-223-3717
hobankecf@lockeliddell.com

Greenberg Traurig, LLP Attn: Richard Steven Miller 200 Park Avenue New York,
NY 10166 Phone: 212-801-9200 Fax: 212-801-6400
millerr@gtlaw.com

Greenberg Traurig, LLP Attn: Mark D. Bloom 1221 Brickell Avenue Miami, FL
33131 Phone: 305-579-0500 Fax: 305-579-0717
bloomm@gtlaw.com

Grueneberg Law Group, LLC   Attn: Rudi R. Grueneberg, Esq. 704 East Main Street, Building E
Moorestown, New Jersey 08057 Phone: 856-235-6710 Fax: 856-235-6898
rrg@rglawgroup.com

Boult, Cummings, Conners & Berry PLC    Attn: Austin L. McMullen      Roundabout Plaza 1600
Division Street, Suite 700  Nashville, TN 37203 Phone: 615.252.2307  Fax: 615.252.6307
amcmulle@bccb.com

Coca-Cola Enterprises Inc. c/o Miller & Martin PLLC  Attn: Shelly D. Rucker 832 Georgia
Avenue, Suite 1000 Chattanooga, TN 37402-2289
srucker@millermartin.com

Kantrow, Spaht, Weaver & Blitzer  Attn: David S. Rubin PO Box 2997 Baton Rouge, LA., 70821-
2997 Phone: 225-383-4703 Fax: 225-343-0630
drubin@kswb.com

YoungWilliams, P.A Attn: Robert L. Holladay, Jr.
P.O. Box 23059 Jackson, MS 39225-3059 Phone: 601-948-6100 Fax: 641-355-
6136
robert.holladay@youngwilliams.com

BellSouth Attn: Reginald A. Greene 675 West Peachtree St. NE, Ste 4300 Atlanta, GA 30375
Phone: 404-335-0761 Fax: 404-614-4054
reginald.greene@bellsouth.com

Drinker Biddle & Reath LLP Attn: Andrew J. Flame 1100 North Market St., Ste 1000 Wilmington,
DE 19801 Phone: 302-467-4200 Fax: 302-467-4201
andrew.flame@dbr.com

Lowenstein Sandler PC Attn: Bruce S. Nathan, Anusia L. Gayer 1251 Avenue of the Americas,
18th Fl. New York, NY 10020 Phone: 212-262-6700 Fax: 212-262-7402
bnathan@lowenstein.com; agayer@lowenstein.com

Morrison & Foerster LLP Attn: Jason C. DiBattista 1290 Avenue of the Americas New York, NY
10104 Phone: 212-468-8000 Fax: 212-468-7900
jdibattista@mofo.com

Merrill Lynch, Pierce, Fenner & Smith Incorporated Attn: Nicholas Griffiths 4 World Financial
Center New York, NY 10080 Phone: 212-449-8707 Fax: 212-449-3247
nicholas_griffiths@ml.com

Burr & Forman LLP Attn: Derek F. Meek, Robert B. Rubin, Marc Solomon 3100 SouthTrust Tower
420 North 20th St. Birmingham, AL 35203 Phone: 205-251-3000 Fax: 205-458-5100
dmeek@burr.com; brubin@burr.com; msolomon@burr.com

Macco & Stern, LLP Attn: Richard L. Stern 135 Pinelawn Road, Suite 120 South Melville, NY
11747 Phone: 631-549-7900 Fax: 631-549-7845
rstern@maccosternlaw.com

Held & Israel Attn: Edwin W. Held, Kimberly Held Israel 1301 Riverplace Blvd., Ste 1916
Jacksonville, FL 32207 Phone: 904-398-7038 Fax: 904-398-4283
eheld@hilawfirm.com; khisrael@hilawfirm.com

McGrath North Mullin & Krath, PC LLO Attn: James J. Niemeier First National Tower, Ste 3700
1601 Dodge St. Omaha, NE 68102 Phone: 402-341-3070 Fax: 402-341-0216
jniemeier@mnmk.com; awoodard@mnmk.com

Taplin & Associates Attn: Ronald Scott Kaniuk 350 Fifth Ave., Ste 2418 New York, NY 10118
Phone: 212-967-0895 Fax: 212-202-5217
rkaniuklaw@aol.com

Howard, Solochek & Weber, S.C. Attn: Bryan M. Becker 324 East Wisconsin Ave., Ste 1100
Milwaukee, WI 53202 Phone: 414-272-0760 Fax: 414-272-7265
bbecker@hswmke.com

40/86 Advisors, Inc. Attn: Frank Berg, Gregory J. Seketa 535 N. College Drive Carmel, IN 46032
Phone: 317-817-2827 Fax: 317-817-4115
franklin.berg@4086.com

Law Offices of Avrum J. Rosen Attn: Avrum J. Rosen 38 New Street Huntington, NY 11743
Phone: 631-423-8527 Fax: 631-423-4536
ajrlaw@aol.com

Pepe & Hazard LLP Attn: Charles J. Filardi      30 Jelliff Lane Southport, CT 06890-1436 Phone:
203-319-4042 Fax: 203-319-4034
Abothwell@pepehazard.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP Attn: Morton R. Branzburg, Carolyn Hochstadter
Dicker, Jeffrey Kurtzman 260 South Broad Street Philadelphia, PA 19102-5003 Phone: 215-568-
6060  Fax: 215-568-6603 mbranzburg@klehr.com; CHDicker@Klehr.com; jkurtzma@klehr.com

Roetzel & Andress Attn: Diana M. Thimmig 1375 East Ninth St. One Cleveland Center, 9th Fl.
Cleveland, OH 44115 Phone: 216-696-7078 Fax: 216-623-0134
dthimmig@ralaw.com

Varnum Riddering Schmidt Howlett LLP Attn: Timothy J. Curtin PO Box 352 Grand Rapids, MI
49501-0352 Phone: 616-336-6000 Fax: 616-336-7000
tjcurtin@varnumlaw.com

Sills Cummis Epstein & Gross PC Attn: Andrew H. Sherman One Riverfront Plaza Newark, New
Jersey 07102 Phone: 973-643-7000 Fax: 973-643-6500
asherman@sillscummis.com

Lathrop & Gage LC Attn: Stephen B. Sutton 2345 Grand Boulevard, Ste 2800 Kansas City, MO
64108 Phone: 816-292-2000 Fax: 816-292-2001
ssutton@lathropgage.com

Developers Diversified Realty Corp. Attn: Eric C. Cotton 3300 Enterprise Parkway PO Box
227042 Beachwood, OH 44122 Phone: 216-755-5500 Fax: 216-755-1678
ecotton@ddrc.com

Herrick, Feinstein LLP Attn: Paul Rubin 2 Park Ave New York, NY 10016
Phone: 212-592-1400 Fax: 212-592-1500
prubin@herrick.com

Milling Benson Woodward LLP Attn: David Conroy 909 Poydras St., Ste 2300 New
Orleans, LA 70112-1010 Phone: 504-569-7000
dconroy@millinglaw.com

Warner Stevens, L.L.P. Attn: Michael D. Warner, David T. Cohen, Emily Chou 1700 City Center
Tower II 301 Commerce Street Fort Worth, TX 76102 Phone: 817-810-5250 Fax: 817-810-5255
mwarner@warnerstevens.com; dcohen@warnerstevens.com; echou@warnerstevens.com

Porzio, Bromberg & Newman PC Attn: Warren J. Martin, Brett S. Moore 100 Southgate
Parkway
P.O. Box 1997 Morristown, NJ 07962-1997  Phone: 973-538-4006  Fax: 973-538-5146
wjmartin@pbnlaw.com; bsmoore@pbnlaw.com

Broad and Cassel Attn: C. Craig Eller One North Clematis St., Ste 500 West Palm Beach, FL
33401 Phone: 561-832-3300 Fax: 561-650-1153
celler@broadandcassel.com

Anderson Kill & Olick, PC Attn: Larry D. Henin 1251 Avenue of the Americas New York, NY
10020 Phone: 212-278-1000 Fax: 212-278-1733
lhenin@andersonkill.com

Wheelis & Rozanski Attn: Stephen D. Wheelis PO Box 13199 Alexandria, LA 71315-3199 Phone:
318-445-5600 Fax: 318-445-5710
jennifer@wheelis-rozanski.com

Wharton, Aldhizer & Weaver, PLC Attn: Stephan W. Milo The American Hotel 125 South Augusta
St., Ste 2000 Staunton, VA 24401 Phone: 540-213-7440 Fax: 540-213-0390
smilo@wawlaw.com

Gibbons, Del Deo, Dolan, Griffinger & Vechione Attn: David N. Crapo, Geraldine E. Ponto One
Riverfront Plaza Newark, NJ 07102-5497 Phone: 973-596-4500 Fax: 973-639-6244
dcrapo@gibbonslaw.com; gponto@gibbonslaw.com

Moore & Van Allen PLLC Attn: David B. Wheeler, Esq. 40 Calhoun Street,
Suite 300
P.O. Box 22828 Charleston, SC 29413-2828 Phone: 843-579-7000 Fax: 843-579-8727
davidwheeler@mvalaw.com

Morrison Cohen LLP Attn: Michael R. Lago, Esq. 909 Third Avenue New York, NY 10022 Phone:
212-735-8600 Fax: 212-735-8708
bankruptcy@morrisoncohen.com

Stutsman & Thames Attn: Richard R. Thames, Bradley Markey 121 W. Forsyth St.,Ste 600
Jacksonville, FL 32202 Phone: 904-358-4000 Fax: 904-358-4001 RRThames@stutsman-
thames.com; brmarkey@stutsman-thames.com

Bear Stearns Investment Products Inc. Attn: Noah Charney 383 Madison Ave. New York, NY
10179 Phone: 212-272-3770 Fax: 212-272-9394
ncharney@bear.com

Lowenstein Sandler PC Attn: Sharon L. Levine, Esq. 65 Livingston Ave Roseland, NJ 07068
Phone: 973-597-2375 Fax: 973-597-2400
slevine@lowenstein.com

Bianchi Macron LLP Attn: Gerard DiConza 390 Old Country Road Garden
City, NY 11530 Phone: 516-408-3030 Fax: 516-408-7917
gerard@bmclaw.com

Zeichner Ellman & Krause LLP Attn: Stuart Krause 575 Lexington Ave New York, NY 10022
Phone: 212-223-0400 Fax: 212-753-0396
skrause@zeklaw.com

Mateer & Harbert PA Attn: David Landis 225 East Robinson St., Suite 600 PO Box 2854 Orlando,
FL 3202-2854 Phone: 407-425-9044 Fax: 407-423-2016
dlandis@mateerharbert.com

Paul, Weiss, Rifkind, Wharton & Garrison LLP Attn: Alan W. Kornberg 1285 Avenue of the
Americas New York, NY 10019-6064 Phone: 212-373-3000 Fax: 212-757-3990
akornberg@paulweiss.com

Willkie Farr & Gallagher LLP Attn: Alan J. Lipkin, Robin Spigel 787 Seventh Ave New York, NY
10019 Phone: 212-728-8000 Fax: 212-728-8111 alipkin@willkie.com; rspigel@willkie.com

McCarter & English LLP Attn: William D. Wallach Four Gateway Center 200
Mulberry St. Newark, NJ 07102 Phone: 973-622-4444 Fax: 973-624-7070
wwallach@mccarter.com

Macey, Wilensky, Cohen, Wittner & Kessler LLP Attn: Louis G. McBryan 600 Marquis Two Tower
285 Peachtree Center Ave. Atlanta, GA 30303-1229 Phone: 404-584-1200 Fax: 404-681-4355
lmcbryan@maceywilensky.com

Murray, Frank & Sailer LLP Attn: Jacqueline Sailer, Aaron D. Patton 275 Madison Ave., 8th Fl.
New York, NY 10016 Phone: 212-682-1818 Fax: 212-682-1892 jsailer@murrayfrank.com;
apatton@murrayfrank.com

Kupelian Ormond & Magy PC Attn: Terrance Hiller, Paul Magy, Matthew Thompson 25800
Northwestern Hwy., Ste 950 Southfield, MI 48075 Phone: 248-357-0000 Fax: 248-357-7488
psm@kompc.com; tah@kompc.com; met@kompc.com

Fox Rothschild LLP Attn: Joshua T. Klein 2000 Market St., 10th Fl. Philadelphia, PA 19103-3291
Phone: 215-299-2000 Fax: 215-299-2150
jklein@foxrothschild.com

Munsch Hardt Kopf & Harr PC Attn: Raymond Urbanik, Scott Ellis 1445 Ross Ave., Ste 4000
Dallas, TX 75202 Phone: 214-855-7500 Fax: 214-855-7584 rurbanik@munsch.com;
sellis@munsch.com

Russell R. Johnson 3734 Byfield Place Richmond, VA 23233 Phone:
804-747-7208
russj4478@aol.com
Haynes and Boone, LLP Attn: Judith Elkin 399 Park Avenue New York, NY 10022-4614 Phone:
212-659-7300 Fax: 212-918-8989
judith.elkin@haynesboone.com

Haynes and Boone, LLP Attn: Stacey Jernigan, Mark Elmore 901 Main St., Ste 3100 Dallas, TX 75202-3789 Phone: 214-651-5000 Fax: 214-200-0486 stacey.jernigan@haynesboone.com; mark.elmore@haynesboone.com

McCarthy & White PLLC Attn: William Douglas White 8180 Greensboro Drive., Ste 875 McLean, VA 22102 Phone: 703-770-9265 Fax: 703-770-9266 wdw@mccarthywhite.com

Morris, James, Hitchens & Williams LLP Attn: Stephen M. Miller 222 Delaware Avenue, 10th Floor
P.O. Box 2306 Wilmington, Delaware 19899 Phone: 302-888-6800 Fax: 302-571-1750 smiller@morrisjames.com

Begnaud & Marshall LLP Attn: Darrel Begnaud 250 N. Milledge Avenue
P.O. Box 8085 Athens, Georgia 30603 Phone: 706-316-1150 Fax: 706-316-1153 dbegnaud@athens1867.com

DLA Piper Rudnick Gray Cary US LLP Attn: Mark Friedman, Susan Maher 6225 Smith Ave. Baltimore, MD 21209 Phone: 410-580-3000 Fax: 410-580-30001 mark.friedman@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP Attn: Daniel Carrigan 1200 Nineteenth St., NW Washington, DC 20036 Phone: 202-861-3840 Fax: 202-861-3840 daniel.carrigan@dlapiper.com

DLA Piper Rudnick Gray Cary US LLP Attn: Janice Duban 203 N. LaSalle St., Ste 1900 Chicago, IL 60601 Phone: 312-368-7097 Fax: 312-630-5383 janice.duban@dlapiper.com

Moritt, Hock, Hamroff & Horowitz LLP Attn: Marc Hamroff, Leslie Berkoff 400 Garden City Plaza Garden City, NY 11530 Phone: 516-873-2000 Fax: 516-873-2010 mhamroff@moritthock.com; lberkoff@moritthock.com

Schaneville, Baringer & Meltzer Attn: Dale R. Baringer 918 Government St. Baton Rouge, LA 70802 Phone: 225-383-9953 dale@sb-lawfirm.com

Sonnenschein Nath & Rosenthal LLP Attn: Carole Neville, Jo Christine Reed 1221 Avenue of the Americas, 24th New York, NY 10020 Phone: 212-768-6700 Fax: 302-768-6800 cneville@sonnenschein.com; jcreed@sonnenschein.com

Connolly Bove Lodge & Hutz Attn: Karen Bifferato, Christina Thompson 1007 North Orange St., PO Box 2207 Wilmington, DE 19899 Phone: 302-658-9141 Fax: 302-658-0380 kbifferato@cblh.com; cthompson@cblh.com

The Inland Real Estate Group Attn: Bert K. Bittourna 2901 Butterfield Road Oak Brook, IL 60523 Phone: 630-218-8000 Fax: 630-218-4900 bittourna@inlandgroup.com

Reed & Reed Attn: Diane Reed 501 N. College St. Waxahachie, TX 75165 Phone: 972-938-7334 Fax: 972-923-0430 dianegreed@sbcglobal.net

Kilpatrick Stockton LLP Attn: Todd C. Meyers 1100 Peachtree Street, NE, Ste 2800 Atlanta, GA 30309-4530 Phone: 404-815-6500 Fax: 404-815-6555
tmeyers@kilpatrickstockton.com

Hughes & Luce Attn: Sabrina Streusand 111 Congress Ave., Ste 900 Austin, TX 78701 Phone: 512-482-6800 Fax: 512-482-6859
streuss@hughesluce.com

Todtman, Nachamie, Spizz & Johns, PC Attn: Alex Spizz 425 Park Ave New York, NY 10022 Phone: 212-754-9400 Fax: 212-754-6262
aspizz@tnsj-law.com

Hance Scarborough Wright Ginsberg & Brusilow, LLP Attn: Frank Wright, Ashley Ellis 6000 Signature Place 14755 Preston Road Dallas, TX 75254 Phone: 972-788-1600 Fax: 972-239-0138
bankruptcy@hswgb.com

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP Attn: Carol Ann Slocum    475 Haddonfield Road, Ste 510 Cherry Hill, NJ 08002 Phone: 856-486-6961 Fax: 856-486-4875 Shapiro & Croland Attn: Alexander Benisatto, Robert Shapiro Continental Plaza II 411 Hackensack Ave., 6th Fl. Hackensack, NJ 07601 Phone: 201- 488-3900 Fax: 201-488-9481
cslocum@klehr.com abenissatto@shapiro-croland.com

Reed Smith LLP Pepper Hamilton LLP Attn: Elena Lazarou Attn: James C. Carignan 599 Lexington Ave., 27th Fl. Hercules Plaza, Ste 5100 New York, NY 10022 1313 Market St., PO Box 1709 Phone: 212-521-5400 Wilmington, DE 19899-1709 Fax: 212-521-5450 Phone: 302-777-6500 elazarou@reedsmith.com Fax: 302-421-8390
                                                    carignanj@pepperlaw.com
Reed Smith LLP Attn: Kurt F. Gwynne, Esq. 1201 N. Market St. Wilmington, DE 19801 Phone: 302-778-7550 Fax: 302-778-7577 kgwynne@reedsmith.com

Kaufman & Canoles Attn: Paul Campsen 150 West Main St., PO Box 3037 Norfolk, VA 23514 Phone: 757-624-3000 Fax: 757-624-3169 pkcampsen@kaufcan.com

Blank Rome LLP Attn: Jason W. Staib Chase Manhattan Centre 1201 Market St., Ste 800 Wilmington, DE 19801 Phone: 302-425-6429 Fax: 302-425-6464 staib@blankrome.com

Neal & Harwell PLC Attn: Marc McNamee 150 Fourth Ave., North, Suite 2000 Nashville, TN 37219 Phone: 615-244-1713 Fax: 615-726-0573 Pepper Hamilton LLP Attn: Linda Casey 3000 Two Logan Square Eighteenth & Arch Streets Philadelphia, PA 19103-2799 Phone: 215-981-4000 Fax: 215-981-4750 caseyl@pepperlaw.com

Pepper Hamilton LLP Attn: Alan Sable 500 Grant St., 50th Fl. Pittsburgh, PA 15219-2502 Phone: 412-454-5000 Fax: 412-281-0717 sablea@pepperlaw.com

Waller Lansden Dortch & Davis PLLC Attn: David E. Lemke 511 Union Street, Ste 2700 Nashville, TN 37219 Phone: 615-244-6380 Fax: 615-244-6804 david.lemke@wallerlaw.com;

Klein & Solomon LLP Attn: Solomon J. Jaskiel 275 Madison Ave., 11th Fl. New York, NY 10016 Phone: 212-661-9400
mmcnamee_br@nealharwell.com soljas@aol.com

Bradley Arant Rose & White LLP Attn: Danielle K. Greco, John Whittington, Patrick Darby One Federal Place 1819 Fifth Avenue North Birminghan, AL  35222 Phone: 205-521-8000 Fax: 205-521-8800
dgreco@bradleyarant.com

McGuirewoods LLP Attn: Robert A. Cox Bank of America Corporate Center 100 N. Tryon St., Ste 2900 Charlotte, NC 28202-4011 Phone: 704-373-4637 Fax: 704-353-6107
rcox@mcguirewoods.com

Angelo, Gordon & Co. Attn: James M. Malley 245 Park Ave, 26th Fl. New York, NY 10167 Phone: 212-692-2034 Fax: 212-867-6395
jmalley@angelogordon.com

Hamilton Beach/Proctor-Silex Inc. Attn: William Ray 4421 Waterfront Drive Glen Allen, VA 23060 Phone: 804-273-9777 Fax: 804-527-7268
bill.ray@hamitonbeach.com

Hunton & Williams, LLP Attn: Craig V. Rasile 1111 Brickell Ave., Ste 2500 Miami, FL 33131 Phone: 305-810-2500 Fax: 305-810-2460
crasile@hunton.com

Moseley, Prichard, Parrish, Knight & Jones Attn: Richard K. Jones, Eric L. Hearn 501 West Bay Street Jacksonville, FL 32202 Phone: 904-356-1306 Fax: 904-354-0194
rkjones@mwpplaw.com; rkjones@mppkj.com

Mimms Enterprises, Inc. Attn: Thomas B. Mimms, Jr. 85-A Mill Street Roswell, GA 30075-4952 Phone: 770-518-1100 Fax: 770-552-1100
legal@mimms.org

Johnson, Hearn, Vinegar, Gee & Mercer PLLC Attn: Jean Winborne Boyles PO Box 1776 Raleigh, NC 27602 Phone: 919-743-2200 Fax: 919-743-2201
jboyles@jhvgmlaw.com

FagelHaber LLC Attn: Clinton P. Hansen, Dennis E. Quaid 55 East Monroe, 40th Fl. Chicago, IL 60603 Phone: 312-346-7500 Fax: 312-580-2201
bkdept@fagelhaber.com

Rynn & Janowsky LLP Attn: Patricia Rynn, Priscilla Grannis 4100 Newport Place Drive, Ste 700 Newport Beach, CA 92660 Phone: 949-752-2911 Fax: 949-752-0953 pat@rjlaw.com; priscilla@rjlaw.com

Hiersche, Hayward, Drakeley & Urbach PC Attn: Russell W. Mills, Krista P. Bates    15303 Dallas Parkway, Ste 700 Addison, TX 75001 Phone: 972-701-7000 Fax: 972-701-8765
rmills@hhdulaw.com; kbates@hhdulaw.com

Dykema Gossett PLLC Attn: Brendan G. Best 400 Renaissance Center Detroit, Michigan  48243-1668 Phone : 313-568-5464 Fax : 313-568-6832
bbest@dykema.com

Glenn M. Reisman Two Corporate Drive, Ste 648 PO Box 861 Shelton, CT 06484-0861 Phone: 203-944-3042 Fax: 203-944-3044
glenn.reisman@corporate.ge.com

Marrero Land and Improvement Association, Ltd Attn: Vincent A. Vastola 5201 Westbank Expressway, Ste 400 Marrero, LA 70072 Phone: 504-341-1635 Fax: 504-340-4277 vincent@marreroland.com

Cohen, Todd, Kite & Stanford Attn: Monica V. Kindt 250 East Fifth St., Ste 1200 Cincinnati, OH 45202 Phone: 513-421-4040 Fax: 513-241-4490 mkindt@ctks.com

Diaz Wholesale & Mfg Co., Inc. Attn: M. Eric Newberg 5501 Fulton Industrial Blvd. Atlanta, GA 30336 Phone: 404-344-5421 Fax: 404-344-3003 eric.newberg@diazfoods.com

Squire, Sanders & Dempsey LLP Attn: Kristin E. Richner 1300 Huntington Center 41 South High St Columbus, OH 43215-6197 Phone: 614-365-2700 Fax: 614-365-2499 krichner@ssd.com

Liebmann, Conway, Olejniczak & Jerry, S.C.
Attn: Jerome E. Smyth
231 South Adams Street

P.O. Box 23200 Green Bay, WI 54305-3200 Phone: 920-437-0476 Fax: 920-437-2868 jes@lcojlaw.com

Richard Blackstone II, PA Attn: Richard Blackstone Webber II 320 Maitland Ave. Altamonte Springs, FL 32701 Phone: 407-260-8955 Fax: 407-260-5133 rbwiipa@aol.com

Anderlini, Finkelstein, Emerick & Smoot Attn: David G. Finkelstein 400 South El Camino Real, Ste 700 San Mateo, CA 94402 Phone: 650-348-0102 Fax: 650-348-0962 dfinkelstein@afelaw.com

Buckeye Capital Partners, LP Attn: Philip Brown 230 Park Ave., Ste 1540 New York, NY 10169 Phone: 212-503-6607 Philip@buckeyecapitalpartners.com

FPL Law Department Attn: Rachel S. Budke 700 Universe Boulevard Juno Beach, Florida 33408 Phone: 561-691-7797 Fax: 561-691-7103 rachel_budke@fpl.com

Quadrangle Group LLC Attn: Patrick Bartel, Andrew Herenstein
 375 Park Avenue, 14th Floor New York, NY 10152 Phone: 212-418-1700 Fax: 212-418-1701 Patrick.bartels@QuadrangleGroup.com; Andrew.Herenstein@QuadrangleGroup.com

Lowndes, Drosdick, Doster, Kantor and Reed,
P.A. Attn: Zachary J. Bancroft 450 S. Orange Avenue, Suite 800 (32801) Post Office Box 2809 Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
zachary.bancroft@lowndes-law.com

Kass, Shuler, Solomon, Spector, Foyle & Singer Attn: Larry Foyle 1505 N. Florida Ave P.O. Box 800 Tampa, FL 33601 Phone: 813-229-0900 Fax: 813-229-3323 lfoyle@kasslaw.com

Citrus County Tax Collector Attn: Janice A. Warren 210 N. Apopka Ave., Suite 100 Inverness, FL 34450 Phone: 352-341-6625 Fax: 352-341-6514
lynda.becker@mail.tc.citrus.fl.us

Smith Debnam Narron Wyche Saintsing &
Myers, LLP Attn: Byron L. Saintsing, Esq.
P.O. Box 26268 Raleigh, NC 27611 Phone: 919-250-2000 Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Fredrikson& Byron, P.A. Attn: John M. Koneck, Esq. 200 South Sixth Street, Suite 4000 Minneapolis, Minnesota 55402-1425 Phone: 612-492-7038 Fax: 612-492-7077
jkoneck@fredlaw.com

Kaplan and Freedman, P.A. Attn: Matthew E. Kaplan, Esq. 9410 Southwest 77th Avenue Miami, Florida 33156-7903 Phone: 305-274-7533 Fax: 305-274-7855
mkaplan@kaplanfreedman.com

AmSouth Bank Attn: William R. Hoog 13535 Feather Sound Dr., Bldg 1, Ste 525 Clearwater, FL 34762 Phone: 727-592-6704 Fax: 727-571-7157
william.hoog@amsouth.com

Foster & Lindeman, PA Attn: William Lindeman PO Box 3108 Orlando, FL 32802-3108 Phone: 407-422-1966
Vickie@fosterandlindeman.com

Bodoff & Slavitt LLP Attn: Joseph Bodoff 225 Friend St. Boston, MA 02114
Phone: 617-742-7300 Fax: 617-742-9969
jbodoff@bodoffslavitt.com

Kozyak Tropin & Throckmorton, PA Attn: John Kozyak, Laurel Isicoff 2525 Ponce de Leon, 9th Fl. Coral Gables, FL 33134 Phone: 305-372-1800 Fax: 305-372-3508
jk@kttlaw.com; lmi@kttlaw.com

Leonard, Street and Deinard Attn: Larry Ricke 150 South Fifth St., Ste 2300 Minneapolis, MN 55402 Phone: 612-335-15000 Fax: 612-335-1657
larry.ricke@leonard.com

Watkins, Ludlam, Winter & Stennis, P.A. Attn: Kristina M. Johnson 633 North State St., PO Box 427 Jackson, MS 39205-0427 Phone: 601-949-4785 Fax: 601-949-4804
kjohnson@watkinsludlam.com

William P. Wessler 1624 24th Ave. Gulfport, MS 39501 Phone: 228-863-3686 Fax: 228-863-7877
wwessler@cableone.net

Ken Burton, Jr., Manatee County Tax Collector Attn: Susan D. Profant PO Box 25300 819 U.S. 301 Blvd. West Bradenton, FL 34206-5300 Phone: 941-741-4832 Fax: 941-741-4865
susanp@taxcollector.com

The H.T. Hackney Co. Attn: Kyle Dugger 502 S. Gay St., Ste 300
Knoxville, TN 37902 Phone: 865-546-1291 Fax: 865-546-1501
duggerkw@aol.com

Levy & Droney, PC Attn: Ross G. Fingold 74 Batterson Park Road
Farmington, CT 06032 Phone: 860-676-3000 Fax: 860-676-3200
rfingold@ldlaw.com

Ginnie Van Kesteren P.A. Attn: Ginnie Van Kesteren 111 Second Ave NE, Suite 706 St.
Petersburg, FL 33701 Phone: 727-898-9669 Fax: 727-898-9660
gvk@gvk-law.com; cindy@gvk-law.com

Perkins Coie LLP Attn: Bruce MacIntyre, Jennifer Stevenson 1201 Third Ave., 40th Fl. Seattle, WA
98101-3099 Phone: 206-359-8000 Fax: 206-359-9000 bmacintyre@perkinscoie.com;
jstevenson@perkinscoie.com

Kennedy Covington Lobdell & Hickman LLP Attn: Margaret Westbrook Two Hanover Square,
Suite 1900 4350 Lassiter At North Hills Avenue, Suite 300 Post Office Box 17047 Raleigh, NC
27619-7047 Fax: 9191-516-2011 mwestbrook@kennedycovington.com;
lhogewood@kennedycovington.com

Adelman Law Offices, PC Attn: David A. Adelman 1320 Tower Road, Ste 114
Schaumburg, IL 60173 Phone: 847-301-4341 Fax: 847-301-4342
adelman@pacaenforcer.com

Stichter, Riedel, Blain & Prosser PA Attn: Don M. Stichter, Edward Peterson Elena Ketchum 110
East Madison St., Ste 200 Tampa, FL 33602 Phone: 813-229-0144 Fax: 813-229-1811
dstichter@srbp.com; epeterson@srbp.com ; eketchum@srbp.com

William F. Harmeyer & Associates Attn: William F. Harmeyer 7322 Southwest Freeway, Ste 475
Houston, TX 77074 Phone: 713-270-5552 Fax: 713-270-7128
wharmeyer@harmeyerlaw.com

Elk, Bankier, Christu & Bakst, LLP Attn: Michael R. Bakst 222 Lakeview Ave., Ste 1330 West
Palm Beach, FL 33401 Phone: 561-238-9900 Fax: 561-238-9920
mbakst@ebcblaw.com

Venable LLP Attn: Lisa Bittle Tancredi, Gregory Cross, Heather Deans Foley 1800 Mercantile
Bank & Trust Bldg., 2 Hopkins Plaza Baltimore, MD 21201 Phone: 410-244-7400  Fax: 410-244-
7742 lbtancredi@venable.com; gacross@venable.com; hdfoley@venable.com

Pitney Hardin LLP Attn: Richard Meth PO Box 1945 Morristown, NJ 07962-1945 Phone: 973-966-
6300 Fax: 973-966-1550
rmmnybankruptcy@pitneyhardin.com

Wander & Associates Attn: David H. Wander 641 Lexington Ave, 21st Fl. New
York, NY 10022 Phone: 212-751-9700 Fax: 212-751-6820
dwander@wanderlaw.com

Meuers Law Firm, P.L. Attn: Lawrence H. Meuers 5395 Park Central Court Naples, FL 34109
Phone 239-513-9191 Fax: 239-513-9677
lmeuers@meuerslawfirm.com

Fredric Buresh, P.A. Attn: Fredric Buresh 800 SE Third Ave., 4th Fl. Ft.
Lauderdale, FL 33316 Phone: 954-525-2300 Fax: 954-763-4725
fredcburesh@aol.com

Simpson Law Offices Attn: James W. Martin One Securities Center, Suite 300 3490 Piedmont Road, NE Atlanta, GA 30305 Phone: 404-266-2421
jmartin@simplawatlanta.com

Markowitz, Davis, Ringel & Trusty, PA Attn: Jerry Markowitz, Rachel Rubio 9130 South Dadeland Blvd., Ste 1225 Miami, FL 33156 Phone: 305-670-5000 Fax: 305-670-5011
jmarkowitz@mdrtlaw.com; rrubio@mdrtlaw.com

Frank, Weinberg & Black, PL Attn: David Black 7805 S.W. 6th Court Plantation, FL 33324 Phone: 954-474-8000 Fax: 954-474-9850
dblack@fwblaw.net

Ford, Bowlus, Duss, Morgan, Kenney, Safer & Hampton PA Attn: Michael Bowlus, Katherine Schnauss 10110 San Jose Blvd. Jacksonville, FL 32257 Phone: 904-268-7227 Fax: 904-268-3337
mbowlus@fjbd.com; kschnauss@fjbd.com

Kennedy Covington Lobdell & Hickman LLP Attn: Amy Pritchard Williams Hearst Tower, 47th Fl 214 North Tryon St. Charlotte, NC 28202 Phone: 704-331-7400 Fax: 704-353-3129
handresen@kennedycovington.com

Sesssions, Fishman & Nathan LLP Attn: J. David Forsyth 201 St. Charles Ave., 35th Fl. New Orleans, LA 70170-3500 Phone: 504-582-1521 Fax: 504-582-1564
jdf@sessions-law.com

Weiss Serota Helfman Pastoriza Guedes Cole & Boniske PA Attn: Douglas Gonzales 3107 Stirling Road, Ste 300 Fort Lauderdale, FL 33312 Phone: 954-763-4242 Fax: 954-764-7770
dgonzales@wsh-law.com

Levenfeld Pearlstein, LLC Attn: William S. Schwartz 211 Waukegan Road, Ste 300 Northfield, IL 60093 Phone: 847-441-7676 Fax: 312-346-8434
wschwartz@lplegal.com

Brown Raysman Millstein Felder & Steiner, LLP Attn: Gerard Catalanello 900 Third Ave. New York, NY 10022 Phone: 212-895-2000 Fax: 212-895-2900
gcatalanello@brownraysman.com

Broward County Revenue Collection Division Litigation Section, Attn: Hollie Hawn Government Center Annex 115 S. Andrews Ave. Fort Lauderdale, FL 33301 Phone: 954-357-7600 Fax: 954-357-7641
hhawn@broward.org

Tritt & Franson, PA Attn: Albert Franson 707 Peninsular Place
Jacksonville, FL 32204 Phone: 904-354-5200 Fax: 904-354-5256
afranson@atritt.com

Johnson, Pope, Bokor, Ruppel & Burns LLP Attn: Michael Markham PO Box 1368 Clearwater, FL 33757 Phone: 727-461-1818 Fax: 727-443-6548
mikem@jpfirm.com

Williams Mullen Hofheimer Nusbaum Attn: David Greer 999 Waterside Drive, Ste 1700 PO Box 3460 Norfolk, VA 23514-3460 Phone: 757-629-0617 Fax: 757-629-0660
dgreer@williamsmullen.com

Williams Mullen Hofheimer Nusbaum Attn: Paul Bliley 1021 East Gary St. PO Box 1320
Richmond, VA 23218-1320 Phone: 804-783-6448 Fax: 804-783-6507
pbliley@williamsmullen.com

Kegler Brown Hill & Ritter Attn: Stewart Cupps Capitol Square, Suite 1800 65 East State St.
Columbus, OH 43215-4294 Phone: 614-462-5404 Fax: 614-464-2634
scupps@keglerbrown.com

Bingham McCutchen LLP Attn: Anthony Smits One State St. Hartford, CT 06103 Phone: 860-
240-2700 Fax: 860-240-2800
anthony.smits@bingham.com

Saul Ewing LLP Attn: Mark Minuti 222 Delaware Ave., Suite 1200
P.O. Box 1266 Wilmington, DE 19899 Phone: 302-421-6840 Fax: 302-421-5873
mminuti@saul.com

Thompson, O'Brien, Kemp & Nasuti PC Attn: Albert Nasuti 40 Technology Parkway South, Ste
300 Norcross, GA 30092 Phone: 770-925-0111 Fax: 770-925-8597
anasuti@tokn.com

Jennis & Bowen Attn: David Jennis, Chad Bowen 400 North Ashley Dri., Ste 2540 Tampa, FL
33602 Phone: 813-229-1700 Fax: 813-229-1707
ecf@jennisbowen.com; djennis@jennisbowen.com

Polsinelli Shalton Welte Suelthaus PC Attn: Daniel Flanigan 292 Madison Ave., 17th Fl. New York,
NY 10017 Phone: 212-684-0199 Fax: 212-684-0197
dflanigan@pswslaw.com

Polsinelli Shalton Welte Suelthaus PC Attn: James E. Bird 700 West 47th St., Ste 1000 Kansas
City, MI 64112 Phone: 816-753-1000 Fax: 816-753-1536
jbird@pswslaw.com

Clark, Partington, Hart, Larry, Bond & Stackhouse  Attn: Keith L. Bell, Jr One Pensacola Plaza,
Suite 800 125 West Romana Street Pensacola, FL 32501 Phone: 850-434-9200   Fax: 850-434-
7340
kbell@cphlaw.com

Whiteman, Bankes & Chebot, LLC Jeffrey M. Chebot, Esq. Suite 1300 - Constitution Place 325
Chesnut Street Philadelphia, PA 19106 Phone: 215-829-0014 Fax: 215-829-0059
jchebot@wbc-lawyers.com

Smith, Gilliam, Williams & Miles, PA Attn: Brad Patten PO Box 1098 Gainesville, GA 30503
Phone: 770-536-3381 Fax: 770-531-1481
bpatten@sgwfirm.com

Blanco Tacklabery Combs & Matamoros, PA Attn: Gene B. Tarr PO Drawer 25008 Winston-
Salem, NC 27114-5008 Phone: 336-293-9000 Fax: 336-293-9030
gbt@btcmlaw.com

Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP Attm: Amos U. Priester IV PO Box
2611 Raleigh, NC 27602-2611 Phone: 919-821-1220 Fax: 919-821-6800
apriester@smithlaw.com

Phelps Dunbar Attn: Douglas C. Noble 111 East Capital, Ste 600 PO Box 23066 Jackson, MS 39225-3066 Phone: 601-352-2300 Fax: 601-360-9777
nobled@phelps.com

Stoel Rives LLP Attn: Peter L. Slinn 600 University St., Ste 3600 Seattle, WA 98101 Phone: 206-386-7612 Fax: 206-386-7500
plslinn@stoel.com

Simon Property Group Attn: Ronald Tucker 115 West Washington St. Indianapolis, IN 46204 Phone: 317-263-2346 Fax: 317-263-7901
rtucker@simon.com

Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC Attn: Robert Feinstein 780 Third Ave., 36th Fl. New York, NY 10017 Phone: 212-561-7700 Fax: 212-561-7777
rfeinstein@pszyjw.com

Davis & Fields PC Attn: Richard Davis PO Box 2925 Daphne, AL 36526 Phone: 251-621-1555 Fax: 251-621-1520
rdavis@davis-fields.com

Haywood, Denny & Miller LLP Attn: Robert Levin PO Box 51429 Durham, NC 51429 Phone: 919-403-0000 Fax: 919-403-0001
rlevin@hdmllp.com

GrayRobinson PA Attn: Donald Nohrr PO Box 1870 Melbourne, FL 32902 Phone: 321-727-8100 Fax: 321-984-4122
dnohrr@gray-robinson.com

Sher Garner Cahill Richter Klein & Hilbert, L.L.C. Attn: Elwood F. Cahill, Jr., Neal J. Kling 909 Poydras St., 28th Fl. New Orleans, Louisiana 70112 Phone: 504-299-2100 Fax: 504-299-2300
ecahill@shergarner.com; nkling@shergarner.com

Seyfarth Shaw LLP Attn: Richard Lauter, Sara Lorber 55 East Monroe St., Ste 4200 Chicago, IL 60601-5803 Phone: 312-346-8000 Fax: 312-269-8869
rlauter@seyfarth.com; slorber@seyfarth.com

St. John & Wayne, LLC Attn: Todd Galante, Paul Evangelista Two Penn Plaza East Newark, NJ 07105 Phone: 973-491-3600 Fax: 973-491-3555 tmg@stjohnlaw.com; pse@stjohnlaw.com

Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC Attn: Brian Shaw, Allen Guon 321 N. Clark St., Ste 800 Chicago, IL 60610 Phone: 312-541-0151 Fax: 312-980-3888
bshaw100@shawgussis.com; aguon@shawgussis.com

Porter, Wright, Morris & Arthur LLP Attn: James Botti 41 South High St., 31st Fl. Columbus, OH 43215 Phone: 614-227-2178 Fax: 614-227-2100
jbotti@porterwright.com

Smith Debnam Narron Wyche Saintsing & Myers, LLP Attn: Byron Saintsing PO Box 26268 Raleigh, NC 27611 Phone: 919-250-2000 Fax: 919-250-2211
bsaintsing@smithdebnamlaw.com

Snell & Wilmer, LLP Attn: Peter Rathwell One Arizona Center 400 E. Van Buren Phoenix, AZ 85004-2202 Phone: 602-382-6203 Fax: 602-382-6070
prathwell@swlaw.com

McCormick & Company Attn: Austin Nooney 211 Schilling Circle Hunt
Valley, MD Phone: 410-527-6050 Fax: 410-527-6262
austin_nooney@mccormick.com

Wolff, Hill, McFarlin & Herron, PA Attn: David McFarlin, Kenneth Herron 1851 W. Colonial Drive
Orlando, FL 32804 Phone: 407-648-0058 Fax: 407-648-0681 dmcfarlin@whmh.com;
kherron@whmh.com

LaMonica Herbst & Maniscalco, LLP Attn: Salvatore LaMonica, David Balansky 3305 Jerusalem
Ave. Wantagh, NY 11803 Phone: 516-826-6500 sl@lhmlawfirm.com; dab@lhmlawfirm.com

Leatherwood Walker Todd & Mann, PC Attn: Seann Gray Tzouvelekas PO Box 87, 300 East
McBee Avenue, Ste 500 Greenvile, SC 29602-0087 Phone: 864-240-2490 Fax: 864-240-2498
stzouvelekas@lwtm.com

Haynsworth Sinkler Boyd, PA Attn: William H. Short PO Box 11889 Columbia, SC 29201 Phone:
803-779-3080 Fax: 803-765-1243
bshort@hsblawfirm.com

Johnston, Harris, Gerde & Jelks, PA Attn: Jerry Gerde 239 E. 4th St. Panama City, FL 091787
Phone: 850-763-8421 Fax: 850-763-8425
gerdekomarek@bellsouth.net

Foley & Mansfield, PLLP Attn: Jeffrey DeCarlo 545 Madison Avenue New
York, NY 10022 Phone: 212-421-0436 Fax: 212-421-0539
jdecarlo@foleymansfield.com

McClain, Leppert & Maney, P.C. Attn: J. Casey Roy, Michael Leppert  711 Louisiana Street, Suite
3100 Houston, Texas 77002 Phone: 713-654-8001 Fax: 713-654-8818 roy@mcclainleppert.com;
leppert@mcclainleppert.com

Brenner Kaprosy LLP Attn: T. David Mitchell 50 East Washington St.
Chagrin Falls, OH 4402 Phone: 440-247-5555 Fax: 440-247-5551
tdavidmitchell@msn.com

Greenbaum, Rowe, Smith & Davis LLP Attn: Thomas Denitzio Metro Corporate Campus One PO
Box 5600 Woodbridge, NJ 07095-0988 Phone: 732-549-5600 Fax: 732-549-1881
tdenitzio@greenbaumlaw.com; runderhill@greenbaumlaw.com

Ray Quinney & Nebeker, PC Attn: Steven Waterman PO Box 45385 Salt Lake City, UT 84145-
0385 Phone: 801-532-1500 Fax: 801-532-7543
swaterman@rqn.com

Alfred E. Smith   60 E. 42nd St., Ste 2501 New York, NY 10017 Phone: 212-
986-2251 Fax: 212-986-2238
alsmithesq@aol.com

Wachtel & Masyr, LLP Attn: Steven Cohen, Greg Haber 110 East 59th St. New York, NY 10022
Phone: 212-909-9500  Fax: 212-371-0320
cohen@wmllp.com; ghaber@wmllp.com

Spain & Gillon, LLC Attn: Walter F. McArdle The Zinszer Building 2117 Second Avenue North
Birmingham,  AL 35203 Phone: 205-328-4100 Fax: 205-324-8866
wfm@spain-gillon.com

Genovese Joblove & Battista, P.A. Attn: Craig P. Rieders 100 Southeast Second Street, Suite 3600 Miami, FL 33131 Phone: 305-349-2300 Fax: 305-349-2310 crieders@gjb-law.com

Berger Singerman, P.A. Attn: Arthur Spector, Grace Robson 350 East Las Olas Blvd., Ste 1000 Fort Lauderdale, FL 33301 Phone: 954-525-9900 Fax: 561-998-0028 aspector@bergersingerman.com; grobson@bergersingerman.com

Stovash,,Case & Tingley, PA Attn: Rachel Adams SunTrust Center 200 South Orange Avenue, Suite 1220 Orlando, FL 32801-3410 Phone: 407-316-0393 Fax: 407-316-8969 radams@sctlaw.com

Wright, Lindsey & Jennings LLP Attn: James Glover 200 West Capitol Avenue, Suite 2300 Little Rock, AR 72201 Phone: 501-371-0808  Fax: 501-376-9442 jglover@wlj.com

Marvin S. Schulman, PA  2800 Weston Road, Ste 201 Weston, FL 33331 Phone: 954-349-3300 Fax: 954-650-3045 mschulmanpa@aol.com

Stoltz Real Estate Partners Attn: Stephen Lewis 725 Conshohocken State Road Bala Cynwyd, PA 19004 Phone: 610-667-5800 Fax: 610-617-6224 slewis@stoltzusa.com

Gronek & Latham, LLP Attn: Scott Shuker 390 N. Orange Ave., Ste 600 Orlando, FL 32801 Phone: 407-481-5800 Fax: 407-481-5801 rshuker@groneklatham.com

Rogers Towers PA  Attn: Betsy Cox, Robert T. Hyde, Jr. 1301 Riverplace Blvd., Ste 1500 Jacksonville, FL 32207 Phone: 904-398-3911 Fax: 904-396-0663 bcox@rtlaw.com; bhyde@rtlaw.com

Lee & Rosenberger, a Law Corporation Attn: Gregg Rapoport 135 W. Green St., Ste 100 Pasadena, CA 91105 Phone: 626-356-8080 Fax: 626-578-1827 gar@garlaw.us

Metro-Goldwyn-Mayer Home Entertainment Inc. Attn: Christopher Miller 10250 Constellation Blvd. Los Angeles, CA 90067 Phone: 310-586-8108 Fax: 310-449-3136 cmiller@mgm.com

Bregman, Berbert, Schwartz & Gilday, LLC Attn: Laurence H. Berbert 7315 Wisconsin Avenue, Suite 800 West Bethesda, Maryland 20814 (301) 656-2707 Main (301) 961-6525 Facsimile lberbert@bregmanlaw.com

Nick Law Firm, LC Attn: Tammy N. Nick 676 East I-10 Service Road Slidell, LA 70461 Phone: 985-641-1802 Fax: 985-641-1807 nicklaw@eatel.net

Wilkins, Bankester, Biles & Wynne, PA Attn: Marion Wynne, Brian Britt PO Box 1367 Fairhope, AL 36532 Phone: 251-928-1915 Fax: 251-928-1967 twynne@wbbwlaw.com; bbritt@wbbwlaw.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis Attn: Lara R. Fernandez, Richard McIntyre Post Office Box 1102 Tampa FL, 33601-1102 Phone: 813-223-7474 Fax: 813-229-6553 lrfernandez@trenam.com; rjmcintyre@trenam.com

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP Attn: Teresa Sadutto 1065 Avenue of the Americas, 18th Fl. New York, NY 10018 Phone: 212-593-3000 Fax: 212-593-0353
tsadutto@platzerlaw.com

RMC Property c/o Dennis LeVine & Associates PO Box 707 Tampa, FL 33601-0707 Phone: 813-253-0777 Fax: 813-253-0975
Dennis@bcylaw.com

Dreyer's Grand Ice Cream Attn: Shane Weitzel 5929 College Ave. Oakland, CA 94618
shweitze@dreyers.com

Dreyer's Grand Ice Cream c/o Cook, Perkiss & Lew Attn: David Cook PO Box 270 San Francisco, CA 94104-0270 Phone: 415-989-4730 Fax: 415-989-0491
cookdavidj@aol.com

Iurillo & Associates, PC Attn: Sabrina Beavens Sterling Square 600 First Ave. North, Ste 308 St. Petersburg, FL 33701 Phone: 727-895-8050 Fax: 727-895-8057
sbeavens@iurillolaw.com

Marks Gray, P.A.  Attn: Nicholas V. Pulignano, Jr. 1200 Riverplace Boulevard, Suite 800 Jacksonville, FL 32207  Phone: 904-398-0900  Fax: 904-399-8440
npulignano@marksgray.com

Mowrey & Biggins, P.A.  Attn: Ronald A. Mowrey 515 North Adams St. Tallahassee, FL 32301-1111   Phone: 850-222-9482 Fax: 850-561-6867
rmowrey@mowreylaw.com

Epstein Becker & Green, PC Attn: Annette Kerlin McBrayer 945 East Paces Ferry Rd., Ste 2700 Atlanta, GA 30326 Phone: 404-923-9045 Fax: 404-923-9099
amcbrayer@ebglaw.com

Taft, Stettiniuse & Hollister, LLP Attn: Richard Ferrell 425 Walnut St., Ste 1800 Cincinnati, OH 45202-3957 Phone: 513-381-2838 Fax: 513-381-0205
ferrell@taftlaw.com

Keaton & Associates, P.C. Attn: Mary E. Gardner, Esq. 1278 W. Northwest Hwy., Suite 903 Palatine, Illinois 60067 Phone: 847-934-6500 Fax: 847-934-6508
gardner@pacatrust.com

Michael E. Lee Attorney for the City of Huntsville 200 Westside Square, Ste 803 Huntsville, AL 35801-4816 Phone: 256-536-8213 Fax: 256-536-8262
mikeelee@bellsouth.net

Nelson Mullins Riley & Scarborough, LLP Attn: George B. Cauthen Meridian Building, 17th Fl. 1320 Main St. Colombia, SC 29201 Phone: 803-799-2000 Fax: 803-255-9644
george.cauthen@nelsonmullins.com

Holland & Knight Attn: Alan Weiss 15 North Laura St., Ste 3900 Jacksonville, FL 32202 Phone: 904-798-5459 Fax: 904-358-1872
alan.weiss@hklaw.com

Johnston, Moore, Maples & Thompson Attn: Stuart Maples 400 Meridian St., Ste 301 Huntsville, AL 35801 Phone: 256-533-5770 Fax: 256-533-5980
smaples@jmmtlawfirm.com

Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs. Attn: John T. Rogerson Riverplace Tower 1301 Riverplace Blvd., Suite 1700 Jacksonville, FL 32207 Phone: 904-355-1700  Fax: 904-355-1797 jrogerson@vbwr.com

Akin Gump Strauss Hauer & Feld LLP Attn: Stephen Kuhn 590 Madison Avenue  New York, NY 10022-2524 Phone: 212-872-1000 Fax: 212-872-1002 skuhn@akingump.com

Rex D. Rainach  A Professional Law Corporation 3622 Government St. Baton Rouge, LA 70806-0646 Phone: 225-343-0643 Fax:225-343-0646 rainach@msn.com

The Coca-Cola Company Attn: John Lewis, Litigation Counsel PO Box 1734 Atlanta, GA 30301 Phone: 404-676-4016 Fax: 404-676-7636 johnlewis@na.ko.com; josjohnson@na.ko.com

Hedrick, Dewberry, Regan & Durant Attn: Jeffrey C. Regan 50 North Laura St., Ste 1600 Jacksonville, FL 32202 Phone: 904-356-1300 Fax: 904-356-8050 jregan@hdrd-law.com; tbombard@hdrd-law.com

Berger Singerman, P.A. Attn: Berger Singerman 200 South Biscayne Blvd., St1 1000 Miami, FL 33131-5308 Phone: 305-755-9500 Fax: 305-714-4340 singerman@bergersingerman.com

Gerard Kouri, Jr. 10021 Pines Blvd., Ste 202 Pembroke Pines, FL 33024-6191 Phone: 954-447-9632 Fax: 954-447-9634 gmkouri@aol.com

Karem & Karem, Attorneys at Law Attn: John W. Harrison, Jr. 333 Guthrie Green, Ste 312 Louisville, KY 40202 Phone: 502-587-6659 Fax: 502-582-1171 kandklaw_jwh@msn.com

Wiles & Wiles Attn: John J. Wiles 800 Kennesaw Ave., Ste 400 Marietta, GA 30060-7946 Phone: 770-426-4619 Fax: 770-426-4846 bankruptcy@evict.net

Reinhart Boerner Van Deuren s.c. Attn: Joshua Blakely, Michael Jankowski 1000 North Water St., Ste 2100, PO Box 2965 Milwaukee, WI 53201-2965 Phone: 414-298-1000 Fax: 414-298-8097 mjankows@reinhartlaw.com; jblakely@reinhartlaw.com

Kondos & Kondos Law Office Attn: Anjel K. Avant, Esq. 1595 N. Central Expressway Richardson, TX 75080 Phone: 972-231-9924 Fax: 972-231-8636 anjela@kondoslaw.net

Munsch Hardt Kopf & Harr PC Attn: Randall Rios Bank of America Center 700 Louisiana, 46th Fl. Houston, TX 77002 Phone: 713-222-1470 Fax: 713-222-1475 rrios@munsch.com

Rosenberg & Weinberg Attn: Herbert Weinberg 805 Turnpike St. North Andover, MA 01845 Phone: 978-683-2479 Fax: 978-683-3041 hweinberg@jrhwlaw.com

Shutts & Bowen LLP Attn: Andrew Brumby 300 South Orange Ave, Suite 1000 Orlando, FL 32801 Phone: 407-423-3200 Fax: 407-425-8316 abrumby@shutts-law.com

Miller & Martin PLLC  Attn: Catherine Harrison 1170 Peachtree St., Ste 800 Atlanta, GA 30309-7649 Phone: 404-962-6100 Fax: 404-962-6300
charrison@millermartin.com

Poyner & Spruill LLP Attn: Judy Thompson 301 South College St., Ste 2300 Charlotte, NC 28202 Phone: 704-342-5250 Fax: 704-342-5264
jthompson@poynerspruill.com

Tabas, Freedman, Soloff & Miller PA Attn: Joel Tabas 919 Ingraham Bldg, 25 Southeast Second Ave. Miami, FL 33131-1538 Phone: 305-375-8171 Fax: 305-381-7708
jtabas@tfslaw.com

Saul Ewing LLP Attn: Joyce Kuhns Lockwood Place 500 East Pratt Street Baltimore, MD 21202 Phone: 410-332-8965 Fax: 410-332-8964
jkuhns@saul.com

Johnston, Conwell & Donovan LLC Attn: W. Howard Donovan, Ann Marie Daugherty 813 Shades Creek Pkwy, Ste 200 Birmingham, AL 35209 Phone: 205-414-1200 Fax: 205-414-1205
whd@johnstonconwell.com; amd@johnstonconwell.com

Slott, Barker & Nussbaum Attn: Earl M. Barker 334 East Duval St. Jacksonville, FL 32202 Phone: 904-353-0033 Fax: 904-355-4148
embarker@bellsouth.net

Hangley, Aronchick, Segal & Pudlin Attn: Ashley Chan One Logan Square, 27$^{h}$ Fl Philadelphia, PA 19103 Phone: 215-568-6200 Fax: 215-568-0300
achan@hangley.com

Loreal Paris Attn: Patrick Ackerman 35 Broadway Road Cranbury, NJ  08512 Phone: 609-860-7627 Fax: 609-860-7738
packerman@us.loreal.com

Lowndes, Drosdick, Doster, Kantor & Reed, PA Attn: Matt Beal 215 North Eola Drive PO Box 2809 Orlando, FL 32802 Phone: 407-418-6259 Fax: 407-843-4444
matt.beal@lowndes-law.com

Foley & Mansfield PLLP Attn: Thomas Lallier, Megan Blazina 250 Marquette Ave, Ste 1200 Minneapolis, MN 55401 Phone: 612-338-8788 Fax: 612-338-8690
tlallier@foleymansfield.com; mblazina@foleymansfield.com

Morgan & Morgan, Attorneys at Law PC Attn: Lee P. Morgan PO Box 48359 Athens, GA 30604 Phone: 706-548-7070 Fax: 706-613-2089
lmorgan@morganlawyers.com

State of Georgia, Assistant Attorney General Oscar B. Fears, III 40 Capitol Square, SW Atlanta, GA 30334 Phone: 404-656-3303 Fax: 404-657-3239
bo.fears@law.state.ga.us

Pinellas County, Florida Diane Nelson, Tax Collector PO Box 2943 Clearwater, FL 33757-2943 Phone: 727-464-3402 Fax: 727-464-5230
bgramley@taxcollect.com

Canova and Delahaye Attn: L. Phillip Canova, Louis Delahaye, Thomas Delahaye 58156 Court St. Plaquemine, LA 70764-2708 Phone: 225-687-8340 Fax: 225-687-1868
pcanova@eatel.net

Choate, Hall & Stewart Attn: John Ventola, William McMahon Exchange Place, 53 State St.
Boston, MA 02109-2891 Phone: 617-248-5000 Fax: 617-248-4000
jventola@choate.com; wmcmahon@choate.com

Barnes & Thornburg LLP Attn: Wendy D Brewer 11 South Meridian St Indianapolis, IN 46204-
3535 Phone: 317-236-1313 Fax: 317-231-7433
wendy.brewer@btlaw.com

Anthony Salzano Counsel for Pasco County Board of County Commissioners West Pasco
Government Center 7530 Little Road, Ste 340 New Port Richey, FL 34654 Phone: 727-847-8120
tosipov@pascocountyfl.net

Harper, Kynes, Geller & Bradford PA Attn: Charles Buford 2560 Gulf to Bay Blvd, Ste 300
Clearwater, FL 33765 Phone: 727-799-4840 Fax: 727-797-8206
buford@harperkynes.com

Law Offices of Daniel Markind Attn: Johanna Markind 1500 Walnut St., Ste 1100 Philadelphia, PA
19102 Phone: 215-546-2212 Fax: 215-735-9004
markindlaw@att.net

Cohen & Thurston PA Attn: Janet Thurston 1723 Blanding Blvd #102 Jacksonville,
FL 32210 Phone: 904-388-6500 Fax: 904-387-4192
cohenthurston@cs.com

Hill, Ward & Henderson, PA Attn: Lynn Welter Sherman PO Box 2231 Tampa, FL 33601 Phone:
813-221-3900 Fax: 813-221-2900
lsherman@hwhlaw.com

Eastman & Smith Ltd Attn: Kenneth C Baker One Seagate, 24th Floor PO Box 10032 Toledo, OH
43699-0032 Phone: 41-241-6000 Fax: 419-247-1777
kcbaker@eastsmith.com

Borges & Associates, LLC Attn: Wanda Borges 575 Underhill Blvd., Ste 110 Syosset, NY 11791
Phone: 516-677-8200
borgeslawfirm@aol.com

Meland Russin Hellinger & Budwick, PA Attn: Jonathan Williams 3000 Wachovia Financial Center
200 South Biscayne Blvd. Miami, FL 33131 Phone: 305-358-6363 Fax: 305-358-1221
jwilliams@melandrussin.com
Akerman Senterfitt Attn: John B. Macdonald 50 North Laura Street, Suite 2500 Jacksonville,
Florida 32202 Phone: 904-798-3700 Fax: 904-398-3730
john.macdonald@akerman.com

Broad and Cassel Attn: Roy S. Kobert 390 North Orange Ave., Ste 1100 Orlando, FL 32801
Phone: 407-839-4200 Fax: 407-650-0927
rkobert@broadandcassel.com; orlandobankruptcy@broadandcassel.com

Winderweedle, Haines, Ward & Woodman, PA Attn: Ryan E. Davis a/f AmSouth Bank 390 North
Orange Ave., Ste 1500 PO Box 1391 Orlando, FL 32802-1391 Phone: 407-423-4246 Fax: 407-
423-7014
rdavis@whww.com

Irby Law Firm Attn: Albert Adams PO Box 910 Eufaula, AL 36072 Phone: 334-687-6672 Fax:
334-687-6671
irbylawfirm@bellsouth.net

Hubbard, Smith, McIlwain, Brakefield & Browder PC Attn: Marcus Brakefield, Christopher McIlwain, Kristofor Sodergren PO Box 2427 Tuscaloosa, AL 35403 mbrakefield@hsmbb.com; cmcilwain@hsmbb.com; ksodergren@hsmbb.com

McGuirewoods LLP Attn: John H. Maddock III One James Center 901 East Cary Street Richmond, VA 23219-4030 Phone: 804-775-1000 Fax: 804-775-1061 jmaddock@mcguirewoods.com

McGuirewoods LLP Attn: Charles L. Gibbs II Bank of America Tower 50 North Laura Street, Suite 3300 Jacksonville, FL 32202-3661 Phone: 904-798-3200 Fax: 904-798-3207 cgibbs@mcguirewoods.com

Kizer, Hood & Morgan, LLP Attn: Ralph Hood 2111 Quail Run Drive Baton Rouge, LA 70808 Phone: 225-761-0001 Fax: 225-761-0731 rhood@khmllp.com

Neufeld, Rennett & Bach, APC Attn: Timothy L. Neufeld 360 E. Second Street, Suite 703, Los Angeles, CA 90012 Phone: 213-625-2625 Fax: 213-625-2650 tneufeld@nrblaw.com

Gunster, Yoakley & Stewart, PA Attn: Christian Petersen 500 East Broward Blvd, Ste 1400 Fort Lauderdale, FL 33394 Phone: 954-468-1394 Fax: 954-523-1722 cpetersen@gunster.com

Neil, Gerber & Eisenberg Attn: Thomas Wolford 2 North LaSalle St., Ste 2200 Chicago, IL 60602 Phone: 312-269-5675 Fax: 312-269-1747 twolford@ngelaw.com

Pinkston & Pinkston, PA Attn: David Pinkston, Gina Schlegel PO Box 4608 Jacksonville, FL 32201 Phone: 904-389-5880 Fax: 904-389-9957 dpinkston@pinkstonandpinkston.com; gschlegel@pinkstonandpinkston.com

McKenna Long & Aldridge LLP Attn: B. Summer Chandler, David N. Stern 303 Peachtree St., Ste 5300 Atlanta, GA 30308 Phone: 404-527-4000 Fax: 404-527-4198 schandler@mckennalong.com; dstern@mckennalong.com

Lord, Bissell & Brook LLP Attn: Folarin Dosunmu, Aaron C Smith 115 S. LaSalle Street Chicago, IL 60603 Phone: 312-443-0700 Fax: 312-443-0336 Fdosunmu@lordbissell.com; asmith@lordbissell.com

Piper, Ludin, Howie & Werner, PA Attn: Eric E. Ludin 5720 Central Ave. St. Petersburg, FL 33707 Phone: 727-344-1111 Fax: 727-344-1117 ludin@piperludin.com

Akin Gump Strauss Hauer & Feld LLP Attn: Sarah Schultz 1700 Pacific Ave., Ste 4100 Dallas, TX 75201-4675 Phone: 214-969-2800 Fax: 214-969-4343 sschultz@akingump.com

Solomon Pearl Blum Heymann & Stich LLC Attn: Joel Shafferman 40 Wall St., 35 Fl. New York,NY 10005 Phone: 212-267-7600 Fax: 212-267-2030 jshafferman@solpearl.com

Hinshaw & Culbertson LLP Attn: Kenneth G. M. Mather 100 South Ashley Drive, Ste 500 Tampa, FL 33602 Phone: 813-276-1662 Fax: 813-276-1956 kmather@hinshawlaw.com

Rosen Law Group, LLC Kitchens Kelley Gaynes, P.C. Attn: Mitchell S Rosen     Attn: Mark Kelley Atlanta Plaza, Ste 3250 Eleven Piedmont Center, Suite 900 950 E. Paces Ferry Rd. 3495 Piedmont Road, N.E. Atlanta, GA 30326 Atlanta, Georgia 30305  Phone: (404) 832-8410 Phone: 404-237-4100  Fax: (404) 832-8422 Fax: 404-364-0126 mrosen@rosenlawgroup.com mkelley@kkgpc.com

Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. Attn: William Knight Zewadski PO Box 1102 Tampa, Florida 33601 Phone: (813) 223-7474 Z@trenam.com

Harrell & Harrell, P.A. Attn: Greg Schlax; Michael Moran 4735 Sunbeam Road  Jacksonville, Florida 32257  Phone: (904) 251-1111  Fax: (904) 296-7710  gschlax@harrellandharrell.com; mmoran@harrellandharrell.com

Young, Morphis, Bach and Taylor, L.L.P.  Attn: Jimmy Ray Summerlin  First Lawyers Building, 400 Second Avenue, N.W. P.O. Drawer 2428  Hickory, North Carolina 28603  Phone: 828-322-4663  Fax: 828-322-2023  jimmys@hickorylaw.com

Wilcox Law Firm Attn: Robert D Wilcox 10201 Centurion Pkwy, Ste 600  Jacksonville, FL 32254 Phone: 904-998-9994  Fax: 904-513-9201  rwilcox@wilcoxlawfirm.com

Ward and Smith, PA Attn: J. Michael Fields Tuggle Duggins & Meschan, P.A.  120 West Fire Tower Rd Attn: Paul M. Dennis, Jr. PO Box 8088 228 West Market St., P.O. Box 2888 Greenville, NC 27835-8088 Greensboro, NC 27402-2888  Phone: (252) 215-4026 Phone: 336-378-1431  jmf@wardandsmith.com Fax: 336-274-6590 pdennis@tuggleduggins.com

Diane Nelson, Tax Collector of Pinellas County, FL Attn: Sarah Richardson Managing Assistant County Attorney 315 Court St. Clearwater, FL 33756 Phone: 727-464-3354 Fax: 727-464-4147 srichard@co.pinellas.fl.us

Harwell Howard Hyne Gabbert & Manner PC Attn: David P. Canas 315 Deaderick St., Ste 1800 Nashville, TN 37238 Phone: 615-256-0500 Fax: 615-251-1058 dpc@h3gm.com McElwee Law Firm, PLLC Attn: Robert Laney 906 Main St. North Wilkesboro, NC 28659 Phone: 336-838-1111 Fax: 336-838-0753 blaney@mcelweefirm.com

Foley & Lardner LLP Attn: Gardner Davis PO Box 240 Jacksonville, FL 32201-0240 Phone: 904-359-2000 Fax: 904-359-8700 gdavis@foley.com

Emmanuel, Sheppard and Condon PA Attn: Sally Bussell Fox 30 South Spring St. Pensacola, FL 32502 Phone: 850-433-6581 sfox@esclaw.com

Tatone Properties of Florida, Inc. Attn: Melody D Genson     3665 Bee Ridge Rd., Ste 316 Sarasota, FL 34233 Phone: 941-927-6377 melodydgenson@verizon.net

Krieg DeVault LLP Attn: C. Daniel Motsinger One Indiana Sq., Ste 2800 Indianapolis, IN 46204-2079 Phone: 317-636-4341 Fax: 317-636-1507 cmotsinger@kdlegal.com

Balch & Bingham LLP Attn: Elizabeth T Baer 14 Peidmont Ctr, Ste 1100 3535 Piedmont Rd. Atlanta, GA 30305 bbaer@balch.com

Sell & Melton, LLP Attn: Ed S Sell    PO Box 229 Macon, GA 31202-0229 Phone: 478-746-8521 Fax: 478-745-6426 eds@sell-melton.com

Hillsborough County Attorney's Office Attn: Brian T FitzGerald PO Box 1110 Tampa, FL 33601-1110 Phone: 813-272-5670 Fax: 813-272-5231 fitzgeraldb@hillsboroughcounty.org

Blackwell Sanders Peper Martin LLP Attn: John Cruciani 4801 Main St., Ste 1000 Kansas City, MO 64112 Phone: 816-983-8197 Fax: 816-983-8080 jcruciani@blackwellsanders.com

Vertis, Inc Attn: Luke Brandonisio 250 W Pratt St PO Box 17102 Baltimore, MD 21297 Lbrandonisio@VertisInc.com

Terrell, Hogan, Ellis & Yegelwel PA Attn: Carroll Cayer 233 East Bay St., 8th Fl Jacksonville, FL 32202 Phone: 904-632-2424 Fax: 904-632-0549 cayer@terrellhogan.com

Hodgson Russ LLP Attn: Tina Talarchyk 1801 North Military Trail, Ste 200 Boca Raton, FL 33431 ttalarch@hodgsonruss.com

Phelps Dunbar Attn: Donald Whittemore 100 South Ashley Drive, Ste 1900 Tampa, FL 33602 Phone: 813-472-7550 Fax: 813-472-7570 whittemd@phelps.com

Verona Law Group, PA Attn: Jay Verona 7235 First Ave. So. St. Petersburg, FL 33707 Phone: 727-347-7000 Fax: 727-347-7997 jay@veronalawgroup.com

Kilpatrick Stockton LLP Attn: Paul M. Rosenblatt 1100 Peachtree Street, NE, Ste 2800 Atlanta, GA 30309-4530 Phone: 404-815-6500 Fax: 404-815-6555 Prosenblatt@KilpatrickStockton.com

Henderson, Franklin, Starnes & Holt, PA Attn: Douglas Szabo, John Noland PO Box 280 Fort Myers, FL 33902-0280 Phone: 239-344-1140 douglas.szabo@henlaw.com

Hiday & Ricke, PA Attn: Jeffrey Becker PO Box 550858 Jacksonville, FL 32255 Phone: 904-363-2769 Fax: 904-363-0538 litigate@hidayricke.com

Squire, Sanders & Dempsey LLP Attn: Joseph Weinstein 4900 Keuy Tower 127 Public Sq. Cleveland, OH 44114-1304 Phone: 216-479-8426 Fax: 216-479-8780 jweinstein@ssd.com

Ervin, Cohen & Jessup Attn: Michael Kogan 9401 Wilshire Blvd., 9th Fl. Beverly Hills, CA 90212 Phone: 310-273-6333 Fax: 310-859-2325 mkogan@ecjlaw.com

Mirick, O'Connell, DeMallie & Lougee LLP Attn: Paul W. Carey 100 Front St. Worcester, MA 01608-1477 Phone: 508-791-8500 Fax: 508-791-8502 bankrupt@modl.com

McGuirewoods LLP Attn: Michael Schmahl 77 W. Wacker Dr., Ste 4100 Chicago, IL 60601
Phone: :312-849-8100
mschmahl@mcguirewoods.com

Becket and Lee LLP Attn: Gilbert Weisman PO Box 3001 Malvern, PA 19355-0701 Phone: 610-
644-7800 Fax: 610-993-8493
notices@becket-lee.com

Baker Botts LLP Attn: C. Luckey McDowell 2001 Ross Ave. Dallas, TX 75201-2980 Phone: 214-
953-6500 Fax: 214-953-6503
luckey.mcdowell@bakerbotts.com

Colodny, Fass, Talenfeld, Karlinsky & Abate Attn: Joel Fass 2000 W. Commercial Blvd., Ste 232
Ft. Lauderdale, FL 33309 Phone: 954-492-4010 Fax: 954-492-1144
jfass@cftlaw.com

Hill, Ward & Henderson, PA Attn: Paige Greenlee PO Box 2231 Tampa, FL 33601 Phone: 813-
221-3900 Fax: 813-221-2900
pgreenlee@hwhlaw.com

Ervin, Cohen & Jessup, LLP Attn: Michael Kogan 9401 Wilshire Blvd., 9th Fl. Beverly Hills, CA
90212 Phone: 310-273-6333 Fax: 310-859-2325
mkogan@ecjlaw.com

Blaxberg, Grayson, Kukoff & Segal, PA Attn: Ian J Kukoff     25 Southeast Second Ave. Miami,
FL 33131 Phone: 305-381-7979 Fax: 305-371-6816
ian.kukoff@blaxgray.com

Mickler & Mickler Attn: Albert H. Mickler 5452 Arlington Exp. Jacksonville, FL 32211 Phone: (904)
725-0822 Fax: (904) 725-0855
court@planlaw.com

Held & Israel Attn: Adam Frisch 1301 Riverplace Blvd., Ste 1916 Jacksonville, FL 32207 Phone:
904-398-7038 Fax: 904-398-4283
afrisch@hilawfirm.com
GrayRobinson Attn: Jason B. Burnett     50 North Laura St., Ste 1675 Jacksonville, FL 32202
Phone: (904) 598-9929 Fax: (904) 598-9109
jburnett@gray-robinson.com

Friedline & McConnell, P.A. Attn: Jerrett M. McConnell 1756 University Blvd. S.
Jacksonville, FL 32216 Phone: 904-727-7850
bankruptcy@fandmlaw.com

Powell Goldstein LLP Attn: Wendy Hagenau, John Moore One Atlantic Center, 14th Fl 1201 W.
Peachtree St., NW Atlanta, FA 30309-3488 Phone: 404-572-6600 Fax: 404-572-6999
'jmoore@pogolaw.com

Duane Morris LLP Attn: Margery Reed, Wendy Simkulak 30 South 17th St. Philadelphia, PA 19103
Phone: 215-979-1000 Fax: 215-979-1020 mnreed@duanemorris.com;
wmsimkulak@duanemorris.com

Paul, Hastings, Janofsky & Walker LLP Attn: Karol K. Denniston 600 Peachtree Street. N.E. Twenty-Fourth Floor Atlanta, GA 30308 Tel: (404) 815-2347 Fax: (404) 685-5347 karolkdenniston@paulhastings.com

Stichter, Riedel, Blain & Prosser PA Attn: Susan H. Sharp 110 Madison St., Ste 200 Tampa, FL 33602 Phone: 813-229-0144 Fax: 813-229-1811 ssharp.ecf@srbp.com

Marcus, Santoro & Kozak, PC Attn: Kelly M Barnhart 1435 Crossways Blvd., Ste 300 Chesapeake, VA 23320 Phone: 757-222-2224 Fax: 757-333-3390 kbarnhart@mskpc.com

Kelley & Fulton, PA Attn: Craig I. Kelley    1665 Palm Beach Lakes Blvd. The Forum, Ste 1000 West Palm Beach, FL 33401 Phone: 561-684-5524 Fax: 561-684-3773 craig@kelleylawoffice.com

Schnader Harrison Segal & Lewis LLP Attn: William J. Maffucci 1600 Market Street Suite 3600 Philadelphia, PA 19103-7286 Phone: 215-751-2210 wjmaffucci@schnader.co

Arnstein & Lehr LLP Attn: Ronald J Marlowe    1110 N. Florida Ave. Tampa, FL 33602 rjmarlowe@arnstein.com

Quarles & Brady LLP Attn: Ned R Nashban 1900 Glades Road, Ste 355 Boca Raton, FL 33431 Phone: 561-368-5400 nrn@quarles.com

Liebman, Conway, Olejniczak & Jerry, SC Attn: Jerome E. Smyth PO Box 23200 Green Bay, WI 54305-3200    Phone: 920-437-0476 jes@lcojlaw.com

The Caluda Law Firm Attn: Robert J. Caluda 3232 Edenborn Ave. Metairie, LA 70002 Phone: 504-586-0361 rcaluda@rcaluda.com

Contrarian Capital Management, LLC Attn: Ethan Schwartz 411 West Putnam Ave., Ste 225 Greenwich, CT 06830 Phone: 203-629-0139 eschwartz@contrariancapital.com

Thompson & Knight  Attn: John S Brannon 1700 Pacific Ave., Suite 3300 Dallas, TX 75201 214-969-1505 214-999-1608 john.brannon@tklaw.com

Stevens & Lee, PC Attn: Chester Salomon, Jocelyn Keynes 485 Madison Ave., 20ᵗʰ Fl. New York, NY 10022 Phone: 212-319-8500 jk@stevenslee.com

Leesfield Leighton & Partners, P.A. 2350 South Dixie Highway Miami, FL 33133-2314 Phone 305-854-4900 Fax 305-854-8266 leighton@leesfield.com

Philip A Bates, P.A. Philip A. Bates 25 West Cedar Street, Suite 550 Pensacola, FL 1390 Phone 850-470-0091 philipbates@bellsouth.net, lucysmith@bellsouth.net

Mary Kay Shaver Varnum, Riddering, Schmidt & HowlettLLP. Bridgewater Place
P.O. Box 352 Grand Rapids, Michigan 49501-0352 Phone: (616) 336-6000 Fax: (616) 336-7000
mkshaver@varnumlaw.com

Philip D. Storey, Esq. Alvarez, Sambol, Winthrop & Madson, P.A. Post Office Box 3511 Orlando,
FL 32802 pds@aswmpa.com, bsantiago@aswmpa.com

Tew Cardenas, LLP Attn: Thomas R. Lehman, Esq. Four Seasons Tower, 15th Floor 1441 Brickell
Avenue Miami, FL 33131-3407 Phone: 305-536-1112
Fax: 305-536-1116 TRL@Tewlaw.com

Cooney, Mattson, Lance, Blackburn, Richards & O'Connor Attn: Ace J. Blackburn, Jr., Esq. 2312
Wilton Drive Ft. Lauderdale, FL  33305 Phone: 954-568-6669 ablackburn@cmlbro.com

Nina M. Lafleur, Esq. PO Box 861128 St. Augustine, FL 32086 nina@lafleurlaw.com

Paul, Hastings, Janofsky & Walker LLP Attn: James D. Wareham 875 15th Street, NW
Washington, DC  20005 Phone: 202-551-1700
jameswareham@paulhastings.com

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. Attn: Patricia A. Redmond, Andrew
McNamee 150 West Flagler Street, Suite 2200 Miami, FL 33130 Phone: 305-789-3553 Fax: 305-
789-3395 Predmond@swmwas.com; amcnamee@swmwas.com

Scruggs & Carmichael, P.A. Attn: Karen K. Specie One S.E. First Avenue
P.O. Box 23109 Gainesville, FL  32602 Phone: 352-376-5242 Fax: 352-
375-0690 specie@scruggs-carmichael.com