UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about February 28, 2006, I caused copies of:

• the **Notice of Entry of Order Disallowing Amended and Superseded Claims as Set Forth in the Debtors' Third Omnibus Objection (Docket No. 6053)**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A **[Disallowed Claimants]** and Exhibit B **[Withdrawn Claimants]**.  A copy of the served Notices as listed above is attached hereto as Exhibits C and D.

Dated: March 3, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

SERVICE LIST

EXHIBIT A
DISALLOWED CLAIMANTS

SERVICE LIST

**[Disallowed Claimants]**
**Notice of Entry of Order Disallowing Amended and**
**Superseded Claims as Set Forth in the Debtors'**
**Third Omnibus Objection (Docket No. 6053)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

---

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOCS, LP
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE AZ 85258

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOCS, LP
C/O MARK D SVEJDA LAW OFFICE
ATTN MARK D SVEJDA, ESQ
6909 E GREENWAY PARKWAY
SCOTTSDALE AZ 85254

CREDITOR ID: 410886-15
59 WEST PARTNERS, LTD/BESSEMER
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 241568-12
ADAIR DISTRIBUTING INC
PO BOX 7755
NAPLES, FL 34101

CREDITOR ID: 395560-15
ADAIR DISTRIBUTING, INC
ATTN KIM ADAIR, VP, CONTROLLER
2560 MANORCA AVE
NAPLES FL 34112

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 407606-15
ALTAMONTE SSG, INC
C/O TRENAM KEMKER SCHARF ET AL
ATTN R MCINTYRE/L R FERNANDEZ, ESQS
PO BOX 1102
TAMPA FL 33601-1102

CREDITOR ID: 1076-07
APPLEWOOD SHOPPING CENTER
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 243093-12
BARRETT CROSSING SHOPPING CTR, LLC
C/O MIMMS ENTERPRISES
ATTN R C MIMMS/T MIMMS JR
85-A MILL STREET, SUITE 100
ROSWELL GA 30075-4910

CREDITOR ID: 410954-15
BENDERSON 85-1 TRUST & RONALD
BENDERSON 1995 TRUST
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO NY 14202

CREDITOR ID: 410927-15
BERGERON PROPERTIES & INVES CORP
C/O GARY J ROTELLA & ASSOCIATES, PA
ATTN GARY J ROTELLA, ESQ
NEW RIVER CENTER, STE 1850
200 EAST LAS OLAS BLVD
FT LAUDERDALE FL 33301-2276

CREDITOR ID: 410800-15
BIRMINGHAM REALTY COMPANY
ATTN WILLIAM MAGRUDER, CPA
27 INVERNESS CTR PARKWAY
BIRMINGHAM AL 35242

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O SIROTE & PERMUTT PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 60
ATLANTA GA 30309-7706

CREDITOR ID: 243998-12
BRIGHT-MEYERS DUBLIN ASSOCS, LP
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 244238-12
BUTLER INVESTMENT I LC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 244238-12
BUTLER INVESTMENT I LC
C/O PERRINE & WHEELER
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 2103-07
C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 410393-15
CAPSTONE ADVISORS - CARRINGTON DEV
ASSOCIATES
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410562-15
CARDINAL CAPITAL PARTNERS, INC
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410586-15
CATAMOUNT ATLANTA, LLC, ASSIGNEE
OF HELENE FUNK & PETER W MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410585-15
CATAMOUNT LS-KY, LLC, ASSIGNEE
OF H FUNK & P MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

**[Disallowed Claimants]**
**Notice of Entry of Order Disallowing Amended and**
**Superseded Claims as Set Forth in the Debtors'**
**Third Omnibus Objection (Docket No. 6053)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408297-99<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS IN 46204-2079 | CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O KAUFMAN & CANOLES<br>ATTN DENNIS T LEWANDOWSKI, ESQ<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 244836-12<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514 |
| CREDITOR ID: 406141-15<br>CENTRE STAGE LIMITED PARTNERSHIP<br>C/O BREGMAN BERBERT ET AL<br>ATTN LAURENCE H BERBERT, ESQ<br>7315 WINSCONSIN AVE, SUITE 800 WEST<br>BETHESDA MD 20814 | CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN JULIO E MENDOZA JR, ESQ<br>PO DRAWER 2426<br>COLUMBIA SC 29202 | CREDITOR ID: 1196-07<br>CHARLOTTE CITY VIEW LP DBA<br>CITY VIEW LLC<br>ATTN KATHKEEN HULL, CONTROLLER<br>PO BOX 78145<br>CHARLOTTE, NC 28271 |
| CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 2133-07<br>CHESTER DIX FLORENCE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 2137-07<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590 | CREDITOR ID: 2138-07<br>CHESTER DIX PIKEVILLE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 |
| CREDITOR ID: 399724-15<br>CITY OF UNION, SC<br>C/O JOHNSON SMITH HIBBARD ET AL<br>ATTN KRISTIN BURNETT BARBER, ESQ<br>PO DRAWER 5587<br>SPARTANBURG SC 29304-5587 | CREDITOR ID: 982-03<br>CITY OF WINTER PARK UTILITIES<br>PO BOX 1540<br>WINTER PARK FL 32790 | CREDITOR ID: 982-03<br>CITY OF WINTER PARK UTILITIES<br>C/O WINDERWEEDLE HAINES WARD ET AL<br>ATTN C BRENT MCCAGHREN, CITY ATTY<br>PO BOX 880<br>WINTER PARK FL 32790 |
| CREDITOR ID: 411401-15<br>CITY OF WINTER PARK UTILITIES DEPT<br>ATTN J E CHEEK III, CITY ATTORNEY<br>PO BOX 880<br>WINTER PARK FL 32790 | CREDITOR ID: 411074-15<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 391364-55<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN P PYSCZYNSKI/A LANCASTER, ESQS<br>711 N WASHINGTON BLVD<br>PO DRAWER 4257<br>SARASOTA FL 34230 |
| CREDITOR ID: 246594-12<br>COFFMAN COLEMAN ANDREWS & GROGAN PA<br>ATTN ERIC J HOLSHOUSER, ESQ<br>800 WEST MONROE STREET<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 411236-15<br>COLORADO BOXED BEEF CO<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 |
| CREDITOR ID: 315710-99<br>COLORADO BOXED BEEF COMPANY<br>C/O SIMPSON LAW OFFICES LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTRE, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 243204-12<br>COUNTY OF BEAUFORT TREASURER<br>ATTN H J EVANS, JR<br>PO DRAWER 487<br>BEAUFORT SC 29901-0487 |
| CREDITOR ID: 404044-15<br>COUNTY OF CLARKE, GA TAX COMM<br>ATTN NANCY B DENSON<br>PO BOX 1768<br>ATHENS GA 30603 | CREDITOR ID: 248452-12<br>COUNTY OF DOUGHERTY TAX COMMISSION<br>ATTN DENVER COLLINS-HOOTEN<br>PO BOX 1827<br>ALBANY GA 31702-1827 | CREDITOR ID: 240411-06<br>COUNTY OF DOUGLAS TAX COMMISSIONER<br>ATTN GAY GOOLSBY, DEPUTY TAX COMM<br>PO BOX 1177<br>DOUGLASVILLE GA 30133-1177 |

SERVICE LIST
**[Disallowed Claimants]**
**Notice of Entry of Order Disallowing Amended and**
**Superseded Claims as Set Forth in the Debtors'**
**Third Omnibus Objection (Docket No. 6053)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 403430-15
COUNTY OF FULTON TAX COMMISSIONER
ATTN W RESPRESS/DAMIKA MCCLINTON
141 PRYOR STREET SW, ROOM 1113
ATLANTA GA 30303

CREDITOR ID: 410747-15
COUNTY OF HAYWOOD, NC TAX COLL
C/O VANWINKLE BUCK WALL ET AL
ATTN M PINKSTON/T DIEFENBACH, ESQS
PO BOX 7376
ASHEVILLE NC 28802

CREDITOR ID: 406116-15
COUNTY OF PASCO BD OF COMMISSIONERS
C/O PASCO COUNTY ATTORNEY'S OFFICE
ATTN ANTHONY M SALZANO, ESQ
7530 LITTLE ROAD, SUITE 340
NEW PORT RICHEY FL 34654

CREDITOR ID: 264443-12
COUNTY OF WASHINGTON TAX COMM, GA
ATTN CONNIE B TAPLEY, TAX COMM
PO BOX 469
SANDERSVILLE GA 31082-0469

CREDITOR ID: 269165-14
COUNTY OF WHITFIELD TAX COMMISSION
ATTN DANNY W SANE
300 W CRAWFORD ST
DALTON GA 30755

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON, LLC
C/O MANDEL KATZ, ET AL
ATTN TARA HANNON, ESQ
THE LAW BUILDING
210 ROUTE 303
VALLEY COTTAGE NY 10989

CREDITOR ID: 247187-12
CREDIT SUISSE FIRST BOSTON, LLC
COLLATERAL ASSIGNEE OF MYSTIC, LLC
ATTN WENDY BEER
11 MADISON AVE, 5TH FLOOR
NEW YORK, NY 10010-3629

CREDITOR ID: 382485-51
CROSSMEDIA SERVICES, INC
ATTN MARY VANKOEVERING, CFO
225 N MICHIGAN AVENUE, STE 1500
CHICAGO, IL 60601

CREDITOR ID: 382485-51
CROSSMEDIA SERVICES, INC
C/O RICH MAY, PC
ATTN BOB TEDESCO, ESQ
176 FEDERAL STREET 6TH FLOOR
BOSTON MA 02110-2223

CREDITOR ID: 408206-15
CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
119 SANDWEDGE ROAD
WILKESBORO NC 28697

CREDITOR ID: 2180-99
DAY PROPERTIES LLC
C/O MCELWEE FIRM PLLC
ATTN ROBERT P LANEY, ESQ
906 MAIN STREET
NORTH WILKESBORO NC 08659

CREDITOR ID: 410901-15
DDR DOWNREIT, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 411265-15
DEL FAIR INC
C/O COHEN TODD KITE & STANFORD LLC
ATTN D RAFFERTY/M KINDT, ESQS
250 EAST FIFTH STREET, SUITE 1200
CINCINNATI OH 45202

CREDITOR ID: 411041-15
DIXIE ELEC MEMBERSHIP CORP (DEMCO)
C/O SHARP HYMEL CERNIGLIA ET AL
ATTN ROSS A DOOLEY, ESQ
15171 S HARRELL'S FERRY RD, SUITE B
BATON ROUGE LA 70816

CREDITOR ID: 2196-07
DIXIE LAND SC, LLC
C/O FORMAN HOLT & ELIADES LLC
ATTN DANIEL M ELIADES, ESQ
218 ROUTE 17 NORTH
ROCHELLE PARK NJ 07662

CREDITOR ID: 2196-07
DIXIE LAND SC, LLC
C/O PARKWAY ASSET MANAGEMENT CORP
ATTN PAUL J GINGRAS, PRESIDENT
235 MOORE STREET, SUITE 102
HACKENSACK NJ 07601

CREDITOR ID: 410911-15
DPG FIVE FORKS VILLAGE, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 417049-97
DUANE MORRIS LP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 407668-93
DURHAM PLAZA ASSOCIATES, LLC
C/O HARBOR GROUP MANAGEMENT
999 WATERSIDE DRIVE, SUITE 2300
NORFOLK VA 23501

CREDITOR ID: 407668-93
DURHAM PLAZA ASSOCIATES, LLC
C/O KAUFMAN & CANOLES
ATTN PAUL K. CAMPSEN, ESQ.
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 382008-36
EAST PENN MANUFACTURING CO INC
ATTN ROBERT A BASHORE OR C PRUITT
PO BOX 147
LYON STATION PA 19536-0147

CREDITOR ID: 1295-07
EIG GORDON VILLAGE LLC
C/O EQUITY INVESTMENT GROUP
ATTN RENEE DILLON
111 E WAYNE STREET, SUITE 500
FORT WAYNE, IN 46804

CREDITOR ID: 1295-07
EIG GORDON VILLAGE LLC
C/O KLUGER PERETZ KAPLAN & BERLINE
ATTN: BRADLEY S SHRAIBERG, ESQ
2385 NW EXECUTIVE CTR DR, STE 300
BOCA RATON FL 33431

CREDITOR ID: 410726-15
GARDEN CITY W-D, LLC
C/O ZIMMER MANAGEMENT COMPANY
111 PRINCESS STREET
PO BOX 2628
WILMINGTON NC 28402-2628

CREDITOR ID: 410726-15
GARDEN CITY W-D, LLC
ZIMMER AND ZIMMER, LLP
ATTN HERBERT J ZIMMER, ESQ
111 PRINCESS STREET
WILMINGTON NC 28401-3997

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

SERVICE LIST
[Disallowed Claimants]
Notice of Entry of Order Disallowing Amended and
Superseded Claims as Set Forth in the Debtors'
Third Omnibus Objection (Docket No. 6053)

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>NICHOLLS & CRAMPTON, PA<br>ATTN K SINK/G CRAMPTON, ESQS<br>PO BOX 18237<br>RALEIGH NC 27619 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO, NC 27533 |
| CREDITOR ID: 410985-15<br>GLIMCHER PROPERTIES LP<br>ATTN PATRICIA A POWERS, ESQ.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 250753-12<br>GOURMET EXPRESS, LLC<br>C/O PORTER ROGERS DAHLMAN & GORDON<br>ATTN KENNETH M ODOM, ESQ<br>2600 VIA FORTUNA, SUITE 130<br>AUSTIN TX 78746 | CREDITOR ID: 250753-12<br>GOURMET EXPRESS, LLC<br>ATTN KEVIN SCULLY, SR VP<br>204 N FORD STREET<br>GRIDLEY IL 61744 |
| CREDITOR ID: 315711-99<br>GREAT FISH COMPANY LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>ONE SECURITIES CENTER, STE 300<br>3490 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 411417-15<br>GREAT FISH COMPANY, LLC, THE<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O JP METZ CO, INC<br>ATTN DANIEL MELROD, GP<br>1990 M STREET NW, SUITE 650<br>WASHINGTON DC 20036 |
| CREDITOR ID: 1395-07<br>GREENVILLE GROCERY LLC<br>C/O WOMBLE CARLYLE SANDRIDGE & RICE<br>ATTN JEFFREY L TARKENTON, ESQ<br>1401 EYE STREET NW, 7TH FL<br>WASHINGTON DC 20005 | CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI, FL 33161 |
| CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>C/O BLAXBERG GRAYSON KUKOFF & SEGAL<br>ATTN IAN J KUKOFF, ESQ.<br>INGRAHAM BLDG, SUITE 730<br>25 SE 2ND AVENUE<br>MIAMI FL 33131 | CREDITOR ID: 410907-15<br>GS II BROOK HIGHLAND PLAZA, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 410905-15<br>GS II BROOK HIGHLAND, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 411410-98<br>HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 |
| CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>PO BOX 681<br>MCCOMB, MS 39648-0681 | CREDITOR ID: 411425-15<br>HULL, M & WILLIARD, C JR DBA<br>MARKETPLACE PARTNERS<br>C/O KEZIAH GATES & SAMET, LLP<br>ATTN JAN H SAMET, ESQ<br>PO BOX 2608<br>HIGH POINT NC 27261 |
| CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>ATTN T BLAND, SBSE CS INSOLVENCY<br>STOP 5730, GROUP 4, TERRITORY 5<br>400 WEST BAY STREET, SUITE 35045<br>JACKSONVILLE, FL 32202-4437 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US ATTORNEY, MDFL<br>ATTN PAUL I PEREZ, ESQ<br>300 N HOGAN STREET, SUITE 700<br>JACKSONVILLE FL 32202-4270 | CREDITOR ID: 397259-70<br>INTERNAL REVENUE SERVICE<br>C/O US DEPARTMENT OF JUSTICE<br>ATTN ALBERTO GONZALES, ATTY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530-0001 |

SERVICE LIST
[Disallowed Claimants]
Notice of Entry of Order Disallowing Amended and
Superseded Claims as Set Forth in the Debtors'
Third Omnibus Objection (Docket No. 6053)

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 402711-89
JACKSON, R WAYNE
6020 FOREST GREEN ROAD
PENSACOLA FL 32505

CREDITOR ID: 398693-78
JACKSON, R WAYNE
2171 SW 115 TERRACE
DAVIE, FL 33325

CREDITOR ID: 410848-15
KIR AUGUSTA II, LP
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 416266-15
LAFAYETTE LIFE INSURANCE COMPANY
C/O LEATHERWOOD WALKER TODD & MANN
ATTN EARLE PREVOST, ESQ
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE SC 29601

CREDITOR ID: 410566-15
LAGS VENTURES INC
C/O LTP MANAGEMENT GROUP, INC
ATTN RICHARD SIMEONE, SECRETARY
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

CREDITOR ID: 416944-15
LAGS VENTURES, INC
C/O TRIPP SCOTT
ATTN JOHN G BIANCO, III, ESQ
110 SE 6TH STREET, 15TH FLOOR
FORT LAUDERDALE FL 33301

CREDITOR ID: 410565-15
LAGS VENTURES, INC SUCESSOR TO
AUGUST URBANEK INVESTMENTS, INC
4411 CLEVELAND AVENUE
FORT MYERS FL 33901

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 254639-12
LENOIR PARTNERS LLC
545 WATERGATE COURT
ROSWELL GA 30076

CREDITOR ID: 407764-99
LENOIR PARTNERS LLC
C/O ROSEN LAW GROUP LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANATA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 416844-15
LPI WAYCROSS INC.
C/O CHAMBERLAIN HRDLICKA ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET, NINTH FLOOR
ATLANTA GA 30303

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 255262-12
MADISON STATION PROPERTIES LLC
C/O PHELPS DUNBAR LLP
ATTN DOUGLAS C NOBLE, ESQ
111 E CAPITOL STREET, SUITE 600
PO BOX 23066
JACKSON MS 39225-3066

CREDITOR ID: 255262-12
MADISON STATION PROPERTIES LLC
ATTN JOHN STRATTON II
6360 I-55 NORTH, SUITE 210
JACKSON, MS 39211

CREDITOR ID: 376019-44
MADIX INC
ATTN DAVID PAYNE, CREDIT MGR
PO BOX 729
TERRELL TX 75160

CREDITOR ID: 279243-35
MADIX STORE FIXTURES
ATTN: DAVID PAYNE/JUSTIN SAUNDERS
500 AIRPORT RD
TERRELL TX 75160

CREDITOR ID: 410948-15
MARJON SPECIALTY FOODS, INC
3508 SYDNEY ROAD
PLANT CITY FL 33567

CREDITOR ID: 410948-15
MARJON SPECIALTY FOODS, INC
C/O STICHTER RIEDEL BLAIN & PROSSER, PA
ATTN: DON M STICHTER, ESQ
110 MADISON STREET, SUITE 200
SUITE 200
TAMPA FL 33602

CREDITOR ID: 410382-15
MORRO PALMS SHOPPING CENTER, GP
C/O COOLEY GODWARD LLP
ATTN J MICHAEL KELLY, ESQ
ONE MARITIME PLAZA, 20TH FLOOR
101 CALIFORNIA STREET
SAN FRANCISCO CA 94111

CREDITOR ID: 381758-15
MSJ TRUCKING INC
C/O PARNELL & CRUM PA
ATTN BRITT BATSON GRIGGS ESQ
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 256761-12
MSJ TRUCKING INC
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 410409-15
NALLEY, G B JR & GARRETT BP JR, TTE
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 410409-15
NALLEY, G B JR & GARRETT BP JR, TTE
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 405958-15
NEBRASKA BEEF, LTD
ATTN: WILLIAM HUGHES
4501 S 36TH STREET
OMAHA NE 68107

SERVICE LIST
**[Disallowed Claimants]**
Notice of Entry of Order Disallowing Amended and
Superseded Claims as Set Forth in the Debtors'
Third Omnibus Objection (Docket No. 6053)

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 405958-15
NEBRASKA BEEF, LTD
C/O LAMSON DUGAN & MURRAY, LLP
ATTN FRANK M SCHEPERS, ESQ
10300 REGENCY PARKWAY DRIVE
OMAHA NE 68114

CREDITOR ID: 408427-15
NESTLE PURINA PETCARE COMPANY
C/O NESTLE USA
ATTN NANCY REYNOSO
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 411078-15
NEW PLAN EXCEL REALTY TRUST INC TA
ROANOKE LANDING, WILLIAMSTON, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411015-15
NEW PLAN EXCEL REALTY TRUST INC TA
MIDWAY VILLAGE SHOPPING CENTER
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410994-15
NEW PLAN EXCEL REALTY TRUST INC TA
HABERSHAM VILLAGE, CORNELIA, GA
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 411075-15
NEW PLAN EXCEL REALTY TRUST INC TA
CLINTON CROSSING, CLINTON MS
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L. POLLACK
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 416274-15
NKC PROPERTIES
C/O FORD BOWLUS DUSS ET AL
ATTN M BOWLUS & K SCHNAUSS, ESQS
10110 SAN JOSE BLVD
JACKSONVILLE FL 32257

CREDITOR ID: 410421-15
NORFAM, LLC, SUCCESSOR
CAROLINA DEVELOPMENT CO
C/O KENNEDY COVINGTON, ET AL #300
ATTN MARGARET R WESTBROOK, ESQ
4350 LASSITER AT NORTH HILLS AVE
RALEIGH NC 27609

CREDITOR ID: 1669-07
OAKWOOD VILLAGE ASSOCIATES
C/O BRONZE CENTERS
1853 E PIEDMONT ROAD, SUITE 300
MARIETTA GA 30066

CREDITOR ID: 1669-07
OAKWOOD VILLAGE ASSOCIATES
C/O ROSEN LAW GROUP, LLC
ATTN MITCHELL S ROSEN, ESQ.
950 E PACES FERRY ROAD, SUITE 3250
ATLANTA GA 30326

CREDITOR ID: 408348-15
PARK PLAZA, LLC
C/O RICHARDSON PLOWDEN ET AL
ATTN S NELSON WESTON, JR, ESQ
PO BOX 7788
COLUMBIA SC 29202

CREDITOR ID: 410887-15
PASCAGOULA PROPERTIES, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 258375-12
PERIMETER PLACE ASSOCIATES
C/O COTTINGHAM & PORTER, PC
ATTN WILLIAM L THOMPSON, ESQ
319 EAST ASHLEY STREET
DOUGLAS GA 31533-3810

CREDITOR ID: 258375-12
PERIMETER PLACE ASSOCIATES
ATTN FRANCIS LOTT, PRESIDENT
1201 NORTH PETERSON AVENUE
DOUGLAS GA 31533-0269

CREDITOR ID: 2478-07
PICKENS NALLEY, LP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2478-07
PICKENS NALLEY, LP
GARRET PICKENS PARTNERSHIP, LP
PO BOX 1929
EASLEY SC 29641

CREDITOR ID: 410937-15
PLUNKETT, ESTATE OF HC
C/O ANGELA HEALY
PO BOX 13492
JACKSON MS 39236-3492

CREDITOR ID: 410937-15
PLUNKETT, ESTATE OF HC
C/O BUTLER SNOW O'MARA ET AL
ATTN STEPHEN W ROSENBLATT, ESQ
210 E CAPITAL STREET, 17TH FLOOR
PO BOX 22567
JACKSON MS 39225-2567

CREDITOR ID: 1722-07
POTTER SQUARE ASSOCIATES
C/O FOLTZ MARTIN, LLC
ATTN MITCHELL S ROSEN, ESQ
FIVE PIEDMONT CENTER, SUITE 750
ATLANTA GA 30305

CREDITOR ID: 1722-07
POTTER SQUARE ASSOCIATES
C/O PROPERTY CONCEPTS
545 WATERGATE COURT
ROSWELL, GA 30076-3239

CREDITOR ID: 407763-99
POTTER SQUARE ASSOCIATES
C/O ROSEN LAW GROUP LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANTA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
4200 ONE LIBERTY PLACE
PHILADELPHIA PA 19103-7396

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 410449-15
PROMOTIONS UNLIMITED, CORP
C/O SONNENSCHEIN NATH & ROSENTHAL
ATTN ROBERT E RICHARDS, ESQ
8000 SEARS TOWER
CHICAGO IL 60606

CREDITOR ID: 408335-15
RELIANCE INSURANCE CO
C/O OBERMAYER, REBMANN, ET AL
ATTN L J TABAS & D M RICHARDS, ESQS
ONE PENN CENTER
1617 JFK BLVD, 19TH FLOOR
PHILADELPHIA PA 19103

SERVICE LIST
[Disallowed Claimants]
Notice of Entry of Order Disallowing Amended and
Superseded Claims as Set Forth in the Debtors'
Third Omnibus Objection (Docket No. 6053)

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 411398-97
RIVERDALE FARMS
ATTN: L. BALTAZAR, PRES
1401 NW 84 AVE
MIAMI FL 33126

CREDITOR ID: 279416-99
RIVERDALE FARMS INC
C/O PORZIO BROMBERG & NEWMAN PC
ATTN: W MARTIN JR/B MOORE
100 SOUTHGATE PKWY
PO BOX 1997
MORRISTOWN NJ 07962

CREDITOR ID: 279416-99
RIVERDALE FARMS INC
C/O BROAD AND CASSEL
ATTN C CRAIG ELLER, ESQ
ONE NORTH CLEMATIS ST, STE 500
WEST PALM BEACH FL 33401

CREDITOR ID: 264608-12
SAUPE, WENDY D
1552 COUNTY ROAD, APT 400 E
CHAMPAIGN IL 61822

CREDITOR ID: 260495-12
SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON, ESQ
FOUR SEAGATE, NINTH FLOOR
TOLEDO  OH 43604

CREDITOR ID: 260495-12
SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL, LLC
C/O LOOPER REED & MCGRAW, PC
ATTN THOMAS H KEEN, ESQ.
1601 ELM STREET
4100 THANKSGIVING TOWER
DALLAS TX 75201

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL, LLC
C/O LOOPER REED & MCGRAW, PC
ATTN J CARY GRAY, ESQ.
1300 POST OAK BLVD, STE 2000
HOUSTON, TX 77056

CREDITOR ID: 410589-15
SFP, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 408217-15
SINGER, HERBERT
C/O PLATZER SWERGOLD KARLIN, ET AL
ATTN SHERRI D LYDELL, ESQ
1065 AVE OF THE AMERICAS, 18TH FL
NEW YORK NY 10018

CREDITOR ID: 406107-15
STATE OF INDIANA REV DEPT
C/O OFFICE OF ATTORNEY GENERAL
ATTN: BRIAN D SALWOWSKI
INDIANA GOVERNMENT CTR SO, FIFTH FL
402 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204-2770

CREDITOR ID: 406107-15
STATE OF INDIANA REV DEPT
ATTN CAROL LUSHELL, TAX ANALYST
BANKRUPTCY SECTION, ROOM N-203
100 NORTH SENATE AVENUE
INDIANAPOLIS IN 46204

CREDITOR ID: 381921-15
STATE OF TENNESSEE REV DEPT
C/O ATTORNEY GENERAL
ATTN WILBUR E HOOKS JR
PO BOX 20207
NASHVILLE TN 37202-0207

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
1142 REYNOLDS AVENUE
GREENWOOD, SC 29649

CREDITOR ID: 417082-97
STRIKE FORCE III LLC
ATTN: ANTONIA PASTERMACK, MGR
380 S COURTENAY PARKWAY
MERRITT ISLAND FL 32952

CREDITOR ID: 406026-15
SUNSTATE EQUITIES, INC
C/O SMITH DEBNAM NARRON ET AL
ATTN BYRON L SAINTSING, ESQ
PO BOX 26268
RALEIGH NC 27611-6268

CREDITOR ID: 410544-15
TAPPAN PROPERTIES, LP
ATTN CHARLES S TAPPAN, PRESIDENT
1150 W 8TH STREET, SUITE 255
CINCINNATI OH 45203

CREDITOR ID: 382090-36
TEMPLE INLAND
ATTN CLAUDIA TYNES OR D MOHR
1300 S MOPAC EXPRESSWAY
AUSTIN TX 78746

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O JOHN H EVANS, PA
ATTN JOHN H EVANS, ESQ
1702 S WASHINGTON AVENUE
TITUSVILLE FL 32780

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O PRIME SITE REALTY, INC
ATTN AL MATRONI
PO BOX 97
COCOA FL 32923-0097

CREDITOR ID: 2624-07
THREE MEADOWS PLAZA PARTNERSHIP
C/O EDWARD VAN GUNTEN & CO, LPA
ATTN EDWARD A VAN GUNTEN, ESQ
6545 W CENRAL AVENUE, SUITE 209
TOLEDO OH 43617-1034

CREDITOR ID: 417083-97
THREE MEADOWS PLAZA PARTNERSHIP
ATTN: ALAN R MATRONI, GEN PARTNER
402 HIGH POINT DRIVE
COCA FL 32926

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
C/O JONES SPITZ MOORHEAD ET AL
ATTN CAROLYN G BAIRD, ESQ.
415 NORTH MAIN STREET (29621)
PO BOX 987
ANDERSON SC 29622-0987

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
29 PELZER AVE
WILLIAMSTON, SC 29697-1023

SERVICE LIST
**[Disallowed Claimants]**
**Notice of Entry of Order Disallowing Amended and**
**Superseded Claims as Set Forth in the Debtors'**
**Third Omnibus Objection (Docket No. 6053)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 279159-33
UNARCO INDUSTRIES, INC
C/O FAGELHABER LLC
ATTN CLINTON P HANSEN, ESQ
55 EAST MONROE STREET, 40TH FLR
CHICAGO IL 60603

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 410417-15
WACHOVIA BANK, TRUSTEE
UNDER LUCY BUXTON AGREEMENT
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT JR, ESQ
PO BOX 11889
COLUMBIA SC 29211

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
ATTN LAWENCE A WATKINS, PRES
751 CHAMPAGNE ROAD
INCLINE VILLAGE NV 89451

CREDITOR ID: 2660-07
WATKINS INVESTMENTS, LP
C/O SHAW GUSSIS FISHMAN ET AL
ATTN BRIAN SHAW & ALLEN GUON, ESQS
321 N CLARK STREET, SUITE 800
CHICAGO IL 60610

CREDITOR ID: 264539-12
WBFV INC
C/O NEARI & ASSOCIATES
ATTN PHILIP G NEARI, PRES
PO BOX 20983
WINSTON SALEM, NC 27120-0983

CREDITOR ID: 411429-15
WBFV, INC
C/O KENNEDY COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410760-15
WD HILLARD, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVE
PITTSBURGH PA 15206

CREDITOR ID: 415957-15
WEST RIDGE, LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN MARK A KELLEY, ESQ.
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 407489-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-POWDER SPRINGS WD DE BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN: THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 407473-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-JONESBORO WD DE BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, SUITE 2300
CHICAGO IL 60602

**Total:   202**

SERVICE LIST

EXHIBIT B
WITHDRAWN CLAIMANTS

SERVICE LIST
**[Withdrawn Claimants]**
**Notice of Entry of Order Disallowing Amended and**
**Superseded Claims as Set Forth in the Debtors'**
**Third Omnibus Objection (Docket No. 6053)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>C/O RGS PROPERTIES INC<br>ATTN: DICK SCHMALZ<br>6 OFFICE PARK CIRCLE, STE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 411096-15<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>2595 ATLANTA HIGHWAY<br>ATHENS, GA 30606-1232 |
| CREDITOR ID: 1442-07<br>HOMEWOOD ASSOCIATES INC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 253046-12<br>JESUP VICTORY, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 257138-12<br>NEW IBERIA INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904 |
| CREDITOR ID: 257929-12<br>PALISADES INVESTORS LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 257929-12<br>PALISADES INVESTORS LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 | CREDITOR ID: 264151-12<br>VICTORY VIDALIA LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 264151-12<br>VICTORY VIDALIA LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904 | CREDITOR ID: 405930-99<br>WTH, II, LLC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 405930-99<br>WTH, II, LLC<br>2405 WEST BROAD ST, STE 200<br>ATHENS GA 30606 |

**Total:   15**

EXHIBIT C
NOTICE TO DISALLOWED CLAIMANTS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF ENTRY OF ORDER DISALLOWING AMENDED AND**
**SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS'**
**THIRD OMNIBUS CLAIMS OBJECTION (DOCKET NO. 6053)**

| CLAIM(S) DISALLOWED PURSUANT TO ORDER | REMAINING CLAIM |
|---|---|
| Claim No.:<br>Claim Amount:<br>Asserted Debtor:<br><br>Reason For Disallowance: | Claim No.:<br>Claim Amount:<br>Asserted Debtor: |

PLEASE TAKE NOTICE that after a hearing held on February 23, 2006, the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") entered its Order Disallowing Amended and Superseded Claims as Set Forth in the Debtors' Third Omnibus Claims Objection (Docket No. 6053) (the "Order"). You previously received a notice of the Third Omnibus Objection to Amended and Superseded Claims (Docket No. 5307) filed by Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") on January 24, 2006. Pursuant to the Order, your claim listed above under CLAIM(S) DISALLOWED PURSUANT TO ORDER was disallowed. The REMAINING CLAIM listed above is not affected by the Order.

PLEASE TAKE FURTHER NOTICE that you can access a copy of the Order without charge from the Debtors' claims agent's website at www.loganandco.com. Click on "Case Information", then "Winn-Dixie Stores, Inc." Click on the tab labeled "Notices and Pleadings" and you will be able to view the Order. If you do not have access to a computer, you may request a copy of the Order by calling 973-509-3190.

Dated: February 28, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By  */s/ D.J. Baker* | By  */s/ James H. Post* |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT D
NOTICE TO WITHDRAWN CLAIMANTS

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF ENTRY OF ORDER DISALLOWING AMENDED AND SUPERSEDED CLAIMS AS SET FORTH IN THE DEBTORS' THIRD OMNIBUS CLAIMS OBJECTION (DOCKET NO. 6053)

PLEASE TAKE NOTICE that after a hearing held on February 23, 2006, the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") entered its Order Disallowing Amended and Superseded Claims as Set Forth in the Debtors' Third Omnibus Claims Objection (Docket No. 6053) (the "Order").  You previously received a notice of the Third Omnibus Objection to Amended and Superseded Claims (Docket No. 5307) filed by Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates (collectively, the "Debtors") on January 24, 2006.

PLEASE TAKE FURTHER NOTICE that you can access a copy of the Order without charge from the Debtors' claims agent's website at www.loganandco.com.  Click on "Case Information", then "Winn-Dixie Stores, Inc."  Click on the tab labeled "Notices and Pleadings" and you will be able to view the Order.  If you do not have access to a computer, you may request a copy of the Order by calling 973-509-3190.

Dated:  February 28, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By     */s/ D.J. Baker*           | By     */s/ James H. Post*           |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.