**UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 3, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: March 3, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

# SERVICE LIST
Page 1 of 1

**Notice of Transfer of Claim Other Than For Security**
**Related to Dkt Nos. 4586, 5492, 5879, 5896 and 6015**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 | CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 408212-15<br>COMERICA BANK<br>C/O WINSTEAD, SECHREST & MINICK, PC<br>ATTN J M TUCKER OR J MYERS, ESQS<br>1201 ELM STREET, SUITE 5400<br>DALLAS TX 75270-2199 |
| CREDITOR ID: 411410-98<br>HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 416256-15<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 | CREDITOR ID: 255878-12<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 |
| CREDITOR ID: 411398-97<br>RIVERDALE FARMS<br>ATTN: L. BALTAZAR, PRES<br>1401 NW 84 AVE<br>MIAMI FL 33126 | CREDITOR ID: 279416-99<br>RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ 07962 | CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 |

         Total:   15

# EXHIBIT B

Case 3:05-bk-03817-JAF    Doc 6287    Filed 03/03/06    Page 4 of 13

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

                                                Docket No.: 5896

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| COMERICA BANK    ID: 408212 | CADLEROCK LLC    ID: 417419 |
|---|---|
| Name of Transferor | Name of Transferee |
| COMERICA BANK<br>C/O WINSTEAD, SECHREST & MINICK, PC<br>ATTN J M TUCKER OR J MYERS, ESQS<br>1201 ELM STREET, SUITE 5400<br>DALLAS TX 75270-2199 | CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 |
| Phone: 214 745 5400 | Phone: 330 872 0918 |

Claim No.: 6420                                 Full Transfer:  (X)     Partial Transfer:

Date Claim Filed: 07/15/2005                    Amount: $554,449.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  March 3, 2006.

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1

                                                     Docket No.: 5492

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LIQUIDITY SOLUTIONS, INC, ASSIGNEE    ID: 404023          LIQUIDITY SOLUTIONS, INC    ID: 399393

Name of Transferor                                        Name of Transferee

LIQUIDITY SOLUTIONS, INC, ASSIGNEE                        LIQUIDITY SOLUTIONS, INC
SCOTLAND MALL, INC                                        DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS                                       ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA, SUITE 312                           ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601                                       HACKENSACK NJ 07601

Phone: 201 968 0001                                       Phone: 2019680001

SCOTLAND MALL, INC
ATTN: CLAUDE SMITH SR, PRES.
TRI CITIES SHOPPING CENTER
ROCKINGHAM NC 28379

Phone: 910 997 2544 ext 3
ID:  417421

Claim No.: 1933                                           Full Transfer:  (X)        Partial Transfer:
Date Claim Filed: 05/17/2005                              Amount: $452,731.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  March 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 6015

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCDONOUGH MARKETPLACE PARTNERS    ID: 1583
Name of Transferor

LIQUIDITY SOLUTIONS INC    ID: 417080
Name of Transferee

MCDONOUGH MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN ELIZABETH DEAN, VP
PO BOX 1149
MONTGOMERY AL 36101-1149

LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

Phone: 334 264 1151

Phone: 201 968 0001

MCDONOUGH MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN: RANDY ROARK, PRES.
1819 5TH AVENUE NORTH
BIRMINGHAM AL 35203

Phone:
ID: 417423

Claim No.: 10825    Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 08/01/2005    Amount: $53,457.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.        Case No.: 05-03817-3F1

Docket No.: 6015

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MCDONOUGH MARKETPLACE PARTNERS    ID: 255878 | LIQUIDITY SOLUTIONS INC    ID: 417080 |
| Name of Transferor | Name of Transferee |
| MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| Phone: 334 264 1151 | Phone: 201 968 0001 |
| MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | |
| Phone:<br>ID: 417423 | |

Claim No.: 10826                                    Full Transfer:   (X)        Partial Transfer:
Date Claim Filed: 08/01/2005                        Amount: $53,457.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 6015

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MCDONOUGH MARKETPLACE PARTNERS    ID: 416256 | LIQUIDITY SOLUTIONS INC    ID: 417080 |
| Name of Transferor | Name of Transferee |
| MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| Phone: 205 244 5260 | Phone: 201 968 0001 |

MCDONOUGH MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN: RANDY ROARK, PRES.
1819 5TH AVENUE NORTH
BIRMINGHAM AL 35203

Phone:
ID:  417423

Claim No.: 12148                                                      Full Transfer:    (X)       Partial Transfer:
Date Claim Filed: 10/21/2005                                Amount: $521,253.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  March 3, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 6015

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCDONOUGH MARKETPLACE PARTNERS    ID: 416256　　　LIQUIDITY SOLUTIONS INC    ID: 417080

Name of Transferor　　　　　　　　　　　　　　　　　　Name of Transferee

MCDONOUGH MARKETPLACE PARTNERS　　　　　　　　LIQUIDITY SOLUTIONS INC
C/O WALSTON WELLS & BIRCHALL, LLP　　　　　　　　DEFINED BENEFIT
ATTN EDWARD J ASHTON, ESQ.　　　　　　　　　　　ATTN JEFFREY CARESS
1819 5TH AVENUE NORTH, SUITE 1100　　　　　　　　ONE UNIVERSITY PLAZA SUITE 312
BIRMINGHAM AL 35203　　　　　　　　　　　　　　　HACKENSACK NJ 07601

Phone: 205 244 5260　　　　　　　　　　　　　　　　Phone: 201 968 0001

MCDONOUGH MARKETPLACE PARTNERS
C/O HELMS ROARK INC, AGENT
ATTN: RANDY ROARK, PRES.
1819 5TH AVENUE NORTH
BIRMINGHAM AL 35203

Phone:
ID: 417423

Claim No.: 12149　　　　　　　　　　　　　　　　　　Full Transfer:　(X)　　Partial Transfer:
Date Claim Filed: 10/21/2005　　　　　　　　　　　　　Amount: $521,253.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
Docket No.: 5879

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RIVERDALE FARMS INC     ID: 279416<br>Original Name of Claimant/Transferor | HAIN CAPITAL GROUP LLC     ID: 411410<br>Current Transferee |
| RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ  07962<br><br>Phone: 973-538-4006 | HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ   07070<br><br>Phone: 201-896-6100 |

RIVERDALE FARMS INC     ID: 411398
Additional Notice Party

RIVERDALE FARMS INC
ATTN: L. BALTAZAR, PRES
1401 NW 84 AVE
MIAMI FL  33126

Claim No.: 11821                Full Transfer:          Partial Transfer: ☒
Date Claim Filed: 9/16/2005     Amount: $1,328,207.17

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006                     /s/ Logan & Company, Inc.
                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 3, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 5879

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RIVERDALE FARMS INC　　ID: 279416　　　　　　　HAIN CAPITAL OPPORTUNITIES LLC　　ID: 411409
Original Name of Claimant/Transferor　　　　　　　Current Transferee

RIVERDALE FARMS INC　　　　　　　　　　　　　HAIN CAPITAL OPPORTUNITIES LLC
C/O PORZIO BROMBERG & NEWMAN PC　　　　　　ATTN GANNA LIBERCHUK
ATTN: W MARTIN JR/B MOORE　　　　　　　　　　301 ROUTE 17 6TH FLOOR
100 SOUTHGATE PKWY　　　　　　　　　　　　　RUTHERFORD NJ  07070
PO BOX 1997
MORRISTOWN NJ  07962　　　　　　　　　　　　　Phone: 201-896-6100

Phone: 973-538-4006


RIVERDALE FARMS INC　　ID: 411398　　　　　　　HAIN CAPITAL GROUP LLC　　ID: 411410
Additional Notice Party　　　　　　　　　　　　　Prior Transferee

RIVERDALE FARMS INC　　　　　　　　　　　　　HAIN CAPITAL GROUP LLC
ATTN: L. BALTAZAR, PRES　　　　　　　　　　　　ATTN GANNA LIBERCHUK
1401 NW 84 AVE　　　　　　　　　　　　　　　　301 ROUTE 17 6TH FLOOR
MIAMI FL  33126　　　　　　　　　　　　　　　　RUTHERFORD NJ  07070

　　　　　　　　　　　　　　　　　　　　　　　　Phone: 201-896-6100


Claim No.: 11821　　　　　　　　　　　　　Full Transfer:　　　Partial Transfer: ☒
Date Claim Filed: 9/16/2005　　　　　　　　Amount: $398,462.15

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006　　　　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 3, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                                       Case No.: 05-03817-3F1
                                                                              Docket No.: 4586

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RIVERDALE FARMS INC     ID: 279416<br>Original Name of Claimant/Transferor | COHANZICK CREDIT OP MASTER FUND LTD     ID: 417061<br>Current Transferee |
| RIVERDALE FARMS INC<br>C/O PORZIO BROMBERG & NEWMAN PC<br>ATTN: W MARTIN JR/B MOORE<br>100 SOUTHGATE PKWY<br>PO BOX 1997<br>MORRISTOWN NJ  07962<br><br>Phone: 973-538-4006 | COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD ROAD, STE 260<br>PLEASANTVILLE NY  10570<br><br>Phone: 914-741-9600 |
| RIVERDALE FARMS INC     ID: 411398<br>Additional Notice Party | HAIN CAPITAL GROUP LLC     ID: 411410<br>Prior Transferee |
| RIVERDALE FARMS INC<br>ATTN: L. BALTAZAR, PRES<br>1401 NW 84 AVE<br>MIAMI FL  33126 | HAIN CAPITAL GROUP LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ   07070<br><br>Phone: 201-896-6100 |

Claim No.: 11821                                      Full Transfer:           Partial Transfer: ☒
Date Claim Filed: 9/16/2005                           Amount: $929,745.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/03/2006                                                                 /s/ Logan & Company, Inc.
                                                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 3, 2006.