UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

AGREED ORDER ON NATIONAL IN STORE
MARKETING, LLC'S MOTION TO ALLOW CLAIM AS
AMENDED CLAIM OR TO ALLOW LATE FILED CLAIM

These cases are before the Court upon National In Store Marketing, LLC's Motion to Allow Claim as Amended Claim or to Allow Late Filed Claim (Docket No. 4316) (the "Motion"). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 20 days of the date of service, and (ii) no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in part and denied in part as set forth herein.

2. Claim No. 12441 filed by National In Store Marketing is allowed as an unsecured non-priority claim in the amount of $346,482 against Winn-Dixie Stores, Inc. in Case No. 05-03817-3F1 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases. The balance of Claim No. 12441 is disallowed.

3.   Claim No. 12551 is stricken.

4.   This Order resolves (i) all liabilities and obligations related to Claim Nos. 12441 and 12551 and (ii) all other pre-petition claims National In Store Marketing has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged and released.

5.   The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __2__ day of __March__, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Leyza F. Blanco, Esq.
John Macdonald, Esq.
James H. Post, Esq.

## Consent

The undersigned parties consent to the entry of the foregoing Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | KATZ BARRON SQUITERO FAUST |
| By  *s/James H. Post*  <br>    James H. Post | By  *s/Leyza F. Blanco* *  <br>    Leyza F. Blanco |
| Florida Bar Number 175460 <br> 225 Water Street <br> Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | Florida Bar Number 104639 <br> 2699 South Bayshore Dr. <br> Seventh Floor <br> Miami, Florida  33133 <br> (305) 856-2444 <br> (305) 285-9227 (facsimile) |
| Attorneys for the Debtors | Attorneys for National In Store Marketing |

* Counsel has authorized the use of her electronic signature.

0051923219232

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Mar 03, 2006
Case: 05-03817               Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Mar 05, 2006.
aty          +Leyza F Blanco,   Katz Barron Squitero Faust,   2699 South Bayshore Drive,   Seventh Floor,
               Miami, FL 33133-5408
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2006**                        **Signature:**  _Joseph Speetjens_