United States Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

March 3, 2006

Mr. Donald Carl Rupprecht
1410 S. Fernandez
Arlington Hts, IL 60005

In re:      Winn-Dixie Stores, Inc.
Case no.    05-bk-3817-3F1

Dear Mr. Rupprecht,

Your request for a list of hearing dates and times as well as the attorneys present and location in the Winn-Dixie Stores, Inc. case has been received by the court.

This information can be accessed on the internet at the claims agent's website, www.loganandco.com. The docket for this case is downloaded on a regular basis and it can be searched for any Notice of Hearing, Motion, Objection, etc.

Thank you,

Susan Carter
Case Manager

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Mar 02, 2006
Case: 05-03817                Form ID: pdfdoc        Total Served: 1
```

The following entities were served by first class mail on Mar 04, 2006.
         +Donald Carl Rupprecht,   1410 S. Fernandez,   Arlington Hts, IL 60005-3546

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Donald Carl Rupprecht
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2006**                    **Signature:**    _Joseph Speetjens_