UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTION TO DEBTOR'S MOTION FOR FOURTH EXTENSION OF TIME

This case came on for consideration upon the Court's own motion. On March 2, 2006, Donald E. Theriot filed a Request for Extension of Time to File Objection to Debtor's Motion for Fourth Extension of Time within which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property on behalf of Marketown Investors, Inc. using a login and password belonging to Regina Wedig. Pursuant to Local Rule 9011-4( c), it shall not be permissible for an attorney to use another attorney's password to file a pleading. It is

**ORDERED:**

The Request for Extension of Time to File Objection to Debtor's Motion for Fourth Extension of Time within which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Donald E. Theriot on behalf of Marketown Investors, Inc. is stricken from the record.

DATED March 3, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Donald E. Theriot, 1944 First Street, Slidell, LA 70458
D.J. Baker, Attorney for Debtors, Four Times Square, New York, NY 10036
Cynthia Jackson, Attorney for Debtors, 225 Water Street, Suite 1800, Jacksonville, FL 32202