UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FILED BY JENNIS & BOWEN, P.L.

These cases came before the Court upon Motion for Withdrawal as Counsel of Record for the Official Committee of Equity Security Holders filed by Jennis, Bowen & Brundage, P.L. f/k/a Jennis & Bowen, P.L. ("Jennis & Bowen, P.L."). On February 21, 2005 the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On August 17, 2005 the United States Trustee (the "U.S. Trustee") pursuant to 11 U.S.C. § 1102(a)(1) appointed an equity committee (the "Equity Committee") in these cases. On or about December 1, 2005 the Court entered Order Granting Application to Employ Jennis & Bowen, P.L. as Local Counsel Nunc Pro Tunc for the [Equity Committee]. On January 11, 2006 the U.S. Trustee filed a notice disbanding the Equity Committee. Jennis & Bowen, P.L. contends that its services are no longer needed because the members of the Equity Committee have determined not to proceed as an ad hoc committee but to participate in the bankruptcy proceedings as individual equity holders. It is

**ORDERED:**

1. Motion for Withdrawal as Counsel of Record for the Official Committee of Equity Security Holders filed by Jennis & Bowen, P.L. is granted.

2. Jennis & Bowen, P.L. is permitted to pursue payment of its fees and expenses incurred in its representation of the Official Committee of Equity Security Holders up to and including January 11, 2006.

**DATED** this 6 day of March, 2006 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge