**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

### ORDER GRANTING MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FILED BY PAUL, HASTINGS, JANOFSKY & WALKER, LLP

These cases came before the Court upon Motion for Withdrawal as Counsel of Record for the Official Committee of Equity Security Holders filed by Paul, Hastings, Janofsky & Walker, LLP. On February 21, 2005 the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On August 17, 2005 the United States Trustee (the "U.S. Trustee") pursuant to 11 U.S.C. § 1102(a)(1) appointed an equity committee (the "Equity Committee") in these cases. On or about December 1, 2005 the Court entered Order Pursuant to Section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Nunc Pro Tunc Employment and Retention of Paul, Hastings, Janofsky & Walker LLP as Legal Counsel for the [Equity Committee]. On January 11, 2006 the U.S. Trustee filed a notice disbanding the Equity Committee. Paul, Hastings, Janofsky & Walker LLP contends that its services are no longer needed because the members of the Equity Committee have determined not to proceed as an ad hoc committee but to participate in the bankruptcy proceedings as individual equity holders. It is

**ORDERED:**

1. Motion for Withdrawal as Counsel of Record for the Official Committee of Equity Security Holders filed by Paul, Hastings, Janofsky & Walker, LLP is granted.

2. Paul, Hastings, Janofsky & Walker, LLP is permitted to pursue payment of its fees and expenses incurred in its representation of the Official Committee of Equity Security Holders up to and including January 11, 2006.

**DATED** this 6 day of March, 2006 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge