**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | **NUMBER** |
| **WINN-DIXIE STORES, INC. ET AL** | **05-03817-3F1** |
| **DEBTOR** | **CHAPTER 11** |
| | **Jointly Administered** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now Marketown Investors, Inc, by and through undersigned counsel, and makes its appearance in this case as a creditor of the Debtor and requests that written notice be given to counsel of all hearings in this case, whether on motions or the merits and of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof and of the filing of all motions, notices, claims or other documents into the record of this case.

Respectfully submitted,

/s/Donald E. Theriot
Donald E. Theriot, LSB 2722
Regina S. Wedig, LSB 16466
1944 First Street
Slidell, La. 70458
(504) 610-5328 or (504) 810-9400
fax: (985) 643-1886
detheriot@cableone.net
rswedig@i-55.com
Counsel for Marketown Investors, Inc.