**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN THE MATTER OF                                          NUMBER

WINN-DIXIE STORES, INC. ET AL                 05-03817-3F1
DEBTOR                                                       CHAPTER 11
                                                                 Jointly Administered

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing document, Request for Notice on behalf Marketown Investors, Inc. has been served upon counsel of record for the Debtor, and as noted below, and the U.S. Trustee by electronic mail and/or depositing a copy of same in the United States mail, postage prepaid and properly addressed, this March 3, 2006.

```
DJ Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith, Hulsey & Bsuey
225 Water St., Ste. 1800
Jacksonville, Fa. 32202
cjackson@smithhulsey.com
```

/s/ Donald E. Theriot

Donald E. Theriot