**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | **NUMBER** |
| **WINN-DIXIE STORES, INC. ET AL** | **05-03817-3F1** |
| **DEBTOR** | **CHAPTER 11** |
| | **Jointly Administered** |

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document, Request for Extension of Time or Alternatively, Objection on behalf Marketown Investors, Inc. has been served upon counsel of record for the Debtor, and as noted below, and the U.S. Trustee by electronic mail and/or depositing a copy of same in the United States mail, postage prepaid and properly addressed, this March 3, 2006.

   **DJ Baker**
   **Skadden, Arps, Slate, Meagher & Flom, LLP**
   **Four Times Square**
   **New York NY 10036**
   **djbaker@skadden.com**

   **Cynthia C. Jackson**
   **Smith, Hulsey & Bsuey**
   **225 Water St., Ste. 1800**
   **Jacksonville, Fa. 32202**
   **cjackson@smithhulsey.com**

                /s/ Donald E. Theriot

                Donald E. Theriot