Feb. 28, 2006

Anthony G. Ripepi - Creditor
   vs
Winn - Dixie Stores

Case # 05-03817-3F1
Claim # 1889

FILED
JACKSONVILLE, FLORIDA
MAR 03 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Clerk of the Court
U.S. Courthouse
300 N. Hogan St.
Suite 3-350
Jacksonville, Fl. 32202

To Whom It May Concern:

I hereby object to the Disallowance or Reclassification of my case against Winn-Dixie Stores. No attempt has been made under their program DKT No. 432 to pay me what they owe me either through their

-2-

Self-Insured program or their Insurance Carrier. Also, no attempt has been made by their Disability Carrier or anyone else in the Winn-Dixie organization to settle my claim against them in the amount of $402,647.$^{17}$/xx.

Further, Winn-Dixie has made it abundantly clear to me that they will not in any way try to settle this matter with me.

Anthony Q. Ripepi

cc: Skadden, Arps, Slate, Meagher & Flom, LLP
Att: D.J. Baker
Four Times Sq.
N.Y., N.Y 10036
Facsimile # 917-777-2150

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                       )   Case No. 05-03817-3F1
                                             )
WINN-DIXIE STORES, INC., et al.,             )   Chapter 11
                                             )
Debtors.[1]                                  )   Jointly Administered
                                             )

## NOTICE OF DEBTORS' FIFTH OMNIBUS OBJECTION TO (A) WORKERS' COMPENSATION CLAIMS AND (B) MISCLASSIFIED CLAIMS

Creditor- WDX-200022-5A-00
RIPEPI, ANTHONY G
PO BOX 545895
SURFSIDE FL 33154

| CLAIM(S) TO BE DISALLOWED ||
|---|---|
| Claim No.: 1889<br>Claim Amount: $402,647.17<br>Claim Priority Status: MULTIPLE CLASSES | Modified Priority Status: UNSECURED NON-PRIORITY<br>Reason For Disallowance/Reclassification:<br>Debtor is paying its ongoing self-insured workers' compensation obligations pursuant to order authorizing continuation of insurance and workers' compensation programs (DKT No. 432) and/or claim will be paid by debtor's insurance carrier. Also, misclassified claim. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 21, 2006 their Fifth Omnibus Objection to (A) Workers' Compensation Claims and (B) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above, without prejudice to payment under the Debtors' workers' compensation programs, as authorized by the Order Granting Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs (Docket No. 432). In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to an unsecured non-priority claim.

3. If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.