# MARY KAY®

America's
Best-Selling Brand



JOYCE ANN RUPPRECHT
Independent Beauty Consultant

1410 South Fernandez
Arlington Heights, IL 60005
(847) 259-2804



**Donald Carl Rupprecht**

1410 S. Fernandez
Arlington Hts., IL 60005          847-259-2804

2-28-06

IF MY STOCK BECOMES "0"

YOU ARE IN THE FIGHT OF YOUR LIFE.

1 - FLO & DANO DAVIS

~~GAVE~~ 20 MILLION UNIVERSITY/JACKSONVILLE

2 - ~~MARY KAY~~ ON AN OFF N.Y.S.E.

3 - ~~40 MILLION~~ SHARES "DAVIS"

Don Rupprecht

Donald C. Rupprecht