
Mr. & Mrs. Eugene J. Yung
75 Cedar Heights Lane Unit 4-A
Camdenton, Missouri 65020

March 01, 2006

Jacksonville Division of the
US Middle District of Florida
Federal Bankruptcy Court
case # 05-03817
Jacksonville, Florida 32202

FILED
JACKSONVILLE FLORIDA
MAR 0 6 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To: Honorable Judge Jerry Funk

It is hard for me to comprehend that a U.S. Federal Court, would "BAIT & SWITCH". Winn-Dixie and the U.S. Court Trustee created the Stock Equity Committee and then disbanded it. I am retired from the Florida Department of Revenue Property Tax Division as an auditor. I also was a Winn-Dixie customer for over twenty years. Shopped at the local store three days a week and was friendly with the employees. I recently moved to Missouri because the price of living got to be expensive in Florida. After Winn-Dixie filed for bankruptcy, I felt sorry for their dedicated employees. When the Equity Committee was formed , I was "BAITED", thinking it was safe to invest in Winn-Dixie stock . I used most of my reserved funds to buy 27,000 shares of stock at 95 cents a share. I intended to hold it for long term future worth. But the Court "SWITCHED", when they disbanded the Equity Committee and the stock fell over night from a dollar a share to sixteen cents a share. Is Winn-Dixie trying to get the stock down to a cheep price, such as 25 cent and then ask the court to give them the right to by all of the stock for a dime a share through court bankruptcy? They, then would become a non-common stock company such as their competitor, Public Supermarkets. If Dixie were to pay their venders 1.2 million dollars that is a drop in the bucket for a 9 billion dollar corporation which I believe I own stock in.  What right, do they think they have, paying their bills with stock owners moneys. I would quit speculating about their intentions, if they or the court would bring back the Stock Equity Committee. This whole thing looks flaky to me. The Stock Equity Committee should be reinstated , to protect the common stock holders interest.

Sincerely,

Eugene J. Yung

*Eugene J. Yung*