

**Donald Carl Rupprecht**

1410 S. Fernandez
Arlington Hts., IL 60005          847-259-2804

March 2, 2006

Please forward to me Court Dates & Times of Winn-Dixie.

This is my 2nd letter.

I cannot get these from computer

Thank you,

D. C. Rupprecht

Jerry A. Funk