UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Filed in Open Court

MAR 0 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC.

Case No.: 3:05-bk-3817-JAF

Debtor(s).
_____/

## NOTICE OF LIMITED APPEARANCE

**COMES NOW** the undersigned attorney, and enters a limited appearance on behalf of _____WILLIE MAE RIVERS_____ in the above-styled cause, at the request of the attorney of record, for the sole purpose of attending the hearing on the date listed below, and for no other purpose. The undersigned does **NOT** request service of any pleadings or correspondence. All correspondence and pleadings should continue to be served on the attorney of record, and not the undersigned.

DATED this _6th_ day of _March_, 2006.

FRIEDLINE & McCONNELL, P.A.

_____
RODGER J. FRIEDLINE
Florida Bar #813788
JERRETT M. McCONNELL
Florida Bar #0244960
1756 University Blvd. S.
Jacksonville, FL 32216
Phone (904) 727-7850
Fax (904) 727-7849