UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.

Debtor.

-------------------------------------------------------/

CASE NO: 3:05-bk-03817-3F1
Chapter 11
(Jointly Administered)

Claim Nos. 10861, 10862

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO F.R.B.P. RULE 3001(e)(2)

TO:   **CONOPCO, INC. d/b/a Good Humor Breyers ice Cream ("Transferor")**
c/o Unilever United States, Inc.
700 Sylvan Avenue, B3035
Englewood Cliff, NJ 07632-3100
Att: Brian S. Chevlin, Deputy General Counsel
        (Address and Telephone Number)

Pursuant to the Assignment of Claim between the Transferor and the Transferee, dated as of December 14, 2005, Transferor's general unsecured, non-priority portion only in the amount of $1,369,728.03 against the Debtor, Winn Dixie Store, Inc., or any of its operating subsidiaries, has been transferred to the following Transferee: Smithtown Bay, LLC, 601 Carlson Parkway, Suite 200, Minnetonka, MN 55305, Attn: Brian Naas, Phone No. (952-476-7239), Facsimile No. (952-475-7328).

The Evidence of Transfer of Claim in connection with the Assignment of Claim is attached hereto.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**Mailing Address:**

The Clerk of the Court  ·
United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202
Tel: (904) 301-6490

**Physical Address:**

The Clerk of the Court
United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202
Tel: (904) 301-6490

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:**

Seward & Kissel LLP
One Battery park Plaza
New York, NY 10004
Attention:      Reneé Eubanks, Esq.
Telephone:     (212) 574-1349
Facsimile:      (212) 480-8421

**If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

[The remainder of this page is left blank intentionally.  The next page is the signature page.]

Dated: Feb 1, 2006

SMITHTOWN BAY, LLC.

By: _____

Name: _____Michael J. Frey_____
_____Chief Executive Officer_____

Title: _____

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division
Attn:    Clerk

AND TO:    Winn-Dixie Stores, Inc., et al. (collectively, "Debtor")
Case No. 05-03817-3F1 (jointly Administered)

Claim #s: 10861, 10862 [UNSECURED NON-PRIORITY PORTION ONLY]

SELLER (as assignee of Conopco, Inc. d/b/a Good Humor Breyers Ice Cream) its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Smithtown Bay LLC

its successors and assigns ("Buyer"), all rights, title and interest in and to the unsecured non-priority portion of the claim of Seller in the principal amount of $ 31,369,728.03 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the unsecured non-priority portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December __, 2005.

Conopco Inc. d/b/a Good Humor Breyers Ice Cream, as Seller

By:
Name: Craig Stargardt
Title: Authorized Representative

Smithtown Bay LLC, as Buyer

By:
Name: Michael J. Frey
Title: Chief Executive Officer