UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 3:05-bk-03817-3F1<br>Chapter 11 |
| WINN-DIXIE STORES, INC., et al. | (Jointly Administered) |
| Debtor. | Claim Nos. 10861, 10862 |

_____/

## CERTIFICATE OF SERVICE FOR NOTICE OF TRANSFER OF CLAIM

This is to certify that Creditor, SMITHTOWN BAY, LLC, by and through its undersigned counsel, has served this date, a copy of the Notice of Transfer of Claim Pursuant to FRBP Rule 3001(e)(2) in the amount of $1,369,728.03 (Claim nos. 10861, 10862), via Regular U.S. Mail, postage pre-paid thereon, upon: CONOPCO, INC., d/b/a Good Humor Breyers Ice Cream, c/o Unilever United States, Inc., 700 Sylvan Avenue, B3035, Englewood Cliffs, NJ 07632-3100, Attn: Brian S. Chevlin, Deputy General Counsel.

Dated: March 6, 2006.

*Mailing Address:*

SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801
Post Office Box 4956
Orlando, FL 32802-4956
(407) 423-3200
(407) 425-8316 – Facsimile
Attorneys for Smithtown Bay, LLC

By: /s/ Andrew M. Brumby
Andrew M. Brumby, Esq.
Florida Bar No. 0650080

10381280.1