

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

# PRO MEMO

Monday
March 06, 2006

HONORABLE JERRY A. FUNK                                       JACKSONVILLE

CASE NUMBER: 05-03817-3F1                          HEARING TIME: 02:00 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: ADAM RAVIN | CYNTHIA JACKSON | STEPHEN BUSEY | JAMES POST
Trustee:

HEARING:

1. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY WILLIE M. RIVERS (4894)


R/S    A/P    F/HRG

ORDER:


2. MOTION FOR RELIEF FROM STAY FILED BY LARRY GREEN (5742)


R/S    A/P    F/HRG

ORDER:


APPEARANCES:
MOVANT #1: PAUL BARTLEY
MOVANT # 2: EDWARD P. JACKSON


RULING:

prorpt2