UNITED STATES BANKRUPTCY COURT

DISTRICT OF <u>MIDDLE</u>

DIVISION    <u>JACKSONVILLE</u>

| | |
|---|---|
| In re: WINN DIXIE SUPERMARKETS INC | Case No. 05-03817-3F1 |
| I.D. NO. <u>35213151200000020</u> | Year <u>2005</u> |

FILED
JACKSONVILLE, FLORIDA
MAR 06 2006
CLERK U.S. BANKRUPTCY COURT
DISTRICT OF FLORIDA

## WITHDRAWAL OF CLAIM

1. The undersigned, Ray Valdes, the Seminole County Tax Collector, who is the claimant herein, conducts business pursuing collection at 1101 East First Street, Post Office Box 630, Sanford, Florida 32772.

2. That said Claim is hereby withdrawn due to payment in full made by:

   <u>SMITH GAMBRELL & RUSSELL LLP</u>
   <u>50 LAURA ST N STE 2600</u>
   <u>JACKSONVILLE FL 32202</u>

3. Total payment made may reflect discount given at time of payment. Our records show payment received with receipt number R02/28/06P021869 paid on <u>February 28, 2006</u> in the amount of <u>62,190.25</u>.

4. The Amended Claim was filed on <u>December 15, 2005</u> in the amount of <u>62,818.43</u>.


Dated <u>March 2, 2006</u>.

RAY VALDES
SEMINOLE COUNTY TAX COLLECTOR

By: *Dona Spaulding*

Name: <u>Dona Spaulding, Bankruptcy</u>
Phone: <u>(407) 665-7646</u>