[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                       Case No. 3:05−bk−03817−JAF
                                                                                             Chapter 11

Winn−Dixie Stores, Inc



_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Larry Green is rescheduled for
final hearing to May 8, 2006 at 2:00 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated March 7, 2006 .

                              Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202

Copies furnished to:
Attorneys for Debtor
Edward P. Jackson, Attorney for Movant
US Trustee
Counsel for Official Committee of Unsecured Creditors