```
 1              UNITED STATES BANKRUPTCY COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                  JACKSONVILLE DIVISION

 3

 4
    IN RE:
 5

 6  WINN-DIXIE STORES, INC.,          CASE NO.: 05-03817-3F1

 7
             Debtor.
 8  _____/

 9
                                                FILED
10          TRANSCRIPT OF PROCEEDINGS      JACKSONVILLE, FLORIDA

11                                              MAR 7 2006

12       Continued Final Hearing:  Motion for Relief    CLERK, U.S. BANKRUPTCY COURT
                                                       MIDDLE DISTRICT OF FLORIDA
13  From Stay Filed by Concord-Fund IV Retail, LP, before

14  the Honorable Jerry A. Funk, U.S. Bankruptcy Judge, to

15  commence at approximately 9:30 a.m., on Wednesday,

16  February 8, 2006, at the United States Courthouse,

17  Courtroom 4D, 300 North Hogan Street, Jacksonville,

18  Florida, as reported by Elizabeth M. Masters, RPR, and

19  a Notary Public in and for the State of Florida at

20  Large.

21

22                       - - -

23

24           STATEWIDE REPORTING SERVICE
               606 BLACKSTONE BUILDING
25          JACKSONVILLE, FLORIDA  32202
                   (904) 353-7706
```

ORIGINAL

```
 1                    A P P E A R A N C E S

 2

 3

 4

 5
         KAREN SPECIE, ESQUIRE
 6
 7            Attorney for Concord-Fund IV Retail, LP

 8

 9
         BEAU BOWIN, ESQUIRE
10
11            Attorney for Debtor

12

13
         PATRICK PATANGAN, ESQUIRE
14
15            Attorney for the Official Committee
              of Unsecured Creditors
16

17

18

19

20

21

22

23

24

25
```

Case 3:05-bk-03817-JAF    Doc 6334    Filed 03/07/06    Page 3 of 11

3

# T A B L E   O F   C O N T E N T S

|  | PAGE |
|---|---|
| Motion for Relief from Stay Filed by Concord-Fund IV Retail, LP | 4 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    P R O C E E D I N G S
 2    February 8, 2006                              9:30 a.m.
 3                            - - -
 4            THE COURT:  Good morning.
 5            ALL COUNSEL:  Good morning, Your Honor.
 6            THE COURT:  We're here on the case of
 7    Winn-Dixie Stores, Inc. on a Motion for Relief
 8    from Stay by Concord-Fund IV Retail, LP.
 9            The Court will take appearances for the
10    record.
11            MR. BOWIN:  Your Honor, Beau Bowin of Smith
12    Hulsey & Busey, appearing for the Debtor.
13            THE COURT:  B-e-a-u Bowen, B-o-w-e-n?
14            MR. BOWIN:  I-n.
15            THE COURT:  I-n.  Sorry about that.
16            Yes.
17            MS. SPECIE:  Good morning, Your Honor.  May
18    it please the Court.  Karen Specie on behalf of
19    movant Concord-Fund Retail through its management
20    company, Terra Nova Corporation.
21            I have a notice of appearance I can file at
22    this time, or file electronically.
23            THE COURT:  That's fine.  Thank you.
24            MS. SPECIE:  (Tenders document to the
25    courtroom administrator.)
```

```
1                THE COURT:  Mr. Patangan.
2                MR. PATANGAN:  Your Honor, Patrick Patangan,
3      on behalf of Official Committee of Unsecured
4      Creditors.
5                THE COURT:  Okay.  Ms. Specie.
6                MS. SPECIE:  Thank you, Your Honor.
7                Your Honor, at this time, it's my
8      understanding that the debtor does not oppose the
9      motion.  Based on that and based on the timing, it
10     is our intent to proffer evidence this morning as
11     opposed to bringing live testimony.
12               We've arranged with the debtor to have a
13     representative of the debtor and a representative
14     of my client meet this morning at this location
15     which is located in Miami.
16               The issue before the Court and the basis for
17     the motion surrounds lighting problems in the
18     parking lot where this particular store is
19     located.
20               Among other things, the parties have been in
21     touch with each other over the last year and a
22     half or more about various lighting issues that
23     were covered by the electrician that my clients
24     hired.
25               All of that has fairly recently come to
```

1   fruition in the form of a courtesy warning notice
2   of a code violation issued by the Miami Code
3   Enforcement Bureau on December 12th of 2005. That
4   triggered the parties to reach agreement to have
5   the witnesses meet today at the site beginning at
6   10:00 o'clock this morning, along with the
7   respective electricians.
8       We would proffer the fact that there is no
9   dispute that there are issues out there that need
10  to be resolved. Among other things, some of the
11  boxes that are under the parking lot that are
12  talked about as junction boxes do not apparently
13  have the proper installation.
14      The wiring was used in the wrong colors, and
15  it doesn't match code at this point, so that a
16  future electrician could be seriously harmed or
17  injured if they tried to work on the wiring.
18      The electrician apparently previously for
19  Winn-Dixie has put on the light posts temporary,
20  if you will, spotlights as opposed to repairing
21  the actual lights that were on the fixtures.
22      There have been a variety of problems that
23  the parties have been negotiating for some time.
24      That is our proffer, Your Honor. Because of
25  the timing, because the debtor does not oppose the

```
 1        motion, we would ask that the Court consider entry
 2        of an order granting relief from the automatic
 3        stay to permit my client to proceed in Dade County
 4        state court to enforce its remedies under the
 5        lease with the debtor, including, but not limited
 6        to, dealing with these issues.
 7             The debtor, under the lease, again we would
 8        proffer, is required to properly maintain its
 9        portion of the property.  And we would also ask
10        that that remedy include asking a state court to
11        require the debtor to make the appropriate repairs
12        if that's necessary.
13             Hopefully, based on the meeting of the
14        parties, that won't become necessary.  And we hope
15        that Your Honor is not offended by the fact that
16        we sent the witnesses down to meet with each other
17        rather than bring them here today.  But because
18        the debtor didn't oppose the motion, we thought
19        that would be a more appropriate use of time and
20        resources.
21             Debtor's counsel has reviewed a proposed
22        order.  They have no objection.  My understanding
23        is the committee counsel has not had an
24        opportunity to review a proposed order.  The
25        debtor --
```

1          MR. BOWIN: Your Honor, the debtor has no
2    objection to the motion.
3          MR. PATANGAN: Your Honor, on behalf of the
4    committee, we do not oppose the motion and the
5    relief requested, but we would like an opportunity
6    to review the proposed order that movant and the
7    debtor's counsel have circulated.
8          THE COURT: Do you have the order with you?
9          MS. SPECIE: I do, Your Honor.
10         THE COURT: How long is it?
11         MS. SPECIE: It is one page and three lines.
12         THE COURT: I think Mr. Patangan can look at
13   that right now.
14         Do you have to take it back to New York and
15   everything?
16         MR. PATANGAN: They suggested we forward it
17   to New York.
18         THE COURT: Pass the order up and let me look
19   at it.
20         MS. SPECIE: I will add, the second paragraph
21   of the order, I don't believe there's any dispute
22   to.  It gives my client the right to apply to this
23   Court at a later date for an administrative
24   expense claim in the event we end up paying for
25   all the repairs and preserves all the debtor's

```
 1      rights to oppose any such claim.
 2           Thank you.  If I may approach.  (Tenders
 3      document to the courtroom administrator.)
 4           THE COURT:  Let me look it over.  I assume
 5      that this lease has been assumed; is that
 6      correct?  Or it's not been rejected at this
 7      point?
 8           MR. BOWIN:  It's not been rejected.
 9           THE COURT:  It's still in that area?
10           MR. BOWIN:  Yes, sir.
11           THE COURT:  (Examining document.)
12           The order seems appropriate to me.  I will
13      hold the order until 5:00 o'clock -- 4:00 o'clock
14      this afternoon.  And assuming I hear nothing from
15      anybody, I'm going to sign the order.
16           MR. PATANGAN:  That sounds good to me.
17           THE COURT:  If your people have a problem,
18      they can look it over.  But it will be signed
19      today.
20           MR. PATANGAN:  Okay.  Thank you.
21           MS. SPECIE:  Thank you, Your Honor.
22           THE COURT:  Hearing is concluded.
23           Mrs. Jackson, bring me the order a little bit
24      later.
25           COURTROOM ADMINISTRATOR:  All rise.  Court
```

```
 1      will be in recess until 1:30.
 2              (Whereupon, the hearing was concluded at 9:38
 3      a.m.)
 4                              - - -
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T E
 2   STATE OF FLORIDA )
 3   COUNTY OF DUVAL  )
 4             I, Elizabeth M. Masters, RPR, and Notary
 5   Public, State of Florida at Large, do hereby certify
 6   that the attached material represents the proceedings
 7   before the United States Bankruptcy Court, Middle
 8   District of Florida, Jacksonville Division, before the
 9   Honorable Jerry A. Funk, Bankruptcy Judge, in the
10   matter of In Re:  Winn-Dixie Stores, Inc.; such
11   transcript is an accurate recordation of the
12   proceedings which took place.  A transcript of this
13   proceeding has been produced on February 28, 2006, the
14   original copy of which was delivered to the Transcript
15   Copy Custodian, Jacksonville, Florida.
16
17
18
19                              STATEWIDE REPORTING SERVICE
20
21
22                              _____
23                              ELIZABETH M. MASTERS, RPR
24
25
```