# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.**,<br><br><br>Debtors. | Chapter 11<br>**Case No. 05-03817 (JAF)** |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, effective immediately, the address of Choate, Hall & Stewart LLP ("Choate"), counsel for National Fish & Seafood, Inc., has changed to **Two International Place, Boston, MA 02110**. The telephone number of counsel and their individual electronic mail addresses will remain the same. Undersigned counsel respectfully requests that the clerk of this Court and parties in interest update Choate's address information in the above-captioned bankruptcy case, as well as in each related adversary proceeding, if any, in which Choate serves as counsel to National Fish & Seafood, Inc..

Dated: March 7, 2006

/s/ William S. McMahon
John F. Ventola, P.C.
Jventola @choate.com
William S. McMahon
Wmcmahon@choate.com
Choate Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000 – telephone
(617) 248-4000 – facsimile

4052202v1

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| **WINN-DIXIE STORES, INC., et al.**, | ) **Case No. 05-03817 (JAF)** |
|  | ) |
|  | ) |
| Debtors. | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, William S. McMahon, do hereby certify that on the 7th day of March, 2006, I caused copies of the *Notice of Change of Address of Counsel*, to be served, upon those persons and entities appearing on the attached service list as indicated.

Dated: March 7, 2006            */s/ William S. McMahon*
                                William S. McMahon
                                WMcmahon@Choate.com
                                CHOATE HALL & STEWART LLP
                                Two International Place
                                Boston, MA 02110
                                (617) 248-5000
                                (617) 248-4000 (fax)

4052202v1

D. J. Baker, Esquire
Sally McDonald Henry, Esquire
Adam Ravin, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(Counsel to the Debtor)

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
(Counsel to the Debtor)

U.S. Trustee – JAX
Elena L. Escamilla, Esquire
Kenneth C. Meeker, Esquire
135 W. Central Blvd. Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(Counsel to the Creditors Committee)

John B. Macdonald, Esquire
Patrick P. Patangan, Esquire
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
(Counsel to the Creditors Committee)

David S. Jennis, Esquire
Chad S. Bowen, Esquire
Jennis & Bowen, P.L.
400 N. Ashley Drive, Suite 2540
Tampa, FL 33602
(Counsel to the Official Committee of Equity Security Holders)

Carolyn Chayavadhanangkur, Esquire
Karol K. Denniston, Esquire
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, NE
Atlanta, GA 30308
(Counsel to the Official Committee of Equity Security Holders)

James D. Wareham, Esquire
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Equity Security Holders)