UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND CERTIFICATES OF MAILING

This case came on for consideration upon the Court's own motion. On March 6, 2006, Donald E. Theriot filed a Notice of Appearance and Request for Notice with Certificates of Mailing for the Notice of Appearance and Request for Notice and Motion for Extension of Time and Objection on behalf of Marketown Investors, Inc. using a login and password belonging to Regina Wedig. Pursuant to Local Rule 9011-4( c), it shall not be permissible for an attorney to use another attorney's password to file a pleading. It is

**ORDERED:**

The Notice of Appearance and Request for Notice with Certificates of Mailing for the Notice of Appearance and Request for Notice and Motion for Extension of Time and Objection filed by Donald E. Theriot on behalf of Marketown Investors, Inc. are stricken from the record.

DATED March 7, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Donald E. Theriot, 1944 First Street, Slidell, LA 70458
D.J. Baker, Attorney for Debtors, Four Times Square, New York, NY 10036
Cynthia Jackson, Attorney for Debtors, 225 Water Street, Suite 1800, Jacksonville, FL 32202