Hearing Date:   April 6, 2006 at 1:00 p.m.
Obj. Deadline:   March 27, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' SIXTH OMNIBUS OBJECTION TO NO LIABILITY CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibit A (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.   The Chapter 11 Filings

1.   On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly

administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the

southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace"

banners. The Debtors are operating their businesses and managing their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the

Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of

unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee

of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently

disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. §

157(b)(2).

5.    The statutory predicates for the relief requested are section 502 of the

Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

B.    Proofs of Claim

6.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set

August 1, 2005 as the last date for all parties who have or assert (or believe they may have or

assert) prepetition claims against one or more of the Debtors to file and serve a written proof of

claim with respect to any such claim (the "August 1 Bar Date"). The bar date applicable to

governmental units was August 22, 2005. To date, over 12,900 proofs of claim (the "Proofs of

Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date was

provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

7.   In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including any supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

### RELIEF REQUESTED

8.   By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the Disputed Claims, as set forth below.

### BASIS FOR RELIEF

9.   As a result of their review, the Debtors have identified 64 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims fall into several categories: (a) Proofs of Claim for amounts that are not reflected as liabilities on the Books and Records; (b) Proofs of Claim for amounts that arose postpetition, and/or (c) Proofs of Claim for which the legal bases are contested by the Debtors. The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

10.   The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A

to be disallowed.  In the absence of a Response (as defined in paragraph 14 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

## SEPARATE CONTESTED MATTERS

11.   Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

12.   The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, if the Disputed Claims are not disallowed in their entirety, to the extent determinable, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

13.   The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.   Filing and Service of Responses

        14.     Pursuant to the Claim Objection Procedures Order, to contest an Objection

a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic

filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **March 27, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

                        Counsel for the Debtors:

                        D. J. Baker Esq.
                        Skadden, Arps, Slate, Meagher
                        & Flom LLP
                        Four Times Square
                        New York, New York 10036
                        (212) 735-2000 (facsimile)
                        djbaker@skadden.com

B.   Timely Response Required; Hearing; Replies

        15.     If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **April 6, 2006, at 1:00 p.m.**

**(Eastern Time)**, or such other date and time as parties filing responses may be notified.  Only

those Responses made in writing and timely filed and received will be considered by the Court at

any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a

specific objection and any Response to such objection.

16.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing the claim without further notice to the claimant.

## **NOTICE**

17.     As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibit A. Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit B disallowing the No Liability Claims and (iii) grant such other and further relief as is just and proper.

Dated: March 7, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By _____*s/ D. J. Baker*_____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By _____*s/ James H. Post*_____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

### Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Sixth Omnibus Objection to No Liability Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

8

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 403275**<br>ACADIAN AMBULANCE SERVICE<br>ATTN DEBRA S MARTIN<br>PO BOX 92970<br>LAFAYETTE LA 70509-2970 | 2458<br>Debtor: | $642.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| **Creditor Id: 241669**<br>ADVANTAGE ASSOCIATES INC<br>ATTN DOUGLAS A JOHNSON, VP<br>PO BOX 343549<br>FLORIDA CITY FL 33034 | 3841<br>Debtor: | $4,933.38<br>WINN-DIXIE STORES, INC. | NO LIABILITY. ASSERTED AMOUNT RELATES TO 2000-2001 NEWSPAPER AUDITS THAT DEBTOR ALREADY PAID. |
| **Creditor Id: 381744**<br>ANCO FINE CHEESE<br>ATTN LESLEY RICHMOND, CR MGR<br>149 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 | 65<br>Debtor: | $175,113.16<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER BOOKS AND RECORDS, INADEQUATE DOCUMENTATION, AND NO PROOF OF DELIVERY. |
| **Creditor Id: 410770**<br>APOLLO BEACH 99-FL, LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | 9760<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY AND NO DOCUMENTATION. |
| **Creditor Id: 1102**<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222<br><br>Counsel: ATTN OWEN W KATZ, ESQ | 2390<br>Debtor: | $111,979.97<br>WINN-DIXIE STORES, INC. | NO LIABILITY. CLAIMANT ASSERTED ANTICIPATORY REJECTION DAMAGE CLAIM BUT LEASE WAS ASSUMED AND ASSIGNED. |
| **Creditor Id: 240811**<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 | 2231<br>Debtor: | $58.71<br>WINN-DIXIE STORES, INC. | NO LIABILITY. ASSERTED AMOUNT REFLECT POSTPETITION OBLIGATIONS. |
| **Creditor Id: 407760**<br>BREAU BEAR INC<br>ATTN CAROLYN WISMANN, OWNER<br>100 EPPLER ROAD<br>LAFAYETTE LA 70506 | 5430<br>Debtor: | $710.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE PAID 7/8/05 BY CHECK NUMBER 008071463. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 243937**<br>BREWBAKER MOTORS INC<br>ATTN TERRIE LEONARD<br>300 EASTERN BYPASS<br>MONTGOMERY, AL 36117 | 2336<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $1,401.90 | NO LIABILITY. $1,166.90 AND $235.00 WERE PAID 6/22/05 BY SEDGWICK CLAIMS MANAGEMENT SERVICES BY CHECK NUMBERS 0007998193 AND 0007998194, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING PAYMENT OF AUTOMOBILE LIABILITY CLAIMS (DKT NO. 1065). |
| **Creditor Id: 406310**<br>BUNGE NORTH AMERICA EAST, LLC<br>C/O THOMPSON COBURN, LLP<br>ATTN SETH A ALBIN, ESQ<br>ONE US BANK PLAZA<br>ST LOUIS MO 63101 | 3682<br>**Debtor:** **DEEP SOUTH PRODUCTS, INC.** | $8,661.42 | NO LIABILITY. DEBTOR PAID AMOUNT QUOTED AND LISTED ON PURCHASE ORDER RATHER THAN HIGHER AMOUNT CHARGED ON INVOICE. |
| **Creditor Id: 406011**<br>CARLTON FIELDS, PA<br>ATTN ROBERT N GILBERT, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1400<br>WEST PALM BEACH FL 33410 | 2885<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $30,705.71 | NO LIABILITY. CLAIMANT AGREED TO WAIVE ALL PREPETITION AMOUNTS DUE. |
| **Creditor Id: 240169**<br>CITY OF MILLBROOK<br>ATTN TERESA MERCER<br>PO BOX 630<br>3390 MAIN STREET<br>MILLBROOK AL 36054 | 1842<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY AND NO DOCUMENTATION. |
| **Creditor Id: 265969**<br>CITY OF STARKVILLE<br>ATTN VIVIAN COLLIER<br>101 E LAMPKIN STREET<br>STARKVILLE MS 39759-2944 | 1947<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $6,442.27 | NO LIABILITY. UNDOCUMENTED AND UNKNOWN BASIS OF CLAIM DESPITE DEBTOR'S REPEATED REQUESTS FOR INFORMATION. |
| **Creditor Id: 395628**<br>CLEAN SWEEP OF ORLANDO, INC<br>ATTN HARRY A COADY<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 | 1396<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $3,880.60 | NO LIABILITY. AGGREGATE OF $3,488.23 PAID 5/20/05 BY CHECK NUMBERS 9903183 AND 9903184 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429) AND REMAINING $392.37 IS UNDOCUMENTED. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 408208**<br>COMMONWEALTH OF PA REV DEPT<br>ATTN MICHELLE B JENKINS, CHIEF<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG  PA  17128-0496<br><br>Counsel: ATTN: CHRISTOPHER R MOMJIAN | 6201<br>Debtor: KWIK CHEK SUPERMARKETS, INC. | $4,981.00 | NO LIABILITY.  CLAIM ASSERTED FOR 1996, 1997, AND 1998 TAXES, INTEREST, AND PENALTIES WITHOUT SUPPORTING DOCUMENTATION. DEBTOR DOES NOT KNOW BASIS OF CLAIM AND STATUTE OF LIMITATION THEREON HAS EXPIRED. |
| **Creditor Id: 411010**<br>CORDOVA COLLECTION LP TA<br>CORDOVA COLLECTION PENSACOLA FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 10306<br>Debtor: WINN-DIXIE STORES, INC. | $1,227.17 | NO LIABILITY AND NO DOCUMENTATION PROVIDED DESPITE SEVERAL TELEPHONIC REQUESTS. |
| **Creditor Id: 244707**<br>COUNTY OF CARTER CLERK<br>ATTN MARY GOUGE<br>801 E ELK AVE<br>ELIZABETHTON  TN  37643 | 1242<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY.  CLAIMANT APPEARS TO ASSERT AMOUNTS DUE FOR BUSINESS LICENSES FOR STORES THAT WERE CLOSED OR SOLD.  ALL LICENSES FOR THOSE LOCATIONS WERE PAID PRIOR TO DISPOSITION. |
| **Creditor Id: 406169**<br>CYPRESS RUN, LLC<br>ATTN LOURDES CARASA/FIRPO GARCIA<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES  FL  33134 | 3493<br>Debtor: WINN-DIXIE STORES, INC. | $1,651.73 | CLAIMANT SEEKS REIMBURSEMENT OF INSURANCE COSTS FOR FIRST QUARTER 2005.  STORE WAS SOLD TO WAL-MART STORES EAST, LP ON 10/5/2005.  CLAIMANT WAS GIVEN NOTICE OF THE SALE AND OF THE REQUIREMENT TO PROVIDE CURE COST INFORMATION.  NONE WAS GIVEN. |
| **Creditor Id: 243426**<br>DONALDSON, BETTY L<br>1319 NORTHWEST 60TH STREET, APT 5<br>MIAMI  FL  33142 | 1525<br>Debtor: WINN-DIXIE STORES, INC. | $950.00 | NO LIABILITY.  CLAIM FOR GROCERIES PREVIOUSLY PURCHASED SHOULD BE DISALLOWED. |
| **Creditor Id: 248947**<br>EMCO OF HAMMOND<br>ATTN CLAUDETTE WATSON<br>8900 S CHOCTAW<br>BATON ROUGE  LA  70815 | 2169<br>Debtor: WINN-DIXIE STORES, INC. | $90.95 | NO LIABILITY.  ASSERTED AMOUNT REFLECTS PAID POSTPETITION OBLIGATION (INVOICE NUMBER 617795 PAID 4/14/05 BY CHECK NUMBER 008040169). |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411124**<br>FLORALINE DISPLAY PRODUCTS<br>C/O TAFT STETTINIUS & HOLLISTER LLP<br>ATTN GREGORY J O'BRIEN, ESQ<br>3500 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND OH 44114 | 11112<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $100,795.00 | NO LIABILITY, INADEQUATE DOCUMENTATION, AND THREE YEAR STATUTE OF LIMITATION HAS EXPIRED. |
| **Creditor Id: 250115**<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL 60673-7181 | 4552<br>**Debtor:** WINN-DIXIE STORES, INC. | $19,948.64 | NO LIABILITY. CLAIMANT IS ATTEMPTING TO CHARGE BACK AMOUNTS PREVIOUSLY DEDUCTED ON PAID INVOICES. |
| **Creditor Id: 407632**<br>GALLIVAN WHITE & BOYD, PA<br>ATTN J EDWARD HERREN JR<br>55 BEATTLE PLACE, SUITE 1200<br>PO BOX 10589<br>GREENVILLE SC 29603 | 4661<br>**Debtor:** WINN-DIXIE STORES, INC. | $21,622.77 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICES. |
| **Creditor Id: 381764**<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701<br>Counsel: ATTN: NINA STUBBLEFIELD TOLLISON, ESQ | 151<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. DEBTOR KNOWS OF NO EPA VIOLATIONS AT THIS LOCATION AND THUS NO KNOWN LIABILITY EXISTS FOR THAT SITE. |
| **Creditor Id: 416976**<br>HANJIN SHIPPING CO, LTD<br>ATTN CATHY HAPY, PORT MANAGER<br>2128 BURNETT BLVD<br>WILMINGTON NC 28401 | 12594<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,000.00 | NO LIABILITY. UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 251589**<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | 626<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $104.32 | NO LIABILITY PER BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 251589<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | 1161<br>**Debtor:** WINN-DIXIE STORES, INC. | $104.32 | NO LIABILITY PER BOOKS AND RECORDS. |
| **Creditor Id:** 410745<br>HOBE SOUND SC COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433<br><br>Counsel: ATTN CRAIG A PUGATCH, ESQ | 9576<br>**Debtor:** WINN-DIXIE STORES, INC. | $34,120.69 | NO LIABILITY AND NO DOCUMENTATION PROVIDED DESPITE SEVERAL TELEPHONIC REQUESTS. |
| **Creditor Id:** 251834<br>HORNBUCKLE WHOLESALE FLORIST<br>ATTN BETTY HORNBUCKLE<br>PO BOX 37<br>OMEGA GA 31775-0037 | 11449<br>**Debtor:** WINN-DIXIE STORES, INC. | $63,513.10 | NO LIABILITY. UNKNOWN BASIS FOR CLAIM, AND UNDOCUMENTED. CLAIMANT SEEMS TO SEEK TO RECOVER $12,528.21 IN CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. CLAIMANT DOES NOT DOCUMENT REMAINING AMOUNT SOUGHT. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5088<br>**Debtor:** WINN-DIXIE STORES, INC. | $8,600.00 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5096<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,200.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 9099 1/13/05 BY CHECK NUMBER 007428273. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5099<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,100.00 | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5109<br>**Debtor:** WINN-DIXIE STORES, INC. | $767.50 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10057 ON 1/4/05 BY CHECK NUMBER 007421207. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5110<br>**Debtor:** WINN-DIXIE STORES, INC. | $374.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10058 ON 1/4/05 BY CHECK NUMBER 007421207. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5111<br>**Debtor:** WINN-DIXIE STORES, INC. | $137.50 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10059 ON 1/4/05 BY CHECK NUMBER 007421207. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5126<br>**Debtor:** WINN-DIXIE STORES, INC. | $17,506.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 4135-A ON 3/2/04 BY CHECK NUMBER 0071159959. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5127<br>**Debtor:** WINN-DIXIE STORES, INC. | $8,200.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 7042 ON 4/8/04 BY CHECK NUMBER 007194592. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5129<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,000.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 7043-A ON 5/1/03 BY CHECK NUMBER 006857643. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5130<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,600.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 7083 ON 1/23/04 BY CHECK NUMBER 007121313. |
| **Creditor Id:** 380973<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | 5131<br>**Debtor:** WINN-DIXIE STORES, INC. | $280.00 | NO LIABILITY. DEBTOR PAID INVOICE NUMBER 10061 ON 1/6/05 BY CHECK NUMBER 007422900. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410736**<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 | 9591<br>Debtor: | $111,632.48<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. CLAIMANT PROVIDES NO DOCUMENTATION DESPITE DEBTOR'S REPEATED REQUESTS. |
| **Creditor Id: 256056**<br>MEMORIAL HOSPITAL<br>ATTN TAMI CROFT<br>2525 DESALES AVE<br>CHATTANOOGA, TN 37404 | 11586<br>Debtor: | $507.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION INVOICE. |
| **Creditor Id: 407631**<br>MILLER, DAVID & RUTH<br>1923 CAMINO RANCH<br>SIERRA VISTA AZ 85635 | 4659<br>Debtor: | $10,380.00<br>**WINN-DIXIE STORES, INC.** | DEBTOR HAS NO RECORD OF CLAIMANT IN ITS BOOKS AND RECORDS. IF CLAIMANT IS BONDHOLDER, THEN CLAIM DUPLICATES CLAIM 8393 FILED BY WILMINGTON TRUST COMPANY, THE INDENTURE TRUSTEE. |
| **Creditor Id: 257459**<br>NORTHWEST DRYWALL COMPANY INC<br>ATTN JOE STEPP, MGR<br>PO BOX 1630<br>HICKORY NC 28603<br>Counsel: ATTN GEORGE N JONSON, ESQ | 2439<br>Debtor: | $77.04<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. ASSERTED AMOUNT REFLECTS POSTPETITION SERVICES (INVOICE NUMBER 87745). |
| **Creditor Id: 411137**<br>ORIX CAPITAL MKTS, SERIES 2000-C4<br>HOLDERS OF LB-UBS COMMERCIAL MORT<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11142<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. CLAIM SEEMINGLY FILED BY LANDLORD'S LENDER SHOULD BE DISALLOWED AS STORE SOLD IN AUGUST 2005 AND NO AMOUNT IS DUE ON THE LEASE. |
| **Creditor Id: 402088**<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 | 1627<br>Debtor: | $552,437.64<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY. DEBTOR PAID $523,722.74 ON 6/24/05 BY CHECK NUMBER 008063388 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DKT NO. 435). REMAINING ASSERTED AMOUNT REFLECTS IMPERMISSIBLE POSTPETITION CHARGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 381937**<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | 245<br>Debtor: | $2,951,568.51<br>WINN-DIXIE STORES, INC. | NO LIABILITY.  LEASE HAS BEEN ASSUMED AND ALL PREPETITION AND POSTPETITION AMOUNTS OWED HAVE BEEN PAID 12/23/05 BY CHECK NUMBER 009904088 IN THE AMOUNT OF $125,199.03. |
| **Creditor Id: 260675**<br>SECURITY DISPOSAL INC<br>ATTN W H GILLIS, OWNER<br>PO BOX 2047<br>3077 BROWN DRIVE<br>WAYCROSS, GA 31502 | 1830<br>Debtor: | $1,715.35<br>WINN-DIXIE STORES, INC. | NO LIABILITY.  DEBTOR PAID $895.70 ON 11/14/04 BY CHECK NUMBER 007378681 AND, PURSUANT TO ORDER AUTHORIZING PAYMENT TO ON SITE PROVIDER CLAIMS (DOCKET NUMBER 429), $870.35 ON 5/20/05 BY CHECK NUMBER 009903172. |
| **Creditor Id: 214206**<br>SNIPE, CONNIE F<br>105 BARLEY COURT<br>WALTERBORO SC 29488 | 3207<br>Debtor: | $0.00<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY AND NO DOCUMENTATION.  CLAIMANT DID NOT RETURN TELEPHONE CALLS REGARDING CLAIMS INQUIRY. |
| **Creditor Id: 411406**<br>SOUTHERN HEALTH CENTER<br>C/O PARNELL & CRUM, PA<br>ATTN BRITT BATSON GRIGGS, ESQ.<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | 11789<br>Debtor: | $190.30<br>WINN-DIXIE STORES, INC. | NO LIABILITY AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 261739**<br>ST MATHEWS THE APOSTLE SCHOOL<br>ATTN JILL CONNOR<br>10021 JEFFERSON HWY<br>RIVER RIDGE, LA 70123 | 2383<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY.  DEBTOR PAID $1,800 ON 4/29/05 BY CHECK NUMBER 9902149 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| **Creditor Id: 406315**<br>STATE OF ARKANSAS AUDITOR<br>ATTN STEVE KELLY, DEPUTY AUDITOR<br>1400 W 3RD<br>LITTLE ROCK AR 72201<br>Counsel: ATTN: GREGG RENKES, ESQ | 3831<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY AND UNKNOWN BASIS FOR CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411284**<br>STATE OF FLORIDA ENV PROTECT DEPT<br>ATTN JONATHAN H ALDEN, ESQ.<br>3900 COMMONWEALTH BLVD, MS 35<br>TALLAHASSEE FL 32399-3000<br><br>Counsel: ATTN: CHARLES J CRIST, JR, ESQ | 11668<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 407582**<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 4434<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $84,630.00 | NO LIABILITY FOR ANY ALLEGED TAX YEAR, AS TO LIABILITY FOR YEAR 2000, ALTHOUGH DEBTOR OBTAINED SALES TAX LICENSE THAT YEAR, IT DID NOT COMMENCE DOING BUSINESS, AND CONSEQUENTLY FILING RETURNS, UNTIL 2001. |
| **Creditor Id: 407582**<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 4436<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $424,870.00 | NO LIABILITY. DEBTOR PAID ASSERTED AMOUNT ON 4/28/04 BY WIRE TRANSFER. |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 10626<br>Debtor: ASTOR PRODUCTS, INC. | $1,800.00 | NO LIABILITY. ASTOR PRODUCTS, INC. HAS NEVER CONDUCTED BUSINESS IN THE STATE OF GEORGIA. |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 10991<br>Debtor: ECONOMY WHOLESALE DISTRIBUTORS, INC. | $20.00 | NO LIABILITY. DEBTOR PAID $10 FOR YEAR ENDING 6/30/04 ON 9/2/2004 BY CHECK NUMBER 7322644 (BEFORE THE CHAPTER 11 FILING) AND $10.00 FOR YEAR ENDING 2/21/2005 ON 9/13/2005 BY CHECK NUMBER 8103307 PURSUANT TO FINAL ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 11090<br>Debtor: DIXIE PACKERS, INC. | $9,400.00 | NO LIABILITY. DIXIE PACKERS, INC. HAS NEVER CONDUCTED BUSINESS IN THE STATE OF GEORGIA. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 461<br>Debtor: | $259.22<br>TABLE SUPPLY FOOD STORES CO., INC. | NO LIABILITY AND NO DOCUMENTATION. DEBTOR'S FILED RETURNS SHOW NO CORPORATE TAX DUE AS CORPORATION IS INACTIVE AND FRANCHISE TAX OF $10 WAS PAID 5/19/05 BY CHECK NUMBER 8043123 PURSUANT TO FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 430). |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 462<br>Debtor: | $259.22<br>SUNBELT PRODUCTS, INC. | NO LIABILITY, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. DEBTOR'S FILED RETURNS SHOW NO CORPORATE TAX DUE AS CORPORATION IS INACTIVE AND FRANCHISE TAX OF $10 WAS PAID 5/19/05 BY CHECK NUMBER 8043123 PURSUANT TO FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES (DKT NO. 430). |
| **Creditor Id: 410742**<br>STATE OF WEST VIRGINIA TREASURER<br>ATTN CAROLYN ATKINSON<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON WV 25311<br>Counsel: ATTN: DARRELL VIVIAN MCGRAW JR, ESQ | 9579<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 264147**<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br>Counsel: ATTN EARL M BARKER JR, ESQ | 8689<br>Debtor: | $10,980.38<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY. DEBTOR PAID 2004 TAXES IN THE AMOUNT OF $10,980.38 ON 2/3/05 BY CHECK NUMBER 007443931. |
| **Creditor Id: 264147**<br>VICTORY ROYAL PLAZA, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br>Counsel: ATTN EARL M BARKER JR, ESQ | 8690<br>Debtor: | $10,980.38<br>WINN-DIXIE STORES, INC. | NO LIABILITY. WINN-DIXIE MONTGOMERY, INC. PAID 2004 TAXES OF $10,980.38 ON 2/3/05 BY CHECK NUMBER 007443931. ACCORDINGLY, DEBTOR, GUARANTOR OF THE LEASE, HAS NO LIABILITY FOR SUCH TAXES. |
| **Creditor Id: 373714**<br>WILLIAMS, ANNIE<br>2400 LYDIA STREET<br>LAKE WALES, FL 33853 | 2590<br>Debtor: | $961.69<br>WINN-DIXIE STORES, INC. | NO LIABILITY. CLAIMANT ASSERTS BEING MEMBER OF CLASS WHOSE CLASS ACTION WAS SETTLED WITH CASH AND GIFT CARD. CLAIMANT PURPORTS GIFT CARD WAS DISHONORED POSTPETITION BUT PROVIDES NO DOCUMENTATION OF HAVING A GIFT CARD. |

WINN-DIXIE STORES, INC., ET AL.
SIXTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 411316 | 11194 | $0.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS DO NOT REFLECT ANY |
| XL SPECIALTY INSURANCE COMPANY | Debtor: WINN-DIXIE STORES, INC. | | BONDS ISSUED BY CLAIMANT. |
| C/O MANIER & HEROD, PC | | | |
| ATTN MICHAEL E COLLINS, ESQ | | | |
| 150 FOURTH AVENUE NORTH, SUITE 2200 | | | |
| NASHVILLE TN 37219 | | | |

| | | |
|---|---|---|
| Total Claims to be Disallowed: | 64 | |
| Total Amount to be Disallowed: | $4,819,073.02 | Plus Unliquidated Amounts, If Any |

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**ORDER DISALLOWING NO LIABILITY CLAIMS AS SET FORTH**
**IN THE DEBTORS' SIXTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on April 6, 2006, upon the Sixth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

4.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

5.     To the extent any of the Disputed Claims are not disallowed pursuant to this Order or any other order of the Court, this Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this _____ day of April, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

2

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

3