UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER ON MOTION FOR RELIEF
FROM STAY FILED BY WILLIE MAE RIVERS**

These cases are before the Court upon the motion for relief from the automatic stay filed by Willie Mae Rivers (Doc. No. 4894) (the "Motion"). Upon the hearing held on March 6, 2006, and the oral representation of the Debtors that they do not oppose the relief requested in the Motion, it is

ORDERED:

1. The Motion is granted to the extent provided herein.

2. The automatic stay imposed by 11 U.S.C. § 362 is modified to permit Movant to commence and prosecute a civil action against Winn Dixie Montgomery, Inc. (the "Debtor") in the circuit court of Butler County, Greenville, Alabama to recover workers' compensation benefits under the Workers' Compensation Act of the State of Alabama, 1975, as amended, and unpaid compensation and medical expenses (the "State Court Action") within the limits of any insurance or self-insured coverage applicable to such claims and subject to the Final Order Granting Authority to Continue Pre-petition Insurance and Workers' Compensation Programs and to Pay Pre-petition Premiums, Related Obligations, and Premium Financing Payments entered in these cases on March 15, 2005 (Doc. No. 432).

3. Except as modified herein, the automatic stay pursuant to 11 U.S.C. § 362 shall remain in full force and effect.

Dated this **7** day of **MARCH**, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to mail a copy of this Order to all parties served with the Motion.]

524728