# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Pursuant to Rule 6004(f), Federal Rules of Bankruptcy Procedure, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates as debtors and debtors-in-possession (collectively, the "Debtors"), provide notice of the closing of the sale of the Oviedo Property, Store No. 2375, to AHG Group, LLC on February 21, 2006. A copy of the closing statement is attached.

Dated: March 8, 2006.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By   *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00523319.DOC

## CLOSING STATEMENT

| | |
|---|---|
| **SELLER:** | Winn-Dixie Stores, Inc., a Florida corporation as Owner Trustee of the Dixon Realty Trust 1999-1, a Utah trust |
| **BUYER:** | AHG Group, LLC, a Florida limited liability company |
| **TRANSACTION:** | Oviedo - Store #2375, 17.63 acres, Section 35, Township 21 South, Range 31 East, Seminole County, Florida |
| **PURCHASE PRICE:** | $ 5,000,000.00 |
| **CLOSING DATE:** | February 21, 2006 |

### SELLER'S STATEMENT

| | | | | |
|---|---|---|---|---|
| **Total Purchase Price** | | | $ | 5,000,000.00 |
| **Less Adjustments:** | | | | |
| 1. Seller's Prorated Share of 2006 Taxes (1) | $ | 8,689.60 | | |
| **Total Adjustments:** | $ | 8,689.60 | $ | (8,689.60) |
| **Less Closing Costs to be Paid by Seller:** | | | | |
| 1. Seller's Attorneys Fees & Costs (Smith, Gambrell & Russell, LLP) | | P.O.C. | | |
| 2. Survey Fees (U.S. Surveyor, Inc.) | | P.O.C. | | |
| 3. 2005 Taxes Real Estate Taxes (Seminole County Tax Collector) | $ | 62,190.25 | | |
| 4. Documentary Stamp Taxes (Fidelity National Title Insurance Company) | $ | 35,000.00 | | |
| 5. UCC-3 Amendments (Florida) (FloridaUCC, Inc.) | $ | 30.00 | | |
| 6. UCC-3 Amendment (Utah) (Utah Department of Commerce) | $ | 120.00 | | |
| 7. Seller's Broker Fee (DJM Asset Management, LLC) | $ | 100,000.00 | | |
| **Total Seller's Closing Costs:** | $ | 197,340.25 | $ | (197,340.25) |
| **TOTAL AMOUNT DUE TO SELLER:** | | | $ | 4,793,970.15 |

## BUYER'S STATEMENT

| | | | | |
|---|---|---:|---|---:|
| **Total Purchase Price** | | | $ | 5,000,000.00 |
| **Less Adjustments:** | | | | |
| 1. Earnest Money Deposit Held by Escrow Agent | $ | 385,000.00 | | |
| 2. Seller's Prorated Share of 2006 Taxes (1) | $ | 8,689.60 | | |
| **Total Adjustments:** | $ | 393,689.60 | $ | (393,689.60) |
| **Plus Closing Costs to be Paid by Buyer:** | | | | |
| 1. Buyer's Attorney's Fees & Costs | | P.O.C. | | |
| 2. Recording/Filing Fees | $ | 156.00 | | |
|    (Fidelity National Title Insurance Company) | | | | |
|     (a) Special Warranty Deed | | | | |
|     (b) Affidavit re: Sale Order | | | | |
| 3. Title Search Fees | $ | 250.00 | | |
|    (Reimbursement to Winn-Dixie Stores, Inc.) | | | | |
| 4. Title Premium | $ | 15,075.00 | | |
|    (Fidelity National Title Insurance Company) | | | | |
| **Total Buyer's Closing Costs:** | $ | 15,481.00 | $ | 15,481.00 |
| **Amount Due from Buyer:** | | | $ | 4,621,791.40 |
| Amount Due from Escrow Agent: | | | $ | 385,000.00 |
| **TOTAL AMOUNT DUE AT CLOSING:** | | | $ | 5,006,791.40 |

The undersigned parties acknowledge and agree to the foregoing Closing Statement as of this _____ day of February, 2006, and hereby authorize Smith, Gambrell & Russell, LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

| **SELLER:** | **BUYER:** |
|---|---|
| **WINN-DIXIE STORES, INC.,** a Florida corporation as Owner Trustee of the Dixon Realty Trust 1999-1, a Utah trust | **AHG GROUP, LLC**, a Florida limited liability company |
| By: _____ <br> Name: Bennett L. Nussbaum <br> Title: Senior Vice President | By: _____ <br> Name: _____ <br> Title: _____ |



CBI
2/20/06

Reviewed By
XRoads
Date: _____

The undersigned parties acknowledge and agree to the foregoing Closing Statement as of this _____ day of February, 2006, and hereby authorize Smith, Gambrell & Russell, LLP, as closing agent, to disburse the sums set forth herein in accordance herewith.

**SELLER:**

**WINN-DIXIE STORES, INC.,** a Florida corporation as Owner Trustee of the Dixon Realty Trust 1999-1, a Utah trust

By:_____
Name:_____
Title: Senior Vice President

**BUYER:**

**AHG GROUP, LLC,** a Florida limited liability company

By: _____
Name: ALAN H. GINSBURG
Title: MANAGER

**Notes:**

(1) <u>2005 Prorations - Amounts Not Yet Paid and Payable</u>. Prorations are based on estimate of 2006 real estate taxes derived from actual 2005 amounts paid by Seller. Buyer shall be responsible for the payment of such charges accruing from and after the closing date and subsequent years. Prorations are as follows:

| **Real Estate Taxes** | | | Totals |
|---|---|---|---|
| - 2006 Real Estate Taxes (estimated) | $ | 62,190.25 | |
| - Per Diem Tax Amount | $ | 170.38 | |
| - Seller's Share of 2006 Taxes (1/1/06 - 2/20/06) (51 days) | $ | 8,689.60 | $ 8,689.60 |
| **Total Real Estate Taxes:** | | | **$ 8,689.60** |

(2) <u>Adjustments</u>. Seller and Buyer acknowledge and agree that any amounts reflected on this Closing Statement that are not determinable as of the Closing Date are based on good faith estimates with the actual amount to be calculated by Seller and Buyer as soon as practicable after the actual amounts are determinable with an appropriate adjustment to be paid by the appropriate party promptly after determination. Seller and Buyer also acknowledge and agree to execute any documents necessary to correct any errors or omissions in the Closing Statement with an appropriate adjustment to be paid by the appropriate party promptly after determination. Buyer agrees that it will timely make all required notifications to appropriate taxing authorities to effect the change in party responsible for taxes.

(3) <u>Utility Deposits and Charges</u>. All utility deposits will be returned to Seller directly by the respective utility companies. Seller will be responsible for payment of any portion of any utility charges attributable to utility service (including telephone service) provided through and including the date hereof. Buyer will be responsible for payment of any new utility deposits which may be assessed by the respective utility companies and for payment of any portion of such utility charges attributable to utility service provided subsequent to the date hereof. The party responsible for each share of such utility charges shall pay such charges promptly and without demand therefor. Each party agrees to indemnify and hold harmless the other party from and against liability for payment of the first party's share of such utility charges.

## DISBURSEMENT SCHEDULE

RECEIPTS:

| | | | | |
|---|---|---|---|---|
| 1. Amount Due From Escrow Agent | $ | 385,000.00 | | |
| 2. Total Amount Due From Buyer | $ | 4,621,791.40 | | |
| TOTAL CASH RECEIVED: | $ | 5,006,791.40 | $ | 5,006,791.40 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 1. Fidelity National Title Insurance Company (Title Premium, Recording & Documentary Stamp Taxes) | $ | 50,231.00 |
| 2. Winn-Dixie Stores, Inc. (Seller's Proceeds) | $ | 4,793,970.15 |
| 3. Seminole County Tax Collector (2005 Ad Valorem Real Property Taxes) | $ | 62,190.25 |
| 4. DJM Asset Management, LLC (Seller's Brokers Fee) | $ | 100,000.00 |
| 5. FloridaUCC, Inc. (UCC Amendments) | $ | 30.00 |
| 6. Utah Department of Commerce (UCC Amendment) | $ | 120.00 |
| 7. Winn-Dixie Stores, Inc. (Reimbursement for Title Search Fees) | $ | 250.00 |
| TOTAL DISBURSEMENTS: | $ | 5,006,791.40 |