UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON MARCH 9, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on March 9, 2006 at 1:00 p.m. (ET):

**A.   Uncontested Matters**

1. *Motion for an Order (a) Authorizing the Debtors to Sell Miramar Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief (Docket No. 5881)*

    Objection Deadline:  March 1, 2006.

    Response:  City of Miramar (Docket No. 6129)

    Objections:  No objections have been filed.

    Status:  The Debtors will proceed with the Motion.

2. *Motion for an Order (a) Authorizing the Debtors to Sell the Jackson Property and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief (Docket No. 5883)*

Objection Deadline: March 1, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

3. *Motion for an Order (a) Authorizing the Debtors to Sell the McComb Property and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief (Docket No. 5885)*

Objection Deadline: March 1, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

4. *Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of March 9, 2006 (Docket No. 5893)*

Objection Deadline: March 2, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

5. *Debtors' Motion for Entry of Order Approving Settlement Relating to Dalton Georgia Property (Docket No. 5745)*

Objection Deadline: March 2, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

6.  *Debtors' Motion for Order Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans (Docket No. 6010)*

Objection Deadline: March 2, 2006.

Response: Wilmington Trust Company (Docket No. 6288); and Creditors' Committee (Docket No. 6319).

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

7.  *Motion of Allied Printing, Inc. to Require Payment of Post Petition Obligations (Docket No. 3849)*

Objection Deadline: None

Objections: No objections have been filed.

Status: The Debtors and Allied have resolved the Motion and will submit an agreed order.

8.  *Motion for Enlargement of Time to File Claim (B.H.B.S. Corporation) (Docket No. 4347)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors and the Movant have agreed to continue the hearing to be rescheduled upon proper notice by the Movant.

9.  *Debtors' Fourth Omnibus Objection to (a) Misclassified Claims and (b) Amended & Superseded Claims (Docket No. 5636)*

Objection Deadline: February 27, 2006.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

00524009

**B.    Contested Matters**

1.   *Debtors' Objection to Claim Filed by Louise Clark (Claim No. 8003) (Docket No. 5567)*

Response Deadline:  February 27, 2006.

Responses:          Louise Clark (Docket No. 6119).

Status:             The Debtors will proceed with their Objection.

2.   *Debtors' Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 5888)*

Objection Deadline:  March 2, 2006.

Objections:         Turney Dunham Plaza Partners Limited Partnership (Docket No. 6209);
                    Commodore Realty, Inc. and Isram Realty & Management, Inc. (Docket No. 6237);
                    The Prudential Insurance Company of America (Docket No. 6239);
                    E&A Financing II, L.P., et al. (Docket No. 6240);
                    Regency Centers, L.P., et al. (Docket No. 6241);
                    Westfork Tower LLC, et al. (Docket No. 6243);
                    Lassiter Properties, Inc. (Docket No. 6245);
                    London Associates, Ltd. (Docket No. 6249);
                    Michael Oschin, et al. (Docket No. 6251); and
                    New Plan Excel Realty Trust, Inc. and Aronov Property Management (Docket No. 6253).

Status:             The Debtors will proceed with the Motion.

00524009

Dated: March 8, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00524009