UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 05-03817-3F1
(Jointly Administered)
CHAPTER 11

WINN DIXIE STORES, INC., et. al

Debtor
_____\

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing on the *Motion for Leave to Allow Late filing of Lease Rejection Claim*, filed by Creditor Artesia Medical Development Company will be held before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 on **March 23, 2006 at 1:00 p.m. (prevailing Eastern Time)**.

1. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.
2. The hearing may be continued upon announcement made in open court without further notice.
3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.
4. APPROPRIATE ATTIRE: You are reminded that Local Rule 5072-1 (b) (16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.
5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Hearing and the Subject Motion (if not previously served) were served on all parties using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated this 8th day of March, 2006.

Ben-Ezra & Katz, P.A.
951 Northeast 167th Street, Suite 204
North Miami Beach, Florida 33162
Telephone:   (305) 770-4100
Fax:         (305) 653-2329

By:  /s/ Marc Ben-Ezra
     MARC A. BEN-EZRA
     Fla. Bar No. 861189

Our file 17318 | kru
N:\docs\bnk\Nohrg.doc