UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., *et al.*, | ) Chapter 11 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| _____ | ) |

## DESIGNATION OF LOCAL ATTORNEY AND CONSENT TO ACT

I, Joyce A. Kuhns, a partner in the law firm of Saul Ewing LLP, hereby designate as local counsel for managing agents for various Florida lessors, Commodore Realty, Inc. and Isram Realty & Management, Inc. in the above-captioned matters:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 telephone
(904) 358-1872 facsimile

Dated: March 8th, 2006

/s/ Joyce A. Kuhns
Joyce A. Kuhns MD Bar No. 03979
SAUL EWING LLP
Lockwood Place
500 E. Pratt Street
Baltimore, Maryland 21202
Telephone: (410) 332-8695
Facsimile: (410) 332-8694
E-mail: jkuhns@saul.com

Attorneys for Commodore Realty, Inc. and
Isram Realty & Management, Inc.

880506.1 3/6/06

## CONSENT TO ACT

I, Alan M. Weiss, hereby consent to act as local counsel of record for the managing agents for various Florida lessors identified above pursuant to L.B.R. 2090-1.

Dated: March 8th, 2006

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 telephone
(904) 358-1872 facsimile
E-mail: Alan.Weiss@HKLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2006, a copy of the foregoing electronically filed **Designation of Local Attorney and Consent to Act** was served by first-class mail, postage prepaid on the parties below, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, and otherwise electronically filed on all parties registered as CM/ECF participants in these cases.

| | |
|---|---|
| D. J. Baker, Esquire<br>Sally McDonald Henry, Esquire<br>Adam Ravin, Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32201 |
| U.S. Trustee – JAX<br>Elena L. Escamilla, Esquire<br>Kenneth C. Meeker, Esquire<br>135 W. Central Blvd. Suite 620<br>Orlando, FL 32801 | Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 1005 |
| John B. Macdonald, Esquire<br>Patrick P. Patangan, Esquire<br>Akerman Senterfitt<br>50 North Laura St.<br>Suite 2500<br>Jacksonville, FL 32202 | David S. Jennis, Esquire<br>Chad S. Bowen, Esquire<br>Jennis & Bowen, P.L.<br>400 N. Ashley Drive, Suite 2540<br>Tampa, FL 33602 |
| Carolyn Chayavadhanangkur, Esquire<br>Karol K. Denniston, Esquire<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peachtree Street, NE<br>Atlanta, GA 30308 | James D. Wareham, Esquire<br>Paul, Hastings, Janofsky & Walker, LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005 |

/s/ Joyce A. Kuhns
Joyce A. Kuhns, MD Bar No. 03979