UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTION TO DEBTOR'S MOTION FOR FOURTH EXTENSION OF TIME

This case came on for consideration upon the Court's own motion. On March 2, 2006, Donald E. Theriot filed a Request for Extension of Time to File Objection to Debtor's Motion for Fourth Extension of Time within which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property on behalf of Marketown Investors, Inc. using a login and password belonging to Regina Wedig. Pursuant to Local Rule 9011-4( c), it shall not be permissible for an attorney to use another attorney's password to file a pleading. It is

**ORDERED:**

The Request for Extension of Time to File Objection to Debtor's Motion for Fourth Extension of Time within which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property filed by Donald E. Theriot on behalf of Marketown Investors, Inc. is stricken from the record.

DATED March 3, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Donald E. Theriot, 1944 First Street, Slidell, LA 70458
D.J. Baker, Attorney for Debtors, Four Times Square, New York, NY 10036
Cynthia Jackson, Attorney for Debtors, 225 Water Street, Suite 1800, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes          Page 1 of 1           Date Rcvd: Mar 06, 2006
Case: 05-03817              Form ID: pdfdoc       Total Served: 2

The following entities were served by first class mail on Mar 08, 2006.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
            +Donald E. Theriot,   1944 First Street,   Slidell, LA 70458-3202

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 08, 2006**                    **Signature:** *Joseph Speetjens*