## SECOND AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been served on the Debtor by US Mail and the Debtor's Attorney, US Trustee and Rule 1007(d) Parties in Interest electronically.

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Elena L. Escamilla, United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker,
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

1007(d) Parties in Interest

this 9th day of March, 2006.

GOLDSTEIN, BUCKLEY,
CECHMAN, RICE & PURTZ, P.A.
Attorneys for Movant Dortha Mohundro
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146

By: _____
Brian D. Zinn
Florida Bar No. 12497