UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Jointly Administered |

**PLAINTIFF'S MOTION TO LIFT AUTOMATIC STAY**

The Plaintiff, LEOANRD ROUNDTREE, by and through his undersigned attorney, hereby moves the Court for an Order granting its Motion for Lift of Automatic Stay and as grounds would therefore state:

1. This is an action for personal injuries resulting from an accident that occurred at a WINN-DIXIE STORE on or about April 28, 2004.

2. The Movant has complied in good faith and exhausted Claims Resolution Procedure as set forth by this Court in its Order dated September 1, 2005.

3. The Movant is desirous to commence and continue a civil action previously filed at the time the automatic stay was imposed to continue to seek damages against the debtor, WINN-DIXIE.

WHEREFORE, the Movant, LEONARD ROUNDTREE, by and through his undersigned attorney, hereby moves the Court for an Order granting his Motion to Life the Automatic Stay and any other relief that the Court deems equitable, proper, and just.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail – postage paid, this _____ day of March, 2006, to: Daniel S. Liebowitz, Esquire, Bussey, White, McDonough & Freeman, P.A., P.O. Box 531086, Orlando, FL  32853-

Created by Neevia docuPrinter LT trial version   http://www.neevia.com

1086, Sedgwick Claims Management Services, Inc., Kerry Ledbetter, P.O. Box 24787, Jacksonville, FL  32241-4787, and James H. Post, Smith Hulsey & Busey, 225 Water Street, #1800, Jacksonville, FL 32202.

_____
Harran E. Udell, Esquire
FBN 037249
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:     (407) 425-8171
Attorneys for Plaintiff

Created by Neevia docuPrinter LT trial version  http://www.neevia.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Jointly Administered |

**AGREED ORDER TO LIFT AUTOMATIC STAY**

This case is before the Court upon the Movant, LEONARD ROUNDTREE's, Motion to Lift Automatic Stay filed on February 9, 2006, Docket No. _____ Motion to Lift Automatic Stay. The Court finds that (i) notice of the Motion and proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object to the entry of this order within 15 days of the date of service, (ii) the Movant has complied in good faith with, and exhausted, the Claims Resolution Procedure, and (iii) no party filed an objection to the Motion. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED:

1. The motion is granted to the extent provided herein.

2. The automatic stay is modified for the sole purpose of allowing Movant to commence a civil action In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No.: 04-CA-9333, seeking damages against Debtor, WINN-DIXIE STORES, INC. The Movant may pursue its Litigation Claim against the Debtor in accordance with normal litigation rules and procedures after the Automatic Stay is lifted. The Movant shall not, however, be able to enforce or execute against the Debtor any judgment obtained as a

Created by Neevia docuPrinter LT trial version   http://www.neevia.com

result of such litigation without further order of this Court. Any such judgment shall be a claim in these Chapter 11 proceedings and shall be treated pursuant to a confirmed plan of reorganization or as otherwise ordered by the Bankruptcy Court.

3. The Movant shall notify the Civil Court of the Debtor's pending Chapter 11 proceedings and that the Movant's action is subject to the automatic Stay of 11 U.S.C. Section 362.

4. Except as modified herein, the automatic stay pursuant to 11 U.S.C. Section 362 shall remain in full force and effect.

Dated this ____ day of _____, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to
Serve a copy of this Order on all
Parties who received copies of the
Motion.

504499.1

Created by Neevia docuPrinter LT trial version  http://www.neevia.com