# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817 |
| ("the Debtors") | Schedule/Creditor No.: 242031-12 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, ALLIED PURCHASING, IN THE AMOUNT OF $50,388.28, TO DELLACAMERA CAPITAL MANAGEMENT, LLC

**To Transferor:**
ALLIED PURCHASING
ATTN: CAROL PETERSON, C.E.O./PRESIDENT
BOX 1249
MASON CITY, IA 50402

PLEASE TAKE NOTICE that the transfer of $50,388.28 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:** DellaCamera Capital Management, LLC
237 Park Avenue, Suite 800
New York, NY 10017

The evidence of transfer of claim is attached hereto. An excerpt of the Debtors' Schedules of Liabilities listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc.

Debtor

Case No. 05-03817

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Allied Purchasing ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $50,388.28 | N/A |

have been transferred and assigned to DellaCamera Capital Management, LLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Management, LLC
Address: 237 Park Avenue, Suite 800
New York, NY 10017

ASSIGNOR: Allied Purchasing
Address: Box 1249
Mason City, IA 50402
Signature: _Carol J. Peterson_
Name: _Carol Peterson_
Title: _CEO/President_
Date: _3-3-06_

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   WINN-DIXIE STORES, INC.                                      Case No.:   05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| ALL COUNTY LOCKSMITH INC DBA GODBY SAFE<br>1048 HYPOLUXO RD<br>LANTANA, FL 33462<br>Creditor: 381161 - 47<br> Vendor: 0000770077 | 02/21/2005 | | | | | $1,585.55 |
| ALL PHASE SECURITY INC<br>114 49TH ST SOUTH<br>ST PETERSBURG, FL 33707<br>Creditor: 241955 - 12<br> Vendor: 0000776056 | 02/21/2005 | | | | | $1,003.53 |
| ALL SERVICE REFUSE<br>751 N.W. 31ST AVENUE<br>FT. LAUDERDALE, FL 33311<br>Creditor: 2886 - 04 | 02/21/2005 | X | | | | UNLIQUIDATED |
| ALL SERVICE REFUSE<br>PO BOX 9001191<br>LOUISVILLE, KY 40290-1191<br>Creditor: 241961 - 12<br> Vendor: 0000774351 | 02/21/2005 | | | | | $13,038.77 |
| AL-LEN LOCK CO. INC.<br>4550 W COLONIAL DR<br>ORLANDO, FL 32808-8195<br>Creditor: 241791 - 12<br> Vendor: 0000010622 | 02/21/2005 | | | | | $193.31 |
| ALLEGRA PRINT AND IMAGING<br>8307 PRESTON HWY<br>LOUISVILLE, KY 40219<br>Creditor: 241973 - 12<br> Vendor: 0000016928 | 02/21/2005 | | | | | $170.87 |
| ALLIED COMPRESSOR EXCHANGE<br>2605 CLARK STREET SUITE 105<br>APOPKA, FL 32703<br>Creditor: 242020 - 12<br> Vendor: 0000017268 | 02/21/2005 | | | | | $6,328.20 |
| ALLIED PURCHASING<br>BOX 1249<br>MASON CITY, IA 50402<br>Creditor: 242031 - 12<br> Vendor: 0000012519 | 02/21/2005 | | | | | $50,388.28 |

PAGE TOTAL:    **$72,708.51**