# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817 |
| ("the Debtors") | Claim No.: 1406 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, ALLIED PURCHASING, IN THE AMOUNT OF $50,388.28, TO DELLACAMERA CAPITAL MANAGEMENT, LLC

**To Transferor:**
ALLIED PURCHASING
ATTN: CAROL PETERSON, C.E.O./PRESIDENT
BOX 1249
MASON CITY, IA 50402

PLEASE TAKE NOTICE that the transfer of $50,388.28 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:** DellaCamera Capital Management, LLC
237 Park Avenue, Suite 800
New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the Proof of Claim listing the claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc.

Debtor

Case No. 05-03817

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Allied Purchasing ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $50,388.28 | 1406 |

have been transferred and assigned to DellaCamera Capital Management, LLC ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Management, LLC
Address: 237 Park Avenue, Suite 800
New York, NY 10017

ASSIGNOR: Allied Purchasing
Address: Box 1249
Mason City, IA 50402
Signature: /s/ Carol Peterson
Name: Carol Peterson
Title: CEO/President
Date: 3-3-06

# EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:
Debtor Name __Winn-Dixie Stores Inc__   Case No __05-03817-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

19948658
Creditor Id WDX-242031-B1-12
ALLIED PURCHASING
BOX 1249
MASON CITY, IA 50402

__641-423-1824__
Telephone No. of Creditor
__641-423-2346__
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

Your claim is scheduled as follows:
Debtor
Winn-Dixie Stores, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$50,388.28

DEBTOR: WINN-DIXIE STORES, INC
U S BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 1406**

B. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if): ☐ replaces address above ☐ additional address
Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: __10509000__

Check here if this claim ☐ replaces ☐ amends   a previously filed claim, dated _____

1. Basis for Claim
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from
_____ to _____
(date)   (date)

2. Date debt was incurred: __1-18-05 – 2-15-05__
3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $__50,388.28__  $_____  $_____  $_____
   (unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $__50,388.28__
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 5-10-05 | Print: __Brian Janssen__   Title: __VP-Admin__<br>Signature: __Brian Janssen__ |

This Space Is For Court Use Only
RECEIVED
LOGAN & COMPANY, INC.
AS AGENT

**MAY 12 2005**

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# ALLIED PURCHASING

BOX 1249 • MASON CITY, IOWA 50402

PHONE TOLL FREE 800-247-5956
FAX 800-635-3775

*Please call us at once if there is a question on this invoice.*

**Please PAY FROM THIS INVOICE**

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

SUPERBRAND PLANT CITY

| MEMBER NO. | DATE | ZONE | INVOICE NO. |
|---|---|---|---|
| 10509000 | 1/13/05 | 1 | 336984 |

**MEMBER**
WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1173

| ORDER NO | SUPPLIER | SUPPLIER NO. | ROUTING |
|---|---|---|---|
| 000000 | LIQUI-BOX | 3631 | 131212 PO P005102 |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM DISC. | DISC. AMT. | AMOUNT |
|---|---|---|---|---|---|
| 9352 | B/L 013213900 DATE SHIPPED 1/12/05 | .00 | .000 | .00 | .00 |
|  | CHT100 HANDITAP BOTTLE 10 QT | 552.27 | .000 | .00 | 4,612.56 |
| 1 | 80200 FREIGHT HANDITAP 10QT | 262.60 | .000 | .00 | 262.60 |

| SUB-TOTAL | LOCAL TAX% | LOCAL TAX | SALES TAX% | SALES TAX | CASH DISC.% | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|---|
| 4,875.16 | .0100 | .00 | .0400 | .00 | .00 | .00 |

2/11/05

Date payment is due in Mason City, Iowa

**TOTAL ▶  $4,875.16**

| ADDITIONAL CHARGES | DESCRIPTION |
|---|---|
| AMOUNT .00 | |

FILE COPY

# ALLIED PURCHASING

**PHONE TOLL FREE 800-247-5956**
**FAX 800-635-3775**

BOX 1249 • MASON CITY, IOWA 50402

*Please call us at once if there is a question on this invoice.*

***Please*** **PAY FROM THIS INVOICE**

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

SUPERBRAND PLANT CITY

| MEMBER NO. | DATE | ZONE | INVOICE NO |
|---|---|---|---|
| 10509000 | 1/24/05 | 1 | 33740C |

**MEMBER**

WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1173

| ORDER NO. | SUPPLIER | SUPPLIER NO. | ROUTING |
|---|---|---|---|
| 000000 | LIQUI-BOX | 8631 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM DISC. | 131546 PO F0051.03 DISC. AMT. | AMOUNT |
|---|---|---|---|---|---|
| | B/L 013219000 DATE SHIPPED 1/20/05 | .00 | .000 | .00 | .00 |
| 8448 | EH1100 HANDITAP BOTTLE 1QT | 552.27 | .000 | .00 | 4,665.58 |
| 1 | 80200 FREIGHT HANDITAP 1QT | 262.60 | .000 | .00 | 262.60 |

| ADDITIONAL CHARGES | | SUB-TOTAL | LOCAL TAX% | LOCAL TAX | SALES TAX% | SALES TAX | CASH DISC % | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | | 4,928.18 | .0100 | .00 | .0600 | .00 | .00 | .00 |
| AMOUNT | | | | | | 2/18/05 | | |
| .00 | | | | | | | | |

Date payment is due in Mason City, Iowa

**TOTAL ▶** $4,928.18

FILE COPY

**ALLIED PURCHASING**

BOX 1249 • MASON CITY, IOWA 50402

PHONE TOLL FREE 800-247-5956
FAX 800-635-3775

*Please call us at once if there is a question on this invoice.*

SUPERBRAND PLANT CITY

| MEMBER NO | DATE | ZONE | INVOICE NO |
|---|---|---|---|
| 10509000 | 1/28/05 | 1 | 337809 |

**MEMBER**

WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4112
JACKSONVILLE, FL 32203-1173

*Please* **PAY FROM THIS INVOICE**

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

| ORDER NO. | SUPPLIER | SUPPLIER NO | ROUTING |
|---|---|---|---|
| 000000 | LIQUI-BOX | 8631 | 131668 FO F0051.04 |

| QUANTITY | DESCRIPTION | UNIT PRICE | SALES TAX% | LOCAL TAX% | LOCAL TAX | ITEM DISC. | DISC. AMT. | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | B/L 013219100 DATE SHIPPED 1/21/05 | .00 | | | | .000 | .00 | .00 |
| 0448 | EHT10Q HANDITAP BOTTLE 10 QT | 552.77 | .0600 | .0100 | | .000 | .00 | 4,665.58 |
| 1 | 80200 FREIGHT HANDITAP 10QT | 262.60 | | | | .000 | .00 | 262.60 |

| ADDITIONAL CHARGES | | SUB-TOTAL | SALES TAX | CASH DISC % | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | 4,928.18 | .00 | .00 | .00 |
| | .00 | | 2/18/05 | | |

Date payment is due in Mason City, Iowa

**TOTAL ▶** $4,928.18

FILE COPY

# ALLIED PURCHASING

BOX 1249 • MASON CITY, IOWA 50402

PHONE TOLL FREE 800-247-5956
FAX 800-635-3775

*Please call us at once if there is a question on this invoice.*

**Please** PAY FROM THIS INVOICE

SUPERBRAND PLANT CITY

| MEMBER NO. | DATE | ZONE | INVOICE NO. |
|---|---|---|---|
| 10509000 | 2/02/05 | 1 | 338159 |

**MEMBER**
WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1193

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

| ORDER NO. | SUPPLIER | | | SUPPLIER NO. | ROUTING | | | | 131877 BL#01321P200 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000000 | LIQUI BOX | | | 8631 | | | | | | |
| QUANTITY | DESCRIPTION | | | | | UNIT PRICE | ITEM DISC | DISC. AMT | AMOUNT | |
| | PO#P005105 SHIPPED 1-27-05 | | | | | .00 | .000 | .00 | .00 | |
| 8256 | EH10Q HANDITAP BOTTLE 10QT | | | | | 552.27 | .000 | .00 | 4,559.54 | |
| 45000 | 33022 HTSB HANDITAP VALVE ASSY BLUE | | | | | 121.20 | .000 | .00 | 5,454.00 | |
| 1 | 80200 FREIGHT HANDITAP 10QT | | | | | 262.60 | .000 | .00 | 262.60 | |

| ADDITIONAL CHARGES | | SUB-TOTAL | LOCAL TAX% | LOCAL TAX | SALES TAX% | SALES TAX | CASH DISC.% | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|---|---|---|
| AMOUNT | DESCRIPTION | 10,276.14 | .0100 | .00 | .0600 | .00 | .00 | .00 |
| .00 | | | | | | | | |

Date payment is due in Mason City, Iowa 2/25/05

**TOTAL ▶ $10,276.14**

FILE COPY

# ALLIED PURCHASING

**PHONE TOLL FREE 800-247-5956**
**FAX 800-635-3775**

SUPERBRAND PLANT CITY  BOX 1249 • MASON CITY, IOWA 50402

*Please call us at once if there is a question on this invoice.*

***Please*** **PAY FROM THIS INVOICE**

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

| MEMBER NO. | DATE | ZONE | INVOICE NO. |
|---|---|---|---|
| 10509000 | 2/03/05 | 1 | 338206 |

**MEMBER**
WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1193

| ORDER NO. | SUPPLIER | SUPPLIER NO. | ROUTING |
|---|---|---|---|
| 000000 | LIQUI-BOX | 8631 | 132037 FO FO05722 |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM DISC | DISC. AMT | AMOUNT |
|---|---|---|---|---|---|
|  | B/L 013429300 DATE SHIPPED 1/31/05 | .00 | .000 | .00 | .00 |
| 8448 | EHT10Q HANDITAP BOTTLE 10 QT | 552.27 | .000 | .00 | 4,665.58 |
| 1 | 80200 FREIGHT HANDITAP 10QT | 262.60 | .000 | .00 | 262.60 |

| ADDITIONAL CHARGES | | SUB-TOTAL | LOCAL TAX% | LOCAL TAX | SALES TAX% | SALES TAX | CASH DISC.% | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | | 4,928.18 | .0100 | .00 | .0600 | .00 | .00 | .00 |
| AMOUNT | .00 | | | | | | | |

Date payment is due in Mason City, Iowa  3/02/05

**TOTAL ▶** $4,928.18

FILE COPY

# ALLIED PURCHASING

**PHONE TOLL FREE 800-247-5956**
**FAX 800-635-3775**

BOX 1249 • MASON CITY, IOWA 50402

SUPERBRAND PLANT CITY

| MEMBER NO. | DATE | ZONE | INVOICE NO |
|---|---|---|---|
| 10509000 | 2/08/05 | 1 | 338517 |

**MEMBER**
WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1193

*Please call us at once if there is a question on this invoice.*

**Please PAY FROM THIS INVOICE**

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

| ORDER NO. | SUPPLIER | SUPPLIER NO | ROUTING |
|---|---|---|---|
| 000000 | LIQUI BOX | 3631 | 132088 BL#01342900 |

| QUANTITY | DESCRIPTION | UNIT PRICE | SALES TAX% | LOCAL TAX% | LOCAL TAX | ITEM DISC. | DISC. AMT. | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | PO#F005723 SHIPPED 2-1-05 | .00 | .0600 | .0100 | .00 | .000 | .00 | .00 |
| 3443 | EHT10Q MANDITAP BOTTLE 10QT | 564.99 | | | | .000 | .00 | 4,773.04 |
| 1 | 80200 FREIGHT MANIDTAP 10QT | 262.60 | | | | .000 | .00 | 262.60 |

| ADDITIONAL CHARGES | SUB-TOTAL | SALES TAX | CASH DISC.% | CASH DISCOUNT AMT. |
|---|---|---|---|---|
| | 5,035.64 | .00 | .00 | .00 |

| DESCRIPTION | AMOUNT |
|---|---|
| | .00 |

3/03/05
Date payment is due in Mason City, Iowa

**TOTAL ▶ $5,035.64**

FILE COPY

# ALLIED PURCHASING

BOX 1249 • MASON CITY, IOWA 50402

PHONE TOLL FREE 800-247-5956
FAX 800-635-3775

*Please call us at once if there is a question on this invoice.*

***Please*** PAY FROM THIS INVOICE

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

SUPERBRAND PLANT CITY

| MEMBER NO. | DATE | ZONE | INVOICE NO |
|---|---|---|---|
| 10509000 | 2/14/05 | 1 | 339023 |

**MEMBER**

WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1193

| ORDER NO. | SUPPLIER | | SUPPLIER NO. | ROUTING | | 132431 PO# F005725 | | |
|---|---|---|---|---|---|---|---|---|
| 000000 | LIQUI-BOX | | 8631 | | | | | |
| QUANTITY | DESCRIPTION | | | | UNIT PRICE | ITEM DISC | DISC. AMT. | AMOUNT |
| | B/L 013464500 DATE SHIPPED 2/9/05 | | | | .00 | .000 | .00 | .00 |
| 3256 | EHT10Q HANDITAP BOTTLE 10QT | | | | 564.99 | .000 | .00 | 4,664.56 |
| 45000 | 33022 HT5B HANDITAP VALVE ASSY BLUE | | | | 121.20 | .000 | .00 | 5,454.00 |
| 1 | 80200 FREIGHT HANDITAP 10QT | | | | 262.60 | .000 | .00 | 262.60 |

| ADDITIONAL CHARGES | | SUB-TOTAL | LOCAL TAX% | LOCAL TAX | SALES TAX% | SALES TAX | CASH DISC % | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | 10,381.16 | .0100 | .00 | .0600 | .00 | | .00 |
| | .00 | | | | | 3/11/05 | | |

Date payment is due in Mason City, Iowa

**TOTAL ▶** $10,381.16

FILE COPY

# ALLIED PURCHASING

**PHONE TOLL FREE 800-247-5956**
**FAX 800-635-3775**

SUPERBRAND PLANT CITY, BOX 1249 • MASON CITY, IOWA 50402

| MEMBER NO. | DATE | ZONE | INVOICE NO |
|---|---|---|---|
| 10509000 | 2/15/05 | 1 | 339135 |

*Please call us at once if there is a question on this invoice.*

***Please* PAY FROM THIS INVOICE**

**MEMBER**

WINN-DIXIE MANUFACTURING ACCOUNTING
P O BOX 4113
JACKSONVILLE, FL 32203-1193

REMITTANCE COPY ATTACHED
PLEASE
RETURN WITH PAYMENT

| ORDER NO. | SUPPLIER | SUPPLIER NO. | ROUTING |
|---|---|---|---|
| 000000 | LIQUI-BOX | 8631 | 132329 PO# F005724 |

| QUANTITY | DESCRIPTION | UNIT PRICE | ITEM DISC | DISC. AMT. | AMOUNT |
|---|---|---|---|---|---|
|  | B/L 013464400 SHIP DATE 2/8/05 | .00 | .000 | .00 | .00 |
| 8443 | EHTION HANDITAP BOTTLE 10QT | 564.99 | .000 | .00 | 4,773.04 |
| 1 | 80200 FREIGHT HANDITAP 10QT | 262.60 | .000 | .00 | 262.60 |

| | SUB-TOTAL | LOCAL TAX% | LOCAL TAX | SALES TAX% | SALES TAX | CASH DISC.% | CASH DISCOUNT AMT. |
|---|---|---|---|---|---|---|---|
| | 5,035.64 | .0100 | .00 | .0600 | .00 | .00 | .00 |

| ADDITIONAL CHARGES | | |
|---|---|---|
| DESCRIPTION | | |
| AMOUNT | | 3/10/05 |
| .00 | | Date payment is due in Mason City, Iowa |

**TOTAL ▶  $5,035.64**

FILE COPY