

**RICCI-LEOPOLD**, PA
CONSUMER JUSTICE ATTORNEYS

*Via Facsimile Transmission (904)419-5365/5359 (letter only w/o attachments)*
*and U.S. Mail/Certified Mail (with attachments)*

March 3, 2006

RECE...
CLERK, U.S. ...

MAR - 8 ...

MIDDLE DISTRICT OF ...
JACKSONV...

Ms. Stephanie Knight
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 33241-4787

Re:     Claimant:            Kathleen Donovan
      Incident Date:      5/17/04
      Proof of Claim #:   4207
      Entity:              Winn Dixie Stores, Inc.
      Location:           0212 Royal Palm Beach, FL
      Claim #:            A411206500-0001-01

Dear Ms. Knight:

       This letter will acknowledge receipt of your offer of $50,000.00 to settle my claim of damages due to injuries sustained in a slip and fall in a Winn Dixie store in Royal Palm Beach, Florida, on May 17, 2004, resulting from your client's negligence. As you said *"This is not the amount that you will receive on account of your claim. The amount you will receive will depend on the approved plan of reorganization...The claimant will be fully responsible for payment of all medical costs and all liens. Winn Dixie (the debtor) will not be responsible for any medical costs or liens."*

       It appears by your evaluation that the nature and extent of my injuries has not been adequately presented. Therefore, I have attached copies of medical expenses incurred to date and included a synopsis of a few of the associated hardships, some of which must be missing from your files. Please review and update your files.

       I am also attaching a Jury Verdict Research Case Evaluation Verdict Analysis indicating a probable verdict amount of $369,625.00 for your consideration.

2925 PGA Boulevard   Suite 200   Palm Beach Gardens   Florida 33410   561.684.6500   fax 561.697.2383   riccilaw.com
CRASHWORTHINESS · PERSONAL INJURY · WRONGFUL DEATH · INSURANCE BAD FAITH · MANAGED CARE ABUSE

Based on current medical bills and surgery performed, plus impending surgeries, this amount is insufficient to cover the medical damages, let alone the hardship these injuries have placed upon my ability to supplement my income and the lack of quality of life I must endure on a daily basis.

My ability to supplement my income as a caterer has truly been affected because I cannot lift heavy pots, stir while cooking, even transporting of food items due to lifting problems. My rotator cuff and neck damage will not only worsen, but possibly tear into the bicep or rupture a cervical disc, which is a great hardship, let alone causing me severe pain. My every day functioning is affected because of limitations in reaching above my head to put dishes on shelves, washing my hair, vacuuming, and just general housework. My driving is affected due to the turning of the car wheel and parking (turning my neck). Everyday typing, computer input, filing, bending my neck and using my arm to write causes pain, and unfortunately this is my job and necessitates that all these things must be accomplished.

My slip and fall occurred on May 17, 2004, just before 9:01 p.m. I was in Winn Dixie to make a purchase. When approaching the check-out counter, I fell due to ice and water in front of the ice machine, which was directly in back of the check-out counter and in full view of store employees and the pharmacy. There was no rubber mat in front of the machine. I called for help, but no one responded until a customer screamed for someone to assist me. I could not get up from the floor and felt like I would pass out due to pain in my back and hip. The staff responded by moping the floor around me, but not directly helping me until the floor moping was done. The manager finally got me something to sit on, and got me a hot/cold patch. No one offered to call 911 or to call my mother, whose home was only a block or so away from the store. Instead, the manager put me in an electric cart and escorted me to the car so that he could return the cart to the store. Being in such great pain, I was lucky to make it to my mother's home. My mother and brother came outside when I was honking the horn and carried me inside.

My mother is a registered nurse, and when she asked what happened, she immediately called the night manager and asked why and what could they possibly be thinking to place someone in an automobile to drive when I almost passed out in the store due to severe pain. She felt as if I could have passed out driving and injured not only myself, but possibly someone else, and no one would ever have known what had happened. The manager's answer was he made out an accident report and that Winn Dixie would call in 24-48 hours, but gave no explanation of why they put me in the car. At the time of the accident, I had no health insurance because I was to start a new job in West Palm Beach in 10 days. Please note that my current residence at the time of the accident was in Atlanta, Georgia. My mother packed me in ice packs that evening, thinking maybe I had pulled muscles. The following day, I was even worse and she insisted I be seen by a physician. I had no physician in Florida at that time, so she took me to the Walk-In Urgent Care Center on Okeechobee Road, who had a board certified internist available to see me.

My mother again called the Winn Dixie store and was told they would cover the medical expenses and a representative of Winn Dixie would be in touch with us. My mother, who is on limited income, paid for the testing, assisted in moving, transported my car and belongings from Atlanta, because I was unable to do this under the doctor's order. The doctor allowed me to be transported by van lying down. I was given pain medication. Upon return, I needed physical therapy and further evaluations.

I was closing my apartment in Atlanta and had leased a town house in Wellington, Florida, so it was imperative to make the trip and had to be ready to start a new job in 10 days. Again, my mother had to employ two women to help pack me up and transport my belongings and automobile to Florida because I was forbidden to do so per the doctor's orders. Then my mother had to pay air transportation for the driver to return to Atlanta. She also paid to have someone unpack me because I was injured and could not do it myself.

When returning to Florida, and after several therapy visits after starting a new job, I was laid off due to loss of time for therapy sessions, which was understandable because I was new and had no sick time accrued.

Therapy was not working as expected, because I felt worse after therapy sessions. My mother insisted that I be seen by a neuro orthopedic surgeon because the internist felt I may have suffered nerve and bone damage and should have follow-up. An appointment was made with Charles Theofilos, M.D. who, after x-rays, MRI's, and examination, determined that I had disc problems that needed to be repaired and because my walking was so affected. I also had problems sitting and driving for any length of time. Dr. Theofilos immediately cancelled therapy. He recommended that I see a shoulder specialist for the shoulder problem and address the neck issue after the shoulder was repaired, which might relieve some of the neck pain. A back surgery was scheduled and performed on January 7, 2005. My back pain was improved and my walking and sitting was less painful.

An appointment was made with Jeffrey Katzell, M.D. He required me to have an MRI performed on my shoulder, which I did, and the results showed that I did, in fact, have a tear in the rotator cuff. He scheduled me for rotator cuff reconstruction, and I was told that I may never get complete return of motion or strength, and that I needed the surgery before it tore into the bicep. Again, I knew my new job would be affected due to loss of time from work, which it was. After finding out that Winn Dixie filed bankruptcy, Dr. Katzell, two days prior to my surgery, informed me that he would not perform the surgery and cancelled. So I have to suffer the pain and hardship until these issues can be addressed. After, and when funds are acquired to do the shoulder repair, I face the neck problem with Dr. Theofilos, whom I trust and respect his judgment, and after funds are acquired, will perform the surgery.

I cannot begin to express how I feel about the surgery performed on my back, the pending surgeries, the inability to pay for the care I received from a reputable surgeon, the care that I need in the future, the inability to supplement my income, let alone the

pain that I have on a daily basis, and the worry of how to obtain future needed healthcare. Winn Dixie should be held responsible.

To date, I have incurred:

    M.T. Javed, MD - $325.00
    Kevin O'Brien, DC - $2,745.00
    Fountain Imaging - $3,500.00
    Seacrest MRI - $1,177.21
    Jeffrey Katzell, M.D. – Approx. $580.00
    Charles Theofilos, M.D. - $23,039.50
    Bruce Fishbane, M.D. – $1,035.00.
    Prescriptions - $147.50 plus      Subtotal:    $32,549.21

    Misc. Expenses
        Airline (approx. $258.00)
        Labor (approx. $400.00)
        Lost Wages (approx. $1,422.39)    Subtotal:    $2,080.39

Future medicals / pending surgeries:
(Not actually amount, estimate)

    Shoulder (rotator
    cuff reconstruction - $20,000.00)
    Neck ($35,000.00)

                                          Subtotal:    $55,000.00

**TOTAL**                                                    **$89,629.60**

    This is all due to Winn Dixie's negligence, lack of training their staff in risk management, employees' poor judgment, and the less than satisfactory communication with the injured party and their insurance company. Hopefully all these will give you a better picture of what occurred and the lack of employees caring about the welfare of an injured customer. Another concern I have is, are customers who currently enter operating Winn Dixie stores at risk if, God forbids, an accident occurs due to Winn Dixie's negligence? Should the general public and Winn Dixie employees be made aware of the risk they face while shopping or working for Winn Dixie? I truly feel that Winn Dixie is responsible for my injuries and necessary expenses that have been expended due to their obvious negligence.

    The stress, the pain and inability to function or supplement my income has created multiple obstacles for me. For Winn Dixie to abdicate their responsibility in this matter is unethical and morally irresponsible.

I would agree to accept $350,000.00 as settlement of my case.

Sincerely,

Kathleen L. Donovan
Secretary to Edward M. Ricci

/kd

cc: The Honorable Jerry A. Funk, U.S. Bankruptcy Court/Jacksonville
    Logan & Company
    Insurance Commissioner of the State of Florida