**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**MOTION TO SHORTEN NOTICE FOR HEARING ON DEBTORS'**
**MOTION TO RETAIN LIQUIDATING AGENT AND SELL MERCHANDISE**

Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Debtors"),

move the Court pursuant to Rule 2002(a)(2), Fed. R. Bankr. P. to shorten the notice

period from twenty to thirteen days to permit a hearing on March 23, 2006, on the

Debtors' motion to (i) retain a liquidating agent (ii) close 35 stores and (iii) sell the

inventory, furniture, fixtures and equipment located at such stores in going-out-of-

business ("GOB") sales (the "GOB Motion"), and in support states:

1.      Since the commencement of these cases, the Debtors have developed and

implemented a new reduced footprint. In connection with the footprint reduction the

Debtors have closed or sold over 500 stores and liquidated the inventory, furniture,

fixtures and equipment at 216 of those stores.[2]

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      The Debtors lease these stores and thus, the store sales are actually the assumption and assignment of the underlying leases.

2.      The Debtors have since decided to sell or close an additional 35 under-performing stores in order to further refine this reduced footprint (the "Targeted Stores"). A list of the Targeted Stores is attached as Exhibit A.

3.      The Debtors intended to market and sell the Targeted Stores as ongoing businesses.  On Monday, February 27, however, there were public reports that the Debtors intended to sell or close the Targeted Stores.  Since this announcement, sales at these stores have deteriorated significantly.  The Debtors' experience from prior store closing programs indicates that these negative sales trends will continue, and likely accelerate, resulting in the incurrence of increased losses at these stores.  For this reason, and to minimize losses to the Debtors' estate, the Debtors need to quickly close the Targeted Stores, relocate valued associates, and sell the inventory, furniture, fixtures and equipment located at the stores (collectively, the "Merchandise").  While the Targeted Stores are closing and the Merchandise is being liquidated, the Debtors will market the leases for the Targeted Stores.  The Debtors will reject the leases for all of the Targeted Stores they are unable to sell.

4.      The Debtors intend to (i) file a motion for authority to market and sell the leases for the Targeted Stores in time to be heard on April 6, 2006, and (ii) schedule a hearing for May 18 to obtain authority to sell the leases for Targeted Stores which are under contract for sale.  A liquidating agent will need approximately 4 weeks to sell the inventory in each store and an additional 3-4 weeks to sell the furniture, fixtures and equipment.  If the GOB Motion is approved at the omnibus hearing scheduled for March 23, the liquidating agent will have sufficient time to sell the Merchandise so that the Targeted Stores will be empty and ready for sale by the May 18 hearing.  The Debtors are

2

presently negotiating with a potential liquidator to conduct these Merchandise sales and intend to complete their negotiations and be in a position to file the GOB Motion by no later than Monday, March 13.

5.       If the GOB Motion is filed on March 13 and set for hearing on March 23, interested parties will have ten days notice rather than the twenty days provided by Rule 2002.  Under Rule 2002(a)(2), the Court has the authority to shorten the notice period to ten days for cause.

6.       Cause exists to shorten the notice period for the GOB Motion.  As a result of the publication of the Targeted Store list, the Debtors have experienced negative sales trends at these stores and based on the Debtors' past experience, these negative sale will likely accelerate.  In order to sell the Targeted Stores by May 18, the liquidators need 4 to 6 weeks to sell the Merchandise and another 3 to 4 weeks to sell the FF&E, thus, the liquidator must begin the sales process on or before March 24.

For the foregoing reasons, the Debtors ask the Court to enter an order substantially in the form attached, shortening the notice period required for the GOB Motion from twenty days to ten days, and for other relief as is just.

Dated: March 9, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___/s/ D. J. Baker_____
      D. J. Baker
      Sally McDonald Henry
      Rosalie W. Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ___/s/ Cynthia C. Jackson_____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson  (F.B.N. 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

4

00524902.DOC

**<u>Exhibit A</u>**

Winn-Dixie Stores, Inc.,February 28, 2006

## Stores to be Sold or Closed (35 Total)

| | Winn-Dixie Store Number | Address | City | State | County | Designated Market Area (DMA) |
|---|---|---|---|---|---|---|
| | | | | | | |

### Miami-Ft. Lauderdale DMA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 310 | 4460 Weston Road | Davie | FL | Broward | Miami-Ft. Lauderdale |
| 2. | 240 | 3890 West 18th Ave | Hialeah | FL | Dade | Miami-Ft. Lauderdale |
| 3. | 339 | 6431 Stirling Rd | Davie | FL | Broward | Miami-Ft. Lauderdale |
| 4. | 301 | 1707 E. Commercial Blvd. | Ft. Lauderdale | FL | Broward | Miami-Ft. Lauderdale |
| 5. | 217 | 1199 S Federal Hwy | Pompano Beach | FL | Broward | Miami-Ft. Lauderdale |
| 6. | 211 | 1885 N Pine Island Road | Plantation | FL | Broward | Miami-Ft. Lauderdale |
| 7. | 205 | 18350 NW 7th Avenue | Miami | FL | Dade | Miami-Ft. Lauderdale |
| 8. | 372 | 15900 West State Rd 84 | Sunrise | FL | Broward | Miami-Ft. Lauderdale |
| 9. | 215 | 2145 NE 164th St | N Miami Beach | FL | Dade | Miami-Ft. Lauderdale |

### Orlando-Daytona DMA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 2324 | 2300 State Road 524 | Cocoa | FL | Brevard | Orlando-Daytona |
| 2. | 2298 | 6300 N. Wickham Rd, Unit 1 | Melbourne | FL | Brevard | Orlando-Daytona |
| 3. | 2330 | 1450 N Courtenay Pkwy | Merritt Island | FL | Brevard | Orlando-Daytona |
| 4. | 2257 | 695 S Semoran Blvd | Orlando | FL | Orange | Orlando-Daytona |
| 5. | 2650 | 7149 W. Colonial Drive | Orlando | FL | Orange | Orlando-Daytona |
| 6. | 2254 | 2618 Boggy Creek Road | Kissimmee | FL | Osceola | Orlando-Daytona |
| 7. | 2387 | 1024 E Highway 436 | Casselberry | FL | Seminole | Orlando-Daytona |

### Tampa-St. Petersburg DMA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 659 | 5400 Clark Rd. | Sarasota | FL | Sarasota | Tampa-St. Petersburg |
| 2. | 602 | 1050 N. Wilson Avenue | Bartow | FL | Polk | Tampa-St. Petersburg |
| 3. | 613 | 4502 E State Road 64 | Bradenton | FL | Manatee | Tampa-St. Petersburg |
| 4. | 695 | 33650 US Hwy 19 North | Palm Harbor | FL | Pinellas | Tampa-St. Petersburg |
| 5. | 643 | 4479 Gandy Blvd. | Tampa | FL | Hillsborough | Tampa-St. Petersburg |

### Ft. Myers-Naples DMA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 738 | 4015 Santa Barbara Blvd. | Naples | FL | Collier | Ft. Myers-Naples |
| 2. | 735 | 12628 East Tamiami Trail | Naples | FL | Collier | Ft. Myers-Naples |
| 3. | 725 | 4151 Hancock Bridge Parkw | Ft Myers | FL | Lee | Ft. Myers-Naples |
| 4. | 719 | 2301 Del Prado Blvd | Cape Coral | FL | Lee | Ft. Myers-Naples |

### Albany DMA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 149 | 1101 16th Avenue East | Cordele | GA | Crisp | Albany |
| 2. | 71 | 412 N Virginia Avenue | Tifton | GA | Tift | Albany |

### West Palm Beach-Ft. Pierce DMA

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 2357 | 415 21St. Street | Vero Beach | FL | Indian River | West Palm Beach-Ft. Pierce |
| 2. | 208 | 5335 Military Trail, Bay 60 | West Palm Beach | FL | Palm Beach | West Palm Beach-Ft. Pierce |

### Jacksonville DMA
| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 185 | 999 N University Blvd. | Jacksonville | FL | Duval | Jacksonville |

### Columbus DMA
| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 409 | 2440 Pepperell Pkwy | Opelika | AL | Lee | Columbus |

### Birmingham DMA
| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 516 | 125 Hwy 25 | Brent | AL | Bibb | Birmingham |

### Tallahassee DMA
| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 192 | 1000 First Avenue NE | Cairo | GA | Grady | Tallahassee |

### Lafayette DMA
| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 1571 | 811 E LaSalle | Ville Platte | LA | Evangeline | Lafayette |

### Baton Rouge DMA
| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 1579 | 58045 Belleview Road | Plaquemine | LA | Iberville | Baton Rouge |

**<u>Proposed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION TO SHORTEN NOTICE**
**FOR HEARING ON DEBTORS' MOTION TO RETAIN**
**<u>LIQUIDATING AGENT AND SELL MERCHANDISE</u>**

This case came before the Court on the motion to shorten notice for hearing on Debtors' motion to retain liquidating agent and sell merchandise (the "Motion").  The Court having considered the Motion and finding sufficient cause to shorten the notice period it is ORDERED:

1.      The Motion is granted.

2.      The notice period required by Rule 2002(a)(2), Fed. R.B.P. is shortened from 20 days to 10 days for the Debtors' motion to retain a liquidating agent and sell merchandise (the "Liquidating Agent Motion").

3.      In the event the Debtors file and serve the Liquidating Agent Motion on or before Monday, March 13, 2006, the Motion may be heard by the Court at the omnibus hearing scheduled in these cases for March 23, 2006.

Dated March _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00525225