# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF MARCH 9, 2006

I, Adam Ravin, certify that on February 17, 2006 I caused to be served the Debtors' Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of March 9, 2006 [Docket No. 5893] and the Notice of Hearing [Docket No. 5894] by having true and correct copies thereof sent via first-class mail, postage pre-paid to the parties listed in Exhibit A.

Dated: March 9, 2006

                                              SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                              By:  /s/  *Adam Ravin*
                                              Adam Ravin
                                              Four Times Square
                                              New York, New York 10036
                                              (212) 735-3000
                                              (212) 735-2000 (facsimile)

                                                    - and –

SMITH HULSEY & BUSEY


By: */s/ Cynthia C. Jackson*
Cynthia C. Jackson (FBN 498882)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Debtors

**EXHIBIT A**

Barbco, Inc.
Attn:  Charles Carpenter
15003 Benfer Road
Houston, TX  70069

Bayforce Staffing Solutions
Attn:  Michael Nagy
146 2nd St. North, Suite 107
St. Petersburg, FL  33701

Cit Technologies Corporation
Assignee Of Gatx Technology Svcs
2285 Franklin Road
P.O. Box 2017
Bloomfield Hills, MI  48303

Futuristic Foods Inc
Attn: Michael Scarpulla
3 Atlantis Terrace
Freehold, NJ  07728

Futuristic Foods Inc
1273 19th Street Lane NW
Hickory, NC  28601

Futuristic Foods Inc
Attn:  Michael Scarpulls, President
100 Benjamin Street
Toms River, NJ  8755

Gatx Technology Services Corp
Attn: Michael Wilkinson
1 Cit Drive
Livingston,  NJ  07039

General Electric Capital Corp
C/O Moritt Hock Hamroff et. al.
Attn Marc Hamroff/Leslie Berkoff
400 Garden City Plaza
Garden City,  NY  11530

General Electric Capital Corp
GE Commercial Equipment Financing
Attn Paul Heringslake, VP
160 International Parkway Suite 120
Heathrow,  FL   32746

General Electric Capital Corp
William S Theis
Commercial Equipment Financing
2385 Executive Center Drive Ste 200
Boca Raton, FL  33431

Infosys Technologies
Attn Dean Whiteside, Esquire
6607 Kaiser Drive
Fremont, CA  94555

Infosys Technologies Limited
Bank Of America Lockbox Service
3998 Collections Center Drive
Infosys Technologies
Chicago,  IL  60693

Infosys Technologies Limited
Electronics City
Hosur Road
Bangalore 560 100, India

Infosys Technologies Limited
Attn:  Legal Department
34760 Campus Drive
Fremont, CA  94555

Mead Westvaco Package System, Llc
C/O Meadwestvaco Corp.
Attn Margaret Harris, Sr Credit
9080 Springboro Pike
Miamisburg,  OH  45342

Mead Westvaco Package System, Llc
1040 West Marietta St., N.W.
Atlanta,  GA  30318

3

Modis Consulting
Attn; Guy Cudihee
Modis Tower
1 Independent Drive, 10th Fl
Jacksonville, FL   32202

Modis, Inc
C/O Mps Group, Inc
Attn Deann Walton
1 Independent Drive, 10th Fl
Jacksonville, FL   32202

National Welders
2704 Uwharrie Road
High Point, NC   27263

National Welders Supply Co Inc
1402 West Green Street
High Point, NC   27260

Sam Group, Inc
Po Box 31741
Dept 318
Charlotte, NC   28231

Sam Group, Inc
Attn Sam Kelly
11 Smith Hines Road
Greenville, NC   29607

Sam Group, Inc.
297-G Garlington Road
Greenville, SC   29615

Scana Energy Marketing Inc
C/O Held & Israel
Attn Edwin W Held Jr, Esquire
1301 Riverplace Blvd, Ste 1916
Jacksonville, FL   32207

Scana Energy Marketing Inc
C/O Morre & Van Allen Pllc
Attn: David B Wheeler, Esquire
40 Calhoun St, Suite 300
Po Box 22828
Charleston, SC   29413-2828

Scanna Energy Marketing Inc.
Contract Administration
P.O. Box 23606
Columbia, SC   29224

Wipro Limited
Attn:  Legal Dept., Wipro Technologies
Dodda Kanelli, Sarjapur Road
Bangalore   560-035,   In