

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 9, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

P

Motion for an Order (a) Authorizing the Debtors to Sell Miramar Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief Filed by Debtor (5881)

Response by City of Miramar (Doc. 6129)

Granted / Ord- Cynthia
Signed

**APPEARANCES:**
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                              MATTHEW S. BARR
CITY OF MIRAMAR:  DOUGLAS R. GONZALES

**RULING:**