

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 9, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

ρ

Motion for an Order (a) Authorizing the Debtors to Sell the McComb Property and Related Assets Free and Clear of Liens, Claims, and Interests, and (b) Granting Related Relief Filed by Debtor (5885)

*Granted - Ord./Signed*

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

**RULING:**