

### HONORABLE JERRY A. FUNK
### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

**Thursday**
**March 9, 2006**
**1:00 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

ρ

   **Motion to Reject Executory Contracts and Unexpired Leases Effective as of March 9, 2006 Filed by Debtor (5893)**

*Granted – Ord/Signed*

**APPEARANCES:**

| | |
|---|---|
| **US TRUSTEE:** | ELENA ESCAMILLA |
| **UNSEC. CRED:** | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |

**RULING:**