

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 9, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post
           *p*

Motion for Order Granting Fourth Extension of Exclusive Periods for Filing Chapter 11 Plans and Obtaining Acceptances of Such Plans Filed by Debtor (6010)

Joinder in Debtors' Motion Filed by Wilmington Trust Company (Doc. 6288)

Statement In Support of Debtors' Motion filed by Official Committee of Unsecured Creditors (Doc. 6319)

*Granted - Ord/Signed*

**APPEARANCES:**
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:         *p* JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
WILMINGTON TRUST CO:     ARTHUR SPECTOR

**RULING:**