

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 9, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion to Require Payment of Post Petition Obligations Filed by Allied Printing (3849)

Amount Requested: $12,772.74

*Granted - Ord/Signal*

**APPEARANCES:**
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR
ALLIED PRINTING:     EARL BARKER

LING: