

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 9, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post /

Objection to Claim No. 8003 of Louise Clark filed by Debtor (5567)

Objection to the disallowance and expungement of her claim Filed by Louise Clark (Doc. 6119)

*Sustained - FOF COL by Post*

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR
LOUISE CLARK:

RULING: