UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING, IN PART, MOTION OF ALLIED PRINTING TO REQUIRE PAYMENT OF POST-PETITION OBLIGATIONS

These cases came before the Court for hearing on March 9, 2006, upon the Motion of Allied Printing, Inc. to Require Payment of Post-Petition Obligations (the "Motion"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is granted, as set forth herein.

2. Allied Printing, Inc. shall have an allowed administrative claim in the amount of $3,266, to be paid within five business days from the date of entry of this Order.

3. The amounts sought in the Motion in excess of $3,266 have been satisfied through payment or waiver.

Dated this 9 day of March, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

446990-Wilmington Server 1A - MSW