[31611] [ORDER ABATING MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05-bk-03817-JAF
                                                                Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Dortha Mohundro on March 3, 2006, the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated March 7, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Creditor
Sedgwick CMS, P.O. Box 24787, Jacksonville, FL 32241-4787
Logan & Company, 546 Valley Rd., Upper Montclair, NJ 07043
US Trustee
Dennis Dunne, Co-Counsel for Committee of Unsecured Creditors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Mar 07, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on Mar 09, 2006.
aty          Brian D Zinn,   Goldstein Buckley Cechman Rice & Purtz,   Post Office Box 2366,
               Fort Myers, FL  33902-2366
aty         +Dennis F. Dunne,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
               New York, NY 10005-1401
unk         +Logan & Company, Inc.,   Logan & Company, Inc.,   546 Valley Road,
               Upper Montclair, NJ 07043-1896
             Sedgwick CMS,   P.O. Box 24787,   Jacksonville, FL  32241-4787

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2006**                    **Signature:**    *Joseph Speetjens*