# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

## ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF MARCH 9, 2006

These cases came before the Court for hearing on March 9, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection of the executory contracts and unexpired leases listed on the attached Exhibit A (collectively, the "Contracts") effective as of March 9, 2006 (the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.  The Motion is granted.

2.  The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and the Contracts are deemed rejected, effective as of March 9, 2006.

3.  Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4.      Claims for any rejection damages resulting from the rejection of the Contracts must be filed within 30 days after the date of entry of this Order.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.  Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6.      The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ___9___ day of March 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

00524732.DOC

## EXHIBIT A

## CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts.  The rejections pursuant to this Order apply only to the Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed herein.)

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Barbco, Inc.<br>Attn: Charles Carpenter<br>15003 Benfer Road<br>Houston, TX  70069 | Astor Products, Inc. | Co-Pack/Product Supply Agreement dated as of October 28, 2004 |
| Bayforce Staffing Solutions<br>Attn: Michael Nagy<br>146 2nd St. N., Suite 107<br>St. Petersburg, FL  33701 | Winn-Dixie Stores, Inc. | Master Information Technology Services Agreement, dated as of January 8, 2004 |
| CIT Technologies Corporation, assignee of GATX Technology Services<br>2285 Franklin Road<br>P.O. Box 2017<br>Bloomfield Hills, MI  48303-2017 | Winn-Dixie Stores, Inc. | Computer Equipment Schedule No. 1 to Master Lease Agreement, dated as of July 15, 2003, for lease of NCR Worldmark 5300, Serial No. 33177335 |
| Futuristic Foods, Inc.<br>Attn: Michael Scarpulla, President<br>100 Benjamin Street<br>Toms River, NJ  08755 | Winn-Dixie Stores, Inc. | Entrée and Side Dish Supply Agreement dated as of July 20, 2003 |
| Infosys Technologies Limited<br>Electronics City, Hosur Road<br>Bangalore 560 100 India<br><br>-and-<br><br>Infosys Technologies Limited<br>Attn: Legal Department<br>34760 Campus Drive<br>Fremont, CA  94555 | Winn-Dixie Stores, Inc. | Services Agreement dated as of March 31, 2004 |
| Mead Westvaco Package System, LLC<br>1040 West Marietta St., NW<br>Atlanta, GA  30318 | Winn-Dixie Raleigh, Inc. f/k/a Winn-Dixie Charlotte, Inc. | Equipment Lease dated as of February 20, 2003 for Specification Model:  18000, Serial Number: 56, Types of Packages: YOGOPAK *2x3 |
| Modis Consulting<br>Attn: Guy Cudihee<br>Modis Tower<br>1 Independent Drive<br>Jacksonville, FL  32202 | Winn-Dixie Stores, Inc. | Master Information Technology Services Agreement, dated as of January 7, 2004 |
| National Welders Supply Company, Inc.<br>1402 West Green St.<br>High Point, NC  27260 | Winn-Dixie Stores, Inc. | Cylinder Lease Agreement dated as of January 25, 2004 |

| | | |
|---|---|---|
| Scanna Energy Marketing, Inc.<br>Contract Administration<br>P.O. Box 23606<br>Columbia, SC 29224 | Winn-Dixie Stores, Inc. | Natural Gas Sales Agreement Contract No. NCS01838, dated November 1, 2002, for Taylors, SC facility<br><br>Natural Gas Sales Agreement Contract No. GS001027, dated October 1, 2000, for Atlanta, GA facility<br><br>Natural Gas Sales Agreement Contract No. NCS01845, dated November 1, 2002, for High Point, NC facility |
| SAM Group, Inc.<br>11 Smith Hines Rod.<br>Greenville, SC  29607 | Winn-Dixie Stores, Inc. | Statement of Work #5 dated February 1, 2005 |
| Wipro Limited<br>Attn: Legal Dept., Wipro Technologies<br>Dodda Kannelli, Sarjapur Road<br>Bangalore 560-035<br>India | Winn-Dixie Stores, Inc. | Master Business Agreement dated as of July 1, 2004 |

445200-Wilmington Server 1A - MSW