UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION TO SHORTEN NOTICE
FOR HEARING ON DEBTORS' MOTION TO RETAIN
LIQUIDATING AGENT AND SELL MERCHANDISE**

This case came before the Court on the motion to shorten notice for hearing on Debtors' motion to retain liquidating agent and sell merchandise (the "Motion"). The Court having considered the Motion and finding sufficient cause to shorten the notice period it is ORDERED:

1. The Motion is granted.

2. The notice period required by Rule 2002(a)(2), Fed. R.B.P. is shortened from 20 days to 10 days for the Debtors' motion to retain a liquidating agent and sell merchandise (the "Liquidating Agent Motion").

3. In the event the Debtors file and serve the Liquidating Agent Motion on or before Monday, March 13, 2006, the Motion may be heard by the Court at the omnibus hearing scheduled in these cases for March 23, 2006.

Dated March 9, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge