

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**March 9, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     **WINN-DIXIE STORES, INC.**       **Page 1 of 2**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

*P*

**Motion for Order Granting Fourth Extension of Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property Filed by Debtor (5888)**

Objection to Debtors' Motion filed by Turney Dunham Plaza Partners LP (Doc. 6209)

✳ Objection to Debtors' Motion filed by Commodore Realty, Inc. and Isram Realty & Mgmt (Doc. 6237)

Limited Objection to Debtors' Motion filed by The Prudential Insurance Co. Of America (Doc. 6239)

Objection to Debtors' Motion filed by E&A Financing II, LP. (Doc. 6240)

Limited Objection to Debtors' Motion filed by Regency Centers, L.P., et. al. (Doc. 6241)

✳ Objection to Debtors' Motion filed by Westfork Tower, LLC, et. al. (Doc. 6243)

✳ Objection to Debtors' Motion filed by Lassiter Properties, Inc. (Doc. 6245)

✳ Objection to Debtors' Motion filed by London Associates, Ltd. (Doc. 6249)

Objection to Debtors' Motion filed by Michael Oschin, et. al. (Doc. 6251)

Objection to Debtors' Motion filed by New Plan Excel Realty Trust, Inc. and Aronov Property Management (Doc. 6253)

*Under advisement*
*Orul/Jackson - today*

*✳ Cont'd. 3/23 - unsettled matters*

**APPEARANCES CONTINUED ON PAGE 2**



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**March 9, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1       WINN-DIXIE STORES, INC.                    Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


**APPEARANCES CONTINUED:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| TURNEY DUNHAM PLAZA: | T. DAVID MITCHELL |
| COMMODORE REALTY AND | |
| ISRAM REALTY & MGMT, INC: | JOYCE KUHNS |
| THE PRUDENTIAL INS. CO. OF AMERICA: | ADAM FRISCH |
| E&A FINANCING II, L.P., et. al: | ADAM FRISCH |
| REGENCY CENTERS, L.P., et al: | ADAM FRISCH |
| WESTFORK TOWER LLC, et. al: | KAREN SPECIE |
| LASSITER PROPERTIES, INC: | R. SCOTT SHUKER |
| NDON ASSOCIATES, LTD: | R. SCOTT SHUKER |
| MICHAEL OSCHIN, et al: | RICHARD THAMES |
| NEW PLAN EXCEL REALTY TRUST, INC. | |
| AND ARONOV PROPERTY MGMT: | DAVID POLLACK |