# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                          )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                )        Chapter 11

    Debtors.                )        Jointly Administered

_____        )

## AGREED ORDER OF RESOLUTION OF THE LITIGATION
## CLAIM OF CHRISTOPHER MARSHBURN (CLAIM NO. 8462)

   These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, Christopher Marshburn (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 minimum established in the Claims Resolution Procedure. Accordingly, it is

   ORDERED AND ADJUDGED:

   1.  Claim No. 8462 filed by Claimant is allowed as an unsecured non-priority claim in the amount of $5,000.00 against Winn-Dixie Stores, Inc. in Case No. 05-03817 which the Debtors are authorized to pay in full in accordance with the Claims Resolution Procedure.

   2.  This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 8462 and (ii) all other claims the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

00519470.DOC

3.     The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability.   The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

4.     The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___9___ day of _Marcl~___, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

00519470.DOC

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By_____          By_____
    James H. Post                        Dominick Salfi

Florida Bar Number 175460            999 Douglas Avenue
225 Water Street, Suite 1800         Suite 3333
Jacksonville, Florida 32202          Altamonte Springs, FL 32714
(904) 359-7700
(904) 359-7708 (facsimile)           Attorney for the Claimant

Attorneys for the Debtors

00519470.DOC