**UNITED STATES BANKRUPTCY COURT**
*Middle District Of Florida*
*300 North Hogan Street, Suite 3-350*
*Jacksonville, Florida 32202*
*(904) 301-6490*



March 10, 2006

Mr. Joe L. Amerson
#36217
P.O. Box 88550
C.M.C.F. 3B.1 B-Zone Bd #80
Pearl, MS 39288-8550

Re: Winn-Dixie Stores, Inc.
    Case #05-bk-3817-3F1

Dear Mr. Amerson,

The court is in receipt of your letter dated February 22, 2006. It appears you are requesting the removal of a suit against Winn-Dixie Stores, Inc. in Circuit Court in Mississippi to the Bankruptcy Court in Jacksonville, FL. In order to file a notice of removal, pursuant to 28 U.S.C. §1452, Federal Rule of Bankruptcy Procedure 7001(10), 9027:

The pleading must be properly styled and captioned;

The notice shall be accompanied by a copy of every pleading, exhibit, deposition, etc., to date, on file with the court where the proceeding originated;

All pleadings must have original signature;

The filing fee of $250.00 must accompany the Notice of Removal

Sincerely,

Susan Carter
Susan Carter
Case Manager