UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et. al., | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Jointly Administered |

NOTICE OF DEBTOR'S FIFTH OMNIBUS OBJECTION TO

(A) <u>WORKER'S COMPENSATION CLAIMS AND (B) MISCLASSIFIED CLAIMS</u>

Creditor-WDX-399371-5B-15
RX SOLUTIONS, INC.
ATTN JERE COUCH
111 THOMAS OVERBY DR
SHARPSBURG, GA 30277

Comes now, RX SOLUTIONS, INC., a creditor to the above styled action and files this objection to the re-classification to its claim to a non-priority status. Creditor objects to this change because the creditor has provided to the debtor services which are in the nature of employment, to wit the services of registered pharmacists. These services were used by the debtor to perform duties regularly performed by employees of the debtor who would have to compensate then as employees. These services are of the nature of those regularly performed by other professional pharmacists employed by the debtor.

Creditor RX SOLUTIONS, INC. has been deemed an employer of these persons by the State of Georgia and therefore believes and asserts that the services so provided cannot be differentiated from employment status by the debtor in bankruptcy. Because the debtor chose to substitute these employees for his own should not relieve him of the higher priority claim due to regular employees.

For the foregoing reasons, the creditor asserts that his claim has and ought to have a higher priority than that of unsecured creditor.

Respectfully submitted this 7TH day of MARCH, 2006.

By: _____
Jere Couch, CFO
Rx Solutions, Inc