**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

March 10, 2006

Jere Couch
RX Solutions, Inc.
111 Thomas Overby Dr.
Sharpsburg, GA 30277

Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Mr. Couch:

The Court is in receipt of your objection to the Debtors' Notice of Fifth Omnibus Objection to (a) Worker's Compensation Claims and (b) Misclassified Claims that you filed on March 9, 2006. A hearing on that Notice has been set for March 23, 2006 in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, a corporation must be represented by an attorney.

Sincerely,

Susan Carter
Case Manager
(904) 301-6521