UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          CASE NO: 05-03817-3FQ
                                                (Jointly Administered)
WINN-DIXIE STORES, INC., et. al.,               CHAPTER 11

      Debtors.

_____/

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 9566

     NOTICE IS HEREBY GIVEN that Bennett M. Lifter, as Trustee of the Waikiki Partnership of

the Daniel and Helene Lifter Trust Funds, hereby withdraws is Proof of Claim Filed on July 28,

2005, in the amount of $2,863,978.21, which was assigned Claim Number 9566.

     I HEREBY CERTIFY that on March 10, 2006, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all

CM/ECF participants.

                    Ben-Ezra & Katz, P.A.
                    951 NE 167th Street, Suite 102
                    N. Miami Beach, FL  33162
                    Telephone: (305) 770-4100
                    Fax:      (305) 653-2329

                    By: /S/ Marc A. Ben-Ezra
                      MARC A. BEN-EZRA
                      Fla. Bar No. 8611891