**UNITED STATES BANKRUPTCY COURT**
*Middle District Of Florida*
*300 North Hogan Street, Suite 3-350*
*Jacksonville, Florida 32202*
*(904) 301-6490*



March 10, 2006

Mr. Joe L. Amerson
#36217
P.O. Box 88550
C.M.C.F. 3B.1 B-Zone Bd #80
Pearl, MS 39288-8550

Re: Winn-Dixie Stores, Inc.
    Case #05-bk-3817-3F1

Dear Mr. Amerson,

The court is in receipt of your letter dated February 22, 2006. It appears you are requesting the removal of a suit against Winn-Dixie Stores, Inc. in Circuit Court in Mississippi to the Bankruptcy Court in Jacksonville, FL. In order to file a notice of removal, pursuant to 28 U.S.C. §1452, Federal Rule of Bankruptcy Procedure 7001(10), 9027:

The pleading must be properly styled and captioned;

The notice shall be accompanied by a copy of every pleading, exhibit, deposition, etc., to date, on file with the court where the proceeding originated ;

All pleadings must have original signature;

The filing fee of $250.00 must accompany the Notice of Removal

Sincerely,

Susan Carter
Case Manager

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Mar 10, 2006
Case: 05-03817                Form ID: pdfdoc        Total Served: 1
```

The following entities were served by first class mail on Mar 12, 2006.
cr        Joe L. Amerson,    P.O. Box 88550,    CMCF 3B.1 B-Zone Bd #80,    #36217,    Pearl, MS   39288-8550

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2006**                          **Signature:**    _Joseph Speetjens_