**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

March 10, 2006

Jere Couch
RX Solutions, Inc.
111 Thomas Overby Dr.
Sharpsburg, GA 30277

Re:        Winn-Dixie Stores, Inc.
Case No.:  05-3817-3F1

Dear Mr. Couch:

The Court is in receipt of your objection to the Debtors' Notice of Fifth Omnibus Objection to (a) Worker's Compensation Claims and (b) Misclassified Claims that you filed on March 9, 2006. A hearing on that Notice has been set for March 23, 2006 in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, a corporation must be represented by an attorney.

Sincerely,

Susan Carter
Case Manager
(904) 301-6521

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes            Page 1 of 1              Date Rcvd: Mar 10, 2006
Case: 05-03817               Form ID: pdfdoc         Total Served: 1
```

The following entities were served by first class mail on Mar 12, 2006.
cr          +RX Solutions, Inc.,   Attn: Jere Couch,   111 Thomas Overby Dr.,   Sharpsburg, GA 30277-3528

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2006**                        **Signature:** _Joseph Speetjens_