UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC. et al.                    CASE NO. 05-03817-3f1

CHAPTER 11

DEBTOR

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

Webb/Lexington Ventures No. 108, LTD ("LEX/108") withdraws its request for an administrative expense claim in the amount of $36,587.76 (Document No. 4070).

The Debtor, Winn-Dixie Stores, Inc. paid LEX/108 the amount requested to its satisfaction.

Respectfully submitted,

FOWLER, MEASLE & BELL, LLP

*/s/ John E. Hinkel, Jr.* \_\_\_\_\_
John E. Hinkel, Jr., Esq.
300 W. Vine St Suite 600
Lexington KY 40507-1660
Telephone: (859) 252-6700
Facsimile: (859) 255-3735
Email: jhinkel@fmblaw.com

ATTORNEYS FOR WEBB/LEXINGTON
VENTURES NO. 108, LTD

## **CERTIFICATE OF SERVICE**

I certify on March 13, 2006 a copy of the foregoing was served electronically according to the Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case

*/s/ John E. Hinkel, Jr.*_____
ATTORNEY FOR WEBB/LEXINGTON
VENTURES NO. 108, LTD

262496.1/7066.00016
3/13/2006 3:25 PM