United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| WINN-DIXIE PROCUREMENT INC | } Chapter 11 |
| | } |
| | } Case No. 05-03817 |
| Debtor | } Amount $1,980.45 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**GAMBINOS BAKERIES INC**
**PO BOX 857**
**KENNER, LA 70063**

The transfer of your claim as shown above in the amount of $1,980.45 has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                                          By:/s/ Robert Minkoff
                                                          Revenue Management
                                                          (201) 968-0001

782619

201-968-0001

------------------------------(CUT HERE)------------------------------

**TRANSFER NOTICE**

GAMBINOS BAKERIES INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **WINN-DIXIE PROCUREMENT INC/** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the GAMBINOS BAKERIES INC Claims of Assignor in the aggregate amount of **$1,980.45** representing all claims against: **WINN-DIXIE PROCUREMENT INC/** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-11082, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

GAMBINOS BAKERIES INC                                          REVENUE MANAGEMENT

_____                                      _____
(Signature)                                                    (Signature)

Sam Scelfo Pres                                                _____
_____                                      (Print Name of Witness)
(Print Name and Title)

WINN-DIXIE PROCUREMENT INC
GAMBINOS BAKERIES INC

782619