**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: | Case Number: 3-05-bk-03817-JAF |
| | Chapter:     11 |
| WINN-DIXIE STORES, INC., et. al., | JOINTLY ADMINISTERED |
| Debtor(s) | |
| _____/ | |

**MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD FOR UNSECURED CREDITOR GENOVEVA CERVANTES**

COMES NOW, Jeanine Ackerson Ullo of McBride, Ullo & Lorenz, P.A., attorney of record for the unsecured creditor, Genoveva Cervantes, pursuant to Rule 2091-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules"), and moves for the entry of an order permitting withdrawal as counsel of record for the unsecured creditor, Genoveva Cervantes, in these proceedings.

**Background**

1.  On February 21, 2005 (the "Petition Date"), the Debtors filed their petitions for relief under chapter 11 of the Bankruptcy Code.

2.  The unsecured creditor, Genoveva Cervantes, was injured prior to the Petition Date.

3.  On October 18, 2005, a $100.00 offer was provided by a Claims Examiner on behalf of Debtors to resolve the unsecured claim.

4.  This offer was communicated and rejected by the unsecured creditor, Genoveva Cervantes.

5. The Questionnaire for Litigation Claimants was timely returned to the Claims Agent, Logan & Company, Inc., notifying the Agent of the unsecured creditor's total claim amount of $15,000.00.

6. After further discussions, investigation and review of the claim, the undersigned counsel attempted to contact the unsecured creditor, Genoveva Cervantes, to discuss the case and the withdrawal of counsel.

7. The undersigned counsel notified the unsecured creditor, Genoveva Cervantes, verbally and by letter dated January 24, 2006 of the intent to withdraw as counsel, to advise she obtain substitute counsel and the importance of immediate action. The letter was sent certified mail, with the return receipt signed and dated January 27th, by a "C. Cervantes" at her last known residence of 4527 Wheelhouse Court, Orlando, FL 32812.

### Relief Requested

8. Pursuant to Local Rule 2091-1, upon expiration of the ten (10) day notice period, Jeanine Ackerson Ullo of McBride, Ullo & Lorenz, P.A. respectfully requests that the court enter an order granting her withdrawal as counsel for the unsecured creditor, Genoveva Cervantes.

9. Pursuant to Local Rule 2091-1, notice of this motion has been provided to the following parties: (i) D.J. Baker, Sally McDonald Henry, Rosalie Gray and Eric Davis, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036Genoveva Cervantes, 4527 Wheelhouse Court, Orlando, FL 32812; (ii); (iii) Cynthia C. Jackson, Steven Busey, James H. Post and Eric McKay, Smith, Hulsey and Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; (iv) Dennis F. Dunne, Milbank, Tweed, Hadley and McCloy, LLC, One Chase Manhattan Plaza, New York, NY 10005; (v) Kenneth C. Meeker, Assistant U.S. Trustee,

135 W. Central Blvd., Room 620, Orlando, FL 32801; and (vi) John B. MacDonald, Akerman Senterfitt, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202.

**WHEREFORE**, Jeanine Ackerson Ullo of McBride, Ullo & Lorenz, P.A. respectfully requests entry of an order (i) granting withdrawal as counsel for the unsecured creditor, Genoveva Cervantes; and (ii) granting such other further relief as is just and proper. Respectfully submitted this 14th day of March, 2006.

   /s/ Jeanine Ackerson Ullo
Jeanine Ackerson Ullo, Esq.
Fla. Bar No. 0693685
McBride, Ullo & Lorenz, P.A.
135 W. Central Blvd., 1100
Orlando, FL 32801
Telephone:  (407) 926-0333
Fax:            (407) 926-0334