UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

NOTICE OF TRANSFER OF CLAIMS FOR SECURITY
(CLAIMS NO. 1175 AND 1176)

First Commercial Bank ("FCB"), a secured creditor of Sulphur Springs Partners, LLLP ("SS Partners"), hereby files its Notice of Transfer of Claims for Security (the "Notice") pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") with respect to the proofs of claim numbered 1175 and 1176 filed by SS Partners (the "Proofs of Claim"). In support of such Notice, FCB states as follows:

BASIS FOR ASSIGNMENT

1. Upon information and belief, pursuant to a lease dated on or about April 8, 1997 (the "Lease"), Sulphur Springs Marketplace, L.L.C. ("SS Marketplace"), as lessor, agreed to lease certain real estate (the "Premises) to Winn-Dixie of Montgomery, Inc. ("WD-Montgomery"), one of the debtors in the above-styled cases.

2. Upon information and belief, pursuant to a Corporate Guaranty of Lease Obligations dated April 8, 1997 (the "Guaranty"), Winn-Dixie Stores, Inc. ("WD-Stores"), another debtor in the above-styled cases, guaranteed the obligations of WD-Montgomery under the Lease.

1/1427886.1

3. Upon information and belief, on or about March 17, 1999, SS Marketplace and WD-Montgomery entered into a supplemental lease agreement regarding the Premises.

4. Upon information and belief, on or about April 1, 1999, SS Marketplace entered into a first amendment to Lease with WD-Montgomery and with WD-Stores as guarantor.

5. Upon information and belief, on or about April 1, 1999, SS Marketplace and WD-Montgomery entered into a second amendment to Lease with WD-Montgomery and with WD-Stores as guarantor.

6. Upon information and belief, on or about May 1, 2000, SS Marketplace transferred and assigned the Lease and the Guaranty to Sulphur Springs Properties, LLC ("SS Properties") pursuant to a lease assignment and assumption agreement based on the sale of the premises to SS Properties.

7. Upon information and belief, on or about July 30, 2004, SS Properties transferred and assigned the Lease and the Guaranty to SS Partners.

8. On February 23, 2005, this Court entered an order granting the motion of WD-Montgomery (and other affiliated debtors) to reject the Lease (the "Rejection Order").

9. Pursuant to a Mortgage and Security Agreement between SS Partners and FCB dated July 30, 2004 (the "Mortgage") and an Assignment of Rents and Leases Agreement between SS Partners and FCB dated July 30, 2004 (the "Assignment of Rents"), SS Partners assigned its interest in the Lease and in all rents and proceeds derived therefrom to FCB to

secure any and all obligations of SS Partners to FCB. True and correct copies of the duly recorded Mortgage and the Assignment of Rents are attached hereto respectively as **Exhibits A and B** and incorporated herein by reference.

10. SS Partners is indebted to FCB, and such indebtedness is secured by the Mortgage and the Assignment of Rents.

11. WD-Montgomery's rejection of the Lease constitutes a breach of the Lease and an Event of Default[1] under the Mortgage and Assignment of Rents. As a result of such Events of Default, FCB is entitled to collect any and all rents and other sums due under the Lease.

12. SS Partners has filed the two Proofs of Claim with respect to its claims under the Lease and the Guaranty for rents and other sums due under the Lease. Specifically, SS Partners has filed (a) a proof of claim in the amount of $8,938,771.99 against WD-Stores on May 9, 2005 (claim no. 1175), and (b) a proof of claim in the amount of $1,340,815.70 against WD-Montgomery on May 9, 2005 (claim no. 1176).

13. Pursuant to Bankruptcy Rule 3001(e), FCB hereby gives notice that the Proofs of Claim were transferred by SS Partners to FCB prior to the filing of the Proofs of Claim as security for SS Partners' outstanding obligations to FCB.

14. No agreement has yet been reached between FCB and SS Partners regarding their relative rights respecting voting of the Proofs of Claim, payment of dividends

---

[1] Capitalized terms used herein but not defined are ascribed the same meaning as in the Lease, Mortgage and/or Assignment of Rents.

thereon, or participation in the administration of the debtors' estates. FCB asserts that it is entitled to exercise all of such rights pursuant to its agreements with SS Partners.

Respectfully submitted this the 14th day of March, 2006.

/s/ Jay R. Bender
Jay R. Bender
Counsel for First Commercial Bank

**OF COUNSEL:**
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Phone: (205) 521-8000
Fax: (205) 521-8800

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

Sulphur Springs Partners, LLLP
801 N.E. 167th Street, 2nd Floor
North Miami Beach, FL 33162

Lisa M. Schiller, Esq.
Counsel for Sulphur Springs Partners, LLLP
Rice Pugatch Robinson & Schiller, P.A.
848 Brickell Avenue, Suite 1100
Miami, FL 33131

**Counsel for the Debtor:**
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

    Stephen D. Busey
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, FL 32202

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address or by electronic mail, on this 14th day of March, 2006.

                                          /s/ Jay R. Bender
                                          OF COUNSEL