UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC.,
et al.,

Debtors.
_____/

Chapter 11

Case No. 05-03817-3F1
Jointly Administered

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned appearing as counsel for National In Store Marketing, creditor and party-in-interest in the above-captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished this 15th day of March, 2006, to all parties in interest per the attached service list.

Respectfully submitted,

KATZ BARRON SQUITERO FAUST
Attorney for National In Store Marketing
2699 S. Bayshore Drive, Seventh Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227

By: _____
Leyza F. Blanco
Florida Bar No. 104639