UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**THIRD INTERIM APPLICATION OF CARLTON FIELDS, P.A.,
AS SPECIAL COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Carlton Fields, P.A. ("Carlton Fields"), makes this third interim application pursuant to Sections 330 and 331 of the Bankruptcy Code (the "Code") for the entry of an order allowing it interim compensation for services rendered and costs advanced as special counsel for the Debtors ("Winn Dixie") for the period from October 1, 2005 through January 31, 2006 (the "second interim period"). By this application, Carlton Fields is seeking interim compensation for services rendered in the amount of $329,144.00 and reimbursement for costs advanced in the amount of $11,844.23.

**Legal Services Rendered by Carlton Fields**

1.     On February 21, 2005 (the "Petition Date"), Winn Dixie filed a petition for reorganization under Chapter 11 of the Code.

2.     On May 19, 2005, the Court authorized Winn Dixie to retain Carlton Fields as special counsel in this case *nunc pro tunc* to the Petition Date.

3.     By this application, Carlton Fields seeks interim compensation for services rendered and expenses advanced for the third interim period.

4.     Carlton Fields seeks allowance and payment of fees for services provided to Winn Dixie in the following areas of representation: (i) preparing and making claims on landlords to

pay for damages to multiple stores from the 2004 hurricanes; (ii) protecting Winn Dixie's exclusive use rights in shopping centers through enforcement of its right to be free of competition in selling groceries in particular centers; (iii) general assistance on questions regarding leases, landlord negotiations, real estate, and related matters; (iv) obtaining retention as special counsel and matters in connection with same; and (v) assisting Winn Dixie and its bankruptcy estate regarding compliance with bankruptcy court requirements relating to ongoing litigation, including matters concerning application of the automatic stay and the filing of suggestions of bankruptcy.

**Compensation and Reimbursement Requested**

5.    By this application, Carlton Fields requests interim compensation for services rendered of $329,144.00 and reimbursement of expenses of $11,844.23 incurred during this third interim period.

6.    During the third interim period, Carlton Fields devoted 1,138.50 hours of attorney time, and 55.10 hours of legal assistant time to the representation of Winn Dixie. Attached as Schedule A are the invoices that include the contemporaneous daily time entries covering professional services rendered by Carlton Fields during this third interim period, including time devoted each day by the individual attorneys and legal assistants. The time entries have been redacted, as appropriate, to the extent necessary to avoid revealing confidential information protected by the attorney-client and/or work product privileges.

7.    In addition, the invoices Attached as Schedule A also reflect the time devoted by each attorney and legal assistant, together with a computation of the value of that time at the ordinary hourly rates of Carlton Fields that were in effect during the time the services were rendered. The fees requested by this application were determined by the computation of the total time at those ordinary hourly rates.

8.     In connection with the rendering of these services, Carlton Fields advanced expenses on behalf of the Debtors in the amount of $11,844.23 for long distance toll charges, duplicating expenses, postage, express delivery, travel expense and other similar items. By this application, Carlton Fields seeks reimbursement of the foregoing expenses. These expenses are described more particularly in Schedule A.

### Application of Legal Standards to the Services of Carlton Fields

9.     In considering the criteria on In the Matter of First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), for the determination of a reasonable attorney's fee, the following considerations support the allowance of the fees requested:

a.     The Time and Labor Required.  As set forth above, Carlton Fields has expended 1,193.6 hours providing legal services on behalf of, and for the benefit of Winn Dixie in numerous matters.

b.     Carlton Fields has made substantial effort to (i) restrict the number of attorneys involved in the Winn Dixie matters so as to maximize familiarity with the issues involved and avoid wasted time, and (ii) assign the performance of all tasks to the least senior attorney capable of performing such tasks.

c.     The Novelty and the Difficulty of the Questions.  Although Carlton Fields would not consider all of its work to be exceptionally novel or difficult, the issues of the enforceability of Winn Dixie's exclusive use rights in shopping centers have involved some very novel and difficult questions under Florida law.

d.     The Customary Fee.  The requested fees for the attorneys working on these matters reflects, in many instances, discounts from Carlton Fields' customary billing rates for matters of this kind.

e.    The Skills Requisite to Perform the Legal Services Properly.    Alan Grunspan is the attorney in charge of Carlton Fields' legal work for Winn Dixie. Mr. Grunspan has been representing Winn Dixie on many Florida real estate and lease related issues, including litigation in these areas, since 1997. Since Mr. Grunspan joined Carlton Fields in December 2004, Carlton Fields has provided extensive legal services to Winn Dixie, much of it relating to litigation involving the protection of the Debtors' exclusive use rights in shopping centers. Mr. Grunspan has been practicing law for nearly twenty (20) years and has extensive experience in these areas. Carlton Fields has performed the work set forth in this Application with its customary skill and diligence.

f.    The Experience, Reputation and Ability of the Attorneys.    Carlton Fields has practiced law in Florida continuously for more than a century and has grown to be one of the largest law firms in the State of Florida, specializing in all phases of commercial practice, including litigation, real estate, leasing, bankruptcy, and land use, condominium, and zoning law. Carlton Fields' experience and reputation are well known.

g.    The "Undesirability" of the Case.    Representing Winn Dixie is by no means undesirable and Carlton Fields is proud to have the privilege of serving as special counsel for Winn Dixie in the various matters covered by this Application.

h.    The Nature and Length of Professional Relationship with Client.    Prior to this proceeding, Mr. Grunspan has been representing Winn Dixie since 1997. Carlton Fields has been representing Winn Dixie since Mr. Grunspan joined the firm in December 2004.

i.    Awards in Similar Cases.    The compensation prayed for by Carlton Fields is commensurate with allowances in similar cases for work of this caliber. The fees sought as interim compensation are entirely reasonable in that the services rendered were of high quality

and compensation requested is based on hourly rates which in many instances are below the rates Carlton Fields customarily charges commercial clients for services of the same kind and quality.

j.    Whether the Fee is Fixed or Contingent.    The fees requested are based upon fixed hourly rates and are not contingent. The delay experienced in receiving its fees has been considered by some courts as a reason for enhancing attorneys' fees. See, e.g., In re Penn Cent. Transp. Co., 23 B.R. 499 (E.D. Pa. 1982). Although there is an Order in place providing for monthly billing and payment of fees at 80% where no objection is interposed, the majority of the fees sought in this Application have not yet been paid.

k.    Time Limitations Imposed by Client or Other Circumstances.    There have been no extreme time limitations imposed by the client thus far.

l.    The Preclusion of Other Employment by Counsel Due to Acceptance of this Case.    Carlton Fields is aware of no other employment which has been precluded by virtue of having accepted representation as special counsel for Winn Dixie.

m.    As further support for the fees requested, Carlton Fields respectfully requests that the Court take into account that Carlton Fields maintains a large suite of offices in a prime commercial location with library facilities; sophisticated office equipment, including word processing equipment; subscriptions to computerized research services; and a large support staff, including secretaries, clerks, paraprofessionals, and other support personnel. A firm with resources of this nature and level is necessary to adequately represent the interests of Winn Dixie in the various matters being handled by Carlton Fields. Consequently, a substantial portion of whatever hourly compensation may be allowed by this Court will merely defray substantial overhead charges which have already been incurred and paid in cash during the time which has

elapsed since Carlton Fields was appointed to serve as special counsel for Winn Dixie these proceedings.

10.    Carlton Fields has made no arrangement regarding the sharing of compensation for services rendered in connection with this Chapter 11 case.

WHEREFORE, Carlton Fields respectfully requests the Court to enter an Order (i) making an interim award to it in the total sum of $340,998.23, representing $329,144.00 in fees and $11,844.23 in reimbursable expenses; (ii) authorizing and directing Winn Dixie and the related Debtors to pay Carlton Fields $340,998.23, which represents the amount of the fees and expenses requested in this Application pursuant to the monthly billing procedure established in Judge Drain's March 15, 2005 Final Order Approving Interim Compensation Procedures for Professionals; and (iii) granting it such other and further relief as the Court deems just and proper in connection with this Application.

Dated: March 14, 2006.

CARLTON FIELDS, P.A.
Special Counsel for Debtors
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Telephone:    (305) 530-0050
Facsimile:    (305) 530-0055

By: _____
        JAMES D. SILVER
        Florida Bar Number 373702

# Schedule A

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.   49761-23399
INVOICE NUMBER   408844

RE:   BANKRUPTCY

```
LEGAL SERVICES POSTED THROUGH 01/31/06        $1,011.00
COSTS ADVANCED POSTED THROUGH 01/31/06           $14.49
                                            ------------
            CURRENT INVOICE TOTAL            $1,025.49
                                            ============
```

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 24, 2006
BANKRUPTCY                                      REF. NO.  49761-23399
INVOICE NUMBER  408844                          PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**


01/11/06  REVIEW AND PREPARE INFORMATION REQUESTED BY
          CLIENT REGARDING ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

01/11/06  PREPARE SPREADSHEET OF PRE-PETITION CASES WITH
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          D. J. SMITH    .80 hours at  245.00 per hour.          196.00

01/11/06  REVIEW SPREADSHEET OF PRE-PETITION CASES WITH
          AMG.
          D. J. SMITH    .20 hours at  245.00 per hour.           49.00

01/13/06  PREPARE ADDITIONAL BILLS FOR SUBMISSION TO
          BANKRUPTCY COURT.
          D. J. SMITH    .90 hours at  245.00 per hour.          220.50

01/17/06  REVIEW STORE 251 ANSWER, AFFIRMATIVE DEFENSES,
          COUNTER-CLAIMS, AND PROPOSED RESPONSES THERETO
          AT REQUEST OF AMG.
          D. J. SMITH    .70 hours at  245.00 per hour.          171.50

01/17/06  E-MAIL TO AMG RE: PROPOSED RESPONSES TO
          COUNTER-CLAIM.
          D. J. SMITH    .20 hours at  245.00 per hour.           49.00



          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,011.00


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN     0.80 hours at  $345.00 =        276.00
DJS    D. J. SMITH        3.00 hours at  $245.00 =        735.00
       TOTALS             3.80                         $1,011.00


### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC                                    FEBRUARY 24, 2006
BANKRUPTCY                                                REF. NO.   49761-23399
INVOICE NUMBER   408844                                   PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**


COPYING COST                                                        10.80
POSTAGE                                                              3.69

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006                          $14.49
                                                                    ------------

### TOTAL AMOUNT DUE THIS INVOICE          $1,025.49
                                                                    ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL   32254                   REF. NO.   50116-26545
                                           INVOICE NUMBER   408856


RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
     PLAZA, INC, STORE NO 2329


LEGAL SERVICES POSTED THROUGH 01/31/06          $1,526.50
COSTS ADVANCED POSTED THROUGH 01/31/06            $113.20
                                          - - - - - - - - - - - -

        CURRENT INVOICE TOTAL             $1,639.70
                                          ============


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           FEBRUARY 24, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   408856                          PAGE   1

## PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006

01/09/06 LETTER FROM CLIENT REGARDING ███████████
         ███████████ AND REVIEW SAME.
         A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

01/09/06 LETTER TO OPPOSING COUNSEL REGARDING SAME.
         A. M. GRUNSPAN      .20 hours at  345.00 per hour.           69.00

01/09/06 CONTACT JASON ALDERMAN REGARDING ███████████
         ████████████████████████ ███
         A. M. GRUNSPAN      .50 hours at  345.00 per hour.          172.50

01/18/06 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         ████████████████████.
         A. M. GRUNSPAN      .30 hours at  345.00 per hour.          103.50

01/23/06 DRAFT REQUESTS FOR PRODUCTION AND
         INTERROGATORIES TO BOTH DEFENDANTS IN
         WINN-DIXIE (STORE NO. 2329) V. DOLLAR TREE.
         A. P. FRY    2.40 hours at  245.00 per hour.                588.00

01/24/06 REVISE, EDIT COMPLAINT.
         J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

01/24/06 INSTRUCTIONS TO ALAN FRY REGARDING DRAFTING
         DISCOVERY.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

01/24/06 REVIEW FILE, PARTICULARLY DOCUMENTS PROVIDED BY
         CLIENT.
         J. R. ALDERMAN     .90 hours at  245.00 per hour.          220.50


         TOTAL FEES FOR PROFESSIONAL SERVICES          $1,526.50


### ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.30 hours at  $345.00 = | 448.50 |
| JRA | J. R. ALDERMAN | 2.00 hours at  $245.00 = | 490.00 |
| APF | A. P. FRY | 2.40 hours at  $245.00 = | 588.00 |
| | TOTALS | 5.70 | $1,526.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           FEBRUARY 24, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER   408856                     PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**


COPYING COST                                   112.60
POSTAGE                                          0.60

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006         $113.20
                                               ------------

         **TOTAL AMOUNT DUE THIS INVOICE         $1,639.70**
                                               ============


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-26603
INVOICE NUMBER   408857

RE:  **WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 23**

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 01/31/06 | $19,113.50 |
| COSTS ADVANCED POSTED THROUGH 01/31/06 | $771.47 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$19,884.97** |
| | ============ |

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  408857                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**


11/14/05  REVIEW COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

11/23/05  CONTACT COUNSEL FOR LANDLORD REGARDING
          COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

11/23/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▬▬▬▬▬▬▬▬▬▬▬
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

11/28/05  REVISE COOPERATION AGREEMENT.
          A. M. GRUNSPAN   1.30 hours at  345.00 per hour.        448.50

11/28/05  REVISE ESTOPPEL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

11/28/05  CONTACT WESTMAN AND KRISS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

11/28/05  LETTER TO KRISS.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.         34.50

11/28/05  LETTER TO CLIENT REGARDING ▬▬▬▬▬▬
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

11/29/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

11/29/05  CONTACTED BY COUNSEL FOR SELLER.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

11/29/05  LETTER TO CLIENT REGARDING ▬▬▬▬
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

12/01/05  CONTACTED BY LANDLORD'S COUNSEL AND LETTER TO
          SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/08/05  CONTACTED BY COUNSEL FOR BUYER TO NEGOTIATE
          COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  408857                          PAGE    2

12/09/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.      103.50

12/13/05  REVIEW REVISIONS PROPOSED BY COUNSEL FOR BUYER.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.      172.50

12/13/05  CONTACT OPPOSING COUNSEL REGARDING COOPERATION
          AGREEMENT AND CORRESPONDENCE REGARDING SAME.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.      172.50

12/13/05  REVIEW REVISIONS PROPOSED BY COUNSEL FOR BUYER.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.      172.50

12/14/05  REVIEW WAIVER ISSUES OF REPRESENTING TENANT AND
          LANDLORD PER REQUEST OF LANDLORD.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.      276.00

12/14/05  SEVERAL CALLS TO BUYER'S COUNSEL REGARDING
          COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.      207.00

12/15/05  REVIEW CHANGES PROPOSED BY OPPOSING COUNSEL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.      138.00

12/15/05  SEVERAL CALLS TO OPPOSING COUNSEL REGARDING
          SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.      138.00

12/15/05  CONTACTED BY BUYER'S COUNSEL AND LENDER'S
          COUNSEL.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.      138.00

12/15/05  SEVERAL CALLS TO COUNSEL FOR BUYER TO WORK OUT
          AGREEMENT AND ESTOPPEL.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.      276.00

12/16/05  REVIEW REVISIONS BY BUYER.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.      138.00

12/16/05  LETTER TO CLIENT REGARDING ████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.       69.00

12/19/05  REVISE COOPERATION AGREEMENT.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.      379.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                         FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   408857                        PAGE    3


12/19/05  SEVERAL LETTER TO CLIENT AND OPPOSING COUNSEL
          REGARDING COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/20/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING RETAINER AND COOPERATION AGREEMENTS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

12/20/05  REVISE RETAINER WITH LANDLORD REGARDING CONSENT
          AND WAIVER.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.        207.00

12/20/05  NUMEROUS CORRESPONDENCE WITH OPPOSING COUNSEL
          AND CLIENTS REGARDING COOPERATION AGREEMENT.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

12/21/05  LETTER TO CLIENT AND OPPOSING COUNSEL REGARDING
          DRAFT COOPERATION AGREEMENT; SEVERAL
          CORRESPONDENCE WITH OPPOSING COUNSEL.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

12/21/05  SEVERAL CORRESPONDENCE WITH COUNSEL FOR
          LANDLORD AND CLIENT.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

12/22/05  CORRESPONDENCE WITH BUYER'S COUNSEL REGARDING
          COORDINATION OF DOLLAR STORE CASE.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

12/22/05  REVIEW EXECUTED DOCUMENTS BY LANDLORD.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

12/22/05  REVIEW SEVERAL DOCUMENTS FROM LANDLORD.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.        241.50

12/23/05  PREPARE FOR AND MEET WITH COUNSEL FOR LANDLORD
          TO DISCUSS ███████████████████████
          ███████████████████████████████████
          A. M. GRUNSPAN   2.10 hours at  345.00 per hour.        724.50

12/23/05  MEET WITH COUNSEL FOR LANDLORD'S TO DISCUSS
          ███████████████████████████████
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.        621.00

01/03/06  REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL AND
          ATTACHMENTS RELATING TO EXECUTED DOCUMENTS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                              FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  408857                              PAGE    4

01/03/06  REVIEW DOCUMENTS FROM NEW LANDLORD.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.              276.00

01/03/06  LETTER TO CLIENT REGARDING███████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

01/03/06  LETTER FROM COUNSEL FOR LANDLORD REGARDING
          COMPLAINT AND DEMAND.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

01/03/06  CONTACT JASON ALDERMAN REGARDING ███████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/03/06  REVIEW LEASES PROVIDED BY CLIENT, CONFER WITH
          AMG.
          J. R. ALDERMAN  2.60 hours at  245.00 per hour.              637.00

01/03/06  RESEARCH IN CONNECTION WITH DRAFTING MOTION FOR
          TEMPORARY INJUNCTION.
          J. R. ALDERMAN  1.40 hours at  245.00 per hour.              343.00

01/04/06  CONFERENCE WITH JRA & LEGAL RESEARCH RE: ████████
          M.A. SHAFIR    .80 hours at  245.00 per hour.               196.00

01/04/06  CONTACT JASON ALDERMAN REGARDING ██████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/04/06  SEVERAL CALLS TO COUNSEL FOR LANDLORD REGARDING
          COOPERATION AGREEMENT AND COMPLAINT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/04/06  DRAFT COMPLAINT AND CONFER WITH J. ALDERMAN
          REGARDING SAME.
          A. P. FRY   2.00 hours at  245.00 per hour.                  490.00

01/05/06  LEGAL RESEARCH RE: EXPEDITING DISCOVERY &
          PREPARE DRAFT OF MOTION TO EXPEDITE
          M.A. SHAFIR   2.20 hours at  245.00 per hour.                539.00

01/05/06  SEVERAL CORRESPONDENCE WITH COUNSEL FOR
          LANDLORD.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/05/06  REVISE COMPLAINT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   408857                   PAGE   5

01/05/06  LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.          34.50

01/05/06  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

01/05/06  DRAFT REQUESTS FOR PRODUCTION AND
          INTERROGATORIES TO BOTH DEFENDANTS (2.6);
          ARRANGE WITH TITLE SEARCH COMPANY TO OBTAIN
          SHORT FORM OF LEASE (0.2).
          A. P. FRY   2.80 hours at  245.00 per hour.              686.00

01/06/06  DRAFT, REVISE, EDIT COMPLAINT.
          J. R. ALDERMAN   4.30 hours at  245.00 per hour.        1053.50

01/06/06  DRAFT, REVISE, EDIT DISCOVERY.
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.         759.50

01/06/06  DRAFT, REVISE, EDIT MOTION TO EXPEDITE
          DISCOVERY.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.         637.00

01/07/06  REVISE, EDIT MOTION TO EXPEDITE DISCOVERY.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00

01/09/06  LETTER TO CLIENT REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.          34.50

01/09/06  DRAFT, REVISE, EDIT, MOTION TO EXPEDITE
          DISCOVERY.
          J. R. ALDERMAN   3.20 hours at  245.00 per hour.         784.00

01/10/06  SEVERAL CORRESPONDENCE WITH COUNSEL FOR
          LANDLORD REGARDING COMPLAINT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

01/10/06  REVIEW MOTION FOR EXPEDITED DISCOVERY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

01/10/06  SEVERAL CORRESPONDENCE WITH T. WARNER REGARDING ▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

01/10/06  DRAFT, REVISE, EDIT MOTION TO EXPEDITE
          DISCOVERY.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.         637.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER   408857                   PAGE    6

| Date | Description | Amount |
|------|-------------|--------|
| 01/10/06 | REVIEW FILE IN CONNECTION WITH DRAFTING MOTION TO EXPEDITE DISCOVERY.<br>J. R. ALDERMAN    .60 hours at   245.00 per hour. | 147.00 |
| 01/17/06 | LETTER TO CLIENT REGARDING ████████.<br>A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 01/20/06 | SEVERAL CORRESPONDENCE WITH COUNSEL FOR LANDLORD AND CLIENT.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/23/06 | DRAFT, REVISE, EDIT COMPLAINT AND PROOF EXHIBITS.<br>J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |
| 01/23/06 | DRAFT, REVISE, EDIT, DISCOVERY TO DOLLAR TREE.<br>J. R. ALDERMAN   1.80 hours at  245.00 per hour. | 441.00 |
| 01/23/06 | PROOF EXHIBITS TO COMPLAINT, SUMMONS, AND CIVIL COVER SHEET.<br>J. R. ALDERMAN    .90 hours at  245.00 per hour. | 220.50 |
| 01/23/06 | INSTRUCTIONS TO LEGAL ASSISTANT REGARDING FILING AND SERVICE. CONFER WITH AMG.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 01/24/06 | SEVERAL CORRESPONDENCE WITH CLIENT AND LANDLORD'S COUNSEL REGARDING ████████.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 01/25/06 | CONFER WITH AMG REGARDING ████████, ████████ REVIEW OF FILE IN CONNECTION WITH SAME.<br>J. R. ALDERMAN    .90 hours at  245.00 per hour. | 220.50 |
| 01/26/06 | CONFER WITH AMG REGARDING ████████ ████████.<br>J. R. ALDERMAN    .60 hours at  245.00 per hour. | 147.00 |
| 01/26/06 | REVIEW FILE, PARTICULARLY LEASES.<br>J. R. ALDERMAN    .70 hours at  245.00 per hour. | 171.50 |
| 01/27/06 | LETTER TO LANDLORD'S COUNSEL.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |

           TOTAL FEES FOR PROFESSIONAL SERVICES            $19,113.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
WINN DIXIE VS DOLLAR TREE STORES, INC, STORE NO 2350116-26603
INVOICE NUMBER  408857                    PAGE    7


ATTORNEY FEE SUMMARY

| MAS | M.A. SHAFIR | 3.00 hours at | $245.00 = | 735.00 |
|-----|-------------|---------------|-----------|--------|
| AMG | A. M. GRUNSPAN | 28.70 hours at | $345.00 = | 9901.50 |
| JRA | J. R. ALDERMAN | 29.80 hours at | $245.00 = | 7301.00 |
| APF | A. P. FRY | 4.80 hours at | $245.00 = | 1176.00 |
|     | TOTALS | 66.30 | | $19,113.50 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**


|  | COPYING COST | 249.20 |
|---|---|---|
|  | POSTAGE | 0.63 |
|  | TELEPHONE | 3.15 |
| 01/23/06 | FILING/RECORDING FEE - VENDOR: CLERK OF CIRCUIT COURT FILING FEE | 256.00 |
| 01/23/06 | EXPRESS MAIL | 12.49 |
| 01/31/06 | TITLE SEARCH - VENDOR: ATTORNEYS' TITLE INSURANCE FUND, INC  - TITLE SEARCH ON A PARCEL OF LAND SITUATED WITHIN THE NWT 1/4 SECTION 18 (WINN DIXIE) | 250.00 |

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006        $771.47
                                                      - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**        $19,884.97
                                         ============

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  408854

RE:  NOBLE MANAGEMENT COMPANY, STORE 2260

LEGAL SERVICES POSTED THROUGH 01/31/06       $1,236.00
COSTS ADVANCED POSTED THROUGH 01/31/06            $4.97
                                             ------------
        CURRENT INVOICE TOTAL                $1,240.97
                                             ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  408854                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**


01/10/06  REVIEW FILE IN CONNECTION WITH STATUS
          CONFERENCE WITH AMG.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

01/19/06  REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
          REPORT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/19/06  DRAFT STATUS REPORT TO AMG, CONFER WITH AMG.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/30/06  RECEIPT AND REVIEW OF MOTION FOR PROTECTIVE
          ORDER AND/OR STAY OF DISCOVERY.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/31/06  CONFERENCE WITH JASON ALDERMAN REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

01/31/06  REVIEW MOTION FOR PROTECTIVE ORDER BY DOLLAR
          GENERAL.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

01/31/06  TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL
          REGARDING HEARING ON MOTION TO STAY DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/31/06  REVIEW FILE IN CONNECTION WITH MOTION TO STAY
          DISCOVERY, OBJECTIONS TO DISCOVERY.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.         318.50

01/31/06  TELECONFERENCE WITH LANDLORD'S COUNSEL
          REGARDING HEARING ON DOLLAR GENERAL'S MOTION TO
          STAY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

01/31/06  CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,236.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                     FEBRUARY 24, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260       REF. NO.  50116-23463
INVOICE NUMBER  408854                     PAGE    2

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.60 hours at | $345.00 = | 207.00 |
| JRA | J. R. ALDERMAN | 4.20 hours at | $245.00 = | 1029.00 |
| | TOTALS | 4.80 | | $1,236.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**

TELEPHONE                                        4.97

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006          $4.97
                                                 - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE          $1,240.97**
                                         ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23455
INVOICE NUMBER   408849

RE:  YDB THREE LAKES, LC, STORE 210

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 01/31/06 | $2,569.00 |
| COSTS ADVANCED POSTED THROUGH 01/31/06 | $35.81 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$2,604.81** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
YDB THREE LAKES, LC, STORE 210
INVOICE NUMBER  408849

FEBRUARY 24, 2006
REF. NO.  50116-23455
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**

| | | |
|---|---|---|
| 01/03/06 | CONTACTED BY OPPOSING COUNSEL REGARDING OBJECTIONS TO DISCOVERY. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/04/06 | PREPARE AND HANDLE DISCOVERY CONFERENCE WITH OPPOSING COUNSEL. | |
| | A. M. GRUNSPAN   2.40 hours at  345.00 per hour. | 828.00 |
| 01/04/06 | PREPARE MEMORANDUM TO FILE REGARDING SAME. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 01/04/06 | LETTER TO DAVID J. SMITH REGARDING | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/04/06 | REVISE CONFIDENTIALITY ORDER AT REQUEST OF AMG. | |
| | D. J. SMITH    .30 hours at  245.00 per hour. | 73.50 |
| 01/04/06 | REVIEW FILE IN CONNECTION WITH HEARING ON FAMILY DOLLAR'S OBJECTIONS. | |
| | J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 01/04/06 | CONFER WITH AMG REGARDING | |
| | J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 01/05/06 | CONTACTED BY OPPOSING COUNSEL REGARDING DISCOVERY CONFERENCE TO RESOLVE DISPUTED ISSUES. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 01/05/06 | CONTACT COURT REGARDING HEARING. | |
| | A. M. GRUNSPAN    .20 hours at  345.00 per hour. | 69.00 |
| 01/09/06 | LETTER TO OPPOSING COUNSEL REGARDING DISCOVERY ISSUES. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/10/06 | SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING DISCOVERY AND MOTION TO COMPEL. | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           FEBRUARY 24, 2006
YDB THREE LAKES, LC, STORE 210                   REF. NO.  50116-23455
INVOICE NUMBER  408849                           PAGE    2

01/11/06  CONFER WITH AMG REGARDING ████████████
          REVIEW OF FILE.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/11/06  RECEIPT AND REVIEW OF FAMILY DOLLAR'S RESPONSE
          TO REQUEST FOR PRODUCTION.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/19/06  REVIEW FILE IN CONNECTION DRAFTING STATUS
          REPORT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/31/06  REVIEW DISCOVERY RESPONSES.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.         207.00


          TOTAL FEES FOR PROFESSIONAL SERVICES        $2,569.00


## ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN        5.60 hours at  $345.00 =      1932.00
DJS     D. J. SMITH           0.30 hours at  $245.00 =        73.50
JRA     J. R. ALDERMAN        2.30 hours at  $245.00 =       563.50
        TOTALS                8.20                        $2,569.00

          **COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**

          COPYING COST                             21.80
          POSTAGE                                   1.11
          TELEPHONE                                12.90

          TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006    $35.81
                                                         ------------

                   **TOTAL AMOUNT DUE THIS INVOICE    $2,604.81**
                                                     ============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID: 59-1233896

# CARLTON FIELDS
## ATTORNEYS AT LAW

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  408850


RE:  ROYAL OAKS BRANDON, LTD, STORE 734


LEGAL SERVICES POSTED THROUGH 01/31/06          $1,733.50
COSTS ADVANCED POSTED THROUGH 01/31/06             $52.63
                                               ------------

        CURRENT INVOICE TOTAL               $1,786.13
                                            ============


\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 24, 2006
ROYAL OAKS BRANDON, LTD, STORE 734              REF. NO.  50116-23456
INVOICE NUMBER  408850                          PAGE    1


## PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006


01/18/06  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

01/19/06  REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
          REPORT, CONFER WITH AMG.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.           147.00

01/19/06  REVIEW OF FILE IN CONNECTION WITH DRAFTING
          STATUS REPORT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.           147.00

01/19/06  DRAFT STATUS REPORT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.           147.00

01/19/06  LETTER TO LANDLORD'S COUNSEL CONCERNING MOTION
          FOR EXTENSION OF TIME IN WHICH TO RESPOND TO
          PLAINTIFF'S DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.            73.50

01/19/06  WORK WITH LEGAL ASSISTANT IN SETTING
          DEPOSITIONS.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.           122.50

01/24/06  DRAFT, REVISE, EDIT LETTER TO LANDLORD'S
          COUNSEL. CONFER WITH AMG REGARDING ▮▮▮▮▮
          ▮▮▮▮▮ ALDERMAN    .30 hours at  245.00 per hour.            73.50

01/24/06  CONFER WITH AMG REGARDING ▮▮▮▮▮
          J. R. ALDERMAN    .40 hours at  245.00 per hour.            98.00

01/27/06  SEVERAL CALLS TO OPPOSING COUNSEL AND
          CORRESPONDENCE WITH CLIENT REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

01/30/06  SEVERAL CORRESPONDENCE WITH CLIENT AND JASON
          ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | FEBRUARY 24, 2006 |
| ROYAL OAKS BRANDON, LTD, STORE 734 | REF. NO.  50116-23456 |
| INVOICE NUMBER  408850 | PAGE    2 |

01/30/06  CONFERENCE WITH JASON ALDERMAN REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

01/30/06  CONFERENCE WITH OPPOSING COUNSEL REGARDING
          HEARING ON DISCOVERY MOTIONS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

01/30/06  CONFER WITH OPPOSING COUNSEL REGARDING AGREED
          ORDER ON MOTION FOR EXTENSION OF TIME. CONFER
          WITH AMG.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

01/31/06  REVIEW FILE IN CONNECTION WITH HEARING ON
          MOTION FOR EXTENSION OF TIME.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.        122.50

01/31/06  ATTEND TELEPHONICALLY HEARING ON MOTION FOR
          EXTENSION OF TIME.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,733.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.90 hours at | $345.00 = | 655.50 |
| JRA | J. R. ALDERMAN | 4.40 hours at | $245.00 = | 1078.00 |
| | TOTALS | 6.30 | | $1,733.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006

| | |
|---|---|
| COPYING COST | 38.60 |
| FAX | 5.00 |
| POSTAGE | 2.20 |
| TELEPHONE | 6.83 |

          TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006        $52.63
          - - - - - - - - - - -

          **TOTAL AMOUNT DUE THIS INVOICE        $1,786.13**
          ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL   32254                  REF. NO.  50116-23457
                                          INVOICE NUMBER   408851


RE:  SUMAR ENTERPRISES, LTD, STORE 295


LEGAL SERVICES POSTED THROUGH 01/31/06          $1,290.00
COSTS ADVANCED POSTED THROUGH 01/31/06              $9.98
                                              - - - - - - - - - - - -
          CURRENT INVOICE TOTAL                 $1,299.98
                                              ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER   408851

FEBRUARY 24, 2006
REF. NO.   50116-23457
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**

12/13/05  REVIEW DISCOVERY RESPONSES FOR MOTION TO
          COMPEL.
          A. M. GRUNSPAN     .60 hours at   345.00 per hour.              207.00

12/19/05  REVISE DEPOSITIONS FOR LANDLORD AND DOLLAR
          STORE.
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.              138.00

12/23/05  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .30 hours at   345.00 per hour.              103.50

01/04/06  LETTER TO JASON ALDERMAN REGARDING ▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .30 hours at   345.00 per hour.              103.50

01/05/06  CONTACT OPPOSING COUNSEL REGARDING MOTION TO
          COMPEL AND RESPONSE TO REQUEST FOR PRODUCTION.
          A. M. GRUNSPAN     .30 hours at   345.00 per hour.              103.50

01/05/06  DISCOVERY CONFERENCE WITH OPPOSING COUNSEL.
          A. M. GRUNSPAN     .30 hours at   345.00 per hour.              103.50

01/09/06  LETTER TO OPPOSING COUNSEL REGARDING PENDING
          DISCOVERY.
          A. M. GRUNSPAN     .30 hours at   345.00 per hour.              103.50

01/10/06  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓
          ▓▓▓▓▓▓
          A. M. GRUNSPAN     .20 hours at   345.00 per hour.               69.00

01/19/06  REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
          REPORT.
          J. R. ALDERMAN     .60 hours at   245.00 per hour.              147.00

01/19/06  DRAFT STATUS REPORT.
          J. R. ALDERMAN     .30 hours at   245.00 per hour.               73.50

01/31/06  LETTER TO OPPOSING COUNSEL REGARDING DISCOVERY
          STATUS OF MOTION TO COMPEL.
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.              138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 24, 2006
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER   408851                   PAGE   2


TOTAL FEES FOR PROFESSIONAL SERVICES                    $1,290.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 3.10 hours at | $345.00 = | 1069.50 |
| JRA | J. R. ALDERMAN | 0.90 hours at | $245.00 = | 220.50 |
| | TOTALS | 4.00 | | $1,290.00 |


**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**


COPYING COST                                  5.60
POSTAGE                                       4.08
TELEPHONE                                     0.30

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006        $9.98
                                              ------------

**TOTAL AMOUNT DUE THIS INVOICE        $1,299.98**
                                       ============

## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23458
INVOICE NUMBER   408852

RE:   GENERAL MATTERS

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 01/31/06 | $5,567.00 |
| COSTS ADVANCED POSTED THROUGH 01/31/06 | $20.23 |
| | ------------ |
| CURRENT INVOICE TOTAL | $5,587.23 |
| | ============ |

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER   408852

FEBRUARY 24, 2006
REF. NO.   50116-23458
PAGE     1

**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**

01/03/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.              172.50

01/06/06  RE:  STORE NO 251.   SEVERAL CORRESPONDENCE WITH
          CLIENTS AND CO-COUNSEL REGARDING ████████████
          REVIEW COUNTERCLAIM.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/09/06  REVIEW ANSWER AND COUNTERCLAIM ON #251.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/17/06  LETTER FROM C. JACKSON AND ATTACHED ANSWER TO
          251 COUNTERCLAIM.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.              276.00

01/17/06  LETTER TO C. JACKSON REGARDING 251 COMPLAINT.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.               69.00

01/17/06  DRAFT COMPLAINT FOR WINN-DIXIE (STORE NO. 2329)
          V. DOLLAR TREE.
          A. P. FRY   1.60 hours at  245.00 per hour.                  392.00

01/18/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

01/18/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.              172.50

01/18/06  SEVERAL CORRESPONDENCE AND REVIEW FILE
          REGARDING ██████ FOR CATHERINE IBOLD.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

01/18/06  SEVERAL CALLS AND CORRESPONDENCE WITH C.
          REYNOLDS REGARDING ██████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.              172.50

01/18/06  REVIEW REVISED ANSWER TO 251 COUNTERCLAIM.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

01/18/06  LETTER TO CO-COUNSEL REGARDING SAME.
          A. M. GRUNSPAN    .10 hours at  345.00 per hour.               34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER   408852

FEBRUARY 24, 2006
REF. NO.   50116-23458
PAGE    2

01/23/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.              138.00

01/24/06  CONTACT EXPERTS REGARDING ▓▓▓▓▓▓
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.             414.00

01/24/06  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.             103.50

01/24/06  REVISE MOTION TO STRIKE LANDLORD'S DEFENSES.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.             172.50

01/24/06  SEVERAL CALLS TO T. WARNER REGARDING SAME.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.             138.00

01/25/06  SEVERAL CORRESPONDENCE WITH C. REYNOLDS, C.
          CABEZA AND C. IBOLD REGARDING 726.
          A. M. GRUNSPAN   .80 hours at  345.00 per hour.             276.00

01/25/06  SEVERAL CORRESPONDENCE WITH R. AMES REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.             172.50

01/26/06  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.             138.00

01/27/06  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.             241.50

01/27/06  SEVERAL CORRESPONDENCE WITH EXPERT REGARDING ▓▓▓▓▓
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.             172.50

01/27/06  MEET WITH D. DROBNER REGARDING ▓▓▓▓▓▓
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.             138.00

01/27/06  REVIEW DOCUMENTS AND CORRESPONDENCE FROM
          CLIENTS ON ▓▓▓▓
          A. M. GRUNSPAN   .90 hours at  345.00 per hour.             310.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                FEBRUARY 24, 2006
GENERAL MATTERS                       REF. NO.  50116-23458
INVOICE NUMBER  408852                PAGE    3

01/27/06  SEVERAL CORRESPONDENCE TO CLIENTS ON ▆▆▆▆▆
          ▆▆▆▆▆
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

01/27/06  SEVERAL CONFERENCES AND CORRESPONDENCE WITH
          EXPERT AND CLIENTS REGARDING ▆▆▆▆▆▆▆▆
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.          414.00

01/30/06  SEVERAL CORRESPONDENCE FROM CLIENT REGARDING
          ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

01/31/06  SEVERAL CORRESPONDENCE WITH EXPERT AND CLIENT
          REGARDING ▆▆▆▆▆.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

01/31/06  CORRESPONDENCE WITH C. REYNOLDS REGARDING
          ▆▆▆▆▆▆▆▆▆▆▆▆
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $5,567.00

ATTORNEY FEE SUMMARY

  AMG      A. M. GRUNSPAN        15.00 hours at  $345.00 =        5175.00
  APF      A. P. FRY              1.60 hours at  $245.00 =         392.00
           TOTALS                16.60                          $5,567.00


       COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006


          COPYING COST                              5.40
          POSTAGE                                   0.39
01/04/06  WESTLAW RESEARCH                         12.76
01/04/06  WESTLAW RESEARCH                          1.24
01/04/06  WESTLAW RESEARCH                          0.44
          TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006    $20.23
                                                     ------------

          TOTAL AMOUNT DUE THIS INVOICE            $5,587.23
                                                   ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center 1201 W. Peachtree St., Ste. 3000 Atlanta, Georgia 30309 404.815.3400 Fax 404.815.3415 | P.O. Box 019101 Miami, FL 33131 305.530.0050 Fax 305.530.0055 | P.O. Box 1171 Orlando, FL 32802 407.849.0300 Fax 407.648.9099 | P.O. Box 2861 St. Petersburg, FL 33731 727.821.7000 Fax 727.822.3768 | P.O. Drawer 190 Tallahassee, FL 32302 850.224.1585 Fax 850.222.0398 | P.O. Box 150 West Palm Beach, FL 33402 561.659.7070 Fax 561.659.7368 |

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 24, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-25029
INVOICE NUMBER   408855

RE:  STORE NO 242, FLAMINGO EAST, LTD

```
LEGAL SERVICES POSTED THROUGH 01/31/06        $1,486.50
COSTS ADVANCED POSTED THROUGH 01/31/06            $10.99
                                              ------------
        CURRENT INVOICE TOTAL                  $1,497.49
                                              ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
STORE NO 242, FLAMINGO EAST, LTD
INVOICE NUMBER   408855

FEBRUARY 24, 2006
REF. NO.   50116-25029
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**

| | | |
|---|---|---|
| 01/06/06 | LETTER TO JASON ALDERMAN REGARDING ████████ | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/09/06 | CONTACT JASON ALDERMAN REGARDING ██████ ████████████████. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/18/06 | CONTACT JASON ALDERMAN REGARDING ██████. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/26/06 | REVIEW LAW ON ██████████████████████████ WITH MOTION FOR SUMMARY JUDGMENT. | |
| | J. R. ALDERMAN   4.30 hours at  245.00 per hour. | 1053.50 |
| 01/27/06 | REVIEW FILE IN CONNECTION WITH SETTING DISCOVERY MATTERS FOR HEARING. | |
| | J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| | TOTAL FEES FOR PROFESSIONAL SERVICES | $1,486.50 |

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.90 hours at | $345.00 = | 310.50 |
| JRA | J. R. ALDERMAN | 4.80 hours at | $245.00 = | 1176.00 |
| | TOTALS | 5.70 | | $1,486.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006**

| | |
|---|---|
| COPYING COST | 3.40 |
| FAX | 6.00 |
| POSTAGE | 0.39 |
| TELEPHONE | 1.20 |
| TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006 | $10.99 |
| **TOTAL AMOUNT DUE THIS INVOICE** | **$1,497.49** |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 27, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23449
INVOICE NUMBER   408858

RE:  DOLGENCORP, INC, STORE 221

LEGAL SERVICES POSTED THROUGH 01/31/06        $12,248.00
COSTS ADVANCED POSTED THROUGH 01/31/06           $207.33
                                             - - - - - - - - - - - -
        CURRENT INVOICE TOTAL        $12,455.33
                                     ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   408858

FEBRUARY 27, 2006
REF. NO.   50116-23449
PAGE    1

### PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006

01/03/06  RECEIPT AND REVIEW OF LETTER FROM STEVEN HOULD
          J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

01/05/06  DRAFT MOTION FOR PARTIAL SUMMARY JUDGMENT.
          J. R. ALDERMAN   4.30 hours at  245.00 per hour.         1053.50

01/05/06  E-MAIL REGARDING HEARING ON MOTION FOR JUDGMENT
          ON THE PLEADINGS IN #308 CASE -- E-MAILS FROM
          ROSENBERG AND GRUNSPAN REGARDING ▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬
          T. WARNER    .20 hours at  345.00 per hour.               69.00

01/06/06  REVIEW FILE REGARDING ASSIGNED JUDGE.
          T. WARNER                                                  69.00

01/06/06  REVIEW FILE REGARDING SETTING HEARINGS ON
          PENDING MOTIONS.
          T. WARNER                                                  69.00

01/06/06  REVIEW FILE REGARDING OPPOSING COUNSEL.
          T. WARNER                                                  69.00

01/06/06  REVIEW FILE MOTION TO STRIKE AFFIRMATIVE
          DEFENSES.
          T. WARNER                                                 103.50

01/06/06  E-MAIL FROM GRUNSPAN REGARDING ▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬
          T. WARNER                                                  69.00

01/06/06  E-MAIL FROM GRUNSPAN REGARDING ▬▬▬▬
          ▬▬▬
          T. WARNER                                                  34.50

01/06/06  REVIEW FILE REGARDING PARTIAL SUMMARY JUDGMENT.
          T. WARNER                                                  34.50

01/06/06  REVIEW FILE REGARDING AMENDING REPLY REGARDING
          CONSTITUTION OF STATUTE.
          T. WARNER                                                  34.50

01/06/06  CONFERENCE WITH TRIAL TEAM REGARDING ▬▬▬▬
          ▬▬▬▬
          T. WARNER                                                  34.50

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER   408858                   PAGE     2

01/08/06   REVIEW FILE REGARDING PENDING MOTIONS, COPIES
           OF LEASE AND REVIEW OF ISSUES -- NEW LEASE
           WAIVER; TEMPORARY INJUNCTION; ISSUES.
           T. WARNER    .40 hours at  345.00 per hour.              138.00

01/10/06   CONFER WITH AMG REGARDING ███████████████,
           LETTER TO TOD ARONOVITZ.
           J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/11/06   REVIEW DOLGENCORP'S MOTION FOR FEES.
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

01/11/06   SEVERAL CALLS REGARDING STRATEGY ████████████
           █████████
           A. M. GRUNSPAN   1.10 hours at  345.00 per hour.         379.50

01/11/06   RECEIPT AND REVIEW OF DOLLAR GENERAL'S MOTION
           FOR ATTORNEYS FEES.
           J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/11/06   REVIEW FILE IN CONNECTION WITH DOLLAR GENERAL'S
           MOTION FOR ATTORNEYS FEES.
           J. R. ALDERMAN    .80 hours at  245.00 per hour.         196.00

01/11/06   REVIEW LAW ON PLEADING, DETERMINING AND
           ENTITLEMENT TO ATTORNEYS FEES.
           J. R. ALDERMAN   2.80 hours at  245.00 per hour.         686.00

01/12/06   DRAFT, REVISE, EDIT MOTION FOR SUMMARY
           JUDGMENT.
           J. R. ALDERMAN   1.60 hours at  245.00 per hour.         392.00

01/19/06   REVIEW OF CORRESPONDENCE DISCUSSING ████████
           ██████████████████████████████████
           D. A. MORANDE    .20 hours at  245.00 per hour.           49.00

01/19/06   CONFER WITH AMG REGARDING ███████████████████
           ██████████████
           J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/19/06   DRAFT REQUEST FOR PRODUCTION IN CONNECTION WITH
           DOLLAR GENERAL'S MOTION FOR ATTORNEYS FEES.
           J. R. ALDERMAN   1.80 hours at  245.00 per hour.         441.00

01/20/06   REVIEW ATTORNEYS' FEES CLAIMS BY DOLLAR
           GENERAL.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   408858

FEBRUARY 27, 2006
REF. NO.   50116-23449
PAGE    3

01/20/06   SEVERAL CORRESPONDENCE WITH R. GILBERT
           REGARDING ███████████████████████████
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

01/20/06   LETTER TO CLIENT REGARDING ████████████
           A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

01/20/06   CONTACT JASON ALDERMAN REGARDING ██████████
           A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00

01/20/06   LEGAL RESEARCH REGARDING ████████████████
           █████████████████████ LEGAL RESEARCH REGARDING
           █████████████████████
           D. A. MORANDE    .50 hours at  245.00 per hour.         122.50

01/23/06   LEGAL RESEARCH REGARDING ████████████
           ████████████████████████████████████
           ████████████████████████
           D. A. MORANDE   1.00 hours at  245.00 per hour.         245.00

01/23/06   RESEARCH LAW ON █████████████████
           J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

01/24/06   REVISE THIRD REQUEST FOR PRODUCTION TO DOLLAR
           GENERAL.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

01/24/06   LEGAL RESEARCH REGARDING ████████████
           ████████████████████████████████████
           ██████████
           D. A. MORANDE                                           147.00

01/24/06   DRAFT MOTION TO FILE SUPPLEMENTING
           DOCUMENTATION IN SUPPORT OF WINN-DIXIE'S MOTION
           FOR REHEARING.
           D. A. MORANDE                                           441.00

01/24/06   DRAFT, REVISE, EDIT THIRD REQUEST FOR
           PRODUCTION OF DOCUMENTS TO DEFENDANT
           J. R. ALDERMAN   2.30 hours at  245.00 per hour.        563.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  408858                          PAGE      4

01/25/06  RESEARCH ████████████████████████████████
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.          318.50

01/25/06  REVIEW FILE, PARTICULARLY DOLLAR GENERAL'S
          MOTION FOR ATTORNEYS FEES.
          J. R. ALDERMAN   .90 hours at  245.00 per hour.           220.50

01/25/06  PERFORMED RESEARCH REGARDING ████████████████
          ████████████████ (3.5).
          D. FIGG   4.50 hours at  245.00 per hour.                1102.50

01/26/06  REVISE AND FINALIZE REHEARING DOCUMENTS.
          D. A. MORANDE   1.20 hours at  245.00 per hour.           294.00

01/26/06  REVIEW D. FIGG RESEARCH REGARDING ████████████
          R. N. GILBERT   .30 hours at  345.00 per hour.            103.50

01/26/06  DRAFTED MEMORANDUM OF LAW REGARDING STATUS OF
          CLAIMS FOR ATTORNEYS FEES INCURRED PRE AND POST
          PETITION (1.5).
          D. FIGG   1.50 hours at  245.00 per hour.                 367.50

01/27/06  CONFER WITH AMG AND TOM WARNER RE ████████████
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

01/27/06  REVIEW RESEARCH REGARDING ████████████████████
          R. N. GILBERT   .50 hours at  345.00 per hour.            172.50

01/30/06  CONFERENCE WITH T. WARNER REGARDING ██████████
          ██████████████████████████████████
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.           172.50

01/30/06  CONFERENCE WITH JASON ALDERMAN REGARDING ██████
          ████████████████████████████████████████
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.           207.00

01/30/06  ATTEND HEARING ON MOTION TO STRIKE DOLGEN'S
          AFFIRMATIVE DEFENSES AND MOTION FOR STAY.
          T. WARNER                                                1207.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC                              FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 221                          REF. NO.  50116-23449
INVOICE NUMBER  408858                              PAGE   5

01/30/06  DRAFT ORDER ON HEARING.
          T. WARNER                                              172.50

01/31/06  PREPARATION AND REVISION OF NOTICES OF
          DEPOSITION DUCES TECUM & REQUEST FOR PRODUCTION
          M.A. SHAFIR   1.10 hours at   245.00 per hour.         269.50

01/31/06  SEVERAL CONFERENCES AND CORRESPONDENCE WITH
          COUNSEL REGARDING ORDER ON PENDING MOTIONS.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.        207.00

01/31/06  SEVERAL CORRESPONDENCE WITH R. GILBERT
          REGARDING ███████████████████████
          ██████████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

01/31/06  CORRESPONDENCE WITH CLIENT REGARDING ████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

01/31/06  LETTER TO CLIENT REGARDING ███████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

01/31/06  LETTER TO CLIENT REGARDING ███████████████
          ███████ GRUNSPAN    .40 hours at  345.00 per hour.     138.00

01/31/06  INSTRUCTIONS TO MICHAEL SHAFIR CONCERNING
          SUBPOENAS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.       73.50

01/31/06  E-MAIL TO A. GRUNSPAN REGARDING █████████████
          ████████ GILBERT    .30 hours at  345.00 per hour.     103.50

01/31/06  STUDY AND REVIEW PROPOSED CONFIDENTIALITY ORDER
          AND APPROVE.  INSTRUCT REGARDING ORDERS AND
          DISCOVERY.
          T. WARNER    .30 hours at  345.00 per hour.            103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $12,248.00


## ATTORNEY FEE SUMMARY

| | | | | |
|------|-------------|----------------------|------------|---------|
| MAS  | M.A. SHAFIR    | 1.10 hours at | $245.00 = | 269.50  |
| AMG  | A. M. GRUNSPAN | 6.20 hours at | $345.00 = | 2139.00 |
| DAM  | D. A. MORANDE  | 5.30 hours at | $245.00 = | 1298.50 |
| JRA  | J. R. ALDERMAN | 18.30 hours at | $245.00 = | 4483.50 |
| RNG  | R. N. GILBERT  | 1.10 hours at | $345.00 = | 379.50  |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 221                       REF. NO.   50116-23449
INVOICE NUMBER   408858                          PAGE     6

| | | | | | | |
|---|---|---|---|---|---|---|
| DF | D. FIGG | 6.00 hours at | $245.00 = | | | 1470.00 |
| TW | T. WARNER | 6.40 hours at | $345.00 = | | | 2208.00 |
| | TOTALS | 44.40 | | | | $12,248.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006

|  |  |  |
|---|---|---|
| | COPYING COST | 165.40 |
| | POSTAGE | 18.14 |
| | TELEPHONE | 3.60 |
| 01/27/06 | MESSENGER CHARGES | 5.00 |
| 01/04/06 | MEALS - VENDOR: THE BRIDGE CLUB WORKING LUNCH | 6.50 |
| | FOR J. IANNO 12/22/05 | |
| 01/05/06 | EXPRESS MAIL | 8.69 |

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006          $207.33
                                                        ------------

TOTAL AMOUNT DUE THIS INVOICE          $12,455.33
                                       ============

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an [*] were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

FEBRUARY 27, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23453
INVOICE NUMBER  408848

RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 01/31/06 | $3,529.00 |
| COSTS ADVANCED POSTED THROUGH 01/31/06 | $324.57 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$3,853.57** |
| | ============ |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   408848                         PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**


01/10/06  REVIEW FILE IN CONNECTION WITH STATUS CONFERNCE
          WITH AMG.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.              98.00

01/18/06  CONTACT JASON ALDERMAN REGARDING ██████████
          ██████████
          A. M. GRUNSPAN      .30 hours at  345.00 per hour.             103.50

01/19/06  REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
          REPORT, CONFER WITH AMG.
          J. R. ALDERMAN      .60 hours at  245.00 per hour.             147.00

01/23/06  CONFERENCE WITH JRA RE:██████████
          M.A. SHAFIR                                                    73.50

01/23/06  REVIEW OF FILE
          M.A. SHAFIR                                                    73.50

01/23/06  PREPARATION OF MOTION TO COMPEL
          M.A. SHAFIR                                                    98.00

01/23/06  CONTACT JASON ALDERMAN REGARDING ██████████
          A. M. GRUNSPAN      .20 hours at  345.00 per hour.             69.00

01/23/06  REVIEW FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.             73.50

01/23/06  INSTRUCTIONS TO MICHAEL SHAFIR REGARDING ██████████
          J. R. ALDERMAN      .30 hours at  245.00 per hour.             73.50

01/23/06  REVIEW OF FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.             73.50

01/23/06  INSTRUCTIONS TO MICHAEL SHAFIR, RE██████████
          ██████████
          J. R. ALDERMAN      .20 hours at  245.00 per hour.             49.00

01/23/06  REVISE, EDIT, MOTION TO COMPEL LANDLORD TO
          RESPOND TO DISCOVERY.
          J. R. ALDERMAN      .80 hours at  245.00 per hour.            196.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC                         FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  408848                         PAGE    2

01/24/06  DRAFT, REVISE, EDIT MOTION TO COMPEL AND LETTER
          TO LANDLORD'S COUNSEL.
          J. R. ALDERMAN    .70 hours at   245.00 per hour.        171.50

01/27/06  CONTACT JASON ALDERMAN REGARDING ▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN    .30 hours at   345.00 per hour.        103.50

01/27/06  REVIEW FILE IN CONNECTION WITH TELECONFERENCE
          WITH OPPOSING COUNSEL REGARDING DISCOVERY
          J. R. ALDERMAN    .80 hours at   245.00 per hour.        196.00

01/27/06  CONFER WITH OPPOSING COUNSEL REGARDING HEARING
          ON DOLLAR GENERAL'S MOTION FOR PROTECTIVE
          ORDER.
          J. R. ALDERMAN    .30 hours at   245.00 per hour.         73.50

01/29/06  REVIEW FILE REGARDING HEARING ON DOLGEN'S
          MOTION FOR PROTECTIVE ORDER AND STAY; REVIEW
          RECORD.
          T. WARNER    .30 hours at  345.00 per hour.              103.50

01/30/06  LETTER TO T. WARNER REGARDING HEARING ON MOTION
          FOR PROTECTIVE ORDER.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

01/30/06  REVIEW FILE REGARDING REHEARING ON MOTION FOR
          STAY AND OBJECTIONS TO INTERROGATORIES. PREPARE
          FOR HEARING AND ISSUES.
          T. WARNER    .30 hours at  345.00 per hour.              103.50

01/31/06  CONFER WITH AMG REGARDING ▓▓▓▓▓▓▓▓▓▓▓▓
          J. R. ALDERMAN    .50 hours at  245.00 per hour.         122.50

01/31/06  TELECONFERENCE WITH STEVEN HOULD, COUNSEL FOR
          LANDLORD.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/31/06  REVIEW FILE IN CONNECTION WITH HEARING ON
          MOTION TO STAY DISCOVERY AND DOLLAR GENERAL'S
          OBJECTIONS TO WINN-DIXIE DISCOVERY.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.         637.00

01/31/06  WORK WITH PARALEGAL IN PREPARING FOR HEARINGS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           FEBRUARY 27, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  408848                           PAGE   3

01/31/06  CONFER WITH TOM WARNER REGARDING ███████
          ████████████
          J. R. ALDERMAN   .20 hours at  245.00 per hour.            49.00

01/31/06  BEGIN PREPARING MATERIALS REQUESTED BY ATT'Y.
          ALDERMAN FOR MULTIPLE-ISSUE HEARING ON 2/03/06,
          INCLUDING RETRIEVING AND COPYING LEASES,
          PLEADINGS, AND OTHER RELEVANT DOCUMENTS;
          CREATING BINDERS; AND PREPARING INDICES.
          L. GOLDSTEIN*   4.00 hours at  85.00 per hour.            340.00

01/31/06  COORDINATE, PREPARE AND ATTENDANCE FOR MOTION
          TO STAY HEARING IN JACKSONVILLE.
          T. WARNER   .30 hours at  345.00 per hour.                103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES           $3,529.00


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 1.00 hours at | $245.00 | = | 245.00 |
| AMG | A. M. GRUNSPAN | 1.10 hours at | $345.00 | = | 379.50 |
| JRA | J. R. ALDERMAN | 9.20 hours at | $245.00 | = | 2254.00 |
| LG* | L. GOLDSTEIN* | 4.00 hours at | $85.00 | = | 340.00 |
| TW | T. WARNER | 0.90 hours at | $345.00 | = | 310.50 |
| | TOTALS | 16.20 | | | $3,529.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006


          COPYING COST                           240.40
          FAX                                     63.00
          POSTAGE                                 12.75
          TELEPHONE                                8.42

          TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006      $324.57
                                                         ------------

                TOTAL AMOUNT DUE THIS INVOICE       $3,853.57
                                                    ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction