# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

FEBRUARY 27, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23459
INVOICE NUMBER   408853

RE:  JENSEN BEACH PLAZA, LTD, STORE 308

LEGAL SERVICES POSTED THROUGH 01/31/06          $42,279.50
COSTS ADVANCED POSTED THROUGH 01/31/06           $1,271.51
                                              - - - - - - - - - - - -
        CURRENT INVOICE TOTAL          $43,551.01
                                       ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                  FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308      REF. NO.  50116-23459
INVOICE NUMBER  408853                  PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2006**

| | | |
|---|---|---|
| 01/03/06 | CONFERENCE WITH JRA RE: ███████████<br>M.A. SHAFIR | 245.00 |
| 01/03/06 | CONFERENCE WITH JRA RE: ██████████████<br>M.A. SHAFIR | 245.00 |
| 01/03/06 | LEGAL RESEARCH REGARDING SAME<br>M.A. SHAFIR | 73.50 |
| 01/04/06 | REVISE COMPLAINT.<br>A. M. GRUNSPAN   1.10 hours at   345.00 per hour. | 379.50 |
| 01/04/06 | LETTER TO COUNSEL FOR LANDLORD.<br>A. M. GRUNSPAN   .20 hours at   345.00 per hour. | 69.00 |
| 01/04/06 | REVIEW DOCUMENTS PRODUCED BY LANDLORD IN<br>CONNECTION WITH DRAFTING MOTION FOR SUMMARY<br>JUDGMENT AND MOTION FOR TEMPORARY INJUNCTION.L<br>J. R. ALDERMAN   .90 hours at   245.00 per hour. | 220.50 |
| 01/04/06 | CONFER WITH AMG AND TOM WARNER REGARDING ██████<br>J. R. ALDERMAN   .60 hours at   245.00 per hour. | 147.00 |
| 01/04/06 | RECEIPT AND REVIEW OF LETTER FROM LANDLORD'S<br>COUNSEL. REVIEW OF FILE.<br>J. R. ALDERMAN   .50 hours at   245.00 per hour. | 122.50 |
| 01/04/06 | DRAFT, REVISE, EDIT LETTER TO DOLLAR GENERAL'S<br>COUNSEL.<br>J. R. ALDERMAN   .60 hours at   245.00 per hour. | 147.00 |
| 01/04/06 | RECEIPT, REVIEW AND RETURN VARIOUS EMAILS OF<br>LANDLORD'S COUNSEL CONCERNING STAY RELIEF ORDER<br>AND DISCOVERY.<br>J. R. ALDERMAN   .30 hours at   245.00 per hour. | 73.50 |
| 01/05/06 | RECEIPT AND REVIEW OF LETTER FROM DOLLAR<br>GENERAL'S COUNSEL REGARDING SETTING OF<br>DEPOSITIONS.<br>J. R. ALDERMAN   .40 hours at   245.00 per hour. | 98.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308    REF. NO.  50116-23459
INVOICE NUMBER  408853                          PAGE    2

01/05/06  DRAFT, REVISE, EDIT RESPONSE LETTER TO DOLLAR
          GENERAL'S COUNSEL REGARDING SETTING OF CASES
          FOR DEPOSITION.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.              147.00

01/05/06  REVIEW LAW ON █████████████████████████
          ███████████████ ██.
          J. R. ALDERMAN   1.40 hours at  245.00 per hour.              343.00

01/05/06  DRAFT MOTION FOR TEMPORARY INJUNCTION.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.              196.00

01/05/06  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.              563.50

01/06/06  PREPARE MOTION TO AMEND
          M.A. SHAFIR                                                   122.50

01/06/06  PREPARE REPLY TO AFFIRMATIVE DEFENSES
          M.A. SHAFIR                                                   122.50

01/06/06  PREPARE PROPOSED REPLY
          M.A. SHAFIR                                                   147.00

01/06/06  PREPARE DRAFT OF MOTION FOR SUMMARY JUDGMENT
          M.A. SHAFIR                                                   147.00

01/06/06  SEVERAL CALLS TO TOM WARNER AND DAVID J. SMITH
          REGARDING █████████████████████
          ████████████
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

01/06/06  CORRESPONDENCE WITH JASON ALDERMAN REGARDING
          ███████████████████████████████████████████
          ████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.              172.50

01/07/06  REVIEW TILE REPORT FOR SHOPPING CENTER.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.              318.50

01/07/06  REVIEW FILE IN CONNECTION WITH STATUS, HEARING
          ON MOTION TO STRIKE, DISCOVERY, AND MOTION FOR
          SUMMARY JUDGMENT.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.              196.00

## CARLTON FIELDS, P.A.

Atlanta  •  Miami  •  Orlando  •  St. Petersburg  •  Tallahassee  •  Tampa  •  West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER   408853                         PAGE    3

01/07/06  INSTRUCTIONS TO LEGAL ASSISTANT REGARDING
          SETTING INSTRUCTIONS FOR HEARING.
          J. R. ALDERMAN     .30 hours at   245.00 per hour.          73.50

01/07/06  CONFER WITH TOM WARNER.
          J. R. ALDERMAN     .40 hours at   245.00 per hour.          98.00

01/07/06  REVIEW DOCUMENTS PROVIDED BY CLIENT.
          J. R. ALDERMAN     .90 hours at   245.00 per hour.         220.50

01/09/06  SEVERAL LETTERS TO TOM WARNER REGARDING
          ████████████████████████████
          A. M. GRUNSPAN     .50 hours at   345.00 per hour.         172.50

01/09/06  REVIEW DEFENSES AND GROUNDS.
          A. M. GRUNSPAN     .50 hours at   345.00 per hour.         172.50

01/09/06  MEET WITH JASON ALDERMAN REGARDING ████████
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.         138.00

01/09/06  LETTER TO DAVID J. SMITH REGARDING ██████
          A. M. GRUNSPAN     .20 hours at   345.00 per hour.          69.00

01/09/06  TELECONFERENCE WITH LANDLORD'S COUNSEL
          REGARDING COUNTERCLAIM, DISCOVERY.
          J. R. ALDERMAN     .20 hours at   245.00 per hour.          49.00

01/09/06  TELECONFERENCE WITH LANDLORD'S ATTORNEY
          REGARDING SETTING HEARINGS ON VARIOUS MOTIONS,
          DISCOVERY.
          J. R. ALDERMAN     .30 hours at   245.00 per hour.          73.50

01/09/06  REVIEW FILE IN CONNECTION WITH HEARING ON
          MOTION TO STRIKE. CONFER WITH TOM WARNER.
          J. R. ALDERMAN     .40 hours at   245.00 per hour.          98.00

01/09/06  MEETING WITH AMG REGARDING ██████████████
          ████████████████████████████
          J. R. ALDERMAN     .40 hours at   245.00 per hour.          98.00

01/09/06  PREPARE FOR AND PARTICIPATE IN TELECONFERENCE
          WITH OPPOSING COUNSEL, LEONARD RUTLAND
          REGARDING SERVICE OF ANSWER, DISCOVERY.
          J. R. ALDERMAN     .30 hours at   245.00 per hour.          73.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  408853                    PAGE   4

01/09/06  TELECONFERENCE WITH TODD ARONVITZ' OFFICE
          REGARDING SCHEDULING OF MOTIONS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/09/06  REVIEW FILE IN CONNECTION WITH SETTING FAMILY
          DOLLAR'S DISCOVERY OBJECTIONS FOR HEARING.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

01/09/06  INSTRUCTIONS TO LEGAL ASSISTANT REGARDING
          SETTING VARIOUS DISCOVER OBJECTIONS FOR
          HEARING. TELECONFERENCE WITH OPPOSING COUNSEL.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/09/06  REVIEW FILE REGARDING HEARING ON MOTION TO
          STRIKE AFFIRMATIVE DEFENSES
          T. WARNER                                                 69.00

01/09/06  STUDY LEASE PROVISIONS.
          T. WARNER                                                 69.00

01/09/06  REVIEW LEASE PROVISIONS.
          T. WARNER                                                 34.50

01/09/06  REVIEW ISSUES REGARDING POSSIBLE MOTION FOR
          SUMMARY JUDGMENT.
          T. WARNER                                                 34.50

01/09/06  REVIEW JUDGMENT ON THE PLEADINGS.
          T. WARNER                                                 34.50

01/09/06  STUDY COMPLAINT.
          T. WARNER                                                 34.50

01/09/06  REVIEW COMPLAINT.
          T. WARNER                                                 34.50

01/09/06  REVIEW ANSWER.
          T. WARNER                                                 69.00

01/09/06  REVIEW AFFIRMATIVE DEFENSES.
          T. WARNER                                                103.50

01/10/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING DISCOVERY AND MOTION FOR PROTECTIVE
          ORDER TO BE FILED BY DOLGENCORP.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   408853

FEBRUARY 27, 2006
REF. NO.   50116-23459
PAGE   5

| | | |
|---|---|---|
| 01/10/06 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN REGARDING SAME. | |
| | A. M. GRUNSPAN     .40 hours at   345.00 per hour. | 138.00 |
| 01/10/06 | CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN     .30 hours at   345.00 per hour. | 103.50 |
| 01/10/06 | TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL REGARDING MOTION TO STAY DISCOVERY. | |
| | J. R. ALDERMAN     .30 hours at   245.00 per hour. | 73.50 |
| 01/10/06 | CONFER WITH AMG AND TOM WARNER REGARDING ▮▮▮ | |
| | J. R. ALDERMAN     .30 hours at   245.00 per hour. | 73.50 |
| 01/10/06 | TELECONFERENCE WITH OPPOSING COUNSEL REGARDING DISCOVERY, HEARING DATES, AND DOLLAR GENERAL'S MOTION TO STAY DISCOVERY. | |
| | J. R. ALDERMAN     .30 hours at   245.00 per hour. | 73.50 |
| 01/10/06 | RECEIPT AND REVIEW OF LANDLORD'S ANSWER AND COUNTERCLAIM TO PLAINTIFF'S COMPLAINT. | |
| | J. R. ALDERMAN   1.60 hours at   245.00 per hour. | 392.00 |
| 01/10/06 | REVIEW FILE, PARTICULARLY LEASES. | |
| | J. R. ALDERMAN   1.30 hours at   245.00 per hour. | 318.50 |
| 01/10/06 | ANALYZE PLEADINGS AND LEGAL ISSUES REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮ OUTLINE ACTION PLAN REGARDING ▮▮▮▮▮ AND ▮▮▮ ADVICE REGARDING ▮▮▮▮; ADVISE REGARDING | |
| | T. WARNER   3.60 hours at   345.00 per hour. | 1242.00 |
| 01/10/06 | STUDY AND REVIEW E-MAILS REGARDING CONFLICTS WITH LL'S POSITION; STUDY AND REVIEW ANSWER AND AFFIRMATIVE DEFENSES BY LL; REVIEW FILE REGARDING BANKRUPTCY STAY. | |
| | T. WARNER     .40 hours at   345.00 per hour. | 138.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  408853

FEBRUARY 27, 2006
REF. NO.  50116-23459
PAGE    6

| Date | Description | Amount |
|------|-------------|--------|
| 01/11/06 | SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING SUMMARY JUDGMENT, DISCOVERY AND JUDGMENT ON THE PLEADINGS MOTIONS.<br>A. M. GRUNSPAN   .60 hours at  345.00 per hour. | 207.00 |
| 01/11/06 | RECEIPT AND REVIEW OF LETTER FROM TOD ARONOVITZ.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 01/11/06 | FAX FROM ATTORNEY ARONOVITZ AND MOTION FOR ATTORNEY FEES; STUDY AND REVIEW MOTION FOR FEES AND LEGAL AUTHORITY FOR MOTION; ADVISE TRIAL TEAM REGARDING ▓▓▓▓▓▓▓ ISSUE DISCRETION TO AWARD.<br>T. WARNER   .50 hours at  345.00 per hour. | 172.50 |
| 01/12/06 | SEVERAL CORRESPONDENCE WITH LANDLORD'S COUNSEL REGARDING ANSWER TO COMPLAINT AND DISCOVERY.<br>A. M. GRUNSPAN   .70 hours at  345.00 per hour. | 241.50 |
| 01/12/06 | SEVERAL CORRESPONDENCE WITH LANDLORD'S COUNSEL AND JASON ALDERMAN REGARDING COUNTERCLAIM.<br>A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 01/12/06 | DRAFT MOTION FOR PARTIAL SUMMARY JUDGMENT.<br>J. R. ALDERMAN  3.60 hours at  245.00 per hour. | 882.00 |
| 01/12/06 | REVIEW FILE, PARTICULARLY DOLLAR GENERAL LEASES IN CONNECTION WITH DRAFTING MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   2.60 hours at  245.00 per hour. | 637.00 |
| 01/12/06 | ACCOUNTING ISSUES; E-MAILS TO AND FROM ATTORNEY RUTLAND.<br>T. WARNER    .20 hours at  345.00 per hour. | 69.00 |
| 01/13/06 | DRAFT MOTION TO STRIKE LANDLORD'S AFFIRMATIVE DEFENSES.<br>J. R. ALDERMAN   2.90 hours at  245.00 per hour. | 710.50 |
| 01/13/06 | RECEIPT AND REVIEW OF REMAIL FROM LANDLORD'S COUNSEL, RE: DISCOVERY, BANKRUPTCY ORDER.<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 01/13/06 | REVIEW FILE, DRAFT, REVISE, EDIT RETURN EMAIL TO LANDLORD'S COUNSEL'S EMAIL.<br>J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   408853

FEBRUARY 27, 2006
REF. NO.   50116-23459
PAGE     7

| | | |
|---|---|---:|
| 01/13/06 | E-MAILS TO AND FROM RUTLAND REGARDING BANKRUPTCY STAY AND AMENDMENT ISSUES.<br>T. WARNER     .20 hours at   345.00 per hour. | 69.00 |
| 01/17/06 | LEGAL RESEARCH REGARDING BINDING NATURE OF FL SUP CT OPINIONS<br>M.A. SHAFIR     .60 hours at   245.00 per hour. | 147.00 |
| 01/17/06 | LENGTHY LETTER TO T. WARNER REGARDING ▮▮▮▮<br>A. M. GRUNSPAN     .80 hours at   345.00 per hour. | 276.00 |
| 01/17/06 | MEET WITH JASON ALDERMAN REGARDING ▮▮▮▮<br>A. M. GRUNSPAN     .60 hours at   345.00 per hour. | 207.00 |
| 01/17/06 | DRAFT, REVISE, EDIT MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   4.40 hours at   245.00 per hour. | 1078.00 |
| 01/17/06 | REVIEW FILE IN CONNECTION WITH DRAFTING MOTION FOR SUMMARY JUDGMENT, PARTICULARLY EAGLE FAMILY DISCOUNT LEASE AND DOLLAR GENERAL LEASE.<br>J. R. ALDERMAN   3.80 hours at   245.00 per hour. | 931.00 |
| 01/17/06 | CONFER WITH TOM WARNER REGARDING ▮▮▮▮<br>J. R. ALDERMAN     .60 hours at   245.00 per hour. | 147.00 |
| 01/17/06 | ANALYSIS OF ▮▮▮▮ RECORDING; ADVISE.<br>T. WARNER     .40 hours at   345.00 per hour. | 138.00 |
| 01/17/06 | REVIEW EAGLE FAMILY'S ORIGINAL LEASE AND CURRENT DOLGEN LEASE.<br>T. WARNER | 34.50 |
| 01/17/06 | ANALYZE EAGLE FAMILY'S ORIGINAL LEASE AND CURRENT DOLGEN LEASE.<br>T. WARNER | 34.50 |
| 01/17/06 | E-MAILS FROM TRIAL TEAM REGARDING ▮▮▮▮<br>T. WARNER | 34.50 |
| 01/17/06 | E-MAILS FROM TRIAL TEAM REGARDING ▮▮▮▮<br>T. WARNER | 34.50 |

CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  408853                    PAGE    8

01/17/06  E-MAILS FROM TRIAL TEAM REGARDING EXHIBITS.
          T. WARNER                                           34.50

01/17/06  ADVISE REGARDING LEASES.
          T. WARNER                                           34.50

01/17/06  STUDY LETTER TO ATTORNEY RUTLAND REGARDING
          DOCUMENT PRODUCTION.
          T. WARNER                                           34.50

01/17/06  REVIEW LETTER TO ATTORNEY RUTLAND REGARDING
          DOCUMENT PRODUCTION.
          T. WARNER                                           34.50

01/18/06  SEVERAL LENGTHY CORRESPONDENCE WITH T. WARNER
          AND J. ALDERMAN REGARDING ████████████████
          ████████████████████████████████████████
          A. M. GRUNSPAN   1.30 hours at  345.00 per hour.   448.50

01/18/06  REVISE SUMMARY JUDGMENT AND MEMORANDUM OF LAW.
          A. M. GRUNSPAN   3.20 hours at  345.00 per hour.  1104.00

01/18/06  REVISE LETTER TO OPPOSING COUNSEL REGARDING
          DISCOVERY AND MOTION FOR PROTECTIVE ORDER.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.   103.50

01/18/06  CONFER WITH TOM WARNER AND AMG REGARDING
          ████████████████████████████████████████████
          J. R. ALDERMAN    .40 hours at  245.00 per hour.    98.00

01/18/06  DRAFT, REVISE, EDIT MOTION FOR PARTIAL SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   4.20 hours at  245.00 per hour.  1029.00

01/18/06  REVIEW FILE IN CONNECTION WITH DRAFTING,
          REVISING, EDITING MOTION FOR PARTIAL SUMMARY
          JUDGMENT.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.   392.00

01/18/06  CONFER WITH AMG AND TOM WARNER REGARDING
          ███████████
          J. R. ALDERMAN    .70 hours at  245.00 per hour.   171.50

01/18/06  REVIEW CASE LAW ON ALL TRIAL COURTS BEING BOUND
          BY ONLY APPELLATE DECISION ON RECORD.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.   220.50

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC                              FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308                 REF. NO.  50116-23459
INVOICE NUMBER  408853                             PAGE    9

01/18/06  E-MAILS TO AND FROM TRIAL TEAM REGARDING
          ████████████████████████████████████████████

          ████████████████████████████████████████
          ADVISE REGARDING ████████████████████████████████

          T. WARNER    .60 hours at  345.00 per hour.              207.00

01/19/06  CONFER WITH TOM WARNER AND AMG REGARDING ████████
          ████████████████████████████████████████

          J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

01/19/06  REVIEW LAW ON DEFENSES OF ████████████████
          ████████ IN CONNECTION WITH DRAFTING MOTION TO
          STRIKE LANDLORD'S AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN   2.80 hours at  245.00 per hour.         686.00

01/19/06  RECEIPT, REVIEW, AND RETURN VARIOUS EMAILS WITH
          LANDLORD'S COUNSEL CONCERNING LANDLORD'S
          DOCUMENT PRODUCTION.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

01/19/06  DRAFT LETTER TO DOLLAR GENERAL COUNSEL
          CONCERNING DISCOVERY AND HEARING ON MOTION TO
          STAY DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

01/19/06  CONFERENCE WITH AND ADVISE TRIAL TEAM REGARDING
          ████████████████████████████████████████████

          T. WARNER    .50 hours at  345.00 per hour.              172.50

01/19/06  E-MAILS REGARDING REPLY -- ████████████████████
          T. WARNER                                                 34.50

01/19/06  STUDY WAIVER AND ABANDONMENT ISSUE.
          T. WARNER                                                 34.50

01/19/06  REVIEW WAIVER AND ABANDONMENT ISSUE.
          T. WARNER                                                 34.50

01/19/06  STUDY E-MAIL TO RUTLAND REGARDING PRODUCTION OF
          CLOSING FILE AND TITLE POLICY.
          T. WARNER                                                 34.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  408853                          PAGE  10

01/19/06  REVIEW E-MAIL TO RUTLAND REGARDING PRODUCTION
          OF CLOSING FILE AND TITLE POLICY
          T. WARNER                                              34.50

01/19/06  E-MAIL FROM RUTLAND REGARDING PRODUCTION OF
          FILE AND SCHEDULING DEPOSITIONS.
          T. WARNER                                              34.50

01/20/06  REVISE MOTION TO STRIKE LANDLORD'S DEFENSES.
          A. M. GRUNSPAN     .90 hours at  345.00 per hour.     310.50

01/20/06  SEVERAL LETTERS FROM OPPOSING COUNSEL AND JASON
          ALDERMAN.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.     138.00

01/20/06  REVIEW LAW ON ███████████████████████████
          ██████████████████████████████████████
          J. R. ALDERMAN   3.80 hours at  245.00 per hour.     931.00

01/20/06  DRAFT, REVISE, EDIT MOTION TO STRIKE LANDLORDS
          AFFIRMATIVE DEFENSES.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.     563.50

01/20/06  REVIEW LAW ON ABANDONMENT OF NEGATIVE EASEMENT
          IN CONNECTION WITH SUMMARY JUDGMENT.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.     637.00

01/20/06  RECEIPT AND REVIEW OF DOLLAR GENERAL'S MOTION
          FOR PROTECTIVE ORDER.
          J. R. ALDERMAN    .90 hours at  245.00 per hour.     220.50

01/20/06  RECEIPT AND REVIEW OF LETTER FOR DOLLAR
          GENERAL'S COUNSEL.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.      98.00

01/20/06  DRAFT, REVISE, EDIT LETTER TO DOLLAR GENERAL'S
          COUNSEL REGARDING HEARING ON MOTION TO STAY
          DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.      98.00

01/20/06  REVIEW FILE REGARDING ATTORNEY'S FEES ISSUES --
          PERMISSIVE AWARD.
          T. WARNER    .30 hours at  345.00 per hour.          103.50

01/20/06  RESEARCH DOLGEN LEASE PROVISIONS REGARDING
          COVENANT RUNNING WITH THE LAND.
          T. WARNER                                              34.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308            REF. NO.  50116-23459
INVOICE NUMBER  408853                        PAGE  11

01/20/06  REVIEW DOLGEN LEASE PROVISIONS REGARDING
          COVENANT RUNNING WITH THE LAND.
          T. WARNER                                              34.50

01/20/06  INSTRUCT REGARDING SUBMITTING DOLGEN LEASE IN
          #308 AS SUPPLEMENTAL FILING FOR REHEARING --
          PROCEDURAL ISSUES.
          T. WARNER                                             103.50

01/20/06  INSTRUCT REGARDING ISSUES "PERMISSIVE" AWARD OF
          ATTORNEY'S FEES.
          T. WARNER                                             103.50

01/22/06  REVIEW FILE REGARDING ATTORNEY'S FEES ISSUES--
          INSTRUCT.
          T. WARNER     .20 hours at  345.00 per hour.           69.00

01/22/06  STUDY AND REVIEW DRAFT OF MOTION TO STRIKE
          AFFIRMATIVE DEFENSES; STUDY AND REVIEW DRAFT
          MOTION FOR PARTIAL SUMMARY JUDGMENT.
          T. WARNER     .30 hours at  345.00 per hour.          103.50

01/23/06  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          AND JASON ALDERMAN REGARDING MOTION TO STRIKE
          AND MOTION FOR PROTECTIVE ORDER.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.     172.50

01/23/06  LETTER TO JASON ALDERMAN REGARDING
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.      69.00

01/23/06  CONFER WITH COUNSEL FOR LANDLORD REGARDING
          COPYING OF DOCUMENTS IN LIEU OF DOCUMENT REVIEW
          AT LANDLORD'S OFFICE.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.      49.00

01/23/06  CONFER WITH TOM WARNER REGARDING ▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          J. R. ALDERMAN     .20 hours at  245.00 per hour.      49.00

01/23/06  TELECONFERENCE WITH LEONARD RUTLAND, LANDLORD'S
          COUNSEL REGARDING DOCUMENT PRODUCTION, HEARINGS
          ON PENDING MOTIONS.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.      73.50

01/23/06  LETTER TO LANDLORD'S COUNSEL CONFIRMING
          DOCUMENT PRODUCTION.
          J. R. ALDERMAN     .20 hours at  245.00 per hour.      49.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  408853

FEBRUARY 27, 2006
REF. NO.  50116-23459
PAGE  12

| | | |
|---|---|---|
| 01/23/06 | TELECONFERENCE WITH DOLLAR GENERAL'S COUNSEL REGARDING AGREEMENT TO PROTECTIVE ORDER. | |
| | J. R. ALDERMAN    .20 hours at  245.00 per hour. | 49.00 |
| 01/23/06 | BEGIN PREPARATION FOR HEARING ON MOTION TO STRIKE AFFIRMATIVE DEFENSES; ELECT AND COPY CASES CITED. (3.9) BEGIN PREPARATION OF TABLE OF AUTHORITIES. (.5) | |
| | L. GOLDSTEIN*   4.40 hours at  85.00 per hour. | 374.00 |
| 01/23/06 | REVIEW FILE; ADVISE REGARDING ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ STUDY AND REVIEW CASES ON ▮▮▮ | |
| | T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 01/23/06 | REVIEW AND ANALYZE CASE CITATIONS REGARDING ▮▮▮▮▮▮▮▮▮▮▮ | |
| | T. WARNER   1.10 hours at  345.00 per hour. | 379.50 |
| 01/24/06 | REVIEW LAW ON ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮E ▮▮▮▮▮▮▮▮▮▮▮▮▮E | |
| | J. R. ALDERMAN   2.70 hours at  245.00 per hour. | 661.50 |
| 01/24/06 | CONFER WITH AMG AND TOM WARNER REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | J. R. ALDERMAN    .50 hours at  245.00 per hour. | 122.50 |
| 01/24/06 | DRAFT DISCOVERY ON ATTORNEYS FEES ISSUE. | |
| | J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |
| 01/24/06 | CONTINUED PREPARATION OF TABLE OF AUTHORITIES. (1.5) FIND AND COPY CASES. (1.5) PREPARE BINDERS. (2.4) | |
| | L. GOLDSTEIN*   5.40 hours at  85.00 per hour. | 459.00 |
| 01/24/06 | REVIEW FILE; ADVISE REGARDING SUMMARY JUDGMENT AND MOTION TO STRIKE; STUDY AND REVIEW CASES ON ▮▮▮▮▮▮▮▮▮▮▮ ADVISE REGARDING ▮▮▮▮▮▮▮ | |
| | T. WARNER    .80 hours at  345.00 per hour. | 276.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  408853                          PAGE  13

| | | |
|---|---|---:|
| 01/24/06 | INSTRUCT REGARDING SUPPLEMENTAL FILING OF DOLGEN LEASE TO SUPPORT MOTION FOR REHEARING; ATTORNEYS FEE ISSUES; STUDY AND REVIEW DRAFT NOTICE AND SUGGEST REVISIONS REGARDING "NOTICE" ISSUE. | |
| | T. WARNER    .50 hours at  345.00 per hour. | 172.50 |
| 01/24/06 | DRAFT REVISIONS TO MOTION ON PARTIAL SUMMARY JUDGMENT. | |
| | T. WARNER | 69.00 |
| 01/24/06 | DRAFT REVISIONS TO MEMORANDUM ON PARTIAL SUMMARY JUDGMENT. | |
| | T. WARNER | 345.00 |
| 01/24/06 | TRANSMIT COMMENTS AND SUGGESTIONS TO TRIAL TEAM. | |
| | T. WARNER | 103.50 |
| 01/25/06 | REVISE MOTION TO STRIKE LANDLORD'S DEFENSES. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 01/25/06 | SEVERAL CALLS TO T. WARNER REGARDING ▬▬▬▬ | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 01/25/06 | TELECONFERENCE WITH DOLLAR GENERAL'S ATLANTA COUNSEL REGARDING HEARING TIME, DISCOVERY, MOTION TO STAY. | |
| | J. R. ALDERMAN    .40 hours at  245.00 per hour. | 98.00 |
| 01/25/06 | REVIEW LAW ON ABANDONMENT OF EASEMENTS. | |
| | J. R. ALDERMAN    2.60 hours at  245.00 per hour. | 637.00 |
| 01/25/06 | REVISE, EDIT MOTION FOR SUMMARY JUDGMENT. | |
| | J. R. ALDERMAN    1.70 hours at  245.00 per hour. | 416.50 |
| 01/25/06 | E-MAILS TO AND FROM ATTORNEY RUTLAND REGARDING DISCOVERY AND SETTLEMENT TALKS. | |
| | T. WARNER    .30 hours at  345.00 per hour. | 103.50 |
| 01/26/06 | LETTER TO CLIENT REGARDING ▬▬▬▬ ▬▬▬▬ | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 01/26/06 | SETTLEMENT CONFERENCE WITH COUNSEL FOR LANDLORD. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   408853

FEBRUARY 27, 2006
REF. NO.   50116-23459
PAGE   14

| | | |
|---|---|---|
| 01/26/06 | LETTER TO CLIENT REGARDING ▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .30 hours at   345.00 per hour. | 103.50 |
| 01/26/06 | STRATEGY CONFERENCE WITH JASON ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN    .40 hours at   345.00 per hour. | 138.00 |
| 01/26/06 | SEVERAL CORRESPONDENCE WITH CLIENT AND JASON ALDERMAN REGARDING ▮▮▮▮ | |
| | A. M. GRUNSPAN    .60 hours at   345.00 per hour. | 207.00 |
| 01/26/06 | SEVERAL CORRESPONDENCE WITH COUNSEL FOR LANDLORD AND JASON ALDERMAN REGARDING COMPLAINT AND DISCOVERY. | |
| | A. M. GRUNSPAN    .50 hours at   345.00 per hour. | 172.50 |
| 01/26/06 | TELECONFERENCE WITH OPPOSING COUNSEL REGARDING DOLLAR GENERAL'SL OBJECTIONS TO INTERROGATORIES. | |
| | J. R. ALDERMAN    .80 hours at   245.00 per hour. | 196.00 |
| 01/26/06 | REVIEW FILE IN CONNECTION WITH TELECONFERENCE WITH OPPOSING COUNSEL REGARDING DISCOVERY. | |
| | J. R. ALDERMAN    .60 hours at   245.00 per hour. | 147.00 |
| 01/26/06 | RECEIPT AND REVIEW OF PROPOSED CONFIDENTIALITY ORDER. | |
| | J. R. ALDERMAN    .80 hours at   245.00 per hour. | 196.00 |
| 01/26/06 | CONTINUE PREPARATION OF MATERIALS REQUESTED FOR USE AT MULTI-ISSUE HEARING ON 1/30/06. (3.9) BEGIN PREPARING ADDITIONAL NOTEBOOKS/BINDERS FOR HEARING. (3.0) BATES NUMBER AND COPY DOCUMENTS PRODUCED 1/24/06 BY DEFENDANT. (2.2) PREPARE REDWELLS FOR NEWLY-RECEIVED PRODUCTION. (.3) | |
| | L. GOLDSTEIN*   9.40 hours at   85.00 per hour. | 799.00 |
| 01/26/06 | DRAFT CHANGES TO NOTICE OF FILING IN SUPPORT OF REHEARING -- DOLGEN AND SIGN NOTICE OF FILING; INSTRUCT. | |
| | T. WARNER    .40 hours at   345.00 per hour. | 138.00 |
| 01/26/06 | REVIEW ISSUE FOR MOTION HEARING. | |
| | T. WARNER | 69.00 |
| 01/26/06 | PREPARE FOR MOTION HEARING. | |
| | T. WARNER | 69.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.   50116-23459
INVOICE NUMBER   408853                         PAGE  15

01/26/06  STUDY MOTION FOR STAY AND PROTECTIVE ORDER.
          T. WARNER                                                69.00

01/26/06  REVIEW MOTION FOR STAY AND PROTECTIVE ORDER.
          T. WARNER                                                69.00

01/26/06  CONFERENCE CALL REGARDING STRATEGY ISSUES.
          T. WARNER                                                69.00

01/26/06  PREPARATION FOR MOTION HEARING.
          T. WARNER                                                69.00

01/26/06  E-MAIL REGARDING ATTORNEY RUTLAND AND LL
          ROOFING'S CROSS CLAIM.
          T. WARNER                                                69.00

01/27/06  STRATEGY CONFERENCE ON ███████████████████
          █████████████████████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

01/27/06  PREPARE FOR CONFERENCE.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

01/27/06  CONTACT JASON ALDERMAN REGARDING ████████████
          █████████████████████████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

01/27/06  CONTACT JASON ALDERMAN REGARDING ███████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

01/27/06  REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT.
          A. M. GRUNSPAN   2.20 hours at  345.00 per hour.        759.00

01/27/06  SEVERAL CALLS TO JASON ALDERMAN REGARDING
          ████████████████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

01/27/06  WORK WITH PARALEGAL REGARDING PREPARING FOR
          HEARING ON MOTION TO STRIKE AFFIRMATIVE
          DEFENSES, MOTION FOR PROTECTIVE ORDER, AND
          DOLLAR GENERAL'S OBJECTIONS TO INTERROGATORIES.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.        392.00

01/27/06  REVIEW FILE IN CONNECTION WITH MOTION TO STRIKE
          AFFIRMATIVE DEFENSES, AND DOLLAR GENERAL'S
          OBJECTIONS TO WINN-DIXIE'S INTERROGATORIES.
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.        759.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER   408853

FEBRUARY 27, 2006
REF. NO.   50116-23459
PAGE   16

| | | |
|---|---|---|
| 01/27/06 | RESEARCH LAW ON WHETHER COURT CAN STAY DISCOVERY WITH PENDING MOTINO.<br>J. R. ALDERMAN   1.80 hours at   245.00 per hour. | 441.00 |
| 01/27/06 | RESEARCH LAW ON NECESSITY OF PRIVILEGE LOG AND FILING OF AFFIDAVIT TO SUSTAIN OBJECTIONS OF OVERLY BROAD AND UNDULY BURDENSOME.<br>J. R. ALDERMAN   1.60 hours at   245.00 per hour. | 392.00 |
| 01/27/06 | CONTINUED ASSISTANCE IN PREPARATION FOR MULTI-ISSUE HEARING ON 1/30/06. (1.3) MEETING WITH ATT'Y. ALDERMAN TO ORGANIZE HEARING MATERIALS. (.2)<br>L. GOLDSTEIN*   1.50 hours at   85.00 per hour. | 127.50 |
| 01/27/06 | REVIEW FILE REGARDING HEARINGS ON MOTION FOR STAY IN DUVAL COUNTY CASES; INSTRUCT REGARDING CONTACT WITH JUDGE'S JA AND SCHEDULING.<br>T. WARNER   .30 hours at   345.00 per hour. | 103.50 |
| 01/27/06 | E-MAIL FROM GRUNSPAN REGARDING ███████████<br>████████████████████████████<br>T. WARNER   .30 hours at   345.00 per hour. | 103.50 |
| 01/27/06 | INSTRUCT REGARDING MOTION FOR REHEARING AND COPYING JUDGE'S CHAMBERS WITH MOTIONS AND NOTICES.<br>T. WARNER   .30 hours at   345.00 per hour. | 103.50 |
| 01/27/06 | STUDY AND REVIEW REVISED MOTION FOR PARTIAL SUMMARY JUDGMENT AND COMMENT.<br>T. WARNER   .30 hours at   345.00 per hour. | 103.50 |
| 01/28/06 | DRAFT, REVISE, EDIT MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN   1.60 hours at   245.00 per hour. | 392.00 |
| 01/28/06 | STUDY AND REVIEW MOTION FOR PROTECTIVE ORDER AND STAY; COORDINATE SCHEDULE REGARDING HEARING IN JACKSONVILLE ON FEBRUARY 3, 2006.<br>T. WARNER   .30 hours at   345.00 per hour. | 103.50 |
| 01/29/06 | PREPARATION FOR HEARING ON MOTION TO STRIKE DOLGEN'S AFFIRMATIVE DEFENSES.<br>T. WARNER | 34.50 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
JENSEN BEACH PLAZA, LTD, STORE 308
INVOICE NUMBER  408853

FEBRUARY 27, 2006
REF. NO.  50116-23459
PAGE  17

01/29/06 READ PLEADINGS AND MOTIONS.
         T. WARNER                                                      34.50

01/29/06 REVIEW PLEADINGS AND MOTIONS.
         T. WARNER                                                      34.50

01/29/06 CASE CITES AND LEGAL ISSUES.
         T. WARNER                                                      34.50

01/29/06 REVIEW LEASE PROVISIONS.
         T. WARNER                                                      34.50

01/29/06 REVIEW FILE REGARDING TITLE SEARCH.
         T. WARNER                                                      34.50

01/29/06 REVIEW FILE REGARDING DOLGEN'S ANSWERS TO
         INTERROGATORIES.
         T. WARNER                                                    138.00

01/29/06 REVIEW FILE REGARDING DOLGEN'S ANSWERS TO
         OBJECTIONS.
         T. WARNER                                                    138.00

01/30/06 LETTER TO WARNER REGARDING ███████████████████
         ████████████████████████████R.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

01/30/06 CONFERENCE WITH T. WARNER REGARDING █████████████
         ██████████████████████.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

01/30/06 CONFERENCE WITH JASON ALDERMAN REGARDING
         █████████████████████████████████
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

01/30/06 CONFER WITH AMG REGARDING ██████████████
         J. R. ALDERMAN    .30 hours at  245.00 per hour.             73.50

01/30/06 PREPARE FOR HEARING ON DOLLAR GENERAL'S
         OBJECTIONS TO WINN-DIXIE'S DISCOVERY.
         J. R. ALDERMAN   3.20 hours at  245.00 per hour.            784.00

01/30/06 TRAVEL TO HEARING ON DOLLAR GENERAL'S MOTION
         FOR PROTECTIVE ORDER.
         J. R. ALDERMAN                                               73.50

01/30/06 ATTEND HEARING ON DOLLAR GENERAL'S MOTION FOR
         PROTECTIVE ORDER.
         J. R. ALDERMAN                                               73.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                           FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308               REF. NO.  50116-23459
INVOICE NUMBER  408853                           PAGE  18

| | | |
|---|---|---|
| 01/30/06 | TRAVEL TO HEARING ON WINN-DIXIE'S MOTION TO STRIKE AFFIRMATIVE DEFENSES.<br>J. R. ALDERMAN | 122.50 |
| 01/30/06 | ATTEND HEARING ON WINN-DIXIE'S MOTION TO STRIKE AFFIRMATIVE DEFENSES.<br>J. R. ALDERMAN | 73.50 |
| 01/30/06 | TRAVEL TO HEARING ON OBJECTIONS TO DISCOVERY.<br>J. R. ALDERMAN | 857.50 |
| 01/30/06 | ATTEND HEARING ON OBJECTIONS TO DISCOVERY.<br>J. R. ALDERMAN | 784.00 |
| 01/30/06 | PREPARE FOR HEARING.   STUDY AND REVIEW CASE LAW ANALYSIS, DOCUMENTS AND PLEADINGS. REVIEW ARGUMENT OUTLINE.<br>T. WARNER   1.40 hours at   345.00 per hour. | 483.00 |
| 01/31/06 | CONFERENCE WITH JASON ALDERMAN REGARDING ▆▆▆▆▆▆▆<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 01/31/06 | STRATEGY CONFERENCE WITH JASON ALDERMAN REGARDING ▆▆▆▆▆▆▆<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 01/31/06 | REVIEW PROPOSED CONFIDENTIALITY AGREEMENT.<br>A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 01/31/06 | CORRESPONDENCE WITH JASON ALDERMAN REGARDING ▆▆▆▆▆▆▆<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 01/31/06 | REVIEW PROPOSED CONFIDENTIALITY AGREEMENT FROM DOLLAR GENERAL AT REQUEST OF AMG.<br>D. J. SMITH   .50 hours at  245.00 per hour. | 122.50 |
| 01/31/06 | E-MAILS TO AMG RE: ▆▆▆▆▆▆▆<br>D. J. SMITH    .10 hours at  245.00 per hour. | 24.50 |
| 01/31/06 | CONFER WITH TOM WARNER RERGARDING ▆▆▆▆▆▆▆<br>J. R. ALDERMAN    .30 hours at  245.00 per hour. | 73.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES              $42,279.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                         FEBRUARY 27, 2006
JENSEN BEACH PLAZA, LTD, STORE 308             REF. NO.  50116-23459
INVOICE NUMBER  408853                         PAGE  19

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| MAS | M.A. SHAFIR | 5.10 hours at | $245.00 = | | 1249.50 |
| AMG | A. M. GRUNSPAN | 26.10 hours at | $345.00 = | | 9004.50 |
| DJS | D. J. SMITH | 0.60 hours at | $245.00 = | | 147.00 |
| JRA | J. R. ALDERMAN | 92.80 hours at | $245.00 = | | 22736.00 |
| LG* | L. GOLDSTEIN* | 20.70 hours at | $85.00 = | | 1759.50 |
| TW | T. WARNER | 21.40 hours at | $345.00 = | | 7383.00 |
| | TOTALS | 166.70 | | | $42,279.50 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2006

| | | |
|---|---|---|
| | COPYING COST | 829.20 |
| | FAX | 67.00 |
| | POSTAGE | 10.80 |
| | TELEPHONE | 19.76 |
| 01/26/06 | EXPRESS MAIL | 10.59 |
| 01/22/06 | WESTLAW RESEARCH | 94.23 |
| 01/22/06 | WESTLAW RESEARCH | 45.11 |
| 01/22/06 | WESTLAW RESEARCH | 18.33 |
| 01/22/06 | WESTLAW RESEARCH | 9.99 |
| 01/22/06 | WESTLAW RESEARCH | 3.56 |
| 01/22/06 | WESTLAW RESEARCH | 3.05 |
| 01/26/06 | WESTLAW RESEARCH | 2.55 |
| 01/26/06 | WESTLAW RESEARCH | 2.47 |
| 01/26/06 | WESTLAW RESEARCH | 7.00 |
| 01/26/06 | WESTLAW RESEARCH | 5.01 |
| 01/26/06 | WESTLAW RESEARCH | 142.86 |

TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2006        $1,271.51
                                                      - - - - - - - - - - - -

TOTAL AMOUNT DUE THIS INVOICE        $43,551.01
                                     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

FEBRUARY 8, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  405791

RE:  DOLGENCORP, INC, STORE 221

LEGAL SERVICES POSTED THROUGH 12/31/05          $41,924.00
COSTS ADVANCED POSTED THROUGH 12/31/05           $3,268.24
                                              - - - - - - - - - - - -
        CURRENT INVOICE TOTAL                    $45,192.24
                                              ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449 ·
INVOICE NUMBER  405791                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


12/01/05   REVIEW FINAL SIGNED AFFIDAVIT FROM RILEY,
           REYNOLDS AND CHLOBOVEC.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

12/01/05   PREPARE NOTICE OF FILING FOUR AFFIDAVITS IN
           OPPOSITION TO SUMMARY JUDGMENT MOTION.
           A. M. GRUNSPAN    .10 hours at  345.00 per hour.           34.50

12/01/05   REVISE MEMORANDUM OF LAW REGARDING SUMMARY
           JUDGMENT.
           A. M. GRUNSPAN   1.40 hours at  345.00 per hour.          483.00

12/01/05   MULTIPLE REVISIONS AND ADDITIONS TO MEMORANDUM
           OF LAW IN OPPOSITION TO DOLGENCORP'S MOTION FOR
           SUMMARY JUDGMENT.
           D. J. SMITH   6.50 hours at  245.00 per hour.            1592.50

12/01/05   MULTIPLE -EMAILS TO/FROM AMG AND TW RE:
           D. J. SMITH    .50 hours at  245.00 per hour.            122.50

12/01/05   RECEIVE TELEPHONE CALL FROM OPPOSING COUNSEL
           REQUESTING POSTPONEMENT OF DECEMBER 8TH HEARING
           ON MOTION TO STRIKE AFFIDAVIT, CALL TO OFFICE
           OF OPPOSING COUNSEL TO DISCUSS THE SAME,
           CONFERENCE REGARDING STRATEGY TO DETERMINE HOW
           TO PROCEED AND DRAFT AND TRANSMIT LETTER TO
           OPPOSING COUNSEL AGREEING TO MOVE DATE TO
           DECEMBER 9, 2005.
           C. M. ROSENBERG    .50 hours at  345.00 per hour.         172.50

12/01/05   E-MAILS FROM GRUNSYAN REGARDING
           STUDY AND REVIEW ARTICLE REGARDING DOLLAR
           GENERAL'S MOVE TO SELL GROCERIES
           T. WARNER   .30 hours at  345.00 per hour.               103.50

12/01/05   REVIEW AND APPROVAL FINAL DRAFT OF MEMORANDUM
           IN OPPOSITION; INSTRUCTIONS REGARDING FILING
           T. WARNER   .40 hours at  345.00 per hour.               138.00

12/02/05   SEVERAL CORRESPONDENCE WITH T. WARNER REGARDING
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE    2

12/02/05  REVIEW AND REVISE MEMORANDUM OF LAW; CONFERENCE
          CALL WITH ATTORNEY C. ROSENBERG
          J. IANNO, JR.    .40 hours at  345.00 per hour.          138.00

12/02/05  REVIEW SECOND HALF OF T. HOLDER DEPOSITION FOR
          USE IN OPPOSITION TO SUMMARY JUDGMENT MOTION.
          D. J. SMITH   1.20 hours at  245.00 per hour.            294.00

12/02/05  WORK WITH CSR REGARDING SCHEDULING OF
          RE-SCHEDULING OF HEARING ON MOTION TO STRIKE
          TERRI-HOLDER'S AFFIDAVIT.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.         196.00

12/02/05  REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL
          REQUESTING CHANGE IN DATE OF HEARING ON MOTION
          TO STRIKE AFFIDAVIT, TELEPHONE CONFERENCE WITH
          OPPOSING COUNSEL REGARDING CONFIRMATION OF THE
          DATES OF MOTION TO STRIKE THE AFFIDAVIT AND
          MOTION FOR SUMMARY JUDGMENT, STRATEGY
          CONFERENCE REGARDING THE STATUS OF THE
          ARGUMENTS AND CONFIRMATORY CONFERENCE WITH
          OPPOSING COUNSEL REGARDING THE FOREGOING.
          C. M. ROSENBERG    .90 hours at  345.00 per hour.        310.50

12/02/05  REVIEW FILE REGARDING NOTICE OF HEARING; LACK
          OF FILING OF SUMMARY JUDGMENT MOTION; ADVISE;
          MOTION TO STRIKE; FILINGS REGARDING MEMORANDUM
          AND AFFIDAVITS IN RESPONSE
          T. WARNER    .30 hours at  345.00 per hour.              103.50

12/02/05  NUMEROUS TELEPHONE CONFERENCES WITH ATTORNEY C.
          ROSENBERG AND J. ALDERMAN REGARDING ████████
          ████████████████████████████████████████████
          J. DILLARD*   1.00 hours at  85.00 per hour.              85.00

12/02/05  REVIEW MEMORANDUM FOR SERVICE
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/02/05  REVISE MEMORANDUM FOR SERVICE
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/02/05  FINALIZE MEMORANDUM FOR SERVICE
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/02/05  REVIEW MEMORANDUM TO JUDGE
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/02/05  REVISE MEMORANDUM TO JUDGE
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  405791                          PAGE   3

12/02/05  FINALIZE MEMORANDUM TO JUDGE
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/02/05  NUMEROUS TELEPHONE CONFERENCE WITH JUDICIAL
          ASSISTANT REGARDING UNIFORM MOTION CALENDAR ON
          DECEMBER 7, 2005 TO HEAR OUR MOTION TO STRIKE
          J. DILLARD*    .50 hours at  85.00 per hour.              42.50

12/02/05  NUMEROUS TELEPHONE CONFERENCE WITH JUDICIAL
          ASSISTANT REGARDING STATUS OF SPECIALLY SET
          HEARING ON DECEMBER 9, 2005 ON MOTION FOR
          SUMMARY JUDGMENT
          J. DILLARD*    .50 hours at  85.00 per hour.              42.50

12/02/05  PULL APPLICABLE CASE AUTHORITY TO SUPPORT
          MEMORANDUM IN OPPOSITION
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/02/05  PREPARE HEARING BINDER FOR JUDGE ENCLOSING
          MEMORANDUM IN OPPOSITION
          J. DILLARD*    .50 hours at  85.00 per hour.              42.50

12/02/05  PREPARE HEARING BINDER FOR JUDGE ENCLOSING AND
          CASE AUTHORITY ALONG WITH OTHER APPLICABLE
          PLEADINGS
          J. DILLARD*    .50 hours at  85.00 per hour.              42.50

12/02/05  PREPARE CORRESPONDENCE TO JUDGE STERN
          J. DILLARD*   1.00 hours at  85.00 per hour.              85.00

12/02/05  SERVICE COPY OF MEMORANDUM IN OPPOSITION WITH
          CASE AUTHORITY
          J. DILLARD*    .20 hours at  85.00 per hour.              17.00

12/06/05  LETTER TO J. IANNO REGARDING T. HOLDER
          AFFIDAVIT.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.          172.50

12/06/05  PREPARE FOR HEARING ON MOTION TO STRIKE
          J. IANNO, JR.  1.00 hours at  345.00 per hour.          345.00

12/06/05  REVISE PROPOSED ORDER; PREPARE HEARING FOLDER
          FOR ATTORNEY J. IANNO
          J. DILLARD*    .40 hours at  85.00 per hour.              34.00

12/07/05  SEVERAL CORRESPONDENCE WITH CLIENT AND
          CO-COUNSEL REGARDING SUMMARY JUDGMENT AND
          MOTION TO STRIKE AFFIDAVITS.
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.         310.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE   4

12/07/05  PREPARE FOR SUMMARY JUDGMENT ARGUMENT.
          A. M. GRUNSPAN   1.70 hours at  345.00 per hour.          586.50

12/07/05  PREPARE FOR HEARING ON MOTION TO STRIKE
          AFFIDAVIT
          J. IANNO, JR.   .70 hours at  345.00 per hour.           241.50

12/07/05  ATTEND HEARING ON MOTION TO STRIKE AFFIDAVIT
          J. IANNO, JR.   .70 hours at  345.00 per hour.           241.50

12/07/05  REVIEW SECOND PORTION OF TERRI HOLDER'S
          DEPOSITION IN CONNECTION WITH DRAFTING CHART
          FOR HEARING.
          J. R. ALDERMAN   1.80 hours at  245.00 per hour.         441.00

12/07/05  REVIEW DEPOSITION TRANSCRIPT - ADVISE REGARDING
          SUMMARY JUDGMENT HEARING; REVIEW FILE REGARDING
          HEARING ON MOTIONS TO STRIKE
          T. WARNER   .30 hours at  345.00 per hour.               103.50

12/08/05  PREPARE FOR HEARING ON DOLGENCORP'S MOTION FOR
          SUMMARY JUDGMENT.
          A. M. GRUNSPAN   3.30 hours at  345.00 per hour.        1138.50

12/08/05  SEVERAL CORRESPONDENCE WITH CO-COUNSEL
          REGARDING STRATEGY FOR HEARING.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.         483.00

12/08/05  PREPARE FOR HEARING ON DOLGENCORP'S MOTION FOR
          SUMMARY JUDGMENT
          J. IANNO, JR.   1.00 hours at  345.00 per hour.          345.00

12/08/05  CONFERENCE WITH ATTORNEY A. GRUNSPAN
          J. IANNO, JR.   1.00 hours at  345.00 per hour.          345.00

12/08/05  REVIEW DEPOSITIONS
          J. IANNO, JR.   2.00 hours at  345.00 per hour.          690.00

12/08/05  REVIEW OTHER DOCUMENTS
          J. IANNO, JR.   .50 hours at  345.00 per hour.           172.50

12/08/05  REVIEW OF ISSUES ON MOTION FOR SUMMARY JUDGMENT
          IN PREPARATION FOR HEARING.
          D. J. SMITH   .80 hours at  245.00 per hour.             196.00

12/08/05  REVIEW LANDLORD'S MEMORANDUM IN OPPOSITION TO
          SUMMARY JUDGMENT AND CASE LAW.
          D. J. SMITH   .90 hours at  245.00 per hour.             220.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE   5

12/08/05  REVIEW MEMO FROM J. IANNO RE: HEARING ON MOTION
          FOR SUMMARY JUDGMENT.
          D. J. SMITH    .50 hours at  245.00 per hour.          122.50

12/08/05  REVIEW AND COMMENT ON ADDITIONAL CASE LAW AT
          REQUEST OF AMG.
          D. J. SMITH    .60 hours at  245.00 per hour.          147.00

12/08/05  ASSIST JOE IONNO IN PREPARING FOR HEARING.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.       563.50

12/08/05  TELEPHONE CONFERENCE WITH COUNSEL FOR THE
          LANDLORD REGARDING HIS POSITION AT THE ORAL
          ARGUMENT, READ AND ANALYZE LANDLORD'S LEGAL
          MEMORANDUM, MULTIPLE CONFERENCES AND EMAILS
          REGARDING STRATEGY FOR THE HEARING AND
          HIGHERARKY OF ARGUMENTS TO BE PRESENTED.
          C. M. ROSENBERG   1.20 hours at  345.00 per hour.      414.00

12/08/05  FOLLOW-UP REGARDING FINAL MEMO
          T. WARNER    .30 hours at  345.00 per hour.            103.50

12/08/05  CONFIRM RECEIPT OF HEARING BINDER WITH JUDGE
          STERN'S JUDICIAL ASSISTANT
          J. DILLARD*   .20 hours at  85.00 per hour.             17.00

12/08/05  TELEPHONE CONFERENCE WITH ATTORNEY T.
          ARONOVITZ'S OFFICE REGARDING COURT REPORTER
          J. DILLARD*   .50 hours at  85.00 per hour.             42.50

12/08/05  FINALIZE PREPARATIONS FOR SPECIALLY SET HEARING
          J. DILLARD*   .50 hours at  85.00 per hour.             42.50

12/09/05  MEET WITH CLIENT REGARDING RESULTS OF HEARING
          AND STRATEGY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

12/09/05  PREPARE SUPPLEMENTAL MEMORANDUM OF LAW ON
          SUMMARY JUDGMENT.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.       621.00

12/09/05  PREPARE FOR HEARING ON MOTION FOR SUMMARY
          JUDGMENT.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.       621.00

12/09/05  ATTEND HEARING ON MOTION FOR SUMMARY JUDGMENT.
          A. M. GRUNSPAN   1.80 hours at  345.00 per hour.       621.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  405791

FEBRUARY 8, 2006
REF. NO.  50116-23449
PAGE   6

12/09/05  PREPARE AND DELIVER SUPPLEMENTAL MEMORANDUM TO
          COURT
          J. IANNO, JR.   .70 hours at  345.00 per hour.                  241.50

12/09/05  PREPARE FOR HEARING ON MOTION FOR SUMMARY
          JUDGMENT
          J. IANNO, JR.   1.50 hours at  345.00 per hour.                 517.50

12/09/05  ATTEND HEARING ON MOTION FOR SUMMARY JUDGMENT
          J. IANNO, JR.   1.50 hours at  345.00 per hour.                 517.50

12/09/05  MULTIPLE E-MAILS TO/FROM AMG AND OTHERS RE:
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH   .60 hours at  245.00 per hour.                    147.00

12/09/05  PUT TOGETHER INFORMATION AND CASE LAW RE:
          POST-HEARING MEMORANDUM OF LAW ON DOLGENCORP'S
          MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH   .80 hours at  245.00 per hour.                    196.00

12/09/05  REVISE, EDIT DEPOSITION SUMMARY.
          J. R. ALDERMAN   1.40 hours at  245.00 per hour.                343.00

12/09/05  REVIEW FILE REGARDING FILING RESULTS
          T. WARNER   .20 hours at  345.00 per hour.                       69.00

12/09/05  REVIEW FILE REGARDING COURT'S CONCERNS WITH
          IMPLICATION OF SECTION 542.35, FLORIDA STATUTES
          T. WARNER   .20 hours at  345.00 per hour.                       69.00

12/09/05  EMAILS TO TRIAL TEAM REGARDING FOLLOW-UP MEMO
          TO JUDGE
          T. WARNER   .20 hours at  345.00 per hour.                       69.00

12/09/05  EMAILS FROM TRIAL TEAM REGARDING FOLLOW-UP MEMO
          TO JUDGE
          T. WARNER   .20 hours at  345.00 per hour.                       69.00

12/09/05  REVIEW MEMO AND ADVISE
          T. WARNER   .50 hours at  345.00 per hour.                      172.50

12/13/05  REVIEW APPELLATE DECISION AND REVIEW FILE
          REGARDING SAME.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.                379.50

12/13/05  MEET REGARDING APPELLATE STRATEGY AND REVIEW
          RELATED CASES.
          A. M. GRUNSPAN   2.70 hours at  345.00 per hour.                931.50

## CARLTON FIELDS, P.A.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  405791

FEBRUARY 8, 2006
REF. NO.  50116-23449
PAGE   7

12/13/05  CONTACT COUNSEL FOR LANDLORD REGARDING MCLURE
          AND TRANSFER OF TITLE.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

12/13/05  LETTER TO JASON ALDERMAN REGARDING ███████
          ███████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

12/13/05  REVIEW ORDER GRANTING SUMMARY JUDGMENT; ANALYZE
          POTENTIAL REHEARING ISSUES.
          G. T. YEARICK    .20 hours at  345.00 per hour.            69.00

12/13/05  REVIEW ORDER AND JUDGMENT ON DOLGENCORP'S
          SUMMARY JUDGMENT.
          D. J. SMITH    .20 hours at  245.00 per hour.              49.00

12/13/05  OUTLINE RESPONSE AND ISSUES WITH ORDER.
          D. J. SMITH    .60 hours at  245.00 per hour.             147.00

12/13/05  CONFERENCE WITH AMG AND OTHERS RE: ███████
          D. J. SMITH    .40 hours at  245.00 per hour.              98.00

12/13/05  READ AND ANALYZE COURT ORDER GRANTING SUMMARY
          JUDGMENT AND DISMISSING THE CASE AND MULTIPLE
          TELEPHONE CONFERENCES AMONG COUNSEL TO DISCUSS
          HOW TO PROCEED.
          C. M. ROSENBERG    .40 hours at  345.00 per hour.         138.00

12/13/05  REVIEW AND ANALYZE JUDGE STERNS FINAL SUMMARY
          JUDGMENT ORDER; ADVISE REGARDING APPEAL
          T. WARNER    .70 hours at  345.00 per hour.               241.50

12/13/05  E-MAILS REGARDING ANALYSIS OF SUMMARY JUDGMENT
          ORDER AND POSSIBLE APPEAL; REVIEW OTHER PENDING
          WITHDRAWAL CASES REGARDING SIMILAR ISSUES AND
          STRATEGY
          T. WARNER    .40 hours at  345.00 per hour.               138.00

12/14/05  LETTER TO DAVID J. SMITH REGARDING ███████
          ██████████████████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

12/14/05  CORRESPONDENCE WITH CLIENT REGARDING ███████
          ███████
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.          241.50

12/14/05  REVIEW APPELLATE ISSUES AND REHEARING STRATEGY.
          A. M. GRUNSPAN  3.70 hours at  345.00 per hour.          1276.50

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE   8

12/14/05  REVIEW EMAIL FROM TOM WARNER REGARDING

          G. T. YEARICK    .30 hours at  345.00 per hour.          103.50

12/14/05  REVIEW AND ANALYSIS OF WHETHER CONSTITUTIONAL
          CHALLENGES HAVE BEEN PROPERLY PRESERVED.
          D. A. MORANDE    .20 hours at  245.00 per hour.           49.00

12/14/05  MEETING WITH T. WARNER, J. ALDERMAN, AND A.
          GRUNSPAN RE:
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

12/14/05  ANALYZE AND STRATEGY REGARDING VARIOUS ARGUMENT
          FOR APPEAL, INCLUDING CONSTITUTIONAL CHALLENGE
          TO STATUTE.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.         196.00

12/14/05  PREPARE FOR MEETING REGARDING APPEAL OF JUDGES
          ORDER GRANTING SUMMARY JUDGMENT.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

12/14/05  REVIEW AND ANALYZE CONSTITUTIONAL ISSUES
          REGARDING APPLICATION OF THE STATUE TO
          WINN-DIXIE LEASE COVENANT; PRESERVATION, RECORD
          AND REHEARING ISSUES; ADVISE TRIAL TEAM
          REGARDING REHEARING, RECORD, PRESERVATION AND
          APPEAL
          T. WARNER   1.00 hours at  345.00 per hour.              345.00

12/14/05  REVIEW AND ANALYZE LEGIS HISTORY; ADVISE
          REGARDING REHEARING; ADDITIONAL LEGIS HISTORY
          INFORMATION REGARDING NON-COMPETE AGREEMETNS
          T. WARNER    .60 hours at  345.00 per hour.              207.00

12/14/05  RESEARCH STATUTORY PROVISIONS REGARDING
          APPLICATION OF SECTION 542 TO LEASE COVENANTS
          T. WARNER                                                 69.00

12/14/05  RESEARCH HISTORY REGARDING APPLICATION OF
          SECTION 542 TO LEASE COVENANTS
          T. WARNER                                                 69.00

12/14/05  INSTRUCTIONS
          T. WARNER    .50 hours at  345.00 per hour.              172.50

12/14/05  RESEARCH POSSIBLE APPELLATE ISSUES
          T. WARNER    .60 hours at  345.00 per hour.              207.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.   50116-23449
INVOICE NUMBER   405791                   PAGE    9

12/14/05  ANALYZE POSSIBLE APPELLATE ISSUES
          T. WARNER    .20 hours at  345.00 per hour.              69.00

12/14/05  CONFERENCE CALL REGARDING TRIAL
          T. WARNER    .20 hours at  345.00 per hour.              69.00

12/14/05  CONFERENCE CALL REGARDING APPELLATE STRATEGY
          T. WARNER    .30 hours at  345.00 per hour.             103.50

12/14/05  CONFERENCE CALL REGARDING ISSUES
          T. WARNER    .30 hours at  345.00 per hour.             103.50

12/15/05  REVIEW APPELLATE AND REHEARING ISSUES.
          A. M. GRUNSPAN  2.10 hours at  345.00 per hour.         724.50

12/15/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ██████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

12/15/05  REVIEW ADDITIONAL MATERIALS ON POTENTIAL
          CONSTITUTIONAL CHALLENGE; PREPARATION OF
          CORRESPONDENCE TO TOM WARNER REGARDING ██████████
          G. T. YEARICK    .50 hours at  345.00 per hour.         172.50

12/15/05  REVIEW AND ANALYSIS OF WHETHER CONSTITUTIONAL
          CHALLENGES HAVE BEEN PROPERLY PRESERVED.  LEGAL
          RESEARCH REGARDING WHETHER THE ISSUE MUST BE
          RAISED IN A MOTION FOR REHEARING.
          D. A. MORANDE   1.90 hours at  245.00 per hour.         465.50

12/15/05  REVIEW AND ANALYZE DOLGENCORP'S AMENDED ANSWER
          AND AFFIRMATIVE DEFENSES REGARDING STATUTE AND
          PRIVITY DEFENSE
          T. WARNER    .30 hours at  345.00 per hour.             103.50

12/15/05  REVIEW ISSUES REGARDING CASES
          T. WARNER    .20 hours at  345.00 per hour.              69.00

12/15/05  CONFERENCE CALLS REGARDING ISSUES AND
          AMENDMENTS TO PLEADINGS; STRATEGY; REVIEW MEMOS
          REGARDING ISSUES; E-MAILS TO AND FROM TRIAL
          TEAM
          T. WARNER    .50 hours at  345.00 per hour.             172.50

12/16/05  SEVERAL CORRESPONDENCE WITH CLIENT AND
          CO-COUNSEL REGARDING ██████████████
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE  10

12/16/05  PREPARE OUTLINE OF APPELLATE ISSUES.
          D. J. SMITH    .60 hours at  245.00 per hour.              147.00

12/16/05  REVIEW AND ANALYSIS OF MOTION FOR REHEARING.
          J. R. ALDERMAN   3.90 hours at  245.00 per hour.           955.50

12/16/05  REVIEW FILE REGARDING REHEARING.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  REVIEW FILE REGARDING DEADLINES.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  REVIEW CASE LAW REGARDING CONFLICT STATUTES.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  ANALYZE CASE LAW REGARDING CONFLICT STATUTES.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  REVIEW CASE LAW REGARDING PRECAUTION ISSUES.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  ANALYZE CASE LAW REGARDING PRECAUTION ISSUES
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  REVIEW ANTI TRUST CASES REGARDING RESTRICTIVE
          LEASE PROVISIONS.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  REVIEW ANTI TRUST CASES REGARDING ISSUES.
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  ANALYZE ANTI TRUST CASES REGARDING RESTRICTIVE
          LEASE PROVISIONS
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/16/05  ANALYZE ANTI TRUST CASES REGARDING ISSUES.
          T. WARNER    .60 hours at  345.00 per hour.                207.00

12/18/05  DRAFT MOTION FOR REHEARING ON SUMMARY JUDGMENT
          ORDER
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/18/05  REVISE MOTION FOR REHEARING ON SUMMARY JUDGMENT
          ORDER
          T. WARNER    .20 hours at  345.00 per hour.                 69.00

12/18/05  RESEARCH CASE LAW REGARDING AMENDMENTS.
          T. WARNER    .80 hours at  345.00 per hour.                276.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  405791

FEBRUARY 8, 2006
REF. NO.  50116-23449
PAGE  11

12/18/05  RESEARCH CASE LAW REGARDING ANTI TRUST ISSUES.
          T. WARNER    .80 hours at  345.00 per hour.                    276.00

12/19/05  SEVERAL CORRESPONDENCE REGARDING REHEARING
          MOTION.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.               379.50

12/19/05  REVIEW DRAFT OF MOTION FOR REHEARING AND MOTION
          TO AMEND PLEADINGS REGARDING CONSTITUTIONALITY
          OF THE COURT CONSTRUCTION OF THE STATUTE AT
          ISSUE.  CONFERENCE WITH DRAFTING SENIOR
          ATTORNEY REGARDING ██████████
          D. A. MORANDE   .70 hours at  245.00 per hour.                 171.50

12/19/05  MEMO TO AMG RE: EXCLUSIVE LANGUAGE.
          D. J. SMITH    .20 hours at  245.00 per hour.                   49.00

12/19/05  MULTIPLE E-MAILS RE: REHEARING MOTION ISSUES.
          D. J. SMITH    .20 hours at  245.00 per hour.                   49.00

12/19/05  REVIEW AND ANALYZE MOTION FOR REHEARING.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.               318.50

12/19/05  REVIEW FEDERAL ANTI-TRUST LAW INVOLVING LEASE
          EXCLUSIVES ANALYZED UNDER RULE OF REASON TEST
          IN CONNECTION WITH MOTION FOR REHEARING.
          J. R. ALDERMAN   2.70 hours at  245.00 per hour.               661.50

12/19/05  CONFER WITH AMG AND TOM WARNER.
          J. R. ALDERMAN   .80 hours at  245.00 per hour.                196.00

12/19/05  REVIEW FLORIDA'S NON-COMPETE STATUTE AND
          RECORDING ACT.
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.               637.00

12/19/05  WORK ON ANTI TRUST ISSUES AND REPLY TO
          AFFIRMATIVE DEFENSES; ADVICE TO TRIAL TEAM.
          T. WARNER   .60 hours at  345.00 per hour.                     207.00

12/19/05  E-MAILS TO AND FROM TRIAL TEAM REGARDING DRAFT
          MOTION AND ADVISE --██████████████
          ANALYZE CASES REGARDING IRREPARABLE INJURY AND
          INADEQUATE DAMAGES; ADVISE REGARDING AMENDING
          PLEADINGS.
          T. WARNER   1.30 hours at  345.00 per hour.                    448.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   405791

FEBRUARY 8, 2006
REF. NO.   50116-23449
PAGE   12

12/19/05   STUDY AND REVIEW STATUES REPORT AND REQUEST FOR
           ADDITIONAL 60 DAYS STAY BY MARTIN COUNTY;
           TRANSLATE AND ADVISE.
           T. WARNER   1.30 hours at  345.00 per hour.                 448.50

12/19/05   REVISE MOTION FOR REDELIVERY.
           T. WARNER    .20 hours at  345.00 per hour.                  69.00

12/19/05   EDIT MOTION FOR REDELIVERY.
           T. WARNER    .20 hours at  345.00 per hour.                  69.00

12/19/05   DRAFT MOTION TO AMEND.
           T. WARNER    .20 hours at  345.00 per hour.                  69.00

12/19/05   REVISE MOTION TO AMEND.
           T. WARNER    .20 hours at  345.00 per hour.                  69.00

12/19/05   ANALYZE CASE LAW REGARDING INSTRUCT STATE
           ARCHIVE MATERIALS.
           T. WARNER   .30 hours at  345.00 per hour.                  103.50

12/19/05   ANALYZE ISSUES REGARDING INSTRUCT STATE ARCHIVE
           MATERIALS.
           T. WARNER    .40 hours at  345.00 per hour.                 138.00

12/20/05   CORRESPONDENCE WITH T. WARNER REGARDING
           ~~                                      ~~
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.            103.50

12/20/05   CONFERENCE RE:  REHEARING ISSUES.
           D. J. SMITH   .30 hours at  245.00 per hour.                 73.50

12/20/05   E-MAIL LEGAL MEMO TO JA.
           D. J. SMITH   .20 hours at  245.00 per hour.                 49.00

12/20/05   REVIEW PROPOSED AMENDED REPLY TO DOLGENCORP'S
           AFFIRAMTIVE DEFENSES.
           J. R. ALDERMAN    .60 hours at  245.00 per hour.            147.00

12/20/05   REVIEW OF FILE IN CONNECTION WITH REVISING,
           EDITING MOTION FOR REHEARING.
           J. R. ALDERMAN    .80 hours at  245.00 per hour.            196.00

12/20/05   REVIEW LAW ON RESTRICTIVE COVENANTS.
           J. R. ALDERMAN    .90 hours at  245.00 per hour.            220.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  405791

FEBRUARY 8, 2006
REF. NO.  50116-23449
PAGE  13

12/20/05 CONFER WITH AMG AND TOM WARNER REGARDING
         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
         J. R. ALDERMAN    .70 hours at  245.00 per hour.         171.50

12/20/05 REVISE, EDIT MOTION FOR REHEARING.
         J. R. ALDERMAN   3.20 hours at  245.00 per hour.         784.00

12/20/05 DRAFT AFFIDAVIT IN CONNECTION WITH MOTION FOR
         REHEARING.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

12/20/05 REVIEW RECORDING STATUTES AND STATUTES RELATING
         TO CONVEYANCES OF INTERESTS IN REAL PROPERTY.
         J. R. ALDERMAN   2.30 hours at  245.00 per hour.         563.50

12/20/05 TELEPHONE CONFERENCE WITH TOM WARNER REGARDING
         CERTIFIED COPY OF LEGISLATIVE HISTORY FOR
         542.335, F.S.
         K. PULLEN*    .20 hours at  85.00 per hour.               17.00

12/20/05 TELEPHONE CONFERENCE WITH STATE ARCHIVES
         K. PULLEN*    .20 hours at  85.00 per hour.               17.00

12/20/05 PREPARE WRITTEN REQUEST
         K. PULLEN*    .30 hours at  85.00 per hour.               25.50

12/20/05 DRAFT PROPOSED REPLY TO AFFIRMATIVE DEFENSES
         REGARDING UNCONSTITUTIONAL OF STATUTE - ADVISE,
         REVIEW AND REVISE MOTION FOR REHEARING AND CASE
         SITES, OBTAIN LEGISLATIVE HISTORY; SETTLEMENT
         AGREEMENT PREPARED.  AFFIDAVIT, REVIEW CASE
         CITES REGARDING COVENANTS RUNNING WITH LAND AND
         FACT QUESTION ISSUES. SETTLEMENT AGREEMENT
         REVISED.  REPLY E-MAILS TO AND FROM TRIAL TEAM
         REGARDING FILINGS AND STRATEGY.
         T. WARNER   2.70 hours at  345.00 per hour.              931.50

12/20/05 WORK ON ANTI-TRUST ISSUES.
         T. WARNER    .20 hours at  345.00 per hour.               69.00

12/20/05 WORK ON REPLY ISSUES.
         T. WARNER    .20 hours at  345.00 per hour.               69.00

12/20/05 WORK ON CONSTITUTIONALITY OF STATUTE.
         T. WARNER    .10 hours at  345.00 per hour.               34.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE  14

12/20/05  ADVISED REGARDING REVISIONS TO MOTION TO REPLY
          REGARDING ARCHIVED RECORDS.
          T. WARNER    .20 hours at  345.00 per hour.           69.00

12/21/05  ASSIST TOM WARNER IN DRAFTING MOTION FOR
          RE-HEARING.
          J. R. ALDERMAN    2.30 hours at  245.00 per hour.     563.50

12/21/05  REVIEW FEDERAL AND STATE ANTI-TRUST STATUTES
          REGARDING REAL PROPERTY/ LEASE MERCANTILE
          EXCLUSIVES.
          J. R. ALDERMAN    3.70 hours at  245.00 per hour.     906.50

12/21/05  REVIEW FLORIDA LAW ON RULES OF STATUTORY
          CONSTRUCTION IN CONNECTION WITH MOTION FOR
          REHEARING.
          J. R. ALDERMAN    3.70 hours at  245.00 per hour.     906.50

12/21/05  STUDY AND REVIEW DRAFT NOTICE OF FILING
          LEGISLATIVE HISTORY AND APPROVE, INSTRUCT
          REGARDING FINALIZING REPLY INSTRUCT REGARDING
          FINALIZING MOTION AND SCHEDULING HEARING;
          LEGISLATIVE HISTORY; ADD FINAL REVISIONS TO
          REPLY AND TRANSMIT TO GRUNSPAN.
          T. WARNER    .70 hours at  345.00 per hour.           241.50

12/22/05  REVISE REHEARING PAPERS.
          A. M. GRUNSPAN    1.80 hours at  345.00 per hour.     621.00

12/22/05  REVISE REPLY.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.      138.00

12/22/05  SEVERAL CORRESPONDENCE WITH T. WARNER REGARDING
          ████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.      138.00

12/22/05  REVIEW, ANALYZE, REVISE, EDIT MOTION FOR
          REHEARING AND PROPOSED REPLY, INCLUDING ALL
          CASE LAW CITED THEREIN.
          J. R. ALDERMAN    4.30 hours at  245.00 per hour.     1053.50

12/22/05  REVIEW, APPROVE, AND SIGN MOTION FOR REHEARING
          AND TO AMEND NOTICE OF FILING AND LETTER TO
          JUDGE REQUESTING HEARING, INSTRUCT REGARDING
          FILING AND TRANSMITTAL TO GREENSPUN, ET. AL.
          T. WARNER    .40 hours at  345.00 per hour.           138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  405791                    PAGE  15

12/22/05  REVISE MOTION PER GRUNSPAN'S SUGGESTED
          REVISIONS.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  REPLY MOTION PER GRUNSPAN'S SUGGESTED
          REVISIONS.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  INSTRUCTIONS REGARDING FINALIZING.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  INSTRUCTIONS REGARDING FILING.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  INSTRUCTIONS REGARDING SERVING.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  STUDY AND OFFICIAL DOCUMENTS FROM STATE ARCHIVE
          REGARDING LEGISLATIVE HISTORY.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  REVIEW OFFICIAL DOCUMENTS FROM STATE ARCHIVE
          REGARDING LEGISLATIVE HISTORY.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  INSTRUCT REGARDING COPYING.
          T. WARNER    .50 hours at  345.00 per hour.                   172.50

12/22/05  INSTRUCT REGARDING FILING.
          T. WARNER    .40 hours at  345.00 per hour.                   138.00

12/22/05  REVISE MOTION FOR REHEARING.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  APPROVE MOTION FOR REHEARING,
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  FIND EDITS TO MOTION FOR REHEARING.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  REVISE REVISIONS WITH TRIAL TEAM.
          T. WARNER    .20 hours at  345.00 per hour.                    69.00

12/22/05  EDIT REVISIONS WITH TRIAL TEAM.
          T. WARNER    .10 hours at  345.00 per hour.                    34.50

12/22/05  INSTRUCT REVISIONS WITH TRIAL TEAM.
          T. WARNER    .10 hours at  345.00 per hour.                    34.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                REF. NO.   50116-23449
INVOICE NUMBER  405791                    PAGE  16

12/22/05 COORDINATE REVISIONS WITH TRIAL TEAM.
         T. WARNER    .10 hours at  345.00 per hour.                34.50

12/22/05 REVIEW NUMEROUS E-MAILS REGARDING FILINGS
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 REVIEW MOTION FOR REHEARING
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 REVISE MOTION FOR REHEARING
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 REVIEW MOTION FOR RECONSIDERATION
         J. DILLARD*   .10 hours at  85.00 per hour.                 8.50

12/22/05 REVISE MOTION FOR RECONSIDERATION
         J. DILLARD*   .10 hours at  85.00 per hour.                 8.50

12/22/05 REVIEW REPLY TO AFFIRMATIVE DEFENSES
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 REVISE REPLY TO AFFIRMATIVE DEFENSES
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 COORDINATE ASSEMBLY OF EXHIBITS TO MOTION
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 PREPARE NOTICE OF FILING CERTIFIED COPIES OF
         LEGISLATIVE HISTORY
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 REVIEW CERTIFIED COPIES OF LEGISLATIVE HISTORY
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 COORDINATE DUPLICATION OF SAME
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 PREPARE CORRESPONDENCE TO JUDGE STERN
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 PREPARE PLEADINGS FOR FILING
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 PREPARE PLEADINGS FOR SERVICE
         J. DILLARD*   .20 hours at  85.00 per hour.                17.00

12/22/05 COORDINATE HAND-DELIVERY TO JUDGE STERN
         J. DILLARD*   .50 hours at  85.00 per hour.                42.50

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                 FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221             REF. NO.  50116-23449
INVOICE NUMBER  405791                 PAGE  17

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/22/05 | UPLOAD COPY OF MOTION INTO PDF FORMAT | | |
| | J. DILLARD*    .40 hours at  85.00 per hour. | | 34.00 |
| 12/22/05 | PROVIDE SAME TO IN-HOUSE COUNSEL | | |
| | J. DILLARD*    .50 hours at  85.00 per hour. | | 42.50 |
| 12/22/05 | INDEX FILE-STAMPED COPIES FOR CASE FILE | | |
| | J. DILLARD*   2.00 hours at  85.00 per hour. | | 170.00 |
| 12/22/05 | PROVIDE ATTORNEY A. GRUNSPAN WITH HARD COPIES | | |
| | J. DILLARD*    .50 hours at  85.00 per hour. | | 42.50 |
| 12/23/05 | FOLLOW UP TO MOTION FOR REHEARING; REQUEST FOR HEARING AND ATTACHMENT. | | |
| | T. WARNER    .30 hours at  345.00 per hour. | | 103.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $41,924.00

ATTORNEY FEE SUMMARY

| | | | | | |
|------|----------------|-------|---------|----------|
| AMG | A. M. GRUNSPAN | 32.40 hours at | $345.00 = | 11178.00 |
| JI | J. IANNO, JR. | 11.00 hours at | $345.00 = | 3795.00 |
| GTY | G. T. YEARICK | 1.00 hours at | $345.00 = | 345.00 |
| DAM | D. A. MORANDE | 2.80 hours at | $245.00 = | 686.00 |
| DJS | D. J. SMITH | 15.60 hours at | $245.00 = | 3822.00 |
| JRA | J. R. ALDERMAN | 43.80 hours at | $245.00 = | 10731.00 |
| KP* | K. PULLEN* | 0.70 hours at | $85.00 = | 59.50 |
| CMR | C. M. ROSENBERG | 3.00 hours at | $345.00 = | 1035.00 |
| TW | T. WARNER | 26.40 hours at | $345.00 = | 9108.00 |
| JD* | J. DILLARD* | 13.70 hours at | $85.00 = | 1164.50 |
| | TOTALS | 150.40 | | $41,924.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005

| | | |
|----------|-------------------------------|---------|
| | COPYING COST | 1622.80 |
| | FAX | 110.00 |
| | POSTAGE | 68.01 |
| | TELEPHONE | 3.16 |
| 12/02/05 | MESSENGER CHARGES | 299.26 |
| 12/05/05 | MESSENGER CHARGES | 81.86 |
| 12/09/05 | MESSENGER CHARGES | 75.00 |
| 12/21/05 | MESSENGER CHARGES | 5.00 |
| 12/21/05 | CERTIFIED COPIES - VENDOR: DEPT. OF STATE - LEGISLATIVE HISTORY (CERTIFIED COPY) | 42.50 |
| 12/30/05 | COPYING COST - VENDOR: DOCUSOLUTIONS  - 8.5 X 11 COPIES | 234.21 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          FEBRUARY 8, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  405791                          PAGE  18

| Date | Description | Amount |
|---|---|---|
| 12/22/05 | MILEAGE/TOLLS/PARKING - VENDOR: ALAN GRUNSPAN - ATTEND SUMMARY JUDGMENT HEARING - TRAVEL FROM FT LAUDERDALE TO WPB AND WPB TO MIAMI 12/9 | 68.08 |
| 12/05/05 | EXPRESS MAIL | 10.00 |
| 12/20/05 | EXPRESS MAIL | 19.44 |
| 12/21/05 | EXPRESS MAIL | 8.42 |
| 12/15/05 | WESTLAW RESEARCH | 253.64 |
| 12/15/05 | WESTLAW RESEARCH | 51.02 |
| 12/15/05 | WESTLAW RESEARCH | 14.40 |
| 12/15/05 | WESTLAW RESEARCH | 12.31 |
| 12/15/05 | WESTLAW RESEARCH | 5.06 |
| 12/16/05 | WESTLAW RESEARCH | 66.52 |
| 12/16/05 | WESTLAW RESEARCH | 9.28 |
| 12/16/05 | WESTLAW RESEARCH | 7.15 |
| 12/16/05 | WESTLAW RESEARCH | 2.51 |
| 12/19/05 | WESTLAW RESEARCH | 32.47 |
| 12/19/05 | WESTLAW RESEARCH | 150.76 |
| 12/19/05 | WESTLAW RESEARCH | 4.24 |
| 12/19/05 | WESTLAW RESEARCH | 2.92 |
| 12/19/05 | WESTLAW RESEARCH | 8.22 |

TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005          $3,268.24
                                                        ------------

**TOTAL AMOUNT DUE THIS INVOICE          $45,192.24**
                                          ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23453
INVOICE NUMBER  405781

RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,

LEGAL SERVICES POSTED THROUGH 12/31/05          $3,588.00
COSTS ADVANCED POSTED THROUGH 12/31/05             $65.21
                                               ------------

        CURRENT INVOICE TOTAL          $3,653.21
                                        ============

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                        JANUARY 31, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   405781                       PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


11/03/05  REVIEW FILE IN CONNECTION WITH STATUS MEETING/
          MEMORANDUM TO AMG.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

11/07/05  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
          TO STRIKE.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.       171.50

11/07/05  REVIEW LANDLORD AND DOLLAR GENERAL'S DISCOVERY
          RESPONSES IN CONNECTION WITH DRAFTING MOTION TO
          COMPEL.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.       171.50

11/14/05  REVIEW FILE IN CONNECTION WITH STATUS UPDATE,
          DISCOVERY.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

12/02/05  RESEARCH AND REVIEW FEDERAL ANTI-TRUST LAW
          REGARDING GROCERY EXCLUSIVES.
          J. R. ALDERMAN   8.20 hours at  245.00 per hour.      2009.00

12/07/05  CONFER WITH AMG REGARDING ███████████████
          ████████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

12/14/05  REVIEW MEMORANDUM OPPOSING SUMMARY JUDGMENT.
          REVIEW SECTION 542.335, FLORIDA STATUTES.
          RESEARCH STATE ARCHIVES FOR LEGISLATIVE HISTORY
          OF SECTION 542.335, FLORIDA STATUTES.
          D. HERNANDEZ   2.70 hours at  245.00 per hour.         661.50

12/19/05  REVISE DEPOSITIONS FOR LANDLORD AND DOLLAR
          STORE.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

12/23/05  CONTACT JASON ALDERMAN REGARDING ███████████████
          ████████████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

12/23/05  REVIEW FILE IN CONNECTION WITH STATUS REPORT,
          DISCOVERY AND PENDING MOTIONS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.       147.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JANUARY 31, 2006
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER   405781                      PAGE   2


TOTAL FEES FOR PROFESSIONAL SERVICES                    $3,588.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.60 hours at | $345.00 = | 207.00 |
| JRA | J. R. ALDERMAN | 11.10 hours at | $245.00 = | 2719.50 |
| DH | D. HERNANDEZ | 2.70 hours at | $245.00 = | 661.50 |
| | TOTALS | 14.40 | | $3,588.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005

| | | |
|---|---|---|
| | COPYING COST | 8.20 |
| | FAX | 16.00 |
| | POSTAGE | 3.14 |
| | ONLINE COMPUTER SERVICES | 2.80 |
| 12/15/05 | COPYING COST - VENDOR: DANIEL HERNANDEZ - COPIES 12/14 AT THE FLORIDA DEPT OF STATE ARCHIVES | 6.75 |
| 12/15/04 | EXPRESS MAIL | (24.52) |
| 12/15/04 | EXPRESS MAIL | (12.26) |
| 02/17/05 | WESTLAW RESEARCH | 9.19 |
| 02/17/05 | WESTLAW RESEARCH | 14.26 |
| 02/17/05 | WESTLAW RESEARCH | 30.51 |
| 02/17/05 | WESTLAW RESEARCH | 0.20 |
| 02/17/05 | WESTLAW RESEARCH | 0.60 |
| 02/17/05 | WESTLAW RESEARCH | 1.14 |
| 02/17/05 | WESTLAW RESEARCH | 3.26 |
| 02/17/05 | WESTLAW RESEARCH | 5.94 |

TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005        $65.21
                                                    - - - - - - - - - - - -

### TOTAL AMOUNT DUE THIS INVOICE        $3,653.21
                                       ============

## CARLTON FIELDS, P.A.

**Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach**

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1235896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE STORES, INC            JANUARY 31, 2006
5050 EDGEWOOD COURT               ALAN M. GRUNSPAN
JACKSONVILLE, FL   32254          REF. NO.   50116-23455
                                  INVOICE NUMBER   405782


    RE:  YDB THREE LAKES, LC, STORE 210


    LEGAL SERVICES POSTED THROUGH 12/31/05        $742.50
    COSTS ADVANCED POSTED THROUGH 12/31/05        $114.39
                                              ------------
        CURRENT INVOICE TOTAL                     $856.89
                                              ============
```

## *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | JANUARY 31, 2006 |
| YDB THREE LAKES, LC, STORE 210 | REF. NO.  50116-23455 |
| INVOICE NUMBER  405782 | PAGE    1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**

10/10/05  REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
          MEMORANDUM TO AMG.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

12/13/05  REVIEW DISCOVERY RESPONSES FOR MOTION TO
          COMPEL.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

12/19/05  REVISE DEPOSITIONS FOR LANDLORD AND DOLLAR
          STORE.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

12/23/05  CONTACT JASON ALDERMAN REGARDING ██████████
          ████████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

12/23/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY AND STATUS REPORT TO AMG.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $742.50


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.30 hours at | $345.00 = | 448.50 |
| JRA | J. R. ALDERMAN | 1.20 hours at | $245.00 = | 294.00 |
| | TOTALS | 2.50 | | $742.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**

| | | |
|---|---|---|
| | COPYING COST | 39.60 |
| | POSTAGE | 3.51 |
| | TELEPHONE | 1.20 |
| 12/08/05 | MILEAGE/TOLLS/PARKING - VENDOR: JAMES D. SILVER | 70.08 |
| | 11/16 TO WPB FOR HEARING ON MOTION TO DISMISS | |
| | OR ABATE | |

          TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005      $114.39
                                                         - - - - - - - - - - - -

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                JANUARY 31, 2006
YDB THREE LAKES, LC, STORE 210        REF. NO.  50116-23455
INVOICE NUMBER  405782                PAGE    2


              TOTAL AMOUNT DUE THIS INVOICE        $856.89
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

```
WINN DIXIE STORES, INC               JANUARY 31, 2006
5050 EDGEWOOD COURT                  ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254              REF. NO.  50116-23451
                                     INVOICE NUMBER  405779
```

**RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN
ACQUSITION, LLC, STORE 205**

```
LEGAL SERVICES POSTED THROUGH 12/31/05      $4,606.00
COSTS ADVANCED POSTED THROUGH 12/31/05          $.00
                                         - - - - - - - - - - - -
           CURRENT INVOICE TOTAL            $4,606.00
                                         ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JANUARY 31, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  405779                          PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


11/03/05  REVIEW FILE IN CONNECTINO WITH STATUS REPORT TO
          AMG.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.              73.50

11/07/05  REVIEW FILE IN CONNECTION WITH STATUS REPORT TO
          AMG AND DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.              98.00

12/01/05  REVIEW CASE LAW ON PERSONAL VS REAL PROPERTY
          COVENANTS IN CONNECTION WITH DRAFTING MOTION TO
          STRIKE AND MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   4.20 hours at  245.00 per hour.            1029.00

12/05/05  REVIEW FILE AND LAW ON CONSTRUCTVE NOTICE,
          REAL PROPERTY COVENANTS, AND FLORIDA'S
          ANTI-TRUST ACT IN CONNECTION WITH DRAFTING
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   5.60 hours at  245.00 per hour.            1372.00

12/08/05  REVIEW LAW ON STATUTORY INTERPRETATION FOR
          COURT TO CONSTRUE STATUTE CONSTITUTIONAL IF AN
          ALTERNATIVE CONSTRUCTION IS UNCONSTITUTIONAL.
          J. R. ALDERMAN   4.60 hours at  245.00 per hour.            1127.00

12/14/05  RESEARCH CONSTITUTIONALITY OF APPLICATION FO
          542.335 TO REAL PROPERTY COVENANTS RUNNING WITH
          THE LAND.
          J. R. ALDERMAN   3.70 hours at  245.00 per hour.             906.50


          TOTAL FEES FOR PROFESSIONAL SERVICES               $4,606.00


ATTORNEY FEE SUMMARY

  JRA      J. R. ALDERMAN       18.80 hours at  $245.00 =        4606.00
           TOTALS               18.80                          $4,606.00


                                           - - - - - - - - - - -

                    **TOTAL AMOUNT DUE THIS INVOICE      $4,606.00**
                                           ============


## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-24201
INVOICE NUMBER  405788


RE:  FLORIDA DEPARTMENT OF AGRICULTURE
     FINAL BILL


LEGAL SERVICES POSTED THROUGH 12/31/05          $138.00
COSTS ADVANCED POSTED THROUGH 12/31/05           $.00
                                            - - - - - - - - - - - -

       CURRENT INVOICE TOTAL                    $138.00
                                            ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

**ATTORNEYS AT LAW**

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 31, 2006
FLORIDA DEPARTMENT OF AGRICULTURE         REF. NO.  50116-24201
INVOICE NUMBER  405788                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


10/27/05 REVIEW AGRICULTURE ORDERS.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

10/27/05 LETTER TO CLIENT REGARDING ██████████████
         A. M. GRUNSPAN    .10 hours at  345.00 per hour.         34.50


         TOTAL FEES FOR PROFESSIONAL SERVICES               $138.00


ATTORNEY FEE SUMMARY

  AMG      A. M. GRUNSPAN        0.40 hours at  $345.00 =       138.00
           TOTALS                0.40                          $138.00


                                                        - - - - - - - - - - - -

               TOTAL AMOUNT DUE THIS INVOICE              $138.00
                                                        ============


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.