# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              JANUARY 31, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL   32254            REF. NO.  50116-26545
                                    INVOICE NUMBER   405790


RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
     PLAZA, INC, STORE NO 2329



LEGAL SERVICES POSTED THROUGH 12/31/05      $3,970.00
COSTS ADVANCED POSTED THROUGH 12/31/05         $.00
                                            ------------

     CURRENT INVOICE TOTAL                  $3,970.00
                                            ============



          *** REMITTANCE COPY ***
```

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 31, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  405790                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


| | | |
|---|---|---|
| 11/07/05 | CONFER WITH AMG REGARDING ▮▮▮▮▮▮ REVIEW OF DOCUMENTS. | |
| | J. R. ALDERMAN   .60 hours at  245.00 per hour. | 147.00 |
| 12/06/05 | REVISE, EDIT MEMORANDUM TO AMG, FILE ▮▮▮▮▮ | |
| | J. R. ALDERMAN   4.30 hours at  245.00 per hour. | 1053.50 |
| 12/06/05 | RESEARCH AND REVIEW OF UNCONSTITUTIONAL APPLICATION OF FLORIDA'S ANTI-TRUST ACT TO GROCERY EXCLUSIVE AS CONSTITUTING AND IMPROPER "TAKING". | |
| | J. R. ALDERMAN   4.80 hours at  245.00 per hour. | 1176.00 |
| 12/12/05 | SEVERAL CALLS TO COUNSEL FOR BUYER. | |
| | A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 12/16/05 | REVIEW LAW ON CONSTITUTIONAL CHALLENGE TO CONFLICTING STATUTE. | |
| | J. R. ALDERMAN   3.90 hours at  245.00 per hour. | 955.50 |
| 12/23/05 | CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮ | |
| | A. M. GRUNSPAN   .20 hours at  345.00 per hour. | 69.00 |
| 12/23/05 | REVIEW FILE IN CONNECTION WITH DISCOVERY AND STATUS REPORT TO AMG. | |
| | J. R. ALDERMAN   .60 hours at  245.00 per hour. | 147.00 |
| 12/23/05 | DRAFT DISCOVERY. | |
| | J. R. ALDERMAN   1.30 hours at  245.00 per hour. | 318.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $3,970.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.50 hours at | $345.00 = | 172.50 |
| JRA | J. R. ALDERMAN | 15.50 hours at | $245.00 = | 3797.50 |
| | TOTALS | 16.00 | | $3,970.00 |


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE STORES, INC                    JANUARY 31, 2006
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  405790                    PAGE    2
```

```
                                        - - - - - - - - - - - -
       TOTAL AMOUNT DUE THIS INVOICE        $3,970.00
                                        ============
```

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED ID 59-1233896

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  405789


RE:  STORE NO 242, FLAMINGO EAST, LTD


LEGAL SERVICES POSTED THROUGH 12/31/05          $857.00
COSTS ADVANCED POSTED THROUGH 12/31/05          $257.80
                                              - - - - - - - - - - - - -

            **CURRENT INVOICE TOTAL**          $1,114.80
                                              ============


\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 31, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  405789                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


11/30/05  RECEIPT AND PRELIMINARY REVIEW OF TITLE REPORT
          ON SHOPPING CENTER.
          J. R. ALDERMAN     .50 hours at  245.00 per hour.        122.50

11/30/05  CONFER WITH AMG REGARDING ████████████████
          ███████████
          J. R. ALDERMAN     .20 hours at  245.00 per hour.         49.00

12/19/05  REVISE DEPOSITIONS FOR LANDLORD AND DOLLAR
          STORE.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.        138.00

12/21/05  CONTINUE PREPARATION OF PRIVILEGE LOG.
          L. GOLDSTEIN*    1.30 hours at  85.00 per hour.          110.50

12/22/05  CONTINUE PREPARATION OF PRIVILEGE LOG.
          L. GOLDSTEIN*    2.60 hours at  85.00 per hour.          221.00

12/23/05  CONTACT JASON ALDERMAN REGARDING ██████████████
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.         69.00

12/23/05  REVIEW FILE IN CONNECTION WITH DRAFTING STATUS
          REPORT TO AMG.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.        147.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $857.00


ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN        0.60 hours at  $345.00 =         207.00
JRA     J. R. ALDERMAN        1.30 hours at  $245.00 =         318.50
LG*     L. GOLDSTEIN*         3.90 hours at   $85.00 =         331.50
        TOTALS                5.80                            $857.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 31, 2006
STORE NO 242, FLAMINGO EAST, LTD          REF. NO.  50116-25029
INVOICE NUMBER  405789                    PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**


```
             COPYING COST                          5.80
             FAX                                   2.00
12/27/05     TITLE SEARCH - VENDOR: ATTORNEYS' TITLE    250.00
             INSURANCE FUND, INC  - TITLE SEARCH

             TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005      $257.80
                                                            ------------
```

                    **TOTAL AMOUNT DUE THIS INVOICE      $1,114.80**
                                                         ============

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23462
INVOICE NUMBER  405786


RE:  DOLLAR GENERAL INVESTIGATIVE


LEGAL SERVICES POSTED THROUGH 12/31/05          $5,548.00
COSTS ADVANCED POSTED THROUGH 12/31/05             $2.00
                                               ------------

            CURRENT INVOICE TOTAL               $5,550.00
                                               ============


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 31, 2006
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  405786                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


12/06/05  TELEPHONE CALL FROM COUNSEL FOR LANDLORD
          REGARDING STRATEGY FOR MOTION TO STRIKE
          AFFIDAVIT AND MOTION FOR SUMMARY JUDGMENT AND
          ISSUES RELATING TO CONSTRUCTIVE NOTICE.
          C. M. ROSENBERG      .30 hours at  345.00 per hour.          103.50

12/07/05  REVIEW CASES IN CONNECTION WITH DRAFTING STATUS
          MEMORANDUM TO AMG.
          J. R. ALDERMAN     1.80 hours at  245.00 per hour.          441.00

12/07/05  DRAFT STATUS MEMORANDUM TO AMG.
          J. R. ALDERMAN      .70 hours at  245.00 per hour.          171.50

12/07/05  CALL FROM COUNSEL FOR THE LANDLORD REGARDING
          HIS RECENT INTERVIEW OF THE LANDLORD'S BROKER
          REGARDING THE WINN DIXIE EXCLUSIVE AND STRATEGY
          FOR THE SUMMARY JUDGMENT HEARING, CONFERENCES
          AND EMAILS TO DISCUSS HEARING STRATEGY.
          C. M. ROSENBERG      .50 hours at  345.00 per hour.          172.50

12/09/05  REVIEW, REVISE, EDIT SUPPLEMENTAL AUTHORITY
          LETTER TO JUDGE.
          J. R. ALDERMAN     3.20 hours at  245.00 per hour.          784.00

12/09/05  REVIEW AND PULL ███████████████████████ FOR AMG.
          J. R. ALDERMAN     4.30 hours at  245.00 per hour.         1053.50

12/09/05  MULTIPLE TELEPHONE CONFERENCES AND EMAILS
          REGARDING RESULTS OF THE DECEMBER 9. 2005
          HEARING ON THE MOTION FOR SUMMARY JUDGMENT AND
          STRATEGY REGARDING LEGAL ISSUES AND SUBSTANCE
          OF ARGUMENTS IN POST-HEARING SUBMISSIONS TO THE
          COURT.
          C. M. ROSENBERG      .50 hours at  345.00 per hour.          172.50

12/09/05  REVIEW SUPPLEMENTAL MEMORANDUM OF LAW IN
          OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.
          J. DILLARD*     .20 hours at  85.00 per hour.                17.00

12/09/05  REVISE SUPPLEMENTAL MEMORANDUM OF LAW IN
          OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.
          J. DILLARD*     .20 hours at  85.00 per hour.                17.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JANUARY 31, 2006
DOLLAR GENERAL INVESTIGATIVE                    REF. NO.  50116-23462
INVOICE NUMBER  405786                          PAGE    2

| | | |
|---|---|---|
| 12/09/05 | FINALIZE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.<br>J. DILLARD*    .20 hours at  85.00 per hour. | 17.00 |
| 12/09/05 | PREPARE CORRESPONDENCE TO JUDGE STERN.<br>J. DILLARD*    .50 hours at  85.00 per hour. | 42.50 |
| 12/09/05 | COORDINATE DELIVERY OF SAME<br>J. DILLARD*    .20 hours at  85.00 per hour. | 17.00 |
| 12/12/05 | REVIEW ███████████████████████████<br>AT REQUEST OF AMG.<br>D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 12/12/05 | REVIEW DEPO TRANSCRIPTS OF TERRI HOLDER, LAW ON RESTRICTIVE COVENANTS IN CONNECTION WITH FILING MOTIONS FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN  4.30 hours at  245.00 per hour. | 1053.50 |
| 12/13/05 | RECEIPT AND REVIEW OF JUDGE'S ORDER GRANTING DOLLAR GENERAL'S SUMMARY JUDGMENT MOTION.<br>J. R. ALDERMAN   .80 hours at  245.00 per hour. | 196.00 |
| 12/13/05 | PREPARE STATUS REPORT FOR AMG REGARDING PENDING CASES.<br>J. R. ALDERMAN  1.60 hours at  245.00 per hour. | 392.00 |
| 12/13/05 | STRATEGY AND ANALYSIS OF COURT'S DECISION, APPEAL, EFFECT ON OTHER DOLLAR GENERAL CASES.<br>J. R. ALDERMAN  2.60 hours at  245.00 per hour. | 637.00 |
| 12/15/05 | ANALYSIS OF ATTORNEY'S FEE CLAIM AS PRE-PETITION OR POST-PETITION AND CONSULT WITH A. GRUNSPAN REGARDING SAME<br>R. N. GILBERT   .40 hours at  345.00 per hour. | 138.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $5,548.00

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| DJS | D. J. SMITH | 0.50 hours at | $245.00 = | 122.50 |
| JRA | J. R. ALDERMAN | 19.30 hours at | $245.00 = | 4728.50 |
| RNG | R. N. GILBERT | 0.40 hours at | $345.00 = | 138.00 |
| CMR | C. M. ROSENBERG | 1.30 hours at | $345.00 = | 448.50 |
| JD* | J. DILLARD* | 1.30 hours at | $85.00 = | 110.50 |
| | TOTALS | 22.80 | | $5,548.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER   405786

JANUARY 31, 2006
REF. NO.   50116-23462
PAGE     3

**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**

COPYING COST                                                    2.00

TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005            $2.00
                                                     ------------

               **TOTAL AMOUNT DUE THIS INVOICE**      $5,550.00
                                                     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23463
INVOICE NUMBER   405787


RE:  NOBLE MANAGEMENT COMPANY, STORE 2260


LEGAL SERVICES POSTED THROUGH 12/31/05          $1,441.00
COSTS ADVANCED POSTED THROUGH 12/31/05             $8.08
                                                - - - - - - - - - - - -

        CURRENT INVOICE TOTAL          $1,449.08
                                       ============


*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | JANUARY 31, 2006 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER   405787 | PAGE    1 |

## PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005

11/07/05 CONFER WITH AMG REGARDING ▇▇▇▇▇▇▇▇
         ▇▇▇▇▇▇. INSTRUCTIONS TO LEGAL ASSISTANT.
         J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

11/07/05 REVIEW DOCUMENTS.
         J. R. ALDERMAN   2.80 hours at  245.00 per hour.        686.00

11/15/05 CONFER WITH AMG REGARDING ▇▇▇▇▇▇▇▇
         ▇▇▇▇▇
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

11/15/05 REVIEW LEASE AND LEASE FILE.
         J. R. ALDERMAN   1.20 hours at  245.00 per hour.        294.00

11/29/05 REVIEW FILE IN CONNECTION WITH DRAFTING
         COMPLAINT.
         J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

11/29/05 INSTRUCTIONS TO ALAN FRY CONCERNING TITLE
         SEARCHES FOR SHOPPING CENTER AND OUT PARCEL.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

12/23/05 CONTACT JASON ALDERMAN REGARDING ▇▇▇▇▇▇▇
         ▇▇▇▇▇▇
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES          $1,441.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.20 hours at | $345.00 = | 69.00 |
| JRA | J. R. ALDERMAN | 5.60 hours at | $245.00 = | 1372.00 |
| | TOTALS | 5.80 | | $1,441.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 31, 2006
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  405787                    PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**


COPYING COST                                    6.60
POSTAGE                                         1.48

TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005          $8.08
                                                   ------------

**TOTAL AMOUNT DUE THIS INVOICE          $1,449.08**
                                                   ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID 59-1233896

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23459
INVOICE NUMBER   405785

RE:   JENSEN BEACH PLAZA, LTD, STORE 308

LEGAL SERVICES POSTED THROUGH 12/31/05          $4,046.50
COSTS ADVANCED POSTED THROUGH 12/31/05             $7.80
                                            ------------

          **CURRENT INVOICE TOTAL**          $4,054.30
                                            ============

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE STORES, INC                          JANUARY 31, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER   405785                         PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


12/07/05  DRAFT MEMORANDUM TO AMG, FILE ▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

          J. R. ALDERMAN   3.60 hours at  245.00 per hour.        882.00

12/13/05  REVIEW LAW ON WHETHER RETROACTIVE APPLICATION
          OF STATUTE WHICH DIVESTS HOLDER OF PROPERTY
          RIGHT IS UNCONSTITIONAL.
          J. R. ALDERMAN   3.70 hours at  245.00 per hour.        906.50

12/14/05  RECEIPT AND REVIEW OF MOTION FOR EXENSION OF
          TIME. CONFER WITH LANDLORD'S COUNSEL.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

12/15/05  REVISE DISCOVERY TO LANDLORD AND DOLLAR
          GENERAL.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.        483.00

12/15/05  RESEARCH FEDERAL ANTITRUST CASE LAW INVOLVING
          LEASE EXCLUSIVES.
          J. R. ALDERMAN   3.80 hours at  245.00 per hour.        931.00

12/19/05  REVISE DEPOSITIONS FOR LANDLORD AND DOLLAR
          STORE.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/21/05  DRAFT DISCOVERY.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.        563.50

12/23/05  CONTACT JASON ALDERMAN REGARDING ▬▬▬▬▬
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES        $4,046.50


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN        2.00 hours at  $345.00 =         690.00
JRA    J. R. ALDERMAN       13.70 hours at  $245.00 =        3356.50
       TOTALS                15.70                         $4,046.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JANUARY 31, 2006
JENSEN BEACH PLAZA, LTD, STORE 308              REF. NO.  50116-23459
INVOICE NUMBER  405785                          PAGE   2


**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**


COPYING COST                                    5.40
POSTAGE                                         2.40

TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005          $7.80
                                                   ------------

         **TOTAL AMOUNT DUE THIS INVOICE          $4,054.30**
                                                   ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23458
INVOICE NUMBER   405784


RE:   GENERAL MATTERS


LEGAL SERVICES POSTED THROUGH 12/31/05          $6,304.00
COSTS ADVANCED POSTED THROUGH 12/31/05             $6.80
                                               - - - - - - - - - - - -
          CURRENT INVOICE TOTAL                 $6,310.80
                                               ============


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
GENERAL MATTERS
INVOICE NUMBER   405784

JANUARY 31, 2006
REF. NO.   50116-23458
PAGE     1

## PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005

12/01/05  REVISE MEMORANDUM OF LAW ON 542, ESTOPPEL AND
          WAIVER.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.           483.00

12/01/05  LETTER FROM J. OBREGON AND LETTER TO SAME
          REGARDING JOINT DEFENSE AGREEMENT.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

12/01/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

12/01/05  REVIEW NEWS WIRE INFORMATION REGARDING DOLLAR
          GENERAL V. WINN-DIXIE AND OTHER GROCERS.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.           276.00

12/01/05  LETTER TO EXPERT B. REYNOLDS REGARDING SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

12/05/05  REVIEW T. HOLDER CONTINUED DEPOSITION
          TRANSCRIPT.
          A. M. GRUNSPAN   1.30 hours at  345.00 per hour.           448.50

12/06/05  REVIEW 726 OPTION TO WITHHOLD RENT TO AVOID
          EVICTION RISK.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

12/06/05  SEVERAL CORRESPONDENCE REGARDING 251 EVICTION.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

12/06/05  RESPOND TO INQUIRY RE: LEASE TERMS ON STORES
          726.
          D. J. SMITH    .70 hours at  245.00 per hour.              171.50

12/07/05  REVIEW 726 LEASE REGARDING REPAIRS AND
          WITHHOLDING RENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

12/07/05  NUMEROUS CONFERENCES WITH CLIENTS AND C.
          JACKSON REGARDING ▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN   1.30 hours at  345.00 per hour.           448.50

12/07/05  REVIEW PUBLIC RECORDS SEARCH REGARDING SAME.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.           241.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                 JANUARY 31, 2006
GENERAL MATTERS                        REF. NO.  50116-23458
INVOICE NUMBER  405784                 PAGE    2

12/07/05  SEVERAL LETTERS TO CLIENTS AND C. JACKSON
          REGARDING ▆▆▆▆▆▆
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

12/07/05  REVIEW 251 FILE REGARDING ▆▆▆▆▆▆
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/07/05  CORRESPONDENCE WITH CLIENT AND C. JACKSON
          REGARDING ▆▆
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

12/09/05  CONFERENCE WITH CLIENT REGARDING DOLLAR STORE
          LITIGATION.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/15/05  SEVERAL CORRESPONDENCE REGARDING STRATEGY
          ▆▆▆▆▆▆
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

12/19/05  NUMEROUS CORRESPONDENCE WITH OPPOSING COUNSEL
          AND CLIENTS REGARDING 726.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.        483.00

12/19/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▆▆▆▆▆▆
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/19/05  SEVERAL ADDITIONAL CLIENT CORRESPONDENCE AND
          DAVID SMITH REGARDING ▆▆▆▆▆▆
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

12/20/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▆▆▆▆▆▆
          A. M. GRUNSPAN   1.60 hours at  345.00 per hour.        552.00

12/20/05  SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL
          REGARDING SETTLEMENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

12/20/05  SEVERAL CALLS AND CORRESPONDENCE WITH CLIENTS
          REGARDING ▆▆▆▆
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.        276.00

12/20/05  LETTER TO CLIENT AND DAVID J. SMITH REGARDING
          ▆▆▆▆▆▆
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.        103.50

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                JANUARY 31, 2006
GENERAL MATTERS                       REF. NO.  50116-23458
INVOICE NUMBER  405784                PAGE    3


12/29/05  DRAFT COMPLAINT AND DISCOVERY AGAINST DOLLAR
          TREE STORE AT THE SHOPPES OF COCOA NORTH,
          COCOA, FL.
          A. P. FRY   2.50 hours at  245.00 per hour.              612.50


          TOTAL FEES FOR PROFESSIONAL SERVICES        $6,304.00


ATTORNEY FEE SUMMARY

AMG     A. M. GRUNSPAN          16.00 hours at  $345.00 =      5520.00
DJS     D. J. SMITH             0.70 hours at  $245.00 =       171.50
APF     A. P. FRY               2.50 hours at  $245.00 =       612.50
        TOTALS                  19.20                       $6,304.00


          **COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**

          COPYING COST                                4.80
          TELEPHONE                                   2.00

          TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005    $6.80
                                                         - - - - - - - - - - - -

                    **TOTAL AMOUNT DUE THIS INVOICE**      **$6,310.80**
                                                         ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE STORES, INC              JANUARY 31, 2006
5050 EDGEWOOD COURT                 ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254             REF. NO.  50116-23456
                                    INVOICE NUMBER  405783
```

**RE:  ROYAL OAKS BRANDON, LTD, STORE 734**

```
LEGAL SERVICES POSTED THROUGH 12/31/05      $2,915.00
COSTS ADVANCED POSTED THROUGH 12/31/05          $2.00
                                            ------------
        CURRENT INVOICE TOTAL               $2,917.00
                                            ============
```

**\*\*\* REMITTANCE COPY \*\*\***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE STORES, INC | JANUARY 31, 2006 |
| ROYAL OAKS BRANDON, LTD, STORE 734 | REF. NO.  50116-23456 |
| INVOICE NUMBER  405783 | PAGE  1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**

11/30/05 REVIEW REVISED NUMBERS AND STRATEGY LETTER TO
          JASON ALDERMAN.
          A. M. GRUNSPAN     .90 hours at  345.00 per hour.          310.50

11/30/05 LETTER TO JASON ALDERMAN REGARDING ██████████
          ████████████████████████████
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

12/12/05 REVISE, EDIT MEMORANDUM REGARDING APPLICATION
          OF 542.335 FOR PURPOSES OF PRESERVING APPELLATE
          RECORD.
          J. R. ALDERMAN   4.90 hours at  245.00 per hour.         1200.50

12/13/05 REVIEW STRATEGY REGARDING POTENTIAL SETTLEMENT
          WITH LANDLORD.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

12/15/05 REVIEW LAW ON STATUTORY INTERPRETATION.
          J. R. ALDERMAN   3.90 hours at  245.00 per hour.          955.50

12/19/05 REVISE DEPOSITIONS FOR LANDLORD AND DOLLAR
          STORE.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

12/23/05 CONTACT JASON ALDERMAN REGARDING ██████████████
          ████████████████████████
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $2,915.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.20 hours at | $345.00 = | 759.00 |
| JRA | J. R. ALDERMAN | 8.80 hours at | $245.00 = | 2156.00 |
| | TOTALS | 11.00 | | $2,915.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                        JANUARY 31, 2006
ROYAL OAKS BRANDON, LTD, STORE 734            REF. NO.  50116-23456
INVOICE NUMBER  405783                        PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**


COPYING COST                                           2.00

TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005          $2.00
                                                       ------------

          **TOTAL AMOUNT DUE THIS INVOICE          $2,917.00**
                                                   ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   50116-23452
INVOICE NUMBER   405780

RE:  BEACHWALK CENTRE II, LLC

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 12/31/05 | $902.00 |
| COSTS ADVANCED POSTED THROUGH 12/31/05 | $1.60 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$903.60** |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                      JANUARY 31, 2006
BEACHWALK CENTRE II, LLC                    REF. NO.  50116-23452
INVOICE NUMBER  405780                      PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


11/07/05  REVIEW FILE IN CONNECTION WITH STATUS REPORT TO
          AMG.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

12/01/05  REVIEW LAW ON CONSTRUCTIVE NOTICE IN CONNECTION
          WITH DRAFTING MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   3.10 hours at  245.00 per hour.        759.50

12/23/05  CONTACT JASON ALDERMAN REGARDING ██████████
          ██████████████████     ██████████
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $902.00


ATTORNEY FEE SUMMARY

   AMG    A. M. GRUNSPAN      0.20 hours at  $345.00 =           69.00
   JRA    J. R. ALDERMAN      3.40 hours at  $245.00 =          833.00
          TOTALS              3.60                             $902.00


**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**


   COPYING COST                              1.60

   TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005           $1.60
                                                        - - - - - - - - - - - -

                  **TOTAL AMOUNT DUE THIS INVOICE**        $903.60
                                                        ============

### CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239

813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

JANUARY 31, 2006
ALAN M. GRUNSPAN
REF. NO.   49761-23399
INVOICE NUMBER   405777

RE:   BANKRUPTCY

LEGAL SERVICES POSTED THROUGH 12/31/05          $762.50
COSTS ADVANCED POSTED THROUGH 12/31/05           $15.30
                                             - - - - - - - - - - - - -
          CURRENT INVOICE TOTAL                 $777.80
                                             ============

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JANUARY 31, 2006
BANKRUPTCY                                REF. NO.  49761-23399
INVOICE NUMBER  405777                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH DECEMBER 31, 2005**


12/01/05  REVIEW PROPOSED FEE ORDER AND LETTER FROM
          CO-COUNSEL; LETTER TO CLIENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

12/02/05  CONFERENCE CALL WITH FEE EXAMINER'S OFFICE
          REGARDING PROCEDURE AND REQUIRED SUBMISSIONS;
          J. D. SILVER    .30 hours at  345.00 per hour.           103.50

12/08/05  PREPARE BILLS FOR SUBMISSION TO BANKRUPTCY
          COURT.
          D. J. SMITH   1.00 hours at  245.00 per hour.            245.00

12/30/05  REVIEW OF INVOICES, DRAFT LETTER REQUESTING
          PAYMENT OF SAME;
          J. D. SILVER    .80 hours at  345.00 per hour.           276.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $762.50


ATTORNEY FEE SUMMARY

  JDS     J. D. SILVER        1.10 hours at  $345.00 =       379.50
  AMG     A. M. GRUNSPAN      0.40 hours at  $345.00 =       138.00
  DJS     D. J. SMITH         1.00 hours at  $245.00 =       245.00
          TOTALS              2.50                         $762.50


**COSTS INCURRED ON YOUR BEHALF AS POSTED DECEMBER 31, 2005**


          COPYING COST                      11.60
          POSTAGE                            3.70

          TOTAL COSTS AS POSTED THROUGH DECEMBER 31, 2005    $15.30
                                                      - - - - - - - - - - - -

                **TOTAL AMOUNT DUE THIS INVOICE**    $777.80
                                                      ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

JANUARY 5, 2006
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  402260


RE:  DOLGENCORP, INC, STORE 221


LEGAL SERVICES POSTED THROUGH 11/30/05          $53,146.00
COSTS ADVANCED POSTED THROUGH 11/30/05           $2,471.49
                                            -------------

         CURRENT INVOICE TOTAL                  $55,617.49
                                            =============



*** REMITTANCE COPY ***

---

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                    JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  402260                    PAGE     1


**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**


11/01/05  SEVERAL CORRESPONDENCE WITH REYNOLDS REGARDING
          AFFIDAVIT AND ATTACHMENTS.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

11/01/05  REVISE MEMORANDUM OF LAW ON STATUTE 542 ISSUES.
          A. M. GRUNSPAN   2.30 hours at  345.00 per hour.              793.50

11/01/05  REVIEW INSPECTION ANALYSIS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

11/01/05  PREPARE FOR MEETING WITH AMG, JA AND CR RE:
          LEGAL ISSUES ON DOLGENCORP'S MOTION FOR SUMMARY
          JUDGMENT.
          D. J. SMITH     .50 hours at   245.00 per hour.              122.50

11/01/05  CONTINUE TO DRAFT MEMO OF LAW ON SECTION 542 IN
          PREPARATION FOR RESPONSE TO DOLGENCORP'S MOTION
          FOR SUMMARY JUDGMENT.
          D. J. SMITH    1.80 hours at   245.00 per hour.              441.00

11/01/05  REVIEW FILE IN CONNECTION WITH SETTING
          DEPOSITIONS AND OTHER DISCOVERY.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.             122.50

11/01/05  CONFER WITH AMG AND CSR REGARDING ███████████████
          ███████████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.             73.50

11/01/05  DRAFT, REVISE, EDIT MEMO TO AMG AND CSR
          REGARDING ████████████████████████████
          J. R. ALDERMAN   4.70 hours at  245.00 per hour.            1151.50

11/01/05  REVIEW LAW ON STATUTORY INTERPRETATION IN
          CONNECTION WITH DRAFTING MEMORANDUM TO CSR AND
          AMG ON ████████████████████████
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.             637.00


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  402260

JANUARY 5, 2006
REF. NO.  50116-23449
PAGE    2

11/01/05   REVIEW LEGAL RESEARCH IN OPPOSITION TO PENDING
           MOTION FOR SUMMARY JUDGMENT AND ANALYSIS TO
           DETERMINE THE STRENGTH AND ORDER OF ARGUMENTS
           TO BE PLACED IN THE OPPOSITION PAPERS AND
           EVIDENTIARY MATTERS TO OBTAIN FROM THE
           DEFENDANTS' CORPORATE REPRESENTATIVE AT HIS
           DEPOSITION.
           C. M. ROSENBERG    .60 hours at  345.00 per hour.        207.00

11/02/05   REVIEW REVISED RILEY AFFIDAVIT.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

11/02/05   LETTER TO BOB REYNOLDS REGARDING RILEY
           AFFIDAVIT.
           A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

11/02/05   SEVERAL CORRESPONDENCE WITH C. REYNOLDS
           REGARDING ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
           ▬▬▬▬▬▬
           A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

11/02/05   LETTER TO RILEY REGARDING PERISHABLES.
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

11/02/05   PREPARE FOR CONFERENCE WITH BOB REYNOLDS.
           A. M. GRUNSPAN                                           172.50

11/02/05   ATTEND CONFERENCE WITH BOB REYNOLDS.
           A. M. GRUNSPAN                                           345.00

11/02/05  ·CONTINUE TO DRAFT MEMO OF LAW ON 542 ISSUES IN
           RESPONSE TO DOLGENCORP'S MOTION FOR SUMMARY
           JUDGMENT.
           D. J. SMITH   5.30 hours at  245.00 per hour.           1298.50

11/02/05   CONFER WITH EXPERT. REVIEW ENGAGEMENT LETTER.
           CONFER WITH CSR.
           J. R. ALDERMAN    .60 hours at  245.00 per hour.         147.00

11/02/05   CONFER WITH AMG REGARDING ▬▬▬▬▬▬▬▬▬▬▬
           ▬▬▬▬▬▬▬▬▬▬ REVIEW FILE ON SAME.
           J. R. ALDERMAN    .30 hours at  245.00 per hour.          73.50

11/02/05   REVISE, EDIT ENGAGEMENT LETTER. CONFER WITH
           EXPERT.
           J. R. ALDERMAN    .40 hours at  245.00 per hour.          98.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  402260                    PAGE   3


11/03/05   SEVERAL CORRESPONDENCE WITH C. REYNOLDS
           REGARDING STORE INSPECTION.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

11/03/05   CONTINUE WITH MEMORANDUM OF LAW IN OPPOSITION
           TO MOTION FOR SUMMARY JUDGMENT.
           D. J. SMITH   2.20 hours at  245.00 per hour.              539.00

11/03/05   REVISE, EDIT ENGAGEMENT LETTER. INSTRUCTIONS TO
           LEGAL ASSISTANT.
           J. R. ALDERMAN    .50 hours at  245.00 per hour.           122.50

11/04/05   CORRESPONDENCE WITH DAVID J. SMITH REGARDING ███
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

11/04/05   PREPARE FOR AND CONFERENCE WITH B. REYNOLDS.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

11/04/05   LETTER TO C. REYNOLDS REGARDING    ████████
           A. M. GRUNSPAN    .60 hours at  345.00 per hour.           207.00

11/04/05   SEVERAL CORRESPONDENCE WITH CLIENT AND BOB
           REYNOLDS REGARDING ████████
           A. M. GRUNSPAN    .50 hours at  345.00 per hour.           172.50

11/07/05   LETTER FROM C. REYNOLDS REGARDING ████████
           A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

11/07/05   LETTER TO BOB REYNOLDS REGARDING SAME.
           A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

11/07/05   CONTACT DAVID J. SMITH REGARDING  ████████
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

11/07/05   REVIEW DRAFT ARGUMENTS AND MEMO OF LAW ON
           COVENANT ISSUE.
           D. J. SMITH    .40 hours at  245.00 per hour.               98.00

11/07/05   CONTINUE WITH DRAFT MEMORANDUM OF LAW IN
           OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON
           ALL ISSUES.
           D. J. SMITH   4.40 hours at   245.00 per hour.            1078.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                          JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  402260                          PAGE    4

11/08/05  SEVERAL CORRESPONDENCE WITH B. REYNOLDS AND B.
          RILEY REGARDING ████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

11/08/05  REVIEW CASES ON CONSTRUCTIVE NOTICE AND REAL
          PROPERTY VERSUS CONTRACT ANALYSIS.
          A. M. GRUNSPAN   1.60 hours at  345.00 per hour.              552.00

11/08/05  LETTER TO CLIENT REGARDING ████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

11/08/05  LETTER TO RILEY AND REYNOLDS REGARDING
          ████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

11/08/05  LETTER TO ROSENBERG REGARDING ████████████
          ████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.              138.00

11/08/05  LETTER TO CHARLES ROSENBERG REGARDING ██████
          ████████████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

11/08/05  CONTINUE TO DRAFT MEMORANDUM IN OPPOSITION TO
          DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT ON ALL
          ISSUES.
          D. J. SMITH   5.30 hours at  245.00 per hour.               1298.50

11/09/05  SEVERAL CORRESPONDENCE WITH C. REYNOLDS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.              103.50

11/09/05  REVISE AFFIDAVIT FOR C. REYNOLDS.
          A. M. GRUNSPAN    .70 hours at  345.00 per hour.              241.50

11/09/05  CONTINUE TO DRAFT MEMORANDUM OF LAW IN
          OPPOSITION TO DOLGENCORP'S MOTION FOR SUMMARY
          JUDGMENT.
          D. J. SMITH   6.40 hours at  245.00 per hour.               1568.00

11/09/05  DRAFT AND TRANSMIT LETTER TO OPPOSING COUNSEL
          REQUESTING DATE FOR DEPOSITION OF TERRI HOLDER,
          RECEIVER CALL FROM OPPOSING REGARDING SUGGESTED
          DEPOSITION DATE AND STATUS OF PRODUCTION OF
          DOCUMENTS AND READ AND ANALYZE RELATED DECISION
          OF THE THIRD CIRCUIT COURT OF APPEALS CASE AND
          DETERMINE APPLICABILITY.
          C. M. ROSENBERG  1.20 hours at  345.00 per hour.             414.00

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  402260

JANUARY 5, 2006
REF. NO.  50116-23449
PAGE     5

11/10/05  CONTINUE TO DRAFT WINN-DIXIE'S RESPONSE
          MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY
          JUDGMENT.
          D. J. SMITH   7.70 hours at  245.00 per hour.                    1886.50

11/10/05  REVIEW OF FILE IN CONNECTION WITH DISCOVERY.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.                    98.00

11/10/05  RECEIPT AND REVIEW PROPOSED ANSWER AND
          COUNTERCLAIM FROM LANDLORD.
          J. R. ALDERMAN   .80 hours at  245.00 per hour.                   196.00

11/11/05  PREPARE NOTES FOR TERRI HOLDER DEPOSITION.
          A. M. GRUNSPAN   .70 hours at  345.00 per hour.                   241.50

11/11/05  CONTACT C. ROSENBERG REGARDING ███████████
          ███████████
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                   138.00

11/11/05  CALL TO COUNSEL FOR LANDLORD REGARDING ATLANTA
          DEPOSITION OF DOLLAR GENERAL DIRECTOR OF
          LEASING ADMINISTRATION AND DRAFT LETTER TO
          LANDLORD'S COUNSEL REGARDING ATTENDANCE AT
          DEPOSITION BY TELEPHONE, DRAFT AND TRANSMIT
          RE-NOTICE OF DEPOSITION WITH LETTER TO OPPOSING
          COUNSEL AND COLLECT AND REVIEW DOCUMENTS FOR
          DEPOSITION PREPARATION.
          C. M. ROSENBERG   2.40 hours at  345.00 per hour.                 828.00

11/12/05  REVIEW ALL PLEADINGS, DISCOVERY PROVIDED,
          AFFIDAVITS, CORRESPONDENCE, EXPERT REPORTS AND
          MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY
          JUDGMENT TO PREPARE FOR DEPOSITION OF DOLLAR
          GENERAL'S DIRECTOR OF LEASE ADMINISTRATION,
          TERRI HOLDER.
          C. M. ROSENBERG   3.50 hours at  345.00 per hour.                1207.50

11/14/05  SEVERAL CORRESPONDENCE WITH W. RILEY REGARDING
          INSPECTION GUIDELINES.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.                   207.00

11/14/05  DRAFT NOTICE SECTION OF MEMORANDUM OF LAW
          REGARDING DISTINCTION BETWEEN PURCHASERS,
          CREDITORS, REMOTE GRANTEES, AND LESSEES.
          D. J. SMITH   7.30 hours at  245.00 per hour.                    1788.50

11/14/05  REVIEW RECORDING ACT AND CASE LAW INTERPETING
          SAME.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.                   147.00

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                 REF. NO.  50116-23449
INVOICE NUMBER  402260                     PAGE    6


11/14/05  CONFER WITH TOM WARNER REGARDING ██████████
          ████████████████████████████████████

          J. R. ALDERMAN    .30 hours at  245.00 per hour.        73.50

11/14/05  REVIEW FILE REGARDING ENFORCEABILITY OF
          EXCLUSIVE CLAUSE IN LEASE AND
          ANTI-TRUST/NON-COMPETE ISSUES; ADVISE REGARDING
          RESEARCH AND ISSUES
          T. WARNER    .40 hours at  345.00 per hour.            138.00

11/15/05  CONTACT DAVID J. SMITH REGARDING ████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

11/15/05  SEVERAL CONFERENCES WITH DAVID J. SMITH
          REGARDING ████████████████████████████████████
          ████████████████████████████████████████

          A. M. GRUNSPAN     .40 hours at  345.00 per hour.      138.00

11/15/05  REVISE C. REYNOLDS AFFIDAVIT.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.      172.50

11/15/05  LETTER TO C. REYNOLDS REGARDING SAME AND
          ATTACHMENTS.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.      103.50

11/15/05  PREPARE C. ROSENBERG FOR T. HOLDER DEPOSITION.
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.      172.50

11/15/05  CONTINUE TO DRAFT AND REVISE MEMORANDUM OF LAW
          IN OPPOSITION TO DOLGENCORP'S MOTION FOR
          SUMMARY JUDGMENT ON ALL ISSUES.
          D. J. SMITH   7.70 hours at  245.00 per hour.        1886.50

11/15/05  STRATEGY AND STATUS MEETING WITH CHUCK, ALAN,
          AND DAVID.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.      98.00

11/15/05  PREPARE FOR STRATEGY/ STATUS MEETING.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.      73.50

11/15/05  CONFER WITH AMG REGARDING DEPOSITIONS, ANNUAL
          STATEMENTS FOR DOLLAR GENERAL.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.      98.00

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  402260

JANUARY 5, 2006
REF. NO.  50116-23449
PAGE   7

11/16/05 REVISE MEMORANDUM OF LAW IN OPPOSITION TO
         MOTION FOR SUMMARY JUDGMENT.
         A. M. GRUNSPAN   2.60 hours at  345.00 per hour.            897.00

11/16/05 SEVERAL CORRESPONDENCE WITH RILEY REGARDING
         ADDITIONAL INSPECTIONS.
         A. M. GRUNSPAN   .40 hours at  345.00 per hour.             138.00

11/16/05 CONTACT R. REYNOLDS REGARDING AFFIDAVIT AND
         REVISE SAME.
         A. M. GRUNSPAN   .70 hours at  345.00 per hour.             241.50

11/16/05 REVISE RILEY AFFIDAVIT.
         A. M. GRUNSPAN   1.40 hours at  345.00 per hour.            483.00

11/16/05 CONTINUE TO DRAFT ADD TO AND REVISE MEMORANDUM
         OF LAW IN RESPONSE TO DOLGENCORP'S MOTION FOR
         SUMMARY JUDGMENT.
         D. J. SMITH   5.60 hours at  245.00 per hour.              1372.00

11/16/05 REVIEW FLORIDA LAW ON WHETHER A LESSEE IS
         CONSIDERED A "PURCHASER OF AN INTEREST IN LAND"
         UNDER RECORDING ACT.
         J. R. ALDERMAN   .40 hours at  245.00 per hour.             98.00

11/16/05 CONFER WITH EXPERT WITNESS.
         J. R. ALDERMAN   .30 hours at  245.00 per hour.             73.50

11/16/05 REVIEW DRAFT RESPONSE TO DOLLAR GENERAL'S
         MOTION FOR SUMMARY JUDGMENT, REVISE, EDIT, AND
         CONFER WITH DJS REGARDING SAME.
         J. R. ALDERMAN   2.40 hours at  245.00 per hour.            588.00

11/16/05 CONFER WITH AMG REGARDING EXPERT WITNESS.
         J. R. ALDERMAN   .30 hours at  245.00 per hour.             73.50

11/16/05 DISCUSSION WITH C. ROSENBERG REGARDING DELIVERY
         OF DOCUMENTS FOR DEPOSITION OF T. HOLDER,
         DOLLAR GENERAL'S DIRECTOR OF LEASE
         ADMINISTRATION, PREPARE DOCUMENTS AND ARRANGE
         FOR COURIER.
         M. MURRAY*   .30 hours at  85.00 per hour.                  25.50

11/17/05 REVIEW RILEY INSPECTION RESULTS, AFFIDAVIT,
         REFRIGERATION MEMORANDUM.
         A. M. GRUNSPAN   .80 hours at  345.00 per hour.            276.00

11/17/05 LETTER TO B. REYNOLDS REGARDING SAME.
         A. M. GRUNSPAN   .20 hours at  345.00 per hour.             69.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER   402260

JANUARY 5, 2006
REF. NO.   50116-23449
PAGE    8

11/17/05  CONFERENCE AND LETTER TO C. ROSENBERG REGARDING
          SAME FOR T. HOLDER'S DEPOSITION.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.              207.00

11/17/05  CONTACT B. REYNOLDS REGARDING ████████████
          ████████████████████████████████
          A. M. GRUNSPAN     .90 hours at  345.00 per hour.             310.50

11/17/05  REVIEW ADDITIONAL REAL PROPERTY CASE LAW WITH
          AMG.
          D. J. SMITH    .40 hours at   245.00 per hour.                 98.00

11/17/05  REVIEW PROPOSED RESPONSE TO DOLLAR GENERAL'S
          MOTION FOR SUMMARY JUDGMENT. CONFER WITH AMG
          AND TOM WARNER REGARDING ████████████████
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.              392.00

11/17/05  CONFER WITH AMG REGARDING ████████████
          ████████████
          J. R. ALDERMAN    .30 hours at  245.00 per hour.               73.50

11/17/05  REVIEW LAW ON RECORDING ACT, WHETHER LESSEE IS
          "PURCHASER" OF INTEREST IN PROPERTY IN
          CONNECTION WITH DRAFTING
          J. R. ALDERMAN    .60 hours at  245.00 per hour.              147.00

11/17/05  REVIEW EXPERT WITNESS FILE IN CONNECTION WITH
          DRAFTING EXPERT WITNESS AFFIDAVIT.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.              147.00

11/17/05  REVIEW SHORT FORM LEASE AND LEASE IN CONNECTION
          WITH DRAFTING AFFIDAVIT.
          J. R. ALDERMAN    .70 hours at  245.00 per hour.              171.50

11/17/05  REVIEW AND ANALYZE LEASE PROVISIONS; PLEADINGS
          AND MEMORANDA REGARDING RESTRICTIVE LEASE
          COVENANT
          T. WARNER   1.20 hours at  345.00 per hour.                   414.00

11/18/05  SEVERAL CONFERENCES WITH J. CASTLE REGARDING ███
          ████████████████████████████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.             138.00

11/18/05  CONFERENCE WITH CHUCK ROSENBERG REGARDING
          ████████████████████████████
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.             138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                          JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  402260                          PAGE   9

11/18/05  DRAFT AFFIDAVIT OF RICH HARRIS. EMAIL TO RICH
          HARRIS.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.              563.50

11/19/05  SETTLEMENT REVIEW.
          T. WARNER    .50 hours at  345.00 per hour.                   172.50

11/19/05  REVIEW MEMOS FOR LEASE
          T. WARNER    .50 hours at  345.00 per hour.                   172.50

11/19/05  REVIEW MEMOS AGAINST LEASE.
          T. WARNER    .60 hours at  345.00 per hour.                   207.00

11/21/05  SEVERAL CALLS AND CORRESPONDENCE WITH CLIENTS
          REGARDING ████████
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.              276.00

11/21/05  REVIEW THUMBNAIL OF TERRI HOLDER DEPOSITION IN
          LIGHT OF MEMO OF LAW IN OPPOSITION TO
          DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH    .30 hours at  245.00 per hour.                  73.50

11/21/05  REVIEW ████████████
          AS PER AMG IN LIGHT OF RESPONSE MEMO TO
          DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH    .20 hours at  245.00 per hour.                  49.00

11/21/05  DRAFT PROPOSED REVISIONS TO WINN-DIXIE'S MEMO
          OF LAW IN OPPOSITION TO DOLGENCORP'S MOTION FOR
          SUMMARY JUDGMENT IN LIGHT OF HOLDER DEPOSITION
          AND REYNOLDS' AFFIDAVIT.
          D. J. SMITH   4.10 hours at  245.00 per hour.                1004.50

11/21/05  CONFER WITH AMG REGARDING ████████
          ████████
          J. R. ALDERMAN    .20 hours at  245.00 per hour.              49.00

11/21/05  RECEIPT AND REVIEW OF ORIGINAL EXPERT WITNESS
          RETAINER AGREEMENT. CONFER WITH CSR,
          INSTRUCTIONS TO LEGAL ASSISTANT.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.              73.50

11/21/05  REVIEW AND ANALYZE CASE CITATIONS REGARDING
          ENFORCEABILITY OF RESTRICTIVE COVENANT LEASE
          PROVISIONS, AND NOTICE ISSUES
          T. WARNER   1.20 hours at  345.00 per hour.                   414.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC                      JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                  REF. NO.  50116-23449
INVOICE NUMBER  402260                      PAGE  10

11/22/05  SEVERAL LETTERS TO AND CLIENT CONFERENCE
          REGARDING ███████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

11/22/05  SEVERAL CORRESPONDENCE AND CONFERENCE WITH AND
          REGARDING ███████████████
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.        310.50

11/22/05  REVISE SUMMARY JUDGMENT ISSUES AND ANALYSIS.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.        172.50

11/22/05  REVIEW DEPOSITION OF T. HOLDER FOR USE IN
          MEMORANDUM IN OPPOSITION TO DOLGENCORP MOTION
          FOR SUMMARY JUDGMENT.
          D. J. SMITH   1.50 hours at  245.00 per hour.           367.50

11/22/05  CONTINUE WITH REVISIONS TO MEMO OF LAW IN
          OPPOSITION TO DOLGENCORP MOTION FOR SUMMARY
          JUDGMENT.
          D. J. SMITH   1.40 hours at  245.00 per hour.           343.00

11/22/05  LETTER TO EXPERT WITNESS.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

11/22/05  CONFER WITH CHUCK AND COURT REPORT REGARDING
          TRANSCRIPT OF DEPOSITION OF TERRI HOLDER.
          J. R. ALDERMAN    .30 hours at  245.00 per hour.         73.50

11/22/05  MEMO TO CRS, DJS, AMG REGARDING ████████
          ███████████████████████████████
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

11/22/05  REVIEW FLORIDA STATUTE 542.335 IN CONNECTION
          WITH DRAFTING MEMORANDUM.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

11/22/05  RECEIPT AND REVIEW OF REVISED AFFIDAVIT OF RICH
          HARRIS. CONFER WITH AMG, CSR REGARDING SAME.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

11/22/05  REVIEW RECORDING ACT STATUTE IN CONNECTION WITH
          REVIEWING DRAFT AFFIDAVIT OF EXPERT, RE CLERK
          OF CIRCUIT COURT RESPONSIBILITY OF KEEPING
          "OFFICIAL RECORDS" AND RECORDING LEASES.
          J. R. ALDERMAN    .80 hours at  245.00 per hour.        196.00

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE STORES, INC                     JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                 REF. NO.  50116-23449
INVOICE NUMBER  402260                     PAGE  11

---

11/22/05   TELEPHONE CONFERENCE WITH COUNSEL FOR DEFENDANT
           LANDLORD REGARDING RESULTS OF DEPOSITION OF
           DOLLAR GENERAL'S DIRECTOR OF LEASE
           ADMINISTRATION, HIS INTENTION TO PROCEED WITH
           SECOND SESSION OF THE DEPOSITION AND
           CONFERENCES REGARDING STRATEGY MATTERS
           INCLUDING STRUCTURING ARGUMENTS IN BRIEF IN
           OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.
           C. M. ROSENBERG   1.20 hours at  345.00 per hour.        414.00

11/22/05   REVIEW AND ANALYZE CASE CITATIONS REGARDING
           ENFORCEABILITY OF RESTRICTIVE COVENANT LEASE
           PROVISIONS, AND NOTICE ISSUES
           T. WARNER   2.80 hours at  345.00 per hour.              966.00

11/23/05   SEVERAL CORRESPONDENCE TO CLIENTS REGARDING █
           ████████████████████████████████████
           A. M. GRUNSPAN   .60 hours at  345.00 per hour.          207.00

11/23/05   SEVERAL CORRESPONDENCE WITH M. CHLEBOVEC
           REGARDING ████████████
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

11/23/05   REVIEW TRANSCRIPT OF DEPOSITION OF TERRI
           HOLDER.
           A. M. GRUNSPAN   1.60 hours at  345.00 per hour.         552.00

11/23/05   LETTER TO EXPERT REGARDING SAME.
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

11/23/05   LETTER FROM EXPERT REGARDING ████████████████
           ████████████████████████
           A. M. GRUNSPAN   .40 hours at  345.00 per hour.          138.00

11/23/05   CONTACT EXPERT REGARDING SAME.
           A. M. GRUNSPAN   .30 hours at  345.00 per hour.          103.50

11/23/05   READ TRANSCRIPT OF DEPOSITION OF DOLLAR
           GENERAL'S DIRECTOR OF LEASE ADMINISTRATION AND
           MARK EXCERPTS TO BE USED IN BRIEF IN OPPOSITION
           TO MOTION FOR SUMMARY JUDGMENT.
           C. M. ROSENBERG   .90 hours at  345.00 per hour.         310.50

11/23/05   REVIEW ISSUES REGARDING ENFORCING RESTRICTIVE
           COVENANT
           T. WARNER   .30 hours at  345.00 per hour.               103.50

---

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                    JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  402260                    PAGE  12

11/25/05  OUTLINE ISSUES AND RESPONSE FOR SUMMARY
          JUDGMENT MEMORANDUM
          T. WARNER   1.20 hours at  345.00 per hour.                    414.00

11/26/05  CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          J. R. ALDERMAN   .20 hours at  245.00 per hour.                 49.00

11/27/05  EDIT MEMORANDUM OPPOSING SUMMARY JUDGMENT.
          T. WARNER   .50 hours at  345.00 per hour.                     172.50

11/27/05  REVISE MEMORANDUM OPPOSING SUMMARY JUDGMENT.
          T. WARNER   .50 hours at  345.00 per hour.                     172.50

11/27/05  REVIEW CASE CITATIONS
          T. WARNER   1.00 hours at  345.00 per hour.                    345.00

11/27/05  ANALYZE CASE CITATIONS.
          T. WARNER   1.00 hours at  345.00 per hour.                    345.00

11/27/05  COMMENTS TO TRIAL TEAM REGARDING ARGUMENT
          STRUCTURE AND PRESENTATION
          T. WARNER   3.20 hours at  345.00 per hour.                   1104.00

11/28/05  REVIEW BOB REYNOLDS COMMENTS ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                138.00

11/28/05  LETTER TO C. ROSENBERG REGARDING SAME.
          A. M. GRUNSPAN   .10 hours at  345.00 per hour.                 34.50

11/28/05  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                103.50

11/28/05  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                138.00

11/28/05  LETTER TO CLIENT REGARDING ▮▮▮▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮
          A. M. GRUNSPAN   .30 hours at  345.00 per hour.                103.50

11/28/05  SEVERAL CORRESPONDENCE WITH M. CHLEBOVEC.
          A. M. GRUNSPAN   .40 hours at  345.00 per hour.                138.00

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                         JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                     REF. NO.  50116-23449
INVOICE NUMBER  402260                         PAGE  13

11/28/05  REVISE ███████████████████ FOR MIKE
          CHLEBOVEC.
          A. M. GRUNSPAN    .90 hours at  345.00 per hour.        310.50

11/28/05  REVISE MOTION TO STRIKE T. HOLDER AFFIDAVIT AND
          MEMORANDUM OF LAW.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.        379.50

11/28/05  ASSIST CSR IN PREPARING FOR LANDLORD'S
          DEPOSITION OF TERRI HOLDER.
          J. R. ALDERMAN   .80 hours at  245.00 per hour.         196.00

11/28/05  CONFER WITH AMG REGARDING ██████████████████
          J. R. ALDERMAN   .30 hours at  245.00 per hour.          73.50

11/28/05  CONFER WITH AMG AND CSR ████████████████████
          ████████████████████
          J. R. ALDERMAN   .30 hours at  245.00 per hour.          73.50

11/28/05  RECEIPT AND REVIEW OF ORIGINAL AFFIDAVIT OF
          RICH HARRIS. INSTRUCTIONS TO PARALEGAL
          CONCERNING FILING.
          J. R. ALDERMAN   .50 hours at  245.00 per hour.         122.50

11/28/05  CONFER WITH CSR AND AMG REGARDING██████████
          ████████████████████
          J. R. ALDERMAN   .30 hours at  245.00 per hour.          73.50

11/28/05  REVIEW DEPOSITION TRANSCRIPT OF TERRI HOLDER IN
          CONNECTION WITH DRAFTING MOTION TO STRIKE.
          J. R. ALDERMAN   .70 hours at  245.00 per hour.         171.50

11/28/05  DRAFT MOTION TO STRIKE DEPOSITION OF TERRI
          HOLDER.
          J. R. ALDERMAN   1.40 hours at  245.00 per hour.        343.00

11/28/05  RESEARCH LAW ON SUFFICIENCY OF KNOWLEDGE TO
          SUPPORT AFFIDAVIT FILED IN CONNECTION WITH
          MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   2.10 hours at  245.00 per hour.        514.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  402260

JANUARY 5, 2006
REF. NO.  50116-23449
PAGE  14

---

11/28/05   TELEPHONE CONFERENCE WITH OPPOSING COUNSEL
           REGARDING THE CONTINUATION OF THE DEPOSITION OF
           TERRI HOLDER, EXCHANGE EMAILS WITH ALL COUNSEL
           REGARDING THE SAME, REVIEW OUTLINE OF ISSUES TO
           BE RAISED IN MEMORANDUM IN OPPOSITION TO MOTION
           FOR SUMMARY JUDGMENT, CONFERENCES REGARDING USE
           OF EXPERT AFFIDAVIT TO OPPOSE MOTION FOR
           SUMMARY JUDGMENT.
           C. M. ROSENBERG    .80 hours at  345.00 per hour.          276.00

11/28/05   WORK ON MEMORANDUM OPPOSING SUMMARY JUDGMENT.
           T. WARNER   1.00 hours at  345.00 per hour.                345.00

11/28/05   REVIEW DOLGENCORP'S MEMO.
           T. WARNER    .50 hours at  345.00 per hour.                172.50

11/28/05   REVIEW DOLGENCORP'S ISSUES.
           T. WARNER    .50 hours at  345.00 per hour.                172.50

11/29/05   REVISE MOTION TO STRIKE AND EXHIBITS.
           A. M. GRUNSPAN    .50 hours at  345.00 per hour.           172.50

11/29/05   SEVERAL CORRESPONDENCE WITH J. IANNO REGARDING
           ▬▬▬▬▬
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

11/29/05   REVIEW M. CHLEBOVEC RESUME AND CONTACT SAME.
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

11/29/05   SEVERAL CORRESPONDENCE WITH M. CHLEBOVEC
           REGARDING ▬▬▬▬▬▬▬▬▬▬
           A. M. GRUNSPAN    .80 hours at  345.00 per hour.           276.00

11/29/05   REVIEW AND REVISE MOTION CONCERNING AFFIDAVIT
           J. IANNO, JR.    .30 hours at  345.00 per hour.            103.50

11/29/05   EXCHANGE CORRESPONDENCE WITH COUNSEL ▬▬▬▬▬▬
           ▬▬▬▬▬▬▬▬▬ REVIEW MEMORANDUM
           J. IANNO, JR.    .50 hours at  345.00 per hour.            172.50

11/29/05   REVIEW T. WARNER REVISIONS TO MEMO OF LAW IN
           OPPOSITION TO DOLGENCORP MOTION FOR SUMMARY
           JUDGMENT.
           D. J. SMITH    .60 hours at  245.00 per hour.              147.00

11/29/05   E-MAILS TO/FROM AMG RE: ▬▬▬▬▬▬▬
           ▬▬▬▬▬▬▬
           D. J. SMITH    .40 hours at  245.00 per hour.               98.00

## CARLTON FIELDS, P.A.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  402260

JANUARY 5, 2006
REF. NO.  50116-23449
PAGE  15

11/29/05  REVIEW HOLDER DEPOSITION FOR EXCERPTS AND
ADDITIONS TO MEMO OF LAW IN OPPOSITION TO
DOLGENCORP MOTION FOR SUMMARY JUDGMENT.
D. J. SMITH   1.10 hours at  245.00 per hour.                269.50

11/29/05  PREPARE ADDITIONS TO MEMO OF LAW IN OPPOSITION
TO DOLGENCORP MOTION FOR SUMMARY JUDGMENT BASED
ON NEW AFFIDAVITS AND HOLDER DEPOSITION.
D. J. SMITH   2.60 hours at  245.00 per hour.                637.00

11/29/05  REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
TO STRIKE AFFIDAVIT OF TERRI HOLDER.
J. R. ALDERMAN   .60 hours at  245.00 per hour.           147.00

11/29/05  DRAFT, REVISE, EDIT MOTION TO STRIKE.
J. R. ALDERMAN   2.40 hours at  245.00 per hour.          588.00

11/29/05  CONFER WITH AMG REGARDING ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

11/29/05  READ AND ANALYZE ADDITIONAL CASE CITATIONS AND
COMMENTS REGARDING REVISIONS TO REQUEST
T. WARNER   .60 hours at  345.00 per hour.                207.00

11/29/05  WORK ON EDITS.
T. WARNER   2.00 hours at  345.00 per hour.               690.00

11/29/05  REVISE CHANGES.
T. WARNER   .80 hours at  345.00 per hour.                276.00

11/29/05  DRAFT CHANGES.
T. WARNER   .80 hours at  345.00 per hour.                276.00

11/29/05  RECEIVE MOTION TO STRIKE AFFIDAVIT OF TERRI
HOLDER AND NOTICE OF HEARING.
J. DILLARD*   .20 hours at  85.00 per hour.                17.00

11/29/05  REVIEW MOTION TO STRIKE AFFIDAVIT OF TERRI
HOLDER AND NOTICE OF HEARING.
J. DILLARD*   .20 hours at  85.00 per hour.                17.00

11/29/05  REVISE MOTION TO STRIKE AFFIDAVIT OF TERRI
HOLDER AND NOTICE OF HEARING.
J. DILLARD*   .20 hours at  85.00 per hour.                17.00

11/29/05  PREPARE SAME FOR FILING.
J. DILLARD*   .20 hours at  85.00 per hour.                17.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

**ATTORNEYS AT LAW**

WINN DIXIE STORES, INC
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  402260

JANUARY 5, 2006
REF. NO.  50116-23449
PAGE  16

11/29/05 PREPARE SAME FOR SERVICE.
        J. DILLARD*    .20 hours at  85.00 per hour.                    17.00

11/29/05 DIARY HEARING DATE
        J. DILLARD*    .80 hours at  85.00 per hour.                    68.00

11/30/05 SEVERAL CORRESPONDENCE AND CONFERENCES WITH BOB
        REYNOLDS REGARDING SAME.
        A. M. GRUNSPAN   .50 hours at  345.00 per hour.                172.50

11/30/05 REVISE BILL RILEY AFFIDAVIT.
        A. M. GRUNSPAN   .90 hours at  345.00 per hour.                310.50

11/30/05 SEVERAL CORRESPONDENCE WITH BILL RILEY.
        A. M. GRUNSPAN   .40 hours at  345.00 per hour.                138.00

11/30/05 REVISE BOB REYNOLDS AFFIDAVIT.
        A. M. GRUNSPAN   .60 hours at  345.00 per hour.                207.00

11/30/05 CONTINUED ADDITIONS TO MEMORANDUM OF LAW AND
        FACTUAL MATERIALS IN OPPOSITION TO DOLGENCORP'S
        MOTION FOR SUMMARY JUDGMENT.
        D. J. SMITH   5.70 hours at  245.00 per hour.                 1396.50

11/30/05 REVIEW FILE. CONFER WITH TOM WARNER REGARDING
        ADDITIONAL CITES TO MEMO.
        J. R. ALDERMAN   .40 hours at  245.00 per hour.                98.00

11/30/05 REVIEW SEC FILINGS FOR DOLLAR GENERAL CORP.
        FROM 2001 TO PRESENT AND COMPILE EXHIBIT
        SUMMARIZING PERTINENT FACTS THEREIN FOR MOTION
        FOR SUMMARY JUDGMENT.
        A. P. FRY   1.00 hours at  245.00 per hour.                   245.00

11/30/05 FINAL REVISIONS TO MEMO IN OPPOSITION.
        T. WARNER   1.00 hours at  345.00 per hour.                   345.00

11/30/05 REVIEW ADDITIONAL CASE CITES.
        T. WARNER    .20 hours at  345.00 per hour.                    69.00

11/30/05 ADD ADDITIONAL CASE CITES.
        T. WARNER    .20 hours at  345.00 per hour.                    69.00

11/30/05 INSTRUCTIONS REGARDING FINALIZING FOR FILING.
        T. WARNER    .80 hours at  345.00 per hour.                   276.00


        TOTAL FEES FOR PROFESSIONAL SERVICES            $53,146.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

**ATTORNEYS AT LAW**

WINN DIXIE STORES, INC                          JANUARY 5, 2006
DOLGENCORP, INC, STORE 221                      REF. NO.  50116-23449
INVOICE NUMBER  402260                          PAGE  17

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 40.50 hours at $345.00 = | 13972.50 |
| JI | J. IANNO, JR. | 0.80 hours at $345.00 = | 276.00 |
| DJS | D. J. SMITH | 72.90 hours at $245.00 = | 17860.50 |
| JRA | J. R. ALDERMAN | 36.40 hours at $245.00 = | 8918.00 |
| APF | A. P. FRY | 1.00 hours at $245.00 = | 245.00 |
| CMR | C. M. ROSENBERG | 10.60 hours at $345.00 = | 3657.00 |
| TW | T. WARNER | 23.30 hours at $345.00 = | 8038.50 |
| JD* | J. DILLARD* | 1.80 hours at $85.00 = | 153.00 |
| MM* | M. MURRAY* | 0.30 hours at $85.00 = | 25.50 |
| | TOTALS | 187.60 | $53,146.00 |

### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005

| | | |
|---|---|---|
| | COPYING COST | 634.60 |
| | FAX | 137.00 |
| | POSTAGE | 31.34 |
| | TELEPHONE | 14.91 |
| | ONLINE COMPUTER SERVICES | 27.00 |
| 10/19/05 | MESSENGER CHARGES | 83.52 |
| 11/18/05 | MESSENGER CHARGES | 75.24 |
| 11/28/05 | CERTIFIED COPIES - VENDOR: SHARON R. BOCK, CLERK & COMPTROLLER CERTIFIED COPY OF SHORT FORM LEASE | 15.00 |
| 11/30/05 | COURT REPORTER CHARGE - VENDOR: BROWN REPORTING, INC.  - TRANSCRIPT OF TERRI HOLDER DEPOSITION. | 652.17 |
| 11/02/05 | WESTLAW RESEARCH | 11.80 |
| 11/02/05 | WESTLAW RESEARCH | 11.70 |
| 11/02/05 | WESTLAW RESEARCH | 13.61 |
| 11/02/05 | WESTLAW RESEARCH | 29.83 |
| 11/02/05 | WESTLAW RESEARCH | 76.47 |
| 11/02/05 | WESTLAW RESEARCH | 4.30 |
| 11/02/05 | WESTLAW RESEARCH | 1.88 |
| 11/02/05 | WESTLAW RESEARCH | 1.24 |
| 11/02/05 | WESTLAW RESEARCH | 1.01 |
| 11/02/05 | WESTLAW RESEARCH | 3.53 |
| 11/02/05 | WESTLAW RESEARCH | 2.84 |
| 11/07/05 | WESTLAW RESEARCH | 2.29 |
| 11/07/05 | WESTLAW RESEARCH | 3.90 |
| 11/07/05 | WESTLAW RESEARCH | 47.99 |
| 11/07/05 | WESTLAW RESEARCH | 6.49 |
| 11/07/05 | WESTLAW RESEARCH | 10.94 |
| 11/07/05 | WESTLAW RESEARCH | 7.17 |
| 11/08/05 | WESTLAW RESEARCH | 54.60 |
| 11/08/05 | WESTLAW RESEARCH | 12.92 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE STORES, INC                  JANUARY 5, 2006
DOLGENCORP, INC, STORE 221              REF. NO.  50116-23449
INVOICE NUMBER  402260                  PAGE  18

| | | |
|---|---|---:|
| 11/08/05 | WESTLAW RESEARCH | 4.54 |
| 11/08/05 | WESTLAW RESEARCH | 76.24 |
| 11/08/05 | WESTLAW RESEARCH | 91.52 |
| 11/14/05 | WESTLAW RESEARCH | 0.55 |
| 11/14/05 | WESTLAW RESEARCH | 0.19 |
| 11/14/05 | WESTLAW RESEARCH | 5.05 |
| 11/15/05 | WESTLAW RESEARCH | 4.34 |
| 11/15/05 | WESTLAW RESEARCH | 115.13 |
| 11/15/05 | WESTLAW RESEARCH | 12.33 |
| 11/15/05 | WESTLAW RESEARCH | 3.90 |
| 11/18/05 | WESTLAW RESEARCH | 11.70 |
| 11/21/05 | WESTLAW RESEARCH | 42.91 |
| 11/21/05 | WESTLAW RESEARCH | 95.08 |
| 11/21/05 | WESTLAW RESEARCH | 17.68 |
| 11/21/05 | WESTLAW RESEARCH | 11.13 |
| 11/21/05 | WESTLAW RESEARCH | 3.91 |

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005        $2,471.49
                                                       - - - - - - - - - - - -

TOTAL AMOUNT DUE THIS INVOICE        $55,617.49
                                     ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION        DECEMBER 28, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-26545
                                        INVOICE NUMBER  402258
```

```
RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN
     PLAZA, INC, STORE NO 2329
```

```
LEGAL SERVICES POSTED THROUGH 11/30/05        $721.50
COSTS ADVANCED POSTED THROUGH 11/30/05          $1.80
                                              ------------

     CURRENT INVOICE TOTAL                    $723.30
                                              ============
```

```
              *** REMITTANCE COPY ***
```

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59 1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
FAMILY DOLLAR STORES OF FLORIDA, INC, PORT ST JOHN50116-26545
INVOICE NUMBER  402258                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**

11/14/05  REVIEW DEFAULT ISSUES.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

11/15/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          DISCOVERY.
          J. R. ALDERMAN    1.20 hours at  245.00 per hour.          294.00

11/29/05  REVIEW FILE IN CONNECTION WITH DRAFTING
          COMPLAINT.
          J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

11/29/05  CONFERENCE WITH ALAN FRY CONCERNING ████
          ████ J. R. ALDERMAN     .20 hours at  245.00 per hour.      49.00


          TOTAL FEES FOR PROFESSIONAL SERVICES              $721.50

ATTORNEY FEE SUMMARY

  AMG     A. M. GRUNSPAN        0.60 hours at  $345.00 =       207.00
  JRA     J. R. ALDERMAN        2.10 hours at  $245.00 =       514.50
          TOTALS                2.70                         $721.50

**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005**

          COPYING COST                          1.80

          TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005      $1.80
                                                          - - - - - - - - - - - -

                    **TOTAL AMOUNT DUE THIS INVOICE**      $723.30
                                                          ============

CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.