# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  49761-23399
INVOICE NUMBER  402249

RE:  BANKRUPTCY

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 11/30/05 | $4,561.00 |
| COSTS ADVANCED POSTED THROUGH 11/30/05 | $841.99 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$5,402.99** |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE STORES, INC                    DECEMBER 28, 2005
BANKRUPTCY                                REF. NO.  49761-23399
INVOICE NUMBER  402249                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**


| | | |
|---|---|---:|
| 10/11/05 | SEVERAL CORRESPONDENCE WITH CO-COUNSEL REGARDING INTERIM FEE APPLICATION. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 11/04/05 | REVIEW OF DOCUMENTS FOR SECOND INTERIM FEE APPLICATION (.7); WORK ON DRAFTING OF SAME (1.6); REVIEW AND ANALYSIS OF ISSUES REGARDING FEE AND COST TOTALS FOR INTERIM PERIOD AND REVIEW OF ACCOUNTING MATERIALS REGARDING SAME (.7); | |
| | J. D. SILVER   3.00 hours at  345.00 per hour. | 1035.00 |
| 11/08/05 | CONTINUE WORK ON MATTERS RE COMPLETING FEE APPLICATION(2.3); MEETING WITH ACCOUNTING DEPARTMENT PERSONNEL REGARDING INVOICES AND PAYMENTS RECEIVED ON SAME (.8); REVIEW OF INVOICE LISTINGS RE RECONCILIATION (.5) | |
| | J. D. SILVER   3.60 hours at  345.00 per hour. | 1242.00 |
| 11/08/05 | PREPARE FEE PETITION PAPERS. | |
| | A. M. GRUNSPAN    .80 hours at  345.00 per hour. | 276.00 |
| 11/08/05 | PREPARE AND REDACT BILLS FOR SUBMISSION TO BANKRUPTCY COURT AT REQUEST OF AMG. | |
| | D. J. SMITH   1.50 hours at  245.00 per hour. | 367.50 |
| 11/08/05 | PREPARE MEMO TO FILE RE: BILLS SUBMITTED TO BANKRUPTCY COURT. | |
| | D. J. SMITH    .50 hours at  245.00 per hour. | 122.50 |
| 11/10/05 | FINALIZE SECOND INTERIM FEE APPLICATION (1.2); FINALIZE REVIEW OF DOCUMENTS RELATING TO ATTORNEY STATISTICS IN WINN DIXIE MATTERS FOR WHICH COMPENSATION IS BEING SOUGHT (.3); DRAFT E-MAIL CORRESPONDENCE REGARDING FILING OF FEE APPLICATION (.1); | |
| | J. D. SILVER   1.60 hours at  345.00 per hour. | 552.00 |
| 11/10/05 | REVIEW INTERIM FEE PETITION AND ATTACHMENTS. | |
| | A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 11/10/05 | SEVERAL CORRESPONDENCE WITH J. SILVER REGARDING SAME. | |
| | A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### A T T O R N E Y S   A T   L A W

FED. ID 59-1233896

WINN DIXIE STORES, INC                          DECEMBER 28, 2005
BANKRUPTCY                                       REF. NO.  49761-23399
INVOICE NUMBER  402249                           PAGE    2


11/10/05 REVIEW FINAL INTERIM FEE APPLICATION AND
         ATTACHMENTS.
         A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

11/15/05 LETTER TO CLIENT REGARDING BILLS.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

11/16/05 SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
         FEE APPLICATION.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00


         TOTAL FEES FOR PROFESSIONAL SERVICES              $4,561.00


## ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---:|
| JDS | J. D. SILVER | 8.20 hours at  $345.00 = | 2829.00 |
| AMG | A. M. GRUNSPAN | 3.60 hours at  $345.00 = | 1242.00 |
| DJS | D. J. SMITH | 2.00 hours at  $245.00 = | 490.00 |
| | TOTALS | 13.80 | $4,561.00 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005

         COPYING COST                             743.60
         POSTAGE                                    3.68
11/11/05 EXPRESS MAIL                              94.71

         TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005    $841.99
                                                          ------------

                    **TOTAL AMOUNT DUE THIS INVOICE**      $5,402.99
                                                          ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID  59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION        DECEMBER 28, 2005
5050 EDGEWOOD COURT                     ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                 REF. NO.  50116-23452
                                        INVOICE NUMBER  402251


   RE:  BEACHWALK CENTRE II, LLC



   LEGAL SERVICES POSTED THROUGH 11/30/05      $2,009.00
   COSTS ADVANCED POSTED THROUGH 11/30/05          $1.65
                                            - - - - - - - - - - - -

              CURRENT INVOICE TOTAL          $2,010.65
                                            ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
BEACHWALK CENTRE II, LLC                  REF. NO.  50116-23452
INVOICE NUMBER  402251                    PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005


10/12/05 REVIEW FILE IN CONNECTION WITH STATUS AND
         STRATEGY MEETING WITH AMG.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

11/02/05 CONTACTED BY COUNSEL FOR LANDLORD REGARDING
         COOPERATION AGREEMENT ISSUES.
         A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

11/02/05 LETTER TO CLIENT REGARDING SAME.
         A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

11/02/05 REVIEW PROPOSED LEASE AMENDMENT.
         A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

11/07/05 CONTACT CLIENT REGARDING STATUS CONFERENCE.
         A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/10/05 REVISE LEASE AMENDMENT ON 561.
         A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

11/10/05 PREPARE FOR AND CONFERENCE WITH CLIENTS
         REGARDING STRATEGY AND COOPERATION AGREEMENT.
         A. M. GRUNSPAN     .90 hours at  345.00 per hour.          310.50

11/10/05 MEMO TO AMG AT HIS RE: BEACHWALK COOPERATION
         AGREEMENT AND CASE.
         D. J. SMITH     .70 hours at  245.00 per hour.             171.50

11/14/05 REVIEW LEASE AMENDMENT REGARDING COOPERATION
         AGREEMENT.
         A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

11/24/05 LETTER TO CLIENT REGARDING COOPERATION
         AGREEMENT.
         A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00


         TOTAL FEES FOR PROFESSIONAL SERVICES            $2,009.00


## CARLTON FIELDS, P.A.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
BEACHWALK CENTRE II, LLC                   REF. NO.  50116-23452
INVOICE NUMBER  402251                     PAGE    2

## ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 4.90 hours at | $345.00 = | 1690.50 |
| DJS | D. J. SMITH | 0.70 hours at | $245.00 = | 171.50 |
| JRA | J. R. ALDERMAN | 0.60 hours at | $245.00 = | 147.00 |
| | TOTALS | 6.20 | | $2,009.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005**

TELEPHONE                                              1.65

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005          $1.65
                                                   - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE          $2,010.65**
                                                   ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
5050 EDGEWOOD COURT                        ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                    REF. NO.  50116-23446
                                           INVOICE NUMBER  402250


RE:  HURRICANE CLAIMS PREPARATION



LEGAL SERVICES POSTED THROUGH 11/30/05        $1,768.00
COSTS ADVANCED POSTED THROUGH 11/30/05            $8.66
                                           - - - - - - - - - - - -
           CURRENT INVOICE TOTAL              $1,776.66
                                           ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID. 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
HURRICANE CLAIMS PREPARATION
INVOICE NUMBER  402250

DECEMBER 28, 2005
REF. NO.  50116-23446
PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**

11/01/05  REVIEW OF CORRESPONDENCE FROM JONATHAN MELLITZ
          OF CHASE ENTERPRISES REGARDING STORE NO.: 2219.
          E. G. OSMAN     .20 hours at  345.00 per hour.                69.00

11/01/05  TELEPHONE CONFERENCE WITH THE LANDLORD FOR
          STORE 514 (0.3); REVIEW FILE FOR STORE 541 AND
          PREPARE CORRESPONDENCE TO CHET BOROWY FOR MORE
          INFORMATION (0.3)
          K. M. JOHNSON    .60 hours at  245.00 per hour.              147.00

11/02/05  FURTHER UPDATE ON STORE 570 WITH SUSAN
          MAGADENNO AND FOLLOW UP AND OTHERS.
          E. G. OSMAN     .30 hours at  345.00 per hour.               103.50

11/02/05  REVIEW FILE FOR STORE 570 AND RESPOND TO
          CORRESPONDENCE FROM SUSAN MAGADDINO AND
          MULTIPLE CORRESPONDENCE FROM CATHERINE IBOLD.
          K. M. JOHNSON    .60 hours at  245.00 per hour.              147.00

11/03/05  WORK ON LANDLORD PROBLEMS.
          E. G. OSMAN     .30 hours at  345.00 per hour.               103.50

11/03/05  EVALUATE STATUS OF STORE 570 FILE WITH EDITH
          OSMAN AND WHETHER TO SEND AN ADDITIONAL DEMAND
          LETTER
          K. M. JOHNSON    .20 hours at  245.00 per hour.               49.00

11/07/05  STORE 726 LEASE AND AMENDMENT REVIEW IN
          PREPARATION FOR CONFERENCE CALL.
          D. J. SMITH   1.10 hours at  245.00 per hour.                269.50

11/07/05  MEMO TO AMG RE: ███████████████████
          D. J. SMITH   1.20 hours at  245.00 per hour.                294.00

11/07/05  REVIEW OF CORRESPONDENCE FROM R. A. EMMANUEL
          REGARDING 558,507 AND 561.
          E. G. OSMAN     .10 hours at  345.00 per hour.                34.50

11/09/05  CONTINUE TO WORK ON LANDLORD ISSUES.
          E. G. OSMAN     .30 hours at  345.00 per hour.               103.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
HURRICANE CLAIMS PREPARATION
INVOICE NUMBER  402250

DECEMBER 28, 2005
REF. NO.  50116-23446
PAGE   2

| | | |
|---|---|---|
| 11/09/05 | TELEPHONE CONFERENCE WITH EDITH OSMAN REGARDING STORE ▪▪▪ | |
| | K. M. JOHNSON     .20 hours at  245.00 per hour. | 49.00 |
| 11/10/05 | REVIEW OF FAX FROM K. ROMEO REGARDING STORE 741. | |
| | E. G. OSMAN     .10 hours at  345.00 per hour. | 34.50 |
| 11/17/05 | FOLLOW UP ON LANDLORD RESPONSES. | |
| | E. G. OSMAN     .20 hours at  345.00 per hour. | 69.00 |
| 11/22/05 | WORK ON FOLLOW UP ON 2 MOST PRESSING CASES. | |
| | E. G. OSMAN     .20 hours at  345.00 per hour. | 69.00 |
| 11/23/05 | TELEPHONE CONFERENCE WITH LANDLORD REGARDING STORE 299 | |
| | K. M. JOHNSON     .30 hours at  245.00 per hour. | 73.50 |
| 11/28/05 | REVIEW OF CORRESPONDENCE FROM FIREMAN'S FUND REGARDING STORE 208 | |
| | E. G. OSMAN     .10 hours at  345.00 per hour. | 34.50 |
| 11/29/05 | FOLLOW UP ON FEW CLAIMS. | |
| | E. G. OSMAN     .20 hours at  345.00 per hour. | 69.00 |
| 11/29/05 | REVIEW CORRESPONDENCE FROM EDITH OSMAN REGARDING STORE ▪▪▪ , REVIEW FILE AND RESPOND TO SAME. | |
| | K. M. JOHNSON     .20 hours at  245.00 per hour. | 49.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                    $1,768.00

ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| DJS | D. J. SMITH | 2.30 hours at  $245.00 = | 563.50 |
| EGO | E. G. OSMAN | 2.00 hours at  $345.00 = | 690.00 |
| KMJ | K. M. JOHNSON | 2.10 hours at  $245.00 = | 514.50 |
| | TOTALS | 6.40 | $1,768.00 |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  402250                    PAGE    3


COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005


COPYING COST                                      3.00
POSTAGE                                           5.05
TELEPHONE                                         0.61

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005        $8.66
                                                  - - - - - - - - - - - -

                    TOTAL AMOUNT DUE THIS INVOICE       $1,776.66
                                                  ============

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID. 59.1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  402252

RE:  ROYAL OAKS BRANDON, LTD, STORE 734

```
LEGAL SERVICES POSTED THROUGH 11/30/05          $1,404.00
COSTS ADVANCED POSTED THROUGH 11/30/05             $10.80
                                           - - - - - - - - - - - -
            CURRENT INVOICE TOTAL               $1,414.80
                                           ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | DECEMBER 28, 2005 |
| ROYAL OAKS BRANDON, LTD, STORE 734 | REF. NO.  50116-23456 |
| INVOICE NUMBER  402252 | PAGE   1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**

11/01/05 CONFER WITH AMG REGARDING ███████████████
J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

11/03/05 REVIEW FILE IN CONNECTION WITH DRAFTING
DISCOVERY.
J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

11/03/05 ANALYSIS OF LEGAL ISSUES RESULTING FROM DOLLAR
GENERAL HAVING LEFT THE SHOPPING CENTER
PREMISES.
J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

11/28/05 REVIEW ███████████████████████
A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

11/28/05 LETTER TO CLIENT REGARDING SAME.
A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/29/05 SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
███████████████████████
A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

11/29/05 REVIEW OF FILE IN CONNECTION WITH STATUS.
J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

11/30/05 REVIEW FILE IN CONNECTION WITH STATUS MEETING
WITH AMG.
J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

11/30/05 REVIEW ████████████████
J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

11/30/05 CONFER WITH AMG REGARDING █████████████
J. R. ALDERMAN     .30 hours at  245.00 per hour.           73.50

11/30/05 MEMORANDUM TO AMG REGARDING ████████████
J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50


TOTAL FEES FOR PROFESSIONAL SERVICES              $1,404.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
ROYAL OAKS BRANDON, LTD, STORE 734
INVOICE NUMBER   402252

DECEMBER 28, 2005
REF. NO.   50116-23456
PAGE    2

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.30 hours at $345.00 = | | 448.50 |
| JRA | J. R. ALDERMAN | 3.90 hours at $245.00 = | | 955.50 |
| | TOTALS | 5.20 | | $1,404.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005

COPYING COST                                          10.80

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005          $10.80
                                                    - - - - - - - - - - - -

TOTAL AMOUNT DUE THIS INVOICE     $1,414.80
                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

## ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  402253


RE:  GENERAL MATTERS


LEGAL SERVICES POSTED THROUGH 11/30/05          $10,742.00
COSTS ADVANCED POSTED THROUGH 11/30/05              $82.86
                                                - - - - - - - - - - - - -

            CURRENT INVOICE TOTAL               $10,824.86
                                                ============


*** REMITTANCE COPY ***


Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  402253                    PAGE   1


PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005


11/01/05  REVIEW LEGAL ISSUES REGARDING ████████████
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.          414.00

11/02/05  REVIEW REVISED MEMORANDUM OF LAW FROM
          CO-COUNSEL REGARDING ████ AND RELATED CASES.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.          414.00

11/02/05  CONTACT CO-COUNSEL REGARDING REVISIONS TO
          MEMORANDUM OF LAW ON ████.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

11/02/05  REVIEW LEGAL MEMORANDUM AND LAW AT REQUEST OF
          AMG.
          D. J. SMITH     .50 hours at  245.00 per hour.           122.50

11/03/05  CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
          726.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.           69.00

11/03/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          OPPOSING COUNSEL REGARDING 726 STATUS AND
          STRATEGY.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

11/03/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ████.
          A. M. GRUNSPAN    .80 hours at  345.00 per hour.          276.00

11/03/05  LETTER TO CLIENT REGARDING ████ STATUS AND
          STRATEGY.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

11/03/05  LETTER TO CLIENT REGARDING ████ STATUS AND
          STRATEGY.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

11/04/05  CORRESPONDENCE WITH CLIENT REGARDING ████ AND
          ████.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

11/04/05  REVISE MEMORANDUM ON ████.
          A. M. GRUNSPAN   1.40 hours at  345.00 per hour.          483.00

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  402253                    PAGE   2

11/04/05  CORRESPONDENCE WITH C. JACKSON REGARDING ▮▮▮▮
          ▮▮▮▮▮
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

11/04/05  CORRESPONDENCE WITH CLIENT REGARDING ▮▮▮▮
          STRATEGY AND MEETING.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

11/07/05  REVIEW SEVERAL CORRESPONDENCE ON 726 AND REVIEW
          FILE AND PREPARE FOR CLIENT CONFERENCE.
          A. M. GRUNSPAN    1.40 hours at  345.00 per hour.          483.00

11/07/05  ATTEND CLIENT CONFERENCE; MEMORANDUM TO FILE.
          A. M. GRUNSPAN     .80 hours at  345.00 per hour.          276.00

11/07/05  LETTER TO C. IBOLD.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/07/05  CONTACT DAVID J. SMITH REGARDING ▮▮▮▮▮
          ▮▮▮▮▮
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

11/07/05  CONTACT JASON ALDERMAN REGARDING ▮▮▮▮▮
          ▮▮▮▮▮
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

11/07/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▮▮▮▮
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

11/08/05  REVIEW CASES ON ▮▮▮▮▮
          ▮▮▮▮▮
          A. M. GRUNSPAN    1.60 hours at  345.00 per hour.          552.00

11/09/05  LETTER TO C. IBOLD REGARDING DEMAND LETTER TO
          LANDLORD.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/09/05  LETTER TO K. ROMEO REGARDING INSURANCE
          REIMBURSEMENT.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/10/05  PREPARE FOR AND CONFERENCE WITH CLIENTS
          REGARDING ▮▮▮▮▮
          ▮▮▮▮▮
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  402253                    PAGE     3

11/10/05  PREPARE FOR AND CONFERENCE WITH CLIENTS
          REGARDING STRATEGY AND ACTION ON ▮▮▮▮▮
          A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

11/10/05  LETTER TO CLIENT REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/10/05  REVISE COOPERATION AGREEMENT ON 2324.
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

11/11/05  CORRESPONDENCE AND CONFERENCE WITH OPPOSING
          COUNSEL REGARDING 726.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

11/11/05  REVISE 251 MEMORANDUM.
          A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

11/11/05  LETTER TO CLIENT AND C. JACKSON.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/11/05  SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮AND REVIEW DOCUMENTS
          REGARDING SAME.
          A. M. GRUNSPAN     .90 hours at  345.00 per hour.          310.50

11/11/05  SEVERAL LETTERS FROM CLIENTS REGARDING ▮▮▮▮▮
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

11/11/05  CONTACTED BY OPPOSING COUNSEL REGARDING #726.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/11/05  REVIEW #2329 DEFAULT NOTICE.
          A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

11/14/05  REVIEW ANTITRUST ISSUES REGARDING FLORIDA
          STATUS 542 DEFENSE.
          A. M. GRUNSPAN     .70 hours at  345.00 per hour.          241.50

11/14/05  CONTACT OPPOSING COUNSEL REGARDING NEGOTIATION
          OF DEPOSIT OF RENTS IN ESCROW IN EXCHANGE FOR
          CONSTRUCTION SCHEDULE.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

11/15/05  SEVERAL LETTERS FROM CONSTRUCTION MANAGER AND
          K. CHERRY.
          A. M. GRUNSPAN     .60 hours at  345.00 per hour.          207.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  402253                    PAGE    4

| | | |
|---|---|---|
| 11/15/05 | SEVERAL CORRESPONDENCE WITH CLIENTS AND OPPOSING COUNSEL REGARDING SAME.<br>A. M. GRUNSPAN   1.80 hours at  345.00 per hour. | 621.00 |
| 11/15/05 | CONTACT DAVID J. SMITH REGARDING ▬▬▬▬▬<br>▬▬▬▬▬  A. M. GRUNSPAN   .40 hours at  345.00 per hour. | 138.00 |
| 11/15/05 | CORRESPONDENCE WITH CLIENTS REGARDING ▬▬▬<br>▬▬▬▬▬  A. M. GRUNSPAN   .80 hours at  345.00 per hour. | 276.00 |
| 11/16/05 | REVIEW STRING E-MAILS REGARDING ▬▬ AND LETTER TO CLIENT REGARDING SAME.<br>A. M. GRUNSPAN   1.00 hours at  345.00 per hour. | 345.00 |
| 11/16/05 | SEVERAL CORRESPONDENCE WITH OPPOSING COUNSEL AND CLIENTS REGARDING 726.<br>A. M. GRUNSPAN   .80 hours at  345.00 per hour. | 276.00 |
| 11/17/05 | SEVERAL CORRESPONDENCE WITH CLIENT AND OPPOSING COUNSEL REGARDING 726.<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 11/18/05 | COORDINATE ORDERING TITLE SEARCH REPORTS FOR DOLGENCORP IN JENSEN BEACH AND ROYAL OAKS.<br>A. P. FRY   .60 hours at  245.00 per hour. | 147.00 |
| 11/21/05 | SEVERAL CORRESPONDENCE WITH C. REYNOLDS AND OPPOSING COUNSEL.<br>A. M. GRUNSPAN   .50 hours at  345.00 per hour. | 172.50 |
| 11/21/05 | CONTACT C. REYNOLDS REGARDING ▬▬▬▬<br>A. M. GRUNSPAN   .60 hours at  345.00 per hour. | 207.00 |
| 11/21/05 | LETTER TO J. CASTLE REGARDING ▬▬▬▬<br>A. M. GRUNSPAN   .30 hours at  345.00 per hour. | 103.50 |
| 11/21/05 | ORDER TITLE SEARCH REPORTS FOR PORT ST. JOHN PLAZA, INC. AND FLAMINGO EAST, LTD.; CONFER WITH TITLE SEARCH COMPANIES REGARDING SAME.<br>A. P. FRY   .50 hours at  245.00 per hour. | 122.50 |
| 11/22/05 | SEVERAL CALLS TO EXPERTS AND CO-COUNSEL REGARDING STRATEGY.<br>A. M. GRUNSPAN   1.30 hours at  345.00 per hour. | 448.50 |

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
GENERAL MATTERS
INVOICE NUMBER   402253

DECEMBER 28, 2005
REF. NO.  50116-23458
PAGE     5

| | | |
|---|---|---:|
| 11/22/05 | SEVERAL CORRESPONDENCE ON 726 ISSUES WITH CLIENTS AND OPPOSING COUNSEL. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |
| 11/22/05 | SEVERAL CALLS TO CLIENT AND CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING 726. | |
| | A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 11/28/05 | LETTER TO OPPOSING COUNSEL REGARDING 726 CONSTRUCTION STATUS AND EXPENSE REIMBURSEMENT. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 11/28/05 | LETTER TO CHLEBOVEC REGARDING RESUME BACKGROUND. | |
| | A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 11/30/05 | REVIEW ADDITIONAL INVOICES REGARDING CLEANUP ON 726 AND CORRESPONDENCE WITH CLIENTS AND OPPOSING COUNSEL REGARDING SAME. | |
| | A. M. GRUNSPAN    .50 hours at  345.00 per hour. | 172.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $10,742.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 30.00 hours at | $345.00 = | 10350.00 |
| DJS | D. J. SMITH | 0.50 hours at | $245.00 = | 122.50 |
| APF | A. P. FRY | 1.10 hours at | $245.00 = | 269.50 |
| | TOTALS | 31.60 | | $10,742.00 |

## COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005

| | | |
|---|---|---:|
| | COPYING COST | 8.20 |
| | FAX | 16.00 |
| | TELEPHONE | 4.20 |
| 09/29/05 | EXPRESS MAIL | 54.46 |

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005       $82.86
- - - - - - - - - - - -

TOTAL AMOUNT DUE THIS INVOICE       $10,824.86
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID. 59-1233896

**PLEASE REMIT TO:**
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| | | | | | |
|---|---|---|---|---|---|
| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 35131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 35402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION      DECEMBER 28, 2005
5050 EDGEWOOD COURT                   ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254               REF. NO.  50116-23459
                                      INVOICE NUMBER   402254
```

RE:  JENSEN BEACH PLAZA, LTD, STORE 308

```
LEGAL SERVICES POSTED THROUGH 11/30/05        $928.50
COSTS ADVANCED POSTED THROUGH 11/30/05         $44.54
                                          - - - - - - - - - - - -
             CURRENT INVOICE TOTAL            $973.04
                                          ============
```

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  402254                    PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**

| | | |
|---|---|---|
| 11/10/05 | REVIEW PROPOSED ANSWER, DEFENSES AND COUNTERCLAIM. | |
| | A. M. GRUNSPAN     .80 hours at  345.00 per hour. | 276.00 |
| 11/10/05 | CONFER WITH AMG REGARDING ▮▮▮▮▮▮▮▮▮▮▮ | |
| | J. R. ALDERMAN     .30 hours at  245.00 per hour. | 73.50 |
| 11/10/05 | RECEIPT AND REVIEW MULTIPLE EMAILS FROM LEONARD RUTLAND REGARDING EXTENSIONS IN BANKRUPTCY, DISCOVERY AND ANSWER AND COUNTERCLAIM. | |
| | J. R. ALDERMAN     .40 hours at  245.00 per hour. | 98.00 |
| 11/11/05 | CORRESPONDENCE WITH J. ALDERMAN REGARDING ▮▮▮▮▮▮▮▮▮▮ | |
| | A. M. GRUNSPAN     .40 hours at  345.00 per hour. | 138.00 |
| 11/15/05 | REVIEW FILE IN CONNECTION WITH MOTION TO STRIKE. | |
| | J. R. ALDERMAN     .90 hours at  245.00 per hour. | 220.50 |
| 11/30/05 | TELECONFERENCE WITH LEONARD RUTLAND REGARDING STATUS OF BANKRUPTCY ORDER ON FILING ANSWER/ COUNTERCLAIM. | |
| | J. R. ALDERMAN     .30 hours at  245.00 per hour. | 73.50 |
| 11/30/05 | REVIEW EMAILS FROM LANDLORD'S COUNSEL REGARDING EXTENSION OF TIME. RETURN EMAIL. | |
| | J. R. ALDERMAN     .20 hours at  245.00 per hour. | 49.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES          $928.50

ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.20 hours at  $345.00 = | 414.00 |
| JRA | J. R. ALDERMAN | 2.10 hours at  $245.00 = | 514.50 |
| | TOTALS | 3.30 | $928.50 |

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
JENSEN BEACH PLAZA, LTD, STORE 308        REF. NO.  50116-23459
INVOICE NUMBER  402254                    PAGE    2


COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005


COPYING COST                                          25.80
FAX                                                   13.00
POSTAGE                                                2.30
TELEPHONE                                              3.44

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005          $44.54
                                                      - - - - - - - - - - - -

        TOTAL AMOUNT DUE THIS INVOICE              $973.04
                                                      ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23463
INVOICE NUMBER  402256

RE:  NOBLE MANAGEMENT COMPANY, STORE 2260

| | |
|---|---:|
| LEGAL SERVICES POSTED THROUGH 11/30/05 | $4,226.00 |
| COSTS ADVANCED POSTED THROUGH 11/30/05 | $72.20 |
| | ------------ |
| CURRENT INVOICE TOTAL | $4,298.20 |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | DECEMBER 28, 2005 |
| NOBLE MANAGEMENT COMPANY, STORE 2260 | REF. NO.  50116-23463 |
| INVOICE NUMBER  402256 | PAGE   1 |

## PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005

11/01/05 REVIEW FILE IN CONNECTION WITH STATUS MEMO TO
         AMG.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

11/01/05 CONFER WITH OPPOSING COUNSEL CONCERNING
         EXTENSION.
         J. R. ALDERMAN     .20 hours at  245.00 per hour.          49.00

11/09/05 DRAFT, REVISE, EDIT MOTION TO STRIKE.
         J. R. ALDERMAN    2.30 hours at  245.00 per hour.         563.50

11/09/05 REVIEW FILE, PARTICULARLY DOLLAR GENERAL'S
         ANSWER.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.         147.00

11/17/05 CONFER REGARDING ORDERING TITLE REPORTS.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

11/17/05 REVIEW LAW ON RESTRICTIVE REAL PROPERTY
         COVENANTS, WAIVER, LACHES IN CONNECTION WITH
         DRAFTING MOTION TO STRIKE.
         J. R. ALDERMAN    1.60 hours at  245.00 per hour.         392.00

11/17/05 REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
         TO STRIKE, PARTICULARLY COMPLAINT AND DOLLAR
         GENERAL'S ANSWERS.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.         171.50

11/17/05 DRAFT MOTION TO STRIKE DOLLAR GENERAL'S
         AFFIRMATIVE DEFENSES.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.         318.50

11/18/05 DRAFT, REVISE, EDIT MOTION TO STRIKE
         AFFIRMATIVE DEFENSES.
         J. R. ALDERMAN    3.40 hours at  245.00 per hour.         833.00

11/21/05 REVISE MEMO OF LAW IN SUPPORT OF MOTION TO
         STRIKE DEFENSES.
         A. M. GRUNSPAN    1.10 hours at  345.00 per hour.         379.50

11/21/05 REVIEW DRAFT MOTION TO STRIKE AFFIRMATIVE
         DEFENSES AND CASES CITED.
         D. J. SMITH      .50 hours at  245.00 per hour.          122.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  402256                    PAGE     2


11/21/05  RECEIPT AND REVIEW OF DOLLAR GENERAL'S ANSWERS
          TO INTERROGATORIES.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.          98.00

11/21/05  REVIEW OF FILE IN CONNECTION WITH REVISING,
          EDITING, MOTION TO STRIKE
          J. R. ALDERMAN      .80 hours at  245.00 per hour.         196.00

11/21/05  REVISE MOTION TO STRIKE.
          J. R. ALDERMAN     1.80 hours at  245.00 per hour.         441.00

11/21/05  TELECONFERENCE WITH COUNSEL FOR DOLLAR GENERAL
          AND LANDLORD REGARDING LANDLORD'S MOTION TO
          DISMISS.
          J. R. ALDERMAN      .40 hours at  245.00 per hour.          98.00

11/21/05  CONFER WITH AMG REGARDING ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          J. R. ALDERMAN      .30 hours at  245.00 per hour.          73.50

11/29/05  REVIEW FILE.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.          73.50

11/29/05  TELECONFERENCE WITH LANDLORD'S COUNSEL
          REGARDING DISCOVERY.
          J. R. ALDERMAN      .20 hours at  245.00 per hour.          49.00

11/30/05  REVIEW FILE IN CONNECTION WITH STAUTUS MEETING
          WITH AMG.
          J. R. ALDERMAN      .30 hours at  245.00 per hour.          73.50


          TOTAL FEES FOR PROFESSIONAL SERVICES            $4,226.00


ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.10 hours at $345.00 = | 379.50 |
| DJS | D. J. SMITH | 0.50 hours at $245.00 = | 122.50 |
| JRA | J. R. ALDERMAN | 15.20 hours at $245.00 = | 3724.00 |
| | TOTALS | 16.80 | $4,226.00 |


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 28, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  402256                    PAGE    3


COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005


COPYING COST                                    35.20
FAX                                             30.00
POSTAGE                                          3.55
TELEPHONE                                        3.45

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005      $72.20
                                                -------------

              TOTAL AMOUNT DUE THIS INVOICE        $4,298.20
                                                ============

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 29, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23462
                                          INVOICE NUMBER  402255


    RE:  DOLLAR GENERAL INVESTIGATIVE


    LEGAL SERVICES POSTED THROUGH 11/30/05      $10,586.50
    COSTS ADVANCED POSTED THROUGH 11/30/05       $1,072.11
                                              ------------
                CURRENT INVOICE TOTAL          $11,658.61
                                              ============


              *** REMITTANCE COPY ***
```

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
DOLLAR GENERAL INVESTIGATIVE
INVOICE NUMBER  402255

DECEMBER 29, 2005
REF. NO.  50116-23462
PAGE    1

**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**

11/01/05  SEVERAL CORRESPONDENCE WITH C. IBOLD REGARDING
2329 DEFAULT LETTER TO LANDLORD.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.            138.00

11/01/05  PREPARE FOR CONFERENCE WITH CLIENTS ON ▓▓▓▓▓
A. M. GRUNSPAN                                            138.00

11/01/05  ATTEND CONFERENCE WITH CLIENTS ON ▓▓▓▓▓
A. M. GRUNSPAN                                            172.50

11/01/05  PREPARE FOR CONFERENCE WITH CLIENTS ON ▓▓▓▓▓
A. M. GRUNSPAN                                             69.00

11/01/05  ATTEND CONFERENCE WITH CLIENTS ON ▓▓▓▓▓.
A. M. GRUNSPAN                                             69.00

11/01/05  E-MAILS TO AMG RE: STORE ▓▓▓▓▓
D. J. SMITH    .20 hours at  245.00 per hour.             49.00

11/02/05  REVISE LEASE AGREEMENT AND LETTER TO CLIENT
REGARDING SAME; CONTACT CLIENT.
A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

11/03/05  STRAGEY AND ANALYSIS OF DOLLAR GENERAL'S MOTION
FOR SUMMARY JUDGMENT, RECORDING ACT ISSUES.
REVIEW OF MATERIAL PROVIDED ▓▓▓▓▓

J. R. ALDERMAN    3.60 hours at  245.00 per hour.         882.00

11/03/05  TELEPHONE CONFERENCE WITH OPPOSING COUNSEL
REGARDING DEPOSITION IN ATLANTA OF DEFENDANT'S
AFFIANT AND FAX NOTICE OF DEPOSITION DUCES
TECUM TO OFFICE OF OPPOSING COUNSEL.
C. M. ROSENBERG    .50 hours at  345.00 per hour.         172.50

11/08/05  CONFER WITH AMG REGARDING ▓▓▓▓▓
▓▓▓▓▓G.
J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

11/08/05  REVIEW NATIONWIDE SHOPPING CENTER MERCANTILE
EXCLUSIVE CASES IN CONNECTION WITH ▓▓▓▓▓
▓▓▓▓▓.
J. R. ALDERMAN    2.30 hours at  245.00 per hour.         563.50

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION        DECEMBER 29, 2005
DOLLAR GENERAL INVESTIGATIVE           REF. NO.  50116-23462
INVOICE NUMBER  402255                 PAGE    2

11/08/05   REVIEW RESTATEMENT ON PROPERTY 2ND AND 3RD
           REGARDING RESTRICTIVE REAL PROPERTY COVENANTS
           IN SHOPPING CENTERS.
           J. R. ALDERMAN   3.80 hours at  245.00 per hour.        931.00

11/09/05   REVIEW DOLLAR GENERAL PUBLIC FILINGS AND DOLLAR
           GENERAL CASES, INCLUDING TITLE REPORTS, FOR
           INSTANCES WHERE DOLLAR GENERAL HAS RECORDED ITS
           LEASE.
           J. R. ALDERMAN   3.70 hours at  245.00 per hour.        906.50

11/14/05   ORGANIZE EXHIBITS, REVIEW DISCOVERY MOTIONS AND
           CONTINUE PREPARATION FOR DEPOSITION OF DOLLAR
           GENERAL'S DIRECTOR OF LEASE ADMINISTRATION.
           C. M. ROSENBERG    .60 hours at  345.00 per hour.       207.00

11/15/05   REVIEW AND ORGANIZE DOCUMENTS FOR PHOTOCOPYING,
           CONFERENCE REGARDING ISSUES TO COVER AT THE
           DEPOSITIONS.
           C. M. ROSENBERG    .60 hours at  345.00 per hour.       207.00

11/16/05   CALL TO ATLANTA COUNSEL TO CONFIRM RETENTION OF
           COURT REPORT FOR DEPOSITION, ORGANIZE EXHIBITS
           AND DRAFT AND FINALIZE LETTER TO COUNSEL FOR
           THE LANDLORD REGARDING DELIVER OF DEPOSITION
           EXHIBITS JUST PRIOR TO THE DEPOSITION OF THE
           DIRECTOR OF LEASE ADMINISTRATION.
           C. M. ROSENBERG    .50 hours at  345.00 per hour.       172.50

11/17/05   TRAVEL TO ATLANTA AND PREPARE FOR DEPOSITION OF
           DIRECTOR OF DEPARTMENT OF LEASE ADMINISTRATION,
           LORI HOLDER.
           C. M. ROSENBERG   4.50 hours at  345.00 per hour.      1552.50

11/18/05   SEVERAL CONFERENCES WITH J. CASTLE REGARDING █████
           ████████████████████████████████
           A. M. GRUNSPAN    .40 hours at  345.00 per hour.        138.00

11/18/05   TAKE DEPOSITION OF DOLLAR GENERAL'S DIRECTOR OF
           LEASE ADMINISTRATION, CONFERENCES WITH ALL
           COUNSEL REGARDING CONTINUATION AND RESCHEDULING
           THE COMPLETION OF HER DEPOSITION.
           C. M. ROSENBERG   6.00 hours at  345.00 per hour.      2070.00

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION           DECEMBER 29, 2005
DOLLAR GENERAL INVESTIGATIVE               REF. NO.  50116-23462
INVOICE NUMBER  402255                     PAGE   3

11/21/05  REVIEW AND SIGN ENGAGEMENT WITH EXPERT WITNESS
          RICHARD HARRIS, ESQ., CONFERENCES REGARDING
          ██████████████████████████████████████████
          REGARDING OPPOSING MOTION FOR SUMMARY JUDGMENT
          AND WHETHER ADDITIONAL DISCOVERY IS NECESSARY
          OR APPROPRIATE.
          C. M. ROSENBERG    .50 hours at  345.00 per hour.        172.50

11/22/05  WORK WITH TOM WARNER REGARDING ███████████████
          ███████████
          J. R. ALDERMAN    .80 hours at  245.00 per hour.        196.00

11/22/05  RECEIPT AND REVIEW OF DOLLAR GENERAL'S
          CORPORATE REPRESENTATIVES DEPOSITION.
          J. R. ALDERMAN   1.60 hours at  245.00 per hour.        392.00

11/25/05  CONFER WITH AMG REGARDING ██████████████████
          ███████████████
          J. R. ALDERMAN    .40 hours at  245.00 per hour.         98.00

11/29/05  REVIEW DOLLAR GENERAL SEC FILINGS.
          J. R. ALDERMAN    .60 hours at  245.00 per hour.        147.00

11/29/05  PREPARE FOR SECOND SESSION OF THE DEPOSITION OF
          DOLLAR GENERAL'S DIRECTOR OF LEASE
          ADMINISTRATION, TERRI HOLDER.
          C. M. ROSENBERG                                          345.00

11/29/05  ATTEND SECOND SESSION OF THE DEPOSITION OF
          DOLLAR GENERAL'S DIRECTOR OF LEASE
          ADMINISTRATION, TERRI HOLDER.
          C. M. ROSENBERG                                          345.00

11/29/05  TELEPHONE CONFERENCE WITH COUNSEL FOR THE
          CO-DEFENDANT LANDLORD REGARDING RESULTS OF THE
          DEPOSITION AND STRATEGY FOR DECEMBER 9, 2005
          HEARING ON MOTION FOR SUMMARY JUDGMENT
          INCLUDING WHETHER TO ORDER THE TRANSCRIPT PRIOR
          TO THE HEARING AND STRATEGY FOR THE HEARING.
          C. M. ROSENBERG                                          276.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $10,586.50

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION                    DECEMBER 29, 2005
DOLLAR GENERAL INVESTIGATIVE                        REF. NO.  50116-23462
INVOICE NUMBER  402255                              PAGE    4


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 2.40 hours at | $345.00 | = | 828.00 |
| DJS | D. J. SMITH | 0.20 hours at | $245.00 | = | 49.00 |
| JRA | J. R. ALDERMAN | 17.10 hours at | $245.00 | = | 4189.50 |
| CMR | C. M. ROSENBERG | 16.00 hours at | $345.00 | = | 5520.00 |
| | TOTALS | 35.70 | | | $10,586.50 |


### COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005

|          |                                                        |          |
|----------|--------------------------------------------------------|----------|
|          | COPYING COST                                           | 1.00     |
|          | FAX                                                    | 8.00     |
|          | TELEPHONE                                              | 0.45     |
| 11/30/05 | TRAVEL/LODGING/MEALS - VENDOR: CHARLES M.              | 1062.66  |
|          | ROSENBERG 11/17-18 TO ATLANTA TO ATTEND                |          |
|          | DEPOSITION OF DOLLAR GENERAL'S LEASE                    |          |
|          | ADMINISTRATOR, TERI HOLDER                             |          |

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005            $1,072.11
                                                          - - - - - - - - - - - -

### TOTAL AMOUNT DUE THIS INVOICE            $11,658.61
                                            ============


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

DECEMBER 29, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23457
INVOICE NUMBER  402259


RE:  SUMAR ENTERPRISES, LTD, STORE 295


LEGAL SERVICES POSTED THROUGH 11/30/05          $2,753.50
COSTS ADVANCED POSTED THROUGH 11/30/05             $2.90
                                              - - - - - - - - - - - -
          CURRENT INVOICE TOTAL                $2,756.40
                                              ============


\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (\*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          DECEMBER 29, 2005
SUMAR ENTERPRISES, LTD, STORE 295         REF. NO.  50116-23457
INVOICE NUMBER   402259                    PAGE    1


**PROFESSIONAL SERVICES AS POSTED THROUGH NOVEMBER 30, 2005**


11/07/05  CONTINUE WORK ON SECOND INTERIM FEE APPLICATION
          (1.1); TELEPHONE CONFERENCE WITH DIP COUNSEL
          REGARDING SAME (.2);
          J. D. SILVER   1.30 hours at  345.00 per hour.              448.50

11/15/05  PREPARE FOR HEARING ON SPECIAL APPOINTMENT
          HEARING ON DOLLAR STORE'S MOTION TO DISMISS
          WINN DIXIE'S COMPLAINT (1.3); RESEARCH AND
          ASSEMBLE ADDITIONAL CASE LAW FOR SAME (.9)
          J. D. SILVER   2.20 hours at  345.00 per hour.              759.00

11/15/05  REVIEW FILE IN CONNECTION WITH STATUS
          MEMORANDUM TO AMG AND DISCOVERY.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.             73.50

11/15/05  CONFER WITH AMG REGARDING ███████. WORK WITH
          LEGAL ASSISTANT REGARDING RESCHEDULING
          HEARINGS.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.             73.50

11/16/05  ATTEND SPECIAL APPOINTMENT HEARING IN WEST PALM
          BEACH ON DEFENDANT'S MOTION TO DISMISS, WHICH
          HEARING COURT'S DEPUTY ADVISED HAD BEEN
          CANCELED AND WOULD NOT GO FORWARD.
          J. D. SILVER                                               414.00

11/16/05  TRAVEL TO AND FROM WEST PALM BEACH FOR SAME;
          J. D. SILVER                                               862.50

11/16/05  CONFER WITH AMG AND JDS REGARDING ███████
          ███████████████
          J. R. ALDERMAN   .50 hours at  245.00 per hour.            122.50


          TOTAL FEES FOR PROFESSIONAL SERVICES              $2,753.50


ATTORNEY FEE SUMMARY

    JDS    J. D. SILVER        7.20 hours at  $345.00 =      2484.00
    JRA    J. R. ALDERMAN      1.10 hours at  $245.00 =       269.50
           TOTALS              8.30                        $2,753.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION              DECEMBER 29, 2005
SUMAR ENTERPRISES, LTD, STORE 295             REF. NO.  50116-23457
INVOICE NUMBER  402259                        PAGE   2


**COSTS INCURRED ON YOUR BEHALF AS POSTED NOVEMBER 30, 2005**


POSTAGE                                           1.11
TELEPHONE                                         1.79

TOTAL COSTS AS POSTED THROUGH NOVEMBER 30, 2005          $2.90
                                                  - - - - - - - - - - - -

              **TOTAL AMOUNT DUE THIS INVOICE**       $2,756.40
                                                  ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS
### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23458
INVOICE NUMBER  398479

RE:  GENERAL MATTERS

```
LEGAL SERVICES POSTED THROUGH 10/31/05        $14,410.50
COSTS ADVANCED POSTED THROUGH 10/31/05            $38.50
                                               ------------
           CURRENT INVOICE TOTAL               $14,449.00
                                               ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | NOVEMBER 28, 2005 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  398479 | PAGE   1 |

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**

10/03/05 CORRESPONDENCE WITH RILEY REGARDING
INSPECTIONS.
A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

10/06/05 PREPARE FOR MEETING TOMORROW.
D. J. SMITH     .70 hours at  245.00 per hour.          171.50

10/10/05 CONTACTED BY CLIENT REGARDING ▀▀▀
A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

10/10/05 CORRESPONDENCE WITH CLIENT REGARDING ▀▀▀
A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/10/05 ANTITRUST ADVICE
D. M. ALLEN     .50 hours at  345.00 per hour.          172.50

10/11/05 CONTACT CLIENTS REGARDING ▀▀▀ REQUEST BY
LANDLORD FOR ESTOPPEL.
A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/11/05 SEVERAL CORRESPONDENCE WITH CLIENTS REGARDING
▀▀▀ M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/11/05 BEGIN PREPARATION OF SECOND INTERIM FEE
APPLICATION
R. N. GILBERT     .20 hours at  345.00 per hour.           69.00

10/11/05 ANTITRUST ADVICE
D. M. ALLEN     .20 hours at  345.00 per hour.           69.00

10/12/05 CORRESPONDENCE WITH CLIENT AND DAVID J. SMITH
REGARDING ▀▀▀
A. M. GRUNSPAN     .30 hours at  345.00 per hour.          103.50

10/13/05 PREPARE FOR CONFERENCE CALL.
A. M. GRUNSPAN                                            207.00

10/13/05 ATTEND CONFERENCE CALL.
A. M. GRUNSPAN                                            241.50

10/14/05 REVIEW DOCUMENTS FROM CLIENT REGARDING LOSS
CALCULATION AND PHOTOS ON ▀▀▀
A. M. GRUNSPAN    1.80 hours at  345.00 per hour.          621.00

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  398479                    PAGE   2


10/14/05  REVIEW THREE DAY NOTICE.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

10/14/05  CONTACT OPPOSING COUNSEL REGARDING EVICTION
          STATUS OF ▮▮▮ 726
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.       172.50

10/14/05  LETTER TO CLIENTS REGARDING ▮▮▮ EVICTION
          STATUS.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

10/17/05  SEVERAL CORRESPONDENCE WITH CLIENT REGARDING
          ▮▮▮ STATUS AND STRATEGY.
          A. M. GRUNSPAN    .60 hours at  345.00 per hour.       207.00

10/18/05  CONTACT CLIENT REGARDING ▮▮▮ AND CORRESPONDENCE
          REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.       138.00

10/18/05  CONTACT COUNSEL FOR LANDLORD REGARDING SAME.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

10/18/05  CONTACT CLIENT REGARDING ▮▮▮.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

10/18/05  LETTER FROM C. IBOLD REGARDING ▮▮▮ AND
          CORRESPONDENCE TO SAME.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

10/18/05  LETTER FROM C. JACKSON REGARDING ▮▮▮.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.        69.00

10/19/05  SEVERAL CALLS TO C. IBOLD AND P. WINDHAM
          REGARDING ▮▮▮; MEMORANDUM TO FILE REGARDING
          SAME.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.       172.50

10/19/05  LETTER TO OPPOSING COUNSEL REGARDING PENDING
          STORM AND LANDLORD DEPOSIT.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.       172.50

10/19/05  REVIEW RILEY INSPECTION ON 2329.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.       172.50

10/19/05  LETTER TO RILEY REGARDING 2329 INSPECTION.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.       103.50

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER   398479                   PAGE    3

---

10/19/05  SEVERAL CORRESPONDENCE WITH CLIENTS AND
          OPPOSING COUNSEL REGARDING 726.
          A. M. GRUNSPAN   .50 hours at  345.00 per hour.          172.50

10/20/05  SEVERAL CORRESPONDENCE WITH CLIENT AND
          CO-COUNSEL REGARDING ▮▮▮ AND REVIEW RELATED
          DOCUMENTS.
          A. M. GRUNSPAN   2.20 hours at  345.00 per hour.         759.00

10/20/05  PREPARE FOR CONFERENCE REGARDING ▮▮▮ STRATEGY.
          A. M. GRUNSPAN                                           207.00

10/20/05  ATTEND CONFERENCE REGARDING ▮▮▮ STRATEGY.
          A. M. GRUNSPAN                                           241.50

10/20/05  MULTIPLE E-MAILS TO/FROM ALAN GRUNSPAN
          REGARDING ISSUES ON LEASE FOR STORE ▮▮▮
          D. J. SMITH   .50 hours at  245.00 per hour.             122.50

10/20/05  REVIEW MATERIALS IN PREPARATION FOR CONFERENCE
          CALL.
          D. J. SMITH   1.10 hours at  245.00 per hour.            269.50

10/20/05  MEETING WITH REAL ESTATE EXPERT ON NDA ISSUE
          ▮▮▮ USE IN NEGOTIATION WITH LANDLORD OF STORE
          D. J. SMITH    .30 hours at  245.00 per hour.             73.50

10/20/05  MEMO TO A. GRUNSPAN ON ▮▮▮▮▮▮▮▮▮▮
          ▮▮▮▮▮▮▮▮▮▮▮
          D. J. SMITH    .50 hours at  245.00 per hour.            122.50

10/21/05  REVIEW LAW RELATING TO SUPERMARKET EXCLUSIVES
          IN LEASE AGREEMENTS IN PREPARATION FOR DRAFTING
          MEMORANDUM REGARDING SAME.
          A. P. FRY   4.00 hours at  245.00 per hour.              980.00

10/26/05  REVIEW ADDITIONAL DOCUMENTS FROM CLIENT
          REGARDING ▮▮▮.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

10/26/05  LETTER TO CLIENT AND OPPOSING COUNSEL REGARDING
          ▮▮▮
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

10/26/05  CONTACT JASON ALDERMAN REGARDING ▮▮▮ AND DUTY
          TO TITLE.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER  398479                    PAGE    4

10/26/05 CORRESPONDENCE WITH JASON ALDERMAN REGARDING
         RESTRICTIVE COVENANT ARGUMENTS AGAINST
         ANTITRUST STATUTE.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

10/26/05 REVIEW REVISED INSPECTION FOR 2329 AND LETTER
         TO CLIENTS REGARDING SAME.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

10/26/05 LETTER FROM CLIENT REGARDING ███████ STATUS.
         A. M. GRUNSPAN    .20 hours at  345.00 per hour.          69.00

10/26/05 CONTACTED BY C. IBOLD REGARDING ██████ ESTOPPEL
         ISSUES AND STRATEGY.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

10/27/05 LETTER TO OPPOSING COUNSEL REGARDING REPAIR
         SCHEDULE FOR 726.
         A. M. GRUNSPAN    .30 hours at  345.00 per hour.         103.50

10/27/05 REVIEW ECKERDS' LEASE AND WINN-DIXIE'S LEASE,
         SUPPLEMENTS AND ADDENDUMS TO SAME REGARDING
         2329.
         A. M. GRUNSPAN   1.10 hours at  345.00 per hour.         379.50

10/27/05 RE: ████ - CORRESPONDENCE WITH CLIENT AND DAVID
         J. SMITH REGARDING STRATEGY.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

10/27/05 RE: ████ - SEVERAL CORRESPONDENCE WITH CLIENTS
         AND STRATEGY AND ECKERDS LEASE.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.         276.00

10/27/05 ██████ CORRESPONDENCE WITH CLIENTS REGARDING
         ████ DOLLAR TREE VIOLATION.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

10/27/05 CONTACT R. GILBERT REGARDING ████ STRATEGY.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.         138.00

10/27/05 SEVERAL CALLS AND CORRESPONDENCE WITH CLIENT
         AND C. JACKSON REGARDING ████
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.         207.00

10/27/05 REVIEW CASE LAW FROM C. JACKSON.
         A. M. GRUNSPAN    .80 hours at  345.00 per hour.         276.00

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | NOVEMBER 28, 2005 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  398479 | PAGE   5 |

10/27/05  REVIEW 2324 DOLLAR TREE LEASE AND MARKED UP
ESTOPPEL.
A. M. GRUNSPAN    1.20 hours at  345.00 per hour.          414.00

10/27/05  CORRESPONDENCE WITH CLIENT REGARDING SAME.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

10/27/05  CONFER WITH A. GRUNZA REGARDING STORE ███
ISSUES
R. N. GILBERT    .20 hours at  345.00 per hour.            69.00

10/28/05  CONFERENCE WITH ALAN FRY REGARDING ████████
████████
A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

10/28/05  CORRESPONDENCE WITH CLIENTS REGARDING ████
A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

10/28/05  REVIEW EXCLUSIVE PROVISIONS REGARDING 2329.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

10/28/05  REVISE MEMORANDUM OF LAW ON 251.
A. M. GRUNSPAN    .90 hours at  345.00 per hour.           310.50

10/28/05  SEVERAL CONFERENCES WITH CO-COUNSEL REGARDING ██
A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

10/28/05  SEVERAL CORRESPONDENCE WITH CO-COUNSEL
REGARDING SAME.
A. M. GRUNSPAN    .70 hours at  345.00 per hour.           241.50

10/28/05  ██████████ REVIEW D████████████████
████████████████████ AND CONFER WITH A. GREENSPAN
REGARDING SAME
R. N. GILBERT    1.30 hours at  345.00 per hour.           448.50

10/28/05  REVIEW ████████████████████████████
AND CONFER WITH A. GRUNSPAN REGARDING SAME.
A. P. FRY   3.70 hours at  245.00 per hour.                906.50

10/30/05  REVIEW OF BREACH V. TERMINATION CASES REGARDING
365 OF BANKRUPTCY CODE AND COMPLETE COPY OF NDA
R. N. GILBERT    1.50 hours at  345.00 per hour.           517.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | NOVEMBER 28, 2005 |
| GENERAL MATTERS | REF. NO.  50116-23458 |
| INVOICE NUMBER  398479 | PAGE  6 |

10/31/05 EXTENSIVE DISCUSSIONS WITH DAVID J. SMITH AND
R. GILBERT REGARDING ███████ ISSUES.
A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

10/31/05 CONTACT C. JACKSON REGARDING MEMORANDUM TO
MANAGEMENT REGARDING ███████
A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

10/31/05 REVIEW ██████ DOCUMENTS.
A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

10/31/05 REVIEW ISSUES REGARDING COOPERATION AGREEMENT
REGARDING ██████
A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

10/31/05 CONTACT DAVID J. SMITH REGARDING DRAFT
COOPERATION AGREEMENT ISSUES AND DOLLAR TREE
REGARDING ██████
A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/31/05 CONTACT DAVID J. SMITH REGARDING ████ LEASE
ISSUES.
A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/31/05 (STORE ████) CONFERENCE WITH A. GREENSPAN
████████████████████████████████ AND
R. N. GILBERT    .60 hours at  345.00 per hour.          207.00


TOTAL FEES FOR PROFESSIONAL SERVICES          $14,410.50


## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 29.60 hours at | $345.00 = | 10212.00 |
| DJS | D. J. SMITH | 3.10 hours at | $245.00 = | 759.50 |
| RNG | R. N. GILBERT | 3.80 hours at | $345.00 = | 1311.00 |
| APF | A. P. FRY | 7.70 hours at | $245.00 = | 1886.50 |
| DMA | D. M. ALLEN | 0.70 hours at | $345.00 = | 241.50 |
| | TOTALS | 44.90 | | $14,410.50 |

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
GENERAL MATTERS                           REF. NO.  50116-23458
INVOICE NUMBER   398479                   PAGE     7


COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005


            COPYING COST                          24.00
            TELEPHONE                              0.75
10/17/05 EXPRESS MAIL                             13.75

         TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005          $38.50
                                                            ------------

                   TOTAL AMOUNT DUE THIS INVOICE       $14,449.00
                                                       ============


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23451
INVOICE NUMBER  398485

RE:  FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN
     ACQUSITION, LLC, STORE 205


LEGAL SERVICES POSTED THROUGH 10/31/05          $3,841.00
COSTS ADVANCED POSTED THROUGH 10/31/05            $141.00
                                               ------------

        CURRENT INVOICE TOTAL                   $3,982.00
                                               ============


                *** REMITTANCE COPY ***

---

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

```
WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  398485                    PAGE    1
```

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**

```
09/13/05 REVIEW FILE IN CONNECTION WITH DISCOVERY.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.        147.00

09/13/05 MEMORANDUM TO FILE REGARDING DISCOVERY AND
         OTHER ISSUES.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.         73.50

10/06/05 REVIEW AND EVALUATE MESSAGE FROM LANDLORD FOR
         STORE 305
         K. M. JOHNSON     .20 hours at  245.00 per hour.          49.00

10/10/05 REVIEW FILE IN CONNECTION WITH DISCOVERY.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.        318.50

10/11/05 CONFER WITH AMG REGARDING ▮▮▮▮▮▮
         ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
         J. R. ALDERMAN     .40 hours at  245.00 per hour.         98.00

10/13/05 CONFERENCE WITH DAVID SMITH REGARDING ▮▮▮▮▮
         ▮▮▮▮▮▮▮▮▮▮▮▮▮ AND LOCATE FILE TO FORWARD
         TO HIM FOR REVIEW(0.2); TELEPHONE CONFERENCE
         WITH EDITH OSMAN REGARDING ▮▮▮(0.2)
         K. M. JOHNSON     .40 hours at  245.00 per hour.          98.00

10/14/05 CONFERENCE WITH EDITH OSMAN REGARDING ▮▮▮▮▮
         ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
         K. M. JOHNSON     .20 hours at  245.00 per hour.          49.00

10/15/05 REVIEW MULTIPLE HURRICANE FILES AND PREPARE
         SECOND NOTICE LETTERS TO LANDLORDS(4.4);
         CORRESPONDENCE TO EDITH OSMAN REGARDING SAME
         (0.1)
         K. M. JOHNSON    4.50 hours at  245.00 per hour.        1102.50

10/17/05 REVIEW AND EVALUATE CORRESPONDENCE FROM
         OPPOSING COUNSEL REGARDING STORES 507, 561 AND
         558 REQUESTING ADDITIONAL DOCUMENTATION (0.1);
         CORRESPONDENCE TO CHET BOROWY AT WINN-DIXIE
         REGARDING SAME(0.1).
         K. M. JOHNSON     .20 hours at  245.00 per hour.          49.00
```

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER   398485                    PAGE    2


10/17/05  FINALIZE SECOND HURRICANE NOTICE LETTERS FOR
          SEVERAL STORES.
          K. M. JOHNSON      .30 hours at   245.00 per hour.        73.50

10/17/05  REVIEW AND EVALUATE FILE TO PREPARE ▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

          K. M. JOHNSON     2.00 hours at   245.00 per hour.       490.00

10/18/05  REVIEW CORRESPONDENCE REGARDING STORE 2281,
          REVIEW FILE AND RESPOND TO CORRESPONDENCE.
          K. M. JOHNSON      .30 hours at   245.00 per hour.        73.50

10/19/05  REVIEW AND EVALUATE CORRESPONDENCE FROM
          LANDLORDS
          K. M. JOHNSON      .20 hours at   245.00 per hour.        49.00

10/19/05  PREPARE FOR MEETING WITH EDITH OSMAN REGARDING
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          K. M. JOHNSON                                             98.00

10/19/05  ATTEND MEETING WITH EDITH OSMAN REGARDING
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          K. M. JOHNSON                                             73.50

10/20/05  FINALIZE ADDITIONAL CORRESPONDENCE TO
          LANDLORD'S INSURER REGARDING STORE 2281
          K. M. JOHNSON      .20 hours at   245.00 per hour.        49.00

10/20/05  PREPARE FOR TELEPHONE CONFERENCE WITH EDITH
          OSMAN, JAY CASTLE AND KIM ROMEO REGARDING
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          K. M. JOHNSON                                            122.50

10/20/05  ATTEND TELEPHONE CONFERENCE WITH EDITH OSMAN,
          JAY CASTLE AND KIM ROMEO REGARDING ▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
          K. M. JOHNSON                                            122.50

10/20/05  REVIEW SCHEDULE A AND INVOICES FOR STORE #2281,
          REVISE LETTER AND PREPARE ENCLOSURES.
          M. MURRAY*     .50 hours at   85.00 per hour.             42.50

10/21/05  REVIEW CORRESPONDENCE FROM EDITH OSMAN
          REGARDING STORE #570 AND DICTATE DIRECTIONS FOR
          HANDLING OF SAME.
          K. M. JOHNSON      .20 hours at   245.00 per hour.        49.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
FAMILY DOLLAR STORES OF FLORIDA, INC, MIAMI GARDEN50116-23451
INVOICE NUMBER  398485                    PAGE    3

10/21/05  REVIEW FILE ON STORE #570 AND PREPARE
          TRANSMITTAL LETTER AND ATTACHMENTS TO A.
          DAUGHTERTY, ATTORNEY FOR LANDLORD.
          M. MURRAY*     .30 hours at  85.00 per hour.              25.50

10/26/05  REVIEW CORRESPONDENCE FROM WINN-DIXIE AND
          PREPARE ADDITIONAL CORRESPONDENCE TO LANDLORDS'
          COUNSEL REGARDING ADDITIONAL DOCUMENTATION TO
          SUPPORT DAMAGES CLAIM (STORES 507, 558 & 561)
          K. M. JOHNSON   2.00 hours at  245.00 per hour.          490.00

10/26/05  REVIEW AND RESPOND TO CORRESPONDENCE FROM
          CATHERINE IBOLD REGARDING STORE 570
          K. M. JOHNSON    .40 hours at  245.00 per hour.           98.00


          TOTAL FEES FOR PROFESSIONAL SERVICES           $3,841.00


ATTORNEY FEE SUMMARY

   JRA     J. R. ALDERMAN          2.60 hours at  $245.00 =       637.00
   KMJ     K. M. JOHNSON          12.80 hours at  $245.00 =      3136.00
   MM*     M. MURRAY*              0.80 hours at   $85.00 =        68.00
           TOTALS                 16.20                       $3,841.00


          **COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005**


          COPYING COST                     111.40
          FAX                               15.00
          POSTAGE                           13.40
          TELEPHONE                          1.20

          TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005    $141.00
                                                        ------------

                   **TOTAL AMOUNT DUE THIS INVOICE      $3,982.00**
                                                        ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.