# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 28, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23449
INVOICE NUMBER  398476

RE:  DOLGENCORP, INC, STORE 221
     REVISED INVOICE

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 10/31/05 | $31,477.50 |
| COSTS ADVANCED POSTED THROUGH 10/31/05 | $323.56 |
| | ------------ |
| **CURRENT INVOICE TOTAL** | **$31,801.06** |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**

10/03/05  REVIEW CASE LAW CITED BY DOLGENCORP IN IT
          MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH   1.70 hours at  245.00 per hour.          416.50

10/03/05  TELECONFERENCE WITH JERRY ARON, POTENTIAL
          EXPERT FOR CLIENT.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.        147.00

10/03/05  CONFER WITH CHUCK ROSENBERG REGARDING ██████
          J. R. ALDERMAN   .70 hours at  245.00 per hour.        171.50

10/04/05  REVIEW MOTION FOR SUMMARY JUDGMENT AND
          ATTACHMENTS.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.       414.00

10/04/05  CONTINUE TO DRAFT ROUGH RESPONSE TO
          DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT.
          D. J. SMITH   1.10 hours at  245.00 per hour.          269.50

10/06/05  SEVERAL CONFERENCES REGARDING EXPERTS IN
          OPPOSITION TO SUMMARY JUDGMENT MOTION.
          A. M. GRUNSPAN   1.20 hours at  345.00 per hour.       414.00

10/06/05  CONFER WITH AMG REGARDING ██████
          J. R. ALDERMAN   .20 hours at  245.00 per hour.         49.00

10/06/05  REVIEW DOLLAR GENERAL'S ANSWERS TO THIRD SET OF
          INTERROGATORIES AND REQUEST FOR PRODUCTION.
          J. R. ALDERMAN   .60 hours at  245.00 per hour.        147.00

10/06/05  CONFER WITH DJS REGARDING ██████
          J. R. ALDERMAN   .40 hours at  245.00 per hour.         98.00

10/07/05  CONFERENCE REGARDING SUMMARY JUDGMENT AND
          EXPERTS.
          A. M. GRUNSPAN   .60 hours at  345.00 per hour.        207.00

10/07/05  REVIEW AND ANLYZE FILE IN CONNECTION WITH
          STRATEGY MEETING WITH AMG AND DJS.
          J. R. ALDERMAN   1.30 hours at  245.00 per hour.       318.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221               REF. NO.  50116-23449
INVOICE NUMBER  398476                   PAGE    2

10/10/05  REVISE SUMMARY JUDGMENT ISSUES ON ANTITRUST ACT
          AGAINST ENFORCEMENT OF EXCLUSIVES.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

10/10/05  REVIEW DEPOSITIONS NEEDED FOR SUMMARY JUDGMENT.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/10/05  SEVERAL CALLS REGARDING SAME.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/10/05  MEMORANDUM TO AND CONFER WITH MAT ALLEN IN
          ANTI-TRUST DEPARTMENT REGARDING ███████████
          ████████████████
          J. R. ALDERMAN    2.60 hours at  245.00 per hour.         637.00

10/10/05  CONFER WITH CSR REGARDING ████████████
          ████████████  CONFER WITH JOSEPH IANNO
          REGARDING SAME.
          J. R. ALDERMAN    .50 hours at  245.00 per hour.          122.50

10/10/05  ANALYSIS OF ANTITRUST ISSUES RELATING TO
          RESTRICTIVE COVENANT AND COMMUNICATIONS RE:
          SAME.
          D. R. SCHMIDT    .70 hours at  345.00 per hour.           241.50

10/10/05  ANTITRUST ADVICE ON LEASE ISSUES
          D. M. ALLEN    .50 hours at  345.00 per hour.             172.50

10/11/05  CONTACT CLIENT REGARDING ████████████
          ████████████
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.          172.50

10/11/05  REVIEW ISSUES ON MOTION TO COMPEL AGAINST
          LANDLORD.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

10/11/05  CORRESPONDENCE WITH CLIENT REGARDING ████████
          ████████████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/11/05  MEMO TO AMG RE: ████████████████████
          D. J. SMITH    .40 hours at  245.00 per hour.             98.00

10/11/05  PREPARE FOR MEETING ON MOTION FOR SUMMARY
          JUDGMENT RESPONSE.
          D. J. SMITH    .50 hours at  245.00 per hour.             122.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE    3


10/11/05  CONFER WITH RICK HARRIS, CLIENT'S EXPERT.
          REVIEW RICK'S C.V. CONFER WITH CSR.
          J. R. ALDERMAN    1.20 hours at   245.00 per hour.          294.00

10/11/05  ANTITRUST ADVICE
          D. M. ALLEN     .10 hours at   345.00 per hour.              34.50

10/12/05  CORRESPONDENCE WITH CLIENT REGARDING ███████
          ████████████████
          A. M. GRUNSPAN     .20 hours at   345.00 per hour.           69.00

10/12/05  PREPARE CLIENT AFFIDAVIT.
          A. M. GRUNSPAN     .80 hours at   345.00 per hour.          276.00

10/12/05  CONTACT EXPERT BOB REYNOLDS.
          A. M. GRUNSPAN     .40 hours at   345.00 per hour.          138.00

10/12/05  REVIEW FILE FOR PREPARATION OF REYNOLDS
          AFFIDAVIT.
          A. M. GRUNSPAN    1.40 hours at   345.00 per hour.          483.00

10/12/05  PREPARE REYNOLDS AFFIDAVIT.
          A. M. GRUNSPAN    1.30 hours at   345.00 per hour.          448.50

10/12/05  PREPARE RILEY AFFIDAVIT.
          A. M. GRUNSPAN     .90 hours at   345.00 per hour.          310.50

10/12/05  E-MAIL TO INVESTIGATOR RILEY RE: PREVIOUS
          INSPECTIONS OF 221.
          D. J. SMITH     .20 hours at   245.00 per hour.              49.00

10/12/05  REVIEW MATERIALS RE:PREVIOUS INSPECTIONS ON
          221.
          D. J. SMITH     .40 hours at   245.00 per hour.              98.00

10/12/05  CONFER WITH CHUCK ROSENBERG REGARDING ███████
          ██████████████████████████████████████
          ████████████████████████████████
          J. R. ALDERMAN     .40 hours at   245.00 per hour.           98.00

10/12/05  DRAFT MOTION TO RESET HEARING ON MOTION TO
          DEPOSIT FUNDS INTO COURT REGISTRY.
          J. R. ALDERMAN     .60 hours at   245.00 per hour.          147.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE    4

10/12/05  RECEIPT AND REVIEW OF FAX FROM ATTORNEY WHO
          REPRESENTED TUSA (THE CASE CITED BY DOLLAR
          GENERAL).
          J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

10/12/05  MULTIPLE TELEPHONE CONFERENCES WITH RICK
          HARRIS, CLIENT'S EXPERT ON CHAIN OF TITLE.
          J. R. ALDERMAN    1.30 hours at  245.00 per hour.          318.50

10/12/05  TELECONFERENCE WITH HERB GIBSON, POTENTIAL
          EXPERT FOR CLIENT.
          J. R. ALDERMAN                                              98.00

10/12/05  REVIEW HIS C.V.
          J. R. ALDERMAN                                              49.00

10/12/05  CONFER WITH CHUCK.
          J. R. ALDERMAN                                              49.00

10/13/05  E-MAILS TO/FROM AMG RE: ███████████
          D. J. SMITH     .10 hours at  245.00 per hour.              24.50

10/13/05  PREPARE E-MAIL TO REYNOLDS WITH PRIOR
          INSPECTIONS AND NOTES.
          D. J. SMITH     .30 hours at  245.00 per hour.              73.50

10/13/05  REVIEW LEGISLATIVE HISTORY AND CASE LAW
          RELATING TO FLORIDA STATUTES SECTION 542.335
          AND CONFER WITH COUNSEL REGARDING SAME.
          A. P. FRY   1.50 hours at  245.00 per hour.                367.50

10/14/05  REVIEW DOLLAR STORE ANCHOR LEASE LANGUAGE AND
          USE RESTRICTIONS.
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

10/14/05  CONFER WITH COUNSEL FOR LANDLORD REGARDING
          OUTSTANDING DISCOVERY.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.           98.00

10/14/05  REVIEW FILE IN CONNECTION WITH DISCOVERY FROM
          LANDLORD.
          J. R. ALDERMAN     .80 hours at  245.00 per hour.          196.00

10/14/05  REVIEW AND DRAFT EMAILS TO COUNSEL FOR
          LANDLORD.
          J. R. ALDERMAN     .60 hours at  245.00 per hour.          147.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE    5

| | | |
|---|---|---|
| 10/15/05 | REVIEW FILE IN CONNECTION WITH DISCOVERY AND DRAFTING RESPONSE TO MOTION FOR SUMMARY JUDGMENT.<br>J. R. ALDERMAN    1.60 hours at  245.00 per hour. | 392.00 |
| 10/15/05 | ANALYSIS OF LEGAL ISSUES RAISED IN DOLLAR GENERAL'S MOTION FOR SUMMARY JUDGMENT, PARTICULARLY APPLICATION OF FLORIDA'S ANTI-TRUST STATUTE.<br>J. R. ALDERMAN    1.70 hours at  245.00 per hour. | 416.50 |
| 10/17/05 | SEVERAL CORRESPONDENCE WITH JASON ALDERMAN, DAVID J. SMITH AND C. ROSENBERG REGARDING ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆<br>A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 10/17/05 | LETTER TO B. REYNOLDS REGARDING AFFIDAVIT.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/17/05 | REVIEW PRIOR RILEY AND LAVERY AFFIDAVITS.<br>A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 10/17/05 | PREPARE E-MAIL TO AMG RE: ▆▆▆▆▆▆▆▆▆▆▆▆<br>D. J. SMITH    .20 hours at  245.00 per hour. | 49.00 |
| 10/17/05 | REVIEW LETTER FROM COUNSEL FOR LANDLORD. DRAFT RESPONSE LETTER.<br>J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 10/17/05 | REVIEW FILE IN CONNECT WITH NOTICING DEPOSITIONS OF DOLLAR GENERAL PERSONNEL. DRAFT LETTER.<br>J. R. ALDERMAN    1.30 hours at  245.00 per hour. | 318.50 |
| 10/17/05 | PERFORM CORPORATE SEARCHES ON DEPONENTS TO BE SUBPOENED.<br>J. R. ALDERMAN    .80 hours at  245.00 per hour. | 196.00 |
| 10/17/05 | REVIEW FLORIDA AND FEDERAL ANTI-TRUST LAW ON LEASE RESTRICTIONS.<br>J. R. ALDERMAN    6.20 hours at  245.00 per hour. | 1519.00 |
| 10/18/05 | REVISE LETTER TO OPPOSING COUNSEL REGARDING DEPONENTS AND DUCES TECUM FOR SAME.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE   6

---

10/18/05   SEVERAL CORRESPONDENCE WITH B. REYNOLDS AND J.
           CASTLE REGARDING BACKGROUND FOR AFFIDAVIT BY
           REYNOLDS.
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

10/18/05   LETTER TO RILEY REGARDING PREPARATION OF
           AFFIDAVIT BASED ON THREE INSPECTIONS.
           A. M. GRUNSPAN     .20 hours at  345.00 per hour.           69.00

10/18/05   REVIEW THREE PRIOR RILEY INSPECTIONS.
           A. M. GRUNSPAN     .50 hours at  345.00 per hour.          172.50

10/18/05   REVISE MOTION TO COMPEL DISCOVERY FROM DOLLAR
           GENERAL.
           A. M. GRUNSPAN    1.20 hours at  345.00 per hour.          414.00

10/18/05   REVISE DUCES TECUM LIST TO T. HOLDER
           DEPOSITION.
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/18/05   REVIEW FILE IN CONNECTION WITH OPPOSING SUMMARY
           JUDGMENT.
           J. R. ALDERMAN    1.30 hours at  245.00 per hour.          318.50

10/18/05   REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
           TO COMPEL.
           J. R. ALDERMAN     .70 hours at  245.00 per hour.          171.50

10/18/05   DRAFT SUBPOENAS DUCES TECUM FOR DEPOSITION AND
           NOTICES OF TAKING DEPOSITION.
           L. GOLDSTEIN*    2.40 hours at   85.00 per hour.           204.00

10/18/05   CONDUCT INTERNET SEARCHES FOR ARTICLES BY LUCIA
           MOSES AND OTHER AUTHORS CONCERNING THE TREND TO
           ADD FOOD SALES TO THE OFFERINGS OF DOLLAR
           STORES; PRINT REPRESENTATIVE ARTICLES FROM THE
           PAST FIVE YEARS DOCUMENTING THE TREND.  PREPARE
           MEMO OF FINDINGS FOR ATT'Y. ALDERMAN.
           L. GOLDSTEIN*    2.70 hours at   85.00 per hour.           229.50

10/19/05   CONFERENCE WITH C. ROSENBERG REGARDING ██████████
           ███████████████
           A. M. GRUNSPAN     .40 hours at  345.00 per hour.          138.00

10/19/05   REVISE CINDY REYNOLDS AFFIDAVIT.
           A. M. GRUNSPAN    1.10 hours at  345.00 per hour.          379.50

10/19/05   DRAFT REYNOLDS AFFIDAVIT.
           A. M. GRUNSPAN    1.20 hours at  345.00 per hour.          414.00

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221               REF. NO.  50116-23449
INVOICE NUMBER  398476                   PAGE    7

10/19/05  REVIEW DOCUMENTS REGARDING REYNOLDS AFFIDAVIT.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.           379.50

10/19/05  PREPARE FOR MEETING WITH A. GRUNSPAN, C.
          ROSENBERG, AND J. ALDERMAN RE: ███████████
          D. J. SMITH    .50 hours at  245.00 per hour.             122.50

10/19/05  CONFER WITH DOLLAR GENERAL'S COUNSEL REGARDING
          DEPOSITIONS. RECEIPT AND REVIEW SAME.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.            98.00

10/19/05  CONFER WITH AMG AND CRS REGARDING ███████████
          ████████████████████████████████████
          J. R. ALDERMAN   .80 hours at  245.00 per hour.           196.00

10/19/05  INSTRUCTIONS TO LEGAL ASSISTANT REGARDING
          OBTAINING TUSA BRIEF.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

10/19/05  DRAFT, REVISE, EDIT MEMORANDUM ON FATA ISSUES
          IN CONNECTION WITH DRAFTING RESPONSE TO DOLLAR
          GENERAL'S MOTION FOR SUMMARY JUDGMENT.
          J. R. ALDERMAN   4.10 hours at  245.00 per hour.         1004.50

10/19/05  CONFER WITH OPPOSING COUNSEL FOR DOLLAR GENERAL
          REGARDING DEPOSITIONS.
          J. R. ALDERMAN   .30 hours at  245.00 per hour.            73.50

10/19/05  RECEIPT AND REVIEW OF LETTER FOR DOLLAR GENERAL
          COUNSEL.
          J. R. ALDERMAN   .20 hours at  245.00 per hour.            49.00

10/19/05  CONFER WITH AMG, CSR, AND DJS REGARDING ███████
          ████████████████████████████████████████
          J. R. ALDERMAN   .60 hours at  245.00 per hour.           147.00

10/19/05  REVIEW FILE IN CONNECTION WITH STATUS
          MEMORANDUM.
          J. R. ALDERMAN   .20 hours at  245.00 per hour.            49.00

10/19/05  FLORIDA LEGISLATIVE HISTORY RESEARCH, FOR A.
          FRY
          T. PSARRAS*    .40 hours at  180.00 per hour.              72.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
DOLGENCORP, INC, STORE 221
INVOICE NUMBER  398476

NOVEMBER 28, 2005
REF. NO.  50116-23449
PAGE    8

---

10/20/05  REVIEW FILE, PARTICULARLY DOLLAR GENERAL'S
MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT.
J. R. ALDERMAN   4.20 hours at  245.00 per hour.          1029.00

10/20/05  CONFER WITH AMG REGARDING VARIOUS ISSUES,
INCLUDING ███████████████████████████
J. R. ALDERMAN    .40 hours at  245.00 per hour.            98.00

10/20/05  REVIEW TUSA BRIEFS.
J. R. ALDERMAN   2.10 hours at  245.00 per hour.           514.50

10/20/05  RESEARCH AND REVIEW LEGILSTAIVE HISTORY OF
FLORIDA'S ANTI-TRUST ACT.
J. R. ALDERMAN   2.30 hours at  245.00 per hour.           563.50

10/20/05  RESEARCH LAW ON CANNONS OF STATUTORY
INTERPRETATION IN CONNECTION WITH MEMORANDUM TO
AMG.
J. R. ALDERMAN   1.50 hours at  245.00 per hour.           367.50

10/20/05  ANALYSIS OF ISSUES REGARDING APPLICABILITY OF
NON-COMPETITION STATUTE TO NEGATIVE EASEMENT
AND ISSUES REGARDING DUTY OF COMMERCIAL TENANT
TO SEARCH PUBLIC RECORDS
M. A. BROWN    .30 hours at  345.00 per hour.             103.50

10/21/05  PREPARE MEMO OF LAW AND OUTLINE FOR RESPONSE TO
DOLGENCORP MOTION FOR SUMMARY JUDGMENT ON ALL
ISSUES, INCLUDING 542 ISSUE.
D. J. SMITH   7.20 hours at  245.00 per hour.            1764.00

10/21/05  REVIEW CASE LAW ON STATUTORY CONSTRUCTION IN
CONNECTION WITH MEMORANDUM TO AMG ON
NON-COMPETE STATUTE..
J. R. ALDERMAN   4.30 hours at  245.00 per hour.          1053.50

10/26/05  LETTER TO RILEY REGARDING AFFIDAVIT.
A. M. GRUNSPAN    .20 hours at  345.00 per hour.            69.00

10/26/05  REVIEW CASE LAW UNDER NON-COMPETE STATUTE
INCONNECTION WITH DRAFTING MEMO TO AMG.
J. R. ALDERMAN   3.60 hours at  245.00 per hour.           882.00

10/26/05  DRAFT MEMORANDUM TO AMG.
J. R. ALDERMAN   1.30 hours at  245.00 per hour.           318.50

10/27/05  REVISE RILEY AND B. REYNOLDS AFFIDAVITS.
A. M. GRUNSPAN   1.30 hours at  345.00 per hour.           448.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221               REF. NO.  50116-23449
INVOICE NUMBER  398476                   PAGE   9

| | | |
|---|---|---:|
| 10/27/05 | REVISE C. REYNOLDS AFFIDAVIT.<br>A. M. GRUNSPAN    .70 hours at  345.00 per hour. | 241.50 |
| 10/27/05 | CONTINUE WITH MEMORANDUM OF LAW IN OPPOSITION<br>TO DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT.<br>D. J. SMITH   4.50 hours at  245.00 per hour. | 1102.50 |
| 10/27/05 | REVIEW LAW ON CANNONS OF STATUTORY CONSTRUCTION<br>IN CONNECTION WITH DRAFTING MEMORANDUM.<br>J. R. ALDERMAN   3.20 hours at  245.00 per hour. | 784.00 |
| 10/27/05 | DRAFT MEMORANDUM TO AMG.<br>J. R. ALDERMAN   1.40 hours at  245.00 per hour. | 343.00 |
| 10/27/05 | RECEIPT AND REVIEW OF ANSWERS FROM LANDLORD TO<br>WINN-DIXIES SECOND SET OF INTERROGATOIRES AND<br>REQUEST FOR PRODUCTION.<br>J. R. ALDERMAN    .60 hours at  245.00 per hour. | 147.00 |
| 10/28/05 | SEVERAL CORRESPONDENCE WITH WILLIAM RILEY<br>REGARDING AFFIDAVIT.<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 10/28/05 | CORRESPONDENCE WITH ALAN FRY REGARDING ██████<br>████████████████████████<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |
| 10/28/05 | CONTINUE WITH MEMORANDUM OF LAW IN OPPOSITION<br>TO DOLGENCORP'S MOTION FOR SUMMARY JUDGMENT.<br>D. J. SMITH   2.70 hours at  245.00 per hour. | 661.50 |
| 10/28/05 | REVISE, EDIT MEMO TO AMG.<br>J. R. ALDERMAN   1.30 hours at  245.00 per hour. | 318.50 |
| 10/31/05 | SEVERAL CORRESPONDENCE WITH REYNOLDS REGARDING<br>AFFIDAVIT AND REVISE SAME.<br>A. M. GRUNSPAN    .90 hours at  345.00 per hour. | 310.50 |
| 10/31/05 | REVIEW REVISED RILEY AFFIDAVIT.<br>A. M. GRUNSPAN    .60 hours at  345.00 per hour. | 207.00 |
| 10/31/05 | CALL REGARDING PREPARATION FOR DEPOSITION OF<br>TERRI HOLDER.<br>A. M. GRUNSPAN    .40 hours at  345.00 per hour. | 138.00 |
| 10/31/05 | SEVERAL CORRESPONDENCE WITH RILEY REGARDING<br>AFFIDAVIT.<br>A. M. GRUNSPAN    .30 hours at  345.00 per hour. | 103.50 |

## CARLTON FIELDS, P.A.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE  10

10/31/05 CONTINUE TO PREPARE MEMORANDUM OF LAW IN
         OPPOSITION TO DOLGENCORP'S MOTION FOR SUMMARY
         JUDGMENT.
         D. J. SMITH   1.80 hours at  245.00 per hour.          441.00

10/31/05 REVISE, EDIT MEMORANDUM ON FLORIDA STATUTS 542
         IN CONNECTION WITH RESPONDING TO DOLLAR
         GENERAL'S MOTION FOR SUMMARY JUDGMENT.
         J. R. ALDERMAN   2.10 hours at  245.00 per hour.       514.50

10/31/05 REVISE, EDIT MEMORANDUM ON APPLICATION OF 542.
         J. R. ALDERMAN   2.60 hours at  245.00 per hour.       637.00


         TOTAL FEES FOR PROFESSIONAL SERVICES          $31,477.50


ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 24.90 hours at | $345.00 = | | 8590.50 |
| DJS | D. J. SMITH | 21.60 hours at | $245.00 = | | 5292.00 |
| JRA | J. R. ALDERMAN | 66.00 hours at | $245.00 = | | 16170.00 |
| MAB | M. A. BROWN | 0.30 hours at | $345.00 = | | 103.50 |
| APF | A. P. FRY | 1.50 hours at | $245.00 = | | 367.50 |
| LG* | L. GOLDSTEIN* | 5.10 hours at | $85.00 = | | 433.50 |
| TP* | T. PSARRAS* | 0.40 hours at | $180.00 = | | 72.00 |
| DRS | D. R. SCHMIDT | 0.70 hours at | $345.00 = | | 241.50 |
| DMA | D. M. ALLEN | 0.60 hours at | $345.00 = | | 207.00 |
| | TOTALS | 121.10 | | | $31,477.50 |

## COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005

|          |                                            |        |
|----------|--------------------------------------------|--------|
|          | COPYING COST                               | 114.20 |
|          | FAX                                        | 91.00  |
|          | POSTAGE                                    | 14.00  |
|          | TELEPHONE                                  | 6.38   |
| 10/31/05 | EXPRESS MAIL                               | 9.61   |
| 10/19/05 | WESTLAW RESEARCH                           | 2.08   |
| 10/19/05 | WESTLAW RESEARCH                           | 1.51   |
| 10/19/05 | WESTLAW RESEARCH                           | 0.53   |
| 10/19/05 | WESTLAW RESEARCH                           | 0.18   |
| 10/19/05 | WESTLAW RESEARCH                           | 24.04  |
| 10/19/05 | WESTLAW RESEARCH                           | 19.31  |
| 10/19/05 | WESTLAW RESEARCH                           | 4.21   |
| 10/19/05 | WESTLAW RESEARCH                           | 6.51   |
| 10/19/05 | RECORDS SEARCH - VENDOR: STANLEY GEORGE    | 30.00  |
|          | SWIDERSKI, ESQ. RECORDS SEARCH - RETRIEVAL OF |     |
|          | RECORDS                                    |        |

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 28, 2005
DOLGENCORP, INC, STORE 221                REF. NO.  50116-23449
INVOICE NUMBER  398476                    PAGE  11


TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005          $323.56
                                                 - - - - - - - - - - - -

           **TOTAL AMOUNT DUE THIS INVOICE**      $31,801.06
                                                 ============

FED. ID 59-1283896

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 16, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-25029
INVOICE NUMBER  398482

RE:  STORE NO 242, FLAMINGO EAST, LTD

LEGAL SERVICES POSTED THROUGH 10/31/05        $1,107.00
COSTS ADVANCED POSTED THROUGH 10/31/05          $6.34
                                              ------------
        CURRENT INVOICE TOTAL        $1,113.34
                                              ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION        NOVEMBER 16, 2005
STORE NO 242, FLAMINGO EAST, LTD        REF. NO.  50116-25029
INVOICE NUMBER  398482                  PAGE   1

**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**

10/03/05  REVIEW CASE LAW ██████████████████████████████
          ██████████████████████████████████████████
          J. R. ALDERMAN    2.70 hours at  245.00 per hour.        661.50

10/06/05  CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
          FROM CLIENT.
          L. GOLDSTEIN*    1.70 hours at  85.00 per hour.          144.50

10/07/05  CONFERENCE REGARDING HEARING ON MOTION TO
          DISMISS AND STRATEGY.
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.         172.50

10/10/05  CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
          FROM CLIENT.
          L. GOLDSTEIN*    .40 hours at  85.00 per hour.           34.00

10/11/05  CONTINUE PREPARING LOG OF DOCUMENTS RECEIVED
          FROM CLIENT.
          L. GOLDSTEIN*    .30 hours at  85.00 per hour.           25.50

10/26/05  CONTACT OPPOSING COUNSEL REGARDING HEARING ON
          MOTION TO DISMISS.
          A. M. GRUNSPAN    .20 hours at  345.00 per hour.         69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES          $1,107.00


ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 0.70 hours at | $345.00 = | 241.50 |
| JRA | J. R. ALDERMAN | 2.70 hours at | $245.00 = | 661.50 |
| LG* | L. GOLDSTEIN* | 2.40 hours at | $85.00 = | 204.00 |
| | TOTALS | 5.80 | | $1,107.00 |

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION               NOVEMBER 16, 2005
STORE NO 242, FLAMINGO EAST, LTD               REF. NO.  50116-25029
INVOICE NUMBER  398482                         PAGE   2


COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005


COPYING COST                                        2.00
FAX                                                 3.00
POSTAGE                                             0.74
TELEPHONE                                           0.60

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005        $6.34
                                                 - - - - - - - - - - - -

        TOTAL AMOUNT DUE THIS INVOICE          $1,113.34
                                               ============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION       NOVEMBER 16, 2005
5050 EDGEWOOD COURT                    ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                REF. NO.  50116-23463
                                       INVOICE NUMBER  398487


RE:  NOBLE MANAGEMENT COMPANY, STORE 2260


LEGAL SERVICES POSTED THROUGH 10/31/05        $2,672.50
COSTS ADVANCED POSTED THROUGH 10/31/05            $1.26
                                            ------------

          CURRENT INVOICE TOTAL            $2,673.76
                                           ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260      REF. NO.  50116-23463
INVOICE NUMBER  398487                    PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005


10/07/05 RECEIPT AND REVIEW OF DOLLAR GENERAL'S ANSWERS.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

10/07/05 REVIEW OF FILE IN CONNECTION WITH DISCOVERY.
         J. R. ALDERMAN    .70 hours at  245.00 per hour.          171.50

10/07/05 REVIEW DOLLAR GENERAL'S ANNUAL REPORTS.
         J. R. ALDERMAN   1.40 hours at  245.00 per hour.          343.00

10/10/05 REVIEW ISSUES REGARDING MOTION TO STRIKE
         DEFENSES.
         A. M. GRUNSPAN    .60 hours at  345.00 per hour.          207.00

10/10/05 REVIEW ANSWER AND DEFENSES BY DOLLAR GENERAL.
         A. M. GRUNSPAN    .40 hours at  345.00 per hour.          138.00

10/10/05 REVIEW LAW ON ███████████████████████████
         ███████████ IN CONNECTION WITH DRAFTING MOTION TO
         STRIKE AFFIRMATIVE DEFENSES.
         J. R. ALDERMAN   2.60 hours at  245.00 per hour.          637.00

10/10/05 REVIEW FILE IN CONNECTION WITH DISCOVERY AND
         STRATEGY MEETING WITH AMG AND DJS.
         J. R. ALDERMAN    .80 hours at  245.00 per hour.          196.00

10/11/05 REVIEW LAW ON ████████████████ IN CONNECTION
         WITH DRAFTING MOTION TO STRIKE AFFIRMATIVE
         DEFENSES.
         J. R. ALDERMAN   2.60 hours at  245.00 per hour.          637.00

10/31/05 REVIEW FILE IN CONNECTION WITH PENDING MOTIONS,
         DEADLINES.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50

10/31/05 DRAFT MOTION FOR EXTENSION OF TIME IN WHICH TO
         RESPOND TO AFFIRMATIVE DEFENSES.
         J. R. ALDERMAN    .30 hours at  245.00 per hour.           73.50


         TOTAL FEES FOR PROFESSIONAL SERVICES          $2,672.50


CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION            NOVEMBER 16, 2005
NOBLE MANAGEMENT COMPANY, STORE 2260        REF. NO.  50116-23463
INVOICE NUMBER  398487                      PAGE   2

## ATTORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.00 hours at | $345.00 = | | 345.00 |
| JRA | J. R. ALDERMAN | 9.50 hours at | $245.00 = | | 2327.50 |
| | TOTALS | 10.50 | | | $2,672.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005**

09/14/05 EXPRESS MAIL                                      1.26

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005       $1.26
                                                     ------------

**TOTAL AMOUNT DUE THIS INVOICE**      $2,673.76
                                       ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID. 59-1233896

# CARLTON FIELDS

ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

| One Atlantic Center | P.O. Box 019101 | P.O. Box 1171 | P.O. Box 2861 | P.O. Drawer 190 | P.O. Box 150 |
|---|---|---|---|---|---|
| 1201 W. Peachtree St., Ste. 3000 | Miami, FL 33131 | Orlando, FL 32802 | St. Petersburg, FL 33731 | Tallahassee, FL 32302 | West Palm Beach, FL 33402 |
| Atlanta, Georgia 30309 | 305.530.0050 | 407.849.0300 | 727.821.7000 | 850.224.1585 | 561.659.7070 |
| 404.815.3400 | Fax 305.530.0055 | Fax 407.648.9099 | Fax 727.822.3768 | Fax 850.222.0398 | Fax 561.659.7368 |
| Fax 404.815.3415 | | | | | |

```
WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
5050 EDGEWOOD COURT                       ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254                   REF. NO.  50116-23462
                                          INVOICE NUMBER  398481


       RE:  DOLLAR GENERAL INVESTIGATIVE



       LEGAL SERVICES POSTED THROUGH 10/31/05        $2,514.50
       COSTS ADVANCED POSTED THROUGH 10/31/05            $2.70
                                                     ------------

              CURRENT INVOICE TOTAL                  $2,517.20
                                                     ============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  398481                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**


10/06/05  CONFERENCES REGARDING LEGAL ISSUES AND ISSUES
          RELATING TO RETENTION OF EXPERT WITNESSES AND
          EXPERT WITNESS ISSUES AND OPPOSING THE PENDING
          MOTION FOR SUMMARY JUDGMENT.
          C. M. ROSENBERG    .40 hours at  345.00 per hour.          138.00

10/07/05  CONFERENCES REGARDING OPPOSING MOTION FOR
          SUMMARY JUDGMENT RESPONDING TO AFFIDAVIT FILED
          IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,
          PROVIDING FOR AFFIDAVIT TO SUPPORT BRIEF IN
          OPPOSITION TO MOTION FOR SUMMARY JUDGMENT,
          DEPOSITION OF AFFIANT SUPPORTING MOTION FOR
          SUMMARY JUDGMENT AND SCHEDULING OF HEARINGS ON
          DIFFERENT ISSUES.
          C. M. ROSENBERG   1.00 hours at  345.00 per hour.          345.00

10/11/05  CONFERENCE REGARDING STRATEGY FOR PROCEEDING
          WITH DEPOSITION OF DEFENDANT'S LEASING AGENT
          AND MATTERS RELATING TO RETENTION OF EXPERT
          WITNESSES.
          C. M. ROSENBERG    .40 hours at  345.00 per hour.          138.00

10/12/05  REVIEW MATERIALS FOR INFORMATION ON STORE ████
          AT REQUEST OF AMG.
          D. J. SMITH    .50 hours at  245.00 per hour.              122.50

10/12/05  MEMOS TO/FROM AMG ON STORE ████
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

10/12/05  TELEPHONE INTERVIEW OF POTENTIAL EXPERT WITNESS
          RICK HARRIS TO DETERMINE HIS EXPERTISE,
          QUALIFICATIONS AND SUITABILITY TO TESTIFY AS AN
          EXPERT WITNESS.
          C. M. ROSENBERG    .50 hours at  345.00 per hour.          172.50

10/13/05  ANALYZE AND OUTLINE AFFIDAVIT AND ANSWERS TO
          INTERROGATORIES AND OTHER DISCOVERY MATERIALS
          ATTACHED DEFENDANT'S MOTION FOR SUMMARY
          JUDGMENT, OUTLINE ARGUMENTS OPPOSING THE MOTION
          FOR SUMMARY JUDGMENT AND OUTLINE ISSUES TO
          PREPARE TO DEPOSE DEFENDANT'S DIRECTOR OF LEASE
          ADMINISTRATION, TERRI HOLDER.
          C. M. ROSENBERG   1.00 hours at  345.00 per hour.          345.00

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
DOLLAR GENERAL INVESTIGATIVE              REF. NO.  50116-23462
INVOICE NUMBER  398481                    PAGE   2

10/17/05  REVIEW AND REVISE DRAFT LETTERS REGARDING
          REQUEST FOR DEPOSITIONS OF VARIOUS CORPORATE
          REPRESENTATIVES REGARDING SEVERAL SUBJECTS
          RELATED TO THE CLAIMS AND LAWSUIT.
          C. M. ROSENBERG    .30 hours at  345.00 per hour.         103.50

10/18/05  RECEIVE AND COMMENT UPON ENGAGEMENT LETTER FOR
          EXPERT RICK HARRIS, ESQ. AND DESCRIPTION OF
          CATEGORIES OF INFORMATION TO BE INQUIRED INTO
          FROM VARIOUS CORPORATE REPRESENTATIVES.
          C. M. ROSENBERG    .50 hours at  345.00 per hour.         172.50

10/19/05  MEMO TO A. GRUNSPAN RE: ███████████████
          D. J. SMITH    .40 hours at  245.00 per hour.              98.00

10/19/05  CONFERENCES REGARDING SUBSTANCES OF AFFIDAVITS
          TO BE PREPARED TO RESPOND TO MOTION FOR SUMMARY
          JUDGMENT, RETENTION OF EXPERTS, STRATEGY FOR
          DEPOSITION OF DOLLAR STORE'S LEASING MANAGER
          AND RELATED MATTERS.
          C. M. ROSENBERG    .60 hours at  345.00 per hour.         207.00

10/21/05  REVIEW, ANALYZE AND COMMENT UPON LEGAL
          MEMORANDUM DISCUSSING ██████████████████
          C. M. ROSENBERG    .30 hours at  345.00 per hour.         103.50

10/31/05  REVIEW LEASE AND AMENDMENTS RELATIVE TO STORE
          ████ AT REQUEST OF AMG.
          D. J. SMITH    .80 hours at  245.00 per hour.             196.00

10/31/05  MEMO TO AMG RE: STORE ████
          D. J. SMITH    .20 hours at  245.00 per hour.              49.00

10/31/05  REVIEW LEASE AND AMENDMENTS RELATIVE TO STORE
          ████ AT REQUEST OF AMG.
          D. J. SMITH    .70 hours at  245.00 per hour.             171.50

10/31/05  CONFERENCE REGARDING ISSUES TO BE INQUIRED OF
          DURING DEPOSITION OF LANDLORD'S LEASING AGENT
          AND GENERAL DEPOSITION PREPARATION.
          C. M. ROSENBERG    .30 hours at  345.00 per hour.         103.50


          TOTAL FEES FOR PROFESSIONAL SERVICES          $2,514.50

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

| | |
|---|---|
| WINN DIXIE, DEBTOR IN POSSESSION | NOVEMBER 16, 2005 |
| DOLLAR GENERAL INVESTIGATIVE | REF. NO.  50116-23462 |
| INVOICE NUMBER  398481 | PAGE   3 |

## ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| DJS | D. J. SMITH | 2.80 hours at  $245.00 = | 686.00 |
| CMR | C. M. ROSENBERG | 5.30 hours at  $345.00 = | 1828.50 |
| | TOTALS | 8.10 | $2,514.50 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005**

TELEPHONE                                         2.70

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005        $2.70
                                                ------------

**TOTAL AMOUNT DUE THIS INVOICE    $2,517.20**
                                                ============

# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 16, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23459
INVOICE NUMBER  398480

RE:  JENSEN BEACH PLAZA, LTD, STORE 308

LEGAL SERVICES POSTED THROUGH 10/31/05        $2,092.00
COSTS ADVANCED POSTED THROUGH 10/31/05          $7.80
                                            ------------
          CURRENT INVOICE TOTAL             $2,099.80
                                            ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID. 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION        NOVEMBER 16, 2005
JENSEN BEACH PLAZA, LTD, STORE 308      REF. NO.  50116-23459
INVOICE NUMBER  398480                  PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**


10/05/05  RECEIPT AND REVIEW OF EMAIL FROM OPPOSING
          COUNSEL REGARDING EXTENSION TO FILE ANSWER.
          CONFER WITH AMG. RETURN EMAIL TO OPPOSING
          COUNSEL.
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

10/10/05  REVIEW ANSWER REGARDING MOTION TO STRIKE
          DEFENSES.
          A. M. GRUNSPAN     .40 hours at  345.00 per hour.         138.00

10/10/05  CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING
          ANSWER.
          A. M. GRUNSPAN     .30 hours at  345.00 per hour.         103.50

10/10/05  RECEIPT AND REVIEW OF EMAILS FROM OPPOSING
          COUNSEL CONCERNING ANSWER AND DISCOVERY. RETURN
          EMAILS TO OPPOSING COUNSEL.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

10/11/05  REVIEW FILE PARTICULARLY DISCOVERY AND LEASES.
          J. R. ALDERMAN     .80 hours at  245.00 per hour.         196.00

10/14/05  CONFER WITH OPPOSING COUNSEL REGARDING
          DISCOVERY AND FILING OF ANSWER.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

10/14/05  RECEIPT AND REVIEW OF LANDLORD'S ANSWERS TO
          DISCOVERY.
          J. R. ALDERMAN     .80 hours at  245.00 per hour.         196.00

10/14/05  REVIEW FILE, PARTICULARLY CORRESPONDENCE AND
          LEASE REGARDING ███████████████████████
          J. R. ALDERMAN     .90 hours at  245.00 per hour.         220.50

10/14/05  CONFER WITH AMG REGARDING ████████████████
          J. R. ALDERMAN     .30 hours at  245.00 per hour.          73.50

10/14/05  RECEIPT AND REVIEW OF VARIOUS EMAILS FROM
          OPPOSING COUNSEL REGARDING BANKRUPTCY.
          J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00


# CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION            NOVEMBER 16, 2005
JENSEN BEACH PLAZA, LTD, STORE 308          REF. NO.  50116-23459
INVOICE NUMBER  398480                      PAGE   2

10/17/05  SEVERAL CORRESPONDENCE REGARDING LANDLORD CLAIM
          OF LEASE OF PREDECESSOR IN INTEREST TO DOLLAR
          GENERAL PREDATING THE WINN-DIXIE LEASE.
          A. M. GRUNSPAN   1.10 hours at  345.00 per hour.              379.50

10/28/05  SEVERAL CORRESPONDENCE WITH JASON ALDERMAN
          REGARDING ▉▉▉▉▉▉▉▉
          A. M. GRUNSPAN    .50 hours at  345.00 per hour.             172.50

10/28/05  TELECONFERENCE WITH COUNSEL FOR LANDLORD
          REGARDING ISSUE OF DOLLAR GENERAL LEASE
          PREDATING WINN-DIXIE, EXTENSION TO FILE ANSWER,
          DISCOVERY.
          J. R. ALDERMAN    .40 hours at  245.00 per hour.              98.00

10/28/05  MEMO TO AMG REGARDING ▉▉▉▉▉▉▉▉▉▉▉▉
          J. R. ALDERMAN    .60 hours at  245.00 per hour.             147.00


          TOTAL FEES FOR PROFESSIONAL SERVICES            $2,092.00


ATTORNEY FEE SUMMARY

  AMG      A. M. GRUNSPAN       2.30 hours at  $345.00 =      793.50
  JRA      J. R. ALDERMAN       5.30 hours at  $245.00 =     1298.50
           TOTALS               7.60                       $2,092.00


          COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005


          COPYING COST                                 7.80

          TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005      $7.80
                                                         ------------

                    TOTAL AMOUNT DUE THIS INVOICE      $2,099.80
                                                       ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL   32254

NOVEMBER 16, 2005
ALAN M. GRUNSPAN
REF. NO.   50116-23457
INVOICE NUMBER   398478

RE:   SUMAR ENTERPRISES, LTD, STORE 295

REVISED INVOICE

| | |
|---|---|
| LEGAL SERVICES POSTED THROUGH 10/31/05 | $1,199.00 |
| COSTS ADVANCED POSTED THROUGH 10/31/05 | $.00 |
| | ------------ |
| CURRENT INVOICE TOTAL | $1,199.00 |
| | ============ |

\*\*\* REMITTANCE COPY \*\*\*

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

WINN DIXIE, DEBTOR IN POSSESSION
SUMAR ENTERPRISES, LTD, STORE 295
INVOICE NUMBER   398478

NOVEMBER 16, 2005
REF. NO.   50116-23457
PAGE    1

## PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005

| | | |
|---|---|---:|
| 10/07/05 | CONFERENCE REGARDING HEARING ON MOTION TO DISMISS AND REGARDING MOTION TO COMPEL. A. M. GRUNSPAN     .50 hours at  345.00 per hour. | 172.50 |
| 10/07/05 | CONFERENCE REGARDING REQUEST FOR PRODUCTION. A. M. GRUNSPAN     .50 hours at  345.00 per hour. | 172.50 |
| 10/10/05 | REVIEW ISSUE RAISED BY LANDLORD IN MOTION TO DISMISS REGARDING SPECIFIC PERFORMANCE OF A LEASE. A. M. GRUNSPAN     .70 hours at  345.00 per hour. | 241.50 |
| 10/11/05 | REVIEW FILE IN CONNECTION WITH DRAFTING STATUS MEMORANDUM TO AMG. J. R. ALDERMAN     .60 hours at  245.00 per hour. | 147.00 |
| 10/12/05 | REVIEW FILE IN CONNECTION WITH STATUS MEMORANDUM TO AMG. J. R. ALDERMAN     .60 hours at  245.00 per hour. | 147.00 |
| 10/12/05 | REVIEW FILE IN CONNECTION WITH DISCOVERY, PARTICULARLY MOTION TO COMPEL. J. R. ALDERMAN   1.30 hours at  245.00 per hour. | 318.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES                       $1,199.00

### ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---:|
| AMG | A. M. GRUNSPAN | 1.70 hours at  $345.00 = | 586.50 |
| JRA | J. R. ALDERMAN | 2.50 hours at  $245.00 = | 612.50 |
| | TOTALS | 4.20 | $1,199.00 |

- - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**          $1,199.00
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 16, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23456
INVOICE NUMBER  398477

RE:  ROYAL OAKS BRANDON, LTD, STORE 734

LEGAL SERVICES POSTED THROUGH 10/31/05          $1,641.50
COSTS ADVANCED POSTED THROUGH 10/31/05             $62.20
                                                ------------
        CURRENT INVOICE TOTAL            $1,703.70
                                                ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an [*] were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  398477                    PAGE   1


## PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005


10/03/05  REVIEW FEDERAL ANTI-TRUST CASE LAW REGARDING
          SHOPPING CENTER LEASE RESTRICTIONS.
          J. R. ALDERMAN   2.30 hours at  245.00 per hour.          563.50

10/06/05  TELECONFERENCE WITH OPPOSING COUNSEL REGARDING
          DISCOVERY, AND DOLLAR GENERAL'S VACANCY FROM
          SHOPPING CENTER, AND AMENDMENT OF COMPLAINT.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.           98.00

10/06/05  CONFER WITH AMG REGARDING ███████████████████

          J. R. ALDERMAN   .30 hours at  245.00 per hour.           73.50

10/07/05  RECEIPT AND REVIEW LETTER FROM OPPOSING COUNSEL
          REGARDING DOLLAR GENERAL'S VACANCY FROM THE
          SHOPPING CENTER.
          J. R. ALDERMAN   .20 hours at  245.00 per hour.           49.00

10/11/05  RESEARCH WHETHER ████████████████████████
          J. R. ALDERMAN   2.60 hours at  245.00 per hour.          637.00

10/25/05  RECEIPT AND REVIEW OF DOLLAR GENERAL'S ANSWERS
          TO INTERROGATORIES.
          J. R. ALDERMAN   .50 hours at  245.00 per hour.           122.50

10/25/05  RECEIPT AND REVIEW OF DOLLAR GENERAL'S
          RESPONSES TO REQUEST FOR PRODUCTION.
          J. R. ALDERMAN   .40 hours at  245.00 per hour.           98.00


          TOTAL FEES FOR PROFESSIONAL SERVICES           $1,641.50


ATTORNEY FEE SUMMARY

  JRA     J. R. ALDERMAN        6.70 hours at   $245.00 =     1641.50
          TOTALS                6.70                       $1,641.50


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
ROYAL OAKS BRANDON, LTD, STORE 734        REF. NO.  50116-23456
INVOICE NUMBER  398477                    PAGE    2


**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005**


COPYING COST                                          3.20
10/28/05 SERVICE OF PROCESS - VENDOR: T.C. MANN, INC.  -   59.00
ON ROYAL OAKS BRANDON, LTD

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005           $62.20
- - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE          $1,703.70**
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID 59-1233896

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

---

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 16, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23453
INVOICE NUMBER  398486

RE:  DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP,

LEGAL SERVICES POSTED THROUGH 10/31/05          $1,098.00
COSTS ADVANCED POSTED THROUGH 10/31/05             $23.64
                                               ------------
        CURRENT INVOICE TOTAL          $1,121.64
                                               ============

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  398486                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**


10/10/05 REVIEW FILE IN CONNECTION WITH STRATEGY
         MEETING.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.        171.50

10/10/05 REVIEW TRANSCRIPT OF HEARING IN CONNECTION WITH
         DRAFTING MOTION TO CORRECT RECORD.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.        147.00

10/10/05 CONFER WITH AMG REGARDING STATUS OF CASE,
         STRATEGY.
         J. R. ALDERMAN     .30 hours at  245.00 per hour.         73.50

10/14/05 DRAFT MOTION TO STRIKE AFFIRMATIVE DEFENSES.
         J. R. ALDERMAN    1.30 hours at  245.00 per hour.        318.50

10/18/05 REVIEW ORDER OF RECUSAL.
         A. M. GRUNSPAN     .10 hours at  345.00 per hour.         34.50

10/19/05 REVIEW FILE IN CONNECTION WITH DRAFTING MOTION
         TO STRIKE AFFIRMATIVE DEFENSES.
         J. R. ALDERMAN     .70 hours at  245.00 per hour.        171.50

10/21/05 RECEIPT AND REVIEW OF DOLLAR GENERAL'S
         SUPPLEMENTLE ANSWERS TO INTERROGATORIES.
         J. R. ALDERMAN     .60 hours at  245.00 per hour.        147.00

10/31/05 REVIEW ORDER OF REASSIGNMENT.
         A. M. GRUNSPAN     .10 hours at  345.00 per hour.         34.50


         TOTAL FEES FOR PROFESSIONAL SERVICES          $1,098.00


ATTORNEY FEE SUMMARY

AMG    A. M. GRUNSPAN        0.20 hours at  $345.00 =         69.00
JRA    J. R. ALDERMAN        4.20 hours at  $245.00 =       1029.00
       TOTALS                4.40                        $1,098.00


## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
DOLGENCORP, INC, STORE 161, SANDIFER PARTNERSHIP, 50116-23453
INVOICE NUMBER  398486                    PAGE   2


COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005


COPYING COST                                   23.40
ONLINE COMPUTER SERVICES                        0.24

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005        $23.64
                                                  ------------

            TOTAL AMOUNT DUE THIS INVOICE        $1,121.64
                                                  ============

CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS

### ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

```
WINN DIXIE, DEBTOR IN POSSESSION      NOVEMBER 16, 2005
5050 EDGEWOOD COURT                   ALAN M. GRUNSPAN
JACKSONVILLE, FL  32254               REF. NO.  50116-23446
                                      INVOICE NUMBER  398484


RE:  HURRICANE CLAIMS PREPARATION


LEGAL SERVICES POSTED THROUGH 10/31/05     $2,720.00
COSTS ADVANCED POSTED THROUGH 10/31/05        $39.83
                                           ------------
        CURRENT INVOICE TOTAL              $2,759.83
                                           ============
```

### *** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  398484                    PAGE   1


**PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005**


10/03/05  REVIEW OF CORRESPONDENCE FROM B. MILLER OF
          EQUITY ONE REALTY AND MANAGEMENT INC., ON STORE
          2383 REGARDING LANDLORD NOT BEING INFORMED
          STORE SUSTAINED DAMAGE BEFORE 9/7/05
          CORRESPONDENCE THEREFORE LANDLORD NOT
          RESPONSIBLE; REVIEW OF CORRESPONDENCE FROM A.
          KENDRICK OF KIRBO KENDRICK AND BELL REGARDING
          STORE 471.
          E. G. OSMAN    .50 hours at  345.00 per hour.              172.50

10/07/05  REVIEW OF CORRESPONDENCE FROM R. EMMANUEL
          REGARDING STORES 558, 507 AND 561; REVIEW OF
          CORRESPONDENCE FROM J. HENDERSON REGARDING
          STORE 12 AND FOLLOW UP.
          E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

10/11/05  FOLLOW UP ON SECOND ROUND OF LETTERS.
          E. G. OSMAN    .50 hours at  345.00 per hour.              172.50

10/13/05  CONTACT EDITH OSMAN REGARDING ████
          A. M. GRUNSPAN    .40 hours at  345.00 per hour.           138.00

10/13/05  E-MAILS FROM AMG RE: ████
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

10/13/05  REVIEW FILE ON STORE ████ AT REQUEST OF AMG.
          D. J. SMITH    .20 hours at  245.00 per hour.               49.00

10/13/05  LOOK INTO ISSUES RELATED TO STORE ████ VARIOUS
          CALLS.
          E. G. OSMAN    .30 hours at  345.00 per hour.              103.50

10/14/05  FOLLOW UP ON EVICTION PROBLEM; FOLLOW UP ON
          LETTERS FROM LANDLORDS.
          E. G. OSMAN    .50 hours at  345.00 per hour.              172.50

10/17/05  LETTER FROM EDITH OSMAN REGARDING ████
          ████
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.           103.50

10/17/05  FOLLOW UP ON VARIOUS LANDLORD ISSUES.
          E. G. OSMAN    .20 hours at  345.00 per hour.               69.00

## CARLTON FIELDS, P.A.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

A T T O R N E Y S   A T   L A W

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  398484                    PAGE   2

10/18/05  TELEPHONE CONFERENCE WITH R. GIBSON; WRITE TO
          R. GIBSON; REVIEW OF RESPONSE; WORK ON ISSUES.
          E. G. OSMAN    .40 hours at  345.00 per hour.             138.00

10/19/05  REVIEW OF CORRESPONDENCE FROM ANNE
          MARC-DAUGHERTY OF JOHNSTONE, CONWELL & DONOVAN
          REGARDING STORE NO.: 570 AND FOLLOW UP.
          E. G. OSMAN    .20 hours at  345.00 per hour.              69.00

10/19/05  WORK ON FILE; PREPARE FOR CALL; WRITE TO STORE
          569; RECEIVED NOTICE REGARDING NEED TO CASH
          CHECK.
          E. G. OSMAN   1.00 hours at  345.00 per hour.             345.00

10/20/05  MEET PRIOR TO CONFERENCE CALL; TELEPHONE
          CONFERENCE WITH WINN DIXIE REAL ESTATE.
          E. G. OSMAN   1.30 hours at  345.00 per hour.             448.50

10/21/05  TELEPHONE CONFERENCE WITH C. NORRIS AND FOLLOW
          UP REGARDING STORE NO.: ▬▬▬  FOLLOW WITH
          ISSUES RELATED TO STORE NO.: ▬▬▬
          E. G. OSMAN    .40 hours at  345.00 per hour.             138.00

10/23/05  FOLLOW UP ON INQUIRIES REGARDING STORE 570.
          E. G. OSMAN    .10 hours at  345.00 per hour.              34.50

10/26/05  CORRESPONDENCE TO AND FROM OPPOSING COUNSEL
          REGARDING EQUIPMENT INSPECTION.
          A. M. GRUNSPAN    .30 hours at  345.00 per hour.          103.50

10/26/05  CONTINUE FOLLOW UP ON STORES AND 570.
          E. G. OSMAN    .20 hours at  345.00 per hour.              69.00

10/27/05  WORK ON STORE NUMBERS.
          E. G. OSMAN    .30 hours at  345.00 per hour.             103.50

10/28/05  WORK ON BANKRUPTCY ISSUE.
          E. G. OSMAN    .30 hours at  345.00 per hour.             103.50

10/31/05  ADD BANKRUPTCY ISSUES TO LETTERS TO 3 STORES.
          E. G. OSMAN    .20 hours at  345.00 per hour.              69.00


          TOTAL FEES FOR PROFESSIONAL SERVICES           $2,720.00

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

### ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION          NOVEMBER 16, 2005
HURRICANE CLAIMS PREPARATION              REF. NO.  50116-23446
INVOICE NUMBER  398484                    PAGE   3

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| AMG | A. M. GRUNSPAN | 1.00 hours at | $345.00 = | 345.00 |
| DJS | D. J. SMITH | 0.40 hours at | $245.00 = | 98.00 |
| EGO | E. G. OSMAN | 6.60 hours at | $345.00 = | 2277.00 |
| | TOTALS | 8.00 | | $2,720.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED OCTOBER 31, 2005**

| | |
|---|---|
| COPYING COST | 34.60 |
| POSTAGE | 3.13 |
| TELEPHONE | 2.10 |

TOTAL COSTS AS POSTED THROUGH OCTOBER 31, 2005          $39.83
                                                      - - - - - - - - - - - -

**TOTAL AMOUNT DUE THIS INVOICE**          $2,759.83
                                         ============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach
ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS

### ATTORNEYS AT LAW

FED. ID 59-1233896

PLEASE REMIT TO:
P.O. Box 2239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

WINN DIXIE, DEBTOR IN POSSESSION
5050 EDGEWOOD COURT
JACKSONVILLE, FL  32254

NOVEMBER 16, 2005
ALAN M. GRUNSPAN
REF. NO.  50116-23445
INVOICE NUMBER  398483

RE:  NORTHWAY INVESTMENTS, LLC

```
LEGAL SERVICES POSTED THROUGH 10/31/05          $220.50
COSTS ADVANCED POSTED THROUGH 10/31/05            $.00
                                            -------------
         CURRENT INVOICE TOTAL                  $220.50
                                            =============
```

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED ID 59-1233896

ATTORNEYS AT LAW

WINN DIXIE, DEBTOR IN POSSESSION
NORTHWAY INVESTMENTS, LLC
INVOICE NUMBER   398483

NOVEMBER 16, 2005
REF. NO.  50116-23445
PAGE   1

### PROFESSIONAL SERVICES AS POSTED THROUGH OCTOBER 31, 2005

09/13/05 REVIEW OF FILE IN CONNECTION WITH DISCOVERY AND
PENDING MOTIONS.
J. R. ALDERMAN     .40 hours at  245.00 per hour.          98.00

10/10/05 REVIEW OF FILE IN CONNECTION WITH DRAFTING
STATUS MEMORANDUM.
J. R. ALDERMAN     .50 hours at  245.00 per hour.          122.50


TOTAL FEES FOR PROFESSIONAL SERVICES          $220.50

## ATTORNEY FEE SUMMARY

| | | | |
|---|---|---|---|
| JRA | J. R. ALDERMAN | 0.90 hours at  $245.00 = | 220.50 |
| | TOTALS | 0.90 | $220.50 |


- - - - - - - - - - - -

TOTAL AMOUNT DUE THIS INVOICE          $220.50
============

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

rvices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.