UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.,           )   Case No. 05-03817-3F1
                                            )
                                            )   Chapter 11
            Debtors.                        )   Jointly Administered
                                            )
_____/

## CERTIFICATE OF MAILING

I CERTIFY that on the 14th day of March 2006, I caused to be served the Third Interim Application of Carlton Fields, P.A., As Special Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses, by having a true and correct copy sent U. S. Mail to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801
Telephone: 407-648-6465
Facsimile: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801
Telephone: 407-648-6301
Facsimile: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attention: Laurence B. Appel
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Telephone: 904-783-5000
Facsimile: 904-783-5059
LarryAppel@winn-dixie.com

CARLTON FIELDS, P.A.
4000 International Place - 100 S.E. Second Street – Miami - Florida 33131-9101

MIA#2440524.1

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: D.J. Baker
Four Times Square
New York, New York 10036
Telephone: 212-735-2150
Facsimile: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, New York 10169
Telephone: 212-661-9100
Facsimile: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attention: Matthew Barr
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212-530-5000
Facsimile: 212-530-5219
Mbarr@milbank.com

King & Spalding, LLP
Attention: Sarah Robinson Borders
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: 404-572-4600
Facsimile: 404-572-5149
sborders@kslaw.com

Respectfully submitted,

CARLTON FIELDS, P.A.
Special Counsel for Debtors
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
**jsilver@carltonfields.com**

By: _____
JAMES D. SILVER
Florida Bar Number 373702

Case No. 05-03817-3F1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 14th day of March, 2006 to all parties listed on the attached Service List.

_____
JAMES D. SILVER

Case No. 05-03817-3F1

## SERVICE LIST

Elena L. Escamilla
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801

Winn-Dixie Stores, Inc.
Attention: Laurence B. Appel
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: D.J. Baker
Four Times Square
New York, New York 10036

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, New York 10169

Milbank, Tweed, Hadley & McCloy LLP
Attention: Matthew Barr
1 Chase Manhattan Plaza
New York, New York 10005

King & Spalding, LLP
Attention: Sarah Robinson Borders
191 Peachtree Street
Atlanta, Georgia 30303

MIA#2440524.1