## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re                                      )       Case No. 05-3817-3F1

WINN-DIXIE STORES, INC., et al.,           )       Chapter 11

       Debtors.                           )       Jointly Administered

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached First Interim Fee Application for Allowance of Fees and Expenses of Deloitte and Touche LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for the Period from November 14, 2005 Through January 31, 2006.

Dated:  March 15, 2006.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

SMITH HULSEY & BUSEY

By    _s/ D. J. Baker_   
       D. J. Baker
       Sally McDonald Henry
       Rosalie Gray

By    _s/ Cynthia C. Jackson_   
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson (FBN 498882)

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Co-Counsel for Debtors

00525867