**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**SUMMARY SHEET ACCOMPANYING FIRST INTERIM FEE
APPLICATION OF DELOITTE AND TOUCHE LLP FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
<u>FROM NOVEMBER 14, 2005 THROUGH JANUARY 31, 2006</u>**

Name of Applicant:                     Deloitte and Touche LLP

Time Period for Current Interim        November 14, 2005 through January 31, 2006
Application:

Authorized to Provide Services to:     Winn-Dixie Stores, Inc., et al.

Current Interim Application:           Fees Incurred: $89,682.00

                                       Expenses Requested: $3,859.46

Prior Interim Application:             Not applicable

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

**WINN-DIXIE STORES, INC., <u>et al.,</u>**

**Debtors[1]**

**Chapter 11**
**Case No.  05-03817-3F1**

**FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF FEES AND**
**EXPENSES OF DELOITTE AND TOUCHE LLP TO PROVIDE RISK**
**ASSESSMENT, QUALITY ASSESSMENT, AND JOURNAL ENTRY TESTING**
**SERVICES TO THE DEBTORS FOR THE PERIOD FROM**
**<u>NOVEMBER 14, 2005 THROUGH JANUARY 31, 2006</u>**

TO:     THE HONORABLE JERRY A. FUNK
        UNITED STATES BANKRUPTCY JUDGE

        Deloitte and Touche LLP ("Deloitte and Touche") hereby applies to this Court for

Allowance of Fees and Expenses of Deloitte and Touche as providers of risk assessment,

quality assessment, and journal entry testing services to the Winn-Dixie Stores, Inc., et al.

(the "Debtor"), for the period from November 14, 2005 through January 31, 2006, pursuant

to §§11 U.S.C. 330 and 331, Fed.R.Bankr Pro 2016.  In support of this Application, Deloitte

and Touche states:

<u>**Background**</u>

        1.      On February 21, 2005, the Debtor filed voluntary petitions for reorganization

relief under chapter 11 of title 11 of the United States Code 11 U.S.C. §§101-1330 as

amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,

District of New York (the "New York Court").  By Order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.  Any orders entered by the New York Court remain in full force and effect before this Court, unless otherwise ordered by this Court.  These cases are jointly administered for procedural purposes only.

2.      The Debtor continues to manage and operate their business as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors Committee) was appointed to serve in these cases pursuant to Bankruptcy Code section 1103.

4.      On November 10, 2005, Debtor counsel filed an application for authority to employ Deloitte and Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Debtor.

5.      On December 1, 2005, the Court authorized the employment of Deloitte and Touche as providers of risk assessment, quality assessment, and journal entry testing services to the Debtor nunc pro tunc to November 14, 2005.

6.      Under §§ 330 and 331 of the Bankruptcy Code, Deloitte and Touche is entitled to "reasonable compensation for actual, necessary services" and reimbursement for actual and necessary expenses.

7.      Deloitte and Touche has provided professional services to the Debtor from November 14, 2005 through January 31, 2006.

8.      Pursuant to the *Final Order Approving Interim Compensation Procedures For Professionals*, Deloitte and Touche filed one (1) monthly statement for the period from

---

Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

November 14, 2005 through January 31, 2006 requesting a total of $89,682.00 in professional fees and $3,859.46 in expenses.

9.      Of the $89,682.00 in professional fees for this first interim period, $71,745.60, representing 80% of the fees for the months of November 2005 through January 2006, remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals.  Deloitte and Touche has not received any payments for the $89,682.00 in professional fees earned for this first interim period.

10.      Of the $3,859.46 in expenses incurred for this first interim period, $3,859.46, representing 100% of the expenses for the months of November 2005 through January 2006, remains within the 20 day mandated period of review for the monthly fees and expenses of case professionals.  Deloitte and Touche has not received any payments for the $3,859.46 in expenses incurred for this first interim period.

11.      Attached hereto as **Exhibit A** is a summary of time by individual.

12.      Attached hereto as **Exhibit B** is a narrative description of the services rendered in the period covered by this application.

13.      Attached hereto as **Exhibit C** is a summary of the time by matter category incurred during the period covered by this application.

14.      Attached hereto as **Exhibit D** are the time details indicating the date, responsible individual, matter category, time, rate, and fees earned for the period covered by the application.

15.      Attached hereto as **Exhibit E** are the expenses incurred by Deloitte and Touche for the period covered by the application.

16.    All professional services for which compensation is being sought in this application were performed solely for and on behalf of the Debtor.

17.    Some services incidental to the tasks performed by Deloitte and Touche in these Chapter 11 cases have been performed by personnel employed by or associated with affiliates of Deloitte and Touche, including Deloitte Financial Advisory Services LLP.  The fees and expenses with respect to such services, if any, are included in the fee applications of Deloitte and Touche.  Deloitte and Touche has no agreement to share its revenues from the services for which it has been retained with any nonaffiliated entity.

18.    WHEREFORE, Deloitte and Touche requests that this Court (i) enter an Order awarding Deloitte and Touche fees in the amount of $89,682.00 and expenses of $3,859.46 for a total amount of $93,541.46 in connection with services rendered to the Debtor for the period from November 14, 2005 through January 31, 2006, and (ii) grant such other relief as is just and necessary.

Dated:  March 10, 2006


Deloitte and Touche, LLP


BY  Richard M. Serafini/s

Richard M. Serafini
Principal

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                        )    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,              )    *Chapter 11*

Debtors.                                       )    Jointly Administered

**ORDER APPROVING FIRST INTERIM APPLICATION OF**
**DELOITTE AND TOUCHE LLP FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED**
**(NOVEMBER 14, 2005 THROUGH JANUARY 31, 2006)**

These cases came before the Court upon the application dated March 10, 2006 (the "First Application") of Deloitte and Touche LLP ("Deloitte and Touche") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $89,682.00, and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $3,859.46, and authorizing reimbursement of expenses not previously received, for the period from November 14, 2005 through January 31, 2006 (the "Application Period").  A hearing on the First Application was held on April 6, 2006.  The Court has read the First Application, considered the representations of counsel and has determined that notice of the First Application was good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The First Application is granted.

2.      The fees earned and the expenses incurred during the Application Period, as set forth in the First Application, are approved and allowed.

3.      The Debtors are authorized and directed to pay to Deloitte and Touche (to the extent not previously paid) the sums of:  (i) $89,682.00, representing fees earned during the Application Period and (ii) $3,859.46, representing expenses incurred during the Application Period.

4.      The relief granted in this Order is without prejudice to the rights of Deloitte and Touche to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5.      All interim fees and expenses are subject to final review and no determination is made as to reasonableness.  To the extent the estates become administratively insolvent, interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of April, 2006 in Jacksonville, Florida

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the First Application.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Fee Application**
**(11/14/05 - 01/31/06)**
**Summary of First Interim**

| | | |
|---|---|---|
| Total Fees | $ | 89,682.00 |
| Total Expenses | $ | 3,859.46 |
| **Total Due - First Interim Period** | **$** | **93,541.46** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Fee Application**
**(11/14/05 - 01/31/06)**
**Exhibit A**

| Names Of Professionals/ Paraprofessionals | | Rates | Hours | | Total |
|---|---|---|---|---|---|
| **Partner/Principal** | | | | | |
| Antoine, Robert | $ | 315.00 | 77.2 | $ | 24,318.00 |
| Serafini, Richard M | $ | 315.00 | 115.8 | $ | 36,477.00 |
| **Sr. Manager** | | | | | |
| Clarke, Matthew J | $ | 250.00 | 3.5 | $ | 875.00 |
| Kay, David P | $ | 250.00 | 95.3 | $ | 23,825.00 |
| Tierney, Christopher J | $ | 250.00 | 0.9 | $ | 225.00 |
| **Manager** | | | | | |
| Brand, David S | $ | 175.00 | 4.5 | $ | 787.50 |
| Hennigar, Robert James | $ | 175.00 | 3.0 | $ | 525.00 |
| Peterson, John D G | $ | 175.00 | 3.1 | $ | 542.50 |
| **Consultant** | | | | | |
| Mountjoy, Reid William | $ | 135.00 | 12.1 | $ | 1,633.50 |
| Seaman, Darren Carl | $ | 135.00 | 6.1 | $ | 823.50 |
| **Total Fees** | | | 321.5 | $ | 90,032.00 |
| **Less Adjustments (1)** | | | | $ | (350.00) |
| **Adjusted Fees:** | | | 321.5 | $ | 89,682.00 |

(1) Adjustment represents 50% reduction in hourly rate for those entries related to travel time.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit B**

This narrative describes the major areas addressed by Deloitte and Touche LLP ("Deloitte and Touche") during the period of this application on behalf of the Debtors during these Chapter 11 proceedings:

Internal Audit Risk Assessment and Quality Assessment Reviews: Deloitte and Touche assisted the Debtors' internal auditing department in completing the annual company-wide risk assessment designed to identify and prioritize the significant financial, operational, regulatory, compliance, fraud, and information systems risks facing the Debtors. Deloitte and Touche helped analyze and review (i) the audit universe and auditable entities that have been identified by the Debtors and (ii) the risk models that have been developed by the Debtors' internal auditing department.

Deloitte and Touche assisted the Debtors' director of internal audit in developing the recommended risk-based annual internal audit plan to be presented to the Debtors' audit committee for approval. As part of the Quality Assessment of the internal audit department process, Deloitte and Touche reviewed the Debtors' internal audit procedures and criteria for identifying significant risk areas and setting audit priorities. Deloitte and Touche interviewed members of the Debtor's board audit committee and selective members of the Debtor's management team to determine overall expectations regarding the Debtors' internal audit function and its role in the organization and assessed the performance of the function in meeting those expectations. In addition, Deloitte and Touche compared the Debtors' practices to "leading practices" Deloitte and Touche has encountered in the course of serving other organizations. Exit meetings were held with the internal audit department management and a draft report was prepared.

Journal Entry Testing:  this category includes initial meetings held by Deloitte and Touche personnel with internal audit department representatives.  This category also includes Deloitte and Touche effort to prepare and communicate data requests, extraction requirements, and account mapping. The category also includes entries where Deloitte and Touche personnel met with representatives of the Debtor's internal audit department and information technology department to discuss the initial data download.

Review, Supervision, and Planning:  this category includes time associated with Deloitte and Touche activities related to the organization and execution of the engagement, including project overview and review time of Deloitte project management.

Travel: this category includes time associated with Deloitte and Touche engagement personnel travelling to Winn Dixie's Corporate Offices in Jacksonville, FL.

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit C**

| Category Description | Hours |
|---|---|
| Journal Entry Testing - Quarterly Testing and Reporting | 13.1 |
| Planning, Supervision, and Review | 4.0 |
| Risk and Quality Assessment Review | 301.6 |
| Travel Time | 2.8 |
| **Total** | **321.5** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 11/22/05 | Clarke, Matthew J | Senior Manager | Risk and Quality Assessment Review | Prepared for and attended portion of a meeting with J.Gleason, S.Thibodaux, A.Tyna, and D.Kay re: status of bankruptcy and risk assessment process | 1.0 | 250.00 | 250.00 |
| 11/22/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and attended meeting with J. Gleason, S. Thibodaux, A. Tyna, G. Kencitzki, and M. Clarke re: status of bankruptcy and risk assessment process | 3.3 | 250.00 | 825.00 |
| 11/22/05 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and attended meeting with A.Tyna re: journal entry testing analysis | 1.0 | 250.00 | 250.00 |
| 11/22/05 | Kay, David P | Senior Manager | Travel Time | Travel (taxi and flight) from Tampa airport to Jacksonville airport | 1.3 | 125.00 | 162.50 |
| 11/22/05 | Kay, David P | Senior Manager | Travel Time | Travel (taxi and flight) from Jacksonville airport to Tampa airport | 1.5 | 125.00 | 187.50 |
| 11/23/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled information request listing for Quality Assurance Review project | 1.1 | 250.00 | 275.00 |
| 11/28/05 | Peterson, John D G | Manager | Planning, Supervision, and Review | Drafted emails to D.Serafini & D.Kaye re: project management and bankruptcy compliance | 0.4 | 175.00 | 70.00 |
| 11/28/05 | Peterson, John D G | Manager | Planning, Supervision, and Review | Reviewed Pacer for relevant filings and advised D.Serafini re: same | 0.3 | 175.00 | 52.50 |
| 11/28/05 | Peterson, John D G | Manager | Planning, Supervision, and Review | Prepared for and conference called with C.Tierney, re: project management | 0.4 | 175.00 | 70.00 |
| 11/28/05 | Tierney, Christopher J | Senior Manager | Planning, Supervision, and Review | Prepared for and participated in conference call with J. Peterson re: case administration issues | 0.5 | 250.00 | 125.00 |
| 11/29/05 | Tierney, Christopher J | Senior Manager | Planning, Supervision, and Review | Assisted in creation and review of work descriptions for court-required fee applications | 0.4 | 250.00 | 100.00 |
| 11/29/05 | Peterson, John D G | Manager | Planning, Supervision, and Review | Reviewed and revised draft divisions and relevant narratives, and drafted explanatory email to R.Serafini, C.Tierney re: same | 1.5 | 175.00 | 262.50 |
| 11/30/05 | Peterson, John D G | Manager | Planning, Supervision, and Review | Reviewed and revised project work categories and drafted advisement to D.Serafini re: same | 0.5 | 175.00 | 87.50 |
| 12/02/05 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared, participated and followed-up for conference call with A.Tynan and C.McKeown re: data extraction requirements for journal entry testing | 1.0 | 250.00 | 250.00 |
| 12/02/05 | Brand, David S | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared, participated and followed-up for conference call with A.Tynan and C.McKeown re: data extraction requirements for journal entry testing | 1.0 | 175.00 | 175.00 |
| 12/06/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed Quality Assessment Review documentation obtained from S. Thibodeaux. | 3.1 | 250.00 | 775.00 |
| 12/06/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and attended Quality Assessment Review with R. Rambo. | 1.5 | 250.00 | 375.00 |
| 12/06/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared quality assessment review internal audit staff surveys for distribution | 0.9 | 250.00 | 225.00 |
| 12/06/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and attended risk assessment meeting with R. Rambo | 1.5 | 250.00 | 375.00 |
| 12/06/05 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared and communicated data request for journal entry testing with A.Tynan | 2.0 | 135.00 | 270.00 |
| 12/07/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed B. Nussbaum re: Risk Assessment and QAR | 2.1 | 315.00 | 661.50 |
| 12/07/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results (R. Rambo and B. Nussbaum) re: Risk assessment and QAR | 1.0 | 315.00 | 315.00 |
| 12/07/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and interviewed R. Rambo re: perception of Internal Audit, Director of Internal Audit | 1.0 | 315.00 | 315.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 12/07/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented results of Interviews with B. Naussbaum and R. Rambo | 2.0 | 315.00 | 630.00 |
| 12/07/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Selected and coordinated Risk Assessment/Quality Assessment meetings/interviews with J. Gleason | 2.0 | 315.00 | 630.00 |
| 12/07/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed Senior Vice President R. Rambo re: Risk Assessment and Quality Assessment | 1.4 | 315.00 | 441.00 |
| 12/07/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Reviewed index of Policy Manual, read key workpaper and approach documentation for linkage to value | 2.1 | 315.00 | 661.50 |
| 12/07/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for meeting and met with B. Naussbaum re: Risk Assessment & Internal Audit | 1.4 | 315.00 | 441.00 |
| 12/08/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed previous years Risk Assessment methodologies and results | 2.0 | 315.00 | 630.00 |
| 12/08/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed Internal Audit Department policies/procedures/methodologies | 3.0 | 315.00 | 945.00 |
| 12/08/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed Winn-Dixie corporate policies and procedures re: IA practices | 2.5 | 315.00 | 787.50 |
| 12/08/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared detailed Project Plan for approval by J.Gleason, discussed same with J.Gleason | 3.0 | 315.00 | 945.00 |
| 12/08/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Met and discussed with J.Gleason approach to Risk Analysis and presentation to Executive management and Audit Committee | 1.5 | 315.00 | 472.50 |
| 12/08/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and held meeting with J.Gleason re: resources for department and budgeting | 2.5 | 315.00 | 787.50 |
| 12/08/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed detailed project plan | 1.5 | 315.00 | 472.50 |
| 12/08/05 | Brand, David S | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared and delivered data request detail for journal entry data analysis to A.Tynan | 1.0 | 175.00 | 175.00 |
| 12/08/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and met with J.Gleason re: Chief Risk Officer position and key risks | 2.0 | 315.00 | 630.00 |
| 12/16/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results (K. Hardee) | 0.7 | 315.00 | 220.50 |
| 12/16/05 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Programmed initial data import | 1.2 | 135.00 | 162.00 |
| 12/16/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for interview with K. Hardee | 1.1 | 315.00 | 346.50 |
| 12/16/05 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Interviewed K. Hardee re: Quality Assurance | 1.1 | 315.00 | 346.50 |
| 12/16/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed Treasurer K. Hardee re: Risk Assessment and Quality Assessment | 2.3 | 315.00 | 724.50 |
| 12/19/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed G. Kencitzki re: Quality Assurance Review | 1.1 | 135.00 | 148.50 |
| 12/19/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed S. Goodman re: staff survey for Quality Assurance Review | 1.0 | 250.00 | 250.00 |
| 12/19/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Documented results of interviews with G. Kencitzski, S. Thibodaux, A. Tynan, S. Goodman/Bergan, and D. Taulli re: Quality Assurance Review | 2.8 | 135.00 | 378.00 |
| 12/19/05 | Brand, David S | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and held discussion with Andy Tynan re: GL account number mapping for journal entry testing | 1.0 | 175.00 | 175.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 12/19/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed G. Kencitzski re: staff survey for Quality Assurance Review | 1.1 | 250.00 | 275.00 |
| 12/19/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed S. Goodman/Bergan re: Quality Assurance Review | 1.1 | 135.00 | 148.50 |
| 12/19/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed D. Taulli re: Quality Assurance Review | 1.0 | 135.00 | 135.00 |
| 12/19/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed A. Tynan re: Quality Assurance Review | 1.1 | 135.00 | 148.50 |
| 12/19/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed S. Thibodaux re: Quality Assurance Review | 1.1 | 135.00 | 148.50 |
| 12/19/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed A. Tynan re: staff survey for Quality Assurance Review | 1.0 | 250.00 | 250.00 |
| 12/19/05 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed Chief Accounting Officer, M. Byrum re: Risk Assessment and Quality Assessment | 4.0 | 315.00 | 1,260.00 |
| 12/19/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed S. Thibodaux re: staff survey for Quality Assurance Review | 1.1 | 250.00 | 275.00 |
| 12/19/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed D. Taulli re: staff survey for Quality Assurance Review | 1.0 | 250.00 | 250.00 |
| 12/19/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled results of staff interviews into draft deliverable. | 2.9 | 250.00 | 725.00 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed E. Jackson re: staff survey for Quality Assurance Review | 1.0 | 250.00 | 250.00 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed R. Mejias re: staff survey for Quality Assurance Review | 0.6 | 250.00 | 150.00 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled results of remaining staff interviews into draft deliverable. | 2.8 | 250.00 | 700.00 |
| 12/20/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed E. Jackson re: Quality Assurance Review | 0.7 | 135.00 | 94.50 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed T. Ellington re: staff survey for Quality Assurance Review | 1.0 | 250.00 | 250.00 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed S. Goodman re: staff survey for Quality Assurance Review | 1.1 | 250.00 | 275.00 |
| 12/20/05 | Brand, David S | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Investigated and summarized findings re: journal entry data irregularities for discussion with D.Seaman | 1.0 | 175.00 | 175.00 |
| 12/20/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed S. Parry re: Quality Assurance Review | 0.5 | 135.00 | 67.50 |
| 12/20/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Documented results of interviews with E. Jackson, T. Ellington, R. Mejias, and S. Parry re: Quality Assurance Review | 1.3 | 135.00 | 175.50 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed D. Taulli re: staff survey for Quality Assurance Review | 1.0 | 250.00 | 250.00 |
| 12/20/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and interviewed S. Parry re: staff survey for Quality Assurance Review | 0.5 | 250.00 | 125.00 |
| 12/20/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed T. Ellington re: Quality Assurance Review | 0.9 | 135.00 | 121.50 |
| 12/20/05 | Mountjoy, Reid William | Consultant | Risk and Quality Assessment Review | Prepared for and interviewed R. Mejias re: Quality Assurance Review | 0.5 | 135.00 | 67.50 |
| 12/21/05 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Corresponded with C.McKeown and A.Tynan re: issues with data | 0.1 | 135.00 | 13.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 12/22/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled comments for Quality Assessment Review for "Bahamas Review" | 2.9 | 250.00 | 725.00 |
| 12/22/05 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Researched and identified data issues | 0.6 | 135.00 | 81.00 |
| 12/22/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed "Bahamas Review" work papers | 3.3 | 250.00 | 825.00 |
| 12/22/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed "Patriot Act Audit" work papers and compiled comments for Quality Assessment Review | 3.1 | 250.00 | 775.00 |
| 12/23/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled review of Quality Assurance Review for "Asset Impairment Review" | 3.1 | 250.00 | 775.00 |
| 12/23/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Completed review of "Patriot Act Audit" work papers and compiled comments for Quality Assessment Review. | 2.1 | 250.00 | 525.00 |
| 12/23/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed "Asset Impairment Review" work papers | 3.0 | 250.00 | 750.00 |
| 12/28/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed Fraud Risk Assessment documentation for Quality Assessment Review | 3.8 | 250.00 | 950.00 |
| 12/28/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed Information Technology Risk Assessment documentation for Quality Assessment Review | 4.3 | 250.00 | 1,075.00 |
| 12/29/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed internal audit policies and procedures for Quality Assessment Review | 2.5 | 250.00 | 625.00 |
| 12/29/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed internal audit charter and staff evaluations for Quality Assessment Review | 2.7 | 250.00 | 675.00 |
| 12/29/05 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed internal audit plan, internal audit observations tracker, and budget v. actual analysis for Quality Assessment Review | 3.1 | 250.00 | 775.00 |
| 01/03/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Reviewed data issues and communicated with C.McKeown | 0.5 | 135.00 | 67.50 |
| 01/06/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Determined method for resolution of data issues and communicated with C.MicKeown | 0.2 | 135.00 | 27.00 |
| 01/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results E. Mehrer | 0.7 | 315.00 | 220.50 |
| 01/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and interviewed C. Scoop, Supply Chain Group re: risk assessment | 2.3 | 315.00 | 724.50 |
| 01/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Interviewed R. Townsend, Audit Committee re: risk assessment | 3.0 | 315.00 | 945.00 |
| 01/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results for C. Scoop | 0.7 | 315.00 | 220.50 |
| 01/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and interviewed E. Mehrer, Audit Committee Chairman re: risk assessment | 3.0 | 315.00 | 945.00 |
| 01/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed C. Scoop, Supply Chain Group re: Risk Assessment | 2.3 | 315.00 | 724.50 |
| 01/09/06 | Clarke, Matthew J | Senior Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and discussed current status and timing of journal entry data download with A.Tynan and C.McKeown | 0.5 | 250.00 | 125.00 |
| 01/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results with R. Townsend | 0.7 | 315.00 | 220.50 |
| 01/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed E. Mehrer, Audit Committee Chairman re: Risk Assessment | 3.0 | 315.00 | 945.00 |
| 01/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented interview results for C. Scoop re: risk assessment | 0.7 | 315.00 | 220.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 01/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented interview results for E. Mehrer re: risk assessment | 0.7 | 315.00 | 220.50 |
| 01/09/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed R. Townsend, Audit Committee re: Risk Assessment | 3.0 | 315.00 | 945.00 |
| 01/09/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented interview results for R. Townsend re: risk assessment | 0.7 | 315.00 | 220.50 |
| 01/09/06 | Brand, David S | Manager | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and discussed current status and timing of journal entry data download with A.Tynan and C.McKeown | 0.5 | 175.00 | 87.50 |
| 01/10/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented interview results for L. Appel re: risk assessment | 0.7 | 315.00 | 220.50 |
| 01/10/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Interviewed L. Appel, General Counsel re: Risk Assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed C. Henry, Vice President Compliance, re: Risk Assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and interviewed J. Roy re: risk assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Communicated with M.Clarke and D.Brand re: data extract issues and timelines | 0.5 | 135.00 | 67.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed L. Appel, General Counsel re: Risk Assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results with C. Henry | 0.7 | 315.00 | 220.50 |
| 01/10/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented interview results for C. Weston re: risk assessment | 0.7 | 315.00 | 220.50 |
| 01/10/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and attended meetings with D. Dogan, J. Roy, and C. Henry re: Quality Assessment Review | 3.7 | 250.00 | 925.00 |
| 01/10/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Documented interview results for J. Roy re: risk assessment | 0.7 | 315.00 | 220.50 |
| 01/10/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed IT Risk Assessment documentation and compiled questions for Winn-Dixie internal audit as part of the Quality Assessment Review | 4.4 | 250.00 | 1,100.00 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed D. Dogan, Executive Vice President, HR re: Risk Assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed C. Weston, CIO re: Risk Assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: update on engagement | 1.0 | 315.00 | 315.00 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results with L. Appel | 0.7 | 315.00 | 220.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results with D. Dogan | 0.7 | 315.00 | 220.50 |
| 01/10/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Prepared for and discussed current status and timing of journal entry data download with A.Tynan and C.McKeown | 0.5 | 135.00 | 67.50 |
| 01/10/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Interviewed C. Weston, CIO re: risk assessment | 2.3 | 315.00 | 724.50 |
| 01/10/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results C. Weston | 0.7 | 315.00 | 220.50 |
| 01/11/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed Winn-Dixie Internal Audit Reports | 2.0 | 315.00 | 630.00 |

Winn-Dixie Stores Inc. et al.
Chapter 11 Case 05-03817-3F1
Deloitte and Touche LLP
First Interim Application
(11/14/05 - 01/31/06)
Exhibit D

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 01/11/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and attended meetings with T. Storey (KPMG) and C. Rider re: the Quality Assessment Review | 1.3 | 250.00 | 325.00 |
| 01/11/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Reviewed Winn-Dixie's policy and procedures pertaining to internal audit and how they are implemented | 3.0 | 315.00 | 945.00 |
| 01/11/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed Winn-Dixie policy and procedures for IA practices | 3.0 | 315.00 | 945.00 |
| 01/11/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Continued compilation and revision to draft deliverable based on findings | 3.5 | 250.00 | 875.00 |
| 01/11/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results with C. Ryder re: risk Assessment and QAR | 0.7 | 315.00 | 220.50 |
| 01/11/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled and edited observations and field work results in draft deliverable | 3.7 | 250.00 | 925.00 |
| 01/11/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed T. Storey, Partner KPMG re: Risk Assessment and QAR | 1.5 | 315.00 | 472.50 |
| 01/11/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Interviewed C. Ryder, Audit Committee re: Risk Assessment and QAR | 3.0 | 315.00 | 945.00 |
| 01/11/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results with T. Storey re: Risk Assessment and QAR | 0.7 | 315.00 | 220.50 |
| 01/12/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared draft report - assessment vs. IIA standards re: Performance Standards | 3.0 | 315.00 | 945.00 |
| 01/12/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared draft report - objective/approach | 1.0 | 315.00 | 315.00 |
| 01/12/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared draft report - Executive Summary | 3.0 | 315.00 | 945.00 |
| 01/12/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared draft report - assessment vs. IIA standards re: Attribute Standards | 3.0 | 315.00 | 945.00 |
| 01/12/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Updated M.Clarke and D.Brand status of data extract or journal entry data | 0.2 | 135.00 | 27.00 |
| 01/12/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: Engagement status | 1.0 | 315.00 | 315.00 |
| 01/13/06 | Hennigar, Robert James | Manager | Risk and Quality Assessment Review | Reviewed information technology risk assessment methodology as part of the Quality Assessment Review | 3.0 | 175.00 | 525.00 |
| 01/13/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Requested update from C.McKeown regarding journal entry data extract | 0.1 | 135.00 | 13.50 |
| 01/16/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for P. Lynch meeting re: key concerns and potential strategy failures | 2.0 | 315.00 | 630.00 |
| 01/16/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared spreadsheet comparison with Winn-Dixie data re: GAIN results | 2.2 | 315.00 | 693.00 |
| 01/16/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Reviewed GAIN results | 3.8 | 315.00 | 1,197.00 |
| 01/17/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Met with J. Gleason re:  status | 1.0 | 315.00 | 315.00 |
| 01/17/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and interviewed T. Robbins re: Risk Assessment and QAR | 2.3 | 315.00 | 724.50 |
| 01/17/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Interviewed T. Robbins re: risks pertaining to logistics and how they roll into annual internal audit plan | 2.3 | 315.00 | 724.50 |
| 01/17/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results for T. Robbins re: Risk Assessment and QAR | 0.7 | 315.00 | 220.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 01/17/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: staff size resource requirements | 2.0 | 315.00 | 630.00 |
| 01/17/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Interviewed P. Lynch re: Internal Audit function, career pathing, internal control climate | 2.3 | 315.00 | 724.50 |
| 01/17/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results for P. Lynch re: Risk assessment and QAR | 0.7 | 315.00 | 220.50 |
| 01/17/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared analysis of budget vs. actual using Benchmark information | 3.0 | 315.00 | 945.00 |
| 01/17/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and interviewed P. Lynch re: Risk assessment and QAR | 2.3 | 315.00 | 724.50 |
| 01/17/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: status | 1.0 | 315.00 | 315.00 |
| 01/17/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Extrapolated GAIN results for Benchmarking | 3.0 | 315.00 | 945.00 |
| 01/18/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Edited third draft of report, including executive summary, benchmarking, and key conclusion sections | 2.4 | 315.00 | 756.00 |
| 01/18/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Drafted report section re: Objective | 1.0 | 315.00 | 315.00 |
| 01/18/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Analyzed results of interviews to date | 3.0 | 315.00 | 945.00 |
| 01/18/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results for D. Henry | 0.7 | 315.00 | 220.50 |
| 01/18/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: moving reporting line of Internal Audit to the CEO | 2.6 | 315.00 | 819.00 |
| 01/18/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and interviewed M. Sellers re: Risk assessment and QAR | 2.3 | 315.00 | 724.50 |
| 01/18/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and interviewed D. Henry re: Risk assessment and QAR | 2.3 | 315.00 | 724.50 |
| 01/18/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Documented interview results for M. Sellers | 0.7 | 315.00 | 220.50 |
| 01/19/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Drafted report - Objectives and Approach | 2.0 | 315.00 | 630.00 |
| 01/19/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Compiled working papers as part of Quality Assessment Review | 4.2 | 250.00 | 1,050.00 |
| 01/19/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Drafted report - Compliance with IIA Attribute Standards | 3.0 | 315.00 | 945.00 |
| 01/19/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Drafted report - Compliance with IIA Performance Standards | 3.0 | 315.00 | 945.00 |
| 01/19/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: current status of Engagement and draft report | 2.0 | 315.00 | 630.00 |
| 01/20/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared slide for appendix on best practices | 2.0 | 315.00 | 630.00 |
| 01/20/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Reviewed deliverable with D. Serafini and made edits as part of Quality Assessment Review | 3.0 | 250.00 | 750.00 |
| 01/23/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared slide enhancements per client input | 3.0 | 315.00 | 945.00 |
| 01/23/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re: current version of draft report | 2.5 | 315.00 | 787.50 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit D**

| Date | Name | Title | Category | Description of Activity | Hours | Rate | Total |
|------|------|-------|----------|------------------------|-------|------|-------|
| 01/23/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Revised drafted report - Compliance with IIA Attribute Standards | 1.0 | 315.00 | 315.00 |
| 01/23/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Revised drafted report - Compliance with IIA Performance Standards | 2.5 | 315.00 | 787.50 |
| 01/23/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Prepared for and met with J.Gleason re: draft deliverable and review | 2.5 | 250.00 | 625.00 |
| 01/23/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Prepared for and met with J. Gleason re:  current results of Internal Audit and impact on our scope | 2.5 | 315.00 | 787.50 |
| 01/23/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Drafted report - Suggested Enhancements | 3.0 | 315.00 | 945.00 |
| 01/23/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Incorporated feedback from J.Gleason session into deliverable | 2.8 | 250.00 | 700.00 |
| 01/23/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Drafted report - Key Conclusions | 2.0 | 315.00 | 630.00 |
| 01/24/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared Audit Committee summary report | 3.0 | 315.00 | 945.00 |
| 01/24/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed and amended draft report after discussion with Audit Committee Chairman | 2.0 | 315.00 | 630.00 |
| 01/24/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Reviewed and modified draft report after further discussions with J.Gleason | 3.0 | 315.00 | 945.00 |
| 01/24/06 | Serafini, Richard M | Principal | Risk and Quality Assessment Review | Prepared for and discussed open issues with J. Gleason | 2.0 | 315.00 | 630.00 |
| 01/25/06 | Kay, David P | Senior Manager | Risk and Quality Assessment Review | Made edits and changes to Quality Assessment Review draft deliverable based on discussion with D. Serafini | 2.0 | 250.00 | 500.00 |
| 01/30/06 | Antoine, Robert | Partner | Risk and Quality Assessment Review | Held conference with J.Gleason re: overall tone of report, proposed edits thereto including amendments or clarifications | 3.0 | 315.00 | 945.00 |
| 01/30/06 | Seaman, Darren Carl | Consultant | Journal Entry Testing - Quarterly Testing and Reporting | Followed up with A.Tynan and C.McKeown re: update regarding general ledger detail data | 0.2 | 135.00 | 27.00 |
| | | | | | | | |
| | | | | **Total** | **321.5** | | **$  89,682.00** |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit E**

| <u>Category</u> | | <u>Amount</u> |
|---|---|---|
| Accomodations | $ | 809.88 |
| Airfare | | 1,916.12 |
| Auto Rental | | 459.10 |
| Meals | | 295.32 |
| Parking | | 157.00 |
| Taxi & Public Transit | | 222.04 |
| **Total** | **$** | **3,859.46** |

| Date | Name | Expense Description | Amount |
|---|---|---|---|
| 11/17/05 | Clarke, Matthew J | Airfare for 11/22 flight | 312.70 |
| 11/22/05 | Clarke, Matthew J | Taxi from airport to client | 35.00 |
| 11/22/05 | Clarke, Matthew J | Taxi from client to airport | 30.00 |
| 11/22/05 | Clarke, Matthew J | Parking at airport, 11/22/05 | 12.00 |
| 11/22/05 | Kay, David P | Parking at the Tampa airport on 11/22/05 | 18.00 |
| 11/22/05 | Kay, David P | Round-trip taxis from Jacksonville airport to Jacksonville office and back on 11/22/05 | 70.00 |
| 11/22/05 | Kay, David P | Airfare from Jacksonville airport to Tampa airport on 11/22/05 | 203.20 |
| 11/22/05 | Kay, David P | Hotel room for 11/22/05 | 111.87 |
| 11/22/05 | Kay, David P | Flight from Tampa airport to Jacksonville airport on 11/22/05 | 198.40 |
| 12/07/05 | Kay, David P | Airport security fee on 12/7/06 from Tampa, FL airport to Jacksonville, FL airport for Winn-Dixie risk assessment | 5.00 |
| 12/07/05 | Kay, David P | Taxi from Jacksonville airport to Winn-Dixie on 12/7/05 | 40.00 |
| 12/07/05 | Kay, David P | Hotel room for 12/7/05 | 99.00 |
| 12/07/05 | Kay, David P | Hotel tax for 12/7/05 | 12.87 |
| 12/08/05 | Kay, David P | Parking at Tampa Airport on 12/7/05 | 18.00 |
| 12/08/05 | Kay, David P | Parking at Tampa Airport on 12/8/05 | 18.00 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit E**

| Date | Name | Expense Description | Amount |
|---|---|---|---|
| 12/08/05 | Kay, David P | Taxi from hotel to Winn-Dixie client site on 12/8/05 | 20.00 |
| 12/11/05 | Kay, David P | Ticket change fee for 11/23/05 | 10.00 |
| 12/11/05 | Kay, David P | One-way flight for 12/6/05 from Jacksonville to Tampa - for Winn-Dixie Quality Assessment Review. | 104.20 |
| 12/19/05 | Kay, David P | One-way flight on 12/19/05 flight from Tampa airport to Jacksonville airport for Quality Assessment Review. | 198.40 |
| 12/19/05 | Kay, David P | 12/19 Lanier Parking | 2.00 |
| 12/19/05 | Kay, David P | Dinner - 12/19/05 | 23.29 |
| 12/19/05 | Kay, David P | Dinner for D.Kay and R.Mountjoy on 12/19/05 | 62.10 |
| 12/20/05 | Kay, David P | One-way flight on 12/20 from Jacksonville airport to Tampa airport for Quality Assessment Review. | 183.86 |
| 12/20/05 | Kay, David P | Hotel room for 12/20/05 | 99.00 |
| 12/20/05 | Kay, David P | Auto Parking at hotel on 12/20/05 | 15.00 |
| 12/20/05 | Kay, David P | Hotel tax for 12/20/05 | 12.87 |
| 12/20/05 | Kay, David P | Auto rental from 12/19 - 12/20 for Winn-Dixie Quality Assurance Review. | 93.92 |
| 12/20/05 | Kay, David P | Gas for car rental on 12/20/05 | 8.50 |
| 12/20/05 | Kay, David P | Dinner - 12/20/05 | 23.93 |
| 12/22/05 | Kay, David P | One-way flight on 12/22 from Tampa airport to Jacksonville airport for Quality  Assessment Review. | 104.20 |
| 12/22/05 | Kay, David P | Hotel room for 12/22/05 | 99.00 |
| 12/22/05 | Kay, David P | Hotel internet access for client service on 12/22/05 | 11.44 |
| 12/22/05 | Kay, David P | Lunch - 12/22/05 | 12.43 |
| 12/22/05 | Kay, David P | Auto Parking at hotel on 12/22/05 | 12.00 |
| 12/22/05 | Kay, David P | Hotel tax for 12/22/05 | 13.99 |
| 12/22/05 | Kay, David P | Dinner - 12/22/05 | 14.28 |
| 12/22/05 | Kay, David P | Housekeeping tips from 12/22 to 12/23/05 | 6.00 |
| 12/23/05 | Kay, David P | Rental car from 12/22 - 12/23/05 for Winn-Dixie Quality Assessment Review. | 103.42 |
| 12/23/05 | Kay, David P | Lunch - 12/23/05 | 6.42 |
| 12/28/05 | Kay, David P | Dinner - 12/28/05 | 13.75 |
| 12/29/05 | Kay, David P | Rental car from 12/28/05 to 12/29/05 | 103.42 |

**Winn-Dixie Stores Inc. et al.**
**Chapter 11 Case 05-03817-3F1**
**Deloitte and Touche LLP**
**First Interim Application**
**(11/14/05 - 01/31/06)**
**Exhibit E**

| Date | Name | Expense Description | Amount |
|---|---|---|---|
| 12/29/05 | Kay, David P | Working lunch on 12/29/05 for D.Kay and S.Thibodaux to discuss progress of project | 41.46 |
| 12/29/05 | Kay, David P | Auto Parking at hotel on 12/28/05 | 12.00 |
| 12/29/05 | Kay, David P | Hotel tax for 12/29/05 | 15.40 |
| 12/29/05 | Kay, David P | Hotel room for 12/29/05 | 109.00 |
| 12/29/05 | Kay, David P | Dinner - 12/29/05 | 15.64 |
| 12/29/05 | Kay, David P | Hotel internet access for client service on 12/29/05 | 11.44 |
| 12/29/05 | Kay, David P | One-way flight from Jacksonville airport to Tampa airport on 12/29/05 | 178.96 |
| 01/06/06 | Kay, David P | Hotel parking fee on 1/6/06 | 2.00 |
| 01/10/06 | Serafini, Richard M | Working lunch on 1/10/06 for D.Serafini, D.Kay, J.Gleason re: discussion of project status | 78.16 |
| 01/11/06 | Kay, David P | Hotel room for 1/10/06 and 1/11/06 | 208.00 |
| 01/11/06 | Kay, David P | Hotel tax for 01/11/06 | 27.04 |
| 01/11/06 | Kay, David P | Auto Parking at hotel for 1/10/06 and 1/11/06 | 30.00 |
| 01/12/06 | Kay, David P | Lunch - 1/12/06 | 3.86 |
| 01/12/06 | Kay, David P | Auto rental from 1/11/06 to 1/12/06 | 103.59 |
| 01/12/06 | Kay, David P | Flight from Tampa airport to Jacksonville airport on 1/10/06 and return on 1/12/06 for Quality Assessment Review | 208.60 |
| 01/23/06 | Kay, David P | Flight on 1/23/06 for Quality Assessment Review | 208.60 |
| 01/23/06 | Kay, David P | Tampa Airport Parking on 1/23/06 - Winn-Dixie Quality Assessment Review | 18.00 |
| 01/23/06 | Kay, David P | Auto rental on 1/23/06 for Quality Assessment Review | 46.25 |
| | | | |
| | | **Total** | **$    3,859.46** |