UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )
)
WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
) Chapter 11
Debtors. ) Jointly Administered
)

**THIRD INTERIM APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR ALLOWANCE AND PAYMENT OF COMPANESATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(OCTOBER 1, 2005 THROUGH JANUARY 31, 2006)**

PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), accountants supporting internal audit functions for the Debtors for the above-captioned debtors-in-possession (the "Debtors"), applies to this Court for an order approving the payment of fees and expenses pursuant to 11 U.S.C. § 331. In support of this application, PricewaterhouseCoopers represents as follows:

1. **Date of Order Authorizing Employment** - PricewaterhouseCoopers was appointed to perform services on behalf of the Debtor by order of this Court entered on May 19, 2005.

2. **Dates and Amounts Received from Prior Fee Applications** - This fee application is the Third interim fee application for fees and reimbursement of expenses by PricewaterhouseCoopers.

| | | Requested | | Paid | | Approved | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 7/15/05 | 2/22/05 - 5/31/05 | $859,171.00 | $76,598.88 | $859,171.00 | $76,598.88 | $859,171.00 | $76,598.88 |
| 11/4/05 | 6/1/05 - 9/30/05 | $193,312.00 | $19,609.03 | $193,312.00 | $19,609.03 | $193,312.00 | $19,609.03 |
| 3/10/06 | 10/1/05 - 1/31/06 | $19,486.63 | $1,888.88 | $0.00 | $0.00 | Hearing Scheduled for 4/6/2006 | |

Pursuant to the Final Order Approving Interim Compensation Procedures for Professionals, dated March 15, 2005, PricewaterhouseCoopers has to date been paid fees in the amount of $1,052,483.00 and been reimbursed expenses in the amount of $96,207.91. PricewaterhouseCoopers is pending interim payment for the October/November 2005 invoice, issued on December 23, 2005 and December 2005/January 2006 invoice, issued on March 7, 2006.

3. **Source of Payment for Requested Compensation** - Payment will be from funds of the Debtors.

4. **Amount of Unencumbered Funds on Hand** - Unknown.

5. **Amount of Fees and Costs Currently Requested** - This application requests allowance of fees earned in the amount of $19,486.63 and reimbursement of expenses incurred in the amount of $1,888.88 during the time period from October 1, 2005 through January 31, 2006.

6. **Summary of Services Provided, Results and Benefit to the Estate** - The services rendered are summarized and supported by the monthly billings attached hereto as Exhibit A. The monthly billings for services contain information on the date the service was performed, the identity of the person who performed the service and their hourly rate, a detailed description of the services rendered and the time spent performing the service.

PricewaterhouseCoopers was retained by the Debtors to support its internal audit functions and was selected by the Debtors because of PricewaterhouseCoopers' experience, qualifications, national reputation and its ability to perform internal auditing, accounting

and compliance services necessary to the Debtors to meet the requirements of Section 404 of the Sarbanes-Oxley Act of 2002.

In connection with its services for the Debtors, PricewaterhouseCoopers entered into an Internal Audit Master Professional Services Agreement ("Master Services Agreement") with the Debtors, dated August 30, 2004, to perform and conduct internal audit projects under their direction in accordance with the overall audit charter and internal plan of the Debtors, as periodically amended. Under the terms of the Master Services Agreement the internal audit projects are defined in more detail in periodic attachments to the Master Services Agreement, known individually as a Statement of Work ("SOW"). PricewaterhouseCoopers and the Debtors anticipate that in the future it will enter into additional SOWs, as necessary, to meet the Debtors' ongoing service needs related to internal auditing, accounting and compliance with Section 404 of the Sarbanes-Oxley Act of 2002.

A summary of the work performed under the current SOWs being provided by PricewaterhouseCoopers on behalf of the Debtors and the estates during the period of time covered by this fee application are as follows:

***Case Administration & Billings:*** ($3,195.00, 14.3 hours) PricewaterhouseCoopers assisted the Debtor and the estate in various administrative matters including the preparation and summarizing of the billing detail to confirm with the requirements of local rules in order to support its fee applications and billings to the Debtors, as well as preparation of the second interim fee application.

***Fee Examiner Requests:*** ($4,750.00, 19.0 hours) PricewaterhouseCoopers prepared the required electronic files for the appointed fee examiner, Stuart, Maue, Mitchell & James Ltd during the months of December 2005 and January 2006. These electronic files were associated with the prior two interim fee applications, as well as the October/November 2005 invoice. PricewaterhouseCoopers participated in telephone discussions with the fee

examiner and distributed the electronic data supporting approximately $1.2 million of fees and expenses.

***Security Governance***: ($11,541.63, 29.5 hours) this project has been completed and its scope of work is defined below:

Working under the direction of the Internal Audit Department, PricewaterhouseCoopers assisted the Debtors in the development of an Information Technology Security Strategy framework which includes the following elements and key work activities:

- Perform targeted interviews with the CIO, Audit Director, Information Security Manager, and Shared Services Director
  - Progress made since August 2004 Security Architecture Assessment and any relevant updates/revision to the findings
  - Vision/role of the information security function
  - Key priorities for the function
  - Anticipated business benefits gain from the function
  - Key obstacles to implementing the function
  - How the function/role is currently fulfilled

- Develop an executive level presentation containing;
  - Business rationale and drivers for implementing a change to the security function
  - Anticipated benefits from the function
  - Key success factors required
  - "Top 10" priority next steps (for each step provide: rationale, business benefits, sponsorship requirement, dependencies, timing, etc.) to address critical issues identified

- Participation in the presentation of the findings to executive management

7. **Financial Condition of Estate, Payment of Post-Petition Expenses** - To PricewaterhouseCoopers' knowledge, the Debtors are current in the payment of their post-petition obligations.

8. **Projection of Applicant's Future Expenses and Fees and Anticipated Source of Payment** - PricewaterhouseCoopers has begun a new project in February of 2006 to provide internal audit assistance with PeopleSoft Application Controls Documentation and Testing and estimates that it will incur additional fees and expenses in the estimated amount of $55,000.00 for the work being performed under the currently

existing projects. In addition, PricewaterhouseCoopers has held discussions with the Debtors regarding additional internal audit related projects and anticipates that there may be other as yet unidentified related work for which it cannot estimate the amount of fees that will be incurred at this time.

9. **Status of Case, Progress Toward Closing** - PricewaterhouseCoopers does not have knowledge as to the status of the Debtors and their efforts related to a Plan of Reorganization.

10. Pursuant to 11 U.S.C. § 504, PricewaterhouseCoopers will not share such compensation or reimbursement of expenses applied for herein and received in connection with this case with any other person or firm.

WHEREFORE, PricewaterhouseCoopers respectfully requests that the Court approve the application for compensation for services rendered to the Debtors for the period October 1, 2005 through January 31, 2006 in the amount of $19,486.63 and reimbursement of expenses in the amount of $1,888.88 incurred in its performance of this engagement.

RESPECTFULLY SUBMITTED this 8 day of March, 2006

PRICEWATERHOUSECOOPERS LLP

Elizabeth Dantin

**EXHIBIT A SERIES - MONTHLY INVOICES FOR SERVICES**
**WINN-DIXIE STORES, INC.**

1. SUMMARY OF MONTHLY BILLINGS - October 1, 2005 Through January 31, 2006

2. OCTOBER/NOVEMBER 2005 INVOICE - $14,036.63 Fees and $1,888.88 Expenses

3. DECEMBER 2005/JANUARY 2006 INVOICE - $5,450.00 Fees

**TOTAL FEES AND EXPENSES - $19,486.63 Fees and $1,888.88 Expenses**

**PricewaterhouseCoopers LLP**
**Winn-Dixie Stores, Inc. Billing Summary**
**October 1, 2005 through January 31, 2006**

| Project | Oct & Nov 2005 | Dec 2005 & Jan 2006 | Total - 10/1/05 to 1/31/06 |
|---|---|---|---|
| **Summary of Fees Incurred** | | | |
| Case Administration | $2,495.00 | $700.00 | $3,195.00 |
| Fee Examiner Requests | $0.00 | $4,750.00 | $4,750.00 |
| Security Governance | $11,541.63 | $0.00 | $11,541.63 |
| **Total Fees Incurred** | $14,036.63 | $5,450.00 | $19,486.63 |
| **Reimbursable Expenses Incurred** | | | |
| Case Administration | $0.00 | $0.00 | $0.00 |
| Fee Examiner Requests | $0.00 | $0.00 | $0.00 |
| Security Governance | $1,888.88 | $0.00 | $1,888.88 |
| **Total Reimbursable Expenses Incurred** | $1,888.88 | $0.00 | $1,888.88 |
| **Total Fees and Expenses Incurred** | | | |
| Case Administration | $2,495.00 | $700.00 | $3,195.00 |
| Fee Examiner Requests | $0.00 | $4,750.00 | $4,750.00 |
| Security Governance | $13,430.51 | $0.00 | $13,430.51 |
| **Grand Total** | $15,925.51 | $5,450.00 | $21,375.51 |

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

January 5, 2006

VIA OVERNIGHT DELIVERY

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re: In re Winn-Dixie Stores, Inc., et al. Chapter 11 Case No. 05-03817-3F1

Dear Mr. Gleason:

**PwC Invoice for Services Rendered - October & November 2005**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors.

During the period from October 1, 2005 through November 30, 2005, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $14,036.63 and PricewaterhouseCoopers' reimbursable expenses were $1,888.88. A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

If you have any questions with respect to this billing statement, please feel free to contact me, Elizabeth Dantin (904) 366-3667 or Kevin Campbell (678) 419-1656.

Regards,

Andrea Clark Smith
Manager

cc: Distribution List (attached)
Elizabeth Dantin, PricewaterhouseCoopers
Kevin Campbell, PricewaterhouseCoopers

Enclosures

PRICEWATERHOUSECOOPERS

**DISTRIBUTION LIST - October & November 2005 Invoice:**

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546

PRICEWATERHOUSECOOPERS

December 23, 2005

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
USA

Invoice Number : 1030411414-2

INVOICE FOR SERVICES
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC 28265-0640

Contract Number: 5000124363

| | | |
|---|---|---|
| Progress billing for professional services rendered from October 1, 2005 through November 30, 2005. | $ | 14,036.63 |
| Case Administration - $2,150.00<br>Security Governance - $11,886.63 | | |
| Progress billing for expenses October 1, 2005 through October 31, 2005: | $ | 1,888.88 |
| Security Governance - $1,888.88 | | |
| **Total Invoice** | $ | 15,925.51 |

Contact: Kevin Campbell (678) 419-1656

**Payment Due Upon Receipt**

Tax Identification Number: 134008324

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

December 23, 2005

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
USA

Invoice Number 1030411414-2
Invoice Amount $ 15,925.51

Amount Paid ______________________

**By Wire Transfer Remit To:**
Citibank, NA
New York, NY
ABA # 021000089
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

**By Check Remit To:**
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC 28265-0640

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.**
**IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTIONFIELD.**

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
October 1, 2005 through November 30, 2005

| | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Partner** | | | |
| Kevin Campbell | 2.5 | $485.65 | $ 1,214.13 |
| **Director** | | | |
| Paul Benz | 27.0 | $382.50 | $ 10,327.50 |
| Kent Mordy | 1.0 | $275.00 | $ 275.00 |
| **Manager** | | | |
| Andrea Clark Smith | 7.5 | $360.00 | $ 2,700.00 |
| Voluntary Reduction in Billing Rate | | $250.00 | $ (825.00) |
| **Office Staff** | | | |
| Jody Russ | 3.0 | $115.00 | $ 345.00 |
| **Total Hours and Fees** | 41.0 | | $ 14,036.63 |
| **Out-of-Pocket Expenses** | | | $1,888.88 |
| **Total Amount Due** | | | $ 15,925.51 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
October 1, 2005 through November 30, 2005

| Project | Hours | Fees |
|---|---|---|
| **Case Administration** | 11.5 | $2,495.00 |
| **Security Governance** | 29.50 | $11,541.63 |
| Total | 41.00 | $14,036.63 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
October 1, 2005 through November 30, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Security Governance** | | | | | |
| Kevin Campbell | 10/4/2005 | 1.0 | $485.65 | $485.65 | Review of document and modifications to project deliverable. |
| Kevin Campbell | 10/12/2005 | 1.5 | $485.65 | $728.48 | Review and approval of modified deliverable and executive presentation |
| Paul Benz | 10/6/2005 | 3.0 | $382.50 | $1,147.50 | Development of IT security strategy assessment recommendations |
| Paul Benz | 10/6/2005 | 1.0 | $382.50 | $382.50 | Meeting with Bennett Nussbaum, CFO, Charlie Weston, CIO, Jeff Gleason, Director Internal Audit and Greg Kencitzski, Mananger Internal Audit to review IT Security Strategy Assessment recommnedations. |
| Paul Benz | 10/13/2005 | 4.0 | $382.50 | $1,530.00 | Refinement of Executive Team (ET) meeting IT Security Assessment presentation. Development of IT Security manager/director position. |
| Paul Benz | 10/19/2005 | 8.0 | $382.50 | $3,060.00 | Finalize IT security strategy recommendations. Develop Manager, IT security position description |
| Paul Benz | 10/26/2005 | 4.0 | $382.50 | $1,530.00 | It security strategy work plan and activities development |
| Paul Benz | 10/27/2005 | 7.0 | $382.50 | $2,677.50 | Develop IT security strategy, security governance and security risk portfolio implementation activities and workplan. |
| **Security Governance - Subtotal** | | 29.5 | | $11,541.63 | |
| **Case Administration** | | | | | |
| Kent Mordy | 11/28/2005 | 1.0 | $275.00 | $275.00 | Telephone call with Kevin Campbell regarding new IT Security engagement and conference call with David Turetsky regarding amending employment; email regarding affidavit to support employment and billing procedures. |
| Andrea Clark Smith | 11/1/2005 | 0.8 | $360.00 | $288.00 | Review first interim fee application submitted to the Court. Review emails provided by PwC Partner for assembly of second interim fee filing. |
| Andrea Clark Smith | 11/1/2005 | 0.9 | $360.00 | $324.00 | Draft various exhibits/narrative for the second interim fee application. |
| Andrea Clark Smith | 11/3/2005 | 0.5 | $360.00 | $180.00 | Left message for Liz Dantin (PwC) regarding 2nd interim fee application. Discussion with CAAs (Jodi & Roberta) regarding invoices issued during interim time period. |
| Andrea Clark Smith | 11/3/2005 | 0.2 | $360.00 | $72.00 | Review monthly invoices - July invoice for incorporation into the interim fee application. |
| Andrea Clark Smith | 11/3/2005 | 0.3 | $360.00 | $108.00 | Continue review monthly invoices - July invoice for incorporation into the interim fee |
| Andrea Clark Smith | 11/3/2005 | 0.2 | $360.00 | $72.00 | Review monthly invoices - August invoice for incorporation into the interim fee application. |
| Andrea Clark Smith | 11/3/2005 | 0.3 | $360.00 | $108.00 | Review monthly invoices - September invoice for incorporation into the interim fee application. |
| Andrea Clark Smith | 11/3/2005 | 0.3 | $360.00 | $108.00 | Review first interim fee application submitted to the Court and determination SOW assignments for second interim fee period. |
| Andrea Clark Smith | 11/3/2005 | 0.6 | $360.00 | $216.00 | Revise draft narrative for the second interim fee period. |
| Andrea Clark Smith | 11/4/2005 | 0.5 | $360.00 | $180.00 | Discussion with Kevin Campbell (PwC) regarding September and October 2005 billings. Modify September invoice based upon discussion. Forward revised draft to Jody Russ for invoice creation and approval. |
| Andrea Clark Smith | 11/4/2005 | 0.2 | $360.00 | $72.00 | Revise interim fees and expenses for email distribution to Skadden based upon input from Liz Dantin and Kevin Campbell (PwC) regarding 2nd interim fees and expenses. |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
October 1, 2005 through November 30, 2005

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Andrea Clark Smith | 11/4/2005 | 0.2 | $360.00 | $72.00 | Email correspondence with Liz Dantin (PwC) regarding outstanding items for 2nd interim fee application, due Monday. |
| Andrea Clark Smith | 11/4/2005 | 0.3 | $360.00 | $108.00 | Modify October 2005 invoice based upon discussion with Kevin Campbell (PwC) and distribute to Jody Russ. |
| Andrea Clark Smith | 11/4/2005 | 0.1 | $360.00 | $36.00 | Follow-up emails with CAAs regarding payment information and invoice issuance. |
| Andrea Clark Smith | 11/4/2005 | 0.6 | $360.00 | $216.00 | Revise narrative based upon modifications to the monthly invoices. |
| Andrea Clark Smith | 11/4/2005 | 0.3 | $360.00 | $108.00 | Review cash receipts for 2nd interim fee application. |
| Andrea Clark Smith | 11/7/2005 | 0.4 | $360.00 | $144.00 | Finalize Exhibit A for filing with the Court/interim 2nd fee application. |
| Andrea Clark Smith | 11/7/2005 | 0.8 | $360.00 | $288.00 | Follow-up phone calls with PwC professionals to finalize narrative 2nd fee application (Jody Russ, Bruce Westerman, Paul Benz). Discussion with Liz Dantin (PwC) regarding execution of the final interim documents. Distribute email with final documents for final submission/email. |
| Andrea Clark Smith | 11/30/2005 | | $250.00 | ($825.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| Jody Russ | 11/3/2005 | 3.0 | $115.00 | $345.00 | Assist Andrea Clark (PwC) with the invoices prepared during the interim fee period and assemble additional time descriptions for the September 2005 invoice. |
| **Case Administration - Subtotal** | | 11.5 | | $2,495.00 | |
| **Grand Total** | | 41.0 | | $14,036.63 | |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Expenses by Contract Line by Person
October 1, 2005 through November 30, 2005

**Out-of-Pocket Expenses by Staff by cost element**

| | Airfare | Lodging | Meals | Mileage | Parking | Rental Car | Sundry | Taxi | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Security Governance** | | | | | | | | | |
| Paul Benz | $1,260.53 | $223.74 | $120.71 | $12.62 | $80.52 | $63.76 | $8.00 | $119.00 | $1,888.88 |
| **Total out of Pocket Expenses** | $1,260.53 | $223.74 | $120.71 | $12.62 | $80.52 | $63.76 | $8.00 | $119.00 | $1,888.88 |

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
225 South Sixth Street
Suite 1400
Minneapolis MN 55402
Telephone (612) 596 6000
Facsimile (612) 373 7160
Direct Phone (612) 596 3930
Direct Fax (813) 637 4271
www.pwc.com

March 7, 2006

Mr. Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Re: In re Winn-Dixie Stores, Inc., et al. Chapter 11 Case No. 05-03817-3FI

Dear Mr. Gleason:

**PwC Invoice for Services Rendered - December 2005 & January 2006**

Pursuant to an order dated May 19, 2005, the United States Bankruptcy Court approved the retention of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") to provide certain Sarbanes-Oxley Compliance and other services to the Debtors.

During the period from December 1, 2005 through January 31, 2006, PricewaterhouseCoopers' fees for services rendered as Sarbanes-Oxley advisors to the Debtors in these chapter 11 cases were $5,450.00 and PricewaterhouseCoopers' reimbursable expenses were $0.00. A detailed billing statement for the period in question is enclosed for your information and review.

In compliance with the Final Order Approving Interim Compensation Procedures for Professionals, as well as the Order Authorizing the Stuart, Maue, Mitchell & James Ltd as Fee Examiner, PricewaterhouseCoopers is also providing copies of this Monthly Statement by overnight deliver to the distribution list attached to this letter.

If you have any questions with respect to this billing statement, please feel free to contact me or Elizabeth Dantin (904) 366-3667.

Regards,

Andrea Clark Smith
Manager

cc: Distribution List (attached)
Elizabeth Dantin, PricewaterhouseCoopers

Enclosures



**DISTRIBUTION LIST - December 2005 & January 2006 Invoice:**

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

PRICEWATERHOUSECOOPERS

March 07, 2006

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
USA

Invoice Number : 1030461763-1

INVOICE FOR SERVICES
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC 28265-0640

Contract Number: 5000085518

| | | |
|---|---|---|
| Progress billing for expenses December 1, 2005 through January 31, 2006: | $ | 5,450.00 |
| Case Administration - $5,450.00 | | |
| | $ | 0.00 |
| **Total Invoice** | $ | 5,450.00 |

Contact: Elizabeth Dantin (904) 366-3667

**Payment Due Upon Receipt**

Tax Identification Number: 134008324

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

March 07, 2006

Invoice Number 1030461763-1
Invoice Amount $ 5,450.00

Mr Jeffrey Gleason
Director of Internal Audit
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
USA

Amount Paid ______________________

**By Wire Transfer Remit To:**
Citibank, NA
New York, NY
ABA # 021000089
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

**By Check Remit To:**
PricewaterhouseCoopers LLP
P.O.Box 65640
Charlotte, NC 28265-0640

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.**
**IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTION FIELD.**

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours, Fees and Expenses By Person
December 1, 2005 through January 31, 2006

| | Hours | Rate Per Hour | Fees |
|---|---|---|---|
| **Manager** | | | |
| Andrea Clark Smith | 21.8 | $360.00 | $ 7,848.00 |
| Voluntary Reduction in Billing Rate | | $250.00 | $ (2,398.00) |
| **Total Hours and Fees** | 21.8 | | $ 5,450.00 |
| **Out-of-Pocket Expenses** | | | $0.00 |
| **Total Amount Due** | | | $ 5,450.00 |

Note: PwC also incurred an additional 3.0 hours, totaling $345.00, from Office Staff associated with the fee examiner electronic data requests. PwC voluntarily did not bill these hours.

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Summary of Hours and Fees By Project
December 1, 2005 through January 31, 2006

| Project | Hours | Fees |
|---|---|---|
| **Case Administration** | 21.8 | $5,450.00 |
| Total | 21.80 | $5,450.00 |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
December 1, 2005 through January 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| Andrea Clark Smith | 12/02/05 | 0.4 | $360.00 | $144.00 | Prepare for conference call regarding fee auditor. |
| Andrea Clark Smith | 12/02/05 | 0.4 | $360.00 | $144.00 | Review LEDES Format Specification Memo for conference call. |
| Andrea Clark Smith | 12/02/05 | 0.3 | $360.00 | $108.00 | Participate in conference call for fee application preparation time with Stuart Maue. |
| Andrea Clark Smith | 12/07/05 | 0.6 | $360.00 | $216.00 | Discussion with Linda Cooper (Stuart Maue) regarding electronic files for delivery. |
| Andrea Clark Smith | 12/09/05 | 0.3 | $360.00 | $108.00 | Discussion with Linda Cooper (Stuart Maue) regarding electronic files for delivery. |
| Andrea Clark Smith | 12/09/05 | 0.3 | $360.00 | $108.00 | Discussion with Deborah Zorbas (PwC) regarding data entry for the February and March invoices. |
| Andrea Clark Smith | 12/14/05 | 0.4 | $360.00 | $144.00 | Review February 2005 data for accuracy. |
| Andrea Clark Smith | 12/19/05 | 0.7 | $360.00 | $252.00 | Establish a format/master for the ASCII electronic files. |
| Andrea Clark Smith | 12/19/05 | 0.2 | $360.00 | $72.00 | Create June ASCII information for fee auditor. |
| Andrea Clark Smith | 12/19/05 | 0.2 | $360.00 | $72.00 | Discussion with Kevin Campbell (PwC) regarding billings for the Winn Dixie project. |
| Andrea Clark Smith | 12/19/05 | 1.0 | $360.00 | $360.00 | Create June ASCII information for fee auditor. |
| Andrea Clark Smith | 12/19/05 | 0.4 | $360.00 | $144.00 | Discussion with Lisa Strock (PwC) regarding creation of the ASCII file for Winn Dixie. |
| Andrea Clark Smith | 12/19/05 | 0.1 | $360.00 | $36.00 | Email communications with Tia Martin (PwC) regarding November hours. |
| Andrea Clark Smith | 12/19/05 | 0.3 | $360.00 | $108.00 | Prepare October 2005/November 2005 invoice. |
| Andrea Clark Smith | 12/19/05 | 0.5 | $360.00 | $180.00 | Prepare October 2005/November 2005 invoice. |
| Andrea Clark Smith | 12/20/05 | 0.3 | $360.00 | $108.00 | Review the June/July 2005 invoice ASCII. |
| Andrea Clark Smith | 12/23/05 | 0.4 | $360.00 | $144.00 | Finalize the October 2005 monthly invoice and email exchange with Tia Martin (CAA-PwC) regarding revenue transfer for September invoice. |
| Andrea Clark Smith | 01/03/06 | 0.1 | $360.00 | $36.00 | Email communications with Liz Dantin (PwC) regarding monthly invoices |
| Andrea Clark Smith | 01/05/06 | 1.0 | $360.00 | $360.00 | Distribution of the October/November monthly invoice. Prepare cover letter for the monthly invoice. Prepare package of deliverables (cover letter, invoice and supporting schedules) and provide instructions to EA for distribution to various parties. |
| Andrea Clark Smith | 01/05/06 | 0.1 | $360.00 | $36.00 | Discussion with Tia Martin (CAA) regarding December WIPS. |
| Andrea Clark Smith | 01/06/06 | 0.8 | $360.00 | $288.00 | Review and finalize the ASCII file for the fee auditor (2nd Interim) |
| Andrea Clark Smith | 01/06/06 | 1.6 | $360.00 | $576.00 | Continue review and finalize the ASCII file for the fee auditor (2nd Interim). |
| Andrea Clark Smith | 01/06/06 | 0.3 | $360.00 | $108.00 | Assembly of the ASCII file for the fee examiner (1st Interim) - May 2005 |
| Andrea Clark Smith | 01/06/06 | 0.6 | $360.00 | $216.00 | Prepare the ASCII file for the fee examiner (Oct/Nov 2005 Monthly) |
| Andrea Clark Smith | 01/06/06 | 0.7 | $360.00 | $252.00 | Continue assembly of the ASCII file for the fee examiner (1st Interim) - February 2005 |
| Andrea Clark Smith | 01/08/06 | 0.7 | $360.00 | $252.00 | Continue assembly of the ASCII file for the fee examiner (1st Interim) - May 2005 |
| Andrea Clark Smith | 01/08/06 | 1.5 | $360.00 | $540.00 | Continue assembly of the ASCII file for the fee examiner (1st Interim) - April 2005 |
| Andrea Clark Smith | 01/09/06 | 0.8 | $360.00 | $288.00 | Continue assembly of the ASCII file for the fee examiner (1st Interim) - March 2005 |
| Andrea Clark Smith | 01/09/06 | 1.5 | $360.00 | $540.00 | Perform quality control on the new ASCII file to ensure all fields populated. |
| Andrea Clark Smith | 01/09/06 | 0.8 | $360.00 | $288.00 | Perform quality control on the new ASCII file to ensure all fields populated. |
| Andrea Clark Smith | 01/09/06 | 0.8 | $360.00 | $288.00 | Assign the Activity Codes on the ASCII file for the fee examiner (1st Interim). |
| Andrea Clark Smith | 01/09/06 | 0.3 | $360.00 | $108.00 | Assign the Activity Codes on the ASCII file for the fee examiner (2nd Interim). |
| Andrea Clark Smith | 01/10/06 | 0.4 | $360.00 | $144.00 | Finalize the first interim LEDES data for fee examiner |

**Winn-Dixie Stores, Inc.**
PricewaterhouseCoopers LLP
Detail of Hours and Fees By Project and Person
December 1, 2005 through January 31, 2006

| Colleague Name | Date | Hours | Rate | Amount | Description of Work Performed |
|---|---|---|---|---|---|
| Andrea Clark Smith | 01/10/06 | 1.1 | $360.00 | $396.00 | Finalize the second interim LEDES data for fee examiner (finalize activity codes; reformat professional names, create LEDES txt file). |
| Andrea Clark Smith | 01/10/06 | 0.4 | $360.00 | $144.00 | Finalize the October/November monthly LEDES data for fee examiner. |
| Andrea Clark Smith | 01/10/06 | 0.2 | $360.00 | $72.00 | Discussion with Linda Cooper (Stuart Maue) regarding delivery of the LEDES data. |
| Andrea Clark Smith | 01/10/06 | 0.1 | $360.00 | $36.00 | Distibute October/November monthly information to Linda Cooper (Stuart Maue). |
| Andrea Clark Smith | 01/10/06 | 0.6 | $360.00 | $216.00 | Prepare final files (PDF, excel, text) for distribution of the files for the first and second interim fee applications. |
| Andrea Clark Smith | 01/10/06 | 0.2 | $360.00 | $72.00 | Draft letter for distribution of the files for the first and second interim fee applications. |
| Andrea Clark Smith | 01/10/06 | 0.3 | $360.00 | $108.00 | Review time records for December 2005 to determine billings (if applicable). |
| Andrea Clark Smith | 01/17/06 | 0.1 | $360.00 | $36.00 | Respond via email to Linda Cooper (Fee Examiner) regarding data extraction/electronic information. |
| Andrea Clark Smith | 1/31/2006 | | $250.00 | ($2,398.00) | Voluntary Reduction of Advisory Hourly Billing Rate to Manager Rate Approved by the Court. |
| **Case Administration - Subtotal** | | **21.8** | | **$5,450.00** | |
| **Grand Total** | | **21.8** | | **$5,450.00** | |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING THIRD INTERIM APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (OCTOBER 1, 2005 THROUGH JANUARY 31, 2006)**

These cases came before the Court upon the application dated March 10, 2006 (the "Third Application") of PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") for an order under 11 U.S.C. §§ 330 and 331 (i) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $19,486.63, and authorizing payment of compensation not previously received, and (ii) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $1,888.88, and authorizing reimbursement of expenses not previously received, for the period from October 1, 2005 through January 31, 2006 (the "Application Period"). A hearing on the Third Application was held on April 6, 2006. The Court has read the Third Application, considered the representations of counsel and has determined that notice of the Third Application was good and sufficient under the circumstances and that no other or further notice need be given.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Third Application is granted.

2. The fees earned and the expenses incurred by PricewaterhouseCoopers during the Application Period, as set forth in the Third Application, are approved and allowed.

3. The Debtors are authorized and directed to pay PricewaterhouseCoopers (to the extent not previously paid) the sums of: (i) $19,486.63 representing fees earned by PricewaterhouseCoopers during the Application Period and (ii) $1,888.88, representing expenses incurred by PricewaterhouseCoopers during the Application Period.

4. The relief granted in this Order is without prejudice to the rights of PricewaterhouseCoopers to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied, upon application to this Court.

5. All interim fees and expenses are subject to final review by the Debtors' fee examiner, parties in interest and this Court, and no determination is made at this time as to reasonableness. Interim Fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of April 2006 in Jacksonville, Florida

____________________________________
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Third Application.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that, on March 8, 2006, I caused to be served thc PricewaterhouseCoopers LLP Third Interim Fee Application and the corresponding proposed form of Order, by having a true and correct copy sent via e-mail and first class mail, postage prepaid, to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assitant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Phone: 212-735-2150
Fax: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhclfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Mbarr@milbank.com

King & Spalding LLP
Attn: Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Linda K. Cooper
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

Elizabeth Dantin