### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Third Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of XRoads Solutions Group, LLC, as Financial and Operations Restructuring Consultants for the Period October 2, 2005 to January 28, 2006.

Dated:  March 15, 2006.


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    _s/ D. J. Baker_
      D. J. Baker
      Sally McDonald Henry
      Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors


SMITH HULSEY & BUSEY

By    _s/ Cynthia C. Jackson_
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00525867