## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, Peter D. Russin, Esquire and the law firm of Meland Russin & Budwick, P.A. and substitutes as counsel for THE MORRIS TRACT CORP. and THE WILLISTON HIGHLAND DEVELOPMENT CORP. All future notices and correspondence should be sent to:

　　　　　　　　　　　　　　　　　　　　　/s/ Peter D. Russin
　　　　　　　　　　　　　　　　　　　　　Peter D. Russin
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 765902
　　　　　　　　　　　　　　　　　　　　　MELAND RUSSIN & BUDWICK, P.A.
　　　　　　　　　　　　　　　　　　　　　3000 Wachovia Financial Center
　　　　　　　　　　　　　　　　　　　　　200 South Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 358-6363
　　　　　　　　　　　　　　　　　　　　　Telecopy: (305) 358-1221

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 15th day of March, 2006 to:

| | |
|---|---|
| Cynthia C. Jackson, Esq. | David J. Baker, Esq. and Sally Gray, Esq. |
| Smith Hulsey & Busey | Skadden Arps Slate Meagher & Flom, LLP |
| 225 Water Street, Suite 1800 | Four Times Square |
| Jacksonville, FL 32201 | New York, NY 10036 |
| **Via E-Mail:** cjackson@smithhulsey.com | **Via E-Mail:** djbaker@skadden.com |

　　　　　　　　　　　　　　　　　　　　　/s/ Peter D. Russin

J:\DOCS\CLIENTS\1836\1836-2\00141649.WPD.