**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3FI |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW, Peter D. Russin, Esquire and the law firm of Meland Russin & Budwick, P.A. and substitutes as counsel for PINES-CARTER OF FLORIDA, INC. All future notices and correspondence should be sent to:_____

/s/ Peter D. Russin
Peter D. Russin
Florida Bar No. 765902
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 15th day of March, 2006 to:

| | |
|---|---|
| Cynthia C. Jackson, Esq. | David J. Baker, Esq. and Sally Gray, Esq. |
| Smith Hulsey & Busey | Skadden Arps Slate Meagher & Flom, LLP |
| 225 Water Street, Suite 1800 | Four Times Square |
| Jacksonville, FL 32201 | New York, NY 10036 |
| **Via E-Mail:** cjackson@smithhulsey.com | **Via E-Mail:** djbaker@skadden.com |

/s/ Peter D. Russin