UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., <u>et al.</u>, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 05-03817-3F1 <br><br> (Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 13, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: March 15, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                     **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 242031-12<br>ALLIED PURCHASING<br>ATTN BRIAN JANSSEN, VP ADMIN<br>PO BOX 1249<br>MASON CITY, IA 50402 | CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 | CREDITOR ID: 250724-12<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT, CREDIT MGR<br>909 PACKERLAND DRIVE<br>GREEN BAY WI 54303 |
| CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 406301-15<br>RESOURCES CONNECTION<br>DBA RESOURCES GLOBAL PROFESSIONALS<br>ATTN DENISE K BARKER<br>695 TOWN CENTER DRIVE, SUITE 600<br>COSTA MESA CA 92626 | CREDITOR ID: 259480-12<br>RESOURCES CONNECTION DBA RESOURCES<br>GLOBAL PROFESSIONALS<br>ATTN DENISE K BARKER, DIR OF ADMIN<br>FILE 55221<br>LOS ANGELES, CA 90074-5221 |
| CREDITOR ID: 261161-12<br>SLIM FAST FOODS - UNILEVER<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| CREDITOR ID: 263754-12<br>UNILEVER BEST FOODS<br>C/O UNILEVER - FOODS NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, STE 200<br>LISLE IL 60532 | CREDITOR ID: 410973-15<br>UNILEVER HOME & PERSONAL CARE<br>ATTN KRISTIN HOLLAND<br>75 MERRITT BLVD<br>TRUMBULL CT 06611 | CREDITOR ID: 377597-44<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413 |
| CREDITOR ID: 423148-97<br>UNILEVER UNITED STATES INC<br>ATTN: BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ 07632-3100 | CREDITOR ID: 264061-12<br>VENTURECOM, INC<br>ATTN CHUCK CRUMPTON, PRES<br>53 RABBIT ROAD<br>TRAVELERS REST, SC 29690 | |

**Total: 14**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 6384

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ALLIED PURCHASING    ID: 242031 | DELLACAMERA CAPITAL MANAGEMENT LLC    ID: 423075 |
|---|---|
| Name of Transferor | Name of Transferee |
| ALLIED PURCHASING<br>ATTN BRIAN JANSSEN, VP ADMIN<br>PO BOX 1249<br>MASON CITY, IA 50402 | DELLACAMERA CAPITAL MANAGEMENT LLC<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 |
| Phone: 641 423 1824 | Phone: |

Claim No.: 1406

Date Claim Filed: 05/12/2005

Full Transfer: (X)    Partial Transfer:

Amount: $50,388.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 6383

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ALLIED PURCHASING    ID: 242031 | DELLACAMERA CAPITAL MANAGEMENT LLC    ID: 423075 |
|---|---|
| Name of Transferor | Name of Transferee |

ALLIED PURCHASING
ATTN BRIAN JANSSEN, VP ADMIN
PO BOX 1249
MASON CITY, IA 50402

DELLACAMERA CAPITAL MANAGEMENT LLC
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

Phone: 641 423 1824　　　　　　　　　　　　　　　　　Phone:

Claim No.: 30089　　　　　　　　　　　　　　　　　　　Full Transfer:   (X)　　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　　　　　Amount: $50,388.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 6312

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GOOD HUMOR BREYERS ICE CREAM    ID: 250742
Name of Transferor

GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT, CREDIT MGR
909 PACKERLAND DRIVE
GREEN BAY WI 54303

Phone: 920 497 6310

UNILEVER UNITED STATES INC    ID: 423148
ATTN BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

SMITHTOWN BAY LLC    ID: 417106
Name of Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN 55305

Phone: 952-476-7239

SEWARD & KISSELL LLP    ID: 417106
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone: 212-574-1349

Claim No.: 10861
Date Claim Filed: 07/28/2005

Full Transfer:                Partial Transfer: ☒
Amount: $1,369,728.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1
                                                Docket No.: 6360

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RESOURCES CONNECTION DBA RESOURCES    ID: 259480      DELLACAMERA CAPITAL MANAGEMENT LLC    ID: 423075
Name of Transferor                                    Name of Transferee

RESOURCES CONNECTION DBA RESOURCES                    DELLACAMERA CAPITAL MANAGEMENT LLC
GLOBAL PROFESSIONALS                                  237 PARK AVENUE SUITE 800
ATTN DENISE K BARKER, DIR OF ADMIN                    NEW YORK NY 10017
FILE 55221
LOS ANGELES, CA 90074-5221

Phone: 714 430 6400                                   Phone:

RESOURCES CONNECTION
DBA RESOURCES GLOBAL PROFESSIONALS
ATTN DENISE K BARKER
695 TOWN CENTER DRIVE, SUITE 600
COSTA MESA CA 92626

Phone: 714 430 6400
ID: 406301

Claim No.: 3783                                       Full Transfer:  (X)      Partial Transfer:
Date Claim Filed: 06/08/2005                          Amount: $109,754.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                                      /s/ Logan & Company, Inc.
                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1
                                                     Docket No.: 6362

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RESOURCES CONNECTION DBA RESOURCES    ID: 259480        DELLACAMERA CAPITAL MANAGEMENT LLC    ID: 423075
Name of Transferor                                      Name of Transferee

RESOURCES CONNECTION DBA RESOURCES                      DELLACAMERA CAPITAL MANAGEMENT LLC
GLOBAL PROFESSIONALS                                    237 PARK AVENUE SUITE 800
ATTN DENISE K BARKER, DIR OF ADMIN                      NEW YORK NY 10017
FILE 55221
LOS ANGELES, CA 90074-5221

Phone: 714 430 6400                                     Phone:

RESOURCES CONNECTION
DBA RESOURCES GLOBAL PROFESSIONALS
ATTN DENISE K BARKER
695 TOWN CENTER DRIVE, SUITE 600
COSTA MESA CA 92626

Phone: 714 430 6400
ID:  406301

Claim No.: 31467                                        Full Transfer:  (X)         Partial Transfer:
Date Claim Filed: 04/07/2005                            Amount: $109,099.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                                        /s/ Logan & Company, Inc.
                                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1
                                                     Docket No.: 6308

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SLIM FAST FOODS - UNILEVER    ID: 261161 | SMITHTOWN BAY LLC    ID: 417106 |
| Name of Transferor | Name of Transferee |
| | |
| SLIM FAST FOODS – UNILEVER | SMITHTOWN BAY LLC |
| ATTN RICHARD BELLIS | ATTN BRIAN NAAS |
| 2200 CABOT DR, SUITE 200 | 601 CARLSON PARKWAY, STE 200 |
| LISLE IL  60532 | MINNETONKA MN  55305 |
| | |
| Phone: 630 955 5503 | Phone: 952-476-7239 |
| | |
| UNILEVER UNITED STATES INC    ID: 423148 | SEWARD & KISSELL LLP    ID: 417106 |
| ATTN BRIAN S CHEVLIN, DEP GEN CNSL | ATTN RENEE EUBANKS, ESQ |
| 700 SYLVAN AVENUE, B3035 | ONE BATTERY PARK PLAZA |
| ENGLEWOOD CLIFFS NJ  07632-3100 | NEW YORK NY  10004 |
| | |
| | Phone: 212-574-1349 |

Claim No.: 10019                        Full Transfer:              Partial Transfer: ☒
Date Claim Filed: 07/28/2005             Amount: $12,579.35

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                         /s/ Logan & Company, Inc.
                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 6309

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNILEVER BEST FOODS    ID: 263754
Name of Transferor

UNILEVER BEST FOODS
C/O UNILEVER – FOODS NA
ATTN RICHARD BELLIS
2200 CABOT DR, STE 200
LISLE IL 60532

Phone: 630 955 5503


UNILEVER UNITED STATES INC    ID: 423148
ATTN BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

SMITHTOWN BAY LLC    ID: 417106
Name of Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN 55305

Phone: 952-476-7239


SEWARD & KISSELL LLP    ID: 417106
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone: 212-574-1349


Claim No.: 10024
Date Claim Filed: 07/28/2005

Full Transfer:
Amount: $295,915.75

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 6310

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNILEVER HOME & PERSONAL CARE    ID: 377597
Name of Transferor

UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON CT 06413

UNILEVER HOME & PERSONAL CARE    ID: 410973
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

Phone: 203-381-3952

UNILEVER UNITED STATES INC    ID: 423148
ATTN BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

SMITHTOWN BAY LLC    ID: 417106
Name of Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN 55305

Phone: 952-476-7239

SEWARD & KISSELL LLP    ID: 417106
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone: 212-574-1349

Claim No.: 10342
Date Claim Filed: 08/01/2005

Full Transfer:
Amount: $737,853.10

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.  	Case No.: 05-03817-3F1
	Docket No.: 6310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UNILEVER HOME & PERSONAL CARE   ID: 377597<br>Name of Transferor | SMITHTOWN BAY LLC   ID: 417106<br>Name of Transferee |
| UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON CT  06413 | SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY, STE 200<br>MINNETONKA MN  55305 |
| UNILEVER HOME & PERSONAL CARE   ID: 410973<br>ATTN KRISTIN HOLLAND<br>75 MERRITT BLVD<br>TRUMBULL CT  06611<br><br>Phone: 203-381-3952 | Phone: 952-476-7239<br><br>SEWARD & KISSELL LLP   ID: 417106<br>ATTN RENEE EUBANKS, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY  10004<br><br>Phone: 212-574-1349 |
| UNILEVER UNITED STATES INC   ID: 423148<br>ATTN BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ  07632-3100 | |

Claim No.: 10343  	Full Transfer:  	Partial Transfer: ☒
Date Claim Filed: 08/01/2005  	Amount: $737,853.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006  	/s/ Logan & Company, Inc.
	Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 6310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNILEVER HOME & PERSONAL CARE     ID: 377597
Name of Transferor

UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON CT  06413

UNILEVER HOME & PERSONAL CARE    ID: 410973
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT  06611

Phone: 203-381-3952

UNILEVER UNITED STATES INC     ID: 423148
ATTN BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ  07632-3100

SMITHTOWN BAY LLC     ID: 417106
Name of Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN  55305

Phone: 952-476-7239

SEWARD & KISSELL LLP    ID: 417106
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY  10004

Phone: 212-574-1349

Claim No.: 10344
Date Claim Filed: 08/01/2005

Full Transfer:
Amount: $737,853.10

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1
                                                                    Docket No.: 6310

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UNILEVER HOME & PERSONAL CARE    ID: 377597<br>Name of Transferor | SMITHTOWN BAY LLC    ID: 417106<br>Name of Transferee |
| UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON CT 06413 | SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY, STE 200<br>MINNETONKA MN 55305 |
| UNILEVER HOME & PERSONAL CARE    ID: 410973<br>ATTN KRISTIN HOLLAND<br>75 MERRITT BLVD<br>TRUMBULL CT 06611 | Phone: 952-476-7239 |
| Phone: 203-381-3952 | SEWARD & KISSELL LLP    ID: 417106<br>ATTN RENEE EUBANKS, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004<br><br>Phone: 212-574-1349 |
| UNILEVER UNITED STATES INC    ID: 423148<br>ATTN BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ 07632-3100 | |

Claim No.: 10345                                         Full Transfer:              Partial Transfer: ☒
Date Claim Filed: 08/01/2005                             Amount: $737,853.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                                           /s/ Logan & Company, Inc.
                                                           Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1
                                                     Docket No.: 6310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNILEVER HOME & PERSONAL CARE    ID: 377597
Name of Transferor

UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON CT 06413

UNILEVER HOME & PERSONAL CARE    ID: 410973
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

Phone: 203-381-3952

UNILEVER UNITED STATES INC    ID: 423148
ATTN BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

SMITHTOWN BAY LLC    ID: 417106
Name of Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN 55305

Phone: 952-476-7239

SEWARD & KISSELL LLP    ID: 417106
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

Phone: 212-574-1349

Claim No.: 10346
Date Claim Filed: 08/01/2005

Full Transfer:            Partial Transfer: ☒
Amount: $737,853.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                                      /s/ Logan & Company, Inc.
                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1
                                           Docket No.: 6310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UNILEVER HOME & PERSONAL CARE   ID: 377597<br>Name of Transferor | SMITHTOWN BAY LLC   ID: 417106<br>Name of Transferee |
| UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON CT  06413 | SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY, STE 200<br>MINNETONKA MN  55305 |
| UNILEVER HOME & PERSONAL CARE   ID: 410973<br>ATTN KRISTIN HOLLAND<br>75 MERRITT BLVD<br>TRUMBULL CT  06611 | Phone: 952-476-7239 |
| Phone: 203-381-3952 | SEWARD & KISSELL LLP   ID: 417106<br>ATTN RENEE EUBANKS, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY  10004 |
| | Phone: 212-574-1349 |
| UNILEVER UNITED STATES INC   ID: 423148<br>ATTN BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ  07632-3100 | |

Claim No.: 10347                                   Full Transfer:           Partial Transfer: ☒
Date Claim Filed: 08/01/2005                       Amount: $737,853.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                                  Case No.: 05-03817-3F1
                                                                        Docket No.: 6310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UNILEVER HOME & PERSONAL CARE    ID: 377597<br>Name of Transferor | SMITHTOWN BAY LLC    ID: 417106<br>Name of Transferee |
| UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON CT 06413 | SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY, STE 200<br>MINNETONKA MN 55305 |
| UNILEVER HOME & PERSONAL CARE    ID: 410973<br>ATTN KRISTIN HOLLAND<br>75 MERRITT BLVD<br>TRUMBULL CT 06611 | Phone: 952-476-7239 |
| Phone: 203-381-3952 | SEWARD & KISSELL LLP    ID: 417106<br>ATTN RENEE EUBANKS, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| | Phone: 212-574-1349 |
| UNILEVER UNITED STATES INC    ID: 423148<br>ATTN BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ 07632-3100 | |

Claim No.: 10348                                             Full Transfer:            Partial Transfer: ☒
Date Claim Filed: 08/01/2005                                 Amount: $737,853.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006                                             /s/ Logan & Company, Inc.
                                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 6310

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

UNILEVER HOME & PERSONAL CARE    ID: 377597
Name of Transferor

UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON CT  06413

UNILEVER HOME & PERSONAL CARE    ID: 410973
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT  06611

Phone: 203-381-3952

UNILEVER UNITED STATES INC    ID: 423148
ATTN BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ  07632-3100

SMITHTOWN BAY LLC    ID: 417106
Name of Transferee

SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY, STE 200
MINNETONKA MN  55305

Phone: 952-476-7239

SEWARD & KISSELL LLP    ID: 417106
ATTN RENEE EUBANKS, ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY  10004

Phone: 212-574-1349

Claim No.: 10349
Date Claim Filed: 08/01/2005

Full Transfer:
Amount: $737,853.10

Partial Transfer: ☒

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 6373

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VENTURECOM, INC   ID: 264061　　　　　　　　　　　MADISON INVESTMENT TRUST - SERIES 3   ID: 405906
Name of Transferor　　　　　　　　　　　　　　　　Name of Transferee

VENTURECOM, INC　　　　　　　　　　　　　　　　MADISON INVESTMENT TRUST - SERIES 3
ATTN CHUCK CRUMPTON, PRES　　　　　　　　　　ATTN KRISTY STARK
53 RABBIT ROAD　　　　　　　　　　　　　　　　　6310 LAMAR AVE STE 120
TRAVELERS REST, SC 29690　　　　　　　　　　　　OVERLAND PARK KS 66202

Phone: 864 895 1101　　　　　　　　　　　　　　　Phone: 800 896 8913

Claim No.: 193　　　　　　　　　　　　　　　　　　Full Transfer:　(X)　　　Partial Transfer:
Date Claim Filed: 03/16/2005　　　　　　　　　　　Amount: $10,674.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/2006　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 13, 2006.