UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about March 15, 2006, I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: March 15, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                                                                                           **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 250251-12<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>ATTN: SAM SCELFO, PRES<br>PO BOX 857<br>KENNER, LA 70063 | CREDITOR ID: 423151-97<br>GAMBINO'S BAKERIES & FOOD GROUP INC<br>C/O ADAMS & REESE LLP<br>ATTN: CONRAD MEYER IV, ESQ<br>ONE SHELL SQUARE<br>701 POYDRAS ST, STE 4500<br>NEW ORLEANS LA 4506 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 423150-97<br>TODHUNTER FOODS<br>ATTN: EZRA SHASHOUA<br>222 LAKEVIEW AVE, STE 1500<br>WEST PALM BEACH FL 33401 | CREDITOR ID: 263171-12<br>TODHUNTER FOODS<br>ATTN TERRY V KARR, VP FIN<br>PO BOX 860889<br>ORLANDO, FL 32886-0889 |

   **Total:   6**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.           Case No.: 05-03817-3F1

                                                  Docket No.: 6469

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| GAMBINO'S BAKERIES & FOOD GROUP INC | LIQUIDITY SOLUTIONS, INC |
|---|---|
| Name of Transferor | Name of Transferee |

GAMBINO'S BAKERIES & FOOD GROUP INC  
ATTN: SAM SCELFO, PRES  
PO BOX 857  
KENNER, LA 70063  

LIQUIDITY SOLUTIONS, INC  
DBA REVENUE MANAGEMENT  
ATTN JEFFREY CARESS  
ONE UNIVERSITY PLAZA STE 312  
HACKENSACK NJ 07601  

Phone: 504 467 9800                             Phone: 2019680001  
Account No.: 250251                             Account No.: 399393  

GAMBINO'S BAKERIES & FOOD GROUP INC  
C/O ADAMS & REESE LLP  
ATTN: CONRAD MEYER IV, ESQ  
ONE SHELL SQUARE  
701 POYDRAS ST, STE 4500  
NEW ORLEANS LA 4506  

Phone:  
Account No.: 423151  

Claim No.: 34863                                Full Transfer: (X)        Partial Transfer:  
Date Claim Filed: 04/07/2005                    Transfer Amount: $1,980.45  

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/15/2006                                /s/ Logan & Company, Inc.  
                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 15, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 6462 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TODHUNTER FOODS | CONTRARIAN FUNDS, LLC |
| Name of Transferor | Name of Transferee |
| TODHUNTER FOODS<br>ATTN TERRY V KARR, VP FIN<br>PO BOX 860889<br>ORLANDO, FL 32886-0889 | CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| Phone: 863 956 1116 | Phone: 203 862 8236 |
| Account No.: 263171 | Account No.: 416956 |
| TODHUNTER FOODS<br>ATTN: EZRA SHASHOUA<br>222 LAKEVIEW AVE, STE 1500<br>WEST PALM BEACH FL 33401 | |
| Phone: 561 655 8977 | |
| Account No.: 423150 | |
| Claim No.: 1813 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 05/17/2005 | Transfer Amount: $23,152.65 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 03/15/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on March 15, 2006.