# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about March 7, 2006, I caused copies of:

•    the **Notice of Debtors' Sixth Omnibus Objection to No Liability Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A.  A copy of the served Notice as listed above is attached hereto as Exhibits B.

Dated: March 15, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
### Notice of Debtors' Sixth Omnibus Objection
### to No Liability Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403275-83<br>ACADIAN AMBULANCE SERVICE<br>ATTN DEBRA S MARTIN<br>PO BOX 92970<br>LAFAYETTE LA 70509-2970 | CREDITOR ID: 241669-12<br>ADVANTAGE ASSOCIATES INC<br>ATTN DOUGLAS A JOHNSON, VP<br>PO BOX 343549<br>FLORIDA CITY FL 33034 | CREDITOR ID: 381744-15<br>ANCO FINE CHEESE<br>ATTN LESLEY RICHMOND, CR MGR<br>149 NEW DUTCH LANE<br>FAIRFIELD NJ 07004 |
| CREDITOR ID: 410770-15<br>APOLLO BEACH 99-FL, LLC<br>C/O KLEIN & SOLOMON LLP<br>ATTN SOLOMON J JASKIEL, ESQ<br>275 MADISON AVE, 11TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O ZAMAGIAS PROPERTIES<br>ATTN VINCE ZAPPA<br>336 FOURTH AVENUE<br>PITTSBURGH, PA 15222 | CREDITOR ID: 1102-07<br>BAXLEY ZAMAGIAS LP<br>C/O LAW OFFICE OF OWEN W KATZ<br>ATTN OWEN W KATZ, ESQ<br>PO BOX 7826<br>PITTSBURGH PA 15215 |
| CREDITOR ID: 240811-10<br>BRANDENBURG TEL CO INC<br>ATTN RITA HARDESTY<br>PO BOX 599<br>BRANDENBURG KY 40108-0599 | CREDITOR ID: 407760-15<br>BREAU BEAR INC<br>ATTN CAROLYN WISMANN, OWNER<br>100 EPPLER ROAD<br>LAFAYETTE LA 70506 | CREDITOR ID: 243937-12<br>BREWBAKER MOTORS INC<br>ATTN TERRIE LEONARD<br>300 EASTERN BYPASS<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 406310-15<br>BUNGE NORTH AMERICA EAST, LLC<br>C/O THOMPSON COBURN, LLP<br>ATTN SETH A ALBIN, ESQ<br>ONE US BANK PLAZA<br>ST LOUIS MO 63101 | CREDITOR ID: 406011-15<br>CARLTON FIELDS, PA<br>ATTN ROBERT N GILBERT, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1400<br>WEST PALM BEACH FL 33410 | CREDITOR ID: 240169-06<br>CITY OF MILLBROOK<br>ATTN TERESA MERCER<br>PO BOX 630<br>3390 MAIN STREET<br>MILLBROOK AL 36054 |
| CREDITOR ID: 265969-14<br>CITY OF STARKVILLE<br>ATTN VIVIAN COLLIER<br>101 E LAMPKIN STREET<br>STARKVILLE MS 39759-2944 | CREDITOR ID: 404029-15<br>CITY OF STARKVILLE ELECTRIC DEPT<br>ATTN SHANE GRANTHAM<br>101 MEIGS DRIVE<br>PO BOX 927<br>STARKVILLE MS 39759 | CREDITOR ID: 395628-65<br>CLEAN SWEEP OF ORLANDO, INC<br>ATTN HARRY A COADY<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 |
| CREDITOR ID: 408208-15<br>COMMONWEALTH OF PA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHRISTOPHER R MOMJIAN<br>21 S 12TH STREET, 3RD FL<br>PHILADELPHIA PA 19107-3603 | CREDITOR ID: 408208-15<br>COMMONWEALTH OF PA REV DEPT<br>ATTN MICHELLE B JENKINS, CHIEF<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG PA 17128-0496 | CREDITOR ID: 411010-15<br>CORDOVA COLLECTION LP TA<br>CORDOVA COLLECTION PENSACOLA FL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 244707-12<br>COUNTY OF CARTER CLERK<br>ATTN MARY GOUGE<br>801 E ELK AVE<br>ELIZABETHTON TN 37643 | CREDITOR ID: 406169-15<br>CYPRESS RUN, LLC<br>ATTN LOURDES CARASA/FIRPO GARCIA<br>470 BILTMORE WAY, SUITE 100<br>CORAL GABLES FL 33134 | CREDITOR ID: 243426-12<br>DONALDSON, BETTY L<br>1319 NORTHWEST 60TH STREET, APT 5<br>MIAMI FL 33142 |
| CREDITOR ID: 248947-12<br>EMCO OF HAMMOND<br>ATTN CLAUDETTE WATSON<br>8900 S CHOCTAW<br>BATON ROUGE LA 70815 | CREDITOR ID: 411124-15<br>FLORALINE DISPLAY PRODUCTS<br>C/O TAFT STETTINIUS & HOLLISTER LLP<br>ATTN GREGORY J O'BRIEN, ESQ<br>3500 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND OH 44114 | CREDITOR ID: 250115-12<br>FREUDENBERG HOUSEHOLD PRODUCTS<br>ATTN MARY JAY, CREDIT MGR<br>PO BOX 73181<br>CHICAGO, IL 60673-7181 |
| CREDITOR ID: 407632-15<br>GALLIVAN WHITE & BOYD, PA<br>ATTN J EDWARD HERREN JR<br>55 BEATTIE PLACE, SUITE 1200<br>PO BOX 10589<br>GREENVILLE SC 29603 | CREDITOR ID: 416977-15<br>GENERAL CREDIT SERVICE, INC<br>299 FOREST AVENUE<br>PARAMUS NJ 07652 | CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBBLEFIELD TOLLISON, ESQ<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 |
| CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | CREDITOR ID: 416976-15<br>HANJIN SHIPPING CO, LTD<br>ATTN CATHY HAPY, PORT MANAGER<br>2128 BURNETT BLVD<br>WILMINGTON NC 28401 | CREDITOR ID: 251589-12<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 |

**SERVICE LIST**

**Notice of Debtors' Sixth Omnibus Objection**
**to No Liability Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 410745-15<br>HOBE SOUND SC COMPANY LTD<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, VP<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 | CREDITOR ID: 251834-12<br>HORNBUCKLE WHOLESALE FLORIST<br>ATTN BETTY HORNBUCKLE<br>PO BOX 37<br>OMEGA GA 31775-0037 |
| CREDITOR ID: 407691-15<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN A TODESCO, SR, PRESIDENT<br>8401 DRURY ST<br>METAIRIE LA 70003 | CREDITOR ID: 380973-47<br>JT LOUISIANA CONST & MAINT INC<br>ATTN JOHN TODESCO SR, PRESIDENT<br>PO BOX 1093<br>KENNER, LA 70063-1093 | CREDITOR ID: 410736-15<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 |
| CREDITOR ID: 256056-12<br>MEMORIAL HOSPITAL<br>ATTN TAMI CROFT<br>2525 DESALES AVE<br>CHATTANOOGA, TN 37404 | CREDITOR ID: 407631-15<br>MILLER, DAVID & RUTH<br>1923 CAMINO RANCH<br>SIERRA VISTA AZ 85635 | CREDITOR ID: 257459-12<br>NORTHWEST DRYWALL COMPANY INC<br>ATTN JOE STEPP, MGR<br>PO BOX 1630<br>HICKORY NC 28603 |
| CREDITOR ID: 257459-12<br>NORTHWEST DRYWALL COMPANY INC<br>C/O HOLBROCK & JONSON<br>ATTN GEORGE N JONSON, ESQ<br>315 SOUTH MONUMENT AVENUE<br>PO BOX 687<br>HAMILTON OH 45012-0687 | CREDITOR ID: 411137-15<br>ORIX CAPITAL MKTS, SERIES 2000-C4<br>HOLDERS OF LB-UBS COMMERCIAL MORT<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 402088-15<br>PARISH OF JEFFERSON TAX COLLECTOR<br>C/O BUREAU OF REVENUE & TAXATION<br>ATTN ANDREW J LEBLANC, DIRECTOR<br>1233 WESTBANK EXPWAY, B-425<br>HARVEY LA 70058 |
| CREDITOR ID: 381937-15<br>PENMAN PLAZA ASSOCIATES, LTD<br>C/O FORD BOWLUS DUSS MORGAN ET AL<br>ATTN MICHAEL BOWLUS, ESQ<br>10110 SAN JOSE BLVD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 260675-12<br>SECURITY DISPOSAL INC<br>ATTN W H GILLIS, OWNER<br>PO BOX 2047<br>3077 BROWN DRIVE<br>WAYCROSS, GA 31502 | CREDITOR ID: 214206-09<br>SNIPE, CONNIE F<br>105 BARLEY COURT<br>WALTERBORO SC 29488 |
| CREDITOR ID: 411406-15<br>SOUTHERN HEALTH CENTER<br>C/O PARNELL & CRUM, PA<br>ATTN BRITT BATSON GRIGGS, ESQ.<br>PO BOX 2189<br>MONTGOMERY AL 36102-2189 | CREDITOR ID: 261739-12<br>ST MATHEWS THE APOSTLE SCHOOL<br>ATTN JILL CONNOR<br>10021 JEFFERSON HWY<br>RIVER RIDGE, LA 70123 | CREDITOR ID: 406315-15<br>STATE OF ARKANSAS AUDITOR<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GREGG RENKES, ESQ<br>DIAMOND COURTHOUSE<br>PO BOX 110300<br>JUNEAU AK 99811-0300 |
| CREDITOR ID: 406315-15<br>STATE OF ARKANSAS AUDITOR<br>ATTN STEVE KELLY, DEPUTY AUDITOR<br>1400 W 3RD<br>LITTLE ROCK AR 72201 | CREDITOR ID: 411284-15<br>STATE OF FLORIDA ENV PROTECT DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 411284-15<br>STATE OF FLORIDA ENV PROTECT DEPT<br>ATTN JONATHAN H ALDEN, ESQ.<br>3900 COMMONWEALTH BLVD, MS 35<br>TALLAHASSEE FL 32399-3000 |
| CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 |
| CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 |
| CREDITOR ID: 410742-15<br>STATE OF WEST VIRGINIA TREASURER<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: DARRELL VIVIAN MCGRAW JR, ESQ<br>STATE CAPITOL<br>1900 KANAWHA BLVD E<br>CHARLESTON WV 25305 | CREDITOR ID: 410742-15<br>STATE OF WEST VIRGINIA TREASURER<br>ATTN CAROLYN ATKINSON<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON WV 25311 | CREDITOR ID: 264147-12<br>VICTORY ROYAL PLAZA, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |

SERVICE LIST

**Notice of Debtors' Sixth Omnibus Objection
to No Liability Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 264147-12
VICTORY ROYAL PLAZA, LLC
PO BOX 4767
COLUMBUS, GA 31914

CREDITOR ID: 373714-44
WILLIAMS, ANNIE
2400 LYDIA STREET
LAKE WALES, FL 33853

CREDITOR ID: 411316-15
XL SPECIALTY INSURANCE COMPANY
C/O MANIER & HEROD, PC
ATTN MICHAEL E COLLINS, ESQ
150 FOURTH AVENUE NORTH, SUITE 2200
NASHVILLE TN 37219

**Total:   63**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' SIXTH OMNIBUS OBJECTION TO NO LIABILITY CLAIMS**

[claimant's name & address]

| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| CLAIM NO.:<br>CLAIM AMOUNT: | REASON FOR PROPOSED DISALLOWANCE: |

     1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on March 7, 2006 their Sixth Omnibus Objection to No Liability Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

     **2.      The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

     3.      If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

     4.      If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on March 27, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.