UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA                    X

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | (Jointly Administered Under) |
| | Case No. 05-03817-3F1 |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   South Florida Bakery, Inc.
              14159 SW 144th Street
              Miami, FL  33186
              Attn: Rick Bernardo

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the scheduled amount held by South Florida Bakery, Inc. (the "Transferor") in the amount of $126,564.24 against Winn-Dixie Procurement, Inc.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Middle District of Florida
    300 North Hogan Street
    Jacksonville, Florida 32202
    Attn: Bankruptcy Clerk

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                                _____
                                                Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**SOUTH FLORIDA BAKERY, INC.**, a Florida corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February__, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Middle District of Florida, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **28** day of **February** 2006.

(Assignor)
SOUTH FLORIDA BAKERY, INC.

By: *R. Bernardo*
Name: Ricardo Bernardo
Title: Vice-President

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: *Janice Stanton*
Name: Janice Stanton
Title: Member

(Assignor)
WITNESS:

By: *[signature]*
Name: Pedro Orozco
Title: Controller

KL2.2394444 1

## Schedule A
### South Florida Bakery Inc.

| Debtor | Case Number | Schedule Amount | Proof of Claim filed | Claim No. |
|---|---|---|---|---|
| Winn-Dixie Procurement, Inc. | 05-03838 | 126,564.24 | | |
| **Total** | | **126,564.24** | - | |