UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

THIRD INTERIM APPLICATION OF KIRSCHNER & LEGLER, P.A.
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF COSTS ADVANCED
(October 1, 2005 through January 31, 2006)

Pursuant to Section 331 of the Bankruptcy Code (the "Code") Kirschner & Legler,

P.A. applies for entry of an order allowing interim compensation to the firm for services

rendered and costs advanced as special corporate finance counsel for Winn-Dixie Stores,

Inc. and its subsidiaries and affiliates (collectively, the "Debtors"). By this application,

Kirschner & Legler is seeking interim compensation for the period from October 1, 2005

through January 31, 2006, for services rendered in the amount of $49,230.00 and

reimbursement for costs advanced in the amount of $101.69

**Legal Services Rendered by Kirschner & Legler, P.A.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court. The Debtors' cases are being jointly administered for procedural purposes only.

2.    On March 4, 2005, the Court authorized the Debtors to retain Kirschner & Legler as special corporate finance counsel in this case on an interim basis. On March 15, 2005, the Court entered a final order authorizing Kirschner & Legler's retention.

3.    In accordance with Final Order Approving Interim Compensation Procedures for Professionals entered by the New York Court on March 15, 2005 (Docket No. 434), with respect to the period from October 1, 2005, through January 31, 2006, Kirschner & Legler has been paid $36,684.00 by the Debtors which represents 75% of the fees ($49,230.00) and $37.28 of the costs ($101.69) actually incurred by Kirschner & Legler with respect to such period. The total amount of holdback fees sought by this application is $12,546.00 plus costs in the amount of $64.41.

4.    By this application, Kirschner & Legler seeks interim compensation for services rendered and expenses advanced for the period from October 1, 2005 through January 31, 2006.

5.    Kirschner Legler seeks allowance of fees for services provided to the Debtors in the following areas of representation:

| Areas of Representation | Total Fees | Total Hours |
|---|---|---|
| Bankruptcy Proceeding – General Matters | 4,815.00 | 10.7 |

2

| | | |
|---|---:|---:|
| DIP Store Sales/Closing | 1,755.00 | 3.9 |
| Schreiber Dispute | 135.00 | .3 |
| Asset Disposition | 42,525.00 | 94.5 |
| Totals | $49,230.00 | 109.4 |

The services rendered by Kirschner & Legler in connection with these proceedings included:

(a) **Bankruptcy Proceedings – General Matters.** Kirschner & Legler provided advice, analysis and information with respect to creditor information requests and the structure and terms of Debtor's pre-petition finance and asset disposition transactions and product supply contracts.

(b) **DIP Store Sales/Closing.** Kirschner & Legler assisted the Debtors in connection with post-petition lease termination transactions, including the negotiation and preparation of specific documents, and the closing, relating to the termination of the lease for Store #2312.

(c) **Schreiber Dispute.** Kirschner & Legler provided advice requested by the Debtors in connection with their claims, and related litigation, against Schreiber Foods relating to the April 2, 2002, Final Resolution of Patent Dispute agreement between the Debtors and Schreiber Foods, which was entered into as part of a sale of a manufacturing facility transaction in which Kirschner & Legler represented Winn-Dixie Stores, Inc. and its subsidiaries.

(d) **Asset Disposition**. Kirschner & Legler advised and assisted the Debtors in connection with the proposed transfer of manufacturing plants and distribution

3

centers as part of the Debtors asset rationalization plan, including participation in the preparation of forms of asset purchase agreements, and lease assignments, as well as related Bankruptcy Court motions.    Kirschner & Legler also participated in the preparation and extensive negotiation of an Asset Purchase Agreement and related documents relating to the proposed sale of the Debtors' Miami Dairy facility, and in the auction process leading to acceptance of a better and higher offer.  In addition, Kirschner & Legler advised the Debtors with respect to the impact on the proposed sale of the lease to which such plant was subject and participated in negotiations with the landlord with respect to such lease.

## Compensation and Reimbursement Requested by Kirschner & Legler

6.    By this application, Kirschner & Legler requests interim compensation for services rendered of $49,230.00 (less $36,684.00 previously paid by the Debtors) and reimbursement of expenses of $101.69 (less $37.28 previously paid by the Debtors) incurred in connection with this case from the October 1, 2005 through January 31, 2006.

7.    During the period from October 1, 2005 through January 31, 2006, Kirschner & Legler devoted 109.4 hours of attorney time to the representation of the Debtors. Attached as Schedule A is a daily summary in greater detail of Kirschner & Legler's services rendered for this period in connection with its representation of the Debtors, including time devoted each day by the individual attorneys.    This daily summary is condensed from individual time slips, completed as services were rendered, which contain a description of those services.

4

8.    Attached as Schedule B is a summary of the total time devoted by each attorney during the period between October 1, 2005 through January 31, 2006, together with a computation of the value of that time at the ordinary hourly rates of Kirschner & Legler that were in effect during the time the services were rendered. The fees requested by this application were determined by the computation of the total time at those ordinary hourly rates.

9.    In connection with the rendering of these services, Kirschner & Legler advanced expenses on behalf of the Debtors in the amount of $101.69 for express delivery and courier services of which Kirschner & Legler seeks reimbursement in the amount of $101.69 (less $37.28 previously paid by the Debtors). These expenses are described more particularly in Schedule A and are summarized in Schedule C.

## Application of Legal Standards to the Services of Kirschner & Legler

10.    In considering the criteria of Section 330 and In the Matter of First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), for the determination of a reasonable attorney's fee, the following considerations justify the allowance of a fee to Kirschner & Legler in the amount of its hourly rates, in addition to those matters which are otherwise apparent to the Court from its familiarity with this case:

a.    Apparent from the time frame of this case and Kirschner & Legler's application, the time and labor required by the representation was significant. A material demand was placed upon the available services of Kirschner & Legler, which demand precluded employment of Kirschner & Legler on other matters.

b.    Because the volume of services required of Kirschner & Legler, the demand placed on its resources was intense and extraordinary, resulting in its

5

lawyers and staff working nights and weekends on a regular basis for the benefit of the estate. Included in this demand was the need to investigate, research, respond to discovery, prepare and resolve the dozens of matters scheduled for hearing almost every week before the Court.

      c.    The requested fee is Kirschner & Legler's customary fee in commercial bankruptcy matters of this kind and there exists no reason in the circumstances of this case to award a lesser fee for the services rendered.

      d.    Additionally, consideration of the difficulty and intensity of the case, the skill of Kirschner & Legler in performing its legal services, and the experience, reputation and ability of Kirschner & Legler, all support an award of a fee to Kirschner & Legler in an amount equivalent to its hourly rates for the time devoted to the case.

     11.    Kirschner & Legler has made no arrangement regarding the sharing of compensation for services rendered in connection with this Chapter 11 case.

WHEREFORE, Kirschner & Legler respectfully requests the Court to (i) approve all previously authorized compensation of Kirschner & Legler and reimbursement of its expenses and (ii) allow as interim compensation in the amount of $49,230.00 for professional services rendered and reimbursement for costs advanced in the amount of $101.69.

Dated: March 16, 2006.

KIRSCHNER & LEGLER, P.A.

By
Kenneth M. Kirschner

Florida Bar Number 171188
300A Wharfside Way
Jacksonville, Florida 32207
(904) 346-3200
(904) 346-3299 (facsimile)

Special Counsel to the Debtors

7

## Schedule A

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

|  | BILLING STATEMENT |  |
|---|---|---|

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville  FL  32254

Page: 1
November 17, 2005
Account No:       520959-0000M
Statement No:                2219

Schreiber Dispute

Interim Statement

### Fees

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 10/28/2005 |  |  |  |  |  |  |
| | KMK | B130 | A104 | Review and respond to J. Castle e-mail regarding methodology for completing transactions with Schreiber (0.2); review additional e-mails regarding same (0.1) | 0.30 | 135.00 |
|  |  |  |  | For Current Services Rendered | 0.30 | 135.00 |
|  |  |  |  | Total Current Work |  | 135.00 |
|  |  |  |  | Previous Balance |  | $8,100.00 |

### Payments

| 10/13/2005 | Fee payment received, thank you. | -4,104.00 |
|---|---|---|
|  | Balance Due | $4,131.00 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 135.00 | 0.00 |
| B100 | Administration | 135.00 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

|  |  |
|---|---|
| Winn-Dixie Stores, Inc.<br>c/o Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville FL 32254 | **BILLING STATEMENT** |

Page: 1
November 17, 2005
Account No:       635201-0000M
Statement No:            2220

Bankruptcy Proceeding - General Matters

Interim Statement

<u>Fees</u>

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| **10/03/2005** | | | | | | |
| | KMK | B130 | A104 | Telephone conference P. Leannis regarding Consolidated Biscuit Supply Agreement (0.2); telephone conference C. Jackson regarding Consolidated Biscuit Pre-Petition claim (0.2) | 0.40 | 180.00 |
| **10/08/2005** | | | | | | |
| | KMK | B130 | A104 | Review e-mails forwarded by J. James regarding Wachovia consultant's request to commence Phase I on Montgomery Pizza plant (0.1); review consultant's request (0.1); review information regarding Montgomery Pizza lease rejection (0.1); e-mail to J. James regarding same (0.1); e-mail to K. Hardee regarding same (0.1) | 0.50 | 225.00 |
| **10/10/2005** | | | | | | |
| | KMK | B130 | A104 | Telephone conference K. Hardee regarding Wachovia request for Environmental Site Assessment on Montgomery Pizza facility (0.1) | 0.10 | 45.00 |
| **10/24/2005** | | | | | | |
| | KMK | B130 | A104 | Review supply agreement termination notes from Consolidated Biscuit (0.1); telephone conference P. Tiberio regarding same (0.1); review Contract Packaging Agreement provisions and related correspondence (0.2); e-mail to Consolidated Biscuits counsel regarding same (0.2); review and comment on proposed T. Whitcomb e-mail to Zurich's counsel regarding condemnation proceeding related to Montgomery Perishable Facility (0.2) | 0.80 | 360.00 |
| **10/25/2005** | | | | | | |
| | KMK | B130 | A104 | Telephone conference K. Hardee regarding financial statement delivery requirements (0.2) | 0.20 | 90.00 |
| **10/26/2005** | | | | | | |
| | KMK | B130 | A104 | (Warehouses) E-mail to C. Ibold regarding Wachovia's requests for environmental information | | |

Winn-Dixie Stores, Inc.

Bankruptcy Proceeding - General Matters

Page: 2
November 17, 2005
Account No: 635201-0000M
Statement No: 2220

| | Hours | |
|---|---|---|
| (0.2) | 0.20 | 90.00 |

10/31/2005
KMK    B130    A104    (Warehouses) Telephone conference F. Apicelli (Wachovia counsel) regarding environmental information requested  (0.1); e-mail to J. James regarding same (0.1); telephone conference S. Karol, C. Ibold, C. Jackson and K. Daw regarding

| | Hours | |
|---|---|---|
| same (0.1) | 0.30 | 135.00 |
| For Current Services Rendered | 2.50 | 1,125.00 |
| Total Current Work | | 1,125.00 |
| Previous Balance | | $1,746.79 |

Payments

| | | |
|---|---|---|
| 10/13/2005 | Fee payment received, thank you. | -144.00 |
| 10/13/2005 | Expense payment received, thank you. | -36.79 |
| | Total Payments | -180.79 |
| | Balance Due | $2,691.00 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 1125.00 | 0.00 |
| B100 | Administration | 1,125.00 | 0.00 |

# KIRSCHNER & LEGLER, P.A.

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

## BILLING STATEMENT

Page: 1
November 18, 2005
Account No:        635202-0000M
Statement No:                2221

DIP Store Sales

Interim Statement

### Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **10/05/2005** | | | | | |
| KMK | B130 | A104 | E-mail to M. Chlebovec and K. Daw regarding lease termination for Store #2312 (0.1); telephone conference M. Chlebovek regarding same (0.1); review Winn-Dixie fact sheets for Store #2312 and compare information to landlord's information (0.3); begin preparation of closing documents (0.3) | 0.80 | 360.00 |
| **10/06/2005** | | | | | |
| KMK | B130 | A104 | Prepare execution copies of Store #2313 Termination Agreement (0.3); prepare Closing Statement for Store #2312 lease termination (0.8); review and analysis of Store #2312 pro-ration prepared by landlord (0.4) | 1.50 | 675.00 |
| **10/08/2005** | | | | | |
| KMK | B130 | A104 | Review and analysis of Store #2312 lease termination and e-mail to C. Ibold regarding same (0.2) | 0.20 | 90.00 |
| **10/10/2005** | | | | | |
| KMK | B130 | A104 | Review Store #2312 lease termination issues (0.2); telephone conference K. Neil regarding unpaid trash and utility bills (0.1); telephone conference B. Sawyer regarding memorandum of lease termination (0.1) | 0.40 | 180.00 |
| **10/11/2005** | | | | | |
| KMK | B130 | A104 | E-mail to L. Berkoff (counsel to Store #2312 landlord) regarding consummation of lease termination (0.2);  revise Store #2312 closing statement (0.3); e-mail to L. Berkoff regarding same (0.1); receive and respond to L. Berkoff e-mail questions regarding same (0.2) | 0.80 | 360.00 |
| **10/28/2005** | | | | | |
| KMK | B130 | A104 | Revise closing statement for Store #2312 lease termination (0.1); e-mail to K. Neil and L. Berkoff (landlord's counsel) regarding same (0.1) | 0.20 | 90.00 |

Winn-Dixie Stores, Inc.

Page: 2
November 18, 2005
Account No:    635202-0000M
Statement No:    2221

DIP Store Sales

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 3.90 | 1,755.00 |
| Total Current Work |  | 1,755.00 |
| Previous Balance |  | $4,881.05 |

### Payments

| 10/13/2005 | Fee payment received, thank you. | -360.00 |
|---|---|---|
|  | Balance Due | $6,276.05 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 1755.00 | 0.00 |
| B100 | Administration | 1,755.00 | 0.00 |

**KIRSCHNER & LEGLER, P.A.**

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

| | |
|---|---|
| | **BILLING STATEMENT** |

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
November 18, 2005
Account No:        636147-0000M
Statement No:                 2222

Asset Disposition - Dairies, Warehouses & Montgome

Interim Statement

<u>Fees</u>

Hours

**10/03/2005**
KMK    B130    A104    (Dairies) Review and analysis of issues relating to Miami Dairy included and excluded assets (0.3); telephone conference P. Schlaack regarding same (0.2); e-mail to S. Lane regarding Miami Dairy equipment list (0.1); telephone conference P. Latham (counsel to Southeast Milk) regarding Miami Diary Asset Purchase Agreement issues (0.9)        1.50        675.00

**10/04/2005**
KMK    B130    A104    (Dairies) Analysis of right of subtenants of Greenville facility (0.2); e-mail to S. Karol, P. Wyndham, M. Chlebovec and C. Jackson re: same (0.1); detailed e-mail to D. Judd, A. Stevenson, J. James, C. Jackson, P. Schlaack and D. Stanford regarding status of negotiations with Southeast Milk regarding the Miami Diary (0.4); continue revisions to Miami Dairy Asset Purchase Agreement Exhibits (4.7); telephone conference P. Ross and M. Teston regarding Greenville Plant environmental issues (0.2)        5.60        2,520.00

**10/05/2005**
KMK    B130    A104    (Dairies) Complete revisions to Miami Dairy APA Exhibits (3.3); e-mail to P. Latham (Southeast Milk counsel) regarding title, survey and Phase I (0.1); e-mail to J. MacInnis (Creditors Committee counsel) and D. Fiorillo (DIP Lender counsel) regarding form of Miami Dairy Lease Assignment (0.1); follow-up e-mail on efforts to obtain information from Winn-Dixie personnel in order to fulfill deliverables requirements of Miami Dairy Asset Purchase Agreement (0.1); review Miami Plant schematic plans (0.2); e-mail to R. Pope regarding same (0.1); begin review of new iteration of Miami Dairy APA provided by Southeast Milk (0.6)        4.50        2,025.00

**10/06/2005**
KMK    B130    A104    (Dairies) Telephone conference R. Pope re: Miami

Winn-Dixie Stores, Inc.

Page: 2
November 18, 2005
Account No:      636147-0000M
Statement No:      2222

Asset Disposition - Dairies, Warehouses & Montgome

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Dairy Plans and Schematics (0.2); review and revise Southeast Milk October 5, 2005 iteration of Asset Purchase Agreement for Miami Dairy (2.9); telephone conference P. Latham (counsel to Southeast Milk) regarding lease and title issues (0.3); telephone conference C. Jackson regarding same (0.2); review and analysis of title commitment issues (0.5); telephone conference P. Latham regarding resolutions of title issues (0.3); telephone conference D. Stanford regarding same (0.2); continue development of incomplete Exhibits for Miami Diary APA (1.3) | 6.20 | 2,790.00 |
| 10/07/2005 | | | | | |
| KMK | B130 | A104 | (Dairies) Telephone conference A. Stevenson regarding Miami Diary purchase price allocation between Winn-Dixie Stores and Winn-Dixie Logistics (0.2); e-mail to M. Byrum regarding same (0.1); review and analysis of Southeast Milk's October 6, 2005 comments to Miami Diary APA Exhibit package (1.6); further revisions to Miami Dairy APA (0.9); transmit same to buyer's counsel (0.1); telephone conference M. Hagen (DIP Lenders' counsel) regarding Miami Dairy Asset Purchase Agreement comments (0.3); | 3.20 | 1,440.00 |
| 10/09/2005 | | | | | |
| KMK | B130 | A104 | (Dairies) Complete revisions to Miami Diary APA Exhibits and transmit to P. Latham (counsel to Southeast Milk) (1.4) | 1.40 | 630.00 |
| 10/10/2005 | | | | | |
| KMK | B130 | A104 | (Dairies) Review and analysis of outstanding Asset Purchase Agreement and Exhibit issues relating to Miami Dairy (1.1); telephone conference D. Stanford regarding Miami Dairy lease assignment issues (0.1); e-mail to D. Judd regarding Southeast Milk inspection and testing requests (0.1); telephone conference E. Reed regarding same (0.2); telephone conference P. Latham and I. Dolinskiy (counsel to Southeast Milk) to negotiate Miami Dairy contract issues (0.5); telephone conference C. Jackson regarding procedural inputs of completing approval of Miami Diary plant sale (0.2); revise Asset Purchase Agreement for Miami Diary (1.5); continue revisions to Exhibits for Miami Dairy APA (1.3) telephone conference P. Schlaack regarding procedure for completing Miami Diary sale (0.2) | 5.20 | 2,340.00 |

Winn-Dixie Stores, Inc.

Page: 3
November 18, 2005
Account No: 636147-0000M
Statement No: 2222

Asset Disposition - Dairies, Warehouses & Montgome

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 10/11/2005 |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Review M. Hagen (counsel to DIP Lenders) comments to Miami Dairy Sale Order (0.3); revisions to Miami Diary APA Exhibits (0.4); telephone conference J. MacInnis (Creditors Committee counsel) regarding revisions to Miami Dairy APA representations (0.2); further revisions to Miami Diary Asset Purchase Agreement (0.4); transmit same and related exhibits to P. Latham (counsel to Southeast Milk) (0.1) | 1.40 | 630.00 |
| 10/12/2005 |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) review and analysis of Miami Diary  revised equipment list (1.3); telephone conference J. Young regarding same (0.3); second telephone conference J. Young regarding same (0.2); telephone conference P. Schlaack regarding same (0.3); third telephone conference J. Young regarding same (0.2) (Warehouses) Telephone conference T. Whitcomb (Smith Gambrell) regarding Zurich consent issue with respect to Montgomery Distribution Center partial condemnation (0.2); review and revise proposed T. Whitcomb e-mail to Zurich counsel (0.1) | 3.10 | 1,395.00 |
| 10/14/2005 |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Telephone conference D. Judd regarding Miami Diary equipment (0.2) | 0.20 | 90.00 |
| 10/21/2005 |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Telephone conference P. Schlaack regarding Miami Dairy equipment issues (0.2) | 0.20 | 90.00 |
| 10/27/2005 |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Review Southeast Milk proposed to reduce price and related materials (0.2); e-mail to M. Hayes (Creditors Committee counsel) regarding same (0.1) | 0.30 | 135.00 |
|  |  |  | For Current Services Rendered | 32.80 | 14,760.00 |
|  |  |  | Total Current Work |  | 14,760.00 |
|  |  |  | Previous Balance |  | $87,858.73 |

Payments

| 10/13/2005 |  | Fee payment received, thank you. | -26,676.00 |
|---|---|---|---|
|  |  | Balance Due | $75,942.73 |

Page: 4
Winn-Dixie Stores, Inc.                                          November 18, 2005
                                          Account No:      636147-0000M
                                          Statement No:           2222

Asset Disposition - Dairies, Warehouses & Montgome

Task Code Recapitulation

|      |                   | Fees      | Expenses |
|------|-------------------|-----------|----------|
| B130 | Asset Disposition | 14760.00  | 0.00     |
| B100 | Administration    | 14,760.00 | 0.00     |

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
December 19, 2005
Account No:      635201-0000M
Statement No:           2238

Bankruptcy Proceeding - General Matters

Interim Statement

### Fees

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 11/01/2005 | | | | | | |
| | KMK | B130 | A104 | Review and reply to J. James' e-mail re: Consolidated Biscuit's notice of termination of supply agreement (0.1) | 0.10 | 45.00 |
| 11/03/2005 | | | | | | |
| | KMK | B130 | A104 | Review closing statement regarding Store #2312 lease termination and related e-mail from J. Drouse (0.2) | 0.20 | 90.00 |
| 11/09/2005 | | | | | | |
| | KMK | B130 | A104 | Review Lease Termination Agreement, Memorandum of Lease Termination and Closing Statement as executed by landlord for Store #2312 (0.2); e-mail to J. Drouse regarding termination payment and execution copies (0.1); e-mail to L. Berkoff (landlord's counsel) regarding termination payment (0.1) | 0.40 | 180.00 |
| 11/10/2005 | | | | | | |
| | KMK | B130 | A104 | Review P. Tiberio e-mail regarding termination of Contract Packaging Agreement with Consolidated Biscuit (0.1); review relevant provisions of Contract Packaging Agreement (0.3); e-mail to H. Heuerman (Consolidated Biscuit counsel) regarding same (0.1); telephone conference P. Leannis regarding same (0.3); transmit Store #2312 landlord executed termination documents to M. Chlebovec (0.1); e-mail to J. Drouse regarding Store #2312 termination payment (0.1) | 1.00 | 450.00 |
| 11/11/2005 | | | | | | |
| | KMK | B130 | A104 | Telephone conference K. Hardee re: AFCO payments treatment under Credit Agreement covenants (0.2) | 0.20 | 90.00 |
| 11/15/2005 | | | | | | |
| | KMK | B130 | A104 | E-mail from H. Heuerman (Consolidated Biscuit counsel) regarding disputed termination of Crackin' | | |

Winn-Dixie Stores, Inc.

Bankruptcy Proceeding - General Matters

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | Good supply contract (0.1); e-mail to P. Tiberio regarding same (0.1); review e-mail from M. Dussinger (X-Roads) regarding pass-through lease financing structure and relating questions (0.1); review and analysis of pass-through documents and correspondence relating to such questions (0.5); e-mail to M. Dussinger regarding same (0.2) | 1.00 | 450.00 |
| 11/21/2005 |  |  |  |  |  |
| KMK | B130 | A104 | Review Credit Agreement requirements regarding proceeds of asset disposition (0.2); telephone conference S. Kenyon regarding same (0.1) | 0.30 | 135.00 |
|  |  |  | For Current Services Rendered | 3.20 | 1,440.00 |

### Advances

| | | | | |
|---|---|---|---|---|
| 11/01/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Jonathan N. Helfat, Esq.; 10/17/2005 | 6.64 |
| 11/01/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Laurence B. Appel; 10/17/2005 | 5.65 |
| 11/01/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Matthew Barr, Esq.; 10/17/2005 | 6.64 |
| 11/01/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; D.J. Baker, Esq.; 10/17/2005 | 6.64 |
| 11/01/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Office of the US Trustee; 10/17/2005 | 5.65 |
| 11/01/2005 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Sarah Robinson Borders, Esq.; 10/17/2005 | 6.06 |
|  |  |  | Total Advances | 37.28 |

| | |
|---|---|
| Total Current Work | 1,477.28 |
| Previous Balance | $2,691.00 |
| Balance Due | $4,168.28 |

### Task Code Recapitulation

|  |  | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 1440.00 | 37.28 |
| B100 | Administration | 1,440.00 | 37.28 |

Draft Statement Run Totals 12/19/2005

| Statements Printed: | 1 |
|---|---|
| Hours: | 3.20 |
| Fees: | 1,440.00 |
| Advances: | 37.28 |

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
December 19, 2005
Account No:        636147-0000M
Statement No:              2239

Asset Disposition - Dairies, Warehouses & Montgome

Interim Statement

Fees

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| **11/01/2005** |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Review and analysis of values for missing equipment at Miami Dairy and related e-mails (0.3); e-mail to J. MacInnis (Creditors Committee counsel) regarding status of Miami Diary proposed sale (0.1) | 0.40 | 180.00 |
| **11/10/2005** |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Review e-mails regarding Southeast Milk revised purchase price proposal for Miami Dairy (0.1); telephone conference P. Schlaack regarding same and regarding Miami Diary contract status (0.2); begin review of MIami Diary Asset Purchase Agreement and related documents (0.7); e-mail to C. Jackson regarding court dates for Miami Dairy sale motion (0.1) | 1.10 | 495.00 |
| **11/11/2005** |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) E-mail to P. Schlaack regarding sale motion dates for Miami Diary (0.1); complete review of remaining Miami Dairy contract issues (0.7); telephone conference C. Williams regarding status of title, survey and environmental report (0.2); e-mail to P. Schlaack regarding Miami Dairy contract issues (0.1); e-mail to B. Nussbaum regarding same (0.1) | 1.20 | 540.00 |
| **11/16/2005** |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Telephone conference C. Williams re: Miami Dairy survey issues (0.1); telephone conference P. Latham (Southeast Milk's counsel) regarding completion of Miami Dairy Asset Purchase Agreement and Exhibits (0.5); review and analysis of related items to be completed (0.3); e-mail to P. Latham regarding document execution (0.1); e-mail to J. MacInnis (Creditors Committee counsel) regarding same (0.2); final revisions to Asset Purchase Agreement and Exhibits (1.4); prepare proposed electronic execution package (0.6) | 3.20 | 1,440.00 |

Winn-Dixie Stores, Inc.

Asset Disposition - Dairies, Warehouses & Montgome

| | | | | | Account No: | 636147-0000M |
| Statement No: | | | | | | 2239 |

Hours

**11/17/2005**
KMK    B130    A104    (Dairies) Telephone conference P. Latham (Southeast Milk counsel) regarding buyer's comments to latest revisions to Miami Dairy Asset Purchase Agreement (0.5); review and analysis of information relating to excluded assets (0.5); further revisions to Miami Dairy Asset Purchase Agreement and Exhibits (2.1); telephone conference B. Gaston regarding rent payments on Miami Diary lease (0.2); telephone conference P. Latham regarding equipment issues (0.2); further revisions to Exhibit package (0.9); begin draft of Submittal Memorandum (0.3)

4.70          2,115.00

**11/18/2005**
KMK    B130    A104    (Dairies) Further revisions to Miami Dairy APA Exhibits (0.7); e-mail to I. Dolinskiy (Southeast Milk's counsel) regarding same (0.1); complete Miami Diary Asset Purchase Agreement Submittal Memorandum (0.9); e-mail to J. James regarding Miami Diary plant security (0.1);  telephone conference P. Latham regarding execution of Miami Dairy documents (0.1); review revised execution package (0.8); transmit execution package to J. James for Winn-Dixie and Logistics' signatures (0.1); review and comment on proposed transmittal letter to potential bidder (0.1); telephone conference L. Schultz regarding Miami Diary Sale Order issues (0.2)

3.10          1,395.00

**11/21/2005**
KMK    B130    A104    (Dairies) Review Escrow Agent signature page for Miami Diary APA (0.1); preview Miami Diary APA package sent to other bidders (0.3); e-mail to J. Schwartz (Dean Foods counsel) regarding same (0.1); e-mail from P. Schlaack regarding Dean Foods information request (0.1); telephone conference D. Stanford regarding same (0.1); telephone conference P. Latham (Southeast Milk counsel) regarding execution copies of documents and introduction to landlord (0.2); telephone conference S. Karol and M. Chlebovec regarding Zurich lease provisions (0.1)

1.10          495.00

**11/22/2005**
KMK    B130    A104    (Dairies) Review and comment  on proposed Sale Motion for sale of Miami Dairy (0.7); e-mail from P. Schlaack regarding delivery of various materials to Dean Foods regarding potential Miami Dairy bid (0.1); review and analysis of relevant Asset Purchase

Winn-Dixie Stores, Inc.

Asset Disposition - Dairies, Warehouses & Montgome

Page: 3
December 19, 2005
Account No:       636147-0000M
Statement No:              2239

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  |  |  | Agreement auction provisions (0.8); e-mail to P. Schlaack regarding same (0.1); telephone conference D. Stanford regarding same (0.1) | 1.80 | 810.00 |
| 11/23/2005 |  |  |  |  |  |
| KMK | B130 | A104 | (Dairies) Telephone conference P. Latham regarding Zurich lease matters (0.2) | 0.20 | 90.00 |
|  |  |  | For Current Services Rendered | 16.80 | 7,560.00 |
|  |  |  | Total Current Work |  | 7,560.00 |
|  |  |  | Previous Balance |  | $75,942.73 |
|  |  |  | Balance Due |  | $83,502.73 |

Task Code Recapitulation

|  |  |  | Fees | Expenses |
|---|---|---|---|---|
| B130 | Asset Disposition |  | 7560.00 | 0.00 |
| B100 | Administration |  | 7,560.00 | 0.00 |

Draft Statement Run Totals 12/19/2005

Statements Printed:                          1
Hours:                                   16.80
Fees:                                 7,560.00

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

|  |  |
|---|---|
| | **BILLING STATEMENT** |

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
January 19, 2006
Account No:    636147-0000M
Statement No:    2252

Asset Disposition - Dairies, Warehouses & Montgome

Interim Statement

Fees

Hours

**12/01/2005**
    KMK    B130    A104    (Dairies) Telephone conference N. Tucker (Zurich
counsel) regarding potential for landlord lien waiver
for new Miami Diary tenant and regarding form of
Miami Diary lease assignment (0.3); telephone
conference D. Stanford regarding same (0.1); review
relevant Zurich lease form assignment provisions
and form of assignment proposed for Miami Diary
lease assignment (1.2); second telephone
conference N. Tucker regarding potential landlord
objections to lease assignment form (0.2); telephone
conference D. Stanford regarding same (0.1);
telephone conference P. Latham (Southeast Milk's
counsel) regarding same (0.3); review of Miami Dairy
lease insurance requirements (0.2); e-mail to P.
Schlaack regarding same (0.1); revise proposed
form of Miami Diary lease assignment (0.3); e-mail to
P. Latham re: same (0.1)                                    2.90        1,305.00

**12/02/2005**
    KMK    B130    A104    (Dairies) Review inquiries from J. Schwartz (Dean
Foods counsel) regarding Miami Diary due diligence
matters (0.3); review P. Latham (Southeast Milk
counsel) inquiry regarding Zurich waiver of landlord
lien (0.2); review and analysis of previous Zurich lien
waivers (0.3); e-mail to P. Latham regarding same
(0.1); e-mail to C. Jackson regarding procedure for
amending proposed Miami Dairy Lease Assignment
and Assumption Agreement (0.1)                          1.00          450.00

**12/05/2005**
    KMK    B130    A104    (Dairies) Review Dean Food e-mail question
regarding permits and purchase price allocations
(0.2); review and analysis of methodology for Miami
Dairy Asset Purchase Agreement purchase price
allocations (0.3); e-mail to P. Schlaack regarding
same (0.1); review limited objection of Deutsche
Bank to transfer of Miami Dairy (0.4); e-mail to C.
Jackson regarding same (0.1); begin review of Dean

Winn-Dixie Stores, Inc.

Asset Disposition - Dairies, Warehouses & Montgome

Page: 2
January 19, 2006
Account No:        636147-0000M
Statement No:             2252

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Foods bid for Miami Dairy (0.8) | 1.90 | 855.00 |
| **12/06/2005** | | | | | |
| KMK | B130 | A104 | (Dairies) Continue review and analysis of Dean Foods bid for Miami Diary (3.3); telephone conference D. Stanford regarding same (0.2); telephone conference P. Schlaack, D. Stanford and C. Jackson regarding same (0.4); telephone conference S. Karol, C. Ibold, P. Schlaack, D. Stanford and C. Jackson regarding same (0.3); review and analysis of Zurich lease issues relating to Miami Dairy (0.7); telephone conference J. Schwartz (Dean Foods counsel) regarding bid issues (0.8) | 5.70 | 2,565.00 |
| **12/07/2005** | | | | | |
| KMK | B130 | A104 | (Dairies) Telephone conference D. Stanford regarding Dean Foods bid issues (0.2); further review and analysis of same (0.3); telephone conference P. Schlaack regarding same (0.1); telephone conference C. Jackson regarding same (0.2); telephone conference N. Tucker (Zurich counsel) regarding Dean Foods bid issues (0.2); telephone conference J. Schwartz regarding same (0.4); e-mail to S. Karol and P. Schultz regarding same (0.2); draft possible revisions to Dean Foods documents and transmit to J. Schwartz (1.1); telephone conference T. Gerber and J. Schwartz regarding same (0.4); telephone conference T. Gerber, J. Schwartz and N. Tucker regarding same (0.5); e-mail to S. Karol, P. Schlaack and C. Jackson regarding same (0.2) | 3.80 | 1,710.00 |
| **12/08/2005** | | | | | |
| KMK | B130 | A104 | (Dairies)  Review and analysis of Dean Foods/Zurich issues re: Miami Dairy bid (0.4); telephone conference D. Stanford regarding same (0.2); telephone conference D. Fiorillo (counsel to secured creditors) regarding Dean Foods bid (0.2); telephone conference P. Schlaack regarding same (0.2); e-mail to P. Schlaack regarding same (0.2) | 1.20 | 540.00 |
| **12/09/2005** | | | | | |
| KMK | B130 | A104 | (Dairies) Continue review and analysis of Dean Foods Miami Diary  bid issues (0.3); telephone conference C. Jackson and J. MacInnis (Creditor Committee counsel) regarding same (0.3); second telephone conference C. Jackson regarding same (0.1); telephone conference  T. Gerber regarding same (0.3); e-mail to S. Karol and P. Schlaack regarding same (0.4) | 1.40 | 630.00 |

Winn-Dixie Stores, Inc.

Account No:
Statement No:

Page: 3
January 19, 2006
636147-0000M
2252

Asset Disposition - Dairies, Warehouses & Montgome

Hours

**12/12/2005**
| | | | | | |
|---|---|---|---|---|---|
| KMK | B130 | A104 | (Dairies) Telephone conference S. Karol, M. Chlebovec, C. Jackson, C. Ibold, D. Stanford and P. Schlaack regarding Miami Diary bid issues (1.0); telephone conference P. Schlaack regarding same (0.1); further review and analysis of Dean Foods bid (0.6); telephone conference N. Tucker (Zurich counsel) regarding same (0.2); second telephone conference P. Schlaack regarding same (0.3); review P. Schlaack e-mail regarding same (0.2); e-mail to N. Tucker regarding same (0.1); telephone conference T. Gerber (Dean Foods counsel) regarding same (0.3); telephone conference P. Schlaack regarding same (0.3); e-mail to S. Karol and C. Jackson regarding same (0.1); telephone conference S. Karol, P. Schlaack, and C. Jackson regarding same (0.6); telephone conference N. Tucker regarding same (0.1) | 3.90 | 1,755.00 |

**12/13/2005**
| | | | | | |
|---|---|---|---|---|---|
| KMK | B130 | A104 | (Dairies) E-mail to D. Fiorillo (DIP Lender's counsel) regarding status of Miami Dairy bidding issues (0.1); conference with S. Karol, C. Jackson and P. Schlaack in preparation for auction (4.1); conference with representatives of Dean Foods (0.9); conference with Southeast Milk representative (0.3); participate in auction (1.0); telephone conference D. Drebsky (counsel to the pass-through trustee) regarding bidding results (0.1); telephone conference N. Tucker regarding same (0.1) | 6.60 | 2,970.00 |

**12/14/2005**
| | | | | | |
|---|---|---|---|---|---|
| KMK | B130 | A104 | (Dairies) Review and analysis of required revisions to Miami Dairy documents (0.4); e-mail to S. Karol and D. Stanford regarding Miami Dairy closing date (0.1); telephone conference J. Schwartz regarding document changes (0.2); review and comment on revisions to Miami Dairy sale documents proposed by Dean Foods (0.9); telephone conference J. Schwartz regarding same (0.2); review and analysis of landlord objections (2.2); telephone conference N. Tucker regarding same (0.3); telephone conference T. Gerber regarding same (0.2); telephone conference S. Karol regarding same (0.2) | 4.70 | 2,115.00 |

**12/15/2005**
| | | | | | |
|---|---|---|---|---|---|
| KMK | B130 | A104 | (Dairies) Telephone conference D. Drebsky regarding Deutsche Bank objections to Miami Diary sale (0.2); telephone conference T. Gerber (Dean | | |

Winn-Dixie Stores, Inc.

Page: 4
January 19, 2006
Account No:      636147-0000M
Statement No:           2252

Asset Disposition - Dairies, Warehouses & Montgome

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | Food counsel) regarding same (0.3); conference J. Schwartz (Dean Foods counsel) regarding same (1.4); conference C. Jackson regarding same (0.2); prepare for and attend hearing for sale of Miami Diary (2.1); revise documents for sale of Miami Dairy (2.5) | 6.70 | 3,015.00 |
| 12/16/2005 | | | | | |
| | KMK | B130 | A104 | (Dairies) Review latest iteration of Miami Diary sale documents (0.7); telephone conference L. Appel and D. Stanford regarding same (0.1); review revisions to sale documents (0.9); telephone conference S. Kenyon regarding same (0.2) | 1.90 | 855.00 |
| 12/26/2005 | | | | | |
| | KMK | B130 | A104 | (Dairies) E-mail to D. Stanford regarding resolving correction to Miami Dairy legal description (0.1); e-mail to J. Castle regarding intracompany agreements (0.2) | 0.30 | 135.00 |
| 12/30/2005 | | | | | |
| | KMK | B130 | A104 | (Dairies) Review and analysis of Miami Dairy asset allocation method (0.3); e-mail to J. MacInnis (Creditor's counsel) regarding same (0.1) | 0.40 | 180.00 |
| | | | For Current Services Rendered | 42.40 | 19,080.00 |
| | | | Total Current Work | | 19,080.00 |
| | | | Previous Balance | | $83,502.73 |

Payments

| | | |
|---|---|---|
| 12/09/2005 | Fee payment received, thank you. | -1,188.00 |
| 12/09/2005 | Fee payment received, thank you. | -6,669.00 |
| 12/09/2005 | Fee payment received, thank you. | -29,484.00 |
| 12/09/2005 | Fee payment received, thank you. | -5,336.21 |
| 12/09/2005 | Fee payment received, thank you. | -13,140.00 |
| 12/09/2005 | Advance payment received, thank you. | -45.73 |
| | Total Payments | -55,862.94 |
| | Balance Due | $46,719.79 |

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 19080.00 | 0.00 |
| B100 | Administration | 19,080.00 | 0.00 |

Draft Statement Run Totals 01/19/2006

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 42.40 |
| Fees: | 19,080.00 |

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

# BILLING STATEMENT

Page: 1
February 16, 2006

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville  FL  32254

Account No:      636147-0000M
Statement No:           2263

Asset Disposition - Dairies, Warehouses & Montgome

Interim Statement

Fees

| Date | | | | Hours | |
|---|---|---|---|---|---|
| **01/03/2006** | | | | | |
| | KMK | B130 | A104 | (Dairies) Telephone conference D. Stanford regarding Miami Dairy closing issues (0.2); review and analysis of issues relating to correction of legal description on Miami Diary deed (0.2); e-mail to D. Stanford regarding same (0.1); e-mail to N. Tucker regarding same (0.1) | 0.60 | 270.00 |
| **01/04/2006** | | | | | |
| | KMK | B130 | A104 | (Dairies) Telephone conference S. Karol, M. Chlebovec and C. Jackson regarding status (0.1); e-mail to C. Jackson and S. Kenyon regarding Dean Foods Declaration for Miami Dairy transfer (0.1) | 0.20 | 90.00 |
| **01/05/2006** | | | | | |
| | KMK | B130 | A104 | (Dairies) Review and analysis of issues relating to allocation of purchase price to assets comprising Miami Dairy (0.3); telephone conference S. Kenyon regarding same (0.1); telephone conference J. MacInnis regarding same (0.1) | 0.50 | 225.00 |
| **01/06/2006** | | | | | |
| | KMK | B130 | A104 | (Dairies) Further review and analysis of Miami Dairy purchase price allocation issues (0.3); e-mail to J. MacInnis (Creditors' Committee counsel) regarding same (0.1); e-mail from S. Kenyon regarding same (0.1) | 0.50 | 225.00 |
| **01/09/2006** | | | | | |
| | KMK | B130 | A104 | (Dairies) Review closing statement revisions proposed by Dean Foods (0.2); telephone conference K. Hardee regarding same (0.1); telephone conference D. Stanford regarding same (0.1) | 0.40 | 180.00 |
| **01/10/2006** | | | | | |
| | KMK | B130 | A104 | (Dairies) Review Dean's proposed bond in lieu of insurance coverage (0.2); telephone conference S. Kenyon regarding same (0.1) | 0.30 | 135.00 |

Winn-Dixie Stores, Inc.

Page: 2
February 16, 2006
Account No:      636147-0000M
Statement No:                2263

Asset Disposition - Dairies, Warehouses & Montgome

| | | | | Hours | |
|---|---|---|---|---|---|
| | | | For Current Services Rendered | 2.50 | 1,125.00 |

### Advances

| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Linda Cooper, Stuart Maue; 12/22/05 | 8.82 |
|---|---|---|---|---|
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; D. J. Baker, Esq.; 12/20/05 | 8.82 |
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Laurence B. Appel; 12/20/05 | 6.48 |
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; U.S. Trustee, Middle District; 12/20/05 | 6.48 |
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Sarah Robinson Borders, Esq.; 12/20/05 | 7.35 |
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Linda Cooper, Stuart Maue; 12/20/05 | 8.82 |
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Jonathan Helfat, Esq.; 12/20/05 | 8.82 |
| 01/25/2006 | B130 | E107 | Delivery services/messengers (34) FEDERAL EXPRESS; Matthew Barr, Esq.; 12/20/05 | 8.82 |

|  | Total Advances | 64.41 |
|---|---|---|
|  | Total Current Work | 1,189.41 |
|  | Previous Balance | $46,719.79 |

### Payments

| 01/18/2006 | Fee payment received, thank you. | -2,034.79 |
|---|---|---|
| 01/18/2006 | Fee payment received, thank you. | -3,285.00 |
| 01/18/2006 | Fee payment received, thank you. | -11,808.00 |
|  | Total Payments | -17,127.79 |
|  | Balance Due | $30,781.41 |

### Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 1125.00 | 64.41 |
| B100 | Administration | 1,125.00 | 64.41 |

300A Wharfside Way • Jacksonville, Florida 32207 • 904 346-3200 • Fax 904 346-3299 • FEI #59-3710297

## BILLING STATEMENT

Winn-Dixie Stores, Inc.
c/o Laurence B. Appel
5050 Edgewood Court
Jacksonville FL 32254

Page: 1
February 16, 2006

Account No:     635201-0000M
Statement No:           2264

Bankruptcy Proceeding - General Matters

Interim Statement

### Fees

| | | | | Hours | |
|---|---|---|---|---|---|
| **01/09/2006** | | | | | |
| | KMK | B130 | A104 | Review B. Gaston e-mails regarding issues relating to Zurich's consent for past renovations to headquarters complex (0.1); telephone conference B. Gaston regarding same (0.2) | 0.30 | 135.00 |
| **01/10/2006** | | | | | |
| | KMK | B130 | A104 | Telephone conference K. Hardee regarding Bahamas sale (0.1); review and analysis of Credit Agreement issues relating to same (0.8); telephone conference K. Hardee, M. Byrum, C. Boyle (Blackstone), P. Neckles and S. Lam regarding same (0.7) | 1.60 | 720.00 |
| **01/26/2006** | | | | | |
| | KMK | B130 | A104 | Telephone conference K. LaMaina regarding pre-petition guaranties (0.5); review and analysis of pre-petition transfer agreements (0.3); review and analysis of pre-petition Credit Agreement guaranty structure (0.3) | 1.10 | 495.00 |
| **01/27/2006** | | | | | |
| | KMK | B130 | A104 | Review documents in preparation for interview by Creditors' Committee counsel (1.3); interview conference with Creditors' Committee counsel (0.7) | 2.00 | 900.00 |
| | | | For Current Services Rendered | 5.00 | 2,250.00 |
| | | | Total Current Work | | 2,250.00 |
| | | | Previous Balance | | $4,168.28 |

### Payments

| | | |
|---|---|---|
| 12/09/2005 | Fee payment received, thank you. | -36.00 |
| 12/09/2005 | Advance payment received, thank you. | -36.79 |
| 12/09/2005 | Fee payment received, thank you. | -864.00 |
| 12/09/2005 | Fee payment received, thank you. | -216.00 |
| 12/09/2005 | Fee payment received, thank you. | -360.00 |

Winn-Dixie Stores, Inc.

Page: 2
February 16, 2006
Account No:        635201-0000M
Statement No:              2264

Bankruptcy Proceeding - General Matters

| 01/18/2006 | Fee payment received, thank you. | -90.00 |
| 01/18/2006 | Fee payment received, thank you. | -900.00 |
| | Total Payments | -2,502.79 |
| | Balance Due | $3,915.49 |

## Task Code Recapitulation

| | | Fees | Expenses |
|---|---|---|---|
| B130 | Asset Disposition | 2250.00 | 0.00 |
| B100 | Administration | 2,250.00 | 0.00 |

## Schedule B

| Name | Years experience | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| **Shareholders:** | | | | |
| Kenneth M. Kirschner | 37 | 109.4 | 450.00 | 49,230.00 |
| **Total Fees** | | | | $ 49,230.00 |

## Schedule C

| Expenses | | Total Amount |
|---|---|---|
| Express Mail | | |
| Messenger Services | | 101.69 |
| | Total | $ 101.69 |

Certificate of Service

I certify that a copy of this document was furnished by mail and/or electronically to Elena L. Escamilla, Assistant U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, Sarah Robinson Borders, King & Spalding LLP, 191 Peachtree Street, Atlanta, Georgia 30303, D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Jonathan N. Helfat, Otterbourg, Steindler, Houston & Rosen, P.C., 230 Park Avenue, 29th Floor, New York, New York 10169, and Laurence B. Appel, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699, this _16 th_ day of March, 2006.

_____
Attorney