**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**AMENDED CERTIFICATE OF SERVICE OF THE MOTION FOR RELIEF FROM**
**AUTOMATIC STAY OF JAMES BOSWELL**

The undersigned attorney hereby certifies that the Motion for Relief from Automatic Stay of James Boswell was served on March 9, 2006, by U. S. First Class Mail upon the Debtor at 5050 Edgewood Court, Jacksonville, FL 32254-3699, upon D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036 and James H. Post, Smith, Hulsey & Busey, 25 Water Street, #1800, Jacksonville, FL 32202 Attorneys for Debtor and electronically to all participants using the CM/ECF system, the Local Rule 1007(d) list and parties in interest who have appeared in this matter, as listed on the attached Matrix.

Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202
(904) 353-0033 (Telephone)
(904) 355-4148 (Telecopy)
embarker@bellsouth.net (Email)

/s/ Earl M. Barker, Jr.
Earl M. Barker, Jr.
Florida Bar No. 110140