Label Matrix for local noticing
113A-3
Case 3:05-bk-03817-JAF
Middle District of Florida
Jacksonville
Thu Mar 16 15:46:55 EST 2006

ACE American Insurance Company
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

Ad Hoc Committee of Winn-Dixie Retirees
c/o Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216

Albert H. Adams, Jr.
P.O.Box 910, Eufaula, AL  36072-0910

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301

Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103

Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201

Bi-Lo, LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Brian J. Grieco
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022

Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353

Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326

C Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis
IN
46204-2079

CapMark Services, Inc., as servicer
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

Cardinal Entities Company, LLC
c/o Bradley R. Markey, Esq.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202

Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309

Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd. Suite 1400
Fort Lauderdale, Florida 33394

Citrus World, Inc., d/b/a Florida's Nat
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353

Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802

Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Day Properties, Inc.
c/o Robert Laney, Esquire
906 Main Street
North Wilkesboro, NC  28659

Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC  27114-5008

Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL  32802-3353

Hillandale Farms, Inc.
Post Office Box 2109
Lake City, Florida 32056-2109

Inland Retail Real Estate Trust, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802

International Business Machines Corp.
%Ronald J. Marlowe
ARNSTEIN & LEHR LLP
1110 N. Florida Ave.
Tampa, FL 33602

Ira S. Greene
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Jerrett M. McConnell
1756 University Blvd. S.
Jacksonville, FL 32216

Jimmy R. Summerlin, Jr.
Young, Morphis, Bach & Taylor, LLP
P.O. Drawer 2428
Hickory, NC 28603

John J. Cruciani
Blackwell Sanders Peper Martin, LP
4801 Main Street, Ste. 1000
Kansas City, MO 64112

John J. Wiles, Esq.
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia
30060-7946

Joseph C. Weinstein
Squire Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Kenneth C Baker Esq
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Kite Realty Group Trust
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802

Lassiter Properties, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
PO Box 3353
Orlando, FL 32802

Lenoir Partners LLC
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326

Liberty Mutual Insurance Company
C/O Jeffrey C. Regan
Hedrick Dewberry Regan & Durant, P.A.
50 N. Laura Street
Suite 1600
Jacksonville, FL 32202

Long Wholesale, Inc. d/b/a CCC Beauty Supply
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Maples Gas Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Matt E. Beal, Esq.
Lowndes Law Firm
P.O. Box 2809
Orlando FL 32802

Meridian Coca-Cola Bottling Company
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Mosby's Packing Company, Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

Northeast MS Coca-Cola Bottling Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd., #1916
Jacksonville, FL 32207

Oakwood Village Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road
Atlanta, Georgia 30326

Potter Square Associates
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326

Principal Life Insurance Company
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196

Rachel E. Adams, Esq.
200 S. Orange Avenue
Suite 1220
Orlando, Florida 32801

Randall A. Rios
700 Louisiana Ste 4600 Houston, Tx 77002

Regina Wedig
Bordelon & Theriot
1944 First St
Slidell, La. 70458

Robert D. Wilcox
Wilcox Law Firm
10201 Centurion Parkway N., Suite 600
Jacksonville, FL 32256

Southeast Milk, Inc.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Southeast-Atlantic Beverage Corporation
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC 29211

Southern Family Markets Acquisition LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA. 30309

TA Cresthaven, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

TA/Western, LLC
c/o Held & Israel
1301 Riverplace Blvd #1916
Jacksonville, FL 32207

The Coca-Cola Company
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street
Suite 3900
Jacksonville, FL 32202

Thomas R. Lehman, P.A.
1441 Brickell Avenue
15th Floor
Miami
FL
33131

Thomas R. Lehman, P.A.
Tew Cardenas LLP
1441 Brickell Avenue
15th Floor
Miami, FL  33131

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 110
Syosset, NY 11791

End of Label Matrix
Total addresses 65