[31614] [ORDER ABATING MOTION FOR RELIEF FROM STAY]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:05-bk-03817-JAF
	Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Harran E. Udell on behalf of Leonard Roundtree on March 9, 2006, the Court finds:

1. Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

2. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until the filing fee has been paid as required by 28 U.S.C. §1930(b) and service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated March 13, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: pcathy              Page 1 of 1           Date Rcvd: Mar 14, 2006
Case: 05-03817                 Form ID: pdfdoc           Total Served: 4

The following entities were served by first class mail on Mar 16, 2006.
db           +Winn-Dixie Stores, Inc,   5050 Edgewood Court,   Jacksonville, FL 32254-3601
aty          +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty           Harran E Udell,   Morgan Colling & Gilbert,   P O Box 4979,   Orlando, FL  32802-4979

The following entities were served by electronic transmission on Mar 15, 2006 and receipt of the transmission
was confirmed on:
ust          +E-mail: ustp.region21.or.ecf@usdoj.gov Mar 15 2006 03:33:22     United States Trustee - JAX,
               135 W. Central Blvd., Suite 620,   Orlando, FL 32801-2476
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2006**                          **Signature:**   _Joseph Speetjens_