**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

    Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Third Interim Application of Houlihan Lokey Howard & Zukin Capital as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 1, 2005 through and including January 31, 2006.

Dated: March 17, 2006.   AKERMAN SENTERFITT

    By: */s/ John B. Macdonald*
       John B. Macdonald
       Florida Bar No.: 230340
       E-mail: john.macdonald@akerman.com
       Patrick P. Patangan
       Florida Bar No.: 348340
       E-mail: patrick.patangan@akerman.com
       50 N. Laura St., Suite 2500
       Jacksonville, FL 32202
       Telephone: (904) 798-3700
       Facsimile: (904) 798-3730

    Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA268121;1}

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 17th day of March, 2006 to:

Kenneth C. Meeker, Esq.
Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: ken.meeker@usdoj.gov
Email: Elena.L.Escamilla@usdoj.gov

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D. J. Baker
Four Times Square
New York, New York 10036
Email: djbaker@skadden.com

Winn-Dixie Stores, Inc.
Attn: Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699
Email: LarryAppel@winn-dixie.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Email: Jhelfat@oshr.com

King & Spalding LLP
Attn: Sarah Robinson Borders, Esq.
191 Peachtree Street
Atlanta, GA 30303
Email: sborders@kslaw.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Matthew Barr, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
Email: Mbarr@milbank.com

Rogers Towers, P.A.
Attn.: Betsy Cox, Esq.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, Florida 32207
Email: bcox@rtlaw.com

Shearman & Sterling, LLP
Attn.: Andrew V. Tenzer, Esq.
599 Lexington Avenue
New York, NY 10022-6069
Email: atenzer@shearman.com

Stuart, Maue, Mitchell & James Ltd.
Attn.: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Email: l.cooper@smmj.com

                                              */s/ John B. Macdonald*
                                              Attorney