# Exhibit "B"

**Summary Table of Disbursements Billed During Akerman Senterfitt's
Second Interim Compensation Period
(October 1, 2005 – January 31, 2006)**

| Disbursements | Amount |
|---|---|
| Long Distance Telephone | $21.33 |
| Federal Express | $659.27 |
| Duplicating | $1,707.75 |
| Meals | $27.13 |
| Court Reporter | $1,276.03 |
| Mileage | $7.28 |
| Delivery Service | $35.00 |
| **Total Disbursements** | **$3,733.79** |

{JA265570;1}