F I L E D
JACKSONVILLE, FLORIDA
MAR 1 3 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et.al. | Case No. 05-03817-3F1 |
| Debtors. | Jointly Administered |

_____/

# TERRANCE PITTS' RESPONSE TO CLAIM TO BE DISALLOWED

COMES NOW, Terrance Pitts, who files this notice that his claim should not be disallowed. The Worker's Compensation Claim has an upcoming Mediation. The misclassified claims have been properly classified and/or are personal injury claims that have also been properly filed. As the notice is confusing, it is our presumption that the attached Notice of Objection is only as to the Worker's Compensation Claim. It is our belief that it has no relation to the personal injury claim that was filed properly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Facsimile and U.S. Mail to Skadden, Arps. Slate, Meagher & Flom, LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036 and Stephen D. Busey, Esquire, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32303, on this 10th day of March, 2006.

TEMPLER & HIRSCH
20801 Biscayne Boulevard, Suite 400
Aventura, Florida 33180
Phone: (305) 937-2700

MARK HIRSCH
Florida Bar No. 759521

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) <br> ) Chapter 11 <br> ) <br> ) Jointly Administered |
| WINN-DIXIE STORES, INC., et al., | |
| Debtors.[1] | |

## NOTICE OF DEBTORS' FIFTH OMNIBUS OBJECTION TO
## (A) WORKERS' COMPENSATION CLAIMS AND (B) MISCLASSIFIED CLAIMS

Creditor-WDX-392461-5A-55
PITTS, TERRANCE
C/O SCOTT MARGULES, PA
ATTN M HIRSCH / S MARGULES, ESQS
20801 BISCAYNE BLVD
NORTH MIAMI BEACH FL  33180

| CLAIM(S) TO BE DISALLOWED ||
|---|---|
| Claim No.: 10160 <br> Claim Amount: $500,000.00 <br> Claim Priority Status: MULTIPLE CLASSES | Modified Priority Status: UNSECURED NON-PRIORITY <br> Reason For Disallowance/Reclassification: <br> Debtor is paying its ongoing self-insured workers' compensation obligations pursuant to order authorizing continuation of insurance and workers' compensation programs (DKT No. 432) and/or claim will be paid by debtor's insurance carrier. Also, misclassified claim. |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on February 21, 2006 their Fifth Omnibus Objection to (A) Workers' Compensation Claims and (B) Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above, without prejudice to payment under the Debtors' workers' compensation programs, as authorized by the Order Granting Authority to Continue Pre-Petition Insurance and Workers' Compensation Programs (Docket No. 432). In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to an unsecured non-priority claim.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.